**David L. Pollack**
**BALLARD SPAHR LLP**
**1735 Market Street – 51st Floor**
**Philadelphia, PA 19103**
**(215) 864-8325**
**Fax: (215) 864-9473**

and

Leslie C. Heilman
**BALLARD SPAHR LLP**
Ballard Spahr LLP
**919 N. Market Street – 11th Floor**
**Wilmington, DE 19801**
**(302) 252-4465**

Attorneys for Brixmor Property Group, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
| | |
|---|---|
| In re                               : | Chapter 11 |
|                                          : | |
| SEARS HOLDINGS CORPORATION, : | Case No. 18-23538-rdd |
|     *et al.*                         : | |
|                                          : | (Joint Administration Requested) |
|       **Debtors.**              : | |

-------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that **Brixmor Property Group, Inc.**, by its attorneys, **BALLARD SPAHR LLP**, appears in this matter pursuant to Bankruptcy Rules 2002 and 9010 and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

**BALLARD SPAHR LLP**
**51st Floor - Mellon Bank Center**
**1735 Market Street**
**Philadelphia, Pennsylvania 19103**
**Telephone: (215) 864-8325**
**DID Facsimile: (215) 864-9473**
email: **pollack@ballardspahr.com**
**Attn: David L. Pollack, Esquire**

1

DMEAST #33435760 v1

and

**BALLARD SPAHR LLP**
**919 N. MARKET STREET – 11TH FLOOR**
**WILMINGTON, DE 19801**
Telephone (302) 252-4465
email: heilmanl@ballardspahr.com
**Attn: Leslie C. Heilman, Esquire**

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering or reply papers whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to recoupments to which the Landlord is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**BALLARD SPAHR LLP**

BY:  /s/ David L. Pollack
**DAVID L. POLLACK**
email: pollack@ballardspahr.com
*Attorneys for Brixmor Property Group, Inc.*

**October 15, 2018**

2