**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| **In re** : | |
| : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.***,** : | |
| : | **Case No. 18- 23538 (RDD)** |
| : | |
| **Debtors.** : | **(Joint Administration Pending)** |

---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

TO ALL PARTIES:

Please take notice that Kristen N. Pate, SVP & Senior Associate General Counsel of Brookfield Property REIT Inc., as Direct and Indirect Owner and/or Managing Agent as Landlord for the Debtor, hereby enters her appearance pursuant to Bankruptcy Rule 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), and (f) and 3017(a). All such notices should be addressed as follows:

**Kristen N. Pate**
**Brookfield Property REIT Inc., as Agent**
**350 N. Orleans Street, Suite 300**
**Chicago, IL  60654-1607**
**Telephone: (312) 960-2940**
**Fax: (312) 442-6374**
**E-Mail: bk@brookfieldpropertyretail.com**

Please take further notice that the foregoing request includes not only the notice and papers referred to in the Rules specified above but also, includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or telecopier or otherwise, filed with regard to the above case and proceedings. Movant additionally requests that the Debtor and the Clerk of the Court place his name and address on any mailing matrix, or list of creditors to be prepared or existing in the above case.

Dated this 15th day of October 2018

                                          Respectfully submitted,

                                        /s/   Kristen N. Pate
                                        Kristen N. Pate
                                        SVP & Senior Associate General Counsel
                                        Brookfield Property REIT Inc., as Agent
                                        350 N. Orleans St., Suite 300
                                        Chicago, IL  60654-1607
                                        (312) 960-2940
                                        (312) 442-6374 (fax)

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 15${}^{th}$ day of October 2018, a true and correct copy of the foregoing ***Notice of Appearance and Request for Notices*** was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases.

                                                            /s/ Julie Minnick Bowden
                                                              Julie Minnick Bowden