UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: ) | |
| ) | |
| ) | **CHAPTER 11** |
| **SEARS HOLDINGS CORPORATION,** ) | |
| *et al.,* ) | Case No. 18-23538-rdd |
| ) | |
| ) | **(Joint Administration Pending)** |
| **Debtors.** ) | |
| ) | |

**NOTICE OF APPEARANCE AND REQUEST
FOR NOTICES AND SERVICE OF PAPERS**

   PLEASE TAKE NOTICE that Ronald M. Tucker, 225 West Washington Street, Indianapolis, Indiana  46204 represents Simon Property Group, l.P., as landlord (Creditor) and party in interest in the above case.  The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a).  All such notices should be addressed as follows:

Simon Property Group, L.P.
Attn:  Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, Indiana  46204

   PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

Respectfully submitted

       */s/Ronald M. Tucker*
Ronald M. Tucker, Esq., Attorney for
Simon Property Group, L.P. and its related entities
IN 11428-49
(317) 263-2346
(317) 263-7901 (FAX)
E-mail address:  rtucker@simon.com

# CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a copy of the foregoing was served this 15TH day of October, 2018 via ECF Noticing to the parties of record.

                                         By:    */s/Ronald M. Tucker*
                                                      Ronald M. Tucker, Esq.

| | |
|---|---|
| Debtor | represented by Jacqueline Marcus |
| Sears Holdings Corporation | Weil Gotshal & Manges, LLP |
| 3333 Beverly Road | 767 5th Avenue |
| Hoffman Estates, IL 60179 | New York, NY 10153 |
| COOK-IL | (212) 310-8000 |
| Tax ID / EIN: 20-1920798 | Fax : (212) 310-8007 |
| fka A&E Factory Service | Email: jacqueline.marcus@weil.com |
| fka Accents for Less | |
| fka Appliance Liquidators | |
| fka American Siding & Deck, Inc. | Ray C Schrock |
| fka American Windows & Sash, Inc. | Weil, Gotshal & Manges LLP |
| | 767 Fifth Avenue |
| | New York, NY 10153 |
| | 212-310-8000 |
| | Fax : 212-310-8000 |
| | Email: ray.schrock@weil.com |

U.S. Trustee
United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
(212) 510-0500