**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
**In re**                                       :
                                                :    **Chapter 11**
**SEARS HOLDINGS CORPORATION,**    :
                                                :    **Case No. 18-23538 (RDD)**
                                                :
         **Debtors.**                           :    **(Joint Administration Pending)**
---------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Paul R. Genender, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Sears Holdings Corporation and its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases.

***I certify that I am a member in good standing*** of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Northern District of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 15, 2018
New York, New York

/s/ Paul R. Genender
Paul R. Genender
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
paul.genender@weil.com
Telephone: (214) 746-7877

**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
| | |
|---|---|
| **In re** : | |
| : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** : | |
| : | **Case No. 18-23538 (RDD)** |
| : | |
| Debtors. : | **(Joint Administration Pending)** |

------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Paul R. Genender (the "Movant"), to be admitted, ***pro hac vice***, to represent Sears Holdings Corporation and its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), and upon the Movant's certification that the Movant is a member in good standing of the bar in the State of Texas, it is herby

**ORDERED**, that Paul R. Genender, is admitted to practice, ***pro hac vice***, in the above-referenced case to represent the Debtors, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
    New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE