LECLAIRRYAN, PLLC
545 Long Wharf Drive, 9th Floor
New Haven, CT  06511
Ilan Markus, Esq.
Niclas A. Ferland, Esq.
Telephone: (203) 672-3212
Facsimile: (203) 672-3231
*Counsel to Westfield, LLC and affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
In re:                                                                          :        Chapter 11
                                                                                     :
**SEARS HOLDINGS CORPORATION,** *et al.*,   :       Case No. 18-23538 (RDD)
                                                                                     :
    **Debtors.**                                                       :       (Joint Administration Requested)
-----------------------------------------------------------X

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears in the above captioned case on behalf of **WESTFIELD, LLC** and certain of its affiliates as set forth on **Schedule A** attached hereto, in their respective interests and capacities as landlords, creditors and parties-in-interest.

Pursuant to 11 U.S.C. §§ 342 and 1109(b) and Fed. R. Bankr. P. 2002 and 9010, the undersigned hereby demands that notice of all matters herein be served upon:

> Ilan Markus, Esq.
> Niclas A. Ferland, Esq.
> LeClairRyan, a Professional Corporation
> 545 Long Wharf Drive, 9th Floor
> New Haven, CT  06511
> Telephone: (203) 672-3212
> Facsimile: (203) 672-3231
> Email: ilan.markus@leclairryan.com
>              niclas.ferland@leclairryan.com

PLEASE TAKE FURTHER NOTICE that demand is also hereby made for service of copies of all papers, notices, reports, pleadings, motions, applications, disclosure statements, plans and answering or reply papers in this case and in all contested matters.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby demands that the names and address set forth above be added to any short list in this case.

Dated:  October 15, 2018
       New Haven, Connecticut

         **LeCLAIRRYAN, PLLC**

    /s/ Ilan Markus, Esq._____
Ilan Markus, Esq.
Niclas A. Ferland, Esq.
545 Long Wharf Drive, 9th Floor
New Haven, CT  06511
Telephone: (203) 672-3212
Facsimile: (203) 672-3231
Email: ilan.markus@leclairryan.com
      niclas.ferland@leclairryan.com

Counsel to:    Westfield, LLC and affiliates
               as set forth on **Schedule A**