## SCHEDULE A

Affiliates of Westfield, LLC

| Center Name | Landlord/Creditor Name |
|---|---|
| Annapolis | Annapolis Mall Owner LLC |
| Brandon | Brandon Shopping Center Partners LTD. |
| Broward | Broward Mall LLC |
| Citrus Park | Citrus Park Mall Owner LLC |
| Countryside | Countryside Mall LLC |
| Galleria at Roseville | Roseville Shoppingtown LLC |
| Meriden | Meriden Square Partnership |
| Montgomery | Montgomery Mall Owner LLC |
| North County | North County Fair LP and EWH Escondido Associates, L.P. |
| Oakridge | Oakridge Mall LLC |
| Palm Desert | WEA Palm Desert LLC |
| Sarasota Square | Sarasota Shoppingtown LLC |
| Southcenter | WEA Southcenter LLC |
| Sunrise | Sunrise Mall LLC |
| UTC | UTC Venture LLC |
| Valencia | Valencia Town Center Venture, L.P. |
| Wheaton | Wheaton Plaza Regional Shopping Center LLC |