Streusand, Landon, Ozburn & Lemmon, LLP
1801 S. Mopac Expressway, Suite 320
Austin, Texas 78746
Telephone: (512) 236-9900
Facsimile: (512) 236-9904
Sabrina L. Streusand

*Attorneys for Dell Financial Services L.L.C.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**SEARS HOLDINGS CORPORATION,** *et al.*,<br><br>**Debtors.** | **Chapter 11**<br><br>**Case No. 18-23538-rdd**<br><br>**(Joint Administration Pending)** |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Dell Financial Services L.L.C., creditor herein, requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that copies of all notices, documents, and pleadings filed and/or served in the above referenced bankruptcy case be sent to its attorneys of record, STREUSAND, LANDON, OZBURN & LEMMON, LLP, as addressed below:

> Sabrina L. Streusand
> Streusand, Landon, Ozburn & Lemmon, LLP
> 1801 S. Mopac Expressway
> Suite 320
> Austin, Texas 78746
> (512) 236-9904 (Facsimile)
> streusand@slollp.com

This request includes all papers, reports, orders, notices, applications, motions, petitions, disclosure statements, plans of readjustment of debts or reorganization, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral, and

transmitted or conveyed by mail, courier service, telephone, facsimile, electronically, or otherwise.

Dated:  October 15, 2018

                                    Respectfully submitted,

                              By:  */s/ Sabrina L. Streusand*
                                   Sabrina L. Streusand
                                   Texas Bar No. 11701700
                                   Streusand, Landon, Ozburn & Lemmon, LLP
                                   1801 S. Mopac Expressway, Suite 320
                                   Austin, Texas 78746
                                   Telephone:  (512) 236-9901
                                   Facsimile:  (512) 236-9904
                                   streusand@slollp.com

**ATTORNEYS FOR DELL FINANCIAL SERVICES L.L.C.**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certified that a true and correct copy of the foregoing instrument has been served on this 15th day of October, 2018 upon all parties requesting service via ECF notification.

                                   */s/ Sabrina L. Streusand*
                                   Sabrina L. Streusand