**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   18-23538 |
| SEARS HOLDINGS CORPORATION | § | |
| DEBTORS(S), | § | CHAPTER  11 |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**TARRANT COUNTY**            **DALLAS COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on 15th day of October, 2018, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

JACQUELINE  MARCUS                SOUTHERN (NY)  U.S. TRUSTEE
WEIL GOTSHAL & MANGES, LLP        US FEDERAL BUILDING
767 5TH AVENUE                    201 VARICK STREET, ROOM 1006
NEW YORK, NY 10153                NEW YORK, NY 10014

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207
Telephone:  (214) 880-0089
Facsimile:   (469) 221-5003
Email:        dallas.bankruptcy@publicans.com

By: /s/ Elizabeth Weller
_____

    Elizabeth Weller
    SBN: 00785514 TX