LECLAIRRYAN, PLLC
545 Long Wharf Drive, 9th Floor
New Haven, CT 06511
Ilan Markus, Esq.
Niclas A. Ferland, Esq.
Telephone: (203) 672-3212
Facsimile: (203) 672-3231
*Counsel to Benenson Capital Partners, LLC and*
*Brooks Shopping Centers, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **SEARS HOLDINGS CORPORATION, *et al*.,** | : | Case No. 18-23538 (RDD) |
| | : | |
| **Debtors.** | : | (Joint Administration Requested) |

-------------------------------------------------------------X

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby appears in the above captioned case on behalf of **BENENSON CAPITAL PARTNERS, LLC** and its affiliate **BROOKS SHOPPING CENTERS, LLC**, in their respective interests and capacities as landlords, creditors and parties-in-interest.

Pursuant to 11 U.S.C. §§ 342 and 1109(b) and Fed. R. Bankr. P. 2002 and 9010, the undersigned hereby demands that notice of all matters herein be served upon:

> Ilan Markus, Esq.
> Niclas A. Ferland, Esq.
> LeClairRyan, PLLC
> 545 Long Wharf Drive, 9th Floor
> New Haven, CT 06511
> Telephone: (203) 672-3212
> Facsimile: (203) 672-3231
> Email: ilan.markus@leclairryan.com
> niclas.ferland@leclairryan.com

PLEASE TAKE FURTHER NOTICE that demand is also hereby made for service of copies of all papers, notices, reports, pleadings, motions, applications, disclosure statements, plans and answering or reply papers in this case and in all contested matters.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby demands that the names and address set forth above be added to any short list in this case.

Dated:  October 15, 2018
         New Haven, Connecticut

        **LeCLAIRRYAN, PLLC**

        /s/ Ilan Markus, Esq.
        Ilan Markus, Esq.
        Niclas A. Ferland, Esq.
        545 Long Wharf Drive, 9th Floor
        New Haven, CT  06511
        Telephone: (203) 672-3212
        Facsimile: (203) 672-3231
        Email: ilan.markus@leclairryan.com
                niclas.ferland@leclairryan.com

Counsel to:     Benenson Capital Partners, LLC and
                Brooks Shopping Centers, LLC