# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | § § § § § § § § | Chapter 11 |
| SEARS HOLDINGS CORPORATION | | |
| DEBTORS | | CASE NO. 18-23538 (RDD) |

## TRAVIS COUNTY'S NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICE AND OTHER DOCUMENTS

Notice is hereby given that Kay D. Brock, Assistant Travis County Attorney, will appear as counsel for Travis County in the above-entitled case and requests that service of notices and other documents be made upon this attorney of record.

**Respectfully submitted,**

**DAVID ESCAMILLA**
Travis County Attorney
P.O. Box 1748
Austin, TX  78767
(512) 854-9092 Telephone
(512) 854-9316 Telecopier

By:     */s/ Kay D. Brock*
**KAY D. BROCK**
Assistant County Attorney
Texas Bar No. 11625100
kay.brock@traviscountytx.gov

634523-1

# CERTIFICATE OF SERVICE

I, Kay D. Brock, Assistant County Attorney, hereby certify that a true and correct copy of **Travis County's Notice of Appearance and Request for Service of Notice and Other Documents** has been sent to all interested parties registered for electronic service with the U. S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on this 15th day of **October 2018** and mailed by United States First Class Mail to any party listed below that is not registered.


*/s/ Kay D. Brock*


**DEBTOR**
Sears Holding Corporation
333 Beverly Road
Hoffman Estates, IL 60179
(Via First Class Mail)


**DEBTORS' ATTORNEY**
Jacqueline Marcus
Ray C. Schrock
WEIL GOTSHAL & MANGES, LLP
767 5th Avenue
New York, NY 10153
(Via Electronic Service)

**TRUSTEE**
U.S. Trustee
201 Varick Street, Rm. 1006
New York, NY 10014

634523-1