UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SEARS HOLDINGS CORPORATION., *et al.*,[1] | ) ) ) | Case No. 18-23538 (RDD) |
| Debtors. | ) ) ) | (Jointly Administration Requested) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, David W. Wirt, hereby request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Pension Benefit Guaranty Corporation in the above-referenced cases.

I hereby certify that I am a member in good standing of the bar in the State of Illinois and that I have been admitted to practice in the United States District Court for the Northern District of Illinois.

I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

America 70117794v.1

Dated: October 15, 2018  
New York, New York                        */s/ David W. Wirt*

                                       David W. Wirt  
                                       LOCKE LORD LLP  
                                       111 S. Wacker Drive  
                                       Chicago, Illinois  60606  
                                       Tel: (312) 443-0700  
                                       Fax: (312) 443-0336  
                                       Email: DWirt@lockelord.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 15th day of October 2018, a true and correct copy of the foregoing was sent by ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases.

                                              s/ Alan H. Katz  
                                                  Alan H. Katz