**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :
                                                               :    **Chapter 11**
**SEARS HOLDINGS CORPORATION, *et al*.,**                      :
                                                               :    **Case No. 18-23538 (RDD)**
                                                               :
         Debtors.[1]                                           :    **(Joint Administration Requested)**
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

    I, Rafael Stitt, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

    On October 15, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) by the method set forth on the Master Service List attached hereto as **Exhibit A**, and the Banks Service List attached hereto as **Exhibit B**, and (2) via Email on the Lienholders Service List attached hereto as **Exhibit C**, and on the Unions Service List attached hereto as **Exhibit D**:

- Notice of Commencement of Chapter 11 Cases and Agenda for First Day Hearing [Docket No. 13]

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: October 15, 2018

*Rafael Stitt* (signature)
Rafael Stitt

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 15, 2018, by Rafael Stitt, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

BENJAMIN JOSEPH STEELE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6290268
Qualified in New York County
My Commission Expires October 07, ~~2017~~ 2021

**<u>Exhibit A</u>**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Top 20 Unsecured Creditor | Active Media Services Inc. | Attn.: President or General Counsel<br>1 Blue Hill Plaza<br>Pearl River NY 10965 | 845-735-0717 | | Fax |
| Top 20 Unsecured Creditor | Apex Tool International LLC | Attn.: President or General Counsel<br>910 Ridgebrook Road, Suite 200<br>Spark MD 21152 | 800-234-0472 | jessica.chang@apextoolgroup.com | Fax and Email |
| Counsel to Brixmor Property Group, Inc.; Counsel to Federal Realty Investment Trust | Ballard Spahr LLP | Attn: David L. Pollack, Esquire<br>52st Floor - Mellon Bank Center<br>1735 Market Street<br>Philadelphia PA 19103 | 215-864-9473 | pollack@ballardspahr.com | Fax and Email |
| Counsel to Brixmor Property Group, Inc.; Counsel to Federal Realty Investment Trust | Ballard Spahr LLP | Attn: Leslie C. Heilman, Esquire<br>919 N. Market Street - 11th Floor<br>Wilmington DE 19801 | | heilmanl@ballardspahr.com | Email |
| BNY Midwest Trust Company, as [successor] trustee for the SRAC Unsecured PIK Notes dated as of March 20, 2018, and the SRAC Medium Term Notes dated as of October 1, 2002 | BNY Midwest Trust Company | Attn: Mary A. Callahan, Vice President<br>c/o The Bank of New York Mellon Trust Company<br>2 N. LaSalle Street, Suite 700<br>Chicago IL 60602 | 312-827-8546 | mary.callahan@bnymellon.com | Fax and Email |
| Counsel to Brookfield Proprty REIT Inc. | Brookfield Property REIT Inc., as Agent | Attn: Kristen N. Pate<br>350 N. Orleans St.<br>Suite 300<br>Chicago IL 60654-1607 | 312-442-6374 | bk@brookfieldpropertyretail.com | Fax and Email |
| Top 20 Unsecured Creditor | Cardinal Health | Attn.: President or General Counsel<br>7000 Cardinal Place<br>Dublin OH 43017 | | craig.morford@cardinalhealth.com | Email |
| Counsel to the Junior DIP, for JPP, LLC (i) as agent to the Second Lien Credit Facility, dated as of September 1, 2016 as (ii) lender under IP/Ground Lease Term Loan Facility, dated as of January 4, 2018, and the Sparrow Mezzanine Term Loan, dated as of April 20, 2018 as indenture trustee under that certain Second Lien Note dated as of October 12, 2010; and as JPP II LLC as lender to the Sparrow Mezzanine Term Loan dated as of April 20, 2018 | Cleary, Gottlieb, Steen & Hamilton LLP | Attn: Sean A. O'Neal<br>One Liberty Plaza<br>New York NY 10006 | | soneal@cgsh.com | Email |
| Trustee for the SHC Unsecured Notes, the 6.625% Second Lien PIK Notes due 2019, and the 8% Unsecured Convertible PIK Toggle Notes due 2019 and as trustee for the Holdings Unsecured PIK Notes dated as of March 2018, and for the Holdings Unsecured Notes dated as of November 21, 2014 | Computershare Trust Company, N.A. | Attn: General Counsel<br>480 Washington Boulevard<br>Jersey City NJ 07310 | 201-680-4610 | | Fax |
| Agent for the 6 5/8% Senior Secured Convertible PIK Toggle Notes | Computershare Trust Company, N.A. | Attn.: Corporate Trust Dept. –SEARS<br>8742 Lucent Boulevard, Suite 225<br>Highlands Ranch CO 80129 | 303-262-0608 | corporate.trust@computershare.com | Fax and Email |
| Counsel to Citibank, N.A., as administrative agent under that certain Stand-Alone L/C Facility, dated as of December 28, 2016 | Davis Polk & Wardwell LLP | Attn: Marshall S. Huebner, Esq, Eli J. Vonnegut, Esq.<br>450 Lexington Avenue<br>New York NY 10017 | 212-701-5099 | marshall.huebner@davispolk.com<br>eli.vonnegut@davispolk.com | Fax and Email |
| Top 20 Unsecured Creditor | Eastern Prime Textile Limited | Attn.: President or General Counsel<br>Unit F10/F, King Win FTY Building<br>No. 65-67 King Yip Street, Kwun Tong,<br>Kowloon Hong Kong | 852 27939353 | | Fax |
| Counsel to Washington Prime Group Inc. | Frost Brown Todd LLC | Attn: Ronald E. Gold & AJ Webb<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | 513-651-6981 | rgold@fbtlaw.com<br>awebb@fbtlaw.com | Fax and Email |
| Top 20 Unsecured Creditor | HK Greatstar Int'l Co. Ltd. | Attn.: President or General Counsel<br>Rm 35, 4/F., Po Yip Building<br>23 Hing Yip Street, Kwun Tong,<br>Kowloon Hong Kong | 852 3585 6687 | lf@greatstartools.com<br>sears@greatstartools.com | Fax and Email |
| Top 5 Secured Creditor | Holdings Unsecured Notes (8.00%) | Attn.: President or General Counsel<br>c/o Computershare Trust Company, N.A.<br>250 Royal Street<br>Canton MA 02021 | 781-575-4210; 303-262-0608 | corporate.trust@computershare.com | Fax and Email |

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 1 of 3

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Top 5 Secured Creditor | Holdings Unsecured PIK Notes (8.00%) | Attn.: President or General Counsel<br>c/o Computershare Trust Company, N.A.<br>250 Royal Street<br>Canton MA 02021 | 781-575-4210; 303-262-0608 | corporate.trust@computershare.com | Fax and Email |
| Counsel to UBS AG, as lender for the Sparrow Term Loan maturing 2019 | Hunton Andrews Kurth LLP | Attn: Brett L. Gross<br>200 Park Avenue<br>New York NY 10166 | | bgross@HuntonAK.com | Email |
| Top 20 Unsecured Creditor | Icon Health and Fitness Inc. | Attn.: President or General Counsel<br>1500 South 1000 West<br>Logan UT 84321 | 435-750-5238 | gtnexus@iconfitness.com | Fax and Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market Street<br>Philadelphia PA 19104-5016 | 855-235-6787 | Mimi.M.Wong@irscounsel.treas.gov | Fax and Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | 855-235-6787 | Mimi.M.Wong@irscounsel.treas.gov | Fax and Email |
| United States Trustee Southern District of New York | Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey<br>201 Varick St.<br>Ste. 1006<br>New York NY 10014 | | richard.morrissey@usdoj.gov<br>paul.schwartzberg@usdoj.gov | Email |
| Top 20 Unsecured Creditor | Samsung Electronics America HA | Attn.: President or General Counsel<br>85 Challenger Road, 7th Floor<br>Ridgefield Park NJ 07660 | 201-229-4029 | jhaughton@sea.samsung.com | Fax and Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F Street, NE<br>Washington DC 20549 | | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | | bankruptcynoticeschr@sec.gov | Email |
| Counsel to Simon Property Group, L.P. | Simon Property Group, L.P. | Attn: Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis IN 46204 | 317-263-7901 | rtucker@simon.com | Fax and Email |
| Counsel to the Senior DIP, and Bank of America, N.A., as agent under the First Lien Credit Facility, dated as of July 21, 2015 | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq<br>155 N. Wacker Drive<br>Chicago IL 60606 | 917-777-3260; 917-777-3882 | paul.leake@skadden.com<br>shana.elberg@skadden.com | Fax and Email |
| Top 5 Secured Creditor | SRAC Medium Term Notes | Attn.: President or General Counsel<br>c/o BNY Midwest Trust Company<br>101 Barclay St., Floor 8W<br>New York NY 10286 | | mary.callahan@bnymellon.com | Email |
| Top 20 Unsecured Creditor | SRAC Unsecured PIK Notes | Attn.: President or General Counsel<br>c/o BNY Midwest Trust Company<br>101 Barclay Street, Floor 8W<br>New York NY 10286 | | mary.callahan@bnymellon.com | Email |
| Trustee for the SRAC Unsecured Notes dated May 15, 1995 | The Chase Manhattan Bank, N.A. | Attn: Mary A. Callahan, Vice President<br>c/o The Bank of New York Mellon Trust Company<br>2 N. LaSalle Street, Suite 700<br>Chicago IL 60602 | 312-827-8546 | mary.callahan@bnymellon.com | Fax and Email |
| Top 5 Secured Creditor and Pension Benefit Guaranty Corporation ("PBGC") | The Pension Benefit Guaranty Corporation | Attn.: Office of the Chief Counsel<br>1200 K Street, N.W., Suite 300<br>Washington DC 20005 | 202-326-4114 | | Fax |
| Indenture trustee for the KCD IP Asset Backed Notes | U.S. Bank National Association | Attn: Jose A Galarza, Vice President, Global Structured Finance<br>190 S. LaSalle Street, 3rd Floor<br>MS: MK-IL-SL7M<br>Chicago IL 60603 | | jose.galarza@usbank.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division<br>86 Chambers Street<br>3rd Floor<br>New York NY 10007 | 212-637-2685 | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov<br>Lawrence.Fogelman@usdoj.gov<br>Peter.Aronoff@usdoj.gov<br>Linda.Riffkin@usdoj.gov | Fax and Email |
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny Singh<br>767 Fifth Avenue<br>New York NY 10153 | 212-310-8007 | ray.schrock@weil.com<br>garrett.fail@weil.com<br>jacqueline.marcus@weil.com<br>sunny.singh@weil.com | Fax and Email |
| Top 20 Unsecured Creditor | Whirlpool Corporation | Attn.: President or General Counsel<br>2000 North M-63<br>Benton Harbor MI 49022 | 269-923-3722 | Kristen.Hewitt@whirlpoolcorp.com | Fax and Email |
| Top 20 Unsecured Creditor | Winners Industry Company Limited | Attn.: President or General Counsel<br>Unit A, Wah Lung Building<br>49-53 Wang Lung Street, Tsuen wan,<br>New Territories Hong Kong | 86 769 83213177 | | Fax |

**<u>Exhibit B</u>**

Exhibit B
Banks Service List
Served as set forth below

| Name | Fax | Email | Method of Service |
|---|---|---|---|
| Banco Popular | | Helga.Marcano@popular.com | Email |
| Bank Leumi | (972) 76-895-8656 | | Fax |
| Bank of America | | judith.c.taylor@baml.com | Email |
| Bank of China | (86) 010-66016871 | | Fax |
| Bank Of Oklahoma | | Pjohnson@bokf.com | Email |
| BB&T Bank | | Bblomeke@BBandT.com | Email |
| Capital One Bank | | Gina.Monette@capitalone.com | Email |
| Cherokee State Bank | (712) 225-3848 | | Fax |
| Citibank | (605) 330-6701 | | Fax |
| Citizens Bank | | Christine.Scott@citizensbank.com | Email |
| Community Bank  NA | (315) 449-0659 | | Fax |
| Community First Bank | (608) 356-7941 | | Fax |
| First Bank and Trust Company | (276) 889-4625 | | Fax |
| First Hawaiian Bank | | tnitta@fhb.com | Email |
| First National Bank Oelwein | (319) 283-2529 | | Fax |
| First National Bank of Grayson | (606) 474-6626 | info@fnbgrayson.com | Fax and Email |
| First National Bank of Pierre | (605) 945-3914 | | Fax |
| First Security Bank | (501) 279-3455 | | Fax |
| First Security Bank and Trust Company | (405) 424-0622 | info@fsbokc.com | Fax and Email |
| First State Bank | (601) 735-0231 | | Fax |
| First Tennessee | | BBMelby@firsttennessee.com | Email |
| Houghton State Bank | (712) 623-4512 | | Fax |
| Huntington National Bank | | Tara.Aldea@huntington.com | Email |
| Key Bank | | jeva@key.com | Email |
| National Bank and Trust Company of Norwich | (607) 336-7538 | | Fax |
| PNC Bank | | Michael.Byrne@pnc.com | Email |
| Regions Bank | | Louis.Alexander@regions.com | Email |
| Standard Bank Ltd. Mauritius | (230) 402-5050 | clientservices@standardbank.mu | Fax and Email |
| Union Bank | | rbartha@us.mufg.jp | Email |
| United Missouri Bank | | Blake.Smith@UMB.com | Email |
| US Bank | | Genie.McGuire@usbank.com | Email |
| Wells Fargo Bank | | John.Runger@wellsfargo.com | Email |
| Western State Bank | (701) 662-6135 | | Fax |

In re:  Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)                                      Page 1 of 1

**Exhibit C**

# Exhibit C

Lienholders Service List

Served via Email

| Name | Email |
|---|---|
| APS Express, Inc. | cstokley@palterlaw.com |
| APS Express, Inc. | jcrewse@crewselawfinn.com |
| APS Express, Inc. | jfigliulo@fslegal.com |
| APS Express, Inc. | michael.hayes@huschblackwell.com |
| APS Express, Inc. | nberger@gcklegal.com |
| APS Express, Inc. | nmartinez@palterlaw.com |
| APS Express, Inc. | twarman@fslegal.com |
| Brian Van Vooren | adam@gregcolemanlaw.com |
| Brian Van Vooren | adw@wexlerwallace.com |
| Brian Van Vooren | akeller@dlcfirm.com |
| Brian Van Vooren | aprom@dlcfirm.com |
| Brian Van Vooren | eaw@wexlerwallace.com |
| Brian Van Vooren | greg@gregcolemanlaw.com |
| Brian Van Vooren | josterwise@bm.net |
| Brian Van Vooren | lisa@gregcolemanlaw.com |
| Brian Van Vooren | mfantini@bm.net |
| Brian Van Vooren | scarson@bm.net |
| COA,Inc. represented by James D. Benak a California corporation doing business as Coaster Company of America | jbenak@tetzlafflegal.com |
| Darryl Moore, individually and on behalf of all others similarly situated | aschmidlin@msiegellaw.com |
| Darryl Moore, individually and on behalf of all others similarly situated | bmanewith@msiegellaw.com |
| Darryl Moore, individually and on behalf of all others similarly situated | msiegel@msiegellaw.com |
| Darryl Moore, individually and on behalf of all others similarly situated | osavytska@llrlaw.com |

Exhibit C

Lienholders Service List

Served via Email

| Name | Email |
|---|---|
| Katie Smith, individually and on behalf of all others similarly situated | adam@gregcolemanlaw.com |
| Katie Smith, individually and on behalf of all others similarly situated | adw@wexlerwallace.com |
| Katie Smith, individually and on behalf of all others similarly situated | akeller@dlcfirm.com |
| Katie Smith, individually and on behalf of all others similarly situated | aprom@dlcfirm.com |
| Katie Smith, individually and on behalf of all others similarly situated | eaw@wexlerwallace.com |
| Katie Smith, individually and on behalf of all others similarly situated | greg@gregcolemanlaw.com |
| Katie Smith, individually and on behalf of all others similarly situated | josterwise@bm.net |
| Katie Smith, individually and on behalf of all others similarly situated | lisa@gregcolemanlaw.com |
| Katie Smith, individually and on behalf of all others similarly situated | mfantini@bm.net |
| Katie Smith, individually and on behalf of all others similarly situated | scarson@bm.net |
| Mary E. Rood | akeller@dlcfirm.com |
| Mary E. Rood | aprom@dlcfirm.com |
| Mary E. Rood | eaw@wexlerwallace.com |
| Mary E. Rood | greg@gregcolemanlaw.com |
| Mary E. Rood | josterwise@bm.net |
| Mary E. Rood | mfantini@bm.net |
| Mary E. Rood | scarson@bm.net |
| Rebecca Rysewyk | adam@gregcolemanlaw.com |
| Rebecca Rysewyk | adw@wexlerwallace.com |

Exhibit C

Lienholders Service List

Served via Email

| Name | Email |
| --- | --- |
| Rebecca Rysewyk | akeller@dlcfirm.com |
| Rebecca Rysewyk | aprom@dlcfirm.com |
| Rebecca Rysewyk | eaw@wexlerwallace.com |
| Rebecca Rysewyk | greg@gregcolemanlaw.com |
| Rebecca Rysewyk | josterwise@bm.net |
| Rebecca Rysewyk | lisa@gregcolemanlaw.com |
| Rebecca Rysewyk | mfantini@bm.net |
| Rebecca Rysewyk | scarson@bm.net |
| Timothy Johnson, individually and on behalf of all others similarly situated | aschmidlin@msiegellaw.com |
| Timothy Johnson, individually and on behalf of all others similarly situated | bmanewith@msiegellaw.com |
| Timothy Johnson, individually and on behalf of all others similarly situated | hlichten@llrlaw.com |
| Timothy Johnson, individually and on behalf of all others similarly situated | msiegel@msiegellaw.com |
| Timothy Johnson, individually and on behalf of all others similarly situated | osavytska@llrlaw.com |

**Exhibit D**

Exhibit D
Unions Service List
Served via Email

| Name | Notice Name | Email |
|---|---|---|
| IBEW Local 8 | Attn: Eric Grossweiler | egross@ibew8.org |
| IBT 150 | Attn: Marty Crandall | mwcibt150@gmail.com |
| IBT 174 | Attn: Pete Lamb | PLamb@teamsters174.org |
| IBT 174 | Attn: Pete Lamb | PLamb@teamsters174.org |
| IBT Local 348 | Attn: Gerard Colant | gerardcolant@sbcglobal.net |
| IUOE Local 399 | Attn: Mike Materson | mmasterson@iuoe399.com |
| IUOE Local 70 | Attn: Drew Brodeen | d.brodeen@iuoe70.org |
| Steelworkers Local 5852-28 | Attn: Rick Benson | rbenson@usw.org |
| Teamsters 243 | Attn: Cinci | cinci@teamsters243.org |
| Teamsters 705 | Attn: Joe Bakes | jbakes@l705ibt.org |
| Teamsters Local 107 | Attn: Shawn Dougherty | sdougherty@teamsters107.com |
| Teamsters Local 243 | Attn: Jim "Cinci" Cianciola | cinci@teamsters243.org |
| Teamsters Local 688 | Attn: Chris Tongay | ctongay@688online.com |
| UAW 1112 | Attn: Ben Strickland | bstrickland@uaw.net |
| UAW 8275 | Attn: Kieran Martin | mkieran7@gmail.com |
| UFCW Local 880 | Attn: Michael Martino | mmartino@ufcwlocal880.com |
| UFCW Local 881 | Attn: Jeffrey Collier | Jeffreycollier@local881ufcw.org |
| UFCW Local 881 | Attn: Jeffrey Collier | Jeffreycollier@local881ufcw.org |
| UFCW Local 881 | Attn: Jeffrey Collier Paul Schaefer | Jeffreycollier@local881ufcw.org; PaulSchaefer@Local881UFCW.org |
| Workers United SEIU Local 196 | Attn: Tanita Williams | tanitawilliams40@yahoo.com |
| Workers United SEIU Local 512 | Attn: Evely Zepada | ezepeda@wsrjb.org |

In re:  Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)                                              Page 1 of 1