**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____
IN RE:                                                              )
                                                                           ) Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,    )
                                                                           ) Case No. 18-23538 (RDD)
                                                                           )
                              Debtors                             )
_____)

## ENTRY OF APPEARANCE AND REQUEST FOR
## PLEADINGS, NOTICES AND DOCUMENTS

      The Missouri Department of Revenue enters its appearance as a creditor of the captioned Debtor(s).  This creditor requests service of all pleadings, notices and documents for which a request is required by the Bankruptcy Code and Rules.

      All pleadings, notices and documents should preferably be served by e-mail at sdnyecf@dor.mo.gov or at the following address: <u>Missouri Department of Revenue, Bankruptcy Unit, Attn:  Steven A. Ginther, P.O. Box 475, Jefferson City, MO  65105-0475.</u>

      **This pleading constitutes a written and specific request for the disclosure statement and plan.**

      Josh Hawley, Attorney General
      State of Missouri

      **By: /s/ Steven A. Ginther**
      Steven A. Ginther, Mo. Bar #43556
      Special Assistant Attorney General
      Missouri Department of Revenue
      General Counsel's Office
      301 W. High Street, Room 670
      P.O. Box 475
      Jefferson City, MO  65105-0475
      (573) 751-5531   FAX (573) 751-7232
      Attorney for Department of Revenue

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Entry of Appearance and Request for Notice, Pleadings, and Documents were electronically filed and served upon all those who receive electronic notification on October 15, 2018.


**/s/ Steven A. Ginther**