**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

In re:

**SEARS HOLDING CORPORATION, e***t al.,*

         Debtors.

_____

)  **Chapter 11**
)
)  **Case No.  18-23538 (RDD)**
)  **(Joint Administration Pending)**
)
)  Hon. Robert D. Drain
)

# ORDER ADMITTING UNITED STATES GOVERNMENT ATTORNEY
## KELLY R. CUSICK TO PRACTICE PRO HAC VICE

Upon the Motion of Kelly R. Cusick to be admitted, *pro hac vice*, to represent the Pension Benefit Guaranty Corporation, a creditor in the above referenced case, and upon movant's certification that the movant is a member in good standing of the bar of the District of Columbia, it is hereby

**ORDERED**, that Kelly R. Cusick, Esq. is admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court for the Southern District of New York. Ms. Cusick represents the Pension Benefit Guaranty Corporation, a U.S. Government agency, and is therefore exempt from filing fees.

Dated: _____        _____
_____, New York                 UNITED STATES BANKRUPTCY JUDGE