**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| **In re:** | ) Chapter 11 |
| | ) |
| **SEARS HOLDING CORPORATION, e*t al.,*** | ) Case No. 18-23538 (RDD) |
| | ) (Joint Administration Pending) |
| **Debtors.** | ) |
| | ) Hon. Robert D. Drain |

_____

# ORDER ADMITTING UNITED STATES GOVERNMENT ATTORNEY GARTH D. WILSON TO PRACTICE PRO HAC VICE

Upon the Motion of Garth D. Wilson to be admitted, ***pro hac vice***, to represent the Pension Benefit Guaranty Corporation, a creditor in the above referenced case, and upon movant's certification that the movant is a member in good standing of the bars of the District of Columbia and the State of Illinois, it is hereby

**ORDERED**, that Garth D. Wilson, Esq. is admitted to practice, ***pro hac vice***, in the above referenced case in the United States Bankruptcy Court for the Southern District of New York. Mr. Wilson represents the Pension Benefit Guaranty Corporation, a U.S. Government agency, and is therefore exempt from filing fees.

Dated: _____         _____
_____, New York          UNITED STATES BANKRUPTCY JUDGE