**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |
|---|---|
| **In re:** | ) Chapter 11 |
|  | ) |
|  | ) Case No.   18-23538 (RDD) |
| **SEARS HOLDING CORPORATION, e**t *al.,* | ) **(Joint Administration Pending)** |
|  | ) |
| **Debtors.** | ) Hon. Robert D. Drain |
|  | ) |

_____

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October, 2018, the Motion for Admission to Practice, *Pro Hac Vice*, by Creditor Pension Benefit Guaranty Corporation for United States Government Attorney Garth D. Wilson was filed electronically through the CM/ECF system, which caused all parties or counsel requesting notice to be served by electronic means on the date of filing.

/s/ Garth D. Wilson
Garth D. Wilson