**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| **In re:** | ) Chapter 11 |
| | ) |
| | ) Case No. 18-23538 (RDD) |
| **SEARS HOLDING CORPORATION, e*t al.,*** | ) (Joint Administration Pending) |
| | ) |
| Debtors. | ) Hon. Robert D. Drain |
| | ) |

_____

**ORDER ADMITTING UNITED STATES GOVERNMENT ATTORNEY**
<u>**MICHAEL BAIRD TO PRACTICE PRO HAC VICE**</u>

Upon the Motion of Michael Baird to be admitted, ***pro hac vice***, to represent the Pension Benefit Guaranty Corporation, a creditor in the above referenced case, and upon movant's certification that the movant is a member in good standing of the bar of the District of Columbia, it is hereby

**ORDERED**, that Michael Baird, Esq. is admitted to practice, ***pro hac vice***, in the above referenced case in the United States Bankruptcy Court for the Southern District of New York. Mr. Baird represents the Pension Benefit Guaranty Corporation, a U.S. Government agency, and is therefore exempt from filing fees.

Dated: _____          _____
_____, New York          UNITED STATES BANKRUPTCY JUDGE