**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                            )  **Chapter 11**
**In re:**                                  )
                                            )  **Case No.   18-23538 (RDD)**
**SEARS HOLDING CORPORATION, e*t al.,***    )  **(Joint Administration Pending)**
                                            )
            **Debtors.**                    )  **Hon. Robert D. Drain**
_____ )

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October, 2018, the Motion for Admission to Practice, *Pro Hac Vice*, by Creditor Pension Benefit Guaranty Corporation for United States Government Attorney Michael Baird was filed electronically through the CM/ECF system, which caused all parties or counsel requesting notice to be served by electronic means on the date of filing.

                                            /s/ Michael Baird_____
                                            Michael Baird