**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                            )  **Chapter 11**
**In re:**                                  )
                                            )  **Case No. 18-23538 (RDD)**
**SEARS HOLDING CORPORATION, e*t al.,***    )  **(Joint Administration Pending)**
                                            )
         **Debtors.**                       )  **Hon. Robert D. Drain**
_____ )

### ORDER ADMITTING UNITED STATES GOVERNMENT ATTORNEY ERIN C. KIM TO PRACTICE PRO HAC VICE

Upon the Motion of Erin C. Kim to be admitted, *pro hac vice*, to represent the Pension Benefit Guaranty Corporation, a creditor in the above referenced case, and upon movant's certification that the movant is a member in good standing of the bar of the State of California, it is hereby

**ORDERED**, that Erin C. Kim, Esq. is admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court for the Southern District of New York. Ms. Kim represents the Pension Benefit Guaranty Corporation, a U.S. Government agency, and is therefore exempt from filing fees.

Dated: _____           _____
           _____, New York           UNITED STATES BANKRUPTCY JUDGE