UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                                          :
                                                               :    Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,                          :
                                                               :    Case No. 18-23538 (RDD)
                                                               :
          Debtors.[1]                                          :    (Joint Administration Requested)
----------------------------------------------------------------x

# AFFIDAVIT OF SERVICE

I, Rafael Stitt, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 15, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via Email on the on the Master Email Service List attached hereto as **Exhibit A** and the Unions Service List attached hereto as **Exhibit B**:

- Debtors' Consolidated Corporate Ownership Statement [Docket No. 2]

- Declaration of Robert A. Riecker [Docket No. 3]

- Motion of Debtors for Entry of Order Directing Joint Administration of Related Chapter 11 Cases [Docket No. 4]

- Motion of Debtors for Authority to (I) Continue Using Existing Cash Management System, Bank Accounts, and Business Forms, (II) Implement Ordinary Course Changes to Cash Management System, (III) Continue Intercompany Transactions, and (IV) Provide Administrative Expense Priority for Postpetition Intercompany Claims and Related Relief [Docket No. 5]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

- Debtors' Motion for Authority to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Certain Protections to Prepetition Secured Parties, and (D) Schedule Second Interim Hearing and Final Hearing [Docket No. 7]

- Declaration of Brandon Aebersold in Support of Debtors' Motion for Authority to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Certain Protections to Prepetition Secured Parties and (D) Schedule Second Interim Hearing and Final Hearing [Docket No. 9]

- Declaration of Mohsin Y. Meghji in Support of Debtors' Motion for Authority to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Certain Protections to Prepetition Secured Parties and (D) Schedule Second Interim Hearing and Final Hearing [Docket No. 10]

- Motion of Debtors for Interim and Final Authority to (I) Pay Prepetition Claims of (A) Shippers, Warehousemen, and Other Non-Merchandise Lien Claimants, and (B) Holders of PACA/PASA Claims, and (II) Confirm Administrative Expense Priority for Prepetition Orders Delivered to the Debtors Postpetition, and Satisfy Such Obligations in the Ordinary Course of Business [Docket No. 14]

- Motion of Debtors for Authority to (I) Maintain Certain Trust Fund Programs, (II) Release Certain Funds Held in Trust, and (III) Continue to Perform and Honor Related Obligations [Docket No. 15]

- Motion of Debtors for Authority to (I) Maintain and Administer Prepetition Customer Programs, Promotions, and Practices, and (II) Pay and Honor Related Prepetition Obligations [Docket No. 16]

- Motion of Debtors for Authorization to (I) Continue, Maintain, and Renew Their Insurance Policies and Workers' Compensation Programs; (II) Honor All Obligations with Respect Thereto; and (III) Modify the Automatic Stay with Respect to the Workers' Compensation Programs [Docket No. 17]

- Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Obligations to Critical Vendors; (II) Approving Procedures to Address Vendors Who Repudiate and Refuse to Honor Their Contractual Obligations to the Debtors; and (III) Granting Related Relief [Docket No. 18]

- Motion of Debtors for Authority to Pay Certain Prepetition Taxes and Fees [Docket No. 19]

- Motion of Debtors for Interim and Final Orders Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Interests In, and Claims Against, the Debtors and Claiming a Worthless Stock Deduction [Docket No. 20]

- Motion of Debtors for Entry of Order (I) Waiving the Requirement to (A) File List of Creditors (B) Prepare and File the List of Equity Security Holders and (C) Provide Equity Security Holders with the Notice of Commencement, and (II) Granting Debtors Authority

    to Establish Procedures for Notifying Creditors of Commencement of Chapter 11 Cases [Docket No. 21]

- Motion of Debtors for Entry of Order Implementing Certain Notice and Case Management Procedures [Docket No. 22]

- Motion of Debtors for Approval of (I) Procedures for Store Closing Sales and (II) Assumption of Liquidation Consulting Agreement [Docket No. 23]

- Motion of Debtors for Entry of an Order Establishing Procedures for Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Property in Connection Therewith [Docket No. 24]

- Omnibus Motion of Debtors to Reject Certain Unexpired Leases and Related Subleases of Nonresidential Real Property and Abandonment of Property in Connection Therewith [Docket No. 25]

- Application of Debtors for an Order Appointing Prime Clerk LLC as Claims and Noticing Agent for the Debtors [Docket No. 27]

- Motion of Debtors for Entry of Order Extending Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs [Docket No. 28]

- Motion of Debtors for Entry of Order (I) Authorizing but Not Directing the Debtors to (A) Pay Certain Prepetition Wages and Reimbursable Employee Expenses, (B) Pay and Honor Employee Medical and Other Benefits, and (C) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 31]

    On October 15, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via Email on the Banks Service List attached hereto as **Exhibit C**:

- Motion of Debtors for Authority to (I) Continue Using Existing Cash Management System, Bank Accounts, and Business Forms, (II) Implement Ordinary Course Changes to Cash Management System, (III) Continue Intercompany Transactions, and (IV) Provide Administrative Expense Priority for Postpetition Intercompany Claims and Related Relief [Docket No. 5]

- Motion of Debtors for Authority to Pay Certain Prepetition Taxes and Fees [Docket No. 19]

- Motion of Debtors for Entry of Order (I) Authorizing but Not Directing the Debtors to (A) Pay Certain Prepetition Wages and Reimbursable Employee Expenses, (B) Pay and Honor Employee Medical and Other Benefits, and (C) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 31]

3

On October 15, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via Email on the Lienholders Service List attached hereto as **Exhibit D**:

- Debtors' Motion for Authority to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Certain Protections to Prepetition Secured Parties, and (D) Schedule Second Interim Hearing and Final Hearing [Docket No. 7]

- Declaration of Brandon Aebersold in Support of Debtors' Motion for Authority to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Certain Protections to Prepetition Secured Parties and (D) Schedule Second Interim Hearing and Final Hearing [Docket No. 9]

- Declaration of Mohsin Y. Meghji in Support of Debtors' Motion for Authority to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Certain Protections to Prepetition Secured Parties and (D) Schedule Second Interim Hearing and Final Hearing [Docket No. 10]

- Motion of Debtors for Approval of (I) Procedures for Store Closing Sales and (II) Assumption of Liquidation Consulting Agreement [Docket No. 23]

[*Remainder of page intentionally left blank*]

Dated: October 15, 2018

_____
Rafael Stitt

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 15, 2018, by Rafael Stitt, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

HERBERT BAER
Notary Public, State of New York
No. 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2021

**Exhibit A**

18-23538-shl    Doc 58    Filed 10/15/18    Entered 10/15/18 13:14:14    Main Document
Pg 6 of 17

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
| --- | --- | --- | --- |
| Top 20 Unsecured Creditor | Apex Tool International LLC | Attn.:  President or General Counsel<br>910 Ridgebrook Road, Suite 200<br>Spark MD 21152 | jessica.chang@apextoolgroup.com |
| Counsel to Brixmor Property Group, Inc.; Counsel to Federal Realty Investment Trust | Ballard Spahr LLP | Attn: Leslie C. Heilman, Esquire<br>919 N. Market Street - 11th Floor<br>Wilmington DE 19801 | heilmanl@ballardspahr.com |
| Counsel to Brixmor Property Group, Inc.; Counsel to Federal Realty Investment Trust | Ballard Spahr LLP | Attn: David L. Pollack, Esquire<br>52st Floor - Mellon Bank Center<br>1735 Market Street<br>Philadelphia PA 19103 | pollack@ballardspahr.com |
| BNY Midwest Trust Company, as [successor] trustee for the SRAC Unsecured PIK Notes dated as of March 20, 2018, and the SRAC Medium Term Notes dated as of October 1, 2002 | BNY Midwest Trust Company | Attn: Mary A. Callahan, Vice President<br>c/o The Bank of New York Mellon Trust Company<br>2 N. LaSalle Street, Suite 700<br>Chicago IL 60602 | mary.callahan@bnymellon.com |
| Counsel to Brookfield Proprty REIT Inc. | Brookfield Property REIT Inc., as Agent | Attn: Kristen N. Pate<br>350 N. Orleans St.<br>Suite 300<br>Chicago IL 60654-1607 | bk@brookfieldpropertyretail.com |
| Top 20 Unsecured Creditor | Cardinal Health | Attn.:  President or General Counsel<br>7000 Cardinal Place<br>Dublin OH 43017 | craig.morford@cardinalhealth.com |
| Counsel to the Junior DIP, for JPP, LLC (i) as agent to the Second Lien Credit Facility, dated as of September 1, 2016 as (ii) lender under IP/Ground Lease Term Loan Facility, dated as of January 4, 2018, and the Sparrow Mezzanine Term Loan, dated as of April 20, 2018 as indenture trustee under that certain Second Lien Note dated as of October 12, 2010; and as JPP II LLC as lender to the Sparrow Mezzanine Term Loan dated as of April 20, 2018 | Cleary, Gottlieb, Steen & Hamilton LLP | Attn: Sean A. O'Neal<br>One Liberty Plaza<br>New York NY 10006 | soneal@cgsh.com |
| Agent for the 6 5/8% Senior Secured Convertible PIK Toggle Notes | Computershare Trust Company, N.A. | Attn.: Corporate Trust Dept. –SEARS<br>8742 Lucent Boulevard, Suite 225<br>Highlands Ranch CO 80129 | corporate.trust@computershare.com |
| Counsel to Citibank, N.A., as administrative agent under that certain Stand-Alone L/C Facility, dated as of December 28, 2016 | Davis Polk & Wardwell LLP | Attn: Marshall S. Huebner, Esq, Eli J. Vonnegut, Esq.<br>450 Lexington Avenue<br>New York NY 10017 | marshall.huebner@davispolk.com<br>eli.vonnegut@davispolk.com |
| Counsel to Washington Prime Group Inc. | Frost Brown Todd LLC | Attn: Ronald E. Gold & AJ Webb<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | rgold@fbtlaw.com<br>awebb@fbtlaw.com |
| Top 20 Unsecured Creditor | HK Greatstar Int'l Co. Ltd. | Attn.:  President or General Counsel<br>Rm 35, 4/F., Po Yip Building<br>23 Hing Yip Street, Kwun Tong,<br>Kowloon Hong Kong | lf@greatstartools.com<br>sears@greatstartools.com |
| Top 5 Secured Creditor | Holdings Unsecured Notes (8.00%) | Attn.:  President or General Counsel<br>c/o Computershare Trust Company, N.A.<br>250 Royal Street<br>Canton MA 02021 | corporate.trust@computershare.com |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Top 5 Secured Creditor | Holdings Unsecured PIK Notes (8.00%) | Attn.: President or General Counsel<br>c/o Computershare Trust Company, N.A.<br>250 Royal Street<br>Canton MA 02021 | corporate.trust@computershare.com |
| Counsel to UBS AG, as lender for the Sparrow Term Loan maturing 2019 | Hunton Andrews Kurth LLP | Attn: Brett L. Gross<br>200 Park Avenue<br>New York NY 10166 | bgross@HuntonAK.com |
| Top 20 Unsecured Creditor | Icon Health and Fitness Inc. | Attn.: President or General Counsel<br>1500 South 1000 West<br>Logan UT 84321 | gtnexus@iconfitness.com |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market Street<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov |
| United States Trustee Southern District of New York | Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey<br>201 Varick St.<br>Ste. 1006<br>New York NY 10014 | richard.morrissey@usdoj.gov<br>paul.schwartzberg@usdoj.gov |
| Top 20 Unsecured Creditor | Samsung Electronics America HA | Attn.: President or General Counsel<br>85 Challenger Road, 7th Floor<br>Ridgefield Park NJ 07660 | jhaughton@sea.samsung.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov |
| Counsel to Simon Property Group, L.P. | Simon Property Group, L.P. | Attn: Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis IN 46204 | rtucker@simon.com |
| Counsel to the Senior DIP, and Bank of America, N.A., as agent under the First Lien Credit Facility, dated as of July 21, 2015 | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq<br>155 N. Wacker Drive<br>Chicago IL 60606 | paul.leake@skadden.com<br>shana.elberg@skadden.com |
| Top 5 Secured Creditor | SRAC Medium Term Notes | Attn.: President or General Counsel<br>c/o BNY Midwest Trust Company<br>101 Barclay St., Floor 8W<br>New York NY 10286 | mary.callahan@bnymellon.com |
| Top 20 Unsecured Creditor | SRAC Unsecured PIK Notes | Attn.: President or General Counsel<br>c/o BNY Midwest Trust Company<br>101 Barclay Street, Floor 8W<br>New York NY 10286 | mary.callahan@bnymellon.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Trustee for the SRAC Unsecured Notes dated May 15, 1995 | The Chase Manhattan Bank, N.A. | Attn: Mary A. Callahan, Vice President<br>c/o The Bank of New York Mellon Trust Company<br>2 N. LaSalle Street, Suite 700<br>Chicago IL 60602 | mary.callahan@bnymellon.com |
| Indenture trustee for the KCD IP Asset Backed Notes | U.S. Bank National Association | Attn: Jose A Galarza, Vice President, Global Structured Finance<br>190 S. LaSalle Street, 3rd Floor<br>MS: MK-IL-SL7M<br>Chicago IL 60603 | jose.galarza@usbank.com |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division<br>86 Chambers Street<br>3rd Floor<br>New York NY 10007 | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov<br>Lawrence.Fogelman@usdoj.gov<br>Peter.Aronoff@usdoj.gov<br>Linda.Riffkin@usdoj.gov |
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny Singh<br>767 Fifth Avenue<br>New York NY 10153 | ray.schrock@weil.com<br>garrett.fail@weil.com<br>jacqueline.marcus@weil.com<br>sunny.singh@weil.com |
| Top 20 Unsecured Creditor | Whirlpool Corporation | Attn.: President or General Counsel<br>2000 North M-63<br>Benton Harbor MI 49022 | Kristen.Hewitt@whirlpoolcorp.com |

**<u>Exhibit B</u>**

# Exhibit B

Unions Service List
Served via Email

| Name | Notice Name | Email |
|---|---|---|
| IBEW Local 8 | Attn: Eric Grossweiler | egross@ibew8.org |
| IBT 150 | Attn: Marty Crandall | mwcibt150@gmail.com |
| IBT 174 | Attn: Pete Lamb | PLamb@teamsters174.org |
| IBT 174 | Attn: Pete Lamb | PLamb@teamsters174.org |
| IBT Local 348 | Attn: Gerard Colant | gerardcolant@sbcglobal.net |
| IUOE Local 399 | Attn: Mike Materson | mmasterson@iuoe399.com |
| IUOE Local 70 | Attn: Drew Brodeen | d.brodeen@iuoe70.org |
| Steelworkers Local 5852-28 | Attn: Rick Benson | rbenson@usw.org |
| Teamsters 243 | Attn: Cinci | cinci@teamsters243.org |
| Teamsters 705 | Attn: Joe Bakes | jbakes@l705ibt.org |
| Teamsters Local 107 | Attn: Shawn Dougherty | sdougherty@teamsters107.com |
| Teamsters Local 243 | Attn: Jim "Cinci" Cianciola | cinci@teamsters243.org |
| Teamsters Local 688 | Attn: Chris Tongay | ctongay@688online.com |
| UAW 1112 | Attn: Ben Strickland | bstrickland@uaw.net |
| UAW 8275 | Attn: Kieran Martin | mkieran7@gmail.com |
| UFCW Local 880 | Attn: Michael Martino | mmartino@ufcwlocal880.com |
| UFCW Local 881 | Attn: Jeffrey Collier | Jeffreycollier@local881ufcw.org |
| UFCW Local 881 | Attn: Jeffrey Collier | Jeffreycollier@local881ufcw.org |
| UFCW Local 881 | Attn: Jeffrey Collier Paul Schaefer | Jeffreycollier@local881ufcw.org; PaulSchaefer@Local881UFCW.org |
| Workers United SEIU Local 196 | Attn: Tanita Williams | tanitawilliams40@yahoo.com |
| Workers United SEIU Local 512 | Attn: Evely Zepada | ezepeda@wsrjb.org |

**<u>Exhibit C</u>**

Banks Service List
Served via Email

| Name | Email |
| --- | --- |
| Banco Popular | Helga.Marcano@popular.com |
| Bank of America | judith.c.taylor@baml.com |
| Bank Of Oklahoma | Pjohnson@bokf.com |
| BB&T Bank | Bblomeke@BBandT.com |
| Capital One Bank | Gina.Monette@capitalone.com |
| Citizens Bank | Christine.Scott@citizensbank.com |
| First Hawaiian Bank | tnitta@fhb.com |
| First National Bank of Grayson | info@fnbgrayson.com |
| First Security Bank and Trust Company | info@fsbokc.com |
| First Tennessee | BBMelby@firsttennessee.com |
| Huntington National Bank | Tara.Aldea@huntington.com |
| Key Bank | jeva@key.com |
| PNC Bank | Michael.Byrne@pnc.com |
| Regions Bank | Louis.Alexander@regions.com |
| Standard Bank Ltd. Mauritius | clientservices@standardbank.mu |
| Union Bank | rbartha@us.mufg.jp |
| United Missouri Bank | Blake.Smith@UMB.com |
| US Bank | Genie.McGuire@usbank.com |
| Wells Fargo Bank | John.Runger@wellsfargo.com |

**<u>Exhibit D</u>**

Exhibit D

Lienholders Service List

Served via Email

| Name | Email |
|---|---|
| APS Express, Inc. | cstokley@palterlaw.com |
| APS Express, Inc. | jcrewse@crewselawfinn.com |
| APS Express, Inc. | jfigliulo@fslegal.com |
| APS Express, Inc. | michael.hayes@huschblackwell.com |
| APS Express, Inc. | nberger@gcklegal.com |
| APS Express, Inc. | nmartinez@palterlaw.com |
| APS Express, Inc. | twarman@fslegal.com |
| Brian Van Vooren | adam@gregcolemanlaw.com |
| Brian Van Vooren | adw@wexlerwallace.com |
| Brian Van Vooren | akeller@dlcfirm.com |
| Brian Van Vooren | aprom@dlcfirm.com |
| Brian Van Vooren | eaw@wexlerwallace.com |
| Brian Van Vooren | greg@gregcolemanlaw.com |
| Brian Van Vooren | josterwise@bm.net |
| Brian Van Vooren | lisa@gregcolemanlaw.com |
| Brian Van Vooren | mfantini@bm.net |
| Brian Van Vooren | scarson@bm.net |
| COA,Inc. represented by James D. Benak a California corporation doing business as Coaster Company of America | jbenak@tetzlafflegal.com |
| Darryl Moore, individually and on behalf of all others similarly situated | aschmidlin@msiegellaw.com |
| Darryl Moore, individually and on behalf of all others similarly situated | bmanewith@msiegellaw.com |
| Darryl Moore, individually and on behalf of all others similarly situated | msiegel@msiegellaw.com |
| Darryl Moore, individually and on behalf of all others similarly situated | osavytska@llrlaw.com |

## Exhibit D

Lienholders Service List

Served via Email

| Name | Email |
|---|---|
| Katie Smith, individually and on behalf of all others similarly situated | adam@gregcolemanlaw.com |
| Katie Smith, individually and on behalf of all others similarly situated | adw@wexlerwallace.com |
| Katie Smith, individually and on behalf of all others similarly situated | akeller@dlcfirm.com |
| Katie Smith, individually and on behalf of all others similarly situated | aprom@dlcfirm.com |
| Katie Smith, individually and on behalf of all others similarly situated | eaw@wexlerwallace.com |
| Katie Smith, individually and on behalf of all others similarly situated | greg@gregcolemanlaw.com |
| Katie Smith, individually and on behalf of all others similarly situated | josterwise@bm.net |
| Katie Smith, individually and on behalf of all others similarly situated | lisa@gregcolemanlaw.com |
| Katie Smith, individually and on behalf of all others similarly situated | mfantini@bm.net |
| Katie Smith, individually and on behalf of all others similarly situated | scarson@bm.net |
| Mary E. Rood | akeller@dlcfirm.com |
| Mary E. Rood | aprom@dlcfirm.com |
| Mary E. Rood | eaw@wexlerwallace.com |
| Mary E. Rood | greg@gregcolemanlaw.com |
| Mary E. Rood | josterwise@bm.net |
| Mary E. Rood | mfantini@bm.net |
| Mary E. Rood | scarson@bm.net |
| Rebecca Rysewyk | adam@gregcolemanlaw.com |
| Rebecca Rysewyk | adw@wexlerwallace.com |

Exhibit D

Lienholders Service List

Served via Email

| Name | Email |
|---|---|
| Rebecca Rysewyk | akeller@dlcfirm.com |
| Rebecca Rysewyk | aprom@dlcfirm.com |
| Rebecca Rysewyk | eaw@wexlerwallace.com |
| Rebecca Rysewyk | greg@gregcolemanlaw.com |
| Rebecca Rysewyk | josterwise@bm.net |
| Rebecca Rysewyk | lisa@gregcolemanlaw.com |
| Rebecca Rysewyk | mfantini@bm.net |
| Rebecca Rysewyk | scarson@bm.net |
| Timothy Johnson, individually and on behalf of all others similarly situated | aschmidlin@msiegellaw.com |
| Timothy Johnson, individually and on behalf of all others similarly situated | bmanewith@msiegellaw.com |
| Timothy Johnson, individually and on behalf of all others similarly situated | hlichten@llrlaw.com |
| Timothy Johnson, individually and on behalf of all others similarly situated | msiegel@msiegellaw.com |
| Timothy Johnson, individually and on behalf of all others similarly situated | osavytska@llrlaw.com |