GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Gregory W. Fox
Barry Z. Bazian
T: 212.813.8800
F: 212.355.3333
gfox@goodwinlaw.com
bbazian@goodwinlaw.com

*Counsel to Waste Management*
*National Services, Inc. and its affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re:                                                      :
                                                            :    Chapter 11
                                                            :
SEARS HOLDINGS CORPORATION, *et al.*,                       :
                                                            :    Case No. 18-23538 (RDD)
                                                            :
                                            Debtors.        :    (Joint Administration Pending)
------------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE THAT** pursuant to § 1109(b) of the United States Bankruptcy Code and Rules 2002 and 9010(b) of the Bankruptcy Rules, the attorneys listed below hereby appear as counsel to Waste Management National Services, Inc. and its affiliates ("Waste Management") in the above-captioned chapter 11 cases and requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents filed or entered in these cases be transmitted to:

> GOODWIN PROCTER LLP
> The New York Times Building
> 620 Eighth Avenue
> New York, New York 10018
> Gregory W. Fox
> Barry Z. Bazian
> T: 212.813.8800
> F: 212.355.3333
> gfox@goodwinlaw.com
> bbazian@goodwinlaw.com

ACTIVE/96983786.1

**PLEASE TAKE FURTHER NOTICE** that Waste Management does not intend, nor shall it be deemed, through this Notice of Appearance and Request for Service of Documents, or any subsequent appearance, pleading, claim, suit, or conduct, to waive any substantive or procedural rights, including, without limitation, (i) the rights to have a United States District Judge determine *de novo* all non-core proceedings (and all core proceedings as to which the Bankruptcy Court lacks authority to enter judgments or final orders), (ii) the rights to a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) the rights to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any right to object to the jurisdiction of the Bankruptcy Court, or to venue in the Southern District of New York, for any purpose other than with respect to this Notice of Appearance and Request for Service of Documents, or (v) any other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which it is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies Waste Management expressly reserves.

Dated: October 15, 2018
      New York, New York

      Respectfully submitted,

      /s/ Gregory W. Fox
      GOODWIN PROCTER LLP
      The New York Times Building
      620 Eighth Avenue
      New York, New York 10018
      Gregory W. Fox
      Barry Z. Bazian
      212.813.8800
      212.355.3333
      gfox@goodwinlaw.com
      bbazian@goodwinlaw.com

      *Counsel to Waste Management*
      *National Services, Inc. and its affiliates*

## **CERTIFICATE OF SERVICE**

    I, Gregory W. Fox, hereby certify that a true and correct copy of the foregoing document will be forwarded by electronic transmission to all parties registered to receive electronic notice in these cases, as identified on the Notice of Electronic Filing (NEF), via this Court's CM/ECF system on October 15, 2018.

                                                  /s/ Gregory W. Fox
                                                  Gregory W. Fox

ACTIVE/96983786.1