IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

IN RE :

Sears Holdings Corporation

§    CASE NO. 18-23538-RDD
§    (Chapter 11)
Debtor(s)    §

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

> **Richardson ISD, City of Garland, Garland ISD, Carrollton-Farmers Branch ISD**
> c/o EBONEY COBB
> Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
> 500 E. Border Street, Suite 640
> Arlington, Texas 76010
> (817) 461-3344
> (817) 860-6509 FAX
> email: ecobb@pbfcm.com

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements,

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 1

answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

        Respectfully Submitted,

        **PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.**
        Attorneys for Claimant(s)

        By: /s/ Eboney Cobb
           EBONEY COBB
           State Bar No. 24048397
           500 E. Border Street, Suite 640
           Arlington, Texas 76010
           (817) 461-3344
           (817) 860-6509 FAX

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, has been served upon the parties listed below via U.S. first class mail or electronically via the Court's ECF System on this date: October 15, 2018.

        /s/ Eboney Cobb
        EBONEY COBB

| | |
|---|---|
| Jacqueline Marcus<br>767 5th Avenue<br>New York, NY 10153 | US Trustee<br>201 Varick Street, Room 1006<br>New York, NY 10014 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 2