**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

─────────────────────────────────x
| In re: | : | **Chapter 11** |
|---|---|---|
| | : | |
| **SEARS HOLDINGS CORPORATION,** | : | Case No. 18–23538–rdd |
| *et al.* | : | |
| | : | **(Joint Administration Requested)** |
| Debtors. | : | |

─────────────────────────────────x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Rachel E. Edwards, request admission, *pro hac vice*, before the Honorable Judge Robert D. Drain, to represent Liberty Mutual Insurance Company, a creditor in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Texas and the bar of the U.S. District Court for the Northern District of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 15, 2018

White Plains, New York
                                                     */s/ Rachel E. Edwards*_____
                                                     Rachel E. Edwards
                                                     Texas Bar No. 24101722

                                                     *Mailing Address:*
                                                     Langley LLP
                                                     1301 Solana Blvd
                                                     Building 1, Suite 1545
                                                     Westlake, Texas 76262

                                                     *E-mail address:* redwards@l-llp.com
                                                     *Telephone number:* (214) 722–7165