**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **SEARS HOLDINGS CORPORATION,** *et al.* | : | Case No. 18–23538–rdd |
| | : | |
| | : | **(Joint Administration Requested)** |
| **Debtors.** | : | |

―――――――――――――――――――――x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Rachel E. Edwards, to be admitted, ***pro hac vice***, to represent Liberty Mutual Insurance Company, (the "Client") a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and the bar of the U.S. District Court for the Northern District of Texas, it is hereby

**ORDERED**, that Rachel E. Edwards, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York          /s/ _____

UNITED STATES BANKRUPTCY JUDGE