**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SEARS HOLDINGS CORPORATION., *et al.*, | ) ) | Case No. 18-23538 (RDD) |
| Debtors. | ) ) ) | (Jointly Administration Requested) |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon motion of Brian A. Raynor, to be admitted, *pro hac vice*, to represent Pension Benefit Guaranty Corporation (the "Client") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and the bars of the United States District Courts for the Northern and Southern Districts of Illinois and the Eastern District of Michigan, it is hereby

ORDERED, that Brian A. Raynor, Esq. is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2018
   White Plains, New York

 THE HONORABLE ROBERT D. DRAIN
 UNITED STATES BANKRUPTCY JUDGE