**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **SEARS HOLDINGS CORPORATION,** | : | Case No. 18–23538–rdd |
| *et al.* | : | |
| | : | (Joint Administration Requested) |
| Debtors. | : | |

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Keith A. Langley, request admission, *pro hac vice*, before the Honorable Judge Robert D. Drain, to represent Liberty Mutual Insurance Company, a creditor in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Texas and the bar of the U.S. District Court for the Northern District of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 15, 2018

White Plains, New York

*/s/ Keith A. Langley*_____
Keith A. Langley
Texas Bar No. 11919500

*Mailing Address:*
Langley LLP
1301 Solana Blvd
Building 1, Suite 1545
Westlake, Texas 76262

*E-mail address:* klangley@l-llp.com
*Telephone number:* (214) 722–7162