Rachel R. Obaldo
Texas Bar No. 24041617
Assistant Attorney General
Bankruptcy & Collection Division MC 008
P. O. Box 12548
Austin, TX   78711-2548
Telephone: (512) 475-4551
Facsimile: (512) 936-1409
rachel.obaldo@oag.texas.gov

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                   :    CHAPTER 11
In re:                                                :
                                                 :    Case No. 18-23538
SEARS HOLDINGS CORPORATION   :
                                                 :
                                                 :
                       DEBTOR                  :
-------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICE AND PLEADINGS**

       The Comptroller of Public Accounts of the State of Texas (the "Comptroller"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

                       Rachel R. Obaldo
                       Assistant Attorney General
                 Bankruptcy & Collections Division MC 008
                         P.O. Box 12548
                       Austin, Texas 78711-2548

       The Comptroller respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules

2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

    Respectfully submitted,

    KEN PAXTON
    Attorney General of Texas

    JEFFREY C. MATEER
    First Assistant Attorney General

    BRANTLEY STARR
    Deputy First Assistant Attorney General

    JAMES E. DAVIS
    Deputy Attorney General for Civil Litigation

    RONALD R. DEL VENTO
    Assistant Attorney General
    Chief, Bankruptcy & Collections Division

    */s/ Rachel R. Obaldo*
    RACHEL R. OBALDO
    Texas State Bar No. 24041617
    Assistant Attorney General
    Bankruptcy & Collections Division MC 008
    P. O. Box 12548
    Austin, TX 78711-2548
    Telephone:   (512) 475-4551
    Facsimile:   (512) 936-1409
    rachel.obaldo@oag.texas.gov

    ATTORNEYS FOR THE TEXAS
    COMPTROLLER OF PUBLIC ACCOUNTS

# **CERTIFICATE OF SERVICE**

I certify that on October 15, 2018, a true copy of the foregoing was served by the method and to the following parties as indicated:

By First Class Mail:

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

By Electronic Means as listed on the Court's ECF Noticing System:

- Brandon K. Bains     bbains@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com
- Michael I. Baird     baird.michael@pbgc.gov, efile@pbgc.gov
- Kay Diebel Brock     bkecf@co.travis.tx.us
- James L. Bromley     maofiling@cgsh.com, jbromley@cgsh.com
- Eboney Cobb     ecobb@pbfcm.com
- Andrew S. Conway     aconway@taubman.com
- Kelly Rose Cusick     cusick.kelly@pbgc.gov, efile@pbgc.gov
- Andrew G. Dietderich     dietdericha@sullcrom.com, s&cmanagingclerk@sullcrom.com;andrew-dietderich-6008@ecf.pacerpro.com;MAASSE@SULLCROM.COM;BAKERR@SULLCROM.COM
- Rachel E. Edwards     redwards@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com
- Gregory W. Fox     gfox@goodwinprocter.com
- Steven A. Ginther     sdnyecf@dor.mo.gov
- Ronald Eric Gold     rgold@fbtlaw.com, awebb@fbtlaw.com;bmparker@fbtlaw.com;eseverini@fbtlaw.com
- Eric R Goodman     egoodman@bakerlaw.com
- Alan H Katz     akatz@lockelord.com
- Erin C. Kim     kim.erin@pbgc.gov, efile@pbgc.gov
- Jeffrey Kurtzman     jkurtzma@klehr.com
- Keith A Langley     klangley@l-llp.com, ehyman@l-llp.com;pgentry@l-llp.com
- Paul D. Leake     wendy.lamanna@skadden.com;andrea.chouprouta@skadden.com
- Joseph H. Lemkin     jlemkin@stark-stark.com
- Jacqueline Marcus     jacqueline.marcus@weil.com, jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com
- Ilan Markus     ilan.markus@leclairryan.com, kim.knicely@leclairryan.com;wendy.kane@leclairryan.com
- Laura J. Monroe     lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com
- Sean A. O'Neal     soneal@cgsh.com, maofiling@cgsh.com
- Thomas S. Onder     tonder@stark-stark.com
- Kristen N. Pate     bk@brookfieldpropertiesretail.com

- David L. Pollack    pollack@ballardspahr.com
- Ray C Schrock    ray.schrock@weil.com, matthew.goren@weil.com;christopher.stauble@weil.com
- Gary F Seitz    gseitz@gsbblaw.com, gary.seitz@gmail.com
- Owen M. Sonik    osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com
- Richard A. Stieglitz    RStieglitz@cahill.com, MMcLoughlin@cahill.com;ma@cahill.com
- Sabrina L. Streusand    streusand@slollp.com, prentice@slollp.com
- Ronald M. Tucker    rtucker@simon.com, bankruptcy@simon.com
- United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
- Andrew W. Weaver    aweaver@cgsh.com, maofiling@cgsh.com
- Elizabeth Weller    dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
- Garth D. Wilson    wilson.garth@pbgc.gov, efile@pbgc.gov
- Marc A. Zelina    marc.zelina@lw.com

*/s/ Rachel R. Obaldo*
RACHEL R. OBALDO