Simon Property Group, L.P.
Ronald M. Tucker, Esq.
225 W. Washington Street, 4th Floor
Indianapolis, IN 46204
Tel: (317) 263-2346
Fax: (317) 263-7901
Email: rtucker@simon.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In Re: | ) | Chapter 11 |
|  | ) |  |
| SEARS HOLDINGS CORPORATION, *et al.,* | ) | Case No. 18-23538 (RDD) |
|  | ) | (Joint Administration Pending) |
| Debtors. | ) |  |
|  | ) |  |

**MOTION FOR ADMISSION TO PRACTICE,**
***PRO HAC VICE*, OF RONALD M. TUCKER**

I, Ronald M. Tucker, a member in good standing of the bar in the state of Indiana, or of the bar in the U.S. District Court, Southern District of Indiana, request admission, ***pro hac vice,*** to represent Simon Property Group, L.P., a creditor in the above referenced case.

My address is Simon Property Group, L.P., 225 West Washington Street, Indianapolis, Indiana 46204. E-mail address is rtucker@simon.com; telephone number is (317) 263-2346. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 15, 2018
       Indianapolis, Indiana       Respectfully submitted

                                  */s/Ronald M. Tucker*_____
                                  Ronald M. Tucker, Esq.
                                  Simon Property Group, L.P.
                                  225 W. Washington Street, 4th Floor
                                  Indianapolis, IN 46204
                                  Tel: (317) 263-2346
                                  Fax: (317) 263-7901
                                  Email: rtucker@simon.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) | Case No. 18-23538 (RDD) |
| | ) | (Joint Administration Pending) |
| Debtors. | ) | |
| | ) | |

**ORDER ADMITTING RONALD M. TUCKER TO PRACTICE, *PRO HAC VICE***

Ronald M. Tucker, Esq., a member in good standing of the bar of the state of Indiana or of the bar in the U.S. District Court, Southern District of Indiana, having requested admission, *pro hac vice,* to represent Simon Property Group, L.P. in the above referenced case;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Ronald M. Tucker is admitted to practice, *pro hac vice*, in the above-referenced chapter 11 case, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: October ___, 2018
       White Plains, New York

 

                                              UNITED  STATES  BANKRUPTCY JUDGE

4833-9948-9656v.1