**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-bk-23538 (RDD) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Peter M. Gilhuly, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Simon Property Group in the above referenced bankruptcy proceeding.

*I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Courts for the Northern, Central, and Southern Districts of California and the U.S. Court of Appeals for the Ninth Circuit.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  October 15, 2018
       Los Angeles, California

LATHAM & WATKINS LLP

*/s/ Peter M. Gilhuly*_____
Peter M. Gilhuly
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: Peter.Gilhuly@lw.com

*Attorneys for Simon Property Group*