**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-bk-23538 (RDD) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Peter M. Gilhuly, to be admitted, *pro hac vice*, to represent Simon Property Group in the above referenced bankruptcy proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Courts for the Northern, Central, and Southern Districts of California and the U.S. Court of Appeals for the Ninth Circuit, it is hereby

ORDERED, that Peter M. Gilhuly, Esq., is admitted to practice, *pro hac vice*, in the above referenced adversary proceeding to represent Simon Property Group, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York          /s/ _____
                                                                   UNITED STATES BANKRUPTCY JUDGE