Edward M. King, Esq.
Kentucky Bar No. 86928
**FROST BROWN TODD LLC**
400 West Market Street
Suite 3200
Louisville, Kentucky 40202
Telephone: (502) 589-5400
Facsimile:  (502) 581-1087
Email: tking@fbtlaw.com

**Counsel for Sitel Operating Corporation**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | CHAPTER 11<br><br>CASE NO. 18-23538-RDD<br><br>**(Joint Administration Requested)** |

### *AMENDED* NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned chapter 11 proceedings as counsel on behalf of Sitel Operating Corporation ("Sitel"), and requests that all notices given or required to be given in these cases, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone or otherwise, which affect Sitel or these chapter 11 bankruptcy cases to be served upon:

Edward M. King, Esq.
**FROST BROWN TODD LLC**
400 West Market Street
Suite 3200
Louisville, Kentucky 40202
Telephone: (502) 589-5400
Facsimile: (502) 581-1087
Email: tking@fbtlaw.com

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as, nor is it a consent to, jurisdiction of the Bankruptcy Court over Sitel, specifically but not limited to: (i) its right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) its right to a trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto; (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Sitel is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Sitel expressly reserves.

Date:   October 15, 2018                                        Respectfully submitted,

**FROST BROWN TODD LLC**

By:   */s/ Edward M. King*
Edward M. King, Esq.
Kentucky Bar No. 86928
**FROST BROWN TODD LLC**
400 West Market Street
Suite 3200
Louisville, Kentucky 40202
Telephone: (502) 589-5400
Facsimile: (502) 581-1087
Email: tking@fbtlaw.com

**Counsel for Sitel Operating Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October, 2018, a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* was sent via ECF Noticing to all parties receiving ECF Notices in this chapter 11 case.

                                              */s/ Edward M. King*
                                               Edward M. King

0104593.0711632   4835-1077-2088v1