CLARK HILL, PLC
151 S. Old Woodward Ave., Ste. 200
Birmingham, Michigan 48009
Telephone:    (248) 988-1817
Facsimile:    (248) 988-2336
David M. Blau (P52542)

**Attorneys for Agree Limited Partnership, Lakewood Shopping Center, LLC, and Crossroads Centre II, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | x | |
|---|---|---|
| | . | **Chapter 11** |
| **In re:** | . | **Case No. 18-23538-rdd** |
| **SEARS HOLDINGS CORPORATION.,** | . | |
| **et al.,** | . | **(Joint Administration Pending)** |
| **Debtors.** | . | |
| | x | |

**<u>ORDER</u>**

AND NOW, this _____ day of _____, 2018, upon the Motion for Leave to Appear *Pro Hac Vice* and the Rules Governing the United States Bankruptcy Court for the Southern District of New York, David M. Blau is hereby permitted to appear and participate in this action as one of the attorneys for the party indicated, subject to payment of the $200.00 filing fee.

Dated: _____    _____
                                                    , U.S. Bankruptcy Court Judge
_____, New York