**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re: SEARS HOLDING CORPORATION, et al.,

                              Debtor

---------------------------------------------------------------x

                              Plaintiff

                              v.

                              Defendant

---------------------------------------------------------------x

Case No.: 18-23538

Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Howard A. Cohen, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Henkel Corporation, a creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Delaware and, if applicable, the bar of the U.S. District Court for the _____ District of Delaware.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 10/16/2018

_____, New York

/s/ Howard A. Cohen

*Mailing Address*:

GIBBONS P.C.
300 Delaware Ave, Ste 1015
Wilmington, DE 19801-1671

*E-mail address*: hcohen@gibbonslaw.com
*Telephone number*: (302) 518-6300