**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: SEARS HOLDING CORPORATION, et al.,

                                Debtor

Case No.: 18-23538

Chapter 11

---------------------------------------------------------------x

                                Plaintiff

                        v.

                                Defendant

Adversary Proceeding No.: _____

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Howard A. Cohen, to be admitted, *pro hac vice*, to represent Henkel Corporation, (the "Client") a creditor in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Delaware and, if applicable, the bar of the U.S. District Court for the _____ District of Delaware, it is hereby

**ORDERED**, that Howard A. Cohen, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York        /s/ _____

                                                 UNITED STATES BANKRUPTCY JUDGE