**GIBBONS P.C.**
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Telephone: (212) 613-2000
Facsimile: (212) 290-2018
Brett S. Theisen
Howard A. Cohen (*pro hac vice* pending)
Email: btheisen@gibbonslaw.com
hcohen@gibonslaw.com
*Attorneys for Henkel Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. [1] | Jointly Administered |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that request is made by attorneys for creditor Henkel Corporation, ("***Henkel***"), in the above-referenced case, in accordance with 11 U.S.C. § 1109(b) and Fed. R. Bankr. Proc. Rules 2002 and 9010(b) ("***Rules***"), that all papers, pleadings, motions and applications served or required to be served in this case, be given to and served upon the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).

Henkel at the following addresses and further requests that Henkel be added to the Master Service List:

| Brett S. Theisen, Esq.<br>**GIBBONS P.C.**<br>One Pennsylvania Plaza, 37th Floor<br>New York, New York 10119-3701<br>Telephone: (212) 613-2000<br>Email: btheisen@gibbonslaw.com | Howard A. Cohen, Esq.<br>**GIBBONS P.C.**<br>300 Delaware Avenue, Suite 1015<br>Wilmington, DE 19801-1671<br>Telephone: (302) 518-6324<br>E-mail: hcohen@gibbonslaw.com |
|---|---|

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and the papers referred to in the Rules specified above, but also includes without limitation orders and notices of any application, motion, petition, pleading, request, complaint of demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, e-mail, delivery, telephone, telegraph, telex, or otherwise, which may affect or seek to affect in any way any rights or interests of creditors with respect to the Debtor or any related entity, or property or proceeds thereof in which the Debtor may claim an interest.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Henkel's rights: (i) to have final orders in non-core matters, as well as statutory core matters in which the court lacks the Constitutional authority to enter a final order absent the consent of the parties, entered only after *de novo* review by a district court judge; (ii) to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; and (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or any other rights, claims, actions, defenses, setoffs or recoupments to which Henkel is and/or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

PLEASE TAKE FURTHER NOTICE that this appearance and request for notice is made without prejudice to Henkel's rights, remedies and claims against other entities. All rights, remedies and claims are hereby expressly reserved.

| | |
|---|---|
| Dated: October 16, 2018<br>Wilmington, DE | **GIBBONS P.C.**<br><br>By: */s/ Brett S. Theisen*<br>Brett S. Theisen<br>Howard A. Cohen (*pro hac vice* pending)<br>One Pennsylvania Plaza, 37th Floor<br>New York, New York 10119-3701<br>Telephone: (212) 613-2000<br>Facsimile: (212) 290-2018<br>E-mail: btheisen@gibbonslaw.com<br>hcohen@gibbonslaw.com<br>*Attorneys for Henkel Corporation* |

2635195.1 035733-99439

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October 2018, a true and correct copy of the foregoing was filed and served via the CM/ECF system to all parties receiving ECF Notice in the above-captioned chapter 11 cases.

By: */s/ Brett S. Theisen*
Brett S. Theisen