# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | JUDGE |
| | ) | |
| SEARS HOLDINGS CORPORATION | ) | CASE NO.: 18-23538 |
| | ) | |
| | ) | |
| DEBTOR. | ) | CHAPTER 11 |
| | ) | |

PLEASE TAKE NOTICE that the undersigned appears on behalf of The Marion Plaza, Inc. dba Eastwood Mall; Governor's Square Company dba Governor's Square Mall; Huntington Mall Company dba Huntington Mall; Meadowbrook Mall Company dba Meadowbrook Mall; Ohio Valley Mall Company dba Ohio Valley Mall; The Cafaro Northwest Partnership dba South Hill Mall; Spotsylvania Mall Company dba Spotsylvania Towne Centre and Howland Commons, LLC dba Howland Commons and pursuant to Rule 2002 of the Bankruptcy Rules and 11 U.S.C.§1109(b), request that all notices required to be served in these cases be served upon Cafaro Management Company, 5577 Youngstown-Warren Rd., Niles, Ohio 44446, Attention: Richard T. Davis.

Dated: October 16, 2018

/s Richard T. Davis
RICHARD T. DAVIS
Ohio Reg. No. 0033405
Cafaro Management Company
5577 Youngstown-Warren Rd.
Niles, Ohio 44446
(330) 747-2661
(330) 743-2902
rdavis@cafarocompany.com