**CKR LAW LLP**
1330 Avenue of the Americas, 14th Floor
New York, New York 10019
Telephone: (212) 259-7300
Facsimile: (212) 259-8200
Edward L. Schnitzer, Esq.

*Counsel to Sakar International Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538-rdd |
|  | : |  |
| Debtors. | : | (Joint Administration Pending) |
|  | : |  |

---------------------------------------------------------------x

**NOTICE OF RECLAMATION DEMAND OF SAKAR INTERNATIONAL**

**TO THE DEBTORS AND ALL INTERESTED PARTIES:**

Sakar International ("Sakar"), by and through its undersigned counsel, hereby gives notice that it served a demand for reclamation of goods (the "Reclamation Demand") pursuant to Section 546(c) of the United States Bankruptcy Code, 11 U.S.C. §101, *et seq.* on October 15, 2018. A copy of the Reclamation Demand (without enclosures/exhibits) is attached as Exhibit A.

Dated: October 15, 2018

                **CKR LAW LLP**

                By:  */s/ Edward L. Schnitzer*
                   Edward L. Schnitzer

                1330 Avenue of the Americas, 14th Floor
                New York, New York 10019
                Telephone: (212) 259-7300
                Facsimile: (212) 259-8200
                Email: eschnitzer@ckrlaw.com

                *Counsel for Sakar International Inc.*