GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, Massachusetts  02110-3333
Tel:   (617) 482-1776
Fax:   (617) 574-4112
Douglas B. Rosner, Esq.

885 Third Avenue, 18th Floor
New York, New York 10022
Tel:   (212) 878-6900
Fax:   (212) 878-6911
Trevor R. Hoffmann, Esq.

*Counsel to Cape Town Plaza LLC, New Westgate Mall LLC, and STAG IV Cheektowaga, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Joint Administration Pending) |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to Rules 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned appear as attorneys for and on behalf of **Cape Town Plaza LLC, New Westgate Mall LLC** and **STAG IV Cheektowaga, LLC** (each, a "Creditor"), and request that they be placed on the service list, and, pursuant to Bankruptcy Rule 2002, demand that all orders, pleadings, notices, motions, and other documents and papers filed in connection with this case be served upon their counsel at the office addresses set forth below, and that their counsel be added to the Master Service List in this case.

4816-3493-3624

>Douglas B. Rosner, Esq.
>GOULSTON & STORRS PC
>400 Atlantic Avenue
>Boston, MA  02110-3333
>Tel:  (617) 482-1776
>Fax: (617) 574-4112
>drosner@goulstonstorrs.com
>
>Trevor R. Hoffmann
>GOULSTON & STORRS PC
>885 Third Avenue, 18th Floor
>New York, NY 10022
>Tel:     (212) 878-5048
>Fax:     (212) 878-6911
>thoffmann@goulstonstorrs.com

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the Creditors': (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Landlords are or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

Dated:  October 16, 2018

>/s/ Douglas B. Rosner
>Douglas B. Rosner, Esq.
>GOULSTON & STORRS PC
>400 Atlantic Avenue
>Boston, MA  02110-3333
>Tel:  (617) 482-1776
>drosner@goulstonstorrs.com
>
>Trevor R. Hoffman
>GOULSTON & STORRS PC
>885 Third Avenue, 18th Floor
>New York, New York 10022
>Tel:     (212) 878-6900
>Fax:     (212) 878-6911
>thoffman@goulstonstorrs.com
>
>*Counsel to Cape Town Plaza, LLC, New Westgate Mall LLC* and *STAG IV Cheektowaga, LLC*

4816-3493-3624

GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
Tel:   (617) 482-1776
Fax:   (617) 574-4112
Douglas B. Rosner, Esq.

885 Third Avenue, 18th Floor
New York, New York 10022
Tel:   (212) 878-6900
Fax:   (212) 878-6911
Trevor R. Hoffmann, Esq.

*Counsel to Cape Town Plaza LLC, New Westgate Mall LLC, and Stag IV Cheektowaga, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) Case No. 18-23538 (RDD) |
| | ) |
| Debtors. | ) (Joint Administration Pending) |
| | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of October, 2018, I caused a copy of the foregoing pleading to be served by electronic means through the Court's ECF system to all parties on the attached service list.

/s/ Douglas B. Rosner
Douglas B. Rosner, Esq.
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, MA 02110-3333
Tel: (617) 482-1776
drosner@goulstonstorrs.com

4816-3493-3624

## Service List

Brandon K. Bains on behalf of Interested Party Liberty Mutual Insurance Company
bbains@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com

Michael I. Baird on behalf of Creditor Pension Benefit Guaranty Corporation
baird.michael@pbgc.gov, efile@pbgc.gov

Kay Diebel Brock on behalf of Creditor Travis County
bkecf@co.travis.tx.us

James L. Bromley on behalf of Creditor ESL Investments, Inc.
maofiling@cgsh.com, jbromley@cgsh.com

Eboney Cobb on behalf of Creditor Carrollton-Farmers Branch ISD
ecobb@pbfcm.com

Andrew S. Conway on behalf of Creditor Taubman Landlords
aconway@taubman.com

Kelly Rose Cusick on behalf of Creditor Pension Benefit Guaranty Corporation
cusick.kelly@pbgc.gov, efile@pbgc.gov

Andrew G. Dietderich on behalf of Creditor Fairholme Capital Management, LLC and Fairholme Funds, Inc.
dietdericha@sullcrom.com, s&cmanagingclerk@sullcrom.com;andrew-dietderich-6008@ecf.pacerpro.com;MAASSE@SULLCROM.COM;BAKERR@SULLCROM.COM

Rachel E. Edwards on behalf of Interested Party Liberty Mutual Insurance Company
redwards@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com

Gregory W. Fox on behalf of Creditor Waste Management National Services, Inc. and its affiliates
gfox@goodwinprocter.com

Steven A. Ginther on behalf of Creditor Missouri department of revenue
sdnyecf@dor.mo.gov

Ronald Eric Gold on behalf of Creditor Washington Prime Group Inc.
rgold@fbtlaw.com, awebb@fbtlaw.com;bmparker@fbtlaw.com;eseverini@fbtlaw.com

Eric R Goodman on behalf of Creditor American Greetings Corporation
egoodman@bakerlaw.com

Alan H Katz on behalf of Creditor Pension Benefit Guaranty Corporation
akatz@lockelord.com

Erin C. Kim on behalf of Creditor Pension Benefit Guaranty Corporation
kim.erin@pbgc.gov, efile@pbgc.gov

Jeffrey Kurtzman on behalf of Creditor BET Investments
jkurtzma@klehr.com

Keith A Langley on behalf of Interested Party Liberty Mutual Insurance Company
klangley@l-llp.com, ehyman@l-llp.com;pgentry@l-llp.com

Paul D. Leake on behalf of Interested Party Bank of America, N.A.
wendy.lamanna@skadden.com;andrea.chouprouta@skadden.com

Joseph H. Lemkin on behalf of Creditor Levin Management Corporation
jlemkin@stark-stark.com

Jacqueline Marcus on behalf of Debtor Sears Holdings Corporation
jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Ilan Markus on behalf of Creditor Benenson Capital Partners, LLC and Brooks Shopping Centers, LLC
ilan.markus@leclairryan.com, kim.knicely@leclairryan.com;wendy.kane@leclairryan.com

Sean A. O'Neal on behalf of Creditor ESL Investments, Inc.
soneal@cgsh.com, maofiling@cgsh.com

Thomas S. Onder on behalf of Creditor Levin Management Corporation
tonder@stark-stark.com

Kristen N. Pate on behalf of Creditor Brookfield Property REIT Inc.
bk@brookfieldpropertiesretail.com

David L. Pollack on behalf of Creditor Brixmor Property Group, Inc.
pollack@ballardspahr.com

Ray C Schrock on behalf of Debtor Sears Holdings Corporation
ray.schrock@weil.com, matthew.goren@weil.com;christopher.stauble@weil.com

Gary F Seitz on behalf of Creditor Yang Ming (America) Corp.
gseitz@gsbblaw.com, gary.seitz@gmail.com

Owen M. Sonik on behalf of Creditor Spring Branch Independent School District, et al.
osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com

Richard A. Stieglitz, Jr. on behalf of Creditor SHLD Lendco, LLC
RStieglitz@cahill.com, MMcLoughlin@cahill.com;ma@cahill.com

Sabrina L. Streusand on behalf of Creditor Dell Financial Services L.L.C.
streusand@slollp.com, prentice@slollp.com

Ronald M. Tucker on behalf of Unknown Simon Property Group, L.P.
rtucker@simon.com, bankruptcy@simon.com

United States Trustee
USTPRegion02.NYECF@USDOJ.GOV

Andrew W. Weaver on behalf of Creditor ESL Investments, Inc.
aweaver@cgsh.com, maofiling@cgsh.com

Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Garth D. Wilson on behalf of Creditor Pension Benefit Guaranty Corporation
wilson.garth@pbgc.gov, efile@pbgc.gov

Marc A. Zelina on behalf of Unknown Simon Property Group, L.P.
marc.zelina@lw.com