KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
Eric R. Wilson
Benjamin D. Feder
T. Charlie Liu

*Counsel to Computershare Trust Company, N.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | § | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| SEARS HOLDINGS CORPORATION, *et al.*, | § | Case No. 18-23538 (RDD) |
| | § | |
| | § | (Joint Administration Requested) |
| Debtors.[1] | § | |
| | § | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF**
**PAPERS AND REQUEST TO BE ADDED TO THE MASTER SERVICE LIST**

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned case on behalf of Computershare Trust Company, N.A. ("Computershare"), as Indenture Trustee. Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section

---

[1] The Debtors in these chapter 11 cases are as follows: Sears Holdings Corporation; Kmart Holding Corporation; Kmart Operations LLC; Sears Operations LLC; Sears, Roebuck and Co.; ServiceLive Inc.; A&E Factory Service, LLC; A&E Home Delivery, LLC; A&E Lawn & Garden, LLC; A&E Signature Service, LLC; FBA Holdings Inc.; Innovel Solutions, Inc.; Kmart Corporation; MaxServ, Inc.; Private Brands, Ltd.; Sears Development Co.; Sears Holdings Management Corporation; Sears Home & Business Franchises, Inc.; Sears Home Improvement Products, Inc.; Sears Insurance Services, L.L.C.; Sears Procurement Services, Inc.; Sears Protection Company; Sears Protection Company (PR) Inc.; Sears Roebuck Acceptance Corp.; Sears, Roebuck de Puerto Rico, Inc.; SYW Relay LLC; Wally Labs LLC; Big Beaver of Florida Development, LLC; California Builder Appliances, Inc.; Florida Builder Appliances, Inc.; KBL Holding Inc.; KLC, Inc.; Kmart of Michigan, Inc.; Kmart of Washington LLC; Kmart Stores of Illinois LLC; Kmart Stores of Texas LLC; MyGofer LLC; Sears Brands Business Unit Corporation; Sears Holdings Publishing Company, LLC.; Sears Protection Company (Florida), L.L.C.; SHC Desert Springs, LLC; SOE, Inc.; StarWest, LLC; STI Merchandising, Inc.; Troy Coolidge No. 13, LLC; BlueLight.com, Inc.; Sears Brands, L.L.C.; Sears Buying Services, Inc.; Kmart.com LLC; and Sears Brands Management Corporation.

1109(b) of the Bankruptcy Code, all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following address and further request **to be added to the Master Service List:**

>Eric R. Wilson
>Benjamin D. Feder
>T. Charlie Liu
>**KELLEY DRYE & WARREN LLP**
>101 Park Avenue
>New York, New York 10178
>Tel: 212-808-7800
>Fax: 212-808-7897
>E-mail: KDWBankruptcyDepartment@KelleyDrye.com
>           bfeder@kelleydrye.com
>           cliu@kelleydrye.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Computershare's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Computershare may or may be entitled under agreements, at

law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: October 16, 2018
      New York, New York

**KELLEY DRYE & WARREN LLP**

By: */s/ Eric R. Wilson*
    Eric R. Wilson
    Benjamin D. Feder
    T. Charlie Liu
101 Park Avenue
New York, New York 10178
Tel: 212-808-7800
Fax: 212-808-7897

*Counsel to Computershare Trust Company, N.A.*