LeCLAIRRYAN, PLLC
545 Long Wharf Drive, 9th Floor
New Haven, CT  06511
Niclas A. Ferland, Esq.
Telephone: (203) 672-3211
Facsimile: (203) 672-3232
*Counsel to Westfield, LLC, Benenson Capital Partners, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **SEARS HOLDINGS CORPORATION,** *et al.,* | : | Case No. 18-23538 (RDD) |
| | : | |
| **Debtors.** | : | (Joint Administration Requested) |

-------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Niclas A. Ferland, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Westfield, LLC and Benenson Capital Partners, LLC and certain of their respective affiliates as set forth on Schedule A attached hereto (collectively, the "Clients") in the above referenced case.

I certify that I am a member in good standing of the bar in the State of Connecticut and the United States District Court for the District of Connecticut.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  October 15, 2018          **LeCLAIRRYAN, PLLC**
      New Haven, Connecticut

                                   /s/ Niclas A. Ferland
                                   Niclas A. Ferland, Esq.
                                   545 Long Wharf Drive, 9th Floor
                                   New Haven, CT  06511
                                   Telephone: (203) 672-3211
                                   Facsimile: (203) 672-3232
                                   Email: niclas.ferland@leclairryan.com