**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:                                                              :    Chapter 11
                                                                         :
**SEARS HOLDINGS CORPORATION,** *et al.*,  :    Case No. 18-23538 (RDD)
                                                                         :
             **Debtors.**                                       :    (Joint Administration Requested)
-----------------------------------------------------------X

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Niclas A. Ferland, to be admitted, *pro hac vice*, to represent Westfield, LLC, Benenson Capital Company, Inc. and certain of their affiliates (collectively, the "Client"), in their respective capacities as creditors, landlords and parties-interest in the above referenced case, and upon the movant's certification that the movant is member in good standing of the bar in the State of Connecticut and the United States District Court for the District of Connecticut, it is hereby

**ORDERED**, that Niclas A. Ferland, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
             _____, New York

                                                            /s/ _____
                                                            UNITED STATES BANKRUPTCY JUDGE