1  PAUL J. PASCUZZI, State Bar No. 148810
   FELDERSTEIN FITZGERALD
2  WILLOUGHBY & PASCUZZI LLP
   400 Capitol Mall, Suite 1750
3  Sacramento, CA  95814
   Telephone: (916) 329-7400
4  Facsimile: (916) 329-7435
   ppascuzzi@ffwplaw.com
5
   Attorneys for The McClatchy Company
6  and its affiliates

7

8  UNITED STATES BANKRUPTCY COURT
   SOUTHERN DISTRICT OF NEW YORK
9

10 In re:                                    Chapter 11

11 SEARS HOLDINGS CORPORATION,                CASE No.  18-23538 (RDD)
   et al.,
                                             (Joint Administration Requested)
12          Debtors[1].

13

14           **REQUEST FOR SERVICE OF DOCUMENTS AND PAPERS**

15           **PLEASE TAKE NOTICE** that The McClatchy Company and its affiliates

16 ("McClatchy"), creditors and parties in interest, through their counsel, Felderstein Fitzgerald

17 Willoughby & Pascuzzi LLP, hereby request, pursuant to Bankruptcy Rules 2002(a), (b), and

18 (f), and 3017(a), that copies of all notices and pleadings given or filed in the above-captioned

19 action be given and served upon the persons listed below at the following address:

20 ───────────────
   [1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
21 number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations
   LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory
22 Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature
   Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500);
   MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management
23 Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc.
   (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company
24 (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de
   Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development,
25 LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc.
   (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of
26 Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit
   Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C.
27 (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188);
   Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying
28 Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of
   the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

                                              REQUEST FOR SERVICE
                                              OF DOCUMENTS

Paul J. Pascuzzi
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA  95814
Telephone:  (916) 329-7400 ext. 222
Facsimile:  (916) 329-7435
email:  ppascuzzi@ffwplaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or telecopier or otherwise, filed with regard to the above case and proceedings. Movant additionally requests that the Debtor and the Clerk of the Court place his name and address on any mailing matrix, or list of creditors to be prepared or existing in the above case.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which McClatchy is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  October 16, 2018

FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP


*/s/ Paul J. Pascuzzi*
PAUL J. PASCUZZI
Attorneys for The McClatchy Company
and its affiliates

-2-

1

## CERTIFICATE OF SERVICE

2

I am a citizen of the United States, over the age of 18 years, and am not a party to or interested in the within entitled cause.  I am an employee of Felderstein Fitzgerald Willoughby

3
& Pascuzzi LLP, 400 Capitol Mall, Suite 1750, Sacramento, CA 95814.

4

On October 16, 2018, I served the following document(s) described as:

5

**REQUEST FOR SERVICE OF DOCUMENTS AND PAPERS**

6

( ✓ )    The aforementioned document was sent via ECF Noticing to all parties receiving ECF notices in these chapter 11 cases.

7

8

( ✓ )    I am familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service and know that each

9
day's mail is deposited with the United States Postal Service that same day in the ordinary course of business.  On the date set forth above, I served the aforementioned

10
documents on the parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage prepaid, for collection and mailing on this date following

11
ordinary business practices, at Sacramento, California, addressed as set forth below.

12

| | |
|---|---|
| Sears Holdings Corporation | Jacqueline Marcus/Ray C. Schrock |
| 3333 Beverly Road | Weil Gotshal & Manges, LLP |
| Hoffman Estates, IL  60179 | 767 5th Avenue |
| | New York, NY  10153 |
| | |
| Office of the United States Trustee | Adam M. Adler |
| U.S. Federal Office Building | Prime Clerk, LLC |
| 201 Varick Street, Room 1006 | 830 Third Ave 9th Fl |
| New York, NY  10014 | New York, NY  10022 |

13

14

15

16

17

I declare under penalty of perjury that the foregoing is true and correct.

18

Executed on October 16, 2018, at Sacramento, California.

19

20

*/s/ Lori N. Lasley*
Lori N. Lasley

21

22

23

24

25

26

27

28

REQUEST FOR SERVICE
OF DOCUMENTS