SKIERSKI JAIN PLLC
400 N. St. Paul, Suite 510
Dallas, TX 75201
Telephone: (214) 446-0330
Facsimile: (214) 446-0322
enotices@skijain.com
Doug Skierski
Kristin H. Jain

**ATTORNEYS QUEST RESOURCE MANAGEMENT GROUP, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
IN RE:                                               §       Case No. 18-23538 -RDD
                                                     §
Sears Holdings Corporation, et al.,                  §       (Jointly Administration Requested)
                                                     §
　　　　Debtors.                                      §
------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

　　　　PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of Quest Resource Management Group, LLC creditor and parties-in-interest in the above reference proceeding. The undersigned hereby request notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002 of the Bankruptcy Procedure.

DATED: October 16, 2018

/s/ Douglas D. Skierski
SKIERSKI JAIN PLLC
400 N. St. Paul, Suite 510
Dallas, TX 75201
Telephone: (214) 446-0330
Facsimile: (214) 446-0322
enotices@skijain.com
Doug Skierski
Kristin H. Jain

*Attorneys for Quest Resource Management Group, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16th day of October 2018, a true and correct copy of the foregoing was served via ECF filing system of the United States Bankruptcy Court for the Southern District of New York on all parties receiving notice in the case.

/s/Douglas D. Skierski
Douglas D. Skierski