LASSER HOCHMAN, L.L.C.
75 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 226-2700
Attorneys for Oster Yorktown Properties, LLC

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

In re:                                              Case No. 18-23538 (RDD)

SEARS HOLDINGS CORPORATION, et al.
                                                    Chapter 11
    Debtors.
                                        NOTICE OF APPEARANCE AND REQUEST
                                        FOR SERVICE OF PAPERS AND OTHER
                                                    DOCUMENTS

PLEASE TAKE NOTICE that Lasser Hochman, L.L.C., attorneys for Oster Yorktown Properties, LLC, hereby enters its appearance in this matter.

PLEASE TAKE FURTHER NOTICE that request is hereby made, pursuant to Section 1109(b) of the Bankruptcy Code (if applicable) and Federal Rules of Bankruptcy Procedure 2002 and 9007, that all notices given and required to be given in this case and all pleadings and other papers filed in the above matter be directed to the following:

    Richard L. Zucker, Esq.
    Lasser Hochman, L.L.C.
    75 Eisenhower Parkway
    Roseland, New Jersey  07068
    (973) 226-2700
    (973) 226-0844 (FAX)
    rzucker@lasserhochman.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way, the rights or interests of Oster Yorktown Properties, LLC with respect to the above-captioned debtors, or any related entity, or property or proceeds in which the Debtor may claim an interest.

> LASSER HOCHMAN, L.L.C.
> 75 Eisenhower Parkway
> Roseland, New Jersey  07068
> (973) 226-2700
> Attorneys for Oster Yorktown Properties, LLC
>
> By:/s/  Richard L. Zucker
> RICHARD L. ZUCKER, ESQ.

Dated:  October 16, 2018
          Roseland, New Jersey

P:\Docs\SEC\RLZ\BANKR DOCS\Sears Holdings Corporation\Oster Yorktown Properties, LLC\Pleadings\NOA.WPD