| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br><br>IN RE:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | X<br>)<br>)<br>)<br>)  CASE NO. 18-23538-RDD<br>)<br>)  CHAPTER 11<br>)<br>)<br>)<br>)<br>X |

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Beth E. Rogers, request admission, pro hac vice, before the Honorable Judge Robert D. Drain, to represent Serta Simmons Bedding, LLC, creditor in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Georgia, and if applicable, the bar of the U.S. District Court for the Northern District of Georgia.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

This 16th day of October 2018.

        **ROGERS LAW OFFICES**

        By: */s/Beth E. Rogers*
            Beth E. Rogers
            Georgia Bar No. 612092
            The Equitable Building
            100 Peachtree Street, Ste. 1950
            Atlanta, Georgia 30303
            770-685-6320 phone
            678-990-9959 fax
            brogers@berlawoffice.com
            *Attorney for Movant*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**  X<br>**SOUTHERN DISTRICT OF NEW YORK**  )<br>                                                                        )<br>                                                                        )<br>_____  )<br>                                                                        )  CASE NO. 18-23538-RDD<br>IN RE:                                                           )<br>                                                                        )  CHAPTER 11<br>SEARS HOLDINGS CORPORATION, *et al*.,  )<br>                                                                        )<br>          Debtors.                                              )<br>                                                                        )<br>_____  X | |

### CERTIFICATE OF SERVICE

This is to certify that I have this date served the following as counsel of record in the foregoing matter, with a copy of the within and foregoing **MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE** by filing with the Clerk of Court using the CM/ECF system which will automatically send an email notification of such filing to the following:

Ray C Schrock
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
*Counsel for Debtors*

Jacqueline Marcus
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
*Counsel for Debtors*

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
*U.S. Trustee*

Dated: October 16, 2018.

/s/ Beth E. Rogers
Beth E. Rogers
Georgia Bar No. 612092
*Attorney for Movant*