Stephen M. Miller (*pro hac vice* admission pending)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Attorneys for Net Lease Management Partners, L.L.C.,
Greensboro Lease Management, L.L.C., and
Brighton Lease Management, L.L.C.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Joint Administration Requested) |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Stephen M. Miller, request admission, *pro hac vice*, before The Honorable Robert D. Drain, to represent Net Lease Management Partners, L.L.C., Greensboro Lease Management, L.L.C., and Brighton Lease Management, L.L.C. in the above-captioned cases.

I certify that I am a member in good standing of the bar of the State of Delaware, the bar of the Commonwealth of Pennsylvania, the bar of the United States District Court for the District of Delaware, the United States Court of Appeals for the Third Circuit, and the United States Supreme Court.

10524317/1

I have submitted the filing fee of $200.00 with this motion for *pro hac vice admission.*

| | |
|---|---|
| Dated:  October 16, 2018 | **MORRIS JAMES LLP** |
| | /s/ Stephen M. Miller |
| | Stephen M. Miller (DE Bar No. 2610) |
| | 500 Delaware Avenue, Suite 1500 |
| | P.O. Box 2306 |
| | Wilmington, DE  19899-2306 |
| | Telephone:  (302) 888-6800 |
| | Facsimile:   (302) 571-1750 |
| | E-mail: smiller@morrisjames.com |

Attorneys for Net Lease Management Partners, L.L.C., Greensboro Lease Management, L.L.C., and Brighton Lease Management, L.L.C.