**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Joint Administration Requested) |

### AFFIDAVIT OF WILLIAM W. WELLER, PARALEGAL

STATE OF DELAWARE   :
                    : SS:
NEW CASTLE COUNTY   :

   I, William W. Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on October 16, 2018, I caused to be served:

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

   Service was completed via the Court's ECF Noticing System upon all parties receiving ECF notices in the above-captioned case.

Dated: October 16, 2018

_____
William W. Weller

SWORN AND SUBSCRIBED before me this 16th day of October, 2018.

_____
Notary Public

10527864/1