# Exhibit A

## Approved Initial Budget

**Project Blue**
Week Cash Flow Forecast - 13 Week DIP Model
($ in Millions)

| Month | FY18 P9 | | | FY18 P10 | | | | FY18 P11 | | | | FY18 P12 | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Forecast / Actual* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *13 Weeks* |
| **Week Ending** | 10/20/18 | 10/27/18 | 11/3/18 | 11/10/18 | 11/17/18 | 11/24/18 | 12/1/18 | 12/8/18 | 12/15/18 | 12/22/18 | 12/29/18 | 1/5/19 | 1/12/19 | **Through** |
| **Fiscal Week** | Week 37 | Week 38 | Week 39 | Week 40 | Week 41 | Week 42 | Week 43 | Week 44 | Week 45 | Week 46 | Week 47 | Week 48 | Week 49 | 1/12/19 |
| *Post-Petition Week* | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | |
| *Forecast Week* | Week 37 | Week 38 | Week 39 | Week 40 | Week 41 | Week 42 | Week 43 | Week 44 | Week 45 | Week 46 | Week 47 | Week 48 | Week 49 | Total |
| **I. OPERATING CASH FLOW** | | | | | | | | | | | | | | |
| **Total Operating Receipts** | $160.6 | $165.8 | $199.5 | $181.5 | $184.1 | $248.7 | $316.0 | $204.1 | $226.1 | $220.2 | $241.1 | $285.4 | $192.3 | $2,825.6 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Merchandise Vendors | 64.7 | 77.9 | 80.0 | 74.3 | 61.0 | 79.0 | 80.9 | 45.2 | 55.0 | 87.8 | 80.0 | 53.6 | 54.3 | 893.7 |
| Payroll, Taxes, and Benefits | 47.5 | 30.9 | 73.8 | 32.0 | 61.1 | 32.6 | 74.3 | 40.3 | 41.9 | 34.0 | 46.3 | 33.2 | 43.1 | 590.9 |
| Occupancy[1] | - | - | - | 30.6 | 3.4 | - | - | 25.5 | 8.5 | - | - | - | 29.5 | 97.5 |
| Other Operating Disbursements | 77.9 | 81.5 | 65.2 | 77.2 | 64.1 | 73.0 | 89.7 | 82.5 | 71.9 | 80.3 | 74.2 | 72.5 | 78.8 | 988.8 |
| **Total Operating Disbursements** | 190.1 | 190.2 | 219.0 | 214.2 | 189.6 | 184.6 | 244.9 | 193.5 | 177.3 | 202.2 | 200.5 | 159.2 | 205.6 | 2,570.9 |
| **Total Operating Cash Flow** | ($29.5) | ($24.4) | ($19.5) | ($32.7) | ($5.5) | $64.1 | $71.1 | $10.6 | $48.8 | $18.1 | $40.7 | $126.2 | ($13.4) | $254.6 |
| **II. NON-OPERATING CASH FLOWS** | | | | | | | | | | | | | | |
| **Non-Operating Receipts** | $0.0 | $0.0 | $2.3 | $0.0 | $0.0 | $0.0 | $2.8 | $0.0 | $0.0 | $0.0 | $0.0 | $1.8 | $8.9 | $15.8 |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | |
| Capex | 1.4 | 1.7 | 1.1 | 1.7 | 1.2 | 1.1 | 1.1 | 1.1 | 1.4 | 1.0 | 0.9 | 1.1 | 1.1 | 15.7 |
| Interest on 1L & Cascade | 3.7 | 3.6 | 3.7 | 3.8 | 3.9 | 3.9 | 3.9 | 3.9 | 3.9 | 3.8 | 3.8 | 3.7 | 3.8 | 49.4 |
| **Total Non-Operating Disbursements** | 5.1 | 5.4 | 4.9 | 5.5 | 5.1 | 5.0 | 4.9 | 4.9 | 5.2 | 4.9 | 4.7 | 4.8 | 4.9 | 65.1 |
| **Total Business Cash Flow** | ($34.6) | ($29.8) | ($22.0) | ($38.2) | ($10.6) | $59.2 | $69.0 | $5.7 | $43.6 | $13.2 | $36.0 | $123.2 | ($9.3) | $205.3 |
| **Total Other Non-Operating Disbursements** | 53.8 | 12.5 | 18.8 | 11.7 | 13.7 | 11.7 | 11.7 | 11.3 | 23.7 | 1.5 | 1.5 | 5.7 | 6.3 | 184.0 |
| **Net Cash Flow Before Financing** | ($88.4) | ($42.3) | ($40.8) | ($49.9) | ($24.3) | $47.5 | $57.2 | ($5.6) | $19.9 | $11.7 | $34.5 | $117.5 | ($15.6) | $21.4 |
| **III. LIQUIDITY** | | | | | | | | | | | | | | |
| **Beginning Cash Balance** | $86.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $86.0 |
| Net Cash Flows Before Financing | (88.4) | (42.3) | (40.8) | (49.9) | (24.3) | 47.5 | 57.2 | (5.6) | 19.9 | 11.7 | 34.5 | 117.5 | (15.6) | 21.4 |
| ABL Revolver Draws / (Paydowns) | (109.5) | 42.3 | (71.1) | 49.9 | 0.0 | (23.1) | (151.3) | 0.0 | (14.3) | (11.7) | (34.5) | (117.5) | (94.1) | (534.9) |
| Sr. DIP Term Loan Proceeds | 111.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 111.9 |
| Sr. DIP Revolver Draws / (Paydowns) | 0.0 | 0.0 | 0.0 | 0.0 | 24.3 | (24.3) | 0.0 | 5.6 | (5.6) | 0.0 | 0.0 | 0.0 | 15.6 | 15.6 |
| Jr. DIP Term Loan Proceeds | 0.0 | 0.0 | 111.9 | 0.0 | 0.0 | 0.0 | 94.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 94.1 | 300.0 |
| **Ending Cash Balance** | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Beginning ABL Principal Balance[2]** | $1,531.0 | $1,421.5 | $1,463.8 | $1,392.8 | $1,442.7 | $1,442.7 | $1,419.6 | $1,268.3 | $1,268.3 | $1,254.0 | $1,242.3 | $1,207.8 | $1,090.2 | $1,531.0 |
| Revolver Draws / (Paydowns) | (109.5) | 42.3 | (71.1) | 49.9 | 0.0 | (23.1) | (151.3) | 0.0 | (14.3) | (11.7) | (34.5) | (117.5) | (94.1) | (534.9) |
| **Ending ABL Principal Balance** | $1,421.5 | $1,463.8 | $1,392.8 | $1,442.7 | $1,442.7 | $1,419.6 | $1,268.3 | $1,268.3 | $1,254.0 | $1,242.3 | $1,207.8 | $1,090.2 | $996.2 | $996.2 |
| **Total Outstanding 1L - Ending[3]** | $1,533.4 | $1,575.7 | $1,504.7 | $1,554.6 | $1,578.9 | $1,531.5 | $1,380.2 | $1,385.8 | $1,365.9 | $1,354.2 | $1,319.7 | $1,202.1 | $1,123.7 | |
| **Line Cap[4]** | $1,811.8 | $1,817.1 | $1,817.4 | $1,785.9 | $1,762.0 | $1,686.2 | $1,617.5 | $1,560.8 | $1,504.5 | $1,453.1 | $1,415.8 | $1,335.5 | $1,208.8 | |
| **Net Availability** | $278.4 | $241.3 | $312.7 | $231.3 | $183.0 | $154.7 | $237.3 | $175.1 | $138.6 | $99.0 | $96.1 | $133.4 | $85.1 | |

**Footnotes**
1. Excludes rent on rejected leases
2. Starting balance consists of $571mm Term Loan, $837mm Revolving Credit Facility, and $124mm LC
3. Includes Sr. DIP Term Loan, Sr. DIP Revolver, Term Loan, Revolving Credit Facility, and Normal Course LC
4. Adjusted Borrowing Base calculated using Revised Formula