UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In Re: | Chapter 11 |
|---|---|
| SEARS HOLDINGS CORPORATION, et als. | Case No. 18-23538 (RDD) |
| Debtors. | |

**NOTICE OF APPEARACNE AND**
**REQUEST FOR NOTICE**

PLEASE TAKE NOTICE, Pursuant to Bankruptcy Rules 2002 and 9010, request is hereby made that all papers, pleadings, motions and applications served or required to be served in this case be given to and served upon the following:

> STARK & STARK, P.C.
> P.O. Box 5315
> Princeton, NJ 08543
> Attn: Joseph H. Lemkin, Esquire
> Telephone:  609-791-7022
> Fax:  609-896-0629
> Email:  jlemkin@stark-stark.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules cited above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether conveyed by mail, telephone, telegraph, telex or otherwise, which may affect the rights or interests, in any way, of Conopco Inc. dba Unilever in the above-captioned matter.

> STARK & STARK, P.C.
> P.O. Box 5315
> Princeton, NJ 08543
> Attn: Joseph H. Lemkin, Esquire
> Telephone:  609-791-7022
> Fax:  609-896-0629
> Email:  jlemkin@stark-stark.com

Dated:  October 16, 2018          By: /s/ *Joseph H. Lemkin*
                                        Joseph H. Lemkin

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Notice was electronically filed and served upon all those who receive electronic notification on October 15, 2018.

Dated:  October 16, 2018                    By: /s/ *Joseph H. Lemkin*
                                                         Joseph H. Lemkin