# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK
### WHITE PLAINS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   18-23538 |
| SEARS HOLDINGS CORPORATION | § | |
| DEBTORS(S), | § | CHAPTER   11 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**BEXAR COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on <u>16th</u> day of <u>October, 2018</u>, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

JACQUELINE  MARCUS  
WEIL GOTSHAL & MANGES, LLP  
767 5TH AVENUE  
NEW YORK, NY 10153  

SOUTHERN (NY)  U.S. TRUSTEE  
US FEDERAL BUILDING  
201 VARICK STREET, ROOM 1006  
NEW YORK, NY 10014  

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP  
711 Navarro Street, Ste 300  
SAN ANTONIO, TX 78205  
Telephone:   (210) 225-6763  
Facsimile:    (210) 225-6410  
Email:         sanantonio.bankruptcy@publicans.com  

By: /s/ David G. Aelvoet  
_____  
David G. Aelvoet  
SBN: 00786959 TX