ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
Counsel for East End Commons Associates LLC
875 Third Avenue, 9th Floor
New York, New York 10022
Tel: No.: 212-603-6300
Fred B. Ringel, Esq.
Email: fbr@robinsonbrog.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** | Case No. 18-23538 (RDD) |
| Debtor. | |

-------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that **East End Commons Associates LLC,** landlord and party in interest, by its counsel, **Robinson Brog Leinwand Greene Genovese & Gluck P.C.** hereby appears in this matter pursuant to Bankruptcy Rules 2002 and 9010 and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

      ROBINSON BROG LEINWAND GREENE
      GENOVESE & GLUCK P.C.
      875 Third Avenue, 9th Floor
      New York, New York 10022
      Tel: No.: 212-603-6300
      Attn: Fred B. Ringel, Esq.
      Email: fbr@robinsonbrog.com

and that they be added to the Master Service List in this case.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to 11 U.S.C. Section 1109(b), this demand shall be broadly construed to include, by way of example and not by way of limitation, all notices and papers, including, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, fax, e-mail or otherwise, which affects, or purports to affect, the estate of the above named debtors or property of their estates.

**DATED:**  New York, New York
October 16, 2018

                           ROBINSON BROG LEINWAND GREENE
                           GENOVESE & GLUCK P.C.
                           *Counsel for East End Commons Associates LLC*
                           875 Third Avenue, 9th Floor
                           New York, New York 10022
                           Tel: No.: 212-603-6300


                           By: /s/ Fred B. Ringel
                                Fred B. Ringel

**To:** (Via ECF)

    **Jacqueline Marcus**
    Weil Gotshal & Manges, LLP
    767 5th Avenue
    New York, NY 10153
    jacqueline.marcus@weil.com

    **Ray C Schrock**
    Weil, Gotshal & Manges LLP
    767 Fifth Avenue

New York, NY 10153
ray.schrock@weil.com