**CLARK HILL, PLC**
151 S. Old Woodward Ave., Ste. 200
Birmingham, Michigan 48009
Telephone:     (248) 988-1817
Facsimile:     (248) 988-2336
David M. Blau (P52542)

*Attorneys for Ramco Jackson Crossing SPE, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | **Chapter 11** |
|  | **Case No. 18-23538-rdd** |
| SEARS HOLDINGS CORPORATION., *et al.*, | **(Jointly Administered)** |
| Debtors. |  |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF
PAPERS AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

     Please take notice that the Attorneys for *Ramco Jackson Crossing SPE,* hereby enters their appearance by and through their counsel, Clark Hill PLC, pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. § 342 and 1109(b), that copies of all notices and pleadings given or filed in these cases be given and served upon the party listed at the address and telephone listed below, and that its counsel be added to the Master Service List in this case.

David M. Blau, Esq.
Clark Hill PLC
151 S. Old Woodward Ave., Ste. 200
Birmingham, MI  48009
Telephone: (248) 988-1817 Facsimile: (248) 988-2336
dblau@clarkhill.com

     Please take further notice that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written, or

oral, and whether transmitter or conveyed by mail, delivery, telephone, telegraph, telex, e-mail or otherwise filed or made with regard to the referenced cases and proceedings herein.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the Creditors': (i) right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Landlords are or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

Dated: October 16, 2018        Respectfully submitted,

CLARK HILL, PLC

/s/ David M. Blau
David M. Blau (MI P52542) (Admission pro hac vice pending)
151 S. Old Woodward Ave., Ste. 2000
Birmingham, MI  48009
Tel. (248) 988-1817
Fax. (248) 988-2336
*Attorneys for Ramco Jackson Crossing SPE, LLC*
dblau@clarkhill.com

## CERTIFICATE OF SERVICE

I do hereby certify that I caused to be served a true copy of the *Notice of Appearance and Request for Service of Papers and Request to be Added to Master Service List* upon all counsel of record via the Court's ECF filing system.

Dated: October 16, 2018

                                CLARK HILL, PLC

                                /s/ David M. Blau
                                David M. Blau (MI P52542)
                                151 S. Old Woodward Ave., Ste. 2000
                                Birmingham, MI 48009
                                Tel. (248) 988-1817
                                Fax. (248) 988-2336
                                dblau@clarkhill.com