Dustin P. Branch (Cal. Bar No. 174909)
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 800
Los Angeles, California  90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350
E-mail: branchd@ballardspahr.com

*Attorneys for Landlord Creditors*
*The Macerich Company, Starwood Retail Partners, LLC,*
*Acadia Realty Limited Partnership, C.E. Johns Company, Inc.,*
*Centennial Real Estate Co., Deutsche Asset & Wealth Management,*
*GS Pacific ER, LLC, PGIM Real Estate, Vintage Real Estate, LLC,*
*WBCMT 2007-C33 INDEPENDENCE CENTER LLC, and White Plains*
*Galleria Limited Partnership*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*[1], | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

### AMENDED NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that The Macerich Company, Starwood Retail Partners, LLC, Acadia Realty Limited Partnership, C.E. Johns Company, Inc., Centennial Real Estate Co., Deutsche Asset & Wealth Management, GS Pacific ER, LLC, PGIM Real Estate, Vintage Real Estate, LLC, WBCMT 2007-C33 INDEPENDENCE CENTER LLC, and White Plains Galleria Limited Partnership (collectively, the "Landlords"), appearing through their counsel, Ballard Spahr LLP, request that all notices given or required to be given and all papers served or required

---

[1] The Debtors include, Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

18-23538-shl    Doc 110    Filed 10/16/18    Entered 10/16/18 16:57:12    Main Document
Pg 2 of 9

to be served in this case, in accordance with Rules 2002(a)(2), (3), and (7), and 9007 of the Bankruptcy Rules, and Sections 102(1), and 342(a), and 1109(b) of the Bankruptcy Code, be given to and served upon the undersigned at the following address and telephone number:

> Dustin P. Branch, Esq.
> Ballard Spahr LLP
> 2029 Century Park East, Suite 800
> Los Angeles, California 90067-2909
> Telephone:  424.204.4400
> Facsimile: 424.204.4350
> E-mail: branchd@ballardspahr.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise:

(1) Which affect or seek to affect in any way any rights or interests of Landlord with respect to (a) the Debtors; (b) property or proceeds thereof in which the Debtors may claim an interest; (c) property or proceeds thereof in which Landlord claims an interest; (d) property or proceeds thereof in possession, custody or control of Landlord which the Debtors may seek to use; or

(2) Which require or seek to require any act, delivery of any property, payment or other conduct by Landlord.

Dated:  October 16, 2018                By:  /s/ Dustin P. Branch

> Dustin P. Branch, Esq.
> BALLARD SPAHR LLP
> 2029 Century Park East, Suite 800
> Los Angeles, California  90067-2909
> Telephone: 424.204.4400
> Facsimile: 424.204.4350
> E-mail: branchd@ballardspahr.com
>
> *Attorneys for Landlord Creditors*
> *The Macerich Company, Starwood Retail*
> *Partners, LLC, Acadia Realty Limited*
> *Partnership, C.E. Johns Company, Inc.,*

*Centennial Real Estate Co., Deutsche Asset & Wealth Management, GS Pacific ER, LLC, PGIM Real Estate, Vintage Real Estate, LLC, WBCMT 2007-C33 INDEPENDENCE CENTER LLC, and White Plains Galleria Limited Partnership*

3

## **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

  I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Ballard Spahr LLP, 2029 Century Park East, Suite 800, Los Angeles, California 90067.

  On October 16, 2018, I served the foregoing document described as **AMENDED NOTICE OF APPEARANCE** on the interested parties as follows:

**(X)** **(BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – See attached service list)** Pursuant to Local Bankruptcy Rules ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 16, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated and further certify that a true and correct copy was sent via ECF Noticing to all parties receiving ECF Notices in this Chapter 11 case.

**( X)** **(BY MAIL – See attached service list)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day as filing (or within 24 hours of same) with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion upon the party served, that service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

**(__)** **(BY ELECTRONIC MAIL – See attached list)** By transmitting electronically to the parties at the email address indicated above. To the best of my knowledge the transmission was reported as complete and I did not receive a notice of failure of receipt of each such documents.

  I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

  Executed on October 16, 2018, at Los Angeles, California.

                 */s/ Donna Carolo*
                 Donna Carolo

4

# SERVICE LIST

**VIA NEF**

David G. Aelvoet on behalf of Creditor Bexar County
sanantonio.bankruptcy@publicans.com

Brandon K. Bains on behalf of Interested Party Liberty Mutual Insurance Company
bbains@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com

Michael I. Baird on behalf of Creditor Pension Benefit Guaranty Corporation
baird.michael@pbgc.gov, efile@pbgc.gov

Karen C. Bifferato on behalf of Creditor IRC Marketplace at Six Corners, L.L.C.
kbifferato@connollygallagher.com

David M. Blau on behalf of Creditor AGREE LIMITED PARTNERSHIP
dblau@clarkhill.com

Dustin Parker Branch on behalf of Creditor Acadia Realty Limited Partnership
branchd@ballardspahr.com, carolod@ballardspahr.com

Kay Diebel Brock on behalf of Creditor Travis County
bkecf@co.travis.tx.us

James L. Bromley on behalf of Creditor ESL Investments, Inc.
maofiling@cgsh.com, jbromley@cgsh.com

Hyun Suk Choi on behalf of Unknown Winiadaewoo Electronics America, Inc.
hchoi@choiandpark.com, lkleist@choiandpark.com;cpark@choiandpark.com

Eboney Cobb on behalf of Creditor Carrollton-Farmers Branch ISD
ecobb@pbfcm.com

Andrew S. Conway on behalf of Creditor Taubman Landlords
aconway@taubman.com

Kelly Rose Cusick on behalf of Creditor Pension Benefit Guaranty Corporation
cusick.kelly@pbgc.gov, efile@pbgc.gov

Robert K. Dakis on behalf of Creditor Allure Gems, LLC
rdakis@morrisoncohen.com, bankruptcy@morrisoncohen.com

Richard T. Davis on behalf of Creditor Cafaro Management Company
rdavis@cafarocompany.com

Andrew G. Dietderich on behalf of Creditor Fairholme Capital Management, LLC and Fairholme Funds, Inc.
dietdericha@sullcrom.com, s&cmanagingclerk@sullcrom.com;andrew-dietderich-6008@ecf.pacerpro.com;MAASSE@SULLCROM.COM;BAKERR@SULLCROM.COM

Ted A. Dillman on behalf of Unknown Simon Property Group, L.P.
ted.dillman@lw.com, Rachel.kohn@lw.com;Jessica.bengels@lw.com;Brendan.hickey@lw.com

Rachel E. Edwards on behalf of Interested Party Liberty Mutual Insurance Company
redwards@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com

Carrie Essenfeld on behalf of Creditor Taubman Landlords
cessenfeld@halperinlaw.net, cmitchell@halperinlaw.net

Kiah T Ford, IV on behalf of Creditor Hangzhou GreatStar Industrial Co., Ltd
chipford@parkerpoe.com

Gregory W. Fox on behalf of Creditor Waste Management National Services, Inc. and its affiliates
gfox@goodwinprocter.com

James Gadsden on behalf of Sucessor Trustee The Bank of New York Mellon Trust Company, N.A, as Successor Trustee
bankruptcy@clm.com

Peter M. Gilhuly on behalf of Unknown Simon Property Group, L.P.
peter.gilhuly@lw.com, peter-gilhuly-1776@ecf.pacerpro.com

Steven A. Ginther on behalf of Creditor Missouri department of revenue
sdnyecf@dor.mo.gov

Ronald Eric Gold on behalf of Creditor Washington Prime Group Inc.
rgold@fbtlaw.com, awebb@fbtlaw.com;bmparker@fbtlaw.com;eseverini@fbtlaw.com

Eric R Goodman on behalf of Creditor American Greetings Corporation
egoodman@bakerlaw.com

Alan H Katz on behalf of Creditor Pension Benefit Guaranty Corporation
akatz@lockelord.com

Erin C. Kim on behalf of Creditor Pension Benefit Guaranty Corporation
kim.erin@pbgc.gov, efile@pbgc.gov

Edward M. King on behalf of Creditor Sitel Operating Corporation
tking@fbtlaw.com

Lauren Catherine Kiss on behalf of Creditor Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances
lkiss@klestadt.com

Jeffrey Kurtzman on behalf of Creditor BET Investments
jkurtzma@klehr.com

Keith A Langley on behalf of Interested Party Liberty Mutual Insurance Company
klangley@l-llp.com, ehyman@l-llp.com;pgentry@l-llp.com

Paul D. Leake on behalf of Interested Party Bank of America, N.A.
wendy.lamanna@skadden.com;andrea.chouprouta@skadden.com

Joseph H. Lemkin on behalf of Creditor Conopco, Inc. dba Unilever
jlemkin@stark-stark.com

Jacqueline Marcus on behalf of Debtor Sears Holdings Corporation
jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Ilan Markus on behalf of Creditor Benenson Capital Partners, LLC and Brooks Shopping Centers, LLC
ilan.markus@leclairryan.com, kim.knicely@leclairryan.com;wendy.kane@leclairryan.com

Stephen M. Miller on behalf of Interested Party Brighton Lease Management, L.L.C.
smiller@morrisjames.com, wweller@morrisjames.com

Laura J. Monroe on behalf of Creditor Lubbock Central Appraisal District
lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com

Sean A. O'Neal on behalf of Creditor ESL Investments, Inc.
soneal@cgsh.com, maofiling@cgsh.com

Rachel R Obaldo on behalf of Creditor Texas Comptroller of Public Accounts
bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov

Thomas S. Onder on behalf of Creditor Levin Management Corporation
tonder@stark-stark.com

Paul J. Pascuzzi on behalf of Creditor The McClatchy Company
ppascuzzi@ffwplaw.com

Kristen N. Pate on behalf of Creditor Brookfield Property REIT Inc.
bk@brookfieldpropertiesretail.com

David L. Pollack on behalf of Creditor Brixmor Property Group, Inc.
pollack@ballardspahr.com

Fred B. Ringel on behalf of Creditor East End Commons LLC
fbr@robinsonbrog.com

Beth Ellen Rogers on behalf of Creditor Serta Simmons Bedding, LLC
brogers@berlawoffice.com

Douglas B. Rosner on behalf of Creditor Cape Town Plaza LLC
drosner@goulstonstorrs.com

Beth J. Rotenberg on behalf of Unknown Cardinal Health 110 LLC
brotenberg@csglaw.com, ecf@csglaw.com

Edward L. Schnitzer on behalf of Attorney Edward L. Schnitzer
eschnitzer@ckrlaw.com

Ray C Schrock on behalf of Debtor Sears Holdings Corporation
ray.schrock@weil.com, matthew.goren@weil.com;christopher.stauble@weil.com

Gary F Seitz on behalf of Creditor Yang Ming (America) Corp.
gseitz@gsbblaw.com, gary.seitz@gmail.com

Michelle E. Shriro on behalf of Creditor Summit Portraits, LLC
mshriro@singerlevick.com, scotton@singerlevick.com;croote@singerlevick.com

Doug Skierski on behalf of Unknown Quest Resource Management Group LLC
enotices@skijain.com

Owen M. Sonik on behalf of Creditor Spring Branch Independent School District, et al.
osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com

Sean C. Southard on behalf of Creditor Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances
ssouthard@klestadt.com

Richard A. Stieglitz, Jr. on behalf of Creditor SHLD Lendco, LLC
RStieglitz@cahill.com, MMcLoughlin@cahill.com;ma@cahill.com

Sabrina L. Streusand on behalf of Creditor Dell Financial Services L.L.C.
streusand@slollp.com, prentice@slollp.com

Brett S. Theisen on behalf of Creditor Henkel Corporation
btheisen@gibbonslaw.com

Ronald M. Tucker on behalf of Unknown Simon Property Group, L.P.
rtucker@simon.com, bankruptcy@simon.com

United States Trustee
USTPRegion02.NYECF@USDOJ.GOV

Andrew W. Weaver on behalf of Creditor ESL Investments, Inc.
aweaver@cgsh.com, maofiling@cgsh.com

Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Eric R. Wilson on behalf of Creditor Computershare Trust Company, N.A.
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Garth D. Wilson on behalf of Creditor Pension Benefit Guaranty Corporation
wilson.garth@pbgc.gov, efile@pbgc.gov

Marc A. Zelina on behalf of Unknown Simon Property Group, L.P.
marc.zelina@lw.com

Scott A. Zuber on behalf of Unknown Cardinal Health 110 LLC
szuber@csglaw.com, ecf@csglaw.com

Richard L. Zucker on behalf of Creditor Oster Yorktown Properties, LLC
rzucker@lasserhochman.com

**VIA U.S. MAIL**

Sears, Roebuck and Co.
3333 Beverly Road
Hoffman Estates, Il 60179

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014