UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | . | |
|---|---|---|
| In re: | . | Chapter 11 |
| | . | |
| SEARS HOLDINGS CORPORATION, *et al.*, | . | Case No. 18-23538 (RDD) |
| | . | |
| Debtors. | . | (Joint Administration Requested) |
| | . | |

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Phillip W. Bohl, hereby request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Little Caesar Enterprises, Inc. and Blueline Foodservice Distribution, Inc. in the above-referenced cases and in support of my application do aver that:

1. I am a member in good standing of the Bar of the State of Minnesota licensed to practice before all courts of the State of Minnesota. I am a member in good standing of the U.S. District Court for the District of Minnesota, the U.S. District Court for the Eastern District of Michigan, the U.S. District Court for the Western District of Wisconsin, the U.S. District for the Central District of Illinois, and the U.S. District Court for the District of North Dakota, and I am admitted to practice before the United States Court of Appeals for the Eighth Circuit.

2. My admittance to practice has not ever been revoked in any State of Federal Court.

3. I am not a resident of and do not maintain offices in this District for the practice of law.

4. I agree to pay the $200.00 fee due to the Clerk.

Dated: October 16, 2018

Respectfully submitted,

GRAY, PLANT, MOTTY, MOOTY & BENNETT, P.A.

By: /s/ *Phillip W. Bohl*
Phillip W. Bohl
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(Tel) 612-632-3019
(Fax) 612-632-4019
phillip.bohl@gpmlaw.com

*Counsel for Little Caesar Enterprises, Inc. and Blueline Foodservice Distribution, Imc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 16th day of October 2018, a true and correct copy of the foregoing was sent by ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases.

                                                         s/ Phillip W. Bohl
                                                          Phillip W. Bohl

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | . | Chapter 11 |
| | . | |
| SEARS HOLDINGS CORPORATION., *et al.*, | . | Case No. 18-23538 (RDD) |
| | . | |
| Debtors. | . | (Jointly Administration Requested) |
| | . | |

## ORDER

AND NOW, this _____ day of _____, 2018, upon the Motion for Leave to Appear *Pro Hac Vice* and the Rules Governing the United States Bankruptcy Court for the Southern District of New York, Phillip W. Bohl is hereby permitted to appear and participate in this action as one of the attorneys for the party indicated, subject to payment of the $200.00 filing fee.

Dated:_____                              _____
                                                                                              , U.S. Bankruptcy Court Judge
_____, New York

GP:4840-8546-2904 v1