**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Sears Holdings Corporation, *et. al.*, | ) Case No. 18-23538 (RDD) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

## [PROPOSED] ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Dustin P. Branch, to be admitted, ***pro hac vice***, to represent WBCMT 2007-C33 Independence Center LLC, Federal Realty Investment Trust, Kravco Company, Acadia Realty Limited Partnership, PGIM Real Estate, Pacific Retail Group, Deutsche Asset & Wealth Management, Starwood Retail Partners, Brixmor Property Group, Inc., Centennial Real Estate Co., C. E. Johns Company, Inc., GEM Realty Capital, Inc., GS Pacific ER, LLC, The Macerich Company, Vintage Real Estate, LLC, and White Plains Galleria Limited Partnership in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the state of California, licensed to practice before the United States District Courts for the Eastern, Northern, Central, and Southern Districts of California, and also admitted to practice in the United States Courts of Appeals for the Fourth and Ninth Circuits; it is hereby

**ORDERED,** that Dustin P. Branch, is admitted to practice, ***pro hac vice***, in the above referenced bankruptcy case to represent WBCMT 2007-C33 Independence Center LLC, Federal Realty Investment Trust, Kravco Company, Acadia Realty Limited Partnership, PGIM Real Estate, Pacific Retail Group, Deutsche Asset & Wealth Management, Starwood Retail Partners, Brixmor Property Group, Inc., Centennial Real Estate Co., C. E. Johns Company, Inc., GEM Realty Capital, Inc., GS Pacific ER, LLC, The Macerich Company, Vintage Real Estate, LLC,

and White Plains Galleria Limited Partnership in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.


Dated: _____, 2018          _____
       New York, NY                    JUDGE ROBERT D. DRAIN
                                                                     UNITED STATES BANKRUPTCY JUDGE