**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) ) Case No. 18-23538 (RDD) |
| Debtors. | ) ) (Jointly Administration Requested) ) |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon motion of Aaron C. Smith, to be admitted, *pro hac vice*, to represent Pension Benefit Guaranty Corporation (the "Client") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and the bar of the United States District Court for the Northern of Illinois, it is hereby

ORDERED, that Aaron C. Smith, Esq. is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2018
      White Plains, New York

                                                    _____
                                                    THE HONORABLE ROBERT D. DRAIN
                                                    UNITED STATES BANKRUPTCY JUDGE