**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Sears Holdings Corporation, *et. al.*, | ) Case No. 18-23538 (RDD) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

### [PROPOSED] ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of David L. Pollack, to be admitted, *pro hac vice*, to represent WBCMT 2007-C33 Independence Center LLC, Federal Realty Investment Trust, Kravco Company, Acadia Realty Limited Partnership, PGIM Real Estate, Pacific Retail Group, Deutsche Asset & Wealth Management, Starwood Retail Partners, Brixmor Property Group, Inc., Centennial Real Estate Co., C. E. Johns Company, Inc., GEM Realty Capital, Inc., GS Pacific ER, LLC, The Macerich Company, Vintage Real Estate, LLC, and White Plains Galleria Limited Partnership in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the Commonwealth of Pennsylvania and licensed to practice before all courts of the Commonwealth of Pennsylvania, and is a member in good standing of the Bars of the United States District Courts for the Eastern District of Pennsylvania, Eastern District of Wisconsin, Eastern and Western Districts of Michigan, District of Nebraska and Northern District of Texas and admitted to practice before the United States Courts of Appeal for the Third and Seventh Circuits and the United States Supreme Court; it is hereby

**ORDERED,** that David L. Pollack, is admitted to practice, *pro hac vice*, in the above referenced bankruptcy case to represent WBCMT 2007-C33 Independence Center LLC, Federal

Realty Investment Trust, Kravco Company, Acadia Realty Limited Partnership, PGIM Real Estate, Pacific Retail Group, Deutsche Asset & Wealth Management, Starwood Retail Partners, Brixmor Property Group, Inc., Centennial Real Estate Co., C. E. Johns Company, Inc., GEM Realty Capital, Inc., GS Pacific ER, LLC, The Macerich Company, Vintage Real Estate, LLC, and White Plains Galleria Limited Partnership in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2018
      New York, NY

_____
JUDGE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE