David L. Pollack
BALLARD SPAHR LLP
1735 Market Street – 51st Floor
Philadelphia, PA 19103
Tel: (215) 864-8325
Pollack@ballardspahr.com

Leslie C. Heilman
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE  19801
Tel: (302) 252-4465
heilmanl@ballardspahr.com

Dustin P. Branch
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067
Tel: (424) 204-4354
branchd@ballardspahr.com

*Attorneys for Federal Realty Investment Trust,*
*Acadia Realty Limited Partnership,*
*PGIM Real Estate, Pacific Retail Group,*
*Deutsche Asset & Wealth Management,*
*WBCMT 2007-C33 Independence Center LLC,*
*Starwood Retail Partners LLC, Kravco Company,*
*Brixmor Property Group, Inc., Centennial Real Estate Co.,*
*C. E. Johns Company, Inc., GEM Realty Capital, Inc.,*
*GS Pacific ER, LLC, The Macerich Company, Vintage Real Estate, LLC,*
*and White Plains Galleria Limited Partnership*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Sears Holdings Corporation, *et. al.*, | ) Case No. 18-23538 (RDD) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

I, Leslie C. Heilman, request admission to practice, ***pro hac vice***, before the Honorable Robert D. Drain, to represent WBCMT 2007-C33 Independence Center LLC, Federal Realty Investment Trust, Kravco Company, Acadia Realty Limited Partnership, PGIM Real Estate, Pacific Retail Group, Deutsche Asset & Wealth Management, Starwood Retail Partners, Brixmor Property Group, Inc., Centennial Real Estate Co., C. E. Johns Company, Inc., GEM Realty Capital, Inc., GS Pacific ER, LLC, The Macerich Company, Vintage Real Estate, LLC, and White Plains Galleria Limited Partnership as creditors in the above-referenced bankruptcy case.

***I certify that I am a member in good standing*** of the bars of the States of Delaware and New Jersey and the Commonwealth of Pennsylvania, and licensed to practice before all courts of those states.  I am also admitted to practice in the United States District Court for the District of Delaware, the United States District Court for the District of New Jersey and the United States District Court for the Eastern District of Pennsylvania.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 16, 2018  
Wilmington, Delaware

/s/ Leslie C. Heilman  
Leslie C. Heilman  
BALLARD SPAHR LLP  
919 N. Market Street, 11th Floor  
Wilmington, DE  19801  
Tel: (302) 252-4465  
Fax: (302) 252-4466  
heilmanl@ballardspahr.com

*Attorneys for Federal Realty Investment Trust, Acadia Realty Limited Partnership, PGIM Real Estate, Pacific Retail Group, Deutsche Asset & Wealth Management, Starwood Retail Partners LLC, Kravco Company, Brixmor Property Group, Inc., Centennial Real Estate Co., C. E. Johns Company, Inc., GEM Realty Capital, Inc., GS Pacific ER, LLC, The Macerich Company, Vintage Real Estate, LLC, WBCMT 2007-C33 Independence*

                                *Center LLC, and White Plains Galleria Limited Partnership*