**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:

    SEARS HOLDINGS CORPORATION, et al.,

                    Debtor

-------------------------------------------------------------x

                    Plaintiff

                    v.

                    Defendant

-------------------------------------------------------------x

Case No.: 18-23538

Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Rudy J. Cerone, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Automotive Rentals, Inc. and ARI Fleet LT, a Creditor in the above-referenced ☑ case ☐ adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of Louisiana and, if applicable, the bar of the U.S. District Court for the Eastern District of Louisiana.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 10/16/18
New Orleans, Louisiana

/s/ Rudy J. Cerone
*Mailing Address*:
McGlinchey Stafford
601 Poydras St., 12th Fl.
New Orleans, LA 70130
*E-mail address*: rcerone@mcglinchey.com
*Telephone number*: (504) 586-1200