**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:  
    SEARS HOLDINGS CORPORATION, et al.,

                            Debtor

Case No.: 18-23538

Chapter 11

------------------------------------------------------------x

                          Plaintiff

              v.

                        Defendant

Adversary Proceeding No.: _____

------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** ***PRO HAC VICE***

    Upon the motion of Rudy J. Cerone, to be admitted, ***pro hac vice***, to represent Automotive Rentals, Inc. and ARI Fleet LT, (the "Client") a Creditor in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Louisiana and, if applicable, the bar of the U.S. District Court for the Eastern District of Louisiana, it is hereby

    **ORDERED**, that Rudy J. Cerone, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York     /s/ _____

                                                      UNITED STATES BANKRUPTCY JUDGE