UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| In re:<br>    SEARS HOLDINGS CORPORATION,<br>    et al.,<br>                             Debtor | Case No.: 18-23538<br><br>Chapter _1_1_ |

---------------------------------------------------------------x

                                                                              Adversary Proceeding No.: _____

                           Plaintiff

              v.

                           Defendant

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

      Upon the motion of _Richard A. Aguilar_, to be admitted, ***pro hac vice***, to represent Automotive Rentals, Inc. and ARI Fleet LT, (the "Client") a _Creditor_ in the above referenced ☑case ☐adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of _Louisiana_ and, if applicable, the bar of the U.S. District Court for the _Eastern_ District of _Louisiana_, it is hereby

      **ORDERED**, that _Richard A. Aguilar_, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑case ☐adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York        /s/ _____

                                                       UNITED STATES BANKRUPTCY JUDGE