**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:

    SEARS HOLDINGS CORPORATION, et al.,

                      Debtor

---------------------------------------------------------------x

                      Plaintiff

      v.

                      Defendant

---------------------------------------------------------------x

Case No.: 18-23538

Chapter _1_1_

Adversary Proceeding No.: _____

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

      Upon the motion of  Mark J. Chaney, III  , to be admitted, ***pro hac vice***, to represent Automotive Rentals, Inc. and ARI Fleet LT, (the "Client") a  Creditor  in the above referenced ☑case ☐adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Louisiana  and, if applicable, the bar of the U.S. District Court for the  Eastern  District of  Louisiana , it is hereby

      **ORDERED**, that  Mark J. Chaney, III , Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑case ☐adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York      /s/ _____

                                                  UNITED STATES BANKRUPTCY JUDGE