UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.  18-23538 |
| SEARS HOLDINGS CORPORATION | § | |
| DEBTORS(S), | § | CHAPTER  11 |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

| | | |
|---|---|---|
| **MATAGORDA COUNTY** | **CYPRESS - FAIRBANKS ISD** | **JASPER COUNTY** |
| **ANGELINA COUNTY** | **TYLER COUNTY** | **HOUSTON CAD** |
| **CLEVELAND ISD** | **FORT BEND COUNTY** | **MONTGOMERY COUNTY** |
| **GALVESTON COUNTY** | **WHARTON CO JR COLL DIST** | **POLK COUNTY** |
| **ORANGE COUNTY** | **HARRIS COUNTY** | |

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on 16th day of Oct ,2018, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

JACQUELINE MARCUS
WEIL GOTSHAL & MANGES, LLP
767 5TH AVENUE
NEW YORK, NY 10153

SOUTHERN (NY)  U.S. TRUSTEE
US FEDERAL BUILDING
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 3064
HOUSTON, TX 77253-3064
Telephone:  (713) 844-3400
Facsimile:   (713) 844-3503
Email:         houston_bankruptcy@publicans.com

By:

John P. Dillman
SBN: 05874400 TX