**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION**

IN RE:                                                                                CASE NO.   18-23538-rdd

    SEARS HOLDINGS CORPORATION,                     CHAPTER 11

        Debtor.
_____/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010, FLORIDA SELF-INSURERS GUARANTY ASSOCIATION, INC., hereby files its Notice of Appearance in the above-captioned case.  The undersigned attorney for FLORIDA SELF-INSURERS GUARANTY ASSOCIATION, INC., requests that all notices of the matters arising herein be duly served on   him at the address hereinunder noted.

Dated this __17th__ day of October, 2018.

                                      /s/ JAMES E. SORENSON
                                      JAMES E. SORENSON (FL Bar #0086525) of
                                      Sorenson Van Leuven, PLLC.
                                      Post Office Box 3637
                                      Tallahassee, Florida 32315-3637
                                      Telephone (850) 388-0500
                                      Facsimile (850) 391-6800
                                      bk@svllaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance has been furnished to Jacqueline Marcus, 767 5th Avenue, New York, NY   10153, Attorney for Debtor, Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, IL   60179, Debtor, and United States Trustee, 201 Varick Street, Room 1006, New York, NY   10014, by electronic means or U.S. Mail on this __17th__ day of October, 2018.

                                      /s/   JAMES E. SORENSON
                                      Attorney