**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | Case No. 18-23538 |
| Debtors. _____ / | Joint Administration Pending |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that, pursuant to Rules 2002, 3015, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, MANCO FLORIDA ASSOCIATES, LLC ("Landlord"), by and through its counsel, SHUTTS & BOWEN LLP, hereby appears in the above-captioned case and requests that all notices given or required to be given, and all papers served or required to be served in this case, be given to and served upon the following:

RYAN C. REINERT, ESQ.
SHUTTS & BOWEN LLP
4301 W. Boy Scout Blvd, Suite 300
Tampa, Florida 33607
Telephone: (813) 229-8900
Facsimile: (813) 229-8901
E-Mail: rreinert@shutts.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, any notice of any orders, pleadings, motions, application, complaints, demand, hearings, requests or petitions, answering or reply papers, memoranda and briefs, in support of any of the foregoing, whether formal or informal, whether written or oral; and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affects or seeks to affect in any way any rights or interests of any creditor, equity security holder, party in interest, and/or other person or entity.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is expressly without prejudice to any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to be a waiver of any objection thereto nor shall it be deemed or construed to submit Landlord to the jurisdiction of the Court and it is without prejudice to its rights, remedies and claims against other entities or individuals. This Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of the right: (1) to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (3) to have the District Court withdraw the reference in any subject to mandatory or discretionary withdrawal. All rights, remedies, claims, actions, setoffs or recoupments to which Landlord is or may be entitled to are hereby expressly reserved, including, without limitation, the making of a motion to dismiss, to seek abstention or to seek withdrawal of the case or a proceeding therein.

Dated:  October 17, 2018

>                             */s/ Ryan C. Reinert*
>                             Ryan C. Reinert
>                             Florida Bar No. 81989
>                             SHUTTS & BOWEN LLP
>                             4301 W. Boy Scout Blvd., Suite 300
>                             Tampa, Florida  33607
>                             Telephone:    (813) 229-8900
>                             Facsimile:    (813) 229-8901
>                             E-Mail:       rreinert@shutts.com
>                             *Attorneys for Landlord*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 17, 2018, a true and correct copy of the foregoing Notice of Appearance and Request for Service has been provided via ECF noticing to all parties receiving ECF Notices in this Chapter 11 case.

*/s/ Ryan C. Reinert*
Ryan C. Reinert