# THE UNITED STATES BANKRUPTCY COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

IN RE: Sears Holdings Corporation, Debtor(s).  
    3333 Beverly Road  
    Hoffman Estates, IL 60179  

    20-1920798  

Case No. 18-23538 RDD  
Chapter 11  

## Notice of Appearance and Request for Notice

Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the TN Dept of Revenue.

Notices should be addressed to:  
TN Dept of Revenue  
c/o TN Attorney General's Office, Bankruptcy Division  
PO Box 20207  
Nashville, Tennessee 37202-0207  

The TN Dept of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

Respectfully submitted,  
Herbert H. Slatery III  
Attorney General and Reporter  

/s/ Marvin E. Clements, Jr.  
Marvin E. Clements, Jr.  
Senior Assistant Attorney General  
BPR No. 016031  
OFFICE OF THE ATTORNEY GENERAL  
BANKRUPTCY DIVISION  
P O BOX 20207  
Nashville, TN 37202-0207  
Phone: (615) 741-1935    Fax: 615-741-3334  
Email: AGBankNewYork@ag.tn.gov  

## CERTIFICATE OF SERVICE

I certify that on _____ October 17, 2018 _____ a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

/s/ Marvin E. Clements, Jr.  
Marvin E. Clements, Jr.  
Senior Assistant Attorney General  

Office of the U.S. Trustee  
U.S. Federal Office Building  
201 Varick Street, Room 1006  
New York, New York 10014  

Jacqueline Marcus  
Attorney for the Debtor(s)  
Weil Gotshal & Manges, LLP  
767 5th Avenue  
New York, New York 10153