# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Case No. 18-23538 (RDD) |
| ) | (Joint Administration Pending) |
| **SEARS HOLDING CORPORATION,** *et al.*, ) | |
| ) | Chapter 11 |
| ) | |
| **Debtors.** ) | |

## MOTION FOR ADMISSION FOR
## MARVIN E. CLEMENTS, JR TO PRACTICE, *Pro Hac Vice*

I, Marvin E. Clements, Jr., a member in good standing of the bar in the State of Tennessee and the bar for the U.S. District Court for the Middle District of Tennessee, request admission, *pro hac vice,* before the Honorable Robert D. Drain to represent the Tennessee Department of Revenue, a creditor in the above referenced case. I agree to pay the fee of $200 upon approval by this Court of admission to practice, *pro hac vice.*

/s/ Marvin E. Clements, Jr.
MARVIN E. CLEMENTS, JR. BPR.016031
Senior Assistant Attorney General
Bankruptcy Division
Office of the Tennessee Attorney General
PO Box 20207
Nashville, Tennessee 37202-0207
(615) 741-1935
agbanknewyork@ag.tn.gov

**Dated: October 17, 2018.**

## CERTIFICATE OF SERVICE

I, /s/ Marvin E. Clements, Jr., do hereby certify that a true and exact copy of the foregoing Motion For Admission For Marvin E. Clements, Jr. To Practice, *Pro Hac Vice* has been sent by U.S. Mail, first class delivery and electronically filed on this the October 17, 2018, to the following:

**United States Bankruptcy Court**
Southern District of New York
Judge Robert D. Drain
One Bowling Green
New York, New York 10004-1408

**Reorganized Debtor,**
Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

**Counsel to Reorganized Debtor**
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
Attn: Jacqueline Marcus

**Counsel to Reorganized Debtor**
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
Attn: Ray C. Schrock

**United States Trustee**:
Office of the United States Trustee for Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

**Claims and Noticing Agent**
Prime Clerk, LLC
830 Third Ave 9th Fl
New York, NY 10014


/s/ Marvin E. Clements, Jr.
MARVIN E. CLEMENTS, JR.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In re:** | ) | Case No. 18-23538 (RDD) |
| | ) | |
| **SEARS HOLDING CORPORATION,** *et al.*, | ) | |
| | ) | **Chapter 11** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |

## ORDER GRANTING MOTION FOR ADMISSION FOR
## MARVIN E. CLEMENTS, JR. TO PRACTICE *PRO HAC VICE*

**ORDERED**, that Marvin E. Clements, Jr., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:
   New, New York

/s/_____
UNITED STATES BANKRUPTCY JUDGE