Douglas J. Pick, Esq.
Eric C. Zabicki, Esq.
**PICK & ZABICKI LLP**
Attorneys for Norton Mailman Associates
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| SEARS HOLDING CORPORATION ) | Case No. 18-23538 (RDD) |
| ) | |
| Debtors. ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Pick & Zabicki, LLP hereby appears in the above-captioned proceeding as attorneys for Norton Mailman Associates ("Norton Mailman Associates"), pursuant to the provisions of 11 U.S.C. §§ 102(1), 342 and 1109(b) and Fed. R. Bank. P. 2002 and 9010, and requests that all notices given or required to be given, and all papers served or required to be served in this case, be provided to and served upon the following attorneys at the address listed below:

        Douglas J. Pick, Esq.
        Pick & Zabicki LLP
        369 Lexington Avenue, 12th Floor
        New York, New York 10017
        Tel. No.: (212) 695-6000
        Fax No.: (212) 695-6007
        E-mail:   dpick@picklaw.net

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the provisions of 11 U.S.C. § 1109(b), the foregoing request includes not only the papers referred to in the rules specified

hereinabove, but also includes, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, whether written or oral, or transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, electronic means or otherwise, which affect or seek to affect in any way nay rights or interests of the creditor body.

**PLEASE TAKE FURTHER NOTICE** that, as provided in Fed. R. Bankr. P. 3017(a), the above-referenced party in interest requests that the undersigned be provided with copies of any and all disclosure statements and plans of reorganization.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of Norton Mailman Associates' rights (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding relating to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, setoffs, or recoupments which Norton Mailman Associates is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Norton Mailman Associates expressly reserves.

Dated: New York, New York
       October 17, 2018

                                        **PICK & ZABICKI LLP**
                                        Attorneys for Norton Mailman Associates

                                        By: _____
                                            Douglas J. Pick, Esq.
                                            369 Lexington Avenue, 12th Floor
                                            New York, New York 10017
                                            (212) 695-6000