# **Exhibit 1**

**Insurance Schedule**

## **Exhibit 1**

|     | **Type of Coverage** | **Insurer** | **Policy Number** | **Policy Term** | **Premium** |
| --- | --- | --- | --- | --- | --- |
| 1.  | Property - Domestic Property, Boiler & Machinery and Stock Throughput | ACE American Insurance Company | RLOD3739824A011 | 06/01/2018 - 06/01/2019 | $440,679.61 |
| 2.  | Primary Casualty | ACE American Insurance Company | WLR C65226236 | 08/01/2018 - 01/01/2019 | $1,690,069.00 |
| 3.  | Primary Casualty | ACE American Insurance Company | WCU C65226273 | 08/01/2018 - 01/01/2019 | $42,956.00 |
| 4.  | Primary Casualty | ACE American Insurance Company | ISA H25159895 | 08/01/2018 - 01/01/2019 | $15,208.00 |
| 5.  | Primary Casualty | ACE American Insurance Company | ISA H25159871 | 08/01/2018 - 01/01/2019 | $96,494.00 |
| 6.  | Primary Casualty | ACE American Insurance Company | ISA H25159883 | 08/01/2018 - 01/01/2019 | $5,000.00 |
| 7.  | Primary Casualty | ACE American Insurance Company | CGO G71097778 | 08/01/2018 - 01/01/2019 | $22,000.00 |
| 8.  | Primary Casualty | ACE American Insurance Company | HDO G71097614 | 08/01/2018 - 01/01/2019 | $124,886.00 |
| 9.  | Primary Casualty | ACE American Insurance Company | HDO G71097730 | 08/01/2018 - 01/01/2019 | $97,794.00 |
| 10. | Primary Casualty | ACE American Insurance Company | HDO G71097651 | 08/01/2018 - 01/01/2019 | $74,626.00 |
| 11. | Primary Casualty | ACE American Insurance Company | HDO G71097699 | 08/01/2018 - 01/01/2019 | $62,061.00 |
| 12. | Miscellaneous Programs | ACE American Insurance Company | PHF D42183659 002 | 08/01/2018 - 08/01/2019 | $40,000.00 |
| 13. | Environmental | ACE American Insurance Company | G71136553 001 | 05/30/2018 - 05/30/2019 | $692.13 |
| 14. | Primary Casualty | ACE Fire Underwriters Insurance Company | SCF C65226315 | 08/01/2018 - 01/01/2019 | $175,800.00 |
| 15. | FSG Program | ACE Fire Underwriters Insurance Company | G2823708A 002 | 08/01/2018 - 08/01/2019 | $20,325.00 |
| 16. | Umbrella / Excess Liability | ACE Property and Casualty Insurance Company | XOO G28144799 003 | 08/01/2018 - 08/01/2019 | $1,344,874.00 |

|  | Type of Coverage | Insurer | Policy Number | Policy Term | Premium |
|---|---|---|---|---|---|
| 17. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | AIG Europe Limited | PTNAM1802875 | 06/01/2018 - 06/01/2019 | $559,151.00 |
| 18. | FSG Program | Allianz Global Risks US Insurance Company | USF00087418 | 05/15/2018 - 05/15/2019 | $1,101,000.00 |
| 19. | Umbrella / Excess Liability | Allied World Assurance Co. Ltd. | C018491/006 | 08/01/2018 - 08/01/2019 | $252,875.00 |
| 20. | Umbrella / Excess Liability | Allied World Assurance Co. Ltd. | C005782/013 | 08/01/2018 - 08/01/2019 | $57,375.00 |
| 21. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Allied World Assurance Company | P003839/015 | 06/01/2018 - 06/01/2019 | $766,648.00 |
| 22. | Environmental | Allied World Assurance Company | 0310-5748 | 04/01/2017 - 04/01/2020 | $14,683.20 |
| 23. | FSG Program | Argo Re Ltd. | ARGO-ASIDE-17-001041.1 | 05/15/2018 - 05/15/2019 | $412,500.00 |
| 24. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Aspen Specialty Insurance Company | PXAA52818 | 06/01/2018 - 06/01/2019 | $86,792.00 |
| 25. | Miscellaneous Programs | AXA Insurance Company | 01-334-12-17-00034 | 01/15/2018 - 01/15/2019 | $13,000.00 |
| 26. | FSG Program | AXIS Insurance Company | MCN738227/01/2017 | 05/15/2018 - 05/15/2019 | $522,000.00 |
| 27. | FSG Program | AXIS Insurance Company | MCN793165012018 | 03/31/2018 - 03/31/2019 | $157,296.00 |
| 28. | Umbrella / Excess Liability | Berkshire Hathaway Specialty Insurance Company | 47-XSF-302809-03 | 08/01/2018 - 08/01/2019 | $101,150.00 |
| 29. | Umbrella / Excess Liability | Bunker Hill International Insurance Bermuda | 748901 | 08/01/2018 - 08/01/2019 | $10,115.00 |

WEIL:\96759179\1\73219.0006

|     | Type of Coverage | Insurer | Policy Number | Policy Term | Premium |
|---|---|---|---|---|---|
| 30. | Umbrella / Excess Liability | Chubb Bermuda Insurance Ltd. | SHLD-0221/BSF03 | 08/01/2018 - 08/01/2019 | $92,500.00 |
| 31. | Umbrella / Excess Liability | Chubb Bermuda Insurance Ltd. | SHLD-PD/18 | 08/01/2018 - 08/01/2019 | $134,487.00 |
| 32. | Miscellaneous Programs | Chubb Insurance Hong Kong Limited | HCP0573325 | 11/01/2017 - 10/31/2018 | per rate schedule |
| 33. | FSG Program | Continental Casualty Company | 596686796 | 05/15/2018 - 05/15/2019 | $864,000.00 |
| 34. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Crum & Forster | PPP-910258 | 06/01/2018 - 06/01/2019 | $101,959.00 |
| 35. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Endurance Worldwide Insurance Ltd. | PTNAM1802912 | 06/01/2018 - 06/01/2019 | $468,563.00 |
| 36. | Umbrella / Excess Liability | Everest National Insurance Company | XC5EX00224-181 | 08/01/2018 - 08/01/2019 | $101,150.00 |
| 37. | FSG Program | Federal Insurance Company | 82472277 | 03/31/2018 - 03/31/2019 | $80,000.00 |
| 38. | Miscellaneous Programs | Federal Insurance Company (Chubb) | 76401454 | 02/01/2018 - 02/01/2019 | $106,049.00 |
| 39. | Miscellaneous Programs | Global Aerospace, Inc. | 13000678 | 02/26/2018 - 02/26/2019 | $14,500.00 |
| 40. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Great Lakes Insurance SE | PTNAM1802903 | 06/01/2018 - 06/01/2019 | $104,125.00 |
| 41. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Hamilton Re, Ltd. | PX18-4217-01 | 06/01/2018 - 06/01/2019 | $287,500.00 |

3

| | Type of Coverage | Insurer | Policy Number | Policy Term | Premium |
|---|---|---|---|---|---|
| 42. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | HDI Global Insurance Company | XPD1488701 | 06/01/2018 - 06/01/2019 | $136,068.91 |
| 43. | FSG Program | Hiscox $2M / ACT $3M | FSUSC1802479 | 05/15/2018 - 05/15/2019 | $587,207.10 |
| 44. | FSG Program | Hiscox Insurance Company Inc. | UKA3001668.16 | 09/01/2016 - 09/01/2019 | $27,396.00 |
| 45. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Hudson Specialty Insurance Company | HCS102360 | 06/01/2018 - 06/01/2019 | $36,444.00 |
| 46. | FSG Program | Illinois National Insurance Company (AIG) | 01-423-04-29 | 05/15/2018 - 05/15/2019 | $340,000.00 |
| 47. | FSG Program | Illinois National Insurance Company (AIG) | 01-423-10-78 | 05/15/2018 - 05/15/2019 | $1,133,333.00 |
| 48. | Environmental | Illinois Union Insurance Company (ACE) | PPLG24882688 001 | 11/01/2009 - 11/01/2019 | $73,675.00 |
| 49. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Ironshore Specialty Insurance Company | 000423109 | 06/01/2018 - 06/01/2019 | $170,245.00 |
| 50. | Umbrella / Excess Liability | Iron-Starr Excess Agency Ltd. | IS0004392 | 08/01/2018 - 08/01/2019 | $57,375.00 |
| 51. | Property-Specific Programs | Lexington Insurance Company | 060437348-00 | 05/17/2018 - 05/17/2019 | $11,248.80 |
| 52. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Liberty Mutual Fire Insurance Company | MJ2L9L426774038 | 06/01/2018 - 06/01/2019 | $287,499.00 |
| 53. | FSG Program | Lloyd's of London (AIG 80% / ACT 20%) | FSUSC1801090 | 05/15/2018 - 05/15/2019 | $176,163.00 |

4

|  | **Type of Coverage** | **Insurer** | **Policy Number** | **Policy Term** | **Premium** |
|---|---|---|---|---|---|
| 54. | FSG Program | Lloyd's of London (Beazley 37.5% / Aspen 15% / ACT 20% / StartPoint 12.5% / AIG 15% (UK)) | FSUSC1801088 | 05/15/2018 - 05/15/2019 | $704,650.00 |
| 55. | FSG Program | Lloyd's of London (Beazley) | FSUSC1800413 | 05/15/2018 - 05/15/2019 | $901,330.00 |
| 56. | FSG Program | Lloyd's of London (Hiscox 50% / AIG 30% / ACT 20% (UK)) | FSUSC1800971 | 05/15/2018 - 05/15/2019 | $676,322.00 |
| 57. | FSG Program | Lloyd's of London (StartPoint 50% / Aspen 30% / ACT 20% (UK)) | FSUSC1800410 | 05/15/2018 - 05/15/2019 | $1,253,863.00 |
| 58. | Environmental | Lloyd's Syndicates 623/2623 | W18A4D150101 | 05/29/2015 - 05/29/2025 | $130,847.00 |
| 59. | Environmental | Lloyd's Syndicates 623/2623 | W18BF6150101 | 06/12/2015 - 06/12/2025 | $113,940.02 |
| 60. | Environmental | Lloyd's Syndicates 623/2623 | W18DCF150101 | 06/30/2015 - 06/30/2025 | $100,481.71 |
| 61. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Lloyd's Syndicate No. 1183 (TAL, BRT) | PTNAM1802913 | 06/01/2018 - 06/01/2019 | $309,773.00 |
| 62. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Lloyd's Syndicate No. 1414 (ASC) | PTNAM1802914 | 06/01/2018 - 06/01/2019 | $355,327.00 |
| 63. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Lloyd's Syndicate No. 1955 (Barbican) | 042768061812 | 06/01/2018 - 06/01/2019 | $200,442.00 |
| 64. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Lloyd's Syndicate No. 1955 (Barbican) | 042768061808 | 06/01/2018 - 06/01/2019 | $27,919.00 |

5

|  | **Type of Coverage** | **Insurer** | **Policy Number** | **Policy Term** | **Premium** |
|---|---|---|---|---|---|
| 65. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Lloyd's Syndicate No. 2468 (Neon) | BNPD18AA158Z | 06/01/2018 - 06/01/2019 | $156,188.00 |
| 66. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Lloyd's Syndicate No. 318 (MSP) | PTNAM1801122 | 06/01/2018 - 06/01/2019 | $569,434.00 |
| 67. | Umbrella / Excess Liability | Magna Carta Insurance Limited | MCEV204734 | 08/01/2018 - 08/01/2019 | $10,115.00 |
| 68. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Markel Bermuda Ltd. | 1374862-9606-PRMAN-2018 | 06/01/2018 - 06/01/2019 | $175,000.00 |
| 69. | Miscellaneous Programs | National Casualty Company | KEO0007542100 | 08/01/2018 - 08/01/2019 | $2,966.25 - quarterly |
| 70. | Miscellaneous Programs | National Casualty Company | XKO0007542300 | 08/01/2018 - 08/01/2019 | $6,847.25 - quarterly |
| 71. | Miscellaneous Programs | National Union Fire Ins Co of Pittsburgh, PA | GTP9129594 | 01/31/2016 - 01/31/2019 | $53,230.00 |
| 72. | Environmental | Navigators Specialty Insurance Company | CH17ESP0BHJV2NC | 09/01/2017 - 09/01/2020 | $61,704.00 |
| 73. | Property-Specific Programs | North American Elite Insurance Company | NAP200246800 | 04/15/2018 - 04/15/2019 | $57,999.00 |
| 74. | FSG Program | North American Specialty Insurance Company | DAX 2000102 00 | 05/15/2018 - 05/15/2019 | $1,023,435.00 |
| 75. | FSG Program | Old Republic Insurance Company | ORPRO 39488 | 05/15/2018 - 05/15/2019 | $170,000.00 |
| 76. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | PartnerRe Ireland Insurance da | PTNAM1802911 | 06/01/2018 - 06/01/2019 | $72,888.00 |

6

| | Type of Coverage | Insurer | Policy Number | Policy Term | Premium |
|---|---|---|---|---|---|
| 77. | Primary Casualty | Scottsdale Insurance Company | BCS0037278 | 08/14/2018 - 08/14/2019 | $61,920.00 |
| 78. | Primary Casualty | Scottsdale Insurance Company | XLS0107980 | 08/14/2018 - 08/14/2019 | $4,495.39 |
| 79. | Property - Stock Throughput | Starr Indemnity & Liability Company | MASICNY0264US18 | 06/01/2018 - 06/01/2019 | $2,900,000.00 |
| 80. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Starr Surplus Lines Insurance Company | SLSTPTY11075718 | 06/01/2018 - 06/01/2019 | $312,427.00 |
| 81. | FSG Program | Stratford Insurance Company (Validus) | PDX0000018 | 05/15/2018 - 05/15/2019 | $170,000.00 |
| 82. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Tokio Marine America Insurance Company | LCP648016707 | 06/01/2018 - 06/01/2019 | $255,174.00 |
| 83. | FSG Program | Underwriters at Lloyds | MPL1732387.18 | 07/30/2018 - 07/30/2019 | $56,800.00 |
| 84. | FSG Program | Underwriters at Lloyds | MPL2078696.18 | 10/10/2018 - 10/10/2019 | $6,633.00 |
| 85. | Environmental | Underwriters at Lloyds | PEM10062-02 | 08/01/2018 - 08/01/2019 | $32,597.25 |
| 86. | Environmental | Virginia Surety Company Inc. | 2722 | 02/01/2018 - 02/01/2019 | $700,000.00 |
| 87. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Westport Insurance Corporation | NAP045210506 | 06/01/2018 - 06/01/2019 | $411,026.00 |
| 88. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | XL Bermuda Ltd. | XL PRP 714637 18 | 06/01/2018 - 06/01/2019 | $75,000.00 |
| 89. | FSG Program | XL Specialty Insurance Company | ELU149912-17 | 05/15/2018 - 05/15/2019 | $935,000.00 |

WEIL:\96759179\1\73219.0006

|  | **Type of Coverage** | **Insurer** | **Policy Number** | **Policy Term** | **Premium** |
|---|---|---|---|---|---|
| 90. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Zurich American Insurance Company | XPP926068011 | 06/01/2018 - 06/01/2019 | $620,493.19 |