**DAVIDOFF HUTCHER & CITRON LLP**
605 Third Avenue
New York, NY 10158
David H. Wander, Esq. (dhw@dhclegal.com)
212.557.7200 (tel)
212.286.1884 (fax)
*Attorneys for Electronics for Imaging, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION *et al.*,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-23538 (RDD) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PROCESS**

**PLEASE TAKE NOTICE** that DAVIDOFF, HUTCHER & CITRON LLP hereby appears in this case as attorneys for **Electronics for Imaging, Inc.** and, pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, demands that all notices given in this case and all papers served or filed be given to and served upon the undersigned at the following address:

> DAVIDOFF HUTCHER & CITRON LLP
> Attn: David H. Wander, Esq.
> 605 Third Avenue
> New York, New York 10158
> 212.557.7200 (tel)
> 212.286.1884 (fax)
> dhw@dhclegal.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes the notices and papers referred to in the Bankruptcy Rules

00631481

specified above and all applications, motions, pleadings, requests, complaints and other documents filed in this case.

Dated:  New York, New York
        October 17, 2018

DAVIDOFF HUTCHER & CITRON LLP

By: _____
     David H. Wander, Esq.
605 Third Avenue
New York, New York 10158
(212) 557-7200
dhw@dhclegal.com
*Attorneys for Electronics for Imaging, Inc.*