ALSTON & BIRD LLP
Leib M. Lerner (*Pro Hac Vice* Pending)
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: leib.lerner@alston.com
-and-

James J. Vincequerra
90 Park Avenue
New York, NY 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email: James.Vincequerra@alston.com

*Attorneys for Twentieth Century Fox Home Entertainment LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |

-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

STATE OF NEW YORK  )
                   )  ss.:
COUNTY OF NEW YORK )

    Leslie Salcedo, being duly sworn, hereby deposes and says:

1.    I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

2.    On October 17, 2018, I caused a true and correct copy of Notice of Appearance and Request for Service of Papers [Docket No. 142], to be served upon the parties listed on the attached Service List in Exhibit A and in the manner indicated.

                                                /s/ Leslie Salcedo
                                                Leslie Salcedo

Sworn to before me this
17th day of October, 2018.

/s/ Kim Fitzgerald
Kim Fitzgerald
Notary Public, State of New York
No. 01FI6029313
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Aug. 9, 2021

**Exhibit A**

**Via First Class Mail**

| | |
|---|---|
| Ray C Schrock<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | United States Trustee<br>Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014 |
| The Pension Benefit Guaranty Corporation<br>Attn.: Office of the Chief Counsel<br>1200 K Street, N.W., Suite 300<br>Washington District of Columbia 20005 | SRAC Medium Term Notes<br>c/o BNY Midwest Trust Company<br>Attn.: President or General Counsel<br>101 Barclay St., Floor 8W,<br>New York, New York 10286 |
| Holdings Unsecured Notes (8.00%)<br>c/o Computershare Trust Company, N.A.<br>Attn.: President or General Counsel<br>250 Royal Street<br>Canton, Massachusetts 02021 | Holdings Unsecured PIK Notes (8.00%)<br>c/o Computershare Trust Company, N.A.<br>Attn.: President or General Counsel<br>250 Royal Street<br>Canton, Massachusetts 02021 |
| SRAC Unsecured Notes<br>c/o The Chase Manhattan Bank, N.A.<br>Attn.: Corporate Trust Department<br>4 Chase MetroTech Center, 3rd Floor<br>Brooklyn, New York 11245 | SRAC Unsecured PIK Notes<br>c/o BNY Midwest Trust Company<br>Attn.: President or General Counsel<br>101 Barclay Street, Floor 8W<br>New York, New York 10286 |
| Whirlpool Corporation<br>Attn.: President or General Counsel<br>2000 North M-63<br>Benton Harbor, Michigan 49022 | Frigidaire Company<br>c/o Electrolux<br>Attn.: President or General Counsel<br>P.O. Box 2638<br>Carol Stream, Illinois 60132-2638 |
| Winia Daewoo Electronics America<br>Attn.: President or General Counsel<br>65 Challenger Road, Suite 360<br>Ridgefield Park, New Jersey 07660 | Cardinal Health<br>Attn.: President or General Counsel<br>7000 Cardinal Place<br>Dublin, Ohio 43017 |
| Icon Health and Fitness Inc.<br>Attn.: President or General Counsel<br>1500 South 1000 West<br>Logan, Utah 84321 | HK Greatstar Int'l Co. Ltd.<br>Attn.: President or General Counsel<br>Rm 35, 4/F., Po Yip Building<br>23 Hing Yip Street, Kwun Tong,<br>Kowloon, Hong Kong |
| Samsung Electronics America HA<br>Attn.: President or General Counsel<br>85 Challenger Road, 7th Floor<br>Ridgefield Park, New Jersey 07660 | Apex Tool International LLC<br>Attn.: President or General Counsel<br>910 Ridgebrook Road, Suite 200<br>Sparks, Maryland 21152 |
| Black & Decker US Inc.<br>c/o Stanley Black & Decker<br>Attn.: President or General Counsel<br>1000 Stanley Drive<br>New Britain, Connecticut 06053 | Eastern Prime Textile Limited<br>Attn.: President or General Counsel<br>Unit F10/F, King Win FTY Building<br>No. 65-67 King Yip Street, Kwun Tong,<br>Kowloon, Hong Kong |

| | |
|---|---|
| Winners Industry Company Limited<br>Attn.: President or General Counsel<br>Unit A, Wah Lung Building<br>49-53 Wang Lung Street,Tsuen wan,<br>New Territories, Hong Kong | Tata Consultancy Services Ltd.<br>Attn.: President or General Counsel<br>379 Thornal Street, 4th Floor<br>Edison, New Jersey 08837 |
| Active Media Services Inc.<br>Attn.: President or General Counsel<br>1 Blue Hill Plaza<br>Pearl River, New York 10965 | Automotive Rentals Inc.<br>Attn.: President or General Counsel<br>4001 Leadenhall Road<br>Mount Laurel, New Jersey 08054-4611 |
| Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Attn: James L. Bromley<br>Sean A. O'Neal<br>Andrew Weaver | SKADDEN, ARPS, SLATE, MEAGHER<br> & FLOM LLP<br>4 Times Square<br>New York, New York 10036<br>Attn: Paul D. Leake<br> Shana A. Elberg<br> George R. Howard |
| Marshall S. Huebner<br>Eli J. Vonnegut<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, New York 10017 | Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005<br>Attn: James Gadsden |
| KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, New York 10178<br>Attn: Eric R. Wilson<br>Benjamin D. Feder<br>T. Charlie Liu | |