UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, *et al.*, | § | |
| | § | CHAPTER 11 |
| DEBTORS | § | (Jointly Administered) |

NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b)
AND REQUEST FOR ALL NOTICES, PAPERS, AND PLEADINGS

Please take notice that AMERICAN NATIONAL INSURANCE COMPANY, a creditor in the above-captioned case, hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through its undersigned counsel and further requests that duplicate notices of all hearings, proceedings, and reports, given or required to be served, be given to and served upon it through its attorneys:

> Frederick Black
> Tara B. Annweiler
> Marc D. Young
> Greer, Herz & Adams, LLP
> One Moody Plaza, 18th Floor
> Galveston, Texas 77550
> Email: tannweiler@greerherz.com

The foregoing request includes all notices, copies, and pleadings referred to in Bankruptcy Rules 2002, 3016, 3017, 4004, 4007, and 9007, including without limitation notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise.

Dated: October 17, 2018

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Tara B. Annweiler |
|  | Frederick Black |
| OF COUNSEL: | Texas State Bar No. 02371100 |
|  | Tara B. Annweiler |
| GREER, HERZ & ADAMS, LLP | Texas State Bar No. 00783547 |
| One Moody Plaza, 18th Floor | Marc D. Young |
| Galveston, Texas 77550 | Texas State Bar No. 24098650 |
| (409) 797-3200 | One Moody Plaza, 18th Floor |
| Fax: (409) 766-6424 | Galveston, Texas 77550 |
|  | Email: tannweiler@greerherz.com |

ATTORNEYS FOR AMERICAN NATIONAL INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served this October 17, 2018 electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in this case.

/s/ Tara B. Annweiler
Tara B. Annweiler