Gerald P. Kennedy (Bar No. 105887)
PROCOPIO, CORY, HARGREAVES &
   SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorney for Creditor
MCS Hemet Valley Center LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SEARS HOLDING CORPORATION, et al.,** | Case No. 18-23538 (RDD) |
| **Debtors** | (Joint Administration Requested) |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned case on behalf of **MCS HEMET VALLEY CENTER LLC** in its interest and capacity as creditor and party-in-interest.

Pursuant to 11 U.S.C. §§ 342 and 1109(b) and Fed. R. Bankr. P. 2002 and 9010, the undersigned hereby demands that notice of all matters herein be served upon:

      Gerald P. Kennedy, Esq.
      Procopio, Cory, Hargreaves & Savitch LLP
      525 B Street, Suite 2200
      San Diego, CA 92101
      Telephone: 619.238.1900
      Facsimile: 619.235.0398
      Email: gerald.kennedy@procopio.com

PLEASE TAKE FURTHER NOTICE that demand is also hereby made for service of copies of all papers, notices, reports, pleadings, motions, applications, disclosure statements, plans and answering or reply papers in this case and in all contested matters.

- 1 -

- 2 -

PLEASE TAKE FURTHER NOTICE that the undersigned hereby demands that the names and address set forth above be added to any short list in this case.

DATED: October 16, 2018

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: */s/ Gerald P. Kennedy*
Gerald P. Kennedy (Bar No. 105887)
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398
Email:  gerald.kennedy@procopio.com

Attorney for Creditor
MCS Hemet Valley Center LLC