**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                  | Chapter 11
                                                                        | Case No. 18-23538 (RDD)
SEARS HOLDINGS CORPORATION, *et al.*,        |
                                                                        | (Jointly Administered)
                                   Debtors.                        |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Kevin S. Neiman, request admission, *pro hac vice*, before the Honorable Robert D. Drain to represent the following entities in the above-referenced cases: (i) NW Cambridge Property Owner LLC; (ii) NW Centennial LLC; (iii) NW 51st Street LLC; (iv) NW Springs LLC; (v) NW Northgate II LLC; (vi) NW Duluth LLC; and (vii) NW Gaithersburg LLC.

I certify that I am a member in good standing of the bars of the States of Colorado and Florida and the bars of the United States District Court for the Southern District of Florida and the United States District Court for the District of Colorado, and the United States Court of Appeals for the Eleventh Circuit.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 17th, 2018
Denver, Colorado                        By: _____
                                                   Kevin S. Neiman
                                                   Law Offices of Kevin S. Neiman, pc
                                                   999 18th Street, Suite 1230 S.
                                                   Denver, CO 80202
                                                   Telephone: (303) 996 - 8637
                                                   Facsimile: (877) 611- 6839
                                                   Email: kevin@ksnpc.com