**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               |
In re:                                                         |   Chapter 11
                                                               |   Case No. 18-23538 (RDD)
SEARS HOLDINGS CORPORATION, *et al.,*                          |
                                                               |   (Jointly Administered)
                              Debtors.                         |
                                                               |
---------------------------------------------------------------x

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the Motion of Kevin S. Neiman ("Movant"), to be admitted, *pro hac vice*, to represent the following entities in the above-referenced cases: (i) NW Cambridge Property Owner LLC; (ii) NW Centennial LLC; (iii) NW 51st Street LLC; (iv) NW Springs LLC; (v) NW Northgate II LLC; (vi) NW Duluth LLC; and (vii) NW Gaithersburg LLC (collectively, the "NW Properties Landlords"), and upon the Movant's certification that the Movant is a member in good standing of the bars in the States of Colorado and Florida and the bars of the United States District Court for the Southern District of Florida and the United States District Court for the District of Colorado, and the United States Court of Appeals for the Eleventh Circuit, it is hereby

**ORDERED**, that Kevin S. Neiman, is admitted to practice, *pro hac vice*, in the above-referenced cases to represent the NW Properties Landlords in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2018                           _____
       New York, New York                         UNITED STATES BANKRUPTCY JUDGE