**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
In re:

SEARS HOLDINGS CORPORATION, *et al.,*

         Debtors.
-------------------------------------------------------------------------x

Case No.: 18-23538-RDD

Chapter 11

(Joint Administration Requested)


# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Gordon J. Toering, request admission, *pro hac vice*, before Honorable D. Drain, to represent Wolverine World Wide, Inc., and its affiliates, a creditor in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Michigan and, if applicable, the bar of the U.S. District Court for the Western District of Michigan.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.


Dated: October 18, 2018

/s/ Gordon J. Toering
Gordon J. Toering
Warner Norcross + Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
T: (616) 752-2185
F: (616) 222-2185
gtoering@wnj.com
*Attorneys for Wolverine World Wide, Inc.
and its affiliates*

17708854