**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | Case No. 18-23538 (RDD) |
| | ) | |
| **SEARS HOLDING CORPORATION,** *et al.*, | ) | |
| | ) | **Chapter 11** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |

**ORDER GRANTING MOTION FOR ADMISSION FOR**
**MARVIN E. CLEMENTS, JR. TO PRACTICE *PRO HAC VICE***

**ORDERED**, that Marvin E. Clements, Jr., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:
   New, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE