VEDDER PRICE P.C.
Michael Schein
1633 Broadway, 31st Floor
New York, New York  10019
Telephone: (212) 407-6920
Facsimile:  (212) 407-7799

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

  PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned cases (the "Cases"), pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), as counsel to NorthStar Group Services, Inc. ("NorthStar"), in respect of the above-captioned debtors (the "Debtors"), and demands, pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010, that all notices given or required to be given in these Cases and all papers served or required to be served in these Cases be given to and served upon the undersigned at the following address:

Michael L. Schein, Esq.
Vedder Price P.C.
1633 Broadway, 31st Floor
New York, New York  10019
Tel. No.  (212) 407-7700
Fax No.  (212) 407-7799
E-mail:  mschein@vedderprice.com

  PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, email or otherwise, which affect the Debtors or property of the Debtors.

  This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of NorthStar's right (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these Cases or any case, controversy, or proceeding related to these Cases, (3) to have the District Court withdraw

NEWYORK/#516547.1

the reference in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, setoffs or recoupments to which NorthStar is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments NorthStar expressly reserves.

Dated: October 18, 2018

*Counsel to NorthStar Group Services, Inc.,*

VEDDER PRICE P.C.

By: */s/ Michael L. Schein*
    Michael L. Schein (MS-0241)
    1633 Broadway, 31st Floor
    New York, New York  10019
    Tel. No.  (212) 407-7700
    Fax No.  (212) 407-7799
    Email:  mschein@vedderprice.com