IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

IN THE MATTER OF: CASE NO. 18-23538

SEARS HOLDING CORPORATION, ET AL.,

DEBTOR CHAPTER 11

## NOTICE OF APPEARANCE
## AND
## REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

Notice is hereby given that Tara LeDay, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for The County of Anderson, Texas, Bastrop County Water Control and Improvement District #2, The County of Bastrop, Texas, Tax Appraisal District of Bell County, The County of Bosque, Texas, Bowie Central Appraisal District, The County of Brazos, Texas, Brown County Appraisal District, Burnet Central Appraisal District, Cherokee County Appraisal District, The County of Cherokee, Texas, The County of Comal, Texas, The County of Coryell, Texas, The County of Denton, Texas, Denton County Road Utility District #1, County of Erath, The County of Guadalupe, Texas, Harrison Central Appraisal District, The County of Harrison, Texas, The County of Hays, Texas, The County of Henderson, Texas, The County of Jasper, Texas, Groesbeck Independent School District, The City of Groesbeck, Texas, Mexia Independent School District, City of Waco and/or Waco Independent School District, Midland Central Appraisal District, Central Appraisal District of Taylor County, Terry County Appraisal District, The County of Wharton, Texas and The County of Williamson, Texas, (jointly "The Texas Ad Valorem Taxing Jurisdictions") in the above-entitled case, and requests that service of notices and other documents be made upon this attorney of record.

Dated:  October 18, 2018

Respectfully submitted,

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
Attorneys for Claimants, The County of Anderson, Texas, Bastrop County Water Control and Improvement District #2, The County of Bastrop, Texas, Tax Appraisal District of Bell County, The County of Bosque, Texas, Bowie Central Appraisal District, The County of Brazos, Texas, Brown County Appraisal District, Burnet Central Appraisal District, Cherokee County Appraisal District, The County of Cherokee, Texas, The County of Comal, Texas, The County of Coryell, Texas, The County of Denton, Texas, Denton County Road Utility District #1, County of Erath, The County of Guadalupe, Texas, Harrison Central Appraisal District, The County of Harrison, Texas, The County of Hays, Texas, The County of Henderson, Texas, The County of Jasper, Texas, Groesbeck Independent School District, The City of Groesbeck, Texas, Mexia Independent School District, City of Waco and/or Waco Independent School District, Midland Central Appraisal District, Central Appraisal District of Taylor County, Terry County Appraisal District, The County of Wharton, Texas and The County of Williamson, Texas

*/s/ Lee Gordon*
Lee Gordon
State Bar Number 08212500

*/s/Tara LeDay*
Tara LeDay
State Bar Number 24106701
P.O. Box 1269
Round Rock, Texas 78680
Telephone: (512) 323-3200
Fax: (512) 323-3205
Email: tleday@mvbalaw.com

CERTIFICATE OF SERVICE

I hereby certify that I have placed a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to Jacqueline Marcus, Weil Gotshal & Manges, LLP, 767 5th Avenue, New York, New York 10153, and to those parties listed on the Court's Notice of Electronic Filing on October 18, 2018, by Electronic Notification.

*/s/ Lee Gordon*
Lee Gordon