**REID AND RIEGE, P.C.**
One Financial Plaza, 21st Floor
Hartford, CT 06103
Charles J. Filardi, Jr., Esq. (cfilardi@rrlawpc.com)
Telephone (860) 240-1076
Facsimile (860) 240-1002

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.,* | : | |
| | : | Case No. 18-23538 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, the firm of Reid and Riege, P.C. hereby appears as counsel for **Southhaven Associates LLC** ("Southhaven Associates") a creditor in the captioned matter.

PLEASE TAKE FURTHER NOTICE that, request is hereby made pursuant to 11 U.S.C. 1109(b) and Rules 2002, 9007, 9010(b) and 9013 of the Federal Rules of Bankruptcy Procedure that a true, complete and accurate copy of each and every notice required to be given in this case, as well as all copies of pleadings and other papers filed in the above matter, be directed to:

> Charles J. Filardi, Jr., Esq. (ct09809)
> Reid and Riege, P.C.
> One Financial Plaza, 21st Floor
> Hartford, CT 06103
> Telephone (860) 240-1076
> Facsimile (860) 240-1002

**PLEASE TAKE FURTHER NOTICE** that, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, request, complaint or demand,

whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way, the rights or interests of Southhaven Associates with respect to the above-captioned debtor, the bankruptcy estate, or any related entity, or property or proceeds in which the debtor or its trustee may claim an interest.

Respectfully submitted

Dated: October 18, 2018     By:     /s/ Charles J. Filardi, Jr.
Charles J. Filardi, Jr.
Reid and Riege, P.C.
One Financial Plaza, 21st Floor
Hartford, CT 06103
Telephone (860) 240-1076
Facsimile (860) 240-1002

*Attorneys for Southhaven Associates LLC*