# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK
### WHITE PLAINS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | CASE NO.  18-23538 |
| SEARS HOLDINGS CORPORATION | § | |
| | § | |
| | § | |
| DEBTOR | § | CHAPTER  11 |
| | § | |

## NOTICE OF  REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE  TAKE  NOTICE  that  the  undersigned  hereby  enters  a  request  for  notice  on

behalf of

| | | |
|---|---|---|
| **Aransas County** | **Bee County** | **Jim Wells CAD** |
| **Nueces County** | **City of Harlingen** | **Hidalgo County** |
| **Victoria County** | **Blanco CAD** | **Harlingen CISD** |
| **Cameron County** | | |

secured creditor(s) in the above-referenced proceeding.  The undersigned hereby requests

notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings,

proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of

reorganization that has been filed with the court, any additional documents or instruments filed in

the above-referenced proceeding and any other matter in which notice is required pursuant to 11

U.S.C   109(b), Bankruptcy Rule 2002(a) and (b), and 9013 of the Federal Rules of Bankruptcy

Procedure.

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

Respectfully Submitted,

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675 (Telephone)
(512) 443-5114 (Facsimile)

By: */s/ Diane Wade Sanders*
    DIANE WADE SANDERS
    State Bar No. 16415500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically or mailed by first class mail to the parties listed below on this 18th day of October, 2018.

Jacqueline Marcus
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

Southern (NY) U.S. Trustee
US Federal Building
201 Varick Street, Room 1006
New York, NY 10014

*/s/ Diane Wade Sanders*
Diane Wade Sanders