**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                          :
                                               :        Chapter 11
SEARS HOLDINGS CORPORATION, *et al.,*          :
                                               :        Case No. 18-23538 (RDD)
                                               :
              Debtors.[1]                      :        (Jointly Administered)
------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Phillip A. Martin to be admitted, ***pro hac vice***, to represent Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances (the "Client"), a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Kentucky and is admitted to practice before the United States District Courts for the Eastern and Western Districts of Kentucky, United States District Court for the Southern District of Indiana, United States District Courts for the Eastern and Western Districts of Arkansas, United States District Court for the Northern District of Florida, United States District Courts for the Northern, Central and Southern Districts of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SRC Sparrow 1 LLC (None); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); SRC Sparrow 2 LLC (None); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); SRC O.P. LLC (None); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); SRC Facilities LLC (None); and SRC Real Estate (TX), LLC (None). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Illinois, United States District Court for the Eastern District of Michigan, United States District Court for the Eastern District of Wisconsin, and United States Courts of Appeals for the Sixth and Seventh Circuits, it is hereby

**ORDERED**, that Phillip A. Martin, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
October 18, 2018

/s/ Robert D. Drain
Honorable Robert D. Drain
U.S. Bankruptcy Judge