**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------x
In re:

SEARS HOLDINGS CORPORATION, *et al.*,

               Debtors.
---------------------------------------------------------------------------x

Case No. 18-23538-RDD

Chapter 11

(Joint Administration Requested)

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Gordon J. Toering, to be admitted, ***pro hac vice***, to represent Wolverine World Wide, Inc., and its affiliates (the "Client") in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan and the bar of the U. S. District for the Western District of Michigan, it is hereby

**ORDERED**, that Gordon J. Toering, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       October 18, 2018

                                              /s/ Robert D. Drain
                                              Honorable Robert D. Drain
                                              U.S. Bankruptcy Judge

17708927