**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:

SEARS HOLDING CORPORATION, et al.,                    Case No.:  18-23538 (RDD)

                                                      Chapter 11

              Debtors                                 (Jointly Administered)


### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Howard A. Cohen to be admitted, ***pro hac vice***, to represent Henkel Corporation (the "Client") in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Delaware and the bar of the U.S. District Court for the District of Delaware, it is hereby

**ORDERED**, that Howard A. Cohen, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       October 18, 2018

                                        /s/ Robert D. Drain          _
                                        Honorable Robert D. Drain
                                        U.S. Bankruptcy Judge