**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In Re: ) | |
| ) | Case No. 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, et al. ) | |
| ) | Chapter 11 |
| ) | |
| ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES**

      Pursuant to L.B.R. 910, Steven W. Kelly, Esq., of the law firm of S&D Law, hereby notifies all parties that he is authorized to act as agent for HRA Fountains LP ("HRA") in matters relating to this bankruptcy case. All notices, pleadings and other documents filed and/or served in this case (including, without limitation, all notices pursuant to Fed.R.B.P. 2002, financial statements, plans, disclosure statements and the U.S. Trustee's reports) should be served upon the following:

            Steven W. Kelly, Esq.
            S&D Law
            1290 Broadway, Suite 1650
            Denver, Colorado 80203

      Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) HRA's right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) HRA's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) HRA's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; (iv) any applicable requirements for personal service or in personam jurisdiction in this or any other proceedings in the courts of the United States; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which HRA is or may be entitled under agreements in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments HRA expressly reserves.

      Dated: October 18, 2018

[CONTINUED ON THE FOLLOWING PAGE]

        Respectfully submitted,

        S&D LAW


By:    s/ Steven W. Kelly
        Steven W. Kelly, Esq.
        1290 Broadway, Suite 1650
        Denver, Colorado 80203
        (303) 399-3000

AGENT FOR HRA FOUNTAINS LP

## **CERTIFICATE OF MAILING**

I hereby certify that on October 18, 2018, I caused a copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES** to be electronically served as follows:

Weil, Gotshal & Manges LLP
Ray C. Schrock, P.C.
Garrett A. Fail
Jacqueline Marcus
Sunny Singh
767 Fifth Avenue
New York, NY   10153

Paul Schwartzberg
Richard Morrissey
United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY   10014

And all other parties on the electronic distribution list


        s/ Vicki Pennington

H68113        2