Rick A. Steinberg, Esq.
**PRICE MEESE SHULMAN & D'ARMINIO, P.C.**
50 Tice Boulevard, Suite 380
Woodcliff Lake, New Jersey 07677
Tel. (201) 391-3737
Fax (201) 391-9360
rsteinberg@pricemeese.com

Attorneys for TOTE, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Sears Holding Corporation,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-23538-rdd |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**TO:**  ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002(i) and 9010(b), TOTE, Inc., through its counsel, Price Meese Shulman & D'Arminio, P.C., hereby appears in the above-captioned case and requests that all notices and papers served or required to be served in the case be served upon the following:

Rick A. Steinberg, Esq.
Price Meese Shulman & D'Arminio, P.C.
50 Tice Boulevard, Sujte 380
Woodcliff Lake, New Jersey 07677
Email: rsteinberg@pricemeese.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes a demand not only for the notices and papers referred to in the rules specified above, but also includes, without limitation, a demand for any and all orders and notices of any application,

motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail delivery, telephone, telecopier, or otherwise, which affects the Debtor or the property of the Debtor.

Dated:    Woodcliff Lake, New Jersey
October 18, 2018

**PRICE MEESE SHULMAN & D'ARMINIO, P.C.**

/s/ Rick A. Steinberg
Rick A. Steinberg
50 Tice Boulevard, Suite 380
Woodcliff Lake, New Jersey 07677
Tel. (201) 391-3737
Fax (201) 391-9360
Email: rsteinberg@pricemeese.com