**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____ x
.    **Chapter 11.**
In re:    .    **Case No. 18-23538-rdd**
.
**SEARS HOLDINGS CORPORATION.,**    .
et al.,    .    **(Jointly Administered)**
.
         **Debtors.**    .
_____x

## ORDER GRANTIN ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of David M. Blau to be admitted *pro hac* vice to represent Agree Limited Partnership, Lakewood Shopping Center, LLC, and Crossroads Centre, II, LLC (the "Clients") in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Michigan and is admitted to practice in the United States District Courts for the Eastern and Western Districts of Michigan, the District of Colorado and the Northern District of Illinois and in the United States Court of Appeals for the Sixth Circuit, it is hereby

ORDERED that David M. Blau, Esq. is admitted to practice *pro hac vice* in the above-referenced case to represent the Clients in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       October 18, 2018

                                                   /s/ Robert D. Drain_____ _
                                                   United States Bankruptcy Judge