**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re:                                                                                     Case No.: 18-23538 (RDD)

SEARS HOLDINGS CORPORATION, *et al.*,                    Chapter 11

                                    Debtor.
-----------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Mark J. Chaney, III to be admitted, ***pro hac vice***, to represent Automotive Rentals, Inc. and ARI Fleet LT (the "Client") in the above-referenced case, and upon movant's certification that the movant is a member in good standing of the bar in the State of Louisiana and the bar of the U.S. District Court for the Eastern District of Louisiana, it is hereby

**ORDERED**, that Mark J. Chaney, III, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
        October 18, 2018

                                                                    /s/ Robert D. Drain         _
                                                                    United States Bankruptcy Judge