SIMON ARON (CA State Bar No. 108183)
   saron@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone:   (310) 478-4100
Facsimile:   (310) 479-1422

Attorneys for Creditor WOLF FAMILY
SERIES LP d/b/a SERIES III, ONTARIO
ENTERPRISES OF THE WOLF FAMILY
SERIES LP

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 18-23538-RDD |
| SEARS HOLDINGS CORPORATION, | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

     PLEASE TAKE NOTICE THAT creditor Wolf Family Series LP d/b/a Series III, Ontario Enterprises of the Wolf Family Series LP ("Wolf"), by and through the undersigned attorney, hereby files this notice of appearance under Rule 9010(b) of the Federal Rules of Bankruptcy Procedure and requests that all notices, papers, and pleadings filed in the above-entitled case be provided to the undersigned attorney at the address given below.

     NOTICE IS HEREBY GIVEN to all parties in interest that Simon Aron of the law firm of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP represents creditor Wolf in the above-entitled matter and that his address and phone number are:

        Wolf Family Series LP
        c/o Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
        Attn:  Simon Aron, Esq.
        11400 West Olympic Boulevard, 9th Floor
        Los Angeles, California  90064-1582

        Telephone Number: (310) 478-4100
        Facsimile Number: (310) 479-1422

1     REQUEST IS HEREBY MADE that all parties in interest and all counsel of record

2  provide copies of all notices, papers, and pleadings filed in the above-entitled case to the

3  undersigned attorney at the foregoing address and direct all telephonic communications

4  regarding the above-entitled matter to Simon Aron of Wolf, Rifkin, Shapiro, Schulman &

5  Rabkin, LLP, at the foregoing number.  This request encompasses all notices and papers

6  referred to in the Federal Rules of Bankruptcy Procedure and in the Rules of the

7  Bankruptcy Court for the Southern District of New York and notice of all applications,

8  complaints, demands, hearing, motions, pleadings, and requests.

9     REQUEST IS ALSO MADE that the debtor and the Clerk of the above-entitled

10  Court place the undersigned counsel and their address as set forth above on any mailing

11  lists or matrix of creditors prepared in the above-entitled case.

12

13  DATED: October 18, 2018      WOLF, RIFKIN, SHAPIRO,

14                     SCHULMAN & RABKIN, LLP

15

16                    By: _____/s/  Simon Aron_____

17                     SIMON ARON

18                    Attorneys for Creditor WOLF FAMILY SERIES
LP d/b/a SERIES III, ONTARIO ENTERPRISES

19                    OF THE WOLF FAMILY SERIES LP

20

21

22

23

24

25

26

27

28