**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Stephen M. Miller to be admitted, ***pro hac vice***, to represent Net Lease Management Partners, L.L.C., Greensboro Lease Management, L.L.C., and Brighton Lease Management, L.L.C. (the "Clients") in the above-captioned cases, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Delaware, the bar of the Commonwealth of Pennsylvania, the United States District Court for the District of Delaware, the United States Court of Appeals for the Third Circuit, and the United States Supreme Court, it is hereby

**ORDERED**, that Stephen M. Miller, Esq., is admitted to practice, ***pro hac vice***, in the above-captioned cases to represent the Clients in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
October 18, 2018

/s/ Robert D. Drain
United States Bankruptcy Judge

**Error! Unknown document property name.**