**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| **SEARS HOLDING CORPORATION, e*t al.,*** | ) Case No. 18-23538 (RDD) ) (Jointly Administered) |
| Debtors. | ) ) |

# ORDER ADMITTING UNITED STATES GOVERNMENT ATTORNEY KELLY R. CUSICK TO PRACTICE PRO HAC VICE

Upon the Motion of Kelly R. Cusick to be admitted, *pro hac vice*, to represent the Pension Benefit Guaranty Corporation in the above referenced case, and upon movant's certification that the movant is a member in good standing of the bar of the District of Columbia, it is hereby

**ORDERED**, that Kelly R. Cusick, Esq. is admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court for the Southern District of New York to represent the Pension Benefit Guaranty Corporation. Beccause the Pension Benefit Guaranty Corporation is a U.S. Government agency, it is exempt from filing fees.

Dated: White Plains, New York
       October 18, 2018

/s/ Robert D. Drain
United States Bankruptcy Judge