**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                         Case No.:  18-23538 (RDD)

SEARS HOLDINGS CORPORATION, *et al.*,                          Chapter 11

                    Debtor.

---------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Rudy J. Cerone to be admitted, ***pro hac vice***, to represent Automotive

Rentals, Inc. and ARI Fleet LT (the "Client") in the above-referenced case, and upon movant's

certification that the movant is a member in good standing of the bar in the State of Louisiana

and the bar of the U.S. District Court for the Eastern District of Louisiana, it is hereby

**ORDERED**, that Rudy J. Cerone, Esq., is admitted to practice, ***pro hac vice***, in the

above-referenced case, in the United States Bankruptcy Court for the Southern District of New

York, provided that the filing fee has been paid.

Dated: White Plains, New York
       October 18, 2018

                                        /s/ Robert D. Drain            _
                                        United States Bankruptcy Judge