**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                                                                Case No.: 18-23538 (RDD)

SEARS HOLDINGS CORPORATION, *et al.*,                           Chapter 11

                                  Debtor.
---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Richard A. Aguilar to be admitted, *pro hac vice,* to represent Automotive Rentals, Inc. and ARI Fleet LT (the "Client") in the above-referenced case, and upon movant's certification that the movant is a member in good standing of the bar in the State of Louisiana and the bar of the U.S. District Court for the Eastern District of Louisiana, it is hereby

**ORDERED**, that Richard A. Aguilar, Esq., is admitted to practice, *pro hac vice,* in the above-referenced case, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       October 18, 2018

                                                       /s/ Robert D. Drain
                                                       United States Bankruptcy Judge