**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| **SEARS HOLDING CORPORATION, e*t al.*,** | ) Case No. 18-23538 (RDD) ) (Jointly Administered) |
| Debtors. | ) ) ) |

# ORDER ADMITTING UNITED STATES GOVERNMENT ATTORNEY MICHAEL BAIRD TO PRACTICE PRO HAC VICE

Upon the motion of Michael Baird to be admitted, ***pro hac vice***, to represent the Pension Benefit Guaranty Corporation in the above referenced case, and upon movant's certification that the movant is a member in good standing of the bar of the District of Columbia, it is hereby

**ORDERED**, that Michael Baird, Esq. is admitted to practice, ***pro hac vice***, in the above referenced case in the United States Bankruptcy Court for the Southern District of New York. Mr. Baird represents the Pension Benefit Guaranty Corporation, a U.S. Government agency and is therefore exempt from filing fees.

Dated: White Plains, New York
October 18, 2018

/s/ Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE