**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 18-23538 (RDD)** |
| | ) | |
| **SEARS HOLDING CORPORATION,** *et al.*, | ) | |
| | ) | **Chapter 11** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |

### ORDER GRANTING MOTION FOR ADMISSION FOR
### MARVIN E. CLEMENTS, JR. TO PRACTICE *PRO HAC VICE*

Upon the motion of Marvin E. Clements, Jr. to be admitted, *pro hac vice*, to represent the Tennessee Department of Revenue (the "Client") in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Tennessee and the U.S. District Court for the Middle District of Tennessee, it is hereby

**ORDERED**, that Marvin E. Clements, Jr., Esq. is admitted to practice, *pro hac vice*, in the above referenced case, to represent the Client in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: White Plains, New York
          October 18, 2018

                         /s/ Robert D. Drain
                         UNITED STATES BANKRUPTCY JUDGE