**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| **SEARS HOLDING CORPORATION, e*t al.,*** | ) Case No. 18-23538 (RDD) ) (Jointly Administered) |
| Debtors. | ) ) ) |

# ORDER ADMITTING UNITED STATES GOVERNMENT ATTORNEY ERIN C. KIM TO PRACTICE PRO HAC VICE

Upon the motion of Erin C. Kim to be admitted, *pro hac vice*, to represent the Pension Benefit Guaranty Corporation in the above referenced case, and upon movant's certification that the movant is a member in good standing of the bar of the State of California, it is hereby

**ORDERED**, that Erin C. Kim, Esq. is admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court for the Southern District of New York. Ms. Kim represents the Pension Benefit Guaranty Corporation, a U.S. Government agency, and is therefore exempt from filing fees.

Dated: White Plains, New York
October 18, 2018

/s/ Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE