**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
In re:                                                                      Case No.: 18-23538 (RDD)
                                                                                 (Jointly Administered)
SEARS HOLDINGS CORPORATION, *et al.*

                                                          Debtors.    Chapter 11
-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Michael A. Shakouri, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Niagara Realty LLC in the above-referenced case.

***I certify that I am a member in good standing*** of the bar of the State of California licensed to practice before all courts of the State of California. I am also a member in good standing of the Bars of the United States District Courts for the Central District of California, Southern District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 18, 2018                    By:    /s/ Michael A. Shakouri
                                                                Michael A. Shakouri (SBN 131347)
                                                                Goodkin & Lynch LLP
                                                                1800 Century Park East
                                                                10th Floor
                                                                Los Angeles, CA 90067
                                                                Tel: (310) 552-3322
                                                                Fax: (310) 943-1589
                                                                Email: mshakouri@goodkinlynch.com