## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re:

SEARS HOLDINGS CORPORATION, *et al.*

Debtors.

---------------------------------------------------------x

Case No.: 18-23538 (RDD)
(Jointly Administered)

Chapter 11

### [PROPOSED] ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Michael A. Shakouri, to be admitted, ***pro hac vice***, to represent Niagara Realty LLC in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of California licensed to practice before all courts of the State of California. I am also a member in good standing of the Bars of the United States District Courts for the Central District of California, Southern District of California; it is hereby

**ORDERED,** that Michael A. Shakouri, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent Niagara Realty LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October 18, 2018
White Plains, New York

/s/ Robert D. Drian
Honorable Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE