WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Proposed Attorneys for Debtors
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| In re : | |
| : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION**, *et al.*, : | |
| : | **Case No. 18-23538 (RDD)** |
| : | |
| Debtors.[1] : | **(Jointly Administered)** |

------------------------------------------------------------

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SRC Sparrow 1 LLC (None); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); SRC Sparrow 2 LLC (None); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); SRC O.P. LLC (None); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); SRC Facilities LLC (None); and SRC Real Estate (TX), LLC (None). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

# NOTICE OF FILING OFCONSOLIDATED LIST OF CREDITORS HOLDING THE 40 LARGEST UNSECURED CLAIMS

**PLEASE TAKE NOTICE** that Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**" and, together with their non-debtor affiliates, the "**Company**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on October 15, 2018. The following is the consolidated list of the Debtors' creditors holding the 40 largest unsecured claims (the "**Consolidated List**") based on the Debtors' books and records as of October 11, 2018. The Consolidated List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in these chapter 11 cases. The Consolidated List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 40 largest unsecured claims on a consolidated basis. None of these creditors is a minor child. The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority or amount of any claim at any later point as they deem appropriate.

2

WEIL:\96766257\1\73217.0003

Official Form 204

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 40 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 40 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | The Pension Benefit Guaranty Corporation Attn.: Judith Starr, General Counsel Office of the Chief Counsel 1200 K Street, N.W., Suite 300 Washington District of Columbia 20005-4026 | Attn.: Judith Starr, General Counsel Office of the Chief Counsel Phone: 202-326-4400 x3083 Email: Starr.Judith@pbgc.gov | Pension Benefits | | | | Unliquidated |
| 2 | SRAC Medium Term Notes c/o The Bank of New York Mellon Trust Co. Attn.: Mary A. Callahan, Vice President 2 N. LaSalle Street, Suite 700 Chicago, Illinois 60602 | Attn.: Mary A. Callahan, Vice President Phone: 312-827-8546 Email: mary.callahan@bnymellon.com | Unsecured Notes | | | | $2,311,796,000.00 |
| 3 | Holdings Unsecured Notes (8.00%) c/o Computershare Trust Company, N.A. Attn.: Michael A. Smith, Vice President 2950 Express Drive South, Suite 210 Islandia, New York 11749 | Attn.: Michael A. Smith, Vice President - Corporate Trust Phone: 303-262-0707 Email: michael.smith2@computershare.com | Unsecured Notes | | | | $410,956,500.00 |
| 4 | Holdings Unsecured PIK Notes (8.00%) c/o Computershare Trust Company, N.A. Attn.: Michael A. Smith, Vice President 2950 Express Drive South, Suite 210 Islandia, New York 11749 | Attn.: Michael A. Smith, Vice President - Corporate Trust Phone: 303-262-0707 Email: michael.smith2@computershare.com | Unsecured Notes | | | | $222,580,652.00 |
| 5 | SRAC Unsecured Notes c/o The Bank of New York Mellon Trust Co. Attn.: Mary A. Callahan, Vice President 2 N. LaSalle Street, Suite 700 Chicago, Illinois 60602 | Attn.: Mary A. Callahan, Vice President Phone: 312-827-8546 Email: mary.callahan@bnymellon.com | Unsecured Notes | | | | $185,564,300.00 |
| 6 | SRAC Unsecured PIK Notes c/o The Bank of New York Mellon Trust Co. Attn.: Mary A. Callahan, Vice President 2 N. LaSalle Street, Suite 700 Chicago, Illinois 60602 | Attn.: Mary A. Callahan, Vice President Phone: 312-827-8546 Email: mary.callahan@bnymellon.com | Unsecured Notes | | | | $107,872,763.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| 7 | Whirlpool Corporation<br>Attn.: Aaron Spira<br>600 West Main Street<br>Benton Harbor, Michigan 49022-2692 | Attn.: Aaron Spira<br>Phone: 269-923-5000<br>Email: aaron_d_spira@whirlpool.com | Trade Payable | | | | $22,250,103.00 |
| 8 | WiniaDaewoo Electronics America<br>Attn.: Hyun Suk Choi, Esq.<br>c/o Choi & Park, LLC<br>11 Broadway, Suite 615<br>New York, New York 10004 | Attn.: Hyun Suk Choi, Esq.<br>Phone: 212-695-0010<br>Email: hchoi@choiandpark.com | Trade Payable | | | | $15,535,537.00 |
| 9 | Cardinal Health<br>Attn: Beth J. Rotenberg, Esq.<br>Scott A. Zuber, Esq.<br>c/o Chiesa Shahinian & Giantomasi PC<br>One Boland Drive<br>West Orange, New Jersey 07052 | Attn: Beth J. Rotenberg, Esq.<br>Scott A. Zuber, Esq.<br>Phone: 973-325-1500<br>Email: brotenberg@csglaw.com<br>szuber@csglaw.com | Trade Payable | | | | $15,348,095.00 |
| 10 | Electrolux (Frigidaire Company)<br>Attn: Alan Shaw<br>703 Waterford Way, Suite 300<br>Miami, Florida 33126 | Attn.: Alan Shaw<br>Phone: 786-388-6400<br>Email: alan.shaw@electrolux.com | Trade Payable | | | | $13,744,679.00 |
| 11 | Icon Health and Fitness Inc.<br>Attn.: Everett Smith<br>1500 South 1000 West<br>Logan, Utah 84321 | Attn.: Everett Smith<br>Phone: 877-993-7999<br>Email: esmith@iconfitness.com | Trade Payable | | | | $12,102,200.00 |
| 12 | Hangzhou Greatstar Industrial Co., Ltd. ("Greatstar")<br>Attn.: Kiah T. Ford IV, Esq.<br>c/o Parker Poe Adams & Bernstein LLP<br>401 South Tryon Street, Suite 3000<br>Charlotte, North Carolina 28202 | Attn.: Kiah T. Ford IV, Esq.<br>Phone: 704-372-9000<br>Email: chipford@parkerpoe.com | Trade Payable | | | | $10,354,683.00 |
| 13 | Hanesbrands Inc.<br>Attn: Joia Johnson, Chief Administrative Officer and General Counsel<br>1000 East Hanes Mill Road<br>Winston Salem, North Carolina 27105 | Attn: Joia Johnson, Chief Administrative Officer and General Counsel<br>Phone: 336-519-5360<br>Email: Joia.Johnson@hanes.com | Trade Payable | | | | $8,380,097.00 |
| 14 | Paco (China) Garment Ltd.<br>Attn: Lily Wang<br>No 9 Yueyang Road<br>Building B<br>Qingdao, Shandong 266000<br>China | Attn.: Lily Wang<br>Phone: 86-532-81978137<br>Email: lily@pacogarment.com | Trade Payable | | | | $7,220,123.00 |
| 15 | Apex Tool International LLC<br>Attn.: Jessica Chang<br>14600 York Road, Suite A<br>Sparks, Maryland 21152 | Attn.: Jessica Chang<br>Phone: 410-773-7800<br>Email: jessica.chang@apextoolgroup.com | Trade Payable | | | | $6,585,482.00 |
| 16 | Black & Decker US Inc.<br>Attn.: Robin Z. Weyand, Assistant General Counsel<br>701 E. Joppa Road<br>Towson, Maryland 21286 | Attn.: Robin Z. Weyand, Assistant General Counsel<br>Phone: 410-716-3625<br>Email: robin.weyand@sbdinc.com | Trade Payable | | | | $5,925,878.00 |
| 17 | Tata Consultancy Services Ltd.<br>Attn.: Ashish Gupta<br>379 Thornal Street, 4th Floor<br>Edison, New Jersey 08837 | Attn.: Ashish Gupta<br>Phone: 847-286-6667<br>Email: ashish.gupta@searshc.com | Trade Payable | | | | $5,761,976.00 |
| 18 | Active Media Services Inc.<br>Attn.: Lisa Brown<br>1 Blue Hill Plaza<br>Pearl River, New York 10965 | Attn.: Lisa Brown<br>Phone: 845-735-1700<br>Email: Lisa.Brown@activeinternational.com | Trade Payable | | | | $5,424,732.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. |
|---|---|---|---|---|---|
| 19 | Automotive Rentals Inc.<br>Attn: Brian S. McGrath, Esq.<br>Kristen D. Romano, Esq.<br>c/o McGlinchey Stafford<br>112 West 34th Street, Suite 1515<br>New York, New York 10120 | Attn: Brian S. McGrath, Esq.<br>Kristen D. Romano, Esq.<br>Phone: 646-362-4000<br>Email: bmcgrath@mcglinchey.com<br>kromano@mcglinchey.com | Trade Payable | | $5,359,201.00 |
| 20 | TJ Tianxing Kesheng Leather Products Co Ltd.<br>Attn: Power Wang<br>No. 2 Jianshe Road Baodi District<br>Tianjin, Tianjin 301200<br>China | Attn: Power Wang<br>Phone: 86-22-29243522<br>Email: powerwangtxks@vip.126.com | Trade Payable | | $4,857,704.00 |
| 21 | MKK Enterprises Corp.<br>Attn: President or General Counsel<br>140 N Orange Avenue<br>City of Industry, California 91744 | Attn: President or General Counsel<br>Phone: 626-217-8245<br>Email: rose@baldwinsun.com | Trade Payable | | $4,799,163.00 |
| 22 | LG Electronics USA Inc.<br>Attn: Thomas Yoon<br>1000 Sylvan Avenue<br>Englewood Cliffs, New Jersey 07632 | Attn: Thomas Yoon<br>Phone: 888-865-3026<br>Email: thomas.yoon@lge.com | Trade Payable | | $4,746,197.00 |
| 23 | Feroza Garments Ltd.<br>Attn: Nazrul Islam Mazumder<br>3 Sujat NagarSultan Mansion, 2nd Floor<br>Mirpur, Dhaka<br>Bangladesh | Attn: Nazrul Islam Mazumder<br>Phone: 88-02-9830348<br>Email: nassa@nassagroup.org | Trade Payable | | $4,614,975.00 |
| 24 | MTD Products Inc.<br>Attn: Derek Kaesgen, Deputy General Counsel<br>5903 Grafton Road<br>Valley City, Ohio 44280-9329 | Attn: Derek Kaesgen, Deputy General Counsel<br>Phone: 330-558-7550<br>Email: derek.kaesgen@mtdproducts.com | Trade Payable | | $4,493,593.00 |
| 25 | Jordache Limited<br>Attn: Cliff Lelonek, President<br>1400 Broadway, 14th and 15th Floor<br>New York, New York 10018-5336 | Attn: Cliff Lelonek, President<br>Phone: 212-944-1330<br>Email: clelonek@jordache.com | Trade Payable | | $4,381,183.00 |
| 26 | City Choice Limited<br>Attn: Steve Meyers<br>Unit 5 6/F Hong Leong Ind. Complex<br>No 4 Wang Kwong Road<br>Kowloon<br>Hong Kong | Attn: General Counsel<br>Phone: 852-27576068<br>Email: sukichan@solarxhk.com<br>terry@solarxhk.com | Trade Payable | | $4,337,049.00 |
| 27 | Deloitte & Touche LLP<br>Attn: Jim Berry, Partner<br>2200 Ross Avenue, Suite 1600<br>Dallas, Texas 75201 | Attn: Jim Berry, Partner<br>Phone: 214-840-7360<br>Email: jiberry@deloitte.com | Trade Payable | | $4,177,800.00 |
| 28 | Thanh Cong Textile Garment Investment Trading Joint Stock Company<br>Attn: Lee Jong<br>36 Tay Thanh Street<br>Tay Thanh Ward<br>Tan Phu Dist<br>Ho Chi Minh City 708500<br>Vietnam | Attn: Lee Jong<br>Phone: 84 8 381 53962<br>Email: leejm@thanhcong.com.vn | Trade Payable | | $4,177,341.00 |
| 29 | Cleva Hong Kong Ltd.<br>Attn: Tammy Harvey<br>303 Des Voeux Road<br>Central<br>Hong Kong | Attn: Tammy Harvey<br>Phone: 0086(0)512 8227 5805<br>Email: tammy.harvey@cleva-na.com | Trade Payable | | $4,151,063.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| 30 | International Business Machine<br>Attn: Bruce E. Frierdich, Counsel<br>Legal Department - Chicago Office<br>Global Markets<br>71 South Wacker Drive, Seventh Floor<br>Chicago, Illinois 60606 | Attn: Bruce E. Frierdich Counsel<br>Phone:<br>Email: bfrierd@us.ibm.com | Trade Payable | | | | $4,067,093.00 |
| 31 | Procter & Gamble Distributing<br>Attn: Deborah P. Majoras, Chief Legal Officer & Secretary<br>One Procter & Gamble Plaza<br>Cincinnati, Ohio 45202 | Attn: Deborah P. Majoras Chief Legal Officer & Secretary<br>Phone:<br>Email: Majoras.DP@pg.com | Trade Payable | | | | $4,065,580.00 |
| 32 | Mien Co, Ltd.<br>Attn: Michelle Chan<br>A5-B, Blk A,12/F, Hongkong Ind Centre<br>489-491 Castle Peak Rd<br>Lai Chi Kok, Kowloon<br>Hong Kong | Attn: President or General Counsel<br>Phone: 00 852 93014248<br>Email: michelle@mien-co.com | Trade Payable | | | | $4,057,082.00 |
| 33 | Eastern Prime Textile Limited<br>Attn: Carol Yim<br>Unit F 10/F, King Win Fty Bldg<br>No. 65-67 King Yip St<br>Kwun Tong, Kowloon<br>Hong Kong | Attn: Carol Yim<br>Phone: 86-769-83626002<br>Email: carol@eastern-prime.com | Trade Payable | | | | $3,413,816.00 |
| 34 | Weihai Lianqiao International Cooperation Group<br>Attn: Sarah Wong<br>No. 269, West Wenhua Road<br>Hi-Tech Deve Zone<br>Weihai<br>China | Attn: Sarah Wong<br>Phone: 86 631 5678612<br>Email: sarah_wong@southocean.com | Trade Payable | | | | $3,044,370.00 |
| 35 | BST International Fashion Limited<br>Attn: Emily Nip<br>Suite 2301B<br>23/F Skyline Tower<br>No.39 Wang Kwong Road<br>Kowloon Bay<br>Hong Kong | Attn: Emily Nip<br>Phone: 852-3471 0600<br>Email: enip@frontline-hk.com | Trade Payable | | | | $2,966,541.00 |
| 36 | Winners Industry Company Limited<br>Attn.: Kitty Chow<br>Unit A, Wah Lung Building<br>49-53 Wang Lung Street,<br>Tsuen wan, New Territories<br> Hong Kong | Attn.: Kitty Chow<br>Phone: 0769-39016338<br>Email: kitty@winnersarts.com | Trade Payable | | | | $2,964,394.00 |
| 37 | SITEL<br>c/o Frost Brown Todd LLC<br>Attn: Edward M. King, Esq.<br>400 West Market Street, Suite 3200<br>Louisville, Kentucky 40202 | Attn: Edward M. King, Esq.<br>Phone: 502-568-0359<br>Email: tking@fbtlaw.com | Trade Payable | | | | $2,849,008.00 |
| 38 | Coyote<br>Attn: Jason Rice<br>2545 W. Diversey Avenue, 3rd Floor<br>Chicago, Illinois 60647 | Attn: Jason Rice<br>Phone: 847-295-2424<br>Email: Jason.rice@coyote.com. | Trade Payable | | | | $2,734,955.00 |
| 39 | Chamberlain Manufacturing Corp.<br>Attn: Colleen M. O'Connor, VP Finance & Treasurer<br>300 Windsor Drive<br>Oak Brook, Illinois 60523-1510 | Attn: Colleen M. O'Connor, VP Finance & Treasurer<br>Phone: 630-530-6848<br>Email: colleen.oconnor@chamberlain.com | Trade Payable | | | | $2,716,078.00 |
| 40 | Knights Apparel Inc.<br>Attn: Joia Johnson, Chief Administrative Officer & General Counsel<br>1000 East Hanes Mill Road<br>Winston Salem, North Carolina 27105 | Attn: Joia Johnson, Chief Administrative Officer & General Counsel<br>Phone: 336-519-5360<br>Email: Joia.Johnson@hanes.com | Trade Payable | | | | $2,623,712.00 |

**Fill in this information to identify the case:**

Debtor name: <u>Sears Holdings Corporation *et al.*,</u>

United States Bankruptcy Court for the: <u>Southern</u> District of <u>New York</u>
(State)

Case number 18-23538 (RDD) (Jointly Administered)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>October 18, 2018</u>   X <u>/s/ Mohsin Y. Meghji</u>
MM / DD / YYYY       Signature of individual signing on behalf of debtor

<u>Mohsin Y. Meghji</u>
Printed name

<u>Chief Restructuring Officer</u>
Position or relationship to debtor