My Chi To
Erica S. Weisgerber
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:  (212) 909-6000
Facsimile:  (212) 909-6836

*Counsel to Cascade Investment, L.L.C. and SL
Agent, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors.[1] | Joint Administration Pending |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appear in the above-captioned chapter 11

cases as counsel to Cascade Investment, L.L.C. and SL Agent, LLC, and pursuant to rules 2002

and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section

1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"),

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SRC Sparrow 1 LLC (None); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); SRC Sparrow 2 LLC (None); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); SRC O.P. LLC (None); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); SRC Facilities LLC (None); and SRC Real Estate (TX), LLC (None). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

respectfully request that notices, pleadings and other papers served or required to be served in

this case also be served, electronically or otherwise, on:

> My Chi To
> Erica S. Weisgerber
> DEBEVOISE & PLIMPTON LLP
> 919 Third Avenue
> New York, New York 10022
> Tel:   (212) 909-6000
> Fax:   (212) 909-6836
> Email:  mcto@debevoise.com
>           eweisgerber@debevoise.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the

Bankruptcy Code, the foregoing request includes the notice of all orders, applications, motions,

petitions, pleadings, requests, complaints or demands, whether formal or informal, written or

oral, transmitted or conveyed by mail, hand-delivery, telephone, facsimile transmission, email

or otherwise made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and

Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim,

claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters

entered only after de novo review by a district judge, (ii) the right to trial by jury in any

proceeding related to, or triable in, these cases or any case, controversy or proceeding related

to these cases, (iii) the right to have the district court withdraw the reference in any matter

subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this

Court for any purpose other than with respect to this Notice, (v) an election of remedy, or

(vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or

in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and

recoupments are expressly reserved.


New York, New York
Dated:  October 22, 2018

RESPECTFULLY SUBMITTED

*/s/ My Chi To*

My Chi To
Erica S. Weisgerber
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
Telephone:  (212) 909-6000
Facsimile:   (212) 909-6836

*Counsel to Cascade Investment, L.L.C. and SL Agent, LLC*