**SAUL EWING ARNSTEIN & LEHR LLP**
Dipesh Patel
1270 Avenue of the Americas, Suite 2005
New York, NY 10020
Telephone: (212) 980-7200
Facsimile: (973) 286-6818
*Attorneys for Invicta Watch Company of America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                            :
                                                  :     Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*[1]    :
                                                  :     Case No. 18-23538 (RDD)
                        Debtors.                  :     (Jointly Administered)
---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Saul Ewing Arnstein & Lehr LLP hereby submits this Notice of Appearance and Request for Service of Papers and, pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") appears herein as counsel to Invicta Watch Company of America, Inc. ("Invicta"), and requests that all notices given or required to be given and all papers served in this case, be delivered to and served

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

25414589.1 10/22/2018

upon the counsel identified below at the following address. In addition, it is respectfully requested that pursuant to Rule 2002(g) of the Bankruptcy Rules, the following also be added to the Court's Mailing Matrix:

**SAUL EWING ARNSTEIN & LEHR LLP**
Dipesh Patel, Esq.
1270 Avenue of the Americas
Suite 2005
New York, NY 10020
Telephone: (212) 980-7200
Facsimile: (973) 286-6818
dipesh.patel@saul.com

**SAUL EWING ARNSTEIN & LEHR LLP**
Phillip M. Hudson III
Carmen Contreras-Martinez
200 S. Biscayne Blvd., Suite 3600
Miami, Florida 33131
Telephone: (305) 428-4500
Facsimile: (305) 374-4744
phil.hudson@saul.com
carmen.contreras-martinez@saul.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002 and 9010(b) of the Bankruptcy Rules, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE** that if any limited service lists are used in this proceeding, the undersigned requests inclusion thereon.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not constitute a submission by Invicta to the jurisdiction of the Bankruptcy Court. This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive

Invicta's substantive or procedural rights, including: (i) the right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) the right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn by the United States District Court for this district in any matter subject to mandatory or discretionary withdrawal or the right to seek abstention in favor of any state court; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Invicta is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved. Nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated: October 22, 2018    **SAUL EWING ARNSTEIN & LEHR LLP**

*/s/ Dipesh Patel*
Dipesh Patel
1270 Avenue of the Americas
Suite 2005
New York, NY 10020
Telephone: (212) 980-7200
Facsimile: (973) 286-6818

-and-

Phillip M. Hudson III
Carmen Contreras-Martinez
200 S. Biscayne Blvd., Suite 3600
Miami, Florida 33131
Telephone: (305) 428-4500
Facsimile: (305) 374-4744

*Counsel for Invicta Watch Company of America, Inc.*