# Exhibit A

**SAUL EWING**

**ARNSTEIN**

**& LEHR** LLP

Phillip M. Hudson III

Phone: 305.357.2003

phil.hudson@saul.com

www.saul.com

October 19, 2018

*Via Email and Overnight Mail*
(Jacqueline.marcus@weil.com)

Jacqueline Marcus, Esq.
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

*Via Overnight Mail*
Sears Holding Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

    Re:    In re Sears Holding Corporation, et al., 18-23538 (RDD) (Bankr. S.D.N.Y)
            *Amended* Demand for Reclamation Pursuant to 11 U.S.C. § 546(c)

Dear Ms. Marcus:

    Pursuant to U.C.C. § 2-702 and Section 546(c) of the United States Bankruptcy Code, 11 U.S.C. § 546(c), demand is hereby made upon Sears Holding Corporation ("**Sears**") for the reclamation and return of all goods (the "**Goods**") that were shipped to Sears and/or any of its subsidiaries and affiliates by Invicta Watch Company of America, Inc. ("**Invicta**") in the ordinary course of business, where such goods were received by Sears within forty-five (45) days preceding the date upon which Sears filed its bankruptcy petition in the United States Bankruptcy Court for the Southern District of New York (the "**Petition Date**").

    This demand covers two (2) invoices not less than $391,161.40 for the Goods that were delivered to Sears prior to the Petition Date, and for the proceeds of any Goods that may have been sold. Copies of the invoices are enclosed herein. *See Exhibit A*. Further, it is our understanding that the Goods delivered on October 1, 2018 remain in their original packaging from Invicta at the Illinois warehouse where they were delivered to Sears.

    Demand is made that the Goods sought to be reclaimed hereby continue to be segregated from Sear's other inventory and set aside for pickup by Invicta, except to the extent, if any, prohibited by the Bankruptcy Court in Case Number 18-23538 (RDD).

Southeast Financial Center ♦ 200 S. Biscayne Blvd., Suite 3600 ♦ Miami, FL 33131
Phone: (305) 428-4500 ♦ Fax: (305) 374-4744

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

## Saul Ewing Arnstein & Lehr<sup>LLP</sup>

Jacqueline Marcus, Esq.
October 19, 2018
Page 2

Invicta reserves all rights under 11 U.S.C. § 503(b) (9) to the extent the Goods are not timely returned. In addition, Invicta reserves the right to amend and supplement this reclamation claim and to make additional reclamation or other claims Invicta may have at law, in equity or otherwise. This reclamation claim is not intended to be and shall not be construed as an election of Invicta's remedies, a waiver of any past, present or future defaults or events of default by Sears or a waiver or limitation of any rights or remedies.

Please forward all communications concerning this matter to my office as counsel for Invicta.

Very truly yours,

Phillip M. Hudson III

PMH/am
Enclosure as stated
cc: Aline Drucker, Esq.

115149773.1

\*\*\*HISTORICAL\*\*\*

# Invoice

Page 1/1
Invoice INV123038
Date 9/25/2018

**Invicta Watch Company**
3069 Taft Street
Hollywood FL   33021

**Bill To:**   Sears/SLS
3333 Beverly Road
Hoffman Estates IL   60179

**Ship To:**   Sears/SLS
8380 N. 4000 East Road
Manteno IL   60950

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 558457 | 002333 | 212JS | MALCA-AMIT | NET 10 | 9/25/2018 | 10,142,935 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 20 | 20 | 0 | 0463 | INVICTA Angel Lady 38mm Stainless Steel S | $0.00 | $66.34 | $1,326.80 |
| 20 | 20 | 0 | 21691 | INVICTA Angel Lady 38mm Stainless Steel G | $0.00 | $51.36 | $1,027.20 |
| 20 | 20 | 0 | 23072 | INVICTA Pro Diver Men 48.0mm Stainless St | $0.00 | $62.06 | $1,241.20 |
| 40 | 40 | 0 | 22147 | INVICTA Bolt Men 50mm Stainless Steel Bla | $0.00 | $145.52 | $5,820.80 |
| 40 | 40 | 0 | 21719 | INVICTA Pro Diver Men 40mm Stainless Stee | $0.00 | $80.25 | $3,210.00 |
| 20 | 20 | 0 | 21425 | INVICTA Angel Lady 36mm Stainless Steel + | $0.00 | $55.64 | $1,112.80 |
| 20 | 20 | 0 | 19163 | INVICTA Angel Lady 38mm Stainless Steel G | $0.00 | $51.36 | $1,027.20 |
| 20 | 20 | 0 | 19428 | INVICTA S1 Rally Men 52mm Stainless Steel | $0.00 | $123.05 | $2,461.00 |

This is an EDI Transaction
STORE ID:0475

| | |
|---|---|
| Subtotal | $17,227.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $17,227.00 |



EXHIBIT A

***HISTORICAL***

# Invoice

Page 1/1
Invoice INV123137
Date 9/28/2018

**Invicta Watch Company**
3069 Taft Street
Hollywood FL   33021

Bill To: Sears/SLS
3333 Beverly Road
Hoffman Estates IL   60179

Ship To: Sears/SLS
8380 N. 4000 East Road
Manteno IL   60950

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 558541 | 002333 | 212JS | MALCA-AMIT | NET 10 | 9/27/2018 | 10,143,073 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 300 | 300 | 0 | 26079 | INVICTA Pro Diver Men 50mm Stainless Stee | $0.00 | $56.18 | $16,854.00 |
| 220 | 220 | 0 | 25853 | INVICTA Pro Diver Men 50mm Stainless Stee | $0.00 | $102.72 | $22,598.40 |
| 80 | 80 | 0 | 25991 | INVICTA Marvel Men 53mm Stainless Steel B | $0.00 | $144.45 | $11,556.00 |
| 200 | 200 | 0 | 25288 | INVICTA Speedway Men 51mm Stainless Steel | $0.00 | $89.88 | $17,976.00 |
| 400 | 400 | 0 | 26851 | INVICTA Pro Diver Men 47mm Stainless Stee | $0.00 | $133.75 | $53,500.00 |
| 280 | 280 | 0 | 26848 | INVICTA Pro Diver Men 47mm Stainless Stee | $0.00 | $133.75 | $37,450.00 |
| 300 | 300 | 0 | 28435 | INVICTA Angel Lady 38mm Stainless Steel G | $0.00 | $80.25 | $24,075.00 |
| 200 | 200 | 0 | 28456 | INVICTA Angel Lady 24mm Stainless Steel G | $0.00 | $80.25 | $16,050.00 |
| 300 | 300 | 0 | 28454 | INVICTA Angel Lady 24mm Stainless Steel G | $0.00 | $80.25 | $24,075.00 |
| 200 | 200 | 0 | 28457 | INVICTA Angel Lady 38mm Stainless Steel S | $0.00 | $80.25 | $16,050.00 |
| 300 | 300 | 0 | 28458 | INVICTA Angel Lady 38mm Stainless Steel G | $0.00 | $80.25 | $24,075.00 |
| 200 | 200 | 0 | 28482 | INVICTA Angel Lady 38mm Stainless Steel S | $0.00 | $80.25 | $16,050.00 |
| 300 | 300 | 0 | 28485 | INVICTA Angel Lady 38mm Stainless Steel G | $0.00 | $80.25 | $24,075.00 |
| 520 | 520 | 0 | 26852 | INVICTA Pro Diver Men 47mm Stainless Stee | $0.00 | $133.75 | $69,550.00 |

This is an EDI Transaction
STORE ID:0475

| | |
|---|---|
| Subtotal | $373,934.40 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $373,934.40 |