LASSER HOCHMAN, L.L.C.
75 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 226-2700
Attorneys for U.S. Realty 86 Associates and
Westmount Plaza Associates

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

In re:                                                        Case No. 18-23538 (RDD)

SEARS HOLDINGS CORPORATION, et al.
                                                                    Chapter 11
        Debtors.
                                                NOTICE OF APPEARANCE AND REQUEST
                                                FOR SERVICE OF PAPERS AND OTHER
                                                                    DOCUMENTS

PLEASE TAKE NOTICE that Lasser Hochman, L.L.C., attorneys for U.S. Realty 86 Associates and Westmount Plaza Associates, hereby enters its appearance in this matter.

PLEASE TAKE FURTHER NOTICE that request is hereby made, pursuant to Section 1109(b) of the Bankruptcy Code (if applicable) and Federal Rules of Bankruptcy Procedure 2002 and 9007, that all notices given and required to be given in this case and all pleadings and other papers filed in the above matter be directed to the following:

>    Richard L. Zucker, Esq.
>    Lasser Hochman, L.L.C.
>    75 Eisenhower Parkway
>    Roseland, New Jersey  07068
>    (973) 226-2700
>    (973) 226-0844 (FAX)
>    rzucker@lasserhochman.com

1

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way, the rights or interests of U.S. Realty 86 Associates and/or Westmount Plaza Associates with respect to the above-captioned debtors, or any related entity, or property or proceeds in which the Debtor may claim an interest.

        LASSER HOCHMAN, L.L.C.
        75 Eisenhower Parkway
        Roseland, New Jersey 07068
        (973) 226-2700
        Attorneys for U.S. Realty 86 Associates and Westmount Plaza Associates

        By:/s/ Richard L. Zucker
        RICHARD L. ZUCKER, ESQ.

Dated:  October 22, 2018
        Roseland, New Jersey

P:\Docs\SEC\RLZ\BANKR DOCS\Sears Holdings Corporation\Wilf Leases\Notice of Appearance.WPD