**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | * | |
| **SEARS HOLDING CORPORATION,** *et al.,* | * | Case No.: 18-23538-RDD |
| | | (Jointly administered) |
| | * | |
| **Debtors.** | | (Chapter 11) |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICES AND SERVICE OF PAPERS**

Please take notice that the undersigned counsel hereby appears in this case on behalf of the all of the following creditors and parties in interest:

The J.M. Smucker Company

Ainsworth Pet Nutrition LLC

pursuant to FED. R. BANKR. P. 9010, and requests, in accordance with the notice requirements of 11 U.S.C. §§102(1) and 342, and FED. R. BANKR. P. 2002, 3017, 3020, 4001 and 9007, that the following parties be placed on the mailing matrix filed by the debtor, and any mailing matrix or service list that may be used for any purpose in this case and that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon the following:

                          Stephen B. Gerald
                          Whiteford, Taylor & Preston LLC
                          The Renaissance Centre
                          405 North King Street, Suite 500
                          Wilmington, DE 19801-3700
                          sgerald@wtplaw.com
                          (410) 347-8758

Please take further notice that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, e-mail, facsimile or otherwise which affect or seek to affect in any way any rights or interests of creditors and parties in interest.

Please take further notice that the submission and filing of this pleading is intended to constitute a special appearance to the extent that a general appearance would constitute a waiver of any right, and is not intended to be, nor shall it be deemed, a consent to or a waiver of the right to challenge the jurisdiction of the United States Bankruptcy Court including, without limitation, the jurisdiction of the Court to adjudicate non-core matters, which right is hereby expressly reserved without prejudice.  In addition, it is not a waiver of any right to a jury trial, should such right be relevant in the course of these proceedings, which right is hereby expressly reserved.

Date:  October 22, 2018      */s/ Stephen B. Gerald*
Stephen B. Gerald
Whiteford, Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801-3700
sgerald@wtplaw.com
(410) 347-8758

*Attorneys for The J.M. Smucker Company and Ainsworth Pet Nutrition LLC*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 22nd day of October, 2018, a copy of the foregoing Notice of Appearance and Request for Notices and Service of Papers was sent via the Court's CMECF electronic notification system to all parties receiving electronic notices in this case.

/s/ *Stephen B. Gerald*
Stephen B. Gerald