COZEN O'CONNOR
Mark E. Felger
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2087
Facsimile: (877) 286-4528
Email: mfelger@cozen.com
*Counsel to National Distribution Centers, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No.: 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned counsel for National Distribution Centers,

LLC ("NDC"), hereby enters his appearance pursuant to Rule 9010(b) of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to

Bankruptcy Rule 2002 and section 342 of Title 11 of the United States Code (the "Bankruptcy

Code"), that copies of all notices and pleadings given or filed in the above-captioned cases be

given and served upon the following person at the following address, telephone and facsimile

numbers and email address:

Mark E. Felger, Esq.
COZEN O'CONNOR
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2087
Facsimile: (877) 286-4528
Email: mfelger@cozen.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the

notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code

LEGAL\38806654\1

specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, electronic mail or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a consent to the jurisdiction of this Court, or to be a waiver of (a) NDC's right (i) to have final orders in matters entered only after *de novo* review by a District Court Judge where a bankruptcy judge may not enter final orders or judgments, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which NDC is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments NDC hereby expressly reserves.

Dated: October 22, 2018

COZEN O'CONNOR

Mark E. Felger (No. 3919)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2087
Facsimile: (877) 286-4528
Email: mfelger@cozen.com

*Counsel to National Distribution Centers, LLC*

2