Patricia B. Fugée
FisherBroyles, LLP
27100 Oakmead Drive, #306
Perrysburg, OH  43553
Phone/Fax: (419) 874-6859
Email: patricia.fugee@fisherbroyles.com

-and-

Mark E. Wilson
FisherBroyles, LLP
203 North LaSalle Street
Suite 2100
Chicago, Illinois 60601
Phone: (312) 498-8078
Email: mark.wilson@fisherbroyles.com

Counsel to Clover Technologies Group, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

NOW COMES, Patricia B. Fugée of FisherBroyles, LLP and hereby enters her appearance for and on behalf of Clover Technologies Group, LLC ("Clover") in the above-captioned jointly administered cases.  Pursuant to Bankruptcy Rule 2002 and 9010(b), all notices, motions and pleadings regarding this matter should be served upon:

> Patricia B. Fugée
> FisherBroyles, LLP
> 27100 Oakmead Drive, #306
> Perrysburg, OH  43553

1

    Phone/Fax: (419) 874-6859
    Email: patricia.fugee@fisherbroyles.com

  PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Bankruptcy Rules, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.

  PLEASE TAKE FURTHER NOTICE that this appearance and request for notice is without prejudice to Clover's rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to submit it to the jurisdiction of the Court.  All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention or withdrawal of the case or a proceeding therein.

Dated: October 22, 2018

            Respectfully submitted,

            */s/ Patricia B. Fugée*
            Patricia B. Fugée
            FisherBroyles, LLP
            27100 Oakmead Drive, #306
            Perrysburg, OH  43553
            Telephone: (419) 874-6859
            Email: patricia.fugee@fisherbroyles.com

# CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that on October 22, 2018, she caused a true and correct copy of the foregoing *Notice of Appearance* to be served electronically and by email upon all those identified in the Master Service List as of October 18, 2018 in accordance with this Court's *Order Implementing Certain Notice and Case Management Procedures* (the "Case Management Order") entered on October 17, 2018 (docket no. 139). I hereby further certify that pursuant to the Case Management Order and the local rules, hard copies of the foregoing *Notice of Appearance* were delivered via overnight mail to (i) the Honorable Robert D. Drain, and (ii) the United States Trustee's Office.

                                                    */s/ Patricia B. Fugée*
                                                    Patricia B. Fugée