**CKR LAW LLP**
1330 Avenue of the Americas, 14th Floor
New York, New York 10019
Telephone: (212) 259-7300
Facsimile: (212) 259-8200
Edward L. Schnitzer, Esq.

*Counsel to Eastern Prime Textiles Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
In re:                                              :    Chapter 11
                                                    :
SEARS HOLDINGS CORPORATION, *et al.,*   :    Case No. 18-23538-rdd
                                                    :
          Debtors.                                  :    (Jointly Administered)
                                                    :
-------------------------------------------------------------x

## NOTICE OF RECLAMATION DEMAND OF
## EASTERN PRIME TEXTILES LIMITED

**TO THE DEBTORS AND ALL INTERESTED PARTIES:**

Eastern Prime Textiles Limited ("Eastern Prime"), by and through its undersigned counsel, hereby gives notice that it served a demand for reclamation of goods (the "Reclamation Demand") pursuant to Section 546(c) of the United States Bankruptcy Code, 11 U.S.C. § 101, *et seq.* and Section 2-702 of the Uniform Commercial Code on October 158 2018. A copy of the Reclamation Demand (without enclosures/exhibits) is attached as Exhibit A.

Dated: October 22, 2018                          **CKR LAW LLP**

                                                 By:   */s/ Edward L. Schnitzer*
                                                        Edward L. Schnitzer

                                                 1330 Avenue of the Americas, 14th Floor
                                                 New York, New York  10019
                                                 Telephone: (212) 259-7300
                                                 Facsimile: (212) 259-8200
                                                 Email: eschnitzer@ckrlaw.com

                                                 *Counsel for Eastern Prime Textiles Limited*