**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:

SEARS HOLDING CORPORATION, *et al.*

Debtors.

Chapter 11
Case No. 18-23538-rdd
Jointly Administered

---

## AFFIDAVIT OF SERVICE

*STATE OF NEW YORK*    )
*COUNTY OF ONONDAGA*   ) *ss.:*

**AUDREY A. VROOMAN**, being duly sworn, deposes and says:

1. That she is in the employ of Barclay Damon LLP, attorneys for Aviation Mall NewCo, LLC, Holyoke Mall Company, L.P., JPMG Manassas Mall Owner LLC, Poughkeepsie Galleria LLC, Salmon Run Shopping Center, L.L.C., S&R Company of West Seneca NewCo, LLC, Washington Commons NewCo LLC, and DGI LS, LLCin the above-captioned bankruptcy cases.

2. That on the 22nd day of October, 2018, she electronically filed the *Notice of Appearance and Demand for Service of Papers* with the Clerk of the Bankruptcy Court for the Southern District of New York using the CM/ECF system, which sent notification of such filing to:

- David G. Aelvoet    sanantonio.bankruptcy@publicans.com
- Tara B. Annweiler    tannweiler@greerherz.com
- Brandon K. Bains    bbains@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com
- Michael I. Baird    baird.michael@pbgc.gov, efile@pbgc.gov
- Karen C. Bifferato    kbifferato@connollygallagher.com
- David M. Blau    dblau@clarkhill.com
- Phillip W. Bohl    phillip.bohl@gpmlaw.com
- Dustin Parker Branch    branchd@ballardspahr.com, carolod@ballardspahr.com
- Kay Diebel Brock    bkecf@co.travis.tx.us
- James L. Bromley    maofiling@cgsh.com, jbromley@cgsh.com
- Hyun Suk Choi    hchoi@choiandpark.com, lkleist@choiandpark.com; cpark@choiandpark.com; jpatten@choiandpark.com
- Marvin E. Clements    agbanknewyork@ag.tn.gov
- Eboney Cobb    ecobb@pbfcm.com
- Andrew S. Conway    aconway@taubman.com
- Kelly Rose Cusick    cusick.kelly@pbgc.gov, efile@pbgc.gov
- Robert K. Dakis    rdakis@morrisoncohen.com, bankruptcy@morrisoncohen.com
- Richard T. Davis    rdavis@cafarocompany.com
- Andrew G. Dietderich    dietdericha@sullcrom.com, s&cmanagingclerk@sullcrom.com; andrew-dietderich-6008@ecf.pacerpro.com; MAASSE@SULLCROM.COM; BAKERR@SULLCROM.COM
- John P. Dillman    houston_bankruptcy@publicans.com

- Ted A. Dillman    ted.dillman@lw.com
- Rachel E. Edwards    redwards@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com
- Carrie Essenfeld    cessenfeld@halperinlaw.net, cmitchell@halperinlaw.net
- Kiah T Ford    chipford@parkerpoe.com
- Gregory W. Fox    gfox@goodwinprocter.com
- James Gadsden    bankruptcy@clm.com
- Gregg M. Galardi    gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
- Peter M. Gilhuly    peter.gilhuly@lw.com, peter-gilhuly-1776@ecf.pacerpro.com
- Steven A. Ginther    sdnyecf@dor.mo.gov
- Ronald Eric Gold    rgold@fbtlaw.com, awebb@fbtlaw.com; bmparker@fbtlaw.com; eseverini@fbtlaw.com
- Eric R Goodman    egoodman@bakerlaw.com
- Mark E. Hall    mhall@foxrothschild.com, cbrown@foxrothschild.com
- Leslie C. Heilman    heilmanl@ballardspahr.com, lanoc@ballardspahr.com
- Alan H Katz    akatz@lockelord.com
- Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com; lenore.joseph@procopio.com
- Erin C. Kim    kim.erin@pbgc.gov, efile@pbgc.gov
- Edward M. King    tking@fbtlaw.com
- Lauren Catherine Kiss    lkiss@klestadt.com
- Jeffrey Kurtzman    jkurtzma@klehr.com
- Keith A Langley    klangley@l-llp.com, ehyman@l-llp.com;pgentry@l-llp.com
- Harlan Mitchell Lazarus    hmllaw@att.net, hlazarus@lazarusandlazarus.com
- Paul D. Leake    wendy.lamanna@skadden.com;andrea.chouprouta@skadden.com
- Joseph H. Lemkin    jlemkin@stark-stark.com
- Jacqueline Marcus    jacqueline.marcus@weil.com, jessica.liou@weil.com; matthew.goren@weil.com; candace.arthur@weil.com
- Ilan Markus    ilan.markus@leclairryan.com, kim.knicely@leclairryan.com; wendy.kane@leclairryan.com
- Brian S. McGrath    bmcgrath@mcglinchey.com
- Stephen M. Miller    smiller@morrisjames.com, wweller@morrisjames.com
- Laura J. Monroe    lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com
- Sean A. O'Neal    soneal@cgsh.com, maofiling@cgsh.com
- Rachel R Obaldo    bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov
- Thomas S. Onder    tonder@stark-stark.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com
- Kristen N. Pate    bk@brookfieldpropertiesretail.com
- Douglas J. Pick    dpick@picklaw.net, ezabicki@picklaw.net
- David L. Pollack    pollack@ballardspahr.com
- Ryan C. Reinert    rreinert@shutts.com, juanitasanchez@shutts.com
- Fred B. Ringel    fbr@robinsonbrog.com
- Beth Ellen Rogers    brogers@berlawoffice.com
- Kristen D Romano    kromano@mcglinchey.com
- Douglas B. Rosner    drosner@goulstonstorrs.com
- Beth J. Rotenberg    brotenberg@csglaw.com, ecf@csglaw.com
- Edward L. Schnitzer    eschnitzer@ckrlaw.com
- Ray C Schrock    ray.schrock@weil.com, matthew.goren@weil.com; christopher.stauble@weil.com
- Gary F Seitz    gseitz@gsbblaw.com, gary.seitz@gmail.com
- Michelle E. Shriro    mshriro@singerlevick.com, scotton@singerlevick.com;croote@singerlevick.com

- Kevin J. Simard    ksimard@choate.com
- Doug Skierski    enotices@skijain.com
- Aaron C. Smith    asmith@lockelord.com, chicagodocket@lockelord.com; jcataldo@lockelord.com
- Owen M. Sonik    osonik@pbfcm.com, tpope@pbfcm.com; osonik@ecf.inforuptcy.com
- James E. Sorenson    bk@svllaw.com, jim@svllaw.com
- Sean C. Southard    ssouthard@klestadt.com
- Richard A. Stieglitz    RStieglitz@cahill.com, MMcLoughlin@cahill.com;ma@cahill.com
- Sabrina L. Streusand    streusand@slollp.com, prentice@slollp.com
- Brett S. Theisen    btheisen@gibbonslaw.com
- Ronald M. Tucker    rtucker@simon.com, bankruptcy@simon.com
- United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
- James J. Vincequerra    James.Vincequerra@alston.com
- David H. Wander    dhw@dhclegal.com
- Andrew W. Weaver    aweaver@cgsh.com, maofiling@cgsh.com
- Elizabeth Weller    dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com; Dora.Casiano-Perez@lgbs.com
- Eric R. Wilson    KDWBankruptcyDepartment@Kelleydrye.com; MVicinanza@ecf.inforuptcy.com
- Garth D. Wilson    wilson.garth@pbgc.gov, efile@pbgc.gov
- Marc A. Zelina    marc.zelina@lw.com
- Scott A. Zuber    szuber@csglaw.com, ecf@csglaw.com
- Richard L. Zucker    rzucker@lasserhochman.com

3.    That on the 22nd day of October, 2018, she served a copy of the *Notice of Appearance and Demand for Service of Papers* upon:

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10014

Davis Polk & Wardwell LLP
Attn:  Eli J. Vonnegut, Esq.
450 Lexington Avenue
New York, NY 10017

Prime Clerk LLC
Attn:  Adam M. Adler
830 Third Avenue, 9th Floor
New York, NY 10022

Brown Rudnick LLP
Attn:  Jonathan D. Marshall, Esq.
One Financial Center
Boston, MA 02111

via first class mail by depositing copies of same in a properly addressed, postage paid envelope in an official depository under the exclusive care and custody of the United States Postal Service at the Franklin Square Post Office, 401 West Division Street, Syracuse, New York, prior to the last pick up time for that day.

*/s/Audrey A. Vrooman*
AUDREY A. VROOMAN

Sworn to before me this
22nd day of October, 2018.

*/s/Jeffrey A. Dove*
Notary Public, State of New York
Qual. In Onondaga Cty No. 02DO4831718
Commission Expires March 30, 2019