**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Sears Holdings Corporation, *et. al.*, | ) Case No. 18-23538 (RDD) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of David L. Pollack to be admitted, ***pro hac vice***, to represent WBCMT 2007-C33 Independence Center LLC, Federal Realty Investment Trust, Kravco Company, Acadia Realty Limited Partnership, PGIM Real Estate, Pacific Retail Group, Starwood Retail Partners, Brixmor Property Group, Inc., Centennial Real Estate Co., C. E. Johns Company, Inc., GEM Realty Capital, Inc., GS Pacific ER, LLC, The Macerich Company, Vintage Real Estate, LLC, and White Plains Galleria Limited Partnership in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bars of the States of Delaware and New Jersey and the Commonwealth of Pennsylvania, and licensed to practice before all courts of those states, and also admitted to practice in the United States District Court for the District of Delaware, the United States District Court for the District of New Jersey and the United States District Court for the Eastern District of Pennsylvania, it is hereby

**ORDERED,** that David L. Pollack, Esq. is admitted to practice, ***pro hac vice***, in the above referenced bankruptcy case to represent WBCMT 2007-C33 Independence Center LLC, Federal Realty Investment Trust, Kravco Company, Acadia Realty Limited Partnership, PGIM Real Estate, Pacific Retail Group, Starwood Retail Partners, Brixmor Property Group, Inc., Centennial Real Estate Co., C. E. Johns Company, Inc., GEM Realty Capital, Inc., GS Pacific ER, LLC, The Macerich Company, Vintage Real Estate, LLC, and White Plains Galleria Limited

Partnership in the United States Bankruptcy Court for the Southern District of New York,

provided that the filing fee has been paid.


Dated:  White Plains, New York
        October 22, 2018

/s/ Robert D. Drain
ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE