JUDITH R. STARR
General Counsel
KARTAR S. KHALSA
Deputy General Counsel
WILLIAM MCCARRON, JR.
Assistant General Counsel
PENSION BENEFIT GUARANTY CORPORATION
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Tel: (202) 326-4020, ext. 4902
Fax: (202) 326-4112
Emails: mccarron.william@pbgc.gov *and* efile@pbgc.gov
*Counsel for the Pension Benefit Guaranty Corporation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re: | **Chapter 11** |
|---|---|
| **SEARS HOLDING CORPORATION,** *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for the Creditor Pension Benefit Guaranty Corporation, and requests that all papers in this action be served upon, and all communications directed to, the undersigned at the address provided below.

Dated: October 22, 2018         Respectfully submitted,
       Washington, D.C.

                                /s/ William McCarron, Jr.
                                William McCarron, Jr. (NY Bar No. 4253639)
                                Pension Benefit Guaranty Corporation
                                Office of the General Counsel
                                1200 K Street, N.W.
                                Washington, D.C. 20005-4026
                                Telephone: (202) 326-4020, ext. 4902
                                Fax: (202) 326-4112
                                Emails: mccarron.william@pbgc.gov *and*
                                        efile@pbgc.gov