**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SEARS HOLDING CORPORATION,** *et al.*, | **Case No. 18-23538 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October, 2018, the Notice of Appearance was filed electronically through the CM/ECF system, which caused all parties or counsel requesting notice to be served by electronic means on the date of filing.

/s/ William McCarron, Jr.
William McCarron, Jr. (NY Bar 4253639)