UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                          :

In re:                                      :   Chapter 11
                                                  :

SEARS HOLDINGS CORPORATION, *et al.*,  :   Case No. 18-23538 (RDD)
                                                  :

            Debtors.[1]                  :   (Jointly Administered)
                                                  :
------------------------------------------------------------ x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

       I, John R. Knapp, Jr., request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent PeopleReady, Inc. in the above-referenced case.

       I certify that I am a member in good standing of the bars in the States of Washington, Delaware, and Idaho and the bars of the U.S. District Courts for the Western District of Washington, the Eastern District of Washington, the District of Delaware, and the District of Idaho.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Dated: October 22, 2018

MILLER NASH GRAHAM & DUNN LLP

*/s/ John R. Knapp, Jr.*
John R. Knapp, Jr., P.C., WSB No. 29343
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, Washington  98121
E-Mail:  john.knapp@millernash.com
Phone:  (206) 624-8300
Fax:  (206) 340-9599

Attorneys for PeopleReady, Inc.