## **CERTIFICATE OF SERVICE**

I, Paul E. Harner, Esquire, do hereby certify that, on this 22nd day of October, 2018, I caused a true and correct copy of the foregoing **Objection of The Macerich Company to the Omnibus Motion of Debtors to Reject Certain Unexpired Leases and Related Subleases of Nonresidential Real Property and Abandonment of Property in Connection Therewith** (the "Macerich Objection") to be served electronically and by email upon all those identified in the Master Service List as of October 18, 2018 in accordance with this Court's *Order Implementing Certain Notice and Case Management Procedures* (the "Case Management Order") entered on October 17, 2018 [Docket No. 139]. I hereby further certify that pursuant to the Case Management Order, hard copies of the foregoing Macerich Objection was delivered via overnight mail to (i) the Honorable Robert D. Drain, and (ii) the Office of the United States Trustee.

*/s/ Paul E. Harner*
Paul E. Harner
BALLARD SPAHR, LLP