**Alyssa E. Kutner** (pro hac vice pending)
**BALLARD SPAHR LLP**
**1675 Broadway, 19th Floor**
**New York, NY 10019-5820**
**(646) 346-8075**
**Fax: (212) 223-1942**
*Attorneys for C.J. Segerstrom & Sons,*
*S-Tract LLC and FBA Holdings, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Sears Holdings Corporation, *et. al.*, | ) Case No. 18-23538 (RDD) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that **C.J. Segerstrom & Sons**, **S-Tract LLC,** and **FBA Holdings**, **Inc.**, by their attorneys, **BALLARD SPAHR LLP**, appear in this matter pursuant to Bankruptcy Rules 2002 and 9010 and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

**BALLARD SPAHR LLP**
**1675 Broadway – 19th Floor**
**New York, NY 10019**
**Telephone: (646) 346-8075**
**DID Facsimile: (212) 346-8020**
**email: kutnera@ballardspahr.com**
**Attn: Alyssa Kutner, Esquire**

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements,

plans of reorganization, and answering or reply papers whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to recoupments to which the Landlord is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**BALLARD SPAHR LLP**

**BY:** /s/ *Alyssa E. Kutner*
**Alyssa E. Kutner** (pro hac vice pending)
*Attorneys for C.J. Segerstrom & Sons,*
*S-Tract LLC and FBA Holdings, Inc.*

**October 22, 2018**