**Alyssa E. Kutner**
**BALLARD SPAHR LLP**
**1675 Broadway, 19th Floor**
**New York, NY 10019**
**(646) 346-8075**
*Attorneys for C.J. Segerstrom & Sons,*
*S-Tract LLC, and FBA Holdings, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Sears Holdings Corporation, *et. al.*, | ) Case No. 18-23538 (RDD) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Alyssa E. Kutner, request admission to practice, ***pro hac vice***, before the Honorable Robert D. Drain, to represent C.J. Segerstrom & Sons, S-Tract LLC, and FBA Holdings, Inc., as creditors in the above-referenced bankruptcy case.

***I certify that I am a member in good standing*** of the bar of the State of New York, the State of Massachusetts, and the United States District Court for the District of Massachusetts.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 22, 2018
New York, New York

                      *s/ Alyssa E. Kutner*
Alyssa E. Kutner, Esquire
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, NY 10019-5820
Telephone: (646) 346-8075
Facsimile: (212) 223-1942
Email: KutnerA@ballardspahr.com

DMEAST #32946523 v1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Sears Holdings Corporation, *et. al.*, | ) Case No. 18-23538 (RDD) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

### [PROPOSED] ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Alyssa E. Kutner, to be admitted, ***pro hac vice***, to represent C.J. Segerstrom & Sons, S-Tract LLC, and FBA Holdings, Inc. in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of New York, the State of Massachusetts, and the United States District Court for the District of Massachusetts; it is hereby

**ORDERED,** that Alyssa E. Kutner, Esq., is admitted to practice, ***pro hac vice***, in the above referenced bankruptcy case to represent C.J. Segerstrom & Sons, S-Tract LLC, and FBA Holdings, Inc. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2018
  New York, NY

_____
JUDGE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE