Paul J. Labov, Esq. (NY #PL8111)
Fox Rothschild LLP
101 Park Avenue, Suite 1700
New York, NY 10017
Telephone: (212) 878-7900
Facsimile: (212) 692-0940
E-Mail:  plabov@foxrothschild.com

Thomas M. Horan, Esq.
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, De 19899-2323
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
E-Mail:  thoran@foxrothschild.com

*Attorneys for Hanesbrands, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | |
|---|---|
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | Chapter 11<br>Case No. 18-23538 (RDD)<br>(Joint Administration Requested) |
| Debtors. | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Hanesbrands, Inc. ("Hanesbrands") appears herein through its undersigned attorneys pursuant to 11 U.S.C. Section 1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure and requests that all notices (including those required by

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

ACTIVE\68931190.v1-10/22/18

Bankruptcy Rule 2002) in these cases or any related adversary proceeding be mailed to the undersigned, unless otherwise directed by the Court, at the address set forth below.

PLEASE TAKE FURTHER NOTICE that request is hereby also made for service of copies of all papers, including but not limited to reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in the above-captioned cases or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court, to the following:

> Paul J. Labov, Esq.
> Fox Rothschild LLP
> 101 Park Avenue, Suite 1700
> New York, NY 10017
> Telephone: (212) 878-7900
> Facsimile: (212) 692-0940
> E-Mail: plabov@foxrothschild.com
>
> Thomas M. Horan, Esq.
> Fox Rothschild LLP
> 919 North Market Street, Suite 300
> Wilmington, De 19899-2323
> Telephone: (302) 654-7444
> Facsimile: (302) 656-8920
> E-Mail: thoran@foxrothschild.com

PLEASE TAKE FURTHER NOTICE that Hanesbrands does not intend this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) its right to trial by jury in any proceeding related to these cases; (iii) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to

which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept service of initial process under Rule 4, F.R.Civ.P., or Rule 7004 F.R.Bankr. P., nor shall it result in undersigned counsel being deemed to be the agent of Hanesbrands for such purpose.

        **FOX ROTHSCHILD LLP**
Attorneys for Hanesbrands, Inc.

By: /s/Paul J. Labov
Paul J. Labov (NY #PL8111)
Fox Rothschild LLP
101 Park Avenue, Suite 1700
New York, NY 10017
Telephone: (212) 878-7900
Facsimile: (212) 692-0940
E-Mail:  plabov@foxrothschild.com

Thomas M. Horan, Esq.
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, De 19899-2323
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
E-Mail:  thoran@foxrothschild.com

Dated: October 22, 2018
     New York, NY