**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-bk-23538 (RDD) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jeff Bjork, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Simon Property Group in the above referenced bankruptcy proceeding.

*I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bars of the U.S. District Courts for the Northern and Central Districts of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.


Dated: October 22, 2018         LATHAM & WATKINS LLP
       Los Angeles, California

                                 */s/ Jeff Bjork*
                                Jeff Bjork
                                355 South Grand Avenue, Suite 100
                                Los Angeles, CA 90071-1560
                                Telephone: (213) 485-1234
                                Facsimile: (213) 891-8763
                                Email: jeff.bjork@lw.com

                                *Attorneys for Simon Property Group*