**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

SEARS HOLDINGS CORPORATION, *et al.*,

Debtors.

Chapter 11
Case No. 18-23538 (RDD)
(Joint Administration Requested)

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Thomas M. Horan, Esq., to be admitted, ***pro hac vice***, to represent the Hanesbrands, Inc. (the "Client"), in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Delaware, and admitted to practice before the United States Bankruptcy Court for the Districts of Delaware, and the United States District Court for the District of Delaware, it is hereby

**ORDERED**, that Thomas M. Horan, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
       New York, New York

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE