

| | |
|---|---|
| | 401 West A Street, Suite 2600 |
| | San Diego, CA 92101 |
| | PHONE  (619) 236.1551 |
| | FAX    (619) 696.1410 |
| | www.higgslaw.com |

**Martin A. Eliopulos**
Partner
elio@higgslaw.com
D 619.595.4278

October 16, 2018

**Via Federal Express and E-mail to Debtors' Counsel**

Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153

Robert A. Reicker
Chief Financial Officer
Sears Holding Corp.
3333 Beverly Road
Hoffman Estates, IL 60179

Re: ***Sears Holdings Corporation, et al (collectively the "Debtors",
Case No. 18-23538 (RDD);
BH North America Corporation Demand for Reclamation of Goods Pursuant to
Bankruptcy Code § 546(c) and U.C.C. § 2-702***

Dear Mr. Schrock, Ms. Marcus, Mr. Fail, Mr. Singh, and Mr. Reicker:

Please be advised that this office represents BH North America Corporation ("BH") with respect to the above-referenced, jointly administered Chapter 11 cases, which are currently pending in the United States Bankruptcy Court for the Southern District of New York[1].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection



Sears Holding Corp., *et. al.*
October 16, 2018
Page 2

### A.   **Reclamation Demand.**

As set forth in the spreadsheet summary attached as **Exhibit "A"**, BH sold certain goods (collectively the "Prepetition Invoiced Goods") to at least one of the Debtors including, but not limited to, Sears, Roebuck and Co. True and correct copies of the underlying invoices are attached as **Exhibit "B"**.

The Prepetition Invoiced Goods were sold to the Debtors on credit and received by the Debtors while they were insolvent, which insolvency is evidenced, in whole or in part, by the Debtors' filing of Petitions for Relief under Chapter 11 of United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code") on October 15, 2018 (the "Petition Date"). The Debtors received the Prepetition Invoiced Goods, shipped by BH, in the 45-day period preceding the Petition Date, or between August 31, 2018, and October 15, 2018 (the "Reclamation Period"). The value of the outstanding invoices related to the Prepetition Invoiced Goods is **$284,760.00**.

Demand is hereby made pursuant to 11 U.S.C. § 546(c) and U.C.C. § 2-702 (and the applicable U.C.C. provisions in the states where the goods were delivered), for return of the Prepetition Invoiced Goods. BH demands the immediate return of the Prepetition Invoiced Goods. In the interim, BH demands that the Debtors immediately segregate the Prepetition Invoiced Goods. Please take notice that these goods are not to be sold, used or otherwise transferred except with our written consent or by order of the court of competent jurisdiction entered upon prior notice to BH.

This demand is made without prejudice to BH's rights to (a) seek an 11 U.S.C. § 503(b)(9) administrative claim with respect to any portion of the Prepetition Invoiced Goods that were received by the Debtors within twenty (20) days before the Petition Date, (b) assert any lien rights with respect to the Prepetition Invoiced Goods, and (c) seek an 11 U.S.C. § 503(b)(1) administrative claim with respect to any portion of the Prepetition Invoiced Goods that were received by the Debtors after the Petition Date.

---

Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.



Sears Holding Corp., *et. al.*
October 16, 2018
Page 3

### B. One Outstanding Purchase Order.

Please take further notice that BH is in the process of fulfilling one (1) more purchase order (the "Outstanding Purchase Order") placed by the Debtors on July 25, 2018, requesting BH manufacture and prepare for shipment 1,400 units of a good made specifically for Sears Roebuck and Co. and identified as a Bladez Fitness Stratum GS II Indoor Cycle Exercise Bike/Exercise Machine at a cost of $169.50 per unit for a total purchase order of **$237,300.00**. A true and correct copy of the Outstanding Purchase Order is attached hereto as **Exhibit "C"**.

***Please contact me immediately about arranging for completion and payment of this order as the order will soon be ready for shipment.***

If you have any questions regarding the relevant goods or invoices, please do not hesitate to contact the me at (619) 236-1551 and/or elio@higgslaw.com .

Sincerely,

MARTIN A. ELIOPULOS
   of
HIGGS FLETCHER & MACK LLP

MAE.jl

Enclosures


8741522.4

EXHIBIT "A"

*In re Sears Holding Corporation et. al.*
*Ch. 11 Case No.   18-23538*
*BH North America Corporation Reclamation Claim; Invoice Summary*

| Sears PO # | Invoice # | Invoice Date | Terms | Due Date | Product | # of Units | Unit Price | Total Cost |
|---|---|---|---|---|---|---|---|---|
| TD1505 | INVC46550 | 8/22/2018 | Net 75 | 11/5/2018 | Stratum GS II | 560 | $169.50 | $94,920.00 |
| TD1502 | INVC45824 | 9/27/2018 | Net 75 | 12/11/2018 | Stratum GS II | 560 | $169.50 | $94,920.00 |
| TD1504 | INVC46869 | 10/4/2018 | Net 75 | 12/18/2018 | Stratum GS II | 560 | $169.50 | $94,920.00 |
| | | | | **TOTALS** | **Stratum GS II** | **1680** | **$169.50** | **$284,760.00** |

EXHIBIT "B"



**BH North America**
**620 N. Main Center**
**St. Charles, MO 63301**
GST/HST: 82172 1826 RT0001
QST: 1223032334TQ0001

| INVOICE |
|---|
| **INVC46550** |
| **08/22/2018** |

**BILL TO:**

Sears Roebuck & Company

Tom Arvia
Vendor # 000540658
3333 Beverly Rd.
Hoffman Estates, IL 60179
P: (847) 286-3473

**SHIP TO:** Page 1/1

Sears Roebuck & Company

Tom Arvia
Vendor # 000540658
3333 Beverly Rd.
Hoffman Estates, IL 60179
P: (847) 286-3473

| Purchase Order # | Customer ID | Shipping Method | Payment Terms | Due Date | Order |
|---|---|---|---|---|---|
| TD1505 | SEARS005 | OCEAN FREIGHT | NET 75 | 11/05/18 | ORD046802 |

| Quantity Ordered | Quantity Shipped | Back Ordered | UOM | Item Number | Description | Price | Markdown | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 560 | 560 | 0 | EA | STRATUM GS II | STRATUM GS II | $169.50 | $0.00 | $94,920.00 |

**Shipment Carrier: OCEAN FREIGHT**
**Shipment Tracking Number:**

PER AGREEMENT

| | |
|---|---|
| Markdown | $0.00 |
| Subtotal | $94,920.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $94,920.00 |



**BH North America**
620 N. Main Center
St. Charles, MO 63301
GST/HST: 82172 1826 RT0001
QST: 1223032334TQ0001

| INVOICE |
|---|
| INVC46824 |
| 09/27/2018 |

**BILL TO:**

Sears Roebuck & Company
Tom Arvia
Vendor # 000540658
3333 Beverly Rd.
Hoffman Estates, IL 60179
P: (847) 286-3473

**SHIP TO:**   Page 1/1

Sears Roebuck & Company
Tom Arvia
Vendor # 000540658
3333 Beverly Rd.
Hoffman Estates, IL 60179
P: (847) 286-3473

| Purchase Order # | Customer ID | Shipping Method | Payment Terms | Due Date | Order |
|---|---|---|---|---|---|
| TD1502 | SEARS005 | OCEAN FREIGHT | NET 75 | 12/11/18 | ORD046803 |

| Quantity Ordered | Quantity Shipped | Back Ordered | UOM | Item Number | Description | Price | Markdown | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 560 | 560 | 0 | EA | STRATUM GS II | STRATUM GS II | $169.50 | $0.00 | $94,920.00 |

**Shipment Carrier: OCEAN FREIGHT**
**Shipment Tracking Number:**

PER AGREEMENT

| | |
|---|---|
| Markdown | $0.00 |
| Subtotal | $94,920.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $94,920.00 |



**BH North America**
620 N. Main Center
St. Charles, MO 63301
GST/HST: 82172 1826 RT0001
QST: 1223032334TQ0001

| INVOICE |
|---|
| **INVC46869** |
| **10/04/2018** |

**BILL TO:**

Sears Roebuck & Company
Tom Arvia
Vendor # 000540658
3333 Beverly Rd.
Hoffman Estates, IL 60179
P: (847) 286-3473

**SHIP TO:** Page 1/1

Sears Roebuck & Company
Tom Arvia
Vendor # 000540658
3333 Beverly Rd.
Hoffman Estates, IL 60179
P: (847) 286-3473

| Purchase Order # | Customer ID | Shipping Method | Payment Terms | Due Date | Order |
|---|---|---|---|---|---|
| TD1504 | SEARS005 | OCEAN FREIGHT | NET 75 | 12/18/18 | ORD046804 |

| Quantity Ordered | Quantity Shipped | Back Ordered | UOM | Item Number | Description | Price | Markdown | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 560 | 560 | 0 | EA | STRATUM GS II | STRATUM GS II | $169.50 | $0.00 | $94,920.00 |

**Shipment Carrier: OCEAN FREIGHT**
**Shipment Tracking Number:**

PER AGREEMENT

| | |
|---|---|
| Markdown | $0.00 |
| Subtotal | $94,920.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $94,920.00 |

EXHIBIT "C"

# PURCHASE ORDER

Order Date: 25-Jul-2018  
Order No: SU1656  
DIV: 1  
DEPT No: 80  
Last Modified: 25-Jul-2018 (Wed) 10:10 PM (EDT)  
Last Printed: SRS  
Buyer: SK5 SUE KMIECIK  
SSM: AC2 ANGEL CHOI  

## Warning: PO has Validation Errors

SEARS, ROEBUCK and CO  
3333 Beverly Rd  
Hoffman Estates, IL 60179

| VENDOR | | TOTAL COST OF ORDER USD |
|---|---|---|
| NAME | BH NORTH AMERICA CORP | $237,300.00 |
| CONTACT | MARK CHRISLIP\NIKKI KRAVANIS | Payment to be made by: |
| ADDRESS | 20155 ELLIPSE | |
| | FOOTHILL RANCH | |
| | CA | Wire Transfer |
| COUNTRY | UNITED STATES | |
| TEL | 636-536-4393\949-206-0330 | Payment Terms: 74 days |
| EMAIL | mchrislip@chrislipsales.com,nikki kravanis nikkikravanis@bhnorthamerica.com | |
| Vend Nbr: | 7099 | |
| DUNS #: | 01000336966 | |
| FDA Reg | | |
| MFG Id | USBHNOR2015FOO | |

| FOREIGN AGENT OFFICE: | KKHK - SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK - SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK - SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA |
|---|---|
| EMBARK/GO-DOWN: | CHINA |
| FOB POINT: LOCATION CODE | CNNGB1H |
| CITY, COUNTRY | NINGBO, CHINA |

Factory Details                                Exporter Details

| FACTORY NBR | 104175 |
|---|---|
| NAME | ZHEJIANG HOPE SPORTS EQUIPMENT CO LTD |
| CONTACT | YI GUO FU |
| ADDRESS | NO.19 HARDWARE RD, HARDWARE MACHINERY INDUS, ZONE WUYI JINHUA ZHEJIANG |
| COUNTRY | CHINA |
| TEL | 0579-87918765 |
| FAX | |
| EMAIL | salesa2@hope-fitness.net |

# PURCHASE ORDER

**Order Date:** 25-Jul-2018  
**Order No:** SU1656  
**DIV:** 1  
**DEPT No:** 80  
**Last Modified:** 25-Jul-2018 (Wed) 10:10 PM (EDT)  
**Last Printed:** SRS  
**Buyer:** SK5  SUE KMIECIK  
**SSM:** AC2  ANGEL CHOI

| Items on this Purchase Order | | |
|---|---|---|
| **Item Code** | **ID** | **Description** |
| 140091302877 | 621919000-5 | BLADEZ STRATUM GS II INDOOR |

# PURCHASE ORDER

**Order Date:** 25-Jul-2018  
**Order No:** SU1656  
**DIV:** 1  
**DEPT No:** 80  
**Last Modified:** 25-Jul-2018 (Wed) 10:10 PM (EDT)  
**Last Printed:** SRS  
**Buyer:** SK5 SUE KMIECIK  
**SSM:** AC2 ANGEL CHOI  

**Item Code:** 140091302877  
**KSN Pack ID:** 9130287  
**I2 of 5/Carton UPC:** 00835126203697  
**Style:** IC1115SHC  
**Brand Name:** BLADEZ  
**Intl Commodity cd:** GDSM  

**Season/Year:** 1-BASIC AND REPLENISHED  
**Sub-Season:** 10-BASIC AND REPLENISHED  
**CAT/SubCAT:** 14 / 05  
**TradeMark:** NONE  
**Copyright Reg#:**  
**Mltp Carton ind:**  

**Description**  
**BLADEZ STRATUM GS II INDOOR**

| Sears Div | Item  | Sku |
|-----------|-------|-----|
| 606       | 21919 | 000 |

| F.O.B. Price | | Sell Price | Total Cartons | Total Eaches | Total Cost of Item |
|---|---|---|---|---|---|
| PER EACHES $169.500 | PER CARTON $169.500 | $699.99 | 1400 | 1400 | $237,300.00 |

EACHES per Inner: 1  
Inners per Outer Carton: 1  
EACHES per Master Shipping CTN: 1  

**Per Carton**  
KGS: 43.091   CBM: 0.221335  
LBS: 94.915   Cu Ft.: 7.816333  

**Carton Dimensions**  
L 43.5" x W 9.0" x H 34.5"  

**Packing Instructions**  
CASEPACK          EA / ECRT

### COSTING

| Code  | Category      | Rate        | Cost     |
|-------|---------------|-------------|----------|
| FOB   |               |             | $169.500 |
| Duty  |               |             | $7.797   |
| AGENT | AGENT FEE     | 0.000 %     | $.000    |
| CNNGX | OCEAN FREIGHT | 31.00 CBM   | $6.861   |
| CUF   | CUSTOMS MPF   | 0.000 %     | $.203    |
| DECON | DECON         | 34.00 CBM   | $7.525   |
| HMF   | HMF           | 0.000 %     | $.212    |
| IMCHG | IMP CHRG      | 0.000 %     | $.424    |
| Landed Cost | | | $192.523 |

| HTS# | $/HTS Unit | HTS Duty % | net wgt per HTS unit | Wt Rate | Special Qty/HTS Unit | #HTS unit per price | Quota | Special Trade Indicator | Binding Rule or Preclass # |
|---|---|---|---|---|---|---|---|---|---|
| 9506.9100.10 | 169.500 | 4.6 | | | | | | | RNONE TYPE DATED |

**Additional Info:**

**Packing Instructions:**  
1 PC PER CTN

| Ref PO/SEQ | Dischrg Point | Final Dest. DC | Trans Mode | Orig Ship Date | Revised Ship Date | In Store Date | Flow Ind | Cartons | Qty | Pay Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 801 | SHW | SHW | 11 | 13-Oct-2018 | 13-Oct-2018 | 06-Dec-2018 | X | 560 | 560 | W |
| 802 | SHW | SHW | 11 | 20-Oct-2018 | 20-Oct-2018 | 13-Dec-2018 | X | 560 | 560 | W |
| 803 | SHW | SHW | 11 | 27-Oct-2018 | 27-Oct-2018 | 20-Dec-2018 | X | 280 | 280 | W |

**Detail Description**

STRATUM GS II INDOOR CYCLE EXERCISE BIKE - EXERCISE MACHINE

BRAND: BLADEZ FITNESS

MATERIAL BREAKDOWN:  
STEEL - 96%  
PLASTIC - 2%  
MISC - 2%

Item Code: 140091302877

| Sub-Item | Main Label: | Size Strip: | Stitch Specs: |
|---|---|---|---|
| 9130287 | Hangtag: | Logo: | Dye Specs: 21919-000 |
|  | HTS: 9506.9100.10 | Vendor Model: | |
|  | Hanger: | RN cd: | |
|  | Care Instructions: | | |

# PURCHASE ORDER

**Order Date:** 25-Jul-2018  
**Order No:** SU1656  
**DIV:** 1  
**DEPT No:** 80  
**Last Modified:** 25-Jul-2018 (Wed) 10:10 PM (EDT)  
**Last Printed:** SRS  
**Buyer:** SK5 SUE KMIECIK  
**SSM:** AC2 ANGEL CHOI  

Item Code: 140091302877

| | AST_KEY | Size | Qty | FOB | ELC | Sell Price | UPC |
|---|---|---|---|---|---|---|---|
| | | | OTHERS ( 100%) | | | | |
| 9130287 | N/A-01 | N/A-01 | 0 | $169.500 | $192.523 | $699.99 | 835126203697 |
| | | | --------- | --------- | --------- | --------- | |
| | | | 0 | $.000 | $.000 | $.00 | |
| | | | ====== | ====== | ====== | ====== | |
| | | Total | 0 | $.000 | $.000 | $.00 | |

# PURCHASE ORDER

**Order Date:** 25-Jul-2018  
**Order No:** SU1656  
**DIV:** 1  
**DEPT No:** 80  
**Last Modified:** 25-Jul-2018 (Wed) 10:10 PM (EDT)  
**Last Printed:** SRS  
**Buyer:** SK5  SUE KMIECIK  
**SSM:** AC2  ANGEL CHOI  

Additional Comments:
VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

Product liability insurance certificate covering all ship dates

SEARS, ROEBUCK and CO  
3333 Beverly Rd  
Hoffman Estates, IL 60179  

**** NOTE ****
This Purchase Order printout is for SHC Internal use only. It is not intended to be provided to Vendors, Manufacturers or any entity outside of SHC. Please refer to Import eDocs for Purchase Order print version for vendors.

END of PO: SU1656