Martin A. Eliopulos (*pro hac vice* application pending)
**HICKS FLETCHER & MACK, LLP**
401 West A. Street, Suite 2600
San Diego, California 92101-7910
Telephone: (619) 236-1551
Facsimile: (619) 696-1410
Email:   elio@higgslaw.com

*Counsel for BH North American Corporation*

-and-

Michael J. Catalfimo
**CARTER CONBOY CASE BLACKMORE**
**MALONEY & LAIRD, P.C.**
20 Corporate Woods Boulevard
Albany, New York 12211
Telephone:  (518) 465-3484
Facsimile: (518) 465-1843
Email:   mcatalfimo@carterconboy.com

*Local Counsel for BH North American Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                                        )
In re:                                                )          Case No. 18-23538 (RDD)
                                                        )          Chapter 11
SEARS HOLDINGS CORPORATION, *et* a*l.*,    )
                                                        )
                            Debtors.              )          (Jointly Administered)
                                                        )
_____)

### CERTIFICATE OF SERVICE

I, Heather L. McLenithan, hereby certify that I am employed by Carter, Conboy, Case, Blackmore, Maloney & Laird, P.C., local counsel for BH North American Corporation.

On October 23, 2018, I electronically filed the annexed Notice of Reclamation Demand by BH North American Corporation (the "Notice") using the ECF system, which will send notification of such filing by operation of the Court's electronic systems.  On said date I also caused copies of the Notice to be served upon the persons designated below by placing a true

-2-

copy thereof enclosed in a sealed envelope with postage prepaid, for collection and mailing at an official depository of the United States Postal Service, at Saratoga Springs, New York, addressed as follows:

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL  60179

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY  10014

Jacqueline Marcus/Ray C. Schrock
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY  10153

Adam M. Adler
Prime Clerk, LLC
830 Third Ave 9th Fl
New York, NY  10022

Dated:  October 23, 2018      /s/  Heather L. McLenithan
Heather L. McLenithan

**CARTER CONBOY CASE BLACKMORE MALONEY & LAIRD, P.C.**
20 Corporate Woods Boulevard
Albany, New York 12211
Telephone:  (518) 465-3484
Facsimile: (518) 465-1843
Email:     mcatalfimo@carterconboy.com

*Local Counsel for BH North American Corporation*

**SERVICE LIST**

Jacqueline Marcus, Esq.
Garrett A. Fail, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
jacqueline.marcus@weil.com
garrett.fail@weil.com
**Service via email**

Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
**Service via email**

Office of the United States Trustee for Region 2
Attn: Brian Masumoto, Esq.
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York
brian.masumoto@usdoj.gov
**Service via email**

United States Bankruptcy Court for the
Southern District of New York
Attn: Chambers of the Honorable Judge Sean H. Lane
One Bowling Green
Courtroom 701
New York, New York 1004-1408
**Service via First Class Mail**