**BLANK ROME LLP**
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 885-5000
Facsimile: (212) 885-5001
Stanley B. Tarr
Evan J. Zucker

*Attorneys for Hansae Co. Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------- x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES

*PLEASE TAKE NOTICE* that Blank Rome LLP hereby enters its appearance, pursuant to

section 1109(b) of chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***") and

Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), on behalf

of Hansae Co. Ltd. ("***Hansae***"). The undersigned attorneys hereby request, pursuant to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Signature Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Bankruptcy Rules 2002, 3017, and 9007, and Bankruptcy Code sections 342, 1102(a)(1), and 1109(b), that copies of all notices and pleadings given or filed in the above-captioned cases (the "*Cases*") and all related proceedings be given and served upon the following persons at the addresses, facsimile numbers, or electronic mail addresses set forth below:

Stanley B. Tarr, Esq.
Evan J. Zucker, Esq.
**BLANK ROME LLP**
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 885-5000
Facsimile: (212) 885-5001
Tarr@BlankRome.com
EZucker@BlankRome.com

*PLEASE TAKE FURTHER NOTICE* that, pursuant to Fed. R. Bankr. P. 2002, the undersigned counsel hereby request copies of all papers including, without limitation, all motions, notices, applications, orders, reports, legal memoranda, exhibits and all other papers which are filed with the Court or served upon any party.  All copies should be sent to the above-listed counsel by electronic mail and/or by mail to the addresses appearing above.

*PLEASE TAKE FURTHER NOTICE* that this request includes not only the notices and papers referred to in the Bankruptcy Code and Bankruptcy Rules, but also includes, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or whether made by mail, email, hand delivery, telephone, facsimile, or otherwise which affect or seek to affect in any way the rights or interests of any party in the Cases.

*PLEASE TAKE FURTHER NOTICE* that this request pursuant to Fed. R. Bankr. P. 2002 shall not be deemed or construed to be a submission by Hansae to the jurisdiction or power of this Court or a waiver of any substantive or procedural rights of Hansae, including without limitation,

144914.00102/113453342v.1

to: (a) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (b) have final orders in non-core matters entered only after *de novo* review by the District Court; (c) a trial by jury in any proceeding so triable in the Cases or any case, controversy, or proceeding related to the Cases; (d) require that where any adversary proceeding is to be initiated against Hansae in these Cases or any related case or where any proceeding is to be initiated by complaint against Hansae under applicable non-bankruptcy law, service shall be made on Hansae in accordance with applicable Federal Rules of Civil Procedure and applicable non-bankruptcy law, and that service upon undersigned counsel is insufficient for such purposes; or (e) any other rights, claims, actions, defenses, setoffs or recoupments to which Hansae is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments Hansae expressly reserves.

**BLANK ROME LLP**

Dated: October 23, 2018            By:      */s Stanley B. Tarr*
                                            Stanley B. Tarr
                                            Evan J. Zucker
                                            The Chrysler Building
                                            405 Lexington Avenue
                                            New York, New York 10174
                                            Telephone:   (212) 885-5000
                                            Facsimile:   (212) 885-5001
                                            Email:       Tarr@BlankRome.com
                                                         EZucker@BlankRome.com

                                    *Attorneys for Hansae Co. Ltd.*

144914.00102/113453342v.1