# EXHIBIT A

# ACORD CERTIFICATE OF LIABILITY INSURANCE

**Date:** 08/01/2008

**Producer:**
Aon Risk Services Central, Inc.
200 East Randolph Street
Chicago, IL 60601

Phone: (866) 283-7122    Fax: (847) 953-5390

**Insured:**
Sears Holdings Corporation
d/b/a Kmart Corporation
Attn: Risk Management E3-217A
3333 Beverly Road
Hoffman Estates, IL 60179

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURERS AFFORDING COVERAGE** — NAIC #
- INSURER A: Self Insured Retention
- INSURER B: Ace American Ins. Co.
- INSURER C: Indemnity Ins. Co. of North America
- INSURER D: National Union Fire Ins. Co. of Pittsburgh
- INSURER E:

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL OF THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS. LIMITS SHOWN ARE AS REQUESTED.

| INSR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | | GENERAL LIABILITY<br>X COMMERCIAL GENERAL LIABILITY<br>CLAIMS MADE  X  OCCUR | Self Insured Retention $5,000,000 | 03/01/2008 | 03/01/2009 | EACH OCCURRENCE | $5,000,000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | XXXXXXX |
| | | | | | | MED EXP (Any one person) | XXXXXXX |
| | | | | | | PERSONAL & ADV INJURY | $5,000,000 |
| | | | | | | GENERAL AGGREGATE | $5,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER:<br>POLICY  PROJECT  LOC | | | | PRODUCTS - COMP/OP AGG | $5,000,000 |
| B<br>B | | AUTOMOBILE LIABILITY<br>X ANY AUTO<br>ALL OWNED AUTOS<br>SCHEDULED AUTOS<br>HIRED AUTOS<br>NON-OWNED AUTOS | ISAH08247274<br>ISAH08247810 | 03/01/2008<br>03/01/2008 | 03/01/2009<br>03/01/2009 | COMBINED SINGLE LIMIT (Ea accident) | $5,000,000 |
| | | | | | | BODILY INJURY (Per person) | XXXXXXX |
| | | | | | | BODILY INJURY (Per accident) | XXXXXXX |
| | | | | | | PROPERTY DAMAGE (Per accident) | XXXXXXX |
| | | GARAGE LIABILITY<br>ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | XXXXXXX |
| | | | | | | OTHER THAN  EA ACC<br>AUTO ONLY  AGG | XXXXXXX<br>XXXXXXX |
| D | | EXCESS/UMBRELLA LIABILITY<br>X OCCUR  CLAIMS MADE<br>DEDUCTIBLE<br>RETENTION  $ | 5061822 | 03/01/2008 | 03/01/2009 | EACH OCCURRENCE | $2,000,000 |
| | | | | | | AGGREGATE | $2,000,000 |
| | | | | | | | XXXXXXX |
| | | | | | | | XXXXXXX |
| | | | | | | | XXXXXXX |
| B<br>B<br>C | | WORKERS COMPENSATION AND EMPLOYERS LIABILITY<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>If yes, describe under SPECIAL PROVISIONS below | WLRC42847935(CA)<br>SCFC42847975(WI)<br>WLRC42847859(AOS) | 03/01/2008<br>03/01/2008<br>03/01/2008 | 03/01/2009<br>03/01/2009<br>03/01/2009 | X  WC STATU-TORY LIMITS  OTH- ER  Statutory | |
| | | | | | | E.L. EACH ACCIDENT | $1,000,000 |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $1,000,000 |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $1,000,000 |
| | | OTHER | | | | | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS**
People's United Bank, ISAOA, ATIMA, 350 Bedford Street, 2nd fl, Stamford, CT 06901 & LAKE PLAZA SHOPPING CENTER LLC c/o Lerner Heidenberg Assoc. is included as Additional Insured where required by written contract or agreement.

**CERTIFICATE HOLDER**
LAKE PLAZA SHOPPING CENTER
LLC c/o Lerner Heidenberg Assoc
234 Closter Dock Road
Closter, NJ 07624

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL _30_ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE
Aon Risk Central, Inc.

ACORD 25    © ACORD CORPORATION 1988