# EXHIBIT B

# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 07/29/2009

**PRODUCER:**
Aon Risk Services Central, Inc.
Chicago IL Office
200 East Randolph
Chicago IL 60601 USA

**PHONE:** (866) 283-7122   **FAX:** (847) 953-5390

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURED:**
Sears Holdings Corporation
dba Kmart Corporation
Attn: Risk Management E3-219A
3333 Beverly Road
Hoffman Estates IL 60179 USA

**INSURERS AFFORDING COVERAGE** — NAIC#
- INSURER A: ACE American Insurance Company — 22667
- INSURER B: Indemnity Insurance Co of North America — 43575
- INSURER C: National Union Fire Ins Co of Pittsburgh — 19445
- INSURER D:
- INSURER E:

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

SIR applies per terms and conditions of the policy
Limits shown are as requested

| INSR | ADDL INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE | POLICY EXPIRATION | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | | GENERAL LIABILITY — COMMERCIAL GENERAL LIABILITY [X] CLAIMS MADE [X] OCCUR — [X] POLICY | HDO G24933393 | 08/01/2009 | 08/01/2010 | EACH OCCURRENCE | $5,000,000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $5,000,000 |
| | | | | | | MED EXP (Any one person) | Excluded |
| | | | | | | PERSONAL & ADV INJURY | $5,000,000 |
| | | | | | | GENERAL AGGREGATE | $5,000,000 |
| | | | | | | PRODUCTS - COMP/OP AGG | $5,000,000 |
| A / A | | AUTOMOBILE LIABILITY — [X] ANY AUTO [X] ALL OWNED AUTOS — SCHEDULED AUTOS [X] HIRED AUTOS [X] NON OWNED AUTOS | ISA H08579561 / ISA H08579567A | 08/01/2009 / 04/01/2009 | 08/01/2010 / 08/01/2010 | COMBINED SINGLE LIMIT (Ea accident) | $5,000,000 |
| | | | | | | BODILY INJURY (Per person) | |
| | | | | | | BODILY INJURY (Per accident) | |
| | | | | | | PROPERTY DAMAGE (Per accident) | |
| | | GARAGE LIABILITY — ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | |
| | | | | | | OTHER THAN AUTO ONLY: EA ACC / AGG | |
| C | | EXCESS / UMBRELLA LIABILITY — [X] OCCUR [ ] CLAIMS MADE — DEDUCTIBLE / RETENTION | BE27471575 | 08/01/2009 | 08/01/2010 | EACH OCCURRENCE | $2,000,000 |
| | | | | | | AGGREGATE | $2,000,000 |
| A / A / B | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY — ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [Y] — If yes, describe under SPECIAL PROVISIONS below — OTHER | WLR C45701215 CA / SCF C45701220 WI / WLR C45701207 All Other States | 08/01/2009 / 08/01/2009 / 08/01/2009 | 08/01/2010 / 08/01/2010 / 08/01/2010 | [X] WC STATU-TORY LIMITS / OTH-ER | |
| | | | | | | E.L. EACH ACCIDENT | $1,000,000 |
| | | | | | | E.L. DISEASE-EA EMPLOYEE | $1,000,000 |
| | | | | | | E.L. DISEASE-POLICY LIMIT | $1,000,000 |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS:**
People's United Bank, and its successors and assigns ATIMA, 350 Bedford St, 2nd floor, Stamford CT 06901 and Lake Plaza Shopping Center LLC c/o Lerner Heidenberg are included as Additional Insured on the General Liability policy, as required by written contract.

**CERTIFICATE HOLDER:**
Lake Plaza Shopping Center LLC
c/o Lerner Heidenberg
794 Closter Dock Road
Closter NJ 07624 USA

**CANCELLATION:**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

**AUTHORIZED REPRESENTATIVE:** Aon Risk Services Central, Inc.

ACORD 25 (2009/01)

The ACORD name and logo are registered marks of ACORD   ©1988-2009 ACORD CORPORATION. All rights reserved.