# EXHIBIT E

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 07/31/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Aon Risk Services Central, Inc.
Chicago IL Office
200 East Randolph
Chicago IL 60601 USA

**CONTACT NAME:**
PHONE (A/C, No, Ext): (866) 283-7122
FAX (A/C, No.): (800) 363-0105
E-MAIL ADDRESS:

**INSURED**
Sears Holdings Corporation
dba Kmart Corporation
Attn: Risk Management E3-219A
3333 Beverly Road
Hoffman Estates IL 60179 USA

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: ACE American Insurance Company | 22667 |
| INSURER B: ACE Fire Underwriters Insurance Co. | 20702 |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

**COVERAGES**    CERTIFICATE NUMBER: 5700072476913    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS. Limits shown are as requested

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE  X OCCUR | | | HDOG71097614 | 08/01/2018 | 01/01/2019 | EACH OCCURRENCE | $5,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $5,000,000 |
| | | | | | | | MED EXP (Any one person) | Excluded |
| | | | | | | | PERSONAL & ADV INJURY | $5,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>X POLICY  PRO-JECT  LOC<br>OTHER: | | | If you no longer need this certificate of insurance, please write 'DELETE' on the certificate and fax to (800) 363-0105 or email to acs.chicago@aon.com | | | GENERAL AGGREGATE | $5,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $5,000,000 |
| A<br>A<br>A | AUTOMOBILE LIABILITY<br>X ANY AUTO<br>X OWNED AUTOS ONLY  SCHEDULED AUTOS<br>X HIRED AUTOS ONLY  X NON-OWNED AUTOS ONLY | | | ISA H25159871<br>ISA H25159895<br>ISA H25159883 | 08/01/2018<br>08/01/2018<br>08/01/2018 | 01/01/2019<br>01/01/2019<br>01/01/2019 | COMBINED SINGLE LIMIT (Ea accident) | $5,000,000 |
| | | | | | | | BODILY INJURY (Per person) | |
| | | | | | | | BODILY INJURY (Per accident) | |
| | | | | | | | PROPERTY DAMAGE (Per accident) | |
| | UMBRELLA LIAB  OCCUR<br>EXCESS LIAB  CLAIMS-MADE<br>DED  RETENTION | | | | | | EACH OCCURRENCE | |
| | | | | | | | AGGREGATE | |
| A<br>A<br>B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY<br>ANY PROPRIETOR / PARTNER / EXECUTIVE OFFICER/MEMBER EXCLUDED? Y/N N<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | WLRC65226236<br>WCUC65226273<br>SCFC65226315 | 08/01/2018<br>08/01/2018<br>08/01/2018 | 01/01/2019<br>01/01/2019<br>01/01/2019 | X PER STATUTE  OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $2,000,000 |
| | | | | | | | E.L. DISEASE-EA EMPLOYEE | $2,000,000 |
| | | | | | | | E.L. DISEASE-POLICY LIMIT | -$2,000,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
RE: Kmart Store No. 9415, 987 Rte. 6, Mahopac, NY 10541. Lake Plaza Shopping Center LLC (Landlord), Heidenberg Properties LLC (Managing Agent) and Mahopac Drive-In Theater (Ground Lessor) are included as Additional Insured in accordance with the policy provisions of the General Liability policy.

**CERTIFICATE HOLDER**
Lake Plaza Shopping Center LLC
and Heidenberg Properties LLC
234 Closter Dock Road
Closter NJ 07624 USA

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE
*Aon Risk Services Central, Inc.*

©1988-2015 ACORD CORPORATION. All rights reserved.
ACORD 25 (2016/03)    The ACORD name and logo are registered marks of ACORD

Holder Identifier: 9415
Certificate No: 570072476913