**Exhibit A**

**Master Service List**

**Served as set forth below**

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Unsecured Creditor | Active Media Services Inc. | Attn: President or General Counsel<br>1 Blue Hill Plaza<br>Pearl River NY 10965 | | First Class Mail |
| Top 20 Unsecured Creditor | Apex Tool International LLC | Attn: President or General Counsel<br>910 Ridgebrook Road, Suite 200<br>Spark MD 21152 | jessica.chang@apextoolgroup.com | Email |
| Top 20 Unsecured Creditor | Automotive Rentals Inc. | Attn: President or General Counsel<br>4001 Leadenhall Road<br>Mount Laurel NJ 08054-4611 | | First Class Mail |
| Counsel to Brixmor Property Group, Inc. and Federal Realty Investment Trust | Ballard Spahr LLP | Attn: David L. Pollack, Esquire<br>52nd Floor - Mellon Bank Center<br>1735 Market Street<br>Philadelphia PA 19103 | pollack@ballardspahr.com | Email |
| Counsel to Brixmor Property Group, Inc. and Federal Realty Investment Trust | Ballard Spahr LLP | Attn: Leslie C. Heilman, Esquire<br>919 N. Market Street - 11th Floor<br>Wilmington DE 19801 | heilmanl@ballardspahr.com | Email |
| Counsel to the Comptroller of Public Accounts of the State of Texas | Bankruptcy & Collections Division MC 008 | Attn: Rachel R. Obaldo<br>Assistant Attorney General<br>P.O. Box 12548<br>Austin TX 78711-2548 | rachel.obaldo@oag.texas.gov | Email |
| Top 20 Unsecured Creditor | Black & Decker US Inc. | Attn: President or General Counsel<br>c/o Stanley Black & Decker<br>1000 Stanley Drive<br>New Britain CT 06053 | | First Class Mail |
| Counsel to Brookfield Proprty REIT Inc., as Agent | Brookfield Property REIT Inc. | Attn: Kristen N. Pate<br>350 N. Orleans St.<br>Suite 300<br>Chicago IL 60654-1607 | bk@brookfieldpropertyretail.com | Email |

| | | | | |
|---|---|---|---|---|
| Counsel to SHLD Lendco, LLC | Cahill Gordon & Reindel LLP | Attn: Joel H. Levitin, Richard A. Stieglitz Jr.<br>Eighty Pine Street<br>New York NY 10005 | jlevitin@cahill.com<br>rstieglitz@cahill.com | Email |
| Top 20 Unsecured Creditor | Cardinal Health | Attn: President or General Counsel<br>7000 Cardinal Place<br>Dublin OH 43017 | craig.morford@cardinalhealth.com | Email |
| Counsel to the Bank of New York Mellon Trust Company and the Chase Manhattan Bank, N.A., Successor Trustees for the SRAC Unsecured PIK Notes (Top 20 Unsecured Creditor), SRAC Unsecured Notes, and the SRAC Medium Term Notes (Top 5 Secured Creditor) | Carter Ledyard & Milburn LLP | Attn: James Gadsden, Esq.<br>2 Wall Street<br>New York NY 10005 | gadsden@clm.com | Email |
| United States Bankruptcy Court for the Southern District of New York | Chambers of Honorable Robert D. Drain | Sears Chambers Copy<br>US Bankruptcy Court SDNY<br>300 Quarropas Street, Room 248<br>White Plains NY 10601 | | First Class Mail |
| Counsel to Sakar International Inc. | CKR Law LLP | Attn: Edward L. Schnitzer<br>1330 Avenue of the Americas, 14th Floor<br>New York NY 10019 | eschnitzer@ckrlaw.com | Email |
| Counsel to JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility; | Cleary, Gottlieb, Steen & Hamilton LLP | Attn: Sean A. O'Neal, James L. Bromley, Andrew Weaver<br>One Liberty Plaza<br>New York NY 10006 | soneal@cgsh.com<br>jbromley@cgsh.com<br>aweaver@cgsh.com | Email |
| Trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes | Computershare Trust Company, N.A. | Attn: Corporate Trust Dept. –SEARS, General Counsel, and Tina Vitale<br>8742 Lucent Boulevard, Suite 225<br>Highlands Ranch CO 80129 | corporate.trust@computershare.com | Email |
| Trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes | Computershare Trust Company, N.A. | Attn: General Counsel<br>480 Washington Boulevard<br>Jersey City NJ 07310 | | First Class Mail |
| Counsel to Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility | Davis Polk & Wardwell LLP | Attn: Marshall S. Huebner, Esq, Eli J. Vonnegut, Esq.<br>450 Lexington Avenue<br>New York NY 10017 | marshall.huebner@davispolk.com<br>eli.vonnegut@davispolk.com<br>sears.service@davispolk.com | Email |
| Top 20 Unsecured Creditor | Eastern Prime Textile Limited | Attn: President or General Counsel<br>Unit F10/F, King Win FTY Building<br>No. 65-67 King Yip Street, Kwun Tong,<br>Kowloon Hong Kong | | First Class Mail |

| | | | | |
|---|---|---|---|---|
| Environmental Protection Agency | Environmental Protection Agency | Office of General Counsel 2310A<br>1200 Pennsylvania Ave NW, 2310A<br>Washington DC 20460 | | First Class Mail |
| Environmental Protection Agency Region 2 (NJ, NY, PR, VI) | Environmental Protection Agency Region 2 (NJ, NY, PR, VI) | 290 Broadway<br>New York NY 10007 | | First Class Mail |
| Top 20 Unsecured Creditor | Frigidaire Company | Attn: President or General Counsel<br>c/o Electrolux<br>P.O. Box 2638<br>Carol Stream IL 60132-2638 | | First Class Mail |
| Counsel to Sitel Operating Corporation | Frost Brown Todd LLC | Attn: Edward M. King<br>400 W Market St<br>Suite 3200<br>Louisville KY 40202 | tking@fbtlaw.com | Email |
| Counsel to Washington Prime Group Inc. | Frost Brown Todd LLC | Attn: Ronald E. Gold & AJ Webb<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | rgold@fbtlaw.com<br>awebb@fbtlaw.com | Email |
| Counsel to Yang Ming (America) Corp.; and Yang Ming Marine Transport Corp. | Gellert Scali Busenkell & Brown LLC | Attn: Gary F. Seitz<br>8 Penn Center<br>1628 John F. Kennedy Blvd, Suite 1901<br>Philadelphia PA 19103 | gseitz@gsbblaw.com | Email |
| Counsel to Waste Management National Services, Inc. | Goodwin Procter LLP | Attn: Barry Z. Bazian<br>The New York Times Building<br>620 Eighth Avenue<br>New York NY 10018 | gfox@goodwinlaw.com<br>bbazian@goodwinlaw.com | Email |
| Top 20 Unsecured Creditor | HK Greatstar Int'l Co. Ltd. | Attn: President or General Counsel<br>Rm 35, 4/F., Po Yip Building<br>23 Hing Yip Street, Kwun Tong,<br>Kowloon Hong Kong | lf@greatstartools.com<br>sears@greatstartools.com | Email |
| Top 5 Secured Creditor | Holdings Unsecured Notes (8.00%) | Attn: President or General Counsel<br>c/o Computershare Trust Company, N.A.<br>250 Royal Street<br>Canton MA 02021 | corporate.trust@computershare.com | Email |
| Top 5 Secured Creditor | Holdings Unsecured PIK Notes (8.00%) | Attn: President or General Counsel<br>c/o Computershare Trust Company, N.A.<br>250 Royal Street<br>Canton MA 02021 | corporate.trust@computershare.com | Email |

| | | | | |
|---|---|---|---|---|
| Counsel to UBS AG, as lender for the Sparrow Term Loan maturing 2019 | Hunton Andrews Kurth LLP | Attn: Brett L. Gross<br>200 Park Avenue<br>New York NY 10166 | bgross@HuntonAK.com | Email |
| Top 20 Unsecured Creditor | Icon Health and Fitness Inc. | Attn: President or General Counsel<br>1500 South 1000 West<br>Logan UT 84321 | gtnexus@iconfitness.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market Street<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| Counsel to PREIT Services, LLC; BET Investments, and the Robbins Companies | Kurtzman \| Steady, LLC | Attn: Jeffrey Kurtzman<br>401 S. 2nd Street<br>Suite 200<br>Philadelphia PA 19147 | kurtzman@kurtzmansteady.com | Email |
| Counsel to Simon Property Group | Latham & Watkins LLP | Attn: Marc A. Zelina<br>885 Third Avenue<br>New York NY 10022 | marc.zelina@lw.com | Email |
| Counsel to Simon Property Group | Latham & Watkins LLP | Attn: Peter M. Gilhuly, Ted A. Dillman<br>355 South Grand Ave<br>Ste. 100<br>Los Angeles CA 90071-1560 | peter.gilhuly@lw.com<br>ted.dillman@lw.com | Email |

| | | | | |
|---|---|---|---|---|
| Counsel to Westfield, LLC and its affiliates: Annpolis Mall Owner LLC; Brandon Shopping Center Partners LTD; Broward Mall LLC; Citrus Park Mall Owner LLC; Countryside Mall LLC; Roseville Shoppingtown LLC; Meriden Square Partnership; Montgomery Mall Owner LLC; North County Fair LP and EWH Escondido Associates, L.P.; Oakridge Mall LLC; WEA Palm Desert LLC; Sarasota Shoppingtown LLC; WEA Southcenter LLC; Sunrise Mall LLC; UTC Venture LLC; Valencia Town Center Venture, L.P.; Wheaton Plaza Regional Shopping Center LLC; Beneson Capital Partners, LLC and its affiliate Brooks Shopping Centers, LLC | LeCrairRyan, PLLC | Attn: Ilan Markus and Niclas A. Ferland 545 Long Wharf Drive, 9th Floor New Haven CT 06511 | ilan.markus@leclairryan.com niclas.ferland@leclairryan.com | Email |
| Counsel to Tarrant County; Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller 2777 N. Stemmons Freeway Suite 1000 Dallas TX 75027 | dallas.bankruptcy@publicans.com | Email |
| Counsel to Pension Benefit Guaranty Corporation | Locke Lord LLP | Attn: Brian A. Raynor 111 South Wacker Drive Chicago IL 60606 | braynor@lockelord.com | Email |
| Counsel to Missouri Department of Revenue | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther, Special Assistant Attorney General 301 W. High Street, Room 670 P.O. Box 475 Jefferson City MO 65105-0475 | sdnyecf@dor.mo.gov | Email |
| United States Trustee Southern District of New York | Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey 201 Varick St. Ste. 1006 New York NY 10014 | richard.morrissey@usdoj.gov paul.schwartzberg@usdoj.gov | Email |
| Counsel to Richardson ISD; City of Garland; Garland ISD; Carrolton-Farmers Branch ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Ebony Cobb 500 E. Border Street Suite 640 Arlington TX 76010 | ecobb@pbfcm.com | Email |
| Counsel to Lubbock Central Appraisal District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe P.O. Box 817 Lubbock TX 79408 | lmbkr@pbfcm.com | Email |

| | | | | |
|---|---|---|---|---|
| Counsel to Spring Branch Independent School District, et al | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | osonik@pbfcm.com | Email |
| Counsel to Sakar International Inc. | Sakar | Attn: Jay Weinblatt<br>195 Carter Drive<br>Edison NJ 08817 | jweinblatt@sakar.com | Email |
| Top 20 Unsecured Creditor | Samsung Electronics America HA | Attn: President or General Counsel<br>85 Challenger Road, 7th Floor<br>Ridgefield Park NJ 07660 | jhaughton@sea.samsung.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Email |
| Counsel to Simon Property Group, L.P. | Simon Property Group, L.P. | Attn: Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis IN 46204 | rtucker@simon.com | Email |
| Counsel to Summit Portraits, LLC | Singer & Levick, P.C. | Attn: Michelle E. Shriro<br>16200 Addison Road<br>Suite 140<br>Addison TX 75001 | mshriro@singerlevick.com | Email |
| Counsel to Bank of America, N.A., administrative agent<br>under the First Lien Credit Facility and the DIP ABL Agent | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq.<br>155 N. Wacker Drive<br>Chicago IL 60606 | paul.leake@skadden.com<br>shana.elberg@skadden.com<br>george.howard@skadden.com | Email |
| Counsel to Bank of America, N.A., administrative agent<br>under the First Lien Credit Facility and the DIP ABL Agent | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq.<br>4 Times Square<br>New York NY 10036 | Paul.Leake@skadden.com<br>Shana.Elberg@skadden.com<br>George.Howard@skadden.com | Email |
| Top 5 Secured Creditor | SRAC Unsecured Notes | Attn: Corporate Trust Department<br>c/o The Chase Manhattan Bank, N.A.<br>4 Chase MetroTech Center, 3rd Floor<br>Brooklyn NY 11245 | | First Class Mail |

| | | | | |
|---|---|---|---|---|
| Counsel to Levin Management Corporation; Phillips Edison & Company | Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin<br>P.O. Box 5315<br>Princeton NJ 08543 | tonder@stark-stark.com<br>jlemkin@stark-stark.com | Email |
| Counsel to Dell Financial Services L.L.C | Streusand, Landon, Ozburn & Lemon, LLP | Attn: Sabrina L. Streusand<br>1801 S. Mopac Expressway<br>Suite 320<br>Austin TX 78746 | streusand@slollp.com | Email |
| Counsel to Fairholme Capital Management, LLC; and the Fairholme Funds, Inc. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Brian D. Glueckstein, David R. Zylberberg<br>125 Broad Street<br>New York NY 1004-2498 | dietdericha@sullcrom.com<br>zylberbergd@sullcrom.com | Email |
| Top 20 Unsecured Creditor | Tata Consultancy Services Ltd. | Attn: President or General Counsel<br>379 Thornal Street, 4th Floor<br>Edison NJ 08837 | | First Class Mail |
| Counsel to the Taubman Landlords | Taubman Landlords | Attn: Andrew S. Conway<br>200 East Long Lake Road<br>Suite 300<br>Bloomfield Hills MI 48304 | aconway@taubman.com | Email |
| Successor Trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes | The Bank of New York Mellon Trust Company | Attn: Corporate Trust Administration<br>101 Barclay St., Floor 8W<br>New York NY 10286 | | First Class Mail |
| Top 5 Secured Creditor and Pension Benefit Guaranty Corporation ("PBGC") | The Pension Benefit Guaranty Corporation | Attn: Office of the Chief Counsel<br>1200 K Street, N.W., Suite 300<br>Washington DC 20005 | | First Class Mail |

| | | | | |
|---|---|---|---|---|
| Counsel to Travis County | Travis County Attorney | Attn: David Escamilla<br>P.O. Box 1748<br>Austin TX 78767 | | First Class Mail |
| Indenture trustee for the KCD IP Asset Backed Notes | U.S. Bank National Association | Attn: Jose A Galarza, Vice President, Global Structured Finance<br>190 S. LaSalle Street, 3rd Floor<br>MS: MK-IL-SL7M<br>Chicago IL 60603 | jose.galarza@usbank.com | Email |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division<br>86 Chambers Street<br>3rd Floor<br>New York NY 10007 | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov<br>Lawrence.Fogelman@usdoj.gov<br>Peter.Aronoff@usdoj.gov<br>Linda.Riffkin@usdoj.gov | Email |
| Proposed Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny Singh<br>767 Fifth Avenue<br>New York NY 10153 | ray.schrock@weil.com<br>garrett.fail@weil.com<br>jacqueline.marcus@weil.com<br>sunny.singh@weil.com | Email |
| Top 20 Unsecured Creditor | Whirlpool Corporation | Attn: President or General Counsel<br>2000 North M-63<br>Benton Harbor MI 49022 | Kristen.Hewitt@whirlpoolcorp.com | Email |
| Indenture Trustee for the Second Lien Notes | Wilmington Trust, National Association | Attn: Sears Holdings Corp. Administrator<br>Corporate Capital Markets<br>50 South Sixth Street, Suite 1290<br>Minneapolis MN 55402 | | First Class Mail |

| | | | | |
|---|---|---|---|---|
| Top 20 Unsecured Creditor | Winia Daewoo Electronics America | Attn: President or General Counsel<br>65 Challenger Road, Suite 360<br>Ridgefield Park NJ 07660 | | First Class Mail |
| Top 20 Unsecured Creditor | Winners Industry Company Limited | Attn: President or General Counsel<br>Unit A, Wah Lung Building<br>49-53 Wang Lung Street,Tsuen wan,<br>New Territories Hong Kong | | First Class Mail |
| Counsel to Hanesbrands, Inc. | Waldrep LLP | Attn:  Thoomas W. Waldrep, Jr. Esq.<br>101 S. Stratford Road, Suite 210<br>Winston-Salem, NC  27104 | notice@waldrepllp.com | First Class Mail |
| Counsel to Hanesbrands, Inc. | Thomas M. Horan | Thomas M. Horan<br>919 N. Market Street, Suite 300<br>Wilmington, DE  19801 | thoran@foxrothschild.com | First Class Mail |
| Counsel to Whirlpool Corporation | Munger, Tolles & Olson LLP | Attn:  Thomas B. Walper<br>Bradley R. Schneider<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA  90071 | thomas.walpter@mto.com<br>bradley.schneider@mto.com | First Class Mail |
| Counsel to Vandale Industries, Inc. | Gilbert A. Lazarus, PLLC | Attn:  Gilbert A. Lazarus<br>92-12 68th Avenue<br>Forest Hills, NY  11375 | | First Class Mail |
| Counsel to Simon Property Group | Latham & Watkins LLP | Attn:  Jeff Bjork<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA  90071 | jeff.bjork@lw.com | First Class Mail |
| Counsel to American Lebanese Syrian Associated Charities, Inc. | Gibbons P.C. | Attn:  Natasha M. Songonuga, Esq.<br>300 Delaware Avenue, Suite 1015<br>Wilmington, DE  19801 | nsongonuga@gibbonslaw.com | First Class Mail |
| Counsel to Net Lease Management Partners, L.L.C., Greensboro Lease Management L.L.C. and Brighton Lease Management, L.L.C. | Morris James LLP | Attn:  Stephen M. Miller, Esq.<br>500 Delaware Avenue, Suite 1500<br>PO Box 2306<br>Wilmington, DE  19899 | smiller@morrisjames.com | First Class Mail |
| Counsel to Hanesbrands, Inc. | Fox Rothschild LLP | Attn:  Paul J. Labov, Esq.<br>101 Park Avenue, Suite 1700<br>New York, NY  10017 | plabov@foxrothschild.com | First Class Mail |
| Counsel to Hanesbrands, Inc. | Fox Rothschild LLP | Attn:  Thomas M. Horan, Esq.<br>919 North Market Street, Suite 300<br>Wilmington, DE  19899 | thoran@foxrothschild.com | First Class Mail |

| | | | | |
|---|---|---|---|---|
| Counsel to C.J. Segerstrom & Sons, S-Tract LLC, and FBA Holdings, Inc. | Ballard Spahr LLP | Attn:  Alyssa E. Kutner, Esq. and Paul E. Harner, Esq.<br>1675 Broadway, 19th Floor<br>New York, NY  10019 | kutnerA@ballardspahr.com<br>harnerp@ballardspahr.com | First Class Mail |
| Counsel to PeopleReady, Inc. | Miller Nash Graham & Dunn LLP | Attn: John R. Knapp, Jr., P.C<br>Pier 70, 2801 Alaskan Way, Suite 300<br>Seattle, WA  98121 | john.knapp@millernash.com | First Class Mail |
| Counsel to Cross Country Home Services, Inc. | Ropes & Gray LLP | Attn:  Patricia I. Chen and James M. Wilton<br>Prudential Tower, 800 Boylston Street<br>Boston, MA  02199 | patricia.chen@ropesgray.com<br>james.wilton@ropesgray.com | First Class Mail |
| Counsel to Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn:  Office of the General Counsel<br>1200 K Street, N.W.<br>Washington,D.C. 20005 | mccarron.william@pbgc.gov<br>efile@pbgc.gov | First Class Mail |
| Counsel to Aviation Mall NewCo, LLC, Holyoke Mall Company, L.P., JPMG Manassas Mall Owner LLC, Poughkeepsie Galleria LLC, Salmon Run Shopping Center, L.L.C., S&R Company of West Seneca NewCo, LLC Washington Commons NewCo LLC, and DGI LS, LLC | Barclay Damon LLP | Attn:  Kevin M. Newman, Esq.<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse, New York  13202 | knewman@barclaydamon.com | First Class Mail |
| Counsel for Clover Technologies Group, LLC | FisherBroyles, LLP | Attn:  Patricia B. Fugee<br>27100 Oakmead Drive, # 306<br>Perrysburg, OH  43553 | | First Class Mail |
| Counsel for National Distribution Centers, LLC | Cozen O'Connor | Attn:  Mark E. Felger, Esq.<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE  19801 | mfelger@cozen.com | First Class Mail |
| Counsel for J.M. Smucker Company and Ainsworth Pet Nutrition LLC | Whiteford, Taylor & Preston LLC | Attn:  Stephen B. Gerald<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, DE  19801 | sgerald@wtplaw.com | First Class Mail |
| Counsel for LEFMARK Tamiami, Inc. | Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller and Joseph C. Barsalona II<br>1201 N. Market Street<br>PO Box 1347<br>Wilmington, DE  19899 | cmiller@mnat.com<br>jbarsalona@mnat.com | First Class Mail |
| Counsel for BH North American Corporation | Higgs, Fletcher & Mack LLP | Attn:  Martin A. Eliopulos<br>401 West A Street, Suite 2600<br>San Diego, CA  92101 | elio@higgslaw.com | First Class Mail |
| Counsel for U.S. Realty 86 Associates and Westmount Plaza Associates | Lasser Hochman, L.L.C. | Attn:  Richard L. Zucker, Esq.<br>75 Eisenhower Parkway<br>Roseland, New Jersey 07068 | rzucker@lasserhochman.com | First Class Mail |
| Counsel to Invicta Watch Company of America, Inc. | Saul Ewing Arnstein & Lehr LLP | Attn:  Dipesh Patel, Esq.<br>1270 Avenue of the Americas, Suite 2005<br>New York, NY  10020 | dipesh.patel@saul.com | First Class Mail |

| | | | | |
|---|---|---|---|---|
| Counsel to Invicta Watch Company of America, Inc. | Saul Ewing Arnstein & Lehr LLP | Attn:  Phillip M. Hudson III<br>Carmen Contreras-Martinez<br>200 S. Biscayne Blvd., Suite 3600<br>Miami, FL  33131 | phil.hudson@saul.com<br>carmen.contreras-martinez@saul.com | First Class Mail |
| Counsel to Cascade Investment, L.L.C. and SL Agent, LLC | Debevoise & Plimpton LLP | Attn:  My Chi To and Erica S. Weisgerber<br>919 Third Avenue<br>New York, NY  10022 | mcto@debevoise.com<br>eweisgerber@debevoise.com | First Class Mail |
| Counsel to Wolverine World Wide, Inc. | Warner Norcross & Judd LLP | Attn:  Gordon J. Toering<br>900 Fifth Third Center<br>111 Lyon Street, NW<br>Grand Rapids, MI  49503 | gtoering@wnj.com | First Class Mail |
| Counsel to The Macerich Company, Starwood Retail Partners, LLC, Acadia Realty Limited Partnership, C.E. John Company, Inc., Centennial Real Estate Co., CenterCal Properties, LLC, GS Pacific ER, LLC, PGIM Real Estate, Vintage Real Estate, LLC, WBCMT 2007-C33 Independence Center LLC, and White Plains Galleria Limited Partnership | Ballard Spahr LLP | Attn:  Dustin P. Branch, Esq.<br>2029 Century Park East, Suite 800<br>Los Angeles, CA  90067 | branchd@ballardspahr.com | First Class Mail |
| Counsel to Niagara Realty LLC | Goodkin & Lynch LLP | Attn:  Michael A. Shakouri<br>1800 Century Park East, 10th Floor<br>Los Angeles, CA  90067 | mshakouri@goodkinlynch.com | First Class Mail |
| Counsel to Flatbush Center Parking LLP | Lazarus & Lazarus, P.C. | Attn:  Harlan M. Lazarus, Esq.<br>240 Madison Avenue, 8th Fl.<br>New York, NY  10016 | hlazarus@lazarusandlazarus.com<br>harlan.lazarus@gmail.com | First Class Mail |
| Counsel to Wolf Family Series LP | Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn:  Simon Aron, Esq.<br>11400 West Olympic Boulevard, 9th Floor<br>Los Angeles, CA  90064 | | First Class Mail |
| Counsel to Aaron Gershenson Family Properties, LLC, Four Gershenson Brothers, L.L.C. and QKC Maui Owner, LLC | Honigman Miller Schwartz & Cohn LLP | Attn:  Lawrence A. Lichtman<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI  48226 | llichtman@honigman.com | First Class Mail |
| Counsel to TOTE, Inc. | Price Meese Shulman & D'Arminio, P.C. | Attn:  Rick A. Stinberg, Esq.<br>50 Tice Boulevard, Suite 380<br>Woodcliff Lake, NJ  07677 | rsteinberg@pricemeese.com | First Class Mail |
| Counsel to HRA Fountains LP | S&D Law | Attn:  Steven W. Kelly, Esq.<br>1290 Broadway, Suite 1650<br>Denver, CO  80203 | | First Class Mail |
| Counsel to Active Media Services, Inc., d/b/a Active International | Lowenstein Sandler LLP | Attn:  Bruce Buechler, Esq.<br>One Lowenstein Drive<br>Roseland, NJ  07068 | bbuechler@lowenstein.com | First Class Mail |
| Counsel to Aransas County, Bee County, Jim Wells CAD, Nueces County, City of Harlingen, Hidalgo County, Victoria County, Blanco CAD, Harlingen CISD, Cameron County | Linebarger Goggan Blair & Sampson, LLP | Attn:  Diane Wade Sanders<br>P.O. Box 17428<br>Austin, TX  78760 | | First Class Mail |

| | | | | |
|---|---|---|---|---|
| Counsel to Kenney Manufacturing Company | Borges & Associates, LLC | Attn: Wanda Borges, Esq. and Sue L. Chin, Esq. 575 Underhill Blvd., Suite 118 Syosset, NY 11791 | bankruptcy@borgeslawllc.com | First Class Mail |
| Counsel to Sub-Zero Group, Inc., Sub-Zero Group West Inc., Sub-Zero Group Southwest LLC and Sub-Zero Group Southeast, Inc. | Borges & Associates, LLC | Attn: Wanda Borges, Esq. and Sue L. Chin, Esq. 575 Underhill Blvd., Suite 118 Syosset, NY 11791 | bankruptcy@borgeslawllc.com | First Class Mail |
| Counsel to Southhaven Associates LLC | Reid and Riege, P.C. | Attn: Charles J. Filardi, Jr., Esq. One Financial Plaza, 21st Floor Hartford, CT 06103 | | First Class Mail |
| Counsel to The County of Anderson, Texas, Bastrop County Water Control and Improvement District #2, The County of Bastrop, Texas, Tax Appraisal District of Bell County, The County of Bosque, Texas, Bowie Central Appraisal District, The County of Brazos,Texas, Brown County Appraisal District, Burnet Central Appraisal District, Cherokee County Appraisal District, The County of Cherokee, Texas, The County of Comal, Texas, The County of Coryell, Texas, The County of Denton, Texas, Denton County Road Utility District #1, County of Erath, The County of Guadalupe, Texas, Harrison Central Appraisal District, The County of Harrison, Texas, The County of Hays, Texas, The County of Henderson, Texas, The County of Jasper, Texas, Groesbeck Independent School District, The City of Groesbeck, Texas, Mexia Independent School District, City of Waco and/or Waco Independent School District, Midland Central Appraisal District, Central Appraisal District of Taylor County, Terry County Appraisal District, | McCreary, Veselka, Bragg & Allen | Attn: Lee Gordon and Tara LeDay P.O. Box 1269 Round Rock, TX 78680 | tleday@mvbalaw.com | First Class Mail |
| Counsel to The County of Wharton, Texas and the County of Williamson, Texas | McCreary, Veselka, Bragg & Allen | Attn: Lee Gordon and Tara LeDay P.O. Box 1269 Round Rock, TX 78680 | tleday@mvbalaw.com | First Class Mail |
| Counsel to Allure Gems, LLC | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Esq. and Robert K. Dakis, Esq. 909 Third Avenue New York, NY 10022 | bankruptcy@morrisoncohen.com | First Class Mail |
| Counsel to International Airport Center, Inc. | Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry 500 N. Akard Street, Suite 3800 Dallas, TX 75201 | dperry@munsch.com | First Class Mail |

| | | | | |
|---|---|---|---|---|
| Counsel to NorthStar Group Services, Inc. | Vedder Price P.C. | Attn:  Michael L. Schein, Esq.<br>1633 Broadway, 31st Floor<br>New York, NY  10019 | mschein@vedderprice.com | First Class Mail |
| Counsel to Stanley Black & Deker, Inc. | Cravath, Swaine & Moore LLP | Attn:  Paul H. Zumbro<br>825 Eighth Avenue<br>New York, NY  10019 | pzumbro@cravath.com | First Class Mail |
| Counsel to Sears Hometown and Outlet Stores, Inc. | Shearman & Sterling LLP | Attn:  Fredric Sosnick, Esq. and Sara Coelho, Esq.<br>599 Lexington Avenue<br>New York, NY  10022 | fsosnick@shearman.com<br>sara.coelho@shearman.com | First Class Mail |
| Counsel to Vertical Industrial Park Associates | Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn:  Michael J. Riela<br>900 Third Avenue, 13th Floor<br>New York, NY  10022 | riela@thsh.com | First Class Mail |
| Counsel to Chervon (HK), Ltd. | Warner Norcross & Judd LLP | Attn:  Gordon J. Toering<br>900 Fifth Third Center<br>111 Lyon Street, NW<br>Grand Rapids, MI  49503 | gtoering@wnj.com | First Class Mail |