**CLARK HILL STRASBURGER**
720 Brazos, Suite 700
Austin, Texas 78701
Telephone:  512-499-3647
Facsimile:  512-477-3660
Duane J. Brescia, Esq.

*Attorneys for Epicor Software Corporation*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| SEARS HOLDINGS CORPORATION, | § | Case No. 18-23538-rdd |
| *et al.* | § | |
| Debtors. | § | (Jointly Administered) |

### REQUEST FOR COPIES OF ALL NOTICES, PLEADINGS AND PAPERS PURSUANT TO BANKRUPTCY RULES 2002 AND 9007

Epicor Software Corporation f/k/a Activant Solutions, Inc. ("**Epicor**"), a creditor and party-in-interest in this bankruptcy case, requests that all notices and pleadings given or required to be given to Epicor in this case be given to and served upon its attorneys of record at the following addresses:

| | |
|---|---|
| Duane J. Brescia | Larry Bercovich |
| Clark Hill Strasburger | Senior Legal Counsel |
| 720 Brazos, Suite 700 | Epicor Software Corporation |
| Austin, TX 78701 | 4120 Dublin Blvd., Suite 300 |
| (512) 499-3647 (direct) | Dublin, CA 94568 |
| (512) 499-3660 (fax) | (925) 241-3502 (direct) |
| duane.brescia@clarkhillstrasburger.com | lbercovich@epicor.com |

Epicor also requests service to its attorneys of record of all papers referred to in Bankruptcy Rules 2002, 3017, 4004, 4007, and 9007, including, without limitation, notices, orders, motions, demands, complaints, petitions, schedules, statement of affairs, operating reports, pleadings and requests, as well as all applications and any other document brought

before this Court in this case, whether formal or informal, or transmitted or conveyed by mail, delivery, telephone, e-mail, telegraph, telecopy or telex.

Epicor intends that neither this request, nor later appearance, pleading, claim or suit, shall waive (a) the right of Epicor to have final orders in non-core maters entered only after de novo review by a District Judge, (b) the right of Epicor to trial by jury in any proceeding so triable in any case, controversy or proceeding related to this case, (c) the right of Epicor to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs, or recoupments which Epicor may be entitled under agreements, in law, in equity, or otherwise, all of which right, claims, actions, defenses, setoffs, and recoupments, Epicor expressly reserves.

    Respectfully submitted,

    CLARK HILL STRASBURGER

    /s/ *Duane J. Brescia*
    Duane J. Brescia
    TX State Bar No. 24025265
    720 Brazos, Suite 700
    Austin, Texas 78701
    Tel. 512.499.3600
    Fax 512.499.3660
    duane.brescia@clarkhillstrasburger.com

    **Attorneys for Epicor Software Corporation**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of this Request for Copies of All Notices, Pleadings and Papers was served via CMECF to all parties entitled to such notice, and via email to Debtors, as indicated below, on this the 23rd day of October, 2018.

Sears Holdings Corporation, *et al*.
Weil, Gotshal & Manges LLP
Ray C. Schrock, P.C.
Ray.schrock@weil.com
Garrett A. Fail
Garrett.fail@weil.com
Jacqueline Marcus
Jacqueline.marcus@weil.com
Sunny Singh
Sunny.singh@weil.com
767 Fifth Avenue
New York, NY 10153

                                                  */s/ Duane J. Brescia*
                                                  Duane J. Brescia