Robert A. Abiuso, Esq.
Matthew C. McCann, Esq.
SAHN WARD COSCHIGNANO, PLLC
333 Earle Ovington Boulevard, Suite 601
Uniondale, NY 11553
Telephone: (516) 228-1300

*Attorneys for Ray Padula Holdings, LLC*

UNITED STATES BANKUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Docket No.: 18-23538-rdd |
| SEARS HOLDINGS CORPORATION, *et al.* | |
| Debtors.[1] | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Code § 1109(b) and Bankruptcy Rules 2002, 9007, and 9010, Sahn Ward Coschignano PLLC, hereby appears in these Chapter 11 cases on behalf of Ray Padula Holdings, LLC, a creditor of Sears, Lawn &

---

[1] Upon information and belief, the Debtors in these Chapter 11 cases, along with the last four digits of each of their federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc.(8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Garden Department, Sears contact employee Craig Kosak, for merchandise provided as part of an ongoing fulfillment agreement arrangement, including, *inter alia*, lawn and garden hoses, sprinklers, nozzles, with an outstanding current amount due of $90,469.68.

PLEASE TAKE FURTHER NOTICE that, pursuant to that, pursuant to Bankruptcy Code § 1109(b), all pleadings, documents, and notices (including, without limitation, not only those pleadings, documents, and notices referred to in Bankruptcy Rule 2002, but also any orders, applications, motions, petitions, requests, complaints, answers, replies, schedules of assets or liabilities, statements of financial affairs, operating reports, plans of reorganization, disclosure statements, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, e-mail, or otherwise) filed, given, or to be given in the Debtors' cases should be given and served upon Sahn Ward Coschignano PLLC, 333 Earle Ovington Boulevard, Suite 601, Uniondale, New York 11553 (Attn: Joseph A. Abiuso, Esq. and Matthew C. McCann, Esq.) on behalf of Ray Padula Holdings, LLC.

PLEASE TAKE FURTHER NOTICE that neither this notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with the Debtors' Chapter 11 cases is intended to be, or shall be construed as a waiver by Ray Padula Holdings, LLC of any of the procedural or substantive legal rights, under the United States Bankruptcy Code, the United States Constitution or otherwise.

PLEASE TAKE FURTHER NOTICE that this notice is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments

against any of the Debtors or any other entity either in these cases or in any action are expressly reserved.

Dated: Uniondale, New York
October 23, 2018

Respectfully submitted,

SAHN WARD COSCHIGNANO PLLC

/s/Matthew C. McCann
Matthew C. McCann, Esq.
Robert A. Abiuso, Esq.
333 Earle Ovington Boulevard, Suite 601
Uniondale, New York 11553
Telephone: (516) 228-1300
Facsimile: (516) 228-0038
mmccann@swc-law.com
rabiuso@swc-law.com