**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178-0600
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
Neil E. Herman, Esq.

*Counsel to Kimco Realty Corporation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                                   :
                                                                             :     **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.*,     :
                                                                             :     **Case No. 18-23538 (RDD)**
                                                                             :
                     Debtors.[1]                                 :     **(Jointly Administered)**
------------------------------------------------------------x

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF PAPERS AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that the undersigned appears for Kimco Realty Corporation (the "Landlord") and pursuant to Rules 2002 and 3017(a) of the Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b) requests that all notices given or required in this case, and all documents, and all other papers served in this case, be given to and served upon:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

    Neil E. Herman, Esq.
    Morgan, Lewis & Bockius LLP
    101 Park Avenue
    New York, New York  10178-0600
    Direct Phone:  (212) 309-6669
    Telecopy: (212) 309-6001
    E-Mail: neil.herman@morganlewis.com

      - and –

    Laura McCarthy, Esq.
    Morgan, Lewis & Bockius LLP
    One Federal Street - 32nd Fl
    Boston, MA  02110-1726
    Direct Phone:  (617) 341-7716
    Telecopy: (617) 341-7701
    Email: laura.mccarthy@morganlewis.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the Landlord is

or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, New York  
      October 24, 2018

**MORGAN, LEWIS & BOCKIUS LLP**  
*Attorneys for Kimco Realty Corporation*

By: */s/ Neil E. Herman*  
Neil E. Herman (NH-2513)

101 Park Avenue  
New York, New York 10178  
Tel:  212-309-6000  
Fax:  212-309-6001  
E-mail: neil.herman@morganlewis.com

Laura McCarthy, Esq.  
**Morgan, Lewis & Bockius LLP**  
One Federal Street - 32nd Fl  
Boston, MA  02110-1726  
Direct Phone:  (617) 341-7716  
Telecopy:    (617) 341-7701  
Email: laura.mccarthy@morganlewis.com

TO:

**Weil, Gotshal & Manges, LLP**
767 Fifth Avenue
New York, NY  10153
Attn:   Jacqueline Marcus, Ray Schrock, Sunny Singh

**United States Trustee**
201 Varick Street – Room 1006
New York, NY 10014

Adam M. Adler
**Prime Clerk, LLC**
830 Third Avenue – 9th Floor
New York, NY  10022