THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re:<br><br>SEARS HOLDING CORPORATION., et al<br><br>Debtors. | ) <br> ) <br> ) Chapter 11 <br> ) <br> ) Case No. 18-23538 (RDD) <br> ) <br> ) (Joint Administration Requested) <br> ) <br> ) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Jamie S. Cassel, hereby request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent the following entities in the above-referenced cases: Sunbeam Products, Inc. (sometimes d/b/a Sunbeam, Calphalon, Oster, Mr. Coffee, Crock Pot, GrillMaster, HealthoMeter, Margartiaville, Rival or Seal@Meal); Graco Children's Products Inc. (sometimes d/b/a Graco, Baby Jogger or NUK); Rubbermaid Incorporated (sometimes d/b/a Rubbermaid, FoodSaver or Sistema); Ignite USA, LLC (sometimes d/b/a Contigo, Bubba, Coleman or Rubbermaid Beverage); Rubbermaid Commercial Products LLC (sometimes d/b/a Rubbermaid Commercial, Quickie, Mapa or Spontex); and Sanford L.P. (sometimes d/b/a Sharpie, Papermate, Elmer's, Uni-ball, Expo, Prismacolor, X-Acto, Mr. Sketch, Lowe Cornell, Liquid Paper, Parker, Waterman or Rotring).

I hereby certify that I am a member in good standing of the bar in the State of Illinois and that I have been admitted to practice in the United States District Court for the Northern District of Illinois.

I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Dated this 22nd day of October, 2018.

RENO & ZAHM LLP

By: /s/ Jamie S. Cassel

Jamie S. Cassel (#06200979)
RENO & ZAHM LLP
2902 McFarland Road, Suite 400
Rockford, IL 61107
(815) 987-4050
(815) 987-4092
jsc@renozahm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of October, 2018, a true and correct copy of the foregoing was sent by ECF Noticing to all parties receiving ECF Notices in these Chapter 11 cases.

/s/ Jamie S. Cassel
Jamie S. Cassel