# THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re:<br><br>SEARS HOLDING CORPORATION., et al<br><br>Debtors. | ) <br> ) <br> ) Chapter 11 <br> ) <br> ) Case No. 18-23538 (RDD) <br> ) <br> ) (Joint Administration Requested) <br> ) |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon motion of Jamie S. Cassel, to be admitted, *pro hac vice,* to represent Sunbeam Products, Inc. (sometimes d/b/a Sunbeam, Calphalon, Oster, Mr. Coffee, Crock Pot, GrillMaster, HealthoMeter, Margartiaville, Rival or Seal@Meal), Graco Children's Products Inc. (sometimes d/b/a Graco, Baby Jogger or NUK), Rubbermaid Incorporated (sometimes d/b/a Rubbermaid, FoodSaver or Sistema), Ignite USA, LLC (sometimes d/b/a Contigo, Bubba, Coleman or Rubbermaid Beverage), Rubbermaid Commercial Products LLC (sometimes d/b/a Rubbermaid Commercial, Quickie, Mapa or Spontex) and Sanford L.P. (sometimes d/b/a Sharpie, Papermate, Elmer's, Uni-ball, Expo, Prismacolor, X-Acto, Mr. Sketch, Lowe Cornell, Liquid Paper, Parker, Waterman or Rotring) (the "Clients") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and the bar of the United States District Court for the Northern District of Illinois, it is hereby

ORDERED, that Jamie S. Cassel, Esq. is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2018        _____
                                                                THE HONORABLE ROBERT D. DRAIN
                                                                UNITED STATES BANKRUPTCY JUDGE