Anthony M. Rainone, Esq.
BRACH EICHLER LLC
101 Eisenhower Parkway
Roseland, New Jersey  07068-1067
(973) 228-5700
Attorneys for Creditor, iStar Jewelry LLC

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
(WHITE PLAINS)**

| | |
|---|---|
| IN RE:<br><br>SEARS HOLDINGS CORPORATION<br><br>Debtor | Case No. 18-23538-rdd<br><br>Chapter 11 Proceeding<br>Hon. Robert D. Drain, U.S.B.J.<br><br>**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULES 2002, 3017, 9007, AND 9010(b) AND DEMAND FOR SERVICE OF PAPERS** |

**To:    Clerk, U.S. Bankruptcy Court
        Southern District of New York
        300 Quarropas Street
        White Plains, NY  10601**

**SIR:**

**PLEASE TAKE NOTICE** that Brach Eichler L.L.C., hereby appears in the above captioned Chapter 11 case on behalf of Creditor, iStar Jewelry LLC pursuant to Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules"), and demand is hereby made for copies of all notices given or required to be given in this case and all papers served in this case (including, but not limited to, all papers filed and served in all adversary proceedings in this case, and all notices mailed only to statutory committees or their authorized agents and to creditors and equity security holders who file with the

- 2 -

court a request that all notices be mailed to them) be given to and served upon the undersigned at the address and telephone number and electronic mail address as set forth below:

>Anthony M. Rainone, Esq.
>BRACH EICHLER L.L.C.
>101 Eisenhower Parkway
>Roseland, New Jersey  07068-1067
>Phone: (973) 228-5700
>Fax:  (973) 618-5972
>E-Mail: arainone@bracheichler.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109 (b) of the Code, the foregoing demand includes not only the notice and papers referred to in the Rules specified above but also includes, without limitation, notice of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, and any other documents brought before the Court in this case, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the Official Service List for notice of all contested matters, adversary proceedings and other proceedings in this case.

Dated:  October 24, 2018
Roseland, New Jersey

**BRACH EICHLER L.L.C.**
101 Eisenhower Parkway
Roseland, New Jersey  07068-1067
Attorneys for Creditor,
iStar Jewelry LLC


BY:  /s/ Anthony M. Rainone, Esq.
ANTHONY M. RAINONE

BE:9989365.1/CHE228-270469