Edward M. Fox, Esq.
Seyfarth Shaw LLP
620 8th Avenue
New York, NY 10018
Telephone: (212) 218-4646
Facsimile: (917) 344-1339
Email: emfox@seyfarth.com

*Attorneys for Wilmington Trust, National Association,*
*as indenture trustee and collateral agent*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appears, pursuant to 11 U.S.C. §§ 342(a) and 1109(b), and Federal Rules of Bankruptcy Procedure 2002 and 9010, in the above-captioned cases for Wilmington Trust, National Association, as indenture trustee and collateral agent ("Creditor") for the 6-5/8% Senior Secured Notes due 2018 issued by Sears

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365) (collectively, the "Debtors"). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

50935188v.1

Holdings Corporation, and requests that all notices given or required to be given, and all papers served or required to be served in this case, be given to and served on:

| | |
|---|---|
| Edward M. Fox, Esq.<br>Seyfarth Shaw LLP<br>620 8th Avenue<br>New York, NY 10018<br>Direct Dial: (212) 218-4646<br>Direct Fax: (917) 344-1339<br>Email: emfox@seyfarth.com | Steven Cimalore<br>Vice President<br>Wilmington Trust, National Association<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890-0001<br>Fax: (302) 651-4149<br>Email: scimalore@wilmingtontrust.com |

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above, but also includes, without limitation, all orders and notices of any application, motions, petitions, pleadings, requests, complaints, or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, including the Creditor with respect to any of the (a) debtors; (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest; or (c) property or proceeds thereof in possession, custody, or control of others that any of the debtors may seek to use; or (2) requires or seeks to require any act, delivery or any property, payment or other conduct by Creditor.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearance, pleading, claim or suit is intended as, nor is it, (A) a consent of the Creditor to the jurisdiction of the Bankruptcy Court or to its exercise of the judicial power of the United States or to its entry of final orders or judgments against Creditor, or (B) a waiver of Creditor's (1) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related

50935188v.1

to this case, (2) right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal or (3) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

All of the above rights are expressly reserved by Creditor without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this case.

> SEYFARTH SHAW LLP
>
> By: /s/ *Edward M. Fox*
> Edward M. Fox, Esq.
> *Attorneys for Wilmington Trust, National Association, as indenture trustee and collateral agent*
> 620 Eighth Avenue
> New York, NY 10018
> Telephone: (212) 218-4646

Dated: New York, New York
       October 24, 2018

50935188v.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was caused to be served by electronic mail via the Court's ECF system on all parties authorized to receive electronic notice in this case on October 24, 2018.

I further certify that on October 24, 2018, I caused a true and correct copy of the foregoing pleading to be served by first class mail on the following parties:

> Sears Holdings Corporation
> 3333 Beverly Road
> Hoffman Estates, IL  60179
> Attn:   Stephen Sitley, Esq.
>            Luke J. Valentino, Esq.
>
> Office of the United States Trustee for Region 2
> 201 Varick Street, Suite 1006
> New York, NY  10014

/s/ *Edward M. Fox*
Edward M. Fox