**STEVENS & LEE, P.C.**
A PA Professional Corporation
Robert Lapowsky
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
Telephone: (215) 751-2866
Fax: (610) 371-7958
rl@stevenslee.com

*Attorneys for East Penn Manufacturing Co.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
In re:                                                 : Chapter 11
                                                       :
SEARS HOLDINGS CORPORATION, *et*                       : Case No. 18-23538
*al.,*                                                 : (Jointly Administered)
                                                       :
                        Debtors.[1]                    :
                                                       :
                                                       :
------------------------------------------------------- x

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Robert Lapowsky, request admission, ***pro hac vice***, before the Honorable

Robert D. Drain, to represent East Penn Manufacturing Co. in the above-referenced case.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

*I certify that I am a member in good standing* of the bar of:

- the State of Pennsylvania;
- the U.S. District Court for the Eastern District of Pennsylvania;
- the state of New Jersey;
- the U.S. District Court for the District of New Jersey; and
- the U.S. Court of Appeals for the Third Circuit.

I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.


Dated: October 24, 2018
          New York, New York.


                                  */s/ Robert Lapowsky*
                                  Robert Lapowsky
                                  Attorney I.D. No. 30991
                                  620 Freedom Business Center, Suite 200
                                  King of Prussia, PA 19406
                                  Telephone:  (215) 751-2866
                                  Fax:  (610) 371-7958
                                  rl@stevenslee.com