**STEVENS & LEE, P.C.**
A PA Professional Corporation
Robert Lapowsky
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
Telephone: (215) 751-2866
Fax: (610) 371-7958
rl@stevenslee.com

*Attorneys for East Penn Manufacturing Co.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
In re:                                                  : Chapter 11
                                                        :
SEARS HOLDINGS CORPORATION, *et*                        : Case No. 18-23538
*al.,*                                                  : (Jointly Administered)
                                                        :
        Debtors.[1]                                     :
                                                        :
------------------------------------------------------- x

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Robert Lapowsky, to be admitted, ***pro hac vice***, to represent East Penn Manufacturing Co., a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Pennsylvania, the U.S. District Court for the Eastern District of Pennsylvania, the state of New Jersey, the U.S. District Court for the District of New Jersey, and the U.S. Court of Appeals for the Third Circuit, it is hereby

      ORDERED, that Robert Lapowsky, Esq. is admitted to practice, *pro hac vice*, in the above- referenced case to represent East Penn Manufacturing Co., in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____    _____
                                  UNITED STATES BANKRUPTCY JUDGE