### **CERTIFICATE OF SERVICE**

    I, Constantine D. Pourakis, a member of the Bar of the State of New York, state that on October 24, 2018, I cause a true and correct copy of the foregoing MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE  to be electronically filed through the Court's CM/ECF system.  Notice of this filing will be sent to all parties on the Court's Electronic Mail Notice List by operation of the Court's CM/ECF system, including Debtors' counsel.

                                          By:  */s/ Constantine D. Pourakis*
                                                Constantine D. Pourakis