UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re                              :

                                   :                  Chapter 11

SEARS HOLDINGS CORPORATION, *et al.,*  :

                                   :                  Case No. 18-23538 (RDD)

                                   :

                    Debtors.[1]    :                  (Jointly Administered)

-----------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Fultz Maddox Dickens PLC and Klestadt Winters Jureller Southard & Stevens, LLP hereby appear in the above-captioned case on behalf of Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances, a creditor in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rules 2002, 7005 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), demand is made that all notices given or required to be given, and all papers served or required to be served, be given and served upon the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SRC Sparrow 1 LLC (None); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); SRC Sparrow 2 LLC (None); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); SRC O.P. LLC (None); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); SRC Facilities LLC (None); and SRC Real Estate (TX), LLC (None). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**FULTZ MADDOX DICKENS PLC**
101 South Fifth Street, 27th Floor
Louisville, Kentucky 40202
Attention:  Phillip A. Martin and
Laura M. Brymer
Tel: (502) 588-2000
Fax: (502) 588-2020
Email: pmartin@fmdlegal.com
Email: lbrymer@fmdlegal.com

**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, New York 10036-7203
Attention: Sean C. Southard and
Lauren C. Kiss
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: ssouthard@klestadt.com
Email:  lkiss@klestadt.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise that affects the above-named debtors or debtors in possession, or the property of such debtors or the debtors' estates.

Dated:   October 24, 2018
           Louisville, Kentucky

**FULTZ MADDOX DICKENS PLC**

By:  _/s/ Phillip A. Martin_
       Phillip A. Martin
       Laura M. Brymer
       101 South Fifth Street, 27th Floor
       Louisville, Kentucky 40202
       Telephone: (502) 588-2000
       Facsimile: (502) 588-2020
       Email: pmartin@fmdlegal.com
               lbrymer@fmdlegal.com

-and-

Dated:    October 24, 2018
          New York, New York

**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**

By:  */s/ Sean C. Southard*

    Sean C. Southard
    Lauren C. Kiss
    200 West 41st Street, 17th Floor
    New York, New York 10036-7203
    Tel: (212) 972-3000
    Fax: (212) 972-2245
    Email: ssouthard@klestadt.com
           lkiss@klestadt.com

*Attorneys for Haier U.S. Appliance Solutions,
Inc. d/b/a GE Appliances*