UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                  :
                                       :        Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,  :
                                       :        Case No. 18-23538 (RDD)
                                       :
                  Debtors.[1]          :        (Jointly Administered)
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I certify that a copy of Kimco Realty Corporation's *Joinder to Objections to Debtors' Motion for Approval of (I) Procedures for Store Closing Sales and (II) Assumption of Liquidation Consulting Agreement* [docket #270] has been served upon the parties on the attached list in the manner set forth therein.

Dated: New York, New York            **MORGAN, LEWIS & BOCKIUS LLP**
       October 24, 2018              *Attorneys for Kimco Realty Corporation*

                                     By:    */s/ Neil E. Herman*
                                            Neil E. Herman (NH-2513)

                                            101 Park Avenue
                                            New York, New York 10178
                                            Tel:  212-309-6000
                                            Fax:  212-309-6001
                                            E-mail: neil.herman@morganlewis.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

DB1/ 100305695.1

# SERVICE LIST

TO:

| | |
|---|---|
| **Weil, Gotshal & Manges, LLP**<br>767 Fifth Avenue<br>New York, NY  10153<br>Attn:   Jacqueline Marcus, Ray Schrock,<br>          Sunny Singh | BY HAND |
| **United States Trustee**<br>201 Varick Street – Room 1006<br>New York, NY 10014 | BY HAND |
| Adam M. Adler<br>**Prime Clerk, LLC**<br>830 Third Avenue – 9th Floor<br>New York, NY  10022 | BY HAND |
| Matthew McCann<br>**Sahn Ward Coschignano PLLC**<br>333 Earle Ovington Blvd.  - Ste 601<br>Uniondale, NY 11572 | FEDERAL EXPRESS |

DB1/ 100305695.1