UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Case No. 18-23538 (RDD) |
| | : | |
| Sears Holdings Corporation, *et al.*, | : | Jointly Administered |
| | : | |
| Debtors. | : | |

----------------------------------------------------------x

## NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to

Section 1102(a) of title 11, United States Code, hereby appoints the following

unsecured creditors that are willing to serve on the Official Committee of

Unsecured Creditors of the Sears Holdings Corporation, and its affiliated debtors-

in-possession.


1.    Pension Benefit Guaranty Corporation
      1200 K Street N.W.
      Washington, D.C. 20005-4026
      Attention:  Adi Berger, Director
      Telephone:  (202) 326-4000


2.    Oswaldo Cruz
      23002 Dolores Street
      Carson, California 90747
      (310) 809-6610


3.    Winiadaewoo Electronics America, Inc.
      65 Challenger Road, #360
      Ridgefield Park, New Jersey 07660
      Attention:  Minje Kim, President
      Telephone:  (201) 552-4950

4.    Apex Tool Group, LLC
      13620 Reese Boulevard East, Suite 410
      Huntersville, North Carolina 28078
      Attention:  David E. Sturgess, Senior Vice President, General Counsel
      Telephone:  (980) 441-4097

5.    Computershare Trust Company, N.A.
      2950 Express Drive South, Suite 210
      Islandia, New York 11749
      Attention:  Michael A. Smith, Vice President
      Telephone:  (631) 233-6330

6.    The Bank of New York Mellon Trust Company
      601 Travis – 16th Floor
      Houston, Texas 77002
      Attention:  Dennis Roemlein, Vice President
      Telephone:  (713) 483-6531

7.    Basil Vasiliou
      800 S. Pointe Drive – Apt. 2001
      Miami Beach, Florida 33139
      Telephone:  (305) 608-0807

8.    Simon Property Group, L.P.
      225 W. Washington Street
      Indianapolis, Indiana 46204
      Attention:  Ronald M. Tucker, Vice President/Bankruptcy Counsel
      Telephone:  (317) 263-2346

9.      Brixmor Operating Partnership, L.P.
450 Lexington Avenue – 13th Floor
New York, New York 10017
Attention:  Patrick Bennison, Vice President
Telephone:  (212) 869-3000


Dated: New York, New York
      October 24, 2018

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE


By:     */s/ Paul K. Schwartzberg*
Paul K. Schwartzberg, Trial Attorney
Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0500