**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION

Debtor

---------------------------------------------------------------x

Plaintiff

v.

Defendant

---------------------------------------------------------------x

Case No.: 18-23538

Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Carl J. Soranno, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent iSTar Jewelry LLC, a _____ in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of New Jersey and, if applicable, the bar of the U.S. District Court for the _____ District of New Jersey.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 10/24/2018
Roseland, New Jersey , ~~New York~~

/s/ Carl J. Soranno, Esq.
*Mailing Address*:

Brach Eichler LLC
101 Eisenhower Parkway
Roseland, NJ  07068
*E-mail address*: csoranno@bracheichler.com
*Telephone number*: (973) 228-5700