**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION

                              Debtor

Case No.: <u>18-23538</u>(RDD)

Chapter <u>11</u>

---------------------------------------------------------------x

                              Plaintiff

                  v.

                              Defendant

Adversary Proceeding No.: _____

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

      Upon the motion of <u>Carl J. Soranno, Esq.</u>, to be admitted, *pro hac vice*, to represent <u>iStar Jewelry LLC</u>, (the "Client") a <u>Creditor</u> in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>New Jersey</u> and, if applicable, the bar of the U.S. District Court for the _____ District of <u>New Jersey</u>, it is hereby

      **ORDERED**, that <u>Carl J. Soranno</u>, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York     /s/ _____

                                              UNITED STATES BANKRUPTCY JUDGE