ALSTON & BIRD LLP
Leib M. Lerner (Admitted *Pro Hac Vice*)
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: leib.lerner@alston.com
-and-

James J. Vincequerra
90 Park Avenue
New York, NY 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email: James.Vincequerra@alston.com

*Attorneys for Twentieth Century Fox Home Entertainment LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
SEARS HOLDINGS CORPORATION, *et al.*,                        :    Case No. 18-23538 (RDD)
                                                             :
                    Debtors.[1]                              :    (Jointly Administered)
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

STATE OF NEW YORK          )
                           )    ss.:
COUNTY OF NEW YORK    )

Leslie Salcedo, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

2. On October 24, 2018, I caused a true and correct copy of Objection and Joinder of Twentieth Century Fox Home Entertainment LLC in the Limited Objection of Various Consignment Vendors to Debtors' Motion for Approval of (I) Store Closing Sales and (II) Assumption of Liquidation Consulting Agreement [Docket No. 280], to be served upon the parties listed on the attached Service List in Exhibit A and in the manner indicated.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
24th day of October, 2018.

/s/ Kim Fitzgerald
Kim Fitzgerald
Notary Public, State of New York
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Aug. 9, 2021

Exhibit A

| Vai EMAIL | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **DESCRIPTION** | **NAME** | **NOTICE NAME** | **ADDRESS 1** | **ADDRESS 2** | **CITY** | **STATE** | **ZIP** | **COUNTRY** | **PHONE** | **FAX** | **EMAIL** |
| Counsel to the Taubman Landlords | Taubman Landlords | Attn: Andrew S. Conway | 200 East Long Lake Road | Suite 300 | Bloomfield Hills | MI | 48304 | | 248-258-7427 | | aconway@taubman.com |
| Counsel to the Tennessee Department of Revenue | TN Dept of Revenue | Attn: Herbert H. Slatery III, Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-741-1935 | 615-741-3334 | AGBankNewYork@ag.tn.gov |
| Top 20 Unsecured Creditor | Electrolux (Frigidaire Company) | Attn: Mikael Ostman | 703 Waterford Way, Suite 300 | | Miami | FL | 33126 | | | | alan.shaw@electrolux.com jonas.samuelson@electrolux.com paige.anderson@electrolux.com bart.cramarossa@electrolux.com |
| Top 20 Unsecured Creditor | Tata Consultancy Services Ltd. | Attn: President or General Counsel | 379 Thornal Street, 4th Floor | | Edison | NJ | 08837 | | | | ashish.gupta@searshc.com |
| Counsel to Sub-Zero Group, Inc., Sub-Zero Group West Inc., Sub-Zero Group Southwest LLC, Sub-Zero Group Southeast, Inc., Kenney Manfacturing Company | Borges & Associates, LLC | Attn: Wanda Borges, Esq., Sue L. Chin, Esq. | 575 Underhill Blvd., Suite 118 | | Syosset | NY | 11791 | | 516-677-8200x224 | 516-677-0806 | bankruptcy@borgeslawllc.com wborges@borgeslawllc.com schin@borgeslawllc.com |
| Counsel to Allure Gems, LLC | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Robert K. Dakis | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8600 | 212-735-8708 | bankruptcy@morrisoncohen.com |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | | 212-336-1100 | | bankruptcynoticeschr@sec.gov |
| Counsel to UBS AG, as lender for the Sparrow Term Loan maturing 2019 | Hunton Andrews Kurth LLP | Attn: Brett L. Gross | 200 Park Avenue | | New York | NY | 10166 | | 212-309-1264 | | bgross@HuntonAK.com |
| Counsel to Brookfield Proprty REIT Inc., as Agent | Brookfield Property REIT Inc. | Attn: Kristen N. Pate | 350 N. Orleans St. | Suite 300 | Chicago | IL | 60654-1607 | | 312-960-2940 | 312-442-6374 | bk@brookfieldpropertyretail.com |
| Counsel to Florida Self-Insurers Guaranty Association, Inc. | Sorenson Van Leuven, PLLC | Attn: James E. Sorenson | PO Box 3637 | | Tallahassee | FL | 32315-3637 | | 850-388-0500 | 850-391-6800 | bk@svllaw.com |
| Counsel to Automotive Rentals, Inc., and ARI Fleet LT | McGlinchey Stafford, PLLC | Attn: Brian S. McGrath, Kristen D. Romano | 112 West 34th Street | Suite 1515 | New York | NY | 10120 | | 646-362-4000; 646-362-4044 | 646-304-8363 | bmcgrath@mcglinchey.com kromano@mcglinchey.com |
| Top 20 Unsecured Creditor | Automotive Rentals Inc. | Attn: Brian S. McGrath and Kristen D. Romano | c/o McGlinchey Stafford | 112 West 34th Street, Suite 1515 | New York | NY | 10120 | | 646-362-4044 | | bmcgrath@mcglinchey.com kromano@mcglinchey.com DWillard@arifleet.com |
| Counsel to the Macerich Company, Starwood Retail Partners, LLC, Acadia Realty Limited Partnership, C.E. Johns Company, Inc., Centennial Real Estate Co., Deutsche Asset & Wealth Management, GS Pacific ER, LLC, PGIM Real Estate, Vintage Real Estate, LLC, WBCMT 2007-C33 Independence Center, LLC, and White Plains Galleria Limited Partnership | Ballard Spahr LLP | Attn: Dustin P. Branch | 2029 Century Park East | Suite 800 | Los Angeles | CA | 90067-2909 | | 424-204-4400 | 424-204-4350 | branchd@ballardspahr.com |
| Counsel to Pension Benefit Guaranty Corporation | Locke Lord LLP | Attn: Brian A. Raynor, Aaron C. Smith | 111 South Wacker Drive | | Chicago | IL | 60606 | | 312-443-0219; 312-443-0460 | 312-443-0336 | braynor@lockelord.com asmith@lockelord.com |
| Counsel to Cardinal Health 110, LLC, Cardinal Health 112, LLC, and Cardinal Health PR 120, Inc., subsidiaries and affiliates of Cardinal Health, Inc., an Ohio Corporation, Top 20 Unsecured Creditor | Chiesa Shahinian & Giantomasi PC | Attn: Beth J. Rotenberg, Scott A. Zuber | One Boland Drive | | West Orange | NJ | 07052 | | 973-530-2118, 973-530-2046 | 973-530-2318, 973-530-2246 | brotenberg@csglaw.com szuber@csglaw.com |
| Counsel to Henkel Corporation | Gibbons P.C. | Attn: Brett S. Theisen | One Pennsylvania Plaza | 37th Floor | New York | NY | 10119-3701 | | 212-613-2000 | 212-290-2018 | btheisen@gibbonslaw.com |
| Counsel to Southhaven Associates LLC | Reid and Riege, P.C. | Attn: Charles J. Filardi, Jr. | One Financial Plaza | 21st Floor | Hartford | CT | 06103 | | 860-240-1076 | 860-240-1002 | cfilardi@rrlawpc.com |
| Counsel to Hangzhou GreatStar Industrial Co., Ltd | Parker Poe Adams & Bernstein LLP | Attn: Kiah T. Ford IV | 401 South Tryon Street | Suite 3000 | Charlotte | NC | 28202 | | 704-372-9000 | | chipford@parkerpoe.com |
| Top 20 Unsecured Creditor | HK Greatstar Int'l Co. Ltd. | Attn: Kiah T. Ford IV, Esq. | c/o Parker Poe Adams & Bernstein LLP | 401 South Tryon Street, Suite 3000 | Charlotte | NC | 28202 | | | | chipford@parkerpoe.com |
| Counsel to Tarrant County and Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75027 | | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@publicans.com |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division | 86 Chambers Street | 3rd Floor | New York | NY | 10007 | | 212-637-2200 | 212-637-2685 | David.Jones6@usdoj.gov Jeffrey.Oestericher@usdoj.gov Joseph.Cordaro@usdoj.gov Carina.Schoenberger@usdoj.gov Lawrence.Fogelman@usdoj.gov Peter.Aronoff@usdoj.gov Linda.Riffkin@usdoj.gov |
| Counsel to Agree Limited Partnership, Lakewood Shopping Center, LLC, Crossroads Centre II, LLC, and Ramco Jackson Crossing SPE | Clark Hill, PLC | Attn: David M. Blau | 151 S. Old Woodward Ave. | Ste. 200 | Birmingham | MI | 48009 | | 248-988-1817 | 248-988-2336 | dblau@clarkhill.com |
| Counsel to Electronics for Imaging, Inc. | Davidoff Hutcher & Citron LLP | Attn: David H. Wander, Esq. | 605 Third Avenue | | New York | NY | 10158 | | 212-557-7200 | 212-286-1884 | dhw@dhclegal.com |
| Counsel to Fairholme Capital Management, LLC, and the Fairholme Funds, Inc. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Brian D. Glueckstein, David R. Zylberberg | 125 Broad Street | | New York | NY | 1004-2498 | | 212-558-1100 | 212-558-3588 | dietdericha@sullcrom.com zylbergd@sullcrom.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Co-Counsel to Taubman Landlords and NW Properties Landlords | Halperin Battaglia Benzija, LLP | Attn: Donna H. Lieberman, Esq. | 40 Wall Street | 37th Floor | New York | NY | 10005 | | 212-765-9100 | | dlieberman@halperinlaw.net |
| Counsel to International Airport Center, Inc. | Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | 500 N. Akard Street | Suite 3800 | Dallas | TX | 75201-6659 | | 214-855-7500 | 214-855-7584 | dperry@munsch.com |
| Counsel to Norton Mailman Associates | Pick & Zabicki LLP | Attn: Douglas J. Pick | 369 Lexington Avenue | 12th Floor | New York | NY | 10017 | | 212-695-6000 | 212-695-6007 | dpick@picklaw.net |
| Counsel to Cape Town Plaza LLC, New Westgate Mall LLC, and STAG IV Cheektowaga, LLC | Goulston & Storrs PC | Attn: Douglas B. Rosner | 400 Atlantic Avenue | | Boston | MA | 02110-3333 | | 617-482-1776 | 617-574-4112 | drosner@goulstonstorrs.com |
| Counsel to Richardson ISD, City of Garland, Garland ISD, Carrolton-Farmers Branch ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Ebony Cobb | 500 E. Border Street | Suite 640 | Arlington | TX | 76010 | | 817-461-3344 | 817-860-6509 | ecobb@pbfcm.com |
| Counsel to Quest Resource Management Group, LLC | Skierski Jain PLLC | Attn: Doug Skierski, Kristin H. Jain | 400 N. St. Paul | Suite 510 | Dallas | TX | 75201 | | 214-446-0330 | 214-446-0322 | enotices@skijain.com |
| Counsel to Sakar International Inc., Eastern Prime Textiles Limited | CKR Law LLP | Attn: Edward L. Schnitzer | 1330 Avenue of the Americas, | 14th Floor | New York | NY | 10019 | | 212-259-7300 | 212-259-8200 | eschnitzer@ckrlaw.com |
| Top 20 Unsecured Creditor | Icon Health and Fitness Inc. | Attn: Everett Smith | 1500 South 1000 West | | Logan | UT | 84321 | | 877-993-7999 | 435-750-5238 | esmith@iconfitness.com |
| Counsel to East End Commons Associates LLC | Robinson Brog Leinwand Greene Genovese & Gluck P.C. | Attn: Fred B. Ringel, Esq. | 875 Third Avenue | 9th Floor | New York | NY | 10022 | | 212-603-6300 | | fbr@robinsonbrog.com |
| Counsel to Sears Hometown and Outlet Stores, Inc. | Shearman & Sterling LLP | Attn: Fredric Sosnick, Sara Coelho | 599 Lexington Avenue | | New York | NY | 10022 | | 212-848-4000 | 646-848-7179 | fsosnick@shearman.com sara.coelho@shearman.com |
| Counsel to the Bank of New York Mellon Trust Company and the Chase Manhattan Bank, N.A., Successor Trustees for the SRAC Unsecured PIK Notes (Top 20 Unsecured Creditor), SRAC Unsecured Notes, and the SRAC Medium Term Notes (Top 5 Secured Creditor) | Carter Ledyard & Milburn LLP | Attn: James Gadsden, Esq. | 2 Wall Street | | New York | NY | 10005 | | 212-238-8607 | 212-732-3232 | gadsden@clm.com bankruptcy@clm.com |
| Counsel to MCS Hemet Valley Center LLC | Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy | 525 B Street | Suite 2200 | San Diego | CA | 92101 | | 619-238-1900 | 619-235-0398 | gerald.kennedy@procopio.com |
| Counsel to Waste Management National Services, Inc. | Goodwin Procter LLP | Attn: Barry Z. Bazian | The New York Times Building | 620 Eighth Avenue | New York | NY | 10018 | | 212-813-8800 | 212-355-3333 | gfox@goodwinlaw.com bbazian@goodwinlaw.com |
| Counsel to Apex Tool Group, LLC | Ropes & Gray LLP | Attn: Gregg M. Galardi, Kimberly J. Kodis, Sam N. Ashuraey | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | | 212-596-9000 | 212-596-9090 | gregg.galardi@ropesgray.com kimberly.kodis@ropesgray.com sam.ashuraey@ropesgray.com |
| Counsel to Yang Ming (America) Corp., and Yang Ming Marine Transport Corp. | Gellert Scali Busenkell & Brown LLC | Attn: Gary F. Seitz | 8 Penn Center | 1628 John F. Kennedy Blvd, Suite 1901 | Philadelphia | PA | 19103 | | 215-238-0011 | | gseitz@gsbblaw.com |
| Counsel to Winiadaewoo Electroniccs America, Inc. | Choi & Park, LLC | Attn: Hyun Suk Choi, Chull S. Park | 11 Broadway | Suite 615 | New York | NY | 10004 | | 212-695-0010 | 212-695-0015 | hchoi@choiandpark.com cpark@choiandpark.com lkleist@choiandpark.com |
| Top 20 Unsecured Creditor | Winiadaewoo Electronics America | Attn: Hyun Suk Choi, Esq. | c/o Choi & Park, LLC | 11 Broadway, Suite 615 | New York | NY | 10004 | | 212-695-0010 | | hchoi@choiandpark.com cpark@choiandpark.com lkleist@choiandpark.com junggu.ahn@daewoo-elec.com kimmj@daewoo-elec.com |
| Counsel to Henkel Corporation | Gibbons P.C. | Attn: Howard A. Cohen | 300 Delaware Avenue | Suite 1015 | Wilmington | DE | 19801-1671 | | 302-518-6324 | | hcohen@gibbonslaw.com |
| Counsel to Brixmor Property Group, Inc. and Federal Realty Investment Trust | Ballard Spahr LLP | Attn: Leslie C. Heilman, Esquire | 919 N. Market Street | 11th Floor | Wilmington | DE | 19801 | | 302-252-4465 | | heilmanl@ballardspahr.com |
| Counsel to Cudlie Accessories LLC | Lazarus & Lazarus, P.C. | Attn: Harlan M. Lazarus | 240 Madison Avenue | 8th Floor | New York | NY | 10016 | | 212-889-7400 | 212-684-0314 | hlazarus@lazarusandlazarus.com harlan.lazarus@gmail.com |
| Counsel to Matagorda County, Angelina County, Cleveland ISD, Galveston County, Orange County, Cypress-Fairbanks ISD, Tyler County, Fort Bend County, Wharton Co Jr Coll Dist, Harris County, Jasper County, Houston CAD, Montgomery County, and Polk County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3400 | 713-844-3503 | houston_bankruptcy@publicans.com |
| Top 20 Unsecured Creditor | Hanesbrands Inc | Attn: President or General Counsel | 22680 Network Place | | Chicago | IL | 60603 | | | | Howard.Upchurch@hanes.com Joia.Johnson@hanes.com |

Exhibit A

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Westfield, LLC and its affiliate, Annapolis Mall Owner LLC, Brandon Shopping Center Partners LTD, Broward Mall LLC, Citrus Park Mall Owner LLC, Countryside Mall LLC, Roseville Shoppingtown LLC, Meriden Square Partnership, Montgomery Mall Owner LLC, North County Fair LP and EWH Escondido Associates, L.P., Oakridge Mall LLC, WEA Palm Desert LLC, Sarasota Shoppingtown LLC, WEA Southcenter LLC, Sunrise Mall LLC, UTC Venture LLC, Valencia Town Center Venture, L.P., Wheaton Plaza Regional Shopping Center LLC, Beneson Capital Partners, LLC and its affiliate Brooks Shopping Centers, LLC | LeCrairRyan, PLLC | Attn: Ilan Markus and Niclas A. Ferland | 545 Long Wharf Drive | 9th Floor | New Haven | CT | 06511 | | 203-672-3212 | 203-672-3231 | ilan.markus@leclairryan.com niclas.ferland@leclairryan.com |
| Top 20 Unsecured Creditor | Apex Tool International LLC | Attn: President or General Counsel | 14600 York Road, Suite A | | Sparks | MD | 21152 | | 410-773-7800 | | jessica.chang@apextoolgroup.com |
| Top 20 Unsecured Creditor | Samsung Electronics America HA | Attn: President or General Counsel | 85 Challenger Road, 7th Floor | | Ridgefield Park | NJ | 07660 | | 201-229-4000 | 201-229-4029 | jhaughton@sea.samsung.com |
| Counsel to SHLD Lendco, LLC | Cahill Gordon & Reindel LLP | Attn: Joel H. Levitin, Richard A. Stieglitz Jr. | Eighty Pine Street | | New York | NY | 10005 | | 212-701-3000 | 212-269-5420 | jlevitin@cahill.com rstieglitz@cahill.com |
| Indenture trustee for the KCD IP Asset Backed Notes | U.S. Bank National Association | Attn: Jose A Galarza, Vice President, Global Structured Finance | 190 S. LaSalle Street, 3rd Floor | MS: MK-IL-SL7M | Chicago | IL | 60603 | | 312-332-7453 | | jose.galarza@usbank.com |
| Counsel to Sakar International Inc. | Sakar | Attn: Jay Weinblatt | 195 Carter Drive | | Edison | NJ | 08817 | | | | jweinblatt@sakar.com |
| Counsel to IRC Marketplace at Six Corners, L.L.C. and IRC Park Center Plaza, L.L.C. | Connolly Gallagher LLP | Attn: Karen C. Bifferato, Kelly M. Conlan, N. Christopher Griffiths | The Brandywine Building | 1000 West Street, Suite 1400 | Wilmington | DE | 19801 | | 302-757-7300 | 302-757-7299 | kbifferato@connollygallagher.com kconlan@connollygallagher.com cgriffiths@connollygallagher.com |
| Counsel to Computershare Turst Company, N.A., as Indenture Trustee | Kelley Drye & Warren LLP | Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., T. Charlie Liu, Esq. | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | KDWBankruptcyDepartment@KelleyDrye.com bfeder@kelleydrye.com cliu@kelleydrye.com |
| Counsel to NW Properties Landlords | Law Office of Kevin S. Neiman, PC | Attn: Kevin S. Neiman | 999 18th Street, Suite 1230 S | | Denver | CO | 80202 | | 303-996-8637 | | kevin@ksnpc.com |
| Top 20 Unsecured Creditor | Whirlpool Corporation | Attn: Kristen Hewitt | 600 West Main St. | | Benton Harbor | MI | 49022-2692 | | | | Kristen.Hewitt@whirlpool.com aaron_d_spira@whirlpool.com james_k_koenig@whirlpool.com |
| Counsel to Wells Fargo Bank, National Association | Choate, Hall & Stewart LLP | Attn: Kevin J. Simard, Jonathan D. Marshall | Two International Place | | Boston | MA | 02110 | | 617-248-5000 | 617-248-4000 | ksimard@choate.com jmarshall@choate.com |
| Counsel to PREIT Services, LLC, BET Investments, and the Robbins Companies | Kurtzman | Steady, LLC | Attn: Jeffrey Kurtzman | 401 S. 2nd Street | Suite 200 | Philadelphia | PA | 19147 | | 215-839-1222 | | kurtzman@kurtzmansteady.com |
| Top 20 Unsecured Creditor | Paco (China) Garment Ltd | Attn: President or General Counsel | No 9 Yueyang Road, Building B | | Qingdao | Shandong | 266000 | China | | | lily@pacogarment.com |
| Top 20 Unsecured Creditor | Active Media Services Inc. | Attn: President or General Counsel | 1 Blue Hill Plaza | | Pearl River | NY | 10965 | | | | Lisa.Brown@activeinternational.com |
| Counsel to Lubbock Central Appraisal District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | P.O. Box 817 | | Lubbock | TX | 79408 | | 806-744-5091 | 806-744-9953 | lmbkr@pbfcm.com |
| Counsel to Simon Property Group | Latham & Watkins LLP | Attn: Marc A. Zelina | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | marc.zelina@lw.com |
| Counsel to Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility | Davis Polk & Wardwell LLP | Attn: Marshall S. Huebner, Esq, Eli J. Vonnegut, Esq. | 450 Lexington Avenue | | New York | NY | 10017 | | 212-450-4099, 212-450-4000 | 212-701-5099, 212-701-5800 | marshall.huebner@davispolk.com eli.vonnegut@davispolk.com sears.service@davispolk.com |
| Top 5 Secured Creditor | SRAC Medium Term Notes | Attn: Mary A. Callahan Vice President | The Bank of New York Mellon Trust Company | 2 N. LaSalle Street – Suite 700 | Chicago | IL | 60602 | | 312-827-8546 | | mary.callahan@bnymellon.com |
| Top 5 Secured Creditor | SRAC Unsecured Notes | Attn: Mary A. Callahan Vice President | The Bank of New York Mellon Trust Company | 2 N. LaSalle Street – Suite 700 | Chicago | IL | 60602 | | 312-827-8546 | | mary.callahan@bnymellon.com |
| Top 20 Unsecured Creditor | SRAC Unsecured PIK Notes | Attn: Mary A. Callahan Vice President | The Bank of New York Mellon Trust Company | 2 N. LaSalle Street – Suite 700 | Chicago | IL | 60602 | | 312-827-8546 | | mary.callahan@bnymellon.com |
| Trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes and Top 5 Secured Creditor | Computershare Trust Company, N.A. | Attn: Michael A. Smith, Vice President – Corporate Trust | 2950 Express Drive South, Suite 210 | | Islandia | NY | 11749 | | | | Michael.smith2@computershare.com |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market Street | | Philadelphia | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | Mimi.M.Wong@irscounsel.treas.gov |
| Counsel to NorthStar Group Services, Inc. | Vedder Price P.C. | Attn: Michael L. Schein | 1633 Broadway | 31st Floor | New York | NY | 10019 | | 212-407-7700 | 212-407-7799 | mschein@vedderprice.com |
| Counsel to Summit Portraits, LLC | Singer & Levick, P.C. | Attn: Michelle E. Shriro | 16200 Addison Road | Suite 140 | Addison | TX | 75001 | | 972-380-5533 | 972-380-5748 | mshriro@singerlevick.com |
| Counsel to Spring Branch Independent School District, et al | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik | 1235 North Loop West | Suite 600 | Houston | TX | 77008 | | 713-862-1860 | 713-862-1429 | osonik@pbfcm.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | 155 N. Wacker Drive | | Chicago | IL | 60606 | | 212-735-3260, 212-735-3882 | 917-777-3260, 917-777-3882 | paul.leake@skadden.com shana.elberg@skadden.com george.howard@skadden.com |
| Counsel to Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | 4 Times Square | | New York | NY | 10036 | | 212-735-3000 | 212-735-2000 | Paul.Leake@skadden.com Shana.Elberg@skadden.com George.Howard@skadden.com |
| Counsel to Simon Property Group | Latham & Watkins LLP | Attn: Peter M. Gilhuly, Ted A. Dillman | 355 South Grand Ave | Ste. 100 | Los Angeles | CA | 90071-1560 | | | | peter.gilhuly@lw.com ted.dillman@lw.com |
| Counsel to Brixmor Property Group, Inc. and Federal Realty Investment Trust | Ballard Spahr LLP | Attn: David L. Pollack, Esquire | 52nd Floor - Mellon Bank Center | 1735 Market Street | Philadelphia | PA | 19103 | | 215-864-8325 | 215-864-9473 | pollack@ballardspahr.com |
| Top 20 Unsecured Creditor | TJ Tianxing Kesheng Leather Products Co Ltd | Attn: President or General Counsel | No. 2 Jianshe Road Baodi District | | Tianjin | Tianjin | 301200 | China | | | powerwangtxks@vip.126.com |
| Counsel to the McClatchy Company and its Affiliates | Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Attn: Paul J. Pascuzzi | 400 Capitol Mall | Suite 1750 | Sacramento | CA | 95814 | | 916-329-7400 ext 222 | 916-329-7435 | ppascuzzi@ffwplaw.com |
| Counsel to Stanley Black & Decker, Inc. and affiliated entities | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro | Worldwide Plaza | 825 Eighth Avenue | New York | NY | 10019 | | 212-474-1036 | 212-474-3700 | pzumbro@cravath.com |
| Counsel to the Comptroller of Public Accounts of the State of Texas | Office of the Texas Attorney General | Attn: Rachel R. Obaldo, Assistant Attorney General | Bankruptcy & Collections Division MC 008 | P.O. Box 12548 | Austin | TX | 78711-2548 | | 512-475-4551 | 512-936-1409 | rachel.obaldo@oag.texas.gov |
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny Singh | 767 Fifth Avenue | | New York | NY | 10153 | | 212-310-8000 | 212-310-8007 | ray.schrock@weil.com garrett.fail@weil.com jacqueline.marcus@weil.com sunny.singh@weil.com JeriLeigh.Miller@weil.com jessica.liou@weil.com Paloma.VanGroll@weil.com |
| Counsel to the Marion Plaza, Inc. dba Eastwood Mall, Governor's Square Company dba Governor's Square Mall, Huntington Mall Company dba Huntington Mall, Meadowbrook Mall Company dba Meadowbrook Mall, Ohio Valley Mall Company dba Ohio Valley Mall, The Cafaro Northwest Partnership dba South Hill Mall, Spotsylvania Mall Company dba Spotsylvania Towne Centre and Howland Commons, LLC dba Howland Commons | Cafaro Management Company | Attn: Richard T. Davis | 5577 Youngstown-Warren Rd. | | Niles | OH | 44446 | | 330--747-2661 | 330-743-2902 | rdavis@cafarocompany.com |
| Counsel to Washington Prime Group Inc. | Frost Brown Todd LLC | Attn: Ronald E. Gold & AJ Webb | 3300 Great American Tower | 301 East Fourth Street | Cincinnati | OH | 45202 | | 513-651-6800 | 513-651-6981 | rgold@fbtlaw.com awebb@fbtlaw.com |
| United States Trustee Southern District of New York | Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey | 201 Varick St. | Ste. 1006 | New York | NY | 10014 | | 212-510-0500 | 212-668-2255 | richard.morrissey@usdoj.gov paul.schwartzberg@usdoj.gov |
| Counsel to Vertical Industrial Park Associates | Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Michael J. Riela | 900 Third Avenue | 13th Floor | New York | NY | 10022 | | 212-508-6700 | 212-371-1084 | Riela@thsh.com |
| Top 20 Unsecured Creditor | Black & Decker US Inc. | Attn: Robin Z. Weyand Assistant General Counsel | 701 E. Joppa Road | | Towson | MD | 21286 | | | | robin.weyand@sbdinc.com |
| Counsel to Manco Florida Associates, LLC | Shutts & Bowen LLP | Attn: Ryan C. Reinert, Esq. | 4301 W. Boy Scout Blvd | Suite 300 | Tampa | FL | 33607 | | 813-229-8900 | 813-229-8901 | rreinert@shutts.com |
| Counsel to Simon Property Group, L.P. | Simon Property Group, L.P. | Attn: Ronald M. Tucker, Esq. | 225 West Washington Street | | Indianapolis | IN | 46204 | | 317-263-2346 | 317-263-7901 | rtucker@simon.com |
| Counsel to Oster Yorktown Properties, LLC | Lasser Hochman, L.L.C. | Attn: Richard L. Zucker | 75 Eisenhower Parkway | | Roseland | NJ | 07068 | | 973-226-2700 | 973-226-0844 | rzucker@lasserhochman.com |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Attn: David G. Aelvoet | 711 Navarro Street | Ste 300 | San Antonio | TX | 78205 | | 210-225-6763 | 210-225-6410 | sanantonio.bankruptcy@publicans.com |
| Counsel to Missouri Department of Revenue | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther, Special Assistant Attorney General | 301 W. High Street, Room 670 | P.O. Box 475 | Jefferson City | MO | 65105-0475 | | 573-751-5531 | 573-751-7232 | sdnyecf@dor.mo.gov |
| Claims Agent | Prime Clerk LLC | Attn: Herb Baer, Richard M. Allen | 830 3rd Avenue | 9th Floor | New York | NY | 10022 | | 212-257-5450 | 646-328-2851 | searsteam@primeclerk.com serviceqa@primeclerk.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | 100 F Street, NE | | Washington | DC | 20549 | | 202-942-8088 | | secbankruptcy@sec.gov NYROBankruptcy@sec.gov |
| Counsel to JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility | Cleary, Gottlieb, Steen & Hamilton LLP | Attn: Sean A. O'Neal, James L. Bromley, Andrew Weaver | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2416, 212-225-2000 | 212-225-3999 | soneal@cgsh.com jbromley@cgsh.com aweaver@cgsh.com |
| Top 5 Secured Creditor and Pension Benefit Guaranty Corporation ("PBGC") | The Pension Benefit Guaranty Corporation (PBGC) | Attn: Judith Starr General Counsel | Office of the Chief Counsel | 1200 K Street, N.W., Suite 300 | Washington | DC | 20005-4026 | | 202-326-4400 x 3083 | | Starr.Judith@pbgc.gov |
| Counsel to Dell Financial Services L.L.C | Streusand, Landon, Ozburn & Lemon, LLP | Attn: Sabrina L. Streusand | 1801 S. Mopac Expressway | Suite 320 | Austin | TX | 78746 | | 512-236-9901 | 512-236-9904 | streusand@slollp.com |
| Counsel to American National Insurance Company | Greer, Herz & Adams, LLP | Attn: Frederick Black, Tara B. Annweiler, Marc D. Young | One Moody Plaza | 18th Floor | Galveston | TX | 77550 | | 409-797-3200 | 409-766-6424 | tannweiler@greerherz.com |
| Counsel to Cape Town Plaza LLC, New Westgate Mall LLC, and STAG IV Cheektowaga, LLC | Goulston & Storrs PC | Attn: Trevor R. Hoffmann | 885 Third Avenue | 18th Floor | New York | NY | 10022 | | 212-878-5048 | 212-878-6911 | thoffmann@goulstonstorrs.com |
| Counsel to Sitel Operating Corporation | Frost Brown Todd LLC | Attn: Edward M. King | 400 W Market St | Suite 3200 | Louisville | KY | 40202 | | 502-589-0359 | 502-581-1087 | tking@fbtlaw.com |

Exhibit A

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to the County of Anderson, Texas, Bastrop County Water Control and Improvement District #2, The County of Bastrop, Texas, Tax Appraisal District of Bell County, The County of Bosque, Texas, Bowie Central Appraisal District, The County of Brazos, Texas, Brown County Appraisal District, Burnet Central Appraisal District, Cherokee County Appraisal District, The County of Cherokee, Texas, The County of Comal, Texas, The County of Coryell, Texas, The County of Denton, Texas, Denton County Road Utility District #1, County of Erath, The County of Guadalupe, Texas, Harrison Central Appraisal District, The County of Harrison, Texas, The County of Hays, Texas, The County of Henderson, Texas, The County of Jasper, Texas, Groesbeck Independent School District, The City of Groesbeck, Texas, Mexia Independent School District, City of Waco and/or Waco Independent School District, Midland Central Appraisal District, Central Appraisal District of Taylor County, Terry County Appraisal District, The County of Wharton, Texas and The County of Williamson, Texas, (jointly "The Texas Ad Valorem Taxing Jurisdictions") | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | P. O. Box 1269 | | Round Rock | TX | 78680 | | 512-323-3200 | 512-323-3205 | tleday@mvbalaw.com |
| Counsel to Levin Management Corporation, Phillips Edison & Company, Conopco Inc. dba Unilever | Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin | P.O. Box 5315 | | Princeton | NJ | 08543 | | 609-219-7458, 609-791-7022 | 609-896-0629, 609-896-0629 | tonder@stark-stark.com jlemkin@stark-stark.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Via Overnight Mail** | | | | | | | | | | | |
| **DESCRIPTION** | **NAME** | **NOTICE NAME** | **ADDRESS 1** | **ADDRESS 2** | **CITY** | **STATE** | **ZIP** | **COUNTRY** | **PHONE** | **FAX** | **EMAIL** |
| United States Bankruptcy Court for the Southern District of New York | Chambers of Honorable Robert D. Drain | Sears Chambers Copy | US Bankruptcy Court SDNY | 300 Quarropas Street, Room 248 | White Plains | NY | 10601 | | 914-467-7250 | | |
| United States Trustee Southern District of New York | Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey | 201 Varick St. | Ste. 1006 | New York | NY | 10014 | | 212-510-0500 | 212-668-2255 | |
| **Via First Mail** | | | | | | | | | | | |
| **DESCRIPTION** | **NAME** | **NOTICE NAME** | **ADDRESS 1** | **ADDRESS 2** | **CITY** | **STATE** | **ZIP** | **COUNTRY** | **PHONE** | **FAX** | **EMAIL** |
| Top 20 Unsecured Creditor | Eastern Prime Textile Limited | Attn: President or General Counsel | Unit F10/F, King Win FTY Building | No. 65-67 King Yip Street, Kwun Tong, | Kowloon | | | Hong Kong | 852 21918293 | 852 27939353 | |
| Environmental Protection Agency | Environmental Protection Agency | Office of General Counsel 2310A | 1200 Pennsylvania Ave NW, 2310A | | Washington | DC | 20460 | | | | |
| Environmental Protection Agency Region 2 (NJ, NY, PR, VI) | Environmental Protection Agency Region 2 (NJ, NY, PR, VI) | | 290 Broadway | | New York | NY | 10007 | | 877-251-4575 | | |
| Debtors | Sears Holding Corporation | Attn: Stephen Sitley Esq., Luke J. Valentino, Esq | 3333 Beverly Road | | Hoffman Estates | IL | 60179 | | | | |
| Successor Trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes | The Bank of New York Mellon Trust Company | Attn: Corporate Trust Administration | 101 Barclay St., Floor 8W | | New York | NY | 10286 | | | | |
| Counsel to Travis County | Travis County Attorney | Attn: David Escamilla | P.O. Box 1748 | | Austin | TX | 78767 | | 512-854-9092 | 512-854-9316 | |
| Indenture Trustee for the Second Lien Notes | Wilmington Trust, National Association | Attn: Sears Holdings Corp. Administrator | Corporate Capital Markets | 50 South Sixth Street, Suite 1290 | Minneapolis | MN | 55402 | | | | |
| Top 20 Unsecured Creditor | Winners Industry Company Limited | Attn: President or General Counsel | Unit A, Wah Lung Building | 49-53 Wang Lung Street,Tsuen wan, | New Territories | | | Hong Kong | 86 769 83213199 | 86 769 83213177 | |