WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Proposed Attorneys for Debtors
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                              :
                                                   :    **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.*,          :
                                                   :    **Case No. 18-23538 (RDD)**
                                                   :
Debtors.[1]                                        :    **(Jointly Administered)**
------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 25, 2018 AT 2:00 P.M.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, before the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601

**I.   CONTESTED MATTER:**

1.   Motion of Debtors for Approval of (I) Procedures for Store Closing Sales and (II) Assumption of The Liquidation Consulting Agreement **[ECF No. 23]**

   <u>Response Deadline</u>:   October 22, 2018 at 4:00 p.m.

   <u>Responses Filed</u>:

   A.   Limited Objection of Clover Technologies Group, LLC to Debtors' Motion for Approval of (I) Store Closing Sales and (II) Assumption of Liquidation Consulting Agreement **[ECF No. 211]**

   B.   Limited Objection of the NW Properties Landlords to the Motion of Debtors for Approval of (I) Procedures for Store Closing Sales and (II) Assumption of the Liquidation Consulting Agreement **[ECF No. 223]**

   C.   Limited Objection of Scents of Worth, Inc. to Debtors' Motion for Approval of (I) Store Closing Sales and (II) Assumption of Liquidation Consulting Agreement **[ECF No. 224]**

   D.   Objection of the Macerich Company, Centennial Real Estate Co., C.E. Johns Company, Inc., Brixmor Operating Partnership, L.P. and S-Tract LLC to Motion of Debtors for Approval of (I) Procedures for Store Closing Sales and (II) Assumption of Liquidation Consulting Agreement **[ECF No. 228]**

   E.   Limited Objection of Shanti Corporation D/B/A Vijay Gold Designs to Motion of Debtors for Approval of (I) Procedures for Store Closing Sales and (II) Assumption of Liquidation Consulting Agreement **[ECF No. 242]**

   F.   Limited Objection of Rosy Blue, Inc. to Motion of Debtors for Approval of (I) Procedures for Store Closing Sales and (II) Assumption of Liquidation Consulting Agreement **[ECF No. 243]**

   G.   Joinder of Agree Limited Partnership, Lakewood Shopping Center, LLC, Crossroads Centre II, LLC, and Ramco Jackson Crossing SPE, LLC in the Objection of Macerich Company, Centennial Real Estate Co., C.E. Johns Company, Inc., Brixmor Perating Partnership, L.P. and S-Tract LLC to Motion of Debtors for Approval of (I) Procedures for Store Closing Sales, and (II) Assumption of Liquidation Consulting Agreement **[ECF No. 246]**

H.  Limited Objection of Phillips Edison & Company and Levin Management Corporation to Debtors' Motion for Approval of (I) Procedures for Store Closing Sales and (II) Assumption of Liquidation Consulting Agreement **[ECF No. 247]**

I.  Limited Objection of Beauty Gem, Inc., to Debtors' Motion for Approval of (I) Procedures for Store Closing Sales and (II) Assumption of the Liquidation Consulting Agreement **[ECF No. 249]**

J.  Limited Objection of Allure Gems, LLC to Debtors' Motion for Approval of (I) Store Closing Sales and (II) Assumption of Liquidation Consulting Agreement **[ECF No. 251]**

K.  Objection and Joinder of Sakar International, Inc. in the Limited Objections of (I) Clover Technologies Group, LLC; (II) Shanti Corporation D/B/A Vijay Gold Designs; and (III) Rosy Blue, Inc. to Debtors' Motion or Approval of (I) Store Closing Sales and (II) Assumption of Liquidation Consulting Agreement **[ECF No. 260]**

L.  Joinder to Objections to Debtors' Motion for Approval of (I) Procedures for Store Closing Sales and (II) Assumption of Liquidation Consulting Agreement **[ECF No. 270]**

M.  Objection to Motion by iStar Jewelry, LLC **[ECF No. 278]**

N.  Objection and Joinder of Twentieth Century Fox Home Entertainment LLC in the Limited Objections of Various Consignment Vendors to Debtors' Motion for Approval of (I) Store Closing Sales and (II) Assumption of Liquidation Consulting Agreement **[ECF No. 280]**

O.  Limited Objection of S & J Diamond Corp. to Debtors' Motion for Approval of (I) Procedures for Store Closing Sales and (II) Assumption of the Liquidation Consulting Agreement **[ECF No. 281]**

WEIL:\96765509\8\73217.0003

Resolved Responses:

    P.    Limited Objection of the United States Trustee to Motion of Debtors for Approval of (I) Procedures for Store Closing Sales and (II) Assumption of Liquidation Consulting Agreement **[ECF No. 225]**

    Q.    Limited Response and Reservation of Rights of Cardtronics USA, Inc. to the Debtors' Motion for Interim Approval of (I) Procedures for Store Closing Sales and (II) Assumption of the Liquidation Consulting Agreement **[ECF No. 254]**

    R.    Lake Plaza Shopping Center LLC Limited Objection to Motion of Debtors for Approval of (I) Procedures for Store Closing Sales and (II) Assumption of Liquidation Consulting Agreement **[ECF No. 255]**

Related Documents:  None

Status:  This matter is going forward.

Dated:  October 24, 2018
       New York, New York

                                /s/ Sunny Singh
                                WEIL, GOTSHAL & MANGES LLP
                                767 Fifth Avenue
                                New York, New York  10153
                                Telephone:  (212) 310-8000
                                Facsimile:  (212) 310-8007
                                Ray C. Schrock, P.C.
                                Jacqueline Marcus
                                Garrett A. Fail
                                Sunny Singh

                                *Proposed Attorneys for Debtors*
                                *and Debtors in Possession*

WEIL:\96765509\8\73217.0003