Holland & Knight LLP
Barbra R. Parlin, Esq.
31 West 52nd Street
New York, New York 10019
Telephone No.: (212) 513-3200
Facsimile No.: (212) 385-9010

*Attorneys for Plaza las Americas, Inc.
and Plaza del Caribe, S.E.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) **Case No. 18-23538 (RDD)** ) |
| Debtor. | ) Jointly Administered ) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES
UNDER F.R.B.P. 2002(g) AND (i)**

PLEASE TAKE NOTICE that **Plaza las Americas, Inc.** and **Plaza del Caribe, S.E.**, by and through its attorneys, Holland & Knight LLP, hereby enters their appearance in the above-captioned case and request under F.R.B.P. 2002(g) that all notices be served upon the following at the address indicated below:

> Plaza las Americas, Inc. and
> Plaza del Caribe, S.E.
> c/o Barbra R. Parlin, Esq.
> Holland & Knight LLP
> 31 West 52nd Street
> New York, New York 10019
> Telephone No.: (212) 513-3200
> Facsimile No.: (212) 385-9010
> Email: barbra.parlin@hklaw.com

PLEASE TAKE FURTHER NOTICE THAT Plaza las Americas, Inc. and Plaza del Caribe, S.E. request under F.R.B.P. 2002(i) that they receive at the above address copies of everything filed in this case, including without limitation motions, applications, petitions, orders, reports, disclosure statements, and all notices under F.R.B.P. 2002(a), F.R.B.P. 2002(b), and F.R.B.P. 2002(f).

Dated:  October 24, 2018.

                                              HOLLAND & KNIGHT LLP

                                              By: /s/   Barbra R. Parlin
                                              Barbra R. Parlin, Esq.
                                              31 West 52nd Street
                                              New York, New York 10019
                                              Telephone:  (212) 513-3200
                                              Facsimile:   (212) 385-9010
                                              Email: barbra.parlin@hklaw.com

Plaza las Americas, Inc. and
Plaza del Caribe, S.E.
c/o Jose A. Casal, Esq.
c/o Joaquin J. Alemany, Esq.
*Pro hac vice forthcoming*
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, Florida
Telephone: (305) 789-7713
Facsimile:  (305) 789-7799
E-Mail: jose.casal@hklaw.com
E-mail: jjalemany@hklaw.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of October, 2018, a true and correct copy of the foregoing was served via electronic transmission on all CM/ECF registered users for this case.

HOLLAND & KNIGHT LLP

By: /s/   Barbra R. Parlin
Barbra R. Parlin, Esq.
31 West 52nd Street
New York, New York 10019
Telephone:  (212) 513-3200
Facsimile:   (212) 385-9010
Email: barbra.parlin@hklaw.com

3

#61397262_v1