Matthew G. Summers
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE  19801
Telephone: (302) 252-4465
Email: summersm@ballardspahr.com

*Attorney for Federal Realty Investment Trust,*
*Acadia Realty Limited Partnership,*
*PGIM Real Estate, Pacific Retail Group,*
*WBCMT 2007-C33 Independence Center LLC,*
*Starwood Retail Partners LLC, Kravco Company,*
*Brixmor Property Group, Inc., Centennial Real Estate Co.,*
*CenterCal Properties, LLC, C. E. Johns Company, Inc.,*
*GEM Realty Capital, Inc., GS Pacific ER, LLC, The*
*Macerich Company, Vintage Real Estate, LLC, and*
*White Plains Galleria Limited Partnership*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Sears Holdings Corporation, *et. al.*, | ) Case No. 18-23538 (RDD) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Federal Realty Investment Trust, Acadia Realty Limited

Partnership, PGIM Real Estate, Pacific Retail Group, WBCMT 2007-C33 Independence Center

LLC, Starwood Retail Partners LLC, Kravco Company, Brixmor Property Group, Inc., Centennial

Real Estate Co., CenterCal Properties, LLC, C. E. Johns Company, Inc., GEM Realty Capital, Inc.,

GS Pacific ER, LLC, The Macerich Company, Vintage Real Estate, LLC, and White Plains

Galleria Limited Partnership (collectively, the "Landlords") by, their attorney, **BALLARD**

**SPAHR LLP**, appear in this matter pursuant to Bankruptcy Rules 2002 and 9010 and Sections

102(1), 342 and 1109(b) of the Bankruptcy Code and requests that all notices given or required to

be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

**BALLARD SPAHR LLP**
**919 N. Market Street, 11th Floor**
**Wilmington, DE  19801**
**Telephone: (302) 252-4465**
**email: summersm@ballardspahr.com**
**Attn: Matthew G. Summers, Esquire**

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering or reply papers whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to recoupments to which the Landlords are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**BALLARD SPAHR LLP**

**BY:** /s/ *Matthew G. Summers*
**MATTHEW G. SUMMERS**
email: summersm@ballardspahr.com

*Attorney for Federal Realty Investment Trust,
Acadia Realty Limited Partnership, PGIM Real
Estate, Pacific Retail Group, WBCMT 2007-C33
Independence Center LLC, Starwood Retail
Partners LLC, Kravco Company, Brixmor
Property Group, Inc., Centennial Real Estate Co.,
CenterCal Properties, LLC, C. E. Johns
Company, Inc., GEM Realty Capital, Inc., GS
Pacific ER, LLC, The Macerich Company,
Vintage Real Estate, LLC, and White Plains
Galleria Limited Partnership*