Matthew G. Summers
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Email: summersm@ballardspahr.com

*Attorney for Federal Realty Investment Trust,*
*Acadia Realty Limited Partnership,*
*PGIM Real Estate, Pacific Retail Group,*
*WBCMT 2007-C33 Independence Center LLC,*
*Starwood Retail Partners LLC, Kravco Company,*
*Brixmor Property Group, Inc., Centennial Real Estate Co.,*
*CenterCal Properties, LLC, C. E. Johns Company, Inc.,*
*GEM Realty Capital, Inc., GS Pacific ER, LLC, The*
*Macerich Company, Vintage Real Estate, LLC, and*
*White Plains Galleria Limited Partnership*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Sears Holdings Corporation, *et. al.*, | ) Case No. 18-23538 (RDD) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Matthew G. Summers, request admission to practice, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Federal Realty Investment Trust, Federal Realty Investment Trust, Acadia Realty Limited Partnership, PGIM Real Estate, Pacific Retail Group, WBCMT 2007-C33 Independence Center LLC, Starwood Retail Partners LLC, Kravco Company, Brixmor Property Group, Inc., Centennial Real Estate Co., CenterCal Properties, LLC, C. E. Johns Company, Inc., GEM Realty Capital, Inc., GS Pacific ER, LLC, The Macerich Company, Vintage Real Estate, LLC, and White Plains Galleria Limited Partnership as creditors in the above-referenced bankruptcy case.

***I certify that I am a member in good standing*** of the bars of the States of Delaware and Maryland, and licensed to practice before all courts of those states. I am also admitted to practice in the United States District Court for the District of Delaware, and the United States District Court for the District of Maryland.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

| | |
|---|---|
| Dated: October 24, 2018<br>Wilmington, Delaware | /s/ *Matthew G. Summers*<br>Matthew G. Summers<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE  19801<br>Tel:  (302) 252-4465<br>Fax: (302) 252-4466<br>summersm@ballardspahr.com<br><br>*Attorney for Federal Realty Investment Trust, Acadia Realty Limited Partnership, PGIM Real Estate, Pacific Retail Group, WBCMT 2007-C33 Independence Center LLC, Starwood Retail Partners LLC, Kravco Company, Brixmor Property Group, Inc., Centennial Real Estate Co., CenterCal Properties, LLC, C. E. Johns Company, Inc., GEM Realty Capital, Inc., GS Pacific ER, LLC, The Macerich Company, Vintage Real Estate, LLC, and White Plains Galleria Limited Partnership* |