**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| **Debtors.** | : | (Jointly Administered) |

------------------------------------------------------------X

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Niclas A. Ferland to be admitted, *pro hac vice*, to represent Westfield, LLC, Benenson Capital Company, Inc. and certain of their affiliates (collectively, the "Client") in the above referenced case, and upon the movant's certification that the movant is member in good standing of the bar in the State of Connecticut and the United States District Court for the District of Connecticut, it is hereby

**ORDERED**, that Niclas A. Ferland, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
        October 24, 2018

                                    /s/ Robert D. Drain
                                    United States Bankruptcy Judge