**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

SEARS HOLDINGS CORPORATION,
*et al.*,

                              Debtors.

Chapter 11
Case No. 18-23538 (RDD)
(Jointly Administered)

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Thomas M. Horan to be admitted, ***pro hac vice***, to represent the

Hanesbrands, Inc. (the "Client"), in the above referenced case, and upon the movant's

certification that the movant is a member in good standing of the bar of the State of Delaware,

and admitted to practice before the United States Bankruptcy Court for the Districts of Delaware,

and the United States District Court for the District of Delaware, it is hereby

**ORDERED**, that Thomas M. Horan, Esq., is admitted to practice, ***pro hac vice***, in the

above referenced case to represent the Client in the United States Bankruptcy Court for the

Southern District of New York, provided that the filing fee has been paid.

Dated:  White Plains, New York
          October 24, 2018

                              /s/ Robert D. Drain
                              HONORABLE ROBERT D. DRAIN
                              UNITED STATES BANKRUPTCY JUDGE