**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

SEARS HOLDINGS CORPORATION, *et al.*,

Debtors.

Chapter 11
Case No. 18-23538 (RDD)
(Jointly Administered)

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Thomas W. Waldrep, Jr., to be admitted, *pro hac vice*, to represent Hanesbrands, Inc. (the "Client") in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of North Carolina and admitted to practice before the United States District Courts for Middle, Eastern, and Western Districts of North Carolina, it is hereby

**ORDERED**, that Thomas W. Waldrep, Jr., Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
October 24, 2018

/s/ Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE