**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------------x

In re:

SEARS HOLDINGS CORPORATION, *et al.,*

                 Debtors.

-----------------------------------------------------------------------------x

Case No. 18-23538-RDD

Chapter 11

(Jointly Administered)


**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

      Upon the motion of Gordon J. Toering to be admitted, ***pro hac vice,*** to represent Chervon

(HK), Ltd. (the "Client") in the above-referenced case, and upon the movant's certification that

the movant is a member in good standing of the bar in the State of Michigan and the bar of the U.

S. District Court for the Western District of Michigan, it is hereby

      **ORDERED**, that Gordon J. Toering, Esq., is admitted to practice, *pro hac vice*, in the

above-referenced case to represent the Client, in the United States Bankruptcy Court for the

Southern District of New York, provided that the filing fee has been paid.


Dated: White Plains, New York
       October 24, 2018

                           /s/ Robert D. Drain
                           United States Bankruptcy Judge