Gordon J. Toering (P46409)
WARNER NORCROSS + JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
T:  (616) 752-2185
F:  (616) 222-2185
gtoering@wnj.com

*Attorneys for Chervon (HK), Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.,* | ) | Case No. 18-23538 (RDD) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

NOW COMES Gordon J. Toering of Warner Norcross + Judd LLP and hereby enters his appearance for and on behalf of Chervon (HK), Ltd. ("Chervon") in the above-captioned case. All notices, motions, and pleadings regarding this matter should be served upon:

> Gordon J. Toering (P46409)
> WARNER NORCROSS + JUDD LLP
> 900 Fifth Third Center
> 111 Lyon Street, NW
> Grand Rapids, Michigan 49503
> T:  (616) 752-2185
> F:  (616) 222-2185
> gtoering@wnj.com

PLEASE TAKE NOTICE that this entry of appearance is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over Chervon, specifically but not limited to (i) its right to have final orders in non-core matters entered only after *de novo* review by a district

judge, (ii) its right to a trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto, (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Chervon is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Chervon expressly reserves.

Dated:  October 25, 2018

/s/ Gordon J. Toering
Gordon J. Toering (P46409)
WARNER NORCROSS + JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
T:  (616) 752-2185
F:  (616) 222-2185
gtoering@wnj.com

*Attorneys for Chervon (HK), Ltd*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of October, 2018 a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* was sent via ECF Noticing to all parties receiving ECF Notices in this Chapter 11 case.

/s/ Gordon J. Toering
Gordon J. Toering

17701400