**Miriam R. Stein, Esq. (mstein@chuhak.com)**
**CHUHAK & TECSON, P.C.**
*Attorneys for MJ Holding Company, LLC*
30 South Wacker Drive, Suite 2600
Chicago, Illinois 60606
(312) 444-9300

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| SEARS HOLDINGS CORPORATION, ) | |
| *et al.,* ) | Case No. 18-23538-rdd |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**SIR/MADAM:**

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of Title 11 of the United States Code ("Bankruptcy Code"), and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), the undersigned confirms its appearance as counsel of record on behalf of MJ Holding Company, LLC ("MJ"), a creditor and party-in-interest in the above case, and requests that all notices given or required to be given in this case and all papers served or required to be served be given to and served upon the following:

**CHUHAK & TECSON, P.C.**
**30 South Wacker Drive, Suite 2600**
**Chicago, Illinois 60606**
**(312) 444-9300**
**Attention: Miriam R. Stein**

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002 and also includes, without limitation, notices of any orders, pleadings, motions, applications, demands, hearings, requests or petitions, answering

4837-8711-3337.1.11161.68649

or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex, overnight courier, telecopier, e-mail, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that MJ intends that neither this Notice of Appearance nor any later appearance, notice, pleading, claim or suit shall waive (1) the right of MJ to have final orders in non-core matters entered only after *de novo* review by a district judge; (2) the right of MJ to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to or arising out of this case; (3) the right of MJ to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which MJ is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments MJ expressly reserves.

Dated: October 25, 2018

                                                **CHUHAK & TECSON, P.C.**
                                                *Attorneys for MJ Holding Company, LLC*

                                                By: */s/Miriam R. Stein*
                                                    **MIRIAM R. STEIN**
                                                NY Registration No. 5611066
                                                30 South Wacker Drive, Suite 2600
                                                Chicago, Illinois 60606
                                                (312) 444-9300