Jonathan A. Grasso, Esq.
Pierce McCoy, PLLC
85 Broad Street, Suite 17-063
New York, NY 10004
Tel: (212) 320-8393
Fax: (757) 257-0387
jon@piercemccoy.com

*Counsel for* The Marion Plaza, Inc. dba Eastwood Mall;
Governor's Square Company dba Governor's Square Mall;
Huntington Mall Company dba Huntington Mall;
Meadowbrook Mall Company dba Meadowbrook Mall;
Ohio Valley Mall Company dba Ohio Valley Mall;
The Cafaro Northwest Partnership dba South Hill Mall;
Spotsylvania Mall Company dba Spotsylvania Towne Centre;
and Howland Commons, LLC dba Howland Commons

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION, *et al.*,** | **Case No. 18-23538 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case as counsel to The Marion Plaza, Inc. dba Eastwood Mall; Governor's Square Company dba Governor's Square Mall; Huntington Mall Company dba Huntington Mall; Meadowbrook Mall Company dba Meadowbrook Mall; Ohio Valley Mall Company dba Ohio Valley Mall; The Cafaro Northwest Partnership dba South Hill Mall; Spotsylvania Mall Company dba Spotsylvania Towne Centre and Howland Commons, LLC dba Howland Commons (together, the "Landlords") and pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b), requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the below:

                                       Jonathan A. Grasso, Esq.
                                       Pierce McCoy, PLLC
                                       85 Broad Street, Suite 17-063
                                       New York, NY 10004
                                       Tel: (212) 320-393
                                       Fax: (757) 257-0387
                                       jon@piercemccoy.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

Neither this request not any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Landlords' (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Landlords, are or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: October 25, 2018

/s/ *Jonathan A. Grasso*
Jonathan A. Grasso, Esq.
Pierce McCoy, PLLC
85 Broad Street, Suite 17-063
New York, NY 10004
Tel: (212) 320-8393
Fax: (757) 257-0387
jon@piercemccoy.com

*Counsel for* The Marion Plaza, Inc. dba Eastwood Mall; Governor's Square Company dba Governor's Square Mall; Huntington Mall Company dba Huntington Mall; Meadowbrook Mall Company dba Meadowbrook Mall; Ohio Valley Mall Company dba Ohio Valley Mall; The Cafaro Northwest Partnership dba South Hill Mall; Spotsylvania Mall Company dba Spotsylvania Towne Centre; and Howland Commons, LLC dba Howland Commons

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2018, the attached NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, was served electronically via the CM/ECF system, upon all parties registered to receive such notice.

*/s/ Jonathan A. Grasso*
Jonathan A. Grasso