**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                            :
                                                 :   Chapter 11
**SEARS HOLDINGS CORPORATION, *et al.*,**         :
                                                 :   Case No. 18-23538 (RDD)
                                                 :
     Debtors.¹                                   :   (Jointly Administered)
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Justin J. Ra, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 19, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Notice of Filing of Consolidated List of Creditors Holding the 40 Largest Unsecured Claims [Docket No. 199]

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: October 25, 2018

_____
Justin J. Ra

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 25, 2018, by Justin J. Ra, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20_18_

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Unsecured Creditor | Active Media Services Inc. | Attn: President or General Counsel<br>1 Blue Hill Plaza<br>Pearl River NY 10965 | Lisa.Brown@activeinternational.com | First Class Mail and Email |
| Counsel to Twentieth Century Fox Home Entertainment LLC | Alston & Bird LLP | Attn: James J. Vincequerra<br>90 Park Avenue<br>New York NY 10016-1387 | James.Vincequerra@alston.com | Email |
| Counsel to Twentieth Century Fox Home Entertainment LLC | Alston & Bird LLP | Attn: Leib M. Lerner<br>333 South Hope Street<br>16th Floor<br>Los Angeles CA 90071 | leib.lerner@alston.com | Email |
| Top 20 Unsecured Creditor | Apex Tool International LLC | Attn: President or General Counsel<br>14600 York Road, Suite A<br>Sparks MD 21152 | jessica.chang@apextoolgroup.com | First Class Mail and Email |
| Top 20 Unsecured Creditor | Automotive Rentals Inc. | Attn: Brian S. McGrath and Kristen D. Romano<br>c/o McGlinchey Stafford<br>112 West 34th Street, Suite 1515<br>New York NY 10120 | bmcgrath@mcglinchey.com<br>kromano@mcglinchey.com<br>DWillard@arifleet.com | First Class Mail and Email |
| Counsel to Brixmor Property Group, Inc. and Federal Realty Investment Trust | Ballard Spahr LLP | Attn: David L. Pollack, Esquire<br>52nd Floor - Mellon Bank Center<br>1735 Market Street<br>Philadelphia PA 19103 | pollack@ballardspahr.com | Email |
| Counsel to the Macerich Company, Starwood Retail Partners, LLC, Acadia Realty Limited Partnership, C.E. Johns Company, Inc., Centennial Real Estate Co., Deutsche Asset & Wealth Management, GS Pacific ER, LLC, PGIM Real Estate, Vintage Real Estate, LLC, WBCMT 2007-C33 Independence Center, LLC, and White Plains Galleria Limited Partnership | Ballard Spahr LLP | Attn: Dustin P. Branch<br>2029 Century Park East<br>Suite 800<br>Los Angeles CA 90067-2909 | branchd@ballardspahr.com | Email |
| Counsel to Brixmor Property Group, Inc. and Federal Realty Investment Trust | Ballard Spahr LLP | Attn: Leslie C. Heilman, Esquire<br>919 N. Market Street<br>11th Floor<br>Wilmington DE 19801 | heilmanl@ballardspahr.com | Email |
| Top 20 Unsecured Creditor | Black & Decker US Inc. | Attn: Robin Z. Weyand Assistant General Counsel<br>701 E. Joppa Road<br>Towson MD 21286 | robin.weyand@sbdinc.com | First Class Mail and Email |
| Counsel to Sub-Zero Group, Inc., Sub-Zero Group West Inc., Sub-Zero Group Southwest LLC, Sub-Zero Group Southeast, Inc., Kenney Manfacturing Company | Borges & Associates, LLC | Attn: Wanda Borges, Esq., Sue L. Chin, Esq.<br>575 Underhill Blvd., Suite 118<br>Syosset NY 11791 | bankruptcy@borgeslawllc.com<br>wborges@borgeslawllc.com<br>schin@borgeslawllc.com | Email |
| Counsel to Brookfield Proprty REIT Inc., as Agent | Brookfield Property REIT Inc. | Attn: Kristen N. Pate<br>350 N. Orleans St.<br>Suite 300<br>Chicago IL 60654-1607 | bk@brookfieldpropertyretail.com | Email |
| Counsel to the Marion Plaza, Inc. dba Eastwood Mall, Governor's Square Company dba Governor's Square Mall, Huntington Mall Company dba Huntington Mall, Meadowbrook Mall Company dba Meadowbrook Mall, Ohio Valley Mall Company dba Ohio Valley Mall, The Cafaro Northwest Partnership dba South Hill Mall, Spotsylvania Mall Company dba Spotsylvania Towne Centre and Howland Commons, LLC dba Howland Commons | Cafaro Management Company | Attn: Richard T. Davis<br>5577 Youngstown-Warren Rd.<br>Niles OH 44446 | rdavis@cafarocompany.com | Email |
| Counsel to SHLD Lendco, LLC | Cahill Gordon & Reindel LLP | Attn: Joel H. Levitin, Richard A. Stieglitz Jr.<br>Eighty Pine Street<br>New York NY 10005 | jlevitin@cahill.com<br>rstieglitz@cahill.com | Email |
| Counsel to the Bank of New York Mellon Trust Company and the Chase Manhattan Bank, N.A., Successor Trustees for the SRAC Unsecured PIK Notes (Top 20 Unsecured Creditor), SRAC Unsecured Notes, and the SRAC Medium Term Notes (Top 5 Secured Creditor) | Carter Ledyard & Milburn LLP | Attn: James Gadsden, Esq.<br>2 Wall Street<br>New York NY 10005 | gadsden@clm.com<br>bankruptcy@clm.com | First Class Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| United States Bankruptcy Court for the Southern District of New York | Chambers of Honorable Robert D. Drain | Sears Chambers Copy<br>US Bankruptcy Court SDNY<br>300 Quarropas Street, Room 248<br>White Plains NY 10601 | | First Class Mail |
| Counsel to Cardinal Health 110, LLC, Cardinal Health 112, LLC, and Cardinal Health PR 120, Inc., subsidiaries and affiliates of Cardinal Health, Inc., an Ohio Corporation, Top 20 Unsecured Creditor | Chiesa Shahinian & Giantomasi PC | Attn: Beth J. Rotenberg, Scott A. Zuber<br>One Boland Drive<br>West Orange NJ 07052 | brotenberg@csglaw.com<br>szuber@csglaw.com | Email |
| Counsel to Wells Fargo Bank, National Association | Choate, Hall & Stewart LLP | Attn: Kevin J. Simard, Jonathan D. Marshall<br>Two International Place<br>Boston MA 02110 | ksimard@choate.com<br>jmarshall@choate.com | Email |
| Counsel to Winiadaewoo Electroniccs America, Inc. | Choi & Park, LLC | Attn: Hyun Suk Choi, Chull S. Park<br>11 Broadway<br>Suite 615<br>New York NY 10004 | hchoi@choiandpark.com<br>cpark@choiandpark.com<br>lkleist@choiandpark.com | Email |
| Counsel to Sakar International Inc., Eastern Prime Textiles Limited | CKR Law LLP | Attn: Edward L. Schnitzer<br>1330 Avenue of the Americas, 14th Floor<br>New York NY 10019 | eschnitzer@ckrlaw.com | Email |
| Counsel to Agree Limited Partnership, Lakewood Shopping Center, LLC, Crossroads Centre II, LLC, and Ramco Jackson Crossing SPE | Clark Hill, PLC | Attn: David M. Blau<br>151 S. Old Woodward Ave., Ste. 200<br>Birmingham MI 48009 | dblau@clarkhill.com | Email |
| Counsel to JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility | Cleary, Gottlieb, Steen & Hamilton LLP | Attn: Sean A. O'Neal, James L. Bromley, Andrew Weaver<br>One Liberty Plaza<br>New York NY 10006 | soneal@cgsh.com<br>jbromley@cgsh.com<br>aweaver@cgsh.com | First Class Mail and Email |
| Trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes and Top 5 Secured Creditor | Computershare Trust Company, N.A. | Attn: Michael A. Smith, Vice President – Corporate Trust<br>2950 Express Drive South, Suite 210<br>Islandia NY 11749 | Michael.smith2@computershare.com | First Class Mail and Email |
| Counsel to IRC Marketplace at Six Corners, L.L.C. and IRC Park Center Plaza, L.L.C. | Connolly Gallagher LLP | Attn: Karen C. Bifferato, Kelly M. Conlan, N. Christopher Griffiths<br>The Brandywine Building<br>1000 West Street, Suite 1400<br>Wilmington DE 19801 | kbifferato@connollygallagher.com<br>kconlan@connollygallagher.com<br>cgriffiths@connollygallagher.com | Email |
| Counsel to Stanley Black & Decker, Inc. and affiliated entities | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York NY 10019 | pzumbro@cravath.com | Email |
| Counsel to Electronics for Imaging, Inc. | Davidoff Hutcher & Citron LLP | Attn: David H. Wander, Esq.<br>605 Third Avenue<br>New York NY 10158 | dhw@dhclegal.com | Email |
| Counsel to Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility | Davis Polk & Wardwell LLP | Attn: Marshall S. Huebner, Esq, Eli J. Vonnegut, Esq.<br>450 Lexington Avenue<br>New York NY 10017 | marshall.huebner@davispolk.com<br>eli.vonnegut@davispolk.com<br>sears.service@davispolk.com | First Class Mail and Email |
| Top 20 Unsecured Creditor | Eastern Prime Textile Limited | Attn: President or General Counsel<br>Unit F10/F, King Win FTY Building<br>No. 65-67 King Yip Street, Kwun Tong,<br>Kowloon Hong Kong | | First Class Mail |
| Top 20 Unsecured Creditor | Electrolux (Frigidaire Company) | Attn: Mikael Ostman<br>703 Waterford Way, Suite 300<br>Miami FL 33126 | alan.shaw@electrolux.com<br>jonas.samuelson@electrolux.com<br>paige.anderson@electrolux.com<br>bart.cramarossa@electrolux.com | First Class Mail and Email |
| Environmental Protection Agency | Environmental Protection Agency | Office of General Counsel 2310A<br>1200 Pennsylvania Ave NW, 2310A<br>Washington DC 20460 | | First Class Mail |
| Environmental Protection Agency Region 2 (NJ, NY, PR, VI) | Environmental Protection Agency Region 2 (NJ, NY, PR, VI) | 290 Broadway<br>New York NY 10007 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the McClatchy Company and its Affiliates | Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Attn: Paul J. Pascuzzi<br>400 Capitol Mall<br>Suite 1750<br>Sacramento CA 95814 | ppascuzzi@ffwplaw.com | Email |
| Counsel to Sitel Operating Corporation | Frost Brown Todd LLC | Attn: Edward M. King<br>400 W Market St<br>Suite 3200<br>Louisville KY 40202 | tking@fbtlaw.com | Email |
| Counsel to Washington Prime Group Inc. | Frost Brown Todd LLC | Attn: Ronald E. Gold & AJ Webb<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | rgold@fbtlaw.com<br>awebb@fbtlaw.com | Email |
| Counsel to Yang Ming (America) Corp., and Yang Ming Marine Transport Corp. | Gellert Scali Busenkell & Brown LLC | Attn: Gary F. Seitz<br>8 Penn Center<br>1628 John F. Kennedy Blvd, Suite 1901<br>Philadelphia PA 19103 | gseitz@gsbblaw.com | Email |
| Counsel to Henkel Corporation | Gibbons P.C. | Attn: Brett S. Theisen<br>One Pennsylvania Plaza<br>37th Floor<br>New York NY 10119-3701 | btheisen@gibbonslaw.com | Email |
| Counsel to Henkel Corporation | Gibbons P.C. | Attn: Howard A. Cohen<br>300 Delaware Avenue<br>Suite 1015<br>Wilmington DE 19801-1671 | hcohen@gibbonslaw.com | Email |
| Counsel to Waste Management National Services, Inc. | Goodwin Procter LLP | Attn: Barry Z. Bazian<br>The New York Times Building<br>620 Eighth Avenue<br>New York NY 10018 | gfox@goodwinlaw.com<br>bbazian@goodwinlaw.com | Email |
| Counsel to Cape Town Plaza LLC, New Westgate Mall LLC, and STAG IV Cheektowaga, LLC | Goulston & Storrs PC | Attn: Douglas B. Rosner<br>400 Atlantic Avenue<br>Boston MA 02110-3333 | drosner@goulstonstorrs.com | Email |
| Counsel to Cape Town Plaza LLC, New Westgate Mall LLC, and STAG IV Cheektowaga, LLC | Goulston & Storrs PC | Attn: Trevor R. Hoffmann<br>885 Third Avenue<br>18th Floor<br>New York NY 10022 | thoffmann@goulstonstorrs.com | Email |
| Counsel to American National Insurance Company | Greer, Herz & Adams, LLP | Attn: Frederick Black, Tara B. Annweiler, Marc D. Young<br>One Moody Plaza<br>18th Floor<br>Galveston TX 77550 | tannweiler@greerherz.com | Email |
| Co-Counsel to Taubman Landlords and NW Properties Landlords | Halperin Battaglia Benzija, LLP | Attn: Donna H. Lieberman, Esq.<br>40 Wall Street<br>37th Floor<br>New York NY 10005 | dlieberman@halperinlaw.net | Email |
| Top 20 Unsecured Creditor | Hanesbrands Inc | Attn: President or General Counsel<br>22680 Network Place<br>Chicago IL 60603 | Howard.Upchurch@hanes.com<br>Joia.Johnson@hanes.com | First Class Mail and Email |
| Top 20 Unsecured Creditor | HK Greatstar Int'l Co. Ltd. | Attn: Kiah T. Ford IV, Esq.<br>c/o Parker Poe Adams & Bernstein LLP<br>401 South Tryon Street, Suite 3000<br>Charlotte NC 28202 | chipford@parkerpoe.com | First Class Mail and Email |
| Counsel to UBS AG, as lender for the Sparrow Term Loan maturing 2019 | Hunton Andrews Kurth LLP | Attn: Brett L. Gross<br>200 Park Avenue<br>New York NY 10166 | bgross@HuntonAK.com | First Class Mail and Email |
| Top 20 Unsecured Creditor | Icon Health and Fitness Inc. | Attn: Everett Smith<br>1500 South 1000 West<br>Logan UT 84321 | esmith@iconfitness.com | First Class Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market Street<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | First Class Mail and Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | First Class Mail and Email |
| Counsel to Computershare Turst Company, N.A., as Indenture Trustee | Kelley Drye & Warren LLP | Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., T. Charlie Liu, Esq.<br>101 Park Avenue<br>New York NY 10178 | KDWBankruptcyDepartment@KelleyDrye.com<br>bfeder@kelleydrye.com<br>cliu@kelleydrye.com | Email |
| Counsel to PREIT Services, LLC, BET Investments, and the Robbins Companies | Kurtzman \| Steady, LLC | Attn: Jeffrey Kurtzman<br>401 S. 2nd Street<br>Suite 200<br>Philadelphia PA 19147 | kurtzman@kurtzmansteady.com | Email |
| Counsel to Oster Yorktown Properties, LLC | Lasser Hochman, L.L.C. | Attn: Richard L. Zucker<br>75 Eisenhower Parkway<br>Roseland NJ 07068 | rzucker@lasserhochman.com | Email |
| Counsel to Simon Property Group | Latham & Watkins LLP | Attn: Marc A. Zelina<br>885 Third Avenue<br>New York NY 10022 | marc.zelina@lw.com | Email |
| Counsel to Simon Property Group | Latham & Watkins LLP | Attn: Peter M. Gilhuly, Ted A. Dillman<br>355 South Grand Ave<br>Ste. 100<br>Los Angeles CA 90071-1560 | peter.gilhuly@lw.com<br>ted.dillman@lw.com | Email |
| Counsel to NW Properties Landlords | Law Office of Kevin S. Neiman, PC | Attn: Kevin S. Neiman<br>999 18th Street, Suite 1230 S<br>Denver CO 80202 | kevin@ksnpc.com | Email |
| Counsel to Cudlie Accessories LLC | Lazarus & Lazarus, P.C. | Attn: Harlan M. Lazarus<br>240 Madison Avenue<br>8th Floor<br>New York NY 10016 | hlazarus@lazarusandlazarus.com<br>harlan.lazarus@gmail.com | Email |
| Counsel to Westfield, LLC and its affiliate, Annapolis Mall Owner LLC, Brandon Shopping Center Partners LTD, Broward Mall LLC, Citrus Park Mall Owner LLC, Countryside Mall LLC, Roseville Shoppingtown LLC, Meriden Square Partnership, Montgomery Mall Owner LLC, North County Fair LP and EWH Escondido Associates, L.P., Oakridge Mall LLC, WEA Palm Desert LLC, Sarasota Shoppingtown LLC, WEA Southcenter LLC, Sunrise Mall LLC, UTC Venture LLC, Valencia Town Center Venture, L.P., Wheaton Plaza Regional Shopping Center LLC, Beneson Capital Partners, LLC and its affiliate Brooks Shopping Centers, LLC | LeCrairRyan, PLLC | Attn: Ilan Markus and Niclas A. Ferland<br>545 Long Wharf Drive<br>9th Floor<br>New Haven  CT 06511 | ilan.markus@leclairryan.com<br>niclas.ferland@leclairryan.com | Email |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Attn: David G. Aelvoet<br>711 Navarro Street<br>Ste 300<br>San Antonio TX 78205 | sanantonio.bankruptcy@publicans.com | Email |
| Counsel to Tarrant County and Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75027 | dallas.bankruptcy@publicans.com | Email |
| Counsel to Matagorda County, Angelina County, Cleveland ISD, Galveston County, Orange County, Cypress-Fairbanks ISD, Tyler County, Fort Bend County, Wharton Co Jr Coll Dist, Harris County, Jasper County, Houston CAD, Montgomery County, and Polk County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman<br>PO Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@publicans.com | Email |
| Counsel to Pension Benefit Guaranty Corporation | Locke Lord LLP | Attn: Brian A. Raynor, Aaron C. Smith<br>111 South Wacker Drive<br>Chicago IL 60606 | braynor@lockelord.com<br>asmith@lockelord.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the County of Anderson, Texas, Bastrop County Water Control and Improvement District #2, The County of Bastrop, Texas, Tax Appraisal District of Bell County, The County of Bosque, Texas, Bowie Central Appraisal District, The County of Brazos, Texas, Brown County Appraisal District, Burnet Central Appraisal District, Cherokee County Appraisal District, The County of Cherokee, Texas, The County of Comal, Texas, The County of Coryell, Texas, The County of Denton, Texas, Denton County Road Utility District #1, County of Erath, The County of Guadalupe, Texas, Harrison Central Appraisal District, The County of Harrison, Texas, The County of Hays, Texas, The County of Henderson, Texas, The County of Jasper, Texas, Groesbeck Independent School District, The City of Groesbeck, Texas, Mexia Independent School District, City of Waco and/or Waco Independent School District, Midland Central Appraisal District, Central Appraisal District of Taylor County, Terry County Appraisal District, The County of Wharton, Texas and The County of Williamson, Texas, (jointly "The Texas Ad Valorem Taxing Jurisdictions") | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay<br>P. O. Box 1269<br>Round Rock TX 78680 | tleday@mvbalaw.com | Email |
| Counsel to Automotive Rentals, Inc., and ARI Fleet LT | McGlinchey Stafford, PLLC | Attn: Brian S. McGrath, Kristen D. Romano<br>112 West 34th Street<br>Suite 1515<br>New York NY 10120 | bmcgrath@mcglinchey.com<br>kromano@mcglinchey.com | Email |
| Counsel to Missouri Department of Revenue | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther, Special Assistant Attorney General<br>301 W. High Street, Room 670<br>P.O. Box 475<br>Jefferson City MO 65105-0475 | sdnyecf@dor.mo.gov | Email |
| Counsel to Allure Gems, LLC | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Robert K. Dakis<br>909 Third Avenue<br>New York NY 10022 | bankruptcy@morrisoncohen.com | Email |
| Counsel to International Airport Center, Inc. | Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry<br>500 N. Akard Street<br>Suite 3800<br>Dallas TX 75201-6659 | dperry@munsch.com | Email |
| Counsel to the Comptroller of Public Accounts of the State of Texas | Office of the Texas Attorney General | Attn: Rachel R. Obaldo, Assistant Attorney General<br>Bankruptcy & Collections Division MC 008<br>P.O. Box 12548<br>Austin TX 78711-2548 | rachel.obaldo@oag.texas.gov | Email |
| United States Trustee Southern District of New York | Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey<br>201 Varick St.<br>Ste. 1006<br>New York NY 10014 | richard.morrissey@usdoj.gov<br>paul.schwartzberg@usdoj.gov | First Class Mail and Email |
| Top 20 Unsecured Creditor | Paco (China) Garment Ltd | Attn: President or General Counsel<br>No 9 Yueyang Road, Building B<br>Qingdao Shandong 266000 China | lily@pacogarment.com | First Class Mail and Email |
| Counsel to Hangzhou GreatStar Industrial Co., Ltd | Parker Poe Adams & Bernstein LLP | Attn: Kiah T. Ford IV<br>401 South Tryon Street<br>Suite 3000<br>Charlotte NC 28202 | chipford@parkerpoe.com | Email |
| Counsel to Richardson ISD, City of Garland, Garland ISD, Carrolton-Farmers Branch ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Ebony Cobb<br>500 E. Border Street<br>Suite 640<br>Arlington TX 76010 | ecobb@pbfcm.com | Email |
| Counsel to Lubbock Central Appraisal District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe<br>P.O. Box 817<br>Lubbock TX 79408 | lmbkr@pbfcm.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Spring Branch Independent School District, et al | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | osonik@pbfcm.com | Email |
| Counsel to MCS Hemet Valley Center LLC | Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy<br>525 B Street<br>Suite 2200<br>San Diego CA 92101 | gerald.kennedy@procopio.com | Email |
| Counsel to Southhaven Associates LLC | Reid and Riege, P.C. | Attn: Charles J. Filardi, Jr.<br>One Financial Plaza<br>21st Floor<br>Hartford CT 06103 | cfilardi@rrlawpc.com | Email |
| Counsel to East End Commons Associates LLC | Robinson Brog Leinwand Greene Genovese & Gluck P.C. | Attn: Fred B. Ringel, Esq.<br>875 Third Avenue<br>9th Floor<br>New York NY 10022 | fbr@robinsonbrog.com | Email |
| Counsel to Apex Tool Group, LLC | Ropes & Gray LLP | Attn: Gregg M. Galardi, Kimberly J. Kodis, Sam N. Ashuraey<br>1211 Avenue of the Americas<br>New York NY 10036-8704 | gregg.galardi@ropesgray.com<br>kimberly.kodis@ropesgray.com<br>sam.ashuraey@ropesgray.com | Email |
| Counsel to Sakar International Inc. | Sakar | Attn: Jay Weinblatt<br>195 Carter Drive<br>Edison NJ 08817 | jweinblatt@sakar.com | Email |
| Top 20 Unsecured Creditor | Samsung Electronics America HA | Attn:  President or General Counsel<br>85 Challenger Road, 7th Floor<br>Ridgefield Park NJ 07660 | jhaughton@sea.samsung.com | First Class Mail and Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | First Class Mail and Email |
| Counsel to Sears Hometown and Outlet Stores, Inc. | Shearman & Sterling LLP | Attn: Fredric Sosnick, Sara Coelho<br>599 Lexington Avenue<br>New York NY 10022 | fsosnick@shearman.com<br>sara.coelho@shearman.com | Email |
| Counsel to Manco Florida Associates, LLC | Shutts & Bowen LLP | Attn: Ryan C. Reinert, Esq.<br>4301 W. Boy Scout Blvd<br>Suite 300<br>Tampa FL 33607 | rreinert@shutts.com | Email |
| Counsel to Simon Property Group, L.P. | Simon Property Group, L.P. | Attn: Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis IN 46204 | rtucker@simon.com | Email |
| Counsel to Summit Portraits, LLC | Singer & Levick, P.C. | Attn: Michelle E. Shriro<br>16200 Addison Road<br>Suite 140<br>Addison TX 75001 | mshriro@singerlevick.com | Email |
| Counsel to Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq.<br>155 N. Wacker Drive<br>Chicago IL 60606 | paul.leake@skadden.com<br>shana.elberg@skadden.com<br>george.howard@skadden.com | First Class Mail and Email |
| Counsel to Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq.<br>4 Times Square<br>New York NY 10036 | Paul.Leake@skadden.com<br>Shana.Elberg@skadden.com<br>George.Howard@skadden.com | First Class Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Quest Resource Management Group, LLC | Skierski Jain PLLC | Attn: Doug Skierski, Kristin H. Jain<br>400 N. St. Paul<br>Suite 510<br>Dallas TX 75201 | enotices@skijain.com | Email |
| Counsel to Florida Self-Insurers Guaranty Association, Inc. | Sorenson Van Leuven, PLLC | Attn: James E. Sorenson<br>PO Box 3637<br>Tallahassee FL 32315-3637 | bk@svllaw.com | Email |
| Counsel to Levin Management Corporation, Phillips Edison & Company, Conopco Inc. dba Unilever | Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin<br>P.O. Box 5315<br>Princeton NJ 08543 | tonder@stark-stark.com<br>jlemkin@stark-stark.com | Email |
| Counsel to Dell Financial Services L.L.C | Streusand, Landon, Ozburn & Lemon, LLP | Attn: Sabrina L. Streusand<br>1801 S. Mopac Expressway<br>Suite 320<br>Austin TX 78746 | streusand@slollp.com | Email |
| Counsel to Fairholme Capital Management, LLC, and the Fairholme Funds, Inc. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Brian D. Glueckstein, David R. Zylberberg<br>125 Broad Street<br>New York NY 1004-2498 | dietdericha@sullcrom.com<br>zylberbergd@sullcrom.com | Email |
| Counsel to Vertical Industrial Park Associates | Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Michael J. Riela<br>900 Third Avenue<br>13th Floor<br>New York NY 10022 | Riela@thsh.com | Email |
| Top 20 Unsecured Creditor | Tata Consultancy Services Ltd. | Attn: President or General Counsel<br>379 Thornal Street, 4th Floor<br>Edison NJ 08837 | ashish.gupta@searshc.com | First Class Mail and Email |
| Counsel to the Taubman Landlords | Taubman Landlords | Attn: Andrew S. Conway<br>200 East Long Lake Road<br>Suite 300<br>Bloomfield Hills MI 48304 | aconway@taubman.com | Email |
| Successor Trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes | The Bank of New York Mellon Trust Company | Attn: Corporate Trust Administration<br>101 Barclay St., Floor 8W<br>New York NY 10286 | | First Class Mail |
| Top 5 Secured Creditor and Pension Benefit Guaranty Corporation ("PBGC") | The Pension Benefit Guaranty Corporation (PBGC) | Attn: Judith Starr General Counsel<br>Office of the Chief Counsel<br>1200 K Street, N.W., Suite 300<br>Washington DC 20005-4026 | Starr.Judith@pbgc.gov | First Class Mail and Email |
| Top 20 Unsecured Creditor | TJ Tianxing Kesheng Leather Products Co Ltd | Attn: President or General Counsel<br>No. 2 Jianshe Road Baodi District<br>Tianjin Tianjin 301200 China | powerwangtxks@vip.126.com | First Class Mail and Email |
| Counsel to the Tennessee Department of Revenue | TN Dept of Revenue | Attn: Herbert H. Slatery III, Marvin E. Clements, Jr.<br>c/o TN Attorney General's Office, Bankruptcy Division<br>PO Box 20207<br>Nashville TN 37202-0207 | AGBankNewYork@ag.tn.gov | Email |
| Indenture trustee for the KCD IP Asset Backed Notes | U.S. Bank National Association | Attn: Jose A Galarza, Vice President, Global Structured Finance<br>190 S. LaSalle Street, 3rd Floor<br>MS: MK-IL-SL7M<br>Chicago IL 60603 | jose.galarza@usbank.com | First Class Mail and Email |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division<br>86 Chambers Street<br>3rd Floor<br>New York NY 10007 | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov<br>Lawrence.Fogelman@usdoj.gov<br>Peter.Aronoff@usdoj.gov<br>Linda.Riffkin@usdoj.gov | First Class Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to NorthStar Group Services, Inc. | Vedder Price P.C. | Attn: Michael L. Schein<br>1633 Broadway<br>31st Floor<br>New York NY 10019 | mschein@vedderprice.com | Email |
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny Singh<br>767 Fifth Avenue<br>New York NY 10153 | ray.schrock@weil.com<br>garrett.fail@weil.com<br>jacqueline.marcus@weil.com<br>sunny.singh@weil.com<br>JeriLeigh.Miller@weil.com<br>jessica.liou@weil.com<br>Paloma.VanGroll@weil.com | Email |
| Top 20 Unsecured Creditor | Whirlpool Corporation | Attn: Kristen Hewitt<br>600 West Main St.<br>Benton Harbor MI 49022-2692 | Kristen.Hewitt@whirlpool.com<br>aaron_d_spira@whirlpool.com<br>james_k_koenig@whirlpool.com | First Class Mail and Email |
| Indenture Trustee for the Second Lien Notes | Wilmington Trust, National Association | Attn: Sears Holdings Corp. Administrator<br>Corporate Capital Markets<br>50 South Sixth Street, Suite 1290<br>Minneapolis MN 55402 | | First Class Mail |
| Top 20 Unsecured Creditor | Winiadaewoo Electronics America | Attn: Hyun Suk Choi, Esq.<br>c/o Choi & Park, LLC<br>11 Broadway, Suite 615<br>New York NY 10004 | hchoi@choiandpark.com<br>cpark@choiandpark.com<br>lkleist@choiandpark.com<br>junggu.ahn@daewoo-elec.com<br>kimmj@daewoo-elec.com | First Class Mail and Email |
| Top 20 Unsecured Creditor | Winners Industry Company Limited | Attn: President or General Counsel<br>Unit A, Wah Lung Building<br>49-53 Wang Lung Street,Tsuen wan,<br>New Territories Hong Kong | | First Class Mail |