# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In RE: | ) | Chapter 11 Case Number 18-23538 |
| | ) | |
| Sears Holdings Corporation | ) | JUDGE: ROBERT D. DRAIN |
| Debtor(s) | ) | |
| Joyce Franklin | ) | **MOTION FOR ADMISSION** |
| Plaintiff | ) | **TO PRACTICE, *PRO HAC VICE*** |
| v. | ) | |
| Kmart Corporation, et. al., | ) | Lucas County Court of Common Pleas |
| Defendant(s) | ) | Case No.: G-4801-CI-0201803819-000 |

*********************************************************************

I, Jaime L. Agnew, Esq., request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Joyce Franklin, a Plaintiff in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Ohio and the bar of the U.S. District Court for the Northern District of Ohio.

I have submitted the filing fee of two hundred dollars and zero cents ($200.00) with this motion for *pro hac vice* admission.

Dated: 10/22/2018

Respectfully submitted,

/s/ *Jaime L. Agnew, Esq.*
Jaime L. Agnew (0081919)
*AGNEW Law Office, LLC*
Attorney for Movant
1144 S. Detroit #140215
Toledo, OH 43614
P: (419) 944-0880
F: (419) 382-1916
jaimeagnew21@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon the following parties by electronic notice on this ~~____ day of October, 2018.~~ *the date of filing.*

**By Electronic Notice:**

**Attorney For Defendant (Lucas County Common Pleas):**
Keith A. Savidge, Esq. (0014242)
Terese M. Fennell, Esq. (0070871)
Seeley, Savidge, Ebert, & Gourash Co., L.P.A.
26600 Detroit Rd.
Cleveland, OH 44145-2397
(216) 566-8200; (216) 566-0213
Ksavidge@sseg-law.com
tfennell@sseg-law.com

**Attorney For Debtor (Southern District New York):**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, New York 10153
(212) 310-8000; (212) 310-8007
Ray C. Schrock P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

/s/ *Jaime L. Agnew, Esq.*
Jaime L. Agnew (0081919)

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In RE: | ) | Chapter 11 Case Number 18-23538 |
| | ) | |
| Sears Holdings Corporation | ) | JUDGE: ROBERT D. DRAIN |
| Debtor(s) | ) | |
| Joyce Franklin | ) | **ORDER** |
| Plaintiff | ) | |
| v. | ) | |
| Kmart Corporation, et. al., | ) | Lucas County Court of Common Pleas |
| Defendant(s) | ) | Case No.: G-4801-CI-0201803819-000 |

**************************************************************************

Upon the motion of Jaime L. Agnew, Esq., to be admitted *pro hac vice*, to represent Joyce Franklin (the "Client") a Plaintiff in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and, the bar of the U.S. District Court for the Northern District of Ohio, it is hereby

**ORDERED**, that Jaime L. Agnew, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____

_____, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# Agnew Law Office, LLC

Jaime L. Agnew, Esq.

1144 S. Detroit #140215
Toledo, OH 43614
Phone: (419) 944-0880
Email: jaimeagnew21@gmail.com

October 22, 2018

Clerk
Bankruptcy Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

RE:   *Sears*
      18-23538

Dear Clerk:

Attached for filing is a motion for Pro Hac Vice admission. As per the clerk's online instruction, I have enclosed a hard copy for filing, 2 copies for return receipt, a stamped envelope, a hard copy of the order, and a CD containing the PDF and Word format copies, and finally a check in the amount of two hundred dollars and zero cents ($200.00). Thank you.

Sincerely,

Jaime L. Agnew
Attorney at Law