**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Sears Holdings Corporation, *et. al.*, | ) Case No. 18-23538 (RDD) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Alyssa E. Kutner to be admitted, ***pro hac vice***, to represent C.J. Segerstrom & Sons, S-Tract LLC, and FBA Holdings, Inc. in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar of the State of New York, the State of Massachusetts, and the United States District Court for the District of Massachusetts, it is hereby

**ORDERED,** that Alyssa E. Kutner, Esq., is admitted to practice, ***pro hac vice***, in the above referenced bankruptcy cases to represent C.J. Segerstrom & Sons, S-Tract LLC, and FBA Holdings, Inc. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October 25, 2018           /s/ Robert D. Drain                          _
White Plains, New York            THE HONORABLE ROBERT D. DRAIN
                                  UNITED STATES BANKRUPTCY JUDGE

DMEAST #32946523 v1