**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Sears Holdings Corporation, *et al.*, | ) Case No. 18-23538 (RDD) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Matthew G. Summers to be admitted, *pro hac vice*, to represent Federal Realty Investment Trust, Federal Realty Investment Trust, Acadia Realty Limited Partnership, PGIM Real Estate, Pacific Retail Group, WBCMT 2007-C33 Independence Center LLC, Starwood Retail Partners LLC, Kravco Company, Brixmor Property Group, Inc., Centennial Real Estate Co., CenterCal Properties, LLC, C. E. Johns Company, Inc., GEM Realty Capital, Inc., GS Pacific ER, LLC, The Macerich Company, Vintage Real Estate, LLC, and White Plains Galleria Limited Partnership in the above referenced case; and upon the movant's certification that the movant is a member in good standing of the bars of the States of Delaware and Maryland, and licensed to practice before all courts of those states, and also admitted to practice in the United States District Court for the District of Delaware and the United States District Court for the District of Maryland, it is hereby

**ORDERED,** that Matthew G. Summers, is admitted to practice, *pro hac vice*, in the above referenced bankruptcy case to represent Federal Realty Investment Trust, Federal Realty Investment Trust, Acadia Realty Limited Partnership, PGIM Real Estate, Pacific Retail Group, WBCMT 2007-C33 Independence Center LLC, Starwood Retail Partners LLC, Kravco Company, Brixmor Property Group, Inc., Centennial Real Estate Co., CenterCal Properties, LLC, C. E. Johns Company, Inc., GEM Realty Capital, Inc., GS Pacific ER, LLC, The Macerich

Company, Vintage Real Estate, LLC, and White Plains Galleria Limited Partnership in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October 25, 2018            /s/ Robert D. Drain
White Plains, New York            THE HONORABLE ROBERT D. DRAIN
                                               UNITED STATES BANKRUPTCY JUDGE