# CERTIFICATE OF SERVICE

I, Thomas S. Onder, Esq., do hereby certify that on October 25, 2018, I caused a true and correct copy of the foregoing Limited Objection and Reservation of Rights of Phillips Edison & Company and Levin Management Corporation to Debtors' Motion for Authority to (A) Obtain Postpetition Financing (B) Use Cash Collateral; (C) Grant Certain Protections to Prepetition Secured Parties; and (D) Schedule Second Interim Hearing and Final Hearing to be served electronically and by U.S. Mail upon all those identified in the below Service List in accordance with this Court's Case Management Order [Docket No. 139].

*/s/ Thomas S. Onder*
Thomas S. Onder
STARK & STARK, P.C.

4849-5975-6665, v. 2

**SERVICE LIST**

Honorable Robert D. Drain
U.S. Bankruptcy Court – SDNY
300 Quarropas Street, Room 248
White Plains, NY 10601

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
*Debtors*

Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, Esq., Jacqueline Marcus, Esq., Garrett A. Fail, Esq. and Sunny Singh, Esq.
767 Fifth Avenue
New York, NY 10153
*Proposed Attorneys for the Debtors*

Office of the U.S. Trustee
Attn: Paul Schwartzsberg, Esq.
201 Varick Street, Suite 1006
New York, NY 10014

Skadden, Arps, Slate Meagher & Flom LLP
Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq. and George R. Howard, Esq.
4 Times Square
New York, NY 10036
*Attorneys for Bank of America, N.A.*

Davis Polk & Wardell LLP
Attn: Marshall S. Huebner, Esq. and Eli J. Vonnegut, Esq.
450 Lexington Ave.
New York, NY 10017
*Attorneys for Citibank, N.A.*

Cleary, Gottlieb
Attn: Sean A. O'Neal, Esq.
One Liberty Plaza
New York, NY 1006
*Attorneys for JPP, LLC*

Kelley Drye & Warren LLP
Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq. and T. Charlie Liu, Esq.
101 Park Ave.
New York, NY 10178
*Attorneys for Computershare Trust Comp.*

Wilmington Trust, National Association, Corporate Capital Markets
Attn: Sears Holdings Corp. Administrator
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402
*Trustee for Second Lien Notes*

Carter Ledyard & Millburn LLP
Attn: James Gadsden, Esq.
2 Wall Street
New York, NY 10015
*Attorneys for The Bank of New York Mellon Trust Company*

Locke Lord LLP
Attn: Brian A. Raynor, Esq.
111 South Wacker Drive
Chicago, IL 60606
*Attorneys for Pension Benefit Guaranty Corporation*

4849-5975-6665, v. 2