Leslie A. Plaskon, Esq.
Andrew V. Tenzer, Esq.
Shlomo Maza, Esq.
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 318-6000
Fax: (212) 319-4090
leslieplaskon@paulhastings.com
andrewtenzer@paulhastings.com
shlomomaza@paulhastings.com

*Attorneys for GACP II, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| ----------------------------------------------- x | | |
| | : | |
| In re: | : | Chapter |
| | : | 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | |
| | : | Case No. 18-23538-RDD |
| Debtors.[1] | : | |
| ----------------------------------------------- x | | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICES AND DOCUMENTS**

 **PLEASE TAKE NOTICE** that Paul Hastings LLP hereby appears in the above-

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

captioned chapter 11 cases on behalf of GACP II, L.P., and requests that copies of all notices given, or required to be given, in these cases and all papers served in these cases be given to and served upon the following:

> Leslie A. Plaskon, Esq.
> Andrew V. Tenzer, Esq.
> Shlomo Maza, Esq.
> Paul Hastings LLP
> 200 Park Avenue
> New York, NY 10166
> Tel: (212) 318-6000
> Fax: (212) 319-4090
> leslieplaskon@paulhastings.com
> andrewtenzer@paulhastings.com
> shlomomaza@paulhastings.com

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys consent to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the above-captioned debtors or property of the above-captioned debtors.

*[Remainder of page intentionally left blank.]*

Dated:  October 25, 2018
New York, New York

/s/ Shlomo Maza
Leslie A. Plaskon, Esq.
Andrew V. Tenzer, Esq.
Shlomo Maza
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 318-6000
Fax: (212) 319-4090
leslieplaskon@paulhastings.com
andrewtenzer@paulastings.com
shlomomaza@paulhastings.com

*Attorneys for GACP II, L.P.*