**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | * | |
| SEARS HOLDINGS CORPORATION, et al. | * | Case No.: 18-23538-RDD (Lead) |
| | | (Chapter 11) |
| | * | (Jointly Administered) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned, John T. Farnum, Esq. of Linowes and Blocher LLP, hereby enters his appearance as counsel on behalf of LTMAC Properties, LLC in the above-captioned case.

Counsel requests notice of all hearings and conferences herein and service of all papers, including but without limitation any application, motion, pleading, letter or demand, formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, ECF or otherwise filed with or delivered to the Clerk of the Court in connection with the above-captioned case and any proceedings related thereto.

**-Signature Page Follows-**

\*\*L&B 7168399v1/13346.0002

Dated: October 25, 2018   Respectfully Submitted,

**LINOWES AND BLOCHER LLP**

/s/ John T. Farnum
John T. Farnum, Esq.
7200 Wisconsin Avenue, Suite 800
Bethesda, Maryland 20814
(301) 961-5275 (telephone)
(301) 654-2801 (facsimile)
jfarnum@linowes-law.com

*LTMAC Properties, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of October, 2018, I caused the foregoing Notice of Appearance and Request for Notice to be served via CM/ECF upon those entitled to receive ECF notices in this Chapter 11 case.

*/s/ John T. Farnum*
John T. Farnum

**L&B 7168399v1/13346.0002