UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Peter B. Siroka, certify that on October 24, 2018, I caused true copies of the *Notice of Appearance and Request for Notices and Service of Papers* (Docket Entry #268) to be filed via the Court's CM/ECF filing system, and caused to be served, by electronic mail to the e-mail addresses listed on Exhibit A attached hereto, copies of the notice of electronic filing generated by the CM/ECF filing system, pursuant to Section II-B-1 the Court's Procedures for the Filing, Signing, and Verification of Documents by Electronic Means. I further certify that I caused a paper copy of the above referenced document to be sent via FedEx overnight delivery to:

> Office of The United States Trustee
> U.S. Federal Office Building
> 201 Varick Street, Suite 1006
> New York, NY 10014

I further certify that I caused paper copies of the above referenced document to be sent via First Class United States mail to the below listed counsel / entities.

Adam M. Adler on behalf of Claims and Noticing Agent Prime Clerk, LLC
Prime Clerk LLC
830 Third Avenue
9th Floor
New York, NY 10022

Bruce Buechler on behalf of Interested Party Active Media Services, Inc. d/b/a Active International
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068


Jonathan D. Marshall on behalf of Creditor Wells Fargo Bank, National Association
Brown Rudnick LLP
One Financial Center
Boston, MA 02111


Eli J. Vonnegut on behalf of Creditor Citibank, N.A.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017


Dated:      New York, New York
            October 25, 2018

            /s/ Peter B. Siroka
            Peter B. Siroka
            peter.siroka@friedfrank.com

# Exhibit A

E-mail Service List as of October 24, 2018 at 1:09 pm (time of filing)

sanantonio.bankruptcy@publicans.com; tannweiler@greerherz.com; saron@wrslawyers.com; jnarcise@wrslawyers.com; bbains@l-llp.com; ehyman@l-llp.com; ltemp@l-llp.com; baird.michael@pbgc.gov; efile@pbgc.gov; kbifferato@connollygallagher.com; jeff.bjork@lw.com; dblau@clarkhill.com; phillip.bohl@gpmlaw.com; ecfcases@borgeslawllc.com; branchd@ballardspahr.com; carolod@ballardspahr.com; duane.brescia@clarkhillstrasburger.com; bkrtcynotices@clarkhillstrasburger.com; donna.krupa@clarkhillstrasburger.com; Kathi.Alexander@clarkhillstrasburger.com; bkecf@co.travis.tx.us; maofiling@cgsh.com; jbromley@cgsh.com; lynn.butler@huschblackwell.com; penny.keller@huschblackwell.com; christine.deacon@huschblackwell.com; dkm@renozahm.com; mcatalfimo@carterconboy.com; hmclenithan@carterconboy.com; rmcfee@carterconboy.com; jstein@carterconboy.com; ecobb@pbfcm.com; hchoi@choiandpark.com; lkleist@choiandpark.com; cpark@choiandpark.com; jpatten@choiandpark.com; schristianson@buchalter.com; cmcintire@buchalter.com; agbanknewyork@ag.tn.gov; aconway@taubman.com; cusick.kelly@pbgc.gov; efile@pbgc.gov; rdakis@morrisoncohen.com; bankruptcy@morrisoncohen.com; rdavis@cafarocompany.com; andrew.devore@ropesgray.com; nova.alindogan@ropesgray.com; dietdericha@sullcrom.com; s&cmanagingclerk@sullcrom.com; andrew-dietderich-6008@ecf.pacerpro.com; MAASSE@SULLCROM.COM; BAKERR@SULLCROM.COM; houston_bankruptcy@publicans.com; ted.dillman@lw.com; caroline.djang@bbklaw.com; lisa.spencer@bbklaw.com; arthur.johnston@bbklaw.com; redwards@l-llp.com; ehyman@l-llp.com; ltemp@l-llp.com; cessenfeld@halperinlaw.net; cmitchell@halperinlaw.net; MFelger@cozen.com; MBrickley@cozen.com; cfilardi@rrlawpc.com; abothwell@rrlawpc.com; chipford@parkerpoe.com; emfox@seyfarth.com; gfox@goodwinprocter.com; jfroehlich@lockelord.com; Patricia.Fugee@FisherBroyles.com; ecf@cftechsolutions.com; bankruptcy@clm.com; gregg.galardi@ropesgray.com; nova.alindogan@ropesgray.com; Agamza@mosessinger.com; dkick@mosessinger.com; jbonteque@mosessinger.com; kkolbig@mosessinger.com; rcorbi@mosessinger.com; sgerald@wtplaw.com; clano@wtplaw.com; peter.gilhuly@lw.com; peter-gilhuly-1776@ecf.pacerpro.com; sdnyecf@dor.mo.gov; rgold@fbtlaw.com; awebb@fbtlaw.com; bmparker@fbtlaw.com; eseverini@fbtlaw.com; egoodman@bakerlaw.com; cary.cain@mvbalaw.com; bankruptcy@mvbalaw.com; mhall@foxrothschild.com; cbrown@foxrothschild.com; paul.harner@lw.com; heilmanl@ballardspahr.com; lanoc@ballardspahr.com; Nherman@morganlewis.com; mherz@formanlaw.com; cbrown@formanlaw.com; akatz@lockelord.com; skelly@s-d.com; gerald.kennedy@procopio.com; kristina.terlaga@procopio.com; lenore.joseph@procopio.com; kim.erin@pbgc.gov; efile@pbgc.gov; tking@fbtlaw.com; lkiss@klestadt.com; john.knapp@millernash.com; lisa.petras@millernash.com; jkurtzma@klehr.com; kutnera@ballardspahr.com; plabov@foxrothschild.com; msteen@foxrothschild.com; klangley@l-llp.com; ehyman@l-llp.com; ltemp@l-llp.com; pgentry@l-llp.com; gillazarus@gmail.com; hmllaw@att.net; hlazarus@lazarusandlazarus.com; wendy.lamanna@skadden.com;

andrea.chouprouta@skadden.com; jlemkin@stark-stark.com; llichtman@honigman.com; litdocket@honigman.com; jacqueline.marcus@weil.com; jessica.liou@weil.com; matthew.goren@weil.com; candace.arthur@weil.com; ilan.markus@leclairryan.com; kim.knicely@leclairryan.com; wendy.kane@leclairryan.com; mmccann@swc-law.com; mmccann@swc-law.com; mccarron.william@pbgc.gov; efile@pbgc.gov; bmcgrath@mcglinchey.com; cmiller@mnat.com; aconway@mnat.com; smiller@morrisjames.com; bankruptcy@morrisoncohen.com; lmbkr@pbfcm.com; krobertson@ecf.inforuptcy.com; eneiger@askllp.com; lmiskowiec@askllp.com; knewman@barclaydamon.com; soneal@cgsh.com; maofiling@cgsh.com; bk-robaldo@oag.texas.gov; sherri.simpson@oag.texas.gov; tonder@stark-stark.com; ppascuzzi@ffwplaw.com; bk@brookfieldpropertiesretail.com; dipesh.patel@saul.com; eperal@wilkauslander.com; dperry@munsch.com; dpick@picklaw.net; ezabicki@picklaw.net; pollack@ballardspahr.com; arainone@bracheichler.com; jpmartin@bracheichler.com; rreinert@shutts.com; juanitasanchez@shutts.com; greiss@reisspreuss.com; riela@thsh.com; fbr@robinsonbrog.com; brogers@berlawoffice.com; kromano@mcglinchey.com; drosner@goulstonstorrs.com; brotenberg@csglaw.com; ecf@csglaw.com; austin.bankruptcy@lgbs.com; mschein@vedderprice.com; ecfnydocket@vedderprice.com; docketing-6992@ecf.pacerpro.com; michael-schein-3874@ecf.pacerpro.com; eschmidt@cozen.com; bradley.schneider@mto.com; eschnitzer@ckrlaw.com; ray.schrock@weil.com; matthew.goren@weil.com; christopher.stauble@weil.com; gseitz@gsbblaw.com; gary.seitz@gmail.com; mshakouri@goodkinlynch.com; mshriro@singerlevick.com; scotton@singerlevick.com; croote@singerlevick.com; ksimard@choate.com; sunny.singh@weil.com; Andriana.Georgallas@weil.com; Paloma.VanGroll@weil.com; enotices@skijain.com; asmith@lockelord.com; chicagodocket@lockelord.com; jcataldo@lockelord.com; nsongonuga@gibbonslaw.com; osonik@pbfcm.com; tpope@pbfcm.com; osonik@ecf.inforuptcy.com; fsosnick@shearman.com; ssouthard@klestadt.com; rsteinberg@pricemeese.com; RStieglitz@cahill.com; MMcLoughlin@cahill.com; ma@cahill.com; streusand@slollp.com; prentice@slollp.com; tarr@blankrome.com; btheisen@gibbonslaw.com; mcto@debevoise.com; mao-bk-ecf@debevoise.com; amcdermott@debevoise.com; gtoering@wnj.com; rtucker@simon.com; bankruptcy@simon.com; curtis.tuggle@thompsonhine.com; ECFDocket@thompsonhine.com; USTPRegion02.NYECF@USDOJ.GOV; James.Vincequerra@alston.com; dhw@dhclegal.com; aweaver@cgsh.com; maofiling@cgsh.com; dallas.bankruptcy@publicans.com; Beth.weller@lgbs.com; Dora.Casiano-Perez@lgbs.com; KDWBankruptcyDepartment@Kelleydrye.com; MVicinanza@ecf.inforuptcy.com; wilson.garth@pbgc.gov; efile@pbgc.gov; ty@devacklaw.com; marc.zelina@lw.com; szuber@csglaw.com; ecf@csglaw.com; rzucker@lasserhochman.com; pzumbro@cravath.com; mao@cravath.com