Christopher R. Belmonte
Abigail Snow
Pamela Bosswick
SATTERLEE STEPHENS LLP
230 Park Avenue
New York, New York 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606

*Attorneys for International Business Machines Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re:                                         : Chapter 11
                                               :
SEARS HOLDINGS CORPORATION, *et al.*,          : Case No. 18-23538 (RDD)
                                               :
                    Debtors.                   : (Jointly Administered)
                                               :
-----------------------------------------------------------------X

### NOTICE OF APPEARANCE AND
### REQUEST FOR NOTICE AND DOCUMENTS

PLEASE TAKE NOTICE that, the undersigned hereby appears as counsel for International Business Machines Corporation ("IBM"), a party in interest herein under 11 U.S.C. § 1109(b), in the above-captioned case. Such counsel hereby enters its appearance, pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010, and, pursuant to 11 U.S.C. §§ 102(1) and 342, and Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, requests that copies of all notices or pleadings filed, given or required to be given in this case, and all papers served or required to be served in this case, be delivered to and served upon the undersigned at the following offices, post office addresses, email addresses, fax and telephone numbers:

1

3086390_1

Christopher R. Belmonte, Esq.
Abigail Snow, Esq.
Pamela Bosswick, Esq.
Satterlee Stephens LLP
230 Park Avenue
New York, New York 10169
Tel:   (212) 818-9200
Fax:   (212) 818-9606
Email: cbelmonte@ssbb.com
asnow@ssbb.com
pbosswick@ssbb.com

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affects the Debtors or the property of the Debtors.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), IBM requests that its counsel be provided with copies of any disclosure statements and plans of reorganization.

This Notice of Appearance and Request for Notice and Documents shall not be deemed or construed to be a waiver of the rights of IBM to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court or the Bankruptcy Court abstain from hearing any

2

3086390_1

matter subject to such abstention, (iv) have the District Court withdraw the reference in any matters subject to such withdrawal, or (v) any other rights, claims, set-offs, or recoupments to which it may be entitled, which rights it expressly reserves.

Dated: New York, New York
      October 25, 2018

SATTERLEE STEPHENS LLP

Attorneys for International Business Machines Corporation

By: _____
      Christopher R. Belmonte
      Abigail Snow
      Pamela Bosswick
230 Park Avenue
New York, New York 10169
(212) 818-9200

3

3086390_1

## DECLARATION OF SERVICE

Christopher R. Belmonte, declares:

1.    I am a partner of Satterlee Stephens LLP which represents International Business Machines Corporation. I am a citizen of the United States, over the age of 18, and competent to make this Declaration.

2.    On October 25, 2018, I caused to be electronically filed the Notice of Appearance and Request for Notice and Documents on behalf of International Business Machines Corporation with the Clerk of the court (using the CM/ECF System).

3.    In addition, on October 25, 2018, I caused to be served the foregoing document via U.S. Mail upon the persons listed below:

Adam M. Adler
Prime Clerk LLC
830 Third Avenue, 9th Floor
New York, NY 10022

David G. Aelvoet
Linebarger Goggan Blair Pena & Sampson
711 Navarro, Suite 300
San Antonio, TX 78205

Tara B. Annweiler
Greer, Herz, & Adams, LLP
One Moody Plaza, 18th Floor
Galveston, TX 77550

Simon Aron
Wolf Rifkin Shapiro & Schulman & Rabkin, LLP
11400 W. Olympic Blvd., 9th Fl.
Los Angeles, CA 90064

Brandon K. Bains
Rachel E. Edwards
Keith A. Langley
Langley LLP
1301 Solana Blvd.
Building 1, Suite 1545
Westlake, TX 76262

Michael I. Baird
Kelly Rose Cusick
Erin C. Kim
Pension Benefit Guaranty Corporation
(U.S. Government Agency)
1200 K Street, N.W., Suite 340
Washington, DC 20005

Karen C. Bifferato
Connolly Gallagher LLP
1000 West Street, Suite 1400
Wilmington, DE 19801

Jeffrey E. Bjork
Ted A. Dillman
Peter M. Gilhuly
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071

David M. Blau
Clark Hill, PLC
151 S. Old Woodward Ave.
Suite 200
Birmingham, MI 48009

Phillip W. Bohl
Gray Plant Mooty Mooty & Bennett, P.A.
3400 City Center
33 South Sixth Street, Suite 3400
Minneapolis, MN 55402

Wanda Borges
Borges & Associates, LLC
575 Underhill Blvd., Suite 118
Syosset, NY 11791

Dustin Parker Branch
Ballard Spahr LLP
2029 Century Park East
Suite 800
Los Angeles, CA 90067-2909

3086390_1

Duane Brescia
Clark Hill Strasburger
720 Brazos Street, Suite 700
Austin, TX 78701

Kay Diebel Brock
Travis County Attorney's Office
314 West 11th Street, Suite 420
Austin, TX 78701-2112

James L. Bromley
Sean A. O'Neal
Andrew W. Weaver
Cleary, Gottlieb, Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006

Bruce Buechler
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

Lynn Hamilton Butler
Husch Blackwell LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701

Jamie S. Cassel
Reno & Zahm LLP
2902 McFarland Road, Suite 400
Rockford, IL 61107-6050

Michael J. Catalfimo
Carter, Conboy, et al.
20 Corporate Woods Boulevard
Albany, NY 12211-2362

Hyun Suk Choi
Choi & Park, LLC
11 Broadway, Suite 615
New York, NY 10004

Shawn M. Christianson
Buchalter PC
55 Second Street, 17th Floor
San Francisco, CA 94105

Marvin E. Clements, Jr.
Office of the Tennessee Attorney General
Bankruptcy & Collections Division
425 fifth Avenue North, 2nd Floor
Nashville, TN 37243

Eboney Cobb
Perdue, Brandon, Fielder, Collins & Mott, LLP
500 E. Border Street, Suite 640
Arlington, TX 76010

Andrew S. Conway
The Taubman Company
200 East Long Lake Road
Suite 300
Bloomfield Hills, MI 48304

Robert K. Dakis
Joseph Thomas Moldovan
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Richard T. Davis
Cafaro Company – Legal Department
2445 Belmont Avenue
P.O. Box 2186
Youngstown, OH 44504-0186

Andrew Devore
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199

Andrew G. Dietderich
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
1301 Travis Street, Suite 300
P.O. Box 306
Houston, TX 77253

Caroline R. Djang
Best Best & Krieger LLP
18101 Von Karman Ave.
Suite 1000
Irvine, CA 92612

Carrie Essenfeld
Halperin Battaglia Benzija, LLP
40 Wall Street, 37th Floor
New York, NY 10005

Mark E. Felger
Cozen & O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103

Charles J. Filardi, Jr.
Reid and Riege PC
One Financial Plaza
755 Main Street, 21st Floor
Hartford, CT 06103

-5-

Kiah T. Ford, IV
Parker Poe Adams & Bernstein LLP
401 South Tryon Street
Suite 3000
Charlotte, NC 28202

Edward M. Fox
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018

Gregory W. Fox
Goodwin Procter LLP
New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

Joseph Froehlich
Locke Lord LLP
3 World Financial Center
New York, NY 10281

Patricia B. Fugee
FisherBroyles, LLP
27100 Oakmead Drive, Suite 306
Perrysburg, OH 43551

Thomas M. Gaa
Bialson Bergen & Schwab
633 Menlo Ave., Suite 100
Menlo Park, CA 94025

James Gadsden
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005

Gregg M. Galardi
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Alan E. Gamza
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-1299

Stephen B. Gerald
Whiteford, Taylor & Preston LLC
The Renaissance Centre, Suite 500
405 North King Street
Wilmington, DE 19801

Steven A. Ginther
Missouri Department of Revenue
General Counsel's Office
P.O. Box 475
Jefferson City, MO 65105-0475

Ronald Eric Gold
Frost Brown Todd LLC
3300 Great American Tower
301 E. Fourth Street
Cincinnati, OH 45202

Eric R. Goodman
Baker & Hostetler LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114

Leon B. Gordon
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680

Paul E. Harner
Marc A. Zelina
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

Leslie C. Heilman
Ballard Spahr, LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801

Neil E. Herman
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178

Alan H. Katz
Locke Lord LLP
Brookfield Place
200 Vesey Street, 20th Floor
New York, NY 10281

Steven W. Kelly
Silver & DeBoskey, P.C.
1801 York Street
Denver, CO 80206

Gerald P. Kennedy
Precopio, Cory, Hargreaves & Savitch LLP
525 B Street, Suite 2200
San Diego, CA 92101

Edward M. King
Frost Brown Todd LLC
400 West Market Street
32nd Floor
Louisville, KY 40202

Lauren Catherine Kiss
Sean C. Southard
Klestadt Winters Jureller
Southard & Stevens LLP
200 West 41st Street, 17th Floor
New York, NY 10036

John R. Knapp, Jr.
Miller Nash Graham & Dunn LLP
Pier 70
2801 Alaskan Way, #300
Seattle, WA 98121

Jeffrey Kurtzman
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

3086390_1

| | | |
|---|---|---|
| Alyssa E. Kutner<br>Ballard Spahr LLP<br>1675 Broadway, 19th Floor<br>New York, NY 10019 | Paul J. Labov<br>Fox Rothschild LLP<br>101 Park Avenue, Suite 1700<br>New York, NY 10178 | Gilbert A. Lazarus<br>92-12 68th Avenue<br>Forest Hills, NY 11375 |
| Harlan Mitchell Lazarus<br>Lazarus & Lazarus, P.C.<br>240 Madison Avenue, 8th Floor<br>New York, NY 10016 | Paul D. Leake<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 | Joseph H. Lemkin<br>Thomas S. Onder<br>Stark & Stark<br>993 Lenox Drive<br>Building 2<br>Lawrenceville, NJ 08648 |
| Lawrence A. Lichtman<br>Honigman Miller Schwartz and Cohn LLP<br>660 Woodward Avenue, Suite 2290<br>Detroit, MI 48226 | Jacqueline Marcus<br>Ray C. Schrock<br>Sunny Singh<br>Weil Gotshal & Manges LLP<br>767 5th Avenue<br>New York, NY 10153 | Ilan Markus<br>LeClairRyan, A Professional Corporation<br>545 Long Wharf Drive, 9th Floor<br>New Haven, CT 06511 |
| Jonathan D. Marshall<br>Brown Rudnick LLP<br>One Financial Center<br>Boston, MA 02111 | Matthew McCann<br>Sahn Ward Coschignano PLLC<br>333 Earle Ovington Blvd., Suite 601<br>Uniondale, NY 11572 | William McCarron, Jr.<br>Garth D. Wilson<br>Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street, N.W., 3rd Floor<br>Washington, DC 20005-4112 |
| Brian S. McGrath<br>Kristen D. Romano<br>McGlinchey Stafford<br>112 West 34th Street, Suite 1515<br>New York, NY 10120 | Curtis S. Miller<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Stephen M. Miller<br>Morris James LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801 |
| Laura J. Monroe<br>Perdue, Brandon, Fielder Collins & Mott<br>1205 Avenue R, Suite 200<br>Lubbock, TX 79401 | Edward E. Neiger<br>ASK LLP<br>151 West 46th Street, 4th Floor<br>New York, NY 10036 | Kevin Michael Newman<br>Barclay Damon LLP<br>125 East Jefferson Street<br>Syracuse, NY 13202 |
| Rachel R. Obaldo<br>Office of the Attorney General<br>300 West 15th Street, 8th Floor<br>Austin, TX 78701 | Paul J. Pascuzzi<br>Felderstein Fitzgerald Willoughby & Pascuzzi, LLP<br>400 Capital Mall, Suite 1450<br>Sacramento, CA 95814-4434 | Kristen N. Pate<br>Brookfield Property REIT Inc.<br>350 N. Orleans St., Suite 300<br>Chicago, IL 60654 |

Dipesh Patel
Saul Ewing Arnstein & Lehr LLP
1270 Avenue of the Americas
Suite 2005
New York, NY 10020

Eloy A. Peral
Wilk Auslander LLP
1515 Broadway, 43rd Floor
New York, NY 10036

Deborah M. Perry
Munsch Hardt Kopf & Harr, PC
500 N. Akard St., Suite 3800
Dallas, TX 75201

Douglas J. Pick
Pick & Zabicki LLP
369 Lexington Avenue, 12th Floor
New York, NY 10017

David L. Pollack
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

Constantine Dean Pourakis
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022

Anthony M. Rainone
Carl Joseph Soranno
Brach Eichler, L.L.C.
101 Eisenhower Parkway
Roseland, NJ 07068

Ryan C. Reinert
Shutts & Bowen LLP
4301 W. Boy Scout Blvd., Suite 300
Tampa, FL 33607

Michael J. Riela
Tannenbaum Helpern Syracuse Hirschtritt
900 Third Avenue, 13th Floor
New York, NY 10022

Fred B. Ringel
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
875 Third Avenue, 9th Floor
New York, NY 10022

Beth Ellen Rogers
Rogers Law Offices
100 Peachtree Street, Suite 1950
Atlanta, GA 30303

Douglas B. Rosner
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110

Beth J. Rotenberg
Scott A. Zuber
Chiesa Shahinian Giantomasi
1 Boland Drive
West Orange, NJ 07052

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760

Michael L. Schein
Vedder Price, P.C.
1633 Broadway, 31st Floor
New York, NY 10022

Frederick E. Schmidt
Cozen O'Connor
277 Park Avenue
New York, NY 10172

Bradley Schneider
Munger, Tolles & Olson, LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-1560

Edward L. Schnitzer
CKR Law LLP
1330 Avenue of the Americas
New York, NY 10019

Gary F. Seitz
Gellert Scali Busenkell & Brown LLC
601 Walnut Street
Suite 470 West
Philadelphia, PA 19106

Michael Abtin Shakouri
Goodkin & Lynch LLP
1800 Century Park East, 10th Floor
Los Angeles, CA 90067

Michelle E. Shriro
Singer & Levick, P.C.
16200 Addison Road, #140
Addison, TX 75001

Kevin J. Simard
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110

Peter B. Siroka
Fried, Frank, Harris & Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Doug Skierski
Skierski Jain PLLC
400 N. Saint Paul Street
Suite 510
Dallas, TX 75201

3086390_1

Aaron C. Smith
Locke Lord LLP
111 S. Wacker Drive
Chicago, IL 60606

Natasha M. Songonuga
Gibbons P.C.
1000 N. Walnut Street, Suite 1200
Wilmington, DE 19801

Owen M. Sonik
Perdue, Brandon, Fielder,
Collins & Mott, L.L.P.
1235 North Loop West
Suite 600
Houston, TX 77008

James E. Sorenson
Sorenson Van Leuven Law Firm
Post Office Box 3637
Tallahassee, FL 32315

Fredric Sosnick
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022-6069

Rick Aaron Steinberg
Price Meese Shulman &
D'Arminio, P.C.
50 Tice Boulevard, Suite 380
Woodcliff Lake, NJ 07677

Richard A. Stieglitz, Jr.
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

Sabrina L. Streusand
Streusand Landon & Ozburn, LLP
811 Barton Springs Road, Suite 811
Austin, TX 78704

Stanley B. Tarr
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208

Brett S. Theisen
Gibbons P.C.
One Pennsylvania Plaza, 37th Fl.
New York, NY 10119

My Chi To
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503

Ronald M. Tucker
Simon Property Group
225 West Washington Street
Indianapolis, IN 46204

Curtis Lee Tuggle
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114

James J. Vincequerra
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

Eli J. Vonnegut
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

David H. Wander
Davidoff Hutcher & Citron, LLP
605 Third Avenue
New York, NY 10158

Elizabeth Weller
Linebarger Goggan Blair &
Sampson, LLP
2777 N. Stemmons Frwy,
Ste 1000
Dallas, TX 75207

Eric R. Wilson
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Thomas Yanega
Law Offices of Mitchell J. Devack
90 Merrick Avenue, Suite 500
East Meadow, NY 11554

Richard L. Zucker
Lasser Hochman, L.L.C.
75 Eisenhower Parkway
Roseland, NJ 07068

3086390_1

Paul H. Zumbro
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eight Avenue
New York, NY 10019

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    DATED this 25th day of October, 2018, at New York, New York.

By: _____
    Christopher R. Belmonte

3086390_1