Christopher R. Belmonte
Abigail Snow
Pamela Bosswick
SATTERLEE STEPHENS LLP
230 Park Avenue
New York, New York 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606

*Attorneys for Advance Magazine Publishers Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

| | |
|---|---|
| In re: | : Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | : Case No. 18-23538 (RDD) |
| Debtors. | : (Jointly Administered) |

---------------------------------------------------------------X

### NOTICE OF APPEARANCE AND
### REQUEST FOR NOTICE AND DOCUMENTS

PLEASE TAKE NOTICE that, the undersigned hereby appears as counsel for Advance Magazine Publishers Inc. ("Advance"), a party in interest herein under 11 U.S.C. § 1109(b), in the above-captioned case. Such counsel hereby enters its appearance, pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010, and, pursuant to 11 U.S.C. §§ 102(1) and 342, and Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, requests that copies of all notices or pleadings filed, given or required to be given in this case, and all papers served or required to be served in this case, be delivered to and served upon the undersigned at the following offices, post office addresses, email addresses, fax and telephone numbers:

1

Christopher R. Belmonte, Esq.
Abigail Snow, Esq.
Pamela Bosswick, Esq.
Satterlee Stephens LLP
230 Park Avenue
New York, New York 10169
Tel:    (212) 818-9200
Fax:    (212) 818-9606
Email:  cbelmonte@ssbb.com
        asnow@ssbb.com
        pbosswick@ssbb.com

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affects the Debtors or the property of the Debtors.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), Advance requests that its counsel be provided with copies of any disclosure statements and plans of reorganization.

This Notice of Appearance and Request for Notice and Documents shall not be deemed or construed to be a waiver of the rights of Advance to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court or the Bankruptcy Court abstain from

hearing any matter subject to such abstention, (iv) have the District Court withdraw the reference in any matters subject to such withdrawal, or (v) any other rights, claims, set-offs, or recoupments to which it may be entitled, which rights it expressly reserves.

Dated: New York, New York
      October 25, 2018

                              SATTERLEE STEPHENS LLP

                              Attorneys for Advance Magazine Publishers Inc.

                              By: _____
                                 Christopher R. Belmonte
                                 Abigail Snow
                                 Pamela Bosswick
230 Park Avenue
New York, New York 10169
(212) 818-9200

## DECLARATION OF SERVICE

Christopher R. Belmonte, declares:

1. I am a partner of Satterlee Stephens LLP which represents Advance Publishers Magazine Inc. I am a citizen of the United States, over the age of 18, and competent to make this Declaration.

2. On October 25, 2018, I caused to be electronically filed the Notice of Appearance and Request for Notice and Documents on behalf of Advance Publishers Magazine Inc. with the Clerk of the court (using the CM/ECF System).

3. In addition, on October 25, 2018, I caused to be served the foregoing document via U.S. Mail upon the persons listed below:

Adam M. Adler
Prime Clerk LLC
830 Third Avenue, 9th Floor
New York, NY 10022

David G. Aelvoet
Linebarger Goggan Blair Pena & Sampson
711 Navarro, Suite 300
San Antonio, TX 78205

Tara B. Annweiler
Greer, Herz, & Adams, LLP
One Moody Plaza, 18th Floor
Galveston, TX 77550

Simon Aron
Wolf Rifkin Shapiro & Schulman & Rabkin, LLP
11400 W. Olympic Blvd., 9th Fl.
Los Angeles, CA 90064

Brandon K. Bains
Rachel E. Edwards
Keith A. Langley
Langley LLP
1301 Solana Blvd.
Building 1, Suite 1545
Westlake, TX 76262

Michael I. Baird
Kelly Rose Cusick
Erin C. Kim
Pension Benefit Guaranty Corporation
(U.S. Government Agency)
1200 K Street, N.W., Suite 340
Washington, DC 20005

Karen C. Bifferato
Connolly Gallagher LLP
1000 West Street, Suite 1400
Wilmington, DE 19801

Jeffrey E. Bjork
Ted A. Dillman
Peter M. Gilhuly
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071

David M. Blau
Clark Hill, PLC
151 S. Old Woodward Ave.
Suite 200
Birmingham, MI 48009

Phillip W. Bohl
Gray Plant Mooty Mooty & Bennett, P.A.
3400 City Center
33 South Sixth Street, Suite 3400
Minneapolis, MN 55402

Wanda Borges
Borges & Associates, LLC
575 Underhill Blvd., Suite 118
Syosset, NY 11791

Dustin Parker Branch
Ballard Spahr LLP
2029 Century Park East
Suite 800
Los Angeles, CA 90067-2909

3086428_1

| | | |
|---|---|---|
| Duane Brescia<br>Clark Hill Strasburger<br>720 Brazos Street, Suite 700<br>Austin, TX 78701 | Kay Diebel Brock<br>Travis County Attorney's Office<br>314 West 11th Street, Suite 420<br>Austin, TX 78701-2112 | James L. Bromley<br>Sean A. O'Neal<br>Andrew W. Weaver<br>Cleary, Gottlieb, Steen & Hamilton, LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| Bruce Buechler<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 | Lynn Hamilton Butler<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701 | Jamie S. Cassel<br>Reno & Zahm LLP<br>2902 McFarland Road, Suite 400<br>Rockford, IL 61107-6050 |
| Michael J. Catalfimo<br>Carter, Conboy, et al.<br>20 Corporate Woods Boulevard<br>Albany, NY 12211-2362 | Hyun Suk Choi<br>Choi & Park, LLC<br>11 Broadway, Suite 615<br>New York, NY 10004 | Shawn M. Christianson<br>Buchalter PC<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105 |
| Marvin E. Clements, Jr.<br>Office of the Tennessee Attorney General<br>Bankruptcy & Collections Division<br>425 fifth Avenue North, 2nd Floor<br>Nashville, TN 37243 | Eboney Cobb<br>Perdue, Brandon, Fielder, Collins & Mott, LLP<br>500 E. Border Street, Suite 640<br>Arlington, TX 76010 | Andrew S. Conway<br>The Taubman Company<br>200 East Long Lake Road<br>Suite 300<br>Bloomfield Hills, MI 48304 |
| Robert K. Dakis<br>Joseph Thomas Moldovan<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022 | Richard T. Davis<br>Cafaro Company – Legal Department<br>2445 Belmont Avenue<br>P.O. Box 2186<br>Youngstown, OH 44504-0186 | Andrew Devore<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199 |
| Andrew G. Dietderich<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 | John P. Dillman<br>Linebarger Goggan Blair & Sampson, LLP<br>1301 Travis Street, Suite 300<br>P.O. Box 306<br>Houston, TX 77253 | Caroline R. Djang<br>Best Best & Krieger LLP<br>18101 Von Karman Ave.<br>Suite 1000<br>Irvine, CA 92612 |
| Carrie Essenfeld<br>Halperin Battaglia Benzija, LLP<br>40 Wall Street, 37th Floor<br>New York, NY 10005 | Mark E. Felger<br>Cozen & O'Connor<br>The Atrium<br>1900 Market Street<br>Philadelphia, PA 19103 | Charles J. Filardi, Jr.<br>Reid and Riege PC<br>One Financial Plaza<br>755 Main Street, 21st Floor<br>Hartford, CT 06103 |

| | | |
|---|---|---|
| Kiah T. Ford, IV<br>Parker Poe Adams & Bernstein LLP<br>401 South Tryon Street<br>Suite 3000<br>Charlotte, NC 28202 | Edward M. Fox<br>Seyfarth Shaw LLP<br>620 Eighth Avenue<br>New York, NY 10018 | Gregory W. Fox<br>Goodwin Procter LLP<br>New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405 |
| Joseph Froehlich<br>Locke Lord LLP<br>3 World Financial Center<br>New York, NY 10281 | Patricia B. Fugee<br>FisherBroyles, LLP<br>27100 Oakmead Drive, Suite 306<br>Perrysburg, OH 43551 | Thomas M. Gaa<br>Bialson Bergen & Schwab<br>633 Menlo Ave., Suite 100<br>Menlo Park, CA 94025 |
| James Gadsden<br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005 | Gregg M. Galardi<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036 | Alan E. Gamza<br>Moses & Singer LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174-1299 |
| Stephen B. Gerald<br>Whiteford, Taylor & Preston LLC<br>The Renaissance Centre, Suite 500<br>405 North King Street<br>Wilmington, DE 19801 | Steven A. Ginther<br>Missouri Department of Revenue<br>General Counsel's Office<br>P.O. Box 475<br>Jefferson City, MO 65105-0475 | Ronald Eric Gold<br>Frost Brown Todd LLC<br>3300 Great American Tower<br>301 E. Fourth Street<br>Cincinnati, OH 45202 |
| Eric R. Goodman<br>Baker & Hostetler LLP<br>Key Tower<br>127 Public Square, Suite 2000<br>Cleveland, OH 44114 | Leon B. Gordon<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680 | Paul E. Harner<br>Marc A. Zelina<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022 |
| Leslie C. Heilman<br>Ballard Spahr, LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801 | Neil E. Herman<br>Morgan, Lewis & Bockius, LLP<br>101 Park Avenue<br>New York, NY 10178 | Alan H. Katz<br>Locke Lord LLP<br>Brookfield Place<br>200 Vesey Street, 20th Floor<br>New York, NY 10281 |
| Steven W. Kelly<br>Silver & DeBoskey, P.C.<br>1801 York Street<br>Denver, CO 80206 | Gerald P. Kennedy<br>Precopio, Cory, Hargreaves & Savitch LLP<br>525 B Street, Suite 2200<br>San Diego, CA 92101 | Edward M. King<br>Frost Brown Todd LLC<br>400 West Market Street<br>32nd Floor<br>Louisville, KY 40202 |
| Lauren Catherine Kiss<br>Sean C. Southard<br>Klestadt Winters Jureller<br>Southard & Stevens LLP<br>200 West 41st Street, 17th Floor<br>New York, NY 10036 | John R. Knapp, Jr.<br>Miller Nash Graham & Dunn LLP<br>Pier 70<br>2801 Alaskan Way, #300<br>Seattle, WA 98121 | Jeffrey Kurtzman<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103 |

3086428_1

Alyssa E. Kutner
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, NY 10019

Paul J. Labov
Fox Rothschild LLP
101 Park Avenue, Suite 1700
New York, NY 10178

Gilbert A. Lazarus
92-12 68th Avenue
Forest Hills, NY 11375

Harlan Mitchell Lazarus
Lazarus & Lazarus, P.C.
240 Madison Avenue, 8th Floor
New York, NY 10016

Paul D. Leake
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Joseph H. Lemkin
Thomas S. Onder
Stark & Stark
993 Lenox Drive
Building 2
Lawrenceville, NJ 08648

Lawrence A. Lichtman
Honigman Miller Schwartz and Cohn LLP
660 Woodward Avenue, Suite 2290
Detroit, MI 48226

Jacqueline Marcus
Ray C. Schrock
Sunny Singh
Weil Gotshal & Manges LLP
767 5th Avenue
New York, NY 10153

Ilan Markus
LeClairRyan, A Professional Corporation
545 Long Wharf Drive, 9th Floor
New Haven, CT 06511

Jonathan D. Marshall
Brown Rudnick LLP
One Financial Center
Boston, MA 02111

Matthew McCann
Sahn Ward Coschignano PLLC
333 Earle Ovington Blvd., Suite 601
Uniondale, NY 11572

William McCarron, Jr.
Garth D. Wilson
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W., 3rd Floor
Washington, DC 20005-4112

Brian S. McGrath
Kristen D. Romano
McGlinchey Stafford
112 West 34th Street, Suite 1515
New York, NY 10120

Curtis S. Miller
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Stephen M. Miller
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

Laura J. Monroe
Perdue, Brandon, Fielder Collins & Mott
1205 Avenue R, Suite 200
Lubbock, TX 79401

Edward E. Neiger
ASK LLP
151 West 46th Street, 4th Floor
New York, NY 10036

Kevin Michael Newman
Barclay Damon LLP
125 East Jefferson Street
Syracuse, NY 13202

Rachel R. Obaldo
Office of the Attorney General
300 West 15th Street, 8th Floor
Austin, TX 78701

Paul J. Pascuzzi
Felderstein Fitzgerald Willoughby & Pascuzzi, LLP
400 Capital Mall, Suite 1450
Sacramento, CA 95814-4434

Kristen N. Pate
Brookfield Property REIT Inc.
350 N. Orleans St., Suite 300
Chicago, IL 60654

3086428_1

Dipesh Patel
Saul Ewing Arnstein & Lehr LLP
1270 Avenue of the Americas
Suite 2005
New York, NY 10020

Eloy A. Peral
Wilk Auslander LLP
1515 Broadway, 43rd Floor
New York, NY 10036

Deborah M. Perry
Munsch Hardt Kopf & Harr, PC
500 N. Akard St., Suite 3800
Dallas, TX 75201

Douglas J. Pick
Pick & Zabicki LLP
369 Lexington Avenue, 12th Floor
New York, NY 10017

David L. Pollack
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

Constantine Dean Pourakis
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022

Anthony M. Rainone
Carl Joseph Soranno
Brach Eichler, L.L.C.
101 Eisenhower Parkway
Roseland, NJ 07068

Ryan C. Reinert
Shutts & Bowen LLP
4301 W. Boy Scout Blvd., Suite 300
Tampa, FL 33607

Michael J. Riela
Tannenbaum Helpern Syracuse Hirschtritt
900 Third Avenue, 13th Floor
New York, NY 10022

Fred B. Ringel
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
875 Third Avenue, 9th Floor
New York, NY 10022

Beth Ellen Rogers
Rogers Law Offices
100 Peachtree Street, Suite 1950
Atlanta, GA 30303

Douglas B. Rosner
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110

Beth J. Rotenberg
Scott A. Zuber
Chiesa Shahinian Giantomasi
1 Boland Drive
West Orange, NJ 07052

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760

Michael L. Schein
Vedder Price, P.C.
1633 Broadway, 31st Floor
New York, NY 10022

Frederick E. Schmidt
Cozen O'Connor
277 Park Avenue
New York, NY 10172

Bradley Schneider
Munger, Tolles & Olson, LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-1560

Edward L. Schnitzer
CKR Law LLP
1330 Avenue of the Americas
New York, NY 10019

Gary F. Seitz
Gellert Scali Busenkell & Brown LLC
601 Walnut Street
Suite 470 West
Philadelphia, PA 19106

Michael Abtin Shakouri
Goodkin & Lynch LLP
1800 Century Park East, 10th Floor
Los Angeles, CA 90067

Michelle E. Shriro
Singer & Levick, P.C.
16200 Addison Road, #140
Addison, TX 75001

Kevin J. Simard
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110

Peter B. Siroka
Fried, Frank, Harris & Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Doug Skierski
Skierski Jain PLLC
400 N. Saint Paul Street
Suite 510
Dallas, TX 75201

3086428_1

| | | |
|---|---|---|
| Aaron C. Smith<br>Locke Lord LLP<br>111 S. Wacker Drive<br>Chicago, IL 60606 | Natasha M. Songonuga<br>Gibbons P.C.<br>1000 N. Walnut Street, Suite 1200<br>Wilmington, DE 19801 | Owen M. Sonik<br>Perdue, Brandon, Fielder,<br>Collins & Mott, L.L.P.<br>1235 North Loop West<br>Suite 600<br>Houston, TX 77008 |
| James E. Sorenson<br>Sorenson Van Leuven Law Firm<br>Post Office Box 3637<br>Tallahassee, FL 32315 | Fredric Sosnick<br>Shearman & Sterling<br>599 Lexington Avenue<br>New York, NY 10022-6069 | Rick Aaron Steinberg<br>Price Meese Shulman &<br>D'Arminio, P.C.<br>50 Tice Boulevard, Suite 380<br>Woodcliff Lake, NJ 07677 |
| Richard A. Stieglitz, Jr.<br>Cahill Gordon & Reindel LLP<br>80 Pine Street<br>New York, NY 10005 | Sabrina L. Streusand<br>Streusand Landon & Ozburn, LLP<br>811 Barton Springs Road, Suite 811<br>Austin, TX 78704 | Stanley B. Tarr<br>Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174-0208 |
| Brett S. Theisen<br>Gibbons P.C.<br>One Pennsylvania Plaza, 37th Fl.<br>New York, NY 10119 | My Chi To<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022 | Gordon J. Toering<br>Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street NW<br>Grand Rapids, MI 49503 |
| Ronald M. Tucker<br>Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204 | Curtis Lee Tuggle<br>Thompson Hine LLP<br>3900 Key Center<br>127 Public Square<br>Cleveland, OH 44114 | James J. Vincequerra<br>Alston & Bird LLP<br>90 Park Avenue<br>New York, NY 10016 |
| Eli J. Vonnegut<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017 | David H. Wander<br>Davidoff Hutcher & Citron, LLP<br>605 Third Avenue<br>New York, NY 10158 | Elizabeth Weller<br>Linebarger Goggan Blair &<br>Sampson, LLP<br>2777 N. Stemmons Frwy,<br>Ste 1000<br>Dallas, TX 75207 |
| Eric R. Wilson<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 | Thomas Yanega<br>Law Offices of Mitchell J. Devack<br>90 Merrick Avenue, Suite 500<br>East Meadow, NY 11554 | Richard L. Zucker<br>Lasser Hochman, L.L.C.<br>75 Eisenhower Parkway<br>Roseland, NJ 07068 |

3086428_1

Paul H. Zumbro  
Cravath, Swaine & Moore LLP  
Worldwide Plaza  
825 Eight Avenue  
New York, NY 10019  

     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

     DATED this 25th day of October, 2018, at New York, New York.

By: _____  
Christopher R. Belmonte