# Exhibit 1

# MUNGER, TOLLES & OLSON LLP

RONALD L. OLSON
ROBERT E. DENHAM
JEFFREY I. WEINBERGER
CARY B. LERMAN
GREGORY P. STONE
BRAD D. BRIAN
BRADLEY S. PHILLIPS
GEORGE M. GARVEY
WILLIAM D. TEMKO
JOHN W. SPIEGEL
DONALD B. VERRILLI, JR *
TERRY E. SANCHEZ
STEVEN M. PERRY
MARK B. HELM
JOSEPH D. LEE
MICHAEL R. DOYEN
MICHAEL E. SOLOFF
GREGORY D. PHILLIPS
KATHLEEN M. M$^c$DOWELL
GLENN D. POMERANTZ
THOMAS B. WALPER
SANDRA A. SEVILLE-JONES
HENRY WEISSMANN
KEVIN S. ALLRED
JEFFREY A. HEINTZ
JUDITH T. KITANO
JEROME C. ROTH
GARTH T. VINCENT
TED DANE
STUART N. SENATOR
MARTIN D. BERN
DANIEL P. COLLINS
ROBERT L. DELL ANGELO
BRUCE A. ABBOTT
JONATHAN E. ALTMAN
KELLY M. KLAUS
DAVID B. GOLDMAN
DAVID H. FRY
LISA J. DEMSKY
MALCOLM A. HEINICKE
TAMERLIN J. GODLEY
JAMES C. RUTTEN
RICHARD ST. JOHN
ROHIT K. SINGLA
LUIS LI
MICHAEL B. DESANCTIS*
CAROLYN HOECKER LUEDTKE
C DAVID LEE
MARK H KIM
FRED A. ROWLEY, JR
KATHERINE M. FORSTER

BLANCA FROMM YOUNG
RANDALL G SOMMER
ROSEMARIE T. RING
MELINDA EADES LeMOINE
SETH GOLDMAN
GRANT A. DAVIS-DENNY
JONATHAN H. BLAVIN
DANIEL B. LEVIN
MIRIAM KIM
MISTY M. SANFORD
HAILYN J. CHEN
BETHANY W. KRISTOVICH
JACOB S. KREILKAMP
JEFFREY Y. WU
LAURA D. SMOLOWE
ANJAN CHOUDHURY
KYLE W. MACH
HEATHER E. TAKAHASHI
ERIN J. COX
BENJAMIN J. HORWICH
E. MARTIN ESTRADA
MATTHEW A. MACDONALD
BRYAN H. HECKENLIVELY
SAMUEL T. GREENBERG
ELAINE J. GOLDENBERG*
MARK R. YOHALEM
CHAD GOLDER*
GINGER D. ANDERS*
MARGARET G. MARASCHINO
JOHN M. GILDERSLEEVE
ADAM B WEISS
GEORGE CLAYTON FATHEREE, III
KELLY L.C. KRIEBS
ADAM R. LAWTON
MARK R. SAYSON
JEREMY A. LAWRENCE
CHRISTOPHER M. LYNCH*
ADAM I KAPLAN
KENNETH M. TRUJILLO-JAMISON
LAURA K. LIN
GREGORY M. SERGI
ACHYUT J. PHADKE
MARI OVERBECK
ZACHARY M. BRIERS
JENNIFER M BRODER
JORDAN D. SEGALL
WESLEY T.L. BURRELL

350 SOUTH GRAND AVENUE

FIFTIETH FLOOR

LOS ANGELES, CALIFORNIA 90071-3426

TELEPHONE (213) 683-9100

FACSIMILE (213) 687-3702

_____

560 MISSION STREET

SAN FRANCISCO, CALIFORNIA 94105-3089

TELEPHONE (415) 512-4000

FACSIMILE (415) 512-4077

_____

1155 F STREET N.W.

SEVENTH FLOOR

WASHINGTON, D.C. 20004-1361

TELEPHONE (202) 220-1100

FACSIMILE (202) 220-2300

KAREN A. LORANG
KURUVILLA J. OLASA
JUSTIN P. RAPHAEL
CRAIG A. LAVOIE
ELIA HERRERA
JOSHUA PATASHNIK
JOSHUA S. MELTZER
ROSE LEDA EHLER
MARIA JHAI
ADAM P. BARRY
JENNIFER L. BRYANT
ANDREW CATH RUBENSTEIN
JEFFREY A. PAYNE
HANNAH L. DUBINA
NICHOLAS D. FRAM
JOHN L. SCHWAB
ALEXANDER D. TEREPKA
PETER E. BOOS
J'ME K. FORREST
ASHLEY D. KAPLAN
JESSICA REICH BARIL
JULIANA M. YEE
JEREMY K. BEECHER
MATTHEW K. DONOHUE
ARIEL C. GREEN
ELIZABETH A LAUGHTON
EMILY CURRAN-HUBERTY
TIMOTHY J. MOON
JORDAN X. NAVARETTE
JOHN B. MAJOR
LAUREN C. BARNETT
C. HUNTER HAYES
KIMBERLY D. OMENS
AARON D. PENNEKAMP
TREVOR N. TEMPLETON
SKYLAR D. BROOKS
ELIZABETH R. DYER
ELIZABETH A. KIM
SUSAN S. HAR
THOMAS RUBINSKY
NICHOLAS DUFAU
LAURA M. LOPEZ
MICHAEL C. BAKER
NAJEE K. THORNTON
SARAH G. BOYCE*
MOLLY K. PRIEDEMAN
WILLIAM LARSEN
CELIA R. CHOY*
COLIN A. DEVINE

DANE P. SHIKMAN
LEXI PEACOCK
MAGGIE THOMPSON
SAMUEL H. ALLEN
ALLISON M. DAY
GIOVANNI S. SAARMAN GONZÁLEZ
JONATHAN S. MELTZER*
SAMUEL JOSÉ DÍAZ
LAUREN M. HARDING
NEFI D. ACOSTA
STEPHANIE G. HERRERA
TERESA A. REED
GRANT R. ARNOW
DANIEL BENYAMIN
SARA A. MCDERMOTT
J. MAX ROSEN
M. ELIZA HANEY
RACHEL G. MILLER-ZIEGLER*
ALISON F. KAROL
ANNE K. CONLEY
GRAHAM B. COLE
SHEILA A. ONGWAE
KATHERINE G. INCANTALUPO
SUSAN M. PELLETIER*

_____

OF COUNSEL

ROBERT K. JOHNSON
ALAN V. FRIEDMAN
PATRICK J. CAFFERTY, JR.
PETER A. DETRE
ALLISON B. STEIN
BRAD SCHNEIDER
ERIC P. TUTTLE
PETER E. GRATZINGER
JENNY H. HONG
KIMBERLY A. CHI
DAVID S. HONG

_____

E. LEROY TOLLES
(1922-2008)

*ADMITTED IN DC
ALL OTHERS ADMITTED IN CA

October 25, 2018

Writer's Direct Contact
(213) 683-9237
(213) 683-4036 FAX
bradley.schneider@mto.com

**VIA FEDERAL EXPRESS**

Garrett A. Fail
Weil Gotshal & Manges LLP
767 5th Avenue
New York, NY 10153

Sears Holdings Management Corporation
Attn: Vice President, General Manager – Home Appliances
3333 Beverly Road, Mail Station: C2-266B
Hoffman Estates, IL 60179

Sears Holdings Management Corporation
Attn: General Counsel
3333 Beverly Road, Mail Station: B6-260A
Hoffman Estates, IL 60179

> Re:  Reclamation demand by Whirlpool Corporation and its affiliates, subsidiaries and divisions (collectively, "Whirlpool") upon the debtors in the cases jointly administered under In re Sears Holdings Corporation, et al., Case No. 18-23538 (Bankr. S.D.N.Y.) (the "Debtors")

As you know, this firm represents Whirlpool in connection with the above-captioned chapter 11 bankruptcy proceeding. Demand is hereby made upon you pursuant to section 546(c) of the United States Bankruptcy Code and Uniform Commercial Code § 2-702 (810 Ill. Comp. Stat. 5/2-702) for return of all goods and merchandise received by the Debtors from Whirlpool

MUNGER, TOLLES & OLSON LLP

October 25, 2018
Page 2

within forty-five days prior to the date the Debtors filed for chapter 11 protection (the "Reclamation Goods"). The Reclamation Goods include, without limitation, those items identified on the Excel filed contained on the encrypted drive enclosed with this letter. The password for the file is: QEx7Qr58sesp.

Whirlpool demands that the Debtors protect and segregate the Reclamation Goods and refrain from selling, disposing, or using the Reclamation Goods for any purpose whatsoever, except those specifically authorized following notice and a hearing by the Bankruptcy Court. Whirlpool further demands an opportunity to inspect and identify the Reclamation Goods and an accounting of the Reclamation Goods on hand at the time this letter is received and any Reclamation Goods sold after the Debtors filed for chapter 11 protection.

This letter is not a waiver or relinquishment of any rights or remedies available to Whirlpool, including the right of Whirlpool to assert an administrative claim pursuant to section 503(b)(9) of the Bankruptcy Code (which right is expressly reserved). Whirlpool reserves all other rights, claims, remedies, defenses, and offsets to the fullest extent.

Thank you for your attention in this matter.

Very truly yours,

Bradley R. Schneider

BRS/vl
Enclosure