**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION., *et al.*, | ) | Case No. 18-23538 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2018, the **NOTICE OF RECLAMATION DEMAND** was filed electronically through CM/ECF system, which caused all parties or counsel requesting notice to be served by electronic means on the date of filing.

I further certify that I caused a paper copy of the above-referenced document to be sent by First Class United States mail to the counsel/entities listed on the attached Service List.

Dated:  October 25, 2018              */s/ Bradley R. Schneider*
                                                       Bradley R. Schneider

**MUNGER TOLLES & OLSON LLP**
Thomas B. Walper (admitted pro hac vice)
Bradley R. Schneider (admitted pro hac vice)
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-1560
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702
thomas.walper@mto.com
bradley.schneider@mto.com

Counsel for **WHIRLPOOL CORPORATION**

# SERVICE LIST

*In re Sears Holdings Corporation, et al.*
NYSB Case No. 18-23538 (RDD)

| | |
|---|---|
| Sears Holdings Corporation<br>3333 Beverly Road<br>Hoffman Estates, IL 60179 | Debtors |
| Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014 | U.S. Trustee |
| Adam M. Adler<br>Prime Clerk, LLC<br>830 Third Ave 9th Fl<br>New York, NY 10022 | Claims and Noticing Agent |
| Jaime L. Agnew<br>Agnew Law Office, LLC<br>1144 S. Detroit # 140215<br>Toledo, OH 43614 | *Counsel for Creditor*<br>Joyce Franklin |
| Bruce Buechler<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 | *Counsel for Interested Party*<br>Active Media Services, Inc. d/b/a Active International |
| Jonathan D. Marshall<br>Brown Rudnick LLP<br>One Financial Center<br>Boston, MA 02111 | *Counsel for Creditor*<br>Wells Fargo Bank, N.A. |
| Eli J. Vonnegut<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017 | *Counsel for Creditor*<br>Citibank, N.A. |