LANGLEY & BANACK, INCORPORATED
745 E. Mulberry, Suite 900
San Antonio, Texas 78212
Telephone: (210) 736-6600
Telecopy: (210) 735-6889
DAVID S. GRAGG
Texas State Bar No. 08253300
E-mail:  dgragg@langleybanack.com
*Attorneys for Alatex, a Joint Venture,*
*Papa Rochester, LP, Walters Investments, LP,*
*Wal-Go Associates LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:  §<br>SEARS HOLDINGS CORPORATION,  §<br>*et al.*,  §<br>  §<br>                    DEBTORS.  § | CHAPTER 11 CASE<br><br>CASE NO. 18-23538 (RDD)<br><br>(Jointly Administered) |

### APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COMES David S. Gragg ("Applicant") and files this Application to Appear *Pro Hac Vice* in regard to this proceeding.

1.     Applicant is an attorney with the law firm of Langley & Banack, Inc., 745 E. Mulberry, Suite 700, San Antonio, Texas 78212; Telephone: (210) 736-6600, Fax: (210-735-6889; E-mail address: dgragg@langleybanack.com, who is representing Alatex, a Joint Venture, Papa Rochester, LP, Walters Investments, LP, Wal-Go Associates LLC, interested parties and creditors in this proceeding.

2.     Applicant certifies that he is a member in good standing of the bar in the State of Texas, and is licensed in all four Federal Districts in the State of Texas, as well as the Fifth

Circuit Court of Appeals.  Applicant has practiced extensively before the Federal Bankruptcy Courts in the Western District of Texas, as well as in other districts, both within and without the State of Texas.  Applicant's Texas State Bar Number is 08253300.

3.   Applicant is in good standing and is eligible to practice in this Bankruptcy Court.

4.   Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

5.   Applicant has not requested admission pro hac vice in the Bankruptcy Court for the Southern District of New York in the preceding twelve months.

6.   I have submitted the filing fee of $200.00 with this Motion for pro hac vice admission.

For the reasons set out above, I, David S. Gragg, request that this Court grant this Application to Appear Pro Hac Vice and allow me to appear before this Court until the conclusion of this case.

Dated:   San Antonio, Texas
October 26, 2018

RESPECTFULLY SUBMITTED,

LANGLEY & BANACK, INCORPORATED
Trinity Plaza II, Ninth Floor
745 East Mulberry
San Antonio, Texas 78212-3166
(210) 736-6600 (Telephone)
(210) 735-6889 (Telecopier)

By:   /s/ David S. Gragg
DAVID S. GRAGG
Texas State Bar No. 08253300
dgragg@langleybanack.com

ATTORNEYS FOR ALATEX, A JOINT VENTURE, PAPA ROCHESTER, LP, WALTERS INVESTMENTS, LP, WAL-GO ASSOCIATES LLC