UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: § § SEARS HOLDINGS CORPORATION, § § *et al.,* § § § DEBTORS. § § | CHAPTER 11 CASE  CASE NO. 18-23538 (RDD)  (Jointly Administered) |

### ORDER GRANTING DAVID S. GRAGG ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the Motion of David S. Gragg of Langley & Banack, Inc., to be admitted *pro hac vice*, to represent Alatex, a Joint Venture, Papa Rochester, LP, Walters Investments, LP, Wal-Go Associates LLC (the "Clients") creditors and interested parties in the above referenced Chapter 11 case, and upon the Movant's certification that the Movant is a member in good standing in the bar of the State of Texas and, if applicable, the bar of the U.S. District Court for the Western District of Texas, it is hereby

ORDERED, that David S. Gragg, Esq., is admitted to practice *pro hac vice,* in the above referenced case to represent Alatex, a Joint Venture, Papa Rochester, LP, Walters Investments, LP, Wal-Go Associates LLC in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

                                                            _____
                                                            HONORABLE ROBERT D. DRAIN
                                                            UNITED STATES BANKRUPTCY JUDGE

L & B 04167/0007/L1510252.DOC/