LANGLEY & BANACK, INCORPORATED
745 E. Mulberry, Suite 900
San Antonio, Texas 78212
Telephone: (210) 736-6600
Telecopy: (210) 735-6889
DAVID S. GRAGG
Texas State Bar No. 08253300
E-mail: dgragg@langleybanack.com
*Attorneys for Alatex, a Joint Venture,*
*Papa Rochester, LP, Walters Investments, LP,*
*Wal-Go Associates LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| **IN RE:** § | |
| § | **CHAPTER 11 CASE** |
| **SEARS HOLDINGS CORPORATION,** § | |
| *et al.*, § | **CASE NO. 18-23538 (RDD)** |
| § | |
| § | **(Jointly Administered)** |
| **DEBTORS.** § | |

_____

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that **Langley & Banack, Incorporated** has been retained as counsel for Alatex, a Joint Venture, Papa Rochester, LP, Walters Investments, LP, Wal-Go Associates LLC in the above-referenced proceeding and that, pursuant to Section 1109(b) of the United States Bankruptcy Code and Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices given or required to be served in this case be given to and served upon the following:

DAVID S. GRAGG
LANGLEY & BANACK INCORPORATED
Trinity Plaza II, Ninth Floor
745 East Mulberry
San Antonio, Texas 78212-3166
(210) 736-6600 Telephone
(210) 735-6889 Telecopier
dgragg@langleybanack.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the United States Bankruptcy Code, the foregoing request includes all notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, disclosure statements, answers, responses, memoranda or briefs in support of the foregoing and any other documents brought before the Court with respect to these proceedings, including but not limited to contested and non-contested matters, and adversary proceedings, whether or not Applicant is named as a party defendant in those particular matters or proceedings, whether formal or informal, whether written or oral and whether transmitted or conveyed personally or by mail, delivery, telephone, e-mail, telegraph, telex or otherwise.

Dated:   October 26, 2018
         San Antonio, Texas

                                        RESPECTFULLY SUBMITTED,

                                        LANGLEY & BANACK, INCORPORATED
                                        745 E. Mulberry, Suite 900
                                        San Antonio, Texas 78212
                                        (210) 736-6600 Telephone
                                        (210) 735-6889 Fax

                              By:       /s/ David S. Gragg
                                        David S. Gragg
                                        State Bar No. 08253300
                                        *(pro hac vice pending)*

                                        ATTORNEYS FOR ALATEX, A JOINT VENTURE, PAPA ROCHESTER, LP, WALTERS INVESTMENTS, LP, WAL-GO ASSOCIATES LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 26, 2018, a true and correct copy of the foregoing document was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmitted electronically to all ECF participants registered to receive electronic notice in the bankruptcy proceeding including the parties below:

DEBTORS
(served via attorneys)

DEBTORS' COUNSEL
(served electronically)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY   10153
Ray C. Schrock, P.C.
Garrett A. Fail
Jacqueline Marcus
Sunny Singh

RESTRUCTURING ADVISORS
M-III Partners, LP
130 West 42nd Street
17th Floor
New York, NY   10036
https://miiipartners.com
Phone: 212-716-1491
Fax: 212-531-4532
Colin M. Adams
Brian Griffith

US TRUSTEE
(served electronically)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY   10014
Paul Schwartzberg
Richard Morrissey

                                  */s/ David S. Gragg*
                                  David S. Gragg