# Shaw™ Financial Services Department

BANKRUPTCY RECLAMATION DEMAND LETTER

October 16, 2018

Sears Holdings Corporation

Sears Home Improvement Products Inc.  
Attn: Robert Riecker, Chief Financial Officer  
PO Box 2080  
Omaha, NE 68103

Weil, Gotshal, & Manges LLP  
Jacqueline Marcus  
767 Fifth Avenue  
New York, NY 10153

Re: US Bankruptcy CH 11 Case No. 18-23538

Dear Robert Riecker:

This letter constitutes a notice of demand for the return of certain goods purchased by the above-captioned debtor Sears Home Improvement Products Inc ("Debtor") from Shaw Industries, Inc. ("Seller"). Please take notice that pursuant to UCC section 2-702, 11 U.S.C. section 546(c), and by virtue of the Debtor's insolvency, the Seller hereby demands the segregation and return of all flooring material received by debtor (the "Goods") currently in your possession and delivered to you on or before October 15th, 2018 pursuant to the invoices listed on attachment A totaling $389660.85.

Please notify me to confirm your intention of complying with this reclamation demand, at which time we will issue return authorization to the facilities where these goods were shipped and will make subsequent arrangements for pick up.

Sincerely,

Nelson Rhinehart  
Credit Manager  
Shaw Industries Inc.  
3435 Lower Dug Gap Road SW  
P O Box 40  
Dalton, GA 30722

cc:   US Bankruptcy Court  
      Southern District of New York