

Attachment A - Reclamation Listing

| INV. Date | INV. Number | INV. Amount |
|---|---|---|
| 08/31/2018 | 4489200 | 1601.66 |
| 09/10/2018 | 4583724 | 477.86 |
| 09/10/2018 | 4583725 | 4282.1 |
| 09/10/2018 | 4583726 | 302.24 |
| 09/10/2018 | 4583731 | 4420.4 |
| 09/10/2018 | 4583732 | 678.48 |
| 09/10/2018 | 4583735 | 1812.06 |
| 09/10/2018 | 4583736 | 3896.69 |
| 09/10/2018 | 4597790 | 3227.65 |
| 09/10/2018 | 4597791 | 281.28 |
| 09/10/2018 | 4597792 | 596.13 |
| 09/10/2018 | 4583718 | 414.68 |
| 09/10/2018 | 4583719 | 1164.2 |
| 09/10/2018 | 4583720 | 218.38 |
| 09/10/2018 | 4583721 | 719.98 |
| 09/10/2018 | 4583722 | 263.83 |
| 09/10/2018 | 4597787 | 764.61 |
| 09/10/2018 | 4597788 | 399.6 |
| 09/11/2018 | 4597789 | 315.47 |
| 09/11/2018 | 4597793 | 2792.38 |
| 09/11/2018 | 4597794 | 145.43 |
| 09/11/2018 | 4611507 | 1972.29 |
| 09/11/2018 | 4597782 | 1070.1 |
| 09/11/2018 | 4597783 | 529.11 |
| 09/11/2018 | 4597784 | 853.75 |
| 09/11/2018 | 4597785 | 2355.11 |
| 09/11/2018 | 4597786 | 1498.84 |
| 09/12/2018 | 4611503 | 83.93 |
| 09/12/2018 | 4611504 | 3236.64 |
| 09/12/2018 | 4611505 | 1134.61 |
| 09/12/2018 | 4611506 | 2086.09 |
| 09/12/2018 | 4611508 | 1020.51 |
| 09/12/2018 | 4611509 | 823.24 |
| 09/12/2018 | 4611510 | 1292.17 |
| 09/12/2018 | 4611511 | 2010.2 |
| 09/12/2018 | 4611499 | 1421.63 |
| 09/12/2018 | 4611500 | 417.95 |
| 09/12/2018 | 4611501 | 1035.05 |
| 09/12/2018 | 4611502 | 649.88 |
| 09/13/2018 | 4626497 | 315.21 |
| 09/13/2018 | 4626498 | 1001.29 |
| 09/13/2018 | 4626499 | 372.25 |
| 09/13/2018 | 4626500 | 482.02 |

 Shaw
Financial Services Department

| | | |
|---|---|---|
| 09/13/2018 | 4626501 | 2616.43 |
| 09/13/2018 | 4626502 | 406.25 |
| 09/13/2018 | 4626503 | 313.05 |
| 09/13/2018 | 4626504 | 132.1 |
| 09/13/2018 | 4626505 | 1613.2 |
| 09/13/2018 | 4626506 | 3945 |
| 09/13/2018 | 4626507 | 527.55 |
| 09/13/2018 | 4626508 | 864.99 |
| 09/13/2018 | 4639463 | 299.09 |
| 09/13/2018 | 4639469 | 1656.03 |
| 09/13/2018 | 4639471 | 2831.23 |
| 09/13/2018 | 4626496 | 685.96 |
| 09/13/2018 | 4639458 | 425.15 |
| 09/13/2018 | 4639460 | 801.08 |
| 09/14/2018 | 4639464 | 146.19 |
| 09/14/2018 | 4639465 | 425.86 |
| 09/14/2018 | 4639466 | 569.95 |
| 09/14/2018 | 4639467 | 763.93 |
| 09/14/2018 | 4639468 | 619.29 |
| 09/14/2018 | 4639470 | 668.3 |
| 09/14/2018 | 4650936 | 64.95 |
| 09/14/2018 | 4639457 | 2214.97 |
| 09/14/2018 | 4639459 | 2490.24 |
| 09/14/2018 | 4639461 | 721.66 |
| 09/14/2018 | 4639462 | 268.69 |
| 09/16/2018 | 4664412 | 288.13 |
| 09/16/2018 | 4664413 | 387.79 |
| 09/16/2018 | 4664406 | 755.84 |
| 09/17/2018 | 4664407 | 469.47 |
| 09/17/2018 | 4664408 | 1287.84 |
| 09/17/2018 | 4664409 | 757.86 |
| 09/17/2018 | 4664410 | 1313.94 |
| 09/17/2018 | 4664411 | 492.59 |
| 09/17/2018 | 4664414 | 2241.76 |
| 09/17/2018 | 4664415 | 429.2 |
| 09/17/2018 | 4679230 | 2100.13 |
| 09/17/2018 | 4679233 | 2303.38 |
| 09/17/2018 | 4664402 | 868.12 |
| 09/17/2018 | 4664403 | 3693.94 |
| 09/17/2018 | 4664404 | 397.75 |
| 09/17/2018 | 4664405 | 2363.88 |
| 09/18/2018 | 4679221 | 225.64 |
| 09/18/2018 | 4679222 | 25.99 |
| 09/18/2018 | 4679223 | 531.59 |
| 09/18/2018 | 4679224 | 800.35 |
| 09/18/2018 | 4679225 | 1484.85 |
| 09/18/2018 | 4679226 | 494.56 |
| 09/18/2018 | 4679227 | 540.86 |



Shaw
Financial Services Department

| | | |
|---|---|---|
| 09/18/2018 | 4679228 | 698.1 |
| 09/18/2018 | 4679229 | 163.93 |
| 09/18/2018 | 4679231 | 1316.31 |
| 09/18/2018 | 4679232 | 2812.08 |
| 09/18/2018 | 4693192 | 866.57 |
| 09/18/2018 | 4679215 | 1229.09 |
| 09/18/2018 | 4679216 | 763.5 |
| 09/18/2018 | 4679217 | 268.69 |
| 09/18/2018 | 4679218 | 387.62 |
| 09/18/2018 | 4679219 | 133.57 |
| 09/18/2018 | 4679220 | 478.24 |
| 09/18/2018 | 4693189 | 3584.43 |
| 09/18/2018 | 4693190 | 1060.68 |
| 09/18/2018 | 4693191 | 3561.79 |
| 09/19/2018 | 4693193 | 2257.82 |
| 09/19/2018 | 4693194 | 620.49 |
| 09/19/2018 | 4693195 | 1111.24 |
| 09/19/2018 | 4708067 | 1268.23 |
| 09/20/2018 | 4708062 | 1257.36 |
| 09/20/2018 | 4708063 | 63.58 |
| 09/20/2018 | 4708064 | 1202.75 |
| 09/20/2018 | 4708065 | 603.77 |
| 09/20/2018 | 4708066 | 834.71 |
| 09/20/2018 | 4708068 | 298.15 |
| 09/20/2018 | 4708069 | 4909.09 |
| 09/20/2018 | 4722134 | 319.71 |
| 09/20/2018 | 4708056 | 2285.5 |
| 09/20/2018 | 4708057 | 592.12 |
| 09/20/2018 | 4708058 | 274.94 |
| 09/20/2018 | 4708059 | 2395.94 |
| 09/20/2018 | 4708060 | 375.3 |
| 09/20/2018 | 4708061 | 167.55 |
| 09/21/2018 | 4722135 | 1420.02 |
| 09/21/2018 | 4722136 | 509.76 |
| 09/21/2018 | 4735360 | 234.51 |
| 09/21/2018 | 4735361 | 126.12 |
| 09/21/2018 | 4735362 | 208.65 |
| 09/21/2018 | 4735363 | 112.61 |
| 09/21/2018 | 4735364 | 195 |
| 09/21/2018 | 4735365 | 161.25 |
| 09/21/2018 | 4735366 | 111.96 |
| 09/21/2018 | 4735367 | 111.3 |
| 09/21/2018 | 4735368 | 159 |
| 09/21/2018 | 4735369 | 243.56 |
| 09/21/2018 | 4735370 | 224.18 |
| 09/21/2018 | 4735371 | 97.2 |
| 09/21/2018 | 4735372 | 146.14 |
| 09/21/2018 | 4735373 | 114.82 |


Shaw
Financial Services Department

| | | |
|---|---|---|
| 09/21/2018 | 4735374 | 131.1 |
| 09/21/2018 | 4735375 | 79.5 |
| 09/21/2018 | 4735376 | 321 |
| 09/21/2018 | 4735377 | 127.2 |
| 09/21/2018 | 4735378 | 146.64 |
| 09/21/2018 | 4735379 | 97.22 |
| 09/21/2018 | 4735380 | 255 |
| 09/21/2018 | 4735381 | 127.95 |
| 09/21/2018 | 4735382 | 131.1 |
| 09/21/2018 | 4735383 | 130.05 |
| 09/21/2018 | 4735384 | 111.3 |
| 09/21/2018 | 4735385 | 161.25 |
| 09/21/2018 | 4735386 | 157.95 |
| 09/21/2018 | 4735387 | 159.53 |
| 09/21/2018 | 4735388 | 210.11 |
| 09/21/2018 | 4735389 | 98.51 |
| 09/21/2018 | 4735390 | 144.25 |
| 09/21/2018 | 4735391 | 276.04 |
| 09/21/2018 | 4735392 | 290.93 |
| 09/21/2018 | 4735393 | 246.38 |
| 09/21/2018 | 4735394 | 95.4 |
| 09/21/2018 | 4735395 | 144.45 |
| 09/21/2018 | 4735396 | 132 |
| 09/21/2018 | 4735397 | 146.5 |
| 09/21/2018 | 4735398 | 145.8 |
| 09/21/2018 | 4735399 | 127.2 |
| 09/21/2018 | 4722128 | 840.53 |
| 09/21/2018 | 4722129 | 267.15 |
| 09/21/2018 | 4722130 | 238.16 |
| 09/21/2018 | 4722131 | 845.26 |
| 09/21/2018 | 4722132 | 263.83 |
| 09/21/2018 | 4722133 | 1252.48 |
| 09/23/2018 | 4749237 | 2540.56 |
| 09/23/2018 | 4749239 | 162.9 |
| 09/23/2018 | 4749232 | 429.23 |
| 09/24/2018 | 4749233 | 73.16 |
| 09/24/2018 | 4749234 | 2033.02 |
| 09/24/2018 | 4749235 | 828.88 |
| 09/24/2018 | 4749236 | 434.05 |
| 09/24/2018 | 4749238 | 1511.64 |
| 09/24/2018 | 4749240 | 502.1 |
| 09/24/2018 | 4749241 | 134.5 |
| 09/24/2018 | 4749242 | 516.53 |
| 09/24/2018 | 4763304 | 243.52 |
| 09/24/2018 | 4763308 | 796.46 |
| 09/24/2018 | 4749231 | 490.2 |
| 09/25/2018 | 4763305 | 1430.23 |
| 09/25/2018 | 4763306 | 1059.38 |



Shaw
Financial Services Department

| | | |
|---|---|---|
| 09/25/2018 | 4763307 | 296.16 |
| 09/25/2018 | 4763309 | 214.53 |
| 09/25/2018 | 4763310 | 152.44 |
| 09/25/2018 | 4763311 | 217.21 |
| 09/25/2018 | 4763312 | 1390.85 |
| 09/25/2018 | 4763313 | 639.95 |
| 09/25/2018 | 4763314 | 459.94 |
| 09/25/2018 | 4763315 | 1613.55 |
| 09/25/2018 | 4763316 | 454.04 |
| 09/25/2018 | 4763294 | 641.34 |
| 09/25/2018 | 4763295 | 268.82 |
| 09/25/2018 | 4763296 | 870.06 |
| 09/25/2018 | 4763297 | 400.86 |
| 09/25/2018 | 4763298 | 869.62 |
| 09/25/2018 | 4763299 | 267.24 |
| 09/25/2018 | 4763300 | 5120.27 |
| 09/25/2018 | 4763301 | 836.99 |
| 09/25/2018 | 4763302 | 652.47 |
| 09/25/2018 | 4763303 | 268.82 |
| 09/26/2018 | 4776775 | 322.19 |
| 09/26/2018 | 4776776 | 226.07 |
| 09/26/2018 | 4776777 | 438.82 |
| 09/26/2018 | 4776778 | 704.61 |
| 09/26/2018 | 4776779 | 499.58 |
| 09/26/2018 | 4776780 | 131.71 |
| 09/26/2018 | 4791611 | 240.43 |
| 09/27/2018 | 4791605 | 3197.59 |
| 09/27/2018 | 4791606 | 296.69 |
| 09/27/2018 | 4791607 | 555.5 |
| 09/27/2018 | 4791608 | 237.53 |
| 09/27/2018 | 4791609 | 425.58 |
| 09/27/2018 | 4791610 | 1904.27 |
| 09/27/2018 | 4791612 | 1837.31 |
| 09/27/2018 | 4791613 | 1148.75 |
| 09/27/2018 | 4806314 | 140.35 |
| 09/27/2018 | 4806316 | 1407.96 |
| 09/27/2018 | 4806323 | 285.54 |
| 09/27/2018 | 4791603 | 874.21 |
| 09/27/2018 | 4791604 | 941.26 |
| 09/28/2018 | 4806315 | 405.79 |
| 09/28/2018 | 4806317 | 1660.04 |
| 09/28/2018 | 4806318 | 2102.63 |
| 09/28/2018 | 4806319 | 1693.08 |
| 09/28/2018 | 4806320 | 1231.46 |
| 09/28/2018 | 4806321 | 671.55 |
| 09/28/2018 | 4806322 | 458.72 |
| 09/28/2018 | 4806324 | 1439.67 |
| 09/28/2018 | 4806325 | 206.49 |





| | | |
|---|---|---|
| 09/28/2018 | 4806326 | 747.96 |
| 09/28/2018 | 4806327 | 112.54 |
| 09/28/2018 | 4816327 | 114.71 |
| 09/28/2018 | 4816328 | 53 |
| 09/28/2018 | 4806311 | 70.99 |
| 09/28/2018 | 4806312 | 400.41 |
| 09/28/2018 | 4806313 | 130.96 |
| 09/30/2018 | 4830735 | 641.9 |
| 09/30/2018 | 4830736 | 690.27 |
| 09/30/2018 | 4830723 | 845.46 |
| 09/30/2018 | 4830724 | 274.69 |
| 09/30/2018 | 4830725 | 1701.13 |
| 09/30/2018 | 4830726 | 530.53 |
| 09/30/2018 | 4830729 | 2369.1 |
| 09/30/2018 | 4830731 | 1598.73 |
| 10/01/2018 | 4830732 | 1409.27 |
| 10/01/2018 | 4830733 | 513.92 |
| 10/01/2018 | 4830734 | 465.63 |
| 10/01/2018 | 4830737 | 979.04 |
| 10/01/2018 | 4844725 | 102.03 |
| 10/01/2018 | 4844726 | 614.81 |
| 10/01/2018 | 4844730 | 270.89 |
| 10/01/2018 | 4830727 | 1320.54 |
| 10/01/2018 | 4830728 | 531.27 |
| 10/01/2018 | 4830730 | 1007.68 |
| 10/02/2018 | 4844727 | 2323.5 |
| 10/02/2018 | 4844728 | 1957.22 |
| 10/02/2018 | 4844729 | 185.68 |
| 10/02/2018 | 4844731 | 234.72 |
| 10/02/2018 | 4844732 | 1856.71 |
| 10/02/2018 | 4844733 | 1368.16 |
| 10/02/2018 | 4871246 | 437.64 |
| 10/02/2018 | 4871250 | 775.14 |
| 10/02/2018 | 4844722 | 1360.14 |
| 10/02/2018 | 4844723 | 2092.64 |
| 10/02/2018 | 4844724 | 426.07 |
| 10/02/2018 | 4871244 | 2121.26 |
| 10/02/2018 | 4871245 | 520.28 |
| 10/03/2018 | 4871247 | 374.4 |
| 10/03/2018 | 4871248 | 1643.54 |
| 10/03/2018 | 4871249 | 1236.42 |
| 10/03/2018 | 4871251 | 1465.12 |
| 10/03/2018 | 4871252 | 2323.76 |
| 10/03/2018 | 4871253 | 995.65 |
| 10/03/2018 | 4871255 | 1883.29 |
| 10/03/2018 | 4871257 | 2199.14 |
| 10/03/2018 | 4871233 | 1260.12 |
| 10/03/2018 | 4871234 | 770.69 |



| | | |
|---|---|---|
| 10/03/2018 | 4871235 | 257.36 |
| 10/03/2018 | 4871237 | 1569.81 |
| 10/03/2018 | 4871239 | 1102.33 |
| 10/03/2018 | 4871240 | 627.3 |
| 10/03/2018 | 4871241 | 131.84 |
| 10/04/2018 | 4871254 | 1001.41 |
| 10/04/2018 | 4871256 | 2010.18 |
| 10/04/2018 | 4871258 | 7531.57 |
| 10/04/2018 | 4871259 | 1204.84 |
| 10/04/2018 | 4887567 | 5339.67 |
| 10/04/2018 | 4887568 | 1305.6 |
| 10/04/2018 | 4887569 | 890.36 |
| 10/04/2018 | 4887570 | 2152.15 |
| 10/04/2018 | 4871236 | 1802.43 |
| 10/04/2018 | 4871238 | 957.92 |
| 10/04/2018 | 4871242 | 460.41 |
| 10/04/2018 | 4871243 | 2397.58 |
| 10/05/2018 | 4887566 | 1779.36 |
| 10/05/2018 | 4887563 | 335.34 |
| 10/05/2018 | 4887564 | 184.73 |
| 10/05/2018 | 4887565 | 1393 |
| 10/08/2018 | 4912299 | 314.72 |
| 10/08/2018 | 4912300 | 25.99 |
| 10/08/2018 | 4912301 | 203.57 |
| 10/08/2018 | 4912302 | 968.78 |
| 10/08/2018 | 4912303 | 111.91 |
| 10/08/2018 | 4912304 | 1616.76 |
| 10/08/2018 | 4912305 | 674.82 |
| 10/08/2018 | 4912306 | 234.34 |
| 10/08/2018 | 4912307 | 4965.95 |
| 10/08/2018 | 4912308 | 139.57 |
| 10/08/2018 | 4912309 | 661.66 |
| 10/08/2018 | 4912310 | 5101.18 |
| 10/08/2018 | 4912311 | 714.92 |
| 10/08/2018 | 4925412 | 302.02 |
| 10/08/2018 | 4912289 | 472.15 |
| 10/08/2018 | 4912290 | 646.28 |
| 10/08/2018 | 4912291 | 2362.01 |
| 10/08/2018 | 4912292 | 664.35 |
| 10/08/2018 | 4912293 | 436.57 |
| 10/08/2018 | 4912294 | 4772.83 |
| 10/08/2018 | 4912295 | 2817.88 |
| 10/08/2018 | 4912296 | 539.87 |
| 10/08/2018 | 4912297 | 1434.72 |
| 10/08/2018 | 4912298 | 1602.83 |
| 10/08/2018 | 4925408 | 2033.77 |
| 10/09/2018 | 4925413 | 1598.8 |
| 10/09/2018 | 4925414 | 1472.35 |



| | | |
|---|---|---|
| 10/09/2018 | 4938699 | 7065.11 |
| 10/09/2018 | 4938702 | 2123.08 |
| 10/09/2018 | 4925409 | 1282.62 |
| 10/09/2018 | 4925410 | 619.53 |
| 10/09/2018 | 4925411 | 351.25 |
| 10/10/2018 | 4938697 | 920.72 |
| 10/10/2018 | 4938698 | 981.18 |
| 10/10/2018 | 4938700 | 323.21 |
| 10/10/2018 | 4938701 | 712.93 |
| 10/10/2018 | 4938703 | 786.61 |
| 10/10/2018 | 4954324 | 1777.64 |
| 10/10/2018 | 4954326 | 1512.69 |
| 10/10/2018 | 4954327 | 316.11 |
| 10/10/2018 | 4938693 | 2089.44 |
| 10/10/2018 | 4938694 | 1415.45 |
| 10/10/2018 | 4938695 | 1087.32 |
| 10/10/2018 | 4938696 | 560.34 |
| 10/11/2018 | 4954319 | 171.67 |
| 10/11/2018 | 4954320 | 2170.5 |
| 10/11/2018 | 4954321 | 233.49 |
| 10/11/2018 | 4954322 | 2232.09 |
| 10/11/2018 | 4954323 | 605.37 |
| 10/11/2018 | 4954325 | 457.07 |
| 10/11/2018 | 4967288 | 184.46 |
| 10/11/2018 | 4967289 | 340.53 |
| 10/11/2018 | 4967292 | 1216.82 |
| 10/11/2018 | 4967293 | 533.51 |
| 10/11/2018 | 4954316 | 2893.67 |
| 10/11/2018 | 4954317 | 966.55 |
| 10/11/2018 | 4954318 | 236.94 |
| 10/11/2018 | 4967284 | 1024.54 |
| 10/12/2018 | 4967285 | 318.6 |
| 10/12/2018 | 4967286 | 1610.31 |
| 10/12/2018 | 4967287 | 410.88 |
| 10/12/2018 | 4967290 | 292.68 |
| 10/12/2018 | 4967291 | 4010.49 |
| 10/12/2018 | 4967294 | 301.54 |
| 10/12/2018 | 4967295 | 2689.34 |
| 10/12/2018 | 4967296 | 1806.04 |
| 10/12/2018 | 4967297 | 158.15 |
| 10/12/2018 | 4967282 | 951.25 |
| 10/12/2018 | 4967283 | 496.01 |
| 10/14/2018 | 4990949 | 1295.21 |
| 10/14/2018 | 4990950 | 284.34 |
| 10/14/2018 | 4990951 | 922.34 |
| 10/14/2018 | 4990952 | 674.88 |
| 10/14/2018 | 4990953 | 3818.73 |
| 10/14/2018 | 4990957 | 2737.7 |

 Shaw
Financial Services Department

| | | |
|---|---|---|
| 10/14/2018 | 4990944 | 1003.65 |
| 10/14/2018 | 4990945 | 540.55 |