

October 25, 2018

Sears Holdings Corp
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: Jeremy Holbrook, Deputy General Counsel Sears Holdings Corp

Delivered via Federal Express Tracking #7735 6599 9911

Re:   Notice and Demand for Reclamation of Goods by Creditor (See Schedule A)
      Proof of Insolvency (See Schedule B)
      Body Flex Sports, Inc.
      Case #18-23538

Demand is hereby made upon you pursuant to the Uniform Commercial Code and 11 USC § 546(c) of the United States Bankruptcy Code for the return of all goods consisting of shipments and deliveries received during the applicable periods referred to in the above-cited section (45 days) and specifically including but not limited to goods described in the Schedule enclosed herewith.

Please contact the undersigned for instructions in connection with the return of the goods. In the event you are unable to segregate our shipments and affect a return, we hereby demand immediate payment for that product which has been consumed and is covered by our legal rights to reclaim such product, given your company's financial status.

In light of your recent bankruptcy filing, you are further notified that all goods subject to our right of reclamation should be protected and segregated by you and are not to be used for any purpose whatsoever except those specifically authorized following a notice and hearing by the Bankruptcy Court.

Regards,

Frank Chang
General Manager
Body Flex Sports, Inc.

Encl.

Cc: Keith Hobson / Buyer, Fitness -Fedex #7735 6608 7368
    Bob McDuffee / Buyer, Fitness Online -Fedex#7735 6611 2410
    Honorable Robert D. Drain / US Bankruptcy Court for the Southern District of NY -Fedex #7735 6617 6606

**Corporate Office:**
**21717 Ferrero Parkway, Walnut, CA 91789 USA**
**Tel: 909-598-9876   Fax: 909-598-6707**