# SCHEDULE A

**This is a Reclamation for All Shipments made after 8/30/18**
**Body Flex Sports, Inc. / Sears Bankruptcy Case Number: 18-23538**

| Invoice No. | Invoice Date | Due Date | Invoice Amount | PO No. | Item |
|---|---|---|---|---|---|
| 7160356-1 | 8/31/18 | 10/30/18 | $168.95 | 275965887 | BRM2720 |
| 7160356-2 | 8/31/18 | 10/30/18 | $102.95 | 275936730 | BRF650 |
| 7160356-3 | 8/31/18 | 10/30/18 | $288.95 | 275980386 | BRT6300 |
| 7160356-4 | 8/31/18 | 10/30/18 | $160.95 | 275983833 | PBC1835 |
| 7160356-5 | 8/31/18 | 10/30/18 | $288.95 | 276001656 | BRT6300 |
| 7160357-1 | 9/4/18 | 11/3/18 | $118.95 | 276467847 | BRD2000 |
| 7160357-2 | 9/4/18 | 11/3/18 | $128.95 | 276429120 | BRB852 |
| 7160357-3 | 9/4/18 | 11/3/18 | $208.95 | 276442092 | BRM3671 |
| 7160357-4 | 9/4/18 | 11/3/18 | $168.95 | 276446895 | BR1895 |
| 7160357-5 | 9/4/18 | 11/3/18 | $102.95 | 276443637 | BRF650 |
| 7160357-6 | 9/4/18 | 11/3/18 | $168.95 | 276420729 | BR1895 |
| 7160357-7 | 9/4/18 | 11/3/18 | $52.95 | 276423360 | WB125 |
| 7160357-8 | 9/4/18 | 11/3/18 | $288.95 | 276415209 | BRT6300 |
| 7160357-9 | 9/4/18 | 11/3/18 | $208.95 | 276419259 | BRM3671 |
| 7160357-10 | 9/4/18 | 11/3/18 | $160.95 | 276394680 | PBC1835 |
| 7160357-11 | 9/4/18 | 11/3/18 | $288.95 | 276392457 | BRT6300 |
| 7160357-12 | 9/4/18 | 11/3/18 | $288.95 | 276374457 | BRT6300 |
| 7160357-13 | 9/4/18 | 11/3/18 | $89.95 | 276373971 | XRB358 |
| 7160357-14 | 9/4/18 | 11/3/18 | $128.95 | 276375267 | BRB852 |
| 7160357-15 | 9/4/18 | 11/3/18 | $148.95 | 276311937 | BCB5860 |
| 7160357-16 | 9/4/18 | 11/3/18 | $189.95 | 276360783 | BRM3008 |
| 7160357-17 | 9/4/18 | 11/3/18 | $102.95 | 276349245 | BRF650 |
| 7160357-18 | 9/4/18 | 11/3/18 | $189.95 | 276344271 | BRM3008 |
| 7160357-19 | 9/4/18 | 11/3/18 | $188.95 | 276299748 | BRB5890 |
| 7160357-20 | 9/4/18 | 11/3/18 | $160.95 | 276287772 | PBC1835 |
| 7160357-21 | 9/4/18 | 11/3/18 | $79.95 | 276273972 | BCB500 |
| 7160357-22 | 9/4/18 | 11/3/18 | $118.95 | 276270849 | BRD2000 |
| 7160357-23 | 9/4/18 | 11/3/18 | $98.95 | 276266778 | PBC530 |
| 7160357-24 | 9/4/18 | 11/3/18 | $198.95 | 276258246 | BGB300 |
| 7160357-25 | 9/4/18 | 11/3/18 | $278.95 | 276244584 | BRT3980 |
| 7160357-26 | 9/4/18 | 11/3/18 | $118.95 | 276239619 | BRD2000 |
| 7160357-27 | 9/4/18 | 11/3/18 | $178.95 | 276230664 | BGB290 |
| 7160357-28 | 9/4/18 | 11/3/18 | $78.95 | 276189921 | BUB350 |
| 7160357-29 | 9/4/18 | 11/3/18 | $52.95 | 276058035 | WB125 |
| 7160357-30 | 9/4/18 | 11/3/18 | $288.95 | 276046317 | BRT6300 |
| 7160357-31 | 9/4/18 | 11/3/18 | $78.95 | 276476604 | BUB350 |
| 7160357-32 | 9/4/18 | 11/3/18 | $288.95 | 276510642 | BRT6300 |
| 7160367-1 | 9/5/18 | 11/4/18 | $288.95 | 276780513 | BRT6300 |
| 7160367-2 | 9/5/18 | 11/4/18 | $168.95 | 276752100 | BR1895 |
| 7160367-3 | 9/5/18 | 11/4/18 | $102.95 | 276744186 | BRF650 |
| 7160367-4 | 9/5/18 | 11/4/18 | $98.95 | 276674013 | PBC530 |
| 7160367-5 | 9/5/18 | 11/4/18 | $288.95 | 276582801 | BRT6300 |
| 7160367-6 | 9/5/18 | 11/4/18 | $148.95 | 276672468 | BCB5860 |
| 7160367-7 | 9/5/18 | 11/4/18 | $78.95 | 276802305 | BUB350 |
| 7160367-8 | 9/5/18 | 11/4/18 | $208.95 | 276793479 | BRM3671 |

# SCHEDULE A

This is a Reclamation for All Shipments made after 8/30/18

Body Flex Sports, Inc. / Sears Bankruptcy Case Number: 18-23538

| Invoice No. | Invoice Date | Due Date | Invoice Amount | PO No. | Item |
|---|---|---|---|---|---|
| 7160368-1 | 9/6/18 | 11/5/18 | $102.95 | 276860772 | BRF650 |
| 7160368-2 | 9/6/18 | 11/5/18 | $118.95 | 276845835 | BRD2000 |
| 7160368-3 | 9/6/18 | 11/5/18 | $168.95 | 276824247 | BR1895 |
| 7160368-4 | 9/6/18 | 11/5/18 | $169.95 | 276904281 | BRM2788 |
| 7160376-1 | 9/7/18 | 11/6/18 | $118.95 | 276999096 | BRD2000 |
| 7160376-2 | 9/7/18 | 11/6/18 | $189.95 | 276975525 | BRM3008 |
| 7160376-3 | 9/7/18 | 11/6/18 | $98.95 | 276959364 | PBC530 |
| 7160376-4 | 9/7/18 | 11/6/18 | $78.95 | 276910617 | BUB350 |
| 7160376-5 | 9/7/18 | 11/6/18 | $128.95 | 277012665 | BRB852 |
| 7160376-6 | 9/7/18 | 11/6/18 | $78.95 | 277015965 | BUB350 |
| 7160377-1 | 9/10/18 | 11/9/18 | $189.95 | 277299456 | BRM3008 |
| 7160377-2 | 9/10/18 | 11/9/18 | $288.95 | 277294785 | BRT6300 |
| 7160377-3 | 9/10/18 | 11/9/18 | $128.95 | 277294635 | BRB852 |
| 7160377-4 | 9/10/18 | 11/9/18 | $52.95 | 277279206 | WB125 |
| 7160377-5 | 9/10/18 | 11/9/18 | $118.95 | 277275225 | BRD2000 |
| 7160377-6 | 9/10/18 | 11/9/18 | $128.95 | 277254132 | BRB852 |
| 7160377-7 | 9/10/18 | 11/9/18 | $118.95 | 277220691 | BRD2000 |
| 7160377-8 | 9/10/18 | 11/9/18 | $288.95 | 277137423 | BRT6300 |
| 7160377-9 | 9/10/18 | 11/9/18 | $288.95 | 277142010 | BRT6300 |
| 7160377-10 | 9/10/18 | 11/9/18 | $78.95 | 277133379 | BUB350 |
| 7160377-11 | 9/10/18 | 11/9/18 | $45.95 | 277130997 | PL1000 |
| 7160377-12 | 9/10/18 | 11/9/18 | $102.95 | 277127709 | BRF650 |
| 7160377-13 | 9/10/18 | 11/9/18 | $102.95 | 277123479 | BRF650 |
| 7160377-14 | 9/10/18 | 11/9/18 | $102.95 | 277073838 | BRF650 |
| 7160377-15 | 9/10/18 | 11/9/18 | $128.95 | 277050402 | BRB852 |
| 7160377-16 | 9/10/18 | 11/9/18 | $288.95 | 277359033 | BRT6300 |
| 7160377-17 | 9/10/18 | 11/9/18 | $288.95 | 277351818 | BRT6300 |
| 7160381-1 | 9/10/18 | 11/9/18 | $118.95 | 277286349 | BRD2000 |
| 7160390-1 | 9/11/18 | 11/10/18 | $78.95 | 276823197 | BUB350 |
| 7160390-2 | 9/11/18 | 11/10/18 | $118.95 | 277403445 | BRD2000 |
| 7160390-3 | 9/11/18 | 11/10/18 | $148.95 | 277462032 | BCB5860 |
| 7160390-4 | 9/11/18 | 11/10/18 | $102.95 | 277454250 | BRF650 |
| 7160390-5 | 9/11/18 | 11/10/18 | $89.95 | 277455978 | XRB358 |
| 7160391-1 | 9/12/18 | 11/11/18 | $288.95 | 277560339 | BRT6300 |
| 7160391-2 | 9/12/18 | 11/11/18 | $102.95 | 277555644 | BRF650 |
| 7160391-3 | 9/12/18 | 11/11/18 | $288.95 | 277514724 | BRT6300 |
| 7160391-4 | 9/12/18 | 11/11/18 | $118.95 | 277507470 | BRD2000 |
| 7160391-5 | 9/12/18 | 11/11/18 | $178.95 | 277480437 | BGB290 |
| 7160397-1 | 9/13/18 | 11/12/18 | $118.95 | 277651128 | BRD2000 |
| 7160397-2 | 9/13/18 | 11/12/18 | $108.95 | 277612872 | BRF700 |
| 7160397-3 | 9/13/18 | 11/12/18 | $288.95 | 277610097 | BRT6300 |
| 7160398-1 | 9/14/18 | 11/13/18 | $98.95 | 277896570 | PT620 |
| 7160398-2 | 9/14/18 | 11/13/18 | $178.95 | 277859844 | BGB290 |
| 7160398-3 | 9/14/18 | 11/13/18 | $78.95 | 277749366 | BUB350 |
| 7160398-4 | 9/14/18 | 11/13/18 | $102.95 | 277919598 | BRF650 |

# SCHEDULE A

**This is a Reclamation for All Shipments made after 8/30/18**
**Body Flex Sports, Inc. / Sears Bankruptcy Case Number: 18-23538**

| Invoice No. | Invoice Date | Due Date | Invoice Amount | PO No. | Item |
|---|---|---|---|---|---|
| 7160398-5 | 9/14/18 | 11/13/18 | $102.95 | 277935177 | BRF650 |
| 7160407-1 | 9/17/18 | 11/16/18 | $108.95 | 278211173 | VKR1010 |
| 7160407-2 | 9/17/18 | 11/16/18 | $168.95 | 278184513 | BRM2720 |
| 7160407-3 | 9/17/18 | 11/16/18 | $148.95 | 278139810 | BCB5860 |
| 7160407-4 | 9/17/18 | 11/16/18 | $118.95 | 278119509 | BRD2000 |
| 7160407-5 | 9/17/18 | 11/16/18 | $98.95 | 278084040 | PT620 |
| 7160407-6 | 9/17/18 | 11/16/18 | $189.95 | 278076483 | BRM3008 |
| 7160407-7 | 9/17/18 | 11/16/18 | $118.95 | 278062191 | BCR890 |
| 7160407-8 | 9/17/18 | 11/16/18 | $102.95 | 278051670 | PT600 |
| 7160407-9 | 9/17/18 | 11/16/18 | $52.95 | 278036943 | WB125 |
| 7160407-10 | 9/17/18 | 11/16/18 | $189.95 | 278036016 | BRM3008 |
| 7160407-11 | 9/17/18 | 11/16/18 | $98.95 | 278019546 | PBC530 |
| 7160407-12 | 9/17/18 | 11/16/18 | $118.95 | 277997166 | BRD2000 |
| 7160407-13 | 9/17/18 | 11/16/18 | $78.95 | 277995480 | BUB350 |
| 7160407-14 | 9/17/18 | 11/16/18 | $189.95 | 277974090 | BRM3008 |
| 7160407-15 | 9/17/18 | 11/16/18 | $118.95 | 277966044 | BCR890 |
| 7160407-16 | 9/17/18 | 11/16/18 | $118.95 | 277962588 | BRD2000 |
| 7160407-17 | 9/17/18 | 11/16/18 | $188.95 | 277955436 | BRB5890 |
| 7160407-18 | 9/17/18 | 11/16/18 | $288.95 | 278226233 | BRT6300 |
| 7160407-19 | 9/17/18 | 11/16/18 | $118.95 | 278228261 | BCR890 |
| 7160406-1 | 9/17/18 | 11/16/18 | $169.95 | 278013870 | BRM2788 |
| 7160408-1 | 9/18/18 | 11/17/18 | $108.95 | 278348447 | BRF700 |
| 7160408-2 | 9/18/18 | 11/17/18 | $189.95 | 278336975 | BRM3008 |
| 7160408-3 | 9/18/18 | 11/17/18 | $102.95 | 278316728 | BRF650 |
| 7160408-4 | 9/18/18 | 11/17/18 | $288.95 | 278297981 | BRT6300 |
| 7160408-5 | 9/18/18 | 11/17/18 | $118.95 | 278295590 | BRD2000 |
| 7160408-6 | 9/18/18 | 11/17/18 | $288.95 | 278283224 | BRT6300 |
| 7160408-7 | 9/18/18 | 11/17/18 | $89.95 | 278374982 | XRB358 |
| 7160408-8 | 9/18/18 | 11/17/18 | $118.95 | 278388758 | BRD2000 |
| 7160408-9 | 9/18/18 | 11/17/18 | $108.95 | 278378960 | BRF700 |
| 7160418-1 | 9/19/18 | 11/18/18 | $89.95 | 278557226 | XRB358 |
| 7160418-2 | 9/19/18 | 11/18/18 | $98.95 | 278536835 | PBC530 |
| 7160418-3 | 9/19/18 | 11/18/18 | $128.95 | 278514800 | BRB852 |
| 7160418-4 | 9/19/18 | 11/18/18 | $108.95 | 278610170 | BRF700 |
| 7160417-1 | 9/19/18 | 11/18/18 | $128.95 | 278551085 | BRB852 |
| 7160417-2 | 9/19/18 | 11/18/18 | $52.95 | 278532728 | WB125 |
| 7160417-3 | 9/19/18 | 11/18/18 | $98.95 | 278393459 | PT620 |
| 7160427-1 | 9/20/18 | 11/19/18 | $98.95 | 278689232 | BR1830 |
| 7160427-2 | 9/20/18 | 11/19/18 | $108.95 | 278675222 | BRF700 |
| 7160427-3 | 9/20/18 | 11/19/18 | $288.95 | 278672033 | BRT6300 |
| 7160427-4 | 9/20/18 | 11/19/18 | $128.95 | 278663783 | BRB852 |
| 7160427-5 | 9/20/18 | 11/19/18 | $108.95 | 278653106 | BRF700 |
| 7160427-6 | 9/20/18 | 11/19/18 | $168.95 | 278652521 | BRM2720 |
| 7160427-7 | 9/20/18 | 11/19/18 | $128.95 | 278636582 | BRB852 |
| 7160427-8 | 9/20/18 | 11/19/18 | $189.95 | 278632694 | BRM3008 |

# SCHEDULE A

## This is a Reclamation for All Shipments made after 8/30/18
## Body Flex Sports, Inc. / Sears Bankruptcy Case Number: 18-23538

| Invoice No. | Invoice Date | Due Date | Invoice Amount | PO No. | Item |
|---|---|---|---|---|---|
| 7160427-9 | 9/20/18 | 11/19/18 | $128.95 | 278618732 | BRB852 |
| 7160427-10 | 9/20/18 | 11/19/18 | $153.95 | 278708471 | BRB5218 |
| 7160427-11 | 9/20/18 | 11/19/18 | $108.95 | 278710277 | BRF700 |
| 7160427-12 | 9/20/18 | 11/19/18 | $288.95 | 278713094 | BRT6300 |
| 7160427-13 | 9/20/18 | 11/19/18 | $118.95 | 278715980 | BRD2000 |
| 7160426-1 | 9/20/18 | 11/19/18 | $128.95 | 278662532 | BRB852 |
| 7160426-2 | 9/20/18 | 11/19/18 | $48.95 | 278626460 | WB630 |
| 7160421 | 9/20/18 | 11/19/18 | $4,911.90 | 08289241205 | BRD2680 |
| 7160422 | 9/20/18 | 11/19/18 | $4,444.10 | 08305226518 | BRD2680 |
| 7160428-1 | 9/21/18 | 11/20/18 | $98.95 | 278804606 | PBC530 |
| 7160428-2 | 9/21/18 | 11/20/18 | $98.95 | 278774906 | PBC530 |
| 7160428-3 | 9/21/18 | 11/20/18 | $278.95 | 278760497 | BRT3980 |
| 7160428-4 | 9/21/18 | 11/20/18 | $108.95 | 278758649 | BRF700 |
| 7160428-5 | 9/21/18 | 11/20/18 | $118.95 | 278753246 | BRD2000 |
| 7160428-6 | 9/21/18 | 11/20/18 | $128.95 | 278732351 | BRB852 |
| 7160428-7 | 9/21/18 | 11/20/18 | $102.95 | 278731859 | BRF650 |
| 7160428-8 | 9/21/18 | 11/20/18 | $89.95 | 278806937 | XRB358 |
| 7160428-9 | 9/21/18 | 11/20/18 | $128.95 | 278835617 | BRB852 |
| 7160432-1 | 9/21/18 | 11/20/18 | $108.95 | 278792465 | BRF700 |
| 7160429 | 9/21/18 | 11/20/18 | $2,572.90 | 8273675617 | BRD2680 |
| 7160439-1 | 9/24/18 | 11/23/18 | $160.95 | 279096071 | PBC1835 |
| 7160439-2 | 9/24/18 | 11/23/18 | $78.95 | 279094370 | BUB350 |
| 7160439-3 | 9/24/18 | 11/23/18 | $118.95 | 279085073 | BRD2000 |
| 7160439-4 | 9/24/18 | 11/23/18 | $288.95 | 279088409 | BRT6300 |
| 7160439-5 | 9/24/18 | 11/23/18 | $288.95 | 279047717 | BRT6300 |
| 7160439-6 | 9/24/18 | 11/23/18 | $148.95 | 279019235 | BCB5860 |
| 7160439-7 | 9/24/18 | 11/23/18 | $118.95 | 278953448 | BRD2000 |
| 7160439-8 | 9/24/18 | 11/23/18 | $169.95 | 278953589 | BRM2788 |
| 7160439-9 | 9/24/18 | 11/23/18 | $128.95 | 278957207 | BRB852 |
| 7160439-10 | 9/24/18 | 11/23/18 | $128.95 | 278948996 | BRB852 |
| 7160439-11 | 9/24/18 | 11/23/18 | $168.95 | 278950100 | BRM2720 |
| 7160439-12 | 9/24/18 | 11/23/18 | $102.95 | 278942360 | BRF650 |
| 7160439-13 | 9/24/18 | 11/23/18 | $128.95 | 278950145 | BRB852 |
| 7160439-14 | 9/24/18 | 11/23/18 | $128.95 | 278918768 | BRB852 |
| 7160439-15 | 9/24/18 | 11/23/18 | $108.95 | 278881904 | BRF700 |
| 7160439-16 | 9/24/18 | 11/23/18 | $288.95 | 278866283 | BRT6300 |
| 7160439-17 | 9/24/18 | 11/23/18 | $189.95 | 278853974 | BRM3008 |
| 7160439-18 | 9/24/18 | 11/23/18 | $288.95 | 278854262 | BRT6300 |
| 7160439-19 | 9/24/18 | 11/23/18 | $208.95 | 278788913 | BRM3671 |
| 7160439-20 | 9/24/18 | 11/23/18 | $52.95 | 279107417 | WB125 |
| 7160439-21 | 9/24/18 | 11/23/18 | $52.95 | 279154073 | WB125 |
| 7160439-22 | 9/24/18 | 11/23/18 | $118.95 | 279150995 | BRD2000 |
| 7160438-1 | 9/24/18 | 11/23/18 | $118.95 | 278852267 | BCR890 |
| 7160438-2 | 9/24/18 | 11/23/18 | $102.95 | 279034088 | PT600 |
| 7160449-1 | 9/25/18 | 11/24/18 | $188.95 | 279268988 | BRB5890 |

# SCHEDULE A
## This is a Reclamation for All Shipments made after 8/30/18
## Body Flex Sports, Inc. / Sears Bankruptcy Case Number: 18-23538

| Invoice No. | Invoice Date | Due Date | Invoice Amount | PO No. | Item |
|---|---|---|---|---|---|
| 7160449-2 | 9/25/18 | 11/24/18 | $288.95 | 279236993 | BRT6300 |
| 7160449-3 | 9/25/18 | 11/24/18 | $79.95 | 279234452 | BCB500 |
| 7160449-4 | 9/25/18 | 11/24/18 | $153.95 | 279207860 | BRB5218 |
| 7160449-5 | 9/25/18 | 11/24/18 | $160.95 | 279306050 | PBC1835 |
| 7160445-1 | 9/25/18 | 11/24/18 | $102.95 | 279229487 | BRF650 |
| 7160442 | 9/25/18 | 11/24/18 | $12,981.45 | 8275305738 | BRD2680 |
| 7160443 | 9/25/18 | 11/24/18 | $16,840.80 | 8292262643 | BRD2680 |
| 7160453-1 | 9/26/18 | 11/25/18 | $118.95 | 279343691 | BRD2000 |
| 7160453-2 | 9/26/18 | 11/25/18 | $153.95 | 279316364 | BRB5218 |
| 7160454-1 | 9/27/18 | 11/26/18 | $153.95 | 279475844 | BRB5218 |
| 7160454-2 | 9/27/18 | 11/26/18 | $288.95 | 279459491 | BRT6300 |
| 7160454-3 | 9/27/18 | 11/26/18 | $278.95 | 279810527 | BRT3980 |
| 7160464-1 | 9/28/18 | 11/27/18 | $108.95 | 279899315 | BRF700 |
| 7160463-1 | 9/28/18 | 11/27/18 | $208.95 | 279891905 | BRM3671 |
| 7160461 | 9/28/18 | 11/27/18 | $9,472.95 | 8287247396 | BRD2680 |
| 7160472-1 | 10/1/18 | 11/30/18 | $118.95 | 279923177 | BCR890 |
| 7160472-2 | 10/1/18 | 11/30/18 | $153.95 | 280024778 | BRB5218 |
| 7160472-3 | 10/1/18 | 11/30/18 | $98.95 | 280027058 | PBC530 |
| 7160472-4 | 10/1/18 | 11/30/18 | $108.95 | 280012622 | BRF700 |
| 7160472-5 | 10/1/18 | 11/30/18 | $89.95 | 280014590 | XRB358 |
| 7160472-6 | 10/1/18 | 11/30/18 | $79.95 | 280054043 | BCB500 |
| 7160472-7 | 10/1/18 | 11/30/18 | $128.95 | 280100969 | BRB852 |
| 7160472-8 | 10/1/18 | 11/30/18 | $208.95 | 280115084 | BRM3671 |
| 7160472-9 | 10/1/18 | 11/30/18 | $89.95 | 280127867 | XRB358 |
| 7160472-10 | 10/1/18 | 11/30/18 | $153.95 | 280149779 | BRB3558 |
| 7160472-11 | 10/1/18 | 11/30/18 | $89.95 | 280159736 | XRB358 |
| 7160472-12 | 10/1/18 | 11/30/18 | $98.95 | 280181786 | BR1830 |
| 7160470-1 | 10/1/18 | 11/30/18 | $88.95 | 280085810 | BUB350 |
| 7160477-1 | 10/2/18 | 12/1/18 | $153.95 | 280300946 | BRB5218 |
| 7160477-2 | 10/2/18 | 12/1/18 | $102.95 | 280288424 | BRF650 |
| 7160477-3 | 10/2/18 | 12/1/18 | $118.95 | 280282595 | BRD2000 |
| 7160477-4 | 10/2/18 | 12/1/18 | $188.95 | 280268018 | BRB5890 |
| 7160477-5 | 10/2/18 | 12/1/18 | $153.95 | 280259720 | BRB5218 |
| 7160440 | 9/18/18 | 12/1/18 | **$48,700.65** | SS1542-801 | PT728 |
| 7160478-1 | 10/3/18 | 12/2/18 | $128.95 | 280427795 | BRB852 |
| 7160478-2 | 10/3/18 | 12/2/18 | $148.95 | 280393118 | BCB5860 |
| 7160478-3 | 10/3/18 | 12/2/18 | $128.95 | 280389284 | XRG5300 |
| 7160478-4 | 10/3/18 | 12/2/18 | $98.95 | 280384328 | BR1830 |
| 7160478-5 | 10/3/18 | 12/2/18 | $118.95 | 280351421 | BRD2000 |
| 7160478-6 | 10/3/18 | 12/2/18 | $79.95 | 280353098 | BCB500 |
| 7160478-7 | 10/3/18 | 12/2/18 | $118.95 | 280468193 | BRD2000 |
| 7160486-1 | 10/4/18 | 12/3/18 | $102.95 | 280538327 | BRF650 |
| 7160486-2 | 10/4/18 | 12/3/18 | $118.95 | 280509692 | BRD2000 |
| 7160486-3 | 10/4/18 | 12/3/18 | $288.95 | 280496027 | BRT6300 |
| 7160486-4 | 10/4/18 | 12/3/18 | $148.95 | 280491209 | BCB5860 |

# SCHEDULE A

## This is a Reclamation for All Shipments made after 8/30/18
## Body Flex Sports, Inc. / Sears Bankruptcy Case Number: 18-23538

| Invoice No. | Invoice Date | Due Date | Invoice Amount | PO No. | Item |
|---|---|---|---|---|---|
| 7160486-5 | 10/4/18 | 12/3/18 | $45.95 | 280484867 | PL1000 |
| 7160486-6 | 10/4/18 | 12/3/18 | $108.95 | 280474001 | BRF700 |
| 7160486-7 | 10/4/18 | 12/3/18 | $118.95 | 280568978 | BRD2000 |
| 7160486-8 | 10/4/18 | 12/3/18 | $79.95 | 280563221 | BCB500 |
| 7160485-1 | 10/4/18 | 12/3/18 | $98.95 | 280545650 | BR1830 |
| 7160487-1 | 10/5/18 | 12/4/18 | $52.95 | 280627091 | WB125 |
| 7160487-2 | 10/5/18 | 12/4/18 | $118.95 | 280608479 | BRD2000 |
| 7160487-3 | 10/5/18 | 12/4/18 | $98.95 | 280596203 | PT620 |
| 7160487-4 | 10/5/18 | 12/4/18 | $118.95 | 280641443 | BCR890 |
| 7160498-1 | 10/8/18 | 12/7/18 | $128.95 | 280944372 | BRB852 |
| 7160498-2 | 10/8/18 | 12/7/18 | $178.95 | 280942629 | BGB290 |
| 7160498-3 | 10/8/18 | 12/7/18 | $168.95 | 280935828 | BR1895 |
| 7160498-4 | 10/8/18 | 12/7/18 | $98.95 | 280921877 | PBC530 |
| 7160498-5 | 10/8/18 | 12/7/18 | $160.95 | 280908794 | PBC1835 |
| 7160498-6 | 10/8/18 | 12/7/18 | $89.95 | 280900349 | XRB358 |
| 7160498-7 | 10/8/18 | 12/7/18 | $108.95 | 280893065 | BRF700 |
| 7160498-8 | 10/8/18 | 12/7/18 | $128.95 | 280895438 | BRB852 |
| 7160498-9 | 10/8/18 | 12/7/18 | $89.95 | 280882964 | XRB358 |
| 7160498-10 | 10/8/18 | 12/7/18 | $169.95 | 280878209 | BRM2788 |
| 7160498-11 | 10/8/18 | 12/7/18 | $118.95 | 280874333 | BRD2000 |
| 7160498-12 | 10/8/18 | 12/7/18 | $108.95 | 280871471 | VKR1010 |
| 7160498-13 | 10/8/18 | 12/7/18 | $89.95 | 280869341 | XRB358 |
| 7160498-14 | 10/8/18 | 12/7/18 | $98.95 | 280864574 | PBC530 |
| 7160498-15 | 10/8/18 | 12/7/18 | $98.95 | 280856729 | PBC530 |
| 7160498-16 | 10/8/18 | 12/7/18 | $128.95 | 280832711 | BRB852 |
| 7160498-17 | 10/8/18 | 12/7/18 | $153.95 | 280811522 | BRB3558 |
| 7160498-18 | 10/8/18 | 12/7/18 | $102.95 | 280807442 | BRF650 |
| 7160498-19 | 10/8/18 | 12/7/18 | $118.95 | 280706864 | BRD2000 |
| 7160498-20 | 10/8/18 | 12/7/18 | $98.95 | 280710524 | PBC530 |
| 7160498-21 | 10/8/18 | 12/7/18 | $288.95 | 280958364 | BRT6300 |
| 7160498-22 | 10/8/18 | 12/7/18 | $148.95 | 280955052 | BCB5860 |
| 7160498-23 | 10/8/18 | 12/7/18 | $89.95 | 280980294 | XRB358 |
| 7160498-24 | 10/8/18 | 12/7/18 | $102.95 | 280968315 | BRF650 |
| 7160497-1 | 10/8/18 | 12/7/18 | $89.95 | 280893320 | XRB358 |
| 7160504-1 | 10/9/18 | 12/8/18 | $98.95 | 281027280 | PBC530 |
| 7160504-2 | 10/9/18 | 12/8/18 | $88.95 | 281020185 | BUB850 |
| 7160504-3 | 10/9/18 | 12/8/18 | $52.95 | 281016804 | WB125 |
| 7160504-4 | 10/9/18 | 12/8/18 | $98.95 | 281004519 | PT620 |
| 7160504-5 | 10/9/18 | 12/8/18 | $89.95 | 281006634 | XRB358 |
| 7160504-6 | 10/9/18 | 12/8/18 | $88.95 | 280999044 | BUB850 |
| 7160504-7 | 10/9/18 | 12/8/18 | $89.95 | 280992993 | XRB358 |
| | | | $136,981.80 | | |