**Schedule B**
**This is Proof of Insolvency for all shipments unpaid and due prior to 10/21/18 by Body Flex Sports, Inc. / Sears Bankruptcy**
**Case Number: 18-23538**

| Invoice No. | Invoice Date | Due Date | Invoice Amount | PO No. | Item |
|---|---|---|---|---|---|
| 7159990-1 | 5/25/18 | 7/24/18 | $288.95 | 576003 | BRT6300 |
| 7159990-2 | 5/25/18 | 7/24/18 | $102.95 | 586522 | PT600 |
| 7159990-3 | 5/25/18 | 7/24/18 | $288.95 | 586832 | BRT6300 |
| 7159990-4 | 5/25/18 | 7/24/18 | $288.95 | 1028205 | BRT6300 |
| 7159991-1 | 5/29/18 | 7/28/18 | $178.95 | 1071742 | BGB290 |
| 7159991-2 | 5/29/18 | 7/28/18 | $208.95 | 1077581 | BRM3671 |
| 7159991-3 | 5/29/18 | 7/28/18 | $208.95 | 1096829 | BRM3671 |
| 7159991-4 | 5/29/18 | 7/28/18 | $288.95 | 1142835 | BRT6300 |
| 7159991-5 | 5/29/18 | 7/28/18 | $98.95 | 1154185 | BR1958 |
| 7159991-6 | 5/29/18 | 7/28/18 | $288.95 | 1163037 | BRT6300 |
| 7159991-7 | 5/29/18 | 7/28/18 | $288.95 | 1166489 | BRT6300 |
| 7159991-8 | 5/29/18 | 7/28/18 | $288.95 | 1170511 | BRT6300 |
| 7159991-9 | 5/29/18 | 7/28/18 | $128.95 | 1169068 | BCB3780 |
| 7159991-10 | 5/29/18 | 7/28/18 | $208.95 | 1173739 | BRM3671 |
| 7159991-11 | 5/29/18 | 7/28/18 | $288.95 | 1175682 | BRT6300 |
| 7159991-12 | 5/29/18 | 7/28/18 | $153.95 | 769296 | BRB3558 |
| 7159991-13 | 5/29/18 | 7/28/18 | $288.95 | 1186339 | BRT6300 |
| 7159991-14 | 5/29/18 | 7/28/18 | $178.95 | 1201253 | BGB290 |
| 7159991-15 | 5/29/18 | 7/28/18 | $198.95 | 1205496 | BRB6285 |
| 7159991-16 | 5/29/18 | 7/28/18 | $128.95 | 1235623 | BCB3890 |
| 7159991-17 | 5/29/18 | 7/28/18 | $208.95 | 1249344 | BRM3671 |
| 7159991-18 | 5/29/18 | 7/28/18 | $148.95 | 1251383 | PT728 |
| 7159991-19 | 5/29/18 | 7/28/18 | $118.95 | 1243691 | BCR890 |
| 7159991-20 | 5/29/18 | 7/28/18 | $208.95 | 1256165 | BRM3671 |
| 7160003-1 | 5/30/18 | 7/29/18 | $102.95 | 1290433 | PT600 |
| 7160003-2 | 5/30/18 | 7/29/18 | $288.95 | 1290945 | BRT6300 |
| 7160003-3 | 5/30/18 | 7/29/18 | $98.95 | 1299456 | BR1958 |
| 7160003-4 | 5/30/18 | 7/29/18 | $208.95 | 1297841 | BRM3671 |
| 7160003-5 | 5/30/18 | 7/29/18 | $208.95 | 1299095 | BRM3671 |
| 7160003-6 | 5/30/18 | 7/29/18 | $128.95 | 1300162 | BRB852 |
| 7160003-7 | 5/30/18 | 7/29/18 | $189.95 | 1314382 | BRM3008 |
| 7160004-1 | 5/31/18 | 7/30/18 | $288.95 | 1359762 | BRT6300 |
| 7160004-2 | 5/31/18 | 7/30/18 | $98.95 | 1361711 | BR1958 |
| 7160004-3 | 5/31/18 | 7/30/18 | $188.95 | 1375770 | BRB5890 |
| 7160004-4 | 5/31/18 | 7/30/18 | $98.95 | 1367957 | PBC530 |
| 7160004-5 | 5/31/18 | 7/30/18 | $128.95 | 1369390 | BCB3890 |
| 7160004-6 | 5/31/18 | 7/30/18 | $288.95 | 1373031 | BRT6300 |
| 7160004-7 | 5/31/18 | 7/30/18 | $78.95 | 1381857 | BUB350 |
| 7160004-8 | 5/31/18 | 7/30/18 | $148.95 | 1385094 | PT728 |
| 7160014-1 | 6/1/18 | 7/31/18 | $118.95 | 770401 | BCR890 |
| 7160014-2 | 6/1/18 | 7/31/18 | $189.95 | 1416304 | BRM3008 |
| 7160014-3 | 6/1/18 | 7/31/18 | $148.95 | 1423782 | PT728 |
| 7160014-4 | 6/1/18 | 7/31/18 | $198.95 | 1435275 | BRB6285 |
| 7160014-5 | 6/1/18 | 7/31/18 | $102.95 | 1442951 | BRF650 |

**Schedule B**
**This is Proof of Insolvency for all shipments unpaid and due prior to 10/21/18 by Body Flex Sports, Inc. / Sears Bankruptcy**
**Case Number: 18-23538**

| Invoice No. | Invoice Date | Due Date | Invoice Amount | PO No. | Item |
|---|---|---|---|---|---|
| 7160022-1 | 6/4/18 | 8/3/18 | $198.95 | 1455555 | BRB6285 |
| 7160022-2 | 6/4/18 | 8/3/18 | $98.95 | 1455630 | PBC530 |
| 7160022-3 | 6/4/18 | 8/3/18 | $89.95 | 1461601 | XRB358 |
| 7160022-4 | 6/4/18 | 8/3/18 | $288.95 | 1496944 | BRT6300 |
| 7160022-5 | 6/4/18 | 8/3/18 | $118.95 | 1530311 | BRD2000 |
| 7160022-6 | 6/4/18 | 8/3/18 | $288.95 | 1534123 | BRT6300 |
| 7160022-7 | 6/4/18 | 8/3/18 | $278.95 | 1534900 | BRT3980 |
| 7160022-8 | 6/4/18 | 8/3/18 | $98.95 | 1539307 | BR1958 |
| 7160022-9 | 6/4/18 | 8/3/18 | $48.95 | 1541640 | WB630 |
| 7160022-10 | 6/4/18 | 8/3/18 | $278.95 | 1546816 | BRT3980 |
| 7160022-11 | 6/4/18 | 8/3/18 | $288.95 | 1546849 | BRT6300 |
| 7160022-12 | 6/4/18 | 8/3/18 | $288.95 | 1573294 | BRT6300 |
| 7160022-13 | 6/4/18 | 8/3/18 | $288.95 | 1585378 | BRT6300 |
| 7160022-14 | 6/4/18 | 8/3/18 | $288.95 | 1577603 | BRT6300 |
| 7160022-15 | 6/4/18 | 8/3/18 | $148.95 | 1578803 | BCB5860 |
| 7160022-16 | 6/4/18 | 8/3/18 | $148.95 | 2017112 | PT728 |
| 7160022-17 | 6/4/18 | 8/3/18 | $148.95 | 2036955 | PT728 |
| 7160022-18 | 6/4/18 | 8/3/18 | $288.95 | 2034267 | BRT6300 |
| 7160022-19 | 6/4/18 | 8/3/18 | $118.95 | 2062495 | BRD2000 |
| 7160023-1 | 6/5/18 | 8/4/18 | $118.95 | 2066240 | BRD2000 |
| 7160023-2 | 6/5/18 | 8/4/18 | $148.95 | 2071089 | BCB5860 |
| 7160023-3 | 6/5/18 | 8/4/18 | $88.95 | 2088120 | BUB850 |
| 7160023-4 | 6/5/18 | 8/4/18 | $102.95 | 2086493 | PT600 |
| 7160023-5 | 6/5/18 | 8/4/18 | $278.95 | 2093888 | BRT3980 |
| 7160023-6 | 6/5/18 | 8/4/18 | $198.95 | 2093228 | BRB6285 |
| 7160023-7 | 6/5/18 | 8/4/18 | $148.95 | 2100796 | PT728 |
| 7160023-8 | 6/5/18 | 8/4/18 | $102.95 | 2097480 | BRF650 |
| 7160193-1 | 7/20/18 | 8/4/18 | $118.95 | 271221302 | BRD2000 |
| 7160031-1 | 6/6/18 | 8/5/18 | $198.95 | 2143507 | BRB6285 |
| 7160031-2 | 6/6/18 | 8/5/18 | $198.95 | 2158667 | BRB6285 |
| 7160031-3 | 6/6/18 | 8/5/18 | $48.95 | 2160011 | WB630 |
| 7160031-4 | 6/6/18 | 8/5/18 | $208.95 | 2167219 | BRM3671 |
| 7160031-5 | 6/6/18 | 8/5/18 | $278.95 | 2176120 | BRT3980 |
| 7160032-1 | 6/7/18 | 8/6/18 | $198.95 | 2182964 | BRB6285 |
| 7160032-2 | 6/7/18 | 8/6/18 | $118.95 | 2186488 | BRD2000 |
| 7160032-3 | 6/7/18 | 8/6/18 | $118.95 | 2207119 | BRD2000 |
| 7160032-4 | 6/7/18 | 8/6/18 | $78.95 | 771172 | BUB350 |
| 7160032-5 | 6/7/18 | 8/6/18 | $88.95 | 2233506 | BUB850 |
| 7160032-6 | 6/7/18 | 8/6/18 | $102.95 | 2236326 | BRF650 |
| 7160040-1 | 6/8/18 | 8/7/18 | $118.95 | 2247518 | BRD2000 |
| 7160040-2 | 6/8/18 | 8/7/18 | $189.95 | 2268995 | BRM3008 |
| 7160040-3 | 6/8/18 | 8/7/18 | $208.95 | 2283007 | BRM3671 |
| 7160041-1 | 6/11/18 | 8/10/18 | $148.95 | 2442510 | PT728 |
| 7160041-2 | 6/11/18 | 8/10/18 | $198.95 | 2432776 | BRB6285 |

## Schedule B
**This is Proof of Insolvency for all shipments unpaid and due prior to 10/21/18 by Body Flex Sports, Inc. / Sears Bankruptcy**
**Case Number: 18-23538**

| Invoice No. | Invoice Date | Due Date | Invoice Amount | PO No. | Item |
|---|---|---|---|---|---|
| 7160041-3 | 6/11/18 | 8/10/18 | $288.95 | 2422752 | BRT6300 |
| 7160041-4 | 6/11/18 | 8/10/18 | $102.95 | 2417249 | PT600 |
| 7160041-5 | 6/11/18 | 8/10/18 | $288.95 | 2378133 | BRT6300 |
| 7160041-6 | 6/11/18 | 8/10/18 | $48.95 | 771517 | WB630 |
| 7160041-7 | 6/11/18 | 8/10/18 | $118.95 | 2368425 | BRD2000 |
| 7160041-8 | 6/11/18 | 8/10/18 | $189.95 | 2358213 | BRM3008 |
| 7160041-9 | 6/11/18 | 8/10/18 | $189.95 | 2306822 | BRM3008 |
| 7160041-10 | 6/11/18 | 8/10/18 | $178.95 | 2302256 | BGB290 |
| 7160041-11 | 6/11/18 | 8/10/18 | $89.95 | 2300704 | XRB358 |
| 7160041-12 | 6/11/18 | 8/10/18 | $208.95 | 2297070 | BRM3671 |
| 7160041-13 | 6/11/18 | 8/10/18 | $288.95 | 2294615 | BRT6300 |
| 7160053-1 | 6/12/18 | 8/11/18 | $153.95 | 2548747 | BRB5218 |
| 7160053-2 | 6/12/18 | 8/11/18 | $102.95 | 2541611 | BRF650 |
| 7160053-3 | 6/12/18 | 8/11/18 | $108.95 | 2546049 | VKR1010 |
| 7160054-1 | 6/13/18 | 8/12/18 | $288.95 | 2589023 | BRT6300 |
| 7160054-2 | 6/13/18 | 8/12/18 | $118.95 | 772202 | BCR890 |
| 7160054-3 | 6/13/18 | 8/12/18 | $128.95 | 772017 | BCB3780 |
| 7160059-1 | 6/14/18 | 8/13/18 | $195.95 | 3028541 | BRB5872 |
| 7160059-2 | 6/14/18 | 8/13/18 | $198.95 | 3037157 | BRB6285 |
| 7160059-3 | 6/14/18 | 8/13/18 | $52.95 | 3036790 | WB125 |
| 7160059-4 | 6/14/18 | 8/13/18 | $288.95 | 3063321 | BRT6300 |
| 7160059-5 | 6/14/18 | 8/13/18 | $153.95 | 3078985 | BRB5218 |
| 7160060-1 | 6/15/18 | 8/14/18 | $208.95 | 3093702 | BRM3671 |
| 7160060-2 | 6/15/18 | 8/14/18 | $198.95 | 3102514 | BRB6285 |
| 7160060-3 | 6/15/18 | 8/14/18 | $288.95 | 3104158 | BRT6300 |
| 7160060-4 | 6/15/18 | 8/14/18 | $288.95 | 3142208 | BRT6300 |
| 7160060-5 | 6/15/18 | 8/14/18 | $168.95 | 3143243 | BRB6285 |
| 7160060-6 | 6/15/18 | 8/14/18 | $102.95 | 3154015 | BRF650 |
| 7160071-1 | 6/18/18 | 8/17/18 | $98.95 | 3163598 | PBC530 |
| 7160071-2 | 6/18/18 | 8/17/18 | $98.95 | 3185247 | PBC530 |
| 7160071-3 | 6/18/18 | 8/17/18 | $148.95 | 3175241 | BCB5860 |
| 7160071-4 | 6/18/18 | 8/17/18 | $148.95 | 3175214 | PT728 |
| 7160071-5 | 6/18/18 | 8/17/18 | $118.95 | 3223942 | BCR890 |
| 7160071-6 | 6/18/18 | 8/17/18 | $208.95 | 3244189 | BRM3671 |
| 7160071-7 | 6/18/18 | 8/17/18 | $108.95 | 3268233 | VKR1010 |
| 7160071-8 | 6/18/18 | 8/17/18 | $89.95 | 3267867 | XRB358 |
| 7160071-9 | 6/18/18 | 8/17/18 | $78.95 | 3313161 | BUB350 |
| 7160071-10 | 6/18/18 | 8/17/18 | $198.95 | 3304499 | BRB6285 |
| 7160071-11 | 6/18/18 | 8/17/18 | $198.95 | 772730 | BGB300 |
| 7160071-12 | 6/18/18 | 8/17/18 | $153.95 | 3315308 | BRB3558 |
| 7160072-1 | 6/19/18 | 8/18/18 | $118.95 | 3368896 | BRD2000 |
| 7160072-2 | 6/19/18 | 8/18/18 | $102.95 | 3371175 | BRF650 |
| 7160072-3 | 6/19/18 | 8/18/18 | $218.95 | 3372049 | HBR35 |
| 7160072-4 | 6/19/18 | 8/18/18 | $118.95 | 3373473 | BRD2000 |

## Schedule B

This is Proof of Insolvency for all shipments unpaid and due prior to 10/21/18 by Body Flex Sports, Inc. / Sears Bankruptcy

Case Number: 18-23538

| Invoice No. | Invoice Date | Due Date | Invoice Amount | PO No. | Item |
|---|---|---|---|---|---|
| 7160072-5 | 6/19/18 | 8/18/18 | $118.95 | 3400302 | BRD2000 |
| 7160072-6 | 6/19/18 | 8/18/18 | $148.95 | 3412206 | PT728 |
| 7160072-7 | 6/19/18 | 8/18/18 | $288.95 | 3420340 | BRT6300 |
| 7160072-8 | 6/19/18 | 8/18/18 | $148.95 | 3425369 | BCB5860 |
| 7160080-1 | 6/20/18 | 8/19/18 | $189.95 | 3440759 | BRM3008 |
| 7160080-2 | 6/20/18 | 8/19/18 | $278.95 | 3444503 | BRT3980 |
| 7160080-3 | 6/20/18 | 8/19/18 | $98.95 | 3446303 | BR1958 |
| 7160080-4 | 6/20/18 | 8/19/18 | $208.95 | 3444912 | BRM3671 |
| 7160080-5 | 6/20/18 | 8/19/18 | $153.95 | 3460199 | BRB5218 |
| 7160080-6 | 6/20/18 | 8/19/18 | $118.95 | 3460552 | BCR890 |
| 7160081-1 | 6/21/18 | 8/20/18 | $153.95 | 3537314 | BRB3558 |
| 7160081-2 | 6/21/18 | 8/20/18 | $288.95 | 3540335 | BRT6300 |
| 7160081-3 | 6/21/18 | 8/20/18 | $153.95 | 3572164 | BRB5218 |
| 7160081-4 | 6/21/18 | 8/20/18 | $78.95 | 773123 | BUB350 |
| 7160081-5 | 6/21/18 | 8/20/18 | $208.95 | 3579144 | BRM3671 |
| 7160081-6 | 6/21/18 | 8/20/18 | $102.95 | 3580950 | PT600 |
| 7160092-1 | 6/22/18 | 8/21/18 | $102.95 | 3596094 | BRF650 |
| 7160091-1 | 6/22/18 | 8/21/18 | $153.95 | 267920670 | BRB3558 |
| 7160093-1 | 6/25/18 | 8/24/18 | $118.95 | 33054 | BRD2000 |
| 7160093-2 | 6/25/18 | 8/24/18 | $128.95 | 49614 | XRG5300 |
| 7160093-3 | 6/25/18 | 8/24/18 | $118.95 | 75016 | BCR890 |
| 7160093-4 | 6/25/18 | 8/24/18 | $288.95 | 77694 | BRT6300 |
| 7160093-5 | 6/25/18 | 8/24/18 | $148.95 | 81680 | PT728 |
| 7160093-6 | 6/25/18 | 8/24/18 | $288.95 | 94846 | BRT6300 |
| 7160093-7 | 6/25/18 | 8/24/18 | $153.95 | 99417 | BRB3558 |
| 7160093-8 | 6/25/18 | 8/24/18 | $288.95 | 101359 | BRT6300 |
| 7160093-9 | 6/25/18 | 8/24/18 | $278.95 | 102226 | BRT3980 |
| 7160093-10 | 6/25/18 | 8/24/18 | $278.95 | 144809 | BRT3980 |
| 7160093-11 | 6/25/18 | 8/24/18 | $169.95 | 773312 | BRM2788 |
| 7160093-12 | 6/25/18 | 8/24/18 | $278.95 | 154199 | BRT3980 |
| 7160093-13 | 6/25/18 | 8/24/18 | $118.95 | 157375 | BCR890 |
| 7160093-14 | 6/25/18 | 8/24/18 | $288.95 | 182343 | BRT6300 |
| 7160097-1 | 6/25/18 | 8/24/18 | $79.95 | 268090371 | BCB500 |
| 7160104-1 | 6/26/18 | 8/25/18 | $288.95 | 200286 | BRT6300 |
| 7160104-2 | 6/26/18 | 8/25/18 | $153.95 | 208080 | BRB5218 |
| 7160104-3 | 6/26/18 | 8/25/18 | $128.95 | 230113 | BRB852 |
| 7160104-4 | 6/26/18 | 8/25/18 | $208.95 | 227643 | BRM3671 |
| 7160103-1 | 6/26/18 | 8/25/18 | $79.95 | 268353732 | BCB500 |
| 7160103-2 | 6/26/18 | 8/25/18 | $78.95 | 268390932 | BUB350 |
| 7160105-1 | 6/27/18 | 8/26/18 | $288.95 | 241518 | BRT6300 |
| 7160105-2 | 6/27/18 | 8/26/18 | $188.95 | 242398 | BRB5890 |
| 7160105-3 | 6/27/18 | 8/26/18 | $288.95 | 250882 | BRT6300 |
| 7160105-4 | 6/27/18 | 8/26/18 | $153.95 | 254282 | BRB3558 |
| 7160105-5 | 6/27/18 | 8/26/18 | $153.95 | 254093 | BRB5218 |

**Schedule B**

**This is Proof of Insolvency for all shipments unpaid and due prior to 10/21/18 by Body Flex Sports, Inc. / Sears Bankruptcy**

**Case Number: 18-23538**

| Invoice No. | Invoice Date | Due Date | Invoice Amount | PO No. | Item |
|---|---|---|---|---|---|
| 7160105-6 | 6/27/18 | 8/26/18 | $198.95 | 258881 | BRB6285 |
| 7160105-7 | 6/27/18 | 8/26/18 | $148.95 | 260388 | BCB5860 |
| 7160105-8 | 6/27/18 | 8/26/18 | $168.95 | 288927 | BR1895 |
| 7160105-9 | 6/27/18 | 8/26/18 | $153.95 | 773561 | BRB5218 |
| 7160112-1 | 6/28/18 | 8/27/18 | $148.95 | 153356 | BCB5860 |
| 7160112-2 | 6/28/18 | 8/27/18 | $208.95 | 311906 | BRM3671 |
| 7160112-3 | 6/28/18 | 8/27/18 | $278.95 | 315516 | BRT3980 |
| 7160112-4 | 6/28/18 | 8/27/18 | $288.95 | 353189 | BRT6300 |
| 7160112-5 | 6/28/18 | 8/27/18 | $118.95 | 319067 | BRD2000 |
| 7160113-1 | 6/29/18 | 8/28/18 | $288.95 | 0363653 | BRT6300 |
| 7160113-2 | 6/29/18 | 8/28/18 | $79.95 | 0363871 | BCB500 |
| 7160113-3 | 6/29/18 | 8/28/18 | $198.95 | 379191 | BRB6285 |
| 7160113-4 | 6/29/18 | 8/28/18 | $198.95 | 402336 | BRB6285 |
| 7160113-5 | 6/29/18 | 8/28/18 | $189.95 | 401064 | BRM3008 |
| 7160113-6 | 6/29/18 | 8/28/18 | $88.95 | 401709 | BUB850 |
| 7160113-7 | 6/29/18 | 8/28/18 | $198.95 | 410664 | BRB6285 |
| 7160113-8 | 6/29/18 | 8/28/18 | $118.95 | 412881 | BRD2000 |
| 7160113-9 | 6/29/18 | 8/28/18 | $148.95 | 415292 | PT728 |
| 7160122-1 | 7/2/18 | 8/31/18 | $148.95 | 436542 | PT728 |
| 7160122-2 | 7/2/18 | 8/31/18 | $168.95 | 447821 | BRM2720 |
| 7160122-3 | 7/2/18 | 8/31/18 | $98.95 | 447950 | PBC530 |
| 7160122-4 | 7/2/18 | 8/31/18 | $52.95 | 453435 | WB125 |
| 7160122-5 | 7/2/18 | 8/31/18 | $153.95 | 530168 | BRB5218 |
| 7160122-6 | 7/2/18 | 8/31/18 | $278.95 | 531159 | BRT3980 |
| 7160122-7 | 7/2/18 | 8/31/18 | $89.95 | 773682 | XRB358 |
| 7160122-8 | 7/2/18 | 8/31/18 | $128.95 | 573989 | BRB852 |
| 7160122-9 | 7/2/18 | 8/31/18 | $198.95 | 544242 | BRB6285 |
| 7160122-10 | 7/2/18 | 8/31/18 | $148.95 | 582301 | PT728 |
| 7160122-11 | 7/2/18 | 8/31/18 | $98.95 | 581406 | PBC530 |
| 7160122-12 | 7/2/18 | 8/31/18 | $198.95 | 593681 | BRB6285 |
| 7160122-13 | 7/2/18 | 8/31/18 | $98.95 | 595357 | PT620 |
| 7160122-14 | 7/2/18 | 8/31/18 | $52.95 | 773884 | WB125 |
| 7160122-15 | 7/2/18 | 8/31/18 | $48.95 | 1033552 | WB630 |
| 7160122-16 | 7/2/18 | 8/31/18 | $278.95 | 1031093 | BRT3980 |
| 7160122-17 | 7/2/18 | 8/31/18 | $168.95 | 1029144 | BRM2720 |
| 7160122-18 | 7/2/18 | 8/31/18 | $148.95 | 1035310 | PT728 |
| 7160121-1 | 7/2/18 | 8/31/18 | $278.95 | 268673013 | BRT3980 |
| 7160121-2 | 7/2/18 | 8/31/18 | $168.95 | 269015055 | BRM2720 |
| 7160121-3 | 7/2/18 | 8/31/18 | $98.95 | 269104839 | PBC530 |
| 7160123-1 | 7/3/18 | 9/1/18 | $198.95 | 1073700 | BRB6285 |
| 7160123-2 | 7/3/18 | 9/1/18 | $208.95 | 1086448 | BRM3671 |
| 7160123-3 | 7/3/18 | 9/1/18 | $189.95 | 1088923 | BRM3008 |
| 7160123-4 | 7/3/18 | 9/1/18 | $208.95 | 1099074 | BRM3671 |
| 7160123-5 | 7/3/18 | 9/1/18 | $102.95 | 1102634 | PT600 |

**Schedule B**
**This is Proof of Insolvency for all shipments unpaid and due prior to 10/21/18 by Body Flex Sports, Inc. / Sears Bankruptcy**
**Case Number: 18-23538**

| Invoice No. | Invoice Date | Due Date | Invoice Amount | PO No. | Item |
|---|---|---|---|---|---|
| 7160123-6 | 7/3/18 | 9/1/18 | $118.95 | 1105614 | BRD2000 |
| 7160123-7 | 7/3/18 | 9/1/18 | $278.95 | 1147499 | BRT3980 |
| 7160132-1 | 7/5/18 | 9/3/18 | $102.95 | 1147670 | BRF650 |
| 7160132-2 | 7/5/18 | 9/3/18 | $278.95 | 1073028 | BRT3980 |
| 7160132-3 | 7/5/18 | 9/3/18 | $89.95 | 774067 | XRB358 |
| 7160132-4 | 7/5/18 | 9/3/18 | $288.95 | 1152455 | BRT6300 |
| 7160132-5 | 7/5/18 | 9/3/18 | $118.95 | 1154165 | BCR890 |
| 7160132-6 | 7/5/18 | 9/3/18 | $189.95 | 1163155 | BRM3008 |
| 7160132-7 | 7/5/18 | 9/3/18 | $153.95 | 1165623 | BRB3558 |
| 7160132-8 | 7/5/18 | 9/3/18 | $98.95 | 1165727 | PT620 |
| 7160132-9 | 7/5/18 | 9/3/18 | $198.95 | 1185941 | BRB6285 |
| 7160132-10 | 7/5/18 | 9/3/18 | $148.95 | 1203416 | PT728 |
| 7160132-11 | 7/5/18 | 9/3/18 | $98.95 | 1208667 | PBC530 |
| 7160132-12 | 7/5/18 | 9/3/18 | $128.95 | 1220751 | BRB852 |
| 7160132-13 | 7/5/18 | 9/3/18 | $148.95 | 1231615 | BCB5860 |
| 7160132-14 | 7/5/18 | 9/3/18 | $52.95 | 1239150 | WB125 |
| 7160132-15 | 7/5/18 | 9/3/18 | $288.95 | 1244256 | BRT6300 |
| 7160132-16 | 7/5/18 | 9/3/18 | $153.95 | 1249013 | BRB5218 |
| 7160132-17 | 7/5/18 | 9/3/18 | $118.95 | 1248062 | BRD2000 |
| 7160132-18 | 7/5/18 | 9/3/18 | $118.95 | 1260758 | BRD2000 |
| 7160132-19 | 7/5/18 | 9/3/18 | $288.95 | 1265680 | BRT6300 |
| 7160132-20 | 7/5/18 | 9/3/18 | $148.95 | 1263911 | PT728 |
| 7160132-21 | 7/5/18 | 9/3/18 | $153.95 | 1261607 | BRB5218 |
| 7160132-22 | 7/5/18 | 9/3/18 | $88.95 | 1267607 | BUB850 |
| 7160132-23 | 7/5/18 | 9/3/18 | $189.95 | 1269166 | BRM3008 |
| 7160132-24 | 7/5/18 | 9/3/18 | $118.95 | 1285038 | BCR890 |
| 7160132-25 | 7/5/18 | 9/3/18 | $102.95 | 1287804 | BRF650 |
| 7160133-1 | 7/6/18 | 9/4/18 | $128.95 | 1291828 | BRB852 |
| 7160133-2 | 7/6/18 | 9/4/18 | $288.95 | 1304938 | BRT6300 |
| 7160133-3 | 7/6/18 | 9/4/18 | $148.95 | 1306976 | PT728 |
| 7160133-4 | 7/6/18 | 9/4/18 | $98.95 | 1315869 | PT620 |
| 7160133-5 | 7/6/18 | 9/4/18 | $208.95 | 1360570 | BRM3671 |
| 7160148-1 | 7/9/18 | 9/7/18 | $288.95 | 1382027 | BRT6300 |
| 7160148-2 | 7/9/18 | 9/7/18 | $288.95 | 1387277 | BRT6300 |
| 7160148-3 | 7/9/18 | 9/7/18 | $98.95 | 1400775 | PT620 |
| 7160148-4 | 7/9/18 | 9/7/18 | $79.95 | 1411139 | BCB500 |
| 7160148-5 | 7/9/18 | 9/7/18 | $288.95 | 1379558 | BRT6300 |
| 7160148-6 | 7/9/18 | 9/7/18 | $98.95 | 1425059 | BR1958 |
| 7160148-7 | 7/9/18 | 9/7/18 | $148.95 | 1438539 | PT728 |
| 7160148-8 | 7/9/18 | 9/7/18 | $288.95 | 1443326 | BRT6300 |
| 7160148-9 | 7/9/18 | 9/7/18 | $288.95 | 1444939 | BRT6300 |
| 7160148-10 | 7/9/18 | 9/7/18 | $98.95 | 1454532 | PBC530 |
| 7160148-11 | 7/9/18 | 9/7/18 | $148.95 | 1451120 | BCB5860 |
| 7160148-12 | 7/9/18 | 9/7/18 | $198.95 | 1461555 | BRB6285 |

## Schedule B

**This is Proof of Insolvency for all shipments unpaid and due prior to 10/21/18 by Body Flex Sports, Inc. / Sears Bankruptcy**

**Case Number: 18-23538**

| Invoice No. | Invoice Date | Due Date | Invoice Amount | PO No. | Item |
|---|---|---|---|---|---|
| 7160148-13 | 7/9/18 | 9/7/18 | $128.95 | 1492614 | BRB852 |
| 7160148-14 | 7/9/18 | 9/7/18 | $288.95 | 1495921 | BRT6300 |
| 7160148-15 | 7/9/18 | 9/7/18 | $278.95 | 1543540 | BRT3980 |
| 7160148-16 | 7/9/18 | 9/7/18 | $208.95 | 1547403 | BRM3671 |
| 7160148-17 | 7/9/18 | 9/7/18 | $148.95 | 1540600 | PT728 |
| 7160148-18 | 7/9/18 | 9/7/18 | $153.95 | 1549719 | BRB5218 |
| 7160148-19 | 7/9/18 | 9/7/18 | $168.95 | 1549685 | BRM2720 |
| 7160148-20 | 7/9/18 | 9/7/18 | $153.95 | 1580493 | BRB5218 |
| 7160148-21 | 7/9/18 | 9/7/18 | $288.95 | 1583412 | BRT6300 |
| 7160148-22 | 7/9/18 | 9/7/18 | $160.95 | 1573344 | PBC1835 |
| 7160143 | 7/9/18 | 9/7/18 | $4,250.00 | 546784 | PT728 |
| 7160144 | 7/9/18 | 9/7/18 | $3,250.00 | 546785 | PT728 |
| 7160145 | 7/9/18 | 9/7/18 | $6,000.00 | 546786 | PT728 |
| 7160146 | 7/9/18 | 9/7/18 | $2,250.00 | 546787 | PT728 |
| 7160147 | 7/9/18 | 9/7/18 | $6,750.00 | 546788 | PT728 |
| 7160141-1 | 7/9/18 | 9/7/18 | $48.95 | 269879634 | WB630 |
| 7160157-1 | 7/10/18 | 9/8/18 | $128.95 | 1586891 | BRB852 |
| 7160157-2 | 7/10/18 | 9/8/18 | $198.95 | 1589210 | BRB6285 |
| 7160157-3 | 7/10/18 | 9/8/18 | $288.95 | 2011054 | BRT6300 |
| 7160157-4 | 7/10/18 | 9/8/18 | $148.95 | 2018486 | PT728 |
| 7160157-5 | 7/10/18 | 9/8/18 | $89.95 | 2018252 | XRB358 |
| 7160157-6 | 7/10/18 | 9/8/18 | $128.95 | 2023062 | BRB852 |
| 7160157-7 | 7/10/18 | 9/8/18 | $98.95 | 2026349 | PBC530 |
| 7160157-8 | 7/10/18 | 9/8/18 | $102.95 | 1583975 | BRF650 |
| 7160158-1 | 7/11/18 | 9/9/18 | $288.95 | 2042242 | BRT6300 |
| 7160158-2 | 7/11/18 | 9/9/18 | $278.95 | 2069290 | BRT3980 |
| 7160158-3 | 7/11/18 | 9/9/18 | $89.95 | 2032643 | XRB358 |
| 7160158-4 | 7/11/18 | 9/9/18 | $169.95 | 2030645 | BRM2788 |
| 7160158-5 | 7/11/18 | 9/9/18 | $98.95 | 2081127 | PT620 |
| 7160168-1 | 7/12/18 | 9/10/18 | $153.95 | 2085137 | BRB3558 |
| 7160168-2 | 7/12/18 | 9/10/18 | $98.95 | 2089701 | PT620 |
| 7160168-3 | 7/12/18 | 9/10/18 | $288.95 | 2096142 | BRT6300 |
| 7160168-4 | 7/12/18 | 9/10/18 | $153.95 | 2099138 | BRB5218 |
| 7160168-5 | 7/12/18 | 9/10/18 | $288.95 | 2097024 | BRT6300 |
| 7160168-6 | 7/12/18 | 9/10/18 | $160.95 | 2103751 | PBC1835 |
| 7160168-7 | 7/12/18 | 9/10/18 | $208.95 | 775542 | BRM3671 |
| 7160168-8 | 7/12/18 | 9/10/18 | $218.95 | 2146197 | HBR35 |
| 7160169-1 | 7/13/18 | 9/11/18 | $188.95 | 2154367 | BRB5890 |
| 7160169-2 | 7/13/18 | 9/11/18 | $108.95 | 2159909 | VKR1010 |
| 7160169-3 | 7/13/18 | 9/11/18 | $98.95 | 2159844 | BR1958 |
| 7160169-4 | 7/13/18 | 9/11/18 | $78.95 | 775385 | BUB350 |
| 7160169-5 | 7/13/18 | 9/11/18 | $178.95 | 2161780 | BGB290 |
| 7160169-6 | 7/13/18 | 9/11/18 | $118.95 | 2175857 | BRD2000 |
| 7160179-1 | 7/16/18 | 9/14/18 | $278.95 | 2182636 | BRT3980 |

## Schedule B

**This is Proof of Insolvency for all shipments unpaid and due prior to 10/21/18 by Body Flex Sports, Inc. / Sears Bankruptcy Case Number: 18-23538**

| Invoice No. | Invoice Date | Due Date | Invoice Amount | PO No. | Item |
|---|---|---|---|---|---|
| 7160179-2 | 7/16/18 | 9/14/18 | $189.95 | 2223027 | BRM3008 |
| 7160179-3 | 7/16/18 | 9/14/18 | $288.95 | 2233204 | BRT6300 |
| 7160179-4 | 7/16/18 | 9/14/18 | $288.95 | 2237547 | BRT6300 |
| 7160179-5 | 7/16/18 | 9/14/18 | $278.95 | 2236040 | BRT3980 |
| 7160179-6 | 7/16/18 | 9/14/18 | $278.95 | 2250030 | BRT3980 |
| 7160179-7 | 7/16/18 | 9/14/18 | $118.95 | 2249660 | BRD2000 |
| 7160179-8 | 7/16/18 | 9/14/18 | $288.95 | 2249029 | BRT6300 |
| 7160179-9 | 7/16/18 | 9/14/18 | $288.95 | 2250182 | BRT6300 |
| 7160179-10 | 7/16/18 | 9/14/18 | $48.95 | 2268747 | WB630 |
| 7160179-11 | 7/16/18 | 9/14/18 | $288.95 | 2282937 | BRT6300 |
| 7160179-12 | 7/16/18 | 9/14/18 | $52.95 | 2289127 | WB125 |
| 7160179-13 | 7/16/18 | 9/14/18 | $288.95 | 2290473 | BRT6300 |
| 7160178-1 | 7/16/18 | 9/14/18 | $128.95 | 270480747 | BRB852 |
| 7160178-2 | 7/16/18 | 9/14/18 | $48.95 | 270581064 | WB630 |
| 7160180-1 | 7/17/18 | 9/15/18 | $258.95 | 2180780 | PBC5380 |
| 7160182-1 | 7/17/18 | 9/15/18 | $102.95 | 270793823 | BRF650 |
| 7160187-1 | 7/19/18 | 9/17/18 | $153.95 | 271125650 | BRB5218 |
| 7160187-2 | 7/19/18 | 9/17/18 | $278.95 | 271078958 | BRT3980 |
| 7160187-3 | 7/19/18 | 9/17/18 | $108.95 | 271051271 | BRF700 |
| 7160187-4 | 7/19/18 | 9/17/18 | $102.95 | 271167281 | BRF650 |
| 7160187-5 | 7/19/18 | 9/17/18 | $288.95 | 271158521 | BRT6300 |
| 7160188-1 | 7/20/18 | 9/18/18 | $188.95 | 271184246 | BRB5890 |
| 7160188-2 | 7/20/18 | 9/18/18 | $153.95 | 271189697 | BRB5218 |
| 7160188-3 | 7/20/18 | 9/18/18 | $118.95 | 271220735 | BRD2000 |
| 7160188-4 | 7/20/18 | 9/18/18 | $288.95 | 271259756 | BRT6300 |
| 7160188-5 | 7/20/18 | 9/18/18 | $102.95 | 271256873 | BRF650 |
| 7160188-6 | 7/20/18 | 9/18/18 | $160.95 | 271277195 | PBC1835 |
| 7160188-7 | 7/20/18 | 9/18/18 | $128.95 | 271268252 | BRB852 |
| 7160201-1 | 7/23/18 | 9/21/18 | $98.95 | 271502219 | PBC530 |
| 7160201-2 | 7/23/18 | 9/21/18 | $128.95 | 271509266 | BRB852 |
| 7160201-3 | 7/23/18 | 9/21/18 | $153.95 | 271509860 | BRB3558 |
| 7160201-4 | 7/23/18 | 9/21/18 | $98.95 | 271470737 | BR1958 |
| 7160201-5 | 7/23/18 | 9/21/18 | $102.95 | 271453901 | BRF650 |
| 7160201-6 | 7/23/18 | 9/21/18 | $288.95 | 271441727 | BRT6300 |
| 7160201-7 | 7/23/18 | 9/21/18 | $79.95 | 271433987 | BCB500 |
| 7160201-8 | 7/23/18 | 9/21/18 | $288.95 | 271422158 | BRT6300 |
| 7160201-9 | 7/23/18 | 9/21/18 | $288.95 | 271405025 | BRT6300 |
| 7160201-10 | 7/23/18 | 9/21/18 | $118.95 | 271399685 | BRD2000 |
| 7160201-11 | 7/23/18 | 9/21/18 | $128.95 | 271392092 | BRB852 |
| 7160201-12 | 7/23/18 | 9/21/18 | $153.95 | 271395920 | BRB5218 |
| 7160201-13 | 7/23/18 | 9/21/18 | $160.95 | 271337981 | PBC1835 |
| 7160201-14 | 7/23/18 | 9/21/18 | $118.95 | 271305470 | BRD2000 |
| 7160200-1 | 7/23/18 | 9/21/18 | $48.95 | 271425038 | WB630 |
| 7160200-2 | 7/23/18 | 9/21/18 | $128.95 | 271595690 | BRB852 |

### Schedule B

This is Proof of Insolvency for all shipments unpaid and due prior to 10/21/18 by Body Flex Sports, Inc. / Sears Bankruptcy
Case Number: 18-23538

| Invoice No. | Invoice Date | Due Date | Invoice Amount | PO No. | Item |
|---|---|---|---|---|---|
| 7160202-1 | 7/24/18 | 9/22/18 | $178.95 | 271619486 | BGB290 |
| 7160202-2 | 7/24/18 | 9/22/18 | $278.95 | 271616591 | BRT3980 |
| 7160202-3 | 7/24/18 | 9/22/18 | $89.95 | 271627028 | XRB358 |
| 7160202-4 | 7/24/18 | 9/22/18 | $79.95 | 271687253 | BCB500 |
| 7160206-1 | 7/24/18 | 9/22/18 | $128.95 | 271686401 | BRB852 |
| 7160212-1 | 7/25/18 | 9/23/18 | $162.95 | 271318211 | BCB5280 |
| 7160212-2 | 7/25/18 | 9/23/18 | $52.95 | 271722986 | WB125 |
| 7160212-3 | 7/25/18 | 9/23/18 | $102.95 | 271732430 | BRF650 |
| 7160212-4 | 7/25/18 | 9/23/18 | $102.95 | 271743965 | BRF650 |
| 7160212-5 | 7/25/18 | 9/23/18 | $102.95 | 271744019 | BRF650 |
| 7160212-6 | 7/25/18 | 9/23/18 | $52.95 | 271751594 | WB125 |
| 7160212-7 | 7/25/18 | 9/23/18 | $288.95 | 271761467 | BRT6300 |
| 7160212-8 | 7/25/18 | 9/23/18 | $102.95 | 271774934 | BRF650 |
| 7160211-1 | 7/25/18 | 9/23/18 | $153.95 | 271744988 | BRB3558 |
| 7160213-1 | 7/26/18 | 9/24/18 | $98.95 | 271833758 | BR1958 |
| 7160213-2 | 7/26/18 | 9/24/18 | $102.95 | 271861109 | PT600 |
| 7160213-3 | 7/26/18 | 9/24/18 | $98.95 | 271870871 | PBC530 |
| 7160213-4 | 7/26/18 | 9/24/18 | $118.95 | 271885019 | BRD2000 |
| 7160213-5 | 7/26/18 | 9/24/18 | $118.95 | 271910180 | BRD2000 |
| 7160213-6 | 7/26/18 | 9/24/18 | $118.95 | 271930493 | BRD2000 |
| 7160224-1 | 7/27/18 | 9/25/18 | $278.95 | 271947017 | BRT3980 |
| 7160224-2 | 7/27/18 | 9/25/18 | $89.95 | 271961390 | XRB358 |
| 7160224-3 | 7/27/18 | 9/25/18 | $188.95 | 271986839 | BRB5890 |
| 7160231-1 | 7/30/18 | 9/28/18 | $189.95 | 272080280 | BRM3008 |
| 7160231-2 | 7/30/18 | 9/28/18 | $89.95 | 272099840 | XRB358 |
| 7160231-3 | 7/30/18 | 9/28/18 | $288.95 | 272106833 | BRT6300 |
| 7160231-4 | 7/30/18 | 9/28/18 | $78.95 | 272137754 | BUB350 |
| 7160231-5 | 7/30/18 | 9/28/18 | $189.95 | 272149103 | BRM3008 |
| 7160231-6 | 7/30/18 | 9/28/18 | $278.95 | 272151035 | BRT3980 |
| 7160231-7 | 7/30/18 | 9/28/18 | $278.95 | 272156756 | BRT3980 |
| 7160231-8 | 7/30/18 | 9/28/18 | $88.95 | 272171369 | BUB850 |
| 7160231-9 | 7/30/18 | 9/28/18 | $288.95 | 272194496 | BRT6300 |
| 7160231-10 | 7/30/18 | 9/28/18 | $52.95 | 272219228 | WB125 |
| 7160229-1 | 7/30/18 | 9/28/18 | $98.95 | 272198297 | PBC530 |
| 7160232-1 | 7/31/18 | 9/29/18 | $258.95 | 272189927 | PBC5380 |
| 7160232-2 | 7/31/18 | 9/29/18 | $288.95 | 272382293 | BRT6300 |
| 7160232-3 | 7/31/18 | 9/29/18 | $189.95 | 272398313 | BRM3008 |
| 7160232-4 | 7/31/18 | 9/29/18 | $188.95 | 272416064 | BRB5890 |
| 7160232-5 | 7/31/18 | 9/29/18 | $79.95 | 272466303 | BCB500 |
| 7160237-1 | 7/31/18 | 9/29/18 | $118.95 | 272396342 | BCR890 |
| 7160237-2 | 7/31/18 | 9/29/18 | $52.95 | 272417309 | WB125 |
| 7160244-1 | 8/1/18 | 9/30/18 | $98.95 | 272504430 | BR1958 |
| 7160271-1 | 8/2/18 | 10/1/18 | $153.95 | 272640207 | BRB5218 |
| 7160270-1 | 8/2/18 | 10/1/18 | $188.95 | 272662302 | BRB5890 |

## Schedule B

**This is Proof of Insolvency for all shipments unpaid and due prior to 10/21/18 by Body Flex Sports, Inc. / Sears Bankruptcy Case Number: 18-23538**

| Invoice No. | Invoice Date | Due Date | Invoice Amount | PO No. | Item |
|---|---|---|---|---|---|
| 7160272-1 | 8/3/18 | 10/2/18 | $98.95 | 272699004 | PBC530 |
| 7160272-2 | 8/3/18 | 10/2/18 | $48.95 | 272720718 | WB630 |
| 7160272-3 | 8/3/18 | 10/2/18 | $102.95 | 272741391 | BRF650 |
| 7160272-4 | 8/3/18 | 10/2/18 | $52.95 | 272762247 | WB125 |
| 7160272-5 | 8/3/18 | 10/2/18 | $45.95 | 272724063 | PL1000 |
| 7160272-6 | 8/3/18 | 10/2/18 | $89.95 | 272696397 | XRB358 |
| 7160272-7 | 8/3/18 | 10/2/18 | $288.95 | 272767089 | BRT6300 |
| 7160272-8 | 8/3/18 | 10/2/18 | $288.95 | 272792622 | BRT6300 |
| 7160246 | 8/3/18 | 10/2/18 | $4,911.90 | 08305213934 | BRD2680 |
| 7160280-1 | 8/6/18 | 10/5/18 | $288.95 | 272851182 | BRT6300 |
| 7160280-2 | 8/6/18 | 10/5/18 | $79.95 | 272858499 | BCB500 |
| 7160280-3 | 8/6/18 | 10/5/18 | $148.95 | 272869860 | BCB5860 |
| 7160280-4 | 8/6/18 | 10/5/18 | $288.95 | 272935329 | BRT6300 |
| 7160280-5 | 8/6/18 | 10/5/18 | $288.95 | 273074196 | BRT6300 |
| 7160280-6 | 8/6/18 | 10/5/18 | $288.95 | 273078690 | BRT6300 |
| 7160280-7 | 8/6/18 | 10/5/18 | $288.95 | 273060987 | BRT6300 |
| 7160280-8 | 8/6/18 | 10/5/18 | $288.95 | 272991468 | BRT6300 |
| 7160280-9 | 8/6/18 | 10/5/18 | $189.95 | 272994912 | BRM3008 |
| 7160280-10 | 8/6/18 | 10/5/18 | $48.95 | 273003972 | WB630 |
| 7160280-11 | 8/6/18 | 10/5/18 | $278.95 | 273016266 | BRT3980 |
| 7160280-12 | 8/6/18 | 10/5/18 | $45.95 | 273033231 | PL1000 |
| 7160280-13 | 8/6/18 | 10/5/18 | $78.95 | 273032451 | BUB350 |
| 7160280-14 | 8/6/18 | 10/5/18 | $148.95 | 271986833 | BCB5860 |
| 7160252 | 8/6/18 | 10/5/18 | $12,864.50 | 08292249964 | BRD2680 |
| 7160253 | 8/6/18 | 10/5/18 | $2,689.85 | 08273659962 | BRD2680 |
| 7160254 | 8/6/18 | 10/5/18 | $5,145.80 | 08289228260 | BRD2680 |
| 7160255 | 8/6/18 | 10/5/18 | $12,747.55 | 08275292345 | BRD2680 |
| 7160273-1 | 8/7/18 | 10/6/18 | $118.95 | 273146295 | BRD2000 |
| 7160273-2 | 8/7/18 | 10/6/18 | $102.95 | 273144264 | BRF650 |
| 7160273-3 | 8/7/18 | 10/6/18 | $98.95 | 273170943 | PBC530 |
| 7160273-4 | 8/7/18 | 10/6/18 | $102.95 | 273198189 | BRF650 |
| 7160274-1 | 8/8/18 | 10/7/18 | $78.95 | 273206841 | BUB350 |
| 7160274-2 | 8/8/18 | 10/7/18 | $288.95 | 273223617 | BRT6300 |
| 7160274-3 | 8/8/18 | 10/7/18 | $153.95 | 273248805 | BRB5218 |
| 7160274-4 | 8/8/18 | 10/7/18 | $98.95 | 273279783 | BR1958 |
| 7160275-1 | 8/9/18 | 10/8/18 | $102.95 | 273383508 | BRF650 |
| 7160275-2 | 8/9/18 | 10/8/18 | $278.95 | 273358116 | BRT3980 |
| 7160275-3 | 8/9/18 | 10/8/18 | $102.95 | 273355761 | BRF650 |
| 7160275-4 | 8/9/18 | 10/8/18 | $108.95 | 273356286 | VKR1010 |
| 7160275-5 | 8/9/18 | 10/8/18 | $118.95 | 273339762 | BRD2000 |
| 7160275-6 | 8/9/18 | 10/8/18 | $118.95 | 273336678 | BRD2000 |
| 7160275-7 | 8/9/18 | 10/8/18 | $98.95 | 273320196 | BR1958 |
| 7160275-8 | 8/9/18 | 10/8/18 | $288.95 | 273323562 | BRT6300 |
| 7160275-9 | 8/9/18 | 10/8/18 | $169.95 | 273318459 | BRM2788 |

## Schedule B
**This is Proof of Insolvency for all shipments unpaid and due prior to 10/21/18 by Body Flex Sports, Inc. / Sears Bankruptcy**
**Case Number: 18-23538**

| Invoice No. | Invoice Date | Due Date | Invoice Amount | PO No. | Item |
|---|---|---|---|---|---|
| 7160275-10 | 8/9/18 | 10/8/18 | $278.95 | 273306540 | BRT3980 |
| 7160275-11 | 8/9/18 | 10/8/18 | $89.95 | 273416265 | XRB358 |
| 7160275-12 | 8/9/18 | 10/8/18 | $102.95 | 273408336 | BRF650 |
| 7160276-1 | 8/10/18 | 10/9/18 | $102.95 | 273421542 | BRF650 |
| 7160276-2 | 8/10/18 | 10/9/18 | $102.95 | 273430293 | BRF650 |
| 7160276-3 | 8/10/18 | 10/9/18 | $278.95 | 273446286 | BRT3980 |
| 7160276-4 | 8/10/18 | 10/9/18 | $78.95 | 273472311 | BUB350 |
| 7160276-5 | 8/10/18 | 10/9/18 | $102.95 | 273507366 | BRF650 |
| 7160276-6 | 8/10/18 | 10/9/18 | $288.95 | 273519672 | BRT6300 |
| 7160276-7 | 8/10/18 | 10/9/18 | $118.95 | 273510324 | BCR890 |
| 7160278 | 8/10/18 | 10/9/18 | $10,759.40 | 8287234368 | BRD2680 |
| 7160281-1 | 8/13/18 | 10/12/18 | $102.95 | 273800001 | BRF650 |
| 7160281-2 | 8/13/18 | 10/12/18 | $79.95 | 273791106 | BCB500 |
| 7160281-3 | 8/13/18 | 10/12/18 | $118.95 | 273767124 | BRD2000 |
| 7160281-4 | 8/13/18 | 10/12/18 | $78.95 | 273752850 | BUB350 |
| 7160281-5 | 8/13/18 | 10/12/18 | $98.95 | 273731817 | BR1958 |
| 7160281-6 | 8/13/18 | 10/12/18 | $102.95 | 273719277 | BRF650 |
| 7160281-7 | 8/13/18 | 10/12/18 | $278.95 | 273719706 | BRT3980 |
| 7160281-8 | 8/13/18 | 10/12/18 | $118.95 | 273656892 | BRD2000 |
| 7160281-9 | 8/13/18 | 10/12/18 | $102.95 | 273676503 | BRF650 |
| 7160281-10 | 8/13/18 | 10/12/18 | $118.95 | 273637869 | BRD2000 |
| 7160281-11 | 8/13/18 | 10/12/18 | $118.95 | 273626289 | BRD2000 |
| 7160281-12 | 8/13/18 | 10/12/18 | $288.95 | 273626862 | BRT6300 |
| 7160281-13 | 8/13/18 | 10/12/18 | $153.95 | 273624660 | BRB3558 |
| 7160281-14 | 8/13/18 | 10/12/18 | $102.95 | 273604827 | BRF650 |
| 7160281-15 | 8/13/18 | 10/12/18 | $118.95 | 273561891 | BRD2000 |
| 7160281-16 | 8/13/18 | 10/12/18 | $89.95 | 273550884 | XRB358 |
| 7160281-17 | 8/13/18 | 10/12/18 | $288.95 | 273535566 | BRT6300 |
| 7160281-18 | 8/13/18 | 10/12/18 | $178.95 | 273520935 | BGB290 |
| 7160286-1 | 8/13/18 | 10/12/18 | $89.95 | 273628359 | XRB358 |
| 7160286-2 | 8/13/18 | 10/12/18 | $118.95 | 273777066 | BRD2000 |
| 7160286-3 | 8/13/18 | 10/12/18 | $128.95 | 273782943 | BRB852 |
| 7160292-1 | 8/14/18 | 10/13/18 | $102.95 | 273974121 | BRF650 |
| 7160292-2 | 8/14/18 | 10/13/18 | $98.95 | 273934848 | BR1958 |
| 7160292-3 | 8/14/18 | 10/13/18 | $45.95 | 273925065 | PL1000 |
| 7160292-4 | 8/14/18 | 10/13/18 | $288.95 | 273904152 | BRT6300 |
| 7160292-5 | 8/14/18 | 10/13/18 | $118.95 | 273890148 | BRD2000 |
| 7160292-6 | 8/14/18 | 10/13/18 | $98.95 | 273994728 | PBC530 |
| 7160292-7 | 8/14/18 | 10/13/18 | $288.95 | 273995709 | BRT6300 |
| 7160292-8 | 8/14/18 | 10/13/18 | $102.95 | 273991509 | PT600 |
| 7160291-1 | 8/14/18 | 10/13/18 | $278.95 | 273898137 | BRT3980 |
| 7160293-1 | 8/15/18 | 10/14/18 | $288.95 | 274095285 | BRT6300 |
| 7160293-2 | 8/15/18 | 10/14/18 | $52.95 | 274089501 | WB125 |
| 7160293-3 | 8/15/18 | 10/14/18 | $98.95 | 274075287 | PBC530 |

## Schedule B
**This is Proof of Insolvency for all shipments unpaid and due prior to 10/21/18 by Body Flex Sports, Inc. / Sears Bankruptcy**
**Case Number: 18-23538**

| Invoice No. | Invoice Date | Due Date | Invoice Amount | PO No. | Item |
|---|---|---|---|---|---|
| 7160293-4 | 8/15/18 | 10/14/18 | $153.95 | 274076196 | BRB3558 |
| 7160293-5 | 8/15/18 | 10/14/18 | $288.95 | 274062828 | BRT6300 |
| 7160293-6 | 8/15/18 | 10/14/18 | $118.95 | 274053111 | BRD2000 |
| 7160293-7 | 8/15/18 | 10/14/18 | $189.95 | 274036851 | BRM3008 |
| 7160300-1 | 8/16/18 | 10/15/18 | $118.95 | 274216041 | BRD2000 |
| 7160300-2 | 8/16/18 | 10/15/18 | $48.95 | 274192392 | WB630 |
| 7160300-3 | 8/16/18 | 10/15/18 | $78.95 | 274191666 | BUB350 |
| 7160300-4 | 8/16/18 | 10/15/18 | $118.95 | 274189383 | BRD2000 |
| 7160300-5 | 8/16/18 | 10/15/18 | $118.95 | 274150551 | BRD2000 |
| 7160300-6 | 8/16/18 | 10/15/18 | $153.95 | 274257297 | BRB5218 |
| 7160301-1 | 8/17/18 | 10/16/18 | $288.95 | 274133640 | BRT6300 |
| 7160301-2 | 8/17/18 | 10/16/18 | $79.95 | 274312857 | BCB500 |
| 7160301-3 | 8/17/18 | 10/16/18 | $98.95 | 274300602 | PBC530 |
| 7160301-4 | 8/17/18 | 10/16/18 | $118.95 | 274294404 | BRD2000 |
| 7160301-5 | 8/17/18 | 10/16/18 | $79.95 | 274264578 | BCB500 |
| 7160301-6 | 8/17/18 | 10/16/18 | $89.95 | 274352469 | XRB358 |
| 7160313-1 | 8/20/18 | 10/19/18 | $98.95 | 274628211 | PT620 |
| 7160313-2 | 8/20/18 | 10/19/18 | $118.95 | 274599027 | BRD2000 |
| 7160313-3 | 8/20/18 | 10/19/18 | $160.95 | 274593552 | PBC1835 |
| 7160313-4 | 8/20/18 | 10/19/18 | $118.95 | 274564242 | BCR890 |
| 7160313-5 | 8/20/18 | 10/19/18 | $102.95 | 274540092 | BRF650 |
| 7160313-6 | 8/20/18 | 10/19/18 | $160.95 | 274544532 | PBC1835 |
| 7160313-7 | 8/20/18 | 10/19/18 | $98.95 | 274533432 | PBC530 |
| 7160313-8 | 8/20/18 | 10/19/18 | $118.95 | 274538379 | BCR890 |
| 7160313-9 | 8/20/18 | 10/19/18 | $288.95 | 274491033 | BRT6300 |
| 7160313-10 | 8/20/18 | 10/19/18 | $118.95 | 274491057 | BRD2000 |
| 7160313-11 | 8/20/18 | 10/19/18 | $288.95 | 274470900 | BRT6300 |
| 7160313-12 | 8/20/18 | 10/19/18 | $89.95 | 274449003 | XRB358 |
| 7160313-13 | 8/20/18 | 10/19/18 | $118.95 | 274385040 | BRD2000 |
| 7160313-14 | 8/20/18 | 10/19/18 | $288.95 | 274378908 | BRT6300 |
| 7160312-1 | 8/20/18 | 10/19/18 | $169.95 | 274597107 | BRM2788 |
| 7160312-2 | 8/20/18 | 10/19/18 | $102.95 | 274572663 | BRF650 |
| 7160312-3 | 8/20/18 | 10/19/18 | $118.95 | 274519878 | BCR890 |
| 7160314-1 | 8/21/18 | 10/20/18 | $98.95 | 274742715 | PBC530 |
| 7160314-2 | 8/21/18 | 10/20/18 | $78.95 | 274716243 | BUB350 |
| 7160314-3 | 8/21/18 | 10/20/18 | $45.95 | 274703802 | PL1000 |
| 7160314-4 | 8/21/18 | 10/20/18 | $118.95 | 274703145 | BRD2000 |
| 7160314-5 | 8/21/18 | 10/20/18 | $102.95 | 274690623 | BRF650 |
| 7160314-6 | 8/21/18 | 10/20/18 | $118.95 | 274685013 | BRD2000 |
| 7160314-7 | 8/21/18 | 10/20/18 | $189.95 | 274681950 | BRM3008 |
| 7160314-8 | 8/21/18 | 10/20/18 | $128.95 | 274766184 | BRB852 |
| 7160322-1 | 8/22/18 | 10/21/18 | $288.95 | 274880499 | BRT6300 |
| 7160322-2 | 8/22/18 | 10/21/18 | $45.95 | 274845459 | PL1000 |
| 7160322-3 | 8/22/18 | 10/21/18 | $118.95 | 274834239 | BCR890 |

**Schedule B**

**This is Proof of Insolvency for all shipments unpaid and due prior to 10/21/18 by Body Flex Sports, Inc. / Sears Bankruptcy Case Number: 18-23538**

| Invoice No. | Invoice Date | Due Date | Invoice Amount | PO No. | Item |
|---|---|---|---|---|---|
| 7160322-4 | 8/22/18 | 10/21/18 | $102.95 | 274825398 | PT600 |
| 7160322-5 | 8/22/18 | 10/21/18 | $118.95 | 274806654 | BRD2000 |
| 7160322-6 | 8/22/18 | 10/21/18 | $118.95 | 274789317 | BRD2000 |
| 7160322-7 | 8/22/18 | 10/21/18 | $78.95 | 274785285 | BUB350 |
| 7160322-8 | 8/22/18 | 10/21/18 | $78.95 | 274900446 | BUB350 |
| 7160322-9 | 8/22/18 | 10/21/18 | $128.95 | 274894698 | BRB852 |
| 7160322-10 | 8/22/18 | 10/21/18 | $118.95 | 274912314 | BCR890 |
|  |  |  | $158,069.80 |  |  |