UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors | (Joint Administration Requested) |

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Jarrod B. Martin, a member in good standing of the bar of the State of Texas and the bar of the United States District Court for the Southern District of Texas, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent Direct Energy Business, LLC, a creditor in the above-captioned cases. I submitted the filing fee of $200.00 with this application.

Dated: October 26, 2018

Respectfully submitted

MCDOWELL HETHERINGTON LLP

By: _____

Jarrod B. Martin
Texas Bar No. 24070221
1001 Fannin Street
Suite 2700
Houston, TX 77002
P: 713-337-5580
F: 713-337-8850
E: Jarrod.Martin@mhllp.com

**C**ounsel to Direct Energy Business, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors | (Joint Administration Requested) |

**ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE**

Upon the motion of Jarrod B. Martin to be admitted, *pro hac vice*, to represent Direct Energy Business, LLC (the "Client") a creditor in the above referenced case adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and the bar of the U.S. District Court for the Southern District Court of Texas, it is hereby ORDERED, that Jarrod B. Martin, Esquire, is admitted to practice, *pro hac vice*, in the above referenced case adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE

**McDowell Hetherington LLP**

Lara Anne Coleman, Legal Assistant
P: (713) 333-5972
F: (713) 337-8850
Lara.Coleman@mhllp.com

1001 Fannin Street
Suite 2700
Houston, TX 77002

October 25, 2018

***VIA FEDERAL EXPRESS***

US Bankruptcy Court
Southern District of New York
Attention: Vito Genna, Clerk of Court
300 Quarropas Street
Room 248
White Plains, NY 10601

Re:   Sears Holdings Corporation, et al. | Case No. 18-23538 (RDD)

Dear Mr. Genna:

Enclosed please find Motions for Pro Hac Vice Admission for Jarrod B. Martin and Megan N. Young for filing. Also included are the proposed orders and requisite filing fees.

Thank you for your attention to this matter. Please call if you have any questions.

Best regards,

*Lara Anne Coleman*

Lara Anne Coleman

/lac
Enclosures

Texas • California • Florida