UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Case No.  18-23538-rdd

In re:                                                                              Chapter  11

SEARS HOLDINGS CORPORATION, et al.

               Debtor.

_____

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for the following party (ies) in interest

EASTVIEW MALL, LLC
GREECE RIDGE, LLC
THE MARKETPLACE

(hereinafter "Landlord(s)") and, pursuant 11 U.S.C. §1109 (b), demands that all notices given or
required to be given in this case and all papers served in this case be given to and served upon: Donald
C. Cowan, Jr., 1265 Scottsville Road, Rochester, New York 14624 (phone: 585-464-9400; fax: 585-464-
8419).

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. §1109 (b), the foregoing
demand includes not only notices and papers referred to in Rule 2002, but also includes, without
limitation, orders and notice of any application, motion, petition, pleading, request, complaint or
demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by
mail, delivery, telephone, telegraph, telex or otherwise, which affects any of the debtors or the property
of any of the debtors.

Dated:  October 25 , 2018

                                                            by: _____
                                                            Donald C. Cowan, Jr.
                                                            1265 Scottsville Road
                                                            Rochester, New York 14624
                                                            (585) 464-9400

TO:     SEE ATTACHED LIST

**CERTIFICATE OF SERVICE**

    I, Teresa Rubert, do hereby certify that I have served the foregoing Notice of Appearance by causing a copy to be mailed, first class, postage prepaid to the persons shown on the attached Service List on this _25th_ day of _October_ , 2018.

Teresa Rubert

## SERVICE LIST

Weil, Gotshal & Manges LLP
Attorney for Debtor
767 Fifth Avenue
New York, NY  10153

Sears Holdings Corporation, et al.
Debtor
3333 Beverly Road
Hoffman Estates, IL  60179

United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY  10014



WILMORITE

*Commercial Real Estate*
*Development & Management*

Wilmorite Management Group, LLC
1265 Scottsville Road
Rochester, New York  14624

Telephone (585) 464-9400
www.wilmorite.com

October 25, 2018

Clerk of the United States Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York  10601

Re:    Sears Holdings Corporation, et al.
       Case No. 18-23538-rdd
       Chapter 11

Dear Sir or Madam:

Enclosed please find an original and one copy of a Notice of Appearance.  Please file the original in your office and return a time-stamped copy to me in the enclosed self addressed stamped envelope.

Thank you for your attention to this matter.

Sincerely,

Donald C. Cowan, Jr.
Credit Manager

DCC/jlb
Enclosures

cc:    Sears Holdings Corporation
       Weil, Gotshal & Manges LLP
       United States Trustee