ALSTON & BIRD LLP
Leib M. Lerner (*Admitted Pro Hac Vice*)
333 South Hope Street, 16th Floor
Los Angeles, CA  90071
Telephone:  (213) 576-1000
Facsimile:  (213) 576-1100
Email: leib.lerner@alston.com

-and-

James J. Vincequerra
90 Park Avenue
New York, NY 10016-1387
Telephone:  (212) 210-9400
Facsimile:  (212) 210-9444
Email: James.Vincequerra@alston.com

*Attorneys for Twentieth Century Fox Home Entertainment LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------

### NOTICE OF RECLAMATION OF
### TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC

Twentieth Century Fox Home Entertainment LLC ("Fox"), by and through its undersigned counsel, hereby gives notice that on October 26, 2018, Fox served a demand for reclamation of goods (the "Reclamation Demand") pursuant to Section 546(c) of the United States Bankruptcy Code.  A copy of the Reclamation Demand (without enclosure) is attached as Exhibit A.

1

Dated: New York, New York
October 26, 2018

        Respectfully submitted,

        /s/ James J. Vincequerra
        James J. Vincequerra
        ALSTON & BIRD LLP
        90 Park Avenue
        New York, New York 10016
        Tel:     212-210-9400
        Fax:    212-210-9444
        Email: James.Vincequerra@alston.com

        - and –

        Leib M. Lerner (Admitted *Pro Hac Vice*)
        333 South Hope Street, 16th Floor
        Los Angeles, CA  90071
        Telephone:  (213) 576-1000
        Facsimile:  (213) 576-1100
        Email: Leib.Lerner@alston.com

        *Attorneys for Twentieth Century Fox Home Entertainment LLC*