# EXHIBIT A

# ALSTON & BIRD

333 South Hope Street, 16th Floor
Los Angeles, CA  90071-1410
213-576-1000 | Fax: 213-576-1100

Leib M. Lerner                    Direct Dial: 213-576-1193                    Email: leib.lerner@alston.com

October 26, 2018

<u>VIA UPS AND EMAIL</u>
Ray C. Schrock, P.C. – (ray.schrock@weil.com)
Garrett A. Fail – (garrett.fail@weil.com)
Jacqueline Marcus – (Jacqueline.marcus@weil.com)
Sunny Singh – (sunny.singh@weil.com)
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

<u>VIA UPS</u>
Robert A. Reicker
Chief Financial Officer
Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

> Re:  *In re Sears Holdings Corporation, et al., Case No. 18-23538 (RDD); Demand for Reclamation of Goods Pursuant to Bankruptcy Code §546(c) and U.C.C. §2-702 on behalf of Twentieth Century Fox Home Entertainment LLC*

Dear Sirs and Madam:

I am writing as counsel Twentieth Century Fox Home Entertainment LLC ("Fox") with respect to the above-referenced, jointly administered Chapter 11 cases.

As set forth in the report attached as <u>Exhibit A,</u> Fox sold certain goods (collectively the "Goods") to Kmart Corporation ("Kmart") within the 45-day period preceding the Petition Date, *i.e.*, between August 31, 2018, and October 15, 2018 (the "Reclamation Period").

The Goods were sold to Kmart on credit and received by Kmart while it was insolvent, which insolvency is evidenced, in whole or in part, by the Debtors' filing of Petitions for Relief under Chapter 11 of the United States Code 11 U.S.C. §101, et seq. (the "Bankruptcy Code") on October 15, 2018 (the "Petition Date").  The value of the outstanding invoices related to the Goods is $207,260.15.

Alston & Bird LLP                                                                                                        www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

October 26, 2018
Page 2

    Demand is hereby made pursuant to U.S.C. §546(c) and U.C.C. §2-702 for return of the Goods. Fox also demands that the Debtors immediately segregate the Goods during an interim period for Debtors to return the goods. This letter is written notice that these Goods are not to be sold, used or otherwise transferred except with Fox's written consent or by order of the court of competent jurisdiction entered upon prior notice to Fox.

    This demand is made without prejudice to Fox's right to seek an 11 U.S.C. §503(b)(9) administrative claim with respect to any portion of the Goods that were received by the Debtors within twenty (20) days before the Petition Date, and receive payment pursuant to 11 U.S.C. §503(b)(1) with respect to any portion of the Reclamation Goods that were received by the Debtors after the Petition Date.

    Please contact me if you have any questions regarding the above.

Very truly yours,

Leib M. Lerner

cc: James Vincequerra, Esq.
(Enclosure)