UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.,* | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

----------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Daniel Kounin, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 23, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the Workers' Compensation Service List attached hereto as **Exhibit A** and via Email on the Workers' Compensation Email Service List attached hereto as **Exhibit B**:

- Motion of Debtors for Authorization to (I) Continue, Maintain, and Renew Their Insurance Policies and Workers' Compensation Programs; (II) Honor All Obligations with Respect Thereto; and (III) Modify the Automatic Stay with Respect to the Workers' Compensation Programs [Docket No. 17]

- Interim Order Authorizing Debtors to (I) Continue, Maintain, and Renew Their Insurance Policies and Workers' Compensation Programs; (II) Honor All Obligations with Respect Thereto; and (III) Modify the Automatic Stay with Respect to the Workers' Compensation Program. [Docket No. 141]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

On October 23, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Workers' Compensation Service List attached hereto as **Exhibit A**:

- Notice of Omnibus Hearing on November 15, 2018 at 10:00 a.m. (Eastern Time) [Docket No. 250]

On October 23, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the Lottery Service List attached hereto as **Exhibit C**:

- Motion of Debtors for Authority to (I) Maintain Certain Trust Fund Programs, (II) Release Certain Funds Held in Trust, and (III) Continue to Perform and Honor Related Obligations [Docket No. 15]

- Order Authorizing the Debtors to (I) Maintain Certain Trust Fund Programs, (II) Release Certain Funds Held in Trust, and (III) Continue to Perform and Honor Related Obligations [Docket No. 167]

Dated: October 26, 2018

_____
Daniel Kounin

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 26, 2018, by Daniel Kounin, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

SRF 28481

**<u>Exhibit A</u>**

Exhibit A

Workers' Compensation Service List

Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|------|-----------|-----------|-----------|------|-------|-------------|
| Alabama Department of Labor | Attn: Mary Jorgensen | 649 Monroe St. | | Montgomery | AL | 36131 |
| Arkansas Workers' Compensation Commission | Attn: Sheila Clark | 324 South Spring Street | P.O. Box 950 | Little Rock | AR | 72203-0950 |
| California Self-Insurers' Security Fund | Attn: Grant Heinitz | 555 12 Street, Suite 680 | | Oakland | CA | 94607 |
| Commonwealth of Kentucky Workers' Compensation | Attn: Mike Watts | 1047 U.S. Highway 127 South | Suite 4 | Frankfort | KY | 40601 |
| Florida Department of Financial Services | Attn: Deb Wilson | Division of Workers' Compensation | 200 East Gaines Street | Tallahassee | FL | 32399-0318 |
| Georgia Sel-Insurers Guaranty Trust Fund | Workers' Compensation | 303 Peachtree Street, Suite 3500 | | Atlanta | GA | 30308 |
| Georgia Subsequent Injury Trust Fund | Attn: Forrest Hale | Marquis Two Tower, Suite 1250 | 285 Peachtree Center Avenue NE | Atlanta | GA | 30303 |
| Guam Workers' Compensation Commission | Attn: Rita Villanueva | 414 West Soledad Ave., Suite 400 | GCIC Building | Hagatna | Guam | 96910 |
| Guranty Fund Management Services | Attn: Andy Shepley | One Bowdoin Square | | Boston | MA | 02114-2916 |
| Idaho Industrial Commission | Attn: Shannon MacKenzie | 700 S. Clearwater Lane | | Boise | ID | 83712 |
| Illinois Workers' Compensation Commission | Attn: Maria Sarli-Dehlin | 100 W Randolph St Suite 8-200 | | Chicago | IL | 60601 |
| Kansas Department of Labor | Attn: Larry Karns | 1309 SW Topeka Blvd | | Topeka | KS | 66612 |
| Louisiana Workforce Commission | Attn: Jessica Masaracchia | 1001 N. 23rd St. | | Baton Rouge | LA | 70802 |
| Michigan Workers' Compensation Agency | Attn: Allison Kelly | 2501 Woodlake Circle | | Okemos | MI | 48864 |
| Minnesota Department of Labor & Industry | Attn: Loni Delmonico | 443 Lafayette Road N. | | St. Paul | MN | 55155 |
| Mississippi Workers' Compensation | Attn: Inez Hankins | 1428 Lakeland Dr. | | Jackson | MS | 39216 |
| Missouri Department of Labor and Industrial Relations | Attn: Jennifer Pettit | 421 W. Dunklin | | Jefferson | MO | 65101 |
| Montana Department of Labor and Industry | Attn: Adrianne McLean, Craig Creamer | Workers' Compensation Regulation Bureau | 1728 Helena | Helena | MT | 59624-1728 |
| NC Department of Insurance | Attn: Mike McKinney | Financial Analysis & Receivership | Albemarle Bldg., 325 N. Salisbury St. | Raleigh | NC | 27603 |
| Nevada Department of Business and Industry | Attn: Shirley Choma, Terri Chambers | Division of Insurance | 3300 W. Sahara Ave., Suite 275 | Las Vegas | NV | 89102 |
| New Hampshire Workers' Compensation Commission | Attn: Ken Merrifield | 95 Pleasant Street | | Concord | NH | 03301 |
| New Mexico Workers' Compensation Administration | Attn: Leigh Martinez | 2410 Centre Ave SE | | Albuquerque | NM | 87106 |
| NJ Department of Labor and Workforce Development | Attn: Waleska Salkauski | Division of Workers' Compensation | 1 John Fitch Plaza,  P.O. Box 110 | Trenton | NJ | 08625-0110 |
| North Dakota Workforce Safety & Insurance | Attn: Nicole Spoor | 1600 E. Century Ave, Ste 1 | | Bismarck | ND | 58503 |
| NYS Workers' Compensaton Board | Bureau of Compliance | 328 State Street | | Schenectady | NY | 12305-2318 |
| Ohio Bureau of Workers' Compensation | Attn: Lockbox 89492 | 4910 Tiedeman Road | | Cleveland | OH | 44144 |
| Oklahoma Workers' Compensation Commission | Attn: Richard Michael Fisher | 1915 North Stiles Ave., Suite 231 | | Oklahoma City | OK | 73105 |
| Oregon Workers' Compensation Division | Workers Comp Division | 350 Winter Street NE | P.O. Box 14480 | Salem | OR | 97309-0405 |

Exhibit A

Workers' Compensation Service List

Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|------|-----------|-----------|-----------|------|-------|-------------|
| Pennsylvania Department of Labor & Industry | Attn: Megan Seidel | 1301 Labor & Industry Building | 651 Boas St. | Harrisburg | PA | 17121 |
| Puerto Rico Industrial Commission | Attn: Dilia Pena | 310 Calle 3 SE | Urb. La Riviera Barrio Monacillos | Río Piedras | PR | 00921 |
| South Carolina Worker's Compensation | Attn: David Stooksbury | 1333 Main Street, Suite 500 | | Columbia | SC | 29201 |
| South Dakota Department of Labor & Regulation | Attn: Larry Deiter | Division of Insurance | 124 South Euclid Avenue, 2nd Floor | Pierre | SD | 57501 |
| State of Connecticut Workers' Compensation Commission | Attn: Julie Bernard, Treasurer | Second Injury Fund | Capitol Place, 21 Oak Street | Hartford | CT | 06106 |
| State of Hawaii Disability Compensation Division | Attn: Cheyenne Hiapo | 830 Punchbowl St. | Room 209 | Honolulu | HI | 96813 |
| State of Wisconsin Dept of Workforce Development | Worker's Compensation Division | 201 E. Washington Avenue, Room C100 | P.O. Box 7901 | Madison | WI | 53707-7901 |
| Texas Department of Insurance | Attn: Glenn Dobmeier | 333 Guadalupe | | Austin | TX | 78701 |
| TN Department of Labor & Workforce | Buraeau of Workers Compensation | 220 French Landing Drive | | Nashville | TN | 37243 |
| U.S. Department of Labor | Attn: Michelle Massenberg | 200 Constitution Ave NW | | Washington | DC | 20210 |
| Virgin Islands Department of Finance | Attn: Juana Johnson | 4008 Est. Diamond, Lot 7-B | | Christianstead, St. Croix | USVI | 00820 |
| Virgin Islands Department of Labor | Attn: Beverly Hodge | Workers' Compensation Administration | 2353 Kronprindsens Gade | Charlotte Amalie, St. Thomas | USVI | 00802 |
| Washington State Department of Labor & Industries | Attn: Brenda Brown / Tabitha Wenzel | 7273 Linderson Way SW | | Tumwater | WA | 98501-5414 |
| West Virginia Offices of the Insurance Commissioner | Attn: Norma Cross | 900 Pennsylvania Ave. | | Charleston | WV | 25302 |

## Exhibit B

Exhibit B
Workers' Compensation Email Service List
Served via Email

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|
| Alabama Department of Labor | Attn: Mary Jorgensen | 649 Monroe St. | | Montgomery | AL | 36131 | Mary.Jorgensen@labor.alabama.gov |
| Arkansas Workers' Compensation Commission | Attn: Sheila Clark | 324 South Spring Street | P.O. Box 950 | Little Rock | AR | 72203-0950 | sclark@awcc.state.ar.us |
| California Self-Insurers' Security Fund | Attn: Grant Heinitz | 555 12 Street, Suite 680 | | Oakland | CA | 94607 | grantheinitz@securityfund.org |
| Commonwealth of Kentucky Workers' Compensation | Attn: Mike Watts | 1047 U.S. Highway 127 South | Suite 4 | Frankfort | KY | 40601 | Mike.Watts@ky.gov |
| Florida Department of Financial Services | Attn: Deb Wilson | Division of Workers' Compensation | 200 East Gaines Street | Tallahassee | FL | 32399-0318 | debwilson@fsiga.org |
| Georgia Sel-Insurers Guaranty Trust Fund | Workers' Compensation | 303 Peachtree Street, Suite 3500 | | Atlanta | GA | 30308 | gafund@deflaw.com |
| Georgia Subsequent Injury Trust Fund | Attn: Forrest Hale | Marquis Two Tower, Suite 1250 | 285 Peachtree Center Avenue NE | Atlanta | GA | 30303 | fhale@sitf.ga.gov |
| Guam Workers' Compensation Commission | Attn: Rita Villanueva | 414 West Soledad Ave., Suite 400 | GCIC Building | Hagatna | Guam | 96910 | rvillanueva@moylans.net |
| Guranty Fund Management Services | Attn: Andy Shepley | One Bowdoin Square | | Boston | MA | 02114-2916 | ashepley@gfms.org |
| Idaho Industrial Commission | Attn: Shannon MacKenzie | 700 S. Clearwater Lane | | Boise | ID | 83712 | shannon.mackenzie@iic.idaho.gov |
| Illinois Workers' Compensation Commission | Attn: Maria Sarli-Dehlin | 100 W Randolph St Suite 8-200 | | Chicago | IL | 60601 | Maria.Dehlin@illinois.gov; wcc.infoquestions@illinois.gov |
| Kansas Department of Labor | Attn: Larry Karns | 1309 SW Topeka Blvd | | Topeka | KS | 66612 | kdol.workerscomp@ks.gov |
| Louisiana Workforce Commission | Attn: Jessica Masaracchia | 1001 N. 23rd St. | | Baton Rouge | LA | 70802 | jgriffis@lwc.la.gov |
| Michigan Workers' Compensation Agency | Attn: Allison Kelly | 2501 Woodlake Circle | | Okemos | MI | 48864 | kellya4@michigan.gov; wcinfo@michigan.gov |
| Minnesota Department of Labor & Industry | Attn: Loni Delmonico | 443 Lafayette Road N. | | St. Paul | MN | 55155 | dli.assessments@state.mn.us |
| Mississippi Workers' Compensation | Attn: Inez Hankins | 1428 Lakeland Dr. | | Jackson | MS | 39216 | ihankins@mwcc.ms.gov |
| Missouri Department of Labor and Industrial Relations | Attn: Jennifer Pettit | 421 W. Dunklin | | Jefferson | MO | 65101 | jennifer.pettit@labor.mo.gov |
| Montana Department of Labor and Industry | Attn: Adrianne McLean, Craig Creamer | Workers' Compensation Regulation Bureau | 1728 Helena | Helena | MT | 59624-1728 | amclean@mt.gov; wcregburearoer@mt.gov |
| NC Department of Insurance | Attn: Mike McKinney | Financial Analysis & Receivership | Albemarle Bldg., 325 N. Salisbury St. | Raleigh | NC | 27603 | mike.mckinney@ncdoi.gov |
| Nevada Department of Business and Industry | Attn: Shirley Choma, Terri Chambers | Division of Insurance | 3300 W. Sahara Ave., Suite 275 | Las Vegas | NV | 89102 | schoma@doi.nv.gov; tchambers@do.inv.gov |
| New Hampshire Workers' Compensation Commission | Attn: Ken Merrifield | 95 Pleasant Street | | Concord | NH | 03301 | WorkersComp@dol.nh.gov |
| New Mexico Workers' Compensation Administration | Attn: Leigh Martinez | 2410 Centre Ave SE | | Albuquerque | NM | 87106 | Leigh.Martinez@state.nm.us |
| NJ Department of Labor and Workforce Development | Attn: Waleska Salkauski | Division of Workers' Compensation | 1 John Fitch Plaza, P.O. Box 110 | Trenton | NJ | 08625-0110 | waleska.salkauski@dobi.nj.gov |
| North Dakota Workforce Safety & Insurance | Attn: Nicole Spoor | 1600 E. Century Ave, Ste 1 | | Bismarck | ND | 58503 | nmspoor@nd.gov; ndwsi@nd.gov |
| NYS Workers' Compensaton Board | Bureau of Compliance | 328 State Street | | Schenectady | NY | 12305-2318 | selfinsurance@wcb.ny.gov; WCBFinanceOffice@wcb.ny.gov |
| Ohio Bureau of Workers' Compensation | Attn: Lockbox 89492 | 4910 Tiedeman Road | | Cleveland | OH | 44144 | siing@bwc.state.oh.us |
| Oklahoma Workers' Compensation Commission | Attn: Richard Michael Fisher | 1915 North Stiles Ave., Suite 231 | | Oklahoma City | OK | 73105 | counselors@wcc.ok.gov |
| Oregon Workers' Compensation Division | Workers Comp Division | 350 Winter Street NE | P.O. Box 14480 | Salem | OR | 97309-0405 | workcomp.questions@oregon.gov; wcd.askanauditor@oregon.gov |
| Pennsylvania Department of Labor & Industry | Attn: Megan Seidel | 1301 Labor & Industry Building | 651 Boas St. | Harrisburg | PA | 17121 | meseidel@pa.gov |
| Puerto Rico Industrial Commission | Attn: Dilia Pena | 310 Calle 3 SE | Urb. La Riviera Barrio Monacillos | Río Piedras | PR | 00921 | DiliaM.Pena@searshc.com |
| South Carolina Worker's Compensation | Attn: David Stooksbury | 1333 Main Street, Suite 500 | | Columbia | SC | 29201 | dstooksbury@irf.sc.gov |

Exhibit B

Workers' Compensation Email Service List

Served via Email

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|
| South Dakota Department of Labor & Regulation | Attn: Larry Deiter | Division of Insurance | 124 South Euclid Avenue, 2nd Floor | Pierre | SD | 57501 | Insurance@state.sd.us |
| State of Connecticut Workers' Compensation Commission | Attn: Julie Bernard, Treasurer | Second Injury Fund | Capitol Place, 21 Oak Street | Hartford | CT | 06106 | Julie.Bernard@ct.gov |
| State of Hawaii Disability Compensation Division | Attn: Cheyenne Hiapo | 830 Punchbowl St. | Room 209 | Honolulu | HI | 96813 | cheyenne.h.hiapo@hawaii.gov; dlir.workcomp@hawaii.gov |
| State of Wisconsin Dept of Workforce Development | Worker's Compensation Division | 201 E. Washington Avenue, Room C100 | P.O. Box 7901 | Madison | WI | 53707-7901 | wcadmin@dwd.wisconsin.gov |
| Texas Department of Insurance | Attn: Glenn Dobmeier | 333 Guadalupe | | Austin | TX | 78701 | glenn.dobmeier@tdi.texas.gov |
| U.S. Department of Labor | Attn: Michelle Massenberg | 200 Constitution Ave NW | | Washington | DC | 20210 | massenberg.michelle@dol.gov |
| Virgin Islands Department of Finance | Attn: Juana Johnson | 4008 Est. Diamond, Lot 7-B | | Christianstead, St. Croix | USVI | 00820 | juana.johnson@dof.vi.gov; governmentinsurance@vi.gov |
| Virgin Islands Department of Labor | Attn: Beverly Hodge | Workers' Compensation Administration | 2353 Kronprindsens Gade | Charlotte Amalie, St. Thomas | USVI | 00802 | beverly.hodge@dof.vi.gov |
| Washington State Department of Labor & Industries | Attn: Brenda Brown / Tabitha Wenzel | 7273 Linderson Way SW | | Tumwater | WA | 98501-5414 | brbt235@lni.wa.gov; dizt235@lni.wa.gov |
| West Virginia Offices of the Insurance Commissioner | Attn: Norma Cross | 900 Pennsylvania Ave. | | Charleston | WV | 25302 | norma.j.cross@wv.gov |

**<u>Exhibit C</u>**

Exhibit C

Lottery Service List

Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|------|-----------|-----------|------|-------|-------------|
| Amplex Corporation | Attn: Tammy Wright | 1100 Fountain Parkway | Grand Prairie | TX | 75050 |
| Arizona Lottery | Attn: Holly Gordon | 4740 E. University Dr. | Phoenix | AZ | 85034 |
| Arkansas Lottery | Attn: Mitch Chandler | 124 W. Capitol Ave., 1st Floor | Little Rock | AR | 72201 |
| California State Lottery | Attn: Murray Gruber | 700 N. 10th St. | Sacramento | CA | 95811 |
| Carribean Lottery Services | Attn: Brian Gardine | 11A Company Street | Christiansted | USVI | 00820 |
| Carribean Lottery Services | Attn: Brian Gardine | 2135 z911A) Company Street | Christiansted | USVI | 00820 |
| Colorado State Lottery | Attn: Kevin Burke | 720 S. Colorado Blvd. #110A | Denver | CO | 80246 |
| Connecticut Lottery Corporation | Attn: Sol Ramsey | 777 Brook St. | Rocky Hill | CT | 06067 |
| Delware Lottery | Attn: Barbara Rogers | 1575 McKee Rd., #102 | Dover | DE | 19904 |
| Dept of Treasury, Puerto Rico | Attn: Alexis Santiago Castro | 10 Paseo Covadonga | San Juan | PR | 00901 |
| Florida Lottery, Sales Division | Attn: Kristopher Miller | 380 S. SR 434, Suite #1028 | Altamonte Springs | FL | 32714 |
| George State Lottery | Attn: Jim Linderman | 101 Little Neck Rd.  Bldg. 8  #E | Savannah | GA | 31419 |
| Hoosier Lottery | Attn: Tracy Butler | 1302 N. Meridian St. | Indianapolis | IN | 46202 |
| Idaho Lottery | Attn: Addie Wooten | 1199 Shoreline Ln.  #100 | Boise | ID | 83702 |
| IGT | Attn: Nathan Hoelscher | 5301 Riata Park Court, Section e, Suite 100 | Austin | TX | 78727 |
| Illinois Dept of Human Services, Famly Nutrition | Attn: Jim Armbruster | 823 E. Monroe | Springfield | IL | 62701 |
| Illiois State Lottery Commission | Attn: Evan Wilson | 200 W. Jackson Blvd. #1100 | Chicago | IL | 60606 |
| Iowa Lottery | Attn: Tom Warner | 13001 University Ave. | Clive | IA | 50325 |
| Kansas State Lottery | Attn: Crystal Roudybush | 128 N. Kansas Ave. | Topeka | KS | 66603 |
| Kentucky Lottery | Attn: L. Mechelle McGuffin | 1011 W. Main St. | Louisville | KY | 40202 |
| Maine Lottery | Attn: Joan Auger | 8 State House Station #300 | Augusta | ME | 04333 |
| Maryland State Lottery | Attn: Sam Coscia | 1800 Washington Blvd. #300 | Baltimore | MD | 21233 |
| Massachusetts State Lottery | Attn: Charlie Hinckley | 84 Columbian St. | Braintree | MA | 02684 |
| Michigan Lottery | Attn: Sarah Suchyta | 101 E. Hillsdale St. | Lansing | MI | 48909 |
| Minnesota Lottery | Attn: Bill Grady | 2645 Long Lake Rd. | Roseville | MN | 55113 |
| Missouri Lottery | Attn: David McLaughlin | 1831 Craig Park Port | St. Louis | MO | 63146 |
| Montana Lottery | Attn: Steve Erickson | 2525 North  Mntana Avenue | Helena | MT | 59601 |
| New Jersey Lottery | Attn: Joseph  Garzino | 1075 Cranbury South River Road, Suite 7 | Jamesburg | NY | 08831 |
| New Mexico Lottery Association | Attn: Kelly Patton | PO Box 93130 | Albuquerque | NM | 87199 |
| New Mexico Lottery Association | Attn: Kelly Patton | 4511 Osuna Rd. NE | Albuquerque | NM | 87109 |
| New York Lottery | Attn: Robin Sywulski | One Broadway Center, Suite 700 | Schenectady | NY | 12305 |
| North Carolina Lottery | Attn: Bobby Dawson | 2728 Captial Blvd, #144 | Raleigh | NC | 27604 |
| NYS Gaming Commission, Division of the Lottery | Attn: Nyata Reefer | 317 Lenox Avenue, 6th Floor | New York | NY | 10027 |

Exhibit C

Lottery Service List

Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|------|-----------|-----------|------|-------|-------------|
| Ohio Regional Office, Lottery | Attn: Ronald Stills | 780 Morrison Road | Columbus | OH | 43230 |
| Pennsylvania Lottery | Attn: Staci Coombs | 1200 Fulling Mill Road, Suite 1 | Middletown | PA | 17057 |
| Tennessee Lottery | Attn: Kelly Harrison | 26 Century Blvd | Nashville | TN | 37214 |
| USDA Food & Nutrition Services | Attn: Retailer Help Line | PO Box 7228 | Falls Church | VA | 22040 |
| Virginia Lottery | Attn: Kelly Wilkes | 600 E. Main Street | Richmond | VA | 23219 |
| Washington State Lottery | Attn: Bobby Frye | 814 4th Ave. East | Olympia | WA | 98506 |
| Wisconsin Lottery | Attn: Dustin Coyle | 2135 Rimrock Road | Madison | WI | 53713 |