**Hearing Date and Time: November 15, 2018 at 10:00 a.m. (Eastern Time)**
**Objection Date and Time: November 2, 2018 at 4:00 p.m. (Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re                                                    :

                                                         :      **Chapter 11**

**SEARS HOLDINGS CORPORATION,** *et al.*,                :

                                                         :      **Case No. 18-23538 (RDD)**

                                                         :

                    Debtors.[1]                          :      **(Jointly Administered)**

-------------------------------------------------------------x

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**NOTICE OF HEARING ON APPLICATION OF
DEBTORS FOR AUTHORITY TO RETAIN AND EMPLOY
WEIL, GOTSHAL & MANGES LLP AS ATTORNEYS FOR THE
DEBTORS *NUNC PRO TUNC* TO THE COMMENCEMENT DATE**

**PLEASE TAKE NOTICE** that a hearing on the annexed Application  (the

"**Application**"), of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in

possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**), for entry of an

order pursuant to section 327(a) of chapter 11 of title 11 of the United States Code. and Rules

2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), for

authority to retain and employ Weil, Gotshal & Manges LLP, all as more fully set forth in the

Application, will be held before the Honorable Robert D. Drain, United States Bankruptcy

Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom

118, 300 Quarropas Street, White Plains, New York, 10601-4140 (the "**Bankruptcy Court**") on

**November 15, 2018 at 10:00 a.m. (Eastern Time)** (the "**Hearing**"), or as soon thereafter as

counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the

"**Objections**") to the Application shall be in writing, shall conform to the Federal Rules of

Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York,

shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court,

including attorneys admitted pro hac vice, electronically in accordance with General Order M-

399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a

CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered

directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and

General Order M-399, to the extent applicable, and shall be served in accordance with the *Order

Implementing Certain Notice and Case Management Procedures*, entered on October 17, 2018

2

(ECF No. 139), so as to be filed and received no later than **November 2, 2018 at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**").

   **PLEASE TAKE FURTHER NOTICE that if no Objections are timely filed and served with respect to the Application, the Debtors may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Application, which order may be entered without further notice or opportunity to be heard.**

   **PLEASE TAKE FURTHER NOTICE that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.**

Dated: October 26, 2018
  New York, New York

      /s/ Ray C. Schrock, P.C.
      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York  10153
      Telephone:  (212) 310-8000
      Facsimile:  (212) 310-8007
      Ray C. Schrock, P.C.
      Jacqueline Marcus
      Garrett A. Fail
      Sunny Singh

      *Proposed Attorneys for Debtors*
      *and Debtors in Possession*

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Proposed Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : |  |
|  | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : |  |
|  | : | **Case No. 18-23538 (RDD)** |
|  | : |  |
| Debtors.[1] | : | **(Jointly Administered)** |

-------------------------------------------------------------x

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**APPLICATION OF DEBTORS
FOR AUTHORITY TO RETAIN AND EMPLOY
WEIL, GOTSHAL & MANGES LLP AS ATTORNEYS FOR THE
DEBTORS *NUNC PRO TUNC* TO THE COMMENCEMENT DATE**

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

Sears Holdings Corporation ("**Sears Holdings**") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**" and, together with their non-debtor affiliates, the "**Company**"), respectfully represent as follows in support of this application (the "**Application**"):

**Background**

1.      Beginning on October 15, 2018 (the "**Commencement Date**") and continuing thereafter, each of the Debtors commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").  The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On October 24, 2018, the United States Trustee for Region 2 appointed an official committee of unsecured creditors (the "**Creditors' Committee**").  No trustee or examiner has been appointed in these chapter 11 cases.

2.      The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

3.      Additional information regarding the Debtors' business, capital structure, and the circumstances leading to the commencement of these chapter 11 cases is set forth in the *Declaration of Robert A. Riecker Pursuant to Rule 1007-2 of Local Bankruptcy Rules for*

2

*Southern District of New York*, sworn to on October 15, 2018 (the "**Riecker Declaration**") (ECF No. 3).[2]

## Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.). This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested

5.      By this Application, the Debtors request pursuant to section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**") 2014-1 and 2016-1, authority to retain and employ Weil, Gotshal & Manges LLP ("**Weil**" or the "**Firm**") as attorneys for the Debtors, *nunc pro tunc* to the Commencement Date.

6.      The Debtors request that the Court approve the retention of Weil as their attorneys to perform the extensive legal services that will be required during these chapter 11 cases in accordance with Weil's normal hourly rates in effect when services are rendered and Weil's normal reimbursement policies. In support of this Application, the Debtors submit the declaration of Ray C. Schrock, P.C., a member of Weil, which is attached hereto as **Exhibit B** (the "**Schrock Declaration**"), and the declaration of Mohsin Meghji, Chief Restructuring Officer of the Debtors, which is attached hereto as **Exhibit C** (the "**Meghji Declaration**")

7.      A proposed form of order (the "**Proposed Order**") approving the Application and the retention and employment of Weil is attached hereto as **Exhibit A**.

---

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Riecker Declaration.

3

## Weil's Qualifications

8.      Weil has extensive, diversified experience and knowledge, including Weil's recognized expertise in the field of debtors' protections, creditors' rights, and the administration of cases under chapter 11 of the Bankruptcy Code.  For example, Weil currently represents or has represented, among others, the following debtors and their affiliates: Claire's Stores, Inc., Fieldwood Energy LLC, TK Holdings Inc., Walter Investment Management Corp., Westinghouse Electric Company LLC, Azure Midstream Partners, LP, Memorial Production LP, CHC Group Ltd., American Gilsonite Company, Basic Energy Services, Inc., Halcón Resources Corp., Breitburn Energy Partners LP, Golfsmith International Holdings, Inc., Fairway Group Holdings Corp., Aéropostale, Inc., Offshore Group Investment Limited, Paragon Offshore PLC, The Great Atlantic & Pacific Tea Company, Chassix, Inc., Endeavour Operating Corporation, SIGA Technologies, Inc., RDA Holdings, Inc., LodgeNet Interactive Corporation, Southern Air Holdings, Inc., Daffy's Inc., AMR Corporation, Lehman Brothers Holdings Inc., General Motors Corporation n/k/a Motors Liquidation Company, General Growth Properties, Inc., Global Crossing Ltd., WorldCom, Inc., Enron Corp., Aleris International, Inc., Washington Mutual, Inc., Pilgrim's Pride Corp., BearingPoint, Inc., SemCrude, L.P., Vertis Holdings, Inc., LandSource Communities Development, LLC, Silicon Graphics, Inc., Atkins Nutritionals, Inc., Footstar, Inc., Parmalat USA Corp., Loral Space & Communications Ltd., Armstrong Worldwide Industries, Adelphia Business Solutions, Inc., APW Ltd., Regal Cinemas, Inc., Sunbeam Corporation, Bethlehem Steel Corporation, Genesis Health Services Corp., and Grand Union Corporation.

9.      The Debtors have been informed that Ray C. Schrock, Jacqueline Marcus, Garrett Fail, and Sunny Singh, members of Weil, as well as other members of, counsel to, and associates of Weil, who will be employed in these chapter 11 cases, are members in good

4

standing of, among others, the Bars of the State of New York and of the United States District Court for the Southern District of New York or are supervised by such attorneys.

10.     Based on Weil's understanding of the Debtors' financial and operational structure, as well as Weil's significant experience in the field of restructuring, the Debtors believe that Weil is both highly qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

### Services to Be Provided

11.     The employment of Weil in accordance with its normal hourly rates and disbursement policies in effect from time to time, as the same may be adjusted from time to time, is appropriate and necessary to enable the Debtors to execute their duties as debtors and debtors in possession and to prosecute these chapter 11 cases.  Subject to further order of this Court, it is proposed that Weil be employed to render the following professional services:

a.      take all necessary actions to protect and preserve the Debtors' estates, including the prosecution of actions on the Debtors' behalf, the defense of any actions commenced against the Debtors, the negotiation of disputes in which the Debtors are involved and the preparation of objections to claims filed against the Debtors' estates;

b.      prepare on behalf of the Debtors, as debtors in possession, all necessary motions, applications, answers, orders, reports and other papers in connection with the administration of the Debtors' estates;

c.      take all necessary actions in connection with any chapter 11 plan and related disclosure statement and all related documents, and such further actions as may be required in connection with the administration of the Debtors' estates;

d.      take all necessary actions to protect and preserve the value of the Debtors' estates, including advising with respect to the Debtors' non-debtor subsidiaries and all related matters; and

e.      perform all other reasonable or necessary legal services in connection with the prosecution of these chapter 11 cases.

5

12.     In addition to this Application, the Debtors have submitted, or expect to submit shortly, separate applications to retain, among others: (i) Prime Clerk LLC as claims and noticing agent and, separately, as administrative advisor; (ii) Lazard Frères & Co. LLC as investment banker; and (iii) M-III Advisory Partners, LP as financial advisor.  Weil, in conjunction with the Debtors' senior management, intends to carefully monitor and coordinate the efforts of all professionals retained by the Debtors in these chapter 11 cases and will delineate their respective duties so as to prevent duplication of services whenever possible.

## Weil's Disinterestedness

13.     To the best of the Debtors' knowledge, the members of, counsel to, and associates of Weil do not have any connection with or any interest adverse to the Debtors, their creditors, or any other party in interest, or their respective attorneys and accountants, except as may be set forth herein and in the Schrock Declaration.

14.     Based upon the Schrock Declaration, Weil is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code as modified by section 1107(b) of the Bankruptcy Code.  The Debtors have been informed that Weil will conduct an ongoing review of its files to ensure that no disqualifying circumstances arise.  If any new relevant facts or relationships are discovered, Weil will supplement its disclosure to the Court accordingly.

## Professional Compensation

15.     Weil is not a creditor of the Debtors' estates.  As set forth in the Schrock Declaration, during the ninety-day (90) period prior to the Commencement Date, Weil received payments and advances in the aggregate amount of approximately $10.15 million for professional services performed or to be performed, including preparation for the commencement and prosecution of these chapter 11 cases.  Weil has applied the payments and

WEIL:\96776505\1\73217.0004

advances for professional services performed and expenses incurred up to the time of the commencement of these chapter 11 cases and has reduced the balance of the credit available to the Debtors by the amount of such charges. As of the Commencement Date, Weil had a remaining credit balance of approximately $3.44 million for future professional services to be performed, and expenses to be incurred, in connection with these chapter 11 cases (the "**Fee Advance**"). Weil intends to apply any remaining Fee Advance to any outstanding amounts relating to the period before the Commencement Date that were not processed through Weil's billing system as of the Commencement Date. A summary of payments invoiced and received by Weil in the ninety (90) days prior to the Commencement Date is set forth on **Annex 3** annexed to the Schrock Declaration. As of the Commencement Date, the Debtors did not owe Weil any fees for professional services performed or expenses incurred.

16.     The Debtors understand and have agreed that Weil hereafter will apply to the Court for allowances of compensation and reimbursement of expenses in accordance with General Order M-412 (Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals, dated December 21, 2010 (Gonzalez, C.J.)), Administrative Order M-447 (Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases, dated January 29, 2013 (Morris, C.J.)), the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any further orders of the Court for all professional services performed and expenses incurred after the Commencement Date.

17.     Subject to the foregoing, the Debtors propose to compensate Weil for services rendered at Weil's customary hourly rates that are in effect from time to time, as set forth in the Schrock Declaration, and to reimburse Weil according to its customary

7

reimbursement policies.  The Debtors respectfully submit that Weil's rates and policies, as set forth in the Schrock Declaration, are reasonable.

### *Nunc Pro Tunc* Relief Is Warranted

18.     The Debtors believe that employment of Weil effective *nunc pro tunc* to the Commencement Date is warranted under the circumstances of these chapter 11 cases so that Weil may be compensated for its services prior to entry of an order approving Weil's retention. Further, the Debtors believe that no party-in-interest will be prejudiced by the granting of the *nunc pro tunc* employment because Weil has provided, and will continue to provide, valuable services to the Debtors' estate in the interim period.

19.     Courts in this jurisdiction routinely approve *nunc pro tunc* employment similar to that requested herein.  *See, e.g.*, *In re Tops Holding II Corporation*, No. 18-22279 (RDD) (Bankr. S.D.N.Y. Mar. 22, 2018); *In re Eagle Bulk Shipping Inc.*, No. 14-12303 (SHL) (Bankr. S.D.N.Y. Sept. 19, 2014); *In re MPM Silicones, LLC*, No. 14-22503 (RDD) (Bankr. S.D.N.Y. Apr. 28, 2014); *In re Sbarro LLC*, No. 14-10557 (MG) (Bankr. S.D.N.Y. Apr. 7, 2014).  Accordingly, the Debtors submit that the Court should authorize employment of Weil *nunc pro tunc* to the Commencement Date.

### Notice

20.     Notice of this Application will be provided in accordance with the procedures set forth in the *Order Implementing Certain Notice and Case Management Procedures* (ECF No. 139) (the "**Case Management Order**").  The Debtors respectfully submit that no further notice is required.

21.     No previous request for the relief sought herein has been made by the Debtors to this or any other court.

8

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: October 26, 2018
New York, New York

SEARS HOLDINGS CORPORATION
*(for itself and on behalf of its affiliates
as Debtors and Debtors in Possession)*

 /s/ Mohsin Meghji
NAME: Mohsin Meghji
TITLE:  Chief Restructuring Officer

9

**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re                                    :

                                         :          **Chapter 11**

**SEARS HOLDINGS CORPORATION,** *et al.*, :

                                         :          **Case No. 18-23538 (RDD)**

                                         :

          Debtors.[1]                    :          **(Jointly Administered)**

---------------------------------------------------------------x


### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF WEIL, GOTSHAL & MANGES LLP AS ATTORNEYS FOR THE DEBTORS *NUNC PRO TUNC* TO THE COMMENCEMENT DATE

Upon the application (the "**Application**"),[2] of Sears Holdings Corporation and its

debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases

(collectively, the "**Debtors**"), pursuant to section 327(a) of title 11 of the United States Code (the

"**Bankruptcy Code**"), Rules Rule 2014(a) and 2016 of the Federal Rules of Bankruptcy

Procedure (the "**Bankruptcy Rules**"), and Rules 2014-1 and 2016-1 of the Local Bankruptcy

Rules for the Southern District of New York (the "**Local Rules**") for entry of an order

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Application.

2

authorizing the employment of Weil, Gotshal & Manges LLP ("**Weil**") as attorneys for the

Debtors, effective as of October 15, 2018 (the "**Commencement Date**"), all as more fully

described in the Application; and upon the declaration of Ray C. Schrock, P.C., a member of

Weil, attached to the Application as **Exhibit B** (the "**Schrock Declaration**") and the declaration

of Mohsin Meghji, Chief Restructuring Officer of the Debtors, attached to the Application as

**Exhibit C** (the "**Meghji Declaration**"); and the Court being satisfied, based on the

representations made in the Application and the Schrock Declaration, that Weil is "disinterested"

as such term is defined in section 101(14) of the Bankruptcy Code, as modified by section

1107(b) of the Bankruptcy Code, and as required under section 327(a) of the Bankruptcy Code,

and that Weil represents no interest adverse to the Debtors' estates with respect to the matters

upon which it is to be engaged; and the Court having jurisdiction to decide the Application and

the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended

Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of

the Application and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b);

and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and

proper notice of the relief requested in the Application having been provided in accordance with

the Case Management Order; such notice having been adequate and appropriate under the

circumstances, and it appearing that no other or further notice need be provided; and the Court

having held a hearing to consider the relief requested in the Application on November 15, 2018

(the "**Hearing**"); and upon the record of the Hearing, and upon all of the proceedings had before

the Court; and the Court having determined that the legal and factual bases set forth in the

Application establish just cause for the relief granted herein, and is in the best interests of the

WEIL:\96776505\1\73217.0004

Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

## IT IS HEREBY ORDERED THAT:

1.      The Application is granted to the extent set forth herein.

2.      The Debtors are authorized to employ and retain Weil as their attorneys in these chapter 11 cases in accordance with Weil's normal hourly rates and disbursement policies, all as contemplated by the Application, *nunc pro tunc* to the Commencement Date.

3.      Weil is authorized to render the following professional services to the Debtors:

> a.      take all necessary actions to protect and preserve the Debtors' estates, including the prosecution of actions on the Debtors' behalf, the defense of any actions commenced against the Debtors, the negotiation of disputes in which the Debtors are involved and the preparation of objections to claims filed against the Debtors' estates;

> b.      prepare on behalf of the Debtors, as debtors in possession, all necessary motions, applications, answers, orders, reports and other papers in connection with the administration of the Debtors' estates;

> c.      take all necessary actions in connection with any chapter 11 plan and related disclosure statement and all related documents, and such further actions as may be required in connection with the administration of the Debtors' estates;

> d.      take all necessary actions to protect and preserve the value of the Debtors' estates, including advising with respect to the Debtors' non-debtor subsidiaries and all related matters; and

> e.      perform all other reasonable or necessary legal services in connection with the prosecution of these chapter 11 cases.

4.      Weil shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in

4

compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the

Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court.

5.    Weil shall provide reasonable notice to the Debtors, the U.S. Trustee, and

any statutory committee appointed in these chapter 11 cases of any increase of Weil's hourly

rates set forth in the Schrock Declaration.

6.    To the extent the Application is inconsistent with this Order, the terms of

this Order shall govern.

7.    The Debtors are authorized to take all action necessary to effectuate the

relief granted in this Order.

8.    The Court shall retain jurisdiction to hear and determine all matters arising

from or related to the implementation, interpretation, and/or enforcement of this Order.


Dated: _____, 2018
         White Plains, New York

                                    _____
                                    THE HONORABLE ROBERT D. DRAIN
                                    UNITED STATES BANKRUPTCY JUDGE


5

**Exhibit B**

**Schrock Declaration**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

In re                                              :

                                                   :          **Chapter 11**

**SEARS HOLDINGS CORPORATION,** *et al.,*          :

                                                   :          **Case No. 18-23538 (RDD)**

                                                   :

            **Debtors.**[1]                         :          **(Jointly Administered)**

--------------------------------------------------------------x

## DECLARATION AND DISCLOSURE STATEMENT OF
## RAY C. SCHROCK, P.C. ON BEHALF OF WEIL, GOTSHAL & MANGES LLP

Ray C. Schrock, P.C. makes this declaration (this "**Declaration**") under 28 U.S.C.

§ 1746:

1.      I am a member of the firm of Weil, Gotshal & Manges LLP ("**Weil**" or the

"**Firm**"), an international law firm with principal offices at 767 Fifth Avenue, New York, New

York 10153 and regional offices in Washington, D.C.; Houston and Dallas, Texas; Miami,

Florida; Boston, Massachusetts; Princeton, New Jersey; Redwood Shores, California; and

foreign offices in London, United Kingdom; Warsaw, Poland; Frankfurt and Munich, Germany;

Prague, Czech Republic; Paris, France; and Beijing, Hong Kong and Shanghai, China.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2.      I submit this Declaration in connection with the Application submitted on the date hereof (the "**Application**"), of Sears Holdings Corporation ("**Sears Holdings**") and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), for authority to employ and retain Weil as their attorneys in the above-captioned chapter 11 cases, *nunc pro tunc*, to October 15, 2018 (the "**Commencement Date**"), at its normal hourly rates in effect from time to time and in accordance with its normal reimbursement policies, in compliance with sections 329 and 504 of title 11 of the United States Code (the "**Bankruptcy Code**"), and to provide the disclosure required under Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").   Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.   To the extent any information disclosed herein requires amendment or modification upon Weil's completion of further review, or as additional information regarding parties in interest in these chapter 11 cases becomes available, a supplemental declaration will be submitted to the Court reflecting such amended, supplemented, or otherwise modified information.

### Weil's Disclosure Procedures

3.      Weil has in the past represented, currently represents, and may in the future represent, entities that are claimants or interest holders of the Debtors in matters unrelated to the Debtors' pending chapter 11 cases.  Weil, which employs approximately 1,000 attorneys, has a large and diversified legal practice that encompasses the representation of many financial institutions and commercial corporations.   Some of those entities are, or may consider themselves to be, creditors or parties in interest in these pending chapter 11 cases or to otherwise have interests in these cases.

WEIL:\96776505\1\73217.0004

4.      In preparing this Declaration, Weil used its customary procedures to ensure compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**") regarding the retention of professionals by a debtor under the Bankruptcy Code (the "**Firm Disclosure Procedures**").    Pursuant to the Firm Disclosure Procedures, I performed, or caused to be performed, the following actions to identify the parties relevant to this Declaration and to ascertain Weil's connection to such parties:

a.      A comprehensive list of the types of entities that may have contacts with the Debtors was developed through discussions with the Weil attorneys who have provided services to the Debtors and in consultation with the advisors to and employees of the Debtors (the "**Retention Checklist**").  A copy of the Retention Checklist is annexed hereto as **Annex 1**.

b.      Weil obtained information responsive to the Retention Checklist through several inquiries of the Debtors, their advisors, and their employees, and a review of documents provided by the Debtors to Weil.  Weil then used that information, together with other information identified by Weil, to compile a list of the names of entities that may be parties in interest in these chapter 11 cases (the "**Potential Parties in Interest**").[2]

c.      Weil maintains a master client database as part of its conflict clearance and billing records.  The master client database includes the names of the entities for which any attorney time charges have been billed since the database was first created (the "**Client Database**").  The Client Database includes the name of each current and former client, the names of the parties who are or were related or adverse to such current or former client, and the names of the Weil personnel who are or were responsible for current or former matters for such client.  It is the policy of Weil that no new matter may be accepted or opened within the Firm without completing and submitting to those charged with maintaining the conflict clearance system the information necessary to check each such matter for conflicts, including the identity of the prospective client, the name of the matter, adverse parties, and, in some cases, parties related to the client or to an adverse party.  Accordingly, the database is updated for every new matter undertaken by Weil.  The accuracy of the system is a function of

---

[2] Due to its voluminous nature, the schedule of Potential Parties in Interest is not attached here but will be made available upon reasonable written request.

the completeness and accuracy of the information submitted by the attorney opening a new matter.

d.   Weil compared the names of each of the Potential Parties in Interest to client matters in the Client Database for which professional time was recorded during the two years prior to the comparison.[3]  Any matches to names in the Client Database generated by the comparison were compiled, together with the names of the respective Weil personnel responsible for the identified client matters (the "**Client Match List**").

e.   A Weil attorney then reviewed the Client Match List and deleted obvious name coincidences and individuals or entities that were adverse to Weil's clients in both this matter and the matter referenced on the Client Match List.

f.   Using information in the Client Database concerning entities on the Client Match List, and making general and, if applicable, specific inquiries of Weil personnel, Weil verified that it does not represent and has not represented any entity on the Client Match List in connection with the Debtors or these chapter 11 cases.

g.   In addition, a general inquiry to all Weil personnel (attorneys and staff) was sent by electronic mail to determine whether any such individual or any member of his or her household (i) owns any debt or equity securities of the Debtors; (ii) holds a claim against or interest adverse to the Debtors; (iii) is or was an officer, director, or employee of the Debtors; (iv) is related to or has any connections to Bankruptcy Judges in the Southern District of New York; or (v) is related to or has any connections to anyone working in the Office of the United States Trustee for Region 2 which includes the Office of the United States Trustee for the Southern District of New York (the "**U.S. Trustee**").

### Weil's Connections with the Debtors

5.   Weil compiled responses to the foregoing inquiries for the purposes of preparing this Declaration.  Responses to the inquiry described in Paragraph 5(g) hereof indicate that, as of the Commencement Date, and except as otherwise disclosed herein, no Weil attorneys and/or support staff and/or their family members: (i) own any debt or equity securities of any of

---

[3] For purposes of the Firm Disclosure Procedures, Weil considers an entity a "former client" if all matters for such client have been closed, but professional time was recorded within the past two years.  Because the Firm Disclosure Procedures only reflect client activity during the past two years, matches to client matters outside that timeframe are not reflected in this Declaration.

4

the Debtors or their non-Debtor affiliates; (ii) hold a claim against or interest adverse to any of

the Debtors; (iii) are or were officers, directors, or employees of any of the Debtors; (iv) are

related to or have any connections to Bankruptcy Judges in the Southern District of New York;

or (v) are related to or have any connections to anyone working in the Office of the U.S. Trustee.

### A.    The Debtors' Operations and Workforce

6.    Certain Weil employees or their family members were previously

employed by the Debtors.  For example, a Weil associate was a sales associate at Sears, Roebuck

& Co. in Dublin, Ohio from May 2003 to May 2005, and a Weil counsel worked as a hardware

salesman for a Debtor affiliate in the late 1990s.   None of these connections involved

employment in senior- or executive-level positions.  Additionally, certain Weil attorneys or

employees may own appliances or goods purchased from the Debtors or otherwise benefit,

directly or indirectly, from warranties with respect to such goods given the scope of the Debtors'

operations.  Such connections are unrelated to Weil's proposed representation here.  I do not

believe these connections create a disqualifying conflict of interest but have disclosed these

connections out of an abundance of caution.

### B.    Board and Committee Connections

7.    Beginning in January 2014, Weil represented certain committees or

subcommittees of the board of directors of Sears Holdings Corp. (the "**Board**"), an

above-captioned Debtor, including the Related Party Transactions Subcommittee of the Audit

Committee of the Board, the Strategic Planning Committee of the Board, the Real Estate Special

Committee of the Board, and the Special Committee of the Board.  In that capacity, Weil advised

in connection with the Debtors' evaluation of certain material transactions between or involving

the Debtors and related parties, such as ESL Investments, Inc. or its affiliates, and also in

connection with the Debtors' evaluation or disposition of certain parcels of owned real property

and with respect to the evaluation of restructuring and strategic alternatives and contingency planning. Each such committee or subcommittee was charged with recommending a particular transaction to the Board or otherwise only if it determined that doing so was in the best interest of the corporation. For the avoidance of doubt, at no point since January 2014 did Weil represent an interested party or any other party in matters adverse to the Debtors in connection with these matters. I do not believe these connections create a disqualifying conflict of interest, but these connections are disclosed here out of an abundance of caution.

### C.    Additional Connections

8.    A retired Weil partner is the spouse of a Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of New York, a Weil associate took a class in law school that was co-taught by the Honorable Martin Glenn, and certain Weil attorneys clerked or otherwise worked with certain Bankruptcy Judges in the Southern District of New York, including Sunny Singh, who clerked for the Honorable Robert D. Drain.

9.    A Weil associate owns approximately five (5) shares of stock in Sears Holding Corp. Out of an abundance of caution, this individual has been screened from all matters with respect to Weil's proposed representation of the Debtors. Certain Weil personnel or members of the household of Weil personnel may also unknowingly hold stock or other interests in the Debtors in blind or discretionary accounts.

10.    Weil has provided the necessary services to enable the Debtors to commence the instant cases under chapter 11 of the Bankruptcy Code. Weil was primarily responsible for the preparation of the chapter 11 petitions and initial motions and applications relating to these chapter 11 cases and their commencements.

WEIL:\96776505\1\73217.0004

**Weil's Connections with Parties in Interest in**
**Matters Unrelated to The Debtors or These Chapter 11 Cases**

       11.    Either I, or an attorney working under my supervision, reviewed the connections between Weil and the clients identified on the Client Match List and the connections between those entities and the Debtors and determined, in each case, that Weil does not hold or represent an interest that is adverse to the Debtors' estates and that Weil is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, for the reasons discussed below.

       12.    Weil previously has represented, currently represents, and may represent in the future the entities described below (or their affiliates) in matters unrelated to the Debtors' chapter 11 cases.  The disclosure list, attached as **Annex 2** hereto (the "**Disclosure List**"), is the product of implementing the Firm Disclosure Procedures.  An entity is listed as a "**Current Client**" on the Disclosure List if Weil has any open matters for such entity or a known affiliate of such entity and attorney time charges have been recorded on any such matters within the past two (2) years.  An entity is listed as a "**Former Client**" in the Disclosure List if Weil represented such entity or a known affiliate of such entity within the past two (2) years based on recorded attorney time charges on a matter, but all matters for such entity or any known affiliate of such entity have been formally closed.  Except as described below, Weil has not represented, does not represent, and will not represent any of such entities in matters directly related to the Debtors or these chapter 11 cases.

       13.    To the best of my knowledge and information, the annual fees for each of the last two years paid to Weil by any entity listed on **Annex 2** or its affiliates, did not exceed 1% of the Firm's annual gross revenue, except for American Securities, Providence Equity, Lindsay Goldberg LLC, Brookfield Asset Management, Scripps Networks Interactive, Advent

7

International, General Electric, and Goldman Sachs.  Weil has represented and continues to represent American Securities, Providence Equity, Lindsay Goldberg LLC, Brookfield Asset Management, Scripps Networks Interactive, Advent International, General Electric, and Goldman Sachs, and certain of their respective affiliates in a variety of matters, all of which are unrelated to the Debtors or these chapter 11 cases.

14.    In addition to the foregoing, through diligent inquiry, I have ascertained no connection, as such term is used in section 101(14)(C) of the Bankruptcy Code, as modified by section 1107(b), and Bankruptcy Rule 2014(a), between Weil and (i) the U.S. Trustee or any person employed thereby, (ii) any attorneys, accountants, or financial consultants in these chapter 11 cases, or (iii) any investment bankers that represent or may represent the Debtors or claimants or other parties in interest in these chapter 11 cases, except as set forth herein.  As part of its practice, Weil appears in cases, proceedings, and transactions involving many different attorneys, accountants, financial consultants, and investment bankers, some of which now or may in the future represent claimants and other parties in interest in these cases.  Weil has not represented, and will not represent, any of such parties in relation to the Debtors or their chapter 11 cases.  Weil does not have any relationship with any such attorneys, accountants, financial consultants, or investment bankers that would be adverse to the Debtors or their estates.

15.    Additionally, Weil has represented, and may currently represent, entities that hold, or may in the future hold, certain of the Debtors' debt in beneficial accounts on behalf of unidentified parties.  Because distressed debt is actively traded in the commercial markets, Weil may be unaware of the actual holder of such debt at any given moment.  Weil also represents numerous entities in unrelated matters that may buy and/or sell distressed debt of chapter 11 debtors.  Moreover, from time to time, Weil is engaged by various entities that buy

8

and/or sell distressed debt to analyze the capital structure of a distressed company based on a review of publicly available information. The Firm does not undertake such reviews after it has been engaged to represent any such company, including the Debtors, and does not view any public debt review as an adverse representation to a debtor.

16.    Despite the efforts described herein to identify and disclose Weil's connections with the parties in interest in these chapter 11 cases, because of the Debtors' numerous relationships, Weil is unable to state with absolute certainty that every client relationship or other connection has been disclosed. Weil will continue to follow the Firm Disclosure Procedures, and if any new material relevant facts or relationships are discovered or arise, Weil will promptly file a supplemental disclosure detailing the same with the Court.

### Weil Is Disinterested

17.    Based on the foregoing, insofar as I have been able to ascertain after diligent inquiry, I believe that Weil does not hold or represent an interest adverse to the Debtors' estates in the matters upon which Weil is to be employed, and that Weil is "disinterested" as such term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

### Weil's Rates and Billing Practices

18.    Weil is not a creditor of the Debtors or their estates. During the ninety-day (90) period prior to the Commencement Date, Weil received payments and advances in the aggregate amount of approximately $10.15 million for professional services performed or to be performed. These payments include approximately $8.2 million received by Weil on October 2, and October 3, 2018, which was applied to an approximate $1.1 million invoice submitted on

September 20, 2018 with the balance held as an advance payment retainer (the "**Fee Advance**")

in accordance with Weil's customary practices.[4]

19.    As of the Commencement Date, Weil had a remaining credit balance of

approximately $3.44 million on the Fee Advance.  Although certain expenses and fees may have

been incurred, but not yet applied to the Fee Advance, Weil's total Fee Advance will have

exceeded any amounts listed or to be listed on statements describing services rendered and

expenses incurred would otherwise be waived by Weil.  Weil intends to apply any remaining Fee

Advance to any outstanding amounts relating to the period before the Commencement Date that

were not processed through Weil's billing system as of the Commencement Date.  A summary of

payments invoiced and received by Weil in the ninety (90) days prior to the Commencement

Date is set forth on __Annex 3__ annexed hereto.

20.    Weil intends to charge the Debtors for services rendered in these

chapter 11 cases at Weil's normal hourly rates in effect at the time the services are rendered.

Weil's current customary hourly rates, subject to change from time to time, are $1,075 to $1,600

for members and counsel, $560 to $995 for associates, and $240 to $420 for paraprofessionals.[5]

21.    Weil also intends to seek reimbursement for expenses incurred in

connection with its representation of the Debtors in accordance with Weil's normal

reimbursement policies, subject to any modifications to such policies that Weil may be required

to make to comply with the General Order M-412 (Order Establishing Procedures for Monthly

Compensation and Reimbursement of Expenses of Professionals, dated December 21, 2010

---

[4] Weil has waived any balances due from the Debtors prior to September 20, 2018.

[5] Weil's rates are subject to periodic adjustment from time to time, and were adjusted accordingly as of October 1, 2018.  Prior to October 1, 2018, Weil's rates for U.S. personnel ranged from $990 to $1,500 for members and counsel, $535 to $975 for associates, and $230 to $385 for paraprofessionals.

WEIL:\96776505\1\73217.0004

(Gonzalez, C.J.)), Administrative Order M-447 (Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases, dated January 29, 2013 (Morris, C.J.)), sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any further order of the Court. Weil's disbursement policies pass through all out-of-pocket expenses at actual cost or an estimated actual cost when the actual cost is difficult to determine. For example, with respect to duplication charges, Weil will charge $0.10 per page for black and white copies and $0.80 per page for color copies. Similarly, as it relates to computerized research, Weil believes that it does not make a profit on that service as a whole, although the cost of any particular search is difficult to ascertain. Other reimbursable expenses (whether the service is performed by Weil in house or through a third-party vendor) include, but are not limited to, facsimiles, toll calls, staff overtime, overtime meals, deliveries, court costs, cost of food at meetings, transcript fees, travel, and clerk fees.

22.    No promises have been received by Weil, or any member, counsel, or associate thereof, as to payment or compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules. Weil has no agreement with any other entity to share with such entity any compensation received by Weil or by such entity.

23.    The Application requests approval of Weil's retention on rates, terms, and conditions consistent with what Weil charges non-chapter 11 debtors, namely, prompt payment of Weil's hourly rates, as adjusted from time to time, and reimbursement of out-of-pocket disbursements at cost or based on formulas that approximate the actual cost where the actual cost is not easily ascertainable.

WEIL:\96776505\1\73217.0004

**Coordination with Other Professionals for the Debtors**

24.     Weil is aware that the Debtors have submitted, or intend to submit, separate applications to retain, among others, (i) Prime Clerk LLC as claims and noticing agent and, separately, as administrative advisor; (ii) Lazard Frères & Co. LLC as investment banker; and (iii) M-III Advisory Partners, LP as financial advisor.    Weil, in conjunction with the Debtors' senior management, intends to carefully monitor and coordinate the efforts of all professionals retained by the Debtors in these chapter 11 cases and will delineate their respective duties so as to prevent duplication of services whenever possible.

**Attorney Statement Pursuant To U.S. Trustee Guidelines**

25.     The following is provided in response to the request for additional information set forth in Paragraph D.1 of the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013, established by the Executive Office for the United States Trustees.

> **Question**:    Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?
>
> **Response**:    No.
>
> **Question**:    Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?
>
> **Response**:    No.
>
> **Question**:    If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

12

**Response**:    Weil's billing rates in effect prior to October 1, 2018 for U.S. personnel are identified above at footnote 5.

**Question**:    Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?

**Response**:    Weil is developing a prospective budget and staffing plan for these chapter 11 cases. Weil and the Debtors will review such budget following the close of the budget period to determine a budget for the following period.

### Conclusion

26.    The Application requests approval of the Debtors' retention of Weil at Weil's normal hourly rates in effect at the time the services are rendered and in accordance with Weil's normal reimbursement policies, subject to any modifications to such policies that Weil may be required to make to comply with orders of this Court, the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules. Subject to these terms and conditions, Weil intends to apply, pursuant to section 330 of the Bankruptcy Code, for allowances of compensation for professional services rendered in these chapter 11 cases and for reimbursement of actual and necessary expenses incurred in connection therewith in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.

27.    The foregoing constitutes the statement of Weil pursuant to sections 327(a), 329, and 504 of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016(b) which is true and correct to the best of my knowledge, information, and belief.

WEIL:\96776505\1\73217.0004

Executed this 26th day of October, 2018

      /s/ Ray C. Schrock, P.C.

Ray C. Schrock, P.C.
Member, Weil, Gotshal & Manges LLP

WEIL:\96776505\1\73217.0004

**Annex 1**

**Retention Checklist**

- Debtors and Affiliates
- Debtors' Trade Names and Aliases (last 8 years)
- Current and Former Officers and Directors (last 2 years) and Known Affiliations
- Debtors' Greater-than-5% Equity Ownership
- Professionals Retained by the Debtors
- Top 40 Unsecured Creditors
- Unsecured Creditors' Committee Members and Known Professionals
- Landlords
- Lienholders
- Banks
- Secured Lenders
- Secured Notes
- Unsecured Notes
- Indentures
- Vendors
- Supplemental Workforce Agencies
- Employee Benefits
- Customer Programs
- Utilities
- Insurers and Insurance Brokers
- Unions
- Significant Competitors
- Parties to Litigation
- United States Trustee, Judges, and Court Contacts for the Southern District of New York (and Key Staff Members)
- Governmental
- Notice of Appearance Parties
- Other Parties in Interest and Known Professionals

**Annex 2**

**Disclosure List**

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| 8x8 Inc. <br><br> 8X8 Inc.-177742863 | Vendors | Current Client |
| Abbott Laboratories Puerto Rico | Vendors | Affiliate or Subsidiary of Current Client |
| Acculynk Inc. | Vendors | Affiliate or Subsidiary of Current Client |
| Active Media Services Inc. <br><br> Active Media Services, Inc. d/b/a Active International. | Top 40 Unsecured Creditors <br><br> Notice of Appearance Parties | Current Client |
| Adobe Systems | Vendors | Current Client |
| ADP RPO <br><br> ADP Screening & Selection Services <br><br> ADP, Inc. | Vendors | Affiliate or Subsidiary of Current Client |
| AIG Europe Limited (Lex London) (ACT) <br><br> AIG Europe Limited <br><br> Illinois National Insurance Company (AIG) <br><br> AIG Property Casualty Company | Insurers and Insurance Brokers <br><br> Litigation Parties | Affiliate or Subsidiary Current Client |
| Airwatch -696562 <br><br> VMWare <br><br> EMC | Vendors | Subsidiary of Current Client |
| Allergan Pharmaceuticals | Vendors | Affiliate or Subsidiary of Current Client |
| Allianz Global Risks US Insurance Company | Insurers and Insurance Brokers | Former Client |
| Ally Bank <br> Ally Commercial Finance LLC | Indentures <br> Secured Lenders | Affiliate or Subsidiary of Current Client |

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Amazon<br><br>Amazon Com<br><br>Amazon.com, Inc.<br><br>AMAZONLOT | Vendors<br><br>Current and Former Officers and Directors Known Affiliations<br><br>Significant Competitors<br><br>Other Parties in Interest | Current Client |
| American Securities LLC | Other Parties in Interest | Current Client |
| Angelo Gordon & Co | Other Party of Interest | Current Client |
| Apollo Hybrid Value Management | Other Parties in Interest<br><br>Current and Former Officers and Directors Known Affiliations | Current Client |
| AppNexus Resources, Inc. | Vendors | Affiliate or Subsidiary of Current Client |
| ARC International North America<br><br>ARC<br><br>ARC Fresno<br><br>ARC Mid Cities Association for Retarded Citizanes | Vendors | Affiliate or Subsidiary of Former Client |
| Ares Management Limited | Sears Term Loan FILO<br><br>Other Parties in Interest | Current Client |
| Assurant | Other Parties in Interest | Current Client |
| Asurion<br><br>Asurion Insurance Services | Vendors<br><br>Current and Former Officers and Directors Known Affiliations | Current Client |
| AT&T<br><br>AT&T (Ameritech)<br><br>AT&T (Bellsouth)<br><br>AT&T (Pacific Bell)<br><br>AT&T (Southwestern Bell)<br><br>AT&T Mobility | Utilities | Formerly Related to Current Client |
| Atos IT Solutions and Services Inc. | Vendors | Current Client |

WEIL:\96776505\1\73217.0004

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Avaya | Vendors | Current Client |
| AXA Insurance Company | Insurers and Insurance Brokers | Affiliate or Subsidiary Current Client |
| Banc of America Securities LLC<br><br>U.S. Bank National Association, as Trustee for the registered holders of Banc of America | Indentures<br><br>Litigation Parties | Current Client |
| Bandai America Inc. | Vendors | Affiliate or Subsidiary of Current Client |
| Bank of America<br><br>Bank of America Ach#30<br><br>Bank of America Ach#3535<br><br>Bank of America Ach#3538<br><br>Bank of America Ach#636<br><br>Bank of America Ach#654<br><br>Bank of America Ach#810<br><br>Bank of America Ach#New 852<br><br>Bank of America c/o Merrill Lynch<br><br>Bank of America Merrill Lynch<br><br>Bank of America, N.A.<br><br>Merrill Lynch, Pierce, Fenner & Smith Incorporated<br><br>Bank of America, N.A.<br><br>Bank of America, N.A., as administrative agent under the First Lien Credit Facility<br><br>Bank of America, N.A., as Control Co-Collateral Agent | Bank<br><br>Debtors' Greater than 5% of Equity Owner<br><br>Indentures<br><br>Landlord-Related<br><br>Lien Holders<br><br>Secured Lenders<br><br>Secured Notes<br><br>Surety Bond<br><br>Vendors | Current Client |
| Benefit Street Partners L.L.C. | Other Parties in Interest | Current Client |
| Big Ass Fans<br><br>Delta T Corporation, dba Big Ass Solutions | Vendors | Current Client |
| Birch Grove Capital | Sears Term Loan FILO | Current Client |

3

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Blackhawk Engagement Solutions<br><br>Blackhawk Marketing Services, Inc.<br><br>Blackhawk Network, Inc.<br><br>Blackhawk Network | Vendors<br><br>Other Parties in Interest<br><br>Landlords | Affiliate or Subsidiary<br>Current Client |
| Blueberry Hill Management Corp. as agent for BHC Big V LLC BS Big V LLC & BHRA Big V LLC as Tenants in Common c/o The Josephs Group | Landlord | Affiliate or Subsidiary of Current Client |
| BRE DDR Whittwood CA LLC-Blackstone/BBR JV<br><br>BRE Retail Residual Owner 1, LLC/645351<br><br>BRE Retail Residual Owner 1, LLC/713547<br><br>BRE PENTAGON RETAIL HOLDINGS A | Landlords | Affiliate or Subsidiary of Current Client |
| BSREP US REIT II LLC | Landlords | Affiliate or Subsidiary of Current Client |
| C&S Wholesale Grocers, Inc. | Vendors | Current Client |
| Campbell Sales Company | Vendors | Affiliate or Subsidiary of Current Client |
| Canon Financial Services, Inc.<br><br>Canon Solutions America | Lienholders<br><br>Vendors | Affiliate or Subsidiary of Current Client |
| Capital IQ Inc.<br><br>Standard & Poor | Vendors | Current Client |
| Capital One Bank NA<br>Capital One, NA | Bank<br>Landlord-Related | Current Client |
| Catalina Marketing | Vendors | Current Client |
| Centerbridge | Other Parties in Interest | Affiliate or Subsidiary of Current Client |
| Centerview Partners LLC | Other Parties in Interest | Current Client |

WEIL:\96776505\1\73217.0004

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Centurylink<br><br>CenturyLink | Vendors<br><br>Utilities | Related to Current Client |
| Charter Communications | Utilities | Current Client |
| Chevron (HK) Limited | Vendors | Affiliate or Subsidiary of Current Client |
| CHUBB - AUTO<br><br>Chubb Bermuda Insurance Ltd.<br><br>Chubb Custom Insurance Company<br><br>Chubb Insurance Hong Kong Limited<br><br>Federal Insurance Company (Chubb) | Insurers and Insurance Brokers<br><br>Litigation Parties | Current Client or its Affiliate or Subsidiary |
| Cigna Corporation<br><br>Cigna<br><br>Cigna Group Insurance<br><br>Cigna Disability Management Solutions | Insurers and Insurance Brokers | Related to<br>Current Client |
| Cintas<br><br>Cintas Corporation No. 2<br><br>Cintas Sales | Vendors | Related to Current Client |
| Cisco Systems | Vendors<br><br>Utilities | Current Client |
| CIT Commercial Services<br><br>The CIT Group | Vendors | Current Client |
| Citibank (South Dakota), N.A. | Secured Lenders | Affiliate or Subsidiary of Current Client |
| Citibank NA Branch #644<br>Citibank NA New Ach#427<br>Citibank New Ach#684<br>Citibank, N.A<br>Citibank<br>Citibank, N.A., Hong Kong Branch<br>Citigroup Financial Products Inc. | Landlord-Related<br>Indentures<br>Secured Lenders<br>Secured Notes<br>Revolving Lenders | Current Client |

WEIL:\96776505\1\73217.0004

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Citibank Global Markets Inc. | | |
| CITIC Capital Partners Management Limited | Other Parties in Interest | Affiliate or Subsidiary of Current Client |
| City of Garland Utility Services | Utilities | Current Client |
| Clayton, Dubilier & Rice, LLC | Other Parties in Interest | Current Client |
| Cobbleston Victor NY LLC (Schottenstein)<br><br>Schottenstein Realty LLC | Landlords | Affiliate or Subsidiary of Current Client |
| Comcast | Vendors<br><br>Utilities<br><br>Current and Former Officers and Directors (last 2 years) and Know Affiliations | Affiliate or Subsidiary of Current Client |
| CompuCom Systems | Vendors | Current Client |
| Concur Technologies | Vendors | Current Client |
| Copyright Clearance Center Inc. | Vendors | Current Client |
| CSAA Insurance Exchange | Litigation Parties | Affiliate or Subsidiary of Current Client |
| Curvature LLC | Vendors | Affiliate or Subsidiary of Current Client |
| Cushman & Wakefield Inc. | Vendors | Current Client |
| Darling International | Vendors | Current Client |
| Dean Foods North Central LLC | Vendors | Affiliate or Subsidiary of Current Client |
| Delaware Secretary of State<br><br>Attorney General for the State of Delaware | Governmental and Regulatory Agencies | Current Client |
| Dell Financial Services<br><br>Dell Financial Services L.L.C<br><br>Dell Marketing L.P. | Vendors<br><br>Lienholder<br><br>Notice of Appearance Parties | Current Client |

6

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Dell<br><br>Airwatch -696562<br><br>EMC<br><br>RSA Security<br><br>Secureworks<br><br>Dell Financial Services Ltd. Partnership<br><br>Dell Financial Services L.L.C. | | |
| Deloitte<br>Deloitte & Touche<br>Deloitte Tax<br>Deloitte & Touche LLP | Vendors<br>Top 40 Unsecured Creditors | Related to Current Client |
| Delta T Corporation, dba Big Ass Solutions | Vendors | Affiliate or Subsidiary of Current Client |
| Directv<br><br>DirecTV | Utilities | Current Client |
| Document Technologies DTI | Vendors | Current Client |
| E W Scripps<br><br>SCRIPPS Networks LLC | Vendors | Current Client |
| Ebay Germany<br>Ebay, Inc.<br>Ebay | Significant Competitors<br>Vendors<br>Current and Former Officers and Directors (last 2 years) and Know Affiliations | Affiliate or Subsidiary of Current Client |
| Edgewell Personal Care PR Inc. | Vendors | Affiliate or Subsidiary of Current Client |
| Electrolux North America, Inc.<br><br>Electrolux Home Products, Inc.<br><br>Electrolux Northamerican Company; et al.<br><br>Electrolux Home Care Products | Litigation Parties<br><br>Vendors<br><br>Other Parties in Interest<br><br>Top 40 Unsecured Creditor | Current Client |

7

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Canada Inc.<br><br>Electrolux Home Products Inc., aka/dba Electrolux, Frigidaire<br><br>Electrolux Home Care Products, Inc.<br><br>Electrolux professional, Inc.<br><br>Electrolux USA, Inc.<br><br>Electrolux Warranty<br><br>Electrolux Warranty Corporation<br><br>Electrolux<br><br>Electrolux (Frigidaire Company)<br><br>Electrolux Home Products, Inc., also known as Frigidaire | | |
| Elite Model Management LLC | Vendors | Current Client |
| Elizabeth Arden Inc. | Vendors | Current Client |
| Emily R Lewis Trust-GL / JP Morgan-Dev.<br><br>J P Morgan Chase Bank New Ach#<br><br>JP Morgan Chase<br><br>JP Morgan Chase Ach#732<br><br>JP Morgan Chase Bank Ach<br><br>JP Morgan Chase Bank NA<br><br>JPMCC 2003-ML1 Green Bay Retail<br><br>JPMCC 2003-ML1 Green Bay Retail LLC<br><br>JP Morgan Chase & Co.<br><br>The Chase Manhattan Bank, N.A. | Landlord-Related<br><br>Litigation Parties<br><br>Secured Lenders<br><br>Secured Notes | Current Client |
| ENGIE Resources<br><br>Engie Resources, LLC | Utilities | Affiliate or Subsidiary of Current Client |
| EPI Group | Vendors | Current Client |
| EPI Printers | Vendors | Affiliate or Subsidiary of Current Client |

WEIL:\96776505\1\73217.0004

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| ESPN Enterprises Inc. | Vendors | Affiliate or Subsidiary of Current Client |
| Facebook | Vendors | Current Client |
| Fairpoint<br><br>Fairpoint Communications Inc. | Vendors<br>Utilities | Related to Current Client |
| Farmers Insurance Exchange | Litigation Parties | Current Client |
| Federal Insurance Company<br><br>Federal Insurance Company (Chubb) | Insurers and Insurance Brokers<br>Litigation Parties | Current Client |
| Fifth Third Bank | Bank<br>Landlord-Related<br>Secured Lenders | Related to Current Client |
| First Data Technologies<br><br>First Data Bank, Inc., a subsidiary of the Hearst Corporation | Vendors<br>Litigation Parties | Affiliate or Subsidiary of Current Client |
| FTI Consulting | Vendors | Current Client |
| G & K Services | Vendors | Current Client |
| Gannett Satellite Information Network<br><br>Gannett | Vendors | Affiliate or Subsidiary of Current Client |
| Gawker Media LLC | Vendors | Affiliate or Subsidiary of Current Client |
| General Electric<br>General Electric Company<br>General Electric Capital Corporation | Vendors<br>Other Parties in Interest<br>Banks<br>Secured Lenders | Current Client |
| General Growth Properties, Inc.<br>General Growth Properties Inc.<br>General Growth Properties – Century Plaza<br>General Growth Properties, Inc. (GGP)<br>General Growth Properties, Inc. (GGP)<br><br>General Growth Properties – Center | Landlords<br>Other Parties in Interest | Former Client |

9

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Plaza<br><br>Seritage / GGP JV<br><br>Seritage / GGP<br><br>Seritage / Simon / GGP | | |
| General Growth Properties-Century Plaza | Utilities | Former Client |
| Genesis Direct | Vendors | Related to Current Client |
| Getty Images Inc. | Vendors | Current Client |
| GFI-Craig II Investments LP, c/o Walt Gasser & Associates<br><br>GFI-Devils Lake Investments LP, C/O Walt Gasser & Associates<br><br>GFI-Glendale Investments LP, c/o Walt Gasser & Associates<br><br>GFI-Mesa Investments LP, c/o Walt Gasser & Associates | Landlord | Affiliate or Subsidiary of Current Client |
| GGP LP LLC d/b/a Silver Lake Mall LLC c/o Brookfield Properties ( R ) LLC | Landlords | Affiliate or Subsidiary of Current Client |
| GGP LP LLC d/b/a Silver Lake Mall LLC c/o Brookfield Properties ( R ) LLC | Landlords | Affiliate or Subsidiary of Current Client |
| GIV Green Tree Mall Investor LLC, c/o CBL & Associates Mgmt., Inc. | Landlords | Related to Current Client |
| Glaxosmithkline Consumer Health | Vendors | Affiliate or Subsidiary of Current Client |
| Goldman Sachs<br><br>Goldman Sachs & Co.<br><br>Goldman Sachs International Bank<br><br>Goldman Sachs Group, Inc. (The) | Other Parties in Interest<br><br>Indentures<br><br>Sears Term Loan FILO | Current Client |
| Graham Capital | Other Parties in Interest | Former Client |

WEIL:\96776505\1\73217.0004

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Guggenheim Partners Investment | Sears Term Loan FILO | Affiliate or Subsidiary of Current Client |
| H.I.G. Capital Management LLC | Other Parties in Interest | Affiliate or Subsidiary of Current Client |
| Hain Celestial Group Inc.<br><br>The Hain Group | Vendors | Current Client |
| Halifax | Vendors | Affiliate or Subsidiary of Current Client |
| Halo Halo Branded Solutions Inc.<br><br>Halo | Vendors | Affiliate or Subsidiary of Current Client |
| Hearst | Vendors | Current Client |
| Hershey Chocolate Company<br><br>Hershey Chocolate Company<br><br>Hershey Caribe Inc.<br><br>Hershey Chocolate USA Hershey | Vendors | Affiliate or Subsidiary of Current Client |
| Hertz Equipment Rental | Vendors | Affiliate or Subsidiary of Current Client |
| Hewlett Packard Enterprise<br><br>Hewlett-Packard Financial Services | Vendors | Affiliate or Subsidiary of Current Client |
| Hillman Group | Vendors | Current Client |
| Hireright Solutions | Vendors | Affiliate or Subsidiary of Current Client |
| Hitachi Koki USA Ltd. | Vendors | Affiliate or Subsidiary of Current Client |
| Hoover Inc. | Vendors | Affiliate or Subsidiary of Current Client |
| Horizon | Utilities | Affiliate or Subsidiary of Current Client |
| HSBC Bank | Bank Accounts<br>Secured Lenders | Current Client |

WEIL:\96776505\1\73217.0004

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Hudson Advisors | Landlords | Affiliate or Subsidiary of Current Client |
| Iberia Foods Corp. | Vendors | Current Client |
| ICBC | Bank Accounts<br>Secured Lenders | Affiliate or Subsidiary of Current Client |
| Icon Eyewear Inc. | Vendors | Affiliate or Subsidiary Current Client |
| Icon Health and Fitness<br><br>Icon Health and Fitness Inc. | Top 40 Unsecured Creditors<br>Vendors | Current Client |
| In re:  Optical Disk Drive Products Antitrust Litigation, MDL No. 2143 (Hitachi and LG Electronics) | Parties to Litigation | Affiliate or Subsidiary of Current Client |
| Ingenico | Vendors | Current Client |
| Intel Americas Inc. | Vendors | Affiliate or Subsidiary of Current Client |
| Interline Brands | Vendors | Affiliate or Subsidiary of Current Client |
| International Cruise & Excursions | Vendors | Affiliate or Subsidiary of Current Client |
| Interval Leisure Group, Inc. | Notice of Appearance Parties | Related to Current Client |
| Iron Mountain Records Management of Ohio<br><br>Iron Mountain | Vendors | Affiliate or Subsidiary of Current Client |
| Israel Discount Bank of NY | Landlord-Related | Affiliate or Subsidiary of Current Client |
| J.C. Penney Company, Inc. | Significant Competitors | Related to Former Client |
| Johnson & Johnson Consumer Inc. | Vendors | Affiliate or Subsidiary of Current Client |
| JPMCC 2003-ML1 Green Bay Retail, | Litigation Parties | Affiliate or Subsidiary of |

12

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| LLC<br><br>JPMorgan Chase Bank, N.A.<br><br>JPMorgan Chase | Bank Accounts<br><br>Lienholder<br><br>Landlord Related | Current Client |
| JVC Americas Corp.<br><br>JVC Kenwood USA Corporation | Vendors | Affiliate or Subsidiary of Current Client |
| Kele Inc. | Vendors | Current Client |
| Kelly Services Inc. | Vendors | Affiliate or Subsidiary of Current Client |
| Keter North America LLC | Vendors | Affiliate or Subsidiary of Current Client |
| Keurig Green Mountain Inc. | Vendors | Affiliate or Subsidiary of Current Client |
| KGMB TV Raycom Media Inc. | Vendors | Affiliate or Subsidiary of Current Client |
| KIK International Inc.<br><br>KIK Pool Additives Inc. | Vendors | Affiliate or Subsidiary of Current Client |
| Kitchenaid Inc.<br><br>Maytag Appliances | Vendors<br><br>Top 40 Unsecured Creditor | Affiliate or Subsidiary Current Client |
| Kohlberg Kravis Roberts & Co. L.P.<br><br>Kohlberg Management VIII, L.L.C. | Other Parties in Interest | Affiliate or Subsidiary of Current Client |
| Konica Minolta Business Solutions | Vendors | Current Client |
| Korn Ferry Hay Group Inc. | Vendors | Related to Current Client |
| Kraft General Foods Inc. | Vendors | Affiliate or Subsidiary of Current Client |
| KSF Acquisition Corporation | Vendors | Current Client |
| L. Brands<br><br>Limited Stores, LLC | Vendors | Current Client |
| L. Perrigo Company | Vendors | Related to Current Client |

WEIL:\96776505\1\73217.0004

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| LB-UBS Commercial Mtg TR CMPT | Landlords | Affiliate or Subsidiary of Current Client |
| Lease Plan USA<br><br>LeasePlan | Parties to Litigation<br><br>Vendors | Current Client |
| Ledvance<br><br>Ledvance LLC | Vendors | Current Client |
| Levi Strauss & Co. | Vendors | Current Client |
| Liberty Media | Other Parties in Interest | Current Client |
| Liberty Mutual Fire Ins. Co.<br><br>Liberty Mutual Fire Insurance Company and affiliates<br><br>Liberty Surplus Insurance Corporation | Insurers and Insurance Brokers | Affiliate or Subsidiary of Current Client |
| Liberty Mutual Insurance Company | Insurers and Insurance Brokers | Current Client |
| Life Insurance Company of North America ("Cigna") | Insurers and Insurance Brokers | Related to Current Client |
| Lloyd's of London (Beazley)<br><br>Lloyd's of London (Hiscox)<br><br>Lloyd's Syndicates 623/2623<br><br>Lloyd's of London<br><br>Lloyd's of London (ASC, CGM, ACT)<br><br>Lloyd's of London (MKL, ACT)<br><br>Lloyd's of London (MSP, CNP, TAL, BRT, ANV, ACT)<br><br>Underwriters at Lloyds<br><br>Lloyds Bank, PLC<br><br>Lloyds Banking Group plc<br><br>Lloyds Bank Corporate Markets plc | Insurers and Insurance Brokers<br><br>Bank Accounts | Affiliate or Subsidiary of Current Client |
| Loreal Caribe Inc. | Vendors | Affiliate or Subsidiary of |

14

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Loreal Caribe<br><br>Loreal Cosmetic and Fragrance<br><br>Maybelline Co.<br><br>Laboratories Garnier | | Current Client |
| LSREF3 Spartan (Genesee) LLC/ Lone Star<br><br>LSREF Summer REO Trust 2009<br><br>LSREF3 Spartan (Genesee) LLC | Landlords | Affiliate or Subsidiary of Current Client |
| M & T BANK<br>M & T BANK ACH#577<br>M & T BANK ACH#660<br>M&T BANK ACH#749 | Landlord-Related<br>Lienholder<br>Bank Accounts | Affiliate or Subsidiary of Current Client |
| Macy's | Significant Competitors<br>Lienholders | Current Client |
| Marsh & McLennan Companies, Inc. | KCD IP Lenders<br><br>Current and Former Officers and Directors (last 2 years) and Know Affiliations | Current Client |
| Mastercard International Inc. | Vendors | Current Client |
| Media General Operations | Vendors | Affiliate or Subsidiary of Current Client |
| Mercer | Vendors | Affiliate or Subsidiary of Current Client |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated | Secured Lenders<br>Bank Accounts | Current Client |
| MetLife (Metropolitan Life Insurance Company)<br><br>MetLife Dental Claims<br><br>Metropolitan Property and Casualty Insurance Company | Insurers and Insurance Brokers<br>Litigation Parties<br>Employee Benefit | Affiliate or Subsidiary of Current Client |
| Microsoft<br><br>Microsoft Corporation<br><br>Microsoft Licensing | Vendors | Former Client |

WEIL:\96776505\1\73217.0004

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Microsoft Online Inc. | | |
| Mid Century Insurance Company | Parties to Litigation | Affiliate or Subsidiary of Current Client |
| Mike Casey | Vendors | Related to Current Client |
| Millcreek Realty Associated LT | Landlords | Affiliate or Subsidiary of Current Client |
| Morgan Stanley Capital I Trust  Morgan Stanley Smith Barney | Landlord-Related  Employee Benefits  Vendors | Affiliate or Subsidiary of Current Client |
| MSD Capital | Other Parties in Interest | Affiliate or Subsidiary of Current Client |
| NetApp | Vendors | Current Client |
| New York Secretary of State  Attorney General for the State of New York | Governmental and Regulatory Agencies | Current Client |
| Nextag Inc. | Vendors | Related to Current Client |
| North Fork Bank ACH#173  North Fork Bank ACH#3162  North Fork Bank ACH#3200  North Fork Bank ACH#3501  North Fork Bank ACH#3848  North Fork Bank ACH#651 | Landlord-Related | Affiliate or Subsidiary of Current Client |
| Nuance Communications | Vendors | Current Client |
| Oaktree Capital Management, L.P. | Other Parties in Interest | Current Client |
| Oaktree Huntington Investment Fund II, L.P.  Oaktree Special Situations Fund, L.P. | Other Parties in Interest | Affiliate or Subsidiary of Current Client |
| Oath (Americas) Inc. | Notice of Appearance Parties  Vendor | Affiliate or Subsidiary of Current Client |
| Och-Ziff Capital Structure Arbitrage | Secured Lenders | Affiliate or Subsidiary of |

WEIL:\96776505\1\73217.0004

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Master Fund Ltd. <br><br> Och-Ziff Holding Corporation <br><br> OZ Management LP | | Current Client |
| Ollie's Bargain Outlet Holdings, Inc. | Significant Competitors | Affiliate or Subsidiary of Current Client |
| OMERS Private Equity U.S.A. Inc. | Other Parties in Interest | . <br><br> Affiliate or Subsidiary of Current Client |
| Oracle America | Vendors <br><br> Notice of Appearance Parties | Affiliate or Subsidiary of Current Client |
| Pacific Gas & Electric <br><br> Pacific Gas & Electric Co. | Utilities | Current Client |
| Peak Rock Capital, LLC | Other Parties in Interest | Current Client |
| Pepsi Americas <br><br> Pepsi Bottling Ventures LLC <br><br> Pepsi Cola Bottling Co. <br><br> Pepsi Cola Bottling Group <br><br> Pepsi Cola Bottling Co. Guam <br><br> Pepsi Cola Bottling of the Dal <br><br> Pepsi Cola Bottling of Walla Walla <br><br> Pepsi Cola Btlg. <br><br> Pepsi Cola Btlg. Co. <br><br> Pepsi Cola Btlg. Co. of Black Hills <br><br> Pepsi Cola Btlg. Co. of Hickory <br><br> Pepsi Cola Btlg. Co. of Salisbury <br><br> Pepsi Cola Btlg. Co. Puerto Rico <br><br> Pepsi Cola Btlg .Company of NY | Vendors | Affiliate or Subsidiary of Current Client |

WEIL:\96776505\1\73217.0004

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Pepsi Cola Company<br><br>Pepsi Cola of Western Nebraska<br><br>Pepsico Caribbean Inc.<br><br>Pepsi-Cola Bottling Group<br><br>Pepsi-Cola General Bottlers<br><br>Pepsi-Cola Metropolitan Bottling<br><br>Frito Lay Inc.<br><br>Quaker Oats Company | | |
| Permira Advisers LLC | Other Parties in Interest | Related to Current Client |
| PG&E<br><br>Pacific Gas & Electric<br><br>Pacific Gas & Electrinc Co. | Utilities | Current Client |
| Pilot Corporation of America | Vendors | Current Client |
| Platinum Equity Advisors, LLC | Other Parties in Interest | Affiliate or Subsidiary of Current Client |
| Procter & Gamble Commercial LLC<br><br>Procter & Gamble Distributing | Vendors<br><br>Top 40 Unsecured Creditor | Affiliate or Subsidiary Current Client |
| QBE Insurance Corporation | Insurers and Insurance Brokers | Related to Current Client |
| Qualtrics LLC | Vendors | Affiliate or Subsidiary of Current Client |
| Qwest<br><br>Qwest Communications International | Vendors<br><br>Utilities | Current Client |
| RBS Business Capital<br><br>RBS Citizens Bank N.A | Secured Lenders | Affiliate or Subsidiary of Current Client |
| Revlon Consumer Products | Vendors | Current Client |
| Revlon PR Inc. | Vendors | Affiliate or Subsidiary of Current Client |

WEIL:\96776505\1\73217.0004

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Riverstone USA LLC | Vendors<br><br>Lienholders | Affiliate or Subsidiary of Current Client |
| RLI Surety | Surety Bond | Affiliate or Subsidiary Current Client |
| Rouse Properties<br><br>Rouse Properties / David Hocker & Assoc.<br><br>Seritage / Rouse Properties<br><br>Seritage /Forest City Enterprises (Developer) | Landlords | Affiliate or Subsidiary of Current Client |
| RSA Security<br><br>Secureworks Inc. | Vendors | Affiliate or Subsidiary of Current Client |
| Russell Reynolds Associates | Vendors | Current Client |
| Samsung Electronics | Vendors | Current Client |
| Samsung Electronics Canada<br><br>Samsung USA | Current and Former Officers and Directors (last 2 years) and Know Affiliations | Affiliate or Subsidiary of Current Client |
| Schindler Elevator | Vendors | Current Client |
| Scripps Networks LLC | Vendors | Affiliate or Subsidiary of Current Client |
| Secretary of State – North Carolina (Elaine Marshall) | Governmental and Regulatory Agencies | Current Client |
| Securitas Security Services Inc. | Vendors | Affiliate or Subsidiary of Current Client |
| Seritage (PREIT-Developer) | Landlords | Related to Current Client |
| Seritage / Easement Agreement with Wal-Mart | Landlords | Affiliate or Subsidiary of Current Client |
| Seritage / Forest City Enterprises | Landlords | Affiliate or Subsidiary of Current Client |
| Seritage / Jordan Landing LLC | Landlords | Affiliate or Subsidiary of Current Client |
| Serta Incorporated | Vendors | Affiliate or Subsidiary Current Client |

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Simmons Company | | |
| ServiceNow | Vendors | Current Client |
| Sherwin Williams Company<br><br>Sherwin-Williams<br><br>The Sherwin-Williams Company | Vendors | Current Client |
| SHOEBUY.COM | Vendors | Affiliate or Subsidiary of Current Client |
| Simon Properties<br><br>Simon Property Group<br><br>Simon Property Group LP/7675<br><br>Simon Property Grp, L.P. (OH)<br><br>Simon Property Group, Inc.<br><br>Seritage / Simon / GGP)<br><br>Seritage / Simon JV<br><br>Seritage / Simon WP Glimcher<br><br>Seritage / Simon-Developer<br><br>Seritage / Simon-Turnberry Assoc JV-<br><br>Seritage / Simon-WP GLIMCHER | Landlords | Related to Former Client |
| Singer Sewing<br><br>Singer Sewing Company | Vendors | Affiliate or Subsidiary of Current Client |
| Sitel<br><br>Sitel Operating Corporation | Vendors<br><br>Top 40 Unsecured Creditors<br><br>Notice of Appearance Parties | Current Client |
| SMS Assist LLC<br><br>SMS Marketing Services | Vendors | .<br><br>Affiliate or Subsidiary of Current Client |

WEIL:\96776505\1\73217.0004

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| SMS Systems Maintenance Services Inc. | Vendors | Current Client |
| Sony Pictures Home Entertainment<br><br>Sony Puerto Rico Inc. | Vendors | Affiliate or Subsidiary of Current Client |
| STAG IV Cheektowaga, LLC | Landlords | Affiliate or Subsidiary of Current Client |
| Standard Bank & Trust Co.<br><br>Standard Bank Ltd. Mauritius<br><br>Standard Chartered Bank | Landlord-Related<br><br>Bank Accounts | Affiliate or Subsidiary Current Client |
| Staples | Vendors | Current Client |
| Starwood<br><br>Starwood - *Star-West JV LLC<br><br>Starwood - Star-West Chicago Ridge LLC<br><br>Starwood - Star-West JV LLC<br><br>Starwood Capital Group<br><br>Starwood Ceruzzi LLC (Ceruzzi Holdings)<br><br>Seritage / Starwood Capital<br><br>Seritage / Starwood<br><br>Seritage / Starwood-StarW Solano LLC<br><br>Seritage / Starwood-Star-West JV<br><br>Seritage / Starwood-Star-West LJ LLC<br><br>Seritage / Starwood-Westfield's<br><br>Starwood Retail Partners, LLC | Landlordfpis | Affiliate or Subsidiary of Current Client |
| Strata<br><br>Strata Sys. Inc. | Utilities | Current Client |
| Sun Chronicle United Communications | Vendors | Affiliate or Subsidiary of Current Client |

WEIL:\96776505\1\73217.0004

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| SunTrust Bank<br><br>SunTrust Bank NA<br><br>Suntrust Bank Ach<br><br>Suntrust Bank So Fl Ach#New8 | Landlord-Related | Affiliate or Subsidiary of Current Client |
| Survey Sampling International | Vendors | Affiliate or Subsidiary of Current Client |
| TA Associates Management, L.P. | Other Parties in Interest | Affiliate or Subsidiary of Current Client |
| Taste of Home Readers Digest S | Vendors | Affiliate or Subsidiary of Current Client |
| Telecheck Services | Vendors | Current Client |
| Telefonica | Utilities | Current Client |
| Tennant Co. | Vendors | Current Client |
| Tennant Sales and Service Co | Vendors | Affiliate or Subsidiary of Current Client |
| The CIT Group | Vendors | Current Client |
| The Home Depot, Inc. | Significant Competitors | Current Client |
| The Jordan Company, L.P. | Other Parties in Interest | Current Client |
| The Kroger Co. | Other Parties in Interest | Current Client |
| The Prudential Insurance Co of America | Landlord-Related | Affiliate or Subsidiary of Current Client |
| THL | Other Parties in Interest | Affiliate or Subsidiary of Current Client |
| Tiger Capital Group, LLC | Lienholders | Related to Current Client |
| Time Warner Cable<br><br>Oceanic Time Warner Cable | Utilities | Current Client |
| T-Mobile<br><br>T Mobile | Vendors<br><br>Utilities | Affiliate or Subsidiary of Current Client |
| TomTom North America Inc. | Vendors | Affiliate or Subsidiary of |

WEIL:\96776505\1\73217.0004

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| | | Current Client |
| Tops Holding LLC | Landlord | Current Client |
| TowerBrook Capital Partners L.P. | Other Parties in Interest | Affiliate or Subsidiary of Current Client |
| Towers Watson & Co. | Vendors | Affiliate or Subsidiary Current Client |
| TPG Opportunities Advisors Inc. TPG Capital L.P. TPG Specialty Lending | Sears Term Loan FILO | Affiliate or Subsidiary of Current Client |
| Trilantic Capital Partners VI (North America) L.P. Trilantic Capital Partners VI Parallel (North America) L.P. | Other Parties in Interest | Related to Former Client |
| Trilliant Food and Nutrition L | Vendors | Current Client |
| Tuesday Morning Corp. | Other Parties in Interest | Current Client |
| Twentieth Century Fox Home Twentieth Century Fox Home Entertainment | Lienholders Vendors | Affiliate or Subsidiary of Current Client |
| Twentieth Century Fox Home Entertainment LLC | Notice of Appearance Parties | Affiliate or Subsidiary of Current Client |
| Twitter Inc. | Vendors | Current Client |
| UBS AG UBS Inc. UBS AG, Stamford Branch, LLC UBS Securities LLC LB-UBS Commercial Mtg. Tr Cmpt. UBS Securities Inc. | Secured Lenders Other Parties in Interest Landlords Vendor | Current Client |
| UGI Central Penn Gas | Utilities | Affiliate or Subsidiary of |

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| UGI Energy Services, Inc.<br><br>UGI Penn Natural Gas<br><br>UGI Utilities - Electric Service<br><br>UGI Utilities - Gas Service<br><br>UGI Utilities Inc. | | Current Client |
| UNIFY<br><br>ATOS IT Solutions and Services, Inc. | Vendors | Affiliate or Subsidiary of Current Client |
| URS Corporation Southern | Vendors | Current Client |
| Verisk Crime Analytics Inc. | Vendors | Affiliate or Subsidiary of Current Client |
| Verizon<br><br>Verizon Business<br><br>Verizon Cabs<br><br>Verizon Wireless<br><br>MCI<br><br>Verizon Wireless of the East | Utilities | Affiliate or Subsidiary of Current Client |
| Verizon Communications | Vendors | Current Client |
| VF Imagewear Inc.<br><br>VF Licensed Sports Group LLC<br><br>VF Outdoor Inc.<br><br>VF Jeanswear Limited<br><br>Hackensack VF LLC<br><br>Timberlan a div. of VF Outdoor<br><br>VF Licensed Sports Group LLC<br><br>VF Jeanswear Limited Partnership | Vendors | Affiliate or Subsidiary of Former Client |
| Vitalsmarts LC- | Vendors | Affiliate or Subsidiary of Current Client |

24

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Vogue International | Vendors | Affiliate or Subsidiary of Current Client |
| Voxx International Corporation | Vendors | Current Client |
| Wachovia Bank NA ACH#590<br>Wachovia Bank NA ACH#878<br>Wachovia Bank NA<br>Wachovia Bank National Associ<br>Wachovia Securities | Landlord-Related | Affiliate or Subsidiary of Current Client |
| Walmart<br>Wal-Mart Center<br>Walmart Inc.<br>Wal-Mart Stores Inc.<br>Wal-Mart Stores, Inc.<br>Wal-Mart Stores | Significant Competitors<br>Landlords<br>Vendors | Affiliate or Subsidiary of Current Client |
| Wal-Mart, ADP | Parties to Litigation | Affiliate or Subsidiary of Current Client |
| Warburg Pincus | Other Parties in Interest | Affiliate or Subsidiary of Current Client |
| Wells Fargo Bank<br>Wells Fargo Bank, National Association<br>Wells Fargo Bank, National Association<br>Wells Fargo<br>Wells Fargo Bank N A<br>Wells Fargo Ins Services USA I<br>Wells Fargo Securities, LLC<br>Wells Fargo Bank<br>Wells Fargo ACH#522<br>Wells Fargo ACH#791<br>Wells Fargo ACH#875<br>Wells Fargo ACH#995<br>Wells Fargo ACH#996 | Bank Accounts<br>Debtors' Greater than 5% of Equity Owner<br>Indenture<br>Landlord-Related<br>Notice of Appearance Parties<br>Revolving Lenders<br>Secured Lenders<br>Secured Notes<br>Vendors | Current Client |

WEIL:\96776505\1\73217.0004

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Wells Fargo Bank<br><br>Wells Fargo - ACH 3309<br><br>Wells Fargo Bank 3723<br><br>Wells Fargo Bank ACH<br><br>Wells Fargo Bank ACH#214<br><br>Wells Fargo Bank ACH#283<br><br>Wells Fargo Bank NA<br><br>Wells Fargo Bank NA ACH#3590<br><br>Wells Fargo Bank NA as Trustee<br><br>Wells Fargo Bank NA as Trustee (Developer)<br><br>Wells Fargo Bank NA<br><br>Wells Fargo Bank, N.A., as Trustee for CIII BACMOF-5 Orchard Plaza, c/o Farbman Group IV LLC | | |
| West Street Capital Partners VII, L.P. | Other Parties in Interest | Current Client |
| Western Union Financial Services, Inc. | Other Parties in Interest | Affiliate or Subsidiary of Current Client |
| Whirlpool Corporation<br><br>Whirlpool Kenmore Corporation | Top 40 Unsecured Creditors<br>Unsecured Creditor<br>Vendors | Current Client |
| WillisTowersWatson<br>Willis Towers Watson | Insurers and Insurance Brokers<br>Vendors<br>Professional | Affiliate or Subsidiary Current Client |
| Wilmington Trust, N.A.<br>Wilmington Trust, National Association<br>Wilmington Trust Co | Secured Lender<br>Bank Accounts<br>Lien Holders<br>Landlord-Related | Affiliate or Subsidiary Current Client |
| WIPRO | Vendors | Former Client |
| Wise Foods Inc. | Vendors | Affiliate or Subsidiary of Current Client |
| XEROX | Vendors | Affiliate or Subsidiary of Current Client |
| XL Insurance (Bermuda) Ltd | Insurers and Insurance Brokers | Current Client |

WEIL:\96776505\1\73217.0004

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| XL Insurance America, Inc.<br><br>XL Insurance Company SE<br><br>XL Specialty Insurance Company<br><br>XL Specialty Insurance | Insurers and Insurance Brokers | Affiliate or Subsidiary of Current Client |
| YAHOO | Notice of Appearance Parties<br><br>Vendors | Current Client |
| Youngs Market Company of Hawaii<br><br>Young's Market Company, LLC | Vendors | Affiliate or Subsidiary of Current Client |
| Zero Chaos APC Workforce Solutions | Vendors | Affiliate or Subsidiary of Current Client |

WEIL:\96776505\1\73217.0004

**Annex 3**

**Summary of Payments Prior to Commencement Date**

| Date | Transaction Type | Fees | Costs | Total Fees & Costs Billed | Payment Date | Payment Received | Fee Advance Balance |
|------|------------------|------|-------|---------------------------|--------------|------------------|---------------------|
| 9/20/2018 | Invoice | $1,041,219.50 | $17,484.70 | $1,058,704.20 | | | |
| | Payment; Advance Payment Retainer | | | | 10/2/2018 | $1,142,612.86 | $83,908.66 |
| | Advance Payment Retainer | | | | 10/3/2018 | $7,011,867.34 | $7,095,776.00 |
| 10/12/2018 | Invoice; Retainer Application | $4,044,656.50 | $14,521.14 | $4,059,177.64 | 10/12/2018 | $4,059,177.64 | $3,036,596.36 |
| | Advance Payment Retainer | | | | 10/12/2018 | $2,000,000.00 | $5,036,598.36 |
| 10/14/2018 | Invoice; Retainer Application | $1,596,220.00 | $2,089.26 | $1,598,309.26 | 10/14/18 | $1,598,309.26 | $3,438,289.10 |

**<u>Exhibit C</u>**

**Meghji Declaration**

WEIL:\96776505\1\73217.0004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                              :

                                                   :          **Chapter 11**

**SEARS HOLDINGS CORPORATION,** *et al.,*          :

                                                   :          **Case No. 18-23538 (RDD)**

                                                   :

            **Debtors.[1]**                        :          **(Jointly Administered)**

------------------------------------------------------------x

### DECLARATION OF MOHSIN MEGHJI IN SUPPORT OF
### APPLICATION OF DEBTORS FOR AUTHORITY TO EMPLOY
### AND RETAIN WEIL, GOTSHAL & MANGES LLP AS ATTORNEYS FOR
### <u>THE DEBTORS *NUNC PRO TUNC* TO THE COMMENCEMENT DATE</u>

Mohsin Meghji makes this declaration under 28 U.S.C. § 1746:

1.      I am the Chief Restructuring Officer of Sears Holding Corporation

("**Sears Holdings**") and certain of its affiliates.  In my current role at Sears Holdings, I am

responsible for supervising outside counsel and monitoring and managing legal fees and

expenses.

2.      On October 15, 2018 (the "**Commencement Date**"), Sears Holdings and

certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). I submit this Declaration in support of the Debtors' application (the "**Application**"),[2] pursuant to section 327(a) of the Bankruptcy Code, Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), for authority to employ and retain Weil, Gotshal & Manges LLP ("**Weil**" or the "**Firm**"), as attorneys for the Debtors in the above-captioned chapter 11 cases *nunc pro tunc* to the Commencement Date, filed contemporaneously herewith.

3.        This Declaration is provided pursuant to Paragraph D.2 of the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013. Except as otherwise indicated herein, the facts set forth in this Declaration are based upon my personal knowledge, information provided to me by the Debtors' employees or advisors, or my opinion based upon knowledge and experience as Chief Restructuring Officer of the Debtors. I am authorized to submit this Declaration on behalf of the Debtors.

## The Debtors' Selection of Weil as Counsel

4.        Weil is proposed to serve as counsel to the Debtors. I understand that a comprehensive review process is necessary when selecting and managing chapter 11 counsel to ensure the bankruptcy professionals are subject to the same client-driven market forces, security, and accountability as professionals in nonbankruptcy engagements. The Debtors chose Weil because of, among other factors, the Firm's extensive expertise in both out-of-court and in-court restructurings.

---

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Application.

## Cost Supervision

5.      As Chief Restructuring Officer, I was actively involved in negotiating the terms of Weil's engagement on behalf of the Debtors.  Weil has confirmed to me that the Firm does not vary its billing rates or the material terms of an engagement depending on whether such engagement is a bankruptcy or a non-bankruptcy engagement.  Weil has advised me that its current customary U.S. hourly rates are $1,075 to $1,600 for members and counsel, $560 to $995 for associates, and $240 to $420 for paraprofessionals.  It is my understanding that Weil reviews and adjusts its billing rates annually, typically on October 1st of each year.  Weil has advised me that it will inform the Debtors of any adjustment to its existing rate structure.

6.      I am informed by Weil that its attorneys' billing rates are aligned each year to ensure that its rates are comparable to the billing rates of its peer firms.  However, to the extent there is any disparity in such rates, I nevertheless believe that Weil's retention by the Debtors is warranted in these cases for the reasons set forth in the Debtors' Application.

7.      Weil and the Debtors are in the process of developing a prospective budget and staffing plan for the period of October 15, 2018 through December 31, 2018.  The Debtors recognize that in large chapter 11 cases such as these, it is possible that there may be unforeseen fees and expenses that will need to be addressed by the Debtors and Weil.  The Debtors also recognize that it is their responsibility to monitor closely the billing practices of Weil and its other counsel to ensure that fees and expenses paid by the estate remain consistent with the Debtors' expectations, taking into account the exigencies of these chapter 11 cases.  To that end, the Debtors will continue to review and monitor the regular invoices submitted by Weil, and, together with Weil, will periodically amend the budgets and staffing plans to reflect developments in these cases as applicable

WEIL:\96776505\1\73217.0004

8.      I understand that Weil's fees and expenses will be subject to periodic review on a monthly, interim, and final basis during the pendency of these chapter 11 cases by, among other parties, the Office of the United States Trustee, the Debtors, and any official committee appointed in these chapter 11 cases in accordance with the terms of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any orders of the Court governing the procedures for approval of interim compensation of professionals retained in chapter 11 cases.

9.      As Chief Restructuring Officer of the Debtors, I supervise and manage legal fees and expenses incurred by the Debtors' outside counsel.  I or someone under my supervision review the Debtors' outside counsel invoices and authorize all legal fees and expenses prior to the payment of such fees to outside counsel.  In doing so, I assure that all requested fees and expenses are not unreasonable and correspond with necessary or beneficial services rendered on behalf of the Debtors and their estates.  The aforementioned review and approval process does not differ when the Debtors employ outside counsel for non-bankruptcy cases.  Moreover, Weil has informed me that the Debtors will be provided with the opportunity to review all invoices and request adjustments to such invoices to the extent that the Debtors determine that such adjustments are necessary and appropriate, which requests will be carefully considered by Weil.  I will continue to review the invoices that the Debtors submit and, together with Weil, amend such invoices as necessary.

WEIL:\96776505\1\73217.0004

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 26th day of October, 2018

/s/ Mohsin Meghji
Mohsin Meghji
Chief Restructuring Officer,
Sears Holdings Corporation

WEIL:\96776505\1\73217.0004