UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 18-23538 (RDD) |
| | ) | |
| Sears Holdings Corporation, *et. al.*, | ) | CHAPTER 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF ENTRY OF APPEARANCE and REQUEST FOR SERVICE

TO: CLERK OF COURT, DEBTOR, DEBTOR'S COUNSEL AND US TRUSTEE:

Please take notice that the undersigned Jody A. Bedenbaugh, attorney in the law firm of Nelson Mullins Riley & Scarborough LLP, does hereby give notice of the appearance of this firm on behalf of Michelin North America, Inc. This notice of appearance is being filed in accordance with Bankruptcy Rule 9010.

The Clerk of Court, and any other party that the Court may direct to send notices, is hereby requested that this law firm be shown on the master mailing matrix and any shortened matrix that may be in existence, or that may be created in the future.

The Debtor's Counsel and US Trustee are hereby requested to serve upon the undersigned all pleadings, documents and papers to which Michelin North America, Inc. may be a party in interest.

NELSON MULLINS RILEY & SCARBOROUGH L.L.P.

By: _____
Jody A. Bedenbaugh
E-Mail: jody.bedenbaugh@nelsonmullins.com
1320 Main Street/ 17th Floor
Post Office Box 11070 (29211)
Columbia, SC 29201
(803) 799-2000
Attorneys for Michelin North America, Inc.

Columbia, South Carolina
October 23, 2018

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 18-23538 (RDD) |
| | ) | |
| Sears Holdings Corporation, *et. al.*, | ) | CHAPTER 11 |
| | ) | |
| Debtors. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |

I the undersigned paralegal with the law offices of Nelson Mullins Riley & Scarborough LLP, attorneys for Michelin North America, Inc. do hereby certify that I have served all parties in this action with a copy of the pleading(s) hereinbelow specified by either mailing a copy of the same by United States Mail, postage prepaid, system to the following:

Pleadings:   Notice of Entry of Appearance and Request for Service for Jody A. Bedenbaugh

Parties Served:   Weil, Gotschal & Manges LLP
767 Fifth Avenue
New York, NY 10153
*Attorneys for the Debtors*

United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Linnea Hann, Paralegal

Columbia, South Carolina
October 23, 2018

2



NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

Linnea K. Hann
Senior Paralegal
T 803.255.5594
linnea.hann@nelsonmullins.com

1320 Main Street | 17th Floor
Columbia, SC 29201
T 803.799.2000  F 803.256.7500
nelsonmullins.com

October 23, 2018

The Honorable Vito Genna
Clerk of Court to the Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY   10601

Re:  Sears Holding Corporation
     18-23538
     Our File no. 006130/01561

Dear Clerk:

Enclosed is the original and one (1) copy each of the Notice of Entry of Appearance for Jody A. Bedenbaugh and George B. Cauthen in the above referenced matter.  Please file same and return a clocked copy to me in the envelope provided.  Thank you for your kind consideration in this matter.

Very truly yours,

Linnea K. Hann
Senior Paralegal

LKH:lh
Enclosures

Cc:  Weil, Gotschal & Manges LLP
     United States Trustee, Southern District of New York