STEVENS & LEE, P.C.
Robert Lapowsky (admitted *pro hac vice*)
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
Telephone: (215) 751-2866
Fax: (610) 371-7958
Email:  rl@stevenslee.com

- and -

STEVENS & LEE, P.C.
Constantine D. Pourakis
485 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 319-8500
Fax: (212) 319-8505
Email:  cp@stevenslee.com

*Counsel for East Penn Manufacturing Co.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| SEARS HOLDING CORPORATION, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtor. | : | |
------------------------------------------------------- x

## NOTICE OF RECLAMATION DEMAND OF
## EAST PENN MANUFACTURING CO.

Please be advised that a Notice of Reclamation Demand on behalf of East Penn Manufacturing Co. was served on October 26, 2018.  A true and correct copy of the Notice of Reclamation Demand is attached hereto as Exhibit "A" and incorporated herein by reference for all purposes.

10/29/2018 EPM 714166v1 002748.00001

Dated: New York, New York  STEVENS & LEE, P.C.
      October 29, 2018

          */s/ Constantine D. Pourakis*
          Constantine D. Pourakis
          485 Madison Avenue, 20th Floor
          New York, New York 10022
          Telephone:  (212) 319-8500
          Facsimile:   (212) 319-8505
          Email:  cp@stevenslee.com

          -and-

          Robert Lapowsky (admitted *pro hac vice*)
          620 Freedom Business Center, Suite 200
          King of Prussia, PA 19406
          Telephone:  (215) 751-2866
          Facsimile:  (610) 371-7958
          Email:  rl@stevenslee.com

          *Counsel for East Penn Manufacturing Co.*