UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: Sears, Roebuck

Case No.: 18-23537

Chapter 11

                              Debtor

------------------------------------------------------------x

Adversary Proceeding No.: _____

                              Plaintiff

                          v.

                            Defendant

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Cynthia L. Pollick, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Karen Smith, a creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Pennsylvania and, if applicable, the bar of the U.S. District Court for the Middle District of Pennsylvania.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 10/22/2018
Pennsylvania, ~~New York~~

Mailing Address:

363 Laurel Street

Pittston, PA 18640

E-mail address: pollick@lawyer.com

Telephone number: (570) 654-9675

## CERTIFICATE OF SERVICE

Cynthia L Pollick, Esquire, hereby certifies that on October 24, 2018, she served a copy of Plaintiff's *Pro Hac Vice* by serving a first class mail on Debtors' counsel:

    Jacqueline Marcus
    Weil Gotshal & Manges LLP
    767  5th Avenue
    New York, NY 10153

                                             s/ Cynthia L. Pollick
                                             Cynthia L Pollick, Esquire