**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: SEARS HOLDING CORPORATION et al.        Case No.: 18-23538-rdd

                                                Chapter 11

                    Debtor

---------------------------------------------------------------x

                                                Adversary Proceeding No.: _____

                    Plaintiff

            v.

                    Defendant

---------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Yaron Shaham, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Panache International LLC, a creditor in the above-referenced ☑ case ☐ adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 29, 2018

Santa Ana, California                    /s/ Yaron Shaham

                                        *Mailing Address*:
                                        Kahana & Feld LLP
                                        3 Hutton Centre Drive, Suite 685, Santa Ana, CA 92707
                                        *E-mail address*: yshaham@kahanafeld.com
                                        *Telephone number*: (949) 812-4781