Robert L. Pryor, Esq.<br>
PRYOR & MANDELUP, L.L.P.<br>
675 Old Country Road<br>
Westbury, New York 11590<br>
11-3261335

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re:

SEARS HOLDING CORPORATION, *et al.,*

Debtors. 1

---------------------------------------------------------------x

Chapter 11

Case No.: 18-23538(RDD)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE**, that ABC Supply Co. Inc., a creditor of Sears Holding Corporation, et al. ("Debtor"), debtor in the above captioned Chapter 11 case, by its attorneys, Pryor & Mandelup, L.L.P., demands, pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), that all notices given or required to be given in this case and all papers served or required to be served on ABC Supply Co. Inc., be served upon the undersigned at the following office address, facsimile number, telephone number, and e-mail address:

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  Sears Holdings Corporation (0798); Kmart Holdings Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck & Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695) A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holding Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sear Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears Roebuck de Pueerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4648); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, INC. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).   The location of the Debtors' corporate headquarters is 333 Beverly Road, Hoffman Estates, Illinois, 60179.

**Pryor & Mandelup, L.L.P.**
**675 Old Country Road**
**Westbury, New York 11590**
**phone - (516) 997-0999**
**fax - (516) 333-7333**
**e-mail - rlp@pryormandelup.com**
**Attn.: Robert L. Pryor, Esq.**

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Section 1109(b) of the Bankruptcy Rules, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, facsimile transmission or otherwise, which may affect or seek to affect any rights or interests of the above-captioned debtor, any creditor, or any other party in interest in the above cases.

**PLEASE TAKE FURTHER NOTICE**, that this notice of appearance and demand for service of papers is without prejudice to the rights, remedies, and claims of ABC Supply Co. Inc., and shall not be deemed or construed to be a waiver of its rights to: (1) have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) trial by jury in any proceeding related to these cases; or (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

Dated:  Westbury, New York
           October 29, 2018                                          PRYOR & MANDELUP, L.L.P.
                                                                                    Attorneys for creditor ABC Supply Co. Inc.


                                                                   By:      */s/ Robert L. Pryor*
                                                                              Robert L. Pryor
                                                                              675 Old Country Road
                                                                              Westbury, New York 11590
                                                                              (516) 997-0999

3