ROSEN & ASSOCIATES, P.C.
Attorneys for Cranston/BVT Associates, LLP
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen

**UNITED STATES BANKRPUTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

In re:

                                    Chapter 11

SEARS HOLDINGS CORPORATION, *et al.*

                                    Case No. 18-23538 (RDD)

                      Debtors.        (Jointly Administered)

---------------------------------------------------------------X

**NOTICE OF APPEARANCE AND
<u>DEMAND FOR SERVICE OF PAPERS</u>**

      PLEASE TAKE NOTICE that, pursuant to section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rosen & Associates, P.C. hereby appears as attorneys for Cranston/BVT Associates, LLP, and hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these jointly administered cases, or required to be given or filed in these cases, be given and served upon counsel at the following address:

                Sanford P. Rosen, Esq.
                ROSEN & ASSOCIATES, P.C.
                747 Third Avenue
                New York, NY 10017-2803
                Tel.: (212) 223-1100
                Fax:  (212) 223-1102
                E-mail: srosen@rosenpc.com

      PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in

the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also, without limitation, any notice, hearing date, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise filed or given with regard to the referenced cases and the proceedings therein.

      PLEASE TAKE FURTHER NOTICE that demand also is made that the undersigned be added to the notice list for notice of all contested matters, adversary proceedings, and other proceedings in the referenced cases.

Dated:  New York, New York
       October 29, 2018

ROSEN & ASSOCIATES, P.C.
Attorneys for Cranston/BVT Associates, LLP

By: /s/ Sanford P. Rosen
      Sanford P. Rosen

747 Third Avenue
New York, NY 10017-2803
(212) 223-1100