# Exhibit A



October 29, 2018

**BY OVERNIGHT DELIVERY**

Kmart Corporation
Attn: Jeremy Massucci, Senior Director & DMM
3333 Beverly Road
Hoffman Estates, IL 60179

Re:   *In re Kmart Corporation, et al.* (No. 18-23549) (Bankr. S.D.N.Y.) - Reclamation of Goods

To Whom It May Concern:

Reynolds Consumer Products LLC ("Reynolds") has recently learned that Kmart Corporation and certain of its affiliates (the "Debtors") filed a voluntary petition for bankruptcy under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on October 15, 2018. As you probably know, Reynolds holds certain claims against the Debtors for failure to make payments for goods shipped.

Section 546(c) of the Bankruptcy Code expressly preserves any statutory or common law right of a seller of goods to reclaim those goods that Reynolds sold to the Debtors and delivered within forty-five days of October 15, 2018 (the "Reclamation Period").

Therefore, in accordance with the applicable state codification of U.C.C. § 2-702(2), as rendered applicable to the Debtors' bankruptcy proceedings by operation of 11 U.S.C. § 546(c), Reynolds hereby makes written demand to reclaim all goods which have been sold by Reynolds in the ordinary course of business and received by the Debtors during the Reclamation Period (collectively the "Goods"). Attached hereto as Schedule A and made a part hereof is a list of invoices relating to the Goods which have been received by the Debtors during the applicable period, totaling $193,839.90.

Reynolds further requests that the Debtors immediately segregate all of the Goods that Reynolds has delivered to Kmart or allow Reynolds to take an inventory of the merchandise Reynolds has delivered to Kmart for purposes of determining the Goods subject to reclamation.

Please be advised that this letter is not a demand for payment of the Debtors' pre-petition indebtedness to Reynolds, nor is it in any fashion a violation of the automatic stay provided for in 11 U.S.C. § 362. It is intended to be in the nature of the type of notice provided for in 11 U.S.C. § 546(c). This notice does not waive any rights that the Reynolds has under 11 U.S.C. § 503(b)(9).

Please be further advised that all correspondence or other notices related to the Reclamation Demand should be directed to outside counsel, Angela M. Allen, Jenner & Block, LLP, 353 N. Clark Street, Chicago, IL 60654.

Very truly yours,

*Craig Stargardt*

Craig Stargardt, Director Shares Services
Reynolds Consumer Products LLC

## Schedule A
### (Merchandise Subject to Reclamation)

| Document No. | PO | Payment Terms | Document Date | Discount Due Date | Net Due Date | Delivery Date | Amount | Ship To Location |
|---|---|---|---|---|---|---|---|---|
| 98519791 | 08287248169 | 2% 10, Net 11 | 9/19/2018 | 9/29/2018 | 9/30/2018 | 9/19/2018 | 41,305.32 | Ontario, CA |
| 98519794 | 08287245626 | 2% 10, Net 11 | 9/19/2018 | 9/29/2018 | 9/30/2018 | 9/21/2018 | 3,509.97 | Ontario, CA |
| 98539735 | 08289241927 | 2% 10, Net 11 | 9/25/2018 | 10/5/2018 | 10/6/2018 | 9/25/2018 | 20,131.11 | Manteno, IL |
| 98519792 | 08273675079 | 2% 10, Net 11 | 9/19/2018 | 9/29/2018 | 9/30/2018 | 9/26/2018 | 886.83 | Lawrence, KS |
| 98519793 | 08273676555 | 2% 10, Net 11 | 9/19/2018 | 9/29/2018 | 9/30/2018 | 9/26/2018 | 11,560.02 | Lawrence, KS |
| 98533692 | 08292263846 | 2% 10, Net 11 | 9/27/2018 | 10/7/2018 | 10/8/2018 | 10/1/2018 | 1,098.48 | Ocala, FL |
| 98534440 | 08275307532 | 2% 10, Net 11 | 10/1/2018 | 10/11/2018 | 10/12/2018 | 10/8/2018 | 1,487.46 | Fairless Hills, PA |
| 98559907 | 08273677379 | 2% 10, Net 11 | 10/5/2018 | 10/15/2018 | 10/16/2018 | 10/9/2018 | 4,041.90 | Lawrence, KS |
| 98559908 | 08305227923 | 2% 10, Net 11 | 10/5/2018 | 10/15/2018 | 10/16/2018 | 10/9/2018 | 6,861.90 | Wareen, OH |
| 98563034 | 08292264087 | 2% 10, Net 11 | 10/8/2018 | 10/18/2018 | 10/19/2018 | 10/10/2018 | 14,145.60 | Ocala, FL |
| 98513154 | 08289241940 | 2% 10, Net 11 | 9/18/2018 | 9/28/2018 | 9/29/2018 | 9/20/2018 | 13,679.07 | Manteno, IL |
| 98513155 | 08273676591 | 2% 10, Net 11 | 9/18/2018 | 9/28/2018 | 9/29/2018 | 9/20/2018 | 7,981.50 | Manteno, IL |
| 98513153 | 08287248154 | 2% 10, Net 11 | 9/18/2018 | 9/28/2018 | 9/29/2018 | 9/21/2018 | 16,620.48 | Ontario, CA |
| 98514180 | 08305227260 | 2% 10, Net 11 | 9/19/2018 | 9/29/2018 | 9/30/2018 | 9/25/2018 | 10,485.60 | Warren, OH |
| 98534502 | 08292263416 | 2% 10, Net 11 | 9/21/2018 | 10/1/2018 | 10/2/2018 | 9/27/2018 | 18,719.97 | Ocala, FL |
| 98531507 | 08275306537 | 2% 10, Net 11 | 9/20/2018 | 9/30/2018 | 10/1/2018 | 9/28/2018 | 20,274.30 | Fairless Hills, PA |
| 98557601 | 08287250515 | 2% 10, Net 11 | 10/4/2018 | 10/14/2018 | 10/15/2018 | 10/10/2018 | 1,050.39 | Ontario, CA |
|  |  |  |  |  |  | TOTAL | 193,839.90 |  |