UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

SEARS HOLDINGS CORPORATION,

Debtor.

Chapter 11

Case No. 18-23538

**NOTICE OF APPEARANCE AND DEMAND FOR NOTICE AND PAPERS**

SIRS:

PLEASE TAKE NOTICE THAT Van Hook Service Co., Inc. hereby appears in the above captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests, pursuant to the Bankruptcy Rules 2002 and 9007 and Section 342 of the United States Bankruptcy Code, that copies of all notices and pleadings given or filed in the above captioned case be given and served upon the persons listed below at the following address and telephone number:

> Harris Beach PLLC
> Kevin Tompsett, Esq.
> 99 Garnsey Road
> Pittsford, New York 14534
> Telephone: (585) 419-8800

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above captioned cases and proceedings therein.

The Notice of Appearance and demand for Notices and Papers shall not be deemed or construed to be a waiver of the right of Van Hook Service Co., Inc.: (1) to have final order in noncore matters entered only after de novo review by a District Judge; (2) to trial by jury in any

proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; and (3) for any other rights, claims, actions, setoffs or recoupments to which Van Hook Service Co., Inc. is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 29, 2018
Pittsford, New York

Yours, etc.

HARRIS BEACH PLLC

_____
Kevin Tompsett, Esq.
*Attorneys for Van Hook Service Co., Inc.*
99 Garnsey Road
Pittsford, New York 14534
Telephone: (585) 419-8738
Facsimile: (585) 419-8812
ktompsett@harrisbeach.com

To:  Sears Holdings Corporation
     3333 Beverly Road
     Hoffman Estates, IL 60179

     Jacqueline Marcus, Esq.
     Ray C. Schrock, Esq.
     Sunny Singh, Esq.
     767 5th Avenue
     New York, New York 10153

     United States Trustee
     Office of the United States Trustee
     U.S. Federal Office Building
     201 Varick Street, Room 1006
     New York, New York 10014

     Prime Clerk, LLC
     Attn: Adam M. Adler, Esq.
     830 Third Ave. 9th Fl.
     New York, New York 10022

     Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al.
     c/o Akin Gump Strauss Hauer & Feld LLP
     Attn: Ira S. Dizengoff, Esq.
     One Bryant Park
     New York, NY 10036

2