| | |
|---|---|
| BAYARD, P.A. | NELSON MULLINS RILEY & |
| Evan T. Miller | SCARBOROUGH LLP |
| 600 N. King Street, Suite 400 | Shane G. Ramsey |
| Wilmington, DE 19801 | 280 Park Avenue, 15th Floor West |
| Telephone: (302) 655-5000 | New York, NY 10017 |
| Facsimile: (302) 658-6395 | Phone: (646) 428-2600 |
| | Facsimile: (646) 428-2610 |

*Counsel for Retail Opportunity Investments Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that Retail Opportunity Investments Corp. ("**ROIC**") hereby appears by its counsel, Bayard, P.A. ("**Bayard**") and Nelson Mullins Riley & Scarborough LLP ("**NMRS**"). Bayard and NMRS hereby request that the undersigned attorneys be added to the official mailing matrix and service lists in these cases. ROIC requests, pursuant to Rules 2002,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

{BAY:03379375v1}

3017, and 9007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and section 1109(b) of title 11 of the United States Code, §§ 101–1532 (as amended, the "**Bankruptcy Code**"), that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon ROIC through service upon Bayard and NMRS at the addresses, emails, and/or facsimile numbers set forth below:

| | |
|---|---|
| BAYARD, P.A. | NELSON MULLINS RILEY & |
| Evan T. Miller | SCARBOROUGH LLP |
| 600 N. King Street, Suite 400 | Shane G. Ramsey |
| Wilmington, DE 19801 | 280 Park Avenue, 15th Floor West |
| Telephone: (302) 655-5000 | New York, NY 10017 |
| Facsimile: (302) 658-6395 | Phone: (646) 428-2600 |
| Email: emilller@bayardlaw.com | Facsimile: (646) 428-2610 |
| | E-Mail: shane.ramsey@nelsonmullins.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, or otherwise filed or made with regard to the above-captioned cases and proceedings arising therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive ROIC's: (i) right to have a final order in non-core matters entered only after *de novo* review by a United

States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which ROIC is or may be entitled under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

| | |
|---|---|
| Dated:  October 29, 2018<br>New York, New York | NELSON MULLINS RILEY & SCARBOROUGH LLP<br><br>*/s/ Shane G. Ramsey*<br>280 Park Avenue, 15th Floor West<br>New York, NY 10017<br>Phone: (646) 428-2600<br>Facsimile: (646) 428-2610<br>E-Mail: shane.ramsey@nelsonmullins.com<br><br>- and –<br><br>BAYARD, P.A.<br>Evan T. Miller<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>E-Mail: emiller@bayardlaw.com<br><br>*Counsel to Retail Opportunity Investments Corp.* |