Joon P. Hong
CHAPMAN AND CUTLER LLP
1270 Avenue of the Americas
New York, New York 10020
(212) 655-2537

*Attorneys for Thanh Cong Textile Garment Investment Trading Joint Stock Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.,* | : | Case No. 18-23538 (RDD) |
| Debtors.[1] | : | (Jointly Administered) |

-------------------------------------------------------X

## NOTICE OF RECLAMATION CLAIM

PLEASE TAKE NOTICE that Thanh Cong Textile Garment Investment Trading Joint

Stock Company ("*TCTEX*"), by and through its undersigned counsel, files this Notice of

Reclamation Claim pursuant to 11 U.S.C. § 546(c), U.C.C. § 2-702 and applicable non-bankruptcy

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SRC Sparrow 1 LLC (None); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); SRC Sparrow 2 LLC (None); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); SRC O.P. LLC (None); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); SRC Facilities LLC (None); and SRC Real Estate (TX), LLC (None). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

law, on the above-captioned debtors and debtors-in-possession (collectively, the "*Debtors*"), to reclaim certain assets (the "*Goods*") that are subject to reclamation.

The Goods were sold in the ordinary course of business and received by the Debtors in the forty-five (45) days prior to the filing of the Debtors' bankruptcy petitions on October 15, 2018 (the "*Petition Date*"). TCTEX is informed and believes the Debtors were insolvent at the time they received delivery of the Goods.

TCTEX incorporates by reference and attaches as **Exhibit A** hereto, a copy of the written demand for reclamation, and list of invoices and related information for the Goods shipped from TCTEX to the Debtors during the forty-five (45) day period prior to the Petition Date (the "*Reclamation Demand*"), served on the Debtors and the Debtors' attorney of record on October 29, 2018, pursuant to 11 U.S.C. § 546(c). The value of the Goods at issue is not less than $2,987,541.23.

PLEASE TAKE FURTHER NOTICE that TCTEX reserves all of its rights with respect to the Goods, including, without limitation, (i) its right to be paid in the ordinary course of business as a post-petition creditor of the Debtors to the extent the Goods were delivered to the Debtors on or after the Petition Date; (ii) its right to assert a 20-day administrative priority claim pursuant to 11 U.S.C. §503(b)(9); (iii) its right to assert a "new value" defense to any preference demand pursuant to 11 U.S.C. §547(c)(4); (iv) its right to demand payment of any portion of this invoice as a "cure" payment in connection with the Debtors' assumption of any executory contract, if any, pursuant to 11 U.S.C. § 365; (v) its right to seek payment of its prepetition invoices from any non-debtor parties that are co-obligors; (vi) its right to file additional demands or claims, including without limitation, a proof of claim; and/or (vii) its right to assert any other rights under applicable

law.  By filing this Notice of Reclamation Claim, TCTEX does not consent to entry of final orders of the bankruptcy court on non-core issue and claims, and does not waive any jurisdictional defenses and reserves its rights to amend this Notice of Reclamation Claim.

Dated:   New York, New York           CHAPMAN AND CUTLER LLP
         October 29, 2018


                                       By:_____
                                          Joon P. Hong
                                          1270 Avenue of the Americas, 30th Fl.
                                          New York, NY 10020-1708
                                          T: (212) 655-2537
                                          F: (212) 655-2538
                                          joonhong@chapman.com

                                       *Attorneys for Thanh Cong Textile Garment*
                                       *Investment Trading Joint Stock Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29th day of October 2018, a true and correct copy of the foregoing was served via ECF filing system of the United States Bankruptcy Court for the Southern District of New York on all parties receiving notice in this case.

/s/_____
Joon P. Hong

Exhibit A

# Chapman and Cutler LLP

**Joon P. Hong**
Partner

1270 Avenue of the Americas
New York, New York  10020-1708

T 212.655.6000
D 212.655.2537
F 212.655.2538
joonhung@chapman.com

October 29, 2018

**VIA EMAIL AND OVERNIGHT MAIL**
**(RAY.SCHROCK@WEIL.COM)**
**(JACQUELINE.MARCUS@WEIL.COM)**

Ray C. Schrock, P.C.
Jacqueline Marcus, Esq.
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

**VIA OVERNIGHT MAIL**
Sears Holding Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: General Counsel

Re:  *In re Sears Holding Corporation, et al.*, 18-23538 (RDD) (Bankr. S.D.N.Y)
Demand for Reclamation Pursuant to 11 U.S.C. § 546(c)

Dear Ms. Marcus:

Pursuant to U.C.C. § 2-702 (and the applicable U.C.C. provisions in the states where the bulk of the Goods (as defined herein) were delivered) and Section 546(c) of the United States Bankruptcy Code, demand is hereby made upon Sears Holding Corporation and/or any of its subsidiaries and affiliates, as applicable (collectively, "*Sears*") for the reclamation and return of all goods (the "*Goods*") that were shipped to Sears by Thanh Cong Textile Garment Investment Trading Joint Stock Company ("*TCTEX*"), in the ordinary course of business, where such Goods were received by Sears within forty-five (45) days preceding the date upon which Sears filed its bankruptcy petition in the United States Bankruptcy Court for the Southern District of New York (the "*Petition Date*").

This demand covers 65 invoices not less than $2,987,541.23 for the Goods that were delivered to Sears prior to the Petition Date, and for the proceeds of any Goods that may have been sold.  Copies of the invoices are enclosed herein.  *See* **Schedule 1** hereto.

Demand is hereby made that the Goods sought to be reclaimed hereby continue to be segregated from Sears' other inventory and returned to TCTEX, except to the extent, if any,

Chapman and Cutler LLP

prohibited by the Bankruptcy Court in Case Number 18-23538 (RDD), and that you provide an immediate accounting of all such Goods on-hand and their present location(s). Please take notice that these Goods are not to be sold, used or otherwise transferred except with our written consent or by order of the court of competent jurisdiction entered upon prior notice to TCTEX.

TCTEX reserves all rights under 11 U.S.C. § 503(b)(9) to the extent the Goods are not timely returned. In addition, TCTEX reserves the right to amend and supplement this reclamation demand and to make additional reclamation or other demands and claims TCTEX may have at law, in equity or otherwise. This reclamation demand is not intended to be and shall not be construed as an election of TCTEX's remedies, a waiver of any past, present or future defaults or events of default by Sears or any of its subsidiaries or affiliates or a waiver or limitation of any of its rights or remedies.

Very truly yours,

CHAPMAN AND CUTLER LLP

By: _____
    Joon P. Hong

Enclosures

2

Chapman and Cutler LLP

## Schedule 1

| | | | 2,987,541.23 | | | |
|---|---|---|---|---|---|---|
| INVOICE | INV_DATE | CUSTOMER | AMOUNT IN USD | | FCR | PO No. |
| 0002258/TCG | 7/30/18 | SEARS - SEARS, | 87,354.22 | x | 7795587151 | SV1769, ST1774, ST1787 |
| 0002255/TCG | 8/2/18 | SEARS - SEARS, | 22,307.47 | x | 7795465744 | SV1770, ST1774, ST1787 |
| 0002256/TCG | 8/2/18 | SEARS - SEARS, ROEBUCK AND CO | 3,569.40 | x | 779561353T | SV1770 |
| 0002320/TCG | 8/6/18 | SEARS - SEARS, ROEBUCK AND CO | 128,409.66 | x | 7795690331, | SG8327, SH8325, SG8319, SK8304, SH8332 SX6036, SX6041 |
| 0002334/TCG | 8/7/18 | SEARS - SEARS, ROEBUCK AND CO | 42,494.14 | x | 7795677593 | SQ0958 |
| 0002350/TCG | 8/8/18 | SEARS - SEARS, ROEBUCK AND CO | 34,711.11 | x | 7795691992 | SQ0958 |
| 0002361/TCG | 8/9/18 | SEARS - SEARS, ROEBUCK AND CO | 62,630.96 | x | 7795716038 | SU1028, SV0999 |
| 0002373/TCG | 8/9/18 | SEARS - SEARS, | 156,605.76 | x | 7795777154, | SG8327, SH8325, SG8319, |
| 0002376/TCG | 8/9/18 | SEARS - SEARS, ROEBUCK AND CO | 50,872.92 | x | 7795765670 | SU1028, SV0999 |
| 0002405/TCG | 8/13/18 | SEARS - SEARS, ROEBUCK AND CO | 22,538.21 | x | 7795784887 | SV1775, ST1776 |
| 0002412/TCG | 8/13/18 | SEARS - SEARS, | 18,697.81 | x | 779578469T | SV1775, ST1776 |
| 0002414/TCG | 8/13/18 | SEARS - SEARS, ROEBUCK AND CO | 59,421.01 | x | 7795732406, 7795692025 | SL4533, SN4530, SM4521, SU1000 |
| 0002417/TCG | 8/13/18 | SEARS - SEARS, ROEBUCK AND CO | 48,719.66 | x | 7795692102, 7795677604 | SU1000, SL4533, SN4530, SM4521 , |
| 0002451/TCG | 8/16/18 | SEARS - SEARS, ROEBUCK AND CO | 55,557.80 | x | 7795818316 | SF8625, SF8626, SV0999 |
| 0002478/TCG | 8/18/18 | SEARS - SEARS, ROEBUCK AND CO | 45,301.80 | x | 7795818459 | SF8625, SF8626, SV0999 |
| 0002493/TCG | 8/20/18 | SEARS - SEARS, ROEBUCK AND CO | 128.64 | x | 5278077464 | SU0970 |
| 0002497/TCG | 8/20/18 | SEARS - SEARS, | 166,651.26 | x | 7795817964 | SV1770, SV1769, ST1774, |
| 0002498/TCG | 8/20/18 | SEARS - SEARS, | 150,040.67 | x | 7795821792 | SV1770, SV1769, ST1774, |
| 0002632/TCG | 9/5/18 | SEARS - SEARS, ROEBUCK AND CO | 10,329.60 | x | 7795862349 | SX6041 |
| 0002631/TCG | 9/5/18 | SEARS - SEARS, ROEBUCK AND CO | 31,957.20 | x | 7795862338 | SX6041 |
| 0002640/TCG | 9/5/18 | SEARS - SEARS, ROEBUCK AND CO | 98,510.95 | x | 7795912564 | SX6036, SX6041 |
| 0002641/TCG | 9/5/18 | SEARS - SEARS, ROEBUCK AND CO | 96,569.33 | x | 7795893875 | SX6036, SX6041 |
| 0002644/TCG | 9/5/18 | SEARS - SEARS, ROEBUCK AND CO | 38,072.04 | x | 779587676T | SS1141, SR0971 |
| 0002677/TCG | 9/6/18 | SEARS - SEARS, ROEBUCK AND CO | 4,160.16 | x | 7795885581 | SV1153 |
| 0002679/TCG | 9/6/18 | SEARS - SEARS, ROEBUCK AND CO | 3,690.36 | x | 7795885515 | SV1153 |
| 0002708/TCG | 9/7/18 | SEARS - SEARS, ROEBUCK AND CO | 45,899.72 | x | 7795877166 | SS1141, SR0971 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 0002732/TCG | 9/10/18 | SEARS - SEARS, | 68,681.34 | x | 7796007956 | SV1769, ST1776, ST1787 |
| 0002766/TCG | 9/13/18 | SEARS - SEARS, ROEBUCK AND CO | 450.36 | x | 7796032519 | SV1153 |
| 0002767/TCG | 9/13/18 | SEARS - SEARS, ROEBUCK AND CO | 473.04 | x | 7796032508 | SV1153 |
| 0002780/TCG | 9/15/18 | SEARS - SEARS, | 77,821.81 | x | 7796043352T | SV1769, ST1776, ST1787 |
| 0002827/TCG | 9/20/18 | SEARS - SEARS, ROEBUCK AND CO | 6,628.72 | x | 7796042507 | SF8836, SS1141 |
| 0002829/TCG | 9/20/18 | SEARS - SEARS, | 5,407.13 | x | 7796042650 | SF8836, SS1141 |
| 0002903/TCG | 10/2/18 | SEARS - SEARS, | 126,128.52 | x | 7796144301, | SV1770, ST1787 |
| 0002942/TCG | 10/4/18 | SEARS - SEARS, ROEBUCK AND CO | 9,475.08 | x | 7796164409 | SF8828 |
| 0002944/TCG | 10/4/18 | SEARS - SEARS, ROEBUCK AND CO | 11,720.67 | x | 7796164354 | SF8828, SF8836, |
| 0002955/TCG | 10/6/18 | SEARS - SEARS, ROEBUCK AND CO | 95,732.59 | x | 7796167115, 7796167104 | SV1770, SG8746, SF8836, SF8826, SE8819, |
| 0002316/TCG | 8/4/18 | KMART - KMART | 190,195.86 | x | 7795690551 | B2QSL, B2QRZ, B2QVF, B2R0S |
| 0002335/TCG | 8/7/18 | KMART - KMART CORPORATION | 45,304.81 | x | 7795720636 | B2YCH, B2YFM, B2YCK |
| 0002351/TCG | 8/8/18 | KMART - KMART CORPORATION | 47,050.90 | x | 7795692014 | B2YCH, B2YFM, B2YCK |
| 0002372/TCG | 8/9/18 | KMART - KMART | 149,624.09 | x | 7795777143 | B2QSL, B2QRZ, B2QVF, B2R0S |
| 0002406/TCG | 8/13/18 | KMART - KMART CORPORATION | 27,510.34 | x | 7795784843 | B2YYJ, B2QRY, B2QSJ, B2QTR, B2QSQ, B2QRX, B2QTQ |
| 0002407/TCG | 8/13/18 | KMART - KMART CORPORATION | 3,064.22 | x | 7795784854 | B2QSW |
| 0002408/TCG | 8/13/18 | KMART - KMART CORPORATION | 533.36 | x | 7795784865 | B2QXD, B2QVB |
| 0002413/TCG | 8/13/18 | KMART - KMART CORPORATION | 38,773.18 | x | 7795784722, 7795784711, 7795784700 | B2QSW |
| 0002415/TCG | 8/13/18 | KMART - KMART CORPORATION | 24,998.46 | x | 7795692036 | B1VF9, B2Y3R, B2Y2K, B2Y50 |
| | | KMART - KMART CORPORATION | | x | 7795692058 | |
| 0002416/TCG | 8/13/18 | KMART - KMART CORPORATION | 29,582.10 | x | 7795692080 | B2Y3R, B2Y2K, B2Y50 / B1VF9 |
| | | KMART - KMART CORPORATION | | x | 7795692091, | |
| 0002448/TCG | 8/16/18 | KMART - KMART CORPORATION | 8,785.70 | x | 7795784689 | B1VG2 |
| 0002447/TCG | 8/16/18 | KMART - KMART CORPORATION | 13,603.60 | x | 7795784876 | B2RNX , B2RNY |
| 0002452/TCG | 8/16/18 | KMART - KMART CORPORATION | 40,399.80 | x | 7795818327 | B2RNX, B1VG2 |
| 0002479/TCG | 8/18/18 | KMART - KMART CORPORATION | 47,191.30 | x | 779581846T | B2RNX, B1VG2 , B2RNY |
| 0002528/TCG | 8/23/18 | KMART - KMART CORPORATION | 1,390.40 | x | 7795811331 | B2X88 |
| 0002529/TCG | 8/23/18 | KMART - KMART CORPORATION | 1,760.00 | x | 7795811078 | B2X88 |
| 0002645/TCG | 9/5/18 | KMART - KMART CORPORATION | 60,911.32 | x | 779587698T | B1V3Y, B1V4J , B2X0W, B2Y58, B2Y3M, B2X8V, B2Y3N/ B2Y50 |
| | | KMART - KMART CORPORATION | 2,025.00 | x | 7795877023 | |
| | | KMART - KMART CORPORATION | 30,533.71 | x | 7795877078 | B2X88/ B1VGQ, B1VGR , B1VGW, B1VGF |
| | | KMART - KMART CORPORATION | 176.00 | x | 7795877045, | |
| 0002678/TCG | 9/6/18 | KMART - KMART CORPORATION | 3,691.55 | x | 7795885559 | B2XB2, B2XB3 |
| 0002680/TCG | 9/6/18 | KMART - KMART CORPORATION | 4,509.65 | x | 7795885504 | B2XB2, B2XB3 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 0002709/TCG | 9/7/18 | KMART - KMART CORPORATION | 82,916.64 | x | 7795877210, 7795877232, 7795877265, 7795877287 | B1V3Y, B1V4J , B2X0W , B2Y58 , B2Y3M, B2X8V , B2Y3N/ B2Y50 |
| 0002759/TCG | 9/13/18 | KMART - KMART CORPORATION | 10,978.70 | x | 7796028075 | B2XB2 |
| 0002760/TCG | 9/13/18 | KMART - KMART CORPORATION | 11,175.65 | x | 7796029142 | B2XB2 |
| 0002826/TCG | 9/20/18 | KMART - KMART | 17,333.48 | x | 7796042518 | B1V3Y, B2X0W , B2XCW , |
| 0002828/TCG | 9/20/18 | KMART - KMART | 18,636.00 | x | 7796042639 | B1V3Y, B2X0W , B2XCW , |
| 0002904/TCG | 10/2/18 | KMART - KMART | 90,155.65 | x | '7796144323 | B2XCW, B2XCX, B2WT0, |
| 0003015/TCG | 10/17/18 | KMART - KMART CORPORATION | (10,983.00) | x | | B2XDM, B2NJQ, B2NJP , B2XB1 , B2XDC , B2NJR |
| 0002943/TCG | 10/4/18 | KMART - KMART CORPORATION | 7,319.52 | x | 7796164420 | B2XDN |
| 0002945/TCG | 10/4/18 | KMART - KMART CORPORATION | 7,054.56 | x | 7796164343 | B2XDN |
| 0002956/TCG | 10/6/18 | KMART - KMART | 93,617.56 | x | 7796167126 | B2XCW , B2XCX , B2WT0 , |