**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re: SEARS HOLDING CORPORATION et al.        Case No.: 18-23538-rdd

                                                Chapter  11 

                         Debtors                (Jointly Administered)

------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Yaron Shaham to be admitted, *pro hac vice*, to represent Panache International LLC (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the bar of the U.S. District Court for the Central District of California,  it is hereby

**ORDERED**, that   Yaron Shaham, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York            /s/Robert D. Drain                                        
                                                UNITED STATES BANKRUPTCY JUDGE