**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | ) Chapter 11 |
| SEARS HOLDING CORPORATION., et al | ) Case No. 18-23538 (RDD) |
| Debtors. | ) (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon motion of Jamie S. Cassel to be admitted, *pro hac vice,* to represent Sunbeam Products, Inc. (sometimes d/b/a Sunbeam, Calphalon, Oster, Mr. Coffee, Crock Pot, GrillMaster, HealthoMeter, Margartiaville, Rival or Seal@Meal), Graco Children's Products Inc. (sometimes d/b/a Graco, Baby Jogger or NUK), Rubbermaid Incorporated (sometimes d/b/a Rubbermaid, FoodSaver or Sistema), Ignite USA, LLC (sometimes d/b/a Contigo, Bubba, Coleman or Rubbermaid Beverage), Rubbermaid Commercial Products LLC (sometimes d/b/a Rubbermaid Commercial, Quickie, Mapa or Spontex) and Sanford L.P. (sometimes d/b/a Sharpie, Papermate, Elmer's, Uni-ball, Expo, Prismacolor, X-Acto, Mr. Sketch, Lowe Cornell, Liquid Paper, Parker, Waterman or Rotring) (the "Clients") in the above-referenced cases; and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and the bar of the United States District Court for the Northern District of Illinois, it is hereby

ORDERED, that Jamie S. Cassel, Esq. is admitted to practice, *pro hac vice*, in the above-referenced cases to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  October 29, 2018
         White Plains, New York         /s/Robert D. Drain
                                        THE HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE