**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――x

| | |
|---|---|
| In re: | Chapter 11 |
| Sears Holdings Corporation, *et al.*, | Case Number 18-23538 (RDD) |
| Debtors. | (Jointly Administered ) |

―――――――――――――――――――x

### GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jaime L. Agnew to be admitted *pro hac vice*, to represent Joyce Franklin (the "Client") in the above referenced case; and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and the bar of the U.S. District Court for the Northern District of Ohio, it is hereby

**ORDERED**, that Jaime L. Agnew, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
        October 29, 2018

*/s/Robert D. Drain*
UNITED STATES BANKRUPTCY JUDGE