WEISS ZARETT BROFMAN SONNENKLAR & LEVY, P.C.
*Attorneys for* Lake Success Shopping Center LLC
3333 New Hyde Park Road, Suite 211
New Hyde Park, NY 11042
516.627.7000
Michael D. Brofman

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                  Chapter 11

SEARS HOLDINGS CORPORATION, et. al.,        Case No. 18-23538-rdd


                        Debtors.
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that WEISS ZARETT BROFMAN SONNENKLAR & LEVY, P.C. hereby appears on behalf of **Lake Success Shopping Center LLC** and demands pursuant to Rules 2001(a), 2002, 9007 and 9010 of the Bankruptcy Rules and Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address, telephone number and e-mail address:

WEISS ZARETT BROFMAN SONNENKLAR & LEVY, P.C.
3333 New Hyde Park Road, Suite 211
New Hyde Park, New York 11042
Attn: Michael D. Brofman, Esq.
516.627.7000
mbrofman@weisszarett.com

**PLEASE TAKE FURTHER NOTICE,** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by e-mail, mail, delivery, telephone, telegraph, telex or otherwise which may affect or seek to affect in any way any rights or interests of **Lake Success Shopping Center LLC** with respect to the debtors' property or proceeds thereof in which the debtor may claim an interest.

**PLEASE TAKE FURTHER NOTICE** that **Lake Success Shopping Center LLC** does not by filing this Notice of Appearance submit to the jurisdiction of the Bankruptcy Court, and intends that this Notice of Appearance shall not waive (1) the right of **Lake Success Shopping Center LLC**

to have final orders in non-core matters entered only after de novo review by a District Judge, (2) the right of **Lake Success Shopping Center LLC** to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to any of these cases (3) the right of **Lake Success Shopping Center LLC** to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions or defenses to which **Lake Success Shopping Center LLC** expressly reserves.

Dated:   New Hyde Park, New York
         October 30, 2018

**WEISS ZARETT BROFMAN SONNENKLAR & LEVY, P.C.**
*Attorneys for Lake Success Shopping Center LLC*


By: s/ Michael D. Brofman
    Michael D. Brofman, Esq.
    3333 New Hyde Park Road, Suite 211
    New Hyde Park, NY   11042
    516.627.7000