Laura E. Appleby  
Steven Wilamowsky  
CHAPMAN AND CUTLER LLP  
1270 Avenue of the Americas  
New York, New York 10020  
Telephone: (212) 655-6000  
Facsimile: (212) 697-7210  

Attorneys for WSSR, LLC

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------X  
In re                                                              :     Chapter 11  
                                                                       :
SEARS HOLDINGS CORPORATION, *et al.*,    :     Case No. 18-23538 (RDD)  
                                                                       :
                                    Debtors.                 :     (Jointly Administered)  
                                                                       :
-----------------------------------------------------------X  

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appear in the above-captioned case on behalf of WSSR, LLC (the "Appearing Party"), pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), and request that all notices given or required to be given in the above-captioned cases and all papers served in the above-captioned cases (including, but not limited to, all papers filed and served in all adversary proceedings, contested matters and other proceedings in the above-captioned cases, and all notices mailed only to parties in interest who filed with the Court a request that all notices be mailed to them) be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes all orders and notices of any application, motion, petition, pleading, request, complaint, or demand,

4818-0243-5193  
7020977

statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand deliver, telephone, fax, email or otherwise, that affect, or may potentially affect, the debtor or the property of the debtor.

PLEASE TAKE FURTHER NOTICE that request is also made that the attorney identified herein be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that the attorney identified herein consents to e-mail service.

PLEASE TAKE FURTHER NOTICE that the Appearing Party does not, by filing this Notice of Appearance and Request for Service of Papers or any later appearance, pleading, claim or suit, submit to jurisdiction of the Bankruptcy Court, or intend to waive any rights, including (without limitation): (i) the right to have final order in non-core or *Stern* matters entered only by a district judge; (ii) the right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (ii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Appearing Party is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

3

Dated:  New York, New York       CHAPMAN AND CUTLER LLP
      October 30, 2018

By: /s/Laura E. Appleby
   Laura E. Appleby
   Steven Wilamowsky
   1270 Avenue of the Americas
   New York, New York 10020
   Telephone: (212) 655-2532
   Facsimile:  (212) 655-3332
   appleby@chapman.com
   wilamowsky@chapman.com

Attorneys for WSSR, LLC