October 23, 2018

Judge Robert D. Drain
U.S. Bankruptcy Court
for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

RE:   Sears Holdings Corp.

Hon. Judge Drain:

This is to let you know that I intend to file a claim against the above referenced entity, currently in the bankruptcy proceedings in your Court.

The attached letter to Mr. Eddie Lampert, CEO, Sears Holdings Corporation explains the reason for the above.

Kindly have this letter entered into the Sears Holdings Corp. docket.

Sincerely,

**Janusz Muszak**

Digitally signed by Janusz Muszak
DN: cn=Janusz Muszak, o, ou, email=jmuszak1@yahoo.com, c=US
Date: 2018.10.23 23:28:54 -04'00'

Janusz Muszak
PO Box 516535
Rockledge, FL 32956

Enclosure

Copy:  Eddie Lampert, CEO, Sears Holdings Corporation (w/o enclosure)
       Sears Orlando/Jax Service District, Sears Home Services (w/o enclosure)

July 11, 2018

Eddie Lampert
CEO
Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

RE:   Sears Home Services

Dear EDDIE LAMPERT:

In the attached June 20, 2018 letter I brought to your attention, as follows:
- Slander by the Sears Home Services employees against me
- Refusal to provide a service, quoted to me by the Sears Home Services, in a paid assessment of the damage done to my LG refrigerator by another vendor, whom I fired for cause
- Apparent discrimination against me by the Sears Home Services by refusal to provide the above said service

While I did not hear from you, I received a troubling voice mail call from a local Sears Home Services office. Completely sidestepping the above facts of the matter, your employee made a puzzling claim that, to paraphrase, "it would be unethical [sic!!] for the Sears Home Services to provide a repair they quoted me for" and suggesting that I have a vendor who damaged my refrigerator and whom I fired for that to… repair my refrigerator. I find such "suggestion" astonishing!

Mr. Lampert, once again I ask that you compel the Sears Home Services to repair my refrigerator, as quoted by them. Also, I ask that you apologize for slander I was subjected to by your employees. Please take this matter seriously, as it would not go away until resolved to my complete satisfaction.

Sincerely,

**Janusz Muszak**   Digitally signed by Janusz Muszak
DN: cn=Janusz Muszak, o, ou, email=jmuszak1@yahoo.com, c=US
Date: 2018.07.11 20:28:39 -04'00'

Janusz Muszak
PO Box 561535
Rockledge, FL 32956


Enclosure


Copy:   Federal Trade Commission
        Sears Orlando/Jax Service District
        Scott A. Durchslag, CEO, Angie's List, Inc.
        Chris Terrill, CEO, HomeAdvisor's
        Cho Jun-Ho, CEO, LG Electronics U.S.A., Inc.
        Florida Department of Agriculture and Consumer Services
        Distribution