# EXHIBIT A

# ZG APPAEREL GROUP LLC
## 1450 Broadway Floor 17 New York NY 10018

### DEMAND FOR RECLAMATION

October 24, 2018

**VIA FEDERAL EXPRESS**

Sears Holding Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: Robert A. Riecker, CFO

**VIA FEDERAL EXPRESS**

Jacqueline Marcus, Esq.
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

> ### *Re:   ZG Apparel Group LLC ("ZG") with*
> ### *Sears, Roebuck and Co., et al. (18-23539) (Jointly Administered)*

Dear Sir/Madam:

Goods have been shipped to Sears Holding Corporation and/or one or more of your affiliates (collectively, the "Debtors'), including, but not limited to, Sears, Roebuck and Co. and/or Kmart Holding Corporation within 45 days before the date of the Chapter 11 filings on October 15, 2018 (the "Filing Date"), represented by the attached schedule.

Pursuant to Section 546(c)(1) of the Bankruptcy Code and Section 2-702 of the Uniform Commercial Code (as applicable and adopted in the State of New York, *N.Y.U.C.C. Law*, §2-702), ZG hereby exercises all of its rights and remedies thereunder and demands reclamation of all product ("Product"), which is listed on the attached invoices as Exhibit "A" and detailed on Exhibit "B", also attached hereto. Pursuant to Section 546(c)(1) and 2-702(2) of New York's Uniform Commercial Code, and by virtue of the Debtor's insolvency, this letter shall serve as a formal reclamation demand for the Product received by the Debtors from ZG as set forth on the attached, except to the extent ZG has authorized the Debtors in writing post-petition to utilize specifically identifiable goods, subject to payment of same whether through an allowed claim under § 503(b)(9) of the Bankruptcy Code or otherwise.

The Product subject to this Demand for Reclamation is to be segregated and marked as property of ZG and is not to be used or sold by the Debtors. ZG demands immediate access as

necessary in order to identify the Product subject to this Demand for Reclamation. Please contact the undersigned upon receipt of this Demand for Reclamation in order to arrange for the prompt return of the Product subject to this Demand for Reclamation. In the alternative, please arrange for the return of the Product within seven (7) days of the date of this Demand for Reclamation.

This Demand for Reclamation shall not constitute an election of remedies by ZG nor a waiver of any rights, remedies or claims that ZG holds under the applicable law (including, but not limited to, the United States Bankruptcy Code), orders of court or agreements with any party, all of which are expressly reserved by ZG.

This reclamation demand is made without prejudice to any other rights or remedies available to ZG, at law or in equity, including, but not limited to, ZG's right to an administrative expense claim under section 503(b)(9) of the Bankruptcy Code for all goods received by the Debtors within 20 days before the Petition Date.

I trust I will hear from you accordingly to discuss the details without having to resort to additional litigation. If I do not hear from you, I will have no alternative but to proceed to protect ZG's rights.

For ZG Apparel Group LLC

Richard Silverstein (COO)

## Invoice

# ZG APPAREL GROUP LLC

1450 BROADWAY FL 17
NEW YORK , NY 10018 USA
Tel : 646-930-1112          Fax:

**Date : 08/10/18**

Invoice # **108863**

FOB :

| | | | |
|---|---|---|---|
| Order # | 08780033894 | Ctrl # | 102610 |
| Dept # | 007 | Pick # | 86126 |
| Vendor # | 00079669654 | Slpn | 007 |
| Terms | 4% 30DAYS ROG | Via | GILBERT EAST |
| Factor Appr | HOUSE | Ctns | 193 |
| Duns # | 1000873026 | Weight | 1559.44 |
| PRO # | | B/L No. | 10318460 |

Ship To,                          Store: **8780**
**KMART RSC #8780**
WESTERN REGIONAL SPECIALTY DC
3100 MILLIKIN AVENUE
MIRA LOMA , CA  91752

Bill To ,                          Act #: **SEARS**
**SEARS, ROEBUCK D CO**
P.O. BOX 660200
NATIONAL A/P CTR. TIPS PROCESS
DALLAS , TX  75266 USA

REMIT TO: ZG APPAREL GROUP LLC
1450 Broadway Ave. 17th Floor
New York, NY 10018

| STYLE | COLOR | | CUST STYLE | LN | DESCRIPTION | QTY | EA | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| RB61620K | BUS  BUS | | 002291  634 | 1 | 1PC ELBOW SLV DRESS | 1,544 | 17.00 | 26,248.00 |

| SML | MED | LRG | XL |
|---|---|---|---|
| 193 | 386 | 579 | 386 |

| QTY : | 1,544 | GROSS: | 26,248.00 | SHIPPING | 0.00 | HANDLING | 0.00 | | TOTAL: | 26,248.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| 8505 | | | | | | | | | | |

NO RETURNS WILL BE ACCEPTED WITHOUT OUR AUTORIZED RMA # AFFIXED TO PACKAGE Continuing guaranty under the
Flammable Fabric Act and the Textile Products Indentification Act Filed with Federal Trade Commission

Page **1 of 1**

## Invoice

# ZG APPAREL GROUP LLC

1450 BROADWAY FL 17
NEW YORK , NY 10018 USA
Tel : 646-930-1112          Fax:

**Date :08/10/18**

**Invoice # 108864**

FOB :

| | | | | |
|---|---|---|---|---|
| Order #: | 08780033895 | | Ctrl # | 102611 |
| Dept # | 007 | | Pick # | 86127 |
| Vendor # | 00079669654 | | Slpn | 007 |
| Terms | 4% 30DAYS ROG | | Via | GILBERT EAST |
| Factor Appr | HOUSE | | Ctns | 267 |
| Duns # | 1000873026 | | Weight | 2136 |
| PRO # | | | B/L No. | 10318460 |

Ship To,          Store: **8780**

**KMART RSC #8780**
WESTERN REGIONAL SPECIALTY DC
3100 MILLIKIN AVENUE
MIRA LOMA , CA 91752

Bill To ,          Act #: **SEARS**

**SEARS, ROEBUCK D CO**
P.O. BOX 660200
NATIONAL A/P CTR. TIPS PROCESS
DALLAS , TX 75266 USA

REMIT TO: ZG APPAREL GROUP LLC
1450 Broadway Ave. 17th Floor
New York, NY 10018

| STYLE | COLOR | | CUST STYLE | | LN | DESCRIPTION | QTY | EA | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| RB60756AK | BSL  BSL | | 008924  217 | | 1 | 1PC SHORT SLV SHRUG | 1,032 | 11.00 | 11,352.00 |
| SML | MED | LRG | XL | | | | | | |
| 129 | 258 | 387 | 258 | | | | | | |
| RB60756AK | GYL  GYL | | 008926  113 | | 2 | 1PC SHORT SLV SHRUG | 552 | 11.00 | 6,072.00 |
| SML | MED | LRG | XL | | | | | | |
| 69 | 138 | 207 | 138 | | | | | | |
| RB60756AK | NGL  NGL | | 008927  377 | | 3 | 1PC SHORT SLV SHRUG | 552 | 11.00 | 6,072.00 |
| SML | MED | LRG | XL | | | | | | |
| 69 | 138 | 207 | 138 | | | | | | |

| QTY : | 2,136 | GROSS: | 23,496.00 | SHIPPING | 0.00 | HANDLING | 0.00 | | TOTAL: | 23,496.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| 8505 | | | | | | | | | | |

NO RETURNS WILL BE ACCEPTED WITHOUT OUR AUTHORIZED RMA # AFFIXED TO PACKAGE Continuing guaranty under the
Flammable Fabric Act and the Textile Products Indentification Act Filed with Federal Trade Commission.

Page  **1** of **1**

**Invoice**

# ZG APPAREL GROUP LLC

1450 BROADWAY FL 17
NEW YORK , NY 10018 USA
Tel : 646-930-1112        Fax:

**Date :08/10/18**

Invoice # **108865**

FOB :

| | | | | |
|---|---|---|---|---|
| Order #: | 08780033896 | | Ctrl # | 102612 |
| Dept # | 007 | | Pick # | 86128 |
| Vendor # | 00079669654 | | Slpn | 007 |
| Terms | 4% 30DAYS ROG | | Via | GILBERT EAST |
| Factor Appr | HOUSE | | Ctns | 217 |
| Duns # | 1000873026 | | Weight | 1736 |
| PRO # | | | B/L No. | 10318460 |

Ship To,                                   Store: **8780**
**KMART RSC #8780**
WESTERN REGIONAL SPECIALTY DC
3100 MILLIKIN AVENUE
MIRA LOMA , CA 91752

Bill To ,                          Act #: **SEARS**
**SEARS, ROEBUCK D CO**
P.O. BOX 660200
NATIONAL A/P CTR. TIPS PROCESS
DALLAS , TX 75266 USA

REMIT TO: ZG APPAREL GROUP LLC
1450 Broadway Ave. 17th Floor
New York, NY 10018

| STYLE | COLOR | | CUST STYLE | | LN | DESCRIPTION | QTY | EA | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| RB61521K | BIE | BIE | 004375 | 535 | 1 | 1PC FLARE SLV DRESS | 536 | 18.00 | 9,648.00 |
| SML | MED | LRG | XL | | | | | | |
| 67 | 134 | 201 | 134 | | | | | | |
| RB61529K | NYO | NYO | 004301 | 055 | 2 | 1PC BELL SLV DRESS | 896 | 17.00 | 15,232.00 |
| SML | MED | LRG | XL | | | | | | |
| 112 | 224 | 336 | 224 | | | | | | |
| RB61582K | 799 | HTGNM | 004301 | 558 | 3 | 1PC EXTD SLV DRESS | 304 | 16.50 | 5,016.00 |
| SML | MED | LRG | XL | | | | | | |
| 38 | 76 | 114 | 76 | | | | | | |

| QTY : | 1,736 | GROSS: | 29,896.00 | SHIPPING | 0.00 | HANDLING | 0.00 | | TOTAL: | 29,896.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| 8505 | | | | | | | | | | |

NO RETURNS WILL BE ACCEPTED WITHOUT OUR AUTHORIZED RMA # AFFIXED TO PACKAGE Continuing guaranty under the
Flammable Fabric Act and the Textile Products Indentification Act Filed with Federal Trade Commission.

Page  **1 of 1**

**Invoice**

# ZG APPAREL GROUP LLC

1450 BROADWAY FL 17
NEW YORK , NY 10018 USA
Tel : 646-930-1112          Fax:

Date : **08/10/18**

Invoice # **108866**

| | |
|---|---|
| FOB : | |

| Order #: | 08781007836 | | Ctrl # | 102613 |
|---|---|---|---|---|
| Dept # | 007 | | Pick # | 86129 |
| Vendor # | 00079669654 | | Slpn | 007 |
| Terms | 4% 30DAYS ROG | | Via | GILBERT EAST |
| Factor Appr | HOUSE | | Ctns | 182 |
| Duns # | 1000873026 | | Weight | 1470.56 |
| PRO # | | | B/L No. | 10318461 |

Ship To,                    Store: **8781**
**KMART RSC #8781**
NORTHEAST REGIONAL SPCIALTY DC
1475 NITTERHOUSE ROAD
CHAMBERSBURG , PA  17201

Bill To ,          Act #:  **SEARS**

**SEARS, ROEBUCK D CO**
P.O. BOX 660200
NATIONAL A/P CTR. TIPS PROCESS
DALLAS , TX  75266  USA

REMIT TO: ZG APPAREL GROUP LLC
1450 Broadway Ave. 17th Floor
New York, NY 10018

| STYLE | COLOR | | CUST STYLE | | LN | DESCRIPTION | QTY | EA | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| RB61620K | BUS  BUS | | 002291  634 | | 1 | 1PC ELBOW SLV DRESS | 1,456 | 17.00 | 24,752.00 |

| SML | MED | LRG | XL |
|---|---|---|---|
| 182 | 364 | 546 | 364 |

| QTY : | 1,456 | GROSS: | 24,752.00 | SHIPPING | 0.00 | HANDLING | 0.00 | | TOTAL: | 24,752.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| 8506 | | | | | | | | | | |

NO RETURNS WILL BE ACCEPTED WITHOUT OUR AUTHORIZED RMA # AFFIXED TO PACKAGE Continuing guaranty under the
Flammable Fabric Act and the Textile Products Indentification Act Filed with Federal Trade Commission.

Page  **1** of **1**

## Invoice

# ZG APPAREL GROUP LLC

1450 BROADWAY FL 17
NEW YORK , NY 10018 USA
Tel : 646-930-1112          Fax:

Date : **08/10/18**

FOB :

Invoice # **108867**

Ship To,                                      Store: **8781**
**KMART RSC #8781**
NORTHEAST REGIONAL SPCIALTY DC
1475 NITTERHOUSE ROAD
CHAMBERSBURG , PA 17201

| | |
|---|---|
| Order # | 08781007837 |
| Dept # | 007 |
| Vendor # | 00079669654 |
| Terms | 4% 30DAYS ROG |
| Factor Appr | HOUSE |
| Duns # | 1000873026 |
| PRO # | |

| | |
|---|---|
| Ctrl # | 102614 |
| Pick # | 86130 |
| Slpn | 007 |
| Via | GILBERT EAST |
| Ctns | 281 |
| Weight | 2248 |
| B/L No. | 10318461 |

Bill To ,                    Act #: **SEARS**

**SEARS, ROEBUCK D CO**
P.O. BOX 660200
NATIONAL A/P CTR. TIPS PROCESS
DALLAS , TX 75266 USA

REMIT TO: ZG APPAREL GROUP LLC
1450 Broadway Ave. 17th Floor
New York, NY 10018

| STYLE | COLOR | | CUST STYLE | LN | DESCRIPTION | QTY | EA | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| RB60756AK | BSL  BSL | | 008924  217 | 1 | 1PC SHORT SLV SHRUG | 960 | 11.00 | 10,560.00 |
| SML | MED | LRG | XL | | | | | |
| 120 | 240 | 360 | 240 | | | | | |
| RB60756AK | GYL  GYL | | 008926  113 | 2 | 1PC SHORT SLV SHRUG | 640 | 11.00 | 7,040.00 |
| SML | MED | LRG | XL | | | | | |
| 80 | 160 | 240 | 160 | | | | | |
| RB60756AK | NGL  NGL | | 008927  377 | 3 | 1PC SHORT SLV SHRUG | 648 | 11.00 | 7,128.00 |
| SML | MED | LRG | XL | | | | | |
| 81 | 162 | 243 | 162 | | | | | |

| QTY : | 2,248 | GROSS: | 24,728.00 | SHIPPING | 0.00 | HANDLING | 0.00 | | TOTAL: | 24,728.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| 8506 | | | | | | | | | | |

NO RETURNS WILL BE ACCEPTED WITHOUT OUR AUTHORIZED RMA # AFFIXED TO PACKAGE Continuing guaranty under the
Flammable Fabric Act and the Textile Products Indentification Act Filed with Federal Trade Commission.

Page **1** of **1**

**Invoice**

# ZG APPAREL GROUP LLC

1450 BROADWAY FL 17
NEW YORK , NY 10018 USA
Tel : 646-930-1112          Fax:

Date : **08/10/18**

Invoice # **108868**

FOB :

Ship To,                                   Store: **8781**
**KMART RSC #8781**
NORTHEAST REGIONAL SPCIALTY DC
1475 NITTERHOUSE ROAD
CHAMBERSBURG , PA 17201

| | |
|---|---|
| Order # | 08781007838 |
| Dept # | 007 |
| Vendor # | 00079669654 |
| Terms | 4% 30DAYS ROG |
| Factor Appr | HOUSE |
| Duns # | 1000873026 |

| | |
|---|---|
| Ctrl # | 102615 |
| Pick # | 86131 |
| Slpn | 007 |
| Via | GILBERT EAST |
| Ctns | 215 |
| Weight | 1720 |
| B/L No. | 10318461 |

Bill To ,          Act #: **SEARS**

**SEARS, ROEBUCK D CO**
P.O. BOX 660200
NATIONAL A/P CTR. TIPS PROCESS
DALLAS , TX 75266 USA

PRO #

REMIT TO: ZG APPAREL GROUP LLC
1450 Broadway Ave. 17th Floor
New York, NY 10018

| STYLE | COLOR | | CUST STYLE | | LN | DESCRIPTION | QTY | EA | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| RB61521K | BIE | BIE | 004375 | 535 | 1 | 1PC FLARE SLV DRESS | 624 | 18.00 | 11,232.00 |
| SML | MED | LRG | XL | | | | | | |
| 78 | 156 | 234 | 156 | | | | | | |
| RB61529K | NYO | NYO | 004301 | 055 | 2 | 1PC BELL SLV DRESS | 800 | 17.00 | 13,600.00 |
| SML | MED | LRG | XL | | | | | | |
| 100 | 200 | 300 | 200 | | | | | | |
| RB61582K | 799 | HTGNM | 004301 | 558 | 3 | 1PC EXTD SLV DRESS | 296 | 16.50 | 4,884.00 |
| SML | MED | LRG | XL | | | | | | |
| 37 | 74 | 111 | 74 | | | | | | |

| QTY : | 1,720 | GROSS: | 29,716.00 | SHIPPING | 0.00 | HANDLING | 0.00 | | TOTAL: | 29,716.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| 8506 | | | | | | | | | | |

NO RETURNS WILL BE ACCEPTED WITHOUT OUR AUTHORIZED RMA # AFFIXED TO PACKAGE Continuing guaranty under the
Flammable Fabric Act and the Textile Products Indentification Act Filed with Federal Trade Commission.

Page  **1** of **1**

# Invoice

## ZG APPAREL GROUP LLC

1450 BROADWAY FL 17
NEW YORK , NY 10018 USA
Tel : 646-930-1112        Fax:

Date : **09/12/18**

Invoice # **114410**

Ship To,                              Store: **8781**
**KMART RSC #8781**
NORTHEAST REGIONAL SPCIALTY DC
1475 NITTERHOUSE ROAD
CHAMBERSBURG , PA  17201

| FOB : | | | |
|---|---|---|---|
| Order #. | 08781009276 | Ctrl # | 107434 |
| Dept # | 007 | Pick # | 91509 |
| Vendor # | 00079669654 | Slpn | 007 |
| Terms | 4% 30DAYS ROG | Via | GILBERT EAST |
| Factor Appr | HOUSE | Ctns | 487 |
| Duns # | 1000873026 | Weight | 4169.36 |
| PRO # | | B/L No. | 10334641 |

Bill To ,                    Act #: **SEARS**
**SEARS, ROEBUCK D CO**
P.O. BOX 660200
NATIONAL A/P CTR. TIPS PROCESS
DALLAS , TX 75266 USA

REMIT TO: ZG APPAREL GROUP LLC
       1450 Broadway Ave. 17th Floor
       New York, NY 10018

| STYLE | COLOR | | CUST STYLE | | LN | DESCRIPTION | QTY | EA | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| RB60696K | R1B  R/B | | 001751  718 | | 1 | 1PC LONG SLV DRESS | 368 | 18.00 | 6,624.00 |
| SML | MED | LRG | XL | | | | | | |
| 46 | 92 | 138 | 92 | | | | | | |
| RB60737AK | HBN  HBN | | 001445  825 | | 2 | 1PC LONGSLV DRESS | 1,224 | 17.00 | 20,808.00 |
| SML | MED | LRG | XL | | | | | | |
| 153 | 306 | 459 | 306 | | | | | | |
| RB60826AK | GRY  GRY | | 001448  478 | | 3 | 1PC LONG SLV DRESS | 536 | 18.00 | 9,648.00 |
| SML | MED | LRG | XL | | | | | | |
| 67 | 134 | 201 | 134 | | | | | | |
| RB60848AK | BKG  BKG | | 001751  672 | | 4 | 1PC KNIT DRESS | 536 | 18.00 | 9,648.00 |
| SML | MED | LRG | XL | | | | | | |
| 67 | 134 | 201 | 134 | | | | | | |
| RB61754K | HBT  HBT | | 001446  429 | | 5 | 1PC 3/4 SLV DRESS | 1,232 | 17.00 | 20,944.00 |
| SML | MED | LRG | XL | | | | | | |
| 154 | 308 | 462 | 308 | | | | | | |

| QTY : | 3,896 | GROSS: | 67,672.00 | SHIPPING | 0.00 | HANDLING | 0.00 | | TOTAL: | 67,672.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| 8909 | | | | | | | | | | |

NO RETURNS WILL BE ACCEPTED WITHOUT OUR AUTHORIZED RMA # AFFIXED TO PACKAGE Continuing guaranty under the
Flammable Fabric Act and the Textile Products Indentification Act Filed with Federal Trade Commission.

Page  **1 of 1**

**Invoice**

# ZG APPAREL GROUP LLC

1450 BROADWAY FL 17
NEW YORK , NY 10018 USA
Tel : 646-930-1112          Fax:

**Date :** 09/12/18                                    Invoice # **114411**

FOB :

| | | | | |
|---|---|---|---|---|
| Order #: | 08780035316 | | Ctrl # | 107433 |
| Dept # | 007 | | Pick # | 91508 |
| Vendor # | 00079669654 | | Slpn | 007 |
| Terms | 4% 30DAYS ROG | | Via | GILBERT EAST |
| Factor Appr | HOUSE | | Ctns | 580 |
| Duns # | 1000873026 | | Weight | 4978.64 |
| PRO # | | | B/L No. | 10334640 |

Ship To,                                    Store: **8780**

**KMART RSC #8780**
WESTERN REGIONAL SPECIALTY DC
3100 MILLIKIN AVENUE
MIRA LOMA , CA 91752

Bill To ,                    Act #: **SEARS**

**SEARS, ROEBUCK D CO**
P.O. BOX 660200
NATIONAL A/P CTR. TIPS PROCESS
DALLAS , TX 75266 USA

REMIT TO: ZG APPAREL GROUP LLC
    1450 Broadway Ave. 17th Floor
    New York, NY 10018

| STYLE | COLOR | | CUST STYLE | | LN | DESCRIPTION | QTY | EA | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| RB60696K | R1B R/B | | 001751 718 | | 1 | 1PC LONG SLV DRESS | 432 | 18.00 | 7,776.00 |

| SML | MED | LRG | XL |
|---|---|---|---|
| 54 | 108 | 162 | 108 |

| STYLE | COLOR | | CUST STYLE | | LN | DESCRIPTION | QTY | EA | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| RB60737AK | HBN HBN | | 001751 825 | | 2 | 1PC LONGSLV DRESS | 1,440 | 17.00 | 24,480.00 |

| SML | MED | LRG | XL |
|---|---|---|---|
| 180 | 360 | 540 | 360 |

| STYLE | COLOR | | CUST STYLE | | LN | DESCRIPTION | QTY | EA | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| RB60826AK | GRY GRY | | 001448 478 | | 3 | 1PC LONG SLV DRESS | 664 | 18.00 | 11,952.00 |

| SML | MED | LRG | XL |
|---|---|---|---|
| 83 | 166 | 249 | 166 |

| STYLE | COLOR | | CUST STYLE | | LN | DESCRIPTION | QTY | EA | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| RB60848AK | BKG BKG | | 001751 672 | | 4 | 1PC KNIT DRESS | 664 | 18.00 | 11,952.00 |

| SML | MED | LRG | XL |
|---|---|---|---|
| 83 | 166 | 249 | 166 |

| STYLE | COLOR | | CUST STYLE | | LN | DESCRIPTION | QTY | EA | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| RB61754K | HBT HBT | | 001446 429 | | 5 | 1PC 3/4 SLV DRESS | 1,440 | 17.00 | 24,480.00 |

| SML | MED | LRG | XL |
|---|---|---|---|
| 180 | 360 | 540 | 360 |

| QTY : | 4,640 | GROSS: | 80,640.00 | SHIPPING | 0.00 | HANDLING | 0.00 | | TOTAL: | 80,640.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| 8910 | | | | | | | | | | |

NO RETURNS WILL BE ACCEPTED WITHOUT OUR AUTHORIZED RMA # AFFIXED TO PACKAGE Continuing guaranty under the
Flammable Fabric Act and the Textile Products Indentification Act Filed with Federal Trade Commission.

Page  **1** of **1**

**ZG APPAREL GROUP LLC**

**Open invoice's as of October 22, 2018**

**NewTerms 4% ROG 30Days**

| State | Invoice | Inv. Date | Po # | Amount | Paid | Balance | Due Date | Rec'd |
|---|---|---|---|---|---|---|---|---|
| PA | 108866 | 8/10/2018 | 8781007836 | $24,752.00 | $0.00 | $24,752.00 | 9/17/2017 | 8/16/2017 |
| PA | 108867 | 8/10/2018 | 8781007837 | $24,728.00 | $0.00 | $24,728.00 | 9/17/2017 | 8/16/2017 |
| PA | 108868 | 8/10/2018 | 8781007838 | $29,716.00 | $0.00 | $29,716.00 | 9/17/2017 | 8/16/2017 |
| CA | 108863 | 8/10/2018 | 8780033894 | $26,248.00 | $0.00 | $26,248.00 | 9/21/2018 | 8/22/2018 |
| CA | 108864 | 8/10/2018 | 8780033895 | $23,496.00 | $0.00 | $23,496.00 | 9/21/2018 | 8/22/2018 |
| CA | 108865 | 8/10/2018 | 8780033896 | $29,896.00 | $0.00 | $29,896.00 | 9/21/2018 | 8/23/2018 |
| PA | 114410 | 9/12/2018 | 8781009276 | $67,672.00 | $0.00 | $67,672.00 | 10/18/2018 | 9/18/2018 |
| CA | 114411 | 9/12/2018 | 8780035316 | $80,640.00 | $0.00 | $80,640.00 | 10/25/2018 | 9/26/2018 |
| | | | | $307,148.00 | $0.00 | $307,148.00 | | |