# EXHIBIT A

# STUDIO 1 DIV. of SHAZDEH FASHIONS
# 1450 Broadway Floor 17 New York NY 10018

## DEMAND FOR RECLAMATION

October 24, 2018

**VIA FEDERAL EXPRESS**

Sears Holding Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn:  Robert A. Riecker, CFO

**VIA FEDERAL EXPRESS**

Jacqueline Marcus, Esq.
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

>        *Re:    Studio 1 Div. of Shazdeh Fashions ("ST1") with*
>               *Sears, Roebuck and Co.(18-23537)*

Dear Sir/Madam:

Goods have been shipped to Sears Holding Corporation and/or one or more of your affiliates (collectively, the "Debtors'), including, but not limited to, Sears, Roebuck and Co. and/or Kmart Holding Corporation within 45 days before the date of the Chapter 11 filings on October 15, 2018 (the "Filing Date"), represented by the attached schedule.

Pursuant to Section 546(c)(1) of the Bankruptcy Code and Section 2-702 of the Uniform Commercial Code (as applicable and adopted in the State of New York, *N.Y.U.C.C. Law,* §2-702), ST1 hereby exercises all of its rights and remedies thereunder and demands reclamation of all product ("Product"), which is listed on the attached invoices as Exhibit "A" and detailed on Exhibit "B", also attached hereto.  Pursuant to Section 546(c)(1) and 2-702(2) of New York's Uniform Commercial Code, and by virtue of the Debtor's insolvency, this letter shall serve as a formal reclamation demand for the Product received by the Debtors from ST1 as set forth on the attached, except to the extent ZG has authorized the Debtors in writing post-petition to utilize specifically identifiable goods, subject to payment of same whether through an allowed claim under § 503(b)(9) of the Bankruptcy Code or otherwise.

The Product subject to this Demand for Reclamation is to be segregated and marked as property of ST1 and is not to be used or sold by the Debtors.  ST1 demands immediate access as

necessary in order to identify the Product subject to this Demand for Reclamation. Please contact the undersigned upon receipt of this Demand for Reclamation in order to arrange for the prompt return of the Product subject to this Demand for Reclamation. In the alternative, please arrange for the return of the Product within seven (7) days of the date of this Demand for Reclamation.

This Demand for Reclamation shall not constitute an election of remedies by ST1 nor a waiver of any rights, remedies or claims that ST1 holds under the applicable law (including, but not limited to, the United States Bankruptcy Code), orders of court or agreements with any party, all of which are expressly reserved by ST1.

This reclamation demand is made without prejudice to any other rights or remedies available to ST1, at law or in equity, including, but not limited to, ST1's right to an administrative expense claim under section 503(b)(9) of the Bankruptcy Code for all goods received by the Debtors within 20 days before the Petition Date.

I trust I will hear from you accordingly to discuss the details without having to resort to additional litigation. If I do not hear from you, I will have no alternative but to proceed to protect ST1's rights.

For Studio 1 Div. of Shazdeh Fashions

Richard Silverstein (COO)

**Invoice**

## STUDIO I DIV OF SHAZDEH FASHIONS

1450 BROADWAY FL 17
NEW YORK , NY 10018 2217 USA
Tel : 212-944-2510          Fax:

Date : **08/31/18**

Invoice # **367441**

Ship To,                    Store: **8780**
**KMART RSC #8780**
WESTERN REGIONAL SPECIALTY DC
3100 MILLIKIN AVENUE
MIRA LOMA , CA 91752 USA

| FOB : | | | |
|---|---|---|---|
| Order #: | 08780033886 | Ctrl # | 29448 |
| Dept # | 007 | Pick # | 35805 |
| Vendor # | 01000134171 | Slpn | GP1 |
| Terms | 4% 30DAYS ROG | Via | GILBERT EXPRESS |
| Factor Appr | MR.ZAR | Ctns | 273 |
| Duns # | 056831209 | Weight | 1882 |

Bill To ,                    Act #: **SE300**
**SEARS, ROEBUCK AND CO.**
P.O.BOX 660200
NATIONAL A/P CTR. TIPS PROCESS
DALLAS , TX 75266 USA

PRO #                    B/L No.  10108297
REMIT TO: SHAZDEH FASHIONS INC
1450 Broadway 17fl
New York, NY 10018

| STYLE | COLOR | | CUST STYLE | | LN | DESCRIPTION | | QTY | EA | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| 71683K | GMU GMU | | 008822  341 | | 1 | 1 PC 3/4 SLV DRESS | | 1,648 | 18.00 | 29,664.00 |

| 2 | 4 | 6 | 8 | 10 | 12 | 14 | 16 | 18 |
|---|---|---|---|---|---|---|---|---|
| | | 206 | 206 | 412 | 412 | 206 | 206 | |

| STYLE | COLOR | | CUST STYLE | | LN | DESCRIPTION | | QTY | EA | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| 71989K | BAQ BAQ | | 008822  822 | | 2 | 1PC 3/4 SLV DRESS | | 536 | 18.00 | 9,648.00 |

| XSM | SML | MED | LRG | XLG | XXL |
|---|---|---|---|---|---|
| | 67 | 134 | 201 | 134 | |

| QTY : 2,184 | GROSS: 39,312.00 | SHIPPING 0.00 | HANDLING 0.00 | TOTAL: 39,312.00 |
|---|---|---|---|---|
| 2839 | | | | |

NO RETURNS WILL BE ACCEPTED WITHOUT OUR AUTHORIZED RMA # AFFIXED TO PACKAGE Continuing guaranty under the
Flammable Fabric Act and the Textile Products Indentification Act Filed with Federal Trade Commission

Page  1 of 1

**Invoice**

## STUDIO I DIV OF SHAZDEH FASHIONS

1450 BROADWAY FL 17
NEW YORK , NY 10018 2217 USA
Tel : 212-944-2510          Fax:

Date : **08/31/18**

FOB :

Invoice # **367442**

| | | | |
|---|---|---|---|
| Order #: | 08781007829 | Ctrl # | 29451 |
| Dept # | 007 | Pick # | 35806 |
| Vendor # | 01000134171 | Slpn | GP1 |
| Terms | 4% 30DAYS ROG | Via | GILBERT EXPRESS |
| Factor Appr | MR.ZAR | Ctns | 278 |
| Duns # | 056831209 | Weight | 1927.04 |
| PRO # | | B/L No. | 10109017 |

Ship To,                                    Store: **8781**
**KMART RSC #8781**
NORTHEAST REGIONAL SPCIALTY DC
1475 NITTERHOUSE ROAD
CHAMBERSBURG , PA 17201  USA

Bill To ,                    Act #: **SE300**
**SEARS, ROEBUCK AND CO.**
P.O.BOX 660200
NATIONAL A/P CTR. TIPS PROCESS
DALLAS , TX 75266 USA

REMIT TO: SHAZDEH FASHIONS INC
1450 Broadway 17fl
New York, NY 10018

| STYLE | COLOR | | CUST STYLE | | LN | DESCRIPTION | | QTY | EA | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| 71683K | GMU GMU | | 008822  341 | | 1 | 1 PC 3/4 SLV DRESS | | 1,616 | 18.00 | 29,088.00 |

| 2 | 4 | 6 | 8 | 10 | 12 | 14 | 16 | 18 |
|---|---|---|---|---|---|---|---|---|
| | | 202 | 202 | 404 | 404 | 202 | 202 | |

| STYLE | COLOR | | CUST STYLE | | LN | DESCRIPTION | QTY | EA | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 71989K | BAQ BAQ | | 008822  822 | | 2 | 1PC 3/4 SLV DRESS | 608 | 18.00 | 10,944.00 |

| XSM | SML | MED | LRG | XLG | XXL |
|---|---|---|---|---|---|
| | 76 | 152 | 228 | 152 | |

| QTY : | GROSS: | | SHIPPING | | HANDLING | | | TOTAL: | |
|---|---|---|---|---|---|---|---|---|---|
| 2,224 | | 40,032.00 | | 0.00 | | 0.00 | | | 40,032.00 |
| 2840 | | | | | | | | | |

NO RETURNS WILL BE ACCEPTED WITHOUT OUR AUTHORIZED RMA # AFFIXED TO PACKAGE Continuing guaranty under the
Flammable Fabric Act and the Textile Products Indentification Act Filed with Federal Trade Commission

Page  **1 of 1**

**Invoice**

## STUDIO I DIV OF SHAZDEH FASHIONS

1450 BROADWAY FL 17
NEW YORK , NY 10018 2217 USA
Tel : 212-944-2510          Fax:

Date : **09/12/18**

Invoice # **368397**

FOB :

| | |
|---|---|
| Order #: | 08780035075 |
| Dept # | 007 |
| Vendor # | 01000134171 |
| Terms | 4% 30DAYS ROG |
| Factor Appr | MR.ZAR |
| Duns # | 056831209 |
| PRO # | |

| | |
|---|---|
| Ctrl # | 30046 |
| Pick # | 36124 |
| Slpn | GP1 |
| Via | GILBERT EXPRESS |
| Ctns | 389 |
| Weight | 3112 |
| B/L No. | 10110193 |

Ship To,                    Store: **8780**
**KMART RSC #8780**
WESTERN REGIONAL SPECIALTY DC
3100 MILLIKIN AVENUE
MIRA LOMA , CA 91752 USA

Bill To ,              Act #: **SE300**
**SEARS, ROEBUCK AND CO.**
P.O.BOX 660200
NATIONAL A/P CTR. TIPS PROCESS
DALLAS , TX 75266 USA

REMIT TO: SHAZDEH FASHIONS INC
1450 Broadway 17fl
New York, NY 10018

| STYLE | COLOR | | | CUST STYLE | | LN | DESCRIPTION | | QTY | EA | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 71890K | BIU | BIVP | | 008822 | 398 | 1 | 1 PC 3/4 SLV DRESS | | 1,504 | 18.00 | 27,072.00 |
| 2 | 4 | 6 | 8 | 10 | | | 12 | 14 | 16 | 18 | |
| | | 188 | 188 | 376 | | | 376 | 188 | 188 | | |
| 72069K | WIM | WIM | | 008812 | 794 | 2 | 1PC 3/4 SLV DRESS | | 1,608 | 18.00 | 28,944.00 |
| 2 | 4 | 6 | 8 | 10 | | | 12 | 14 | 16 | 18 | |
| | | 201 | 201 | 402 | | | 402 | 201 | 201 | | |

| QTY : | 3,112 | GROSS: | 56,016.00 | SHIPPING | 0.00 | HANDLING | 0.00 | | TOTAL: | 56,016.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2955 | | | | | | | | | | |

NO RETURNS WILL BE ACCEPTED WITHOUT OUR AUTHORIZED RMA # AFFIXED TO PACKAGE Continuing guaranty under the
Flammable Fabric Act and the Textile Products Indentification Act Filed with Federal Trade Commission

Page  **1 of 1**

**Invoice**

# STUDIO I DIV OF SHAZDEH FASHIONS

1450 BROADWAY FL 17
NEW YORK , NY 10018 2217 USA
Tel : 212-944-2510        Fax:

Ship To,                                Store:  **8781**
**KMART RSC #8781**
NORTHEAST REGIONAL SPCIALTY DC
1475 NITTERHOUSE ROAD
CHAMBERSBURG , PA 17201 USA

Bill To ,                        Act #: **SE300**
**SEARS, ROEBUCK AND CO.**
P.O.BOX 660200
NATIONAL A/P CTR. TIPS PROCESS
DALLAS , TX 75266 USA

Date :**09/12/18**                    Invoice #  **368398**

FOB :

| | | | |
|---|---|---|---|
| Order #: | 08781009040 | Ctrl # | 30047 |
| Dept # | 007 | Pick # | 36125 |
| Vendor # | 01000134171 | Slpn | GP1 |
| Terms | 4% 30DAYS ROG | Via | GILBERT EXPRESS |
| Factor Appr | MR.ZAR | Ctns | 403 |
| Duns # | 056831209 | Weight | 3224 |
| PRO # | | B/L No. | 10110195 |

REMIT TO: SHAZDEH FASHIONS INC
1450 Broadway 17fl
New York, NY 10018

| STYLE | COLOR | | CUST STYLE | | LN | DESCRIPTION | | QTY | EA | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| 71890K | BIU | BIVP | 008822 | 398 | 1 | 1 PC 3/4 SLV DRESS | | 1,568 | 18.00 | 28,224.00 |
| 2 | 4 | 6 | 8 | 10 | | 12 | 14 | 16 | 18 | |
| | | 196 | 196 | 392 | | 392 | 196 | 196 | | |
| 72069K | WIM | WIM | 008812 | 794 | 2 | 1PC 3/4 SLV DRESS | | 1,656 | 18.00 | 29,808.00 |
| 2 | 4 | 6 | 8 | 10 | | 12 | 14 | 16 | 18 | |
| | | 207 | 207 | 414 | | 414 | 207 | 207 | | |

| QTY : | 3,224 | GROSS: | 58,032.00 | SHIPPING | 0.00 | HANDLING | 0.00 | | TOTAL: | 58,032.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2956 | | | | | | | | | | |

NO RETURNS WILL BE ACCEPTED WITHOUT OUR AUTHORIZED RMA # AFFIXED TO PACKAGE Continuing guaranty under the
Flammable Fabric Act and the Textile Products Indentification Act Filed with Federal Trade Commission

Page  **1 of 1**

**Invoice**

# STUDIO I DIV OF SHAZDEH FASHIONS

1450 BROADWAY FL 17
NEW YORK , NY 10018 2217 USA
Tel : 212-944-2510          Fax:

Ship To,                                Store: **8780**
**KMART RSC #8780**
WESTERN REGIONAL SPECIALTY DC
3100 MILLIKIN AVENUE
MIRA LOMA , CA 91752 USA

Bill To ,                     Act #: **SE300**
**SEARS, ROEBUCK AND CO.**
P.O.BOX 660200
NATIONAL A/P CTR. TIPS PROCESS
DALLAS , TX 75266 USA

Date : **09/30/18**                     Invoice # **369012**
FOB :

| | | |
|---|---|---|
| Order #: | 08780037051 | Ctrl # | 31874 |
| Dept # | 007 | Pick # | 37781 |
| Vendor # | 01000134171 | Slpn | GP1 |
| Terms | 4% 30DAYS ROG | Via | GILBERT EXPRESS |
| Factor Appr | MR. ZAR | Ctns | 1165 |
| Duns # | 056831209 | Weight | 3250.56 |
| PRO # | | B/L No. | 10115799 |

REMIT TO: SHAZDEH FASHIONS INC
1450 Broadway 17fl
New York, NY 10018

| STYLE | COLOR | | CUST STYLE | LN | DESCRIPTION | | QTY | EA | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 71934K | BLI  BLIV | | 009936  674 | 1 | 1 PC 3/4 SLV DRESS | | 960 | 18.00 | 17,280.00 |
| 2 | 4 | 6 | 8 | 10 | 12 | 14 | 16 | 18 | |
| | | 120 | 120 | 240 | 240 | 120 | 120 | | |
| 96100K | BKI  BKIV | | 009934  057 | 2 | 1PC 3/4 SLV DRESS | | 640 | 17.50 | 11,200.00 |
| XSM | SML | MED | LRG | XLG | XXL | | | | |
| | 80 | 160 | 240 | 160 | | | | | |
| 96215K | IVY  IVY | | 009930  645 | 3 | 1 PC L/S DRESS | | 536 | 17.50 | 9,380.00 |
| XSM | SML | MED | LRG | XLG | XXL | | | | |
| | 67 | 134 | 201 | 134 | | | | | |
| 96215K | RG3  RUBY | | 009930  681 | 4 | 1 PC L/S DRESS | | 1,344 | 17.50 | 23,520.00 |
| XSM | SML | MED | LRG | XLG | XXL | | | | |
| | 168 | 336 | 504 | 336 | | | | | |
| 96224K | RED  RED | | 009934  170 | 5 | 1 PC 3/4 SLV DRESS | | 424 | 17.50 | 7,420.00 |
| XSM | SML | MED | LRG | XLG | XXL | | | | |
| | 53 | 106 | 159 | 106 | | | | | |
| 96228K | BIV  BIV | | 009930  758 | 6 | 1 PC L/S DRESS | | 1,344 | 17.50 | 23,520.00 |
| XSM | SML | MED | LRG | XLG | XXL | | | | |
| | 168 | 336 | 504 | 336 | | | | | |
| 96228K | HUB  HUB | | 009930  895 | 7 | 1 PC L/S DRESS | | 536 | 17.50 | 9,380.00 |
| XSM | SML | MED | LRG | XLG | XXL | | | | |
| | 67 | 134 | 201 | 134 | | | | | |
| 96239K | BD2  BIVW | | 009930  719 | 8 | 1 PC 3/4 SLV DRESS | | 424 | 17.00 | 7,208.00 |
| XSM | SML | MED | LRG | XLG | XXL | | | | |
| | 53 | 106 | 159 | 106 | | | | | |
| 96269K | BY2  BS | | 009934  086 | 9 | 1 PC | | 424 | 17.50 | 7,420.00 |
| XSM | SML | MED | LRG | XLG | XXL | | | | |
| | 53 | 106 | 159 | 106 | | | | | |

*Continued*

NO RETURNS WILL BE ACCEPTED WITHOUT OUR AUTHORIZED RMA # AFFIXED TO PACKAGE Continuing guaranty under the
Flammable Fabric Act and the Textile Products Indentification Act Filed with Federal Trade Commission

Page  **1** of **2**

**Invoice**

# STUDIO I DIV OF SHAZDEH FASHIONS

1450 BROADWAY FL 17
NEW YORK , NY 10018 2217 USA
Tel : 212-944-2510          Fax:

Date : **09/30/18**

Invoice # **369012**

| | |
|---|---|
| Order #: | 08780037051 |
| Dept # | 007 |
| Vendor # | 01000134171 |
| Terms | 4% 30DAYS ROG |
| Factor Appr | MR. ZAR |
| Duns # | |
| PRO # | |

| | |
|---|---|
| Ctrl # | 31874 |
| Pick # | 37781 |
| Slpn | GP1 |
| Via | GILBERT EXPRESS |
| Ctns | 1165 |
| Weight | 3250.56 |
| B/L No. | 10115799 |

Ship To,                    Store: **8780**
**KMART RSC #8780**
WESTERN REGIONAL SPECIALTY DC
3100 MILLIKIN AVENUE
MIRA LOMA , CA 91752 USA

Bill To ,                Act #: **SE300**
**SEARS, ROEBUCK AND CO.**
P.O.BOX 660200
NATIONAL A/P CTR. TIPS PROCESS
DALLAS , TX 75266 USA

REMIT TO: SHAZDEH FASHIONS INC
1450 Broadway 17fl
New York, NY 10018

| STYLE | COLOR | | CUST STYLE | | LN | DESCRIPTION | QTY | EA | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 96305K | BIW  BIWE | | 009929  550 | | 10 | 1PC 3/4 SLV DRESS | 1,344 | 15.50 | 20,832.00 |
| XSM | SML | MED | LRG | XLG | XXL | | | | |
| | 168 | 336 | 504 | 336 | | | | | |
| 96306K | IBD  IBBX | | 009939  247 | | 11 | 1PC 3/4 SLV DRESS | 1,344 | 15.00 | 20,160.00 |
| XSM | SML | MED | LRG | XLG | XXL | | | | |
| | 168 | 336 | 504 | 336 | | | | | |

| QTY : | 9,320 | GROSS: | 157,320.00 | SHIPPING | 0.00 | HANDLING | 0.00 | | TOTAL: | 157,320.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| 3082 | | | | | | | | | | |

NO RETURNS WILL BE ACCEPTED WITHOUT OUR AUTHORIZED RMA # AFFIXED TO PACKAGE Continuing guaranty under the
Flammable Fabric Act and the Textile Products Indentification Act Filed with Federal Trade Commission

Page **2** of **2**

**Invoice**

# STUDIO I DIV OF SHAZDEH FASHIONS

1450 BROADWAY FL 17
NEW YORK , NY 10018 2217 USA
Tel : 212-944-2510       Fax:

Ship To,
                                    Store: **8781**
**KMART RSC #8781**
NORTHEAST REGIONAL SPCIALTY DC
1475 NITTERHOUSE ROAD
CHAMBERSBURG , PA 17201  USA

Bill To ,                  Act #: **SE300**
**SEARS, ROEBUCK AND CO.**
P.O.BOX 660200
NATIONAL A/P CTR. TIPS PROCESS
DALLAS , TX 75266 USA

Date : **09/30/18**                    Invoice # **369067**
FOB :

| | | | | |
|---|---|---|---|---|
| Order #: | 08781011062 | | Ctrl # | 31875 |
| Dept #: | 007 | | Pick # | 37783 |
| Vendor # | 01000134171 | | Slpn | GP1 |
| Terms | 4% 30DAYS ROG | | Via | GILBERT EXPRESS |
| Factor Appr | MR.ZAR | | Ctns | 944 |
| Duns # | 056831209 | | Weight | 2641.44 |
| PRO # | | | B/L No. | 10116815 |

REMIT TO: SHAZDEH FASHIONS INC
1450 Broadway 17fl
New York, NY 10018

| STYLE | COLOR | | CUST STYLE | | LN | DESCRIPTION | | QTY | EA | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| 71934K | BLI | BLIV | 009936  674 | | 1 | 1 PC 3/4 SLV DRESS | | 824 | 18.00 | 14,832.00 |
| 2 | 4 | 6 | 8 | 10 | | 12 | 14 | 16 | 18 | |
| | | 103 | 103 | 206 | | 206 | 103 | 103 | | |
| 96100K | BKI | BKIV | 009934  057 | | 2 | 1PC 3/4 SLV DRESS | | 560 | 17.50 | 9,800.00 |
| XSM | SML | MED | LRG | XLG | | XXL | | | | |
| | 70 | 140 | 210 | 140 | | | | | | |
| 96215K | IVY | IVY | 009930  645 | | 3 | 1 PC L/S DRESS | | 368 | 17.50 | 6,440.00 |
| XSM | SML | MED | LRG | XLG | | XXL | | | | |
| | 46 | 92 | 138 | 92 | | | | | | |
| 96215K | RG3 | RUBY | 009930  681 | | 4 | 1 PC L/S DRESS | | 1,056 | 17.50 | 18,480.00 |
| XSM | SML | MED | LRG | XLG | | XXL | | | | |
| | 132 | 264 | 396 | 264 | | | | | | |
| 96224K | RED | RED | 009934  170 | | 5 | 1 PC 3/4 SLV DRESS | | 368 | 17.50 | 6,440.00 |
| XSM | SML | MED | LRG | XLG | | XXL | | | | |
| | 46 | 92 | 138 | 92 | | | | | | |
| 96228K | BIV | BIV | 009930  758 | | 6 | 1 PC L/S DRESS | | 1,056 | 17.50 | 18,480.00 |
| XSM | SML | MED | LRG | XLG | | XXL | | | | |
| | 132 | 264 | 396 | 264 | | | | | | |
| 96228K | HUB | HUB | 009930  895 | | 7 | 1 PC L/S DRESS | | 464 | 17.50 | 8,120.00 |
| XSM | SML | MED | LRG | XLG | | XXL | | | | |
| | 58 | 116 | 174 | 116 | | | | | | |
| 96239K | BD2 | BIVW | 009930  719 | | 8 | 1 PC 3/4 SLV DRESS | | 376 | 17.00 | 6,392.00 |
| XSM | SML | MED | LRG | XLG | | XXL | | | | |
| | 47 | 94 | 141 | 94 | | | | | | |
| 96269K | BY2 | BS | 009934  086 | | 9 | 1 PC | | 368 | 17.50 | 6,440.00 |
| XSM | SML | MED | LRG | XLG | | XXL | | | | |
| | 46 | 92 | 138 | 92 | | | | | | |

*Continued*

NO RETURNS WILL BE ACCEPTED WITHOUT OUR AUTHORIZED RMA # AFFIXED TO PACKAGE Continuing guaranty under the
Flammable Fabric Act and the Textile Products Indentification Act Filed with Federal Trade Commission

Page  **1** of **2**

## Invoice

# STUDIO I DIV OF SHAZDEH FASHIONS

1450 BROADWAY FL 17
NEW YORK , NY 10018 2217 USA
Tel : 212-944-2510          Fax:

Date : **09/30/18**

Invoice # **369067**

| Ship To, | Store: **8781** |
|---|---|
| **KMART RSC #8781** | |
| NORTHEAST REGIONAL SPCIALTY DC | |
| 1475 NITTERHOUSE ROAD | |
| CHAMBERSBURG , PA 17201  USA | |

| Order # | 08781011062 |
|---|---|
| Dept # | 007 |
| Vendor # | 01000134171 |
| Terms | 4% 30DAYS ROG |
| Factor Appr | MR.ZAR |
| Duns # | |

| Ctrl # | 31875 |
|---|---|
| Pick # | 37783 |
| Slpn | GP1 |
| Via | GILBERT EXPRESS |
| Ctns | 944 |
| Weight | 2641.44 |
| B/L No. | 10116815 |

| Bill To , | Act #: **SE300** |
|---|---|
| **SEARS, ROEBUCK AND CO.** | |
| P.O.BOX 660200 | |
| NATIONAL A/P CTR. TIPS PROCESS | |
| DALLAS , TX 75266 USA | |

PRO #

REMIT TO: SHAZDEH FASHIONS INC
1450 Broadway 17fl
New York, NY 10018

| STYLE | COLOR | | CUST STYLE | | LN | DESCRIPTION | QTY | EA | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 96305K | BIW  BIWE | | 009929   550 | | 10 | 1PC 3/4 SLV DRESS | 1,056 | 15.50 | 16,368.00 |
| XSM | SML | MED | LRG | XLG | XXL | | | | |
| | 132 | 264 | 396 | 264 | | | | | |
| 96306K | IBD  IBBX | | 009939   247 | | 11 | 1PC 3/4 SLV DRESS | 1,056 | 15.00 | 15,840.00 |
| XSM | SML | MED | LRG | XLG | XXL | | | | |
| | 132 | 264 | 396 | 264 | | | | | |

| QTY : | 7,552 | GROSS: | 127,632.00 | SHIPPING | 0.00 | HANDLING | 0.00 | | TOTAL: | 127,632.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| 3098 | | | | | | | | | | |

NO RETURNS WILL BE ACCEPTED WITHOUT OUR AUTHORIZED RMA # AFFIXED TO PACKAGE Continuing guaranty under the
Flammable Fabric Act and the Textile Products Indentification Act Filed with Federal Trade Commission

Page  **2 of 2**

**Studio - Sears**
**Open invoice's as of October 22, 2018**
**Terms: 4% 30 Days ROG**

| State | Invoice | Inv. Date | Po # | Amount | Paid | Balance | Due Date | Rec'd |
|-------|---------|-----------|------|--------|------|---------|----------|-------|
| CA | 367441 | 8/31/2018 | 8780033886 | $39,312.00 | $0.00 | $39,312.00 | 10/12/2018 | 9/17/2018 |
| PA | 367442 | 8/31/2018 | 8781007829 | $40,032.00 | $0.00 | $40,032.00 | 10/10/2018 | 9/11/2018 |
| CA | 368397 | 9/12/2018 | 8780035075 | $56,016.00 | $0.00 | $56,016.00 | 10/22/2018 | 9/27/2018 |
| PA | 368398 | 9/12/2018 | 8781009040 | $58,032.00 | $0.00 | $58,032.00 | 10/18/2018 | 9/18/2018 |
| CA | 369012 | 9/30/2018 | 8780037051 | $157,320.00 | $0.00 | $157,320.00 | | |
| PA | 369067 | 9/30/2018 | 8781011062 | $127,632.00 | $0.00 | $127,632.00 | | |
| | | | | $478,344.00 | $0.00 | $478,344.00 | | |