STITES & HARBISON, PLLC
401 Commerce Street, Suite 800
Nashville, Tennessee 37219
Telephone: (615) 782-2200
Facsimile: (615) 782-2371

*Attorneys for Whitmor, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 18-23538 (RDD)**<br><br>(**Jointly Administered**) |

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, Erika R. Barnes, request admission to practice, *pro hac vice*, before the Honorable Robert D. Drain, to represent Whitmor, Inc., a creditor in the above-captioned bankruptcy cases.

I certify that I am a member in good standing of the bar in the State of Tennessee and the bar of the U.S. District Court for the Middle District of Tennessee. My mailing address, email address, and contact information are listed below.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

October 30, 2018            Respectfully submitted

/s/ Erika R. Barnes
Erika R. Barnes
STITES & HARBISON PLLC
401 Commerce Street, Suite 800
Nashville, TN  37219
Telephone:  (615) 782-2252
Email:  ebarnes@stites.com

*Counsel for Whitmor, Inc.*

1305227:1:NASHVILLE