**WHITEFORD, TAYLOR & PRESTON LLC**
Stephen B. Gerald (DE No. 5857)
The Renaissance Centre, Suite 500
405 North King Street
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Email: sgerald@wtplaw.com

*Counsel to The J.M. Smucker Company,*
*Smucker Retail Foods Inc. and*
*Ainsworth Pet Nutrition LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | * | |
| **SEARS HOLDING CORPORATION,** *et al.,* | * | **Case No.: 18-23538-RDD** |
| | | **(Jointly administered)** |
| | * | |
| **Debtors.** | | **(Chapter 11)** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Stephen B. Gerald, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent The J.M. Smucker Company, Smucker Retail Foods Inc. and Ainsworth Pet Nutrition LLC, creditors and parties-in-interest in the above-captioned bankruptcy cases.

I certify that I am a member in good standing of the bar of the State of Delaware and the bar of the State of Maryland and admitted to practice before the United States District Court for the District of Delaware and United States District Court for the District of Maryland.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  October 30, 2018
Wilmington, Delaware

Respectfully,

/s/ Stephen B. Gerald
**WHITEFORD, TAYLOR & PRESTON LLC**
Stephen B. Gerald (DE No. 5857)
The Renaissance Centre, Suite 500
405 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 353-4144
Email:  sgerald@wtplaw.com

*Counsel to The J.M. Smucker Company, Smucker*
*Retail Foods Inc. and Ainsworth Pet Nutrition LLC*

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | * | |
| **SEARS HOLDING CORPORATION**, *et al.*, | * | **Case No.: 18-23538-RDD** |
| | | **(Jointly administered)** |
| | * | |
| **Debtors.** | | **(Chapter 11)** |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### <u>ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*</u>

Upon the motion of Stephen B. Gerald, to be admitted, *pro hac vice*, to represent The

J.M. Smucker Company, Smucker Retail Foods Inc. and Ainsworth Pet Nutrition LLC

("Clients"), creditors and parties-in-interest in the above referenced cases, and upon the movant's

certification that the movant is a member in good standing of the bar of the State of Delaware

and the bar of the State of Maryland and admitted to practice in the United States District Court

for the District of Delaware and the United States District Court for the District of Maryland; it is

hereby

**ORDERED**, that Stephen B. Gerald, Esq., is admitted to practice, *pro hac vice*, in the

above referenced cases to represent the Clients, in the United States Bankruptcy Court for the

Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York                    /s/_____
                                      Honorable Robert D. Drain
                                      UNITED STATES BANKRUPTCY JUDGE

10017099v2