# Exhibit 1

**MILLER GOLER FAEGES LAPINE LLP**
1301 EAST 9TH STREET, SUITE 2700
CLEVELAND, OHIO 44114-1835

October 22, 2018

TELEPHONE: (216) 696-3366
FAX: (216) 363-5835

### *VIA FEDEX AND E-MAIL*

| | |
|---|---|
| Sears Holdings Corporation<br>3333 Beverly Road<br>Hoffman Estates, IL 60179<br>Phone: (847) 286-2500 | Ray C. Schrock, Attorney<br>Jacqueline Marcus, Attorney<br>Garrett A. Fail, Attorney<br>Sunny Singh, Attorney<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Phone: (212) 310-8000<br>ray.schrock@weil.com<br>jacqueline.marcus@weil.com<br>garrett.fail@weil.com<br>sunny.singh@weil.com |

Re:   *In re Sears Holdings Corporation, et al., 18-23538 (RDD) (Bankr. S.D.N.Y.)*

Dear Sirs and Madams:

Our firm and the law firm of Dubeck & Miller represents Arca Industrial (NJ), Inc. ("Claimant"), a vendor and creditor in the above-captioned bankruptcy cases of Sears Holdings Corporation and its affiliates (collectively, the "Debtors").

Pursuant to 11 U.S.C. § 546(c) and Uniform Commercial Code § 2-702, Claimant hereby makes demands on the Debtors for the reclamation and return of all goods that were sold and shipped to the Debtors by Claimant where such goods were received by the Debtors within forty-five (45) days preceding the commencement of the Debtors' bankruptcy cases filed on October 15, 2018 (the "Reclamation Period"), other than goods delivered post-petition that were ordered pre-petition that will be paid for by Debtors as an administrative expense and which Debtors have agreed to pay in the ordinary course as provided in the Court's "Interim Order Authorizing Debtors to … Confirm Administrative Expense Priority for Prepetition Orders Delivered to The Debtors Postpetition, and Satisfy Such Obligations in The Ordinary Course of Business" (Docket No. 115) or that are paid as an administrative expense under 11 U.S.C. § 503(b)(9).

During the Reclamation Period, Claimant sold and delivered goods to Sears, Kmart and other Debtors on credit having an agreed price and reasonable value totaling at least $86,460.75 resulting in a Reclamation Claim in the same amount (the "Prepetition Invoiced Goods"). All

MILLER GOLER FAEGES LAPINE LLP

Sears Holdings Corporation
Ray C. Schrock, Esq.
Jacqueline Marcus, Esq.
Garrett A. Fail, Esq.
Sunny Singh, Esq.
October 22, 2018
Page 2

relevant details concerning this amount, the nature of the goods being reclaimed, and the date when the reclaimed goods were delivered, are provided on the attached spreadsheet.

The Prepetition Invoiced Goods were sold and delivered by Claimant in the ordinary course of Claimant's business. And, they were received by the Debtors while Debtors were insolvent, which insolvency is evidenced, in whole or in part, by the Debtors' filing of Petitions for Relief under Chapter 11 of the United States Code, 11 U.S.C. §101, *et seq.* (the "Bankruptcy Code") on October 15, 2018.

Claimant has a statutory and/or common law right of reclamation for the Prepetition Invoiced Goods, demands that all goods subject to Claimant's reclamation rights, including goods received during the Reclamation Period but not referenced herein, be segregated and protected by Debtors from any other goods in Debtors' possession and that you provide an immediate accounting of all such goods on-hand and their present location(s). Such goods shall not be used for any purpose whatsoever except those specifically authorized by the Bankruptcy Court following notice and a hearing thereon.

Claimant makes this demand for reclamation without prejudice to all other rights and remedies available to it, at law or in equity, including, but not limited to, its right to an allowed administrative expense claim under 11 U.S.C. § 503(b)(9) or any other provision of the Bankruptcy Code and/or its right to amend and supplement this demand and to serve and file additional demands or claims.

Please forward all communications concerning the matters discussed herein to my office as counsel for Claimant. Should you have any questions, please do not hesitate to contact me.

Sincerely,

MILLER GOLER FAEGES LAPINE LLP

Jay R. Faeges

Attach.

cc:   Deborah J. Michelson, Esq. (*via e-mail*)
      David A. Kunselman, Esq. (*via e-mail*)
      Mark D. Miller, Esq. (*via e-mail*)

| No. | Delivery Date | Customer PO | Description | # of Pairs | Amount |
|---|---|---|---|---|---|
| [Redacted] | | | | | |