McGlinchey Stafford, PLLC
Rudy J. Cerone, Esq.
12th Floor, 601 Poydras Street
New Orleans, Louisiana  70130
Telephone:  (504) 596-2786
Facsimile: (504) 910-9362

*Attorney for*
*Automotive Rentals, Inc. and ARI Fleet LT*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **IN RE:** | * | **CHAPTER 11** |
| | * | |
| **SEARS HOLDINGS CORPORATION,** *et al.* | * | **CASE NO. 18-23538 (RDD)** |
| | * | |
| **Debtor,** | * | **Jointly Administered** |
| | * | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Automotive

Rentals, Inc. and ARI Fleet LT ("**ARI**"), a creditor and party in interest in the above-captioned

bankruptcy case, which requests that all notices given or required to be given, and all papers served

or required to be served, in this case pursuant to, among other things, the United States Bankruptcy

Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), be given to and served on:

Rudy J. Cerone, Esq.
McGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone: (504) 596-2786
Facsimile: (504) 910-9362
rcerone@mcglinchey.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and

papers referred to in the Bankruptcy Rules, including, without limitation, those Rules specified

above, but also includes, without limitation, any plan and objections thereto, notices of any orders,

1

pleadings, motions, applications, complaints, demands, hearings, answers, responses, memoranda and/or briefs in support of the foregoing, any other documents brought before the Court with respect to those pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, e-mail or otherwise, which: (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, including, without limitation, ARI, with respect to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor and/or ARI may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct of ARI.

PLEASE TAKE FURTHER NOTICE that ARI intends that this Notice of Appearance, and any later appearance, pleading, claim or suit, shall not waive: (1) the right of ARI to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) the right of ARI to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) the right of ARI to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and/or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which ARI is or may be entitled under any agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments ARI expressly hereby reserves and preserves in this case.

Respectfully submitted, this 31st day of October, 2018.

MCGLINCHEY STAFFORD, PLLC

/s/ Rudy J. Cerone
Rudy J. Cerone (#14137)
12th Floor, 601 Poydras Street
New Orleans, Louisiana  70130
Telephone:  (504) 596-2786
Facsimile: (504) 910-9362

Attorney for
Automotive Rentals, Inc. and ARI Fleet LT

## CERTIFICATE OF SERVICE

I certify that on October 31, 2018, a copy of this notice was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system.

/s/ Rudy J. Cerone
Rudy J. Cerone

3