**WHITEFORD, TAYLOR & PRESTON LLC**
Stephen B. Gerald (*pro hac vice* admission pending)
The Renaissance Centre, Suite 500
405 North King Street
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Email: sgerald@wtplaw.com

*Counsel to The J.M. Smucker Company,*
*Smucker Retail Food Inc. and*
*Ainsworth Pet Nutrition LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | * | |
| **SEARS HOLDING CORPORATION,** *et al.*, | * | **Case No.: 18-23538-RDD** (Jointly administered) |
| | * | |
| **Debtors.** | | **(Chapter 11)** |
| | * | |

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

**NOTICE OF RECLAMATION DEMAND OF**
**AINSWORTH PET NUTRITION LLC**

PLEASE TAKE NOTICE that, by and through its undersigned counsel, Ainsworth Pet Nutrition LLC ("APN") hereby files this notice of delivery of a written demand, pursuant to §§ 503 and 546 of title 11 of the United States Code, and applicable non-bankruptcy law on the above-captioned debtors and debtors-in-possession (the "Debtors") to reclaim certain assets (the "Goods") that are subject to reclamation. The Goods were sold in the ordinary course of APN's business and delivered on credit terms to, and received by, the Debtors during the 45 days prior to the filing of the Debtors' bankruptcy petitions. APN believes that the Debtors were insolvent at the time they received delivery of the Goods. APN attaches as **Exhibit A** and incorporates by reference herein, a copy of its formal reclamation demand letter delivered to the

2

Debtors on October 31, 2018.  APN hereby reserves all other rights and interests with respect to the Goods.

| | |
|---|---|
| Date:  October 31, 2018 | /s/ Stephen B. Gerald<br>Stephen B. Gerald (*pro hac vice* admission pending)<br>Whiteford, Taylor & Preston LLC<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, Delaware 19801-3700<br>Telephone: (302) 357-3282<br>Email:  sgerald@wtplaw.com<br><br>*Attorneys for Ainsworth Pet Nutrition LLC* |