**<u>EXHIBIT A</u>**

# WHITEFORD, TAYLOR & PRESTON LLC

THE RENAISSANCE CENTRE, SUITE 500
405 NORTH KING STREET
WILMINGTON, DE 19801-3700

MAIN TELEPHONE (302) 353-4144
FACSIMILE (302) 661-7950

STEPHEN B. GERALD
DIRECT LINE (302) 357-3282
DIRECT FAX (410) 223-4178
SGerald@wtplaw.com

DELAWARE*
DISTRICT OF COLUMBIA
KENTUCKY
MARYLAND
MICHIGAN
NEW YORK
PENNSYLVANIA
VIRGINIA

WWW.WTPLAW.COM
(800) 987-8705

October 31, 2018

**VIA FEDERAL EXPRESS AND EMAIL**
Ray C. Schrock, P.C. (ray.schrock@weil.com)
Jacqueline Marcus (jacqueline.marcus@weil.com)
Garrett A. Fail (garrett.fail@weil.com)
Sunny Singh (sunny.singh@weil.com)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

**VIA FEDERAL EXPRESS**
Sears Holdings Corporation
Kmart Corporation
3333 Beverly Road
Hoffman Estates, Illinois 60179
Attention: General Counsel

Re:    **In re Sears Holdings Corporation,** *et al.* **(Case No. 19-25638 (RDD))
Reclamation Demand of The J.M. Smucker Company
and Smucker Retail Foods, Inc.**

Dear Sirs and Madam:

This firm represents The J.M. Smucker Company and Smucker Retail Foods, Inc. (together, "Smucker") with respect to amounts due and owing from one or more of the above referenced-debtors (the "Debtors") to Smucker.

During the forty-five days prior to the filing of the Debtors' chapter 11 petitions (the "Reclamation Period"), Smucker sold, and the Debtors received from Smucker, in the ordinary course of the parties' respective businesses, certain goods, including the goods relating to the invoices identified on the ledger attached hereto as **Exhibit A**. Copies of the respective invoices are attached hereto as **Exhibit B**. The value of the outstanding invoices related to goods received by the Debtors during the Reclamation Period is $84,579.84.

Pursuant to 11 U.S.C. § 546(c)(1) and applicable non-bankruptcy law, Smucker hereby demands reclamation of the goods received by the Debtors from Smucker during the Reclamation Period, as identified herein. Additional documentation in support of this reclamation demand will be made available upon request.

Further, Smucker demands an accounting and inventory from the Debtors of all the goods subject to reclamation by Smucker and that all such goods be segregated from other goods in the Debtors' possession. Please forward the accounting and inventory to my attention.

---

*Whiteford, Taylor & Preston LLC is a limited liability company. Our offices outside of Delaware operate under a separate Maryland limited liability partnership, Whiteford, Taylor & Preston L.L.P.*

October 31, 2018
Page 2

      Smucker reserves the right to amend or supplement its reclamation demand or to make additional demands or claims at law or in equity, including, but not limited to, an administrative expense claim under 11 U.S.C. § 503(b)(9), or any other provision of the Bankruptcy Code.

      Very truly yours,

Stephen B. Gerald

# EXHIBIT A

| Invoice No. | PO No. | Invoice Date | Invoice Amount | Date of Receipt |
|---|---|---|---|---|
| 70185087 | 8275305211 | 9/21/2018 | 40,983.18 | 9/24/2018 |
| 70185088 | 8292262147 | 9/21/2018 | 21,979.20 | 9/24/2018 |
| 70185054 | 8292261340 | 9/21/2018 | 21,617.46 | 9/24/2018 |
| | | **TOTAL** | **84,579.84** | |

# EXHIBIT B



SMUCKER RETAIL FOODS, INC
CORPORATE OFFICES
ORRVILLE, OHIO 44667
Phone (330) 684-3000

**INVOICE**

| Invoice Number | Invoice Date |
|---|---|
| 70185087 | 09/21/18 |
| Terms of Sale | |
| 2/15 NET 16 | |
| Customer P.O. | |
| 08275305211 | |
| Requested Del. Date | Order Date |
| 09/24/18 | 09/05/18 |

SOLD TO:

KMART MANAGEMENT CORP
ATTN: TEAM 42
4849 GREENVILLE AVE.
SUITE 1100
DALLAS    TX  75206-4166

SHIPPED TO:

BIG K/K-MART DIST.CTR.#8275
MORRIVILLE DIST CENTER
1 KRESGE RD. PENN WARNER
FAIRLESS HILLS PA  19030

REMIT TO:          Page  1        of  1

THE J.M. SMUCKER COMPANY
39198 TREASURY CENTER
CHICAGO    IL  60694-9100

IF THESE GOODS ARE EXPORTED FROM THE UNITED STATES, THE EXPORTER IS REQUIRED TO COMPLY WITH ALL UNITED STATES GOVERNMENT EXPORT REGULATIONS. DIVERSION CONTRARY TO UNITED STATES LAW IS PROHIBITED.

| CUSTOMER NO | SHIPPED FROM | SHIPPED VIA | SHIPDATE | F.O.B. | DSM | SHIPMENT METHOD |
|---|---|---|---|---|---|---|
| 2015301 | 702 DSC - AL | NEW ENGLAND MOTOR FR | 09/20/18 | FOB DESTINATION | 91150 | TRUCK |

| ORDERED | SHIPPED | DESCRIPTION | | | BROKER | UNIT PRICE | DEDUCTION/ CHARGE | NET PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 120 | 2550020300 | FOLGERS | FG 5.08OZ CLS RST 18KCUP 4CT | 9012200 | 39.48 | | 39.48 | 4737.60 |
| 14 | 14 | 2550020529 | FOLGERS | FG 25.4OZ CAF GR BRKFST BLEND | 9012200 | 49.86 | | 49.86 | 698.04 |
| 336 | 336 | 2550020421 | FOLGERS | FG 30.5 OZ CAF GR CLS RST | 9012200 | 52.80 | | 52.80 | 17740.80 |
| 20 | 20 | 5150005711 | SMUCKER | SM 20 OZ SQUEEZE GRAPE JELLY | 9012200 | 21.96 | | 21.96 | 439.20 |
| 224 | 224 | 2550020165 | FOLGERS | FG 11.3OZ CAF CLS RST CAN 6CT | 9012200 | 20.28 | | 20.28 | 4542.72 |
| 75 | 75 | 2550081121 | FOLGERS | FG 3OZ 12/19CT CAF SINGLES REG | 9012200 | 42.48 | | 42.48 | 3186.00 |
| 20 | 20 | 2550020629 | FOLGERS | FG 8OZ CAF INSTANT 6CT | 9012200 | 28.32 | | 28.32 | 566.40 |
| 63 | 63 | 7447101720 | BUSTELO | BS 10 OZ BRICK | 9012200 | 76.32 | | 76.32 | 4808.16 |
| 91 | 91 | 2550000288 | FOLGERS | FG 23OZ DECAF GR SMPLY SMTH | 9012200 | 46.86 | | 46.86 | 4264.26 |

| UNITS ORDERED | UNITS SHIPPED | BILLWEIGHT | SHIP WEIGHT | INVOICE GROSS | SALES DEDUCTION | FREIGHT | NET AMOUNT | INV.TOTAL | |
|---|---|---|---|---|---|---|---|---|---|
| 963 | 963 | 09000 | 9098.6 | 40983.18 | | | 40983.18 | | 40983.18 |

CASH DISCOUNT ALLOWED ONLY IF PAYMENT IS RECEIVED WITHIN PERIOD SPECIFIED. OTHER DEDUCTIONS ARE NOT ALLOWED UNLESS AGREED TO IN WRITING BY US. ALL CLAIMS MUST BE MADE WITHIN 10 DAYS OF RECEIPT OF GOODS AND SUPPORTED BY NECESSARY DOCUMENTATION. PRICING OR ALLOWANCE CLAIMS MUST BE MADE WITHIN ONE YEAR FROM INVOICE DATE.  THIS INVOICE BECOMES IMMEDIATELY DUE AND PAYABLE IN EVENT OF INSOLVENCY OF BUYER OR BREACH OF PAYMENT TERMS OR OTHER AGREEMENT TERMS AND CONDITIONS.

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499E(C)).  THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.



SMUCKER RETAIL FOODS, INC
CORPORATE OFFICES
ORRVILLE, OHIO 44667
Phone (330) 684-3000

**INVOICE**

| Invoice Number | Invoice Date |
|---|---|
| 70185088 | 09/21/18 |
| Terms of Sale | |
| 2/15 NET 16 | |
| Customer P.O. | |
| 08292262147 | |
| Requested Del. Date | Order Date |
| 09/24/18 | 09/05/18 |

**SOLD TO:**

KMART MANAGEMENT CORP
ATTN: TEAM 42
4849 GREENVILLE AVE.
SUITE 1100
DALLAS    TX  75206-4166

**SHIPPED TO:**

BIG K/K-MART DIST.CTR. #8292
OCALA DISTRIBUTION CENTER
655 SOUTHWEST 52ND AVE.
OCALA      FL  34474

REMIT TO:          Page  1          of  1

THE J.M. SMUCKER COMPANY
39198 TREASURY CENTER
CHICAGO    IL  60694-9100

IF THESE GOODS ARE EXPORTED FROM THE UNITED STATES, THE EXPORTER IS REQUIRED TO COMPLY WITH ALL UNITED STATES GOVERNMENT EXPORT REGULATIONS. DIVERSION CONTRARY TO UNITED STATES LAW IS PROHIBITED.

| CUSTOMER NO | SHIPPED FROM | SHIPPED VIA | SHIPDATE | F.O.B. | | DSM | SHIPMENT METHOD |
|---|---|---|---|---|---|---|---|
| 2015311 | 703 DSC - FA | OLD DOMINION | 09/20/18 | FOB DESTINATION | | 91150 | TRUCK |

| ORDERED | SHIPPED | DESCRIPTION | | BROKER | UNIT PRICE | DEDUCTION/CHARGE | NET PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 273 | 273 | 2550020421 | FOLGERS | FG 30.5 OZ CAF GR CLS RST | 9012200 | 52.80 | 52.80 | 14414.40 |
| 20 | 20 | 7447111500 | BUSTELO | BS 6.67OZ ESPRESSO 18KCUP 4CT | 9012200 | 39.48 | 39.48 | 789.60 |
| 30 | 30 | 2550081121 | FOLGERS | FG 3OZ 12/19CT CAF SINGLES REG | 9012200 | 42.48 | 42.48 | 1274.40 |
| 45 | 45 | 7447101720 | BUSTELO | BS 10 OZ BRICK | 9012200 | 76.32 | 76.32 | 3434.40 |
| 56 | 56 | 8133400047 | DUNKIN DONUTS | DD 12 OZ CAF GR FRENCH VANILLA | 9012200 | 36.90 | 36.90 | 2066.40 |

| UNITS ORDERED | UNITS SHIPPED | BILLWEIGHT | SHIP WEIGHT | INVOICE GROSS | SALES DEDUCTION | FREIGHT | NET AMOUNT | | INV.TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 424 | 424 | 04000 | 4979.7 | 21979.20 | | | 21979.20 | | 21979.20 |

CASH DISCOUNT ALLOWED ONLY IF PAYMENT IS RECEIVED WITHIN PERIOD SPECIFIED.   OTHER DEDUCTIONS ARE NOT ALLOWED UNLESS AGREED TO IN WRITING BY US.   ALL CLAIMS MUST BE MADE WITHIN 10 DAYS OF RECEIPT OF GOODS AND SUPPORTED BY NECESSARY DOCUMENTATION.  PRICING OR ALLOWANCE CLAIMS MUST BE MADE WITHIN ONE YEAR FROM INVOICE DATE.   THIS INVOICE BECOMES IMMEDIATELY DUE AND PAYABLE IN EVENT OF INSOLVENCY OF BUYER OR BREACH OF PAYMENT TERMS OR OTHER AGREEMENT TERMS AND CONDITIONS.

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499E(C)).  THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.



**INVOICE**

SMUCKER RETAIL FOODS, INC
CORPORATE OFFICES
ORRVILLE, OHIO 44667
Phone (330) 684-3000

| Invoice Number | Invoice Date |
|---|---|
| 70185054 | 09/21/18 |
| Terms of Sale | |
| 2/15 NET 16 | |
| Customer P.O. | |
| 08292261340 | |
| Requested Del. Date | Order Date |
| 09/24/18 | 08/30/18 |

SOLD TO:

KMART MANAGEMENT CORP
ATTN: TEAM 42
4849 GREENVILLE AVE.
SUITE 1100
DALLAS     TX  75206-4166

SHIPPED TO:

BIG K/K-MART DIST.CTR. #8292
OCALA DISTRIBUTION CENTER
655 SOUTHWEST 52ND AVE.
OCALA     FL  34474

REMIT TO:          Page         of  1

THE J.M. SMUCKER COMPANY
39198 TREASURY CENTER
CHICAGO     IL  60694-9100

IF THESE GOODS ARE EXPORTED FROM THE UNITED STATES, THE EXPORTER IS REQUIRED TO COMPLY WITH ALL UNITED STATES GOVERNMENT EXPORT REGULATIONS.  DIVERSION CONTRARY TO UNITED STATES LAW IS PROHIBITED.

| CUSTOMER NO | SHIPPED FROM | SHIPPED VIA | SHIPDATE | F.O.B. | DSM | SHIPMENT METHOD |
|---|---|---|---|---|---|---|
| 2015311 | 703 DSC - FA | OLD DOMINION | 09/20/18 | FOB DESTINATION | 91150 | TRUCK |

| ORDERED | SHIPPED | DESCRIPTION | | BROKER | UNIT PRICE | DEDUCTION/CHARGE | NET PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 20 | 20 | 2550020300 | FOLGERS    FG 5.08OZ CLS RST 18KCUP 4CT | 9012200 | 39.48 | | 39.48 | 789.60 |
| 252 | 252 | 2550020421 | FOLGERS    FG 30.5 OZ CAF GR CLS RST | 9012200 | 52.80 | | 52.80 | 13305.60 |
| 40 | 40 | 5150005711 | SMUCKER    SM 20 OZ SQUEEZE GRAPE JELLY | 9012200 | 21.96 | . | 21.96 | 878.40 |
| 112 | 112 | 2550020165 | FOLGERS    FG 11.3OZ CAF CLS RST CAN 6CT | 9012200 | 20.28 | | 20.28 | 2271.36 |
| 60 | 60 | 2550020629 | FOLGERS    FG 8OZ CAF INSTANT 6CT | 9012200 | 28.32 | | 28.32 | 1699.20 |
| 35 | 35 | 2550000288 | FOLGERS    FG 23OZ DECAF GR SMPLY SMTH | 9012200 | 46.86 | | 46.86 | 1640.10 |
| 28 | 28 | 8133400046 | DUNKIN DONUTS    DD 12 OZ CAF GR ORIGINAL BLEND | 9012200 | 36.90 | | 36.90 | 1033.20 |

| UNITS ORDERED | UNITS SHIPPED | BILLWEIGHT | SHIP WEIGHT | INVOICE GROSS | SALES DEDUCTION | FREIGHT | NET AMOUNT | | |
|---|---|---|---|---|---|---|---|---|---|
| 547 | 547 | 05000 | 5587.3 | 21617.46 | | | 21617.46 | INV.TOTAL | 21617.46 |

CASH DISCOUNT ALLOWED ONLY IF PAYMENT IS RECEIVED WITHIN PERIOD SPECIFIED.   OTHER DEDUCTIONS ARE NOT ALLOWED UNLESS AGREED TO IN WRITING BY US.   ALL CLAIMS MUST BE MADE WITHIN 10 DAYS OF RECEIPT OF GOODS AND SUPPORTED BY NECESSARY DOCUMENTATION. PRICING OR ALLOWANCE CLAIMS MUST BE MADE WITHIN ONE YEAR FROM INVOICE DATE.   THIS INVOICE BECOMES IMMEDIATELY DUE AND PAYABLE IN EVENT OF INSOLVENCY OF BUYER OR BREACH OF PAYMENT TERMS OR OTHER AGREEMENT TERMS AND CONDITIONS.

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499E(C)).  THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.