**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall
Philip E. Strok
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:     (714) 445-1000
Facsimile:     (714) 445-1002

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned case on behalf of Paco (China) Garment Ltd. ("Appearing Party"), pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and requests that all notices given or required to be given in the above-captioned cases and all papers served in the above-captioned cases (including, but not limited to, all papers filed and served in all adversary proceedings, contested matters and other proceedings, and all notices mailed only to parties in interest who filed with the Court a request that all notices be mailed to them) be given to and served upon the undersigned.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, fax, email or otherwise, that affect, or may potentially affect, the debtors or the property of the debtors.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the attorney identified in this notice be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that the attorney identified in this notice consents to email service.

**PLEASE TAKE FURTHER NOTICE** that the Appearing Party does not, by filing this *Notice of Appearance and Request for Service of Papers* or any later appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court, or intend to waive any rights, including, without limitation, (i) the right to have a final order in non-core or *Stern* matters entered only by a District Judge; (ii) the right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the

Appearing Party is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

DATED: October 30, 2018                        SMILEY WANG-EKVALL, LLP


By:   */s/ Philip E. Strok*
     Philip E. Strok
     SMILEY WANG-EKVALL, LLP
     3200 Park Center Drive, Suite 250
     Costa Mesa, California 92626
     Telephone:  (714) 445-1000
     Facsimile:   (714) 445-1002
     Email:  *pstrok@swelawfirm.com*
     Attorneys for Paco (China) Garment Ltd.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:

SEARS HOLDINGS COPORATION, *et al.*,         Chapter 11
                                             Case No. 18-23538 (RDD)
                    Debtor,
-------------------------------------------------------------------x

# CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2018, the **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**, was filed on behalf of Paco (China) Garment Ltd., and was served through the Court's ECF system and, together with the Notice of Electronic Filing, by U.S. Mail on the attorneys and parties on the attached Service List. A Judge's copy of the filed document was served by U.S. Mail.

                                   /s/ Gabriela Gomez-Cruz
                                   GABRIELA GOMEZ-CRUZ

1

# SERVICE LIST

## Electronic Mail Notice List

- James Gadsden    bankruptcy@clm.com
- Paul D. Leake    wendy.lamanna@skadden.com;andrea.chouprouta@skadden.com
- Jacqueline Marcus    jacqueline.marcus@weil.com, jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com
- Sean A. O'Neal    soneal@cgsh.com, maofiling@cgsh.com
- Eric R. Wilson DWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

## Service Via First Class Mail

Hon. Judge Robert D. Drain
US Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

*U.S. Trustee*
United States Trustee
Office of the United States
Trustee for Region 2
(Attn: Paul Schwarzberg, Esq.)
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Sears Holdings
Corporation
333 Beverly Road
Hoffman Estates, IL 60179
*Debtor*

Ira S. Dizengoff
AKIN, GUMP, STRAUSS,
HAUER & FELD, LLP
One Bryant Park
New York, NY 10036
*Attorneys for the Creditor Committee*

Adam M. Adler
PRIME CLERK LLC
830 Third Avenue
9th Floor
New York, NY 10022
*Claims and Noticing Agent*

Ray C. Schrock
Jacqueline Marcus
Sunny Singh
Garret A. Fail
WEIL, GOTSHAL &
MANGES LLP
767 Fifth Avenue
New York, NY 10153
*Attorneys for the Debtor*

Paul D. Leake
Shana A. Elberg
George R. Howard
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP
4 Times Square
New York, NY 10036
*Attorneys for Bank of America, N.A.*

Eli J. Vonnegut
Marshall S. Huebner
DAVIS POLK &
WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
*Attorneys for Citibank, N.A.*

Eric R. Wilson
Benjamin D Feder
T. Charlie Liu
KELLEY DRYE &
WARREN, LLP
101 Park Avenue
New York, NY 10178
*Attorneys for Computershare Trust Company, N.A.*

Wilmington Trust, National
ASSOCIATION,
CORPORATE CAPITAL
MARKETS
50 South Sixth Street
Suite 1290
Minneapolis, MN 55402
(Attn: Sears Holdings Corp.
Administrator)

Brian A. Raynor
LOCKE LORD, LLP
111 South Wacker Drive
Chicago, IL 60606
*Attorneys for the Pension Benefit Guaranty Corporation*