**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall
Philip E. Strok
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:     (714) 445-1000
Facsimile:     (714) 445-1002

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.,* | Case No. 18-23538 (RDD) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF RECLAMATION DEMAND OF

## PACO (CHINA) GARMENT LTD.

**PLEASE TAKE NOTICE** that Paco (China) Garment Ltd. ("Claimant"), by and

through its undersigned counsel, hereby files this notice of the delivery of a written demand letter

dated October 26, 2018, pursuant to 11 U.S.C. § 546(c), 11 U.C.C. § 2-702, and applicable non-

bankruptcy law, on the above-captioned debtors and debtors-in-possession (the "Debtors") to

reclaim certain goods (the "Goods") which were sold by Claimant to the Debtors in the ordinary

course of business, and which were received by the Debtors during the 45 days prior to the filing

of the Debtors' chapter 11 bankruptcy cases.  Claimant incorporates herein by reference a copy of

its formal reclamation demand letter attached as Exhibit 1, which has been delivered to the

2769315.1

Debtors and counsel by overnight mail and electronic mail.  The value of the Goods at issue is not less than $2,131,184.88.

**PLEASE TAKE FURTHER NOTICE** that Claimant reserves all of its rights with respect to the Goods, including, without limitation, (i) its right to be paid in the ordinary course of business as a post-petition creditor of the Debtors to the extent the Goods were delivered to the Debtors on or after October 15, 2018; (ii) its right to assert a 20-day administrative priority claim pursuant to 11 U.S.C. § 503(b)(9); (iii) its right to assert a "new value" defense to any preference demand pursuant to 11 U.S.C. § 547(c)(4); (iv) its right to demand payment of any portion of these invoices as a "cure" payment in connection with the Debtors' assumption of any executory contract, if any, pursuant to 11 U.S.C. § 365; (v) its right to seek payment of its prepetition invoices from any non-debtor parties that are co-obligors; (vi) its right to file additional demands or claims, including, without limitation, a proof of claim; and/or (vii) its right to assert any other rights under applicable law.  By filing this notice, Claimant does not consent to the entry of final orders of the bankruptcy court on non-core issues and claims, and does not waive any jurisdictional defenses and Claimant reserves its rights to amend this Notice.


DATED:  October 30, 2018                    SMILEY WANG-EKVALL, LLP


                                            By:____*/s/ Philip E. Strok*_____
                                                Philip E. Strok
                                                SMILEY WANG-EKVALL, LLP
                                                3200 Park Center Drive, Suite 250
                                                Costa Mesa, California 92626
                                                Telephone:  (714) 445-1000
                                                Facsimile:  (714) 445-1002
                                                Email:  *pstrok@swelawfirm.com*

# EXHIBIT "1"

# SMILEY | WANG-EKVALL

Insolvency. Real Estate. Business Litigation.

Kyra E. Andrassy

Timothy W. Evanston

Kraig C. Kilger

Robert S. Marticello

Sharon Oh-Kubisch

Michael L. Simon

Evan D. Smiley
(1966 - 2017)

Philip E. Strok

Lei Lei Wang Ekvall

October 26, 2018

**VIA FEDEX AND EMAIL**

Ray C. Schrock, P.C. (*ray.schrock@weil.com*)
Jacqueline Marcus (*jacqueline.marcus@weil.com*)
Garrett A. Fail (*garrett.fail@weil.com*)
Sunny Singh (*sunny.singh@weil.com*)
WEIL GOTSHAL & MANGES, LLP
767 5th Avenue
New York, New York 10153

**VIA FEDEX**

SEARS HOLDINGS CORPORATION
3333 Beverly Road
Hoffman Estates, Illinois 60179

**Re:**    ***In re Sears Holding Corporation, et al.***
U.S. Bankruptcy Case No. 18-23538 (RDD) (S.D.N.Y.)

Dear Sirs and Madam:

Our firm represents Paco (China) Garment Ltd. ("Claimant"), a creditor in the above-captioned bankruptcy cases of Sears Holdings Corporation and its affiliates (collectively, the "Debtors").

Pursuant to Uniform Commercial Code § 2-702 and 11 U.S.C. § 546(c), Claimant hereby makes demands on the Debtors for the reclamation and return of all goods that were shipped to the Debtors by Claimant, where such goods were received by the Debtors within forty-five (45) days preceding the commencement of the Debtors' bankruptcy cases filed on October 15, 2018 (the "Reclamation Period").

During the Reclamation Period, Claimant delivered goods to the Debtors having an agreed price and reasonable value totaling $2,131,184.88 resulting in a Reclamation Claim in the same amount. All relevant details concerning this amount are provided on the attached summary and invoices.

3200 Park Center Drive, Suite 250
Costa Mesa, California 92626

Tel  714 445-1000
Fax 714 445-1002    www.swelawfirm.com

2769322.1



October 26, 2018
Page 2

Claimant demands that all goods subject to Claimant's reclamation rights, including goods received during the Reclamation Period but not referenced herein, be segregated and protected by you from any other goods in your possession and that you provide an immediate accounting of all such goods on hand and their present location(s). Such goods shall not be used for any purpose whatsoever except those specifically authorized by the Bankruptcy Court following notice and a hearing thereon.

Claimant makes this demand for reclamation without prejudice to all other rights and remedies available to it, at law or in equity, including, but not limited to, its right to an allowed administrative expense claim under 11 U.S.C. §503(b)(9) or any other provision of the Bankruptcy Code and/or its right to amend and supplement this demand and to serve and file additional demands or claims.

Please forward all communications concerning the matters discussed herein to my office as counsel for Claimant. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

SMILEY WANG-EKVALL, LLP

Philip E. Strok

# SUMMARY OF PAYMENT INVOICE LIST

**Debtor：Sears Holdings Corporation 18-23538**
**Creditor: PACO(CHINA) Garment Ltd.**

| Invoice no. | Invoice to | Amount (FOB Qingdao China Original) |
|---|---|---|
| 201821263672 | SEARS ROEBUCK & CO. | US$175,090.29 |
| 201821201069 | SEARS ROEBUCK & CO. | US$44,322.00 |
| 201821200413 | SEARS ROEBUCK & CO. | US$29,378.04 |
| 201821200570 | SEARS ROEBUCK & CO. | US$23,945.46 |
| 201821391426 | SEARS ROEBUCK & CO. | US$373,695.60 |
| 201821392109 | SEARS ROEBUCK & CO. | US$309,651.30 |
| 201821453566 | SEARS ROEBUCK & CO. | US$11,560.36 |
| 201821453705 | SEARS ROEBUCK & CO. | US$9,445.66 |
| 201821624351 | SEARS ROEBUCK & CO. | US$145,758.56 |
| 201821678279 | SEARS ROEBUCK & CO. | US$28,668.00 |
| 201821679515 | SEARS ROEBUCK & CO. | US$90,473.04 |
| 201821782622 | SEARS ROEBUCK & CO. | US$31,092.60 |
| 201821782834 | SEARS ROEBUCK & CO. | US$60,235.80 |
| 201821783042 | SEARS ROEBUCK & CO. | US$13,532.40 |
| 201821783322 | SEARS ROEBUCK & CO. | US$58,438.80 |
| 201821869177 | SEARS ROEBUCK & CO. | US$115,924.80 |
| 201821869724 | SEARS ROEBUCK & CO. | US$94,883.40 |
| 201821869822 | SEARS ROEBUCK & CO. | US$5,344.44 |
| 201821869910 | SEARS ROEBUCK & CO. | US$4,344.48 |
| 201821263361 | KMART CORPORATION | US$36,417.86 |
| 201821377085 | KMART CORPORATION | US$199,934.70 |
| 201821389603 | KMART CORPORATION | US$215,478.35 |
| 201821625062 | KMART CORPORATION | US$13,241.68 |
| 201821623651 | KMART CORPORATION | US$16,921.71 |
| 201821782517 | KMART CORPORATION | US$6,200.70 |
| 201821782953 | KMART CORPORATION | US$6,731.10 |
| 201821868732 | KMART CORPORATION | US$4,998.00 |
| 201821869316 | KMART CORPORATION | US$5,475.75 |
| **Total Amount：** | | **US$2,131,184.88** |

# COMMERCIAL INVOICE

**DATE:** August 20, 2018

**INVOICE NO.:** 201821263672

9927
PACO (CHINA) GARMENT LTD
BUILDING B, NO 9 YUEYANG ROAD
QINGDAO
SHANDONG
China
266000

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

BODY LENGTH FROM HIGHER SHOULDER POINT TO CROTCH
Shell: 100% nylon 380T
Lining: 100% polyester 210T taffeta
ACRYLIC COATING, 600MM COATING, PASS RAIN TESTING
Filler: 100% polyester down like, 210g
HANGER: KMSR018, COST $0.13/PC
MADE IN CHINA

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1849 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9927 |
| **VENDOR ITEM CODE** | MF8RC31362YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 634, RNONE |

**FACTORY NO.**    104543

WENSHANG PACO GARMENT LTD

GUODAO WEST ZHENGFU ZHUDI 105 NAN

ZHAN TN WENSHANG XIAN

JINING

SHANDONG

China

**FTY MID NO.**    CNWENPAC105JIN

**PAYMENT TERM**    Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**    OPEN ACCOUNT

**LC#**    NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 1,472 | 1,472 | ASSORTMENTS | 175,090.29  USD |

TOTAL US DOLLARS ONE HUNDRED SEVENTY-FIVE THOUSAND NINETY DOLLARS AND TWENTY-NINE CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| PACO (CHINA) GARMENT LTD |
|---|
| EMPLOYEE NAME |
| EMPLOYEE TITLE |

# COMMERCIAL INVOICE

Page 6 of 6

**DATE:** August 22, 2018

**INVOICE NO.:** 201821201069

9927
PACO (CHINA) GARMENT LTD
BUILDING B, NO 9 YUEYANG ROAD
QINGDAO
SHANDONG

China
266000

**TO:**  SEARS ROEBUCK & CO.

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Shanghai, China          **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:**  Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1811 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9927 |
| **VENDOR ITEM CODE** | MF8SS31744BM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 634, RNONE |

**FACTORY NO.**  104543

WENSHANG PACO GARMENT LTD

GUODAO WEST ZHENGFU ZHUDI 105 NAN

ZHAN TN WENSHANG XIAN

JINING

SHANDONG

China

**FTY MID NO.**  CNWENPAC105JIN

**PAYMENT TERM**  Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**  OPEN ACCOUNT

**LC#**  NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 733 | 733 | ASSORTMENTS | 44,322.00  USD |

**TOTAL US DOLLARS FORTY-FOUR THOUSAND THREE HUNDRED TWENTY-TWO DOLLARS AND ZERO CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

| PACO (CHINA) GARMENT LTD |
|---|
| EMPLOYEE NAME _____ |
| EMPLOYEE TITLE _____ |

# COMMERCIAL INVOICE

Page 5 of 5

**DATE:** August 29, 2018

**INVOICE NO.:** 201821200413

9927
PACO (CHINA) GARMENT LTD
BUILDING B, NO 9 YUEYANG ROAD
QINGDAO
SHANDONG
China
266000

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China        **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 590 | 590 | ASSORTMENTS | 29,378.04   USD |

**TOTAL US DOLLARS TWENTY-NINE THOUSAND THREE HUNDRED SEVENTY-EIGHT DOLLARS AND FOUR CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

| |
|---|
| **PACO (CHINA) GARMENT LTD** |
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

# COMMERCIAL INVOICE

Page 5 of 5

**DATE:** August 29, 2018

**INVOICE NO.:** 201821200570

9927
PACO (CHINA) GARMENT LTD
BUILDING B, NO 9 YUEYANG ROAD
QINGDAO
SHANDONG
China
266000

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China          **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 481 | 481 | ASSORTMENTS | 23,945.46  USD |

**TOTAL US DOLLARS TWENTY-THREE THOUSAND NINE HUNDRED FORTY-FIVE DOLLARS AND FORTY-SIX CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

| PACO (CHINA) GARMENT LTD |
|---|
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

# COMMERCIAL INVOICE

**DATE:** August 14, 2018

**INVOICE NO.:** 201821391426

9927
PACO (CHINA) GARMENT LTD
BUILDING B, NO 9 YUEYANG ROAD
QINGDAO
SHANDONG

China
266000

**TO:** SEARS ROEBUCK & CO.

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SV1590 | DIANA LONG BLACK ONYX | | 127 | 127 | 144.000 USD | 18,288.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 580096330535 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 617 |
| **SEARS ITEM/SKU** | 23104/ |

STYLE#WF8SS24052MI DIANA LONG PUFFER JACKET
FABRICATION:100% POLYESTER IMITATION MEMORY,
LINING :100% POLYESTER 210T, 600MM COATING, PASS RAIN TEST.
FILLER: 100% POLYESTER down like
length of this style is around leg, long sleeves with rib cuff
pkt with zipper at waist, detachable fur trim with button
and hidden hood with metal zipper  at collar,
metal snap at front facing, elastic cord with toggle and eyelet at waist
CARE LABEL: U22791U-CL +U22784U-CL (remove COO +SIZE from U22784U-CL)
HANGTAG: S22109SS-HT-I
HANGER: KMSRO18, COST US $0.130/PC
SIZER: CROWN SIZER

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1590 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9927 |
| **VENDOR ITEM CODE** | WF8SS24052MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 635 |

**FACTORY NO.**          104543

WENSHANG PACO GARMENT LTD

GUODAO WEST ZHENGFU ZHUDI 105 NAN

ZHAN TN WENSHANG XIAN

JINING

SHANDONG

China

**FTY MID NO.**          CNWENPAC105JIN

**PAYMENT TERM**          Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**          OPEN ACCOUNT

**LC#**          NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 3,628 | 3,628 | ASSORTMENTS | 373,695.60  USD |

TOTAL US DOLLARS THREE HUNDRED SEVENTY-THREE THOUSAND SIX HUNDRED NINETY-FIVE DOLLARS AND SIXTY CENTS
ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 25 of 26

**DATE:** August 27, 2018

**INVOICE NO.:** 201821392109

9927
PACO (CHINA) GARMENT LTD
BUILDING B, NO 9 YUEYANG ROAD
QINGDAO
SHANDONG
China
266000

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| SEARS | SV1590 | DIANA LONG BLACK ONYX | 103 | 103 | 144.000 USD | 14,832.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 580096330535 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 617 |
| **SEARS ITEM/SKU** | 23104/ |

STYLE#WF8SS24052MI DIANA LONG PUFFER JACKET
FABRICATION:100% POLYESTER IMITATION MEMORY,
LINING :100% POLYESTER 210T, 600MM COATING, PASS RAIN TEST.
FILLER: 100% POLYESTER down like
length of this style is around leg, long sleeves with rib cuff
pkt with zipper at waist, detachable fur trim with button
and hidden hood with metal zipper  at collar,
metal snap at front facing, elastic cord with toggle and eyelet at waist
CARE LABEL: U22791U-CL +U22784U-CL (remove COO +SIZE from U22784U-CL)
HANGTAG: S22109SS-HT-I
HANGER: KMSRO18, COST US $0.130/PC
SIZER: CROWN SIZER

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1590 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9927 |
| **VENDOR ITEM CODE** | WF8SS24052MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 635, RNONE |

**FACTORY NO.** 104543

WENSHANG PACO GARMENT LTD

GUODAO WEST ZHENGFU ZHUDI 105 NAN

ZHAN TN WENSHANG XIAN

JINING

SHANDONG

China

**FTY MID NO.** CNWENPAC105JIN

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 2.990 | 2.990 | ASSORTMENTS | 309,651.30  USD |

**TOTAL US DOLLARS THREE HUNDRED NINE THOUSAND SIX HUNDRED FIFTY-ONE DOLLARS AND THIRTY CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 3 of 4

**DATE:** September 03, 2018

**INVOICE NO.:** 201821453566

9927
PACO (CHINA) GARMENT LTD
BUILDING B, NO 9 YUEYANG ROAD
QINGDAO
SHANDONG

China
266000

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SV1808 | COACHES JA BLUE DEPTHS | 6 | 6 | 70.490 USD | 422.94 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| ITEM: | 460060541836 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 25521/ |

MF8RC31318YM:
MENS WOVEN COACHES JACKET
BODY, SLEEVES  WITH LINING
NO FILLER
TWO SIDE POCKETS WITHOUT ZIPPER OR SNAP OR VELCRO, POSITION BELOW WAIST
CENTER FRONT CLOSED WITH SNAP
SLEEVE HEM WITH ELATIC BAND
HEM WITH DRAW CORD , EYELET
FABRICATION:    SHELL :100% POLYESTER 300T TAFFETA, ACRYLIC COATING
600MM COATING, PASS RAIN TESTING
Lining 1 : 65% polyester 35%cotton jersey
Lining 2 :100% polyester 210T taffeta
HANGER: KMSRO18 ,COST $0.13/PC
MADE IN CHINA

| CONTRACT NO. | SV1808 | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9927 |
| VENDOR ITEM CODE | MF8RC31318YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 634 |

| FACTORY NO. | 104543 |
|---|---|
| WENSHANG PACO GARMENT LTD | |
| GUODAO WEST ZHENGFU ZHUDI 105 NAN | |
| ZHAN TN WENSHANG XIAN | |
| JINING | |
| SHANDONG | |
| China | |
| FTY MID NO. | CNWENPAC105JIN |

| PAYMENT TERM | Open Acct |
|---|---|
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |
| LC# | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 164 | 164 | ASSORTMENTS | 11,560.36 USD |

TOTAL US DOLLARS ELEVEN THOUSAND FIVE HUNDRED SIXTY DOLLARS AND THIRTY-SIX CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 3 of 4
**DATE:** September 03, 2018
**INVOICE NO.:** 201821453705

9927
PACO (CHINA) GARMENT LTD
BUILDING B, NO 9 YUEYANG ROAD
QINGDAO
SHANDONG
China
266000

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SV1808 | COACHES JA BLUE DEPTHS | 5 | 5 | 70.490 USD | 352.45 USD |
|-------|--------|------------------------|---|---|------------|------------|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 460060541836 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25521/ |

MF8RC31318YM:
MENS WOVEN COACHES JACKET
BODY, SLEEVES  WITH LINING
NO FILLER
TWO SIDE POCKETS WITHOUT ZIPPER OR SNAP OR VELCRO, POSITION BELOW WAIST
CENTER FRONT CLOSED WITH SNAP
SLEEVE HEM WITH ELATIC BAND
HEM WITH DRAW CORD , EYELET
FABRICATION:    SHELL :100% POLYESTER 300T TAFFETA, ACRYLIC COATING
600MM COATING, PASS RAIN TESTING
Lining 1 : 65% polyester 35%cotton jersey
Lining 2 :100% polyester 210T taffeta
HANGER: KMSRO18 ,COST $0.13/PC
MADE IN CHINA

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1808 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9927 |
| **VENDOR ITEM CODE** | MF8RC31318YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 634, RNONE |

**FACTORY NO.** 104543
WENSHANG PACO GARMENT LTD
GUODAO WEST ZHENGFU ZHUDI 105 NAN
ZHAN TN WENSHANG XIAN
JINING
SHANDONG
China
**FTY MID NO.** CNWENPAC105JIN

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 134 | 134 | ASSORTMENTS | 9,445.66 USD |

**TOTAL US DOLLARS NINE THOUSAND FOUR HUNDRED FORTY-FIVE DOLLARS AND SIXTY-SIX CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821624351

9927
PACO (CHINA) GARMENT LTD
BUILDING B, NO 9 YUEYANG ROAD
QINGDAO
SHANDONG

China
266000

**TO:** SEARS ROEBUCK & CO.

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1851 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9927 |
| **VENDOR ITEM CODE** | MF8OL31404MM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, RNONE |

**FACTORY NO.** 104543

WENSHANG PACO GARMENT LTD

GUODAO WEST ZHENGFU ZHUDI 105 NAN

ZHAN TN WENSHANG XIAN

JINING

SHANDONG

China

**FTY MID NO.** CNWENPAC105JIN

**PAYMENT TERM** Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER** OPEN ACCOUNT

**LC#** NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 1,475 | 1,475 | ASSORTMENTS | 145,758.56   USD |

TOTAL US DOLLARS ONE HUNDRED FORTY-FIVE THOUSAND SEVEN HUNDRED FIFTY-EIGHT DOLLARS AND FIFTY-SIX CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| PACO (CHINA) GARMENT LTD |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

# COMMERCIAL INVOICE

Page 7 of 8

**DATE:** September 10, 2018

**INVOICE NO.:** 201821678279

9927
PACO (CHINA) GARMENT LTD
BUILDING B, NO 9 YUEYANG ROAD
QINGDAO
SHANDONG

China
266000

**TO:**   SEARS ROEBUCK & CO.

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SV1595 | PUFFER VES SEDONA SAGE | 21 | 21 | 78.000 USD | 1,638.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 580101488419 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 617 |
| **SEARS ITEM/SKU** | 23128/ |

WF8LS24025MI
PUFFER VEST
FABRICATION :85% polyester, 15% nylon
LINING: 100% polyester 210T taffeta, cire
FILLER: 100% polyester flat padding
Quilting shell at whole body, lower pocket at waist with snap
MAIN LABEL : S21370LS-ES
CARE LABEL& SIZE LABEL: U22790U-CL (should use the same color as main label)
+ U22784U-CL (remove COO + SIZE from U22784U-CL)
HANGTAG: S21058U-HT-I
SIZER: CROWN SIZER
HANGER: KMSRO18  HANGER COST: $0.130
MADE IN CHINA

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1595 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9927 |
| **VENDOR ITEM CODE** | WF8LS24025MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 659, RNONE |
| **FACTORY NO.** | 104543 | | |

WENSHANG PACO GARMENT LTD

GUODAO WEST ZHENGFU ZHUDI 105 NAN

ZHAN TN WENSHANG XIAN

JINING

SHANDONG

China

**FTY MID NO.**    CNWENPAC105JIN

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 362 | 362 | ASSORTMENTS | 28,668.00 USD |

**TOTAL US DOLLARS TWENTY-EIGHT THOUSAND SIX HUNDRED SIXTY-EIGHT DOLLARS AND ZERO CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

# COMMERCIAL INVOICE

Page 25 of 25

**DATE:** September 10, 2018

**INVOICE NO.:** 201821679515

9927
PACO (CHINA) GARMENT LTD
BUILDING B, NO 9 YUEYANG ROAD
QINGDAO
SHANDONG

China
266000

**TO:**  SEARS ROEBUCK & CO.

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Qingdao, China     **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 843 | 843 | ASSORTMENTS | 90,473.04   USD |

**TOTAL US DOLLARS NINETY THOUSAND FOUR HUNDRED SEVENTY-THREE DOLLARS AND FOUR CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

PACO (CHINA) GARMENT LTD

EMPLOYEE NAME

EMPLOYEE TITLE

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** September 11, 2018

**INVOICE NO.:** 201821782622

9927
PACO (CHINA) GARMENT LTD
BUILDING B, NO 9 YUEYANG ROAD
QINGDAO
SHANDONG

China
266000

**TO:**   SEARS ROEBUCK & CO.

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

SLEEVE CUFF WITH RIB
CENTER FRONT CLOSED WITH ZIPPER AND SNAP ON PLACKET
FABRICATION: 100% POLYESTER 50D IMITATION MEMORY
LINING:100% POLYESTER 210T TAFFETA, ACRYLIC COATING
600MM COATING, PASS RAIN TESTING. DTM SHELL
MAIN LABEL : S22106SS-SC
CARE LABEL: U22791U-CL +U22784U-CL
HANGTAG: S22109SS-HT-I
SIZE: CROWN SIZER
HANGER: KMSR018, COST $0.13/PC
MADE IN CHINA

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1576 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9927 |
| **VENDOR ITEM CODE** | WF8SS23006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 635, RNONE |

**FACTORY NO.**   104543

WENSHANG PACO GARMENT LTD

GUODAO WEST ZHENGFU ZHUDI 105 NAN

ZHAN TN WENSHANG XIAN

JINING

SHANDONG

China

**FTY MID NO.**   CNWENPAC105JIN

**PAYMENT TERM**   Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**   OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 301 | 301 | ASSORTMENTS | 31,092.60   USD |

**TOTAL US DOLLARS THIRTY-ONE THOUSAND NINETY-TWO DOLLARS AND SIXTY CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

| PACO (CHINA) GARMENT LTD |
|---|
| EMPLOYEE NAME |
| EMPLOYEE TITLE |

# COMMERCIAL INVOICE

Page 5 of 5

**DATE:** September 11, 2018

**INVOICE NO.:** 201821782834

9927
PACO (CHINA) GARMENT LTD
BUILDING B, NO 9 YUEYANG ROAD
QINGDAO
SHANDONG

China
266000

**TO:**  SEARS ROEBUCK & CO.

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1583 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9927 |
| **VENDOR ITEM CODE** | WF8SS24007MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 635, RNONE |

**FACTORY NO.**  104543

WENSHANG PACO GARMENT LTD

GUODAO WEST ZHENGFU ZHUDI 105 NAN

ZHAN TN WENSHANG XIAN

JINING

SHANDONG

China

**FTY MID NO.**  CNWENPAC105JIN

**PAYMENT TERM**  Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**  OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 669 | 669 | ASSORTMENTS | 60,235.80  USD |

TOTAL US DOLLARS SIXTY THOUSAND TWO HUNDRED THIRTY-FIVE DOLLARS AND EIGHTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| PACO (CHINA) GARMENT LTD |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

# COMMERCIAL INVOICE

Page 1 of 2

**DATE:** September 11, 2018

**INVOICE NO.:** 201821783042

9927
PACO (CHINA) GARMENT LTD
BUILDING B, NO 9 YUEYANG ROAD
QINGDAO
SHANDONG

China
266000

**TO:**   SEARS ROEBUCK & CO.

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| **SEARS** | SV1574 | DOGWALKER BLACK ONYX | 126 | 126 | 107.400  USD | 13,532.40  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 570096408018 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| **SEARS DIV** | 617 | | | | | |
| **SEARS ITEM/SKU** | 23118/ | | | | | |

WF8SS23007PL
WOMEN DOGWALKER LONGER PUFFER JACKET
BODY, SLEEVES AND HOOD WITH LINING
PADDING ON BODY, SLEEVES, HOOD
TWO SIDE POCKETS WITHOUT ZIPPER OR SNAP OR VELCRO, POSITION BELOW WAIST
DETACHABLE FAUX FUR WITH ZIPPER ON HOOD OPENING, HOOD FIXED ON COLLAR
BODY LENGTH FROM HIGHER SHOULDER POINT TO KNEE
SLEEVE CUFF WITH RIB
CENTER FRONT CLOSED WITH ZIPPER
ELASTIC WAISTBAND ON WAIST
FABRICATION:  100% NYLON 380T TAFFETA
LINING: 100% POLYESTER 210T TAFFETA, ACRYLIC COATING
600MM COATING, PASS RAIN TESTING. DTM SHELL
FILLER: 100% POLYESTER DOWN LIKE
MAIN LABEL: S22106SS-SC
CARE LABEL: U22791U-CL +
U22784U-CL
HANGTAG: S22109SS-HT-I
SIZE: CROWN SIZER
HANGER: KMSR018, COST $0.13/PC
MADE IN CHINA

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1574 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9927 |
| **VENDOR ITEM CODE** | WF8SS23007PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 635, RNONE |

**FACTORY NO.**   104543

WENSHANG PACO GARMENT LTD

GUODAO WEST ZHENGFU ZHUDI 105 NAN

ZHAN TN WENSHANG XIAN

JINING

SHANDONG

China

**FTY MID NO.**   CNWENPAC105JIN

**PAYMENT TERM**   Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**   OPEN ACCOUNT

| | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|---|
| **TOTAL INVOICE** | | 126 | 126 | ASSORTMENTS | 13,532.40  USD |

**TOTAL US DOLLARS THIRTEEN THOUSAND FIVE HUNDRED THIRTY-TWO DOLLARS AND FORTY CENTS ONLY.**

# COMMERCIAL INVOICE

**DATE:** September 11, 2018

**INVOICE NO.:** 201821783322

9927
PACO (CHINA) GARMENT LTD
BUILDING B, NO 9 YUEYANG ROAD
QINGDAO
SHANDONG

China
266000

**TO:**   SEARS ROEBUCK & CO.

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Qingdao, China       **SHIPPED TO:**   Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

**PAYMENT TERM**          Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**          OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 636 | 636 | ASSORTMENTS | 58,438.80   USD |

**TOTAL US DOLLARS FIFTY-EIGHT THOUSAND FOUR HUNDRED THIRTY-EIGHT DOLLARS AND EIGHTY CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

**PACO (CHINA) GARMENT LTD**

**EMPLOYEE NAME**      _____

**EMPLOYEE TITLE**      _____

# COMMERCIAL INVOICE

Page 12 of 12

**DATE:** September 19, 2018

**INVOICE NO.:** 201821869177

9927
PACO (CHINA) GARMENT LTD
BUILDING B, NO 9 YUEYANG ROAD
QINGDAO
SHANDONG

China
266000

**TO:**   SEARS ROEBUCK & CO.

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**   Mira Loma , CA

FOB China

SHANDONG

China

**FTY MID NO.**        CNWENPAC105JIN

**PAYMENT TERM**        Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**        OPEN ACCOUNT

**LC#**        NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 1,628 | 1,628 | ASSORTMENTS | 115,924.80   USD |

**TOTAL US DOLLARS ONE HUNDRED FIFTEEN THOUSAND NINE HUNDRED TWENTY-FOUR DOLLARS AND EIGHTY CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| PACO (CHINA) GARMENT LTD |
|---|
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

# COMMERCIAL INVOICE

**DATE:** September 19, 2018

**INVOICE NO.:** 201821869724

9927
PACO (CHINA) GARMENT LTD
BUILDING B, NO 9 YUEYANG ROAD
QINGDAO
SHANDONG

China
266000

**TO:**   SEARS ROEBUCK & CO.

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Chambersburg , PA

FOB China

SHANDONG

China

**FTY MID NO.**          CNWENPAC105JIN

**PAYMENT TERM**          Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**          OPEN ACCOUNT

**LC#**          NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 1,332 | 1,332 | ASSORTMENTS | 94,883.40   USD |

TOTAL US DOLLARS NINETY-FOUR THOUSAND EIGHT HUNDRED EIGHTY-THREE DOLLARS AND FORTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| PACO (CHINA) GARMENT LTD |
|---|
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

# COMMERCIAL INVOICE

Page 5 of 5

**DATE:** September 26, 2018

**INVOICE NO.:** 201821869822

9927
PACO (CHINA) GARMENT LTD
BUILDING B, NO 9 YUEYANG ROAD
QINGDAO
SHANDONG

China
266000

**TO:**    SEARS ROEBUCK & CO.

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| PAYMENT TERM | Open Acct |
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |
| LC# | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 106 | 106 | ASSORTMENTS | 5,344.44   USD |

**TOTAL US DOLLARS FIVE THOUSAND THREE HUNDRED FORTY-FOUR DOLLARS AND FORTY-FOUR CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

**PACO (CHINA) GARMENT LTD**

**EMPLOYEE NAME**  _____

**EMPLOYEE TITLE**  _____

# COMMERCIAL INVOICE

Page 5 of 5

**DATE:** September 26, 2018

**INVOICE NO.:** 201821869910

9927
PACO (CHINA) GARMENT LTD
BUILDING B, NO 9 YUEYANG ROAD
QINGDAO
SHANDONG

China
266000

**TO:**  SEARS ROEBUCK & CO.

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Shanghai, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 86 | 86 | ASSORTMENTS | 4,344.48   USD |

**TOTAL US DOLLARS FOUR THOUSAND THREE HUNDRED FORTY-FOUR DOLLARS AND FORTY-EIGHT CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

**PACO (CHINA) GARMENT LTD**

**EMPLOYEE NAME** _____

**EMPLOYEE TITLE** _____

# COMMERCIAL INVOICE

**DATE:** August 20, 2018

**INVOICE NO.:** 201821263361

9919
PACO (CHINA) GARMENT LTD
BUILDING B, NO 9 YUEYANG ROAD
QINGDAO
SHANDONG
China
266000

**TO:**  KMART CORPORATION

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Qingdao, China      **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

Lining: 100% polyester 210T taffeta
ACRYLIC COATING, 600MM COATING, PASS RAIN TESTING
Filler: 100% polyester flat padding,120g for body, 100g for sleeve
HANGER: KMSR018, COST $0.13/PC
MADE IN CHINA

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | P369F | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9919 |
| **VENDOR ITEM CODE** | MF8RT31652YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 634, RNONE |

**FACTORY NO.**      104543

WENSHANG PACO GARMENT LTD

GUODAO WEST ZHENGFU ZHUDI 105 NAN

ZHAN TN WENSHANG XIAN

JINING

SHANDONG

China

**FTY MID NO.**      CNWENPAC105JIN

**PAYMENT TERM**      Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**      OPEN ACCOUNT

**LC#**      NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 362 | 454 | PIECES | 36,417.86   USD |
| | | 301 | ASSORTMENTS | |

**TOTAL US DOLLARS THIRTY-SIX THOUSAND FOUR HUNDRED SEVENTEEN DOLLARS AND EIGHTY-SIX CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

| PACO (CHINA) GARMENT LTD |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

# COMMERCIAL INVOICE

Page 39 of 39

**DATE:** August 13, 2018

**INVOICE NO.:** 201821377085

9919
PACO (CHINA) GARMENT LTD
BUILDING B, NO 9 YUEYANG ROAD
QINGDAO
SHANDONG

China
266000

**TO:**  KMART CORPORATION

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 1,622 | 1,622 | ASSORTMENTS | 199,934.70  USD |

**TOTAL US DOLLARS ONE HUNDRED NINETY-NINE THOUSAND NINE HUNDRED THIRTY-FOUR DOLLARS AND SEVENTY CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| PACO (CHINA) GARMENT LTD |
|---|
| EMPLOYEE NAME _____ |
| EMPLOYEE TITLE _____ |

# COMMERCIAL INVOICE

Page 42 of 43

**DATE:** August 14, 2018

**INVOICE NO.:** 201821389603

9919
PACO (CHINA) GARMENT LTD
BUILDING B, NO 9 YUEYANG ROAD
QINGDAO
SHANDONG
China
266000

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China      **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | P363K | PUFFER JACKET MID LEPOSEIDON | 1 | 1 | 115.500  USD | 115.50  USD |
|-------|-------|------------------------------|---|---|-----|-----|
|       |       |                              | CARTONS | AST | AST |     |

**ITEM:** 230096334685

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1  ASSORTMENT

WF8AN23006PL
WOMEN PUFFER JACKET MIDDLE LENGTH WITH HOOD
BODY, SLEEVES AND HOOD WITH LINING
PADDING ON BODY, SLEEVES, HOOD
TWO SIDE POCKETS WITH ZIPPER, POSITION BELOW WAIST LINE
DETACHABLE HOOD WITH ZIPPER, FAUX FUR FIXED ON HOOD OPENING
BODY LENGTH FROM HIGHER SHOULDER POINT TO ABOVE KNEE
SLEEVE CUFF WITH RIB
CENTER FRONT CLOSED WITH ZIPPER AND SNAP ON PLACKET
FABRICATION: 100% POLYESTER 50D IMITATION MEMORY
LINING:100% POLYESTER 210T TAFFETA, ACRYLIC COATING
600MM COATING, PASS RAIN TESTING. DTM SHELL
FILLER: 100% POLYESTER DOWN LIKE
MAIN LABEL : K22376AP-4S
CARE LABEL: U22791U-CL +U22784U-CL
HANGTAG: K20948U-HT-I
SIZE: CROWN SIZER
HANGER: KMSR018, COST $0.13/PC
MADE IN CHINA

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | P363K | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9919 |
| **VENDOR ITEM CODE** | WF8AN23006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 635 |

**FACTORY NO.**      104543

WENSHANG PACO GARMENT LTD

GUODAO WEST ZHENGFU ZHUDI 105 NAN

ZHAN TN WENSHANG XIAN

JINING

SHANDONG

China

**FTY MID NO.**      CNWENPAC105JIN

**PAYMENT TERM**      Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**      OPEN ACCOUNT

**LC#**      NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 1,732 | 1,732 | ASSORTMENTS | 215,478.35  USD |

**TOTAL US DOLLARS TWO HUNDRED FIFTEEN THOUSAND FOUR HUNDRED SEVENTY-EIGHT DOLLARS AND THIRTY-FIVE CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** September 10, 2018

**INVOICE NO.:** 201821625062

9919
PACO (CHINA) GARMENT LTD
BUILDING B, NO 9 YUEYANG ROAD
QINGDAO
SHANDONG

China
266000

**TO:**  KMART CORPORATION

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | P368R | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9919 |
| **VENDOR ITEM CODE** | MF8AT31967MM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 634, RNONE |

**FACTORY NO.**     104543

WENSHANG PACO GARMENT LTD

GUODAO WEST ZHENGFU ZHUDI 105 NAN

ZHAN TN WENSHANG XIAN

JINING

SHANDONG

China

**FTY MID NO.**     CNWENPAC105JIN

**PAYMENT TERM**     Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**     OPEN ACCOUNT

**LC#**     NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 148 | 148 | ASSORTMENTS | 13,241.68   USD |

**TOTAL US DOLLARS THIRTEEN THOUSAND TWO HUNDRED FORTY-ONE DOLLARS AND SIXTY-EIGHT CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| PACO (CHINA) GARMENT LTD |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** September 10, 2018

**INVOICE NO.:** 201821623651

9919
PACO (CHINA) GARMENT LTD
BUILDING B, NO 9 YUEYANG ROAD
QINGDAO
SHANDONG

China
266000

**TO:**   KMART CORPORATION

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | P368R | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9919 |
| **VENDOR ITEM CODE** | MF8AT31967MM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 634, RNONE |

**FACTORY NO.**   104543

WENSHANG PACO GARMENT LTD

GUODAO WEST ZHENGFU ZHUDI 105 NAN

ZHAN TN WENSHANG XIAN

JINING

SHANDONG

China

**FTY MID NO.**   CNWENPAC105JIN

**PAYMENT TERM**   Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**   OPEN ACCOUNT

**LC#**   NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 189 | 189 | ASSORTMENTS | 16,921.71   USD |

**TOTAL US DOLLARS SIXTEEN THOUSAND NINE HUNDRED TWENTY-ONE DOLLARS AND SEVENTY-ONE CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| PACO (CHINA) GARMENT LTD |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

# COMMERCIAL INVOICE

Page 4 of 4

**DATE:** September 11, 2018

**INVOICE NO.:** 201821782517

9919
PACO (CHINA) GARMENT LTD
BUILDING B, NO 9 YUEYANG ROAD
QINGDAO
SHANDONG

China
266000

**TO:**  KMART CORPORATION

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

600MM COATING, PASS RAIN TESTING. DTM SHELL
FILLER: 100% POLYESTER DOWN LIKE
MAIN LABEL : K20950AT-SC
CARE LABEL: U22791U-CL +U22784U-CL
HANGTAG: K20948U-HT-I
SIZE: CROWN SIZER
HANGER: KMSR018, COST $0.13/PC
MADE IN CHINA

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | P363A | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9919 |
| **VENDOR ITEM CODE** | WF8AN24007MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 635 |

**FACTORY NO.**       104543

WENSHANG PACO GARMENT LTD

GUODAO WEST ZHENGFU ZHUDI 105 NAN

ZHAN TN WENSHANG XIAN

JINING

SHANDONG

China

**FTY MID NO.**       CNWENPAC105JIN

**PAYMENT TERM**          Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**          OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 68 | 68 | ASSORTMENTS | 6,200.70   USD |

**TOTAL US DOLLARS SIX THOUSAND TWO HUNDRED DOLLARS AND SEVENTY CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| | |
|---|---|
| **PACO (CHINA) GARMENT LTD** | |
| **EMPLOYEE NAME** | _____ |
| **EMPLOYEE TITLE** | _____ |

# COMMERCIAL INVOICE

Page 4 of 4

**DATE:** September 11, 2018

**INVOICE NO.:** 201821782953

9919
PACO (CHINA) GARMENT LTD
BUILDING B, NO 9 YUEYANG ROAD
QINGDAO
SHANDONG

China
266000

**TO:** KMART CORPORATION

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

600MM COATING, PASS RAIN TESTING. DTM SHELL
FILLER: 100% POLYESTER DOWN LIKE
MAIN LABEL : K20950AT-SC
CARE LABEL: U22791U-CL +U22784U-CL
HANGTAG: K20948U-HT-I
SIZE: CROWN SIZER
HANGER: KMSR018, COST $0.13/PC
MADE IN CHINA

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | P363A | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9919 |
| **VENDOR ITEM CODE** | WF8AN24007MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 635, RNONE |

**FACTORY NO.** 104543

WENSHANG PACO GARMENT LTD

GUODAO WEST ZHENGFU ZHUDI 105 NAN

ZHAN TN WENSHANG XIAN

JINING

SHANDONG

China

**FTY MID NO.** CNWENPAC105JIN

**PAYMENT TERM** Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER** OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 73 | 73 | ASSORTMENTS | 6,731.10 USD |

**TOTAL US DOLLARS SIX THOUSAND SEVEN HUNDRED THIRTY-ONE DOLLARS AND TEN CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

**PACO (CHINA) GARMENT LTD**

**EMPLOYEE NAME** _____

**EMPLOYEE TITLE** _____

# COMMERCIAL INVOICE

Page 5 of 5

**DATE:** September 19, 2018

**INVOICE NO.:** 201821868732

9919
PACO (CHINA) GARMENT LTD
BUILDING B, NO 9 YUEYANG ROAD
QINGDAO
SHANDONG
China
266000

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China     **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

WENSHANG PACO GARMENT LTD

GUODAO WEST ZHENGFU ZHUDI 105 NAN

ZHAN TN WENSHANG XIAN

JINING

SHANDONG

China

**FTY MID NO.**     CNWENPAC105JIN

**PAYMENT TERM**     Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**     OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 65 | 65 | ASSORTMENTS | 4,998.00 USD |

**TOTAL US DOLLARS FOUR THOUSAND NINE HUNDRED NINETY-EIGHT DOLLARS AND ZERO CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

| PACO (CHINA) GARMENT LTD |
|---|
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

# COMMERCIAL INVOICE

**DATE:** September 19, 2018

**INVOICE NO.:** 201821869316

9919
PACO (CHINA) GARMENT LTD
BUILDING B, NO 9 YUEYANG ROAD
QINGDAO
SHANDONG

China
266000

**TO:**  KMART CORPORATION

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

PADDING ON BODY, SLEEVES, HOOD
TWO SIDE POCKETS WITH ZIPPER, POSITION BELOW WAIST LINE
DETACHABLE HOOD WITH ZIPPER, FAUX FUR FIXED ON HOOD OPENING
DRAWSTRING ON HOOD OPENING
BODY LENGTH FROM HIGHER SHOULDER POINT TO HIP
SLEEVE CUFF WITH RIB
CENTER FRONT CLOSED WITH ZIPPER
FABRICATION SHELL: 100% POLYESTER 50D IMITATION MEMORY, ACRYLIC COATING
600MM COATING, PASS RAIN TESTING
LINING: 100% POLYESTER 210T
FILLER: 100% POLYESTER DOWN LIKE
MAIN LABEL : K20950AT-SC
CARE LABEL: U22791U-CL +U22784U-CL
HANGTAG: K20948U-HT-I
SIZE: CROWN SIZER
HANGER: KMSR018, COST $0.130/PC
MADE IN CHINA

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | P363J | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9919 |
| **VENDOR ITEM CODE** | WF8AN24005MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 635, RNONE |

**FACTORY NO.** 104543

WENSHANG PACO GARMENT LTD

GUODAO WEST ZHENGFU ZHUDI 105 NAN

ZHAN TN WENSHANG XIAN

JINING

SHANDONG

China

**FTY MID NO.** CNWENPAC105JIN

**PAYMENT TERM** Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER** OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 70 | 70 | ASSORTMENTS | 5,475.75  USD |

**TOTAL US DOLLARS FIVE THOUSAND FOUR HUNDRED SEVENTY-FIVE DOLLARS AND SEVENTY-FIVE CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:

SEARS HOLDINGS COPORATION, *et al.*,                    Chapter 11
                                                       Case No. 18-23538 (RDD)

                              Debtor,
------------------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on October 31, 2018, the **NOTICE OF RECLAMATION DEMAND OF PACO (CHINA) GARMENT LTD.**, was filed on behalf of Paco (China) Garment Ltd., and was served through the Court's ECF system and, together with the Notice of Electronic Filing, by U.S. Mail on the attorneys and parties on the attached Service List. A Judge's copy of the filed document was served by U.S. Mail.

                                      /s/ Gabriela Gomez-Cruz
                                        GABRIELA GOMEZ-CRUZ

# SERVICE LIST

## Electronic Mail Notice List

- James Gadsden    bankruptcy@clm.com
- Paul D. Leake    wendy.lamanna@skadden.com;andrea.chouprouta@skadden.com
- Jacqueline Marcus    jacqueline.marcus@weil.com,
  jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com
- Sean A. O'Neal    soneal@cgsh.com, maofiling@cgsh.com
- Eric R. Wilson DWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

## Service Via First Class Mail

Hon. Judge Robert D. Drain
US Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

*U.S. Trustee*
United States Trustee
Office of the United States
Trustee for Region 2
(Attn: Paul Schwarzberg, Esq.)
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Sears Holdings
Corporation
333 Beverly Road
Hoffman Estates, IL 60179
*Debtor*

Ira S. Dizengoff
AKIN, GUMP, STRAUSS,
HAUER & FELD, LLP
One Bryant Park
New York, NY 10036
*Attorneys for the Creditor
Committee*

Adam M. Adler
PRIME CLERK LLC
830 Third Avenue
9th Floor
New York, NY 10022
*Claims and Noticing Agent*

Ray C. Schrock
Jacqueline Marcus
Sunny Singh
Garret A. Fail
WEIL, GOTSHAL &
MANGES LLP
767 Fifth Avenue
New York, NY 10153
*Attorneys for the Debtor*

Paul D. Leake
Shana A. Elberg
George R. Howard
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP
4 Times Square
New York, NY 10036
*Attorneys for Bank of America,
N.A.*

Eli J. Vonnegut
Marshall S. Huebner
DAVIS POLK &
WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
*Attorneys for Citibank, N.A.*

Eric R. Wilson
Benjamin D Feder
T. Charlie Liu
KELLEY DRYE &
WARREN, LLP
101 Park Avenue
New York, NY 10178
*Attorneys for
Computershare Trust
Company, N.A.*

Wilmington Trust, National
ASSOCIATION,
CORPORATE CAPITAL
MARKETS
50 South Sixth Street
Suite 1290
Minneapolis, MN 55402
(Attn: Sears Holdings Corp.
Administrator)

Brian A. Raynor
LOCKE LORD, LLP
111 South Wacker Drive
Chicago, IL 60606
*Attorneys for the Pension
Benefit Guaranty Corporation*