**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| SEARS HOLDINGS CORPORATION, *et al.*, | : Case No. 18-23538 |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

---

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Kenneth M. Florey request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Community Unit School District 300, a creditor, in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Illinois, and the bar of the U.S. District Court for the Northern District of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 26, 2018

ROBBINS SCHWARTZ NICHOLAS
LIFTON & TAYLOR, LTD.

By: __/s/ Kenneth M. Florey__
Kenneth M. Florey 6211374
631 E. Boughton Road, Suite 200
Bolingbrook, IL  60440
630.929.3639 P
630.783.3231 F
kflorey@robbins-schwartz.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION, et al.,

          Debtor

Case No.: <u>18-23538</u>
Chapter <u>11</u>

---------------------------------------------------------------x

          Plaintiff

      v.

          Defendant

Adversary Proceeding No.: _____

---------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

  Upon the motion of <u>Kenneth M. Florey</u>, to be admitted, *pro hac vice*, to represent <u>Community Unit School District 300</u>, (the "Client") a <u>creditor</u> in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>Illinois</u> and, if applicable, the bar of the U.S. District Court for the <u>Northern</u> District of <u>Illinois</u>, it is hereby

  **ORDERED**, that <u>Kenneth M. Florey</u>, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York    /s/ _____

            UNITED STATES BANKRUPTCY JUDGE