**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| SEARS HOLDINGS CORPORATION, *et al.*, | : Case No. 18-23538 |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

---

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, M. Neal Smith, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Community Unit School District 300, a creditor, in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Illinois, and the bar of the U.S. District Court for the Northern District of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  October 26, 2018

ROBBINS SCHWARTZ NICHOLAS
LIFTON & TAYLOR, LTD.

By: ___/s/ M. Neal Smith___
M. Neal Smith 6284023
631 E. Boughton Road, Suite 200
Bolingbrook, IL  60440
630.929.3639 P
630.783.3231 F
nsmith@robbins-schwartz.com

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION, et al.,

                Debtor

Case No.: __18-23538__

Chapter __11__

---------------------------------------------------------------x

                Plaintiff

v.

                Defendant

Adversary Proceeding No.: _____

---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of __M. Neal Smith__, to be admitted, *pro hac vice*, to represent __Community Unit School District 300__, (the "Client") a __creditor__ in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of __Illinois__ and, if applicable, the bar of the U.S. District Court for the __Northern__ District of __Illinois__, it is hereby

**ORDERED**, that __M. Neal Smith__, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

/s/ _____

UNITED STATES BANKRUPTCY JUDGE