VEDDER PRICE P.C.
Kevin J. Etzel
1633 Broadway, 31st Floor
New York, New York  10019
Telephone: (212) 407-7789
Facsimile:  (212) 407-7799

*Attorneys for Agri-Fab, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF RECLAMATION DEMAND

**PLEASE TAKE NOTICE** that Agri-Fab, Inc. ("Agri-Fab"), by and through its counsel, served a written Demand for Reclamation of Goods pursuant to 11 U.S.C. § 546(c), section 2-702 of the Uniform Commercial Code and other applicable non-bankruptcy law, on the above-captioned Debtors and their counsel, on October 26, 2018. A copy of Agri-Fab's Demand for Reclamation of Goods (with the exhibit thereto) is attached hereto as **Exhibit A** and incorporated herein by reference.

**PLEASE TAKE FURTHER NOTICE** that, as set forth in the Demand for Reclamation of Goods, Agri-Fab expressly reserves every right, power, remedy, claim and defense now or hereinafter existing at law, in equity or by statute, and the exercise of any such right, power, remedy, claim or defense shall not be construed as a waiver of the right to exercise, at the same time or thereafter, such right, power, remedy, claim or defense. Additionally, Agri-Fab expressly asserts and reserves its rights to file and pursue an administrative expense claim for the value of

all goods received by the Debtors within twenty (20) days before the commencement of the Chapter 11 Cases in accordance with 11 U.S.C. § 503(b)(9).

Dated: October 31, 2018

Respectfully submitted,

VEDDER PRICE P.C.

By: */s/ Kevin J. Etzel*
Kevin J. Etzel
1633 Broadway, 31st Floor
New York, New York  10019
Tel. No.  (212) 407-7789
Fax No.  (212) 407-7799
Email:  ketzel@vedderprice.com

*Counsel for Agri-Fab, Inc.*