# EXHIBIT A



Chicago
New York
Washington, DC
London
San Francisco
Los Angeles
Singapore

Allison B. Hudson
Associate
+1 312 609 7507
ahudson@vedderprice.com

October 25, 2018

**VIA FEDEX**

Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**VIA FEDEX**

Sears Holding Corp.
3333 Beverly Road
Hoffman Estates, IL 60179

> *Re:* ***Sears Holding Corporation, et al., Case No. 18-23538***
> ***Demand for Reclamation of Goods by Agri-Fab Inc.***

Dear Sirs and Madam:

Vedder Price P.C. represents Agri-Fab Inc. ("Agri-Fab") in the above referenced chapter 11 cases. Pursuant to § 546 of the United States Bankruptcy Code (11 U.S.C. §§ 101 et seq.), Uniform Commercial Code § 2-702, and any other applicable law, Agri-Fab hereby demands reclamation of all goods that were delivered by it in the ordinary course of business to Sears Holding Management Corporation and/or any other affiliated debtors (the "Debtors") within forty-five (45) days of commencement of the referenced jointly-administered cases (the "Chapter 11 Cases"), which remain unpaid, including, without limitation, those goods described in the Schedule and accompanying documents attached hereto as **Exhibit 1** (the "Goods"), during which time the Debtors are presumed insolvent.

As of the date hereof, the Debtors have not paid for any of the Goods. The value of the Goods, as detailed in Exhibit 1, totals $210,545.80.

Pursuant to § 546(c) of the Bankruptcy Code, Uniform Commercial Code § 2-702 and any other applicable law, Agri-Fab hereby exercises its rights of reclamation, and demands that the Goods be immediately returned to Agri-Fab, or segregated and identified for return. Agri-Fab further requests written confirmation that the Goods are on your premises.

Agri-Fab hereby expressly reserves every right, power, remedy, claim and defense now or hereinafter existing at law, in equity or by statute (including, without limitation, to amend or supplement this letter), and the exercise of any such right, power, remedy, claim or defense shall not be construed as a waiver of the right to exercise, at the same time or thereafter, such right, power, remedy, claim or defense.

222 North LaSalle Street  |  Chicago, Illinois 60601  |  T +1 312 609 7500  |  F +1 312 609 5005

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, and Vedder Price Pte. Ltd., which operates in Singapore.

Weil, Gotshal & Manges LLP
Sears Holding Corp.
October 25, 2018
Page 2

Agri-Fab also expressly asserts and reserves its rights to file and pursue an administrative expense claim for the value of all goods received by the Debtors within twenty (20) days before the commencement of the Chapter 11 Cases in accordance with § 503(b)(9) of the Bankruptcy Code.

Very truly yours,

Allison B. Hudson

Allison B. Hudson

ABH
Enclosures

# Exhibit 1

Shipments received by Sears between 9/1/18 and 10/15/18
45 days prior to the filing

| Cust # | Inv # | AF order | Sears PO | AF BOL | line | type | Inv date | Due Date | Inv Total | Status | dely date | Recpt Location | Sears Booking # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S0300 | IN1561057 | SO754024 | 047624 | CN0167918 | 1 | INV | 8/24/2018 | 10/23/2018 | 1,303.32 | delivered | 9/6/2018 | Kent, WA | 18082200470 |
| S0300 | IN1561058 | SO768674 | 049186 | CN0167918 | 2 | INV | 8/24/2018 | 10/23/2018 | 5,579.64 | delivered | 9/6/2018 | Kent, WA | 18082200470 |
| S0300 | IN1562862 | SO754041 | 047641 | CN0168144 | 1 | INV | 8/31/2018 | 10/30/2018 | 1,423.80 | delivered | 9/5/2018 | Olive Branch, MS | 18082900391 |
| S0300 | IN1562863 | SO764999 | 048727 | CN0168144 | 2 | INV | 8/31/2018 | 10/30/2018 | 1,205.00 | delivered | 9/5/2018 | Olive Branch, MS | 18082900391 |
| S0300 | IN1562864 | SO768681 | 049193 | CN0168144 | 3 | INV | 8/31/2018 | 10/30/2018 | 843.50 | delivered | 9/5/2018 | Olive Branch, MS | 18082900391 |
| S0300 | IN1562865 | SO768683 | 049195 | CN0168144 | 4 | INV | 8/31/2018 | 10/30/2018 | 1,120.00 | delivered | 9/5/2018 | Olive Branch, MS | 18082900391 |
| S0300 | IN1562866 | SO771321 | 049475 | CN0168144 | 5 | INV | 8/31/2018 | 10/30/2018 | 1,423.80 | delivered | 9/5/2018 | Olive Branch, MS | 18082900391 |
| S0300 | IN1562867 | SO754050 | 047650 | CN0168145 | 1 | INV | 8/31/2018 | 10/30/2018 | 1,423.80 | delivered | 9/6/2018 | Columbus, OH | 18082900406 |
| S0300 | IN1562868 | SO767201 | 048955 | CN0168145 | 2 | INV | 8/31/2018 | 10/30/2018 | 2,530.50 | delivered | 9/6/2018 | Columbus, OH | 18082900406 |
| S0300 | IN1562869 | SO768685 | 049197 | CN0168145 | 3 | INV | 8/31/2018 | 10/30/2018 | 1,725.00 | delivered | 9/6/2018 | Columbus, OH | 18082900406 |
| S0300 | IN1562870 | SO768687 | 049199 | CN0168145 | 4 | INV | 8/31/2018 | 10/30/2018 | 1,164.00 | delivered | 9/6/2018 | Columbus, OH | 18082900406 |
| S0300 | IN1562871 | SO756205 | 047811 | CN0168146 | 1 | INV | 8/31/2018 | 10/30/2018 | 1,423.80 | delivered | 9/5/2018 | Dallas, TX | 18082900389 |
| S0300 | IN1562872 | SO757917 | 047865 | CN0168146 | 2 | INV | 8/31/2018 | 10/30/2018 | 1,423.80 | delivered | 9/5/2018 | Dallas, TX | 18082900389 |
| S0300 | IN1562873 | SO767203 | 048957 | CN0168146 | 3 | INV | 8/31/2018 | 10/30/2018 | 2,304.00 | delivered | 9/5/2018 | Dallas, TX | 18082900389 |
| S0300 | IN1562874 | SO767204 | 048958 | CN0168146 | 4 | INV | 8/31/2018 | 10/30/2018 | 1,687.00 | delivered | 9/5/2018 | Dallas, TX | 18082900389 |
| S0300 | IN1562875 | SO771332 | 049486 | CN0168146 | 5 | INV | 8/31/2018 | 10/30/2018 | 1,423.80 | delivered | 9/5/2018 | Dallas, TX | 18082900389 |
| S0300 | IN1562876 | SO754031 | 047631 | CN0168147 | 1 | INV | 8/31/2018 | 10/30/2018 | 1,423.80 | delivered | 9/13/2018 | Kent, WA | 18082900409 |
| S0300 | IN1562877 | SO757895 | 047843 | CN0168147 | 2 | INV | 8/31/2018 | 10/30/2018 | 1,423.80 | delivered | 9/13/2018 | Kent, WA | 18082900409 |
| S0300 | IN1562878 | SO764992 | 048720 | CN0168147 | 3 | INV | 8/31/2018 | 10/30/2018 | 1,205.00 | delivered | 9/13/2018 | Kent, WA | 18082900409 |
| S0300 | IN1562879 | SO767194 | 048948 | CN0168147 | 4 | INV | 8/31/2018 | 10/30/2018 | 843.50 | delivered | 9/13/2018 | Kent, WA | 18082900409 |
| S0300 | IN1562880 | SO757949 | 048797 | CN0168148 | 1 | INV | 8/31/2018 | 10/30/2018 | 1,423.80 | delivered | 9/7/2018 | Gouldsboro, PA | 18082900398 |
| S0300 | IN1562881 | SO768707 | 049219 | CN0168148 | 2 | INV | 8/31/2018 | 10/30/2018 | 1,725.00 | delivered | 9/7/2018 | Gouldsboro, PA | 18082900398 |
| S0300 | IN1562882 | SO768709 | 049221 | CN0168148 | 3 | INV | 8/31/2018 | 10/30/2018 | 1,164.00 | delivered | 9/7/2018 | Gouldsboro, PA | 18082900398 |
| S0300 | IN1562883 | SO768710 | 049222 | CN0168148 | 4 | INV | 8/31/2018 | 10/30/2018 | 1,687.00 | delivered | 9/7/2018 | Gouldsboro, PA | 18082900398 |
| S0300 | IN1562884 | SO756186 | 047792 | CN0168149 | 1 | INV | 8/31/2018 | 10/30/2018 | 1,423.80 | delivered | 9/7/2018 | Ocala, FL | 18082900392 |
| S0300 | IN1562885 | SO767196 | 048950 | CN0168149 | 2 | INV | 8/31/2018 | 10/30/2018 | 1,687.00 | delivered | 9/7/2018 | Ocala, FL | 18082900392 |
| S0300 | IN1562886 | SO768678 | 049190 | CN0168149 | 3 | INV | 8/31/2018 | 10/30/2018 | 843.50 | delivered | 9/7/2018 | Ocala, FL | 18082900392 |
| S0300 | IN1562887 | SO768679 | 049191 | CN0168149 | 4 | INV | 8/31/2018 | 10/30/2018 | 843.50 | delivered | 9/7/2018 | Ocala, FL | 18082900392 |
| S0300 | IN1562888 | SO756185 | 047791 | CN0168150 | 1 | INV | 8/31/2018 | 10/30/2018 | 1,423.80 | delivered | 9/13/2018 | Ontario, CA | 18082900386 |
| S0300 | IN1562889 | SO754072 | 047672 | CN0168151 | 1 | INV | 8/31/2018 | 10/30/2018 | 1,423.80 | delivered | 9/6/2018 | Pendergrass, GA | 18082900430 |
| S0300 | IN1562890 | SO762551 | 048400 | CN0168151 | 2 | INV | 8/31/2018 | 10/30/2018 | 1,423.80 | delivered | 9/6/2018 | Pendergrass, GA | 18082900430 |
| S0300 | IN1562891 | SO765021 | 048749 | CN0168151 | 3 | INV | 8/31/2018 | 10/30/2018 | 1,205.00 | delivered | 9/6/2018 | Pendergrass, GA | 18082900430 |
| S0300 | IN1562892 | SO768698 | 049210 | CN0168151 | 4 | INV | 8/31/2018 | 10/30/2018 | 1,725.00 | delivered | 9/6/2018 | Pendergrass, GA | 18082900430 |
| S0300 | IN1562893 | SO768700 | 049212 | CN0168151 | 5 | INV | 8/31/2018 | 10/30/2018 | 1,164.00 | delivered | 9/6/2018 | Pendergrass, GA | 18082900430 |
| S0300 | IN1562912 | SO756178 | 047784 | CN0168133 | 1 | INV | 8/31/2018 | 10/30/2018 | 1,423.80 | delivered | 9/10/2018 | Stockton, CA | 18082900416 |
| S0300 | IN1564759 | SO771329 | 049483 | CN0168341 | 1 | INV | 9/7/2018 | 11/6/2018 | 355.16 | delivered | 9/12/2018 | Dallas, TX | 18090500616 |
| S0300 | IN1564760 | SO771330 | 049484 | CN0168341 | 2 | INV | 9/7/2018 | 11/6/2018 | 1,725.00 | delivered | 9/12/2018 | Dallas, TX | 18090500616 |

| Entity | Invoice | Order | Ref | CN | Qty | Status | Amount | Date | Date | Ship / Destination | Tracking |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S0300 | IN1564761 | SO771331 | 049485 | CN0168341 | 3 INV | delivered | 1,007.50 | 9/7/2018 | 11/6/2018 | 9/12/2018 Dallas, TX | 18090500616 |
| S0300 | IN1564762 | SO771320 | 049474 | CN0168342 | 1 INV | delivered | 1,842.08 | 9/7/2018 | 11/6/2018 | 9/14/2018 Ontario, CA | 18090500626 |
| S0300 | IN1564763 | SO771338 | 049492 | CN0168343 | 1 INV | delivered | 3,450.00 | 9/7/2018 | 11/6/2018 | 9/21/2018 Gouldsboro, PA | 18090500610 |
| S0300 | IN1564764 | SO771339 | 049493 | CN0168343 | 2 INV | delivered | 1,007.50 | 9/7/2018 | 11/6/2018 | 9/21/2018 Gouldsboro, PA | 18090500610 |
| S0300 | IN1564765 | SO771340 | 049494 | CN0168343 | 3 INV | delivered | 1,120.00 | 9/7/2018 | 11/6/2018 | 9/21/2018 Gouldsboro, PA | 18090500610 |
| S0300 | IN1564766 | SO771336 | 049490 | CN0168344 | 1 INV | delivered | 1,842.08 | 9/7/2018 | 11/6/2018 | 9/11/2018 Pendergrass, GA | 18090500612 |
| S0300 | IN1564767 | SO771322 | 049476 | CN0168345 | 2 INV | delivered | 355.16 | 9/7/2018 | 11/6/2018 | 9/12/2018 Columbus, OH | 18090500619 |
| S0300 | IN1564768 | SO771323 | 049477 | CN0168345 | 3 INV | delivered | 1,007.50 | 9/7/2018 | 11/6/2018 | 9/12/2018 Columbus, OH | 18090500619 |
| S0300 | IN1564769 | SO771325 | 049479 | CN0168345 | 4 INV | delivered | 1,205.00 | 9/7/2018 | 11/6/2018 | 9/12/2018 Columbus, OH | 18090500619 |
| S0300 | IN1564770 | SO771317 | 049481 | CN0168345 | 5 INV | delivered | 2,479.84 | 9/7/2018 | 11/6/2018 | 9/12/2018 Columbus, OH | 18090500619 |
| S0300 | IN1564771 | SO771328 | 049482 | CN0168345 | 1 INV | delivered | 3,684.16 | 9/7/2018 | 11/6/2018 | 9/12/2018 Columbus, OH | 18090500619 |
| S0300 | IN1564772 | SO771318 | 049472 | CN0168346 | 3 INV | delivered | 1,725.00 | 9/7/2018 | 11/6/2018 | 9/19/2018 Kent, WA | 18090500614 |
| S0300 | IN1564773 | SO771319 | 049473 | CN0168346 | 1 INV | delivered | 4,292.40 | 9/7/2018 | 11/6/2018 | 9/19/2018 Kent, WA | 18090500614 |
| S0300 | IN1565077 | SO771334 | 049488 | CN0168347 | 1 INV | delivered | 1,725.00 | 9/10/2018 | 11/9/2018 | 9/10/2018 Romeoville, IL | 18090500613 |
| S0300 | IN1566781 | SO757947 | 047895 | CN0168596 | 1 INV | delivered | 3,577.00 | 9/14/2018 | 11/13/2018 | 9/15/2018 Gouldsboro, PA | 18091200523 |
| S0300 | IN1566782 | SO768708 | 049220 | CN0168596 | 2 INV | delivered | 4,608.00 | 9/14/2018 | 11/13/2018 | 9/15/2018 Gouldsboro, PA | 18091200523 |
| S0300 | IN1566783 | SO768711 | 049223 | CN0168596 | 3 INV | delivered | 3,577.00 | 9/14/2018 | 11/13/2018 | 9/15/2018 Gouldsboro, PA | 18091200523 |
| S0300 | IN1566784 | SO772268 | 049591 | CN0168596 | 4 INV | delivered | 1,725.00 | 9/14/2018 | 11/13/2018 | 9/15/2018 Gouldsboro, PA | 18091200523 |
| S0300 | IN1566785 | SO772269 | 049592 | CN0168596 | 5 INV | delivered | 1,007.50 | 9/14/2018 | 11/13/2018 | 9/15/2018 Gouldsboro, PA | 18091200523 |
| S0300 | IN1566786 | SO772270 | 049593 | CN0168596 | 6 INV | delivered | 2,479.47 | 9/14/2018 | 11/13/2018 | 9/15/2018 Gouldsboro, PA | 18091200523 |
| S0300 | IN1566787 | SO772271 | 049594 | CN0168596 | 7 INV | delivered | 1,489.56 | 9/14/2018 | 11/13/2018 | 9/15/2018 Gouldsboro, PA | 18091200523 |
| S0300 | IN1566788 | SO772273 | 049596 | CN0168596 | 9 INV | delivered | 2,479.84 | 9/14/2018 | 11/13/2018 | 9/15/2018 Gouldsboro, PA | 18091200523 |
| S0300 | IN1566789 | SO772274 | 049597 | CN0168596 | 10 INV | delivered | 1,842.08 | 9/14/2018 | 11/13/2018 | 9/15/2018 Gouldsboro, PA | 18091200523 |
| S0300 | IN1566790 | SO772275 | 049598 | CN0168596 | 11 INV | delivered | 8,584.80 | 9/14/2018 | 11/13/2018 | 9/15/2018 Gouldsboro, PA | 18091200523 |
| S0300 | IN1566791 | SO772278 | 049611 | CN0168578 | 12 INV | delivered | 1,863.00 | 9/14/2018 | 11/13/2018 | 9/19/2018 Stockton, CA | 18091200530 |
| S0300 | IN1566792 | SO772246 | 049569 | CN0168578 | 1 INV | delivered | 2,479.84 | 9/14/2018 | 11/13/2018 | 9/19/2018 Stockton, CA | 18091200530 |
| S0300 | IN1566793 | SO772247 | 049570 | CN0168578 | 2 INV | delivered | 1,120.00 | 9/14/2018 | 11/13/2018 | 9/19/2018 Stockton, CA | 18091200530 |
| S0300 | IN1566794 | SO762541 | 048390 | CN0168579 | 1 INV | delivered | 3,577.00 | 9/14/2018 | 11/13/2018 | 9/17/2018 Dallas, TX | 18091200528 |
| S0300 | IN1566795 | SO772259 | 049582 | CN0168579 | 2 INV | delivered | 2,146.20 | 9/14/2018 | 11/13/2018 | 9/17/2018 Dallas, TX | 18091200528 |
| S0300 | IN1566796 | SO772248 | 049571 | CN0168593 | 1 INV | delivered | 1,842.08 | 9/14/2018 | 11/13/2018 | 9/26/2018 Kent, WA | 18091200527 |
| S0300 | IN1566797 | SO772249 | 049572 | CN0168593 | 2 INV | delivered | 2,146.20 | 9/14/2018 | 11/13/2018 | 9/26/2018 Kent, WA | 18091200527 |
| S0300 | IN1566798 | SO772276 | 049609 | CN0168593 | 3 INV | delivered | 1,863.00 | 9/14/2018 | 11/13/2018 | 9/26/2018 Kent, WA | 18091200527 |
| S0300 | IN1566799 | SO759755 | 048106 | CN0168594 | 1 INV | delivered | 3,577.00 | 9/14/2018 | 11/13/2018 | 9/18/2018 Olive Branch, MS | 18091200531 |
| S0300 | IN1566800 | SO772250 | 049573 | CN0168594 | 2 INV | delivered | 1,725.00 | 9/14/2018 | 11/13/2018 | 9/18/2018 Olive Branch, MS | 18091200531 |
| S0300 | IN1566801 | SO772251 | 049574 | CN0168594 | 3 INV | delivered | 1,164.00 | 9/14/2018 | 11/13/2018 | 9/18/2018 Olive Branch, MS | 18091200531 |
| S0300 | IN1566802 | SO772252 | 049575 | CN0168594 | 4 INV | delivered | 1,456.00 | 9/14/2018 | 11/13/2018 | 9/18/2018 Olive Branch, MS | 18091200531 |
| S0300 | IN1566803 | SO768686 | 049198 | CN0168594 | 2 INV | delivered | 9,216.00 | 9/14/2018 | 11/13/2018 | 9/18/2018 Olive Branch, MS | 18091200531 |
| S0300 | IN1566804 | SO771324 | 049478 | CN0168597 | 3 INV | delivered | 2,304.00 | 9/14/2018 | 11/13/2018 | 9/15/2018 Columbus, OH | 18091200529 |
| S0300 | IN1566805 | SO771254 | 049577 | CN0168597 | 5 INV | delivered | 3,450.00 | 9/14/2018 | 11/13/2018 | 9/15/2018 Columbus, OH | 18091200529 |
| S0300 | IN1566806 | SO772255 | 049578 | CN0168597 | 6 INV | delivered | 1,489.56 | 9/14/2018 | 11/13/2018 | 9/15/2018 Columbus, OH | 18091200529 |
| S0300 | IN1566807 | SO772256 | 049579 | CN0168597 | 7 INV | delivered | 2,479.84 | 9/14/2018 | 11/13/2018 | 9/15/2018 Columbus, OH | 18091200529 |
| S0300 | IN1566808 | SO772257 | 049580 | CN0168597 | 8 INV | delivered | 1,842.08 | 9/14/2018 | 11/13/2018 | 9/15/2018 Columbus, OH | 18091200529 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S0300 | IN1566809 | S0772258 | 049581 | CN0168597 | 9 INV | 9/14/2018 | 11/13/2018 | 2,146.20 | delivered | 9/15/2018 | Columbus, OH | 18091200529 |
| S0300 | IN1567015 | S0768695 | 049207 | CN0168595 | 1 INV | 9/17/2018 | 11/16/2018 | 4,608.00 | delivered | 9/18/2018 | Romeoville, IL | 18091200526 |
| S0300 | IN1567016 | S0772261 | 049584 | CN0168595 | 2 INV | 9/17/2018 | 11/16/2018 | 1,725.00 | delivered | 9/18/2018 | Romeoville, IL | 18091200526 |
| S0300 | IN1567017 | S0772262 | 049585 | CN0168595 | 3 INV | 9/17/2018 | 11/16/2018 | 2,479.47 | delivered | 9/18/2018 | Romeoville, IL | 18091200526 |
| S0300 | IN1567018 | S0772263 | 049586 | CN0168595 | 4 INV | 9/17/2018 | 11/16/2018 | 1,489.56 | delivered | 9/18/2018 | Romeoville, IL | 18091200526 |
| S0300 | IN1567019 | S0772264 | 049587 | CN0168595 | 5 INV | 9/17/2018 | 11/16/2018 | 4,292.40 | delivered | 9/18/2018 | Romeoville, IL | 18091200526 |
| S0300 | IN1567020 | S0772277 | 049610 | CN0168595 | 6 INV | 9/17/2018 | 11/16/2018 | 1,863.00 | delivered | 9/18/2018 | Romeoville, IL | 18091200526 |
| S0300 | IN1568308 | S0771335 | 049489 | CN0168580 | 1 INV | 9/19/2018 | 11/18/2018 | 2,304.00 | delivered | 9/24/2018 | Pendergrass, GA | 18091200525 |
| S0300 | IN1568309 | S0772265 | 049588 | CN0168580 | 2 INV | 9/19/2018 | 11/18/2018 | 6,912.00 | delivered | 9/24/2018 | Pendergrass, GA | 18091200525 |
| S0300 | IN1568310 | S0772266 | 049589 | CN0168580 | 3 INV | 9/19/2018 | 11/18/2018 | 1,842.08 | delivered | 9/24/2018 | Pendergrass, GA | 18091200525 |
| S0300 | IN1568993 | S0765005 | 048733 | CN0168767 | 1 INV | 9/21/2018 | 11/20/2018 | 3,577.00 | delivered | 9/25/2018 | Columbus, OH | 18091900455 |
| S0300 | IN1568994 | S0771326 | 049480 | CN0168767 | 2 INV | 9/21/2018 | 11/20/2018 | 3,577.00 | delivered | 9/25/2018 | Columbus, OH | 18091900455 |
| S0300 | IN1568995 | S0772272 | 049595 | CN0168768 | 1 INV | 9/21/2018 | 11/20/2018 | 3,577.00 | delivered | 10/3/2018 | Gouldsboro, PA | 18091900448 |
| S0300 | IN1573308 | S0775673 | 050066 | CN0169226 | 1 INV | 10/5/2018 | 12/4/2018 | 6,438.60 | delivered | 10/9/2018 | Romeoville, IL | 18100300403 |
| S0300 | IN1573652 | S0775654 | 050047 | CN0169227 | 1 INV | 10/8/2018 | 12/7/2018 | 4,292.40 | delivered | 10/8/2018 | Gouldsboro, PA | 18100300404 |

Total    210,545.80

# Agri-Fab.

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | SEARS #8709 D/71<br>7650 S 228TH ST<br><br>KENT, WA<br><br>98032 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE :   1

INVOICE# IN1561057

order replacement parts online at
**www.SpeedEPart.com**

B/L     # CN0167918
ORDER   # SO754024

SHIPPING REF #    738370415X

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/23/18 | 047624 | S0300 | HOUSE | SEE RTE GDE | 08/24/18 | 08/24/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24331 | 12 | 32" POLY SPIKER/SEEDER<br>CUST PART : 24331<br>REVISION NUMBER : 41963<br>FOR SEARS #8709 | 108.61 | EA | | 1303.32 |

| | | |
|---|---|---|
| TOTAL VALUE - US DOLLARS | | 1303.32 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | | 19.55 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab.

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | SEARS #8709 D/71<br>7650 S 228TH ST<br><br>KENT, WA<br><br>98032 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE : 1

INVOICE# IN1561058

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0167918
ORDER # SO768674

SHIPPING REF #    738370415X

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/23/18 | 049186 | S0300 | HOUSE | SEE RTE GDE | 08/24/18 | 08/24/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-244414 | 36 | 42" SNOW BLADE(REPLACES 2444<br>CUST PART : 24441<br>REVISION NUMBER : 41966<br>FOR SEARS #8709 | 154.99 | EA | | 5579.64 |

TOTAL VALUE - US DOLLARS            5579.64

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %         83.69

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# BILL OF LADING

**Agri-Fab**

*Lawn Care Made Easy*

3490 L & A Industrial Dr.
Decatur, IL 62521

YRC FREIGHT SHIPMENT STATUS, CALL 1-800-610-6500

10/14/17

**738-370415-X** **YRC**

SHIPPER BOL 355

YRC freight tariffs are incorporated herein (copies available upon request)
YRC freight tariffs limits its liability. This shipment is subject to the terms and conditions
of the Uniform Straight Bill of Lading as stated under NMFC 100 series tar.ff.

BOOKING #: 18082200470

SOURCE 486

## SHIP TO

SEARS #8709 D/71
7650 S 228TH ST

KENT, WA                98032

### THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS

| Customer PO # | B/L NUMBER |
|---|---|
| 047624 | CN0167918 |

| TRAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|---|
| | | YRC | | S0300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 48 | | ATTACHMENT TRACTOR 114220 SUB 3 | 3502.20 |

| TOTAL PACKS | TOTAL SKIDS | COLLECT ON DELIVERY | WEIGHT SHIPPED |
|---|---|---|---|
| 48 | 4 | $          and remit to: | 3502.20 |

047624          049186

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE
RECEIVED, SUBJECT TO THE CLASSIFICATIONS AND LAWFULLY FILED TARIFFS IN EFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING,
THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES
UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD
THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT)
AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER
CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL
OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY,
THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC
STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATION IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR A
RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the
transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns
(Mail or street address of consignee - For purposes of notification only.)
The figure space used for this affected conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.
THIS SHIPPING ORDER must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

DATE  8-24-18

CARRIER  YRC

AGENT  D. Whisler

* If shipment moves between two ports by a carrier by
water the law requires that the bill of lading shall state
whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are
required to state specifically in writing the agreed or declared
value of the property.
The agreed or declared value of the property is hereby
specifically stated by the shipper to be not exceeding

Subject to Section 7 of conditions - If this shipment is to be
delivered to the consignee without recourse on the consignor,
the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without
payment of freight and all other lawful charges.

PER - SHIPPER

SHIPPER

**FREIGHT CHARGES**

☐ PREPAID

☐ COLLECT

☒ THIRD PARTY

# BILL OF LADING

**BOL Number:  32973732**

## SHIP FROM

Name:          AGRI-FAB INC
Address 1:     3490 INDUSTRIAL DR
Address 2:
Address 3:
City/State/Zip:   DECATUR, IL, 62521
ILDEAG    P: 217-728-3308 Ext.     F:
Stop Notes:

Carrier:     YRC Freight
Pro #         **738-370415-X**
YRC  355

Pick up date: 8/24/2018
Trailer #:                          Seal #:

## SHIP TO

Name:          Sears DC 8709
Address 1:     7650 S 228th St
Address 2:
Address 3:
City/State/Zip:   KENT, WA, 98032
8709-SC    P: 2533951400 Ext.     F:
Stop Notes:

### REFERENCE INFORMATION

| Reference Name | Value |
|---|---|
| Destination Location Code | 8709 |
| Load BOL # | 18082200470 |
| Load PO# | 047624 |
| Origin Location Code | ILDEAGRIFA01 |
| OTM Booking # | 18082200470 |
| Sears Load BOL # | SO754024 |

## THIRD PARTY FREIGHT CHARGES BILL TO

Innovel Solutions % Echo Global Logistics
600 West Chicago Ave, Suite 725
Chicago, IL 60654

**Freight Charge Terms:**         Carrier Acct #:

Prepaid [x] Collect [ ] 3rd Party [x]   Quote ID:

Special Instructions:
Appointment required for pick  SEARS PRODUCT
See Shipper and Consignee Instructions

ECHO is not liable for any accessorial charges unless pre-approved by Echo or noted on this bill of lading.

**Shipper Instructions**
Pickup #:    18082200470
Loc Type:    Business
Special Services:

**Consignee Instructions**
Delivery #:
Loc Type:    Business
Special Services:
Processing Fee, Delivery
Surcharge

**LTL or Partial Only:**
# of Pallets: 4    Pallet Type:          Skid Spots:    Stackable:  No
Pallet Dimensions:        L:        W:        H:

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | HM | OD | COMMODITY DESCRIPTION | | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as t | | NMFC# | CLASS |
| 0 | | 48 | Pieces | 3502 | | | General Merchandise | | - | 110 |
| 0 | | 48 | | 3502 | | | **GRAND TOTAL** | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____ .

COD Amount: $ _____
Fee Terms:    Collect: [ ]    Prepaid: [ ]
Customer check acceptable: [ ]

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ▦ 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations

This carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. (Section 7)

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above-named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation
Shipper   Agri-Fab, Inc    Date 8-24-18
      Cory White

**Trailer Loaded:**
[x] By Shipper
[ ] By Driver

**Freight Counted:**
[x] By Shipper
[ ] By Driver/pallets said to contain
[ ] By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.
Carrier: YRC    Date 8-24-18
      D. Wheeler



YRC Freight
10990 Roe Ave Overland Park, KS 66211-1213
(EIN 34-0492670) (RDWY)

DELIVERY RECEIPT

738-370415-X

Customer Service Center:
1.800.610.6100

PICKUP DATE
08-24-18

PO. NO./DEPT. NO.
047624

AGRI-FAB
3490 L&A INDUSTRIAL DR
DECATUR IL 62521

DESTINATION
642-1

RATE CODE
712

ITEM/TENDER NO.
886KC..5

SEARS DIRECT DELIVERY CEN 7449
8709-SC
7650 S 228TH
KENT WA 98032

GBL NO.
180822200470

NO. HU
4

PKG.
PLT

HM
738-370415-X

DESCRIPTION OF ARTICLES
GENERAL MERCHANDISE
NMFC=99999815 CLC110

48 PCS
PERCENT DISCOUNT
(OUTBOUND)
DELIVERY APPOINTMENT
WEIGHT INSPECTION CHARGE
HIGH COST DELIVERY AREA CHARGE

EMAIL FOR APPT
KENTDDC@INNOVELSOLUTIONS.

COM

SERVICE
4412

CONS CODE
3412

CA04 B00

P
O
R
O
N

SHRQ CNCL CODE
01 OF 03

ADV CNCL CODE

355
ORG

UNIT NO.
559339

SIGNED:
RECEIVED BY — PRINTED NAME

YRC TARIFFS LIMIT CARRIER'S LIABILITY.
ALL FREIGHT RECEIVED IN GOOD ORDER AND
SHRINKWRAP/BANDING INTACT UNLESS NOTED

Mike Lehane - SVC

APPT
REWT
HCDA

CODE
E110

WEIGHT (LB)
3610

RATE

CHARGES

HU
50

DATE
216.18

TIME
9:15

UNIT NO.

DELIVERY SERVICES PROVIDED NOT LISTED ABOVE - ADDITIONAL FEES MAY APPLY
☐ LIFTGATE    ☐ SORT/SEGREGATION
☐ INSIDE DELIVERY    ☐ RESIDENTIAL DELIVERY    ☐ LIMITED ACCESS    ☐ OTHER



YRC Freight
10990 Roe Avenue, Overland Park, KS 66211-1213
(EIN 34-0492670) (RDWY)

MC

Customer Service Center:
1.800.610.6500

738-370415-X

PICKUP DATE: 08-24-18
P.O. NO./ DEPT. NO.: 047624
DESTINATION: 642-1
RATE CODE: 712
ITEM/ORDER NO.: 886KC..5

AGRI FAB
3490 L&A INDUSTRIAL DR
DECATUR IL 62521

SHIPPER NO.: 0797

ADV CAXOL CODE: 02  OF 03

SEARS DIRECT DELIVERY CEN  7449
8709-SC
7650 S 228TH
KENT WA 98032

BEY CAXOL CODE
SERVICE | EXCEP
CONS. CODE: 3412
CA04  B00

PRO NO. H/U: 738-370415-X
PKG. | HM
4  TTL /////

NO. H/U
PKG. | HM

PROR GBL NO.
18082200470

DESCRIPTION OF ARTICLES
GENERAL SURCHARGE (FUEL/FRT)
EMAIL FOR APPT
KENTDDC@INNOVELSOLUTIONS.
COM

SLC STC
C: 253-395-1400
PAYER FOR SHIPPER:
INNOVEL SOLUTIONS INC % ECHO GLOBAL L
ECHO GLOBAL LOGISTICS

DELIVERY RECEIPT

9/6

9.02

PRO
355
ORG

YRC TARIFFS LIMIT CARRIER'S LIABILITY.
ALL FREIGHT RECEIVED IN GOOD ORDER AND
SHRINKWRAP/BANDING INTACT UNLESS NOTED

RECEIVED BY — PRINTED NAME          DATE

SIGNED:                                      TIME

UNIT NO.: 559339
CODE
TTL
WEIGHT (LB): 3610
RATE
CHARGES
PPD

LOCATION: EVLSA1
LIFTGATE | SORT/SEGREGATION | LIMITED ACCESS
INSIDE DELIVERY | RESIDENTIAL DELIVERY | OTHER

DELIVERY SERVICES PROVIDED NOT LISTED ABOVE - ADDITIONAL FEES MAY APPLY

DOOR: 50
UNIT NO.



DELIVERY RECEIPT

Customer Service Center:
1.800.610.6500

PRO NO. HJU    738-370415-X

YRC TARIFFS LIMIT CARRIER'S LIABILITY.
ALL FREIGHT RECEIVED IN GOOD ORDER AND
SHRINKWRAP/BANDING INTACT UNLESS NOTED

RECEIVED BY — PRINTED NAME    DATE

SIGNED: _____    TIME

# Agri-Fab

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | OLIVE BRANCH DDC #8776<br>10425 RIDGEWOOD DRIVE<br><br>OLIVE BRANCH, MS<br><br>38654 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE : 1

INVOICE# IN1562862

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168144
ORDER    # SO754041

**SHIPPING REF #    18402119921**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/30/18 | 047641 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24586 | 18 | CRAFTSMAN SLEEVE HITCH<br>  CUST PART : 24586<br>  REVISION NUMBER : 41962<br>  FOR SEARS #8776 | 79.10 | EA | | 1423.80 |

TOTAL VALUE - US DOLLARS        1423.80

SETTLEMENT DISCOUNT AVAILABLE AT    1.50 %        21.36

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri·Fab

## INVOICE

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

PLEASE REMIT TO
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | OLIVE BRANCH DDC #8776<br>10425 RIDGEWOOD DRIVE<br><br>OLIVE BRANCH, MS<br><br>38654 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE : 1

INVOICE# IN1562863

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168144
ORDER  # SO764999

**SHIPPING REF #    18402119921**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/30/18 | 048727 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24355 | 10 | 12 CU FT STEEL CART<br>CUST PART : 24355<br>REVISION NUMBER : 41964<br>FOR SEARS #8776 | 120.50 | EA | | 1205.00 |

TOTAL VALUE - US DOLLARS          1205.00

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %      18.08

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab.

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

| PLEASE REMIT TO |
|---|
| PO BOX 6718 |
| Carol Stream, IL |
| 60197-6718 |

| SHIP TO | OLIVE BRANCH DDC #8776<br>10425 RIDGEWOOD DRIVE<br><br>OLIVE BRANCH, MS<br><br>38654 |
|---|---|

PAGE : 1

INVOICE# IN1562864

order replacement parts online at
**www.SpeedEPart.com**

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---|---|

B/L   # CN0168144
ORDER  # SO768681

**SHIPPING REF #    18402119921**        FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/30/18 | 049193 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24355 | 7 | 12 CU FT STEEL CART<br>CUST PART : 24355<br>REVISION NUMBER : 41964<br>FOR SEARS #8776 | 120.50 | EA | | 843.50 |

TOTAL VALUE - US DOLLARS        843.50

SETTLEMENT DISCOUNT AVAILABLE AT 1.50 %        12.65

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | OLIVE BRANCH DDC #8776<br>10425 RIDGEWOOD DRIVE<br><br>OLIVE BRANCH, MS<br><br>38654 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE  :  1

INVOICE#  IN1562865

order replacement parts online at
**www.SpeedEPart.com**

B/L  # CN0168144
ORDER  # SO768683

**SHIPPING REF #**    18402119921

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/30/18 | 049195 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-246121 | 40 | BUMPER, DUAL TUBE<br>  CUST PART : 24612<br>  REVISION NUMBER : 41972<br>  FOR SEARS #8776 | 28.00 | EA | | 1120.00 |

TOTAL VALUE - US DOLLARS        1120.00

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %        16.80

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab.

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | OLIVE BRANCH DDC #8776<br>10425 RIDGEWOOD DRIVE<br><br>OLIVE BRANCH, MS<br><br>38654 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE  :  1

INVOICE# IN1562866

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0168144
ORDER  # SO771321

**SHIPPING REF #    18402119921**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/30/18 | 049475 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24586 | 18 | CRAFTSMAN SLEEVE HITCH<br>  CUST PART : 24586<br>  REVISION NUMBER : 41962<br>  FOR SEARS #8776 | 79.10 | EA | | 1423.80 |

|  |  |
|---|---|
| TOTAL VALUE - US DOLLARS | 1423.80 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | 21.36 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# BILL OF LADING

**Agri-Fab**

*Lawn Care Made Easy*

3490 L & A Industrial Dr
Decatur, IL 62521

OLD DOMINION FREIGHT LINE

SHIPPER LABEL

18402119921   DEC

BOOKING #: 18082900391

SOURCE 480

## SHIP TO

OLIVE BRANCH DDC #8776
10425 RIDGEWOOD DRIVE

OLIVE BRANCH, MS    38654

### THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS

| Customer PO # | B/L NUMBER |
|---|---|
| 048727 | CN0168144 |

| TRAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|---|
| | | OLD DOMINION | | S0300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 17 | | CARTS OR SULKIES KD 138940 SUB 2 | 1599.70 |
| 76 | | ATTACHMENT TRACTOR 114220 SUB 3 | 1940.00 |

| TOTAL PACKS | TOTAL SKIDS | COLLECT ON DELIVERY | WEIGHT SHIPPED |
|---|---|---|---|
| 93 | 5 | $          and remit to: | 3539.70 |

048727     049193     047641     049195     049475

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

DATE   AUG 31 2018

CARRIER   Old Dominion

AGENT   D Whisler

PER - SHIPPER

SHIPPER

## BILL OF LADING

**BOL Number:** 33056102

### SHIP FROM

| | |
|---|---|
| Name: | AGRI-FAB INC |
| Address 1: | 3490 INDUSTRIAL DR |
| Address 2: | |
| Address 3: | |
| City/State/Zip: | DECATUR, IL, 62521 |
| ILDEAG    P: | 217-728-3308 Ext.        F: |
| Stop Notes: | |

Carrier: Old Dominion Freight Line, Inc.

Pro #:

18402119921 'ACE
ODFL                    DEC

Pick up date:  8/31/2018

Trailer #:                        Seal #:

### SHIP TO

| | |
|---|---|
| Name: | OLIVE BRANCH DDC - 8776 |
| Address 1: | 10425 RIDGEWOOD DR |
| Address 2: | |
| Address 3: | |
| City/State/Zip: | OLIVE BRCH, MS, 38654 |
| 8776    P: | (662)408-3216 Ext.        F: |
| Stop Notes: | |

### REFERENCE INFORMATION

| Reference Name | Value |
|---|---|
| Destination Location Code | 8776 |
| Load BOL # | 18082900391 |
| Load PO# | 047641 |
| Origin Location Code | ILDEAGRIFA01 |
| OTM Booking # | 18082900391 |
| Sears Load BOL # | SO754041 |

### THIRD PARTY FREIGHT CHARGES BILL TO

Innovel Solutions % Echo Global Logistics
600 W. Chicago Avenue, Suite 725
Chicago, IL 60654

| Freight Charge Terms: | Carrier Acct #: |
|---|---|
| Prepaid [x] Collect [ ] 3rd Party [x] | Quote ID: |

Special Instructions:
Appointment required for pick  SEARS PRODUCT
See Shipper and Consignee Instructions

**Shipper Instructions**
Pickup #:     18082900391
Loc Type:   Business
Special Services:

**Consignee Instructions**
Delivery #:
Loc Type:   Business
Special Services:
    Processing Fee

ECHO is not liable for any accessorial charges unless pre approved by Echo or noted on this bill of lading.

LTL or Partial Only:
# of Pallets  5    Pallet Type        Skid Spots:        Stackable:  No
Pallet Dimensions:        L:        W:        H:

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | HM | OD | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | (X) | | NMFC# | CLASS |
| 0 | | 93 | Pieces | 3540 | | | General Merchandise | - | 110 |
| 0 | | 93 | | 3540 | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows. "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

____ per ____

COD Amount: $ ____
Fee Terms:    Collect: [ ]    Prepaid: [ ]
Customer check acceptable: [ ]

NOTE Liability Limitation for loss or damage in this shipment may be applicable  See 49 U.S.C. ▣ 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. (Section 7 ____)

____ Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | [ ] By Shipper [v] By Driver | [ ] By Shipper [ ] By Driver/pallets said to contain [ ] By Driver Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle. |
| Shipper:  Agri-Fab, Inc    Date: | | | Carrier: D. Will Ol    Date: 8-31 |
| Cory White        AUG 31 2018 | | | |

*Thank you for choosing www.odfl.com*

## Old Dominion Freight Line Shipment Trace

If you would like to Trace by Purchase Order, Bill of Lading, Load Number, or Pickup Number visit ODFL4me Trace

Trace more shipments

☑ Detailed Data

Pro Number: 18402119921

| | |
|---|---|
| **Delivery Date** (EST) | 9/5/2018 |
| **Status** | Delivered |
| **Pieces** | 93 |
| **Weight** | 3540 |
| **PO#** | 047641 |
| **BOL#** | 33056102 |
| **Signature** | MACKLIN |
| **Origin** | DECATUR, IL 62521 |
| **Origin SC** | DEC |
| **Destination** | OLIVE BRANCH, MS 38654 |
| **Destination SC** | MFS |
| **Email Notification** | ✉ |

# Agri·Fab

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

| | |
|---|---|
| **PLEASE REMIT TO** | PO BOX 6718<br>Carol Stream, IL<br>60197-6718 |

**SHIP TO**
SEARS #8781 D/71
5330 CROSSWINDS DR

COLUMBUS, OH

43228

**SOLD TO**
SEARS RDC DIV/71 RETAIL
NAT ACCT PAY CTR 9767
DUNS 079143426
DALLAS, TX

PAGE :  1

INVOICE# IN1562867

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168145
ORDER  # SO754050

**SHIPPING REF #    7383704241**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/30/18 | 047650 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24586 | 18 | CRAFTSMAN SLEEVE HITCH<br>CUST PART : 24586<br>REVISION NUMBER : 41962<br>FOR SEARS #8781 | 79.10 | EA | | 1423.80 |

| | | |
|---|---|---|
| TOTAL VALUE - US DOLLARS | | 1423.80 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | | 21.36 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri·Fab

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

PLEASE REMIT TO
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS #8781 D/71<br>5330 CROSSWINDS DR<br><br>COLUMBUS, OH<br><br>43228 |
| --- | --- |

PAGE : 1

INVOICE# IN1562868

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
| --- | --- |

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168145
ORDER  # SO767201

**SHIPPING REF #      7383704241**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| NET 60 DAYS | 10/30/18 | 048955 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
| --- | --- | --- | --- | --- | --- | --- |
| 71-24355 | 21 | 12 CU FT STEEL CART<br>CUST PART : 24355<br>REVISION NUMBER : 41964<br>FOR SEARS #8781 | 120.50 | EA | | 2530.50 |

|  |  |
| --- | --- |
| TOTAL VALUE - US DOLLARS | 2530.50 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | 37.96 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab.

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

## INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | SEARS #8781 D/71<br>5330 CROSSWINDS DR<br><br>COLUMBUS, OH<br><br>43228 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE : 1

INVOICE# IN1562869

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0168145
ORDER  # SO768685

SHIPPING REF #    7383704241

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/30/18 | 049197 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24213 | 15 | AERATOR, 40"  PLUGGER<br>CUST PART : 24213<br>REVISION NUMBER : 41967<br>FOR SEARS #8781 | 115.00 | EA | | 1725.00 |

| | | |
|---|---|---|
| | TOTAL VALUE - US DOLLARS | 1725.00 |
| | SETTLEMENT DISCOUNT AVAILABLE AT   1.50 % | 25.88 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab.

## INVOICE

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

**PLEASE REMIT TO**
PO BOX 6718
**Carol Stream, IL**
60197-6718

| SHIP TO | SEARS #8781 D/71<br>5330 CROSSWINDS DR<br><br>COLUMBUS, OH<br><br>43228 |

PAGE : 1

INVOICE# IN1562870

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0168145
ORDER   # SO768687

SHIPPING REF #    7383704241

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/30/18 | 049199 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-243152 | 24 | TINE DE-THATCHER, 40<br>CUST PART : 24315<br>REVISION NUMBER : 44157<br>FOR SEARS #8781 | 48.50 | EA | | 1164.00 |

TOTAL VALUE - US DOLLARS          1164.00

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %        17.46

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# BILL OF LADING

**Agri-Fab**
*Lawn Care Made Easy*

3490 L & A Industrial Dr.
Decatur, IL 62521

YRC FREIGHT SHIPMENT STATUS, CALL 1-800,610,6500

**738-370424-1** **YRC**

10/14/17

SHIPPER BOL 355

YRC's shipment units are incorporated herein implies accrual or agreement (s)? YRC the photos the terms to break by This shipment is received the correct either consign of the Uniform Straight Bill of Lading or as used in the NMFC's 100 series tariff.

BOOKING #: **18082900406**

SOURCE 486

### SHIP TO

SEARS #8781 D/71
5330 CROSSWINDS DR

COLUMBUS, OH        43228

| THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS | |
|---|---|
| Customer PO # | B/L NUMBER |
| 048955 | **CN0168145** |

| TRAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|---|
| | | YRC | | S0300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 21 | | CARTS OR SULKIES KD 188940 SUB 2 | 1976.10 |
| 57 | | ATTACHMENT TRACTOR 114220 SUB 3 | 2830.65 |

| TOTAL PACKS | TOTAL SKIDS | COLLECT ON DELIVERY | WEIGHT SHIPPED |
|---|---|---|---|
| 78 | 5 | $ and remit to: | 4806.75 |

048955        047650        049197        049199

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

RECEIVED, SUBJECT TO THE CLASSIFICATIONS AND LAWFULLY PUBLISHED TARIFFS ON THE DATE OF THE ISSUE OF THIS BILL OF LADING,
THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES
UNKNOWN) MARKED CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD
THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT)
AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER
CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL
OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY SAID PROPERTY,
THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC
STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATION IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR A
RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the
transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee - For purposes of notification only.)

THIS SHIPPING ORDER must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

DATE    AUG 31 2018

CARRIER    YRC

AGENT    D. Wheeler

PER - SHIPPER

SHIPPER

FREIGHT CHARGES

☐ PREPAID
☐ COLLECT
☐ THIRD PARTY

| BILL OF LADING | BOL Number: 33056089 |
|---|---|

**SHIP FROM**

Carrier    YRC Freight

Pro #:    **738-370424-1**

355

Name.    AGRI-FAB INC
Address 1:    3490 INDUSTRIAL DR
Address 2:
Address 3:
City/State/Zip:    DECATUR, IL, 62521
ILDEAG  P:  217-728-3308 Ext.    F:
Stop Notes:

Pick up date: 8/31/2018
Trailer #:    Seal #:

**SHIP TO**

Name:    8862 - COLUMBUS DDC
Address 1:    5330 Crosswind Dr
Address 2:
Address 3:
City/State/Zip:    COLUMBUS, OH, 43228
SROSE   P:  614-878-2092 Ext.    F:
Stop Notes:

**REFERENCE INFORMATION**

| Reference Name | Value |
|---|---|
| Destination Location Code | 8862 |
| Load BOL # | 18082900406 |
| Load PO# | 047850 |
| Origin Location Code | ILDEAGRIFA01 |
| OTM Booking # | 18082900406 |
| Sears Load BOL # | SO754050 |

**THIRD PARTY FREIGHT CHARGES BILL TO**

Innovel Solutions % Echo Global Logistics
600 West Chicago Ave, Suite 725
Chicago, IL 60654

| Freight Charge Terms: | Carrier Acct # |
|---|---|
| Prepaid [x] Collect [ ] 3rd Party [x] | Quote ID |

Special Instructions:
Appointment required for pick  SEARS PRODUCT
See Shipper and Consignee Instructions

ECHO is not liable for any accessorial charges unless pre approved by Echo or noted on this bill of lading

**Shipper Instructions**
Pickup #:  18082900406
Loc Type:  Business
Special Services:

**Consignee Instructions**
Delivery #:
Loc Type:  Business
Special Services:
Processing Fee

LTL or Partial Only:
# of Pallets 85  Pallet Type:    Skid Spots:  Stackable:  No
Pallet Dimensions    L  W  H

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | HM (X) | OD (X) | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to | NMFC# | CLASS |
| 0 | | 78 | Pieces | 4807 | | | General Merchandise | | 110 |
| 0 | | 78 | | 4807 | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ▣ 14706(c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

| COD Amount: $ | |
|---|---|
| Fee Terms:  Collect: [ ]  Prepaid: [ ] | |
| Customer check acceptable: [ ] | |

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. (Section 7)

_____ Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above-named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

Shipper:  Agri-Fab, Inc    Date 8-31-8
Cory White

| Trailer Loaded | Freight Counted |
|---|---|
| [x] By Shipper | [ ] By Shipper |
| [ ] By Driver | [ ] By Driver/pallets said to contain |
| | [ ] By Driver/Pieces |

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or the carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.

Carrier: D.Wheeler    Date 8-31-18



DELIVERY RECEIPT

738-370424-1

YRC Freight
10990 Roe Ave Overland Park, KS 66211-1213
(EIN 34-0492670) (RDWY)

Customer Service Center:
1.800.610.6500

PAGE 02 OF 03

ON

RO355
DRG

YRC TARIFFS LIMIT CARRIER'S LIABILITY.
ALL FREIGHT RECEIVED IN GOOD ORDER AND
SHRINKWRAP/BANDING INTACT UNLESS NOTED

RECEIVED BY - PRINTED NAME          DATE

SIGNED:                                    TIME

| | | | | | | |
|---|---|---|---|---|---|---|
| UNIT NO. | CHGR # | HJU | LOCATION | CHGR # | HJU | DOOR | UNIT NO. |
| 137719 | | | 501C2 | | | | |

PK UP DATE: 8-31-18
DESTINATION: 857-1
RATE CODE: /12
ITEM/TENDER NO. BB&KC..5

P.O./DEPT. NO.
747650

SHIPPER 09797
ADV CAVOL CODE: 02
BEY CAVOL CODE: 
SERVICE
EXCEP.
CONS. CODE: 0479
CA04 BOO

GRI FAB
490 L&A INDUSTRIAL DR
ECATUR IL 62521

COLUMBUS DDC
ROSE
330 CROSSWINDS DR
OLUMBUS OH 43228

8781

PKG: 1/1/1
HM
SLC STC
C: 614-878-2092

5 TTL

754050

DESCRIPTION OF ARTICLES

(OUTBOUND)
DELIVERY APPOINTMENT
WEIGHT INSPECTION CHARGE
GENERAL SURCHARGE (FUEL/FRT)

CODE
APPT
REWT
TTL

WEIGHT (LB)
4890

RATE

CHARGES
PPD

DELIVERY SERVICES PROVIDED NOT LISTED ABOVE - ADDITIONAL FEES MAY APPLY

☐ LIFTGATE        ☐ SORT/SEGREGATION    ☐ LIMITED ACCESS
☐ INSIDE DELIVERY ☐ RESIDENTIAL DELIVERY ☐ OTHER

**YRC Freight**
10990 Roe Avenue Overland Park, KS 66211-1213
(EIN 34-0492670) (RDVY)

**DELIVERY RECEIPT**

**Customer Service Center:**
**1.800.610.6500**

PAGE
03 OF 03

PICK-UP DATE: 1-31-18

DESTINATION: 857-1 WC

RATE CODE: /12

ITEM/TENDER NO.: BB6KC..5

SHIPPER CODE: 0777

ADV CXCL CODE

BEY CXCL CODE

SERVED: 05

EXCEP

CONS. CODE: 0479

CA04 BOO  0.117

047650

CRI FAB
490 L&A INDUSTRIAL DR
DECATUR IL 62521

COLUMBUS DDC
ROSE
3330 CROSSWINDS DR
COLUMBUS OH 43228

8781

PKG.  738-370424-1

754050

HM

**DESCRIPTION OF ARTICLES**

PAYER FOR SHIPPER:
INNOVEL SOLUTIONS INC % ECHO GLOBAL L
ECHO GLOBAL LOGISTICS
600 W CHICAGO AVE STE 725
CHICAGO IL 60654
SI#: 18082700406
LO#: 33056089
PO=047650

**ORG**
**355**
YRC TARIFFS LIMIT CARRIER'S LIABILITY.
ALL FREIGHT RECEIVED IN GOOD ORDER AND
SHRINKWRAP/BANDING INTACT UNLESS NOTED

PRO

ORG
ON

SIGNED: _____

RECEIVED BY - PRINTED NAME          DATE

738-370424-1

| UNIT NO. | CHKR # | HJU | LOCATION | CHKR # | HJU | DOOR | UNIT NO. |
|---|---|---|---|---|---|---|---|
| 137719 | | | 501C2 | | | | C2 |

CODE | WEIGHT (LB) | RATE | CHARGES

TIME

**DELIVERY SERVICES PROVIDED NOT LISTED ABOVE - ADDITIONAL FEES MAY APPLY**
PODP

☐ LIFTGATE        ☐ SORT/SEGREGATION    ☐ LIMITED ACCESS
☐ INSIDE DELIVERY ☐ RESIDENTIAL DELIVERY ☐ OTHER

# Agri-Fab

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

PLEASE REMIT TO
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS, ROEBUCK & CO.  #8870  D/6<br>1600 ROE  ST<br><br>DALLAS,    TX<br><br>75215 |
|---|---|

PAGE :  1

INVOICE#  IN1562871

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---|---|

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168146
ORDER  # SO756205

SHIPPING REF #    18402119947

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/30/18 | 047811 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24586 | 18 | CRAFTSMAN SLEEVE HITCH<br>CUST PART : 24586<br>REVISION NUMBER : 41962<br>FOR SEARS #8870 | 79.10 | EA | | 1423.80 |

TOTAL VALUE - US DOLLARS          1423.80

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %          21.36

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab.

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS, ROEBUCK & CO.  #8870  D/6<br>1600 ROE  ST<br><br>DALLAS,    TX<br><br>75215 |
|---|---|

PAGE :  1

INVOICE# IN1562872

order replacement parts online at
**www.SpeedEPart.com**

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---|---|

B/L    # CN0168146
ORDER  # SO757917

**SHIPPING REF #**      18402119947

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/30/18 | 047865 | SO300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24586 | 18 | CRAFTSMAN SLEEVE HITCH<br>    CUST PART : 24586<br>    REVISION NUMBER : 41962<br>    FOR SEARS #8870 | 79.10 | EA | | 1423.80 |

TOTAL VALUE - US DOLLARS        1423.80

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %        21.36

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri•Fab.

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | SEARS, ROEBUCK & CO.  #8870  D/6<br>1600 ROE  ST<br><br>DALLAS,    TX<br><br>75215 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE :  1

INVOICE# IN1562873

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168146
ORDER  # SO767203

**SHIPPING REF #    18402119947**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/30/18 | 048957 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24266 | 12 | 42" HIGH SPEED SWEEPER<br>CUST PART : 24266<br>REVISION NUMBER : 42692<br>FOR SEARS #8870 | 192.00 | EA | | 2304.00 |

TOTAL VALUE - US DOLLARS        2304.00

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %        34.56

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab™

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | SEARS, ROEBUCK & CO.  #8870  D/6<br>1600 ROE ST<br><br>DALLAS,    TX<br><br>75215 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE :  1

INVOICE# IN1562874

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0168146
ORDER  # SO767204

SHIPPING REF #    18402119947

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/30/18 | 048958 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24355 | 14 | 12 CU FT STEEL CART<br>CUST PART : 24355<br>REVISION NUMBER : 41964<br>FOR SEARS #8870 | 120.50 | EA | | 1687.00 |

TOTAL VALUE - US DOLLARS        1687.00

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %        25.31

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab.

**INVOICE**

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

PLEASE REMIT TO
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | SEARS, ROEBUCK & CO.  #8870  D/6<br>1600 ROE  ST<br><br>DALLAS,   TX<br><br>75215 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE :  1

INVOICE# IN1562875

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0168146
ORDER  # SO771332

SHIPPING REF #     18402119947

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/30/18 | 049486 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24586 | 18 | CRAFTSMAN SLEEVE HITCH<br>CUST PART : 24586<br>REVISION NUMBER : 41962<br>FOR SEARS #8870 | 79.10 | EA | | 1423.80 |

TOTAL VALUE - US DOLLARS          1423.80

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %        21.36

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# BILL OF LADING

**Agri-Fab**
*Lawn Care Made Easy*

3490 L & A Industrial Dr.
Decatur, IL 62521

OLD DOMINION FREIGHT LINE

SHIPPER LABEL

18402119947    DEC

BOOKING #: 18082900389

SOURCE 486

## SHIP TO

SEARS, ROEBUCK & CO.   #8870   D/671
1600 ROE   ST

DALLAS,    TX        75215

### THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS

| Customer PO # | B/L NUMBER |
|---|---|
| 048958 | CNO168146 |

| TRAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|---|
| | | OLD DOMINION | | S0300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 14 | | CARTS OR SULKIES KD 188940 SUB 2 | 1317.40 |
| 12 | | SWEEPERS, LAWN 130590 SUB 4 | 1000.80 |
| 54 | | ATTACHMENT TRACTOR 114220 SUB 3 | 2376.00 |

| TOTAL PACKS | TOTAL SKIDS | COLLECT ON DELIVERY | WEIGHT SHIPPED |
|---|---|---|---|
| 80 | 5 | $          and remit to: | 4694.20 |

048958      048957      047811      047865      049486

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

DATE    AUG 31 2020

CARRIER    Old Dominion

AGENT    D. White

FREIGHT CHARGES

☐ PREPAID

☐ COLLECT

☒ THIRD PARTY

PER · SHIPPER

SHIPPER

## BILL OF LADING

**BOL Number:** 33056110

### SHIP FROM

Name: AGRI-FAB INC
Address 1: 3490 INDUSTRIAL DR
Address 2:
Address 3:
City/State/Zip: DECATUR, IL, 62521
ILDEAG    P: 217-728-3308 Ext.    F:
Stop Notes:

Carrier:    Old Dominion Freight Line, Inc.
Pro #:

E **18402119947** ACE
    ODFL    DEC

Pick up date: 8/31/2018
Trailer #:    Seal #:

### SHIP TO

Name: SEARS COMM PROD DST CTR - 8870
Address 1: 1600 Roe St
Address 2:
Address 3:
City/State/Zip: DALLAS, TX, 75215
BCROW    P: 214-565-5125 Ext.    F:
Stop Notes:

### REFERENCE INFORMATION

| Reference Name | Value |
| --- | --- |
| Destination Location Code | 8870 |
| Load BOL # | 18082900389 |
| Load PO# | 047811 |
| Origin Location Code | ILDEAGRIFA01 |
| OTM Booking # | 18082900389 |
| Sears Load BOL # | SO756205 |

### THIRD PARTY FREIGHT CHARGES BILL TO

Innovel Solutions % Echo Global Logistics
600 W. Chicago Avenue, Suite 725
Chicago, IL 60654

Freight Charge Terms:    Carrier Acct #:

Prepaid [x] Collect [ ] 3rd Party [x]    Quote ID:

Special Instructions:
Appointment required for pick  SEARS PRODUCT
See Shipper and Consignee Instructions

ECHO is not liable for any accessorial charges unless pre approved by Echo or noted on this bill of lading.

**Shipper Instructions**
Pickup #:    18082900389
Loc Type:    Business
Special Services:

**Consignee Instructions**
Delivery #:
Loc Type:    Business
Special Services:
    Processing Fee

LTL or Partial Only:
# of Pallets  64   Pallet Type:    Skid Spots    Stackable  No
Pallet Dimensions:    L:    W:    H:

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | HM | OD | COMMODITY DESCRIPTION | LTL Only | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and noticed as | NMFC# | CLASS |
| 0 | | 80 | Pieces | 4694 | | | General Merchandise | | 110 |
| 0 | | 80 | | 4694 | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

COD Amount: $ _____
Fee Terms:    Collect: [ ]    Prepaid: [ ]
Customer check acceptable: [ ]

NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. ■ 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. (Section 7)

_____ Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.
Shipper:  Agri-Fab, Inc    Date
*Cory White*    AUG 31 2018

Trailer Loaded:
[X] By Shipper
[ ] By Driver

Freight Counted:
[ ] By Shipper
[ ] By Driver/pallets said to contain
[ ] By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.
Carrier: *D. Miller*    Date: 8-31-18

*Thank you for choosing www.odfl.com*

## Old Dominion Freight Line Shipment Trace

If you would like to Trace by Purchase Order, Bill of Lading, Load Number, or Pickup Number visit ODFL4me Trace.

Trace more shipments

☑ Detailed Data

**Pro Number: 18402119947**

| | |
|---|---|
| **Delivery Date (EST)** | 9/5/2018 |
| **Status** | Delivered |
| **Pieces** | 80 |
| **Weight** | 5130 |
| **PO#** | 047811 |
| **BOL#** | 33056110 |
| **Signature** | DAVID L |
| **Origin** | DECATUR, IL 62521 |
| **Origin SC** | DEC |
| **Destination** | DALLAS, TX 75215 |
| **Destination SC** | DAL |
| **Email Notification** | ✉ |

# Agri-Fab.

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS #8709 D/71<br>7650 S 228TH ST<br><br>KENT, WA<br><br>98032 |

PAGE :  1

INVOICE# IN1562876

order replacement parts online at
**www.SpeedEPart.com**

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

B/L  # CN0168147
ORDER  # SO754031

**SHIPPING REF #    7383704232**

**FILE COPY**

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/30/18 | 047631 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24586 | 18 | CRAFTSMAN SLEEVE HITCH<br>    CUST PART : 24586<br>    REVISION NUMBER : 41962<br>    FOR SEARS #8709 | 79.10 | EA | | 1423.80 |

TOTAL VALUE - US DOLLARS          1423.80

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %          21.36

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197—6718

| | |
|---|---|
| **SHIP TO** | SEARS #8709 D/71<br>7650 S 228TH ST<br><br>KENT, WA<br><br>98032 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE : 1

INVOICE# IN1562877

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168147
ORDER    # SO757895

**SHIPPING REF #**    7383704232

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/30/18 | 047843 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24586 | 18 | CRAFTSMAN SLEEVE HITCH<br>CUST PART : 24586<br>REVISION NUMBER : 41962<br>FOR SEARS #8709 | 79.10 | EA | | 1423.80 |

TOTAL VALUE - US DOLLARS          1423.80

SETTLEMENT DISCOUNT AVAILABLE AT   1.50 %      21.36

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri·Fab

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

PLEASE REMIT TO
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS #8709 D/71<br>7650 S 228TH ST<br>KENT, WA<br>98032 |
|---|---|
| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE :  1

INVOICE# IN1562878

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168147
ORDER  # SO764992

SHIPPING REF #        7383704232

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/30/18 | 048720 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24355 | 10 | 12 CU FT STEEL CART<br>CUST PART : 24355<br>REVISION NUMBER : 41964<br>FOR SEARS #8709 | 120.50 | EA | | 1205.00 |

TOTAL VALUE - US DOLLARS        1205.00

SETTLEMENT DISCOUNT AVAILABLE AT   1.50 %        18.08

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

PLEASE REMIT TO
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS #8709 D/71<br>7650 S 228TH ST<br><br>KENT, WA<br><br>98032 |
|---|---|

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---|---|

PAGE :  1

INVOICE# IN1562879

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0168147
ORDER   # SO767194

SHIPPING REF #     7383704232

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/30/18 | 048948 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24355 | 7 | 12 CU FT STEEL CART<br>CUST PART : 24355<br>REVISION NUMBER : 41964<br>FOR SEARS #8709 | 120.50 | EA | | 843.50 |

|  |  |
|---|---|
| TOTAL VALUE - US DOLLARS | 843.50 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | 12.65 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# BILL OF LADING

**Agri-Fab**
*Lawn Care Made Easy*

3490 L & A Industrial Dr
Decatur, IL 62521

YRC FREIGHT SHIPMENT STATUS: CALL 1-800-610-6500

SHIPPER BOL  355

**738-370423-2** YRC

YRC Freight tariffs are incorporated herein by reference and copies available upon request.
YRC Freight or its Decatur Facility. This shipment is subject to the terms and conditions of the Uniform Straight Bill of Lading as stated in the NMFC 100 series tariff.

BOOKING #: 18082900409

SOURCE 486

**SHIP TO**

SEARS #8709 D/71
7650 S 228TH ST

KENT, WA          98032

| THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS | |
|---|---|
| Customer PO # | B/L NUMBER |
| 048720 | CNO168147 |

| TRAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|---|
| | | YRC | | S0300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 17 | | CARTS OR SULKIES KD 188940 SUB 2 | 1599.70 |
| 36 | | ATTACHMENT TRACTOR 114220 SUB 3 | 1584.00 |

| TOTAL PACKS | TOTAL SKIDS | COLLECT ON DELIVERY | | WEIGHT SHIPPED |
|---|---|---|---|---|
| 53 | 4 | $ | and remit to: | 3183.70 |

048720       049948       047631       047843

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,
the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

DATE    AUG 31 2010

CARRIER    YRC

AGENT    D. White

FREIGHT CHARGES

☐ PREPAID

☐ COLLECT

☒ THIRD PARTY

PER - SHIPPER                    SHIPPER

## BILL OF LADING

**BOL Number:** 33056121

### SHIP FROM

Name: AGRI-FAB INC
Address 1: 3490 INDUSTRIAL DR
Address 2:
Address 3:
City/State/Zip: DECATUR, IL, 62521
ILDEAG P: 217-728-3308 Ext. F:
Stop Notes:

Carrier: YRC Freight
Pro #: YRC 355 **738-370423-2**

Pick up date: 8/31/2018
Trailer #: Seal #

### SHIP TO

Name: Sears DC 8709
Address 1: 7650 S 228th St
Address 2:
Address 3:
City/State/Zip: KENT, WA, 98032
8709-SC P: 2533951400 Ext. F:
Stop Notes:

### REFERENCE INFORMATION

| Reference Name | Value |
|---|---|
| Destination Location Code | 8709 |
| Load BOL # | 18082900409 |
| Load PO# | 047831 |
| Origin Location Code | ILDEAGRIFA01 |
| OTM Booking # | 18082900409 |
| Sears Load BOL # | SO754031 |

### THIRD PARTY FREIGHT CHARGES BILL TO

Innovel Solutions % Echo Global Logistics
600 West Chicago Ave, Suite 725
Chicago, IL 60654

Freight Charge Terms: Carrier Acct #.
Prepaid [x] Collect [ ] 3rd Party [x] Quote ID:

Special Instructions:
Appointment required for pick SEARS PRODUCT
See Shipper and Consignee Instructions

ECHO is not liable for any accessorial charges unless pre-approved by Echo or noted on this bill of lading

**Shipper Instructions**
Pickup #: 18082900409
Loc Type: Business
Special Services:

**Consignee Instructions**
Delivery #:
Loc Type: Business
Special Services:
Delivery Surcharge, Processing Fee

LTL or Partial Only:
# of Pallets. 4 Pallet Type: Skid Spots Stackable No
Pallet Dimensions L W H

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | HM | OD | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | (X) | Commodities requiring special or additional care or attention in handling, must be so marked and packaged as to... | NMFC# | CLASS |
| 0 | | 53 | Pieces | 3184 | | | General Merchandise | - | 110 |
| 0 | | 53 | | 3184 | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

COD Amount: $ _____
Fee Terms: Collect: [ ] Prepaid: [ ]
Customer check acceptable: [ ]

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. [x] 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. (Sec. 7)

_____ Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.
Shipper: Agri-Fab, Inc    Date: 8-31-18
Cory White

Trailer Loaded
[ ] By Shipper
[ ] By Driver

Freight Counted
[ ] By Shipper
[ ] By Driver/pallets said to contain
[ ] By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.
Carrier: D Hiralai    Date: 8-31-18



DELIVERY RECEIPT

SEARS DIRECT DELIVERY GEN
7650 S 228TH
KENT WA 98032

PRO NO. H/U  738-370423-2
PKG.  4  SKD

GENERAL MERCHANDISE
NMFC-99999815 CLC110

EMAIL FOR APPT
KENTDDC@INNOVELSOLUTIONS.
COM

53 PCS
PERCENT DISCOUNT
(OUTBOUND)
DELIVERY APPOINTMENT
WEIGHT INSPECTION CHARGE
HIGH COST DELIVERY AREA CHARGE

Customer Service Center:
1.800.610.6500

YRC
Freight

YRC TARIFFS LIMIT CARRIER'S LIABILITY.
ALL FREIGHT RECEIVED IN GOOD ORDER AND
SHRINKWRAP/BANDING INTACT UNLESS NOTED
SHRINKWRAP/BANDING

RECEIVED BY — PRINTED NAME
SIGNED

738-370423-2



**DELIVERY RECEIPT**

YRC Freight
10990 Roe Ave Overland Park, KS 66211-1213
(Steel 34-0692570) (RDWY)

**Customer Service Center:**
1.800.610.6500

PAGE 02 OF 03

E-3118

PICK UP DATE 642-1    DESTINATION /12    RATE CODE    88&KC..5    ITEM/TENDER NO.

P.O. NO./DEPT. NO.

047681

AGRI FAB
1490 L&A INDUSTRIAL DR
DECATUR IL 62521

SEARS DIRECT DELIVERY CEN 7449
7650 S 228TH
KENT WA 98032

SHIPPER COPY 6077

ADV CNCL CODE

BEY CNCL CODE

SERVICE    EXCEP    CONS. CODE    3412    CA04 BOO

PRO NO./HU
738-370423-2

SBL NO.
607854031

PKG.    HM
4    TTL. ////    GENERAL SURCHARGE (FUEL/FRT)
KENTDDC@INNOVELSOLUTIONS.
COM

DESCRIPTION OF ARTICLES
EMAIL FOR APPT

SLC STC
C: 253-395-1400
PAYER FOR SHIPPER:
INNOVEL SOLUTIONS INC % ECHO GLOBAL L
ECHO GLOBAL LOGISTICS

P OR O

ORG
355
YRC TARIFFS LIMIT CARRIER'S LIABILITY.
ALL FREIGHT RECEIVED IN GOOD ORDER AND
SHRINKWRAP/BANDING INTACT UNLESS NOTED

SIGNED:

RECEIVED BY — PRINTED NAME    DATE    TIME

UNIT NO.    CHKR #    H/U    LOCATION    CHKR #    H/U    DOOR    UNIT NO.
252667                EVLSA1            50

CODE    WEIGHT (LB.)    RATE    CHARGES
TTL.    3515                PPD

738-370423-2

DELIVERY SERVICES PROVIDED NOT LISTED ABOVE - ADDITIONAL FEES MAY APPLY

☐ LIFTGATE    ☐ SORT/SEGREGATION    ☐ LIMITED ACCESS
☐ INSIDE DELIVERY    ☐ RESIDENTIAL DELIVERY    ☐ OTHER

9/13 8AM

DELIVERY RECEIPT

**Customer Service Center:**
**1.800.610.6500**

YRC Freight
10990 Roe Ave Overland Park, KS 66211-1213
(EIN 34-0482010) (RDWY)

PICK UP DATE: 8-31-18

P.O. NO. / DEPT NO.: Q47631

DESTINATION: 642-1

RATE CODE: /12

ITEM/TENDER NO.: 886KC.5

SHIPPER PRO: SFP977

PAGE: 03 OF 03

NO. HU: 738-370423-2

NO. PRO: 0754031

PBL NO.

AGRI FAB
3490 L&A INDUSTRIAL DR
DECATUR IL 62521

SEARS DIRECT DELIVERY CEN 7449
7450 S 228TH
KENT WA 98032

HM: 600 W CHICAGO AVE STE 725
CHICAGO IL 60654
SI#: 18082900409
LO#: 33056121
PO=Q47631

DESCRIPTION OF ARTICLES:
EMAIL FOR APPT
KENTDDC@INNOVELSOLUTIONS.
COM

ADV CA/CL CODE: 00

BEY CA/CL CODE: 03

CONS. CODE: 3412

EXCEP: 10
CA04 B00

0.096

ORG 055
YRC TARIFFS LIMIT CARRIER'S LIABILITY.
ALL FREIGHT RECEIVED IN GOOD ORDER AND
SHRINKWRAP/BANDING INTACT UNLESS NOTED

SIGNED:

RECEIVED BY — PRINTED NAME                    DATE

UNIT NO.: 252667

CHKR #

HU

LOCATION: EVLSA1

CHKR #

HU

DOOR: 50

UNIT NO.

TIME

NO. HU | PKG. | HM | DESCRIPTION OF ARTICLES | CODE | WEIGHT (LB) | RATE | CHARGES

738-370423-2

DELIVERY SERVICES PROVIDED NOT LISTED ABOVE - ADDITIONAL FEES MAY APPLY
☐ LIFTGATE  ☐ SORT/SEGREGATION  ☐ LIMITED ACCESS
☐ INSIDE DELIVERY  ☐ RESIDENTIAL DELIVERY  ☑ OTHER

# Agri Fab

## INVOICE

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | SEARS # 8873 D/71<br>151 FIRST AVE<br><br>COVINGTON TWP, PA<br><br>18424 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE : 1

INVOICE# IN1562880

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0168148
ORDER   # SO757949

SHIPPING REF #   7383698714

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/30/18 | 047897 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24586 | 18 | CRAFTSMAN SLEEVE HITCH<br>CUST PART : 24586<br>REVISION NUMBER : 41962<br>FOR SEARS #8873 | 79.10 | EA | | 1423.80 |

TOTAL VALUE - US DOLLARS       1423.80

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %       21.36

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri•Fab

**INVOICE**

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

PLEASE REMIT TO
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS # 8873 D/71<br>151 FIRST AVE<br>COVINGTON TWP, PA<br>18424 |
| --- | --- |
| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE  :  1

INVOICE#  IN1562881

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0168148
ORDER  # SO768707

**SHIPPING REF #**    7383698714

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| NET 60 DAYS | 10/30/18 | 049219 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
| --- | --- | --- | --- | --- | --- | --- |
| 71-24213 | 15 | AERATOR, 40"  PLUGGER<br>CUST PART : 24213<br>REVISION NUMBER : 41967<br>FOR SEARS #8873 | 115.00 | EA | | 1725.00 |

TOTAL VALUE - US DOLLARS          1725.00

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %       25.88

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab.

**INVOICE**

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS # 8873 D/71<br>151 FIRST AVE<br>COVINGTON TWP, PA<br>18424 |
|---|---|
| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE : 1

INVOICE# IN1562882

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168148
ORDER  # SO768709

SHIPPING REF #    7383698714

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/30/18 | 049221 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-243152 | 24 | TINE DE-THATCHER, 40<br>CUST PART : 24315<br>REVISION NUMBER : 44157<br>FOR SEARS #8873 | 48.50 | EA | | 1164.00 |

|  |  |
|---|---|
| TOTAL VALUE - US DOLLARS | 1164.00 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | 17.46 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri·Fab.

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS # 8873 D/71 |
| | 151 FIRST AVE |
| | COVINGTON TWP, PA |
| | 18424 |

PAGE  :  1

| SOLD TO | SEARS RDC DIV/71 RETAIL |
| | NAT ACCT PAY CTR 9767 |
| | DUNS 079143426 |
| | DALLAS, TX |

INVOICE#  IN1562883

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0168148
ORDER  # SO768710

**SHIPPING REF #      7383698714**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/30/18 | 049222 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24355 | 14 | 12 CU FT STEEL CART | 120.50 | EA | | 1687.00 |
| | | CUST PART : 24355 | | | | |
| | | REVISION NUMBER : 41964 | | | | |
| | | FOR SEARS #8873 | | | | |

| | | |
|---|---|---|
| TOTAL VALUE - US DOLLARS | | 1687.00 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | | 25.31 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# BILL OF LADING

**Agri-Fab**
Lawn Care Made Easy

3490 L & A Industrial Dr
Decatur, IL 62521

YRC FREIGHT SHIPMENT STATUS, CALL 1-800-610-6500

10/14/17

**738-369871-4** YRC

SHIPPER BOL 355

BOOKING #: 18082900398

SOURCE 485

**SHIP TO**

SEARS # 8873 D/71
151 FIRST AVE

COVINGTON TWP, PA    18424

| THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS | |
|---|---|
| Customer PO # | B/L NUMBER |
| 049222 | CN0168148 |

| TRAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|---|
| | | YRC | | S0300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 14 | | CARTS OR SULKIES KD 188940 SUB 2 | 1317.40 |
| 57 | | ATTACHMENT TRACTOR 114220 SUB 3 | 2830.65 |

| TOTAL PACKS | TOTAL SKIDS | | COLLECT ON DELIVERY | WEIGHT SHIPPED |
|---|---|---|---|---|
| 71 | 4 | $ | and remit to: | 4148.05 |

049222        047897        049219        049221

STRAIGHT BILL OF LADING-SHORT FORM ORIGINAL-NOT NEGOTIABLE

DATE    AUG 31 2040

CARRIER    YRC

AGENT    D. Wholes

PER - SHIPPER

SHIPPER

FREIGHT CHARGES

☐ PREPAID

☐ COLLECT

☒ THIRD PARTY

## BILL OF LADING

**BOL Number:  33056096**

**SHIP FROM**

| | |
|---|---|
| Name: | AGRI-FAB INC |
| Address 1: | 3490 INDUSTRIAL DR |
| Address 2: | |
| Address 3: | |
| City/State/Zip: | DECATUR, IL, 62521 |
| ILDEAG   P: 217-728-3308 Ext.   F: | |
| Stop Notes: | |

**Carrier:** YRC Freight

**Pro #:**

**738-369871-4**

355

Pick up date: 8/31/2018

Trailer #:                    Seal #

**SHIP TO**

| | |
|---|---|
| Name: | GOULDSBORO DDC |
| Address 1: | 151 FIRST AVENUE |
| Address 2: | |
| Address 3: | |
| City/State/Zip: | GOULDSBORO, PA, 18424 |
| FSLIMM   P: 570-330-8200 Ext.   F: | |
| Stop Notes: | |

**REFERENCE INFORMATION**

| Reference Name | Value |
|---|---|
| Destination Location Code | 8873 |
| Load BOL # | 18082900398 |
| Load PO# | 047897 |
| Origin Location Code | ILDEAGRIFA01 |
| OTM Booking # | 18082900398 |
| Sears Load BOL # | SO757949 |

**THIRD PARTY FREIGHT CHARGES BILL TO**

Innovel Solutions % Echo Global Logistics
600 West Chicago Ave, Suite 725
Chicago, IL 60654

**Freight Charge Terms:**                    Carrier Acct #:

Prepaid [x] Collect [ ] 3rd Party [x]   Quote ID:

**Special Instructions:**
Appointment required for pick  SEARS PRODUCT
See Shipper and Consignee Instructions

ECHO is not liable for any accessorial charges unless pre approved by Echo or noted on this bill of lading.

| Shipper Instructions | Consignee Instructions |
|---|---|
| Pickup #: 18082900398 | Delivery #: |
| Loc Type:  Business | Loc Type:  Business |
| Special Services: | Special Services: |
| | Processing Fee |

**LTL or Partial Only:**
# of Pallets: 54  Pallet Type:      Skid Spots      Stackable.  No
Pallet Dimensions:              L:        W:        H:

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | | HM | OD | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | NMFC# | CLASS |
| 0 | | 71 | Pieces | 4148 | | | General Merchandise | - | 110 |
| 0 | | 71 | | 4148 | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:  "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

COD Amount: $ _____
Fee Terms:    Collect: [ ]    Prepaid: [ ]
Customer check acceptable: [ ]

NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. [x] 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. (See _____

_____  Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | [x] By Shipper | [x] By Shipper | Carrier acknowledges receipt of packages and required placards.  Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle. |
| Shipper: Agri-Fab, Inc | [ ] By Driver | [ ] By Driver/pallets said to contain | |
| Cory White | | [ ] By Driver/Pieces | |
| Date AUG 31 2018 | | | Carrier: D. White      Date: 8-31-18 |

**CLOSED TRAILER DELIVERY MANIFEST**

PAGE 1

CONSIGNEE
SEARS
GOULDSBORO   PA
FOR: SEARS #8873

MANIFEST NO. 18250352504415O7

CREATE DATE 09/07/2018 04:15 EST

ETA 09/07/2018 09:00 EST

TRAILER NO. RDWY 311734

SEAL NO. APPLIED BY
YRC FREIGHT 1905
SEAL IS INTACT-

DEST SC   176

DRIVER
INITIALS

CONSIGNEE
INITIALS

SPECIAL NO.

| B/L NO. | SHIPPER | PRO NUMBER | P/U DATE | PURCHASE ORDER NUMBER | DEPT. NO. | CARTON COUNT | P C | PCS WT (LB) CHARGES | HM RETURNED | EXCEPTIONS | DELIVERY RECEIPT NOT RECEIVED (X) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 80757949 | AGRI FAB DECATUR, IL 62521 | 738369714 0831 | | F0047897 L033056096 | P | 0 | P | 4 4380 0.00 | B | | |
| 02983674 02997789 | MTD PRODUCTS SHELBY, OH 44875 | 457426412 0831 | | F0497329 L032983674 | | 0 | P | 6 9880 0.00 | L | | |
| | | | | | | CRTN | | CHARGES | | | |
| | | | | | | 0 | | 0.00 | E | | |
| | | | | | | 0 | | 0.00 | R | | |
| | | | | | | 0 | | 0.00 | | | |

TOTALS SHPMNT 2
PFD TOTALS: 0
COL TOTALS: 0
FINAL TOTALS: 2

PCS 10
0
10

WGT 14260
0
14260

THIS IS NOT AN INVOICE AND THEREFORE MAY NOT REFLECT ANY
DISCOUNT, ALLOWANCES OR OTHER ADJUSTMENTS THAT MAY APPLY

SPOTTED   DRIVER

PICKED UP   DRIVER   DATE

CONSIGNEE-PER

CONSIGNEE-PER

RECEIVED BY

DATE   TIME

* IF TRAILER CONTAINS HAZARDOUS MATERIALS, THE LOADING MANIFEST AND ALL
DELIVERY RECEIPTS DESCRIBING THE HAZARDOUS MATERIALS MUST BE ATTACHED
TO THIS FORM AND MUST TRAVEL WITH THE TRAILER.

**DELIVERY MANIFEST**

PRINTED IN THE U.S.A. OP-103 08/14

# Agri·Fab.

# INVOICE

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS #8761 D/71<br>655 SW 52ND AVE<br>DOCK 139<br>OCALA, FL<br><br>34474 |
|---|---|

PAGE : 1

INVOICE# IN1562884

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---|---|

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168149
ORDER  # SO756186

SHIPPING REF #      145-9464293-7

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/30/18 | 047792 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24586 | 18 | CRAFTSMAN SLEEVE HITCH<br>CUST PART : 24586<br>REVISION NUMBER : 41962<br>FOR SEARS #8761 | 79.10 | EA | | 1423.80 |

TOTAL VALUE - US DOLLARS          1423.80

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %        21.36

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

|  |  |
|---|---|
| **SHIP TO** | SEARS #8761 D/71<br>655 SW 52ND AVE<br>DOCK 139<br>OCALA, FL<br><br>34474 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE : 1

INVOICE# IN1562885

order replacement parts online at
**www.SpeedEPart.com**

B/L  # CN0168149
ORDER  # SO767196

**SHIPPING REF #     145-9464293-7**        FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/30/18 | 048950 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24355 | 14 | 12 CU FT STEEL CART<br>CUST PART : 24355<br>REVISION NUMBER : 41964<br>FOR SEARS #8761 | 120.50 | EA |  | 1687.00 |

|  |  |
|---|---|
| TOTAL VALUE - US DOLLARS | 1687.00 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | 25.31 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri•Fab

**INVOICE**

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

PLEASE REMIT TO
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| SHIP TO | SEARS #8761 D/71<br>655 SW 52ND AVE<br>DOCK 139<br>OCALA, FL<br><br>34474 |
| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE : 1

INVOICE# IN1562886

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168149
ORDER    # SO768678

SHIPPING REF #    145-9464293-7

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/30/18 | 049190 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24355 | 7 | 12 CU FT STEEL CART<br>CUST PART : 24355<br>REVISION NUMBER : 41964<br>FOR SEARS #8761 | 120.50 | EA | | 843.50 |

TOTAL VALUE - US DOLLARS        843.50

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %        12.65

For questions about this invoice, please email AccountsReceivable@agri-fab.com

**Agri-Fab**

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | SEARS #8761 D/71<br>655 SW 52ND AVE<br>DOCK 139<br>OCALA, FL<br><br>34474 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE : 1

INVOICE# IN1562887

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168149
ORDER  # SO768679

SHIPPING REF #    145-9464293-7

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/30/18 | 049191 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24355 | 7 | 12 CU FT STEEL CART<br>CUST PART : 24355<br>REVISION NUMBER : 41964<br>FOR SEARS #8761 | 120.50 | EA | | 843.50 |

| | | |
|---|---|---|
| TOTAL VALUE - US DOLLARS | | 843.50 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | | 12.65 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# BILL OF LADING

**Agri-Fab**
*Lawn Care Made Easy*

3490 L & A Industrial Dr.
Decatur, IL 62521

**145-9464293-7**

BOOKING #: 18082900392
SOURCE 486

## SHIP TO

SEARS #8761 D/71
655 SW 52ND AVE
DOCK 139
OCALA, FL          34474

### THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS

| Customer PO # | B/L NUMBER |
|---|---|
| 048950 | CN0168149 |

| TRAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|---|
| | | CENTRAL TRAN | | S0300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 28 | | CARTS OR SULKIES KD 188940 SUB 2 | 2634.80 |
| 18 | | ATTACHMENT TRACTOR 114220 SUB 3 | 792.00 |

| TOTAL PACKS | TOTAL SKIDS | COLLECT ON DELIVERY | WEIGHT SHIPPED |
|---|---|---|---|
| 46 | 4 | $                and remit to: | 3426.80 |

048950          049190          049191          047792

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE
RECEIVED, SUBJECT TO THE CLASSIFICATIONS AND LAWFULLY FILED TARIFFS IN EFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN) MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE, WHEN ON THE ROUTE TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION.

DATE  8-31-18
CARRIER  Central Transport
AGENT  D. Whisler

PER - SHIPPER          SHIPPER

FREIGHT CHARGES
[ ] PREPAY
[ ] COLLECT
[X] THIRD PARTY

## BILL OF LADING

**BOL Number:  33056127**

### SHIP FROM

| | |
|---|---|
| Name: | AGRI-FAB INC |
| Address 1: | 3490 INDUSTRIAL DR |
| Address 2: | |
| Address 3: | |
| City/State/Zip: | DECATUR, IL, 62521 |
| ILDEAG    P:  217-728-3308 Ext. | F: |
| Stop Notes: | |

Carrier:   Central Transport International

Pro #:

**145-9464293-7**

Pick up date: 8/31/2018

Trailer #:                          Seal #:

### SHIP TO

| | |
|---|---|
| Name: | 8761 - OCALA DDC DOCK# 139 |
| Address 1: | 655 SW 52nd Ave #139 |
| Address 2: | |
| Address 3: | DOCK #139 |
| City/State/Zip: | OCALA, FL, 34474 |
| PNEUG    P:  (904)696-5780 Ext. | F: |
| Stop Notes: | |

#### REFERENCE INFORMATION

| Reference Name | Value |
|---|---|
| Destination Location Code | 8761 |
| Load BOL # | 18082900392 |
| Load PO# | 047792 |
| Origin Location Code | ILDEAGRIFA01 |
| OTM Booking # | 18082900392 |
| Sears Load BOL # | SO756186 |

### THIRD PARTY FREIGHT CHARGES BILL TO

Innovel Solutions % Echo Global Logistics
600 W. Chicago Avenue, Suite 725
Chicago, IL 60654

| Freight Charge Terms: | Carrier Acct #: |
|---|---|
| Prepaid [x] Collect [ ] 3rd Party [x] | Quote ID: |

Special Instructions:
Appointment required for pick  SEARS PRODUCT
See Shipper and Consignee Instructions

ECHO is not liable for any accessorial charges unless pre-approved by Echo or noted on this bill of lading

| Shipper Instructions | Consignee Instructions |
|---|---|
| Pickup #:   18082900392 | Delivery #: |
| Loc Type:   Business | Loc Type:  Business |
| Special Services: | Special Services: |
| | Processing Fee |

LTL or Partial Only:
# of Pallets:  4      Pallet Type:      Skid Spots:      Slackable   No
Pallet Dimensions:              L:            W:            H:

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | HM | OD | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as t | NMFC# | CLASS |
| 0 | | 46 | Pieces | 3427 | | | General Merchandise | | 110 |
| 0 | | 46 | | 3427 | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

COD Amount: $ _____
Fee Terms:    Collect [ ]      Prepaid: [ ]
Customer check acceptable: [ ]

NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. ▩ 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. (Section ▩)

_____ Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded | Freight Counted | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | [ ] By Shipper | [ ] By Shipper | Carrier acknowledges receipt of packages and required placar   ds   carrier's emergency response information was made available and, 1, a   pile has the Department of Transportation emergency response gu   3 e equivalent documentation in the vehicle. |
| Shipper:  Agri-Fab, Inc      Date _____ | [ ] By Driver | [ ] By Driver/pallets said to contain | Carrier: D U Weston    Date 8- |
| *Cory White* | | [ ] By Driver/Pieces | |

**Central Transport Delivery Receipt**

Pro Number
**145-9464293-7**

Ship Date
2018-08-31

Reference Number
33056127

| Org | DC |
|-----|-----|
| 616 | 328 |

Freight Terms

**Freight Charges Are Prepaid**

P.O. Number
047792

SCAC:

Consignee:
OCALA DDC 8761
655 SW 52ND AVE
OCALA, FL 34474

Shipper:
AGRI-FAB INC
3490 INDUSTRIAL DR
DECATUR, IL 62521

Special Instructions

---

| BILL OF LADING | | BOL Number: 33056127 |
|---|---|---|

**SHIP FROM**

Name   AGRI-FAB INC
Address 1   3490 INDUSTRIAL DR
Address 2
Address 3
City/State/Zip   DECATUR, IL 62521
VLDEAG   217-720-3300 Ext
Stop Notes

Carrier   Central Transport International
Pro #
**145-9464293-7**   BL Pg 1

Pick up
Trailer #

**SHIP TO**

Name   8761 - OCALA DDC DOCK# 139
Address 1   655 SW 52nd Ave #139
Address 2
Address 3   DOCK #139
City/State/Zip   OCALA, FL, 34474
PNEUC   P   (904)696-6780 Ext
Stop Notes

**REFERENCE INFORMATION**

| Reference Name | Value |
|---|---|
| Destination Code | 8761 |
| Load DOC # | 1806260D392 |
| Load Type | 047761 |
| Urban Location Code | ILMOACMSP001 |
| BTM Booking # | 1808700D397 |
| BSN# Load Bol # | SO716186 |

**THIRD PARTY FREIGHT CHARGES BILL TO**

Innovel Solutions ℅ Echo Global Logistics
600 W. Chicago Avenue, Suite 725
Chicago, IL 60654

Freight Charge Terms     Carrier Acct #
Prepaid ☐ Collect ☐ 3rd Party ☐   Quote ID

Special Instructions
Appointment required for pick  SEARS PRODUCT
See Shipper and Consignee instructions

Shipper Instructions
Pickup #:   18082900392
Loc Type:   Business
Special Services

Consignee Instructions
Delivery #:
Loc Type:   Business
Special Services
Processing Fee

LTL or Partial Only:
# of Hand's   1   Pallet Type   Skid Spots   Stackable   No
Pal'et Dimensions     L   W   H

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | HM (X) | OD (X) | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | | NMFC# | CLASS |
| 0 | | 46 | Pieces | 3427 | | | General Merchandise | | 110 |
| 0 | | 46 | | 3427 | | | GRAND TOTAL | | |

COD Amount $
Fee Terms   Collect ☐   Prepaid ☐
Customer check acceptable ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

SHIPPER SIGNATURE / DATE     CARRIER SIGNATURE / PICKUP DATE

Shipper   Agri-Fab, Inc   Date
Cory White

James Rutherford
180002g
SLC

---

Pro Number   145-9464293-7

**Additional Delivery Services Requested**

☐ Inside Delivery       ☐ Sort - Segregate       ☐ Driver Delay
☐ Residential Delivery   ☐ Liftgate               ☐ Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____   Date _____

| Date   9/7/2018 | # And Type of Container | # And Type of PCS | Exception Type |
|---|---|---|---|
| Log # _____ | | | |
| Total Exceptions _____ | | | |

Firm _____ OCALA DDC 8761

By _____
Shipment received in good order

HUs Received _____ **4**

Driver   CT-328404   Date   9/7/2018

Arrive Time   11:47 AM   Depart Time   12:56 PM

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(2)(ll).

**Agri-Fab**

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

PLEASE REMIT TO
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | SEARS #8729 D/71<br>5691 E PHILADELPHIA  ST<br><br>ONTARIO, CA<br><br>91761 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE :  1

INVOICE# IN1562888

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168150
ORDER  # SO756185

**SHIPPING REF #    7383704223**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/30/18 | 047791 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24586 | 18 | CRAFTSMAN SLEEVE HITCH<br>    CUST PART : 24586<br>    REVISION NUMBER : 41962<br>    FOR SEARS #8729 | 79.10 | EA | | 1423.80 |

TOTAL VALUE - US DOLLARS        1423.80

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %       21.36

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# BILL OF LADING

**Agri≈fab**
*Lawn Care Made Easy*

3490 I. & A Industrial Dr.
Decatur, IL  62521

YRC FREIGHT SHIPMENT STATUS, CALL 1-800-610-0500
10/14/17
**738-370422-3**  *YRC*

355

SHIPPER BOL

YRC Freight and its integrated carriers (each) avail all shipments call
all the Uniform Straight Bill of Lading as issued (not shall NOT containe to)

BOOKING #: 18082900386

SOURCE 486

## SHIP TO

SEARS #8729 D/71
5691 E PHILADELPHIA  ST

ONTARIO, CA          91761

### THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS

| Customer PO # | B/L NUMBER |
|---|---|
| 047791 | CN0168150 |

| TRAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|---|
| | | YRC | | S0300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 18 | | ATTACHMENT TRACTOR 114220 SUB 3 | 792.00 |

| TOTAL PACKS | TOTAL SKIDS | COLLECT ON DELIVERY | | WEIGHT SHIPPED |
|---|---|---|---|---|
| 18 | | $ | and remit to: | 792.00 |

047791

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE
RECEIVED, SUBJECT TO THE CLASSIFICATIONS AND LAWFULLY FILED TARIFFS IN EFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING,
THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES
UNKNOWN) MARKED, CONSIGNED, AND DESTINED, AS SHOWN BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD
THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT)
AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER
CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL
OR ANY PORTION OF SAID ROUTE TO DESTINATION AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY,
THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC
STRAIGHT BILL OF LADING SET FORTH (1) IN OFFICIAL, SOUTHERN, WESTERN AND ILLINOIS FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR A
RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the
transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.
(Mail or street address of consignee - For purposes of notification only)
The rate is was subject to rate of less shipments is to a specified rate or values are specifically stated by the shipper to be not exceeding.

THIS SHIPPING ORDER must be legibly filled in, in ink or indelible Pencil, or in Carbon, and retained by the Agent.

DATE ___AUG 31 2018___

CARRIER ___YRC___

AGENT ___D. White___

"If the shipment moves between two ports by a carrier by
water the law requires that the bill of lading shall
state that it is "carrier's or shipper's weight."

NOTE: Where the rate is dependent on value, shippers are
required to state specifically in writing the agreed or declared
value of the property.
The agreed or declared value of the property is hereby
specifically stated by the shipper to be not exceeding.

Subject to Section 7 of conditions, if this shipment is to be
delivered to the consignee without recourse on the consignor,
the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without
payment of freight and all other lawful charges.

PER - SHIPPER                    _____ SHIPPER

$___ ___ 

FREIGHT CHARGES

[ ] PRE-PAID

[ ] COLLECT

[X] THIRD PARTY

## BILL OF LADING

**BOL Number:  33056118**

| | |
|---|---|
| **SHIP FROM** | |
| Name:  AGRI-FAB INC | |
| Address 1:  3490 INDUSTRIAL DR | |
| Address 2: | |
| Address 3: | |
| City/State/Zip:  DECATUR, IL, 62521 | |
| ILDEAG   P:  217-728-3308 Ext.    F: | |
| Stop Notes: | |

| | |
|---|---|
| Carrier:  YRC Freight | |
| Pro #   C  355   738-370422-3 | |
| Pick up date: 8/31/2018 | |
| Trailer #:                    Seal #: | |

### SHIP TO

Name:          8729-ONTARIO DDC
Address 1:    5691 E Philadelphia St
Address 2:    Ste 125
Address 3:    Attn: Mary Ann Shevaller
City/State/Zip:  ONTARIO, CA, 91761
JREYNO   P:  (909) 390-4210 Ext.    F:
Stop Notes:

### REFERENCE INFORMATION

| Reference Name | Value |
|---|---|
| Destination Location Code | 8729 |
| Load BOL # | 18082900386 |
| Load PO# | 047791 |
| Origin Location Code | ILDEAGRIFA01 |
| OTM Booking # | 18082900386 |
| Sears Load BOL # | SO756185 |

### THIRD PARTY FREIGHT CHARGES BILL TO

Innovel Solutions % Echo Global Logistics
600 West Chicago Ave, Suite 725
Chicago, IL 60654

**Freight Charge Terms:**          **Carrier Acct #:**

Prepaid [x] Collect [ ] 3rd Party [x]    Quote ID:

**Special Instructions:**
Appointment required for pick  SEARS PRODUCT
See Shipper and Consignee Instructions

ECHO is not liable for any accessorial charges unless pre-approved by Echo or noted on this bill of lading

**Shipper Instructions**
Pickup #:  18082900386
Loc Type:   Business
Special Services:

**Consignee Instructions**
Delivery #:
Loc Type:   Business
Special Services:
  California State Fee  Processing Fee

**LTL or Partial Only:**
# of Pallets: 1    Pallet Type          Skid Spots:    Stackable   No
Pallet Dimensions:              L          W:       H:

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | HM | OD | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC# | CLASS |
| 0 | | 18 | Pieces | 792 | | | General Merchandise | | .110 |
| 0 | | 18 | | 792 | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ___ per ___"

| | |
|---|---|
| COD Amount: $ | |
| Fee Terms:  Collect: [ ]    Prepaid: [ ] | |
| Customer check acceptable: [ ] | |

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. ▢ 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. (Clause 7)

_____ Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | [x] By Shipper | [ ] By Shipper | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle. |
| Shipper  Agri-Fab, Inc    Date 8-31-18 | [ ] By Driver | [ ] By Driver/pallet said to contain | Carrier  D  11 31 e ___    Date: 8-31 |
| Cory White | | [ ] By Driver/Pieces | |

**DELIVERY RECEIPT**

**Customer Service Center:**
1.800.610.6600

YRC
10990 Roe Ave Overland Park, KS 66211-1213
(EIN 34-0492670) (RDWY)

**PAGE**
**01 OF 03**

738-370422-3

738-370422-3

**PICK UP DATE** 4-31-18
**DESTINATION** 830-1
**RATE CODE** /12
**ITEM/TENDER NO.** 886KC..5

NO. / DEPT NO. A47791

AGRI FAB
4490 L&A INDUSTRIAL DR
DECATUR IL 62521

ONTARIO DDC
JREYNO/MARY ANN SHEVALIER
691 E PHILADELPHIA ST STE 125
ONTARIO CA 91761

**PRO NO.** 6075618S

**HU** 1
**PKG** SKD
**HM**

**DESCRIPTION OF ARTICLES**

GENERAL MERCHANDISE
NMFC=9999815 CLC110

18 PCS
PERCENT DISCOUNT
(OUTBOUND)
CALIFORNIA COMPL. SURCHARGE
DELIVERY APPOINTMENT
GENERAL SURCHARGE (FUEL/FRT)

APPT 09/07 12:00-13:00

**SHIPPER @PT97**

**BEY CAVCL CODE** Q1 OF 03

**CONS. CODE** 6845

**CARK BOO**

**ORG** 355

YRC TARIFFS LIMIT CARRIER'S LIABILITY.
ALL FREIGHT RECEIVED IN GOOD ORDER AND
SHRINKWRAP/BANDING INTACT UNLESS NOTED

**UNIT NO.** 252426

**SIGNED:** _____

**RECEIVED BY — PRINTED NAME**

**CODE** E110

**CHKR #**

**LOCATION** NTFY

**WEIGHT (LB.)** 792

**CALC APPT**

**HU**

**DOOR**

**TIME**

**DATE** 4-13-0

**DELIVERY SERVICES PROVIDED NOT LISTED ABOVE - ADDITIONAL FEES MAY APPLY**
☐ LIFTGATE  ☐ INSIDE DELIVERY  ☐ SORTS/SEGREGATION  ☐ RESIDENTIAL DELIVERY  ☐ LIMITED ACCESS  ☐ OTHER

**DELIVERY RECEIPT**

YHC Freight
10990 Roe Ave Overland Park, KS 66211-1219
(EIN 34-0482670) (RGWV)

Customer Service Center:
1.800.610.6500

PAGE 02 OF 03

738-370422-3

| NO. / DEPT NO. | PICK UP DATE | DESTINATION | RATE CODE | ITEM/TENDER NO. | ADV CXCL CODE |
|---|---|---|---|---|---|
| U477791 | 7-31-18 | 830-1 | /12 | BB6KC..5 | |

AGRI FAB
4490 L&A INDUSTRIAL DR
DECATUR IL 62521

| | BEY CXCL CODE | SERVICE | EXCEP | CONS. CODE |
|---|---|---|---|---|
| | | | | 6845 |

ONTARIO DDC
UREYNO/MARY ANN SHEVALIER
6691 E PHILADELPHIA ST STE 125
ONTARIO CA 91761

PRO NO.
60756185

SHIPPER # 0797

APPT 09/07 12:00-13:00

CARK BOO

DESCRIPTION OF ARTICLES

SLC STC
C: 909-390-4210
PAYER FOR SHIPPER:
INNOVEL SOLUTIONS INC % ECHOGLOBAL
ECHO GLOBAL LOGISTICS
600 W CHICAGO AVE STE 725

| HU | PKG. | HM |
|---|---|---|
| 1 | TTL. | //// |

APPT 09/07 12:00-13:00

ON

ORG
355

YRC TARIFFS LIMIT CARRIER'S LIABILITY.
ALL FREIGHT RECEIVED IN GOOD ORDER AND
SHRINKWRAP/BANDING INTACT UNLESS NOTED

SIGNED:

RECEIVED BY — PRINTED NAME          DATE          TIME

| UNIT NO. | CHKR # | HU | LOCATION | CHKR # | HU | DOOR | UNIT NO. |
|---|---|---|---|---|---|---|---|
| 252426 | | | NTFY | | | | |

| CODE | WEIGHT (LB.) | RATE | CHARGES |
|---|---|---|---|
| TTL. | 792 | | PPD |

DELIVERY SERVICES PROVIDED NOT LISTED ABOVE — ADDITIONAL FEES MAY APPLY

☐ LIFTGATE    ☐ SORT/SEGREGATION    ☐ LIMITED ACCESS
☐ INSIDE DELIVERY    ☐ RESIDENTIAL DELIVERY    ☐ OTHER

YRC Freight
10990 Roe Ave, Overland Park, KS 66211-1213
(EIN 34-0436976) (RDWY)

**DELIVERY RECEIPT**

738-370422-3

**Customer Service Center**
1.800.610.6500

PICK UP DATE: 08-31-18
DESTINATION: 830-1 / BDU

P.O. NO. / DEPT. NO.: 047791

AGRI FAB
3490 L&A INDUSTRIAL DR
DECATUR IL 62521

ONTARIO DDC
UREYNO/MARY ANN SHEVALIER
5691 E PHILADELPHIA ST STE 125
ONTARIO CA 91761

RATE CODE: /12
ITEM/TENDER NO.: 886KC..5

SHIPPER: 0797

PKG.: 738-370422-3

PRO NO.: 60756185

HAZ.
H/M

PAGE
03 OF 03

ADV CACL CODE: 355
ORG

SERVICE: 07 EXCEP.
CONS. CODE: 6845
0.032
CARK BOO

DESCRIPTION OF ARTICLES

* N - 1
* V - X
* EC - *

APP'T 09/07 12:00-13:00

CHICAGO IL 60654
SI#: 180829003386
LO#: 33056118
PO=047791

PODP

UNIT NO.: 252426
CHKR #
H/U
LOCATION: NTFY
CHKR #
H/U
DOOR
UNIT NO.

TIME

CODE   WEIGHT (LB)   RATE   CHARGES

YRC TARIFFS LIMIT CARRIER'S LIABILITY.
ALL FREIGHT RECEIVED IN GOOD ORDER AND
SHRINKWRAP/BANDING INTACT UNLESS NOTED.

RECEIVED BY - PRINTED NAME        DATE

SIGNED:

DELIVERY SERVICES PROVIDED NOT LISTED ABOVE - ADDITIONAL FEES MAY APPLY
☐ LIFTGATE   ☐ SORT/SEGREGATION   ☐ LIMITED ACCESS
☐ INSIDE DELIVERY   ☐ RESIDENTIAL DELIVERY   ☐ OTHER

# Agri-Fab.

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS #8872 D/71<br>580 RACO PARKWAY<br><br>PENDERGRASS, GA<br><br>30567 |
|---|---|

PAGE : 1

INVOICE# IN1562889

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---|---|

order replacement parts online at
**www.SpeedEPart.com**

B/L     # CN0168151
ORDER  # SO754072

**SHIPPING REF #    18402119939**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/30/18 | 047672 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24586 | 18 | CRAFTSMAN SLEEVE HITCH<br>CUST PART : 24586<br>REVISION NUMBER : 41962<br>FOR SEARS #8872 | 79.10 | EA | | 1423.80 |

|  |  |
|---|---|
| TOTAL VALUE - US DOLLARS | 1423.80 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | 21.36 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

| PLEASE REMIT TO |
| PO BOX 6718 |
| Carol Stream, IL |
| 60197-6718 |

| SHIP TO | SEARS #8872 D/71 |
| | 580 RACO PARKWAY |
| | PENDERGRASS, GA |
| | 30567 |

PAGE : 1

INVOICE# IN1562890

| SOLD TO | SEARS RDC DIV/71 RETAIL |
| | NAT ACCT PAY CTR 9767 |
| | DUNS 079143426 |
| | DALLAS, TX |

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168151
ORDER  # SO762551

**SHIPPING REF #    18402119939**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/30/18 | 048400 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24586 | 18 | CRAFTSMAN SLEEVE HITCH | 79.10 | EA | | 1423.80 |
| | | CUST PART : 24586 | | | | |
| | | REVISION NUMBER : 41962 | | | | |
| | | FOR SEARS #8872 | | | | |

TOTAL VALUE - US DOLLARS          1423.80

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %       21.36

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri·Fab.

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS  #8872  D/71<br>580 RACO PARKWAY<br><br>PENDERGRASS, GA<br><br>30567 |
|---|---|

PAGE :  1

INVOICE# IN1562891

order replacement parts online at
**www.SpeedEPart.com**

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---|---|

B/L    # CN0168151
ORDER  # SO765021

SHIPPING REF #    18402119939

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/30/18 | 048749 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24355 | 10 | 12 CU FT STEEL CART<br>  CUST PART : 24355<br>  REVISION NUMBER : 41964<br>  FOR SEARS #8872 | 120.50 | EA | | 1205.00 |

TOTAL VALUE - US DOLLARS        1205.00

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %     18.08

For questions about this invoice, please email AccountsReceivable@agri-fab.com

**Agri-Fab**

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

PLEASE REMIT TO
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS #8872 D/71<br>580 RACO PARKWAY<br><br>PENDERGRASS, GA<br><br>30567 |
|---|---|

PAGE : 1

INVOICE# IN1562892

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---|---|

order replacement parts online at
**www.SpeedEPart.com**

B/L # CN0168151
ORDER # SO768698

SHIPPING REF #    18402119939

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/30/18 | 049210 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24213 | 15 | AERATOR, 40" PLUGGER<br>  CUST PART : 24213<br>  REVISION NUMBER : 41967<br>  FOR SEARS #8872 | 115.00 | EA | | 1725.00 |

TOTAL VALUE - US DOLLARS       1725.00

SETTLEMENT DISCOUNT AVAILABLE AT 1.50 %       25.88

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

## INVOICE

PLEASE REMIT TO
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS #8872 D/71<br>580 RACO PARKWAY<br><br>PENDERGRASS, GA<br><br>30567 |
|---------|------|

PAGE : 1

INVOICE# IN1562893

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---------|------|

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0168151
ORDER  # SO768700

**SHIPPING REF #    18402119939**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|-------|----------|-----------|--------|---------|----------|-----------|-----------|
| NET 60 DAYS | 10/30/18 | 049212 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|----------|----------|-------------|-------|-----|----------|-----|
| 71-243152 | 24 | TINE DE-THATCHER, 40<br>CUST PART : 24315<br>REVISION NUMBER : 44157<br>FOR SEARS #8872 | 48.50 | EA | | 1164.00 |

TOTAL VALUE - US DOLLARS          1164.00

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %          17.46

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# BILL OF LADING

**Agri-Fab**
*Lawn Care Made Easy*

3490 L & A Industrial Dr
Decatur, IL 62521

OLD DOMINION
FREIGHT LINE

SHIPPER LABEL

18402119939    DEC

BOOKING #: 18082900430

SOURCE 486

## SHIP TO

SEARS   #8872  D/71
580 RACO PARKWAY

PENDERGRASS, GA    30567

### THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS

| Customer PO # | B/L NUMBER |
|---|---|
| 048749 | CN0168151 |

| THAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|---|
| | | OLD DOMINION | | S0300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 10 | | CARTS OR SULKIES KD 188940 SUB 2 | 941.00 |
| 75 | | ATTACHMENT TRACTOR 114220 SUB 3 | 3622.65 |

| TOTAL PACKS | TOTAL SKIDS | COLLECT ON DELIVERY | | WEIGHT SHIPPED |
|---|---|---|---|---|
| 85 | 5 | $ | and remit to: | 4563.65 |

048749     047672     048400     049210     049212

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL -NOT NEGOTIABLE

THIS SHIPPING ORDER must be legibly listed in ink, in indelible Pencil, or in Carbon, and released by the Agent.

DATE   AUG 31 2018

CARRIER   Old Dominion

AGENT   D. Whisler

PCR - SHIPPER

NOT - When the carrier...

SHIPPER

FREIGHT CHARGES

☐ PREPAID
☐ COLLECT
☑ THIRD PARTY

## BILL OF LADING

| | |
|---|---|
| **SHIP FROM** | BOL Number: **33056112** |

Carrier: Old Dominion Freight Line, Inc.

Pro #: **18402119939 PACE**

Name: AGRI-FAB INC
Address 1: 3490 INDUSTRIAL DR
Address 2:
Address 3:
City/State/Zip: DECATUR, IL, 62521
ILDEAG    P: 217-728-3308 Ext.    F:
Stop Notes:

Pick up date: 8/31/2018

Trailer #:    Seal #:

### SHIP TO

Name: 8547-PENDERGRASS DDC
Address 1: 580 Raco Pkwy
Address 2:
Address 3:
City/State/Zip: PENDERGRASS, GA, 30567
DMCDO    P: 888-231-0164 Ext.    F:
Stop Notes:

### REFERENCE INFORMATION

| Reference Name | Value |
|---|---|
| Destination Location Code | 8872 |
| Load BOL # | 18082900430 |
| Load PO# | 047872 |
| Origin Location Code | ILDEAGRIFA01 |
| OTM Booking # | 18082900430 |
| Sears Load BOL # | SO754072 |

### THIRD PARTY FREIGHT CHARGES BILL TO

Innovel Solutions % Echo Global Logistics
600 W. Chicago Avenue, Suite 725
Chicago, IL 60654

| Freight Charge Terms: | Carrier Acct # |
|---|---|
| Prepaid [x] Collect [ ] 3rd Party [x] | Quote ID: |

Special Instructions:
Appointment required for pick  SEARS PRODUCT
See Shipper and Consignee Instructions

ECHO is not liable for any accessorial charges unless pre approved by Echo or noted on this bill of lading

**Shipper Instructions**
Pickup #: 18082900430
Loc Type: Business
Special Services:

**Consignee Instructions**
Delivery #:
Loc Type: Business
Special Services:
  Processing Fee

LTL or Partial Only:
# of Pallets: 5    Pallet Type:    Skid Spots:    Stackable: No
Pallet Dimensions:    L:    W:    H:

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | HM | OD | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | (X) | | NMFC# | CLASS |
| 0 | | 85 | Pieces | 4564 | | | General Merchandise | - | 110 |
| 0 | | 85 | | 4564 | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ___ per ___

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. [x] 14706(c)(1)(A) and (B).

COD Amount: $ ___
Fee Terms:    Collect: [ ]    Prepaid: [ ]
Customer check acceptable: [ ]

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges (Section 7)

_____
Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded | Freight Counted | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | [x] By Shipper [ ] By Driver | [ ] By Shipper [ ] By Driver/pallets said to contain [ ] By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle. |

Shipper  Agri-Fab, Inc   Date   AUG 31 2018
Cory White

Carrier: D. Whistler   Date 8-31-18

*Thank you for choosing www.odfl.com*

## Old Dominion Freight Line Shipment Trace

If you would like to Trace by Purchase Order, Bill of Lading, Load Number, or Pickup Number visit ODFL4me Trace.

Trace more shipments

☑ Detailed Data

Pro Number: 18402119939

| | |
|---|---|
| Delivery Date (EST) | 9/6/2018 |
| Status | Delivered |
| Pieces | 85 |
| Weight | 4564 |
| PO# | 047672 |
| BOL# | 33056112 |
| Signature | MCDANIEL |
| Origin | DECATUR, IL 62521 |
| Origin SC | DEC |
| Destination | PENDERGRASS, GA 30567 |
| Destination SC | NGA |
| Email Notification | ✉ |

of 1

# Agri-Fab.

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | SEARS # 8708  D/71<br>2115 SINCLAIR AVENUE<br>STOCKTON, CA<br>95215 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE :  1

INVOICE# IN1562912

order replacement parts online at
**www.SpeedEPart.com**

B/L     # CN0168133
ORDER  # SO756178

**SHIPPING REF #      103278552300**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 10/30/18 | 047784 | S0300 | HOUSE | SEE RTE GDE | 08/31/18 | 08/31/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24586 | 18 | CRAFTSMAN SLEEVE HITCH<br>CUST PART : 24586<br>REVISION NUMBER : 41962<br>FOR SEARS #8708 | 79.10 | EA | | 1423.80 |

| | |
|---|---|
| TOTAL VALUE - US DOLLARS | 1423.80 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | 21.36 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# BILL OF LADING

**Agri-Fab**

*Lawn Care Made Easy*

3490 L & A Industrial Dr.
Decatur, IL 62521

10327855230 0

SAIA

BOOKING #: 18082900416

SOURCE 486

FREIGHT MUST MOVE
THROUGH SAIA

**SHIP TO**

SEARS # 8708  D/71
2115 SINCLAIR AVENUE

STOCKTON, CA        95215

| THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS | |
|---|---|
| Customer PO # | B/L NUMBER |
| 047784 | CN0168133 |

| TRAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|---|
|  |  | SAIA |  | S0300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 18 |  | ATTACHMENT TRACTOR 114220 SUB 3 | 792.00 |

| TOTAL PACKS | TOTAL SKIDS | COLLECT ON DELIVERY | WEIGHT SHIPPED |
|---|---|---|---|
| 18 | 1 | S    and remit to: | 792.00 |

047784

STRAIGHT BILL OF LADING-SHORT FORM ORIGINAL-NOT NEGOTIABLE

RECEIVED, SUBJECT TO THE CLASSIFICATIONS AND LAWFULLY FILED TARIFFS IN EFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING.

DATE ___ AUG 31 2030

CARRIER _____ SAIA

AGENT ___ D. Whisler

THIS SHIPPING ORDER must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

PER - SHIPPER

SHIPPER

FREIGHT CHARGES

☐ PREPAID
☐ COLLECT
☐ THIRD PARTY

## BILL OF LADING

**BOL Number:** 33056122

| SHIP FROM | |
|---|---|
| Name: | AGRI-FAB INC |
| Address 1: | 3490 INDUSTRIAL DR |
| Address 2: | |
| Address 3: | |
| City/State/Zip: | DECATUR, IL, 62521 |
| ILDEAG    P: | 217-728-3308 Ext.    F: |
| Stop Notes: | |

**Carrier:** Saia Motor Freight – RFP

**Pro #:**

E 10327855230 0 PACE

**Pick up date:** 8/31/2018

**Trailer #:**                 **Seal #.**

| SHIP TO | |
|---|---|
| Name: | STOCKTON DDC - 8915 |
| Address 1: | 2115 S Sinclair Ave |
| Address 2: | |
| Address 3: | |
| City/State/Zip: | STOCKTON, CA, 95215 |
| DMCMIL    P: | 209-941-7620 Ext.    F: |
| Stop Notes: | |

### REFERENCE INFORMATION

| Reference Name | Value |
|---|---|
| Destination Location Code | 8915 |
| Load BOL # | 18082900416 |
| Load PO# | 047784 |
| Origin Location Code | ILDEAGRIFA01 |
| OTM Booking # | 18082900416 |
| Sears Load BOL # | SO756178 |

### THIRD PARTY FREIGHT CHARGES BILL TO

Innovel Solutions % Echo Global Logistics
600 W. Chicago Avenue, Suite 725
Chicago, IL 60654

FREIGHT MUST MOVE
THROUGH SAIA

| Freight Charge Terms: | Carrier Acct #: |
|---|---|
| Prepaid [x] Collect [ ] 3rd Party [x] | Quote ID: |

Special Instructions:
Appoinment required for pick  SEARS PRODUCT
See Shipper and Consignee Instructions

ECHO is not liable for any accessorial charges unless pre approved by Echo or noted on this bill of lading

| Shipper Instructions | Consignee Instructions |
|---|---|
| Pickup #:   18082900416 | Delivery #: |
| Loc Type:   Business | Loc Type:   Business |
| Special Services: | Special Services: |
| | Processing Fee, California State Fee |

LTL or Partial Only:
# of Pallets: 1    Pallet Type:    Skid Spots:    Stackable:  No
Pallet Dimensions:    L:    W:    H:

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | HM | OD | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to | NMFC# | CLASS |
| 0 | | 18 | Pieces | 792 | | | General Merchandise | - | 110 |
| 0 | | 18 | | 792 | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows. "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

COD Amount: $ _____
Fee Terms:  Collect: [ ]    Prepaid: [ ]
Customer check acceptable: [ ]

NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. ■ 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Subject to _____

_____ Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation | [ ] By Shipper | [ ] By Shipper | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle. |
| Shipper  Agri-Fab, Inc    Date | [ ] By Driver | [ ] By Driver/pallets said to contain | |
| Cory White    AUG 31 2018 | [ ] By Driver | [ ] By Driver/Pieces | Carrier  DLorusso    Date 8 31 18 |

**SAIA**
LTL Freight

Customer Login

Menu

## Tracing Results

**Pro # 10327855230**

**Status:** Delivered

**Expected Delivery Time:** -

**Reference Numbers**

Bill of Lading # 33056122

Purchase Order # 047784

Shipper's # 047784

Master Pro # N/A

Reference # ECHO

**Shipper**

AGRI FAB INC

3490 L & A INDUSTRIAL DR

DECATUR, IL 62521

Origin Terminal: BLM

**Consignee**

SEARS

2115 S SINCLAIR AVE

STOCKTON, CA 95215

Destination Terminal: SAC

**Delivery Information**

Pickup Date: 8/31/18

Expected Delivery Date: 9/10/18

Expected Delivery Time: -

Delivery Appointment Date: 9/10/18

Delivery Appointment Time: 8:00 AM

Delivery Date: 9/10/18

Delivery Time: 12:20 PM

Service Days: 5

Signature: Received by-JOHNNY

# Agri-Fab.

**SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES**
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS, ROEBUCK & CO.  #8870  D/6<br>1600 ROE  ST<br><br>DALLAS,    TX<br><br>75215 |
|---|---|

PAGE :  1

INVOICE# IN1564759

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---|---|

order replacement parts online at
**www.SpeedEPart.com**

B/L  # CN0168341
ORDER  # SO771329

**SHIPPING REF #    18402119699**

**FILE COPY**

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/06/18 | 049483 | S0300 | HOUSE | SEE RTE GDE | 09/07/18 | 09/07/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 68030 | 4 | KIT, SEARS S/T TO FIT 247 TR<br>CUST PART : 11904<br>REVISION NUMBER : SCRAP<br>FOR SEARS #8870 | 88.79 | EA | | 355.16 |

| | |
|---|---|
| TOTAL VALUE - US DOLLARS | 355.16 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | 5.33 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab

**SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES**
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS, ROEBUCK & CO.  #8870  D/6<br>1600 ROE  ST<br><br>DALLAS,    TX<br><br>75215 |
|---|---|

PAGE :  1

INVOICE# IN1564760

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---|---|

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168341
ORDER  # SO771330

**SHIPPING REF #     18402119699**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/06/18 | 049484 | S0300 | HOUSE | SEE RTE GDE | 09/07/18 | 09/07/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24213 | 15 | AERATOR, 40"  PLUGGER<br>    CUST PART : 24213<br>    REVISION NUMBER : 41967<br>    FOR SEARS #8870 | 115.00 | EA | | 1725.00 |

TOTAL VALUE - US DOLLARS            1725.00

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %        25.88

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab.

**SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES**
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

PLEASE REMIT TO
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS, ROEBUCK & CO.  #8870  D/6<br>1600 ROE  ST<br><br>DALLAS,    TX<br><br>75215 |
|---|---|
| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE  :   1

INVOICE# IN1564761

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168341
ORDER  # SO771331

**SHIPPING REF #     18402119699**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/06/18 | 049485 | S0300 | HOUSE | SEE RTE GDE | 09/07/18 | 09/07/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-242471 | 5 | 15 CU FT POLY CART<br>CUST PART : 24247<br>REVISION NUMBER : 41968<br>FOR SEARS #8870 | 201.50 | EA | | 1007.50 |

TOTAL VALUE - US DOLLARS        1007.50

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %        15.11

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# BILL OF LADING

## Agri-Fab
### Lawn Care Made Easy

3490 L & A Industrial Dr
Decatur, IL 62521

OLD DOMINION
FREIGHT LINE

SHIPPER LABEL

18402119699    DEC

BOOKING #: 1709030001G

SOURCE 486

### SHIP TO

SEARS, ROEBUCK & CO.    #8870    D/671
1600 ROE    ST

DALLAS,    TX        75215

| THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS | |
|---|---|
| Customer PO # | B/L NUMBER |
| 049485 | CN0168341 |

| TRAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|---|
| | | OLD DOMINION | | S0300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 5 | | CARTS OR SULKIES KD 188940 SUB 2 | 550.00 |
| 19 | | ATTACHMENT TRACTOR 114220 SUB 3 | 1330.49 |

| TOTAL PACKS | TOTAL SKIDS | COLLECT ON DELIVERY | | WEIGHT SHIPPED |
|---|---|---|---|---|
| 24 | 3 | $ | and remit to: | 1880.49 |

049485    049483    049484

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

DATE    9-7-18
CARRIER    Old Dominion
AGENT    D. Whisler J

FREIGHT CHARGES

PREPAID

COLLECT

THIRD PARTY

SHIPPER

## BILL OF LADING

**BOL Number:** 33123568

### SHIP FROM

| | |
|---|---|
| Name: | AGRI-FAB INC |
| Address 1: | 3490 INDUSTRIAL DR |
| Address 2: | |
| Address 3: | |
| City/State/Zip: | DECATUR, IL, 62521 |
| ILDEAG    P. | 217-728-3308 Ext.    F: |
| Stop Notes: | |

Carrier:    Old Dominion Freight Line, Inc

Pro #:    BA 18402119699 DEC CE

Pick up date: 9/7/2018

Trailer #:                    Seal #:

### SHIP TO

| | |
|---|---|
| Name: | SEARS COMM PROD DST CTR - 8870 |
| Address 1: | 1600 Roe St |
| Address 2: | |
| Address 3: | |
| City/State/Zip: | DALLAS, TX, 75215 |
| BCROW    P: | 214-565-5125 Ext.    F: |
| Stop Notes: | |

### REFERENCE INFORMATION

| Reference Name | Value |
|---|---|
| Destination Location Code | 8870 |
| Load BOL # | 18090500616 |
| Load PO# | 049483 |
| Origin Location Code | ILDEAGRIFA01 |
| OTM Booking # | 18090500616 |
| Sears Load BOL # | SO771329 |

### THIRD PARTY FREIGHT CHARGES BILL TO

Innovel Solutions % Echo Global Logistics
600 W. Chicago Avenue, Suite 725
Chicago, IL 60654

| Freight Charge Terms: | Carrier Acct #: |
|---|---|
| Prepaid [x] Collect [ ] 3rd Party [x] | Quote ID. |

**Special Instructions:**
Appointment required for pick  SEARS PRODUCT
See Shipper and Consignee Instructions

ECHO is not liable for any accessorial charges unless pre approved by Echo or noted on this bill of lading

**LTL or Partial Only:**
# of Pallets: 29  Pallet Type.        Skid Spots    Stackable.  No
Pallet Dimensions                L        W.        H

| Shipper Instructions | Consignee Instructions |
|---|---|
| Pickup #:  18090500616 | Delivery #. |
| Loc Type:  Business | Loc Type:  Business |
| Special Services: | Special Services: |
| | Processing Fee |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | HM (X) | OD (X) | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | | NMFC# | CLASS |
| 0 | | 24 | Pieces | 1881 | | | General Merchandise | | 110 |
| 0 | | 24 | | 1881 | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ☐ 14706(c)(1)(A) and (B).**

| COD Amount: $ |
|---|
| Fee Terms:    Collect: [ ]    Prepaid: [ ] |
| Customer check acceptable: [ ] |

RECEIVED subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. (Section 7)

_____ Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded. | Freight Counted. | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>Shipper:  Agri-Fab, Inc    Date:<br><br>Cory White | [ ] By Shipper<br>[ ] By Driver | [ ] By Shipper<br>[ ] By Driver/pallets said to contain<br>[ ] By Driver/Pieces | Carrier shall acknowledge receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.<br><br>Carrier  Old Dominion  Delb  9-7-18<br>D. Whistler |

*Thank you for choosing www.odfl.com*

## Old Dominion Freight Line Shipment Trace

If you would like to Trace by Purchase Order, Bill of Lading, Load Number, or Pickup Number visit ODFL4me Trace.

Trace more shipments

☑ Detailed Data

Pro Number: 18402119699

| | |
|---|---|
| Delivery Date (EST) | 9/12/2018 |
| Status | Delivered |
| Pieces | 2 |
| Weight | 1881 |
| PO# | 049483 |
| BOL# | 33123568 |
| Signature | ROBERT |
| Origin | DECATUR, IL 62521 |
| Origin SC | DEC |
| Destination | DALLAS, TX 75215 |
| Destination SC | DAL |
| Email Notification | ✉ |

of 1

10/16/2018 11:28 AM

# Agri·Fab.

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | SEARS #8729 D/71<br>5691 E PHILADELPHIA ST<br><br>ONTARIO, CA<br><br>91761 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE  :  1

INVOICE#  IN1564762

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168342
ORDER  # SO771320

SHIPPING REF #    738369414X

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/06/18 | 049474 | S0300 | HOUSE | SEE RTE GDE | 09/07/18 | 09/07/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24644 | 8 | 44" HIGH SPEED SWEEPER<br>CUST PART : 24644<br>REVISION NUMBER : 48519<br>FOR SEARS #8729 | 230.26 | EA | | 1842.08 |

| | |
|---|---|
| TOTAL VALUE - US DOLLARS | 1842.08 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | 27.63 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# BILL OF LADING

*Agri-Fab*

*Lawn Care Made Easy*

3490 I. & A Industrial Dr
Decatur, IL 62521

YRC FREIGHT SHIPMENT STATUS, CALL 1-800-610-6500

10/14/17

**738-369414-X** YRC

355

BOOKING # 18090500626

SOURCE 466

## SHIP TO

SEARS #8729 D/71
5691 E PHILADELPHIA ST

ONTARIO, CA          91761

| THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS | |
|---|---|
| Customer PO # | B/L NUMBER |
| 049474 | CN0168342 |

| TRAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|---|
| | | YRC | | S0300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 8 | | SWEEPERS, LAWN 130590 SUB 4 | 716.40 |

| TOTAL PACKS | TOTAL SKIDS | COLLECT ON DELIVERY | WEIGHT SHIPPED |
|---|---|---|---|
| 8 | 1 | $          and remit to: | 716.40 |

049474

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

DATE 9-7-18

CARRIER YRC

AGENT D. Whist

PER - SHIPPER

SHIPPER

FREIGHT CHARGES

☐ PREPAID

☐ COLLECT

☒ THIRD PARTY

# BILL OF LADING

**BOL Number:** 33123546

## SHIP FROM

| | |
|---|---|
| Name: | AGRI-FAB INC |
| Address 1: | 3490 INDUSTRIAL DR |
| Address 2: | |
| Address 3: | |
| City/State/Zip: | DECATUR, IL, 62521 |
| ILDEAG  P: | 217-728-3308 Ext.    F: |
| Stop Notes: | |

**Carrier:** YRC Freight

**Pro #:**  YRC  355   738-369414-X

**Pick up date:** 9/7/2018

**Trailer #:**         **Seal #:**

## SHIP TO

| | |
|---|---|
| Name: | 8729-ONTARIO DDC |
| Address 1: | 5691 E Philadelphia St |
| Address 2: | Ste 125 |
| Address 3: | Attn: Mary Ann Shevalier |
| City/State/Zip: | ONTARIO, CA, 91761 |
| JREYNO  P: | (909) 390-4210 Ext    F. |
| Stop Notes: | |

### REFERENCE INFORMATION

| Reference Name | Value |
|---|---|
| Destination Location Code | 8729 |
| Load BOL # | 18090500626 |
| Load PO# | 045474 |
| Origin Location Code | ILDEAGRIFA01 |
| OTM Booking # | 18090500626 |
| Sears Load BOL # | SO771320 |

## THIRD PARTY FREIGHT CHARGES BILL TO

Innovel Solutions % Echo Global Logistics
600 West Chicago Ave, Suite 725
Chicago, IL 60654

| Freight Charge Terms: | Carrier Acct #: |
|---|---|
| Propaid [x] Collect [ ] 3rd Party [x] | Quote ID: |

**Special Instructions:**
Appointment required for pick  SEARS PRODUCT
See Shipper and Consignee Instructions

ECHO is not liable for any accessorial charges unless pre-approved by Echo or noted on this bill of lading.

**Shipper Instructions**
Pickup #:  18090500626
Loc Type:  Business
Special Services:

**Consignee Instructions**
Delivery #:
Loc Type:  Business
Special Services:
Processing Fee, California State Fee

**LTL or Partial Only:**
# of Pallets: 1    Pallet Type        Skid Spots    Stackable    No
Pallet Dimensions:        L        W:        H:

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | HM (X) | OD (X) | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | | NMFC# | CLASS |
| 0 | | 8 | Pieces | 716 | | | General Merchandise | | 110 |
| 0 | | 8 | | 716 | | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

**COD Amount:** $ _____
**Fee Terms:** Collect [ ]   Prepaid: [ ]
Customer check acceptable: [ ]

NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. ☒ 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ **Shipper Signature**

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | [ ] By Shipper [ ] By Driver | [ ] By Shipper [ ] By Driver/pallets said to contain [ ] By Driver Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has a Department of Transportation emergency response guidebook or equivalent documentation in the vehicle. |

Shipper: Agri-Fab, inc    Date _____

Cory White    9-7

Carrier  YRC    Date  9-7-18

D. Whisler



DELIVERY RECEIPT

YRC Freight.
10990 Roe Ave., Overland Park, KS 66211-1213
(EIN 34-0492870) (RDWY)

**Customer Service Center:**
1.800.610.6500

| PRO NO. H/U | PICK-UP DATE | DESTINATION | RATE CODE | ITEM/TENDER NO. | | |
|---|---|---|---|---|---|---|
| | 09-07-18 | 830-1 | /12 | 886KC.5 | | |

PO. NO. / DEPT NO.
Q494474

NO. H/U   PKG.   HM
1        PLT

GBL NO.
S0771320

PRO 738-369414-X

SHIPPER COPY
09797

PAGE
01 OF 03

BEY CA/CL CODE   ADV CA/CL CODE

AGRI FAB
3490 L&A INDUSTRIAL DR
DECATUR IL 62521

/8729-ONTARIO DDC
JREYNO/MARY ANN SHEVALIER
5691 E PHILADELPHIA ST STE 125
ONTARIO CA 91761

CA04 BOO

| DESCRIPTION OF ARTICLES | | |
|---|---|---|
| K MART TRAP ACCT | | |
| GENERAL MERCHANDISE | | |
| NMFC=99999805 CL125 | | |
| 8 PCS | | |
| PERCENT DISCOUNT | | |
| (OUTBOUND) | | |
| CALIFORNIA COMPL. SURCHARGE | | |
| DELIVERY APPOINTMENT | | |
| WEIGHT INSPECTION CHARGE | | |

CONS. CODE   SERVICE   EXCEP
6845

ORG
255
YRC TARIFFS LIMIT CARRIER'S LIABILITY.
ALL FREIGHT RECEIVED IN GOOD ORDER AND
SHRINKWRAP/BANDING INTACT UNLESS NOTED

SIGNED:

RECEIVED BY - PRINTED NAME                    DATE

| UNIT NO. | CHKR # | H/U | LOCATION | CHKR # | H/U | DOOR | UNIT NO. |
|---|---|---|---|---|---|---|---|
| 2791238 | E110 | | NTFY | | | 117 | |

CODE
E110

WEIGHT (LB.)
765

TIME

738-369414-X

***

DELIVERY SERVICES PROVIDED NOT LISTED ABOVE - ADDITIONAL FEES MAY APPLY

☐ LIFTGATE
☐ INSIDE DELIVERY
☐ SORT/SEGREGATION
☐ RESIDENTIAL DELIVERY
☐ LIMITED ACCESS
☐ OTHER

CALC   APPT   REWT

1:30



DELIVERY RECEIPT

738-369414-X

TIME

RECEIVED BY — PRINTED NAME          DATE

SIGNED:

YRC TARIFFS LIMIT CARRIER'S LIABILITY.
ALL FREIGHT RECEIVED IN GOOD ORDER AND
SHRINKWRAP/BANDING INTACT UNLESS NOTED

ON

PRO
738-369414-X

| UNIT NO. | CHKR # | H/U | LOCATION | CHKR # | H/U | DOOR | UNIT NO. |
|---|---|---|---|---|---|---|---|
| E91238 | | | NTFY | | | 117 | |

DRG
255

| | CODE | WEIGHT (LB.) | RATE | CHARGES |
|---|---|---|---|---|
| TTL | INSP | 765 | | PPD |

GLOBAL L

DELIVERY SERVICES PROVIDED NOT LISTED ABOVE - ADDITIONAL FEES MAY APPLY
☐ LIFTGATE   ☐ SORT/SEGREGATION   ☐ LIMITED ACCESS
☐ INSIDE DELIVERY   ☐ RESIDENTIAL DELIVERY   ☐ OTHER

K MART TRAP ACCT

DESCRIPTION OF ARTICLES

INSPECTION CHARGE
GENERAL SURCHARGE (FUEL/FRT)

STC
C: 909-390-4210
PAYER FOR SHIPPER:
INNOVEL SOLUTIONS INC % ECHO

NO. H/U     PKG.     HM
1   TTL   ////

PRO
738-369414-X

GBL.NO.
S0771320

PICK UP DATE     DESTINATION     RATE CODE
09-07-18   830-I   /12

PO.NO./DEPT.NO.

049474
AGRI FAB
3490 L&A INDUSTRIAL DR
DECATUR IL 62521

8729-ONTARIO DDC
JREYNO/MARY ANN SHEVALIER
5671 E PHILADELPHIA ST STE 125
ONTARIO CA 91761

| ITEM/TENDER NO. | ADV CACVL CODE |
|---|---|
| B86KC..5 | 02 OF 03 |

SHIPPER 09797

| SERVICE | EXCEP | BEY CACVL CODE |
|---|---|---|
| | | 6845 |

CONS. CODE

CA04 BOO

Customer Service Center:
1.800.610.6500
PAGE
02 OF 03



# Agri-Fab

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | SEARS # 8873 D/71<br>151 FIRST AVE<br>COVINGTON TWP, PA<br>18424 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE : 1

INVOICE# IN1564763

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168343
ORDER  # SO771338

**SHIPPING REF #**    7383694159

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/06/18 | 049492 | S0300 | HOUSE | SEE RTE GDE | 09/07/18 | 09/07/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24213 | 30 | AERATOR, 40" PLUGGER<br>CUST PART : 24213<br>REVISION NUMBER : 41967<br>FOR SEARS #8873 | 115.00 | EA | | 3450.00 |

| | | |
|---|---|---|
| TOTAL VALUE - US DOLLARS | | 3450.00 |
| SETTLEMENT DISCOUNT AVAILABLE AT | 1.50 % | 51.75 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab.

**SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES**
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

| | |
|---|---|
| **SHIP TO** | SEARS # 8873 D/71<br>151 FIRST AVE<br>COVINGTON TWP, PA<br><br>18424 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

PAGE :  1

INVOICE# IN1564764

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0168343
ORDER   # SO771339

**SHIPPING REF #    7383694159**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/06/18 | 049493 | S0300 | HOUSE | SEE RTE GDE | 09/07/18 | 09/07/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-242471 | 5 | 15 CU FT POLY CART<br>CUST PART : 24247<br>REVISION NUMBER : 41968<br>FOR SEARS #8873 | 201.50 | EA | | 1007.50 |

TOTAL VALUE - US DOLLARS          1007.50

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %          15.11

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS # 8873 D/71<br>151 FIRST AVE<br>COVINGTON TWP, PA<br>18424 |
|---|---|

PAGE :  1

INVOICE# IN1564765

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---|---|

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0168343
ORDER   # SO771340

**SHIPPING REF #**   7383694159

**FILE COPY**

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/06/18 | 049494 | S0300 | HOUSE | SEE RTE GDE | 09/07/18 | 09/07/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-246121 | 40 | BUMPER, DUAL TUBE<br>CUST PART : 24612<br>REVISION NUMBER : 41972<br>FOR SEARS #8873 | 28.00 | EA | | 1120.00 |

TOTAL VALUE - US DOLLARS          1120.00

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %        16.80

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# BILL OF LADING

YRC FREIGHT SHIPMENT STATUS, CALL 1-800-610-6500

**738-369415-9** YRC

SHIPPER BOL 355
10/14/17

BOOKING #: 18090500610

SOURCE 486

*Agri-Fab*
*Lawn Care Made Easy*

3490 L & A Industrial Dr
Decatur, IL 62521

**SHIP TO**

SEARS # 8873 D/71
151 FIRST AVE
COVINGTON TWP, PA   18424

| THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS | |
|---|---|
| Customer PO # | B/L NUMBER |
| 049493 | CN0168343 |

| TRAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|---|
| | | YRC | | S0300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 5 | | CARTS OR SULKIES KD 188940 SUB 2 | 550.00 |
| 70 | | ATTACHMENT TRACTOR 114220 SUB 3 | 2820.50 |

| TOTAL PACKS | TOTAL SKIDS | COLLECT ON DELIVERY | | WEIGHT SHIPPED |
|---|---|---|---|---|
| 75 | 4 | $ | and remit to: | 3370.50 |

049493      049492      049494

STRAIGHT BILL OF LADING SHORT FORM—ORIGINAL—NOT NEGOTIABLE

DATE ___9-7-18___
CARRIER ___YRC___
AGENT ___D Whisler___

| FREIGHT CHARGES | |
|---|---|
| ☐ | PREPAID |
| ☐ | COLLECT |
| ☒ | THIRD PARTY |

PER · SHIPPER

SHIPPER

## BILL OF LADING

**BOL Number:** 33123552

| SHIP FROM | |
|---|---|
| Name: | AGRI-FAB INC |
| Address 1: | 3490 INDUSTRIAL DR |
| Address 2: | |
| Address 3: | |
| City/State/Zip: | DECATUR, IL, 62521 |
| ILDEAG    P: | 217-728-3308 Ext.    F: |
| Stop Notes: | |

**Carrier:** YRC Freight
**Pro #:**

YRC    355    738-369415-9

Pick u
Trailer #:                Seal #:

| SHIP TO | |
|---|---|
| Name: | GOULDSBORO DDC |
| Address 1: | 151 FIRST AVENUE |
| Address 2: | |
| Address 3: | |
| City/State/Zip: | GOULDSBORO, PA, 18424 |
| FSLIMM    P: | 570-330-8200 Ext.    F: |
| Stop Notes: | |

### REFERENCE INFORMATION

| Reference Name | Value |
|---|---|
| Destination Location Code | 8873 |
| Load BOL # | 18090500610 |
| Load PO# | 049492 |
| Origin Location Code | ILDEAGRIFA01 |
| OTM Booking # | 18090500610 |
| Sears Load BOL # | SO771338 |

### THIRD PARTY FREIGHT CHARGES BILL TO

Innovel Solutions % Echo Global Logistics
600 West Chicago Ave, Suite 725
Chicago, IL 60654

**Freight Charge Terms:**                **Carrier Acct #:**

Prepaid [x] Collect [ ] 3rd Party [x]    Quote ID:

**Special Instructions:**
Appointment required for pick  SEARS PRODUCT
See Shipper and Consignee Instructions

ECHO is not liable for any accessorial charges unless pre approved by Echo or noted on this bill of lading

**Shipper Instructions**
Pickup #:    18090500610
Loc Type:  Business
Special Services:

**Consignee Instructions**
Delivery #:
Loc Type:  Business
Special Services:
   Processing Fee

**LTL or Partial Only:**
# of Pallets: 4    Pallet Type
Pallet Dimensions:       L        W        H    Skid Spots        Stackable: No

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | HM | OD | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | (X) | | NMFC# | CLASS |
| 0 | | 75 | Pieces | 3371 | | | General Merchandise | | 110 |
| 0 | | 75 | | 3371 | | | GRAND TOTAL | | |

COD Amount: $
Fee Terms:  Collect: [ ]    Prepaid: [ ]
Customer check acceptable: [ ]

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. [x] 14706(c)(1)(A) and (B).

**SHIPPER SIGNATURE / DATE**
Agri-Fab, Inc
Shipper    Cory White    Date

**Trailer Loaded**
[x] By Shipper
[ ] By Driver

**Freight Counted**
[ ] By Shipper
[ ] By Driver/pallets said to contain
[ ] By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier    YRC
D. Whisler    Date

**CLOSED TRAILER DELIVERY MANIFEST**

PAGE 1

YRC
PRINTED IN THE U.S.A. OP-103 08/14

**CONSIGNEE**

SEARS
GOULDSBORO          PA
STORE #8873
1826431280035904

CREATE DATE    09/21/2018 03:59 EST

TRAILER NO.    RDWY 275915            ETA    09/21/2018 09:00 EST

SEAL NO. APPLIED BY
YRC FREIGHT -

SEAL IS INTACT      0541166
DRIVER      CONSIGNEE
INITIALS    INITIALS

DEST SC   178

SPECIAL NO.

| B/L NO. | SHIPPER | PRO NUMBER | P/U DATE | PURCHASE ORDER NUMBER | DEPT. NO. | CARTON COUNT | P | C | PCS WT(LB) CHARGES | HM | BILL NOT RETURNED | EXCEPTIONS | DELIVERY RECEIPT NOT RECEIVED (Y) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33217130 | MTD PRODUCTS | 7238688647X | 0919 | P049541 | | | P | | 26 | B | I | | |
| 18091201386 | SHELBY, OH | | L033217130 | L033217130 | | | | | 8840 | | | | |
| 2404888 | 44875 | | | | | | | | 0.00 | | | | |
| 50771338 | AGRI FAB | 7383694159 | 0907 | P0049492 | | | P | | 4 | L | L | | |
| | DECATUR, IL | | | L033123552 | | 0 | | | 3371 | | | | |
| | 62521 | | | | | | | | 0.00 | | | | |

|  | SHPMNT | PCS | WGT | CRTN | CHARGES |
|---|---|---|---|---|---|
| TOTALS: | 2 | 30 | 12211 | 0 | 0.00 |
| PPD TOTALS: | 0 | 0 | 0 | 0 | 0.00 |
| COL TOTALS: | 0 | | | | 0.00 |
| FINAL TOTALS: | 2 | 30 | 12211 | 0 | 0.00 |

- THIS IS NOT AN INVOICE AND
DISCOUNT, ALLOWANCES OR OTHER ADJUSTMENTS THAT MAY APPLY

- THIS IS NOT AN INVOICE AND THEREFORE MAY NOT REFLECT ANY

SPOTTED      PICKED UP

DRIVER    J. Schuy

* IF TRAILER CONTAINS HAZARDOUS MATERIALS, THE LOADING MANIFEST AND ALL
DELIVERY RECEIPTS DESCRIBING THE HAZARDOUS MATERIALS MUST BE ATTACHED
TO THIS FORM AND MUST TRAVEL WITH THE TRAILER.

**DELIVERY MANIFEST**

CONSIGNEE-PER

RECEIVED BY

Willie Pereda

DATE 9/24/y   TIME 9:36

DATE      TIME

# Agri·Fab.

### INVOICE

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | SEARS  #8872  D/71<br>580 RACO PARKWAY<br><br>PENDERGRASS, GA<br><br>30567 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE :   1

INVOICE# IN1564766

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0168344
ORDER  # SO771336

**SHIPPING REF #    18402119707**

### FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/06/18 | 049490 | S0300 | HOUSE | SEE RTE GDE | 09/07/18 | 09/07/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24644 | 8 | 44" HIGH SPEED SWEEPER<br>CUST PART : 24644<br>REVISION NUMBER : 48519<br>FOR SEARS #8872 | 230.26 | EA | | 1842.08 |

|  |  |
|---|---|
| TOTAL VALUE - US DOLLARS | 1842.08 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | 27.63 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# BILL OF LADING

**Agri-Fab**
*Lawn Care Made Easy*

3490 L & A Industrial Dr.
Decatur, IL 62521

OLD DOMINION
FREIGHT LINE

18402119707        DEC

BOOKING #: 18090500612

SOURCE 486

**SHIP TO**

SEARS    #8872   D/71
580 RACO PARKWAY

PENDERGRASS, GA      30567

**THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS**

| Customer PO # | B/L NUMBER |
|---|---|
| 049490 | CN0168344 |

| TRAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|---|
| | | OLD DOMINION | | S0300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 8 | | SWEEPERS,LAWN 130590 SUB 4 | 716.40 |

| TOTAL PACKS | TOTAL SKIDS | COLLECT ON DELIVERY | | WEIGHT SHIPPED |
|---|---|---|---|---|
| 8 | | $ | and remit to: | 716.40 |

049490

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

DATE 9-7-18
CARRIER Old Dominion
AGENT Wheeler

PER - SHIPPER                    SHIPPER

FREIGHT CHARGES
☐ PREPAID
☐ COLLECT
☐ THIRD PARTY

# BILL OF LADING

**BOL Number:** 33123561

## SHIP FROM

| | |
|---|---|
| Name: | AGRI-FAB INC |
| Address 1: | 3490 INDUSTRIAL DR |
| Address 2: | |
| Address 3: | |
| City/State/Zip: | DECATUR, IL, 62521 |
| ILDEAG    P: | 217-728-3308 Ext.    F: |
| Stop Notes: | |

Carrier:    Old Dominion Freight Line, Inc

Pro #:    BAI 18402119707 DEC

Pick up date: 9/7/2018

Trailer #:    Seal #:

## SHIP TO

| | |
|---|---|
| Name: | 8547-PENDERGRASS DDC |
| Address 1: | 580 Raco Pkwy |
| Address 2: | |
| Address 3: | |
| City/State/Zip: | PENDERGRASS, GA, 30567 |
| DMCDO    P: | 888-231-0164 Ext.    F: |
| Stop Notes: | |

## REFERENCE INFORMATION

| Reference Name: | Value |
|---|---|
| Destination Location Code | 8872 |
| Load BOL # | 18090500612 |
| Load PO# | 049490 |
| Origin Location Code | ILDEAGRIFA01 |
| OTM Booking # | 18090500612 |
| Sears Load BOL # | SO771336 |

## THIRD PARTY FREIGHT CHARGES BILL TO

Innovel Solutions % Echo Global Logistics
600 W. Chicago Avenue, Suite 725
Chicago, IL 60654

| Freight Charge Terms: | | Carrier Acct # |
|---|---|---|
| Prepaid [x] Collect [ ] 3rd Party [x] | | Quote ID: |

**Special Instructions:**
Appointment required for pick SEARS PRODUCT
See Shipper and Consignee Instructions

ECHO is not liable for any accessorial charges unless pre-approved by Echo or noted on this bill of lading.

**LTL or Partial Only:**
# of Pallets  1    Pallet Type    Skid Spots    Stackable    No
Pallet Dimensions    L:    W    H

**Shipper Instructions**
Pickup #:  18090500612
Loc Type:  Business
Special Services:

**Consignee Instructions**
Delivery #:
Loc Type:  Business
Special Services:
  Processing Fee

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | HM (X) | OD (X) | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as l | NMFC# | CLASS |
| 0 | | 8 | Pieces | 716 | | | General Merchandise | - | 110 |
| 0 | | 8 | | 716 | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ___ per ___

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ☐ 14706(c)(1)(A) and (B).

COD Amount: $ ___
Fee Terms:    Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. (Section 7)

_____
Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper  Agri-Fab, Inc    Date.

*Cory White*    9.7.18

**Trailer Loaded**
☐ By Shipper
☐ By Driver

**Freight Counted**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.

Carrier  Old Dominion    Date  1-1-15

Trace / Track Shipments                              https://www.odfl.com/Trace/standardResult.faces?pro=18402119707

*Thank you for choosing www.odfl.com*

## Old Dominion Freight Line Shipment Trace

If you would like to Trace by Purchase Order, Bill of Lading, Load Number, or Pickup Number visit ODFL4me Trace.

Trace more shipments

☑ Detailed Data

**Pro Number: 18402119707**

| | |
|---|---|
| Delivery Date (EST) | 9/11/2018 |
| Status | Delivered |
| Pieces | 1 |
| Weight | 760 |
| PO# | 049490 |
| BOL# | 33123561 |
| Signature | D. MCDANIEL |
| Origin | DECATUR, IL 62521 |
| Origin SC | DEC |
| Destination | PENDERGRASS, GA 30567 |
| Destination SC | NGA |
| Email Notification | ✉ |

# Agri·Fab·

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

PLEASE REMIT TO
PO BOX 6718
Carol Stream, IL
60197-6718

|  | |
|---|---|
| **SHIP TO** | SEARS #8781 D/71<br>5330 CROSSWINDS DR<br><br>COLUMBUS, OH<br><br>43228 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE : 1

INVOICE# IN1564767

order replacement parts online at
www.SpeedEPart.com

B/L    # CN0168345
ORDER    # SO771322

SHIPPING REF #    7383694195

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/06/18 | 049476 | S0300 | HOUSE | SEE RTE GDE | 09/07/18 | 09/07/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 68030 | 4 | KIT, SEARS S/T TO FIT 247 TR<br>CUST PART : 11904<br>REVISION NUMBER : SCRAP<br>FOR SEARS #8781 | 88.79 | EA | | 355.16 |

TOTAL VALUE - US DOLLARS          355.16

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %          5.33

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri•Fab.

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS #8781 D/71<br>5330 CROSSWINDS DR<br><br>COLUMBUS, OH<br><br>43228 |
|---|---|
| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE :  1

INVOICE# IN1564768

order replacement parts online at
**www.SpeedEPart.com**

B/L  # CN0168345
ORDER  # SO771323

SHIPPING REF #    7383694195

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/06/18 | 049477 | S0300 | HOUSE | SEE RTE GDE | 09/07/18 | 09/07/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-242471 | 5 | 15 CU FT POLY CART<br>CUST PART : 24247<br>REVISION NUMBER : 41968<br>FOR SEARS #8781 | 201.50 | EA | | 1007.50 |

TOTAL VALUE - US DOLLARS            1007.50

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %        15.11

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab.

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | SEARS #8781 D/71<br>5330 CROSSWINDS DR<br><br>COLUMBUS, OH<br><br>43228 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE :  1

INVOICE# IN1564769

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168345
ORDER  # SO771325

**SHIPPING REF #      7383694195**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/06/18 | 049479 | S0300 | HOUSE | SEE RTE GDE | 09/07/18 | 09/07/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24355 | 10 | 12 CU FT STEEL CART<br>CUST PART : 24355<br>REVISION NUMBER : 41964<br>FOR SEARS #8781 | 120.50 | EA | | 1205.00 |

| | |
|---|---|
| TOTAL VALUE - US DOLLARS | 1205.00 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | 18.08 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri·Fab

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS #8781 D/71<br>5330 CROSSWINDS DR<br><br>COLUMBUS, OH<br><br>43228 |
|---|---|

PAGE :   1

INVOICE# IN1564770

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---|---|

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0168345
ORDER # SO771327

**SHIPPING REF #    7383694195**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/06/18 | 049481 | S0300 | HOUSE | SEE RTE GDE | 09/07/18 | 09/07/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-244414 | 16 | 42" SNOW BLADE(REPLACES 2444<br>CUST PART : 24441<br>REVISION NUMBER : 41966<br>FOR SEARS #8781 | 154.99 | EA | | 2479.84 |

| | |
|---|---|
| TOTAL VALUE - US DOLLARS | 2479.84 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | 37.20 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri·Fab

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

PLEASE REMIT TO
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS #8781 D/71<br>5330 CROSSWINDS DR<br><br>COLUMBUS, OH<br><br>43228 |
| --- | --- |

PAGE :  1

INVOICE# IN1564771

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
| --- | --- |

order replacement parts online at
www.SpeedEPart.com

B/L     # CN0168345
ORDER   # SO771328

**SHIPPING REF #     7383694195**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| NET 60 DAYS | 11/06/18 | 049482 | S0300 | HOUSE | SEE RTE GDE | 09/07/18 | 09/07/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
| --- | --- | --- | --- | --- | --- | --- |
| 71-24644 | 16 | 44" HIGH SPEED SWEEPER<br>CUST PART : 24644<br>REVISION NUMBER : 48519<br>FOR SEARS #8781 | 230.26 | EA | | 3684.16 |

|  |  |
| --- | --- |
| TOTAL VALUE - US DOLLARS | 3684.16 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | 55.26 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# BILL OF LADING

**Agri-fab**
*Lawn Care Made Easy*

3490 L & A Industrial Dr.
Decatur, IL 62521

YRC FREIGHT SHIPMENT STATUS, CALL 1-800-610-6500

**738-369419-5** YRC

10/14/17
355

SHIPPER BOL

**SHIP TO**

SEARS #8781 D/71
5330 CROSSWINDS DR

COLUMBUS, OH          43228

BOOKING #: 18090500619

SOURCE 486

| THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS | |
|---|---|
| Customer PO # | B/L NUMBER |
| 049477 | CN0168345 |

| TRAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|---|
| | | YRC | | S0300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 15 | | CARTS OR SULKIES KD 188940 SUB 2 | 1491.00 |
| 16 | | SWEEPERS, LAWN 130590 SUB 4 | 1432.80 |
| 20 | | ATTACHMENT TRACTOR 114220 SUB 3 | 1412.64 |

| TOTAL PACKS | TOTAL SKIDS | COLLECT ON DELIVERY | | WEIGHT SHIPPED |
|---|---|---|---|---|
| 51 | 5 | S | and remit to: | 4335.44 |

049477      049479      049482      049476      049481

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

DATE  9-7-18

CARRIER  YRC

AGENT  D Whisler

PER - SHIPPER

SHIPPER

FREIGHT CHARGES

☐ PREPAID
☐ COLLECT
☒ THIRD PARTY

## BILL OF LADING

**BOL Number:** 33123563

### SHIP FROM

| | |
|---|---|
| Name: | AGRI-FAB INC |
| Address 1: | 3490 INDUSTRIAL DR |
| Address 2: | |
| Address 3: | |
| City/State/Zip: | DECATUR, IL, 62521 |
| ILDEAG | P: 217-728-3308 Ext. | F: |
| Stop Notes: | |

**Carrier:** YRC Freight
**Pro #:**

YRC  355  **738-369419-5**

Pick up date: 9/7/2018
Trailer #.                    Seal #.

### SHIP TO

| | |
|---|---|
| Name: | 8862 - COLUMBUS DDC |
| Address 1: | 5330 Crosswind Dr |
| Address 2: | |
| Address 3: | |
| City/State/Zip: | COLUMBUS, OH, 43228 |
| SROSE | P: 614-878-2092 Ext. | F: |
| Stop Notes: | |

### REFERENCE INFORMATION

| Reference Name | Value |
|---|---|
| Destination Location Code | 6862 |
| Load BOL # | 18090500619 |
| Load PO # | 049476 |
| Origin Location Code | ILDEAGRIFA01 |
| OTM Booking # | 18090500619 |
| Sears Load BOL # | SO771322 |

### THIRD PARTY FREIGHT CHARGES BILL TO

Innovel Solutions % Echo Global Logistics
600 West Chicago Ave, Suite 725
Chicago, IL 60654

**Freight Charge Terms:**    Carrier Acct #:

Prepaid [ ]  Collect [x]  3rd Party [ ] [x]   Quote ID:

**Special Instructions:**
Appointment required for pick  SEARS PRODUCT
See Shipper and Consignee Instructions

ECHO is not liable for any accessorial charges unless pre approved by Echo or noted on this bill of lading

**Shipper Instructions**
Pickup #:  18090500619
Loc Type:  Business
Special Services:

**Consignee Instructions**
Delivery #:
Loc Type:  Business
Special Services:
Processing Fee

**LTL or Partial Only:**
# of Pallets: 5    Pallet Type:    Skid Spots:    Stackable    No
Pallet Dimensions         L         W:         H

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | HM | OD | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to | NMFC# | CLASS |
| 0 | | 51 | Pieces | 4337 | | | General Merchandise | | 110 |
| 0 | | 51 | | 4337 | | | GRAND TOTAL | | |

COD Amount: $
Fee Terms:    Collect [ ]    Prepaid [ ]
Customer check acceptable: [ ]

NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. [ ] 14706(c)(1)(A) and (B).

Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.
Shipper:  Agri-Fab, Inc.    Date
Cory White

**Trailer Loaded:**
[x] By Shipper
[ ] By Driver

**Freight Counted:**
[ ] By Shipper
[ ] By Driver/pallets said to contain
[ ] By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.
Carrier:  YRC    Date  9-7-18





YRC

Customer Service Center:
1.800.610.6500

PAGE
02 OF 04

738-369419-5

RECEIVED BY — PRINTED NAME                    DATE

SHRINKWRAP/BANDING INTACT UNLESS NOTED
ALL FREIGHT RECEIVED IN GOOD ORDER AND
YRC TARIFFS LIMIT CARRIER'S LIABILITY.

DELIVERY RECEIPT

PICK UP DATE    DESTINATION    RATE CODE

2-07-18    857-1    /12

P/U NO./DEPT. NO.

DA9476

AGRI FAB
3890 L&A INDUSTRIAL DR
DECATUR IL 62521

8862-COLUMBUS DDC
5330 CROSSWINDS DR
SROSE
COLUMBUS OH 43228

ITEM/TENDER NO.
BB6KC.5

SHIPPER CODE
0797

BEY CAVOL CODE

SERVICE    EXCEP.

ADV CAVOL CODE
CONS. CODE
1314

GAMU BOO

DESCRIPTION OF ARTICLES

APPT 07/12 00:00-10:30

(OUTBOUND)
DELIVERY APPOINTMENT
WEIGHT INSPECTION CHARGE
INSPECTION CHARGE
GENERAL SURCHARGE (FUEL/FRT)

5 TTL //// STC

PKG.    HM    8781

738-369419-5

P/U NO./PO NO.

SIGNER:

UNIT NO.    CHKR #    H/U    LOCATION    CHKR #    H/U    DOOR    UNIT NO.

132817    501A1

TIME

ORG BL NO.

EO771322    O. H/U

PRO BL NO.

CODE    WEIGHT (LB)    RATE    CHARGES

APPT
REWT
INSP

TTL    4575    PPD

DELIVERY SERVICES PROVIDED NOT LISTED ABOVE - ADDITIONAL FEES MAY APPLY

☐ LIFTGATE  ☐ SORT/SEGREGATION  ☐ LIMITED ACCESS
☐ INSIDE DELIVERY  ☐ RESIDENTIAL DELIVERY  ☐ OTHER



DELIVERY RECEIPT

YRC Freight
10990 Roe Ave Overland Park, KS 66211-1213
(EIN 34-0429570) (RDWY)

Customer Service Center:
1.800.610.6500

PAGE 04 OF 04

ON PRO 738-3694419-5

355
YRC TARIFFS LIMIT CARRIER'S LIABILITY.
ALL FREIGHT RECEIVED IN GOOD ORDER AND
SHRINKWRAP/BANDING INTACT UNLESS NOTED

RECEIVED BY — PRINTED NAME         DATE

SIGNED:

C: 614-878-2092
PAYER FOR SHIPPER:
INNOVEL SOLUTIONS INC % ECHOGLOBAL
ECHO GLOBAL LOGISTICS
600 W CHICAGO AVE STE 725
CHICAGO IL 60654
SI#: 180905041 9
LO#: 3312356 3

DESCRIPTION OF ARTICLES

8862-COLUMBUS DDC
5330 CROSSWINDS DR
SI: ROSE
COLUMBUS OH 43228

APPT 07/12 00:00-10:30

738-3694419-5
PKG.

AGRI FAB
13490 L&A INDUSTRIAL DR
DECATUR IL 62521

049476

DELIVERY SERVICES PROVIDED NOT LISTED ABOVE - ADDITIONAL FEES MAY APPLY
☐ LIFTGATE       ☐ SORT/SEGREGATION       ☐ LIMITED ACCESS
☐ INSIDE DELIVERY ☐ RESIDENTIAL DELIVERY  ☐ OTHER



# Agri-Fab

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS #8709 D/71<br>7650 S 228TH ST<br><br>KENT, WA<br><br>98032 |
|---|---|

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---|---|

PAGE :  1

INVOICE# IN1564772

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0168346
ORDER  # SO771318

SHIPPING REF #    7383694177

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/06/18 | 049472 | S0300 | HOUSE | SEE RTE GDE | 09/07/18 | 09/07/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24213 | 15 | AERATOR, 40"  PLUGGER<br>CUST PART : 24213<br>REVISION NUMBER : 41967<br>FOR SEARS #8709 | 115.00 | EA | | 1725.00 |

TOTAL VALUE - US DOLLARS         1725.00

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %      25.88

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri·Fab.

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS #8709 D/71<br>7650 S 228TH ST<br>KENT, WA<br>98032 |
|---------|---|

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---------|---|

PAGE : 1

INVOICE# IN1564773

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0168346
ORDER   # SO771319

SHIPPING REF #    7383694177

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|-------|----------|-----------|--------|---------|----------|-----------|-----------|
| NET 60 DAYS | 11/06/18 | 049473 | S0300 | HOUSE | SEE RTE GDE | 09/07/18 | 09/07/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|----------|----------|-------------|-------|-----|----------|-----|
| 71-248374 | 6 | 42" SEARS SNOW THROWER<br>CUST PART : 24837<br>REVISION NUMBER : 41966<br>FOR SEARS #8709 | 715.40 | EA | | 4292.40 |

TOTAL VALUE - US DOLLARS          4292.40

SETTLEMENT DISCOUNT AVAILABLE AT   1.50 %          64.39

For questions about this invoice, please email AccountsReceivable@agri-fab.com

## BILL OF LADING

**Agri-Fab**
*Lawn Care Made Easy*

3490 L & A Industrial Dr.
Decatur, IL 62521

YRC FREIGHT SHIPMENT STATUS, CALL 1-800-610-6500

10/14/17    **738-369417-7**    YRC

355

YRC Freight terms and conditions apply. Terms are available upon request.

**SHIP TO**

SEARS #8709 D/71
7650 S 228TH ST

KENT, WA                98032

BOOKING #: 18090500614

SOURCE 466

| THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS | |
|---|---|
| Customer PO # | B/L NUMBER |
| 049473 | CN0168346 |

| TRAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|---|
| | | YRC | | S0300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 6 | | SNOW THROWERS 130200 SUB 3 | 1350.00 |
| 15 | | ATTACHMENT TRACTOR 114220 SUB 3 | 1232.25 |

| TOTAL PACKS | TOTAL SKIDS | COLLECT ON DELIVERY | | WEIGHT SHIPPED |
|---|---|---|---|---|
| 21 | 3 | $ | and remit to: | 2582.25 |

049473       049472

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

DATE  9-7-18

CARRIER  YRC

AGENT  D. White(?)

PER - SHIPPER

FREIGHT CHARGES

☐ PREPAID
☐ COLLECT
☒ THIRD PARTY

## BILL OF LADING

**BOL Number:** 33123557

### SHIP FROM

Name: AGRI-FAB INC
Address 1: 3490 INDUSTRIAL DR
Address 2:
Address 3:
City/State/Zip:    DECATUR, IL, 62521
ILDEAG    P: 217-728-3308 Ext.        F:
Stop Notes:

Carrier:    YRC Freight
Pro #    YRC    355    738-369417-7

Pick up date: 9/7/2018
Trailer #:        Seal #:

### SHIP TO

Name:    Sears DC 8709
Address 1:    7650 S 228th St
Address 2:
Address 3:
City/State/Zip:    KENT, WA, 98032
8709-SC    P: 2533951400 Ext.        F:
Stop Notes:

### REFERENCE INFORMATION

| Reference Name | Value |
|---|---|
| Destination Location Code | 8709 |
| Load BOL # | 18090500614 |
| Load PO# | 049472 |
| Origin Location Code | ILDEAGRIFA01 |
| OTM Booking # | 18090500614 |
| Sears Load BOL # | SO771318 |

### THIRD PARTY FREIGHT CHARGES BILL TO

Innovel Solutions % Echo Global Logistics
600 West Chicago Ave, Suite 725
Chicago, IL 60654

**Freight Charge Terms:**

Prepaid [x]  Collect [ ]  3rd Party [x]    Carrier Acct #:
                                            Quote ID:

**Special Instructions:**
Appointment required for pick  SEARS PRODUCT
See Shipper and Consignee Instructions

ECHO is not liable for any accessorial charges unless pre approved by Echo or noted on this bill of lading

**LTL or Partial Only:**
# of Pallets 3    Pallet Type        Skid Spots    Stackable    No
Pallet Dimensions        L:        W.        H:

**Shipper Instructions**
Pickup #: 18090500614
Loc Type: Business
Special Services:

**Consignee Instructions**
Delivery #:
Loc Type: Business
Special Services:
 Delivery Surcharge, Processing
 Fee

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | HM (X) | OD (X) | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | | NMFC# | CLASS |
| 0 | | 21 | Pieces | 2528 | | | General Merchandise | - | .110 |
| 0 | | 21 | Pieces | 2528 | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

COD Amount: $ _____
Fee Terms:    Collect: [ ]    Prepaid. [ ]
Customer check acceptable: [ ]

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ▣ 14706(c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges (Section 7)

_____ Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded | Freight Counted | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above-named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | [x] By Shipper | [ ] By Shipper | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has a Department of Transportation emergency response guidebook or equivalent documentation in the vehicle. |
| Shipper: Agri-Fab, Inc  Date: | [ ] By Driver | [ ] By Driver/pallets said to contain | |
| Cory White  9.7 | | [ ] By Driver/Pieces | Carrier YRC  Date 9-7-18 |
| | | | D. Whistler |



**YRC Freight**
10990 Roe Ave, Overland Park, KS 66211-1213
(EIN 34-0492670) (RDWY)

**Customer Service Center:**
1.800.610.6500

PAGE 02 OF 03

DELIVERY RECEIPT

PRO NO. H/U
738-369417-7

3 TTL /1/1

PICK UP DATE
07-07-18

DESTINATION
6442-1

RATE CODE
/12

ITEM/TENDER NO.
886KC. 5

SHIPPER'S POR.7

02 OF 03

ADV CAXCL. CODE

BEY CAXCL CODE

SERVICE    EXCEP

CONS. CODE
3412

PKG.    HM

0494472

SIGRI FAB
14490 L&A INDUSTRIAL DR
DECATUR IL 62521

SEARS DIRECT DELIVERY CEN 74449
6650 S 228TH
KENT WA 98032

STC
C: 253-395-1400
PAYER FOR SHIPPER.
INNOVEL SOLUTIONS INC X ECHO GLOBAL L.
ECHO GLOBAL LOGISTICS
600 W CHICAGO AVE STE 725

EMAIL FOR APPT
KENTDDC@INNOVELSOLUTIONS.
COM

CARB BOO

738-369417-7

ORG 355

YRC TARIFFS LIMIT CARRIER'S LIABILITY.
ALL FREIGHT RECEIVED IN GOOD ORDER AND
SHRINKWRAP/BANDING INTACT UNLESS NOTED

RECEIVED BY — PRINTED NAME    DATE

SIGNED:    TIME

| UNIT NO. | CHKR# | HJU | LOCATION | CHKR# | HJU | DOOR | UNIT NO. |
|---|---|---|---|---|---|---|---|
| 558523 | | | EVL5A1 | | | 50 | |

CODE    TYPE    WEIGHT (LB)    RATE    CHARGES
TL    2528    PPD

DELIVERY SERVICES PROVIDED NOT LISTED ABOVE - ADDITIONAL FEES MAY APPLY

☐ LIFTGATE   ☐ INSIDE DELIVERY   ☐ SORT/SEGREGATION   ☐ RESIDENTIAL DELIVERY   ☐ LIMITED ACCESS   ☐ OTHER

**YRC Freight**
10990 Roe Ave Overland Park, KS 66211-1213
(EIN 34-0492670) (RDWY)

**DELIVERY RECEIPT**

**Customer Service Center:**
**1.800.610.6500**

PICK UP DATE: 07-18
DESTINATION: 642-1
RATE CODE: /I2
ITEM/TENDER NO.: 886KC.5

PO: 738-369417-7
PKG.: P0771318

HM: CHICAGO IL 60654
SI#: 1809050614
LO#: 3312355717
PO=049472

SHPR: GR1 FAB
4490 L&A INDUSTRIAL DR
DECATUR IL 62521

SEARS DIRECT DELIVERY CEN 7449
650 S 228TH
KENT WA 98032

SHPR COPY

BEY GAOL CODE
ADV GAOL CODE

PAGE 03 OF 03

DESCRIPTION OF ARTICLES:
EMAIL FOR APPT
KENTDDC@INNOVELSOLUTIONS.
COM

SPACE: 14
EXCEP.

CONS. CODE: 3412
0.075
CARB BOO

PR: O ON

.055
ORG

YRC TARIFFS LIMIT CARRIER'S LIABILITY.
ALL FREIGHT RECEIVED IN GOOD ORDER AND
SHRINKWRAP/BANDING INTACT UNLESS NOTED

SIGNED:

RECEIVED BY — PRINTED NAME                DATE

UNIT NO.: 558523
CHKR #
H/U
LOCATION: EVLSA1
CHKR #
H/U: 50
DOOR
UNIT NO.

CODE
WEIGHT (LB)
RATE
CHARGES

PODP

738-369417-7

DELIVERY SERVICES PROVIDED NOT LISTED ABOVE - ADDITIONAL FEES MAY APPLY
☐ LIFTGATE   ☐ SORT/SEGREGATION   ☐ LIMITED ACCESS
☐ INSIDE DELIVERY   ☐ RESIDENTIAL DELIVERY   ☑ OTHER

# Agri-Fab.

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS LOGISTICS SERVICES #8871 D<br>1701 WEST NORMANTOWN ROAD<br><br>ROMEOVILLE,    IL<br><br>60446 |
|---|---|

PAGE :   1

INVOICE# IN1565077

order replacement parts online at
**www.SpeedEPart.com**

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---|---|

B/L   # CN0168347
ORDER  # SO771334

**SHIPPING REF #       132475**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/09/18 | 049488 | S0300 | HOUSE | SEE RTE GDE | 09/10/18 | 09/10/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24213 | 15 | AERATOR, 40"  PLUGGER<br>CUST PART : 24213<br>REVISION NUMBER : 41967<br>FOR SEARS #8871 | 115.00 | EA | | 1725.00 |

TOTAL VALUE - US DOLLARS          1725.00

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %        25.88

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# BILL OF LADING

**Agri-Fab**
*Lawn Care Made Easy*

3490 L & A Industrial Dr
Decatur, IL 62521

**SHIP TO**

SEARS LOGISTICS SERVICES #8871 D/671
1701 WEST NORMANTOWN ROAD

ROMEOVILLE,    IL    60446

BOOKING #: 18090500613
SOURCE 486

**THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS**

| Customer PO # | B/L NUMBER |
|---|---|
| 049488 | CN0168317 |

| TRAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|---|
| 132475 | 7533357 | SWIFT | | S0300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 15 | | ATTACHMENT TRACTOR 114220 SUB 3 | 1232.25 |

| TOTAL PACKS | TOTAL SKIDS | COLLECT ON DELIVERY | | WEIGHT SHIPPED |
|---|---|---|---|---|
| 15 | / | $ | and remit to: | 1232.25 |

049488

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

DATE        9.10.1

CAHHIER

AGENT

PER - SHIPPER

PER - SHIPPER

# BILL OF LADING

BOOKING #:

SOURCE 486

**18090500613**

049488

| PACKS SHIPPED | | | TRAILER # | SEAL # | | | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | | SHIPPED WEIGHT |
|---|---|---|---|---|---|---|---|---|---|
| 15 | | | 132475 | 7533357 | | | ATTACHMENT TRACTOR 114220 SUB 3 | | 1232.25 |

| TOTAL PACKS | TOTAL SKIDS | | SKIDS SHIPPED | SHIP VIA | | | COLLECT ON DELIVERY | | WEIGHT SHIPPED |
|---|---|---|---|---|---|---|---|---|---|
| 15 | / | $ | 1 | SWIFT | | | and remit to: | | 1232.25 |

**Agri-Fab.**
Lawn Care Made Easy.

3490 L & A Industrial Dr.
Decatur, IL 62521

**SHIP TO**

SEARS LOGISTICS SERVICES #8871 D/671
1701 WEST NORMANTOWN ROAD
ROMEOVILLE,    IL    60446

| THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS | | |
|---|---|---|
| | B/L NUMBER | |
| 049488 | CN0168347 | |
| Customer PO # | CARRIER # | CUSTOMER # |
| 049488 | S0300 | |

CA for
Chase Scena

SZ 46948
369230

CARRIER ____Swift____
DATE ____9-10-18____

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

Order # SZ46948

## Shipment Information

**Status**
DELIVERED

**BOL**
18090500613

**Origin**
Decatur,
IL

**PO**
049488

**Current Location**
Romeoville, IL

**Est Miles To Next Dest**
0

**Destination**
Romeoville,
IL

**Unit**
171140

**Trailer**
132475

**Weight**

**Pieces**

★ Starting Load    ⚲ Pickup/Dropoff Stop    ⚑ Deliver To    Current Location



http://www.swiftfreighttracker.com/#/all/detail/SZ46948/false

10/18/2018, 10:52 AM

1 of 4

1232

LOB
OTR

## Stop Report

**Shipper**

**Customer Code**
838633

**Name**
SEARS DEDICATED MANTENO

**Address**
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179

**Bill To**

**Customer Code**
838633

**Name**
SEARS DEDICATED MANTENO

**Address**
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179

**Load At / Pickup**

**Customer Code**

15

http://www.swiftfreighttracker.com/#/all/detail/SZ46948/false

185526

**Name**
AGRI FAB WAREHOUSE

**Address**
3490 ELA INDUSTRIAL DR
DECATUR, IL 62521

**Pickup Appointment**
9/10/2018 - 9/10/2018
8:00 AM - 3:00 PM

**Date Of Arrival**
9/10/2018 1:36 PM

**Pickup Number**

**Date Of Departure**
9/10/2018 1:50 PM

**Shipment Weight**
1232

**Pieces**
15

**DROP**

**Customer Code**
536253

**Name**
SEARS DDC #8871

http://www.swiftfreighttracker.com/#/all/detail/SZ46948/false

**Address**
1701 W NORMANTOWN RD
ROMEOVILLE, IL 60446

**Customer Signature**
CHASE SAENT

**Delivery Appointment**
9/10/2018 - 9/11/2018
8:01 AM - 11:59 PM

**Date Of Arrival**
9/10/2018 4:42 PM

**S/B Delivery Number**

**Date Of Departure**
9/10/2018 5:00 PM

**Shipment Weight**
1232

**Pieces**
40

# Agri-Fab™

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

## INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | SEARS # 8873 D/71<br>151 FIRST AVE<br><br>COVINGTON TWP, PA<br><br>18424 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE :  1

INVOICE# IN1566781

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0168596
ORDER  # SO757947

**SHIPPING REF #      52441**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/13/18 | 047895 | S0300 | HOUSE | SEE RTE GDE | 09/14/18 | 09/14/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-244142 | 14 | 48" DOZER BLADE<br>CUST PART : 24414<br>REVISION NUMBER : 41965<br>FOR SEARS #8873 | 255.50 | EA | | 3577.00 |

TOTAL VALUE - US DOLLARS              3577.00

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %        53.66

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

## INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS # 8873 D/71<br>151 FIRST AVE<br>COVINGTON TWP, PA<br>18424 |
|---|---|

PAGE : 1

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---|---|

INVOICE# IN1566782

order replacement parts online at
**www.SpeedEPart.com**

B/L # CN0168596
ORDER # SO768708

**SHIPPING REF # 52441**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/13/18 | 049220 | S0300 | HOUSE | SEE RTE GDE | 09/14/18 | 09/14/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24266 | 24 | 42" HIGH SPEED SWEEPER<br>CUST PART : 24266<br>REVISION NUMBER : 42692<br>FOR SEARS #8873 | 192.00 | EA | | 4608.00 |

TOTAL VALUE - US DOLLARS          4608.00

SETTLEMENT DISCOUNT AVAILABLE AT   1.50 %      69.12

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS # 8873 D/71<br>151 FIRST AVE<br><br>COVINGTON TWP, PA<br><br>18424 |
|---|---|

PAGE : 1

INVOICE# IN1566783

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---|---|

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0168596
ORDER # SO768711

**SHIPPING REF #    52441**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/13/18 | 049223 | S0300 | HOUSE | SEE RTE GDE | 09/14/18 | 09/14/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-244142 | 14 | 48" DOZER BLADE<br>CUST PART : 24414<br>REVISION NUMBER : 41965<br>FOR SEARS #8873 | 255.50 | EA | | 3577.00 |

|  |  |
|---|---|
| TOTAL VALUE - US DOLLARS | 3577.00 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | 53.66 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

PLEASE REMIT TO
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS # 8873 D/71<br>151 FIRST AVE<br><br>COVINGTON TWP, PA<br><br>18424 |
|---|---|
| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE : 1

INVOICE# IN1566784

order replacement parts online at
**www.SpeedEPart.com**

B/L  # CN0168596
ORDER  # SO772268

**SHIPPING REF #      52441**

**FILE COPY**

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/13/18 | 049591 | S0300 | HOUSE | SEE RTE GDE | 09/14/18 | 09/14/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24213 | 15 | AERATOR, 40" PLUGGER<br>CUST PART : 24213<br>REVISION NUMBER : 41967<br>FOR SEARS #8873 | 115.00 | EA | | 1725.00 |

|  | TOTAL VALUE - US DOLLARS | 1725.00 |
|---|---|---|
|  | SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | 25.88 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri·Fab

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | SEARS # 8873 D/71<br>151 FIRST AVE<br><br>COVINGTON TWP, PA<br><br>18424 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE :  1

INVOICE# IN1566785

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168596
ORDER  # SO772269

**SHIPPING REF #      52441**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/13/18 | 049592 | S0300 | HOUSE | SEE RTE GDE | 09/14/18 | 09/14/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-242471 | 5 | 15 CU FT POLY CART<br>CUST PART : 24247<br>REVISION NUMBER : 41968<br>FOR SEARS #8873 | 201.50 | EA | | 1007.50 |

|  |  |
|---|---|
| TOTAL VALUE - US DOLLARS | 1007.50 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | 15.11 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# *Agri•Fab*

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES

CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS # 8873 D/71<br>151 FIRST AVE<br><br>COVINGTON TWP, PA<br><br>18424 |
|---|---|

PAGE :  1

INVOICE# IN1566786

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---|---|

order replacement parts online at
**www.SpeedEPart.com**

B/L     # CN0168696
ORDER   # SO772270

**SHIPPING REF #        52441**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/13/18 | 049593 | S0300 | HOUSE | SEE RTE GDE | 09/14/18 | 09/14/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24276 | 21 | SEARS SNOW CAB(REPL.24275)<br>CUST PART : 24276<br>REVISION NUMBER : 41963<br>FOR SEARS #8873 | 118.07 | EA | | 2479.47 |

| | |
|---|---|
| TOTAL VALUE - US DOLLARS | 2479.47 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | 37.19 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri•Fab™

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | SEARS # 8873 D/71<br>151 FIRST AVE<br><br>COVINGTON TWP, PA<br><br>18424 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE :  1

INVOICE# IN1566787

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0168596
ORDER  # SO772271

**SHIPPING REF #       52441**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/13/18 | 049594 | S0300 | HOUSE | SEE RTE GDE | 09/14/18 | 09/14/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24278 | 12 | SNOW CAB<br>    CUST PART : 24278<br>    REVISION NUMBER : 48889<br>    FOR SEARS #8873 | 124.13 | EA | | 1489.56 |

TOTAL VALUE - US DOLLARS        1489.56

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %        22.34

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS # 8873 D/71<br>151 FIRST AVE<br><br>COVINGTON TWP, PA<br><br>18424 |
|---|---|

PAGE : 1

INVOICE# IN1566788

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---|---|

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168596
ORDER  # SO772273

**SHIPPING REF #    52441**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/13/18 | 049596 | S0300 | HOUSE | SEE RTE GDE | 09/14/18 | 09/14/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-244414 | 16 | 42" SNOW BLADE(REPLACES 2444<br>CUST PART : 24441<br>REVISION NUMBER : 41966<br>FOR SEARS #8873 | 154.99 | EA | | 2479.84 |

TOTAL VALUE - US DOLLARS          2479.84

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %      37.20

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri Fab

**SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES**
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | SEARS # 8873 D/71<br>151 FIRST AVE<br><br>COVINGTON TWP, PA<br><br>18424 |

PAGE : 1

INVOICE# IN1566789

| | |
|---|---|
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0168596
ORDER   # SO772274

**SHIPPING REF #     52441**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/13/18 | 049597 | S0300 | HOUSE | SEE RTE GDE | 09/14/18 | 09/14/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24644 | 8 | 44" HIGH SPEED SWEEPER<br>CUST PART : 24644<br>REVISION NUMBER : 48519<br>FOR SEARS #8873 | 230.26 | EA | | 1842.08 |

TOTAL VALUE - US DOLLARS        1842.08

SETTLEMENT DISCOUNT AVAILABLE AT   1.50 %        27.63

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri·Fab.

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS # 8873 D/71<br>151 FIRST AVE<br><br>COVINGTON TWP, PA<br><br>18424 |
|---|---|
| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE  :  1

INVOICE# IN1566790

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168596
ORDER   # SO772275

**SHIPPING REF #        52441**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/13/18 | 049598 | S0300 | HOUSE | SEE RTE GDE | 09/14/18 | 09/14/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-248374 | 12 | 42" SEARS SNOW THROWER<br>CUST PART : 24837<br>REVISION NUMBER : 41966<br>FOR SEARS #8873 | 715.40 | EA | | 8584.80 |

TOTAL VALUE - US DOLLARS        8584.80

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %        128.77

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab

**INVOICE**

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS # 8873 D/71<br>151 FIRST AVE<br><br>COVINGTON TWP, PA<br><br>18424 |
|---------|---|

PAGE : 1

INVOICE# IN1566791

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---------|---|

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168596
ORDER  # SO772278

**SHIPPING REF #        52441**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|-------|----------|-----------|--------|---------|----------|-----------|-----------|
| NET 60 DAYS | 11/13/18 | 049611 | S0300 | HOUSE | SEE RTE GDE | 09/14/18 | 09/14/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|----------|----------|-------------|-------|-----|----------|-----|
| 71-24100 | 27 | WEIGHT BRACKET W/ WEIGHT<br>CUST PART : 24100<br>FOR SEARS #8873 | 69.00 | EA | | 1863.00 |

|  |  |  |  |
|--|--|--|--|
| | | TOTAL VALUE - US DOLLARS | 1863.00 |
| | | SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | 27.95 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# BILL OF LADING

**Agri-Fab**
*Lawn Care Made Easy*

3490 L & A Industrial Dr.
Decatur, IL 62521

**SHIP TO**

SEARS # 8873 D/71
151 FIRST AVE
COVINGTON TWP, PA    18424

BOOKING #: 18091200523
SOURCE 486

39

**THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS**

| Customer PO # | B/L NUMBER |
|---|---|
| 049592 | CN0168596 |

| TRAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|---|
| 52441 | 7533403 | KNIGHT | | S0300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 5 | | CARTS OR SULKIES KD 108940 SUB 2 | 550.00 |
| 12 | | SNOW THROWERS 130200 SUB 3 | 2700.00 |
| 32 | | SWEEPERS,LAWN 130590 SUB 4 | 2718.00 |
| 119 | | ATTACHMENT TRACTOR 114220 SUB 3 | 8896.75 |

| TOTAL PACKS | TOTAL SKIDS | COLLECT ON DELIVERY | | WEIGHT SHIPPED |
|---|---|---|---|---|
| 168 | 15 | $ | and remit to: | 14864.75 |

| 049592 | 049598 | 049220 | 049507 | 047895 | 049223 |
|---|---|---|---|---|---|
| 049596 | 049611 | | | | |

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

DATE  09-14-15

CARRIER  Knight

AGENT  M. J. Whiteley

PER - SHIPPER

FREIGHT CHARGES

☐ PREPAID
☒ COLLECT
☐ THIRD PARTY

# BILL OF LADING

## Agri-Fab
### Lawn Care Made Easy

3490 L & A Industrial Dr.
Decatur, IL 62521

**SHIP TO**

SEARS # 8873 D/71
151 FIRST AVE

COVINGTON TWP, PA    18424

BOOKING #: 18091200523

SOURCE 486

39

**THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS**

| Customer PO # | B/L NUMBER |
|---|---|
| 049592 | CN0168596 |

| TRAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|---|
| 52441 | 7533403 | KNIGHT | | S0300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 5 | | CARTS OR SULKIES KD 188940 SUB 2 | 550.00 |
| 12 | | SNOW THROWERS 130200 SUB 3 | 2700.00 |
| 32 | | SWEEPERS,LAWN 130590 SUB 4 | 2718.00 |
| 119 | | ATTACHMENT TRACTOR 114220 SUB 3 | 8896.75 |

Robert Martorella 575785155

COLLECT ON DELIVERY

| TOTAL PACKS | TOTAL SKIDS | $          and remit to: | WEIGHT SHIPPED |
|---|---|---|---|
| 168 | 15 | | 14864.75 |

| 049592 | 049598 | 049220 | 049597 | 047895 | 049223 |
|---|---|---|---|---|---|
| 049596 | 049611 | | | | |

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

RECEIVED, SUBJECT TO THE CLASSIFICATIONS AND LAWFULLY FILED TARIFFS IN EFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING,
THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES
UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD
THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT)
AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER
CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL
OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY,
THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC
STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATION IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR A
RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
        Shipper hereby certifies that he is familar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the
transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.
(Mail or street address of consignee - For purposes of notification only.)
        The liled boxes used for this shipment conform to the specifications set forth in the box maker's certifual thereon, and all other requirements of Consolidated Freight Classification.

THIS SHIPPING ORDER must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

DATE  09-14-18
CARRIER  Knight
AGENT  M. J. Riley

* If shipment moves between two ports by a carrier by
water the law requires that the bill of lading shall state
whether it is "carrier's or shipper's weight."

PER - SHIPPER

NOTE: Where the rate is dependent on value, shippers are
required to state specifically in writing the agreed or declared
value of the property.
        The agreed or declared value of the property is hereby
specifically stated by the shipper to be not exceeding

$          per          SHIPPER

Subject to Section 7 of conditions  If this shipment is to be
delivered to the consignee without recourse on the consignor,
the consignor shall sign the following statement:
        The carrier shall not make delivery of this shipment without
payment of freight and all other lawful charges.

(Signature of Consignee)

**FREIGHT CHARGES**

☐ PREPAID
☒ COLLECT
☐ THIRD PARTY

**Jane Inman**

| | |
|---|---|
| **From:** | Jared Clark <Jared.Clark@knighttrans.com> |
| **Sent:** | Thursday, October 18, 2018 8:22 AM |
| **To:** | Jane Inman |
| **Subject:** | RE: Delivery receipt needed please |

Yep! That is correct. We arrived 9/15 @ 1524 EST.

**From:** Jane Inman [mailto:JaneI@Agri-Fab.com]
**Sent:** Thursday, October 18, 2018 9:20 AM
**To:** Jared Clark <Jared.Clark@knighttrans.com>
**Subject:** RE: Delivery receipt needed please

Thanks so much Jared – I wanted to make sure I am reading this correctly – looks like Sears signed as received on 9/15/18?  Please confirm!
Regards,
Jane

Jane Inman
Credit Manager
Agri-Fab, Inc.
Phone: (217) 728-3317
Fax: (217) 728-4053

**From:** Jared Clark [mailto:Jared.Clark@knighttrans.com]
**Sent:** Thursday, October 18, 2018 8:09 AM
**To:** Joe Gawla <Joe.Gawla@knighttrans.com>; Jane Inman <JaneI@Agri-Fab.com>
**Subject:** RE: Delivery receipt needed please

Please see attached.

Thanks,
 Jared

**From:** Joe Gawla
**Sent:** Thursday, October 18, 2018 9:03 AM
**To:** Jane Inman <JaneI@Agri-Fab.com>
**Cc:** Jared Clark <Jared.Clark@knighttrans.com>
**Subject:** RE: Delivery receipt needed please

Jared,
Can you please help Jane with this?

Joe Gawla | Regional Sales
O 602.239.4634 C 708.200.5999

1

Knight Transportation Inc. | www.knighttrans.com

**From:** Jane Inman <JaneI@Agri-Fab.com>
**Sent:** Thursday, October 18, 2018 7:20 AM
**To:** Joe Gawla <Joe.Gawla@knighttrans.com>
**Subject:** Delivery receipt needed please

Hello Joe,

I am not certain if you are the correct person to ask, but here goes!
I got your email from Penny Johnson here at Agri-fab shipping department.

We need a delivery receipt for a shipment Knight picked up from us for delivery to Sears # 8873.  Here are the details.

Shipped from: Agri-Fab Distribution Center, 3490 L & A Industrial Drive, Decatur, IL   62521
Going to: Sears # 8873, 151 First Ave, Covington TWP, PA   18424

Picked up on 9/14/18
Sears booking # 18091200523
Sears PO's – 049592,049598,149220,049597,047895,049223,049596,049611
15 skids; 168 pcs; 14,864.75 pounds
Trailer # 52441
Seal # 7533403
AF BOL # CN0168596

Your help is greatly appreciated!

Regards,
Jane

*Jane Inman*
Credit Manager
Agri-Fab, Inc.
Phone: (217) 728-3317
Fax: (217) 728-4053

This e-mail and any attachments  may contain information which is confidential, privileged, proprietary or otherwise protected by law. The information is solely intended for the named addressee (or a person responsible for delivering it to the addressee).  If you are not the intended recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this e-mail in error, please notify the sender immediately by return e-mail and delete it from your computer.

This e-mail and any attachments  may contain information which is confidential, privileged, proprietary or otherwise protected by law. The information is solely intended for the named addressee (or a person responsible for delivering it to the addressee).  If you are not the intended recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this e-mail in error, please notify the sender immediately by return e-mail and delete it from your computer.

# Agri·Fab.

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | SEARS # 8708   D/71<br>2115 SINCLAIR AVENUE<br><br>STOCKTON, CA<br><br>95215 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE : 1

INVOICE# IN1566792

order replacement parts online at
**www.SpeedEPart.com**

B/L     # CN0168578
ORDER  # SO772246

**SHIPPING REF #**     103278553303

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/13/18 | 049569 | S0300 | HOUSE | SEE RTE GDE | 09/14/18 | 09/14/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-244414 | 16 | 42" SNOW BLADE(REPLACES 2444<br>CUST PART : 24441<br>REVISION NUMBER : 41966<br>FOR SEARS #8708 | 154.99 | EA | | 2479.84 |

TOTAL VALUE - US DOLLARS                2479.84

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %        37.20

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri•Fab.

**INVOICE**

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS # 8708  D/71<br>2115 SINCLAIR AVENUE<br><br>STOCKTON, CA<br><br>95215 |
|---------|------|

PAGE :  1

INVOICE# IN1566793

order replacement parts online at
**www.SpeedEPart.com**

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---------|------|

B/L    # CN0168578
ORDER  # SO772247

**SHIPPING REF #    103278553303**

**FILE COPY**

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|-------|----------|-----------|--------|---------|----------|-----------|-----------|
| NET 60 DAYS | 11/13/18 | 049570 | S0300 | HOUSE | SEE RTE GDE | 09/14/18 | 09/14/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|----------|----------|-------------|-------|-----|----------|-----|
| 71-246121 | 40 | BUMPER, DUAL TUBE<br>CUST PART : 24612<br>REVISION NUMBER : 41972<br>FOR SEARS #8708 | 28.00 | EA | | 1120.00 |

| | | |
|---|---|---|
| TOTAL VALUE - US DOLLARS | | 1120.00 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | | 16.80 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# BILL OF LADING



**Agri-Fab**
*Lawn Care Made Easy*

3400 L & A Industrial Dr.
Decatur, IL 62521

**10327855330 3**

SAIA

**SHIP TO**

SEARS # 8708   D/71
2115 SINCLAIR AVENUE
STOCKTON, CA        95215

BOOKING # 18091200530

SOURCE 466

FREIGHT MUST MOVE
THROUGH SAIA

| THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS | |
|---|---|
| Customer PO # | B/L NUMBER |
| 049569 | CN0168578 |

| TRAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|---|
| | | SAIA | | S0300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 56 | | ATTACHMENT TRACTOR 114220 SUB 3 | 1670.40 |

| TOTAL PACKS | TOTAL SKIDS | COLLECT ON DELIVERY | | WEIGHT SHIPPED |
|---|---|---|---|---|
| 56 | 2 | $ | and remit to: | 1670.40 |

049569      049570

DATE ___9-04___
CARRIER ___SAIA___
AGENT ___D. Weale___

PPD   SHIPPER

SHIPPER

## BILL OF LADING

| | |
|---|---|
| **BOL Number:** | 33206527 |

**SHIP FROM**

**Carrier:** Saia Motor Freight - RFP

**Pro #:** BAI 10327855310 1 CE

Name: AGRI-FAB INC
Address 1: 3490 INDUSTRIAL DR
Address 2:
Address 3:
City/State/Zip: DECATUR, IL, 62521
ILDEAG    P: 217-728-3308 Ext.    F:
Stop Notes:

**Pick up date:** 9/14/2018

Trailer #:                    Seal #:

**SHIP TO**

**REFERENCE INFORMATION**

Name: STOCKTON DDC - 8915
Address 1: 2115 S Sinclair Ave
Address 2:
Address 3:
City/State/Zip: STOCKTON, CA, 95215
DMCMIL    P: 209-941-7620 Ext.    F:
Stop Notes:

| Reference Name | Value |
|---|---|
| Destination Location Code | 8915 |
| Load BOL # | 18091200530 |
| Load PO# | 049569 |
| Origin Location Code | ILDEAGRIFA01 |
| OTM Booking # | 18091200530 |
| Sears Load BOL # | SO772246 |

**THIRD PARTY FREIGHT CHARGES BILL TO**

Innovel Solutions % Echo Global Logistics
600 W. Chicago Avenue, Suite 725
Chicago, IL 60654

FRT MUST MOVE
THROUGH SAIA

Freight Charge Terms:          Carrier Acct #:

Prepaid [x] Collect [ ] 3rd Party [x]   Quote ID:

Special Instructions:
Appointment required for pick SEARS PRODUCT
See Shipper and Consignee Instructions

| Shipper Instructions | Consignee Instructions |
|---|---|
| Pickup #: 18091200530 | Delivery #: |
| Loc Type: Business | Loc Type: Business |
| Special Services: | Special Services: |
| | California State Fee, Processing Fee |

ECHO is not liable for any accessorial charges unless pre-approved by Echo or noted on this bill of lading

LTL or Partial Only:
# of Pallets: 2    Pallet Type    Skid Spots    Stackable   No
Pallet Dimensions              L:      W:      H:

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | HM (X) | OD (X) | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | Commodities requiring special care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation | NMFC# | CLASS |
| 0 | | 59 | Pieces | 1670 | | | General Merchandise | | 110 |
| 0 | | 59 | | 1670 | | | GRAND TOTAL | | |

Where it as a is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows. "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

COD Amount. $ _____
Fee Terms:    Collect: [ ]    Prepaid: [ ]
Customer check acceptable: [ ]

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. [x] 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and in all applicable state and federal regulations

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges (Section 7.)

_____ Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded | Freight Counted | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | [x] By Shipper [ ] By Driver | [ ] By Shipper [ ] By Driver/pallets said to contain [ ] By Driver/Pieces | The carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has a Department of Transportation emergency response guidebook or equivalent documentation in the vehicle. |
| Shipper: Agri-Fab, Inc    Date | | | Carrier: _____    Date: 9-14-18 |
| _Cory White_ SEP 14 2018 | | | |

## Tracing Results

Wednesday - October 17, 2018

**Pro # 10327855330**
**Current Status: Delivered**
**Expected Delivery Date: 09/19/18**
**Expected Delivery Time:**

### Reference Numbers

Bill of Lading # 33206527     Purchase Order # 049569     Shipper's # 18091200530

Master Pro # N/A     Pickup # 2878560     Reference # ECHO

**Shipper**
AGRI FAB INC
3490 L & A INDUSTRIAL DR

DECATUR , IL  62521

**Origin Terminal:** BLM
**Origin Terminal Phone #:** 309-827-7000

**Consignee**
SEARS
2115 S SINCLAIR AVE

STOCKTON, CA 95215

**Destination Terminal:** SAC
**Destination Terminal Phone #:** 916-374-1030

**Delivery Information**
Pickup Date: 09/14/18
Expected Delivery Date:  09/19/18
Expected Delivery Time:
Delivery Appointment Date: 09/19/18
Delivery Appointment Time:
Delivery Date: 09/19/18
Delivery Time: 10:01 AM-11:35 AM
Service Days:  3
Freight   Received by-JOHNNY

**Shipment Information**
Shipment Type: COL
Driver # 51375
Trailer # 486107
Pieces: 2
Weight: 1670

### Interline Tracing Messages

| Date | Time | Message |
|------|------|---------|

### Line Item Detail

| Pieces | Code | Hazardous | Package Type | Description | Weight |
|--------|------|-----------|--------------|-------------|--------|
| | | | | ********************************* | |
| | | | | APPT#129926 9-19 @ 10AM | |
| | | | | ********************************* | |
| 2 | 110 | | PT | GENERAL MERCHANDISE | 1670 |
| | REQD | | | SBL | |
| | DSDD | | | DO NOT STACK OR DOUBLE DECK | |
| | XBL | | | 18091200530 | |
| | XBL | | | SO772246 | |
| | FS | | | FUEL SURCHARGE | |
| | | | | R - DESIGNATED REVENUE NOT MET | |
| | CCS | | | CALIFORNIA COMPLIANCE SURCHARGE 6 | |

### Shipment History

| Date | Time | Activity | Location |
|------|------|----------|----------|
| 09/19/18 | 10:01 am | Delivered | Stockton, CA |

| 09/19/18 | 07:04 am | Dispatched for Delivery | Sacramento,CA |
| 09/19/18 | 05:52 am | Load Trailer: 486107 | Sacramento,CA |
| 09/18/18 | 09:16 pm | Load Trailer: 485523 | Sacramento,CA |
| 09/18/18 | 11:48 am | Delivery Appt 09/19/18 08:00 AM to 03:00 PM | |
| 09/18/18 | 11:45 am | Delivery Appointment 00/00/00 | |
| 09/18/18 | 06:40 am | Unload Trailer: 277856EMHU Assi | Sacramento,CA |
| 09/18/18 | 06:36 am | Arrived at Destination Terminal | Sacramento,CA |
| 09/15/18 | 04:55 am | Departed from Terminal | Chicago,IL |
| 09/15/18 | 01:33 am | Load Trailer: 277856EMHU | Chicago,IL |
| 09/15/18 | 12:55 am | Unload Trailer: 292180 Assigned | Chicago,IL |
| 09/14/18 | 11:00 pm | Arrived at Breakbulk Terminal | Chicago,IL |
| 09/14/18 | 08:28 pm | Departed from Terminal | Bloomington,IL |
| 09/14/18 | 08:00 pm | Load Trailer: 292180 | Bloomington,IL |
| 09/14/18 | 07:46 pm | Unload Trailer: 483470 Assigned | Bloomington,IL |
| 09/14/18 | 07:43 pm | Arrived at Origin Terminal | Bloomington,IL |
| 09/14/18 | 02:07 pm | Pickup from Customer | Decatur,IL |

**Agri-Fab.**

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

PLEASE REMIT TO
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS, ROEBUCK & CO.   #8870   D/6<br>1600 ROE  ST<br><br>DALLAS,    TX<br><br>75215 |
|---|---|

PAGE : 1

INVOICE# IN1566794

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX<br>. |
|---|---|

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168579
ORDER  # SO762541

**SHIPPING REF #    18402119954**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/13/18 | 048390 | S0300 | HOUSE | SEE RTE GDE | 09/14/18 | 09/14/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-244142 | 14 | 48" DOZER BLADE<br>CUST PART : 24414<br>REVISION NUMBER : 41965<br>FOR SEARS #8870 | 255.50 | EA | | 3577.00 |

TOTAL VALUE - US DOLLARS          3577.00

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %          53.66

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab

**INVOICE**

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

| PLEASE REMIT TO |
| PO BOX 6718 |
| Carol Stream, IL |
| 60197-6718 |

| SHIP TO | SEARS, ROEBUCK & CO.  #8870  D/6<br>1600 ROE ST<br><br>DALLAS,    TX<br><br>75215 |

PAGE :  1

INVOICE# IN1566795

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0168579
ORDER  # SO772259

**SHIPPING REF #    18402119954**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/13/18 | 049582 | S0300 | HOUSE | SEE RTE GDE | 09/14/18 | 09/14/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-248374 | 3 | 42" SEARS SNOW THROWER<br>CUST PART : 24837<br>REVISION NUMBER : 41966<br>FOR SEARS #8870 | 715.40 | EA | | 2146.20 |

| | | | | |
|---|---|---|---|---|
| | TOTAL VALUE - US DOLLARS | | | 2146.20 |
| | SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | | | 32.19 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# BILL OF LADING

**Agri-Fab**
*Lawn Care Made Easy*

3485 L & A Industrial Dr.
Decatur, Il 62521

OLD DOMINION FREIGHT LINE

SHIPPER LABEL

**18402119954** DEC

BOOKING #: 18091200528

SOURCE 486

## SHIP TO

SEARS, ROEBUCK & CO.  #8870  D/671
1600 ROE  ST

DALLAS,   TX      75215

### THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS

| Customer PO # | B/L NUMBER |
|---|---|
| 049582 | CN0168579 |

| TRAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|---|
| | | OLD DOMINION | | S0300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 3 | | SNOW THROWERS 130200 SUB 3 | 675.00 |
| 14 | | ATTACHMENT TRACTOR 114220 SUB 3 | 1728.30 |

| TOTAL PACKS | TOTAL SKIDS | COLLECT ON DELIVERY | WEIGHT SHIPPED |
|---|---|---|---|
| 17 | 2 | $                          and remit to: | 2403.30 |

049582     048390

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE



DATE _____

CARRIER _____

AGENT _____



PER - SHIPPER

## BILL OF LADING

**BOL Number:** 33206526

### SHIP FROM

Name:        AGRI-FAB INC
Address 1:   3490 INDUSTRIAL DR
Address 2:
Address 3:
City/State/Zip:  DECATUR, IL, 62521
ILDEAG  P: 217-728-3308 Ext.      F:
Stop Notes:

Carrier:    Old Dominion Freight Line, Inc.
Pro #:

B/ 18402119954 CE
DEC

Pick up date: 9/14/2018
Trailer #:                Seal #:

### SHIP TO

Name:        SEARS COMM PROD DST CTR - 8870
Address 1:   1600 Roe St
Address 2:
Address 3:
City/State/Zip:  DALLAS, TX, 75215
BCROW  P: 214-565-5125 Ext.      F:
Stop Notes:

### REFERENCE INFORMATION

| Reference Name | Value |
|---|---|
| Destination Location Code | 8870 |
| Load BOL # | 18091200526 |
| Load PO# | 049582 |
| Origin Location Code | ILDEAGRIFA01 |
| OTM Booking # | 18091200528 |
| Sears Load BOL # | SO772259 |

### THIRD PARTY FREIGHT CHARGES BILL TO

Innovel Solutions % Echo Global Logistics
600 W. Chicago Avenue, Suite 725
Chicago, IL 60654

| Freight Charge Terms: | | Carrier Acct #: |
|---|---|---|
| Prepaid [x] Collect [ ] 3rd Party [x] | | Quote ID: |

Special Instructions:
Appointment required for pick  SEARS PRODUCT
See Shipper and Consignee Instructions

ECHO is not liable for any accessorial charges unless pre approved by Echo or noted on this bill of lading

**Shipper Instructions**
Pickup #:    18091200528
Loc Type:    Business
Special Services:

**Consignee Instructions**
Delivery #:
Loc Type:    Business
Special Services:
  Processing Fee

LTL or Partial Only:
# of Pallets  2   Pallet Type       Skid Spots:      Slackable   No
Pallet Dimensions              L.           W.      H.

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | HM | OD | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and acknowledged as f | NMFC# | CLASS |
| 0 | | 17 | Pieces | 2403 | | | General Merchandise | | 110 |
| 0 | | 17 | | 2403 | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

COD Amount/ $
Fee Terms:    Collect: [ ]    Prepaid: [ ]
Customer check acceptable: [ ]

NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. [x] 14706(c)(1)(A) and (B).

RECEIVED subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state or federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. (See Sec 7)

_____ Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded | Freight Counted | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | [x] By Shipper  [ ] By Driver | [ ] By Shipper  [ ] By Driver/pallets said to contain  [ ] By Driver Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle. |
| Shipper: Agri-Fab, Inc    Date SEP 14 2018 | | | Carrier Old Dominion   Date 9-14 |
| Cory White | | | D. Wilson |

*Thank you for choosing www.odfl.com*

## Old Dominion Freight Line Shipment Trace

If you would like to Trace by Purchase Order, Bill of Lading, Load Number, or Pickup Number visit ODFL4me Trace

Trace more shipments

☑ Detailed Data

### Pro Number: 18402119954

| | |
|---|---|
| **Delivery Date (EST)** | 9/17/2018 |
| **Status** | Delivered |
| **Pieces** | 2 |
| **Weight** | 2440 |
| **PO#** | 049582 |
| **BOL#** | 33206526 |
| **Signature** | SCOTTY M |
| **Origin** | DECATUR, IL 62521 |
| **Origin SC** | DEC |
| **Destination** | DALLAS, TX 75215 |
| **Destination SC** | DAL |
| **Email Notification** | ✉ |

# Agri⊕Fab.

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS #8709 D/71<br>7650 S 228TH ST<br>KENT, WA<br>98032 |
|---|---|

PAGE :  1

INVOICE# IN1566796

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---|---|

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168593
ORDER  # SO772248

**SHIPPING REF #    7383704250**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/13/18 | 049571 | S0300 | HOUSE | SEE RTE GDE | 09/14/18 | 09/14/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24644 | 8 | 44" HIGH SPEED SWEEPER<br>CUST PART : 24644<br>REVISION NUMBER : 48519<br>FOR SEARS #8709 | 230.26 | EA | | 1842.08 |

| | |
|---|---|
| TOTAL VALUE - US DOLLARS | 1842.08 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | 27.63 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri⬡Fab™

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS #8709 D/71<br>7650 S 228TH ST<br><br>KENT, WA<br><br>98032 |
|---|---|

PAGE :  1

INVOICE# IN1566797

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---|---|

order replacement parts online at
## www.SpeedEPart.com

B/L    # CN0168593
ORDER  # SO772249

**SHIPPING REF #      7383704250**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/13/18 | 049572 | S0300 | HOUSE | SEE RTE GDE | 09/14/18 | 09/14/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-248374 | 3 | 42" SEARS SNOW THROWER<br>CUST PART : 24837<br>REVISION NUMBER : 41966<br>FOR SEARS #8709 | 715.40 | EA | | 2146.20 |

|  |  |
|---|---|
| TOTAL VALUE - US DOLLARS | 2146.20 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | 32.19 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

**Agri-Fab**

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

| PLEASE REMIT TO |
|---|
| PO BOX 6718 |
| Carol Stream, IL |
| 60197-6718 |

| SHIP TO | SEARS #8709 D/71<br>7650 S 228TH ST<br><br>KENT, WA<br><br>98032 |
|---|---|

PAGE :  1

INVOICE# IN1566798

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---|---|

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168593
ORDER  # SO772276

SHIPPING REF #      7383704250

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/13/18 | 049609 | S0300 | HOUSE | SEE RTE GDE | 09/14/18 | 09/14/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24100 | 27 | WEIGHT BRACKET W/ WEIGHT<br>CUST PART : 24100<br>FOR SEARS #8709 | 69.00 | EA | | 1863.00 |

|  |  |
|---|---|
| TOTAL VALUE - US DOLLARS | 1863.00 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | 27.95 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# BILL OF LADING

**Agri-Fab**
*Lawn Care Made Easy*

3490 L & A Industrial Dr.
Decatur, IL 62521

YRC FREIGHT SHIPMENT STATUS, CALL 1-800-610-6500

10/10/17

**738-370425-0** YRC

SHIPPER BOL 355

BOOKING #: 18091200527

SOURCE 486

## SHIP TO

SEARS #2709 D/71
7650 S 228TH ST

KENT, WA          98032

### THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS

| Customer PO # | B/L NUMBER |
|---|---|
| 049572 | CN0168593 |

| TRAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|---|
|  |  | YRC |  | S0300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 3 |  | SNOW THROWERS 130200 SUB 3 | 675.00 |
| 8 |  | SWEEPERS, LAWN 130590 SUB 4 | 716.40 |
| 27 |  | ATTACHMENT TRACTOR 114220 SUB 3 | 1755.00 |

| TOTAL PACKS | TOTAL SKIDS | COLLECT ON DELIVERY | | WEIGHT SHIPPED |
|---|---|---|---|---|
| 38 | 3 | $ | and remit to: | 3146.40 |

049572          049571          049609

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL - NOT NEGOTIABLE

DATE  9-14-18

CARRIER  YRC

AGENT



## BILL OF LADING

**BOL Number:** 33206523

### SHIP FROM

| | |
|---|---|
| Name: | AGRI-FAB INC |
| Address 1: | 3490 INDUSTRIAL DR |
| Address 2: | |
| Address 3: | |
| City/State/Zip: | DECATUR, IL, 62521 |
| ILDEAG    P: | 217-728-3308 Ext.    F: |
| Stop Notes: | |

**Carrier:** YRC Freight

**Pro #:** YRC  355  738-370425-0

**Pick up date:** 9/14/2016

**Trailer #.**          **Seal #:**

### SHIP TO

| | |
|---|---|
| Name: | Sears DC 8709 |
| Address 1: | 7650 S 228th St |
| Address 2: | |
| Address 3: | |
| City/State/Zip: | KENT, WA, 98032 |
| 8709-SC    P: | 2533951400 Ext.    F: |
| Stop Notes: | |

### REFERENCE INFORMATION

| Reference Name | Value |
|---|---|
| Destination Location Code | 8709 |
| Load BOL # | 18091200527 |
| Load PO# | 049571 |
| Origin Location Code | ILDEAGRIFA01 |
| OTM Booking # | 18091200527 |
| Sears Load BOL # | SO772248 |

### THIRD PARTY FREIGHT CHARGES BILL TO

Innovel Solutions % Echo Global Logistics
600 West Chicago Ave, Suite 725
Chicago, IL 60654

| Freight Charge Terms: | | Carrier Acct #. |
|---|---|---|
| Prepaid [x]  Collect [ ]  3rd Party [x] | | Quote ID |

Special Instructions:
Appointment required for pick SEARS PRODUCT
See Shipper and Consignee Instructions

ECHO is not liable for any accessorial charges unless pre approved by Echo or noted on this bill of lading

LTL or Partial Only:
# of Pallets: 3    Pallet Type:    Skid Spots    Stackable:  No
Pallet Dimensions:          L.          W          H:

**Shipper Instructions**
Pickup #.    18091200527
Loc Type:  Business
Special Services:

**Consignee Instructions**
Delivery #:
Loc Type:  Business
Special Services:
Processing Fee, Delivery
Surcharge

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | HM (X) | OD (X) | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | | NMFC# | CLASS |
| 0 | | 38 | Pieces | 3146 | | | General Merchandise | | 110 |
| 0 | | 38 | | 3146 | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows. The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ____

COD Amount: $ ____
Fee Terms:    Collect: [ ]    Prepaid: [ ]
Customer check acceptable: [ ]

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. [x] 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. (5 itction 7)

_____ Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded | Freight Counted | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | [x] By Shipper [ ] By Driver | [ ] By Shipper [ ] By Driver/pallets said to contain [ ] By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle. |
| Shipper: Agri-Fab, Inc    Date: | SEP 14 2016 | | Carrier ____ Date ____ |
| Cory White | | | |



DELIVERY RECEIPT

YRC Freight
10990 Roe Ave Overland Park, KS 66211-1213
(EIN 34-0492670) (ROW)

Customer Service Center:
1.800.610.6500

738-370425-0

GENERAL SURCHARGE (FUEL/FRT)

STC
C: 253-395-1400
PAYER FOR SHIPPER:
INNOVEL SOLUTIONS INC % ECHOGLOBAL
ECHO GLOBAL LOGISTICS

APPT 09/26 11:00-12:00
APPT 9/26 1100
CONF#119677

ORG
355
YRC TARIFFS LIMIT CARRIER'S LIABILITY.
ALL FREIGHT RECEIVED IN GOOD ORDER AND
SHRINKWRAP/BANDING INTACT UNLESS NOTED

SIGNED: _____
RECEIVED BY - PRINTED NAME   PETER SNOWDEN   9/26/18

UNIT NO. 559065   HKR # _____ H/U _____ LOCATION EVLSA1   CHKR # _____ H/U _____ DOOR. 88

PO NO. 49571
D0772248
642-1
/12
886KC..5

GRI FAB
490 L&A INDUSTRIAL DR
DECATUR IL 62521

SEARS DIRECT DELIVERY CEN 7449
650 S 228TH
ENT WA 98032

SHIPPER CODE 0797
02 OF 03
PAGE
3412
CA04 BOD

TTL ///// 

DELIVERY SERVICES PROVIDED NOT LISTED ABOVE - ADDITIONAL FEES MAY APPLY
☐ LIFTGATE    ☐ LIFTGATE    ☐ SORT/SEGREGATION    ☐ LIMITED ACCESS
☐ INSIDE DELIVERY    ☐ RESIDENTIAL DELIVERY    ☐ OTHER

CODE TTL   WEIGHT (LB) 3205   RATE   CHARGES PPD





F-802 08/14 Printed in U.S.A

e Ave Overland Park, KS 66211-1213
J4926670) (ROWY)

Customer Service Center:
1.800.610.6500

**Customer Service Center**

PRO NO. H/U 73R-370425-0 PKG.

OR GBL NO. S0772248 HM

JP DATE -14-18 DESTINATION WC 642-1 RATE CODE /I2 ITEM/TENDER NO. 886KC 5

049571 NO. / DEPT. NO.

AGRI FAB
3490 L&A INDUSTRIAL DR
DECATUR IL 62521

SEARS DIRECT DELIVERY CEN 7449
7650 S 228TH
KENT WA 98032

SHIPPER CODE 0797

BEY CXCL CODE

ADV CXCL CODE

PAGE
03 OF 03

SERVICE 26 WED CONS. CODE EXCEP

3412
0.075
CA04 B00

P R O

O N O

APPT 09/26 11:00-12:00
APPT 9/26 1100
CONF#119677

600 W CHICAGO AVE STE 725
CHICAGO IL 60654
SI#: 180912200527
LO#: 33206523
PO=049571

DESCRIPTION OF ARTICLES

PODP

CODE

WEIGHT (LB.)

RATE

CHARGES

ORG
355
YRC TARIFFS LIMIT CARRIER'S LIABILITY.
ALL FREIGHT RECEIVED IN GOOD ORDER AND
SHRINKWRAP/BANDING INTACT UNLESS NOTED

738-370425-0

RECEIVED BY — PRINTED NAME                    DATE

SIGNED:                                        TIME

UNIT NO. 559045   CHKR # HIU   LOCATION FVL9A1   CHKR # HIU   DOOR   UNIT NO.

DELIVERY SERVICES PROVIDED NOT LISTED ABOVE - ADDITIONAL FEES MAY APPLY
☐ LIFTGATE
☐ INSIDE DELIVERY
☐ SORT/SEGREGATION
☐ RESIDENTIAL DELIVERY
☐ LIMITED ACCESS
☐ OTHER

# Agri⊕Fab

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

PLEASE REMIT TO
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | OLIVE BRANCH DDC #8776<br>10425 RIDGEWOOD DRIVE<br><br>OLIVE BRANCH, MS<br><br>38654 |
| --- | --- |

PAGE :  1

INVOICE# IN1566799

order replacement parts online at
**www.SpeedEPart.com**

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
| --- | --- |

B/L   # CN0168594
ORDER  # SO759755

**SHIPPING REF #    18402119970**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| NET 60 DAYS | 11/13/18 | 048106 | S0300 | HOUSE | SEE RTE GDE | 09/14/18 | 09/14/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
| --- | --- | --- | --- | --- | --- | --- |
| 71-244142 | 14 | 48" DOZER BLADE<br>CUST PART : 24414<br>REVISION NUMBER : 41965<br>FOR SEARS #8776 | 255.50 | EA | | 3577.00 |

TOTAL VALUE - US DOLLARS          3577.00

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %      53.66

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

PLEASE REMIT TO
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | OLIVE BRANCH DDC #8776<br>10425 RIDGEWOOD DRIVE<br><br>OLIVE BRANCH, MS<br><br>38654 |
| --- | --- |

PAGE : 1

INVOICE# IN1566800

order replacement parts online at
**www.SpeedEPart.com**

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
| --- | --- |

B/L # CN0168594
ORDER # SO772250

**SHIPPING REF #**    18402119970          FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| NET 60 DAYS | 11/13/18 | 049573 | S0300 | HOUSE | SEE RTE GDE | 09/14/18 | 09/14/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
| --- | --- | --- | --- | --- | --- | --- |
| 71-24213 | 15 | AERATOR, 40" PLUGGER<br>CUST PART : 24213<br>REVISION NUMBER : 41967<br>FOR SEARS #8776 | 115.00 | EA | | 1725.00 |

| | | |
| --- | --- | --- |
| TOTAL VALUE - US DOLLARS | | 1725.00 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | | 25.88 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

**Agri-Fab.**

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

PLEASE REMIT TO
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | OLIVE BRANCH DDC #8776<br>10425 RIDGEWOOD DRIVE<br><br>OLIVE BRANCH, MS<br><br>38654 |
|---|---|

PAGE : 1

INVOICE# IN1566801

order replacement parts online at
**www.SpeedEPart.com**

B/L  # CN0168594
ORDER  # SO772251

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---|---|

SHIPPING REF #    18402119970

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/13/18 | 049574 | S0300 | HOUSE | SEE RTE GDE | 09/14/18 | 09/14/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-243152 | 24 | TINE DE-THATCHER, 40<br>CUST PART : 24315<br>REVISION NUMBER : 44157<br>FOR SEARS #8776 | 48.50 | EA | | 1164.00 |

TOTAL VALUE - US DOLLARS    1164.00

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %    17.46

For questions about this invoice, please email AccountsReceivable@agri-fab.com

**Agri-Fab**

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

PLEASE REMIT TO
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | OLIVE BRANCH DDC #8776<br>10425 RIDGEWOOD DRIVE<br><br>OLIVE BRANCH, MS<br><br>38654 |
|---|---|

PAGE : 1

INVOICE# IN1566802

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---|---|

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168594
ORDER  # SO772252

**SHIPPING REF #**    18402119970

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/13/18 | 049575 | S0300 | HOUSE | SEE RTE GDE | 09/14/18 | 09/14/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-243363 | 32 | SPIKE AERATOR, 36" T<br>CUST PART : 24336<br>REVISION NUMBER : 41963<br>FOR SEARS #8776 | 45.50 | EA | | 1456.00 |

|  |  |
|---|---|
| TOTAL VALUE - US DOLLARS | 1456.00 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | 21.84 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# BILL OF LADING

## Agri-Fab
### Lawn Care Made Easy

3490 L & A Industrial Dr
Decatur, IL 62521

**SHIPPER LABEL**

18402119970    DEC

BOOKING #: 18091200531

SOURCE 486

**SHIP TO**

OLIVE BRANCH DDC #8776
10425 RIDGEWOOD DRIVE

OLIVE BRANCH, MS    38654

| THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS | |
|---|---|
| Customer PO # | B/L NUMBER |
| 048106 | CN0168594 |

| TRAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|---|
| | | OLD DOMINION | | S0300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 85 | | ATTACHMENT TRACTOR 114220 SUB 3 | 4746.15 |

| TOTAL PACKS | TOTAL SKIDS | COLLECT ON DELIVERY | | WEIGHT SHIPPED |
|---|---|---|---|---|
| 85 | 4 | $ | and remit to: | 4746.15 |

048106        049573        049574        049575

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

DATE  _____

CARRIER  Old Dominion

AGENT  D. Whitaker

NON-SHIPPER

## BILL OF LADING

**BOL Number:** 33206532

### SHIP FROM

Name: AGRI-FAB INC
Address 1: 3490 INDUSTRIAL DR
Address 2:
Address 3:
City/State/Zip: DECATUR, IL, 62521
ILDEAG P: 217-728-3308 Ext. F:
Stop Notes:

Carrier: Old Dominion Freight Line, Inc.
Pro #: 18402119970

BILL ACE DEC

Pick up date: 9/14/2018
Trailer #: Seal #:

### SHIP TO

Name: OLIVE BRANCH DDC - 8776
Address 1: 10425 RIDGEWOOD DR
Address 2:
Address 3:
City/State/Zip: OLIVE BRCH, MS, 38654
8776 P: (662)408-3216 Ext
Stop Notes:

#### REFERENCE INFORMATION

| Reference Name | Value |
|---|---|
| Destination Location Code | 8776 |
| Load BOL # | 18091200531 |
| Load PO# | 049573 |
| Origin Location Code | ILDEAGRIFA01 |
| OTM Booking # | 18091200531 |
| Sears Load BOL # | SO772250 |

### THIRD PARTY FREIGHT CHARGES BILL TO

Innovel Solutions % Echo Global Logistics
600 W. Chicago Avenue, Suite 725
Chicago, IL 60654

Freight Charge Terms: Carrier Acct #:
Prepaid [X] Collect [ ] 3rd Party [X] Quote ID:

Special Instructions:
Appointment required for pick SEARS PRODUCT
See Shipper and Consignee Instructions

ECHO is not liable for any accessorial charges unless pre-approved by Echo or noted on this bill of lading

| Shipper Instructions | Consignee Instructions |
|---|---|
| Pickup #: 18091200531 | Delivery #: |
| Loc Type: Business | Loc Type Business |
| Special Services | Special Services |
| | Processing Fee |

LTL or Partial Only:
# of Pallets: 4    Pallet Type:    Skid Spots:    Stackable: No
Pallet Dimensions: L: W: H:

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | HM | OD | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | (X) | Commodities requiring special or added care or attention in handling or stowing must be so marked and packaged as to | NMFC# | CLASS |
| 0 | | 85 | Pieces | 4807 | | | General Merchandise | - | 110 |
| 0 | | 85 | | 4607 | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

COD Amount: $ _____
Fee Terms: Collect: [ ] Prepaid: [ ]
Customer check acceptable: [ ]

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. [X] 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. (Section 7)

_____ Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded | Freight Counted | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable requirements of the Department of Transportation. | [X] By Shipper | [ ] By Shipper | Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. |
| Shipper Agri-Fab, Inc Date: | [ ] By Driver | [ ] By Driver/pieces said to contain | |
| Cory White    SEP 14 2018 | | [ ] By Driver/Pieces | Carrier OLD DOMINION FRT Date 9-14-1 |
| | | | D. Wheeler |

59

Trace / Track Shipments                                        https://www.odfl.com/Trace/standard.faces

*Thank you for choosing www.odfl.com*

## Old Dominion Freight Line Shipment Trace

If you would like to Trace by Purchase Order, Bill of Lading, Load Number, or Pickup Number visit ODFL4me Trace.

Trace more shipments

☑ Detailed Data

**Pro Number: 18402119970**

| | |
|---|---|
| **Delivery Date (EST)** | 9/18/2018 |
| **Status** | Delivered |
| **Pieces** | 4 |
| **Weight** | 4807 |
| **PO#** | 049573 |
| **BOL#** | 33206532 |
| **Signature** | J WINFRO |
| **Origin** | DECATUR, IL 62521 |
| **Origin SC** | DEC |
| **Destination** | OLIVE BRANCH, MS 38654 |
| **Destination SC** | MFS |
| **Email Notification** | ✉ |

# Agri·Fab

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

## INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | SEARS #8781 D/71<br>5330 CROSSWINDS DR<br><br>COLUMBUS, OH<br><br>43228 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE :  1

INVOICE# IN1566803

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0168597
ORDER  # SO768686

**SHIPPING REF #**      667924

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/13/18 | 049198 | S0300 | HOUSE | SEE RTE GDE | 09/14/18 | 09/14/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24266 | 48 | 42" HIGH SPEED SWEEPER<br>CUST PART : 24266<br>REVISION NUMBER : 42692<br>FOR SEARS #8781 | 192.00 | EA | | 9216.00 |

TOTAL VALUE - US DOLLARS          9216.00

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %      138.24

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab

**INVOICE**

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

PLEASE REMIT TO
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS #8781 D/71<br>5330 CROSSWINDS DR<br>COLUMBUS, OH<br>43228 |
|---------|---|

PAGE : 1

INVOICE# IN1566804

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---------|---|

order replacement parts online at
**www.SpeedEPart.com**

B/L  # CN0168597
ORDER  # SO771324

**SHIPPING REF #    667924**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|-------|----------|-----------|--------|---------|----------|-----------|-----------|
| NET 60 DAYS | 11/13/18 | 049478 | S0300 | HOUSE | SEE RTE GDE | 09/14/18 | 09/14/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|----------|----------|-------------|-------|-----|----------|-----|
| 71-24266 | 12 | 42" HIGH SPEED SWEEPER<br>CUST PART : 24266<br>REVISION NUMBER : 42692<br>FOR SEARS #8781 | 192.00 | EA | | 2304.00 |

TOTAL VALUE - US DOLLARS        2304.00

SETTLEMENT DISCOUNT AVAILABLE AT   1.50 %       34.56

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri·Fab®

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS #8781 D/71<br>5330 CROSSWINDS DR<br><br>COLUMBUS, OH<br><br>43228 |
|---|---|

PAGE :  1

INVOICE#  IN1566805

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---|---|

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168597
ORDER  # SO772254

**SHIPPING REF #**    667924

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/13/18 | 049577 | S0300 | HOUSE | SEE RTE GDE | 09/14/18 | 09/14/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24213 | 30 | AERATOR, 40"  PLUGGER<br>  CUST PART : 24213<br>  REVISION NUMBER : 41967<br>  FOR SEARS #8781 | 115.00 | EA | | 3450.00 |

|  |  |
|---|---|
| TOTAL VALUE - US DOLLARS | 3450.00 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | 51.75 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab

**SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES**
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | SEARS #8781 D/71<br>5330 CROSSWINDS DR<br>COLUMBUS, OH<br>43228 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE : 1

INVOICE# IN1566806

order replacement parts online at
**www.SpeedEPart.com**

B/L  # CN0168597
ORDER  # SO772255

**SHIPPING REF #**    667924

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/13/18 | 049578 | S0300 | HOUSE | SEE RTE GDE | 09/14/18 | 09/14/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24278 | 12 | SNOW CAB<br>    CUST PART : 24278<br>    REVISION NUMBER : 48889<br>    FOR SEARS #8781 | 124.13 | EA | | 1489.56 |

TOTAL VALUE - US DOLLARS     1489.56

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %     22.34

For questions about this invoice, please email AccountsReceivable@agri-fab.com

**Agri-Fab**

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS #8781 D/71<br>5330 CROSSWINDS DR<br>COLUMBUS, OH<br>43228 |
|---|---|

PAGE : 1

INVOICE# IN1566807

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---|---|

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168597
ORDER  # SO772256

**SHIPPING REF #    667924**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/13/18 | 049579 | S0300 | HOUSE | SEE RTE GDE | 09/14/18 | 09/14/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-244414 | 16 | 42" SNOW BLADE(REPLACES 2444<br>CUST PART : 24441<br>REVISION NUMBER : 41966<br>FOR SEARS #8781 | 154.99 | EA | | 2479.84 |

| | |
|---|---|
| TOTAL VALUE - US DOLLARS | 2479.84 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | 37.20 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

**Agri-Fab**

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | SEARS #8781 D/71<br>5330 CROSSWINDS DR<br>COLUMBUS, OH<br>43228 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE :  1

INVOICE# IN1566808

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0168597
ORDER  # SO772257

**SHIPPING REF #     667924**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/13/18 | 049580 | S0300 | HOUSE | SEE RTE GDE | 09/14/18 | 09/14/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24644 | 8 | 44" HIGH SPEED SWEEPER<br>CUST PART : 24644<br>REVISION NUMBER : 48519<br>FOR SEARS #8781 | 230.26 | EA | | 1842.08 |

TOTAL VALUE - US DOLLARS          1842.08

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %      27.63

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri•Fab®

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS #8781 D/71<br>5330 CROSSWINDS DR<br><br>COLUMBUS, OH<br><br>43228 |
|---|---|

PAGE : 1

INVOICE# IN1566809

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---|---|

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0168597
ORDER  # SO772258

**SHIPPING REF #    667924**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/13/18 | 049581 | S0300 | HOUSE | SEE RTE GDE | 09/14/18 | 09/14/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-248374 | 3 | 42" SEARS SNOW THROWER<br>CUST PART : 24837<br>REVISION NUMBER : 41966<br>FOR SEARS #8781 | 715.40 | EA | | 2146.20 |

|  |  |  |  |
|---|---|---|---|
| | TOTAL VALUE - US DOLLARS | | 2146.20 |
| | SETTLEMENT DISCOUNT AVAILABLE AT | 1.50 % | 32.19 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# BILL OF LADING

**Agri-Fab**
*Lawn Care Made Easy*

3490 L & A Industrial Dr
Decatur, IL 62521

**SHIP TO**

SEARS #8781 D/71
5330 CROSSWINDS DR

COLUMBUS, OH        43228

BOOKING #: 18091200529

SOURCE 486

**THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS**

| Customer PO # | B/L NUMBER |
|---|---|
| 049581 | CN0168597 |

| TRAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|---|
| 667924 | 7533391 | JB HUNT | | S0300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 3 | | SNOW THROWERS 130200 SUB 3 | 675.00 |
| 68 | | SWEEPERS, LAWN 130590 SUB 4 | 5720.40 |
| 58 | | ATTACHMENT TRACTOR 114220 SUB 3 | 4285.30 |

| TOTAL PACKS | TOTAL SKIDS | COLLECT ON DELIVERY | | WEIGHT SHIPPED |
|---|---|---|---|---|
| 129 | 1 | $        and remit to: | | 10680.70 |

049581        049190        049478        049580        049577        049578

DATE _9-14-18_

CARRIER _JB Hunt_

AGENT _[signature]_

PER: SHIPPER

SR-347

# BILL OF LADING

**AgrieFab**
Lawn Care Made Easy.

3490 L & A Industrial Dr.
Decatur, IL 62521

## SHIP TO

SEARS #8781 D/71
5330 CROSSWINDS DR

COLUMBUS, OH        43228

BOOKING #: **18091200529**

SOURCE 486

### THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS

| Customer PO # | B/L NUMBER |
|---|---|
| 049581 | CN0168597 |

| TRAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|---|
| 667924 | 7533341 | JB HUNT | | 30300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 3 | | SNOW THROWERS 130200 SUB 3 | 675.00 |
| 58 | | SWEEPERS, LAWN 130590 SUB 4 | 5720.40 |
| 58 | | ATTACHMENT TRACTOR 114220 SUB 3 | 4285.30 |

INNOVEL SOLUTIONS
UNIT #8781 DATE 9-15-18
TRAILER # 667924
SEAL # 7533341
SIGNATURE

Ralph Russo

| TOTAL PACKS | TOTAL SKIDS | COLLECT ON DELIVERY | | | | WEIGHT SHIPPED |
|---|---|---|---|---|---|---|
| 129 | | $ | and remit to: | | | 10680.70 |

049581        049198        049478        049580        049577        049578

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

RECEIVED, SUBJECT TO THE CLASSIFICATIONS AND LAWFULLY FILED TARIFFS IN EFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING, THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATION IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR A RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.
(Mail or direct address of consignee - For purposes of notification only.)
The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

THIS SHIPPING ORDER must be legibly filled in, in ink, in indelible pencil, or in Carbon, and retained by the Agent.

DATE  9-14-18
CARRIER  JB Hunt
AGENT

| * If the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding. $_____ per _____ | Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | FREIGHT CHARGES ☐ PREPAID ☒ COLLECT ☐ THIRD PARTY |
|---|---|---|---|
| PER - SHIPPER | $_____ per _____ SHIPPER | (Signature of Consignor) | |

# Agri-Fab.

**SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES**
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | SEARS LOGISTICS SERVICES #8871 D<br>1701 WEST NORMANTOWN ROAD<br><br>ROMEOVILLE,    IL<br><br>60446 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE  :  1

INVOICE#  IN1567015

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0168595
ORDER # SO768695

**SHIPPING REF #**      166222

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/16/18 | 049207 | S0300 | HOUSE | SEE RTE GDE | 09/17/18 | 09/17/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24266 | 24 | 42" HIGH SPEED SWEEPER<br>CUST PART : 24266<br>REVISION NUMBER : 42692<br>FOR SEARS #8871 | 192.00 | EA | | 4608.00 |

TOTAL VALUE - US DOLLARS                4608.00

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %        69.12

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | SEARS LOGISTICS SERVICES #8871 D<br>1701 WEST NORMANTOWN ROAD<br><br>ROMEOVILLE,    IL<br><br>60446 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE :  1

INVOICE# IN1567016

order replacement parts online at
**www.SpeedEPart.com**

B/L  # CN0168595
ORDER  # SO772261

**SHIPPING REF #    166222**          FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/16/18 | 049584 | S0300 | HOUSE | SEE RTE GDE | 09/17/18 | 09/17/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24213 | 15 | AERATOR, 40"  PLUGGER<br>  CUST PART : 24213<br>  REVISION NUMBER : 41967<br>  FOR SEARS #8871 | 115.00 | EA | | 1725.00 |

TOTAL VALUE - US DOLLARS          1725.00

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %          25.88

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab

**SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES**
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | SEARS LOGISTICS SERVICES #8871 D<br>1701 WEST NORMANTOWN ROAD<br><br>ROMEOVILLE,    IL<br><br>60446 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE :   1

INVOICE# IN1567017

order replacement parts online at
**www.SpeedEPart.com**

B/L  # CN0168595
ORDER  # SO772262

**SHIPPING REF #      166222**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/16/18 | 049585 | S0300 | HOUSE | SEE RTE GDE | 09/17/18 | 09/17/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24276 | 21 | SEARS SNOW CAB(REPL.24275)<br>CUST PART : 24276<br>REVISION NUMBER : 41963<br>FOR SEARS #8871 | 118.07 | EA | | 2479.47 |

TOTAL VALUE - US DOLLARS          2479.47

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %       37.19

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

|  |  |
|---|---|
| **SHIP TO** | SEARS LOGISTICS SERVICES #8871 D<br>1701 WEST NORMANTOWN ROAD<br><br>ROMEOVILLE,    IL<br><br>60446 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE  :   1

INVOICE#  IN1567018

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168595
ORDER   # SO772263

**SHIPPING REF #        166222**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/16/18 | 049586 | S0300 | HOUSE | SEE RTE GDE | 09/17/18 | 09/17/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24278 | 12 | SNOW CAB<br>    CUST PART : 24278<br>    REVISION NUMBER : 48889<br>    FOR SEARS #8871 | 124.13 | EA |  | 1489.56 |

TOTAL VALUE - US DOLLARS                    1489.56

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %           22.34

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri·Fab

**SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES**
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS LOGISTICS SERVICES #8871 D<br>1701 WEST NORMANTOWN ROAD<br><br>ROMEOVILLE,    IL<br><br>60446 |
|---|---|

PAGE :   1

INVOICE# IN1567019

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---|---|

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168595
ORDER   # SO772264

**SHIPPING REF #       166222**

**FILE COPY**

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/16/18 | 049587 | S0300 | HOUSE | SEE RTE GDE | 09/17/18 | 09/17/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-248374 | 6 | 42" SEARS SNOW THROWER<br>CUST PART : 24837<br>REVISION NUMBER : 41966<br>FOR SEARS #8871 | 715.40 | EA | | 4292.40 |

TOTAL VALUE - US DOLLARS        4292.40

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %        64.39

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri•Fab.

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS LOGISTICS SERVICES #8871 D<br>1701 WEST NORMANTOWN ROAD<br>ROMEOVILLE,   IL<br>60446 |
|---|---|
| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE :   1

INVOICE# IN1567020

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0168595
ORDER  # SO772277

**SHIPPING REF #       166222**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/16/18 | 049610 | S0300 | HOUSE | SEE RTE GDE | 09/17/18 | 09/17/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24100 | 27 | WEIGHT BRACKET W/ WEIGHT<br>CUST PART : 24100<br>FOR SEARS #8871 | 69.00 | EA | | 1863.00 |

|  |  |
|---|---|
| TOTAL VALUE - US DOLLARS | 1863.00 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | 27.95 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# BILL OF LADING

**Agri-Fab**
*Lawn Care Made Easy*

3490 L & A Industrial Dr.
Decatur, IL 62521

### SHIP TO

SEARS LOGISTICS SERVICES #8871 D/671
1701 WEST NORMANTOWN ROAD

ROMEOVILLE,  IL   60446

BOOKING # : 18091200526

SOURCE 486

| THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS | |
| --- | --- |
| Customer PO # | B/L NUMBER |
| 049587 | CN0168595 |

39

| TRAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
| --- | --- | --- | --- | --- |
| 166222 | 833395 | SWIFT | | S0300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
| --- | --- | --- | --- |
| 6 | | SNOW THROWERS 130300 SUB 3 | 1350.00 |
| 24 | | SWEEPERS,LAWN 130590 SUB 4 | 2001.60 |
| 75 | | ATTACHMENT TRACTOR 114220 SUB 3 | 4125.75 |

| TOTAL PACKS | TOTAL SKIDS | COLLECT ON DELIVERY | | WEIGHT SHIPPED |
| --- | --- | --- | --- | --- |
| 105 | 8 | $ | and remit to: | 7477.35 |

049587     049207     049584     049585     049586     049610

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

DATE

CARRIER

AGENT 



# BILL OF LADING

BOOKING #: 18091200526

SOURCE 480

**SHIP TO**

*Lawn Care Made Easy.*

SEARS LOGISTICS SERVICES #8071 D/671
1701 WEST NORMANTOWN ROAD
ROMEOVILLE, IL   60446

34990 L.E.A Industrial Dr.
Decatur, IL 62521

THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS

| Customer PO # | DIL NUMBER |
|---|---|
| 0495887 | CN0168595 |

| | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|
| | SWIFT | | S0100 |

| PACKS SHIPPED | SKIDS SHIPPED | TRAILER # | SEAL # | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|---|---|
| 6 | | 166292 | A33395 | | |
| 24 | | | | SNOW THROWERS 130200  STB 3 | 1350.00 |
| 75 | | | | SWEEPERS, LAWN 130590  STB 4 | 2001.60 |
| | | | | ATTACHMENT TRACTOR 114220 STB 3 | 4125.75 |

| TOTAL PACKS | TOTAL SKIDS | $ | | | WEIGHT SHIPPED |
|---|---|---|---|---|---|
| 105 | | $ | | | 7477.35 |

COLLECT ON DELIVERY
and remit to:

PER: SHIPPER

SHIPPER

DATE  3-17-15

CARRIER

AGENT

FREIGHT CHARGES
[ ] PREPAID
[ ] COLLECT
[X] THIRD PARTY

| 049587 | 049207 | 049584 | 049585 | 049586 | 049610 |
|---|---|---|---|---|---|

Order # TA14289

http://www.swiftfreighttracker.com/#/all/detail/TA14289/false

★ Starting Load    ◐ Pickup/Dropoff Stop    🚩 Deliver To    Current Location

## Shipment Information

**Status**
DELIVERED

**PO**
049584

**BOL**
18091200526

**Origin**
Decatur,
IL

**Destination**
Romeoville,
IL

**Current Location**
Romeoville, IL

**Est Miles To Next Dest**
0

**Weight**

**Trailer**
166222

**Unit**
162366

**Pieces**



10/18/2018, 10:55 AM

1 of 4

LOB
OTR

7500

105

## Stop Report

### Shipper

**Customer Code**
838633

**Name**
SEARS DEDICATED MANTENO

**Address**
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179

### Bill To

**Customer Code**
838633

**Name**
SEARS DEDICATED MANTENO

**Address**
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179

### Load At / Pickup

**Customer Code**

185526

**Name**
AGRI FAB WAREHOUSE

**Address**
3490 ELA INDUSTRIAL DR
DECATUR, IL 62521

**Pickup Appointment**
9/17/2018 - 9/17/2018
8:00 AM - 3:00 PM

**Date Of Arrival**
9/17/2018 1:41 PM

**Pickup Number**

**Date Of Departure**
9/17/2018 2:13 PM

**Shipment Weight**
7500

**Pieces**
105

**DROP**

**Customer Code**
536253

**Name**
SEARS DDC #8871

**Address**

1701 W NORMANTOWN RD

ROMEOVILLE, IL 60446

**Customer Signature**

B C

**Delivery Appointment**

9/17/2018 - 9/18/2018

8:01 AM - 11:59 PM

**Date Of Arrival**

9/18/2018 3:43 AM

**S/B Delivery Number**

**Date Of Departure**

9/18/2018 4:17 AM

**Shipment Weight**

7334

**Pieces**

26

**Agri-Fab.**

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

PLEASE REMIT TO
PO BOX 6718
Carol Stream, IL
60197-6718

|  |  |
|---|---|
| **SHIP TO** | SEARS  #8872  D/71<br>580 RACO PARKWAY<br><br>PENDERGRASS, GA<br><br>30567 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE  :  1

INVOICE# IN1568309

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0168580
ORDER  # SO772265

**SHIPPING REF #**      18402119962

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/18/18 | 049588 | S0300 | HOUSE | SEE RTE GDE | 09/19/18 | 09/19/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24266 | 36 | 42" HIGH SPEED SWEEPER<br>CUST PART : 24266<br>REVISION NUMBER : 42692<br>FOR SEARS #8872 | 192.00 | EA |  | 6912.00 |

TOTAL VALUE - US DOLLARS          6912.00

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %          103.68

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

## INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS #8872 D/71<br>580 RACO PARKWAY<br><br>PENDERGRASS, GA<br><br>30567 |
|---|---|

PAGE : 1

INVOICE# IN1568308

| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |
|---|---|

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168580
ORDER  # SO771335

**SHIPPING REF #    18402119962**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/18/18 | 049489 | S0300 | HOUSE | SEE RTE GDE | 09/19/18 | 09/19/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24266 | 12 | 42" HIGH SPEED SWEEPER<br>CUST PART : 24266<br>REVISION NUMBER : 42692<br>FOR SEARS #8872 | 192.00 | EA | | 2304.00 |

TOTAL VALUE - US DOLLARS            2304.00

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %      34.56

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# Agri-Fab

**INVOICE**

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | SEARS  #8872  D/71<br>580 RACO PARKWAY<br><br>PENDERGRASS, GA<br><br>30567 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE :  1

INVOICE# IN1568310

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0168580
ORDER  # SO772266

**SHIPPING REF #    18402119962**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/18/18 | 049589 | S0300 | HOUSE | SEE RTE GDE | 09/19/18 | 09/19/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-24644 | 8 | 44" HIGH SPEED SWEEPER<br>CUST PART : 24644<br>REVISION NUMBER : 48519<br>FOR SEARS #8872 | 230.26 | EA | | 1842.08 |

TOTAL VALUE - US DOLLARS          1842.08

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %          27.63

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# BILL OF LADING

**Agri-Fab**
*Lawn Care Made Easy*

3490 L & A Industrial Dr.
Decatur, IL 62521

OLD DOMINION FREIGHT LINE

SHIPPER LABEL

**18402119962**    DEC

BOOKING #: 18091200525

SOURCE 486

**SHIP TO**

SEARS   #8872  D/71
580 RACO PARKWAY

PENDERGRASS, GA    30567

| THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS | |
|---|---|
| Customer PO # | B/L NUMBER |
| 049489 | CN0168580 |

| TRAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|---|
| | | OLD DOMINION | | S0300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 56 | | SWEEPERS, LAWN 130590 SUB 4 | 4719.60 |

| TOTAL PACKS | TOTAL SKIDS | COLLECT ON DELIVERY | | WEIGHT SHIPPED |
|---|---|---|---|---|
| 56 | 5 | $ | and remit to: | 4719.60 |

049489     049588     049589

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

DATE   9-19-18

CARRIER Old Dominion

AGENT D. Wheeler

PER-SHIPPER

## BILL OF LADING

**BOL Number:** 33206533

### SHIP FROM

Name: AGRI-FAB INC
Address 1: 3490 INDUSTRIAL DR
Address 2:
Address 3:
City/State/Zip: DECATUR, IL, 62521
ILDEAG    P: 217-728-3308 Ext.    F:
Stop Notes:

Carrier: Old Dominion Freight Line, Inc.
Pro #:

AF 18402119962 DEC

Pick up date: 9/14/2018
Trailer #.                Seal #:

### SHIP TO

Name: 8547-PENDERGRASS DDC
Address 1: 580 Raco Pkwy
Address 2:
Address 3:
City/State/Zip: PENDERGRASS, GA, 30567
DMCDO    P. 888-231-0164 Ext.    F:
Stop Notes:

### REFERENCE INFORMATION

| Reference Name | Value |
|---|---|
| Destination Location Code | 8872 |
| Load BOL # | 18091200525 |
| Load PO# | 049489 |
| Origin Location Code | ILDEAGRIFA01 |
| OTM Booking # | 16091200525 |
| Sears Load BOL # | SO771335 |

### THIRD PARTY FREIGHT CHARGES BILL TO

Innovel Solutions % Echo Global Logistics
600 W. Chicago Avenue, Suite 725
Chicago, IL 60654

Freight Charge Terms:                Carrier Acct #:
Prepaid [x] Collect [ ] 3rd Party [x]    Quote ID:

Special Instructions:
Appointment required for pick SEARS PRODUCT
See Shipper and Consignee Instructions

ECHO is not liable for any accessorial charges unless pre approved by Echo or noted on this bill of lading.

Shipper Instructions
Pickup #: 18091200525
Loc Type: Business
Special Services:

Consignee Instructions
Delivery #:
Loc Type: Business
Special Services:
Processing Fee

LTL or Partial Only:
# of Pallets: 5    Pallet Type:    Skid Spots    Stackable No
Pallet Dimensions    L    W.    H:

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | HM | OD | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to | NMFC# | CLASS |
| 0 | | 56 | Pieces | 4719 | | | General Merchandise | | 110 |
| 0 | | 56 | | 4719 | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

COD Amount: $ _____
Fee Terms:    Collect [ ]    Prepaid: [ ]
Customer check acceptable.

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. [×] 14706(c)(1)(A) and (B)

RECEIVED subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper on request, and to all applicable state and federal regulations.

The _____ _____ make delivery of this shipment without payment of freight and all other lawful charges (Section 7)

_____ Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded. | Freight Counted | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above-named materials are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | By Shipper [ ] | By Shipper [ ] | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle. |
| Shipper: Agri-Fab, Inc    Date: | By Driver [ ] | By Driver/pallets said to contain | Carrier: _____    Date 9-19-18 |
| *Cory White* | | By Driver Pieces | |

19

*Thank you for choosing www.odfl.com*

## Old Dominion Freight Line Shipment Trace

If you would like to Trace by Purchase Order, Bill of Lading, Load Number, or Pickup Number visit ODFL4me Trace

Trace more shipments

☑ Detailed Data

Pro Number: 18402119962

| | |
|---|---|
| **Delivery Date (EST)** | 9/24/2018 |
| **Status** | Delivered |
| **Pieces** | 5 |
| **Weight** | 4719 |
| **PO#** | 049489 |
| **BOL#** | 33206533 |
| **Signature** | MCDANIEL |
| **Origin** | DECATUR, IL 62521 |
| **Origin SC** | DEC |
| **Destination** | PENDERGRASS, GA 30567 |
| **Destination SC** | NGA |
| **Email Notification** | ✉ |

**Agri-Fab**

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

| | |
|---|---|
| **SHIP TO** | SEARS #8781 D/71<br>5330 CROSSWINDS DR<br>COLUMBUS, OH<br>43228 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PLEASE REMIT TO
PO BOX 6718
Carol Stream, IL
60197-6718

PAGE  :  1

INVOICE# IN1568993

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0168767
ORDER  # SO765005

**SHIPPING REF #     738370426X**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/20/18 | 048733 | S0300 | HOUSE | SEE RTE GDE | 09/21/18 | 09/21/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-244142 | 14 | 48" DOZER BLADE<br>CUST PART : 24414<br>REVISION NUMBER : 41965<br>FOR SEARS #8781 | 255.50 | EA | | 3577.00 |

TOTAL VALUE - US DOLLARS          3577.00

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %      53.66

For questions about this invoice, please email AccountsReceivable@agri-fab.com

**Agri-Fab**

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

PLEASE REMIT TO
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | SEARS #8781 D/71<br>5330 CROSSWINDS DR<br><br>COLUMBUS, OH<br><br>43228 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE : 1

INVOICE# IN1568994

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0168767
ORDER # SO771326

SHIPPING REF #    738370426X

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/20/18 | 049480 | S0300 | HOUSE | SEE RTE GDE | 09/21/18 | 09/21/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-244142 | 14 | 48" DOZER BLADE<br>CUST PART : 24414<br>REVISION NUMBER : 41965<br>FOR SEARS #8781 | 255.50 | EA | | 3577.00 |

TOTAL VALUE - US DOLLARS          3577.00

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %    53.66

For questions about this invoice, please email AccountsReceivable@agri-fab.com

## BILL OF LADING

### Agri-Fab
### Lawn Care Made Easy

3490 L & A Industrial Dr
Decatur, IL 62521

YRC FREIGHT SHIPMENT STATUS, CALL 1-800-610-6500

738-370426-X    YRC

SHIPPER BOL 355    10/11/17

BOOKING #: 18091900455

SOURCE 486

**SHIP TO**

SEARS #8781 D/71
5330 CROSSWINDS DR

COLUMBUS, OH          43228

| THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS | |
|---|---|
| Customer PO # | B/L NUMBER |
| 048733 | CN0168767 |

| TRAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|---|
| | | YRC | | S0300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 28 | | ATTACHMENT TRACTOR 114220 SUB 3 | 3456.60 |

| TOTAL PACKS | TOTAL SKIDS | COLLECT ON DELIVERY | | WEIGHT SHIPPED |
|---|---|---|---|---|
| 28 | 2 | $ | and remit to: | 3456.60 |

049733      049480

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

DATE 9-21-18

CARRIER YRC

AGENT D Whisler

PER SHIPPER

## BILL OF LADING

**BOL Number:** 33287991

### SHIP FROM

| | |
|---|---|
| Name: | AGRI-FAB INC |
| Address 1: | 3490 INDUSTRIAL DR |
| Address 2: | |
| Address 3: | |
| City/State/Zip: | DECATUR, IL, 62521 |
| ILDEAG    P: | 217-728-3308 Ext.    F: |
| Stop Notes: | |

Carrier:    YRC Freight

Pro #    C    355    **738-370426-X**

Pick up date: 9/21/2018

Trailer #:                     Seal #:

### SHIP TO

| | |
|---|---|
| Name: | 8862 - COLUMBUS DDC |
| Address 1: | 5330 Crosswind Dr |
| Address 2: | |
| Address 3: | |
| City/State/Zip: | COLUMBUS, OH, 43228 |
| SROSE    P: | 614-878-2092 Ext.    F: |
| Stop Notes: | |

### REFERENCE INFORMATION

| Reference Name | Value |
|---|---|
| Destination Location Code | 8862 |
| Load BOL # | 18091900455 |
| Load PO# | 048733 |
| Origin Location Code | ILDEAGRIFA01 |
| OTM Booking # | 18091900455 |
| Sears Load BOL # | SO765005 |

### THIRD PARTY FREIGHT CHARGES BILL TO

Innovel Solutions % Echo Global Logistics
600 West Chicago Ave, Suite 725
Chicago, IL 60654

| Freight Charge Terms: | Carrier Acct #: |
|---|---|
| Prepaid [x] Collect [ ] 3rd Party [x] | Quote ID: |

Special Instructions:
Appoinment required for pick SEARS PRODUCT
See Shipper and Consignee Instructions

ECHO is not liable for any accessorial charges unless pre-approved by Echo or noted on this bill of lading.

**Shipper Instructions**
Pickup #:    18091900455
Loc Type:    Business
Special Services:

**Consignee Instructions**
Delivery #:
Loc Type:    Business
Special Services:
Processing Fee _ _

| LTL or Partial Only: | | |
|---|---|---|
| # of Pallets: 2 | Pallet Type: | Skid Spots:    Stackable:  No |
| Pallet Dimensions: | L:    W:    H: | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | HM | OD | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to | NMFC# | CLASS |
| 0 | | 28 | Pieces | 3456 | | | General Merchandise | | 110 |
| 0 | | 28 | | 3455 | | | | | |
| | | | | | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ____ per ____.

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

COD Amount: $ _____
Fee Terms:    Collect: [ ]    Prepaid: [ ]
Customer check acceptable:

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges (Section 7)

_____ Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded | Freight Counted | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above-named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | [x] By Shipper | [x] By Shipper | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle. |
| Shipper  Agri-Fab, Inc  Date  SEP 21 2018 | [ ] By Driver | [ ] By Driver/pallets said to contain | Carrier  YRC Freight  Date  9-21-18 |
| Cory White | | [ ] By Driver Pieces | D. Whisler |



DELIVERY RECEIPT

YRC Freight
10990 Roe Ave Overland Park, KS 66211-1213
(EIN 34-0492670) (RDWY)

Customer Service Center:
1.800.610.6500

**738-370426-X**

PK UP DATE: 1-21-18
DESTINATION: 857-1 -NC
RATE CODE: /12
ITEM/TENDER NO.: BB6KC...5
SHIPPER CODE: 0797
BEY CACL CODE: 02 OF 03
ADV CACL CODE: NO

O./DEPT.NO.: 48733

AGRI FAB
490 L&A INDUSTRIAL DR
DECATUR IL 62521

ROSE
330 CROSSWINDS DR
COLUMBUS OH 43228

B862-COLUMBUS DDC

PKG.: 738-370426-X
HM

8765005

SERVICE
EXCER
CONS. CODE: 1316
CA04 BOO

8781

DESCRIPTION OF ARTICLES

* * * I N V O I C E * * *

APPT 09/25 00:00-10:30

SLC STC
C: 614-878-2092
PAYER FOR SHIPPER:
INNOVEL SOLUTIONS INC X ECHOGLOBAL
ECHO GLOBAL LOGISTICS
600 W CHICAGO AVE STE 725
CHICAGO IL 60654

DRG
355
YRC TARIFFS LIMIT CARRIER'S LIABILITY.
ALL FREIGHT RECEIVED IN GOOD ORDER AND
SHRINKWRAP/BANDING INTACT UNLESS NOTED

RECEIVED BY - PRINTED NAME            DATE

SIGNED:

UNIT NO.: 559490
CHKR #
H/U
LOCATION: 501A1
CHKR #
H/U
DOOR: 165
UNIT NO.

TOTAL CHARGES
TIME

PRO: PAGE 2 OF 3

CODE   WEIGHT (LB.)   RATE   CHARGES

DELIVERY SERVICES PROVIDED NOT LISTED ABOVE - ADDITIONAL FEES MAY APPLY
☐ LIFTGATE          ☐ SORT/SEGREGATION   ☐ LIMITED ACCESS
☐ INSIDE DELIVERY   ☐ RESIDENTIAL DELIVERY   ☐ OTHER

**DELIVERY RECEIPT**

YRC Freight
10990 Roe Ave Overland Park, KS 66211-1213
(EIN 34-0492670) (RDWY)

Customer Service Center:
1.800.610.6500

PAGE 03 OF 03

**PICK UP DATE** | **DESTINATION** | **RATE CODE** | **ITEM/TENDER NO.** | **ADV CA/CL CODE**
--- | --- | --- | --- | ---
11-21-1B | 857-1 WC | /12 | BB6KC..5 | 

GRI FAB
4490 L&A INDUSTRIAL DR
DECATUR IL 62521

548733

8862-COLUMBUS DDC
ROSE
1330 CROSSWINDS DR
COLUMBUS OH 43228

SHIPPER 09797    8781

**BEY CA/CL CODE** | **ADV CA/CL CODE**

**SERVICE** 25    **CONS. CODE** 1316    0.053    CA04 B00

**PKG.** 00765005

**HM** 738-370426-X

SI#: 180919004455
LO#: 3328799I
PO=048733

**DESCRIPTION OF ARTICLES**

APPT 09/25 00:00-10:30

**PRO** 955    ORG

YRC TARIFF'S LIMIT CARRIER'S LIABILITY.
ALL FREIGHT RECEIVED IN GOOD ORDER AND
SHRINKWRAP/BANDING INTACT UNLESS NOTED

RECEIVED BY - PRINTED NAME    DATE

SIGNED:                        TIME

**UNIT NO.** 559490 | **CHKR #** | **H/U** | **LOCATION** 501A1 | **CHKR #** | **H/U** | **DOOR** 165 C1 | **UNIT NO.**

738-370426-X

**DELIVERY SERVICES PROVIDED NOT LISTED ABOVE - ADDITIONAL FEES MAY APPLY**

☐ LIFTGATE  ☐ SORT/SEGREGATION  ☐ LIMITED ACCESS
☐ INSIDE DELIVERY  ☐ RESIDENTIAL DELIVERY  ☐ OTHER

**CODE** PDLP | **WEIGHT (LB.)** | **RATE** | **CHARGES**

# Agri·Fab.

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| SHIP TO | SEARS # 8873 D/71<br>151 FIRST AVE<br><br>COVINGTON TWP, PA<br><br>18424 |
|---|---|
| SOLD TO | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE  :  1

INVOICE# IN1568995

order replacement parts online at
**www.SpeedEPart.com**

B/L   # CN0168768
ORDER  # SO772272

**SHIPPING REF #      7383704279**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 11/20/18 | 049595 | S0300 | HOUSE | SEE RTE GDE | 09/21/18 | 09/21/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-244142 | 14 | 48" DOZER BLADE<br>CUST PART : 24414<br>REVISION NUMBER : 41965<br>FOR SEARS #8873 | 255.50 | EA | | 3577.00 |

|  |  |
|---|---|
| TOTAL VALUE - US DOLLARS | 3577.00 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | 53.66 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# BILL OF LADING

**Agri-Fab**
Lawn Care Made Easy

3490 L & A Industrial Dr
Decatur, IL 62521

YRC FREIGHT SHIPMENT STATUS, CALL 1-800-610-6500

10/14/17

**738-370427-9** YRC

SHIPPER BOL  355

YRC Freight quotes are incorporated herein by express written consent.
YRC Freight publishes its liability that shipments subject to its terms and conditions of the Uniform Straight Bill of Lading as stated in the NMFC 100 series tariff.

BOOKING # 18091900448

SOURCE 486

## SHIP TO

SEARS # 8873 D/71
151 FIRST AVE

COVINGTON TWP, PA    18424

| THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS | |
|---|---|
| Customer PO # | B/L NUMBER |
| 049595 | CN0168768 |

| TRAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|---|
| | | YRC | | S0300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 14 | | ATTACHMENT TRACTOR 114220 SUB 3 | 1728.30 |

| TOTAL PACKS | TOTAL SKIDS | COLLECT ON DELIVERY | | WEIGHT SHIPPED |
|---|---|---|---|---|
| 14 | 1 | $ | and remit to: | 1728.30 |

049595

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

DATE 9-21-18

CARRIER YRC

AGENT D. Whisler

| FREIGHT CHARGES |
|---|
| ☐ PREPAID |
| ☐ COLLECT |
| ☒ THIRD PARTY |

## BILL OF LADING

**BOL Number:** 33287993

### SHIP FROM

| | |
|---|---|
| Name: | AGRI-FAB INC |
| Address 1: | 3490 INDUSTRIAL DR |
| Address 2: | |
| Address 3: | |
| City/State/Zip: | DECATUR, IL, 62521 |
| ILDEAG    P: | 217-728-3308 Ext.    F: |
| Stop Notes: | |

Carrier:    YRC Freight

Pro    YRC    355    **738-370427-9**

Pick up date: 9/21/2018

Trailer #:    Seal #:

### SHIP TO

| | |
|---|---|
| Name: | GOULDSBORO DDC |
| Address 1: | 151 FIRST AVENUE |
| Address 2: | |
| Address 3: | |
| City/State/Zip: | GOULDSBORO, PA, 18424 |
| FSLIMM    P: | 570-330-8200 Ext.    F: |
| Stop Notes: | |

### REFERENCE INFORMATION

| Reference Name | Value |
|---|---|
| Destination Location Code | 8873 |
| Load BOL # | 1809190044B |
| Load PO# | 049595 |
| Origin Location Code | ILDEAGRIFA01 |
| OTM Booking # | 1809190044B |
| Sears Load BOL # | SO772272 |

### THIRD PARTY FREIGHT CHARGES BILL TO

Innovel Solutions % Echo Global Logistics
600 West Chicago Ave, Suite 725
Chicago, IL 60654

| Freight Charge Terms: | Carrier Acct #: |
|---|---|
| Prepaid [x] Collect [ ] 3rd Party [x] | Quote ID: |

Special Instructions:
Appointment required for pick  SEARS PRODUCT
See Shipper and Consignee Instructions

ECHO is not liable for any accessorial charges unless pre-approved by Echo or noted on this bill of lading

**Shipper Instructions**
Pickup #:   1809190044B
Loc Type:   Business
Special Services:

**Consignee Instructions**
Delivery #:
Loc Type:   Business
Special Services:
  Processing Fee

LTL or Partial Only:
# of Pallets: 1    Pellet Type:    Skid Spots:    Stackable:  No
Pallet Dimensions:    L:    W:    H:

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | HM | OD | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as t | NMFC# | CLASS |
| 0 | | 14 | Pieces | 1726 | | | General Merchandise | | 110 |
| 0 | | 14 | | 1728 | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows. "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

___ per ___

COD Amount: $
Fee Terms:    Collect: [ ]    Prepaid: [ ]
Customer check acceptable: [ ]

NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. [x] 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges (Section 7)

_____ Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation | [x] By Shipper [ ] By Driver | [x] By Shipper [ ] By Driver/pallets said to contain [ ] By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle. |
| Shipper:   Agri-Fab, Inc  Date: | | | Carrier: YRC Freight  Date: 4-21-18 |
| Cory White    SEP 21 2018 | | | D. Whisler |

# CLOSED TRAILER DELIVERY MANIFEST

PAGE 1

**CREATE DATE** 10/03/2018 02:19 EST

**TRAILER NO.** RDWY 558397

**SEAL NO. APPLIED BY**
YRC FREIGHT 041302
SEAL IS INTACT

**CONSIGNEE**
SEARS
GOULDSBORO
FOR: SEARS #8873    PA

**MANIFEST NO** 827624840219911

**ETA** 10/03/2019 09:00 EST

**DEST SC** 178

**SPECIAL NO.**

| B/L NO. | SHIPPER | PRO NUMBER | P/U DATE | PURCHASE ORDER NUMBER | DEPT. NO. | CARTON COUNT | P C | PCS WT (LB) CHARGES | HM | BILL NOT RETURNED | EXCEPTIONS | DELIVERY RECEIPT NOT RECEIVED (X) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33353475 | EZ FLO KINSTON, NC 28504 | 736632462 | 0927 | F0182313 L03353475 | | | P | 6 5859 0.00 | | B | | |
| 180914003958 | ESCALADE SPORTS OLNEY, IL 62450 | 745079687 | 0918 | F0181031 L03323919 | | | P | 1 2685 0.00 | | L | | |
| 80772272 | AGRI FAB DECATUR, IL 62521 | 783704272 | 0921 | F0049595 L03328793 | | | P | 1 1780 0.00 | | L | | |
| 180925001194 23463380 | MTD PRODUCTS SHELBY, OH 44875 | 611807961 | 0926 | F0049906 L03336130 | | | P | 46 4598 0.00 | | | | |

| | DRIVER | CONSIGNEE-PER | | | | |
|---|---|---|---|---|---|---|
| **SPOTTED** | | | DRIVER INITIALS | CONSIGNEE INITIALS | | |
| **PICKED UP** | DRIVER | CONSIGNEE-PER | | R E T U R N E D | | RECEIVED BY | DATE | TIME |



* IF TRAILER CONTAINS HAZARDOUS MATERIALS, THE LOADING MANIFEST AND ALL DELIVERY RECEIPTS DESCRIBING THE HAZARDOUS MATERIALS MUST BE ATTACHED TO THIS FORM AND MUST TRAVEL WITH THE TRAILER.

**DELIVERY MANIFEST**

RECEIVED BY    DATE    TIME

PRINTED IN THE U.S.A. OP-03 08/14

# CLOSED TRAILER DELIVERY MANIFEST

PAGE  2

**CONSIGNEE**
SEARS
GOULDSBORO                PA
FOR: SEARS  #8873

MANIFEST No. 827624840219911

CREATE DATE 10/03/2018 02:19 EST

TRAILER NO. RDWV 558397

**SEAL NO. APPLIED BY**
YRC FREIGHT
SEAL IS INTACT

DRIVER
INITALS

DEST SC   178

ETA   10/03/2019 09:00 EST

SPECIAL NO.

CONSIGNEE
INITIALS

| B/L NO. | SHIPPER | PRO NUMBER | P/U DATE | PURCHASE ORDER NUMBER | DEPT. NO. | CARTON COUNT | P C | PCS WT (LB) CHARGES | * HM | BILL NOT RETURNED | EXCEPTIONS | DELIVERY RECEIPT NOT RECEIVED (*X) |
|---------|---------|------------|----------|----------------------|-----------|--------------|-----|---------------------|------|-------------------|-----------|---------------------------------|

|          | PCS | WGT   |        | CRTN | CHARGES |
|----------|-----|-------|--------|------|---------|
| SHPMNT   | 54  | 14922 |        | 0    | 0.00    |
| TOTALS   | 4   |       |        |      |         |
| PPD TOTALS: | 4 | 14922 |        | 0    | 0.00    |
| COL TOTALS: | 0 | 0     |        | 0    | 0.00    |
| FINAL TOTALS: | 4 | 54 | 14922 |   | 0    | 0.00    |

THIS IS NOT AN INVOICE AND THEREFORE MAY NOT REFLECT ANY
DISCOUNT, ALLOWANCES OR OTHER ADJUSTMENTS THAT MAY APPLY

B I L L   O T   N O T   R E T U R N E D

PICKED UP

SPOTTED

DRIVER

DRIVER

CONSIGNEE-PER

CONSIGNEE-PER

RECEIVED BY

DATE

DATE

TIME

DATE

TIME

* IF TRAILER CONTAINS HAZARDOUS MATERIALS, THE LOADING MANIFEST AND ALL
DELIVERY RECEIPTS DESCRIBING THE HAZARDOUS MATERIALS MUST BE ATTACHED
TO THIS FORM AND MUST TRAVEL WITH THE TRAILER.

**DELIVERY MANIFEST**

PRINTED IN THE U.S.A. OP-101 08/14

# Agri-Fab

**SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES**
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

# INVOICE

| | PLEASE REMIT TO |
|---|---|
| | PO BOX 6718 |
| | Carol Stream, IL |
| | 60197-6718 |

| SHIP TO | SEARS # 8873 D/71 |
|---|---|
| | 151 FIRST AVE |
| | COVINGTON TWP, PA |
| | 18424 |

PAGE : 1

INVOICE# IN1573308

order replacement parts online at
**www.SpeedEPart.com**

| SOLD TO | SEARS RDC DIV/71 RETAIL |
|---|---|
| | NAT ACCT PAY CTR 9767 |
| | DUNS 079143426 |
| | DALLAS, TX |

B/L    # CN0169226
ORDER   # SO775673

**SHIPPING REF #    7383703893**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 12/04/18 | 050066 | S0300 | HOUSE | SEE RTE GDE | 10/05/18 | 10/05/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-248374 | 9 | 42" SEARS SNOW THROWER | 715.40 | EA | | 6438.60 |
| | | CUST PART : 24837 | | | | |
| | | REVISION NUMBER : 41966 | | | | |
| | | FOR SEARS #8873 | | | | |

| | | |
|---|---|---|
| TOTAL VALUE - US DOLLARS | | 6438.60 |
| SETTLEMENT DISCOUNT AVAILABLE AT  1.50 % | | 96.58 |

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# BILL OF LADING

**Agri-Fab**

*Lawn Care Made Easy*

3490 L & A Industrial Dr
Decatur, IL  62521

YRC FREIGHT SHIPMENT STATUS. CALL 1-800-610-6500

10/14/17   **738-370389-3**   YRC

SHIPPER BOL   355

BOOKING # 18100300403

SOURCE 486

**SHIP TO**

SEARS # 8873 D/71
151 FIRST AVE

COVINGTON TWP, PA    18424

**THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS**

| Customer PO # | B/L NUMBER |
|---|---|
| 050066 | CN0169226 |

| TRAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|---|
|  |  | YRC |  | S0300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 9 |  | SNOW THROWERS 130200 SUB 3 | 2025.00 |

| TOTAL PACKS | TOTAL SKIDS | COLLECT ON DELIVERY | | WEIGHT SHIPPED |
|---|---|---|---|---|
| 9 | 3 | $ | and remit to: | 2025.00 |

050066

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

DATE  10-15-17

CARRIER  YRC

AGENT  D. Winkler

PER - SHIPPER

SHIPPER

FREIGHT CHARGES

[ ] PREPAID

[ ] COLLECT

[X] THIRD PARTY

## BILL OF LADING

**BOL Number:** 33455867

### SHIP FROM

Name: AGRI-FAB INC
Address 1: 3490 INDUSTRIAL DR
Address 2:
Address 3.
City/State/Zip: DECATUR, IL, 62521
ILDEAG   P: 217-728-3308 Ext     F:
Stop Notes:

Carrier: YRC Freight
Pro #: **738-370389-3**
YRC  355

Pick up date: 10/5/2018
Trailer #:                    Seal #

### SHIP TO

Name: GOULDSBORO DDC
Address 1: 151 FIRST AVENUE
Address 2:
Address 3:
City/State/Zip: GOULDSBORO, PA, 18424
FSLIMM   P: 570-330-8200 Ext.     F:
Stop Notes:

### REFERENCE INFORMATION

| Reference Name | Value |
|---|---|
| Destination Location Code | 8873 |
| Load BOL # | 18100300403 |
| Load PO# | 050066 |
| Origin Location Code | ILDEAGRIFA01 |
| OTM Booking # | 18100300403 |
| Sears Load BOL # | SO775673 |

### THIRD PARTY FREIGHT CHARGES BILL TO

Innovel Solutions % Echo Global Logistics
600 West Chicago Ave, Suite 725
Chicago, IL 60654

Freight Charge Terms:                Carrier Acct #:

Prepaid [x] Collect [ ] 3rd Party [x]  Quote ID:

**Special Instructions:**
Appointment required for pick SEARS PRODUCT
See Shipper and Consignee Instructions

ECHO is not liable for any accessorial charges unless pre-approved by Echo or noted on this bill of lading.

LTL or Partial Only:
# of Pallets: 3   Pallet Type:   Skid Spots   Stackable:  No
Pallet Dimensions:              L:       W:       H:

**Shipper Instructions**
Pickup #: 18100300403
Loc Type:  Business
Special Services:

**Consignee Instructions**
Delivery #:
Loc Type:  Business
Special Services:
Processing Fee

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | HM (X) | OD (X) | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | | NMFC# | CLASS |
| 0 | | 9 | Pieces | 2025 | | | General Merchandise | | 110 |
| 0 | | 9 | | 2025 | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

COD Amount: $ _____
Fee Terms:  Collect: [ ]   Prepaid: [ ]
Customer check acceptable: [ ]

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ☒ 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper on request and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. (Section 7)

_____ Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

Shipper   Agri-Fab, Inc  Date
Cory White   OCT 05 2018

Trailer Loaded:
[x] By Shipper
[ ] By Driver

Freight Counted:
[x] By Shipper
[ ] By Driver/pallets said to contain
[ ] By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.

Carrier  YRC   Date  10-5-18
D Wheeler



# CLOSED TRAILER DELIVERY MANIFEST

10/09/2018

CREATE DATE 10/09/2018 08:16 EST

TRAILER NO.  RDWY 310831

SEAL NO. 0084480

APPLIED BY YRC FREIGHT

SEAL IS INTACT -

PAGE 1

ETA 10/09/2018 09:00 EST

DEST SC 178

**CONSIGNEE**
GOULDSBORO    PA
FOR: SEARS #8873
18282369208160B

**BILL NO.**
1810050048
30775673
33439663
80861103
33377905
180926009
24087779
2412882
210533750

**SHIPPER**
AGRI-FAB
DECATUR, IL
62521
EZ FLD.
KINSTON, NC
28504
MTD PRODUCTS
SHELBY, OH
44875

**PRO NUMBER**
363703893
T366332471
T236689405

**P/U**
1005
1004
1003

**PURCHASE ORDER NUMBER**
P0050008
P0183303
L033437663
R0049804
P0050100
L033377905
L03345S867

**PCS WT(LB) CHARGES**
2025 0.00
6 0.00
4114 0.00
14 7420 0.00
0.00

SPECIAL NO.

**BILL NOT RETURNED**
B I L L   N O T   R E T U R N E D

SPOTTED   DRIVER   CONSIGNEE-PER   DATE   TIME

PICKED UP   DRIVER   CONSIGNEE-PER   DATE   TIME

RECEIVED BY   DATE   TIME   DATE

* IF TRAILER CONTAINS HAZARDOUS MATERIALS, THE LOADING MANIFEST AND ALL DELIVERY RECEIPTS DESCRIBING THE HAZARDOUS MATERIALS MUST BE ATTACHED TO THIS FORM AND MUST TRAVEL WITH THE TRAILER.

**DELIVERY MANIFEST**

YRC
PRINTED IN THE U.S.A. OP-103 08/14



# CLOSED TRAILER DELIVERY MANIFEST

**CREATE DATE** 10/09/2018 08:16 EST

**PAGE** 2

**TRAILER NO.** RDNV 310831

**ETA** 10/09/2018 09:00 EST

**DEST SC** 178

CONSIGNEE
GOULDSBORO    PA
FOR: SEARS #8873
1828236920081608

TOTALS    SHPMNT    PCS    WGT
PPD TOTALS:    3    23    13559
COL TOTALS:    0    0    0

FINAL TOTALS:    3    23    13559

SEAL NO. APPLIED BY
YRC FREIGHT -
SEAL IS INTACT -

THIS IS NOT AN INVOICE AND THEREFORE MAY NOT REFLECT ANY
DISCOUNT, ALLOWANCES OR OTHER ADJUSTMENTS THAT MAY APPLY

| B/L NO. | SHIPPER | PRO NUMBER | P/U DATE | PURCHASE ORDER NUMBER | DEPT. NO. | CARTON COUNT | P C | PCS WT(LB) CHARGES | BILL NOT RETURNED |
|---------|---------|------------|----------|----------------------|-----------|--------------|-----|--------------------|---------------------|
| | | | | | CRTN | 0 | 0 | 0.00 | |
| | | | | | | 0 | 0 | 0.00 | |
| | | | | | | 0 | | 0.00 | |

**SPECIAL NO.**

SPOTTED

DRIVER _____

PICKED UP

DRIVER _____    CONSIGNEE-PER _____

RECEIVED BY _____

* IF TRAILER CONTAINS HAZARDOUS MATERIALS, THE LOADING MANIFEST AND ALL
DELIVERY RECEIPTS DESCRIBING THE HAZARDOUS MATERIALS MUST BE ATTACHED
TO THIS FORM AND MUST TRAVEL WITH THE TRAILER.

# DELIVERY MANIFEST

DATE 10/09/18    DATE _____

TIME 1310    TIME _____

DELIVERY
RECEIPT/NOT
RECEIVED (X)

PRINTED IN THE U.S.A. OP-100 08/14

# Agri-Fab.

SPECIALIST IN MACHINING, FABRICATION, ASSEMBLY AND ENGINEERING SERVICES
CORPORATE OFFICES: 809 S HAMILTON ST SULLIVAN, ILLINOIS 61951 TELEPHONE (217) 728-8388 FAX (217) 728-4053

## INVOICE

**PLEASE REMIT TO**
PO BOX 6718
Carol Stream, IL
60197-6718

| | |
|---|---|
| **SHIP TO** | SEARS LOGISTICS SERVICES #8871 D<br>1701 WEST NORMANTOWN ROAD<br><br>ROMEOVILLE,    IL<br><br>60446 |
| **SOLD TO** | SEARS RDC DIV/71 RETAIL<br>NAT ACCT PAY CTR 9767<br>DUNS 079143426<br>DALLAS, TX |

PAGE :  1

INVOICE# IN1573652

order replacement parts online at
**www.SpeedEPart.com**

B/L    # CN0169227
ORDER    # SO775654

**SHIPPING REF #    130468**

FILE COPY

| TERMS | DUE DATE | PO NUMBER | CUST # | SOLD BY | SHIP VIA | SHIP DATE | INV. DATE |
|---|---|---|---|---|---|---|---|
| NET 60 DAYS | 12/07/18 | 050047 | S0300 | HOUSE | SEE RTE GDE | 10/08/18 | 10/08/18 |

| PART. NO | SHIP QTY | DESCRIPTION | PRICE | UOM | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 71-248374 | 6 | 42" SEARS SNOW THROWER<br>CUST PART : 24837<br>REVISION NUMBER : 41966<br>FOR SEARS #8871 | 715.40 | EA | | 4292.40 |

TOTAL VALUE - US DOLLARS    4292.40

SETTLEMENT DISCOUNT AVAILABLE AT  1.50 %    64.39

For questions about this invoice, please email AccountsReceivable@agri-fab.com

# BILL OF LADING



**Agri-Fab**
*Lawn Care Made Easy*

3490 L & A Industrial Dr
Decatur, IL 62521

**SHIP TO**

SEARS LOGISTICS SERVICES #8871 D/671
1701 WEST NORMANTOWN ROAD
ROMEOVILLE,    IL    60446

BOOKING #: 18100300404

SOURCE 486

| THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS | |
|---|---|
| Customer PO # | B/L NUMBER |
| 050047 | CN0169227 |

| TRAILER # | SEAL # | SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|---|---|
| 130465 | 7533459 | SWIFT | | S0300 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 6 | | SNOW THROWERS 130200 SUB 3 | 1350.00 |

| TOTAL PACKS | TOTAL SKIDS | COLLECT ON DELIVERY | | WEIGHT SHIPPED |
|---|---|---|---|---|
| 6 | 2 | $ | and remit to: | 1350.00 |

050047

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL NOT NEGOTIABLE
RECEIVED, SUBJECT TO THE CLASSIFICATIONS AND LAWFULLY FILED TARIFFS IN EFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING,
THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES
UNKNOWN) MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD
THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT)
AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER
CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL
OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY,
THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC
STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATION IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR A
RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the
transportation of this shipment, and it is agreed that all said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.
(Mail or street address of consignee.- For purposes of notification only.)
The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Consolidated Freight Classification.

DATE ___ 10-18-15

CARRIER ___ Swift

AGENT ___ Philip A. Shirk Jr.

THIS SHIPPING ORDER must be legibly filled in, in ink, in Indelible Pencil, or in Carbon and retained by the Agent.

* If shipment moves between two points by a carrier by
water, the law requires that this bill of lading shall state
whether it is "Carrier's or shipper's weight."

NOTE: Where the rate is dependent on value, shippers are
required to specifically in writing the agreed or declared
value of the property.
The agreed or declared value of the property is hereby
specifically stated by the shipper to be not exceeding

Subject to Section 7 of conditions. If this shipment is to be
delivered to the consignee without recourse on the consignor,
the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without
payment of freight and all other lawful charges.

_____
(Signature of consignor)

PER - SHIPPER                    SHIPPER

| FREIGHT CHARGES |
|---|
| ☐ PREPAID |
| ☒ COLLECT |
| ☐ THIRD PARTY |

BILL OF LADING

**AgriFab**
*Lawn Care Made Easy.*
3490 L & A Industrial Dr.
Decatur, IL 62521

BOOKING #: 1810030404

SOURCE 486

**SHIP TO**
SEARS LOGISTICS SERVICES #8871 D/671
1701 WEST NORMANTOWN ROAD
ROMEOVILLE,        IL    60446

050047

**THESE NUMBERS MUST APPEAR ON ALL FREIGHT BILLS**

| Customer PO # | B/L NUMBER |
|---|---|
| 050047 | CN0169227 |

| SHIP VIA | CARRIER # | CUSTOMER # |
|---|---|---|
| SWIFT | | S0300 |

| TRAILER # | SEAL # |
|---|---|
| 130465 | 7533459 |

| PACKS SHIPPED | SKIDS SHIPPED | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | SHIPPED WEIGHT |
|---|---|---|---|
| 6 | | SNOW THROWERS 130300 SUB 3 | 1350.00 |

| TOTAL PACKS | TOTAL SKIDS | | WEIGHT SHIPPED |
|---|---|---|---|
| 6 | | COLLECT ON DELIVERY | 1350.00 |
| | $ | and remit to | |

DATE  10-08-15
CARRIER  Swift
AGENT

FREIGHT CHARGES
☒ COLLECT   ☐ PREPAID

PER - SHIPPER

Order # TC19495



## Shipment Information

**Status**
DELIVERED

**BOL**
1810030040 4

**Origin**
Decatur,
IL

**PO**
050047

**Current Location**
Romeoville, IL

**Destination**
Romeoville,
IL

**Est Miles To Next Dest**
0

**Trailer**
130468

**Unit**
170148

**Weight**
1350

**Pieces**
6

**LOB**
OTR

http://www.swiftfreighttracker.com/#/all/detail/TC19495/false

10/18/2018, 10:58 AM

1 of 4

# Stop Report

## Shipper

**Customer Code**
838633

**Name**
SEARS DEDICATED MANTENO

**Address**
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179

## Bill To

**Customer Code**
838633

**Name**
SEARS DEDICATED MANTENO

**Address**
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179

## Load At / Pickup

**Customer Code**
185526

**Name**
AGRI FAB WAREHOUSE

**Address**
3490 ELA INDUSTRIAL DR
DECATUR, IL 62521

**Pickup Appointment**

http://www.swiftfreighttracker.com/#/all/detail/TC19495/false

**Date Of Arrival**
8:00 AM - 1:00 PM
10/8/2018 - 10/8/2018

**Date Of Arrival**
10/8/2018 12:42 PM

**Pickup Number**

**Date Of Departure**
10/8/2018 1:37 PM

**Shipment Weight**
1350

**Pieces**
6

**DROP**

**Customer Code**
536253

**Name**
SEARS DDC #8871

**Address**
1701 W NORMANTOWN RD
ROMEOVILLE, IL 60446

**Customer Signature**
X X

**Delivery Appointment**
10/8/2018 - 10/9/2018
8:01 AM - 11:59 PM

**Date Of Arrival**
10/8/2018 5:10 PM

S/B Delivery Number

Date Of Departure
10/8/2018 5:16 PM

Shipment Weight
2025

Pieces
21500