**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
In re:                                                    Case No.: 18-23538 (RDD)
                                                          (Jointly Administered)
SEARS HOLDINGS CORPORATION, *et al*.

                              Debtors.    Chapter 11
-----------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

     Upon the motion of Michael A. Shakouri to be admitted, ***pro hac vice***, to represent Niagara Realty LLC in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar of the State of California licensed to practice before all courts of the State of California and is also a member in good standing of the bars of the United States District Courts for the Central District of California and Southern District of California, it is hereby

     **ORDERED,** that Michael A. Shakouri, Esq., is admitted to practice, ***pro hac vice***, in the above referenced cases to represent Niagara Realty LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October H€, 2018                        /s/ Robert D. Drain
       White Plains, New York            UNITED STATES BANKRUPTCY JUDGE