**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>SEARS HOLDING CORPORATION, *et al*.,<br><br>Debtors. | CASE NO. 18-23538-RDD<br><br>CHAPTER 11<br><br>(Jointly Administered) |

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Beth E. Rogers to be admitted, *pro hac vice*, to represent Serta Simmons Bedding, LLC in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Georgia and the bar of the U.S. District Court for the Northern District of Georgia it is hereby

**ORDERED**, that Beth E. Rogers, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent Simmons Bedding, LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       November 1, 2018

/s/ Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE