**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
_____

In re: Sears, Roebuck and Co., et al.        Case No.: 18-23537 (RDD)
                                             Chapter 11
            Debtors                          (Jointly Administered)

_____


### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon motion of Cynthia L. Pollick to be admitted, ***pro hac vice,*** to represent, Karen Smith (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Pennsylvania and the bar of the U.S. District Court for the Middle District of Pennsylvania, it is hereby

**ORDERED**, that Cynthia L. Pollick, Esq. is admitted to practice, ***pro hac vice***, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.

Dated: White Plains, New York
       November 1, 2018

                                    /s/ Robert D. Drain_____
                                    UNITED STATES BANKRUPTCY JUDGE