**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**SEARS HOLDINGS CORPORATION,** *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 18-23538 (RDD)**<br><br>(**Jointly Administered**) |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Erika R. Barnes to be admitted, *pro hac vice*, to represent Whitmor, Inc., in the above-captioned bankruptcy cases, and upon the movant's certification that she is a member in good standing of the bar in the State of Tennessee and the bar of the U.S. District Court for the Middle District of Tennessee, it is hereby

ORDERED that Erika R. Barnes, Esq. is admitted to practice, *pro hac vice*, in the above-captioned bankruptcy case to represent Whitmor, Inc., in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       October 31, 2018

                                  /s/ Robert D. Drain
                                  United States Bankruptcy Judge