**LAW OFFICES OF MITCHELL J. DEVACK**, PLLC
90 Merrick Avenue, Suite 500
East Meadow, NY 11554
Telephone: (516) 794-2800
Facsimile: (516) 794-2900
Thomas Yanega, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538-rdd |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

**NOTICE OF RECLAMATION DEMAND OF BEAUTY GEM, INC.**

**TO THE DEBTORS AND ALL INTERESTED PARTIES:**

Beauty Gem, Inc. ("Beauty Gem"), by and through its undersigned counsel, hereby gives notice that it served a demand for reclamation of goods (the "Reclamation Demand") pursuant to Section 546(c) of the United States Bankruptcy Code, 11 U.S.C. §101, *et seq.* on October 31, 2018. A copy of the Reclamation Demand (without enclosures or exhibits) is attached as Exhibit A.

Dated: November 1, 2018

**LAW OFFICES OF MITCHELL J. DEVACK, PLLC**

By: /s/ Thomas Yanega
   Thomas Yanega

90 Merrick Avenue, Suite 500
East Meadow, NY 11554
Telephone: (516) 794-2800
Facsimile: (516) 794-2900
Email: ty@devacklaw.com

*Attorneys for Beauty Gem, Inc.*