COHNE KINGHORN, P.C.
George Hofmann
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378

*Attorneys for Propel Trampolines LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SEARS HOLDING CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD) |

**NOTICE OF RECLAMATION CLAIM**

**PLEASE TAKE NOTICE** that Propel Trampolines LLC ("Propel"), by and through its undersigned counsel, files this Notice of Reclamation Claim pursuant to 11 U.S.C. § 546(c), section 2-702 of the Uniform Commercial Code, and other applicable non-bankruptcy law,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

{00410144.DOCX /}

on the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") to reclaim certain goods (the "Goods").

The Goods were sold by Propel in the ordinary course of business and delivered to the Debtors in the forty-five (45) days prior to the commencement of the Debtors' bankruptcy proceedings on October 15, 2018 (the "Petition Date"). Propel is informed and believes the Debtors were insolvent at the time they received delivery of the Goods. Propel incorporates by reference, and attaches as Exhibit A, a copy of the written demand for reclamation and list of invoices and related information for the Goods (the "Reclamation Demand"). Pursuant to 11 U.S.C. § 546(c), Propel served the Reclamation Demand on the Debtors and the Debtors' attorney of record on November 1, 2018.

**PLEASE TAKE FURTHER NOTICE** that Propel reserves all of its rights with respect to the Goods, including, without limitation, (i) its right to be paid in the ordinary course of business as a post-petition creditor of the Debtors to the extent the Goods were delivered to the Debtors on or after October 15, 2018; (ii) its right to assert a 20-day administrative priority claim pursuant to 11 U.S.C. § 503(b)(9); (iii) its right to assert a "new value" defense to any preference demand pursuant to 11 U.S.C. § 547(c)(4); (iv) its right to demand payment of any portion of this invoice as a "cure" payment in connection with the Debtors' assumption of any executory contract, if any, pursuant to 11 U.S.C. § 365; (v) its right to seek payment of its prepetition invoices from any non-debtor parties that are co-obligors; (vi) its right to file additional demands or claims, including without limitation, a proof of claim; and (vii) its right to assert any other rights under applicable law. By filing this Notice, Propel does not consent to entry of final orders of the bankruptcy court on non-core issue and claims, and does not waive any jurisdictional defenses and reserves its rights to amend this Notice.

Dated: November 1, 2018
       Salt Lake City, Utah

                                        Respectfully submitted,

                                        <u>/s/ George Hofmann</u>
                                        George Hofmann
                                        COHNE KINGHORN, P.C.
                                        111 East Broadway, 11th Floor
                                        Salt Lake City, Utah 84111
                                        Telephone: (801) 363-4300
                                        Facsimile: (801-363-4378

                                        *Attorneys for Propel Trampolines LLC*



November 1, 2018

**BY OVERNIGHT DELIVERY AND EMAIL**

Ray C. Schrock (ray.schrock@weil.com)
Jacqueline Marcus (jacqueline.marcus@weil.com)
Weil Gotshal & Manges LLP
767 5th Avenue
New York, New York 10153

**By OVERNIGHT DELIVERY**

Sears Holding Corporation
3333 Beverly Road
Hoffman Estates, Illinois 60179
Attn: General Counsel

    Re:   *In re Sears Holding Corporation, et al.,* 18-23538 (RDD) (Bankr. S.D.N.Y.)
           Demand for Reclamation Pursuant to 11 U.S.C. § 546

To Whom It May Concern:

    Propel Trampolines LLC ("Propel") has recently learned that Sears Holding Corporation and certain of its affiliates (the "Debtors") filed a voluntary petition for bankruptcy under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on October 15, 2018. As you probably know, Propel holds certain claims against the Debtors for failure to make payments for goods shipped.

    Section 546(c) of the Bankruptcy Code expressly preserves any statutory or common law right of a seller of goods to reclaim those goods that Propel sold to the Debtors and delivered within forty-five days of October 15, 2018 (the "Reclamation Period").

    Therefore, in accordance with the applicable state codification of U.C.C. § 2-702(2), a rendered applicable to the Debtors' bankruptcy proceedings by operation of

{00410145.DOC /}

**Cohne | Kinghorn**

Sears Holding Corporation
November 1, 2018
Page 2

11 U.S.C. § 546(c) Propel hereby makes written demand to reclaim all goods which have been sold by Propel in the ordinary course of business and received by the Debtors during the Reclamation Period (collectively the "Goods"). Attached hereto as Schedule A and made a part hereof is a list of invoices relating to the Goods which have been received by the Debtors during the applicable period, totaling $424,538.80.

Propel further requests that the Debtors immediately segregate all of the Goods that Propel has delivered to the Debtors or allow Propel to take an inventory of the merchandise Propel has delivered to the Debtors for purposes of determining the Goods subject to reclamation. Please take notice that these Goods are not to be sold, used or otherwise transferred except with our written consent or by order of the court of competent jurisdiction entered upon prior written notice to Propel.

Please be advised that this letter is not a demand for payment of the Debtors' pre-petition indebtedness to Propel, nor is it in any fashion a violation of the automatic stay provided for in 11 U.S.C. § 362. It is intended to be in the nature of the type of notice provided for in 11 U.S.C. § 546(c). This notice does not waive any rights that the Propel has under 11 U.S.C. § 503(b)(9). Propel reserves all other rights, claims, remedies, defenses, and offsets to the fullest extent.

Very truly yours,

COHNE KINGHORN, P.C.

GEORGE HOFMANN

GBH
Enclosure

**Cohne | Kinghorn**

{00410145.DOC /}

# PROPEL TRAMPOLINES LLC
## Open Invoices for Kmart, Sears, and Sears Online
### Through October 24, 2018

| | P. O. # | Invoice # or ID # | Due Date | Amount Due |
|---|---|---|---|---|
| **Kmart** | | | | |
| | 08287244443 | K-244443 | 11/1/2018 | 4,512.00 |
| | 08275302693 | K-302693 | 11/1/2018 | 5,376.00 |
| | 08289238366 | K-238366 | 11/1/2018 | 4,800.00 |
| | 08305223639 | K-223639 | 11/1/2018 | 4,032.00 |
| | 08273672030 | K-672030 | 11/1/2018 | 3,648.00 |
| | 08292259742 | K-259742 | 11/1/2018 | 9,600.00 |
| | 08292259436 | K-259436 | 11/1/2018 | 31,590.00 |
| | 08275302368 | K-302368 | 11/1/2018 | 31,590.00 |
| | 08289238069 | K-238069 | 11/1/2018 | 31,590.00 |
| | 08287244122 | K-244122 | 11/4/2018 | 31,590.00 |
| | 08292264077 | K-264077 | 11/23/2018 | 182.40 |
| | 08275307265 | K-307265 | 11/23/2018 | 8,572.80 |
| | 08305227914 | K-227914 | 11/23/2018 | 592.80 |
| | 08289242606 | K-242606 | 11/26/2018 | 2,599.20 |
| | 08292264078 | K-264078 | 12/1/2018 | 31,590.00 |
| | 08292264079 | K-264079 | 12/1/2018 | 31,590.00 |
| | 08292264080 | K-264080 | 12/1/2018 | 20,169.00 |
| | 08292264079 | K-264079B | 12/1/2018 | 5,710.50 |
| | 08292264078 | K-264078B | 12/1/2018 | 5,710.50 |
| | 08275307266 | K-307266A | 12/3/2018 | 3,182.40 |
| | 08275307266 | K-307266 | 12/4/2018 | 41,371.20 |
| | 08287248840 | K-248840 | 12/4/2018 | 8,572.80 |
| | **Kmart Total Amount Outstanding** | | | **318,171.60** |
| | | | | |
| **Sears** | | | | |
| | 547766 | S-547766 | 11/1/2018 | 41,371.20 |
| | 557779 | S-557779 | 12/1/2018 | 31,590.00 |
| | 557778 | S-557778 | 12/2/2018 | 29,889.00 |
| | **Sears Total Amount Outstanding** | | | **102,850.20** |
| | | | | |
| **Sears Online** | | | | |
| | 275983122 | 11408442 | 10/30/2018 | 47.00 |
| | 276005439 | 11416480 | 10/30/2018 | 47.00 |
| | 276044910 | 11429299 | 10/31/2018 | 47.00 |
| | 276050493 | 11431462 | 10/31/2018 | 47.00 |
| | 276050493 | 11431462 | 10/31/2018 | 47.00 |
| | 276165117 | 11455795 | 11/1/2018 | 20.00 |
| | 276173253 | 11457070 | 11/1/2018 | 47.00 |
| | 276341523 | 11490095 | 11/2/2018 | 47.00 |
| | 276379740 | 11495600 | 11/2/2018 | 14.00 |
| | 276397146 | 11498865 | 11/2/2018 | 47.00 |
| | 276410745 | 11501606 | 11/2/2018 | 16.00 |
| | 276421845 | 11503247 | 11/3/2018 | 47.00 |
| | 276600144 | 11546669 | 11/3/2018 | 10.00 |
| | 276738567 | 11562462 | 11/4/2018 | 60.00 |

# PROPEL TRAMPOLINES LLC
## Open Invoices for Kmart, Sears, and Sears Online
**Through October 24, 2018**

| P. O. # | Invoice # or ID # | Due Date | Amount Due |
|---|---|---|---|
| 276820281 | 11600027 | 11/4/2018 | 10.00 |
| 276822561 | 11600135 | 11/4/2018 | 47.00 |
| 276818100 | 11600254 | 11/4/2018 | 47.00 |
| 276818100 | 11600254 | 11/4/2018 | 47.00 |
| 276902406 | 11633079 | 11/5/2018 | 10.00 |
| 276902406 | 11633079 | 11/5/2018 | 47.00 |
| 277052049 | 11693949 | 11/7/2018 | 30.00 |
| 277095309 | 11705901 | 11/7/2018 | 47.00 |
| 277125681 | 11713823 | 11/7/2018 | 14.00 |
| 277125681 | 11713823 | 11/7/2018 | 16.00 |
| 277125681 | 11713823 | 11/7/2018 | 47.00 |
| 277281087 | 11746987 | 11/9/2018 | 47.00 |
| 277292445 | 11748343 | 11/9/2018 | 10.00 |
| 277320633 | 11754244 | 11/9/2018 | 47.00 |
| 277507854 | 11855071 | 11/11/2018 | 47.00 |
| 277507857 | 11855162 | 11/11/2018 | 47.00 |
| 277626207 | 11912325 | 11/12/2018 | 47.00 |
| 277795734 | 11946768 | 11/12/2018 | 10.00 |
| 277795734 | 11946768 | 11/12/2018 | 47.00 |
| 278086419 | 12035488 | 11/15/2018 | 47.00 |
| 278121231 | 12047900 | 11/15/2018 | 47.00 |
| 278127750 | 12049589 | 11/15/2018 | 20.00 |
| 278127750 | 12049589 | 11/15/2018 | 28.00 |
| 278145741 | 12055021 | 11/15/2018 | 47.00 |
| 278170458 | 12064569 | 11/16/2018 | 47.00 |
| 278218043 | 12083526 | 11/16/2018 | 10.00 |
| 278218043 | 12083526 | 11/16/2018 | 47.00 |
| 278348057 | 12154117 | 11/17/2018 | 42.00 |
| 278612840 | 12341693 | 11/18/2018 | 16.00 |
| 278612840 | 12341693 | 11/18/2018 | 40.00 |
| 278688587 | 12402063 | 11/19/2018 | 47.00 |
| 278759267 | 12445020 | 11/20/2018 | 28.00 |
| 278939180 | 12524477 | 11/21/2018 | 10.00 |
| 278939180 | 12524477 | 11/21/2018 | 47.00 |
| 278939180 | 12524477 | 11/21/2018 | 47.00 |
| 278960318 | 12531703 | 11/22/2018 | 47.00 |
| 278967077 | 12532931 | 11/22/2018 | 47.00 |
| 278963813 | 12533026 | 11/22/2018 | 47.00 |
| 278974223 | 12535718 | 11/22/2018 | 32.00 |
| 278990963 | 12537251 | 11/22/2018 | 47.00 |
| 279148328 | 12590175 | 11/23/2018 | 47.00 |
| 279253040 | 12645233 | 11/24/2018 | 10.00 |

**PROPEL TRAMPOLINES LLC**
**Open Invoices for Kmart, Sears, and Sears Online**
**Through October 24, 2018**

| P. O. # | Invoice # or ID # | Due Date | Amount Due |
|---|---|---|---|
| 279253040 | 12645233 | 11/24/2018 | 47.00 |
| 279255179 | 12645373 | 11/24/2018 | 14.00 |
| 279281402 | 12652505 | 11/24/2018 | 47.00 |
| 279379691 | 12706065 | 11/25/2018 | 47.00 |
| 279379691 | 12706065 | 11/25/2018 | 47.00 |
| 279394088 | 12711024 | 11/25/2018 | 47.00 |
| 279993575 | 12881468 | 11/28/2018 | 47.00 |
| 279993575 | 12881468 | 11/28/2018 | 47.00 |
| 280134419 | 12938914 | 11/29/2018 | 47.00 |
| 280170335 | 12953541 | 11/30/2018 | 28.00 |
| 280222250 | 12972582 | 11/30/2018 | 10.00 |
| 280222250 | 12972582 | 11/30/2018 | 47.00 |
| 280261106 | 13011090 | 11/30/2018 | 10.00 |
| 280450577 | 13137357 | 12/2/2018 | 47.00 |
| 280575938 | 13224057 | 12/3/2018 | 10.00 |
| 280575938 | 13224057 | 12/3/2018 | 47.00 |
| 280675601 | 13293765 | 12/4/2018 | 47.00 |
| 280852523 | 13391400 | 12/6/2018 | 38.00 |
| 280852523 | 13391400 | 12/6/2018 | 28.00 |
| 280917680 | 13421299 | 12/7/2018 | 47.00 |
| 280995990 | 13480385 | 12/7/2018 | 47.00 |
| 280995990 | 13480385 | 12/7/2018 | 47.00 |
| 281079438 | 13541752 | 12/8/2018 | 15.00 |
| 281687673 | 13807490 | 12/12/2018 | 47.00 |
| 281761974 | 13844000 | 12/13/2018 | 47.00 |
| 281808399 | 13877282 | 12/13/2018 | 47.00 |
| 281977494 | 13999985 | 12/15/2018 | 28.00 |
| 282272817 | 14139902 | 12/16/2018 | 47.00 |
| 282353061 | 14198825 | 12/17/2018 | 47.00 |
| 282669954 | 14304070 | 12/18/2018 | 47.00 |
| 282766866 | 14370877 | 12/19/2018 | 47.00 |
| 282867396 | 14432038 | 12/20/2018 | 47.00 |
| 282867396 | 14432038 | 12/20/2018 | 47.00 |
| 283073187 | 14501434 | 12/21/2018 | 47.00 |
| 283187445 | 14568218 | 12/22/2018 | 60.00 |
| 283234110 | 14604714 | 12/23/2018 | 47.00 |
| **Sears Online Total Amount Outstanding** | | | **3,517.00** |
| | | | |
| **Kmart, Sears, and Sears Online Grand Total Amount Outstanding** | | | **424,538.80** |