Alan M. Feld, Esq.
Ted Cohen, Esq. *Pro Hac Vice Motion to be Filed*
**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 653-8700
Fax: (212) 653-8701

*Counsel for Everlast World's Boxing Headquarters Corp.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS, *et. al.*,<br><br>            Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>Jointly Administered |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to section 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules"), Sheppard, Mullin, Richter & Hampton LLP, counsel for creditor Everlast World's Boxing Headquarters Corp. ("Everlast"), hereby appears in the above-captioned cases on behalf of Everlast, and hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and sections 102(1) and 342 of the Bankruptcy Code, that it be placed on any and all mailing lists established in these cases, and that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned at the addresses set forth below:

>            Alan M. Feld
>            Ted Cohen
>            333 S. Hope Street, 43rd Floor
>            Los Angeles, CA 90071
>            E-mail:    afeld@sheppardmullin.com
>                       tcohen@sheppardmullin.com

SMRH:488123741.1                    - 2 -

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, plan and disclosure statement, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, courier service, hand-delivery, electronic mail, internet, or otherwise filed or made with regard to the referenced cases and proceedings therein.

Dated: November 1, 2018
New York, New York

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**

By: */s/ Alan M. Feld*
Alan M. Feld, Esq.
Ted Cohen, Esq.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 653-8700
Fax: (212) 653-8701
E-mail: afeld@sheppardmullin.com
tcohen@sheppardmullin.com

*Counsel for Everlast World's Boxing Headquarters Corp.*