

## GREAT LAKES TECHNOLOGIES, LLC.
2750 Alft Lane, Elgin IL, 60124
Phone: 847.429.9263     Fax: 847.429.9265

November 1, 2018

**Via Overnight Mail**

Sears Holdings Corporation
Attn: Stephen Sitley Esq., and Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, IL 60179

Re: In re Sears Holdings Corporation, et al., 18-3538 (RDD) (Bankr. S.D.N.Y)
Demand for Reclamation Pursuant to 11 U.S.C. 546(c)


We are Great Lakes Technologies LLC ("GLT"), a creditor in the above-captioned
bankruptcy cases of Sears Holdings Corporation and its affiliates (collectively, the
"Debtors").

Pursuant to Uniform Commercial Code § 2-702 and 11 U.S.C. § 546(c), GLT hereby
demands on the Debtors for the reclamation and return of all goods that were shipped
to the Debtors by us, where such goods were received by the Debtors within forty-five
(45) days preceding the commencement of the Debtors' bankruptcy cases filed on
October 15, 2018 (the "Reclamation Period"). During the Reclamation Period, GLT
delivered goods having an agreed price and reasonable value totaling at least
$236,102.81 as detailed on Appendix 1, enclosed herewith.

GLT hereby demands that all goods subject to our reclamation rights, including goods
received during the Reclamation Period but not referenced herein, be segregated and
protected by you from any other goods in your possession and that you provide an
immediate accounting of all such goods on-hand and their present location(s). Such
goods shall not be used for any purpose whatsoever except those specifically
authorized by the Bankruptcy Court following notice and a hearing there on.

GLT makes this demand for reclamation without prejudice to all other rights and remedies available to it, at law or in equity, including, but not limited to, our right to an allowed administrative expense claim under 11 U.S.C. § 503(b)(9) or any other provisions of the Bankruptcy Code and/or our right to amend and supplement this demand and to serve and file additional demands or claims.

Please contact the undersigned for instructions in connection with the return of the goods. In the event you are unable to segregate our shipments and provide a return, GLT hereby demands immediate payment for that product which has been consumed and is covered by our legal rights to reclaim such product, given your company's financial status.

Very truly yours,

Benjamin Wang
General Manager


Encl.

# Appendix 1

| Ship Date | PO | Amount |
|---|---|---|
| 8/31/2018 | 275883669 | $47.35 |
| 8/31/2018 | 275899332 | $24.00 |
| 8/31/2018 | 275952423 | $67.50 |
| 8/31/2018 | 275958393 | $47.35 |
| 8/31/2018 | 275914386 | $24.00 |
| 8/31/2018 | 275924529 | $65.35 |
| 8/31/2018 | 275935185 | $47.35 |
| 8/31/2018 | 275941416 | $16.50 |
| 8/31/2018 | 275878893 | $16.50 |
| 8/31/2018 | 275929512 | $39.77 |
| 8/31/2018 | 275876478 | $35.28 |
| 8/31/2018 | 275897343 | $4.75 |
| 8/31/2018 | 275901168 | $29.47 |
| 8/31/2018 | 275960250 | $127.00 |
| 8/31/2018 | 275906250 | $39.77 |
| 8/31/2018 | 275949981 | $14.50 |
| 8/31/2018 | 275926824 | $75.24 |
| 8/31/2018 | 275930202 | $4.75 |
| 8/31/2018 | 275963007 | $35.28 |
| 8/31/2018 | 275876427 | $16.00 |
| 8/31/2018 | 275901288 | $36.00 |
| 8/31/2018 | 275872476 | $54.88 |
| 8/31/2018 | 275872233 | $39.77 |
| 8/31/2018 | 275909910 | $75.05 |
| 8/31/2018 | 275943717 | $27.15 |
| 8/31/2018 | 275984430 | $37.22 |
| 8/31/2018 | 275977857 | $16.50 |
| 8/31/2018 | 275975229 | $47.35 |
| 8/31/2018 | 275976981 | $29.47 |
| 8/31/2018 | 275977377 | $27.15 |
| 8/31/2018 | 275970354 | $20.00 |
| 8/31/2018 | 275965686 | $16.50 |
| 8/31/2018 | 275982243 | $36.00 |
| 9/4/2018 | 276070104 | $29.47 |
| 9/4/2018 | 276429114 | $99.24 |
| 9/4/2018 | 276349578 | $47.35 |
| 9/4/2018 | 276064662 | $24.00 |
| 9/4/2018 | 276115044 | $4.75 |
| 9/4/2018 | 276194394 | $39.77 |
| 9/4/2018 | 276060507 | $220.00 |
| 9/4/2018 | 276114240 | $14.50 |
| 9/4/2018 | 276280299 | $29.47 |
| 9/4/2018 | 276082218 | $35.00 |
| 9/4/2018 | 276158169 | $45.77 |
| 9/4/2018 | 276246729 | $24.00 |
| 9/4/2018 | 276077037 | $35.28 |

| Ship Date | PO | Amount |
|---|---|---|
| 9/4/2018 | 276152967 | $58.88 |
| 9/4/2018 | 276159792 | $17.00 |
| 9/4/2018 | 276048474 | $40.00 |
| 9/4/2018 | 276491244 | $39.77 |
| 9/4/2018 | 276470016 | $47.35 |
| 9/4/2018 | 276196044 | $24.00 |
| 9/4/2018 | 276244986 | $24.00 |
| 9/4/2018 | 276471516 | $46.52 |
| 9/4/2018 | 276413370 | $29.47 |
| 9/4/2018 | 276171837 | $65.35 |
| 9/4/2018 | 276425361 | $196.05 |
| 9/4/2018 | 276254412 | $35.28 |
| 9/4/2018 | 276050688 | $58.00 |
| 9/4/2018 | 276145440 | $10.75 |
| 9/4/2018 | 276299577 | $80.00 |
| 9/4/2018 | 276477633 | $27.15 |
| 9/4/2018 | 276308775 | $39.77 |
| 9/4/2018 | 276191292 | $6.75 |
| 9/4/2018 | 276372840 | $36.00 |
| 9/4/2018 | 276361608 | $34.50 |
| 9/4/2018 | 276203418 | $220.00 |
| 9/4/2018 | 276284214 | $35.28 |
| 9/4/2018 | 276297324 | $39.77 |
| 9/4/2018 | 276105360 | $24.00 |
| 9/4/2018 | 276229677 | $5.28 |
| 9/4/2018 | 276414624 | $256.56 |
| 9/4/2018 | 276032526 | $47.35 |
| 9/4/2018 | 276351966 | $24.00 |
| 9/4/2018 | 276074532 | $38.50 |
| 9/4/2018 | 276151206 | $36.00 |
| 9/4/2018 | 276242250 | $39.77 |
| 9/4/2018 | 276311109 | $39.77 |
| 9/4/2018 | 276327372 | $35.28 |
| 9/4/2018 | 276398472 | $141.36 |
| 9/4/2018 | 275989074 | $16.50 |
| 9/4/2018 | 275997009 | $54.88 |
| 9/4/2018 | 276021969 | $86.48 |
| 9/4/2018 | 275995158 | $12.30 |
| 9/4/2018 | 276230823 | $48.00 |
| 9/4/2018 | 276284610 | $35.28 |
| 9/4/2018 | 276290976 | $16.50 |
| 9/4/2018 | 276007737 | $86.48 |
| 9/4/2018 | 276189798 | $47.35 |
| 9/4/2018 | 276403047 | $212.00 |
| 9/4/2018 | 276262512 | $47.35 |
| 9/4/2018 | 276159978 | $75.24 |

| Ship Date | PO | Amount |
|-----------|-----------|----------|
| 9/4/2018 | 276306858 | $86.48 |
| 9/4/2018 | 276235578 | $9.40 |
| 9/4/2018 | 276183960 | $47.35 |
| 9/4/2018 | 276315288 | $105.35 |
| 9/4/2018 | 276147741 | $86.48 |
| 9/4/2018 | 276209568 | $48.00 |
| 9/4/2018 | 276444900 | $99.27 |
| 9/4/2018 | 276134667 | $47.35 |
| 9/4/2018 | 276137859 | $20.00 |
| 9/4/2018 | 276184488 | $51.00 |
| 9/4/2018 | 276219879 | $170.00 |
| 9/4/2018 | 276472659 | $27.15 |
| 9/4/2018 | 276065925 | $7.75 |
| 9/4/2018 | 276095625 | $27.15 |
| 9/4/2018 | 276256656 | $48.00 |
| 9/4/2018 | 276316668 | $39.77 |
| 9/4/2018 | 276033345 | $39.77 |
| 9/4/2018 | 276237042 | $127.00 |
| 9/4/2018 | 276308679 | $16.50 |
| 9/4/2018 | 276434148 | $47.35 |
| 9/4/2018 | 276287472 | $35.00 |
| 9/4/2018 | 276124152 | $24.00 |
| 9/4/2018 | 276166251 | $47.35 |
| 9/4/2018 | 276209289 | $36.00 |
| 9/4/2018 | 276190734 | $48.00 |
| 9/4/2018 | 276348720 | $127.00 |
| 9/4/2018 | 276098559 | $48.00 |
| 9/4/2018 | 276283590 | $24.00 |
| 9/4/2018 | 276451263 | $16.50 |
| 9/4/2018 | 276363891 | $54.88 |
| 9/4/2018 | 276140631 | $47.35 |
| 9/4/2018 | 276227838 | $54.88 |
| 9/4/2018 | 276109755 | $24.00 |
| 9/4/2018 | 276200100 | $67.37 |
| 9/4/2018 | 276349212 | $29.47 |
| 9/4/2018 | 276179742 | $27.15 |
| 9/4/2018 | 276195105 | $16.50 |
| 9/4/2018 | 276211824 | $36.00 |
| 9/4/2018 | 276370854 | $16.50 |
| 9/4/2018 | 276107442 | $29.47 |
| 9/4/2018 | 276381861 | $24.00 |
| 9/4/2018 | 276330882 | $35.28 |
| 9/4/2018 | 275991264 | $65.35 |
| 9/4/2018 | 276266622 | $16.50 |
| 9/4/2018 | 276276459 | $67.37 |
| 9/4/2018 | 276261840 | $27.15 |

| Ship Date | PO | Amount |
|---|---|---|
| 9/4/2018 | 276295311 | $99.27 |
| 9/4/2018 | 275991174 | $47.35 |
| 9/4/2018 | 276388836 | $220.00 |
| 9/4/2018 | 276328929 | $47.35 |
| 9/4/2018 | 276081795 | $39.77 |
| 9/4/2018 | 276125199 | $4.75 |
| 9/4/2018 | 276350298 | $58.00 |
| 9/4/2018 | 276064059 | $24.00 |
| 9/4/2018 | 276045669 | $35.00 |
| 9/4/2018 | 276244770 | $24.00 |
| 9/4/2018 | 276493503 | $4.75 |
| 9/4/2018 | 276499989 | $29.47 |
| 9/4/2018 | 276504804 | $18.00 |
| 9/4/2018 | 276500748 | $14.50 |
| 9/4/2018 | 276503442 | $24.00 |
| 9/4/2018 | 276508413 | $54.50 |
| 9/4/2018 | 276499056 | $145.56 |
| 9/4/2018 | 555271 | $306.50 |
| 9/4/2018 | 555272 | $167.00 |
| 9/5/2018 | 276509832 | $40.00 |
| 9/5/2018 | 276745089 | $19.25 |
| 9/5/2018 | 276518433 | $86.48 |
| 9/5/2018 | 276599103 | $39.77 |
| 9/5/2018 | 276719775 | $16.50 |
| 9/5/2018 | 276737676 | $16.50 |
| 9/5/2018 | 276752736 | $75.24 |
| 9/5/2018 | 276580530 | $27.15 |
| 9/5/2018 | 276733116 | $39.77 |
| 9/5/2018 | 276511734 | $19.25 |
| 9/5/2018 | 276525489 | $36.00 |
| 9/5/2018 | 276521076 | $4.70 |
| 9/5/2018 | 276755721 | $36.00 |
| 9/5/2018 | 276755679 | $86.48 |
| 9/5/2018 | 276518100 | $39.77 |
| 9/5/2018 | 276514467 | $36.00 |
| 9/5/2018 | 276733401 | $65.35 |
| 9/5/2018 | 276753666 | $145.56 |
| 9/5/2018 | 276524274 | $7.16 |
| 9/5/2018 | 276527553 | $24.00 |
| 9/5/2018 | 276519465 | $9.50 |
| 9/5/2018 | 276747330 | $43.25 |
| 9/5/2018 | 276792414 | $9.40 |
| 9/5/2018 | 276783396 | $14.50 |
| 9/5/2018 | 276779805 | $4.70 |
| 9/5/2018 | 276769194 | $35.28 |
| 9/5/2018 | 276780636 | $16.50 |

| Ship Date | PO | Amount |
|---|---|---|
| 9/5/2018 | 276774813 | $39.77 |
| 9/5/2018 | 276793278 | $16.70 |
| 9/6/2018 | 276841356 | $28.50 |
| 9/6/2018 | 276799167 | $36.00 |
| 9/6/2018 | 276522390 | $16.50 |
| 9/6/2018 | 276836958 | $39.77 |
| 9/6/2018 | 276799590 | $58.00 |
| 9/6/2018 | 276869592 | $35.00 |
| 9/6/2018 | 276799533 | $531.00 |
| 9/6/2018 | 276842964 | $65.35 |
| 9/6/2018 | 276854454 | $16.50 |
| 9/6/2018 | 276864750 | $39.77 |
| 9/6/2018 | 276846639 | $47.35 |
| 9/6/2018 | 276853140 | $39.77 |
| 9/6/2018 | 276814305 | $47.35 |
| 9/6/2018 | 276851094 | $39.77 |
| 9/6/2018 | 276802197 | $47.35 |
| 9/6/2018 | 276797622 | $27.15 |
| 9/6/2018 | 276793320 | $36.00 |
| 9/6/2018 | 276822006 | $58.00 |
| 9/6/2018 | 276809565 | $47.35 |
| 9/6/2018 | 276889599 | $36.00 |
| 9/6/2018 | 276894045 | $24.00 |
| 9/6/2018 | 276898101 | $39.77 |
| 9/7/2018 | 276904812 | $16.00 |
| 9/7/2018 | 276943281 | $10.21 |
| 9/7/2018 | 276917994 | $145.56 |
| 9/7/2018 | 276916245 | $35.28 |
| 9/7/2018 | 276940890 | $19.25 |
| 9/7/2018 | 276920907 | $35.28 |
| 9/7/2018 | 276976248 | $36.00 |
| 9/7/2018 | 276975759 | $47.35 |
| 9/7/2018 | 276915081 | $36.00 |
| 9/7/2018 | 276912735 | $29.47 |
| 9/7/2018 | 276967551 | $27.15 |
| 9/7/2018 | 276972408 | $4.75 |
| 9/7/2018 | 276969291 | $35.28 |
| 9/7/2018 | 276944298 | $39.77 |
| 9/7/2018 | 276905544 | $39.77 |
| 9/7/2018 | 276936270 | $27.15 |
| 9/7/2018 | 276942690 | $27.15 |
| 9/7/2018 | 276962187 | $47.35 |
| 9/7/2018 | 276999981 | $39.77 |
| 9/7/2018 | 276997689 | $27.15 |
| 9/7/2018 | 277000680 | $36.00 |
| 9/10/2018 | 277274802 | $60.00 |

| Ship Date | PO | Amount |
|-----------|-----------|----------|
| 9/10/2018 | 277201980 | $67.50 |
| 9/10/2018 | 277293906 | $35.28 |
| 9/10/2018 | 277307952 | $16.50 |
| 9/10/2018 | 277107444 | $58.00 |
| 9/10/2018 | 277199142 | $29.47 |
| 9/10/2018 | 277091304 | $39.77 |
| 9/10/2018 | 277266909 | $36.00 |
| 9/10/2018 | 277287165 | $27.15 |
| 9/10/2018 | 277287234 | $39.77 |
| 9/10/2018 | 277141611 | $58.00 |
| 9/10/2018 | 277125099 | $156.56 |
| 9/10/2018 | 277292886 | $58.00 |
| 9/10/2018 | 277208706 | $36.00 |
| 9/10/2018 | 277164981 | $120.00 |
| 9/10/2018 | 277148121 | $220.00 |
| 9/10/2018 | 277262586 | $39.77 |
| 9/10/2018 | 277251540 | $29.47 |
| 9/10/2018 | 277167180 | $36.00 |
| 9/10/2018 | 277186251 | $67.37 |
| 9/10/2018 | 277151163 | $24.00 |
| 9/10/2018 | 277241634 | $36.00 |
| 9/10/2018 | 277314765 | $14.35 |
| 9/10/2018 | 277186533 | $167.56 |
| 9/10/2018 | 277047726 | $60.00 |
| 9/10/2018 | 277184082 | $17.00 |
| 9/10/2018 | 277313676 | $67.37 |
| 9/10/2018 | 277046412 | $36.00 |
| 9/10/2018 | 277095516 | $65.35 |
| 9/10/2018 | 277007262 | $24.00 |
| 9/10/2018 | 277091592 | $36.00 |
| 9/10/2018 | 277160805 | $39.77 |
| 9/10/2018 | 277267446 | $58.00 |
| 9/10/2018 | 277313508 | $24.00 |
| 9/10/2018 | 277053249 | $27.15 |
| 9/10/2018 | 277078449 | $36.00 |
| 9/10/2018 | 277183473 | $145.56 |
| 9/10/2018 | 277082580 | $36.00 |
| 9/10/2018 | 277286034 | $19.25 |
| 9/10/2018 | 277313025 | $21.20 |
| 9/10/2018 | 277308375 | $4.75 |
| 9/10/2018 | 277161225 | $27.15 |
| 9/10/2018 | 277302255 | $93.00 |
| 9/10/2018 | 277196415 | $35.28 |
| 9/10/2018 | 277035339 | $127.00 |
| 9/10/2018 | 277024674 | $24.00 |
| 9/10/2018 | 277061412 | $4.75 |

| Ship Date | PO | Amount |
|---|---|---|
| 9/10/2018 | 277202724 | $20.00 |
| 9/10/2018 | 277168017 | $47.35 |
| 9/10/2018 | 277209459 | $29.47 |
| 9/10/2018 | 277311672 | $24.00 |
| 9/10/2018 | 277247739 | $24.00 |
| 9/10/2018 | 277035375 | $127.00 |
| 9/10/2018 | 277091196 | $14.50 |
| 9/10/2018 | 277266474 | $27.15 |
| 9/10/2018 | 277198518 | $16.50 |
| 9/10/2018 | 277140378 | $35.28 |
| 9/10/2018 | 277211949 | $27.15 |
| 9/10/2018 | 277312494 | $86.48 |
| 9/10/2018 | 277061889 | $58.00 |
| 9/10/2018 | 277093266 | $24.00 |
| 9/10/2018 | 277136940 | $29.47 |
| 9/10/2018 | 277332210 | $18.00 |
| 9/10/2018 | 277339332 | $36.00 |
| 9/10/2018 | 277336470 | $16.50 |
| 9/10/2018 | 277336719 | $67.50 |
| 9/11/2018 | 277393920 | $16.50 |
| 9/11/2018 | 277352178 | $35.28 |
| 9/11/2018 | 277368687 | $14.10 |
| 9/11/2018 | 277370070 | $29.47 |
| 9/11/2018 | 277358226 | $27.15 |
| 9/11/2018 | 277368705 | $39.77 |
| 9/11/2018 | 277418505 | $75.24 |
| 9/11/2018 | 277353258 | $145.56 |
| 9/11/2018 | 277358649 | $75.24 |
| 9/11/2018 | 277351686 | $27.15 |
| 9/11/2018 | 277394742 | $48.00 |
| 9/11/2018 | 277379922 | $29.47 |
| 9/11/2018 | 277375878 | $7.16 |
| 9/11/2018 | 277422069 | $58.00 |
| 9/11/2018 | 277345632 | $86.48 |
| 9/11/2018 | 277385748 | $16.50 |
| 9/11/2018 | 277424367 | $39.77 |
| 9/11/2018 | 277395492 | $16.50 |
| 9/11/2018 | 277422378 | $24.00 |
| 9/11/2018 | 277415232 | $58.00 |
| 9/11/2018 | 277348701 | $104.00 |
| 9/11/2018 | 277412226 | $47.35 |
| 9/11/2018 | 277441122 | $29.00 |
| 9/11/2018 | 277454793 | $24.00 |
| 9/11/2018 | 277453944 | $47.35 |
| 9/11/2018 | 277448160 | $6.00 |
| 9/11/2018 | 277455975 | $24.00 |

| Ship Date | PO | Amount |
|---|---|---|
| 9/11/2018 | 277444047 | $39.77 |
| 9/11/2018 | 277463136 | $47.35 |
| 9/11/2018 | 277468830 | $24.00 |
| 9/11/2018 | 277469484 | $36.00 |
| 9/11/2018 | 277466673 | $58.00 |
| 9/12/2018 | 277556748 | $16.50 |
| 9/12/2018 | 277531566 | $29.47 |
| 9/12/2018 | 277491417 | $86.48 |
| 9/12/2018 | 277533747 | $127.00 |
| 9/12/2018 | 277505139 | $400.00 |
| 9/12/2018 | 277554516 | $16.00 |
| 9/12/2018 | 277512414 | $54.88 |
| 9/12/2018 | 277510716 | $24.00 |
| 9/12/2018 | 277517751 | $47.35 |
| 9/12/2018 | 277523958 | $7.16 |
| 9/12/2018 | 277566216 | $47.35 |
| 9/12/2018 | 277512621 | $36.00 |
| 9/12/2018 | 277551975 | $39.77 |
| 9/12/2018 | 277493985 | $20.00 |
| 9/12/2018 | 277526865 | $29.47 |
| 9/12/2018 | 277488036 | $86.48 |
| 9/12/2018 | 277494108 | $75.24 |
| 9/12/2018 | 277492164 | $19.25 |
| 9/12/2018 | 277492737 | $16.50 |
| 9/12/2018 | 277548558 | $16.50 |
| 9/12/2018 | 277493283 | $47.35 |
| 9/12/2018 | 277560126 | $16.50 |
| 9/12/2018 | 277522752 | $35.28 |
| 9/12/2018 | 277530114 | $35.28 |
| 9/12/2018 | 277542726 | $86.48 |
| 9/12/2018 | 277531125 | $16.50 |
| 9/12/2018 | 277508550 | $27.15 |
| 9/12/2018 | 277537713 | $6.00 |
| 9/12/2018 | 556301 | $496.50 |
| 9/12/2018 | 556302 | $221.00 |
| 9/12/2018 | TJ7352 | $5,136.00 |
| 9/12/2018 | TJ7356 | $14,256.00 |
| 9/13/2018 | 277637187 | $4.75 |
| 9/13/2018 | 277636005 | $16.50 |
| 9/13/2018 | 277631106 | $34.50 |
| 9/13/2018 | 277646439 | $16.50 |
| 9/13/2018 | 277580763 | $14.50 |
| 9/13/2018 | 277604232 | $4.70 |
| 9/13/2018 | 277626243 | $24.00 |
| 9/13/2018 | 277643637 | $16.50 |
| 9/13/2018 | 277612788 | $12.30 |

| Ship Date | PO | Amount |
|-----------|-----------|----------|
| 9/13/2018 | 277615326 | $29.47 |
| 9/13/2018 | 277634718 | $36.00 |
| 9/13/2018 | 277610478 | $16.00 |
| 9/13/2018 | 277597860 | $110.00 |
| 9/13/2018 | 277597353 | $39.77 |
| 9/13/2018 | 277648326 | $20.00 |
| 9/13/2018 | 277571313 | $47.35 |
| 9/13/2018 | 277595949 | $51.00 |
| 9/13/2018 | 277580208 | $27.15 |
| 9/13/2018 | 277597482 | $127.00 |
| 9/13/2018 | 277571346 | $67.50 |
| 9/13/2018 | 277638177 | $39.77 |
| 9/13/2018 | 277620648 | $19.25 |
| 9/13/2018 | 277659576 | $27.15 |
| 9/13/2018 | 277672053 | $24.00 |
| 9/14/2018 | 277798707 | $24.00 |
| 9/14/2018 | 277892535 | $65.35 |
| 9/14/2018 | 277881132 | $65.35 |
| 9/14/2018 | 277674006 | $86.48 |
| 9/14/2018 | 277893816 | $16.50 |
| 9/14/2018 | 277900362 | $127.00 |
| 9/14/2018 | 277863816 | $20.00 |
| 9/14/2018 | 277850808 | $39.77 |
| 9/14/2018 | 277689168 | $27.15 |
| 9/14/2018 | 277865559 | $24.00 |
| 9/14/2018 | 277866405 | $6.00 |
| 9/14/2018 | 277852248 | $16.50 |
| 9/14/2018 | 277862592 | $127.00 |
| 9/14/2018 | 277872009 | $17.00 |
| 9/14/2018 | 277895046 | $75.24 |
| 9/14/2018 | 277861989 | $24.00 |
| 9/14/2018 | 277872678 | $35.28 |
| 9/14/2018 | 277881213 | $47.35 |
| 9/14/2018 | 277725684 | $4.75 |
| 9/14/2018 | 277787970 | $48.00 |
| 9/14/2018 | 277678242 | $35.28 |
| 9/14/2018 | 277868883 | $39.77 |
| 9/14/2018 | 277892001 | $19.25 |
| 9/14/2018 | 277901679 | $39.77 |
| 9/14/2018 | 277903674 | $36.00 |
| 9/14/2018 | 277914534 | $34.50 |
| 9/14/2018 | 277910340 | $400.00 |
| 9/14/2018 | 277910178 | $14.35 |
| 9/17/2018 | 277957359 | $16.50 |
| 9/17/2018 | 278067087 | $47.35 |
| 9/17/2018 | 278129883 | $36.00 |

| Ship Date | PO | Amount |
|---|---|---|
| 9/17/2018 | 277985691 | $20.00 |
| 9/17/2018 | 277934907 | $400.00 |
| 9/17/2018 | 278110806 | $36.00 |
| 9/17/2018 | 277930593 | $39.77 |
| 9/17/2018 | 278098341 | $4.48 |
| 9/17/2018 | 278006373 | $39.77 |
| 9/17/2018 | 278115297 | $4.48 |
| 9/17/2018 | 277975908 | $99.27 |
| 9/17/2018 | 277988445 | $10.21 |
| 9/17/2018 | 278128647 | $127.00 |
| 9/17/2018 | 278099973 | $35.28 |
| 9/17/2018 | 278086314 | $16.50 |
| 9/17/2018 | 278054208 | $400.00 |
| 9/17/2018 | 277936986 | $47.35 |
| 9/17/2018 | 278005488 | $16.50 |
| 9/17/2018 | 277966395 | $16.50 |
| 9/17/2018 | 277968588 | $14.35 |
| 9/17/2018 | 278169339 | $93.00 |
| 9/17/2018 | 278139426 | $39.77 |
| 9/17/2018 | 278117943 | $24.00 |
| 9/17/2018 | 278013453 | $47.35 |
| 9/17/2018 | 278183145 | $36.00 |
| 9/17/2018 | 277948860 | $9.40 |
| 9/17/2018 | 277992918 | $85.00 |
| 9/17/2018 | 278016240 | $86.48 |
| 9/17/2018 | 278195936 | $39.77 |
| 9/17/2018 | 278128665 | $65.35 |
| 9/17/2018 | 278166030 | $145.56 |
| 9/17/2018 | 277975965 | $18.00 |
| 9/17/2018 | 278075388 | $13.00 |
| 9/17/2018 | 278148552 | $39.77 |
| 9/17/2018 | 277942872 | $35.28 |
| 9/17/2018 | 278090430 | $99.27 |
| 9/17/2018 | 277978422 | $51.00 |
| 9/17/2018 | 278089038 | $127.00 |
| 9/17/2018 | 278039583 | $67.50 |
| 9/17/2018 | 278068359 | $4.70 |
| 9/17/2018 | 278112753 | $65.35 |
| 9/17/2018 | 277974846 | $16.50 |
| 9/17/2018 | 278183364 | $35.28 |
| 9/17/2018 | 278041398 | $19.25 |
| 9/17/2018 | 278055750 | $67.50 |
| 9/17/2018 | 277933380 | $145.56 |
| 9/17/2018 | 278117865 | $36.00 |
| 9/17/2018 | 278088168 | $4.75 |
| 9/17/2018 | 278118732 | $47.35 |

| Ship Date | PO | Amount |
|---|---|---|
| 9/17/2018 | 278091576 | $10.50 |
| 9/17/2018 | 277967247 | $99.27 |
| 9/17/2018 | 278147481 | $47.35 |
| 9/17/2018 | 278151540 | $58.00 |
| 9/17/2018 | 278101995 | $18.80 |
| 9/17/2018 | 278023350 | $29.47 |
| 9/17/2018 | 278099322 | $27.15 |
| 9/17/2018 | 278165436 | $75.24 |
| 9/17/2018 | 278186916 | $35.28 |
| 9/17/2018 | 278023404 | $16.50 |
| 9/17/2018 | 278085054 | $16.50 |
| 9/17/2018 | 277994370 | $54.88 |
| 9/17/2018 | 278034102 | $7.16 |
| 9/17/2018 | 278149797 | $47.35 |
| 9/17/2018 | 278027319 | $67.37 |
| 9/17/2018 | 278077182 | $39.77 |
| 9/17/2018 | 277981632 | $39.77 |
| 9/17/2018 | 277992147 | $40.70 |
| 9/17/2018 | 277944483 | $19.04 |
| 9/17/2018 | 278049153 | $47.35 |
| 9/17/2018 | 277938546 | $99.00 |
| 9/17/2018 | 278213117 | $4.70 |
| 9/17/2018 | 278213609 | $67.50 |
| 9/18/2018 | 278240354 | $47.35 |
| 9/18/2018 | 278316587 | $47.35 |
| 9/18/2018 | 278312501 | $47.35 |
| 9/18/2018 | 278313665 | $29.47 |
| 9/18/2018 | 278260931 | $27.15 |
| 9/18/2018 | 278224154 | $35.28 |
| 9/18/2018 | 278283179 | $12.00 |
| 9/18/2018 | 278330171 | $47.35 |
| 9/18/2018 | 278311496 | $12.50 |
| 9/18/2018 | 278277773 | $34.50 |
| 9/18/2018 | 278246276 | $16.70 |
| 9/18/2018 | 278238698 | $24.00 |
| 9/18/2018 | 278311493 | $24.00 |
| 9/18/2018 | 278219759 | $10.00 |
| 9/18/2018 | 278310839 | $75.24 |
| 9/18/2018 | 278220143 | $14.35 |
| 9/18/2018 | 278268869 | $47.35 |
| 9/18/2018 | 278257832 | $75.24 |
| 9/18/2018 | 278301794 | $58.00 |
| 9/18/2018 | 278340533 | $47.35 |
| 9/18/2018 | 278292068 | $36.00 |
| 9/18/2018 | 278236739 | $93.00 |
| 9/18/2018 | 278279687 | $34.50 |

| Ship Date | PO | Amount |
|---|---|---|
| 9/18/2018 | 278343785 | $36.00 |
| 9/18/2018 | 278349884 | $58.00 |
| 9/18/2018 | 278347094 | $58.00 |
| 9/18/2018 | 278353385 | $127.00 |
| 9/18/2018 | 278349821 | $127.00 |
| 9/18/2018 | 278354768 | $75.24 |
| 9/18/2018 | 557106 | $286.00 |
| 9/18/2018 | 557107 | $334.00 |
| 9/18/2018 | 557108 | $275.50 |
| 9/18/2018 | TK1804 | $71,600.00 |
| 9/18/2018 | TJ7353 | $28,640.00 |
| 9/19/2018 | 278543273 | $67.50 |
| 9/19/2018 | 278369588 | $39.77 |
| 9/19/2018 | 278382134 | $17.00 |
| 9/19/2018 | 278386214 | $48.00 |
| 9/19/2018 | 278557883 | $16.50 |
| 9/19/2018 | 278474441 | $47.35 |
| 9/19/2018 | 278538995 | $58.00 |
| 9/19/2018 | 278559971 | $36.00 |
| 9/19/2018 | 278531345 | $24.00 |
| 9/19/2018 | 278380724 | $127.00 |
| 9/19/2018 | 278386484 | $39.77 |
| 9/19/2018 | 278444243 | $47.35 |
| 9/19/2018 | 278473025 | $20.00 |
| 9/19/2018 | 278371946 | $47.35 |
| 9/19/2018 | 278525573 | $39.77 |
| 9/19/2018 | 278530061 | $16.50 |
| 9/19/2018 | 278564531 | $47.35 |
| 9/19/2018 | 278474210 | $35.28 |
| 9/19/2018 | 278552528 | $58.00 |
| 9/19/2018 | 278563313 | $196.05 |
| 9/19/2018 | 278391257 | $16.00 |
| 9/19/2018 | 278559443 | $58.00 |
| 9/19/2018 | 278565188 | $35.28 |
| 9/19/2018 | 278553236 | $130.70 |
| 9/19/2018 | 278543225 | $39.77 |
| 9/19/2018 | 278584622 | $34.50 |
| 9/19/2018 | 278593334 | $19.25 |
| 9/19/2018 | 278579972 | $35.28 |
| 9/19/2018 | 278581835 | $24.00 |
| 9/19/2018 | 278577302 | $24.00 |
| 9/19/2018 | 278579282 | $24.00 |
| 9/19/2018 | 278577803 | $47.35 |
| 9/20/2018 | 278607818 | $86.48 |
| 9/20/2018 | 278643191 | $47.35 |
| 9/20/2018 | 278676401 | $39.77 |

| Ship Date | PO | Amount |
|---|---|---|
| 9/20/2018 | 278614337 | $24.00 |
| 9/20/2018 | 278633765 | $36.00 |
| 9/20/2018 | 278664737 | $47.35 |
| 9/20/2018 | 278684186 | $75.24 |
| 9/20/2018 | 278617853 | $69.00 |
| 9/20/2018 | 278627885 | $24.00 |
| 9/20/2018 | 278630912 | $10.21 |
| 9/20/2018 | 278629835 | $127.00 |
| 9/20/2018 | 278619698 | $39.77 |
| 9/20/2018 | 278622980 | $75.24 |
| 9/20/2018 | 278655902 | $47.35 |
| 9/20/2018 | 278681525 | $36.00 |
| 9/20/2018 | 278608316 | $34.50 |
| 9/20/2018 | 278686619 | $24.00 |
| 9/20/2018 | 278649278 | $39.77 |
| 9/20/2018 | 278656679 | $20.00 |
| 9/20/2018 | 278656526 | $35.28 |
| 9/20/2018 | 278673899 | $47.35 |
| 9/20/2018 | 278694692 | $35.28 |
| 9/20/2018 | 278694650 | $400.00 |
| 9/20/2018 | 278711282 | $10.75 |
| 9/20/2018 | 278700995 | $35.28 |
| 9/20/2018 | 278709773 | $36.00 |
| 9/20/2018 | 278711285 | $22.51 |
| 9/20/2018 | 278681039 | $16.50 |
| 9/20/2018 | 278707763 | $39.77 |
| 9/21/2018 | 278787461 | $35.28 |
| 9/21/2018 | 278755328 | $58.00 |
| 9/21/2018 | 278769581 | $145.56 |
| 9/21/2018 | 278792006 | $35.28 |
| 9/21/2018 | 278747666 | $35.28 |
| 9/21/2018 | 278786744 | $24.00 |
| 9/21/2018 | 278720396 | $39.77 |
| 9/21/2018 | 278761652 | $18.00 |
| 9/21/2018 | 278789531 | $47.35 |
| 9/21/2018 | 278766020 | $58.00 |
| 9/21/2018 | 278724737 | $39.77 |
| 9/21/2018 | 278765675 | $20.00 |
| 9/21/2018 | 278727077 | $39.77 |
| 9/21/2018 | 278720801 | $51.00 |
| 9/21/2018 | 278767229 | $9.50 |
| 9/21/2018 | 278723648 | $120.00 |
| 9/21/2018 | 278770088 | $35.00 |
| 9/21/2018 | 278762663 | $47.35 |
| 9/21/2018 | 278750261 | $19.25 |
| 9/21/2018 | 278732993 | $86.48 |

| Ship Date | PO | Amount |
|-----------|-----------|-------------|
| 9/21/2018 | 278764724 | $39.77 |
| 9/21/2018 | 278786117 | $36.00 |
| 9/21/2018 | 278773754 | $47.35 |
| 9/21/2018 | 278761700 | $58.88 |
| 9/21/2018 | 278761982 | $110.00 |
| 9/21/2018 | 278777804 | $65.35 |
| 9/21/2018 | 278765354 | $47.35 |
| 9/21/2018 | 278784380 | $16.50 |
| 9/21/2018 | 278809889 | $18.00 |
| 9/21/2018 | 278793257 | $9.50 |
| 9/21/2018 | 278801360 | $70.50 |
| 9/21/2018 | 278808236 | $47.35 |
| 9/21/2018 | 278802230 | $24.00 |
| 9/21/2018 | 278796170 | $8.26 |
| 9/21/2018 | TJ8035 | $10,272.00 |
| 9/21/2018 | TJ8044 | $65,648.00 |
| 9/24/2018 | 279093248 | $65.35 |
| 9/24/2018 | 278947514 | $47.35 |
| 9/24/2018 | 278982047 | $16.50 |
| 9/24/2018 | 278967338 | $35.28 |
| 9/24/2018 | 278837090 | $34.50 |
| 9/24/2018 | 278899967 | $36.00 |
| 9/24/2018 | 279112229 | $110.52 |
| 9/24/2018 | 278900078 | $35.28 |
| 9/24/2018 | 278953292 | $9.40 |
| 9/24/2018 | 279092654 | $24.00 |
| 9/24/2018 | 278867423 | $29.50 |
| 9/24/2018 | 279106538 | $34.50 |
| 9/24/2018 | 278921666 | $47.35 |
| 9/24/2018 | 279062324 | $39.77 |
| 9/24/2018 | 278857427 | $67.50 |
| 9/24/2018 | 278837831 | $14.35 |
| 9/24/2018 | 279005984 | $111.00 |
| 9/24/2018 | 279008315 | $24.00 |
| 9/24/2018 | 278862068 | $39.77 |
| 9/24/2018 | 278835209 | $47.35 |
| 9/24/2018 | 278881727 | $4.48 |
| 9/24/2018 | 278867474 | $16.50 |
| 9/24/2018 | 278951723 | $39.77 |
| 9/24/2018 | 279062639 | $145.56 |
| 9/24/2018 | 278945378 | $36.00 |
| 9/24/2018 | 278984189 | $35.28 |
| 9/24/2018 | 279021512 | $24.00 |
| 9/24/2018 | 279114152 | $34.50 |
| 9/24/2018 | 278844299 | $47.35 |
| 9/24/2018 | 279026558 | $111.00 |

| Ship Date | PO | Amount |
|-----------|-----------|----------|
| 9/24/2018 | 278968229 | $47.35 |
| 9/24/2018 | 279114029 | $16.50 |
| 9/24/2018 | 278851418 | $86.48 |
| 9/24/2018 | 279078452 | $8.26 |
| 9/24/2018 | 278900531 | $19.25 |
| 9/24/2018 | 278946038 | $45.77 |
| 9/24/2018 | 278960576 | $67.50 |
| 9/24/2018 | 279053756 | $24.00 |
| 9/24/2018 | 279099461 | $39.77 |
| 9/24/2018 | 279126641 | $14.50 |
| 9/24/2018 | 278838131 | $47.35 |
| 9/24/2018 | 278848631 | $7.16 |
| 9/24/2018 | 278969315 | $20.00 |
| 9/24/2018 | 278864279 | $36.00 |
| 9/24/2018 | 278990747 | $16.50 |
| 9/24/2018 | 278987219 | $75.24 |
| 9/24/2018 | 278963432 | $39.77 |
| 9/24/2018 | 278988101 | $47.35 |
| 9/24/2018 | 279111854 | $20.00 |
| 9/24/2018 | 278952266 | $47.35 |
| 9/24/2018 | 279003542 | $24.00 |
| 9/24/2018 | 279117866 | $93.00 |
| 9/24/2018 | 279023792 | $16.50 |
| 9/24/2018 | 279037016 | $36.00 |
| 9/24/2018 | 279120533 | $47.35 |
| 9/24/2018 | 279110060 | $12.50 |
| 9/24/2018 | 278978399 | $39.77 |
| 9/24/2018 | 278994800 | $110.00 |
| 9/24/2018 | 279063404 | $127.00 |
| 9/24/2018 | 279093710 | $531.00 |
| 9/24/2018 | 279054131 | $65.35 |
| 9/24/2018 | 278840462 | $47.35 |
| 9/24/2018 | 279078482 | $19.25 |
| 9/24/2018 | 279111836 | $35.28 |
| 9/24/2018 | 279049409 | $16.70 |
| 9/24/2018 | 279089129 | $86.48 |
| 9/24/2018 | 278818268 | $6.00 |
| 9/24/2018 | 278894411 | $16.50 |
| 9/24/2018 | 278961701 | $14.50 |
| 9/24/2018 | 278830652 | $16.50 |
| 9/24/2018 | 279099656 | $24.00 |
| 9/24/2018 | 278912021 | $39.77 |
| 9/24/2018 | 279009554 | $58.88 |
| 9/24/2018 | 279098207 | $127.00 |
| 9/24/2018 | 278874185 | $33.00 |
| 9/24/2018 | 278821538 | $39.77 |

| Ship Date | PO | Amount |
|---|---|---|
| 9/24/2018 | 279112376 | $35.28 |
| 9/24/2018 | 278928614 | $65.35 |
| 9/24/2018 | 279090920 | $35.28 |
| 9/24/2018 | 279027176 | $36.00 |
| 9/24/2018 | 278898329 | $86.48 |
| 9/24/2018 | 278910596 | $400.00 |
| 9/24/2018 | 279048911 | $35.28 |
| 9/24/2018 | 279112139 | $85.00 |
| 9/24/2018 | 278949713 | $39.77 |
| 9/24/2018 | 279012698 | $75.24 |
| 9/24/2018 | 278865614 | $10.75 |
| 9/24/2018 | 278981264 | $35.28 |
| 9/24/2018 | 278904779 | $85.00 |
| 9/24/2018 | 279077201 | $47.35 |
| 9/24/2018 | 279149636 | $70.56 |
| 9/24/2018 | 279151292 | $120.00 |
| 9/24/2018 | 279150623 | $39.77 |
| 9/24/2018 | 279152015 | $120.00 |
| 9/24/2018 | 279149654 | $47.35 |
| 9/24/2018 | 279142385 | $47.35 |
| 9/24/2018 | 279149234 | $24.00 |
| 9/24/2018 | 279144932 | $14.35 |
| 9/25/2018 | 279171506 | $220.00 |
| 9/25/2018 | 279178979 | $14.35 |
| 9/25/2018 | 279181109 | $127.00 |
| 9/25/2018 | 279155984 | $8.26 |
| 9/25/2018 | 279158381 | $36.00 |
| 9/25/2018 | 279182963 | $19.25 |
| 9/25/2018 | 279158447 | $65.35 |
| 9/25/2018 | 279174065 | $36.00 |
| 9/25/2018 | 279179714 | $24.00 |
| 9/25/2018 | 279169718 | $36.00 |
| 9/25/2018 | 279165581 | $145.56 |
| 9/25/2018 | 558017 | $167.00 |
| 9/27/2018 | 541762 | $564.00 |
| 9/27/2018 | 541761 | $423.00 |
| 9/27/2018 | 541760 | $705.00 |
| 9/27/2018 | 541759 | $423.00 |
| 9/27/2018 | 557107 | $141.00 |
| 10/2/2018 | 558940 | $167.00 |
| 10/2/2018 | 558939 | $125.50 |
| 10/9/2018 | 559743 | $513.50 |

| Total | | $236,102.81 |