**Exhibit A**



10200 David Taylor Drive
Charlotte, North Carolina 28262

October 12, 2018

*Via Email, Facsimile, and Overnight Delivery*

Sears, Roebuck and Co. and Kmart Corporation
3333 Beverly Road, Mail Station: C2-266B
Hoffman Estates, IL 60179
Attn: Vice President and GMM, Home Appliances
Facsimile: (847) 286-6195

Sears, Roebuck and Co. and Kmart Corporation
PO Box 660200
Dallas, TX 75266-0200
Attn: Vice President and GMM, Home Appliances
Facsimile: (847) 286-6195

Sears, Roebuck and Co. and Kmart Corporation
PO Box 7066
Troy, MI 48007
Attn: Vice President and GMM, Home Appliances
Facsimile: (847) 286-6195

Sears Roebuck De Puerto Rico
PO Box 3670302
San Juan Pr 00936-7302
Attn: Vice President and GMM, Home Appliances
Facsimile: (847) 286-6195

**Re:    Reclamation of Goods**

To Whom It May Concern:

Electrolux Major Appliances, North America, a division of Electrolux Home Products, Inc., along with its affiliates Electrolux Small Appliances, a division of Electrolux Home Care Products, Inc., and Electrolux Puerto Rico, a Division of Electrolux Home Products, Inc., collectively ("Electrolux"), has discovered that Sears, Roebuck and Co. ("Sears") and Kmart Corporation ("Kmart") are each insolvent and are each contemplating filing a petition for relief under Title 11 of the United States Code. Pursuant to Section 2-702 of the Uniform Commercial Code and other applicable law. Electrolux hereby reclaims and demands the return of all merchandise sold to Sears or Kmart on credit wherever located, the purchase price of which has not yet been paid. The merchandise subject to this reclamation notice has outstanding invoices related to it as set forth on the list attached hereto as Schedule A.

Electrolux demands that Sears and Kmart immediately segregate all of the merchandise that Electrolux has delivered to Sears and Kmart or allow Electrolux to take an inventory of the merchandise Electrolux has delivered to Sears and Kmart for purposes of determining the merchandise subject to reclamation. Electrolux further demands that Sears and Kmart return all such merchandise to Electrolux by making the inventory being reclaimed available for pick-up by Electrolux or its designated carriers or Sears and Kmart immediately pay all amounts due related to the invoices on Schedule A immediately.

No further shipments will be made unless they are paid for in advance in cash together with payment for all Electrolux merchandise heretofore delivered to Sears and Kmart and not yet paid for.

Sincerely,

*[signature]*

Katharina Fischer, CFO
Electrolux Major Appliances, N.A.



CC:    Sears Holdings Management Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: General Counsel
Facsimile: (847) 286-2471

Mr. Dean Schwartz
President, Home Appliances
Sears Holding Corporation
3333 Beverly Road
Hoffman Estates, IL 60192

[Attachments Omitted]

18-23538-shl    Doc 412-1    Filed 11/01/18    Entered 11/01/18 15:52:13    Exhibit A
Pg 4 of 7

[Attachments Omitted]



10200 David Taylor Drive
Charlotte, North Carolina 28262

October 12, 2018

*Via Email, Facsimile, and Overnight Delivery*

Starwest, LLC d/b/a Monark Premium Appliance Co. of Arizona
9025 S. Kyrene Rd., Suite 105
Tempe, AZ 85284
Attn: Robert A. Riecker, Vice President
Facsimile: 408-907-3801

Florida Builder Appliances, Inc. d/b/a Monark Premium Appliance Co. of Florida
1742 W. Atlantic Blvd.
Pompano Beach, FL 33069-2857
Attn: Robert A. Riecker, Vice President
Facsimile: 408-907-3801

California Builder Appliances, Inc., d/b/a Monark Premium Appliance Co. of California
11340 White Rock Rd., Suite 150
Rancho Cordova, CA 95742-6606
Attn: Robert A. Riecker, Vice President
Facsimile: 408-907-3801

Re:    **Reclamation of Goods**

To Whom It May Concern:

Electrolux Major Appliances, North America, a division of Electrolux Home Products, Inc. ("Electrolux"), has discovered that Sears, Roebuck and Co. and Kmart Corporation are each insolvent and are each contemplating filing a petition for relief under Title 11 of the United States Code. Under these circumstances, and pursuant to Section 2-702 of the Uniform Commercial Code and other applicable law, Electrolux hereby reclaims and demands the return of all merchandise sold to Starwest, LLC d/b/a Monark Premium Appliance Co. of Arizona, Florida Builder Appliances, Inc. d/b/a Monark Appliance Premium Appliance Co. of Florida, and California Builder Appliances, Inc., d/b/a Monark Premium Appliance Co. of California, collectively hereby referred to as ("Monark"), on credit wherever located, the purchase price of which has not yet been paid. The merchandise subject to this reclamation notice has outstanding invoices related to it as set forth on the list attached hereto as Schedule A.

Electrolux demands that Monark immediately segregate all of the merchandise that Electrolux has delivered to Monark or allow Electrolux to take an inventory of the merchandise Electrolux has delivered to Monark for purposes of determining the merchandise subject to reclamation. Electrolux further demands that Monark return all such merchandise to Electrolux by making the inventory being reclaimed available for pick-up by Electrolux or its designated carriers or Monark immediately pay all amounts due related to the invoices on Schedule A immediately.

No further shipments will be made unless they are paid for in advance in cash together with payment for all Electrolux merchandise heretofore delivered to Monark and not yet paid for.

Sincerely,

*Katharina Fischer*
Katharina Fischer, CFO
Electrolux Major Appliances, N.A.



CC:     Sears Holdings Management Corporation
        3333 Beverly Road
        Hoffman Estates, IL 60179
        Attn: General Counsel
        Facsimile: (847) 286-2471

        Mr. Dean Schwartz
        President, Home Appliances
        Sears Holding Corporation
        3333 Beverly Road
        Hoffman Estates, IL 60192

[Attachments Omitted]