LAZER, APTHEKER, ROSELLA
& YEDID, P.C.
Robin S. Abramowitz, Esq.
*Attorneys for* U.S. Nonwovens Corp.
225 Old Country Road
Melville, NY 11747
Telephone: (631) 761-0870
Facsimile: (631) 761-0701
email: abramowitz@larypc.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x     **Chapter 11**
In re:

Case No. 18-23538 (RDD)

SEARS HOLDINGS CORPORATION, *et al.*,[1]

(Jointly Administration
Requested)

Debtors.
-------------------------------------------------------------------x

**NOTICE OF RECLAMATION DEMAND
OF U.S. NONWOVENS CORP.**

**PLEASE TAKE NOTICE** that U.S. Nonwovens Corp. ("Claimant"), by and through its

undersigned counsel, hereby files this notice of the delivery of a written demand letter dated

November 1, 2018, pursuant to 11 U.S.C. § 546(c), 11 U.C.C. § 2-702, and applicable non-

bankruptcy law, on the above captioned debtors and debtors in possession (the "Debtors") to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E FactorY Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

reclaim certain goods (the "Goods") which were sold by Claimant to the Debtors in the ordinary course of business, and which were received by the Debtors during the 45 days prior to the filing of the Debtors' chapter 11 bankruptcy cases. Claimant incorporates herein by reference a copy of its formal reclamation demand letter attached as Exhibit 1, which has been sent to the Debtors and counsel by overnight courier and electronic mail. The value of the Goods at issue is for the sum of $72,928.51.

PLEASE TAKE FURTHER NOTICE that Claimant reserves all of its rights with respect to the Goods, including, without limitation, (i) its right to be paid in the ordinary course of business as a post-petition creditor of the Debtors to the extent the Goods were delivered to the Debtors on or after October 15 2018; (ii) its right to assert a 20-day administrative priority claim pursuant to 11 U.S.C. §503(b)(9); (iii) its right to assert a "new value" defense to any preference demand pursuant to 11 U.S.C. §547(c)(4); (iv) its right to demand payment of any portion of these invoices as a "cure" payment in connection with the Debtors' assumption of any executory contract, if any, pursuant to 11 U.S.C. § 365; (v) its right to seek payment of its prepetition invoices from any non-debtor parties that are co-obligors; (vi) its right to file additional demands or claims, including without limitation, a proof of claim; and/or (vii) its right to assert any other rights under applicable law. By filing this Notice, Claimant does not consent to entry of final orders of the bankruptcy court on non-core issue and claims, and does not waive any jurisdictional defenses and Claimant reserves its rights to amend this Notice.

Dated: November 1, 2018
      Melville, New York

                                      LAZER, APTHEKER, ROSELLA
                                          & YEDID, P.C.

By: s/ Robin S. Abramowitz
    ROBIN S. ABRAMOWITZ
*Attorneys for* U.S. Nonwovens Corp.
225 Old Country Road
Melville, NY 11747
Telephone: (631) 761-0870
Facsimile: (631) 761-0701
email: abramowitz@larypc.com

3