# EXHIBIT 1

# LAZER, APTHEKER, ROSELLA & YEDID, P.C.

ATTORNEYS AT LAW
———
MELVILLE LAW CENTER
225 OLD COUNTRY ROAD
MELVILLE, NEW YORK 11747-2712
www.larypc.com

ROBIN S. ABRAMOWITZ
ALSO ADMITTED IN FOLORIDA
(631) 761-0870

TELEPHONE (631) 761-0800
FACSIMILE (631) 761-0701
E-MAIL ADDRESS: abramowitz@larypc.com

November 1, 2018

**Via FedEx and E-mail**
Ray C. Schrock, Esq. (ray.schrock@weil.com)
Jacqueline Marcus, Esq. (jacqueline.marcus@weil.com)
Sunny Singh – (sunny.singh@weil.com)
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

**Via FedEx**
Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

Re:    In re Sears Holdings Corporation, et at., 18-23538 (RDD)

Dear Sirs and Madam:

Our firm represents U.S. Nonwoven Corp. ("Claimant"), a creditor in the above-captioned bankruptcy cases of Sears Holdings Corporation and its affiliates (collectively, the "Debtors"). Pursuant to Uniform Commercial Code§ 2-702 and 11 U.S.C. § 546(c), Claimant hereby makes demands on the Debtors for the reclamation and return of all goods that were shipped to the Debtors by Claimant, where such goods were received by the Debtors within forty-five (45) days preceding the commencement of the Debtors' bankruptcy cases filed on October 15, 2018 (the "Reclamation Period").

During the Reclamation Period, Claimant delivered goods to Sears Holdings Corporation having an agreed price and reasonable value totaling $72,928.51, resulting in a Reclamation Claim in the same amount.

Claimant demands that all goods subject to Claimant's reclamation rights, including goods received during the Reclamation Period be segregated and protected by you from any other goods in your possession and that you provide an immediate accounting of all such goods on-hand and their present location(s). Such goods shall not be used for any purpose whatsoever except those specifically authorized by the Bankruptcy Court following notice and hearing.

Claimant makes this demand for reclamation without prejudice to all other rights and remedies available to it, at law or in equity, including, but not limited to, its right to an allowed administrative expense claim under 11 U.S.C. § 503(b)(9) or any other provision of the Bankruptcy Code and/or its right to amend and supplement this demand and to serve and file additional demands or claims.

Please forward all communications concerning this claim to this office as counsel for Claimant.

Very truly yours,

ROBIN S. ABRAMOWITZ

RSA/kah
Enclosure

| Customer | Invoice ID | Invoice Date | Invoice Amount |
|---|---|---|---|
| KMART00 | INV200055 | 10/2/2018 | $ 1,810.08 |
| KMART00 | INV200056 | 10/2/2018 | $ 13,525.11 |
| KMART00 | INV200057 | 10/2/2018 | $ 962.00 ⟩ |
| KMART00 | INV200097 | 10/2/2018 | $ 1,166.40 |
| KMART00 | INV200098 | 10/2/2018 | $ 3,663.36 |
| KMART00 | INV200099 | 10/2/2018 | $ 2,448.27 |
| KMART00 | INV200100 | 10/2/2018 | $ 1,173.20 |
| KMART00 | INV200101 | 10/2/2018 | $ 1,173.20 |
| KMART00 | INV200102 | 10/3/2018 | $ 6,051.65 |
| KMART00 | INV200103 | 10/4/2018 | $ 1,256.98 |
| KMART00 | INV200104 | 10/2/2018 | $ 3,096.09 |
| KMART00 | INV200207 | 10/5/2018 | $ 7,138.26 |
| KMART00 | INV200208 | 10/5/2018 | $ 962.00 |
| KMART00 | INV200209 | 10/5/2018 | $ 7,367.60 |
| KMART00 | INV200327 | 10/3/2018 | $ 20,137.83 |
| 50258 | 84951 | 10/9/2018 | $ 498.24 |
| 50258 | 84952 | 10/9/2018 | $ 498.24 |
| | | | $ 72,928.51 |



# U.S. NONWOVENS
### INGENIOUS INNOVATIONS
ISO CERTIFIED

**100 Emjay Blvd.**
Brentwood, NY 11717

Tel: 631-952-0100
Fax: 631-952-0200

| | |
|---|---|
| Invoice ID: | INV200055 |
| Date: | 10/2/2018 |
| Order No: | SO-218863 |
| Page No: | 1 |
| F.O.B: | SO-DLVD/PPD:CUST (US |

| Sold To | Ship To |
|---|---|
| SEARS HOLDINGS CORPORATION<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179<br>US | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE, KS 66049 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| KMART00 | 08273676197 | 2.0%/10 days,Net 30 | Freight: Prepaid |

| SALES REP ID | SHIP VIA | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|
| DAYWO | CC | 10/2/2018 | 11/1/2018 |

| QUANTITY | | | | | T | UNIT | EXTENDED |
|---|---|---|---|---|---|---|---|
| ORD | SHP | BCK | PART | DESCRIPTION | X | PRICE | PRICE |
| 432 | 432 | 0 | SMASE10 | DNO SMRT SENSE 6/168 MTT BLKBG RE (USD)<br>002595862<br>PALLET ID: 1324343 | | $4.19 | $1,810.08 |

Special Instructions:   EACH SHIPMENT MUST HAVE ASN LABEL

| | |
|---|---|
| **SUB TOTAL:** | $1,810.08 |
| **TOTAL AMOUNT DUE:** | $1,810.08 |

Total Cases
Shipped:
432

Post audit claims require 90 days review.  Only claims with 12 months will be reviewed.  Claims greater than 12 months old will be rejected

Accounts not paid within terms are subject to an interest charge of 1.5% per month.

IF YOU HAVE QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR OTHER PRODUCTS,
PLEASE CONTACT OUR SALES OFFICE.

PLEASE REFERENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO:  **US Nonwovens Corp.**
Dept CH 19477
Palatine, IL 60055-9477



USN is a D&B Credit Rating Reporting Partner.

ALL SHIPPING DISCREPANCIES MUST BE CALLED INTO CUSTOMER SERVICE WITHIN 14 BUSINESS DAYS FOR CLAIMS TO BE
APPROVED.  631-952-0200 X21 - customerservice@usnonwovens.com



## .S. NONWOVENS
### ENiOUS INNOVATIONS
ISO CERTIFIED

**100 Emjay Blvd.**
Brentwood, NY 11717

Tel: 631-952-0100
Fax: 631-952-0200

| | |
|---|---|
| Invoice ID: | **INV200056** |
| Date: | 10/2/2018 |
| Order No: | **SO-218865** |
| Page No: | 1 |
| F.O.B. | **SO-DLVD/PPD:CUST (US** |

| Sold To | Ship To |
|---|---|
| SEARS HOLDINGS CORPORATION<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179<br>US | SEARS HOLDINGS CORP<br>5600 E AIRPORT RD<br>ONTARIO, CA 917618609 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| KMART00 | 08287247850 | 2.0%/10 days,Net 30 | Freight: Prepaid |

| SALES REP ID | SHIP VIA | | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|---|
| DAYWO | CC | | 10/2/2018 | 11/1/2018 |

| QUANTITY | | | | | T | | |
|---|---|---|---|---|---|---|---|
| ORD | SHP | BCK | PART | DESCRIPTION | X | UNIT PRICE | EXTENDED PRICE |
| 1,728 | 0 | 0 | SMASE10 | DNO SMRT SENSE 6/168 MTT BLKBG RE (USD)<br>002595862<br>PALLET ID: | | $0.00 | $0.00 |
| Special Instructions: | | | EACH SHIPMENT MUST HAVE ASN LABEL | | | | |
| 420 | 420 | 0 | LITON33 | LITTLE ONES 1/576 (9X64) SENS FF RSL (USD)<br>003147408<br>PALLET ID: 1291806, 1291929, 1291931,<br>1291935 | | $10.89 | $4,573.80 |
| Special Instructions: | | | EACH SHIPMENT MUST HAVE ASN LABEL | | | | |
| 105 | 105 | 0 | LITON34 | LITTLE ONES 1/576 (9X64) SCTD RSL BB (USD)<br>003148544<br>PALLET ID: 1293123 | | $10.89 | $1,143.45 |
| Special Instructions: | | | EACH SHIPMENT MUST HAVE ASN LABEL | | | | |
| 210 | 210 | 0 | LITON35 | LITTLE ONES 1/576 (9X64) SHEA RSL BB (USD)<br>003149038<br>PALLET ID: 1339720, 1339748 | | $10.89 | $2,286.90 |
| Special Instructions: | | | EACH SHIPMENT MUST HAVE ASN LABEL | | | | |
| 360 | 360 | 0 | LITON27 | LITTLE ONES 8/64 FRAG FREE BW TUB  (USD)<br>003150087<br>PALLET ID: 1321150 | | $1.69 | $608.40 |
| Special Instructions: | | | EACH SHIPMENT MUST HAVE ASN LABEL | | | | |
| 1,728 | 0 | 0 | LITON24 | LITTLE ONES 12/64 SENS FF BW RESEA (USD)<br>003150280<br>PALLET ID: | | $0.00 | $0.00 |
| Special Instructions: | | | EACH SHIPMENT MUST HAVE ASN LABEL | | | | |
| 1,296 | 1,296 | 0 | LITON25 | LITTLE ONES 12/64 SCENTED BW RESE (USD)<br>003150310<br>PALLET ID: 1308971 | | $1.43 | $1,853.28 |
| Special Instructions: | | | EACH SHIPMENT MUST HAVE ASN LABEL | | | | |
| 1,296 | 1,296 | 0 | LITON26 | LITTLE ONES 12/64 SHEA BUTTER BW R (USD)<br>003150326<br>PALLET ID: 1345790 | | $1.43 | $1,853.28 |
| Special Instructions: | | | EACH SHIPMENT MUST HAVE ASN LABEL | | | | |
| 360 | 360 | 0 | SMASE49 | SMASE 6/56 OZ ORIGINAL DISH  (USD)<br>009091547<br>PALLET ID: 1268203 | | $3.35 | $1,206.00 |
| Special Instructions: | | | EACH SHIPMENT MUST HAVE ASN LABEL | | | | |

| | |
|---|---|
| SUB TOTAL: | $13,525.11 |

Total Cases
Shipped:

| | |
|---|---|
| TOTAL AMOUNT DUE: | $13,525.11 |



# U.S. NONWOVENS
### INGENIOUS INNOVATIONS
ISO CERTIFIED

**100 Emjay Blvd.**
**Brentwood, NY 11717**

Tel: 631-952-0100
Fax: 631-952-0200

| | |
|---|---|
| Invoice ID: | **INV200056** |
| Date: | **10/2/2018** |
| Order No: | **SO-218865** |
| Page No: | **2** |
| F.O.B: | **SO-DLVD/PPD:CUST (US** |

| Sold To | Ship To |
|---|---|
| SEARS HOLDINGS CORPORATION<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179<br>US | SEARS HOLDINGS CORP<br>5600 E AIRPORT RD<br>ONTARIO, CA 917618609 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| KMART00 | 08287247850 | 2.0%/10 days,Net 30 | Freight: Prepaid |

| SALES REP ID | SHIP VIA | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|
| DAYWO | CC | 10/2/2018 | 11/1/2018 |

| QUANTITY | | | | | T | UNIT | EXTENDED |
|---|---|---|---|---|---|---|---|
| ORD | SHP | BCK | PART | DESCRIPTION | X | PRICE | PRICE |

4047

Post audit claims require 90 days review.  Only claims with 12 months will be reviewed.  Claims greater than 12 months old will be rejected

Accounts not paid within terms are subject to an interest charge of 1.5% per month.

IF YOU HAVE QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR OTHER PRODUCTS, PLEASE CONTACT OUR SALES OFFICE.

PLEASE REFERENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO:   **US Nonwovens Corp.**
Dept CH 19477
Palatine, IL 60055-9477



USN is a D&B Credit Rating Reporting Partner.

ALL SHIPPING DISCREPANCIES MUST BE CALLED INTO CUSTOMER SERVICE WITHIN 14 BUSINESS DAYS FOR CLAIMS TO BE APPROVED.  631-952-0200 X21 - customerservice@usnonwovens.com



**U.S. NONWOVENS**
INGENIOUS INNOVATIONS
ISO CERTIFIED

**100 Emjay Blvd.**
Brentwood, NY 11717

Tel: 631-952-0100
Fax: 631-952-0200

Invoice ID:  **INV200097**
Date:  10/2/2018
Order No:  SO-218950
Page No:  1
F.O.B:  SO-DLVD/PPD:CUST (US

| Sold To | Ship To |
|---|---|
| SEARS HOLDINGS CORPORATION<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179<br>US | SEARS HOLDINGS CORP<br>5600 E AIRPORT RD<br>ONTARIO, CA 917618609 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| KMART00 | 08287249351 | 2.0%/10 days,Net 30 | Freight: Prepaid |

| SALES REP ID | SHIP VIA | | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|---|
| DAYWO | CC | | 10/2/2018 | 11/1/2018 |

| QUANTITY | | | | | T | UNIT | EXTENDED |
|---|---|---|---|---|---|---|---|
| ORD | SHP | BCK | PART | DESCRIPTION | X | PRICE | PRICE |
| 972 | 972 | 0 | SMASE47 | SMART SENSE 6/80 ISLAND DS  (USD)<br>006135312<br>PALLET ID: 1252925 | | $1.20 | $1,166.40 |

Special Instructions:    EACH SHIPMENT MUST HAVE ASN LABEL

|  |  |
|---|---|
| **Total Cases**<br>**Shipped:**<br>972 | SUB TOTAL:  $1,166.40 |
| | TOTAL AMOUNT DUE:  $1,166.40 |

Post audit claims require 90 days review.  Only claims with 12 months will be reviewed.  Claims greater than 12 months old will be rejected

Accounts not paid within terms are subject to an interest charge of 1.5% per month.

IF YOU HAVE QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR OTHER PRODUCTS, PLEASE CONTACT OUR SALES OFFICE.

PLEASE REFERENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO:  **US Nonwovens Corp.**
Dept CH 19477
Palatine, IL 60055-9477



USN is a D&B Credit Rating Reporting Partner.

ALL SHIPPING DISCREPANCIES MUST BE CALLED INTO CUSTOMER SERVICE WITHIN 14 BUSINESS DAYS FOR CLAIMS TO BE APPROVED.  631-952-0200 X21 - customerservice@usnonwovens.com



# U.S. NONWOVENS
INGENIOUS INNOVATIONS
ISO CERTIFIED

100 Emjay Blvd.
Brentwood, NY 11717

Tel: 631-952-0100
Fax: 631-952-0200

Invoice ID:  INV200098
Date:  10/2/2018
Order No:  SO-218860
Page No:  1
F.O.B.  SO-DLVD/PPD:CUST (US

| Sold To | Ship To |
|---|---|
| SEARS HOLDINGS CORPORATION<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179<br>US | SEARS HOLDINGS CORP<br>541 PERKINS JONES RD NE<br>WARREN, OH 444831848 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| KMART00 | 08305226977 | 2.0%/10 days,Net 30 | Freight: Prepaid |

| SALES REP ID | SHIP VIA | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|
| DAYWO | CC | 10/2/2018 | 11/1/2018 |

| QUANTITY | | | | | T | UNIT | EXTENDED |
|---|---|---|---|---|---|---|---|
| ORD | SHP | BCK | PART | DESCRIPTION | X | PRICE | PRICE |
| 432 | 432 | 0 | SMASE10 | DNO SMRT SENSE 6/168 MTT BLKBG RE (USD)<br>002595862<br>PALLET ID: 1324167 | | $4.19 | $1,810.08 |

Special Instructions:   EACH SHIPMENT MUST HAVE ASN LABEL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 864 | 0 | 0 | LITON24 | LITTLE ONES 12/64 SENS FF BW RESEA (USD)<br>003150280<br>PALLET ID: | | $0.00 | $0.00 |

Special Instructions:   EACH SHIPMENT MUST HAVE ASN LABEL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1,296 | 1,296 | 0 | LITON26 | LITTLE ONES 12/64 SHEA BUTTER BW R (USD)<br>003150326<br>PALLET ID: 1345842 | | $1.43 | $1,853.28 |

Special Instructions:   EACH SHIPMENT MUST HAVE ASN LABEL

|  |  |
|---|---|
| | SUB TOTAL:  $3,663.36 |

Total Cases
Shipped:
1728

TOTAL AMOUNT DUE:   $3,663.36

Post audit claims require 90 days review.  Only claims with 12 months will be reviewed.  Claims greater than 12 months old will be rejected

Accounts not paid within terms are subject to an interest charge of 1.5% per month.

IF YOU HAVE QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR OTHER PRODUCTS,
PLEASE CONTACT OUR SALES OFFICE.

PLEASE REFERENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO.  **US Nonwovens Corp.**
Dept CH 19477
Palatine, IL 60055-9477



USN is a D&B Credit Rating Reporting Partner.

ALL SHIPPING DISCREPANCIES MUST BE CALLED INTO CUSTOMER SERVICE WITHIN 14 BUSINESS DAYS FOR CLAIMS TO BE
APPROVED. 631-952-0200 X21 - customerservice@usnonwovens.com

# U.S. NONWOVENS
## INGENIOUS INNOVATIONS
ISO CERTIFIED

100 Emjay Blvd.
Brentwood, NY 11717

Tel: 631-952-0100
Fax: 631-952-0200

Invoice ID:  INV200099
Date:  10/2/2018
Order No:  SO-218864
Page No:  1
F.O.B:  SO-DLVD/PPD:CUST (US

| Sold To | Ship To |
|---|---|
| SEARS HOLDINGS CORPORATION<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179<br>US | SEARS HOLDINGS CORP<br>5600 E AIRPORT RD<br>ONTARIO, CA 917618609 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| KMART00 | 08287247849 | 2.0%/10 days,Net 30 | Freight: Prepaid |

| SALES REP ID | SHIP VIA | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|
| DAYWO | CC | 10/2/2018 | 11/1/2018 |

| ORD | SHP | BCK | PART | DESCRIPTION | T X | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 480 | 480 | 0 | SMASE20 | DNO SMART SENSE 6/75 FRESH DISINF (USD)<br>003097484<br>PALLET ID: 1254522 | | $2.66 | $1,275.07 |

Special Instructions:    EACH SHIPMENT MUST HAVE ASN LABEL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 280 | 280 | 0 | SMASE36A | SMASE 4/105(3/35) 2LMN+1FRSH DSNFC (USD)<br>007361821<br>PALLET ID: 1279837 | | $4.19 | $1,173.20 |

Special Instructions:    EACH SHIPMENT MUST HAVE ASN LABEL

**Total Cases Shipped:**
760

SUB TOTAL:  $2,448.27

TOTAL AMOUNT DUE:  $2,448.27

Post audit claims require 90 days review.  Only claims with 12 months will be reviewed.  Claims greater than 12 months old will be rejected

Accounts not paid within terms are subject to an interest charge of 1.5% per month.

IF YOU HAVE QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR OTHER PRODUCTS, PLEASE CONTACT OUR SALES OFFICE.

PLEASE REFERENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO:  US Nonwovens Corp.
Dept CH 19477
Palatine, IL 60055-9477



USN is a D&B Credit Rating Reporting Partner.

ALL SHIPPING DISCREPANCIES MUST BE CALLED INTO CUSTOMER SERVICE WITHIN 14 BUSINESS DAYS FOR CLAIMS TO BE APPROVED.  631-952-0200 X21 - customerservice@usnonwovens.com

# U.S. NONWOVENS
INGENIOUS INNOVATIONS
ISO CERTIFIED

**100 Emjay Blvd.**
Brentwood, NY 11717

Tel: 631-952-0100
Fax: 631-952-0200

| | |
|---|---|
| Invoice ID: | INV200100 |
| Date: | 10/2/2018 |
| Order No: | SO-218866 |
| Page No: | 1 |
| F.O.B: | SO-DLVD/PPD:CUST (US |

| Sold To | Ship To |
|---|---|
| SEARS HOLDINGS CORPORATION<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179<br>US | SEARS HOLDINGS CORP<br>541 PERKINS JONES RD NE<br>WARREN, OH 444831848 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS | |
|---|---|---|---|---|
| KMART00 | 08305226976 | 2.0%/10 days,Net 30 | Freight: Prepaid | |
| SALES REP ID | SHIP VIA | | SHIP DATE | INVOICE DUE DATE |
| DAYWO | CC | | 10/2/2018 | 11/1/2018 |

| ORD | SHP | BCK | PART | DESCRIPTION | T X | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 280 | 280 | 0 | SMASE36A | SMASE 4/105(3/35) 2LMN+1FRSH DSNFC (USD)<br>007361821<br>PALLET ID: 1279789 | | $4.19 | $1,173.20 |

Special Instructions:   EACH SHIPMENT MUST HAVE ASN LABEL

| | |
|---|---|
| **SUB TOTAL:** | $1,173.20 |

Total Cases
Shipped:
280

| | |
|---|---|
| **TOTAL AMOUNT DUE:** | $1,173.20 |

Post audit claims require 90 days review.  Only claims with 12 months will be reviewed.  Claims greater than 12 months old will be rejected

Accounts not paid within terms are subject to an interest charge of 1.5% per month.

IF YOU HAVE QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR OTHER PRODUCTS.
PLEASE CONTACT OUR SALES OFFICE.

PLEASE REFERENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO:  **US Nonwovens Corp.**
Dept CH 19477
Palatine, IL 60055-9477



USN is a D&B Credit Rating Reporting Partner.

ALL SHIPPING DISCREPANCIES MUST BE CALLED INTO CUSTOMER SERVICE WITHIN 14 BUSINESS DAYS FOR CLAIMS TO BE
APPROVED.  631-952-0200 X21 - customerservice@usnonwovens.com



# U.S. NONWOVENS
INGENIOUS INNOVATIONS
ISO CERTIFIED

**100 Emjay Blvd.**
**Brentwood, NY 11717**

Tel: 631-952-0100
Fax: 631-952-0200

| | |
|---|---|
| Invoice ID: | INV200101 |
| Date: | 10/2/2018 |
| Order No: | SO-218867 |
| Page No: | 1 |
| F.O.B: | SO-DLVD/PPD:CUST (US |

| Sold To | Ship To |
|---|---|
| SEARS HOLDINGS CORPORATION<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179<br>US | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE, KS 66049 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| KMART00 | 08273676196 | 2.0%/10 days,Net 30 | Freight: Prepaid |

| SALES REP ID | SHIP VIA | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|
| DAYWO | CC | 10/2/2018 | 11/1/2018 |

| QUANTITY | | | PART | DESCRIPTION | T X | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| ORD | SHP | BCK | | | | | |
| 280 | 280 | 0 | SMASE36A | SMASE 4/105(3/35) 2LMN+1FRSH DSNFC (USD)<br>007361821<br>PALLET ID: 1279790 | | $4.19 | $1,173.20 |

Special Instructions:    EACH SHIPMENT MUST HAVE ASN LABEL

| | | |
|---|---|---|
| Total Cases Shipped:<br>280 | SUB TOTAL: | $1,173.20 |
| | TOTAL AMOUNT DUE: | $1,173.20 |

Post audit claims require 90 days review. Only claims with 12 months will be reviewed. Claims greater than 12 months old will be rejected

Accounts not paid within terms are subject to an interest charge of 1.5% per month.

IF YOU HAVE QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR OTHER PRODUCTS, PLEASE CONTACT OUR SALES OFFICE.

PLEASE REFERENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO:    US Nonwovens Corp.
Dept CH 19477
Palatine, IL 60055-9477



USN is a D&B Credit Rating Reporting Partner.

ALL SHIPPING DISCREPANCIES MUST BE CALLED INTO CUSTOMER SERVICE WITHIN 14 BUSINESS DAYS FOR CLAIMS TO BE APPROVED  631-952-0200 X21 - customerservice@usnonwovens.com



# U.S. NONWOVENS
### INGENIOUS INNOVATIONS
#### ISO CERTIFIED

**100 Emjay Blvd.**
**Brentwood, NY 11717**

Tel: 631-952-0100
Fax: 631-952-0200

| | |
|---|---|
| Invoice ID: | INV200102 |
| Date: | 10/3/2018 |
| Order No: | SO-218871 |
| Page No: | 1 |
| F.O.B. | SO-DLVD/PPD:CUST (US |

| Sold To | Ship To |
|---|---|
| SEARS HOLDINGS CORPORATION<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179<br>US | SEARS HOLDINGS CORP<br>1 KRESGE ROAD<br>FAIRLESS HILLS, PA 19030 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| KMART00 | 08275306216 | 2.0%/10 days,Net 30 | Freight: Prepaid |

| SALES REP ID | | SHIP VIA | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|---|
| DAYWO | | CC | 10/3/2018 | 11/2/2018 |

| QUANTITY | | | | | T | UNIT | EXTENDED |
|---|---|---|---|---|---|---|---|
| ORD | SHP | BCK | PART | DESCRIPTION | X | PRICE | PRICE |
| 840 | 840 | 0 | SMASE21A | SMART SENSE 12/35 FRESH DISINFECT (USD)<br>PALLET ID: 1285092, 1285093, 1285099,<br>1285100, 1293307, 1293309, 1293321,<br>1293322, 1293323, 1293351, 1293357, 1293358 | | $1.50 | $1,256.98 |
| | | | | Special Instructions:   EACH SHIPMENT MUST HAVE ASN LABEL | | | |
| 480 | 480 | 0 | SMASE20 | DNO SMART SENSE 6/75 FRESH DISINF  (USD)<br>003097484<br>PALLET ID: 1158233 | | $2.66 | $1,275.07 |
| | | | | Special Instructions:   EACH SHIPMENT MUST HAVE ASN LABEL | | | |
| 840 | 840 | 0 | SMASE36A | SMASE 4/105(3/35) 2LMN+1FRSH DSNFC (USD)<br>007361821<br>PALLET ID: 1355564, 1355575, 1355598 | | $4.19 | $3,519.60 |
| | | | | Special Instructions:   EACH SHIPMENT MUST HAVE ASN LABEL | | | |

Total Cases
Shipped:
2160

| | |
|---|---|
| SUB TOTAL: | $6,051.65 |
| TOTAL AMOUNT DUE: | $6,051.65 |

Post audit claims require 90 days review.  Only claims with 12 months will be reviewed.  Claims greater than 12 months old will be rejected

Accounts not paid within terms are subject to an interest charge of 1.5% per month.

IF YOU HAVE QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR OTHER PRODUCTS.
PLEASE CONTACT OUR SALES OFFICE.

PLEASE REFERENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO:  US Nonwovens Corp.
Dept CH 19477
Palatine, IL 60055-9477



USN is a D&B Credit Rating Reporting Partner.

ALL SHIPPING DISCREPANCIES MUST BE CALLED INTO CUSTOMER SERVICE WITHIN 14 BUSINESS DAYS FOR CLAIMS TO BE
APPROVED  631-952-0200 X21 - customerservice@usnonwovens.com



# U.S. NONWOVENS
INGENIOUS INNOVATIONS
ISO CERTIFIED

**100 Emjay Blvd.**
**Brentwood, NY 11717**

Tel: 631-952-0100
Fax: 631-952-0200

| | |
|---|---|
| Invoice ID: | INV200103 |
| Date: | 10/4/2018 |
| Order No: | SO-219058 |
| Page No: | 1 |
| F.O.B: | SO-DLVD/PPD:CUST (US |

| Sold To | Ship To |
|---|---|
| SEARS HOLDINGS CORPORATION<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179<br>US | SEARS HOLDINGS CORP<br>1 KRESGE ROAD<br>FAIRLESS HILLS, PA 19030 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| KMART00 | 08275308680 | 2.0%/10 days,Net 30 | Freight: Prepaid |

| SALES REP ID | SHIP VIA | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|
| DAYWO | CC | 10/4/2018 | 11/3/2018 |

| QUANTITY | | | | | T | UNIT | EXTENDED |
|---|---|---|---|---|---|---|---|
| ORD | SHP | BCK | PART | DESCRIPTION | X | PRICE | PRICE |
| 840 | 840 | 0 | SMASE18A | SMART SENSE 12/35 LEMON DISINFECT (USD)<br>072000184264<br>PALLET ID: 1280469 | | $1.50 | $1,256.98 |

Special Instructions:   EACH SHIPMENT MUST HAVE ASN LABEL

| | |
|---|---|
| **SUB TOTAL:** | $1,256.98 |
| **TOTAL AMOUNT DUE:** | $1,256.98 |

Total Cases
Shipped:
840

Post audit claims require 90 days review.  Only claims with 12 months will be reviewed.  Claims greater than 12 months old will be rejected

Accounts not paid within terms are subject to an interest charge of 1.5% per month.

IF YOU HAVE QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR OTHER PRODUCTS,
PLEASE CONTACT OUR SALES OFFICE.

PLEASE REFERENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO:  **US Nonwovens Corp.**
Dept CH 19477
Palatine, IL 60055-9477



USN is a D&B Credit Rating Reporting Partner.

ALL SHIPPING DISCREPANCIES MUST BE CALLED INTO CUSTOMER SERVICE WITHIN 14 BUSINESS DAYS FOR CLAIMS TO BE
APPROVED.  631-952-0200 X21 - customerservice@usnonwovens.com

# U.S. NONWOVENS
INGENIOUS INNOVATIONS
ISO CERTIFIED

**100 Emjay Blvd.**
Brentwood, NY 11717

Tel: 631-952-0100
Fax: 631-952-0200

| | |
|---|---|
| Invoice ID: | INV200104 |
| Date: | 10/2/2018 |
| Order No: | SO-219099 |
| Page No: | 1 |
| F.O.B: | SO-DLVD/PPD:CUST (US |

| Sold To | Ship To |
|---|---|
| SEARS HOLDINGS CORPORATION<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179<br>US | SEARS HOLDINGS CORP<br>5600 E AIRPORT RD<br>ONTARIO, CA 917618609 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| KMART00 | 08287250536 | 2.0%/10 days,Net 30 | Freight: Prepaid |

| SALES REP ID | SHIP VIA | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|
| DAYWO | CC | 10/2/2018 | 11/1/2018 |

| QUANTITY | | | | | T | UNIT | EXTENDED |
|---|---|---|---|---|---|---|---|
| ORD | SHP | BCK | PART | DESCRIPTION | X | PRICE | PRICE |
| 960 | 0 | 0 | SMASE06A | SMRT SENSE 12/42 TODDLER TUB SCT  (USD)<br>002400050<br>PALLET ID: | | $0.00 | $0.00 |
| Special Instructions: | | | EACH SHIPMENT MUST HAVE ASN LABEL | | | | |
| 864 | 864 | 0 | SMASE05 | DNO SMRT SENSE 12/84 MTTIS BLKBG   (USD)<br>002531963<br>PALLET ID: 1267027 | | $2.26 | $1,952.64 |
| Special Instructions: | | | EACH SHIPMENT MUST HAVE ASN LABEL | | | | |
| 105 | 105 | 0 | LITON34 | LITTLE ONES 1/576 (9X64) SCTD RSL BB (USD)<br>003148544<br>PALLET ID: 1293121 | | $10.89 | $1,143.45 |
| Special Instructions: | | | EACH SHIPMENT MUST HAVE ASN LABEL | | | | |

**Total Cases Shipped:**
969

|  |  |
|---|---|
| SUB TOTAL: | $3,096.09 |
| TOTAL AMOUNT DUE: | $3,096.09 |

Post audit claims require 90 days review. Only claims with 12 months will be reviewed. Claims greater than 12 months old will be rejected

Accounts not paid within terms are subject to an interest charge of 1.5% per month.

IF YOU HAVE QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR OTHER PRODUCTS, PLEASE CONTACT OUR SALES OFFICE.

PLEASE REFERENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO:  **US Nonwovens Corp.**
Dept CH 19477
Palatine, IL 60055-9477



USN is a D&B Credit Rating Reporting Partner.

ALL SHIPPING DISCREPANCIES MUST BE CALLED INTO CUSTOMER SERVICE WITHIN 14 BUSINESS DAYS FOR CLAIMS TO BE APPROVED. 631-952-0200 X21 - customerservice@usnonwovens.com



**U.S. NONWOVENS**
INGENIOUS INNOVATIONS
ISO CERTIFIED

**100 Emjay Blvd.**
Brentwood, NY 11717

Tel: 631-952-0100
Fax: 631-952-0200

| | |
|---|---|
| Invoice ID: | INV200207 |
| Date: | 10/5/2018 |
| Order No: | SO-218868 |
| Page No: | 1 |
| F.O.B: | SO-DLVD/PPD:CUST (US |

| Sold To | Ship To |
|---|---|
| SEARS HOLDINGS CORPORATION<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179<br>US | SEARS HOLDINGS CORP<br>333 SOUTH SPRUCE STREET<br>MANTENO, IL 60950 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | | FREIGHT TERMS |
|---|---|---|---|---|
| KMART00 | 08289241657 | 2.0%/10 days,Net 30 | | Freight: Prepaid |
| SALES REP ID | | SHIP VIA | SHIP DATE | INVOICE DUE DATE |
| DAYWO | | CC | 10/5/2018 | 11/4/2018 |

| QUANTITY | | | | | | T | UNIT | EXTENDED |
|---|---|---|---|---|---|---|---|---|
| ORD | SHP | BCK | PART | DESCRIPTION | | X | PRICE | PRICE |
| 432 | 432 | 0 | SMASE10 | DNO SMRT SENSE 6/168 MTT BLKBG RE (USD)<br>002595862<br>PALLET ID: 1324163 | | | $4.19 | $1,810.08 |
| Special Instructions: | | EACH SHIPMENT MUST HAVE ASN LABEL | | | | | | |
| 210 | 210 | 0 | LITON33 | LITTLE ONES 1/576 (9X64) SENS FF RSL (USD)<br>003147408<br>PALLET ID: 1291660, 1291673 | | | $10.89 | $2,286.90 |
| Special Instructions: | | EACH SHIPMENT MUST HAVE ASN LABEL | | | | | | |
| 216 | 216 | 0 | LITON30 | LITTLE ONES 3/256 (4x64) SENS FF RSL  (USD)<br>003149402<br>PALLET ID: 1319907 | | | $5.50 | $1,188.00 |
| Special Instructions: | | EACH SHIPMENT MUST HAVE ASN LABEL | | | | | | |
| 1,728 | 0 | 0 | LITON24 | LITTLE ONES 12/64 SENS FF BW RESEA (USD)<br>003150280<br>PALLET ID: | | | $0.00 | $0.00 |
| Special Instructions: | | EACH SHIPMENT MUST HAVE ASN LABEL | | | | | | |
| 1,296 | 1,296 | 0 | LITON26 | LITTLE ONES 12/64 SHEA BUTTER BW R (USD)<br>003150326<br>PALLET ID: 1345887 | | | $1.43 | $1,853.28 |
| Special Instructions: | | EACH SHIPMENT MUST HAVE ASN LABEL | | | | | | |

| | | |
|---|---|---|
| **Total Cases**<br>Shipped:<br>2154 | SUB TOTAL: | $7,138.26 |
| | TOTAL AMOUNT DUE: | $7,138.26 |

Post audit claims require 90 days review.  Only claims with 12 months will be reviewed.  Claims greater than 12 months old will be rejected

Accounts not paid within terms are subject to an interest charge of 1.5% per month.

IF YOU HAVE QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR OTHER PRODUCTS,
PLEASE CONTACT OUR SALES OFFICE.

PLEASE REFERENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO:  US Nonwovens Corp.
Dept CH 19477
Palatine, IL 60055-9477



USN is a D&B Credit Rating Reporting Partner.

ALL SHIPPING DISCREPANCIES MUST BE CALLED INTO CUSTOMER SERVICE WITHIN 14 BUSINESS DAYS FOR CLAIMS TO BE



**U.S. NONWOVENS**
INGENIOUS INNOVATIONS
ISO CERTIFIED

100 Emjay Blvd.
Brentwood, NY 11717

Tel: 631-952-0100
Fax: 631-952-0200

Invoice ID: INV200208
Date: 10/5/2018
Order No: SO-219059
Page No: 2
F.O.B: SO-DLVD/PPD:CUST (US

| Sold To | Ship To |
|---|---|
| SEARS HOLDINGS CORPORATION<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179<br>US | SEARS HOLDINGS CORP<br>333 SOUTH SPRUCE STREET<br>MANTENO, IL 60950 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| KMART00 | 08289243927 | 2.0%/10 days,Net 30 | Freight: Prepaid |

| SALES REP ID | SHIP VIA | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|
| DAYWO | CC | 10/5/2018 | 11/4/2018 |

| QUANTITY | | | PART | DESCRIPTION | T X | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| ORD | SHP | BCK | | | | | |
| 200 | 200 | 0 | SMASE31 | DNO SMASE 4/150 FRE/LEM DISINFECT  (USD)<br>004533138<br>PALLET ID: 1202597, 1312625 | | $4.81 | $962.00 |

Special Instructions:    EACH SHIPMENT MUST HAVE ASN LABEL

Total Cases
Shipped:
200

SUB TOTAL: $962.00

TOTAL AMOUNT DUE: $962.00

Post audit claims require 90 days review.  Only claims with 12 months will be reviewed.  Claims greater than 12 months old will be rejected

Accounts not paid within terms are subject to an interest charge of 1.5% per month.

IF YOU HAVE QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR OTHER PRODUCTS,
PLEASE CONTACT OUR SALES OFFICE.

PLEASE REFERENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO:   US Nonwovens Corp.
Dept CH 19477
Palatine, IL 60055-9477



USN is a D&B Credit Rating Reporting Partner.

ALL SHIPPING DISCREPANCIES MUST BE CALLED INTO CUSTOMER SERVICE WITHIN 14 BUSINESS DAYS FOR CLAIMS TO BE
APPROVED.  631-952-0200 X21 - customerservice@usnonwovens.com

# U.S. NONWOVENS
INGENIOUS INNOVATIONS
ISO CERTIFIED ᴮⱽ

**100 Emjay Blvd.**
Brentwood, NY 11717

Tel: 631-952-0100
Fax. 631-952-0200

Invoice ID: INV200209
Date: 10/5/2018
Order No: SO-218861
Page No: 1
F.O.B: SO-DLVD/PPD:CUST (US

| Sold To | Ship To |
|---|---|
| SEARS HOLDINGS CORPORATION<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179<br>US | SEARS HOLDINGS CORP<br>333 SOUTH SPRUCE STREET<br>MANTENO, IL 60950 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| KMART00 | 08289241656 | 2.0%/10 days,Net 30 | Freight: Prepaid |

| SALES REP ID | SHIP VIA | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|
| DAYWO | CC | 10/5/2018 | 11/4/2018 |

| QUANTITY | | | | | T | UNIT | EXTENDED |
|---|---|---|---|---|---|---|---|
| ORD | SHP | BCK | PART | DESCRIPTION | X | PRICE | PRICE |
| 800 | 800 | 0 | SMASE31 | DNO SMASE 4/150 FRE/LEM DISINFECT  (USD)<br>004533138<br>PALLET ID: 1182739, 1312527, 1312619,<br>1333681 | | $4.81 | $3,848.00 |

Special Instructions:   EACH SHIPMENT MUST HAVE ASN LABEL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 840 | 840 | 0 | SMASE36A | SMASE 4/105(3/35) 2LMN+1FRSH DSNFC (USD)<br>007361821<br>PALLET ID: 1355565, 1355573, 1355574 | | $4.19 | $3,519.60 |

Special Instructions:   EACH SHIPMENT MUST HAVE ASN LABEL

Total Cases
Shipped:
1640

SUB TOTAL: $7,367.60

TOTAL AMOUNT DUE: $7,367.60

Post audit claims require 90 days review. Only claims with 12 months will be reviewed. Claims greater than 12 months old will be rejected

Accounts not paid within terms are subject to an interest charge of 1.5% per month.

IF YOU HAVE QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR OTHER PRODUCTS,
PLEASE CONTACT OUR SALES OFFICE.

PLEASE REFERENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO:  US Nonwovens Corp.
Dept CH 19477
Palatine, IL 60055-9477



USN is a D&B Credit Rating Reporting Partner.

ALL SHIPPING DISCREPANCIES MUST BE CALLED INTO CUSTOMER SERVICE WITHIN 14 BUSINESS DAYS FOR CLAIMS TO BE
APPROVED. 631-952-0200 X21 - customerservice@usnonwovens.com

# U.S. NONWOVENS
INGENIOUS INNOVATIONS
ISO CERTIFIED

**100 Emjay Blvd.**
Brentwood, NY 11717

Tel: 631-952-0100
Fax: 631-952-0200

| | |
|---|---|
| Invoice ID: | INV200327 |
| Date: | 10/3/2018 |
| Order No: | SO-218869 |
| Page No: | 1 |
| F.O.B. | SO-DLVD/PPD:CUST (US |

| Sold To | Ship To |
|---|---|
| SEARS HOLDINGS CORPORATION<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179<br>US | SEARS HOLDINGS CORP<br>1 KRESGE ROAD<br>FAIRLESS HILLS, PA 19030 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| KMART00 | 08275306217 | 2.0%/10 days,Net 30 | Freight: Prepaid |

| SALES REP ID | SHIP VIA | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|
| DAYWO | CC | 10/3/2018 | 11/2/2018 |

| QUANTITY | | | | | T | UNIT | EXTENDED |
|---|---|---|---|---|---|---|---|
| ORD | SHP | BCK | PART | DESCRIPTION | X | PRICE | PRICE |
| 960 | 444 | 0 | SMASE06A | SMRT SENSE 12/42 TODDLER TUB SCT  (USD)<br>002400050<br>PALLET ID: 1262087 | | $2.12 | $941.28 |
| Special Instructions: | | | EACH SHIPMENT MUST HAVE ASN LABEL | | | | |
| 1,728 | 1,728 | 0 | SMASE10 | DNO SMRT SENSE 6/168 MTT BLKBG RE (USD)<br>002595862<br>PALLET ID: 1324277, 1324379, 1324416,<br>1324454 | | $4.19 | $7,240.32 |
| Special Instructions: | | | EACH SHIPMENT MUST HAVE ASN LABEL | | | | |
| 315 | 315 | 0 | LITON33 | LITTLE ONES 1/576 (9X64) SENS FF RSL (USD)<br>003147408<br>PALLET ID: 1291807, 1291828, 1291845 | | $10.89 | $3,430.35 |
| Special Instructions: | | | EACH SHIPMENT MUST HAVE ASN LABEL | | | | |
| 432 | 432 | 0 | LITON30 | LITTLE ONES 3/256 (4x64) SENS FF RSL  (USD)<br>003149402<br>PALLET ID: 1319840, 1319841 | | $5.50 | $2,376.00 |
| Special Instructions: | | | EACH SHIPMENT MUST HAVE ASN LABEL | | | | |
| 1,728 | 0 | 0 | LITON24 | LITTLE ONES 12/64 SENS FF BW RESEA (USD)<br>003150280<br>PALLET ID: | | $0.00 | $0.00 |
| Special Instructions: | | | EACH SHIPMENT MUST HAVE ASN LABEL | | | | |
| 1,296 | 1,296 | 0 | LITON25 | LITTLE ONES 12/64 SCENTED BW RESE (USD)<br>003150310<br>PALLET ID: 1309021 | | $1.43 | $1,853.28 |
| Special Instructions: | | | EACH SHIPMENT MUST HAVE ASN LABEL | | | | |
| 1,116 | 1,116 | 0 | SMASE43 | SMART SENSE 6/80 LINEN DS        (USD)<br>006123511<br>PALLET ID: 1309943 | | $1.20 | $1,339.20 |
| Special Instructions: | | | EACH SHIPMENT MUST HAVE ASN LABEL | | | | |
| 1,260 | 1,260 | 0 | SMASE28A | SMASE 6/14 OZ ULTRA ORIGINAL DISH  (USD)<br>009090669<br>PALLET ID: 1275998 | | $1.39 | $1,751.40 |
| Special Instructions: | | | EACH SHIPMENT MUST HAVE ASN LABEL | | | | |
| 360 | 360 | 0 | SMASE49 | SMASE 6/56 OZ ORIGINAL DISH       (USD)<br>009091547<br>PALLET ID: 1268202 | | $3.35 | $1,206.00 |
| Special Instructions: | | | EACH SHIPMENT MUST HAVE ASN LABEL | | | | |

| | | |
|---|---|---|
| | SUB TOTAL: | $20,137.83 |
| Total Cases<br>Shipped: | TOTAL AMOUNT DUE: | $20,137.83 |


## U.S. NONWOVENS
INGENIOUS INNOVATIONS
ISO CERTIFIED

**100 Emjay Blvd.**
Brentwood, NY 11717

Tel: 631-952-0100
Fax: 631-952-0200

| | |
|---|---|
| Invoice ID: | INV200327 |
| Date: | 10/3/2018 |
| Order No: | SO-218869 |
| Page No: | 2 |
| F.O.B: | SO-DLVD/PPD:CUST (US |

| Sold To | Ship To |
|---|---|
| SEARS HOLDINGS CORPORATION<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179<br>US | SEARS HOLDINGS CORP<br>1 KRESGE ROAD<br>FAIRLESS HILLS, PA 19030 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| KMART00 | 08275306217 | 2.0%/10 days,Net 30 | Freight: Prepaid |

| SALES REP ID | SHIP VIA | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|
| DAYWO | CC | 10/3/2018 | 11/2/2018 |

| QUANTITY | | | PART | DESCRIPTION | T | UNIT | EXTENDED |
|---|---|---|---|---|---|---|---|
| ORD | SHP | BCK | | | X | PRICE | PRICE |

6951

Post audit claims require 90 days review.  Only claims with 12 months will be reviewed.  Claims greater than 12 months old will be rejected

Accounts not paid within terms are subject to an interest charge of 1.5% per month.

IF YOU HAVE QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR OTHER PRODUCTS, PLEASE CONTACT OUR SALES OFFICE.

PLEASE REFERENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO:  US Nonwovens Corp.
Dept CH 19477
Palatine, IL 60055-9477



USN is a D&B Credit Rating Reporting Partner.

ALL SHIPPING DISCREPANCIES MUST BE CALLED INTO CUSTOMER SERVICE WITHIN 14 BUSINESS DAYS FOR CLAIMS TO BE APPROVED.  631-952-0200 X21 - customerservice@usnonwovens.com

 **U.S. NONWOVENS** CORP.
ingenious innovations

# INVOICE

US Nonwovens Corp
110 Emjay Blvd
NY US 11717

| | |
|---|---|
| Invoice Number: | 84951 |
| Date: | 10/09/2018 |
| Page Number: | 1 |
| Order Number: | 330696 |
| F.O.B.: | |

| Sold To | Ship To |
|---|---|
| 096ALLUSNONWOVE<br>3100 W BIG BEAVER ROAD<br>DC INVOICING DEPT<br>TROY MI 48084 | SEARS HOLDING CORP<br>SEARS HOLDING CORP<br>1 KREGSE ROAD<br>PENN WARNER PARK<br>FAIRLESS HILLS PA 19030 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS | |
|---|---|---|---|---|
| 50258 | 08275310222 | Net 60 Days | | |
| SALES REP ID | | SHIPPING METHOD | SHIP DATE | INVOICE DUE DATE |
| KMART | | | | 12/08/2018 |

| QUANTITY | | | | | T | UNIT | | EXTENDED |
|---|---|---|---|---|---|---|---|---|
| ORD | SHP | BCK | PART | DESCRIPTION | X | PRICE | CURRENCY | PRICE |
| | 48 | | SMASE39A<br>010883967393739 | 6/33.8OZ SMASE FAB<br>REFRESHER | Y | 10.3800 | USD | $ 498.24 |

ORDER SPECIFICATIONS

| | |
|---|---|
| SUB TOTAL: | $498.24 |
| TAX RATE: | 0 % |
| SALES TAX TOTAL: | |
| TOTAL AMOUNT DUE: | $498.24 |

Total Cases
Shipped:
48.00

Total
Weight:
0.00

Note: Post audit claims require 90days review. Only claims within 12 months will be reviewed. Claims older than 12 months will be rejected.
**Accounts not paid within terms are subject to an interest charge of 1.5% per month.**

 **D&B**

USN is a D&B Credit Rating Reporting Partner

IF YOU HAVE ANY QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR PRODUCTS, PLEASE CONTACT OUR SALES OFFICE.

PLEASE REFERENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO: **U.S.Nonwovens Corp.**
**Dept CH 19477**
**Palatine, IL 60055-9477**

ALL SHIPPING DISCREPANCIES MUST BE CALLED INTO CUSTOMER SERVICE WITHIN 14 BUSINESS DAYS FOR CLAIMS TO BE APPROVED. 631-952-0100 X1018 – jvalenti@usnonwovens.com



# INVOICE

US Nonwovens Corp
110 Emjay Blvd
NY US 11717

| | |
|---|---|
| Invoice Number: | 84952 |
| Date: | 10/09/2018 |
| Page Number: | 1 |
| Order Number: | 330697 |
| F.O.B: | |

| Sold To |
|---|
| 096ALLUSNONWOVE |
| 3100 W BIG BEAVER ROAD |
| DC INVOICING DEPT |
| TROY MI 48084 |

| Ship To |
|---|
| SEARS HOLDING CORP |
| SEARS HOLDING CORP |
| 5600 EAST AIRPORT RD |
| ONTARIO CA 91761 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS | |
|---|---|---|---|---|
| 50258 | 08287251678 | Net 60 Days | | |
| SALES REP ID | | SHIPPING METHOD | SHIP DATE | INVOICE DUE DATE |
| KMART | | | | 12/08/2018 |

| ORD | SHP | BCK | PART | DESCRIPTION | TX | UNIT PRICE | CURRENCY | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| | 48 | | SMASE39A 010883967393739 | 6/33.8OZ SMASE FAB REFRESHER | Y | 10.3800 | USD | $ 498.24 |

ORDER SPECIFICATIONS

| | |
|---|---|
| SUB TOTAL: | $498.24 |
| TAX RATE: | 0 % |
| SALES TAX TOTAL: | |
| TOTAL AMOUNT DUE: | $498.24 |

Total Cases Shipped: 48.00
Total Weight: 0.00

Note: Post audit claims require 90days review. Only claims within 12 months will be reviewed. Claims older than 12 months will be rejected.
**Accounts not paid within terms are subject to an interest charge of 1.5% per month.**



USN is a D&B Credit Rating Reporting Partner

IF YOU HAVE ANY QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR PRODUCTS, PLEASE CONTACT OUR SALES OFFICE.

PLEASE REFERENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO: **U.S.Nonwovens Corp.**
**Dept CH 19477**
**Palatine, IL 60055-9477**

ALL SHIPPING DISCREPANCIES MUST BE CALLED INTO CUSTOMER SERVICE WITHIN 14 BUSINESS DAYS FOR CLAIMS TO BE APPROVED. 631-952-0100 X1018 – jvalenti@usnonwovens.com