TARTER KRINSKY & DROGIN LLP
*Attorneys for Alpine Creations Ltd.*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Rocco A. Cavaliere, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                       :
                                                             :   Chapter 11
SEARS HOLDINGS CORPORATION, *et. al.*[1],                    :
                                                             :   Case No. 18-23538 (RDD)
                             Debtor.                         :   (Jointly Administered)
------------------------------------------------------------ x

## NOTICE OF RECLAMATION DEMAND OF ALPINE CREATIONS LTD.

**PLEASE TAKE NOTICE** that Alpine Creations Ltd. ("Alpine"), by and through undersigned counsel, files this Notice of Reclamation Claim pursuant to 11 U.S.C. § 546(c), 11 U.C.C. § 2-702 and applicable non-bankruptcy law, on the above-captioned debtors and debtors-in-possession (collectively "the "Debtors"), to reclaim certain assets (the "Goods") that are subject to reclamation.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

The Goods were sold in the ordinary course of business and received by one or more of the Debtors in the forty-five (45) days prior to the filing of the Debtors' bankruptcy petitions on October 15, 2018 (the "Petition Date"). Alpine is informed and believes the Debtors were insolvent at the time they received delivery of the Goods.

Alpine incorporates by reference and attaches as **Exhibit "A"**, a copy of the written demand for reclamation, and list of invoices, purchase orders, and related information for the Goods shipped from Alpine to the Debtors during the forty-five (45) day period prior to the Petition Date (the "Reclamation Demand"), served on the Debtors and the Debtors' attorney of record on November 1, 2018, pursuant to 11 U.S.C. § 546(c).

**PLEASE TAKE FURTHER NOTICE** that Alpine reserves all of its rights with respect to the Goods, including, without limitation, (i) its right to be paid in the ordinary course of business as a post-petition creditor of the Debtors to the extent the Goods were delivered to the Debtors on or after October 15 2018; (ii) its right to assert a 20-day administrative priority claim pursuant to 11 U.S.C. §503(b)(9); (iii) its right to assert a "new value" defense to any preference demand pursuant to 11 U.S.C. §547(c)(4); (iv) its right to demand payment of any portion of this invoice as a "cure" payment in connection with the Debtors' assumption of any executory contract, if any, pursuant to 11 U.S.C. § 365; (v) its right to seek payment of its prepetition invoices from any non-debtor parties that are co-obligors; (vi) its right to file additional demands or claims, including without limitation, a proof of claim; and/or (vii) its right to assert any other rights under applicable law. By filing this Notice, Alpine does not consent to entry of final orders

of the bankruptcy court on non-core issue and claims, and does not waive any jurisdictional defenses and reserves its rights to amend this Notice.

Dated: New York, New York
November 1, 2018

                                        Respectfully submitted,

                                        TARTER KRINSKY & DROGIN LLP
                                        *Attorneys for Alpine Creations Ltd.*

                                        By: s/ Rocco A. Cavaliere
                                            Rocco A. Cavaliere
                                            1350 Broadway, 11th Floor
                                            New York, New York 10018
                                            (212) 216-8000

# EXHIBIT "A"



**Tarter Krinsky & Drogin LLP**
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Rocco A. Cavaliere, Partner
Email: rcavaliere@tarterkrinsky.com
Phone: (212) 216-1141

November 1, 2018

*Via Federal Express and Email*
Ray C. Schrock, P.C. (ray.schrock@weil.com)
Jacqueline Marcus, Esq. (Jacqueline.marcus@weil.com)
Garrett A. Fail, Esq. (Garrett.fail@weil.com)
Sunny Singh, Esq. (sunny.singh@weil.com)
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

*Via Federal Express*
Sears Holding Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

    Re:    In re Sears Holding Corporation, et al., 18-23538 (RDD) (Bankr. S.D.N.Y)
             Demand for Reclamation Pursuant to 11 U.S.C. § 546(c) and U.C.C. § 2-702

Dear Sirs and Madam:

    This firm represents Alpine Creations Ltd. ("Alpine"), a creditor and party in interest in the above-referenced bankruptcy cases, pending in the Bankruptcy Court for the Southern District of New York.

    Pursuant to U.C.C. § 2-702 and 11 U.S.C. § 546(c), demand is hereby made upon Sears Holding Corporation and its affiliates and subsidiaries (collectively, the "Debtors") for the reclamation and return of all goods (the "Goods") that were shipped to the Debtors by Alpine in the ordinary course of business, where such goods were received by the Debtors within forty-five (45) days (the "Reclamation Period") preceding the commencement of the Debtors' bankruptcy cases filed on October 15, 2018 (the "Petition Date").

    This demand covers numerous invoices and purchase orders covering Goods aggregating an amount not less than $1,361,346.87 delivered to one or more of the Debtors (including Sears Roebuck & Co. and Kmart Corporation) during the Reclamation Period, and for the proceeds of any Goods that may have been sold. All relevant details regarding the invoice numbers and purchase orders for the Goods are referenced in the spreadsheet attached as Exhibit "1" hereto. Copies of the invoices and purchase orders are also available upon request.

    Alpine demands that all Goods subject to Alpine's reclamation rights, including Goods received during the Reclamation Period but not referenced herein, be segregated and protected

Weil Gotshal & Manges, LLP
November 1, 2018
Page 2

by the Debtors and/or their agents from any other Goods in the Debtors' possession and that the Debtors provide an immediate accounting of all such Goods on-hand and their present location(s). Such Goods shall not be used for any purpose whatsoever except those specifically authorized by the Bankruptcy Court, following notice and a hearing.

Alpine reserves all rights under 11 U.S.C. § 503(b)(9) or any other provision of the Bankruptcy Code to the extent the Goods are not timely returned. In addition, Alpine reserves the right to amend and supplement this reclamation claim and to make additional reclamation or other claims Alpine may have at law, in equity or otherwise. This reclamation claim is not intended to be and shall not be construed as an election of Alpine's remedies, a waiver of any past, present or future defaults or events of default by the Debtors or a waiver or limitation of any rights or remedies.

Please forward all communications concerning this matter to my office as counsel for Alpine. In the event of any questions, please do not hesitate to contact me.

Very truly yours,

Rocco A. Cavaliere

Enclosure

{Client/085149/1/01680346.DOCX;1 }

# EXHIBIT "1"

**ALPINE CREATIONS LTD**
**PLOT NO WT-10**
P.O.Box: 17006, JAFZ, Dubai.U.A.E.
Tel: +971 4 8816117

Sears Roebuck & Co.,
3333 Beverly Road
Hoffman Estates.IL 60179

Details of shipment made from 01/09/2018 to 14/10/2018

| Inv.No. | PO Number | Cargo Received Date | Type | Country | Amount $ | Balance $ |
|---|---|---|---|---|---|---|
| 201821693052 | SV1771 | 07/09/2018 | Sears LC | Egypt | 39,644.70 | 39,644.70 |
| 201821899739 | SS1641, SX6025 | 10/09/2018 | Sears LC | Vietnam | 4,928.10 | 4,928.10 |
| 201821900995 | SS1641, SX6025 | 10/09/2018 | Sears LC | Vietnam | 4,111.70 | 4,111.70 |
| 201821996739 | SF8724 | 13/09/2018 | Sears LC | Vietnam | 13,846.20 | 13,846.20 |
| 201821896397 | SG6536 | 14/09/2018 | Sears LC | Vietnam | 11,953.60 | 11,953.60 |
| 201821896730 | SG6536 | 14/09/2018 | Sears LC | Vietnam | 9,920.00 | 9,920.00 |
| 201821924294 | SE8895 | 14/09/2018 | Sears LC | Egypt | 15,256.34 | 15,256.34 |
| 201821996655 | SF8724 | 15/09/2018 | Sears LC | Vietnam | 11,329.35 | 11,329.35 |
| 201821886101 | SF8958 | 16/09/2018 | Sears LC | Egypt | 16,155.70 | 16,155.70 |
| 201822031391 | SX6021 | 17/09/2018 | Sears LC | Vietnam | 4,619.16 | 4,619.16 |
| 201822031533 | SX6021 | 17/09/2018 | Sears LC | Vietnam | 3,767.40 | 3,767.40 |
| 201822040473 | SX6027 | 21/09/2018 | Sears LC | Egypt | 68,398.08 | 68,398.08 |
| 201822216358 | SS1640 | 04/10/2018 | Sears LC | Egypt | 15,280.65 | 15,280.65 |

*[Stamp: البــاين كــريــيشــنــز المــحــدودة / ALPINE CREATIONS LTD. / P.O. Box: 17006 / PLOT NO WT - 10 / JEBEL ALI, DUBAI - U.A.E.]*

Page 1 of 2

| | | | | | | |
|---|---|---|---|---|---|---|
| 201821563394 | SH6561 | 01/09/2018 | Sears Open | Vietnam | 1,805.16 | 1,805.16 |
| 201821692982 | SS1785 | 07/09/2018 | Sears Open | Egypt | 20,195.00 | 20,195.00 |
| 201821965129 | SF8627, SF8628, SF8693, SG8588, SH6561 | 13/09/2018 | Sears Open | Vietnam | 46,736.66 | 46,736.66 |
| 201821885772 | SE8892, SH8923, SI6653, SI6668 | 14/09/2018 | Sears Open | Egypt | 56,742.35 | 56,742.35 |
| 201821965726 | SF8627, SF8628, SF8693, SG8588, SH6561 | 15/09/2018 | Sears Open | Vietnam | 36,489.92 | 36,489.92 |
| 201821885981 | SE8871, SE8890, SE8893, SE8894, SF8897, SF8953, SF8957, SI6654, SJ6667 | 16/09/2018 | Sears Open | Egypt | 133,574.21 | 133,574.21 |
| 201822030915 | SR1998 | 17/09/2018 | Sears Open | Vietnam | 1,940.00 | 1,940.00 |
| 201822031156 | SR1998 | 17/09/2018 | Sears Open | Vietnam | 1,420.00 | 1,420.00 |
| 201822113010 | SX6097 | 17/09/2018 | Sears Open | Vietnam | 1,465.20 | 1,465.20 |
| 201822113270 | SX6097 | 17/09/2018 | Sears Open | Vietnam | 1,188.00 | 1,188.00 |
| 201822196011 | SF9000 | 21/09/2018 | Sears Open | Vietnam | 9,469.98 | 9,469.98 |
| 201822196255 | SF9000 | 21/09/2018 | Sears Open | Vietnam | 7,736.04 | 7,736.04 |
| 201822210246 | SE8856, SE8857, SE8858, SE8864, SE8866, SE8867, SE8868, SE8873, SF8627, SF8711, SF8883 | 27/09/2018 | Sears Open | Vietnam | 125,268.70 | 125,268.70 |
| 201822213337 | SE8856, SE8857, SE8858, SE8864, SE8866, SE8867, SE8868, SE8873, SF8627, SF8711, SF8883 | 01/10/2018 | Sears Open | Vietnam | 102,160.80 | 102,160.80 |
| 201822453271 | SF8623, SF8684 | 04/10/2018 | Sears Open | Vietnam | 7,376.40 | 7,376.40 |
| 201822456735 | SF8623, SF8684 | 04/10/2018 | Sears Open | Vietnam | 6,442.20 | 6,442.20 |
| 201822569347 | SN4709 | 05/10/2018 | Sears Open | Vietnam | 18,235.20 | 18,235.20 |
| 201822569429 | SN4709 | 05/10/2018 | Sears Open | Vietnam | 14,894.40 | 14,894.40 |
| | Total USD | | | | | $ 812,351.20 |

ALPINE CREATIONS LTD.
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.

**ALPINE CREATIONS LTD**
PLOT NO WT-10
P.O.Box: 17006, JAFZ, Dubai.U.A.E.
Tel: +971 4 8816117

**Kmart Corporation**
3333 Beverly Road
Hoffman Estates.IL 60179

Details of shipment made from 01/09/2018 to 14/10/2018

| Inv.No. | PO Number | Cargo Received Date | Type | Country | Amount $ | Balance $ |
|---|---|---|---|---|---|---|
| 201821563355 | B1V3W, B1VGM, B1VGP | 01/09/2018 | Kmart LC | Vietnam | 65,706.96 | 65,706.96 |
| 201821924437 | B1V3W, B1VGM | 06/09/2018 | Kmart LC | Vietnam | 28,957.43 | 28,957.43 |
| 201821924642 | B1V3W | 06/09/2018 | Kmart LC | Vietnam | 27,682.24 | 27,682.24 |
| 201821964299 | B1VH0, B1VH2, B1VH3 | 13/09/2018 | Kmart LC | Vietnam | 30,086.05 | 30,086.05 |
| 201821966115 | B1VH0, B1VH2, B1VH3 | 15/09/2018 | Kmart LC | Vietnam | 31,141.35 | 31,141.35 |
| 201822040405 | B2R6L | 21/09/2018 | Kmart LC | Egypt | 5,429.76 | 5,429.76 |
| 201821563224 | B1VGC, B2XA9, B2Y4V | 01/09/2018 | Kmart Open | Vietnam | 10,231.29 | 10,231.29 |
| 201821924464 | B2X90 | 06/09/2018 | Kmart Open | Vietnam | 17,529.22 | 17,529.22 |
| 201821924661 | B2X90 | 06/09/2018 | Kmart Open | Vietnam | 18,262.60 | 18,262.60 |
| 201821858427 | B1V4Q, B2NK7, B2WTP, B2WTQ, B2WTR, B2XEG, B2XEH, B2XEJ, B2XEK, B2XEM, B2XER | 09/09/2018 | Kmart Open | Egypt | 56,848.43 | 56,848.43 |
| 201821963893 | B1V51, B1VGC | 13/09/2018 | Kmart Open | Vietnam | 20,842.90 | 20,842.90 |
| 201821965849 | B1V51, B1VGC | 15/09/2018 | Kmart Open | Vietnam | 21,278.58 | 21,278.58 |
| 201821885678 | B2WVZ | 16/09/2018 | Kmart Open | Egypt | 8,878.25 | 8,878.25 |

ألبــاين كــريــيشــنــز المـحـدودة
ALPINE CREATIONS LTD.
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U A E

Page 1 of 2

| | | | | | | |
|---|---|---|---|---|---|---|
| 201822195260 | B2WTG | 21/09/2018 | Kmart Open | Vietnam | 10,201.10 | 10,201.10 |
| 201822195377 | B2WTG | 21/09/2018 | Kmart Open | Vietnam | 10,606.18 | 10,606.18 |
| 201822040419 | B2R6W | 21/09/2018 | Kmart Open | Egypt | 8,985.60 | 8,985.60 |
| 201822040393 | B2NK7 | 23/09/2018 | Kmart Open | Egypt | 1,776.44 | 1,776.44 |
| 201822211529 | B1V51, B2NH4, B2WTF, B2WVM, B2XE3, B2XE4, B2XE5, B2XE6, B2XE7 | 27/09/2018 | Kmart Open | Vietnam | 62,592.30 | 62,592.30 |
| 201822213933 | B1V51, B2NH4, B2WTF, B2WVM, B2XE3, B2XE4, B2XE5, B2XE6, B2XE7 | 01/10/2018 | Kmart Open | Vietnam | 65,197.20 | 65,197.20 |
| 201822454650 | B2NHB | 04/10/2018 | Kmart Open | Vietnam | 8,185.52 | 8,185.52 |
| 201822456814 | B2NHB | 04/10/2018 | Kmart Open | Vietnam | 8,507.94 | 8,507.94 |
| 201822382106 | B2WTP, B2XEM | 04/10/2018 | Kmart Open | Egypt | 6849.77 | 6849.77 |
| 201822525311 | B2WR0 | 05/10/2018 | Kmart Open | Vietnam | 10,231.20 | 10,231.20 |
| 201822525462 | B2WR0 | 05/10/2018 | Kmart Open | Vietnam | 12,987.36 | 12,987.36 |
| | Total USD | | | | | $ 548,995.67 |

البــاين كـريـيشنـز المـحدودة
ALPINE CREATIONS LTD.
P.O. Box: 17005
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.