UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that One World Technologies, Inc. d/b/a Techtronic Industries Power Equipment ("TTI"), hereby appears in these chapter 11 cases by its counsel, Norton Rose Fulbright US LLP, and demands, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in these cases

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLightcom, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

and all papers served or required to be served in these cases, be given to and served upon the undersigned counsel, at the address set forth below. An e-mail address is included, and notice by e-mail is affirmatively acknowledged as being acceptable:

>Howard Seife, Esq.
>Christy Rivera, Esq.
>NORTON ROSE FULBRIGHT US LLP
>1301 Avenue of the Americas
>New York, New York 10019-6022
>Telephone: (212) 408-5100
>Facsimile: (212) 541-5369
>E-mail: *howard.seife@nortonrosefulbright.com*
>            *christy.rivera@nortonrosefulbright.com*

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, complaint, demand, disclosure statement, plan of reorganization, or any other document which in any way affects the debtors or their property, whether transmitted or conveyed by mail delivery, telephone, facsimile, telex, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, this appearance and demand for notice is neither intended as nor is it a consent of TTI to jurisdiction of the Bankruptcy Court nor, specifically but not limited to, a waiver of (i) TTI's rights to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) TTI's rights to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) TTI's rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which TTI is or may be entitled under any agreement, in law, or in

equity, all of which rights, claims, actions, defenses, set-offs, and recoupments TTI expressly reserves.

Dated: New York, New York
November 1, 2018

                           Respectfully submitted,

                           **NORTON ROSE FULBRIGHT US LLP**

                           By:  /s/ Christy Rivera
                                 Howard Seife
                                 *howard.seife@nortonrosefulbright.com*
                                 Christy L. Rivera
                                 *christy.rivera@nortonrosefulbright.com*
                                 1301 Avenue of the Americas
                                 New York, New York 10019-6022
                                 Tel.: (212) 408-5100
                                 Fax: (212) 541-5369

                                 *Counsel for One World Technologies, Inc. d/b/a Techtronic Industries Power Equipment*

## **CERTIFICATE OF SERVICE**

    I certify that on November 1, 2018, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York.

                                                          */s/ Christy L. Rivera*
                                                        Christy L. Rivera