**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| SEARS HOLDING CORPORATION, *et al.,* | : | Case No. 18-23538 (RDD) |
|  | : |  |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

Rayella Bergman, being duly sworn, deposes and says:

1.      I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

2.      On the 1st day of November, 2018, I served copies of:

- Notice of Reclamation Demand of Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances [Docket No. 409]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon these parties listed on **Schedule A**.

3.      On the 1st day of November, 2018, I served copies of:

- Notice of Reclamation Demand of Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances [Docket No. 409]

by electronic mail upon these parties listed on **Schedule B**.

*/s/ Rayella Bergman*
Rayella Bergman

Sworn to and subscribed before me this
1st day of November, 2018

*/s/ Renea Gargiulo*
Notary Public, State of New York
No. 01GA6313748
Qualified in Kings County
Comm. Exp. 10/27/2018

**Schedule A**

Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760
Attn: Diane Wade Sanders

Sears Holding Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: Stephen Sitley Esq.,
Luke J. Valentino, Esq

The Bank of New York Mellon Trust Company
101 Barclay St., Floor 8W
New York, NY 10286
Attn: Corporate Trust Administration

Travis County Attorney
P.O. Box 1748
Austin, TX 78767
Attn: David Escamilla

Wilmington Trust, National Association
Corporate Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402
Attn: Sears Holdings Corp. Administrator

Office of the United States Trustee
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Paul Schwartzberg

## Schedule B

idizengoff@akingump.com; pdublin@akingump.com; aqureshi@akingump.com; sbrauner@akingump.com; James.Vincequerra@alston.com; leib.lerner@alston.com; ajd@ansellgrimm.com; eneiger@askllp.com; jchristian@askllp.com; pollack@ballardspahr.com; branchd@ballardspahr.com; heilmanl@ballardspahr.com; summersm@ballardspahr.com; harnerp@ballardspahr.com; kutnera@ballardspahr.com; knewman@barclaydamon.com; emiller@bayardlaw.com; rmills@bellnunnally.com; klove@bellnunnally.com; Tgaa@bbslaw.com; JRhodes@BlankRome.com; Tarr@BlankRome.com; EZucker@BlankRome.com; bankruptcy@borgeslawllc.com; wborges@borgeslawllc.com; schin@borgeslawllc.com; arainone@bracheichler.com; bk@brookfieldpropertyretail.com; schristianson@buchalter.com; rdavis@cafarocompany.com; jlevitin@cahill.com; rstieglitz@cahill.com; mcatalfimo@carterconboy.com; gadsden@clm.com; bankruptcy@clm.com; Dennis.roemlein@bnymellon.com; appleby@chapman.com; wilamowsky@chapman.com; brotenberg@csglaw.com; szuber@csglaw.com; ksimard@choate.com; jmarshall@choate.com; hchoi@choiandpark.com; cpark@choiandpark.com; lkleist@choiandpark.com; mstein@chuhak.com; eschnitzer@ckrlaw.com; duane.brescia@clarkhillstrasburger.com; dblau@clarkhill.com; soneal@cgsh.com; jbromley@cgsh.com; aweaver@cgsh.com; Michael.smith2@computershare.com; kbifferato@connollygallagher.com; kconlan@connollygallagher.com; cgriffiths@connollygallagher.com; mfelger@cozen.com; pzumbro@cravath.com; dhw@dhclegal.com; marshall.huebner@davispolk.com; eli.vonnegut@davispolk.com; sears.service@davispolk.com; mcto@debevoise.com; eweisgerber@debevoise.com; Leopold.matt@Epa.gov; Fischer.douglas@Epa.gov; Jacobowitz.ross@Epa.gov; lbercovich@epicor.com; ppascuzzi@ffwplaw.com; mark.wilson@fisherbroyles.com; patricia.fugee@fisherbroyles.com; dlwright@foley.com; msmall@foley.com; plabov@foxrothschild.com; thoran@foxrothschild.com; mhall@foxrothschild.com; mherz@foxrothschild.com; brad.eric.scheler@friedfrank.com; scott.luftglass@friedfrank.com; peter.siroka@friedfrank.com; tking@fbtlaw.com; rgold@fbtlaw.com; awebb@fbtlaw.com; gseitz@gsbblaw.com; btheisen@gibbonslaw.com; nsongonuga@gibbonslaw.com; hcohen@gibbonslaw.com; gfox@goodwinlaw.com; bbazian@goodwinlaw.com; drosner@goulstonstorrs.com; thoffmann@goulstonstorrs.com; tannweiler@greerherz.com; jfigueiredo@hahnhessen.com; dlieberman@halperinlaw.net; joia.johnson@hanes.com; howard.upchurch@hanes.com; ktompsett@harrisbeach.com; elio@higgslaw.com; barbra.parlin@hklaw.com; bgross@HuntonAK.com; lynn.butler@huschblackwell.com; Mimi.M.Wong@irscounsel.treas.gov; Mimi.M.Wong@irscounsel.treas.gov; KDWBankruptcyDepartment@KelleyDrye.com; bfeder@kelleydrye.com; cliu@kelleydrye.com; kurtzman@kurtzmansteady.com; dgragg@langleybanack.com; rzucker@lasserhochman.com; marc.zelina@lw.com; peter.gilhuly@lw.com; ted.dillman@lw.com; gillazarus@gmail.com; kevin@ksnpc.com; hlazarus@lazarusandlazarus.com; harlan.lazarus@gmail.com; ilan.markus@leclairryan.com; niclas.ferland@leclairryan.com; sanantonio.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com; houston_bankruptcy@publicans.com; jfarnum@linowes-law.com; braynor@lockelord.com; asmith@lockelord.com; dwirt@lockelord.com; bbuechler@lowenstein.com; tleday@mvbalaw.com; bmcgrath@mcglinchey.com; kromano@mcglinchey.com; mchaney@mcglinchey.com; raguilar@mcglinchey.com;

sdnyecf@dor.mo.gov; laura.mccarthy@morganlewis.com; neil.herman@morganlewis.com;
smiller@morrisjames.com; cmiller@mnat.com; jbarsalona@mnat.com;
bankruptcy@morrisoncohen.com; dperry@munsch.com; kcordry@naag.org;
jody.bedenbaugh@nelsonmullins.com; shane.ramsey@nelsonmullins.com;
rachel.obaldo@oag.texas.gov; richard.morrissey@usdoj.gov; paul.schwartzberg@usdoj.gov;
lily@pacogarment.com; chipford@parkerpoe.com; leslieplaskon@paulhastings.com;
andrewtenzer@paulhastings.com; shlomomaza@paulhastings.com; ecobb@pbfcm.com;
lmbkr@pbfcm.com; osonik@pbfcm.com; dpick@picklaw.net; jon@piercemccoy.com;
rsteinberg@pricemeese.com; searsteam@primeclerk.com; serviceqa@primeclerk.com;
gerald.kennedy@procopio.com; rlp@pryormandelup.com; cfilardi@rrlawpc.com;
greiss@reisspreuss.com; etikkanen@reisspreuss.com; Robert.e.michael.esq@gmail.com;
Aron.hume@gmail.com; fbr@robinsonbrog.com; gregg.galardi@ropesgray.com;
kimberly.kodis@ropesgray.com; sam.ashuraey@ropesgray.com; james.wilton@ropesgray.com;
patricia.chen@ropesgray.com; srosen@rosenpc.com; skelly@s-d.com; mmccann@swc-
law.com; rabiuso@swc-law.com; jweinblatt@sakar.com; cbelmonte@ssbb.com;
asnow@ssbb.com; pbosswick@ssbb.com; dipesh.patel@saul.com; phil.hudson@saul.com;
carmen.contreras-martinez@saul.com; secbankruptcy@sec.gov; NYROBankruptcy@sec.gov;
bankruptcynoticeschr@sec.gov; emfox@seyfarth.com; fsosnick@shearman.com;
sara.coelho@shearman.com; rreinert@shutts.com; rtucker@simon.com;
mshriro@singerlevick.com; paul.leake@skadden.com; shana.elberg@skadden.com;
george.howard@skadden.com; Paul.Leake@skadden.com; Shana.Elberg@skadden.com;
George.Howard@skadden.com; enotices@skijain.com; bk@svllaw.com;
mary.callahan@bnymellon.com; mary.callahan@bnymellon.com; tonder@stark-stark.com;
jlemkin@stark-stark.com; cp@stevenslee.com; streusand@slollp.com;
dietdericha@sullcrom.com; zylberbergd@sullcrom.com; Riela@thsh.com;
aconway@taubman.com; Starr.Judith@pbgc.gov; mccarron.william@pbgc.gov;
efile@pbgc.gov; Curtis.Tuggle@ThompsonHine.com; powerwangtxks@vip.126.com;
AGBankNewYork@ag.tn.gov; jose.galarza@usbank.com; David.Jones6@usdoj.gov;
Jeffrey.Oestericher@usdoj.gov; Joseph.Cordaro@usdoj.gov; Carina.Schoenberger@usdoj.gov;
Lawrence.Fogelman@usdoj.gov; Peter.Aronoff@usdoj.gov; Linda.Riffkin@usdoj.gov;
mschein@vedderprice.com; notice@waldrepllp.com; gtoering@wnj.com;
ray.schrock@weil.com; garrett.fail@weil.com; jacqueline.marcus@weil.com;
sunny.singh@weil.com; JeriLeigh.Miller@weil.com; jessica.liou@weil.com;
Paloma.VanGroll@weil.com; mbrofman@weisszarett.com; sgerald@wtplaw.com;
awilliams@williamsadvisors.com; alipkin@willkie.com; gbrunswick@willkie.com;
scimalore@wilmingtontrust.com; saron@wrslawyers.com;