**Hearing Date and Time: November 15, 2018 at 10:00 a.m. (Eastern Time)**
**Objection Date and Time: November 8, 2018 at 4:00 p.m. (Eastern Time)**

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Tel: 212-373-3000
Fax: 212-757-3990
Paul M. Basta
Kelley A. Cornish
Lewis R. Clayton
Susanna M. Buergel
Robert Britton
Jonathan Hurwitz

*Proposed Counsel for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re:                                                        :    **Chapter 11**
                                                              :
**SEARS HOLDINGS CORPORATION**, *et al.*,                      :    **Case No. 18-23538 (RDD)**
                                                              :
                            **Debtors.** [1]                   :    **(Jointly Administered)**
                                                              :
------------------------------------------------------------------x

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

### NOTICE OF HEARING ON DEBTORS'
### APPLICATION FOR AN ORDER AUTHORIZING
### THE RETENTION AND EMPLOYMENT OF PAUL, WEISS, RIFKIND,
### WHARTON & GARRISON LLP AS ATTORNEYS FOR THE DEBTORS
### AND DEBTORS IN POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE

**PLEASE TAKE NOTICE** that a hearing on the annexed *Debtors' Application for an Order Authorizing the Retention and Employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Attorneys for the Debtors and Debtors In Possession Nunc Pro Tunc to the Petition Date* (the "**Application**") of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), for entry of an order pursuant to sections 327(a) and 330 of title 11 of the United States Code (the "**Bankruptcy Code**"), rule 2014 and rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and rule 2014-1 and rule 2016-1 of the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York, 10601-4140 (the "**Bankruptcy Court**") on **November 15, 2018 at 10:00 a.m. (Eastern Time)** (the "**Hearing**"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "**Objections**") to the Application shall be in writing, shall conform to the Bankruptcy Rules and the Local Rules, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted pro hac vice, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-

**Hearing Date and Time: November 15, 2018 at 10:00 a.m. (Eastern Time)**
**Objection Date and Time: November 8, 2018 at 4:00 p.m. (Eastern Time)**

searchable portable document format (PDF) (with a hard copy delivered directly to

Chambers), in accordance with the customary practices of the Bankruptcy Court and

General Order M-399, to the extent applicable, and shall be served in accordance with the

*Order Implementing Certain Notice and Case Management Procedures*, entered on

October 17, 2018 (ECF No. 139), so as to be filed and received no later than **November 8,**

**2018 at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**").

        **PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and

served with respect to the Application, the Debtors may, on or after the Objection Deadline,

submit to the Bankruptcy Court an order substantially in the form of the proposed order

annexed to the Application, which order may be entered without further notice or

opportunity to be heard.

[*Remainder of page intentionally left blank*]

**Hearing Date and Time: November 15, 2018 at 10:00 a.m. (Eastern Time)**
**Objection Date and Time: November 8, 2018 at 4:00 p.m. (Eastern Time)**

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to

attend the Hearing, and failure to appear may result in relief being granted upon default.

Dated: November 1, 2018
          New York, New York

                              */s/ Paul M. Basta*                    
                              PAUL, WEISS, RIFKIND, WHARTON &
                              GARRISON LLP
                              1285 Avenue of the Americas
                              New York, New York 10019
                              Tel: 212-373-3000
                              Fax: 212-757-3990
                              Paul M. Basta
                              Kelley A. Cornish
                              Lewis R. Clayton
                              Susanna M. Buergel
                              Robert Britton
                              Jonathan Hurwitz

                              *Proposed Counsel for Debtors*
                              *and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION, *et al.*,** | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors. [1] | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------x

## DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE

Sears Holdings Corporation ("Sears") and its affiliated debtors and debtors in possession (each a "Debtor" and, collectively, the "Debtors") submit this application (this "Retention Application") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), pursuant to sections 327(a) and 330 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2014 and rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2014-1 and rule 2016-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), authorizing the retention and

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss" or the "Firm") as the Debtors' attorneys *nunc pro tunc* to the Petition Date (as defined below), to render professional services (i) acting at the direction of the restructuring sub-committee (the "Restructuring Sub-Committee") of the restructuring committee (the "Restructuring Committee") of the Company's board of directors (the "Board") with respect to certain matters controlled by the Restructuring Sub-Committee (the "RSC Conflict Matters"), including the Debtors' investigation into prepetition related party transactions, and (ii) acting at the direction of the Restructuring Committee or the Restructuring Sub-Committee, as the case may be, in connection with all matters in which Weil, Gotshal, & Manges LLP ("Weil") cannot represent the Debtors due to an actual or perceived conflict of interest (the "Other Conflict Matters" and, together with the RSC Conflict Matters, the "Conflict Matters").  In support of this Retention Application, the Debtors rely upon the declaration of Paul M. Basta (the "Basta Declaration") attached hereto as **Exhibit B** and (b) the declaration of William Transier, Disinterested Director[2] of Sears Holdings Corporation (the "Transier Declaration"), attached hereto as **Exhibit C**, and respectfully state as follows:

## Jurisdiction and Venue

1.    This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

---

[2] The members of the Restructuring Committee are Paul DePodesta, Ann Reese, Alan Carr, and William Transier. The members of the Restructuring Sub-Committee are Alan Carr and William Transier (together, the "Disinterested Directors").

2

2.      The statutory predicates for the relief requested herein are sections 327(a) and 330 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1.

### Background

3.      On October 15, 2018 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the instant cases (the "Chapter 11 Cases").  The Debtors continue to manage and operate their businesses as debtors in possession under sections 1107 and 1108 of the Bankruptcy Code.

4.      No trustee or examiner has been appointed in the Chapter 11 Cases.  An official committee of unsecured creditors was appointed on October 24, 2018. The Debtors' Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Bankruptcy Rules.

5.      Additional information regarding the Debtors' business, capital structure, and the circumstances leading to the commencement of these Chapter 11 Cases is set forth in the *Declaration of Robert A. Riecker Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York* [Docket No. 3] (the "Riecker Declaration"), which is incorporated herein by reference.

### Relief Requested

6.      By this Retention Application, the Debtors seek authority to retain and employ Paul, Weiss as their attorneys to render professional services in connection with (i) RSC Conflict Matters, at the direction of the Restructuring Sub-Committee in accordance with the terms and conditions set forth in the Paul, Weiss engagement agreement effective as of October 8, 2018 (the "Engagement Letter"), attached hereto as **Exhibit D**, and (ii) Other Conflict Matters, at the

direction of the Restructuring Committee or Restructuring Sub-Committee, as applicable, in accordance with the terms and conditions of the Engagement Letter, subject in each case to any actual or perceived conflicts of interest that Paul, Weiss may have with respect to such Conflict Matters. The Debtors request that the Court approve the retention of Paul, Weiss as attorneys to perform the legal services described herein that will be required during these Chapter 11 Cases.

### Paul, Weiss's Qualifications

7.     These Chapter 11 Cases, including the RSC Conflict Matters and any Other Conflict Matters, will be complex. While the Debtors' primary restructuring counsel will oversee the general day-to-day administration and prosecution of these Chapter 11 Cases, the Conflict Matters will require separate counsel with expansive experience and knowledge in, among other areas, the fields of debtors' and creditors' rights, investigations, complex litigation and corporate governance matters. Paul, Weiss is a full-service law firm with a national and international presence and has experience and expertise in every major substantive area of legal practice, including the foregoing fields. Paul, Weiss was retained as of October 8th of this year to assist with the Conflict Matters in connection with the commencement of the Chapter 11 Cases. Since that time, Paul, Weiss attorneys have spent significant time developing an understanding of potential RSC Conflict Matters and related legal issues, and beginning an investigation of RSC Conflict Matters. In particular, Paul, Weiss served preliminary informal document requests related to the RSC Conflict Matters on multiple parties at the direction of the Restructuring Sub-Committee prior to the Petition Date, has served additional document requests since the Petition Date, and has received multiple productions of documents and begun to conduct witness interviews. Paul, Weiss is working closely with the Restructuring Sub-Committee and its other advisors to diligently conduct the Restructuring Sub-Committee's ongoing investigation into

4

prepetition RSC Conflict Matters and to analyze and advise the Restructuring Sub-Committee with respect to potential postpetition RSC Conflict Matters.

8.    For the foregoing reasons, the Debtors believe that Paul, Weiss is particularly well-situated and well-qualified to represent them in connection with the Conflict Matters in a most efficient and timely manner.  Accordingly, the retention of Paul, Weiss is necessary and in the best interests of the Debtors, their estates and their creditors.

9.    The Debtors have been informed that Paul M. Basta and Kelley A. Cornish, partners of Paul, Weiss, as well as other partners of, counsel to, and associates of Paul, Weiss who will be working on this matter, are members in good standing of, among others, the Bar of the State of New York and the United States District Court for the Southern District of New York.

## Services to Be Provided

10.    Prior to the Petition Date, the Debtors retained Paul, Weiss to fulfill two roles.  First, Paul, Weiss will assist the Restructuring Sub-Committee with respect to all RSC Conflict Matters.  In this role, Paul, Weiss will act solely at the direction of the Disinterested Directors (the sole members of the Restructuring Sub-Committee).  Second, Paul, Weiss will assist the Restructuring Committee or Restructuring Sub-Committee, as the case may be, in the event of any actual or perceived Other Conflict Matter that prevents Weil from representing the Debtors in connection with any particular matter in these Chapter 11 Cases, subject in each case to any actual or perceived conflicts of interest that Paul, Weiss may have with respect to such Conflict Matters.

11.    The Debtors request authority to retain Paul, Weiss to continue to provide advice with respect to Conflict Matters at the direction of the Restructuring Sub-Committee and the Restructuring Committee, as applicable, in accordance with the terms of the Engagement Letter.  Among other things, Paul, Weiss will provide services related to:

5

(a)     investigating and advising the Restructuring Sub-Committee regarding whether a matter constitutes a RSC Conflict Matter;

(b)     conducting investigations and analyses sufficient to advise the Restructuring Sub-Committee regarding RSC Conflict Matters;

(c)     implementing the directions of the Restructuring Sub-Committee related to RSC Conflict Matters;

(d)     implementing the directions of the Restructuring Committee or the Restructuring Sub-Committee, as the case may be, with respect to Other Conflict Matters; and

(e)     rendering services for the Restructuring Sub-Committee and Restructuring Committee including, but not limited to, fact investigation, legal research, briefing, argument, discovery, negotiation, litigation, participation in meetings of the Board and applicable committees thereof, appearance and participation in hearings, and communications and meetings with parties in interest, in each case as it relates to RSC Conflict Matters or Other Conflict Matters.

12.     Paul, Weiss has stated its desire and willingness to act in these Chapter 11 Cases with respect to the Conflict Matters and render the necessary professional services as attorneys for the Debtors.

13.     By separate application, the Debtors have requested that the Court approve the retention and employment of (among others) (i) Weil, as lead restructuring counsel on matters other than Conflict Matters and (ii) Young Conaway Stargatt & Taylor, LLP ("YCST") as conflicts counsel with respect to any Conflict Matters in which Paul, Weiss has an actual or perceived conflict of interest.  Paul, Weiss will work closely (to the extent appropriate) with Weil, YCST, the Debtors, and any other retained professionals to clearly delineate the respective scope of work and to prevent unnecessary duplication of services whenever possible.

**Professional Compensation**

6

14.     The professional services of Paul, Weiss are necessary to ensure that all Conflict Matters related to the Debtors' Chapter 11 Cases are handled in an efficient, diligent and expeditious manner.  Paul, Weiss has advised the Debtors that, subject to the Court's allowance of compensation and reimbursement of expenses in accordance with applicable general orders and fee guidelines of this Court, sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other or further orders of the Court, it will charge the Debtors for its legal services on an hourly basis in accordance with its ordinary and customary rates for matters of this type in effect on the date such services are rendered, and for reimbursement of all costs and expenses incurred in connection with these Chapter 11 Cases, as set forth in the Basta Declaration filed concurrently herewith.

15.     The hourly rates set forth herein and in the Basta Declaration are the Firm's standard hourly rates.  These rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses and are revised on an annual basis.  The current standard hourly rates for Paul, Weiss attorneys and paralegals range from $1,165 to $1,560 per hour for partners; $1,125 to $1,160 per hour for counsel; $480 to $1,065 per hour for staff attorneys and associates; and $110 to $365 per hour for legal assistants.  These rates are subject to periodic adjustment to reflect economic and other conditions.[3]  The Firm has not agreed to any variations from, or alternatives to, its standard billing arrangements for this engagement.  The following attorneys are currently expected to have primary responsibility for representing the Debtors:

---

[3] Paul, Weiss, like other law firms, typically increases the hourly billing rate of attorneys and paraprofessionals once a year, which increase includes (i) ordinary step increases related to the advancing seniority or promotion of an attorney or paraprofessional (a "Step Increase") and (ii) periodic rate increases with respect to each level of seniority (a "Rate Increase").  The Step Increases do not constitute "rate increases" (as the term is used in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013 (the "US Trustee Guidelines")).

7

| | | |
|---|---|---|
| Paul M. Basta (Partner) | 26 years of experience | $1,560 per hour |
| Kelley A. Cornish (Partner) | 34 years of experience | $1,560 per hour |
| Lewis R. Clayton (Partner) | 39 years of experience | $1,560 per hour |
| Susanna Buergel (Partner) | 16 years of experience | $1,485 per hour |
| Jonathan Hurwitz (Counsel) | 31 years of experience | $1,160 per hour |
| Karen King (Counsel) | 17 years of experience | $1,160 per hour |
| Robert Britton (Counsel) | 11 years of experience | $1,125 per hour |
| David Giller (Associate) | 3 years of experience | $940 per hour |
| Jonathan Silberstein-Loeb (Associate) | 3 years of experience | $940 per hour |
| Teresa Lii (Associate) | 4 years of experience | $920 per hour |
| Rachel Corrigan (Law Clerk) | Less than 1 year experience | $640 per hour |
| Akila Sarathy (Law Clerk) | Less than 1 year experience | $640 per hour |

Other Paul, Weiss lawyers and paraprofessionals will be utilized or consulted and may appear on behalf of the Debtors in these Chapter 11 Cases, as necessary.

16.    In addition, Paul, Weiss customarily charges its clients for all costs and expenses incurred, including, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses approved by the client such as secretarial and other overtime.  The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

17.    The Debtors understand and have agreed that Paul, Weiss hereafter will apply to the Court for allowances of compensation and reimbursement of expenses in accordance

8

with General Order M-412 (Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals, dated December 21, 2010 (Gonzalez, C.J.)), Administrative Order M-447 (Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases, dated January 29, 2013 (Morris, C.J.)), and the U.S Trustee Guidelines (collectively, the "Fee Guidelines"), sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any further orders of the Court (the "Orders") for all professional services performed and expenses incurred after the Petition Date.

18.    Subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Fee Guidelines, and the Orders, the Debtors propose to compensate Paul, Weiss for services rendered at its customary hourly rates that are in effect from time to time, as set forth in the Basta Declaration, and to reimburse Paul, Weiss according to its customary reimbursement policies.  The Debtors respectfully submit that Paul, Weiss's rates and policies as set forth in the Basta Declaration are reasonable.

### Compensation Received by Paul, Weiss

19.    Paul, Weiss received an advanced payment retainer in connection with this engagement on October 12, 2018 in the amount of $250,000.  Paul, Weiss applied $217,708 of fees against this retainer on the evening of October 12, 2018.  Paul Weiss continues to hold the balance of the retainer, which will be applied to outstanding amounts relating to the period prior to the Petition Date.  Any further outstanding fees and expenses on account of services rendered and expenses incurred prior to the Petition Date will be waived by Paul, Weiss.  Other than as set forth herein, Paul, Weiss did not receive any other payments from the Debtors in connection with this matter during the ninety (90) days immediately preceding the Petition Date.

9

20.     Pursuant to Bankruptcy Rule 2016(b), Paul, Weiss has neither shared nor agreed to share (i) any compensation it has received or may receive with another party or person, other than with the partners, counsel, associates, and contract attorneys associated with Paul, Weiss or (ii) any compensation another person or party has received.

**Paul, Weiss's Disinterestedness**

21.     To the best of the Debtors' knowledge, as set forth in the Basta Declaration, (a) Paul, Weiss is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and (b) neither Paul, Weiss nor any of the partners, counsel, associates, or paralegals of Paul, Weiss have any connection with or any adverse interest to any of the Debtors, their affiliates, their creditors, or any other parties in interest, or their respective attorneys and accountants, except as is disclosed in the Basta Declaration.  If any new relevant facts or relationships are discovered, Paul, Weiss will use reasonable efforts to identify such developments and to promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

22.     For all of the above reasons, the Debtors submit that Paul, Weiss's engagement is necessary and in the best interests of the Debtors and their estates, and comports with the requirements of section 327(a) of the Bankruptcy Code.

**Notice**

23.     Notice of this Motion will be provided to: (i) the Office of the United States Trustee for Region 2; (ii) the holders of the twenty (20) largest unsecured claims against the Debtors (on a consolidated basis); (iii) counsel for Bank of America, N.A., as administrative agent under the First Lien Credit Facility and the DIP ABL Agent; (iv) counsel for Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility; (v) counsel for JPP, LLC, as

10

administrative agent under the Second Lien Credit Facility, the IP/Ground Lease Term Loan, and

the Consolidated Secured Loan Facility; (vi) counsel for Computershare Trust Company N.A., as

indenture trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the

Holdings Unsecured Notes; (vii) counsel for Wilmington Trust, National Association, as indenture

trustee for the Second Lien Notes; (viii) counsel for The Bank of New York Mellon Trust

Company, N.A., as successor trustee for the SRAC Unsecured PIK Notes, the SRAC Unsecured

Notes, and the SRAC Medium Term Notes; (ix) the Pension Benefit Guaranty Corporation; (x) the

Unions; (xi) the Securities and Exchange Commission; (xii) the Internal Revenue Service; (xiii)

the United States Attorney's Office for the Southern District of New York;  (xiv) the Banks; and

(xv) Akin Gump Strauss Hauer & Feld LLP as counsel for the Official Committee of Unsecured

Creditors. The Debtors submit that, in view of the facts and circumstances, such notice is sufficient

and no other or further notice need be provided.

24.     No previous request for the relief sought herein has been made by the

Debtors to this or any other court.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

WHEREFORE, the Debtors respectfully request entry of the Proposed Order granting the relief

requested herein and such other and further relief as is just and proper.

Dated: November 1, 2018
      New York, New York

SEARS HOLDINGS CORPORATION
(for itself and on behalf of each of its subsidiary
debtors as Debtors and Debtors in Possession)

*William L. Transier*
Name: William L. Transier
Title: Director

*[Signature page]*

**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑x

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors. [1] | : | **(Jointly Administered)** |
| | : | |

‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑x

## ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE

Upon the *Debtors' Application for an Order Authorizing the Retention and Employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Attorneys for the Debtors and Debtors In Possession Nunc Pro Tunc to the Petition Date* (the "Retention Application")[2] of the above-captioned debtors and debtors in possession (each, a "Debtor" and, collectively, the "Debtors"), for entry of an order pursuant to sections 327(a) and 330 of title 11 of the United

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Retention Application.

States Code (the "<u>Bankruptcy Code</u>"), rules 2014 and 2016 of the Federal Rules of Bankruptcy

Procedure (the "<u>Bankruptcy Rules</u>"), and rules 2014-1 and 2016-1 of the Local Bankruptcy

Rules for the Southern District of New York (the "<u>Local Rules</u>") authorizing the retention and

employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("<u>Paul, Weiss</u>" or the "<u>Firm</u>")

as attorneys for the Debtors with respect to all Conflict Matters in these Chapter 11 Cases,

effective *nunc pro tunc* to the Petition Date, all as more fully described in the Retention

Application; and the Court having reviewed the Retention Application, the declaration of Paul

M. Basta, a partner of Paul, Weiss (the "<u>Basta Declaration</u>"), and the declaration of William

Transier, a Disinterested Director of Sears (the "<u>Transier Declaration</u>"); and this Court being

satisfied, based on the representations made in the Retention Application and the Basta

Declaration, that Paul, Weiss is a "disinterested person" as such term is defined in section

101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and

as required under section 327(a) of the Bankruptcy Code, and that Paul, Weiss represents no

interest adverse to the Debtors' estates with respect to the matters upon which it is to be

engaged; and it appearing that this Court has jurisdiction to consider the Retention Application

pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of the Chapter 11 Cases

and the Retention Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409;

and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it

appearing that proper and adequate notice of the Retention Application has been given and that

no other or further notice is necessary; and a hearing having been held to consider the relief

requested in the Retention Application; and upon the record of the hearing and all of the

proceedings had before the Court; and the Court having found and determined that the relief

sought in the Retention Application is in the best interests of the Debtors, their estates, their

2

creditors and all other parties in interest; and the legal and factual bases set forth in the Retention

Application having established just cause for the relief granted herein; and after due deliberation

and sufficient cause appearing therefor, it is hereby ORDERED that:

1.      The Retention Application is GRANTED to the extent provided herein.

2.      Pursuant to sections 327(a) and 330 of the Bankruptcy Code, Bankruptcy

Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1, the Debtors are authorized to employ

and retain Paul, Weiss as their counsel with respect to all Conflict Matters in these Chapter 11

Cases *nunc pro tunc* to the Petition Date in accordance with the terms and conditions set forth

in the engagement agreement effective as of October 8, 2018 (the "Engagement Letter")

attached to the Retention Application as **Exhibit D**.

3.      Paul, Weiss is authorized to render professional services to the Debtors

as described in the Retention Application and the Engagement Letter.  Specifically, but without

limitation, Paul, Weiss shall provide services related to:

(a)     investigating and advising the Restructuring Sub-Committee regarding whether a matter constitutes a RSC Conflict Matter;

(b)     conducting investigations and analyses sufficient to advise the Restructuring Sub-Committee regarding RSC Conflict Matters;

(c)     implementing the directions of the Restructuring Sub-Committee related to RSC Conflict Matters;

(d)     implementing the directions of the Restructuring Committee or the Restructuring Sub-Committee, as the case may be, with respect to Other Conflict Matters; and

(e)     rendering services for the Restructuring Sub-Committee and Restructuring Committee including, but not limited to, fact investigation, legal research, briefing, argument, discovery, negotiation, litigation, participation in meetings of the Board and applicable committees thereof, appearance and participation in hearings, and communications and meetings with parties in interest, in each case as it relates to RSC Conflict Matters or Other Conflict Matters.

3

4.      Paul, Weiss shall apply for compensation of professional services and reimbursement of expenses incurred in connection with the Chapter 11 Cases in compliance with sections 330 and 331 of the Bankruptcy Code and the applicable provisions of the Bankruptcy Rules, the Local Rules and any applicable orders of this Court.

5.      Paul, Weiss may apply its advanced payment retainer to outstanding fees and expenses relating to the period prior to the Petition Date.  Paul, Weiss shall waive any outstanding fees and expenses in excess of the fully applied advanced payment retainer relating to the period prior to the Petition Date.

6.      Paul, Weiss shall use its best efforts to avoid any duplication of services provided by any of the Debtors' other Chapter 11 Professionals in these Chapter 11 Cases.

7.      To the extent the Retention Application is inconsistent with this Order, the terms of this Order shall govern.

8.      The Debtors and Paul, Weiss are authorized to take all action necessary to carry out this Order.

9.      Notice of the Retention Application as provided therein shall be deemed good and sufficient notice of the Retention Application, and the Local Bankruptcy Rules are satisfied by the contents of the Retention Application.

10.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4

11.    This Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: _____, 2018
         White Plains, New York

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

## **Exhibit B**

**Basta Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors. [1] | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------x

### DECLARATION OF PAUL M. BASTA IN SUPPORT OF DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP AS ATTORNEYS FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

PAUL M. BASTA makes this declaration under 28 U.S.C. § 1746:

1.      I am a partner in the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss" or the "Firm"), an international law firm with its principal offices at 1285 Avenue of the Americas, New York, New York 10019.  I am a lead attorney from Paul, Weiss working on the above-captioned chapter 11 cases.  I am a member in good standing of the Bar of the State of New York and I have been admitted to practice in the United States District Court for the Southern District of New York.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2.      I submit this declaration (this "Declaration"), pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 329 of title 11 of the United States Code (the "Bankruptcy Code"), in support of the *Debtors' Application for an Order Authorizing the Retention and Employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Attorneys for the Debtors and Debtors in Possession* Nunc Pro Tunc *to the Petition Date* (the "Retention Application").[2]  Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.  To the extent any information disclosed herein requires amendment or modification upon Paul, Weiss's completion of further review, or as additional party-in-interest information becomes available, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.

## Services to be Rendered; Compensation Arrangements

3.      As set forth in that certain engagement agreement effective as of October 8, 2018, a copy of which is attached to the Retention Application as **Exhibit D** (the "Engagement Letter"), I have been advised that the Debtors wish to employ and retain Paul, Weiss to provide services in these Chapter 11 Cases with respect to Conflict Matters at the direction of the Restructuring Sub-Committee and the Restructuring Committee, as applicable, in accordance with the terms of the Engagement Letter.  The Debtors have requested that Paul, Weiss render services including, but not limited to, the following:

(a)      investigating and advising the Restructuring Sub-Committee regarding whether a matter constitutes a RSC Conflict Matter;

(b)      conducting investigations and analyses sufficient to advise the Restructuring Sub-Committee regarding RSC Conflict Matters;

---

[2]  Capitalized terms used, but not otherwise defined herein, have the meaning ascribed to them in the Retention Application.

2

      (c)      implementing the directions of the Restructuring Sub-Committee related to RSC Conflict Matters;

      (d)      implementing the directions of the Restructuring Committee or the Restructuring Sub-Committee, as the case may be, with respect to Other Conflict Matters; and

      (e)      rendering services for the Restructuring Sub-Committee and Restructuring Committee including, but not limited to, fact investigation, legal research, briefing, argument, discovery, negotiation, litigation, participation in meetings of the Board and applicable committees thereof, appearance and participation in hearings, and communications and meetings with parties in interest, in each case as it relates to RSC Conflict Matters or Other Conflict Matters

4.      Subject to the Court's approval, Paul, Weiss will charge the Debtors for its legal services on an hourly basis in accordance with its ordinary and customary rates for matters of this type in effect on the date such services are rendered and for reimbursement of its actual, necessary expenses and other charges incurred by the Firm.  In the normal course of business, Paul, Weiss revises its hourly rates annually.  The current standard hourly rates for Paul, Weiss's attorneys and paralegals range from $1,165 to $1,560 per hour for partners; $1,125 to $1,160 per hour for counsel; $480 to $1,065 per hour for staff attorneys and associates; and $110 to $365 per hour for paraprofessionals.

5.      The following attorneys are currently expected to have primary responsibility for representing the Debtors:

| Paul M. Basta (Partner) | 26 years of experience | $1,560 per hour |
| Kelley A. Cornish (Partner) | 34 years of experience | $1,560 per hour |
| Lewis R. Clayton (Partner) | 39 years of experience | $1,560 per hour |
| Susanna Buergel (Partner) | 16 years of experience | $1,485 per hour |
| Jonathan Hurwitz (Counsel) | 31 years of experience | $1,160 per hour |
| Karen King (Counsel) | 17 years of experience | $1,160 per hour |
| Robert Britton (Counsel) | 11 years of experience | $1,125 per hour |
| David Giller (Associate) | 3 years of experience | $940 per hour |
| Jonathan Silberstein-Loeb (Associate) | 3 years of experience | $940 per hour |
| Teresa Lii (Associate) | 4 years of experience | $920 per hour |
| Rachel Corrigan (Law Clerk) | Less than 1 year experience | $640 per hour |
| Akila Sarathy (Law Clerk) | Less than 1 year experience | $640 per hour |

Other Paul, Weiss lawyers and paraprofessionals will be utilized or consulted and may appear on behalf of the Debtors in these Chapter 11 Cases, as necessary. None of the professionals included in this engagement vary their rate based on the geographic location of these Chapter 11 Cases.

6.     The hourly rates set forth above are the Firm's standard hourly rates for work of this nature. These rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. Additionally, it is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case or transaction, subject to any modification to such policies that Paul, Weiss may be required to make to comply with the applicable general orders of this Court and the *U.S. Trustee Guidelines for Reviewing Applications for Compensation and*

4

*Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*,

effective as of November 1, 2013 (collectively, the "Fee Guidelines"), sections 330 and 331 of the

Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any further order of the Court.  The

expenses charged to clients include, among other things, telephone and telecopier toll and other

charges, mail and express mail charges, special or hand delivery charges, document processing

charges, photocopying charges, charges for mailing supplies (including, without limitation,

envelopes and labels) provided by the Firm to outside copying services for use in mass mailings,

travel expenses, expenses for "working meals," computerized research, transcription costs, as well

as non-ordinary overhead expenses, approved by the client,  such as secretarial and other overtime.

The Firm will charge the Debtors for these expenses in a manner and at rates consistent with

charges made generally to the Firm's other clients.  The Firm believes that it is fairer to charge

these expenses to the clients incurring them rather than to increase the hourly rates and spread the

expenses among all clients.

7.    Paul, Weiss has advised the Debtors that it intends to apply to the Court for

allowance of compensation for professional services rendered and reimbursement of charges,

costs, and expenses incurred in these Chapter 11 Cases.  No promises have been received by Paul,

Weiss, or any member, counsel or associate of Paul, Weiss, as to payment or compensation in

connection with these Chapter 11 Cases other than in accordance with Bankruptcy Code, the

Bankruptcy Rules, the Local Rules, and the Fee Guidelines.  Further, Paul, Weiss has no agreement

with any other entity to share compensation received by Paul, Weiss or any such entity.

8.    Paul, Weiss received an advanced payment retainer in connection with this

engagement on October 12, 2018 in the amount of $250,000.  Paul, Weiss applied $217,708 of

fees against this retainer on the evening of October 12, 2018.  Paul Weiss continues to hold the

5

balance of the retainer, which will be applied to outstanding amounts relating to the period prior to the Petition Date.  Any further outstanding fees and expenses on account of services rendered and expenses incurred prior to the Petition Date will be waived by Paul, Weiss.  Other than as set forth herein, Paul, Weiss did not receive any other payments from the Debtors in connection with this matter during the ninety (90) days immediately preceding the Petition Date.

9.     Paul, Weiss is willing to act on the Debtors' behalf at its normal and customary rates for matters of this type, together with reimbursement of all costs and expenses incurred by Paul, Weiss in connection with these Chapter 11 Cases, and the Debtors have proposed to pay Paul, Weiss at such rates and to reimburse it for such costs and expenses in accordance with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and guidelines and orders of this Court.

### Paul, Weiss's Disinterestedness

10.     To confirm that Paul, Weiss did not have any conflicts or other relationships that might preclude its representation of the Debtors with respect to the matters upon which it is being employed, I caused Paul, Weiss attorneys under my supervision to conduct a review of potential connections and relationships between Paul, Weiss and parties in interest in these Chapter 11 Cases within the following categories (as provided to Paul, Weiss by Weil on behalf of the Debtors, and as set forth in **Exhibit 1** hereto) (the "Potential Parties in Interest"):

(a)     Debtors, Non-Debtor Affiliates, and Trade Names/Aliases/Trademarks (Up to 8 Years);

(b)     100 Largest Unsecured Creditors;

(c)     363 Sale Parties;

(d)     5% or More Equity Holders;

(e)     Bank Accounts/Lender/UCC Lien Parties/Administrative Agents;

6

(f)     Bankruptcy Judges, Clerk of Court, and Staff;

(g)     Bankruptcy Professionals;

(h)     Beneficiaries of Letters of Credit;

(i)     Contract Counter-Parties;

(j)     Critical Vendors/ Other Material Vendors/Common Carriers/Shippers/Major Customers;

(k)     Directors, Officers, and Director and Officer Affiliations (Current and Former);

(l)     Equity Holders;

(m)     Governmental/Regulatory Agencies/Taxing Authorities;

(n)     Insurance Brokers/Insurance Providers and Surety Bond Providers;

(o)     Known Affiliates / Joint Venture Counterparties;

(p)     Landlords;

(q)     Litigation;

(r)     Office of the United States Trustee;

(s)     Ordinary Course Professionals;

(t)     Other Parties in Interest;

(u)     Professionals of Other Parties in Interest;

(v)     Significant Competitors;

(w)     Taxing Authorities;

(x)     Top Unsecured Creditors;

(y)     Unions; and

(z)     Utilities.

11.     Paul, Weiss has searched its electronic database for its connections to the Potential Parties in Interest. The records upon which this investigation is based are maintained by Paul, Weiss in the ordinary course of business and are believed to be accurate. To the extent that

7

I become aware hereafter that any such records or other information contained herein is not accurate, I will promptly apprise the Court.

12. Based upon a review of the foregoing information, neither I, Paul, Weiss, nor any member of, counsel to, or associate of Paul, Weiss represents any entity other than the Debtors, at the direction of the Restructuring Committee and Restructuring Sub-Committee, as applicable, in connection with the Conflict Matters in these Chapter 11 Cases. In addition, to the best of my knowledge after due inquiry, and except as otherwise disclosed herein, neither I, Paul, Weiss, nor any member of, counsel to, or associate of the Firm represents any party in interest in these Chapter 11 Cases in matters related to these Chapter 11 Cases.

13. Paul, Weiss, and the partners, counsel, and associates of Paul, Weiss, presently represent, may have represented in the past, and may represent in the future, entities (or affiliates of entities) that are claimants of and/or interest holders in the Debtors, and/or are parties in interest in these Chapter 11 Cases, in matters unrelated to these Chapter 11 Cases. To the best of my knowledge, all such parties are specifically described in this Declaration and/or listed on the schedule attached hereto as **Exhibit 2** (the "Disclosure Schedule").[3] Based on my review of the Disclosure Schedule, to the best of my knowledge, Paul, Weiss does not hold or represent an interest adverse to the estates as a result of its representation of parties in interest in matters that are unrelated to these Chapter 11 Cases. Pursuant to section 327(c) of the Bankruptcy Code, Paul, Weiss is not disqualified from acting as the Debtors' counsel merely because it represents certain

---

[3] As referenced in the Disclosure Schedule, the term "current client" means an entity listed as a client, or related to a client, in Paul, Weiss's conflicts search system where that matter was reported as open. As referenced in the Disclosure Statement, the term "former client" means any entity listed as a client, or related to a client, in the Paul, Weiss conflicts search system where the matter was reported as closed within the last two years. Whether an actual client relationship exists can only be determined by reference to the documents governing Paul, Weiss's representation rather than its potential listing in Paul, Weiss's conflicts search system. The list on Exhibit 2, generated by the conflicts search system, is over-inclusive for disclosure purposes.

8

of the Debtors' creditors, equity security holders, or other entities that may be parties in interest in matters that are unrelated to the Debtors or these Chapter 11 Cases. Other than as set forth below and on the Disclosure Schedule, Paul, Weiss has not represented, does not represent, and will not represent any of the Potential Parties in Interest in matters directly related to the Debtors or these Chapter 11 Cases.

14.    The Disclosure Schedule identifies, among others, certain financial institutions and lenders of the Debtors. Paul, Weiss is a general purpose law firm that provides a full range of corporate, litigation, real estate, tax and bankruptcy services. Accordingly, Paul, Weiss provides regular outside counsel in a variety of matters to its clients, which have included or may currently or in the future include such parties. As noted above, Paul, Weiss will not represent any such parties in any matter relating to the Chapter 11 Cases or in connection with the Debtors. As such, I do not believe that Paul, Weiss's current or prior representations of such entities or their affiliates preclude Paul, Weiss from being a disinterested party under the Bankruptcy Code.

15.    Paul, Weiss currently represents (i) MasterCard International Inc. ("MasterCard") in litigation captioned *In Re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation* and related litigations in which the Company, together with many other U.S. retailers that utilize MasterCard services, is a plaintiff, and (ii) Bumble Bee Foods LLC ("Bumble Bee") in litigation titled *In re Packaged Seafood Products Antitrust Litigation* in which Kmart Holding Corporation, together with many other U.S. retailers that sell Bumble Bee products, is a plaintiff. These matters are unrelated to the matters for which the Debtors have retained Paul, Weiss. Neither MasterCard nor Bumble Bee have asserted claims against the Debtors in these Chapter 11 Cases or otherwise. MasterCard, Bumble Bee, and the Debtors have each provided

9

conflict waivers to Paul, Weiss in connection with Paul, Weiss's representation of the Debtors with respect to Conflict Matters in these Chapter 11 Cases.

16.     In February of 2018, the Debtors launched an exchange offer for their 6 5/8% Senior Secured Notes due 2018 (the "Old Senior Secured Notes") for an equal amount of new 6 5/8% Senior Secured Notes due 2019 (the "New Senior Secured Notes") (the "Exchange Offer").   In connection with the Exchange Offer, Paul, Weiss represented a financial institution that held Old Senior Secured Notes and that is unaffiliated with the Debtors. That representation concluded and was closed prior to the Petition Date.  The Exchange Offer constitutes an RSC Conflict Matter.  However, Paul, Weiss will not be involved in the investigation of the Exchange Offer, which will be handled solely by YCST.  Paul, Weiss does not and will not represent any party other than the Debtors, at the direction of the Restructuring Committee or the Restructuring Sub-Committee, as applicable, in connection with Conflict Matters related to the Chapter 11 Cases.

17.     Paul, Weiss previously represented Citibank in connection with a proprietary branded and co-branded credit card program developed by the Debtors.   This representation concluded and was closed prior to the Petition Date.  Paul, Weiss does not and will not represent Citibank in connection with any matter related to the Chapter 11 Cases.

18.     Prior to the Petition Date, Paul, Weiss represented multiple financial institutions in connection with general reviews of the Debtors' capital structure and debt documents, and potential investments in or related to the Debtors.    These representations terminated prior to Paul, Weiss's representation of the Debtors and Paul, Weiss does not and will not represent any of these, or any other, institutions in matters relating to the Chapter 11 Cases.

10

19.     Alan Carr, William Transier, Paul DePodesta  and Ann Reese are each members of the Restructuring Committee, and Alan Carr and William Transier are members of the Restructuring Sub-Committee.  Each of these individuals is, in the past has been, and/or in the future may be members of the boards of directors of other entities, and Paul, Weiss may represent those individuals in such capacities, such entities, or persons with interests adverse to such entities in matters wholly unrelated to the Chapter 11 Cases.  In addition, in the past, Paul, Weiss has represented Ann Reese in her individual capacity.

20.     My wife, Stephanie Basta, is an employee of Prime Clerk LLC, the Debtors' noticing and claims agent.  No confidential details of Paul, Weiss's representation of the Debtors will be shared by Paul, Weiss with Prime Clerk LLC or any other representatives of the Debtors other than in accordance with the directions of the Restructuring Committee or the Restructuring Sub-Committee, as applicable.

21.     The Debtors are also seeking to retain (among others): (i) Weil, Gotshal & Manges, as general restructuring counsel; (ii) Young Conaway Stargatt & Taylor, LLP ("YCST") as conflicts counsel with respect to any Conflict Matters in which Paul, Weiss has an actual or perceived conflict of interest; (iii) Lazard Frères & Co. LLC, as financial advisor to the Debtors; (iv) M-III Advisory Partners, LP to provide a Chief Restructuring Officer and certain additional personnel for the Debtors; (v) Evercore Group L.L.C., as investment banker to the Debtors in connection with RSC Conflict Matters; and (vi) Alvarez & Marsal North America, LLC as financial advisor to the Debtors in connection with RSC Conflict Matters (collectively, the "Chapter 11 Professionals") to provide professional services in these Chapter 11 Cases.  Paul, Weiss has worked with certain of the Chapter 11 Professionals in connection with preparations for

11

the filing of these Chapter 11 Cases, and may have in the past worked for, with, or against the Chapter 11 Professionals in matters wholly unrelated to these Chapter 11 Cases.

22.     To the best of my knowledge and insofar as I have been able to ascertain after due inquiry, except as set forth herein and in the Disclosure Schedule, neither Paul, Weiss nor any of its partners, counsel, or associates has any connection with the Debtors or their affiliates, the Debtors' creditors, any party in interest, or their respective attorneys or accountants, any person employed in the Office of the United States Trustee for Region 2 (the "U.S. Trustee"), any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), or any clerk, deputy, or personnel working in the Bankruptcy Court, except (i) to the extent any partner, counsel, or associate (a) may have appeared in the past and may appear in the future in cases where one or more of such parties may be involved; and (b) may have represented or may represent one or more of such parties in interest in matters unrelated to these Chapter 11 Cases, (ii) that Bankruptcy Judge Robert Drain was a partner at Paul, Weiss from 1993 until 2002, and (iii) that certain Paul, Weiss attorneys have in the past clerked or otherwise worked with certain Bankruptcy Judges in the Southern District of New York.

23.     In light of the extensive number of the Debtors' creditors and parties in interest and because definitive lists of all such creditors and other parties have not yet been obtained, neither I nor the Firm are able to conclusively identify all potential relationships at this time, and we reserve the right to supplement this disclosure as additional relationships come to our attention.  To the extent that I become aware of any additional relationships that may be relevant to Paul, Weiss's representation of the Debtors, I will promptly file a supplemental declaration.

24.     Based upon my review of all of Paul, Weiss's connections in these Chapter 11 Cases, I submit that Paul, Weiss is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, in that the Firm, its partners, counsel, and associates:

(a)     are not creditors, equity security holders, or insiders of the Debtors;

(b)     are not and were not, within 2 years before the date of the filing of the petitions, a director, officer, or employee of the Debtors; and

(c)     do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

25.     Except as set forth above, to the best of my knowledge and insofar as I have been able to ascertain, neither Paul, Weiss nor any of its partners, counsel, or associates holds or represents any interest adverse to the Debtors or their estates in the matters upon which it is to be engaged.

## Coordination with Other Professionals

26.     As described above, the Debtors have submitted, or intend to submit, separate applications to retain the Chapter 11 Professionals.  Paul, Weiss will work closely (to the extent appropriate) with all such professionals, in conjunction with the Debtors' management, to carefully monitor and coordinate the efforts of all such professionals and will delineate their respective duties so as to prevent duplication of services whenever possible.

## Attorney Statement Pursuant to Fee Guidelines

27.     The following is provided in response to the request for additional information set forth in Paragraph D.1 of the Fee Guidelines.

13

**Question: Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?**

Response: No.

**Question: Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?**

Response: No.

**Question: If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments or discounts offered during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.**

Response: Paul, Weiss's rates for timekeepers for its prepetition engagement on this matter was $1,165 to $1,560 per hour for partners; $1,125 to $1,160 per hour for counsel; $480 to $1,065 per hour for staff attorneys and associates; and $110 to $365 per hour for paraprofessionals. Paul, Weiss has not adjusted its billing rates since the Debtors engaged Paul, Weiss as bankruptcy counsel.

**Question: Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?**

Response: No.

28.     The foregoing constitutes the statement of Paul, Weiss pursuant to sections 327(a), 329, and 504 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b), and Local Rules 2014-1 and 2016-1.

**[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]**

14

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 1, 2018

/s/ Paul M. Basta

Paul M. Basta
Partner
Paul, Weiss, Rifkind, Wharton & Garrison LLP

15

## **Exhibit 1**

**Potential Parties in Interest**

**Potential Parties in Interest**

**Debtors**
Sears, Roebuck and Co.
Sears Holdings Corporation
Kmart Holding Corporation
Kmart Operations LLC
Sears Operations LLC
A&E Factory Service, LLC
A&E Home Delivery, LLC
A&E Lawn & Garden, LLC
A&E Signature Service, LLC
FBA Holdings Inc.
Innovel Solutions, Inc.
Kmart Corporation
MaxServ, Inc.
Private Brands, Ltd.
Sears Development Co.
Sears Holdings Management Corporation
Sears Home Improvement Products, Inc.
Sears Protection Company
Sears Roebuck Acceptance Corp.
SRC Sparrow 1 LLC
Sears, Roebuck de Puerto Rico, Inc.
Big Beaver of Florida Development, LLC
California Builder Appliances, Inc.
Florida Builder Appliances, Inc.
KBL Holding Inc.
KLC, Inc.
Kmart of Michigan, Inc.
Kmart of Washington LLC
Kmart Stores of Illinois LLC
Kmart Stores of Texas LLC
MyGofer LLC
Sears Brands Business Unit Corporation
Sears Protection Company (Florida), L.L.C.
SHC Desert Springs, LLC
SOE, Inc.
SRC Sparrow 2 LLC
StarWest, LLC
STI Merchandising, Inc.
Troy Coolidge No. 13, LLC
BlueLight.com, Inc.
Sears Brands, L.L.C.
Sears Buying Services, Inc.
SRC O.P. LLC
KCD IP, LLC [confirm]
Kmart.com LLC
Sears Brands Management Corporation
SRC Facilities LLC
SRC Real Estate (TX), LLC

**Holder of Five Largest Secured Claims**
Bank of America, N.A.,

**Holder of Five Largest Secured Claims**
Citibank, N.A.
JPP II, LLC
JPP, LLC
Wilmington Trust, N.A.

**Secured Lender/Bank**
U.S. BANK TRUST NATIONAL ASSOCIATION,

**Trade Names/Aliases (Up to 8 Years)**
A&E Factory Service
Accents for Less
American Siding & Deck, Inc.
American Windows & Sash, Inc.
Appliance Liquidators
Austin Technology Center
Bath and Kitchen Elegance
Bath and Kitchen Elegance of the Desert
Big Beaver of Caguas Development Corporation
Big Beaver of Caguas Development Corporation II
Big Kmart
Big Kmart (#3680)
Central Wholesale Appliance Supply, Inc.
Chantell Marketing
Circle of Beauty Inc.
Delver
Delver.com
Designer Depot
Eblon Technologies India Private Limited
Evoke Productions
FitStudio by Sears
Florida Builder Appliances, Inc.
Garment Rack
HDC Holding Company of Delaware, Inc.
HO. Tampa Development Co.
HO. Tysons Office Investment Co.
ILJ, Inc.
JAF, Inc.
KC Kelley Group
Kenmore Direct
Kids Stockroom
Kmart
Kmart Acquisition Corp.
Kmart Apparel Corp.
Kmart Apparel Fashions Corp.
Kmart Apparel Leasing Corp.
Kmart Apparel Service of Atlanta Corp.
Kmart Apparel Service of Des Plaines Corp.

**Trade Names/Aliases (Up to 8 Years)**

Kmart Apparel Service of Sunnyvale Corp.
Kmart Corporation
Kmart Enterprises, Inc.
Kmart Far East Limited
Kmart Financing I
Kmart Global Sourcing Ltd.
Kmart Holding Company
Kmart Holdings, Inc.
Kmart Lessee Operations, LLC
Kmart Management Corporation
Kmart Michigan Property Services, L.L.C.
Kmart of Amsterdam, NY Distribution Center, Inc.
Kmart of Pennsylvania LP
Kmart Pharmacies of Minnesota, Inc.
Kmart Pharmacies, Inc.
Kmart Properties, Inc.
Kmart Stores of Indiana, Inc.
Kmart Stores of TNCP, Inc.
KMI, Inc.
Koolvent Aluminum Products, Inc.
Kresge - Kmart Limited
Little Caesars
Max Acquisition Delaware Inc.
McKids
McKids The Store
McPhail's Appliances
MetaScale Technologies India Private Limited
Monark
Monark Holdings Inc.
Monark of California
Monark Premium Appliance Co.
Monark Premium Appliance Co. of Arizona
Monark Premium Appliance Co. of California
MXSV, Inc.
NTB - National Tire and Battery
NTB-National Tire & Battery
PMB, Inc.
Prairie Buck I, Inc.
Prairie Buck II, Inc.
Private Brands, Ltd.
Relay LLC
San Diego Appliance Sales
Sears
Sears #1284
Sears Acquisition Corp.
Sears Auto Center
Sears Auto Center #6582
Sears Auto Centers
Sears Carpet and Upholstery Care, Inc.

**Trade Names/Aliases (Up to 8 Years)**

Sears Essentials
Sears Grand
Sears Grand #1673
Sears Holdings Management Corporation
Sears Home Appliance Showrooms
Sears Home Improvement Products (South), Inc.
Sears Home Services
Sears Home&Life
Sears Lessee Operations, LLC
Sears Logistics Services
Sears Logistics Services, Inc.
Sears Merchandise Group
Sears Merchandise Group, Inc.
Sears New York Insurance Agency
Sears Oklahoma Insurance Agency
Sears Protection Company Inc.
Sears Protection Company, Inc.
Sears Technology Services LLC
Sears, Roebuck de Mexico, S.A. de C.V.
Sears, Wishbook, Inc.
ServiceLive Direct
SHMC, Inc.
Shop Your Way Local, LLC
shopyourway.com
Sourcing and Technical Services, Inc.
SRC O.P. LLC
SRC Real Estate (TX), LLC
Standards of Excellence
Standards of Excellence Outlet Store
Super K
Super Kmart
SUPER KMART CENTER
Super Kmart Center
Texas Bluelight.com Inc.
The Annexx Restaurant
The Great Indoors
Tire Property Holding, Inc.
Tri-Valley Crossings
Troy CMBS Property, L.L.C.
Westar Kitchen & Bath LLC
Westar Kitchen and Bath
Westar Kitchen and Bath, LLC
Western Bluelight.com LLC
WestStar Kitchen and Bath
WestStar Kitchen and Bath LLC

**Trademarks**
Craftsman
DieHard
Kenmore


**100 Unsecured Creditors**


**363 Sale Parties**


**5% or More Equity Holders**


**Secured Lender**
Cascade Investment, L.L.C.
JPP II, LLC
JPP, LLC


**Other Party of Interest**
Angelo Gordon & Co.
ATR Corinth Partners
LBA Realty
Merlone Geier Partners
Northwood Investors
Quarry Capital
Rebkee Partners
Rhombus Development, LLC
Segerstrom Family
Sudberry Properties


**Bank Accounts/Lender/UCC Lien**
**Parties/Administrative Agents/ Revolving Lender**
Ally Bank
Ally Commercial Finance LLC
Banco Popular
Banco Popular de Puerto Rico
Bancorpsouth Bank
Bank Leumi
Bank of America
Bank of America, N.A.
Bank of China
Bank of Oklahoma
BB&T Bank
BNY Midwest Trust Company
Capital One Bank
Cascade Investment, L.L.C.
Centennial Bank
Cherokee State Bank

**Bank Accounts/Lender/UCC Lien**
**Parties/Administrative Agents/ Revolving Lender**
Citibank
Citibank, N.A.
Citigroup Global Markets Inc.
Citizens Bank
Citizens Business Capital, a division of Citizens
Asset Finance Inc.
Citizens National Bank
Commercial International Bank (Egypt) S.A.E.
Commercial Savings Bank
Community Bank NA
Community First Bank
Fifth Third Bank
First and Farmers Bank
First Bank and Trust Company
First Hawaiian Bank
First Interstate Bank of Billings
First Interstate Bank of Riverton
First National Bank
First National Bank in Alamogordo
First National Bank Oelwein
First National Bank of Grayson
First National Bank of Pierre
First Security Bank
First Security Bank and Trust Company
First State Bank
First Tennessee
General Electric Capital Corporation
Hilltop National Bank
Houghton State Bank
HSBC Bank
Huntington National Bank
ICBC
Independent Bank East Michigan
Iowa State Bank
JP Morgan Chase Bank
JPP II, LLC
JPP, LLC
Key Bank
M&T Bank
Merrill Lynch, Pierce, Fenner & Smith Incorporated
National Bank and Trust Company of Norwich
Old National Bank
PNC Bank
PNC Bank, National Association
Premierbank
Regions Bank
Shenzhen Development Bank Co Ltd
Siemens Financial Services, Inc.
Standard Bank Ltd. Mauritius
Standard Chartered Bank
TD Bank, N.A.
U.S. Bank Trust National Association
Union Bank
United Missouri Bank

**Bank Accounts/Lender/UCC Lien**
**Parties/Administrative Agents/ Revolving Lender**
UPS Capital Corporation
US Bank
Wells Fargo Bank
Wells Fargo Bank, National Association
Wesbanco Bank
Western State Bank
Wilmington Trust, N.A.
Woori Bank
Zions National Bank

**New York Bankruptcy Judges**
Honorable Stuart M. Bernstein
Honorable Shelley C. Chapman
Honorable Robert D. Drain
Honorable James L. Garrity
Honorable Robert E. Gerber
Honorable Martin Glenn
Honorable Allan L. Gropper
Honorable Robert E. Grossman
Honorable Sean H. Lane
Honorable Cecelia G. Morris
Honorable Michael E. Wiles

**New York Bankruptcy Judges Staff**
Brenda Robie
Emily Kehoe
Chantel Barrett
Diego Flores
Mike Paek
Greg White
Jamie Eisen
Margaret Schierberl
Eddie Andino
Dorothy Li
Rosemary DiSalvo
Dabin Chung
Siddharth Sisodia
Willie Rodriguez
Robert Nosek
Annie Wells
Tracey Mercado
Amber Covucci
Deanna Anderson
Nicholas Lombardi
Andrew Pollack
Liza Ebanks
Christine Azzaro
Kelly Porcelli
Lynda Calderon
Raff Ferraioli
Sara Tapinekis
Jacqueline DePierola

**New York Bankruptcy Judges Staff**
Lorraine Echevarria
William Organek
Lynda Calderon

**New York Clerk of the Court**
Vito Genna, Clerk of Court
Eddie Andino, Divisional Manager
Grimilda Correa, Project/Team Leader
Arturo Tavarez, Case Administrator
Claire Togher, Case Manager
Ana Vargas, Generalist Clerk

**Bankruptcy Professionals**
Deloitte & Touche LLP
Weil, Gotshal & Manges LLP
AlixPartners
Wachtell, Lipton, Rosen & Katz
Prime Clerk LLC

**Beneficiaries of Letters of Credit/ Surety Bond**
**Providers**

**Insurance Broker/Insurance Provider**
ACE American Insurance Company
ACE Fire Underwriters Insurance Company
ACE Property and Casualty Insurance Company
Aetna
Aetna/HRPA
AIG Europe Limited (Lex London) (ACT)
Allianz Global Risks US Insurance Company
Allied World Assurance Company Ltd.
Allstate
American Guarantee & Liability Insurance Company
AON Risk Consultants Inc.
AONHewitt
Aspen Specialty Insurance Company
Atlantic Specialty Insurance Company
AWAC
AXA Insurance Company
AXIS Insurance Company
Axis UK (ACT)
Berkeley
Berkshire Hathaway International Insurance Limited
Berkshire Hathaway Specialty Insurance Company
Broadspire
Burlington Insurance Company
Chubb Bermuda Insurance Ltd.
Chubb Custom Insurance Company
Chubb Insurance Hong Kong Limited

**Insurance Broker/Insurance Provider**
Cigna
Continental Casualty Company
Endurance American Specialty Insurance Company
(ACT)
Executive Risk Specialty Insurance Company
EyeMed Vision Care
Federal Insurance Company
Federal Insurance Company (Chubb)
First Mercury Insurance Company
General Security Indemnity Company of Arizona
Global Aerospace, Inc.
Great Lakes Reinsurance (UK) PLC (Munich) (ACT)
Hamilton Specialty Insurance Company
Hiscox Insurance Company Inc.
Hudson Specialty Insurance Company
Illinois National Insurance Company (AIG)
Illinois Union Insurance Company (ACE)
Insurance Company of the State of Pennsylvania
Ironshore Specialty Insurance Company
Liberty Mutual Fire Ins. Co.
Liberty Mutual Fire Insurance Company and
affiliates
Liberty Surplus Insurance Corporation
Life Insurance Company of North America ("Cigna")
Lloyd's of London (Beazley)
Lloyd's of London (Hiscox)
Lloyd's Syndicates 623/2623
Lloyd's of London
Lloyd's of London (ASC, CGM, ACT)
Lloyd's of London (MKL, ACT)
Lloyd's of London (MSP, CNP, TAL, BRT, ANV,
ACT)
MetLife (Metropolitan Life Insurance Company)
National Fire & Marine Insurance Company
National Union Fire Ins Co of Pittsburgh, PA
National Union Fire Insurance Company of
Pittsburgh, PA
Navigators Insurance Company
Novae
PartnerRe Ireland Insurance Limited (ACT)
QBE Insurance Corporation
Securian Financial Group, Inc.
Sedgwick Claims Management Services, Inc.
Starr Indemnity & Liability Company
Starr Surplus Lines Insurance Company
Tokio Marine America Insurance Company
Travelers Indemnity Company and affiliates
Underwriters at Lloyds
Westchester Fire Insurance Company
Westport Insurance Corporation
WillisTowersWatson
XL Insurance (Bermuda) Ltd
XL Insurance America, Inc.
XL Insurance Company SE
XL Specialty Insurance Company

**Insurance Broker/Insurance Provider**

**Contract Counter-Parties**
ADP, Inc.
American Express Travel Related Services Company,
Inc.
American Express Prepaid Card Management
Corporation
Blackhawk Network, Inc.
Blackhawk Marketing Services, Inc.
Cleva North America, Inc.
Computershare Inc.
Computershare Trust Company, N.A.
Dorcy, International
General Growth Properties, Inc. ("GGP")
Lands' End
SHC Promotions, Inc.
SHC Promotions, LLC
Simon Property Group, Inc. ("Simon")
Stanley Black & Decker, Inc.
The Macerich Company ("Macerich")
Critical Vendors/ Other Material Vendors/Common
Carriers/Shippers/Major Customers/ Vendors
U.S. Bank National Association
Dart Warehouse Corporation
Western Union Financial Services, Inc.

**Below are in employee handbook**
Aon Hewitt
Aetna Resources for Living
Morgan Stanley Smith Barney
Cigna Group Insurance
Securian
Cigna Disability Management Solutions
EyeMed Vision Care
FAA/EyeMed Vision Care, LLC
MetLife Dental Claims
Aetna Behavioral Services, LLC

**Subsidiaries**

**Beneficial Holder**
SPE I Partners, LP
ESL Partners, L.P.
SPE Master I, LP
RBS Partners, L.P.
ESL Investments, Inc.
Edward S. Lampert

**Director-Officer – Current**

**Director-Officer – Current**

| | |
|---|---|
| Acquaviva, David L. | Cherry, Debra |
| Adams, Thomas | Chung, Eui |
| Aditya, Pialy | Ciovacco, Ryan |
| Ainsworth, Julie | Clark, Laura J. |
| Alexander, Robyn L. | Clarke, Andrew |
| Allagapen, Kevin | Collins, Doris D. |
| Allen, Michael T. | Conard, Mark T. |
| Alvarez, Cesar L. | Connow, Daniel E. |
| Anderson, Jared | Cook, Kelly |
| Anderson, Nate | Cropp, Derek |
| Andresen, Randall B. | Daley, James |
| Arvia, Thomas A. | Dastagir, Mohammed M. |
| Babb, Jonathan C. | Dattilo, Anthony F. |
| Baker, Daena M. | Debber, Steven W. |
| Baker, Robert | DePodesta, Paul G. |
| Balagna, Jeffrey A. | Desalvo, Thomas E. |
| Barr, James IV | Deshmukh, Makarand |
| Baxi, Pritam B. | Dickert, Philip |
| Bellamy, Jasmine N. | Dillon, Jason |
| Berghel, Victoria S. | Douglass, Ronald P. |
| Berkowitz, Bruce R. | Drieselman, Daniel M. |
| Bezanson, Llewellyn W. | Dunaway, Sheila A. |
| Bichkoff, Brian W. | Dvoskin, Vlad |
| Blee, Jeffrey S. | Dybowski, Michael |
| Boerio, Mark | East, Brian |
| Book, Chris | Ebert, Gregory |
| Bottomly, Glenn D. | Ejarque Lopez, Victor |
| Bouchard, Denis R. | Elder, Sara E. |
| Bourque, Mary Ellen M. | Elsasser, Steven M. |
| Boutros, Peter | Emmanuele, Philip L. |
| Bowden, Jonathan R. | Engfer, Victoria L. |
| Bowie, Maya | Ennis, Daniel |
| Boyle, Raymond E. | Eyunni, Kris |
| Brathwaite, Christian E. | Fallon, John J. |
| Brisentine, Mary K. | Farney, Sean M. |
| Brohawn, Timothy M. | Farrar, Gary D. |
| Broockerd, Bronson | Ferguson, Brian D. |
| Brooks, Charles A. | Ferguson, Eric T. |
| Broome, Donna | Ferrell, Patrick J. |
| Brophy, Daniel M. | Ferrone, Steven |
| Brotnow, Michael J. | Finney, Stephen M. |
| Bruder, Kurt | Fleshood, Lesley R. |
| Buckley, Alice I. | Foley, Brendan A. |
| Burdett, Jay R. | Ford, Christopher |
| Burnham, Jacob | Forney, Kristin J. |
| Butler, Rhett A. | Fortuna, Anthony T. |
| Calabrese, Frank W. | Fournier, Michael |
| Carozza, Thomas | Franceschi, Karen M. |
| Cassey, Justin M. | Freitag, Thomas C. |
| Catanese, JoAnn | Garg, Parag |
| Cates, Brandon T. | Gates, Ryan W. |
| Cavnar, James | Geog, Clinton |
| Chapman, Bradley G. | George, David L. |
| Chase, Christopher | Gerlach, Robert J. II |
| Chawla, Rakesh | Glenn, Scott D. |

6

**Director-Officer – Current**

Glover, Christopher
Glynne, Gareth
Gonzalez, Jesse
Gould, Christopher K.
Gourlin, Franck
Granger, R. Christopher
Grant, Jeffrey F.
Gray, Stuart W.
Green, Katherine L.
Greenfield, Stacy A.
Guha, Angshuman
Gursel, Kubilay
Halffield, David W.
Hand, Anne M.
Harrison, Richard O.
Hassel, Kenik
Hayes, Neil B.
Hayward, Paul G.
Heinz, Nicholas L.
Helsel, Sean L.
Hernandez, Matthew C.
Hicks, Mark D.
Hoeller, William
Hollar, Jason M.
Holmes, John L. Jr.
Hopp, Daniel L.
Horwitz, Sandra E.
Huckins, Scott E.
Humayun, S.M. Usman
Ingersoll, Andrew G.
Irby, Michael D.
Ireland, Vincent A. III
Jaffe, Eric D.
James, Alasdair
Jenchel, Laurence M.
Jenkins, Laura
Jhaveri, Ramya D.
Johnstone, Andrew M.
Jordan, Joseph F.
Joshi, Vishal
Joye, Jennifer L.
Kamlani, Kunal S.
Kandala, Srinivasa A.
Kaner, Brian
Karmona, Moti
Keough, Philip J. IV
Kouatchou, Gide N.
Krishnaswami, Ravi
Krohn, Christopher E.
Kruszewski, Frank M.
Kumar, Alok
Kumar, Simha
Kunkler, William C.
Kurt, Justin S.
Kwan, Brenda Kwai Chu

**Director-Officer – Current**

Lakshman, Girish S.
Lampert, Edward S.
Lange, Mark W.
Lavion, Valerie
Lee, Mitchell K.
Lehlbach, Rebecca L.
Leismer, Andrew J.
Lemmert, Todd C.
Lifson, Dale P.
Lin, Eric
Linnane, William
Little, David W.
Lorenz, John L.
Lukes, David R.
Lummas, David M.
Madelaine, Laurent
Magnabosco, Peter J.
Makechnie, Brendaen K.
Manzau, Horst D.
Marks, Alan
Marks, Seth L.
Marsella, David M.
Marusich, Sam III
Mazouzi, Zine El Abidine
McClearn, Marisa
McCoy, Daniel
McGugan, Christopher L.
McIlvried, Mac D.
McKnight, Diane M.
McLeod, W. Gene
McNerny, Michael
Meerschaert, Lawrence J.
Merchant, Kabir
Mesenbring, James
Michalski, M. Catherine
Middleton-Bjelan, Erin C.
Miller, Alice
Miller, Lori K.
Mitchell, Michael J.
Mitzner, Gary L.
Mollsen, Michael C.
Mondkar, Aloke
Mookherjee, Reetabrata
Moore, Dennis B.
Moore, John
Moore, Jonathan J.
Morgan, Jeff E.
Morrie, Michael V.
Morris, Tiffany L.
Mortimer, Becky A.
Muddada, Vamsi
Multer, Scott H.
Munjal, Leena
Munn, Donald C.
Murphy, Gerard

**Director-Officer – Current**

Naedele, Jr., Robert J.
Nagle, Courtney Q.
Nastasia, Charles Jr.
Newell, A. Jeffrey
Nguyen, Frank
Novak, Laura A.
Nyman, Alfred W. Jr.
O'Connor, J. Michael
O'Malley, Michael
Otterberg, Jonathan C.
Pal, Anindya
Paluch, Paul
Pang, Eileen
Park, Thomas F.
Pastrana Benito, David
Peoples, James
Petrozzi, Ursula A.
Pfabe, John
Phelan, Robert J.
Piccininni, Domenico
Politeski, James
Polouski, Joseph
Pospischel, Gustavo
Prakash, Rajat
Prestinario, Celeste
Qazi, Shoaib A.
Quinn, Jodie M.
Raphael, Howard
Redman Oppenkowski, Misty N.
Reese, Ann N.
Reese, Brian
Reposa, Joseph P.
Reynaud, Nicolas C.J.
Ricchio, Carol R.
Richards, Joseph
Richter, Glenn R.
Ridle, James K.
Riecker, Robert A.
Rita, Carlos
Robbins-Jones, Philip J.
Robertson, Michael A.
Rockoff, Joshua
Rolecek, Terrence E.
Rose, C. Thomas
Sankaran, Vishak
Savillo, Benedicto T.
Scarnati, David A.
Schiele, Tyrone L.
Schoenwolf, Kimberly
Schriesheim, Robert A.
Schuvie, David L.
Schwan, Craig A.
Schwartz, Dean
Schwartz, P. Dean
Seesholtz, Michael

**Director-Officer – Current**

Semisch, Mark
Shanklin, Melinda L.
Sharma, Pallaw
Sharp, Larsen
Shaw, Alan F.
Shears, Rodney
Shellenberger, David A.
Singh, Scherjang
Singhal, Anuj
Sinha, Narendra N.
Sinharoy, Tanuja
Sitley, Stephen L.
Skelley, Sean
Smathers, Karen M.
Smith, Alfred
Smith, Charles
Staelens, thi C.
Stall, Timothy C.
Steckbeck, Todd
Stecko, Eric E.
Stevens, Seth M.
Stewart, Patrick W.
Stollenwerck, S. Jeffrey
Strohl, MIchael D.
Swager, Kenneth J.
Tabor, Candace
Tietze, Fred B.
Tisch, Thomas J.
Tomak, Kerem
Tortorice, Mary E.
Underwood, Randall
Unglo, Samuel J.
Upadhyayula, Sreeharsha
Van Auken, Robert M.
Vidal Panelli, Marino
Wagner, Jason T.
Waity-Fontanetta, Katherine
Walls, Anita
Walsh, Lynn A.
Walsh, Robert B.
Warr, Jason D.
Weber, Robert
Wells, Paris S.
West, Richard J.
Winstead, Russell W.
Wong, Jimmy
Wood, David B.
Yee, Wai Gen
Zachrisen, Espen
Zehrer, Tonia E.
Zielecki, Thomas E.
Zoll, Stephan

**Director- Officer – Former**
Bruce R. Berkowitz, Bruce R.

8

**Director- Officer – Former**


**Director/Officer – Affiliations – from 10K**
Amazon.com, Inc.
Asurion
Delphi Automotive PLC
Delphi Europe
Ebay Germany
ESL Investments, Inc.,
Fairholme Capital Management, LLC
Fairholme Funds, Inc.
Fairholme Capital Management, L.L.C.
Grubhub, Inc.
Inditex USA
Powertrain Systems
Rand Group
Samsung Electronics Canada
Samsung USA
Topshop USA

**Equity Holders**
Fairholme Capital Management, L.L.C.
Fairholme Funds, Inc.
ESL Investments, Inc.

**Governmental/ Regulatory Agencies/Taxing Authorities**
Internal Revenue Service
Pension Benefit Guaranty Corporation
Securities and Exchange Commission


**Secretary of States**
Secretary of State – Alabama (John Merrill)
Secretary of State – Alaska
Secretary of State- Arizona (Michele Reagan)
Secretary of State- Arkansas (Mark Martin)
Secretary of State – California (Alex Padilla)
Secretary of State – Colorado (Wayne W. Williams)
Secretary of State – Connecticut (Denise Merrill)
Secretary of State – Delaware (Jeffrey W. Bullock)
Secretary of State – Florida (Ken Detzner)
Secretary of State – Georgia (Brian Kemp)
Secretary of State – Hawaii
Secretary of State – Idaho (Lawerence Denney)
Secretary of State – Illinois (Jesse White)
Secretary of State – Indiana (Connie Lawson)
Secretary of State – Iowa (Paul Pate)
Secretary of State – Kansas (Kris Kobach)
Secretary of State – Kentucky (Alison Lundergan Grimes)
Secretary of State – Louisiana (John Thomas Schedler)
Secretary of State – Maine (Matthew Dunlap)
Secretary of State – Maryland (John C. Wobensmith)

**Secretary of States**
Secretary of State – Massachusetts (William Francis Galvin)
Secretary of State – Michigan (Ruth Johnson)
Secretary of State – Minnesota (Steve Simon)
Secretary of State – Mississippi (Delbert Hosemann)
Secretary of State – Missouri (Jay Ashcroft)
Secretary of State – Montana (Corey Stapleton)
Secretary of State – Nebraska (John A. Gale)
Secretary of State – Nevada (Barbara K. Cegavske)
Secretary of State - New Hampshire (William M. Gardner)
Secretary of State - New Jersey (Kimberly "Kim" Guadagno)
Secretary of State - New Mexico (Maggie Toulouse Oliver)
Secretary of State - New York (Rossana Rosado)
Secretary of State - North Carolina (Elaine Marshall)
Secretary of State - North Dakota (Al Jaeger)
Secretary of State - Ohio (Jon Husted)
Secretary of State - Oklahoma (Dave Lopez)
Secretary of State - Oregon (Dennis Richardson)
Secretary of State – Pennsylvania (Pedro A. Cortés)
Secretary of State - Rhode Island (Nellie Gorbea)
Secretary of State - South Carolina (Mark Hammond)
Secretary of State - South Dakota (Shantel Krebs)
Secretary of State – Tennessee (Tre Hargett)
Secretary of State – Texas (Rolando Pablos)
Secretary of State – Utah
Secretary of State – Vermont (Jim Condos)
Secretary of State – Virginia (Kelly Thomasson)
Secretary of State – Washington (Kim Wyman)
Secretary of State – West Virginia (Mac Warner)
Secretary of State – Wisconsin (Douglas J. La Follette)
Secretary of State – Wyoming (Ed Murray)


**Attorney Generals**
Attorney General – Alabama (Steve Marshall)
Attorney General – Alaska (Jahna Lindemuth)
Attorney General – Arizona (Mark Brnovich)
Attorney General – Arkansas (Leslie Rutledge)
Attorney General – California (Xavier Becerra)
Attorney General – Colorado (Cynthia Coffman)
Attorney General – Connecticut (George C. Jepsen)
Attorney General - Delaware (Matthew Denn)
Attorney General – Florida (Pam Bondi)
Attorney General – Georgia (Chris Carr)
Attorney General – Hawaii (Doug Chin)
Attorney General – Idaho (Lawrence Wasden)
Attorney General – Illinois (Lisa Madigan)
Attorney General – Indiana (Curtis Hill)
Attorney General – Iowa (Thomas John Miller)
Attorney General – Kansas (Derek Schmidt)

**Attorney Generals**
Attorney General – Kentucky  (Andy Beshear)
Attorney General – Louisiana  (Jeff Landry)
Attorney General – Maine  (Janet T. Mills)
Attorney General – Maryland  (Brian Frosh)
Attorney General – Massachusetts  (Maura Healey)
Attorney General – Michigan  (William Duncan
"Bill" Schuette)
Attorney General – Minnesota  (Lori Swanson)
Attorney General – Mississippi  (Jim Hood)
Attorney General – Missouri  (Josh Hawley)
Attorney General – Montana  (Tim Fox)
Attorney General – Nebraska  (Doug Peterson)
Attorney General – Nevada  (Adam Laxalt)
Attorney General – New Hampshire  (Gordon
MacDonald)
Attorney General - New Jersey  (Christopher Porrino)
Attorney General – New Mexico  (Hector Balderas)
Attorney General - New York          (Eric
Schneiderman)
Attorney General - North Carolina  (Josh Stein)
Attorney General - North Dakota  (Wayne
Stenehjem)
Attorney General – Ohio  (Richard Michael DeWine)
Attorney General – Oklahoma  (Mike Hunter)
Attorney General – Oregon  (Ellen Rosenblum)
Attorney General - Pennsylvania  (Peter Kilmartin)
Attorney General - South Carolina  (Alan Wilson)
Attorney General - South Dakota  (Marty J. Jackley)
Attorney General – Tennessee  (Herbert H. Slatery)
Attorney General – Texas  (Ken Paxton)
Attorney General – Utah  (Sean D. Reyes)
Attorney General – Vermont  (T.J. Donovan)
Attorney General – Virginia  (Mark Herring)
Attorney General – Washington  (Bob Ferguson)
Attorney General - West Virginia  (Patrick Morrisey)
Attorney General – Wisconsin  (Brad Schimel)
Attorney General – Wyoming  (Peter Michael)

**Known Affiliates/Joint Venture Counterparties**

**Landlords – from SEC filing**
Seritage SRC Finance LLC
Seritage KMT Finance LLC
Seritage SRC Finance LLC
Seritage KMT Finance LLC
Seritage Growth Properties
General Growth Properties, Inc. ("GGP")
Simon Property Group, Inc. ("Simon")
The Macerich Company ("Macerich")
CBL and Associates Properties, Inc. ("CBL")

**Landlords/Mall Owners**
1011 RT 6 LLC

**Landlords/Mall Owners**
1109 CHEBOYGAN LLC
1215 E Shelby Drive Holdings LLC
14 Oaks Associates LLC
1420 N Parham Road LC
1670 E 4th Ontario LLC
1799 Portage Rd LLC and KSER LLC
1ST HERITAGE BANK OF CALIFORNI
1st R E Investment Trust NJ
1ST SUMMIT BANK
2015 Shopping Mall Business LLC
2020 Liberty Rock LLC
2070 Sam Rittenburg Blvd Holdings LLC
2101 BEDFORD REALTY LLC
2515 HORNER LLC
422 Realty LP
4300 EAST FIFTH AVENUE LLC
5400 Busch Blvd LLC (Romeu Pradines Manager)
7 MILE FARMINGTON PARTNERSHIP
8 Owners dba Hight Sears Lease Partnership
909 Group LP
Abe Oster (Deceased?)
ACADIA REALTY LIMITED PARTNERS
Acadia Realty Trust
Acadia Realty Trust / Heyman Properties
AEStrust-Milton FLA LLC
Aetna Realty
Aetna Realty / US Realty
Agree Limited Partnership
Agree Realty / Richard Agree owns 100% personally
Alan E Robbins
Alan E Robbins & Marvin Kay General Partners
Albany Road Real Estate Partners
ALBANY ROAD-SPRINFIELD PLAZA
Albany-Pacific LLC
Alfred M Kerzner
ALL DREAMS REALTY LLC
All Dreams Realty LLC (Romeu Pradines Manager)
Allen J Potts
ALLENTOWN TOWNE CENTER ALLENTO
ALLFIRST BANK ACH#165
ALTERA BANK
AmCap Inc
American National Insurance Company
American Pacific International Capital
AMERICAN TRUST
America's Realty LLC (Carl Verstandig)
AMERIS BANK
AMJB LLC
AMJB LLC (c/o Joseph Greenberg)
ANAHEIM TOWNE SQUARE
Anchor Investments
Anthony Cafaro (5250%) & CBL (4750%)
Anthony Fusco
Antioch Redevelopment Partners LLC
Apple Farm LLC & Lejo Corp

**Landlords/Mall Owners**

Apple Ventures LLC
APPLEWOOD SHOPPING CENTER GP
Argonaut Investments
Aronov Realty Company
ART MONUMENT COMPANY INC
Art Schwab Family Trust
Arthur Ciuffo
ASHY BROWN GONZALES
ATMF IX LLC
 ATR & Associates
Auburndale Properties Inc
Augusta Plaza Associates LLC
Avenel Realty Associates LLC
AVG Partners
AVR Realty
B V Properties Inc
Babcock & Brown (Gregory Greenfield)
 Backstage Entertainment LLC
BACM 2005-3 Richie Hwy LLC
BAI Rutland Mezz LLC (Amit Barnoon & Zamias)
Baker & Baker R/E Developers LLC
Baker & Baker Real Estate Developers LLC
Bakkas LLC
BANCFIRST
BANCO BILBAO VIZCAYA ACH#601
BANCO POPULAR DE PUERTO RICO
BANEO POPULAR DE PR  ACH#865
BANK OF AMERICA ACH#30
BANK OF AMERICA ACH#3535
BANK OF AMERICA ACH#3538
BANK OF AMERICA ACH#636
BANK OF AMERICA ACH#654
BANK OF AMERICA ACH#810
BANK OF AMERICA ACH#NEW 852
BANK OF AMERICA C/O MERRILL LY
BANK OF AMERICA NA
BANK OF NEW YORK ACH#619
BANK OF NEW YORK ACH#804
BANK OF NEW YORK LINE#302 DANA
BANK OF THE SIERRA
BANK OF THE WEST
BANK ONE ACH#722
BANK ONE NA ACH#715
BANK ONE NA ACH
BANK RI
Bankers Financial Corp
BANKERS TRUST
BANKONE OF BOUNTIFUL UT ACH#11
BANNER BANK ACH#630
Barbara & Fred Havenick
BB & T WESTWOOD BRANCH  ACH#69
BB&T
BB&T BANK
BB2S Bartlesville LLC
BBVA COMPASS BANK

**Landlords/Mall Owners**

Bebette Yunis / Georgia Reynolds
BECKNATHKAN INVESTMENT LLC
Behnam Rafalian
Bellina Development & Brooklawn Out Lot LLC
Ben LaParne
Benderson
Benjamin Hadar dba Darling Realty LLC
BENNINGTON SQUARE PARTNERS LL
Benzalem MZL LLC
BERKADIA COMMERCIAL MORTGAGE
Berkshire Mall LLC
BET Investments
BF Legacy Portfolio -707%/ Doris Weitz Trust-293%
BHC Big V LLC/BS Big V LLC/BHRA Big V LLC
T in C
Biltmore Commercial Properties LLC
BMO HARRIS BANK
BMP Northwest Holdings LLC
BNY MELLON
 Boardman Westpark LLC
Bob Gustine
Boston Mutual Life Ins 50% / Kin Properties 50%
Boutrous Companies
Boutrous Enterprises
BP NEW BOSTON LLC
BPG Properties LTD
Brahin Mgmt Corp
BRANCH BANKING & TRUST CO ACH#
BRAND BANK
Braun Family LLC
BRE DDR BR Whittwood CA LLC-Blackstone/DDR
JV
BRE RC Retail Parent LLC
BRIAN LASH
BRISTOL COUNTY SAVINGS BANK AC
Brixmor (aka Centro)
Brixton Capital
BROAD STREET STATION SHOPPING
Brockton Plaza Realty Corp
BROCKTON PLAZA REALTY CORPORAT
Bromont Property Group
Bross Brothers LLC
Bruce Gershenson Managing Member
Brunswick MZL LLC (Katz Properties)
BRYAN RENTAL INC
BVS POUGHKEEPSIE LLC
C & W Manhattan Associates
CALIFORNIA BANK & TRUST ACH#26
CALIFORNIA BANK & TRUST ACH#92
CAMDEN NATIONAL BANK
CAMDEN NATIONAL BANK ACH#3225
Caparra Center Associates LLC
 Capital Development Company
CAPITAL ONE BANK
CAPITAL ONE BANK NA

| **Landlords/Mall Owners** | **Landlords/Mall Owners** |
|---|---|
| Capitol Funds Inc | COLUMBIA BANK |
| Caplan Family Trust / Fleder Family Trust | COLUMBUS BANK & TRUST CO ACH#7 |
| Capri Urban Baldwin LLC | COMERICA BANK |
| CAPSTAR BANK | COMMERCE BANK ACH#3204 |
| Caraland LLC / Bruce Burrow | COMMERCE WEST BANK ACH#921 |
| CARLISLE ASSOCIATES LP | COMMONWEALTH BUSINESS BANK |
| Carlyle Development Group | COMMUNITY BANK NA ACH#541 |
| Carnuntum Associates LP | COMMUNITY BANK OF CENTRAL CALI |
| CAROLINA FIRST ACH#506 | COMMUNITY TRUST BANK |
| CASA GRANDE MALL LLC | COMPASS BANK ACH#801 |
| Casto | Concord Mall LLC |
| CATHAY BANK | CONE MANAGEMENT INC |
| CBL | Cone Management Inc (Daniel Wiener) |
| CBL and Associates Properties Inc ("CBL") | COOKEVILLE COMMONS LP |
| CCVA Inc | Cookeville Commons LP (Gilbert Merritt's Children) |
| CE VERNON II LLC | Cookeville Retail Holdings LLC |
| Cedar Realty Trust | CORTLAND CROSSING LLC |
| CEDAR-VALLEY PLAZA LLC | Cortlandville Crossing LLC |
| CENTRA BANK ACH#721 | Cranston / BVT Associates LP |
| CENTRAL BANK OF MISSOURI | CREF II Silver City LLC |
| CENTRAL BANK OF ST LOUIS | CROSS KEYS DEVELOPMENT COMPANY |
| CENTRAL PLAZA | CROSSROADS JOINT VENTURE LLC |
| CENTRE PLACE WALNUT CREEK LLC | Crossroads Mall LLC |
| CERES PROPERTY NEW ACH#505 | CROSSROADS PLAZA NOTE LLC |
| Cesar Vazquez Navarro | CSQ H95 LLC |
| CHAMBERSBURG TOWNE CENTER CHAM | CSQ H95 LLLP |
| Charles Ajalat | CVM Holdings LLC |
| Charter Realty/WP Realty Inc | Cypress Equities |
| CHASE MANHATTAN BANK ACH | D W PROPERTIES LLC |
| CHASE MANHATTAN BANK ACH#3361 | Dagenais Family |
| CHERRYMART ASSOCIATES LLC | Dale Voegele |
| CHEVY CHASE BANK ACH#670 | DALOROMA LLLP |
| Chico Mall Investors LLC | Dan Arnold & Fred Keywell Partnership |
| Chili MZL LLC | DANIEL G KAMIN |
| CHM Foothills 7 LLC | DANIEL G KAMIN BECKLEY ENTERPR |
| CITIBANK NA BRANCH #644 | DANIEL G KAMIN EASTON ENTERPRI |
| CITIBANK NA NEW ACH#427 | DANIEL G KAMIN KOKOMO LLC |
| CITIBANK NEW ACH#684 | DANIEL G KAMIN ROCK SPRINGS LL |
| CITY CENTER ASSOCIATES LLC | DANIEL G KAMIN WATERFORD LLC |
| CITY NATIONAL BANK | DANIEL G MAIN KOKOMO LLC |
| CITY NATIONAL BANK ACH#212 | DANIEL G KAMIN TENESSEE ENTER |
| CITY NATIONAL BANK ACH#28 | Daniel Wiener |
| CITY NATIONAL BANK ACH#NEW831 | David Cordish |
| CITY NATIONAL BANK OF FLORIDA | David E Brody |
| CITYBANK NA ACH#709 | David Goldstein |
| CITYWIDE BANKS | David Hocker & Associates Inc |
| CJ Segerstrom & Sons / Henry Segerstrom Family | David Long |
| CLERMONT REGIONAL INVESTORS L | David M Peters and Charles A Kekumano |
| Clermont Regional Investors LLC | David Mandelbaum & Peter Levine |
| CLG MAP MCKINLEY TRS UAD 7/29/ | David Nydes |
| CLIFPASS SPE CORP | DDR |
| Clinton Investors LLC | DDR RIO HONDO LLC SE |
| Coastline Retail Center Inc | De Desarrillo Inc |
| Cobblestone Victor NY LLC (Schottenstein) | Delbrook Holding LLC |
| Collett & Associates Inc | DEMOULAS SUPER MARKETS INC |

**Landlords/Mall Owners**

DIAJEFF TRUST DBA GREENMICH LL
DLM Properties LLC
DOLLAR BANK
DOLLAR BANK ACH#642
Dollar Land Associates LLC
Don R Ershig
Donald A Mosites
Donald Geller
Doug Talbot
DOUGLAS RETAIL I LLC
Dr Michael Rechter and George Harbs
DRAISIN-LEVCO VENTURE
 Drury Land Development Inc
DSM Realty
EAST END COMMONS ASSOCIATES
East End Resources Group LLC
East River Group LLC/Shomof Children's Trust
EAST WEST BANK
 Eastland Mall Holdings LLC (Mohammed Al Refaey)
EASTSIDE INVESTMENTS LLC
EBL & S Ed Lipkin
EDGEWOOD PLAZA HOLDINGS LLC
Edward A Gillespie Deceased / Marie Gillespie
Edwin P Yates
EL CENTRO MALL LTD
ELAT Properties
Elkan SC Company
ELMWOOD VILLAGE CENTER
Elwood Retail LLC
Emily R Lewis Trust-GL / JP Morgan-Dev
EMMCO Corporation
Emster Properties (K Gerston D Kinzie M Epstein)
Envision Michigan Holdings LLC
Equimax/Pentaco Management
Equity Investment Group
Equity One Realty & Management Inc
Ernest F Delle Donne
Estate Of A J Aberman
Estate of Frank D Milhelish
Evan & Shawn Libaw
EvCom Holdings LLC & Steadfast Companies
Extell Development Co
 Fairbanks Equity Ltd
Fairway Roanoke LLC
FARMERS & MERCHANTS BANK ACH#2
FARMERS AND MERCHANTS BANK
FARMINGTON BANK
FARMINGVILLE ASSOCIATES
FB BILLERICA REALTY INVESTORS
Federal Construction Ltd
Federal Realty Investment Trust
FG LLC
 Fidelis Realty Partners
FIFTH GENERATION INVESTMENTS

**Landlords/Mall Owners**

Fifth Generation Investments LLC
Fifth Street Funding
FIFTH STREET FUNDING INC
FIFTH THIRD BANK
First Allied Corporation
First Allied Corporation
FIRST BANK UPPER MICHIGAN ACH#
First Commercial Realty & Development Co
FIRST COMMUNITY BANK
FIRST HAWAIIAN BANK ACH#924
FIRST NATIONAL BANK
FIRST NATIONAL BANK OF SF ACH#
FIRST NATIONAL BANK OF TENNESS
FIRST NIAGARA BANK
FIRST NIAGRA BANK NA
FIRST PLACE BANK
FIRST REPUBLIC BANK
FIRST REPUBLIC BANK ACH
FIRSTBANK
FIRSTRUST BANK
FITCHBURG MFB LLC & MFB FINDLA
 Five Mile Capital / StreetMac / Urban Retail Properties
FLAGSTAR
FLAGSTAR BANK
Fletcher Bright Company
Florence Rosen
FLUSHING SAVINGS BANK ACH
Folmar & Associates
Forest City Enterprises
Fougler-Pratt Companies
FOUNDATION BANK
Frances E McCann (Deceased)
Francis E Lauricella
Frank Investments Inc
Frank Viola
Fred W Bruning
Frederick Menowitz
 Freestanding
FREP Holdings LLC
Frontier Management LLC
 Fulcrum Property (managed by Macerich)
FUSCO PROPERTIES LP
 G&I VIII CBL Triangle LLC
GARDENSIDE CENTER LLC
Garrison
 Garrison
Garrison (CBL Manages)
Gator
GATOR SARASOTA LLC
GEM Realty (CBL Manages)
GEM Realty Capital (CBL Manages)
Gemini Real Estate Advisors
General Growth Properties Inc ("GGP")
George B  Huber

**Landlords/Mall Owners**

GEORGERTOWN PROPERTIES
Georgetown Centre LLC
GERSHMAN PROPERTIES LLC
GFI - c/o Walt Gasser & Associates
GFI DAKOTA DEVELOPMENT LLC
GFI Dakota Development LLC (W Gasser & Assoc)
GGP
 GGP
GGP (Price Development)
Gibraltar Mgmt Co Inc
GIBRALTER MANAGEMENT CO INC
Gillespie Group
GK Development
 Glenmont MDC Eastern Hills LLC
Glimcher
Gonzalez Maisterrena Attaguile
Goodrich Mgmt Corp
GOVERNER SQUARE ASSOCIATES I S
GRAND CENTRAL PLAZA INC
GRASS VALLEY SHOPPING CENTER
Gray Enterprises LP
Graziadio Investment Company
Green Bay Mason Company
GREENWOOD PLAZA PROPERTIES LL
Greenwood Plaza Properties LLC
Greenwood Square Holdings LLC
Greg Hess
Grove City Property LLC
 GTM Development
Gumberg
Gumberg Asset Management Corp
GUMBERG ASSOCIATES-SANDY PLAZA
GVSC LP & Cameo Homes
H & H Investments LLC
HACKENSACK VF LLC
Hall Equities Group
Hanover Redmer Land Investments LLC
HANOVER RICHMOND KM LLC
Harriet Belk dba HC Lakeshore LLC
HARRIET C BELK
HARRIS BANK ACH#872
HARRIS BANK ACH#873
HARTMAN REALTY ASSOCIATES
HARVRICH ASSOCIATES
Hastings Center LLC
Hatim Yusuf
Hauppauge Properties LLC
Heidenberg Properties JV
HEKEMIAN & COMPANY INC
Helen Rosner Allen Weinstock & James Gubiner
Henpal Realty Company
Herbert G Brown Sole Member
Herbert Singer
HERITAGE BANK & TRUST
HERITAGE BANK GREAT FALLS ACH#

**Landlords/Mall Owners**

 Heritage Park Mall LLC
HERMITAGE TOWNE PLAZA
HILLCREST BANK
HK Partners LLC (Eugene Hahn)
Holly Hill Mall LLC
Howard E Bowen
Howard Rosenberg
HOWLAND COMMONS
Hudson Advisors
Hughes Development Corporation
Hughes Investments Inc
Hughes Real Estate
Hull Property Group
Hull Storey Gibson Companies
HUNTINGTON ACH 814
HUNTINGTON BANK
HUNTINGTON NATIONAL BANK
HYLAN PLAZA 1339 LLC
IDA DEVELOPMENT ASSOCIATES LLC
ILIGROUP INC
IMRON LLC
INDIAN RIVER PLAZA LLC
Indy Lube Investments LLC
Ingerman-Ginsburg Partnership
Inland n/k/a IRC Retail Centers
INTEGRITY BANK A DIVISION OF
Inversiones Joselynmari
Invest West Alpha
INVESTORS BANK
Ira Smedra
IRC RETAIL CENTERS INC
Isaac Perlstein
ISABELLA BANK
ISRAEL DISCOUNT BANK OF NY
J B (Barney) Gottstein
J Herzog & Sons Inc
J P MORGAN CHASE BANK NEW ACH#
J J Gumberg Co
JACK A SNEEDEN CORPORATION
JACKMART LIMITED PARTNERSHIP
Jackson County Airport
JACKSON SHOPPING VILLAGE LLLP
Jamacha Sweetwater LLC
James Campbell
James Giunta
James Kempner
 James Khezrie d/b/a GP Mall LLC
James Lewis
Jared and Elaine Johnson
JARED CORPORATION
Jared Corporation (FST Real Estate)
Jay Newhouse
Jayne Bentzen
Jeffrey H Tamkin Inc
Jeffrey Reichman

**Landlords/Mall Owners**

| | |
|---|---|
| JESUP PLAZA LP | KUKUI MARKETPLACE SPE INC |
| Joe Selz | L&B Realty Advisors LLP |
| JOHN E NEWMAN | LAKE ORION PLAZA LLC |
| John Hecht | Lake Plaza Shopping Center LLC |
| John I Silverman Trustee | LAKE PLAZA SHOPPING LLC |
| Jonathon Silverman | Lake Success Shopping Center LLC |
| Joseph Wolf Marvin L Wolf Rosalie Rubaum | LAKEWOOD SHOPPING CENTER LLC |
| JP MORGAN CHASE | Lancaster Development Co |
| JP MORGAN CHASE ACH#732 | LAND OF HOPE LLC |
| JP MORGAN CHASE BANK ACH | LaPorte Towne Square LLC |
| JP MORGAN CHASE BANK NA | Laramie Abingdon Limited Partnership |
| JPMCC 2003-ML1 GREEN BAY RETAI | LARAMIE ABINGDON LP |
| JPMCC 2003-ML1 Green Bay Retail LLC | Larry Rose |
| JR & R II LLC | LASALLE BANK ACH# 3342 |
| JSMN Shenango Valley Mall LLC | Laurel Mall LP |
| Judd Steven Abrams | Laurich Properties Inc |
| Juster Development Co | LAWRENCE KADISH |
| K G 1 Military LLC | LBG Real Estate Companies |
| K Chaboya F Murphy J&F Murphy Trusts et al | LB-UBS COMMERCIAL MTG TR CMPT |
| Kadish | LeBaron Investments |
| Kamehameha Schools - Bishop Estate | Lee Chiang |
| KBS Real Estate Investment Trust Inc | Lee Dorfman |
| KC HOLDING CORPORATION | LEMAY BUILDING CORP |
| KDI Athens Mall LLC c/o Hendon Properties LLC | LEMAY BUILDING CORPORATION |
| KDI Rivergate Mall LLC c/o Hendon Properties LLC | Lerner Enterprises LLC |
| KENDALE ASSOCIATES LIMITED PAR | LEVCO ASSOCIATES |
| KEY BANK | Levco Management Inc |
| KEY BANK ACH#639 | Levin Properties LP |
| KEY BANK NA ACH#667 | Lexington Corporate Properties Trust |
| KEYBANK | LF2 Rock Creek LP |
| Kileen ATM LLC | Libby Dial Enterprises LLC |
| KILLEEN ATM LLC | Lilly Klauer / Susan Klauer Rivera / Carlos Rivera |
| Kiln Creek Shopping Center LLC | LNR Partners LLC |
| Kim and Steve Fields | LNR Partners LLC |
| Kimco | Loan Oak Paducah LP |
| Kimco | Lockhart Gardens Inc |
| KIMCO INCOME OPERATING PARTNER | LOCKHAVEN ZAMAGIAS |
| KIMCO REALTY CORPORATION | Los Altos Gateway LLC |
| KIM-SAM PR RETAIL LLC | LRC Magic Investors Ltd |
| Kin Properties | LSREF3 Spartan (Genesee) LLC / Lone Star Funds |
| KM BAKERSFIELD PARTNERSHIP | Luan Investment Corp |
| KM Maui & Halawa Partners | LUAN INVESTMENT SE |
| KM Maui LLC | M & P Calhoun LLC |
| Kmart Corporation | M & T BANK |
| KMART PLAZA BELLFLOWER CA | M & T BANK ACH#577 |
| KMART PLAZA LANCASTER PA LP | M & T BANK ACH#660 |
| Kmart Stores of Illinois LLC | M&T BANK |
| KMBC LLC | M&T BANK ACH#749 |
| KMBC LLC (Eric F Saltzman) | Macerich |
| KMR REDDING INVESTORS LLC | Madison Partners (Bob Safai) |
| Knoxville Partners LLC | MADISON PLAZA ASSOCC/O SIERRA |
| Konover Properties | Madison Realty Capital |
| Korbin Development Company Inc | MAIN 19LLC |
| Kossman Development | MAIN REALTY ASSOCIATES |
| KRG Sunland LP | Malon D Mimms (Father) |

**Landlords/Mall Owners**

| Landlords/Mall Owners | Landlords/Mall Owners |
|---|---|
| MALONE PLAZA REALTY LLC | Midtown Square LLC |
| MANAHAWKIN 2015 LLC | MIDWESTONE BANK |
| MANFACTURERES & TRADERS TRUST | Midwood Investment & Development |
| Marie Amako dba Chehalis 2 LLC | Mike Farmer & Bud Farmer (Brothers) |
| Mark & Dayna Langfan | Mike M Nassimi |
| Mark Four Realty LP | MILBROS INVESTMENT COMPANY |
| MARK FOUR REALTY LP/BIRNEY M | MILLCREEK REALTY ASSOCIATES LT |
| MARK PLAZA FIFTY LP | Miller Wong Wong & Wong |
| MARK SHILLINGTON LP | MIMMS INVESTMENTS INC |
| Mark Shillington LP | Mineral King Properties LLC |
| Mark Zappala | MINOTOLA NATIONAL BANK ACH#931 |
| Mark Zappala | MJB ASSOCIATES LP |
| Marquette Mall Properties Ltd | ML-CFC 2006-4 Greeley Retail LLC |
| Marsh Road Automotive LLC (Angelo Orciuoli) | ML-CFC-2006-3 Walnut Hills LLC |
| MART PLAZA LLC | MOAC Mall Holdings Inc (Triple 5 Group) |
| Martin A Gaspare Individually | MOHAVE STATE BANK |
| MARTIN GASPARE | Monroe Crossing TEI Funds LLC* (Time Equities) |
| Martin H Graff | Montgomery Cross Retail Group LLC |
| Marty Wasserstein | Moonbeam Capital  Investments |
| Marvin Schreiber | Moonbeam Capital Investments |
| MASUE TRUST | Moonbeam Capital Investments (Steve Maskin) |
| Mathieu Rosinsky | MOORHEAD INVESTING COMPANY |
| Mat-Su Holdings LLC | Morgan Stanley Capital I Trust |
| Mattydale Commons LLC | MORRISTOWN PARTNERS LP |
| Maury Abrams LLC | Mountain Development Corp |
| Maynardville Pike LP | Mountain Laurel Plaza |
| MCB Real Estate | MT PLEASANT SHOPPING LLC |
| MCM Properties Ltd | Munro Smith Properties |
| McMahon Development Group | Murray A & Joanne Talenfeld |
| MCS Hemet Valley Mall LLC (MC Straus Company) | Namdar Realty Group (Igal Namdar) |
| MEADOW LANE MALL LLC | Namdar Realty Group (Igal Namdar) & Elliot Nassim |
| Meadowbrook Creek LLC | Nat Franklin |
| MEADVILLE MEDICAL CENTER | NATHAN ALISON TRUST |
| Meadville Realty Partners LP | NATHAN-ALISON LLC AND FLOREFF |
| Medi Vakili and Mark Vakili | NATIONAL CITY BANK ACH#588 |
| Mehran Kohansieh a/k/a Mike Kohan a/k/a Kohen | NATIONAL PENN BANK |
| MELLON UNITED NATIONAL BANK AC | New England Development |
| MELLON UNTIDED NATIONAL BANK A | NEW MARKET STATION LP |
| MEMBERS COOPERATIVE CREDIT UNI | NEW MIL BANK ACH#628 |
| Merle Hay Investors LLC | New Upper Valley Associates LLC |
| Merlone Geier | Newage PHM LLC |
| MESA SHOPPING CENTER | NEWBERRY SQUARE SHOPPING CTR |
| MFB SALEM OREGON LLC | NewMark Merrill Companies |
| MFS-Springfield LLC | NMC STRATFORD LLC |
| MFW Associates | NORTH FORK BANK ACH#173 |
| MG3 Casablanc I LLC | NORTH FORK BANK ACH#3162 |
| MGR Assets Inc | NORTH FORK BANK ACH#3200 |
| Michael H Dilworth | NORTH FORK BANK ACH#3501 |
| Michael Surnow | NORTH FORK BANK ACH#3848 |
| Michel Bolour | NORTH FORK BANK ACH#651 |
| Michel J and Mary F Orradre | NORTH POINT MALL ASSOCIATES LL |
| MIDAMCO | Northgate Associates LP |
| Midland Empire Retail LLC | Northpoint Associates LP |
| MIDSTATE PROPERTIES CO | Norton Mailman Assoc LP / Westfield |
| Midstate Properties Company | OAK LAWN CENTER 835 LLC |

**Landlords/Mall Owners**

Oak Ridge Baptist Church
Oelwein ATM LLC (Madison Partners)
OHIO VALLEY MALL COMPANY
OLP-MCB CLEMMONS JV LLC
Olshan Properties
One Liberty Properties
OPEN BANK
OSCAR CHAPARAL LP
OSTER YORKTOWN PROPERTIES LLC
Owen Partnership
Oxford Development Co
Oxford Properties Group
PACIFIC COMMONS LLC
Pacific Properties Group Inc
Pacific Retail Capital Partners
Pacific Retail Capital Partners/Collarmele Partners
PA-FLA PLAZA LTD
PAL ASSOCIATES - HARRISBURG L
PAL ASSOCIATES-HARBORCREEK
PALS - MALS VENTURE
Pan Am Equities
PAPA ROCHESTER LP
PARAGON COMMERCIAL BANK ACH#35
PARK NATIONAL BANK
Parkway Plaza I Assoc (Cafaro's Uncle-Not
Anthony)
PARKWAY RETAIL CENTER LLC
PARKWAY SHOPPING CENTER LLC
Patrick J Svoboda and Kathleen D Svoboda
PAVIA ASSOCIATES
PBI BANK ACH#999
PCF WAYNESVILLE LLC
PCK Development Company (CBL Manages)
PECO Real Estate Partners (CBL manages)
Peleg Group (USA) LLC
Pembroke Square Assoc
PENNSEE LLC
PEOPLE'S UNITED BANK
PERMELYNN OF BRIDGEHAMPTON 360
Peru K-M Company Ltd
Peter Bassett
PHD TUSCALOOSA LLC
PHENIX PARTNERSHIP LP
Phillips Edison Group LLC
Pikala Realty LLC (Katrina Kalaj)
PIKALA REALTY LLC
PIKE CREEK
Piney Green LLC
PIONEER BANK
PIONEER PROPERTIES COMPANY OF
Pioneer Properties Company of Dansville LLC
PITTSTON COMMONS ASSOCIATES L
Pittston Commons Associates LP
Plaza Associates Inc
Plaza Juana Diaz Inc

**Landlords/Mall Owners**

Plaza Las Americas Inc
Plaza Management
PNC
PNC BANK
PNC BANK (ACH)
PNC BANK ACH#3306
PNC BANK NA
PNC BANK NA ACH#771
PNC BANK NA ACH#773
PNC BANK NATIONAL ASSOCIATION
PNC NATIONAL ASSOCIATION
Port Plaza Realty Trust
PREFERRED BANK
PREIT
PREIT
Primestor Development Inc
Profits Only LLC
Proton Prc Ltd/ F&M Properties
Public Service Electric & Gas Co
Pyramid
QKC Maui Owner LLC
QUEEN LILI UOKALANI TRUST
 Quincy-Cullinan LLC
R & D Associates Of Stamford LLC
R D Management
R K Associates
RABOBANK
Radiant Partners LLC
Rafael and Sarah Irom
Ralston KMGT Denver LLC
RAMCO-GERSHENSON PROPERTIES L
Ramco-Gershenson Inc
Raven Associates
Raymond Arjmand
RCG Ventures
RD MANAGEMENT CORPORATION
RD TRUJILLO ALTO LP
Regency Centers
Regency Realty Corp
REGIONS BANK
REGIONS BANK SOUTH CAROLINA AC
 Renaissance Partners I LLC (Centennial RE Mgmt)
REPUBLIC BANK
RESOURCE BANK
Retail Opportunity Investments Corp
Revenue Properties
REVENUE PROPERTIES TOWN AND CO
Rexford Title Inc
Ribaut Holdings LLC
Richard G Braley
Richard Langlais
RIDGEFIELD BANK ACH#787
River Oak Properties Ltd
RIVER VALLEY BANK
RIVERTOWNE CENTER ACQUISITION

| **Landlords/Mall Owners** | **Landlords/Mall Owners** |
|---|---|
| Riverwalk Inc | Seritage (PREIT-Developer) |
| Robert Gallant GP (Providence Group Manages) | Seritage / American RE Partners-(Developer) |
| Robert Kantor | Seritage / Anchor Management-(Developer) |
| Robert M Steeg | Seritage / Cafaro-50% & CBL 50%-(Developer) |
| Robert Waters and Christopher Chandor | Seritage / CBL-(Developer) |
| Robert Lani & David Mimms (Sons) | Seritage / CIM Group-(Developer) |
| Robinson Family Trust | Seritage / Codding Enterprises-(Developer) |
| ROCKAWAY REALTY ASSOC LP | Seritage / CW Capital Asset Mgmt-(Developer) |
| Rockaway Realty Associates LP | Seritage / DDR-(Developer) |
| Rockstep Capital | Seritage / Easement Agmt w/ Wal-Mart |
| ROIC PINOLE VISTA LLC | Seritage / Federal Realty Inv Trust-(Developer) |
| Roland E Walters | Seritage / Forest City Enterprises-(Developer) |
| Roller Mill LLC | Seritage / Galileo Southland LLC-(Developer) |
| Ronald A Gershman | Seritage / GGP JV |
| Ronald Christopher Malooly Sr | Seritage / GGP-(Developer) |
| Rouse Properties | Seritage / Glimcher-(Developer) |
| Rouse Properties | Seritage / Govt Personnel Mutual Life-(Developer) |
| Rouse Properties 51% / David Hocker & Assoc 49% | Seritage / Hendon Properties LLC-(Developer) |
| ROYAL BANKS OF MISSOURI | Seritage / Howard Hughes Corp-(Developer) |
| Royal K LLC | Seritage / Hunt Valley Holdings-(Developer) |
| S C Brian Kim | Seritage / Inland n/k/a IRC Retail-(Developer) |
| SP Pell City Properties Inc | Seritage / Jordan Landing LLC-(Developer) |
| SR Wiener / Richard Marks | Seritage / L B Santa Maria LLC-(Developer) |
| Saia Enterprises Inc | Seritage / Lane 4 Property Grp-(Developer) |
| SAIA FAMILY LIMITED PARTNERSHI | Seritage / Lormax Stern-(Developer) |
| Sally Kahle | Seritage / Macerich JV |
| Sam Shalem | Seritage / Macerich-(Developer) |
| Samual T Cohen Sara W Cohen & David Cohen | Seritage / Macerich-Developer) |
| Sansone Companies | Seritage / McKinley Inc-US Bank-(Developer) |
| Santa Rosa Mall LLC | Seritage / Meissner Jacquet-(Developer) |
| Sarum Englewood Investors-70%/Brookmore LP-30% | Seritage / Metro National Corp-(Developer) |
| SARUM ENGLEWOOD INVESTORS-THE | Seritage / Pacific Retail Capital-(Developer) |
| SAUL HOLDING LP | Seritage / Priority Properties LLC-Developer) |
| Saul Holdings LP | Seritage / Ramco-Gershenson-(Developer) |
| Saul Limited Partnership | Seritage / Regency Centers-(Developer) |
| Sayre Valley LLC | Seritage / Rouse Properties-(Developer) |
| SBK ASSOCIATES LLC | Seritage / Shops at Tanforan REIT-(Developer) |
| Schlossman Family LP | Seritage / Simon / GGP-(Developer) |
| Schostak Bros & Co Inc | Seritage / Simon JV |
| Schostak Brothers & Co | Seritage / Simon WP Glimcher-(Developer) |
| Schottenstein Realty LLC | Seritage / Simon WPG-(Developer) |
| SCOTTS VALLEY PHASE II | Seritage / Simon WPG-(Developer) *docs to come) |
| Sean Hashem | Seritage / Simon-(Developer) |
| SEARS HOLDINGS CORPORATION | Seritage / Simon-Developer |
| Searstown LP / Frank Weisner | Seritage / Simon-Turnberry Assoc JV-(Developer) |
| Searsvale | Seritage / Simon-WP GLIMCHER (Developer) |
| Searsvale & Newkoa LLC (20%) | Seritage / Simon-WP GLIMCHER-(Developer) |
| Seaview Acquisition LLC | Seritage / Starwood Capital-(Developer) |
| Security Square Associates | Seritage / Starwood-(Developer) |
| SELDIN COMPANY | Seritage / Starwood-(Developer) |
| Seldin Properties LLC | Seritage / Starwood-StarW Solano LLC-(Developer) |
| SELECT-KM PLAZA LLC | Seritage / Starwood-Star-West JV-(Developer) |
| Selig Enterprises Inc | Seritage / Starwood-Star-West LJ LLC |
| SELZ REALTY COMPANY INC | Seritage / Starwood-Westfield's-(Developer) |
| | Seritage / Sunrise Mall Prop LLC-(Developer) |

| **Landlords/Mall Owners** | **Landlords/Mall Owners** |
|---|---|
| Seritage / Tabani Group-(Developer) | South SAC LLC |
| Seritage / Taubman Company-(Developer) | SOUTHERN SQUARE LLC |
| Seritage / The Feil Organization-(Developer) | Southhaven Associates |
| Seritage / Urban Retail Properties-(Developer) | SOUTHHAVEN ASSOCIATES ASSOCIAT |
| Seritage / US Mall Holdings-Omninet Capital-(Dev) | SOUTHLAND MALL PROPERTIES LLC |
| Seritage / Vintage Capital Group-(Developer) | SOVEREIGN BANK |
| Seritage / Vornado-Developer | Spatz Centers Inc |
| Seritage / Westfield-(Developer) | Spigel Properties |
| Seritage / Wilmorite-(Developer) | Spinoso |
| Seritage / Winstanley-Surrey Equities-(Developer) | SPOTSYLVANIA CROSSING INVESTOR |
| Seritage / Woodmont Company-(Developer) | Spotsylvania Crossing Investors LLC |
| Seritage / WP Glimcher-(Developer) | ST ALBANS CENTER II LLC |
| Seritage / Young Woo & Assoc-(Developer) | St Augustine Holdings LLC |
| Seritage Growth Properties | ST MARY'S SQUARE - OHIO ASSOC |
| Seritage Growth Properties LP | Stafford Properties Inc |
| Seritage KMT Finance LLC | STANDARD BANK & TRUST CO |
| Seritage SRC Finance LLC | Standard Property Group LP |
| SERVISFIRST BANK | Starwood |
| Seth Fortgang | Starwood - *Star-West JV LLC |
| Seth Tim and Kent Oliver | Starwood - Star-West Chicago Ridge LLC |
| Seven Springs Limited Partnership | Starwood - Star-West JV LLC |
| Shahanian Family-Lee Shahinian Jr-Managing Owner | Starwood Capital Group |
| | Starwood Ceruzzi LLC (Ceruzzi Holdings) |
| SHALER ZAMAGIAS LP | Steadfast Companies |
| Sharp Realty | Stephen C Greenlee (CBL Manages) |
| SHC Desert Springs LLC | Stephen K Easton  and Judith Streisand |
| SHC Owned | Stephen Redding |
| SHELBY LOCATIONS INC | STEPHENSON NATIONAL BANK & TRU |
| Sheldon J Mandell | STERIK BURBANK LP |
| SHIDLER/ WEST FINANCE PARTNERS | STERLING EQUITIES II |
| Shindler/West Finance Partners V LP-Henry Cohen | Sterling Equities II LLC |
| Shingle Creek LLC c/o Gatlin Development Company | STERLING NATIONAL BANK & TRUST |
| | Sterling Organization |
| SHORE BANK (SHORE SAVINGS BANK | Steven D Bell & Company |
| SHUNPIKE-WEST LP | Stirling Properties |
| Sidney Forbes and Maurice Cohen | Stirling Properties LLC |
| Sidney Moray | STOCKTON PLAZA PARTNERS LLC |
| Sierra Management Corp | Stuart Sneeden |
| SILVERGATE BANK | Summerdale Plaza Associates |
| Simon | SUN TRUST BANK NA |
| Simon | Sung Rhee (SR Investment) |
| Simon (674%) / Kravco | SUNLAND TOWNE CENTRE CLEARING |
| Simon / Kravco | Sunny Isle Developers LLC |
| Simon / Washington Prime Group | Sunrise CC LLC |
| Simon Property Group Inc ("Simon") | Sunstar Keshav Property LLC |
| Sion Nobel MD & Behat Nobel | SUNTRUST BANK |
| Site C LLC | SUNTRUST BANK ACH |
| Skibo Square Inc | SUNTRUST BANK SO FL ACH#NEW8 |
| SKY BANK ACH#3165 | SVAP Golf Mill Retail LP/Sterling Org |
| Sliva LLC | SVAP II HERNDON CENTRE LLC |
| Solari Family Trust & Baskins Family Trust | SVAP Pompano Citi Centre LLC |
| SOMERSET ASSOCIATES LIMITED PA | SWZ LLC |
| Somersville Town Center Equities LLC et al | Tabani Group |
| SOMERVILLE LAS VEGAS LIMITED P | Tabani Group |
| Sontic Ward Inc | "Ta-Hsiung Wang Huey-Yi Wang and Ta-Cheng |

**Landlords/Mall Owners**

| | |
|---|---|
| Wang Olivia | Troy Coolidge No 21 LLC |
| Yan Shui Hsia" | Tucumcari ATM LLC (Madison Partners) |
| Taubman | TUPART II LLC |
| Taubman | Tuskeena Gulfport Center LLC |
| Taurus Augusta Mall LLC | Twin City Estate Corporation |
| TD BANK | U S Realty a/k/a Garden Properties |
| TD BANK NA | US Realty a/k/a Garden Commercial Properties |
| TFG Lufkin LP | UE BRUCKNER PLAZA LLC |
| THE BANK OF NEW YORK ACH#661 | Uintah Plaza LLC |
| THE BANK OF NEW YORK MELLON | UMB BANK |
| The Ben Tobin Companies Ltd | UMPQUA BANK |
| THE BOULEVARD CORPORATION | UNION BANK |
| The Cafaro Company | UNION BANK & TRUST ACH#682 |
| THE DANIEL GROUP | UNION BANK OF CALIFORNIA ACH#2 |
| The Daniel Group Inc | Union Center Realty LLC |
| The Denver Gardens Company LLC | UNISOURCE CENTERS LLC |
| The Feil Organization | United Capital Corp |
| The HB Nitkin Group | University Center Associates |
| THE KEMPNER CORPORATION | University City Inc |
| The Macerich Company ("Macerich") | University Mall LLC |
| The Morris Companies | Univest-BTC S&R LLC |
| The Norris Living Trust | URBAN EDGE PROPERTIES LP |
| THE PRIVATE BANK | Urban Retail Properties LLC |
| The Prudential Insurance Co of America | US BANK |
| The Richardson Company | US BANK NA ACH#516 |
| The Robbins Company | US Centennial Malls JV LLC (Westfield / Centennial) |
| THE STOP & SHOP SUPERMARKET CO | US TRUST CO OF NEW YORK ACH#35 |
| The Stop & Shop Supermarket Company LLC | USB ACH#777 |
| THE WIDEWATERS GROUP INC | V & V Real Estate Investments |
| The Woodmont Company | VALLEY BANK OF HELENA ACH#696 |
| THF Realty | VALLEY NATIOAL BANK ACH#2026 |
| Time Equities | VALLEY NATIONAL BANK ACH#826 |
| TIMES SQUARE JOINT VENTURE LLP | Vanguard Associates |
| Times Square Joint Venture LLP (FST Real Estate) | Versailles Land Group LLC (Billy Blair/Eli Mashni) |
| Tivoli Sqaure Apartments LP (Tivoli Capital Inc GP) | VERTICAL INDUSTRIAL PARK ASSOC |
| TKG San Ysidro Development LLC (The Kroenke Group) | Vertical Industrial Park Associates |
| TKG SAN YSIDRO DEVELOPMENT LL | Veterans Elua LLC |
| TLM Realty Corp David & Stuart Epstein | VIAPORT NEW YORK LLC |
| TLM Realty Corp Ron Oehl | VINEYARD CONCORD LP |
| TLM Realty Corp Ron Oehl (7475%) & DDR (2525%) | Vintage Capital Group |
| TMM Investments Ltd | Vintage Capital Group |
| TNP Sites LLC (Charles Pinter) | Vornado |
| TONOPAH CRAIG ROAD COMPANY LLL | Vornado / Urban Edge Properties |
| TOWANDA PA HOLDING LLC | W & H LLC |
| TOWN REAL ESTATE ENTERPRISESL | W B WIGGINS JR |
| TOWNE BANK | W P Carey & Co |
| Towne Mall Galleria LLC | WB Wiggins Jr |
| Trestle Natomas LLC | WACHOVIA BANK NA ACH#590 |
| TRI-CITY ASSOC LIMITED PARTNER | WACHOVIA BANK NA ACH#878 |
| TriGroup Properties LLC | WACHOVIA BANK NA |
| TRIPLE CROWN OPERATING TRUST | WACHOVIA BANK NATIONAL ASSOCI |
| Triple Crown Operating Trust LP | WACHOVIA SECURITIES |
| Troy Coolidge | Waddell Realty Co LLC |
| | WAL-GO ASSOCIATES LLC |

**Landlords/Mall Owners**
Wal-Mart Stores
WAL-MART STORES INC
Walter R Samuels
 Walton Street Capital LLC / Brian T Kelly Principal
Wangard Partners Inc
Warren Davis Properties
WARREN DAVIS PROPERTIES XVIII
WARREN DAVIS PROPERTIES XXIII
Washington Real Estate Investment Trust
Watkins Investments LP
Waypoint Property Group
WC MRP Belleville Center LLC
WC MRP INDEPENDENCE CENTER LL
WC MRP International Center LLC
Web & Sons Inc
Weingarten Realty
WEINGARTEN/ FINGER VENTURE
WELLS FARGO ACH#522
WELLS FARGO ACH#791
WELLS FARGO ACH#875
WELLS FARGO ACH#995
WELLS FARGO ACH#996
WELLS FARGO BANK
WELLS FARGO BANK - ACH 3309
WELLS FARGO BANK 3723
WELLS FARGO BANK ACH
WELLS FARGO BANK ACH#214
WELLS FARGO BANK ACH#283
WELLS FARGO BANK NA
WELLS FARGO BANK NA ACH#3590
 Wells Fargo Bank NA as Trustee
 Wells Fargo Bank NA as Trustee (Developer)
WELLS FARGO BANKNA
WEST FRANKFORD PLAZA
WEST PLAZA ASSOCIATES
WESTFALL TOWN CENTER JOINT VEN
 Westfield
Westfield
Westfield / Centennial JV
 Westfield / Centennial Malls JV
WESTMOUNT PLAZA ASSOCIATES
 Weston Town Centre LLC
Wharton Realty Group
White Sands Mall LLC
WHITNEY NATIONAL BANK ACH#737
WILLIAM D MATTINGLY EDUCATION
William M Rice University
William O Passo
Wilmington Trust Co
WILMINGTON TRUST CO NEW ACH#49
Wilmorite
Wilshire Business Center
WILSON NORRIDGE LLC
WINBROOK MANAGEMENT LLC
Windalier West Lebanon LLC

**Landlords/Mall Owners**
WOLF FAMILY SERIES LP
Woodbury Corporation
WOODBURY REALTY ASSOCIATES INC
 Woodfield Mall LLC (Simon Property Group - Mall Mgr)
Woolmington-Smith Ventures LLC
WP GLIMCHER (Simon / WPG & Glimcher)
 WP GLIMCHER* (Docs still to come)
WP GLIMCHER* (Simon / WPG & Glimcher)
WP KNOX ASSOCIATES LP
WRD Mechanicsburg LP
WRI GOLDEN STATE LLC
WRI/RALEIGH LP
YL Investments LLC
Zamagias Properties
Zamias
ZIONS FIRST NATIONAL BANK ACH#

**Litigation**
OneWorld Technologies
1291079 Ontario Limited v. Sears Canada, Inc., et al.

14 Oaks Associates, LLC v. Kmart Corporation K4720
233 S. Wacker, LLC v. Sears, Roebuck and Co., and Sears Holding Corporation
3575 Madison Heights, MI Kmart - Settlement Alex Smith
Aaron, Roger D. et al. vs. Albany International Airport et al. asbestos defendants including Sears, Roebuck and Co. (76 named defendants)
Abbatiello, Linda et ux. v. Allied Corporation, et al., asbestos defendants including Sears, Roebuck and Co. (35 named defendants)
Abbatiello, Louis and Anna Abbatieln, h/w vs. Georgia Pacific, et al., asbestos defendants including Sears, Roebuck and Co.
Abramovich, Victor and Maya Abramovich vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.
Abreu, Marcia Ann, Individually and as Personal Representative of the Estate of Cary Truman Hartzog, Deceased vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Abshire, Glenn D., vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Acrecent Financial Corporation v. Web 2 Printing Corp, Marketing Printing Solutions, Inc. etc.
(ADA) Access Center for Independent Living, et al. v. WP Glimcher Inc., et al. [Sears #1560]

**Litigation**

(ADA) Boitnott, Jerald v. K-Mart Corporation d/b/a K-Mart

(ADA) Cabrera, Gabriela v. Kmart Corporation and Does 1 - 20

(ADA) Cohan, Howard v. K Mart Corporation dba K Mart #3818

(ADA) Corrales, Hector M. v. Sears, Roebuck and Co.; and Does 1-20, inclusive

(ADA) Giannone, Paula v. SVAP Pompano Citi Centre II, L.P.; and Sears, Roebuck and Co.

(ADA) Moraley, Francisca M. v. Kmart Corporation; Kmart Operations LLC; and Seritage SRC Finance LLC

Adams and Garth, Incorporated v. Sears, Roebuck and Co., et al

Adams, Scott A., Executor of the Estate of Harold E. Adams, Jr., vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Adler, John W. and Elaine Adler vs. 3M Company, et al., asbestos defendants including Sears Holding Co. Individually and for Sears, Roebuck and Co.

Afzal, Massoud et al. v. Sears, Roebuck and Co., et al.

Agrelo-Lijo, Ramon and Maria Agrelo vs. American Biltrite Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Aguayo, Elia v. Sears, Roebuck and Co.

Ahern, David and Diane Ahern vs. Advance Auto Parts, et al., asbestos defendants including Sears, Roebuck and Co.

Ahern-Grundland, Adrianne, Individually and as Special Administrator of the Estate of Barry Grundland, Deceased vs. Ace Hardware Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Aiken, Timothy v. Sears Holding Corporation

Albee, Francine, as Executrix for the Estate of Rachael C. Beretta vs. Owens Illinois, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Albrecht, William and Doris vs. Owens-Illinois Glass Co. et al. asbestos defendants including Sears, Roebuck and Co. (50 named defendants)

Albright, Raymond C. vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Alexander, Catherine M. v. Sears Holding Management Corporation; and Sears, Roebuck and Co.

Alexander, Herbert T. and Laura vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Reobuck and Co. (48 named defendants)

**Litigation**

Alexander, Vernon vs. Quilgey Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (56 named defendants)

Alfaro, Yaritza et al. v. Sears, Roebuck and Co., et al.

Alimo, Vincent vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Aliotta, Patricia vs. Azko Nobel Paints LLC, et al., asbestos defendants including Sears, Roebuck and Co.

Allen, Robert B. vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (45 named defendants)

Allen, Rudolph L. and Dorothy Allen vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Allred, Evelyn, Individually and as Surviving Spouse of the late Thomas Allred vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Alnijoumi, Mazzin v Sears Holding Corporation

Alston, Lawrence and Alston, Iris his wife v. John Crane-Houdaille, Inc. et al. including Sears, Roebuck and Co. (52 named defendants)

Alvarez Rodriguez, Donna v. Sears Roebuck De Puerto Rico; Persona Natural O Juridica "X" y "Z"

Ament, Richard A. and Patricia Ament, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Ammons, Thomas vs. Borg-Warner Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Amos, Robert Lynn and Jurlyne Amos vs. Air & Liquid Systems Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Andersen, Gordon vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Anderson, Allen and Pam Anderson vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Anderson, Brent v. Sears Canada Inc., et al.

Anderson, Charles vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Anderson, Herman and Donna Anderson, Individually and as Husband and Wife vs. Advance Auto Parts Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Andes et al v. Sears, Roebuck and Co. et al

Andracchio, Federico and Carmela his wife vs. Quigley Company Inc., et al. asbestos defendants including Sears, Reobuck and Co. (45 named defendants)

## Litigation

Andreoli, Eugene and Jacalyn Andreoli vs. Aerco International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Andrezeski, Anthony v. Sears, Roebuck and Co., et al., asbestos defendants including Sears, Roebuck and Co.(41 named defendants)

Angeli, Nancy v. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (68 named defendants)

Angelucci, Anthony and Mary Lou Angelucci, h/w vs. Certain-Teed Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Antle, Michael and Vashtee Antle vs. A.O. Smith Water Products, et al., asbestos defendants including Sears, Roebuck and Co.

Antley, Lionel et al. vs. Albany International Corporation Inc., et al. asbestos defendants including Sears, Roebuck and Co. (55 named defendants)

Antoine, Wedy v. Sears, Roebuck & Co.; Sears Holdings Corporation; Nikole Vile

Appliance Alliance, LLC et al. v. Sears Home Appliance Showroom, et al. [SHC and SHO]

APS Express v. Sears Holdings Corporation, et al.

(ARB) Alexander, Vanica v. Sears

(ARB) Lucero, Jennifer v. Sears Holdings Management Corporation

Aretz, Duane L. vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Arispe, Antonio vs. 4520 Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Aristondo, Thelma v. K Mart Corporation, Sears Holdings Inc., Marilyn Mauricio and Does 1-15, inclusive

Armstead, Donald and Bernice Armstead vs. Alfa Laval, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Armstrong, Joseph Jr. and Brenda vs John Crane-Houdaille, Inc. et al. including Sears, Roebuck and Co. [52 named defendants]

Arnold, Helen Ann as Surviving Spouse of Forrest Glen Arnold and Steven Arnold as Executor of the Estate of Forrest Glen Arnold vs. AGCO Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Arnold, Linda vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Arrington, Verlyn and Kay Arrington, his wife vs. Air & Liquid Systems Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Arseneau, Robert, Individually and as Special Administrator of the Estate of Diane Arseneau,

## Litigation

Deceased vs. Abbott laboratories, et al., asbestos defendants including Sears, Roebuck and Co., Individually and as Successor-in-Interest to Homart Furnaces

Artino, Anthony and Carol Artino vs. Able Industries, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Asbury, James vs. Armstrong International, et al., asbestos defendants including Sears, Roebuck and Co.

Ash, Evelyn v. Sears

Ashkanipour, Genevieve vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Asselin, Paul M. and Annette R. Asselin vs. Aesys Technologies, LLC, et al., asbestos defendants including Sears, Roebuck and Co.

Aston, Katherine and John Aston vs. Algoma Hardwoods, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Atkinson, Craig vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Atlanta Network Technologies, Inc. dba ANTonline v. Sears Holdings Management Corporation

ATS Electrical Contracting, Inc. v. Seritage SRC Finance LLC and Sears, Roebuck and Co. and Royal Seal Construction, Inc.

Auffarth, Vincent A. and Belle Auffarth, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Augustin, Clarence and Carol Augustin vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Auillanoza, Amparo, Individually and as Executrix of the Estate of Jesus Auillanoza vs. Sears, Roebuck and Co., et al., asbestos defendants

Austin, Bradley and Sonia Austin, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Austin, Junell K., Individually and as Special Administrator of the Estate of Bruce C. Austin vs. ACF Industries, LLC, et al., asbestos defendants including Sears, Roebuck and Co.

Avakian, Donald and Laura Avakian vs. Aerco International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Avary, Steve, Individually and as Executor of the Estate of Robert Avary vs. Sears, Roebuck and Co., et al., asbestos defendants

Avers-Perry, Virginia, Individually and as Personal Representative of the Estate of Lance Perry and Virginia Avers-Perry, Surviving Spouse of Lance Perry and To the Use of Nolan Perry, Surviving Son

**Litigation**

of Lance Perry vs. John Crane-Houdaille, Inc., et al asb

Avery, Marcella v. Sears Roebuck and Co.

Awdakimov et al v. Sears, Roebuck and Co. et al

Ayars, Michael and Carol Ayars vs. American Biltrite, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Ayotte, Daniel L. vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co., Individually and as Successor-in-Interest to Western Auto Supply Company

Azettat, Rosane v. Sears, Roebuck and Co.

Baer, Michael N. and Bridgett Baer, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Baier, Leroy F. and Lorene Baier vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Baig, Mirza M. v. Sears Robuck & Co.

Bailey, Carol vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (52 named defendants)

Bailey, Laura, Individually and as the Special Administrator of the Estate of William Bailey, Deceased vs. 4520 Corp., Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Bailey-Lombardelli, Michael v. Sears Brands, LLC. and Sears, Roebuck and Co. and Harold Hignite

Bair, Forrest D. and Gerrie Bair, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Baker, Clarence and Betty Baker vs. Allied Signal, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Baker, Doretha Y. and Rufus E. Baker, her husband vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Baker, Richard and Carolyn Baker vs. ABB, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Bakie, Tom and Laura vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (56 named defendants)

Balele, Pastori M. v. Sears, Roebuck and Co.

Ballard, Judy and Robert Ballard vs. Agco Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Ballard RN Center, Inc. v. Kohll's Pharmacy & Homecare, Inc.

Balque, Fermon et al. vs. Burns International Services Corporation et al. asbestos defendants

**Litigation**

including Sears, Robuck and Co. (19 named defendants)

Bamber, John Joseph vs. Air & Liquid Systems Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Banes, George v. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (63 named defendants)

Barber, Nicholas D. vs. Owens Illinois, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Barefield, Robert and Helena Barefield vs A.W. Chesterton, Inc., et al (asbestos dfts, including Sears, Roebuck and Co.)

Barksdale, Kevin and Barksdale, Wanda vs Quigley Company, Inc., et al asbestos defendants including Sears, Roebuck and Co. (46 named defendants)

Barlow, Walter Jr, et al vs AC & S, Inc., et al including Sears, Roebuck and Co.

Barnes, Everett and Brenda Barnes, his wife vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Barnes, George L. and Mary L. vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (50 named defendants)

Barnes, Hazel, Individually and as Special Administrator of the Estate of Fletcher Barnes, Deceased, vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Barnes, Mary and George Barnes, her husband vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Barnhart, Ronald and Susan Barnhart vs. Acco Engineered Systems, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Barrett, Gerald A. and Josephine Barrett, h/w vs. A.W. Chesterton, et al., asbestos defendants including Sears, Roebuck and Co.

Barron, William J. and Pauline Barron, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Barry, John and Lynn Barry vs. American Standard, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Bartrum, Leonard and Georgia vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (55 named defendants)

Baruch, Hephzibah v. Sears Home Services

Bashar, Richard, as Personal Representative of the Estate of Annette Bashar, et al., vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

## Litigation

Bass, Frederick and Sarah Bass vs. Akzo Nobel Paints LLC, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Basten, Lloyd and Joann Basten vs. Advance Auto Parts, et al., asbestos defendants including Sears, Roebuck and Co.

Bastfield, Lloyed T. and Marsha vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (55 named defendants)

Batchelor, John and Frances Batchelor vs. Arvinmeritor, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Bauer, Jason C. vs. Air and Liquid Systems Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Bauer, Marjorie C., Executrix of the Estate of James E. Ellis, Deceased vs. Allied Glove Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Baxley, Malcolm L. and Betty Baxley vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Bazor, Robert and Kay Bazor vs. Abex Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Beaudreau, Beverly, Individually and as Special Administrator of the Estate of Richard King Martin vs. 4520 Corp., Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Becerra, Sergio v. Sears Holdings Corporation

Becker, Arthur J. and Denise Becker vs. A.O. Smith Water Products Co., et al., asbestos defendants including Sears, Roebuck and Co.

Becker, William J. vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Bednarek, Rosemary J., Individually and as Special Administrator of the Estate of Edward J. Bednarek, deceased vs. Air & Liquid Systems Corporation, et al., asbestos defendants including Sears, Roebuck and Co., a subsidiary of Sears Holdings Corporation

Behringer, Sr.; Joseph and Dorothy Behringer, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Behr, Margaret, Individually and as Personal Representative of the Estate of Harry Behr, et al., vs. American Optical Corporation, et al, asbestos defendants including Sears, Roebuck and Co.

Bellach, Cordell J. vs. Armstrong International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

## Litigation

Bell, Albert A. and Bell, Karney Y. vs Quigley Company, Inc., et al asbestos defendants including Sears, Roebuck and Co. (46 named defendants)

Belletti, Liliana, Executrix for the Estate of Stefano Belletti, and Liliana Belletti as surviving spouse vs. Allied Signal, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Bellicchi, Richard v. Mrg. Paul Henry; and CEO Ed Lampert

Bell, Patricia A. and Richard Scott, Individually and as Personal Representatives of the Estate of Copley Scott vs. Armstrong International, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Benavidez, Paul v. Kmart Corporation; Home Products international-North America, Inc.; and Does 1-25, inclusive

Benjamin, Thelma v. Sears Holdings Corporation

Bennett, Arthur B. and Pauletta Bennett vs. Owens Illinois Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Benn, Jennifer Lynn v. Sears Home Improvement Products, Inc.

Beres, Stefan vs. Air & Liquid Systems Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Bergeman, Carole, Individually and as Surviving Heir of the Estate of Robert Bergeman, Deceased vs. Bird Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Bergen, Dennis and Mary Bergen vs. Basic, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Bergeron, Donald J. et al. vs. Albany International Corporation et al. asbestos defendants including Sears, Roebuck and Co. (70 named defendants)

Bernard, Barbara, as Special Administrator of the Estate of Stanley Bernard, et al., vs. Asbestos Corporation Ltd., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Berube, James and Tammy Berube vs. Advance Auto Parts, et al., asbestos defendants including Sears, Roebuck and Co.

Bettis, Thomas R. and Marlene vs. Owens-Illinois Glass Co., et al. asbestos defendants including Sears, Roebuck and Co. (53 named defendants)

Bettke, Henry R. and Lola Bettke vs. ABB, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Biagetti, Marilyn L. and Roger Biagetti vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

## Litigation

Bialozynski, thomas W. and Bonnie L. his wife vs. Quigley Company Inc., et al. asbestos defendants including Sears, Reobuck and Co. (47 named defendants)

Bienkowski, Patricia and Leon Bienkowski vs. A.O. Smith Water Products Co., et al., asbestos defendants including Sears, Roebuck and Co.

Billingsley, Wilson and Margaret Billingsley, his wife v. Owens- Illinois Glass Co., f/k/a Owens-Illinois, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (50 named defendants)

Biri, Mark A. and Debra G. Biri, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Bishop, Lewis, Individually and as Representative of the Estate of Evelyn Bishop, Deceased v. Able Supply Co., et al., asbestos defendants including Sears, Roebuck and Co.

Bjonnes, Kenneth and Maria Bjonnes vs. Amchem Products, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Blackburn, Jerry, Individually and as Special Administrator of the Estate of Malta Blackburn, Deceased vs. ABB, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Blackburn, Joseph G. and Violet Blackburn, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (53 defendants named)

Blackstone, Jr., Samuel and Erma Blackstone, his wife, Pltfs vs. John Crane-Houdaille, Inc., et al asbestos defendants including Sears, Roebuck and Co.

Blaney, Lonnie vs. A.W. Chesterton Company et al., asbestos defendants including Sears, Roebuck and Co., (109 named defendants)

Blaser, Maurice B. vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Blick, Richard Lee, Individually and as Special Administrator of the Estate of Sylvia Blick, Deceased vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Blink, Brian and Deanna Blink vs. Alliance Laundry Systems, LLC, et al., asbestos defendants including Sears, Roebuck and Co.

Blodgett, Owen and Myrna Blodgett vs. Air & Liquid Systems Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Blystone, John R. and Bridget Blystone vs. Owens Illinois, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Bodo, Lajos vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

## Litigation

Boerschinger, Julius C. and Myrna R. Boerschinger vs. Asbestos Corporation Limited, et al., asbestos defendants including Sears, Roebuck and Co.

Boggs, Donald and Emeline, Collins, Jimmie Jr and Edna L vs A.P. Green Services, Inc., et al (asbestos dfts, including Sears, Roebuck and Co.)

Bohara, Rosemary, Executor of the Estate of Bessie B. Richardson vs. Sears, Roebuck and Co., et al., asbestos defendants

Bolden, Ida v. Sears

Bolderoff, Mathew and Victoria Bolderoff vs. Air & Liquid Systems Corporation, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Bolinsky, Jr.; Anthony and Lillian Bolinsky, h/w vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Bolyard, Michael J., Personal Representative of the Estate of Fred R. Bolyard, vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Bondurant, Jerald and Carolyn Bondurant vs. ABB, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Bond, Woodrow vs. 4520 Corp., Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Bonham, Ben N. vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Boone, William vs Quigley Company, Inc., et al asbestos defendants including Sears, Roebuck and Co. (46 named defendants)

Bordelon, Burton vs. Albany International Corp., et al., asbestos defendants including Sears, Roebuck and Co. (72 named defendants)

Borden, Norma, Individually and as Special Administrator of the Estate of Donald Borden, Deceased vs. Air & Liquid Systems Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Bordine, Paul and Rose vs. Quigley Co., Inc., et al. asbestos defendants including Sears, Roebuck and Co. (50 named defendants)

Boria, Raul A. Lopez v. Sears de Puerto Rico, Inc.

Borst, Beverly, et al., as the surviving heirs of Richard Borst, Deceased vs. Aerco International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Bostic, Brian and Lawana Bostic, his wife vs. Afton Pumps Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Bostic, James P., Individually and as Personal Representative of the Estate of Paula Joe Bostic, et

## Litigation

al., vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Bostic, Raymond vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Boston, Linde, Individually and as Special Administrator of the Estate of Ora Boston, Deceased vs. Air & Liquid Systems Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Boswell, Richard and Donna Boswell, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Boule, Donald v. 84 Lumber, et al., asbestos defendants including Sears, Roebuck and Co.

Bouyer, William vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Bova, Lavonne M. vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Bowdish, Boyd and Grace Bowdish, his wife vs. Arvinmeritor, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Bowie, Roger and Tanis Bowie, his wife vs. AGCO Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Bowling, William L. and Jeannie vs. Owens-Illinois Glass Co. et al. asbestos defendants including Sears, Roebuck and Co. (48 named defendants)

Bowman, Robert and Doris Fay Bowman vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Boyd, Joyce and Mack Riley, Individually and as Co-Special Administrators of the Estate of Curtis Riley, Sr., Deceased vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Boykin, Leroy and Cheryl Boykin his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Bradley, Craig and Margaret Bradley vs. ACMAT Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Bradley, Kenneth E. and Kathleen Bradley, h/w vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Bradley, Theodore vs. CBS Corporation, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Brady, Edward and Mary Brady vs. Air and Liquid Systems Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Brady, Terrell C. et al. vs. Burns International Services Corporation et al. asbestos defendants

## Litigation

including Sears, Roebuck and Co. (21 named defendants)

Bramble, Margaret, Individually and as the Executrix of the Estate of Paul Bramble vs. A.O. Smith Water Products Co., et al., asbestos defendants including Sears, Roebuck and Co.

Brandis, Gill J. and Judy Brandis vs. A.O. Smith Water Products Co., et al., asbestos defendants including Sears, Roebuck and Co.

Brandt, Wayne M. vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Braunfotel, Stuart vs. A.O. Smith Water Products Company, et al., asbestos defendants including Sears Holding Co., Individually and for Sears, Roebuck and Co.

Braun, Jr.; Gunter, I., Personal Representative of the Estate of Gunter Erwin Braun, aka, Gunter I. Braun, Sr., et al., vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Breakell, Adam J. vs. 3M Co., et al., asbestos defendants including Sears Holdings Management Corp. (d/b/a Craftsman), and Sears, Roebuck and Co. (d/b/a Craftsman)

Breazeale, Larry, As Personal Representative of the Estate of Dorothy Breazeale and Larry Breazeale vs. ACE Hardware Corporation., et al., asbestos defendants including Sears, Roebuck and Co.

Breeback, Francis A. vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Breeden, Carole, as Special Administrator of the Estate of Gerald Breeden, et al., vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Breiland, Merlyn, Individually and as Special Administrator of the Heirs and Estate of Trudy Breiland, Deceased vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Bre/Point Parcel LLC v. Pavarini Construction Co. Inc., et al.

Brigantino, Sr.; Thomas J. and Phyllis Brigantino vs. A.O. Smith Water Products Company, et al., asbestos defendants including Sears Holding Co., Individually and for Sears, Roebuck and Co.

Briggs, Rodney and Betty Briggs, Individually and as Husband and Wife vs. A.O. Smith Water Products Co., et al., asbestos defendants including Sears, Roebuck and Co.

Brisker, Paul D. and Michelle Brisker, h/w vs. 20th Century Glove Corporation of Texas, et al., asbestos defendants including Sears Holdings Corporation

## Litigation

Brochu, Adrien T. vs. Aesys Technologies, LLC, et al., asbestos defendants including Sears, Roebuck and Co.

Brodhead, Harry vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Brookhart, Benjamin and Rebecca vs. John Crane-Houdaille, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (54 named defendants)

Brookins, James Q., Jr. vs Owens-Illinois Glass Co., et al asbestos defendants including Sears, Roebuck and Co. (50 named defendants)

Brookins, Wilma and Rodney Brookins vs. Alcatel-Lucent USA Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Brooks, Allan L. Jr., and Mary vs. Quigly Company, Inc. et al. asbestos defendants including Sears, Roebuck and Co. (45 named defendants)

Brooks, Dorothy M., Personal Representative of the Estate of Robert W. Brooks, et al., vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Brooks, Jack A. vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Brooks, Kathy, Individually and as Special Administrator of the Estate of Raymond S. Reid, Jr., Deceased vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Brooks, Maudie, Individually and as Executrix of the Estate of J. Brooks vs. Sears, Roebuck and Co., et al., asbestos defendants

Brown, Anna M. vs. 84 Lumber Company et al. asbestos defendants including Sears, Roebuck and Co. (18 named defendants)

Brown, Brian and Robin Brown vs. Agco Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Brown, Bruce A. and Janice Brown vs. 4520 Corp. Inc., et al., asbestos defendants including Sears, Roebuck and Co., Individually and as Successor-in-Interest to Craftsman

Brown, Fontello R. vs. Owens Illinois, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Browning, Baniel L. and the minor children Tucker Browning and Sage Browning vs. A.C. Horn Co., et al., asbestos defendants including Sears, Roebuck and Co.

Brown, Joyce, Individually and as Special Administrator of the Estate of Robert Lewis Brown, Deceased vs. AII Acquisitions, LLC, et al., asbestos defendants including Sears, Roebuck and Co.

Brown, Kenneth and Reba Brown vs. Arvinmeritor, Inc., et al., asbestos defendants including Sears,

## Litigation

Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Brown, Neil and Jerry Brown, his wife vs. 4520 Corp., Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Brown, Paul Thaddeus v. Sears, Roebuck and Co.

Brown, Quetta v. Sears, Roebuck and Co.; and Sears, Roebuck and Co. dba as Sears at Northeast Mall

Brown, Ralph A., Sr. v. Owens-Illinois, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (46 named defendants)

Brown, Robert, as Special Administrator for the Estate of Theresa Brown, and Robert Brown as Spouse vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Brown, Sr.; Lawrence and Brenda Brown vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Brown, Timothy L. and Brown, Linda D. vs Quigley Company, Inc., et al asbestos defendants including Sears, Roebuck and Co. (46 named defendants)

Brown, Troy vs Sears et al

Brown, Wiliam E. Sr. and Sara Jane vs A.W. Chesterton Inc., et al. asbestos defendants including Sears, Roebuck and Co. (68 named defendants)

Bruce, Carol vs. Alcatel-Lucent USA Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Bruno, Richard vs. A.O. Smith Water Products Co., et al., asbestos defendants including Sears, Roebuck and Co.

Brusca, Nunzio and Melinda Brusca vs. A.O. Smith Water Products, et al., asbestos defendants including Sears, Roebuck and Co.

Brush, Jacqueline, Individually and as Special Administrator of the Estate of Rex Brush, Deceased vs. 4520 Corp., Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Bryant, Ernest D. and Juanita Bryant vs. 3M, a/k/a Minnesota Mining & Manufacturing Co., et al., asbestos defendants including Sears, Roebuck and Co.

Bryant, Stanley and Mary vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (45 named defendants)

Bryson, Clifford and Sandra Bryson vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Bucci, Anthony J. and Dolores Bucci vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Buccieri, Michael and Peggy Buccieri vs. Alcatel-Lucent USA Inc., et al., asbestos defendants

**Litigation**

including Sears, Roebuck and Co. (a subsidiary of
Sears Holdings Corporation)
Buchanan, Christy, Personal Representative of the
Estate of Anna R. Lewis vs. Union Carbide
Corporation, et al., asbestos defendants including
Sears, Roebuck and Co.
Buchert, George P. and Ellen Buchert vs. Agilent
Technologies, Inc., et al., asbestos defendants
including Sears, Roebuck and Co.
Buckles, Joseph II v. Sears Holding Corporation

Bui, Jon D. v. Sears, Roebuck, & Co.; Sears Holding
Corp.; and KCD IP, LLC
Buiwitt-Shafer, Joann v. Sears Holdings Corporation;
and Kevin N. Canary
Bullion, Robert P., Individually and as Personal
Representative of the Estate of Margaret O. Bullion,
Pltf. vs. Andis Company, et al. asbestos defendants
including Sears, Roebuck and Co.
Bull, Jr.; Duane L. and Kathleen M. Bull vs.
Honeywell International, Inc., et al., asbestos
defendants including Sears, Roebuck and Co.
Bulva, Victor J. vs. A.W. Chesterton, Inc., et al.,
asbestos defendants including Sears, Roebuck and
Co.
Bunting, Barbara, Individually and as Special
Administrator of the Estate of Stanley Bunting,
Deceased, vs. 84 Lumber Company, et al., asbestos
defendants including Sears, Roebuck and Co.
Buranen, Sylvia, Individually and as Administrator of
the Estate of Robert B. Buranen, Deceased, et al., vs.
AC&R Insulation Co., Inc., et al., asbestos
defendants including Sears, Roebuck and Co.
Burchardt, Edward vs. A.W. Chesterton Company, et
al., asbestos defendants including Sears, Roebuck and
Co.
Burchfield, Virginia Grace (King) , et al. v. ACandS,
et al. asbestos defendants including Sears, Roebuck
and Co.
Burdurmi, Nicholas and Arlene Burdurmi, h/w vs.
Honeywell International, Inc., et al., asbestos
defendants including Sears, Roebuck and Co.
Burge, David and Joan Burge vs. Allis-Chalmers
Corporation, et al., asbestos defendants including
Sears, Roebuck and Co.
Burgess, Calvin and Phyliss Burgess, his wife vs.
John Crane-Houdaille, Inc., et al., asbestos
defendants including Sears, Roebuck and Co.
Burke, Patrick J. vs. AII Acquisitions, LLC, et al.,
asbestos defendants including Sears, Roebuck and
Co. (a subsidiary of Sears Holdings Corporation)
Burks, Vonceil, Individually and as Special
Administrator of the Estate of Wilbur Ringer,
Deceased vs. 4520 Corp., Inc., et al., asbestos
defendants including Sears, Roebuck and Co.

**Litigation**

Burnette, Gerline vs. John Crane-Houdaille, Inc., et
al., asbestos defendants including Sears, Roebuck and
Co.
Burns, Debra L., Individually and as Special
Administrator of the Estate of Robert R. Burns,
Deceased vs. A.W. Chesterton, Inc., et al., asbestos
defendants including Sears, Roebuck and Co.
Burns, Don, Special Administrator of the Estate of
Alice Burns, Deceased vs. Rapid American
Corporation, et al., asbestos defendants including
Sears, Roebuck and Co.
Burress, James vs. John Crane-Houdaille, Inc., et al.,
asbestos defendants including Sears, Roebuck and
Co.
Burress, Thomas and Jane vs. Quigley Company,
Inc., et al. asbestos defendants including Sears,
Roebuck and Co. (57 named defendants)
Bushell, Patricia A., Personal Representative of the
Estate of John A. bushell, Pltf., vs. Union Carbide
Corporation, et al.., asbestos defendants including
Sears, Roebuck and Co.
Bush, Lorraine, Individually and as Special
Administrator of the Estate of Edward Bush,
Deceased vs. CBS Corporation, et al., asbestos
defendants including Sears, Roebuck and Co.
Bush, Walter vs. ABB, Inc., et al., asbestos
defendants including Sears, Roebuck and Co.
Butler, Aaron K. and Diane Butler, his wife vs. John
Crane-Houdaille, Inc., et al., asbestos defendants
including Sears, Roebuck and Co. (52 named
defendants)
Butler, John W. and Mary E. Butler, his wife vs.
Union Carbide Corporation, et al., asbestos
defendants including Sears, Roebuck and Co.
Butler, Michael vs. Advance Auto Parts Inc., et al.,
asbestos defendants including Sears, Roebuck and
Co. (a subsidiary of Sears Holdings Corporation)
Butta, Michael A. and Carol G. his wife vs. Quigley
Company, Inc. et al. asbestos defendants including
Sears, Roebuck and Co. (40 named defendants)
Buttion, Frank and Sandra E. Buttion vs. Union
Carbide Corporation, et al., asbestos defendants
including Sears, Roebuck and Co.
Butt, Jerome and Barbara vs. John Crane-Houdaille,
Inc., et al. asbestos defendants including Sears,
Roebuck and Co. (53 named defendants)
Butt, Jr.; Edward A. vs. John Crane-Houdaille, Inc.,
et al., asbestos defendants including Sears, Roebuck
and Co.
Buxton, John and Emma Buxton vs. A.W. Chesterton
Company, et al., asbestos defendants including Sears,
Roebuck and Co.
Buzzanco, Eileen and Anthony Buzzanco, her spouse
vs. Briggs & Stratton Power Products Group LLC., et
al., asbestos defendants including Sears Holding Co.,

## Litigation

Individually and for Sears, Roebuck and Co.

Byers, Walter, as Special Administrator of the Estate of David Byers vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)
Bynum, Clovis and Welna Bynum vs. Asbestos Corporation Ltd., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)
Byrd, Jerry T. and Linda his wife vs. Quigley Company Inc., et al. asbestos defendants including Sears, Roebuck and Co. (46 named defendants)
Cabeza, Catherine E. and Pedro L. Cabeza, her husband vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Calacin, Karen v. Kmart Corp.

CALA wrenches UTC demand

Callstrom, Bonita and Doug Callstrom, her husband vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.
Calmi, Marino and Tina Calmi vs. A.O. Smith Water Products, et al., asbestos defendants including Sears, Roebuck and Co.
Calow, Glenda June, Individually and as Special Administrator for the Estate of Graeme John Calow, Deceased vs. Aerco International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Camasso, Michael and Barbara Camasso vs. Owens Illinois, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Camby, Shirley, Individually and as Surviving Heir of the Estate of, Edwin Camby, Deceased vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.
Campbell, Charles E. vs. Ash Grove Cement Company, et al., asbestos defendants including Sears, Roebuck and Co.
Campbell, Jeremiah and Evelyn Campbell vs. American Locomotive Company, et al., asbestos defendants including Sears Holdings Corp, Individually and as succesor in interest to Sears, Roebuck and Co.
Campopiano, Thomas and Marie Campopiano vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.
Candelaria, Milagros vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Cannon, John and Nina Cannon, his wife vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

## Litigation

Canterbury, Thomas and Dorothy vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (56 named defendants)
Capobianco, Vincent, Individually and as Proposed Executor of the Estate of Roberta Evelyn Capobianco, Deceased vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.
Caponic, Sr.; Steven L. vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Caputo, Dennis vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Caraballo, Julia L. Reyes v. Sears Roebuck de Puerto Rico, Inc., h/n/c Kmart
Caravella, Adalgisa, Individually and as Administratrix of the Estate of Pietro Caravella, Deceased vs. American Biltrite Company, et al., asbestos defendants including Sears, Roebuck and Co.
Cardona, Luz, Individually and as Executrix of the Estate of Victor Rodriguez vs. Sears, Roebuck and Co., et al. asbestos defendants
Carlsen, Linda v. Sears

Carpenter, Diane, Special Administrator of the Estate of Charles Carpenter, Deceased vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.
Carrizosa, Belen V. v. Sears Roebuck and Co.

Carter, Donald and Julia Carter vs. American Honda Motor Co., Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Carter, Frank L. vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Carter, James B. and Alvenia B. Carter, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Carter, Natalie vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Carter, Robert C. and Carter, Betty vs Quigley Company, Inc., et al asbestos defendants including Sears, Roebuck and Co. (46 named defendants)
Carter's Carpet Services, Inc. v. Sears Home Improvement Products, Inc.; and Does 1-25, inclusive
Carter, Sr.; Frank W. and Daphne A. Carter, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Catalfamo, Robert A. et al. v. Sears Holdings Corporation, et al.

**Litigation**

Cavallero, Sumiko and August Cavallero vs. Agway, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Cavazos, Glenn, Individually and as Personal Representative of the Estate of Felicia Cavazos vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Cave, Colbert and Angela Cave, Individually and as husband and wife vs. ABB, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Center for Environmental Health v. General Electric Company; et al. [including Sears, Roebuck and Co.]

Center for Environmental Health v. Pacific Play Tents, Inc., et al [Kmart] - Prop 65

Century III Mall PA LLC v. Sears, Roebuck and Co.

Cephas, Thomas E. and Dorothy Cephas vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Chaffee, David v. Electrolux Home Products, Inc.; Sears, Roebuck and Co.

Chaffee, Dennis L. and Christine Chaffee vs. Owens Illinois, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Chaff, Ronald vs Autozone, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Chamberlin, Charles W. and Judith A. Chamberlin, h/w vs. Ace Hardware Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Chambers, Jr.; Reginald vs Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Chambers, Roland Jr., c/o Reliable Brokering v. Amazon.com, et al. [Sears.com]

Champ, Ralph and Connie Champ, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Chance, Jr.; William vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Chapman, Brian A. and Patricia Chapman, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Charpentier, Charles J. vs. Amtico International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Chauncey, Patsy Ann, Individually and as Special Administrator of the Estate of Henry Harold Chauncey, Deceased vs. 84 Lumber, et al., asbestos defendants including Sears, Roebuck and Co.

Chaundy, Marie, as Administrator of the Estate of Arlington Chaundy, and Marie Chaundy Individually vs. Akzo Nobel Paints LLC., et al., asbestos defendants including Sears, Roebuck and Co. (a

**Litigation**

subsidiary of Sears Holdings Corporation)

Chavez, George M. and Beth Chavez vs. American Bridge Company, et al., asbestos defendants including Sears, Roebuck and Co.

Chen, Shaohong v. Sears, Roebuck and Co.

Chiles, Elaine & Ronaldo v. Sears

Ching, Henry v. Sears Holdings Management; and Michael Karrer

Christian, Shirley S., Individually and as Special Administrator of the Estate of Carl C. Christian vs. Air & Liquid Systems Corporation, et al, asbestos defendants including Sears, Roebuck and Co.

Christner, Teresa L. vs. Akzo Nobel Paints LLC, et al., asbestos defendants including Sears, Roebuck and Co., a subsidiary of Sears Holdings Corporation

Christoff, Peter P. vs. A.O. Smith Water Products Company, et al., asbestos defendants including Sears, Roebuck and Co.

City of Livonia Accounting Dept v. Sears Auto

City of Los Angeles v. Sears, Roebuck and Co.

Clarida, Alice E. and Richard Dean vs. 3M Company, etc., et al., asbestos defendants including Kmart Corporation

Clark, Shadow M. and Mary Lorenzo-Amato vs. American Cyanamid Company, et al., asbestos defendants including Sears, Roebuck and Co.

Clark, Shirley M., Individually and as Personal Representative of the Estate of John J. Clark, Sr., et al., vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Clark, Thomas J. and Rosemary Clark, his wife, vs. A.C.&R. Insulation Co., Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Clavey, Norman D. and Norma V. Clavey vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Clay, Barbara, Executrix (appt pending) to the Estate of Troy Clay and Barbara Clay, Individually as Surviving Spouse vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Clayton, Ayako, and Stanley Clayton, Jr., H/W, vs. Owens Illinois, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Clayton, James A. Sr. and Holly vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (55 named defendants)

Cleghorn, Robert and Joyce Cleghorn vs. Metropolitan Life Insurance Company, et al., asbestos defendants including Sears, Roebuck and Co.

**Litigation**

Clemesha, Ila v. PB Home Services, Inc., et al.
[Sears]
Cline, Lewis vs. John Crane-Houdaille, Inc., et al.,
asbestos defendants including Sears, Roebuck and
Co.
Clopton, Linwood and Carolyn vs John Crane-
Houdaille, Inc., et al. including Sears, Roebuck and
Co. [53 named defendants]
Coche, Maria, Individually and as Executrix and
Executrix ad Prosequendum of the Estate of Walter
H. Coche vs. A.O. Smith Corporation, et al., asbestos
defendants including Sears, Roebuck and Co.
Cockerham, Arlen and Peggy Cockerham, his wife
vs. Union Carbide Corporation, et al., asbestos
defendants including Sears, Roebuck and Co.
Coffee, Rose, Individually and as Special
Administrator of the Estate of Frank Coffee,
Deceased vs. A.W. Chesterton, Inc., et al., asbestos
defendants including Sears, Roebuck and Co.
Coffell, Anthony Lee, Individually and as Personal
Representative for the Estate of William Coffell,
deceased vs. DAP Products, Inc., et al., asbestos
defendants including Sears, Roebuck and Co.
Coggins, Shelia, Individually and as Special
Administrator of the Estate of Willie McDill,
Deceased vs. 4520 Corp., Inc., et al., asbestos
defendants including Sears, Roebuck and Co.
Cohen, Brian, Special Administrator of the Estate of
Arnold L. Cohen, Deceased vs. A.W. Chesterton
Company, et al., asbestos defendants including Sears,
Roebuck and Co.
Cohen, Jerry M. and Patricia Cohen, his wife vs.
A.O. Smith Corporation, et al., asbestos defendants
including Sears, Roebuck and Co.
Cohen, Youssef vs. Aerco International, Inc., et al.,
asbestos defendants including Sears, Roebuck and
Co.
Cohn, Steven v. Sears at 1150 Green Acres Mall

Colbert, Leatha, Individually and as Executrix of the
Estate of Annias Colbert vs. Sears, Roebuck and Co.,
et al., asbestos defendants
Coleman, Chester E. and Cynthia Coleman vs. 84
Lumber Company, et al., asbestos defendants
including Sears, Roebuck and Co.
Colley, Marie vs. Sears, Roebuck and Co., et al.,
asbestos defendants
Collins, Arthur and Mary Collins vs. 3M Company,
et al., asbestos defendants including Sears, Roebuck
and Co.
Collins, Bruce Edwin and Paula Collins vs. A.W.
Chesterton, Inc., et al., asbestos defendants including
Sears, Roebuck and Co.
Collins, Larry Vs. A.W. Chesterton Company, et al.,
asbestos defendants including Sears, Roebuck and

**Litigation**

Co., (109 named defendants)

Collins, Robert H. and Catherine Collins his wife vs.
John Crane-Houdaille, Inc., et al., asbestos
defendants including Sears, Roebuck and Co.
Colton, Kenneth, Individually and as Special
Administrator of the Estate of Shirley Colton,
Deceased vs. 84 Lumber Company, et al., asbestos
defendants including Sears, Roebuck and Co.
Combs, Linda, Individually and as Special
Administrator of the Estate of Ralph Combs,
Deceased vs. Advance Auto Parts, Inc., et al, asbestos
defendants including Sears, Roebuck and Co.
Commercial Development Company v. Sears
Roebuck and Co. #2374
Comparetto, John and Cherie Comparetto, his
vs. Advance Auto Parts, Inc., et al., asbestos
defendants including Sears, Roebuck and Co.
Compton, Janice A., Individually and as Special
Administrator of the Estate of William D. Compton
vs. Advance Auto Parts, Inc., et al., asbestos
defendants including Sears, Roebuck and Co.
Concealed Matter

Condran, Clarence and Joann Condran vs. Owens
Illinois, Inc., et al., asbestos defendants including
Sears, Roebuck and Co.
Congdon, Helena F., as Executrix of the Estate of
Everett C. Congdon, deceased, and Helena F.
Congdon, Individually vs. A.W. Chesterton, Inc., et
al., asbestos defendants including Sears, Roebuck and
Co.
Conley, Amos B. and Beverly Conley vs. A.W.
Chesterton Company, et al., asbestos defendants
including Sears, Roebuck and Co.
Conley, Sandra, Individually and as Personal
Representative of the Estate of Raymond Forson,
deceased vs. American Biltrite, Inc., et al., asbestos
defendants including Sears, Roebuck and Co.
Conrad, Charles C., Vs. A.W. Chesterton Company,
et al., asbestos defendants including Sears, Roebuck
and Co., (109 named defendants)
Conrad, Kenneth Andrew Vs. A.W. Chesterton
Company et al., asbestos defendants including Sears,
Roebuck and Co., (109 named defendants)
Conrad, Robert vs. Allied Signal, Inc., et al., asbestos
defendants including Sears, Roebuck and Co.
Conroy, Gregg M. vs. A.O. Smith Corporation et al.
asbestos defendants including Sears, Reobuck and
Co. (103 named defendants)
Consumer Advocacy Group, Inc. v. Kmart
Corporation, et al
Consumer Advocacy Group, Inc. v. Sears Holdings
Corporation, et al.
Consumer Advocacy Group, Inc. v. Southern

## Litigation

Exchange Co., Inc., et al. [Kmart and SHC]

Conte, Gerardo vs. Ameron International Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Conway, Layman L. and Della vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Reobuck and Co. (50 named defendants)

Cook, Brenda as Personal Representative of the Estate of James B. Cook et al vs. Quigley Company, Inc. et al asbestos defendants including Sears, Roebuck & Co. (49 named defendants)

Coons, Elizabeth J., Individually and as Executrix of the Estate of Vincent W. Coons, Deceased vs. A.O.Smith Water Products, et al., asbestos defendants including Sears, Roebuck and Co.

Cooper, Margi and Stephen Cooper vs. Akebono Brake Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Cooper, Shirley v. Sears, Roebuck and Company

Cooper, Willis L. et al v. Albany International Corporation et al asbestos defendants including Sears, Roebuck and Co. (71 named defendants)

Copechal, Jr., Edward and Lois Copechal, h/w vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Cope, Donnie, Individually and As Personal Representative of the Heirs and Estate of Ruth Henderson Cope, Deceased vs. Accupowder TN, LLC., et al. asbestos defendants including Sears, Roebuck and Co.

Cope, Faith Belac, Administratrix of the  Estate of Loretta Belac vs. AII Acquisitions, et al., asbestos defendants including Sears, Roebuck and Co.

Copeland, Robert S. v. Sears Department Store

Coppersmith, Robert R. vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Corcione, Leonard vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Cordice, Dorothy v. Sears Executive Customer Relations

Cornett, Paul M. and Carolyn Cornett vs. Clark Industrial Insulation Co., et al., asbestos defendants including Sears, Roebuck and Co.

Cornish, Mary M. vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Correia, Adley and Eleana Correia vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Cosey, Jr.; Richard vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

## Litigation

Costley, Kathleen, Individually and as Personal Representative of the Estate of Roger Costley, deceased vs. Asbestos Corporation Ltd., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Cote, Sr.; Michael and Bernice Cote vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Cotherman, Timothy R. & Carol S. v. Sears Home Improvement Products, Inc., Sears Home Services, Decore-ative Specialties, Inc., Decore-ative Specialties, Daniel Paskan

Coty, Paul H. and Francine D. his wife vs. Quigley Company, Inc. et al. asbestos defendants including Sears, Roebuck and Co. (46 named defendants)

Crace, Dorothy vs. Ashland Oil, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Craig, Larry W. and Lauana Craig vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Craig, Thomas C. vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Cribb, Bobby J. and Mary H. vs. A.O. Smith Corporation., et al., asbestos defendants including Sears,Roebuck and Co.

Crickm v. Kmart Corporation #4987

Crisler, George vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Crocker, Tom, Individually and as Surviving Heir of Keith Crocker, Dec., vs. Afton Pumps, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Crosby, Christopher M. v. Sears Holdings Corporation

Crowe, Michael and Angela Crowe vs. Aurora Pump Company, et al., asbestos defendants including Sears, Roebuck and Co.

Cruz, Joseph E. vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Cullison, Edward O., Pltf vs. Union Carbide Corporation., et al., asbestos defendants including Sears, Roebuck and Co.

Cumella, Annette v. Sears

Cummings, John G. and Annabella vs. 84 Lumber et al. asbestos defendants including Sears, Roebuck and Co. (76 named defendants)

Cunningham, Gilbert and Patricia Cunningham vs. A.O. Smith Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Cunningham, Herman T. and Barbara Cunningham,

**Litigation**

his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Cunningham, Robert P. vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Curran, Betty-Jo as Executrix of the Estate of Walter D. Curran and as Surviving Spouse vs. 3M Company et al., asbestos defendants including Sears, Roebuck and Co.

Curry, John William and Geraldine Curry vs. ABB, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Cush, Francis vs. BorgWarner Morse Tec., Inc., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Cusick, Carlton and Doris vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (45 named defendants)

Daibes, Bassam MIshail and Suha Ilbraheem v. Sears Service Complaint Department

Daigle, Eugene R. and Dianne O. Daigle vs. Advanced Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Dale, Kenneth G. and Dorathy L. Dale vs. Allied Packing & Supply, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Dalton, Carmela L. and Jesse L. vs. Quigley Co., Inc. et al. asbestos defendants including Sears, Roebuck and Co. (47 named defendants)

Daly, Barbara Marie-Dill v. Sears

Daly, Jr.; Edward A., As Personal Representative for the Estate of Frances Daly, et al., vs. Owens-Illinois Glass Co., et al., asbestos defendants including Sears, Roebuck and Co.

Damolaris, Noreene, Special Administrator of the Estate of Steve G. Damolaris, Deceased vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Dan River Residual Matters

Darden, Percy W. and Bernice vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (45 named defendants)

Davis, Brett, as Special Administrator of the Estate of Elery Davis vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Davis, Don vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Davis, James F. and Jeanette Davis, h/w vs. American Honda Motor Co. Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Davis, John W. vs. John Cran-Houdaille, Inc., et al.

**Litigation**

asbestos defendants including Sears, Roebuck and Co. (53 named defendants)

Davis, Jr.; Joe and Mae Davis, his wife, vs. Owens-Illinois Glass Co., et al., asbestos defendants including Sears, Roebuck and Co.

Davis, Shirley, Individually and as Special Administrator for the Estate of Merle G. Davis, Deceased vs. Air & Liquid Systems, Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Davis, Therethia P. and Clifton Davis, her husband vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (52 named defendants)

Dawson, Charles Vs. A.W. Chesterton Company et al., asbestos defendants including Sears, Roebuck and Co., (109 named defendants)

DeAngelis, Paul v. Sears Corporation

Deardon, Guadalupe Notario as Surviving Spouse of Blaine B. Deardon (Probate Pending) vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Deater, Thomas vs. Ammco Tools, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Deaton, Jack B. and Joyce K. Deaton vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Deckers Outdoor Corporation v. Sears, Roebuck and Co., et al.

Deckert, Larry, Individually and as Successor in Interest to the Estate of Shirlee Diana Deckert vs. Builders Emporium, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Deckert, Larry vs. Builders Emporium, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Deemer, George and Betty Deemer, h/w, vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

DeFayette, James and Joanne L. DeFayette vs. Air & Liquid Systems Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

De Freitas, W. Alva v. Sears Home Improvement Products, Inc.

Deiro, Dora, as Personal Representative of the Estate of Walter Bearden, Deceased vs. Afton Pumps Inc., et al., asbestos defendants including Sears, Roebuck and Co.

De Jesus Valdes, Aida v. Sears Roebuck de Puerto Rico

DeLaCruz, Laura, Individually and as Special Administrator of the Estate of Raymond DeLaCruz, Jr., Deceased vs. 3M Company, et al., asbestos

## Litigation

defendants including Sears, Roebuck and Co.

Delarosa, Hilda v. Sears

Delpra, John M. Vs. A.W. Chesterton Company et al., asbestos defendants including Sears, Roebuck and Co., (109 named defendants)
DeLuca, Joseph L. vs. Owens Illinois, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
de Markoff, Alexander J. v. Sears, Roebuck and Co.

Denby, Harold and Denby, Phyllis vs Quigley Company, Inc. et al asbestos defendants including Sears, Roebuck and Co., (46 named defendants)
Deneen, Terri M., Special Administrator of the Estate of Sidney J. Holwerda, Deceased vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.
Denemark, Paul, Individually and as Special Administrator of the Estate of Nazariusz Malinowski, Deceased vs. 84 Lumber, et al., asbestos defendants including Sears, Roebuck and Co.
Denitti, Matthew and Marjorie Denitti vs. Allied Signal, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Denley, Clifton vs. Ace Hardware Corporation, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)
Denmon, Marilyn as Special Administrator of the Estate of Bernice Reed, Dec., vs. 84 Lumber, et al., asbestos defendants including Sears, Roebuck and Co.
Dennison, Jr.; Walter K. vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Dennis, Richard B. vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.
Denny, Russell Wayne, Sr. and Denny, Marian vs Quigley Company, Inc. et al asbestos defendants including Sears, Roebuck, and Co. (46 named defendants)
Dentz, Dave Vs. A.W. Chesterton Co., et al., asbestos defendants including Sears, Roebuck and Co., (109 named defendants)
Department of Transportation v. Carolina Mall, LLC, et al. S1165_Eminent Domain
D'Ercole, Cheryl A. as Executrix of the Estate of Robert A. Layfield vs. 3M Company, et al., asbestos defendants including Sears, Roeubck and Co.
Dereje, Mathias, Individually and as Special Administrator of the Estate of Germa Dereje Seyoum, Deceased vs. Borg-Warner Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

## Litigation

Desiderio, Salvatore and Anna vs. A.C. and S., Inc., et al. asbestos defendants including Sears, Roebuck and Co. (134 named defendants)
Desjardins, Maurice and Della Desjardins, his wife vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Desposito, Frank v. Sears Inc.

Devaux, Roslyn v. Sears; Shirley Doe; Angela Doe

Devonshire 2010, Inc v. Sears Roebuck - Yonkers NY 1733
Diamond K Incorporated v. Sears, Roebuck and Co.

Diaz, Arlene Perez v. Sears Holdings, et al. [Sears De Puerto Rico and Kmart de Puerto Rico]
Dicent, Maria Jacqueline aka Jackie Disen, aka Maria Jacqueline Disen v. Sears Holdings and Edward Lamper, CEO of Sears Holdings; et al
Dickenson, Cynthia, Individually and as Special Administrator of the Estate of Harry Russell, Deceased vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Diemart, Sharon, Individually and as Special Administrator of the Estate of Rickey Diemart, Deceased vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.
Difonso, Grace R. vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
DiLauro, Carl and Diane DiLauro, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Dillard, Belinda, Personal Representative of the Estate of Curtis Lee Witt, Jr., Pltf. vs. John Crane Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Dillon, Marilyn M., Individually and as Special Administrator of the Estate of Richard T. Dillon vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
DiPietro, Anthony M. Jr. and Mildred vs. John Crane-Houdaille Inc., et al. asbestos defendants including Sears, Roebuck and Co. (52 named defendants)
Disantis, Dioro vs. American Biltrite, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Distefano, Jane and Phillip Distefano vs. A.O. Smith Water Products Co., et al., asbestos defendants including Sears, Roebuck and Co.
Dodson, Steven E. and Joyce Dodson, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.
Doebereiner, John vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and

## Litigation

Co.

Doehring, Jr.; William F. and Maureen Doehring vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Doell, Brad, Individually and as Special Administrator of the Estate of Henry Doell, Deceased vs. Air & Liquid Systems Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Doherty, Susan, as Personal Representative to the Estate of James Doherty, Sr. vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Dohman, Amie v. Innovel Solutions, Inc.; et al.

Dombrowski, Robert J. and Marjorie Dombrowski vs. A.O. Smith Water Products Co., et al., asbestos defendants including Sears, Roebuck and Co.

Donahoo, George F. and Melba J. Donahoo vs. A.O. Smith Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Donely, Allen vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Donovan, Philomae S., Individually and as Executrix of the Estate of John J. Donovan vs. A.O. Smith Water Products, et al., asbestos defendants including Sears, Roebuck and Co.

Donuk, Celal and Nilgun Donuk, Individually and as Husband and Wife vs. A.O. Smith Water Products Co., et al., asbestos defendants including Sears, Roebuck and Co.

Dooley, Richard and Karen Dooley, his wife vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Doolittle, Jr.; Charles C. and Donna Doolittle vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co., Individually and as Succesor-in-Interest to Western Auto Supply Company

Doran Phillip and Linda v. Sears Home Improvement Products, Inc.; Sears Holding Management Corporation; Onebeacon Services, LLC dba Atlantic Specialty Insurance Company

Doran, Phillip and Linda v. Sears Home Improvement Products, Inc.; Sears Holding Management Corporation; Onebeacon Services, LLC dba Atlantic Specialty Insurance Company

Doris Parker et al v. Sears et al

Downey, Robert and Rita vs. A.O. Smith Water Products, et al. asbestos defendants including Sears, Roebuck and Co. (45 named defendants)

## Litigation

Downing, Charlotte, Individually and as the Personal Representative for the Estate of Christopher Downing vs. Advance Auto Parts, et al., asbestos defendants including Sears, Roebuck and Co.

Doyle, John and Kay Doyle, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Dozier, Angel, Individually and as Special Administrator of the Estate of Paul Emerick, Sr., Deceased vs. Akebono Brake Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Drummond, Beshma Waite v. Sears Repairs Centers

Dubose, Miranda, Individually and as Special Administrator of the Estate of Willie Chaney, Deceased vs. American Biltrite, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Dudley, Robert, Personal Representative of the Estate of Edward M. Dudley, et al., vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Duff, McCoy vs. General Motors Corporation et al. asbestos defendants including Sears, Reobuck and Co. 17 named defendants)

Duffy, Catherine, Special Administrator of the Estate of Arthur J. Duffy, Deceased vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Duffy, Edward and Anne Duffy vs. Aldrich Company, et al., asbestos defendants including Sears, Roebuck and Co.

Dufour, Tracy, as Personal Representative of the Estate of David McClure, et al., vs. ACE Hardware Corporation, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Dunlap, John, et al. v. Minnesota Mining and Manufacturing Company, et al., asbestos defendants including Sears, Roebuck and Co. (81 named defendants)

Dunlap, Vincent and Ruth Ann Dunlap vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Dunn, Jr.; Charles L., Individually and as Special Administrator of the Estate of Alida Dunn, Deceased vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Duran, William and Shirley Duran vs. 84 Lumber, et al., asbestos defendants including Sears, Roebuck and Co.

Durso, Mariann, Individually and as Personal Representative of the Estate of John Durso vs. Toyota Motor Sales, U.S.A., Inc., et al, asbestos defendants including Sears, Roebuck and Co.

**Litigation**

Dutton, Sharon K. vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Dyer, Charles and Nancy Dyer vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Dyson, Charles A. Sr. and Reba vs. John Crane-Houdaille Inc., et al. asbestos defendants including Sears, Roebuck and Co. (54 named defendants)

Dyson, Elridge v. Sears, Roebuck and Co., et al.

Dzielak, Charlene, et al. v. Whirlpool Corporation, et al. [including Sears Holdings Corporation]

Eads, Wilma Ann, Individually and as Special Administrator of the Estate of Harry Gene Eads vs. ACF Industries, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Eagle, Cynthia, Individually and as Special Administrator of the Estate of Michael Eagle, Deceased vs. 84 Lumber, et al., asbestos defendants including Sears, Roebuck and Co.

Eaker, Myram as Executor of the Estate of Lori Ann Meiners-Gibbs, Deceased vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Easler, Lucy v. Sears

Easley, Dana Ann, Individually and as Special Administrator of the Estate of John Lafayette Wilhite, Deceased vs. Advanced Composite Group, et al., asbestos defendants including Sears, Roebuck and Co.

Easley, Paige Montgomery v. Sears

Easley, Paige v. Sears, Roebuck & Co.

Eaton, Kathy F., Personal Representative of the Estate of Daniel R. Rentzel, et al., vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Eberle, Clifford v. Owens-Illinois, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (45 named defendants)

Eckel, Charles, as Executor of the Estate of William Eckel vs. Asbestos Corporation Ltd., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Eckroth, Floyd D., Executor for the Estate of Geraldine A. Eckroth, et al., vs. Allied Signal, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Eclipse Group, LLP v. Target Corporation, et al. [Kmart Corporation]

Ecological Rights Foundation v. Sears, Roebuck and Co. and Kmart Corporation

**Litigation**

ECOtality Bankruptcy

Edgenet Bankruptcy

Edger, Brenda vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Edwards, Audrey as Executrix of the Estate of Leon Leroy Edwards (Probate Pending) vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Edwards, Bobbi and Joe Edwards, her husband vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Edwards, Gladys, Individually and as Special Administrator of the Estate of Tina Schicke, Deceased vs. Ace Hardware Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Edwards, Maria vs. Armstrong International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Edwards, Thomas L. and Edwards, Linda M. his wife v. John Crane-Houdaille, Inc. et al. including Sears, Roebuck and Co. (52 named defendants)

Egan, Holly, Individually and as Special Administrator of the Estate of Hubert Donnellan, Deceased vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Ehase, James Vs. A.W. Chesterton Co., et al., asbestos defendants including Sears, Roebuck and Co., (109 named defendants)

Eichner, Mathew and Dorothy M. Eichner, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Eilber, Kathleen, Individually and as Personal Representative of the Estate of William C. Eilbert, deceased vs. Borg Warner Morse Tec, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Eldridge III, Huntington, et al., Co-Executors of the Estate of Huntington Eldridge, Jr., Deceased vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Eldridge, Sr.; Billy vs. Ace Hardware Corporation, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Elliott, Elvin and Betty Elliott vs. Certainteed Corporation, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Elms, Walter, Individually and as Special Administrator of the Estate of Imogene Elms, Deceased vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

## Litigation

Emerick, Dale and Elizabeth Emerick vs. Air and Liquid Systems Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Emert, Richard Joseph et al. vs. Abb, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (65 named defendants)

Emke, David vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Engelbart, John and Marie Engelbart vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

English, Michael and Kasuko v. Sears Home Improvement Products, Inc.

Environmental RCRA Suit Burlington, MA

Epple, Alice, Individually and as Executrix of the Estate of Frederick N. Epple, Deceased vs. Air & Liquid Systems Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Ercolani, Mario S. and Romaine vs. 84 Lumber, et al., asbestos defendants including Sears, Roebuck and Co.

Erdmann, Marvin vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Espineiria, Luis, Individually and as the Executor of the Estate of Mariano Espineiria vs. A.O. Smith Water Products Co., et al., asbestos defendants including Sears, Roebuck and Co.

Estep, Sr.; Kevin A. and Tracey E. Estep, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Evans, Alexander and Dora Evans vs. Advance Auto Parts, et al., asbestos defendants including Sears, Roebuck and Co.

Evans, Brian and Susan Evans vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Evans, Eddie vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Everett, Doyle and Evyon Everett, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Ewing, Linda H., Individually and as Executrix for the Estate of Gary R. Ewing vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Ewing, Thomas, Individually and as Special Administrator of the Estate of Mary L. Ewing, Deceased vs. Akebono Brake Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

## Litigation

Fagerson, Patricia vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Fanelli, Frank vs. 3M Company et al., asbestos defendants including Sears, Roebuck and Co.

Faris, Barbara v. Whirlpool Corporation, et al. [SHMC]

Farley, Lonnie and Shirley Farley, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Farmer, Joseph and Elaine Farmer, husband and wife vs. AT&T Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Farrell, Michael T. vs. Air and Liquid Systems Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Farwell, Elliet vs Quigley Company, Inc., et al asbestos defendants including Sears, Roebuck and Co. (46 named defendants)

Fashion Exchange, The v. Hybrid Promotions, LLC et al. [Sears Brands, LLC]

Fauceglia, Robert vs. A.W. Chesterton, Co., et al., asbestos defendants including Sears, Roebuck and Co., (109 named defendants)

Faust, Terry and Denise Faust vs. Owens Illinois, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Fazzi, Mary Ann, Individually and as Special Administrator of the Estate of Donald Fazzi, Deceased vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Feaster, Deabra Bennett, as Personal Representative of the Estate of James N. Bennett, Jr. and Beatrice Bennett, Individually and as Surviving Spouse of James N. Bennett, Jr. vs John Crane-Houdaille, Inc., including Sears, Roebuck and Co. [54 named defend

Ferrante, Lou vs. A.O. Smith et al. asbestos defendants including Sears, Reobuck and Co. (103 named defendants)

Ferrell, Philip v. Sears Auto Center

Ferro, Joseph and Carole Ferro, his spouse vs. A.O. Smith Water Products Company, et al., asbestos defendants including Sears, Roebuck and Co.

Fiducia, Joseph and Anita Fiducia vs A.P. Green Industries, Inc., et al (asbestos dfts including Sears, Roebuck and Co.)

Figueroa, Juan Oquendo et al. v. Sears Roebuck de Puerto Rico, Inc., et al.

Finch, Herman L. vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Finch, Phillip vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and

## Litigation

Co.

Fineagan, Carroll and Dorothy Ellen Fineagan, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Finke, Robert E. vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Fitzgerald, Alan R. vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Fitzgerald II, James and Avenelle Fitzgerald vs. 4520 Corp., Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Fitzgerald, Linda and Richard Fitzgerald, her husband vs. 84 Lumber, et al., asbestos defendants including Sears, Roebuck and Co.

Fitzpatrick, Mildred A., Individually and as Personal Representative of the Estate of Robert G. Fitzpatrick, deceased vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Flectere LLC v. Sears Brands, L.L.C.

Fleischmann, Nicholas and Mary Ann Fleischmann vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Fletcher, Robert vs. Asbestos Corporation Ltd., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Flick, Anita, Individually and as Special Administrator of the Estate of James Flick, Deceased vs. 4520 Corp., Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Flores, Angel L. Tapia v. Sears Roebuck of Puerto Rico, et al.

Fode, Pamela P., Individually and as Special Administrator of the Estate of Jimmy E. Fode, Deceased vs. ABB, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Foglia, Ronald and Sandra Foglia vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Fontenelle, Don vs. Dash Building Material Center, et al., asbestos defendants including Sears, Roebuck and Co.

Forcino, Clarence R. and Carol A. Forcino his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Ford, Donald and Catherine Ford, his wife, vs. BorgWarner Morse Tec LLC, et al., asbestos defendants including Sears, Roebuck and Co.

Ford, Undray, Individually and as Executrix of the Estate of Earnest Frederick vs. Sears, Roebuck and Co., et al., asbestos defendants

## Litigation

Forster, Bette, Individually and as Special Administrator of the Estate of Henry Forster, Deceased vs. American Honda Motor Co., Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Forsythe, Daniel O. v. John Crane-Houdaille, Inc.,al., asbestos defendants including Sears, Roebuck and Co. (52 named defendants)

Fortsch, Barry v. Sears, Roebuck and Co., d/b/a Kenmore

Fortune, Bruce S. and Schenetta D. v. Sears

Foshay, Richard v. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Fossum, Donald and Elizabeth Fossum vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Fowler, La Trycee v. Sears Home Improvement Products, Inc.; and Sears, Roebuck and Co.

Fowler, Paulette, Individually and as Special Administrator of the Estate of Robert Biery, Deceased vs. Akebono Brake Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Fox, Dawna and Travis vs. Bondex International, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (21 named defendants)

Fox, Jr.; William and Dorothy Fox vs. Ammco Tools, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Foy, Joseph W. and Gladys Foy vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Frank, Ann T., as Personal Representative of the Estate of Danny Dee Cornett vs. AII Acquisitions, LLC., et al., asbestos defendants including Sears, Roebuck and Co.

Frazer, Wayne v. Sears Home Improvement Products, Inc.

Frechette, Danny Joseph v. Sears, Inc.; and Madiline Sherman

Frederick, Gregory and Frederick, Kathleen v Garlock Sealing et al asbestos defendants including Sears, Roebuck & Co. (20 named defendants)

Frederick, Judith A. vs. Armstrong Pumps, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Freudenhammer, Gerd Wolfgang vs. 84 Lumber, asbestos defendants including Sears, Roebuck and Co.

Frew, Jeffrey v. Sears Holdings Corporation d/b/a K-Mart in Wall, New Jersey; Rudy Forester, individually and/or as agents of Sears Holdings

**Litigation**

Corporation, and/or John Does 1-10

Friedman, Allen and Rita Sue Friedman vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Friedman & Wexler LLC Chapter 7 Confidential Customer Info
Frost, James "Buck" v. Sears Home Improvement Products, Inc.
Fuentes, Julio M. v. Sears

Fulton, Wayne and Dolores Fulton vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)
Funchess, Herman Lee and Funchess, Amanda Vs. A.W. Chesterton, Co., et al., asbestos defendants including Sears, Roebuck and Co., (109 named defendants)
Funk, Emmett R. Sr. and Mildred vs. John Crane-Houdaille, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (56 named defendants)
Gacono, Jean, Executrix of the Estate of Jeffrey Gacono and Jean Gacono vs. Baltimore Ennis Land Co., Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Gadson. Herman and Brenda vs. John Crane-Houdaille, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (55 named defendants)
Gaedeke, Sandra vs. Bayer Cropscience, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Gage, Joe vs. A.O. Smith Corporation et al. asbestos defendants including Sears, Reobuck and Co. (103 named defendants)
Gagnon, Julia, individually and as Personal Representative of the Est. of Richard Gagnon, dec. vs. A.O. Smith Water Products Co., et al., asbestos defendants including Sears Holdings Mgmt. Corp., individ and as successor in int. to Sears, Roebuck and Co.
Gajdosik, Dan vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Galford, James vs. John Crane-Houdaille, Inc., et al. including Sears, Roebuck and Co. [53 named defendants]
Gansz Bobo, Elaine, Individually and as Special Administrator of the Estate of Martha Gansz, Deceased vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Ganz, Jeri v. Sears Protection Company; Sears, Roebuck and Co.
Garcia, Onofre Sr. et al. vs. Kellogg-Brown & Root, Inc. et al. asbestos defendants including Sears,

**Litigation**

Reobuck and Co. (80 named defendants)

Garcia, Patricia, Individually and as Special Administrator of the Estate of Sherman Frost, Deceased vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Garcia, Rafael v. Sears, Roebuck and Co.; and Does 1-100 inclusive
Gardiner, Robert E. and Marguerite vs. John Crane-Houdaille, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (58 named defendants)
Garnet v. Sears - 1616 Cornwall, Bellingham, WA

Garringer, Jimmie and Sandra Garringer vs. ABP Induction, LLC, et al., asbestos defendants including Sears, Roebuck and Co.
Garrison, Dolores, Individually and as Special Administrator of the Estate of Ronald E. Garrison, Deceased vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.
Garvin, Kevin and Tandra Garvin vs. ABB, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Garza, Robert, et al., Individually and as Surviving Heirs of Ronald Garza, Dec. vs. 84 Lumber, et al., asbestos defendants including Sears, Roebuck and Co.
Gaudette, Sylvain et al. v. Whirlpool Corp., et al. [Sears Canada and SRC]
GCE International, Inc. fka Paris Accessories, Inc. v. Kmart Corporation
Gee, Leonard vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (45 named defendants)
Gee, Patricia, Individually and as Executrix of the Estate of Winford Gee vs. Sears, Roebuck and Co., et al., asbestos defendants
Gehner, Robert vs. Air & Liquid Systems Corporation, et al., asbestos defendants including Sears, Roebuck and Co.
Geist, William and Betty vs. American Standard, et al., asbestos defendants including Sears, Roebuck and Co.
Geiver, Dae, Individually and as Special Administrator of the Estate of Steve Daniel Geiver, Deceased vs. Aerco International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Gennone, Richard James and Joyce E. Flood vs. A.J. Eckert Company, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Gensler, Martha and Diane, Individually and as Personal Representative of the Estate of Daniel G. Gensler, deceased vs. Owens-Illinois Glass Co. et al. asbestos defendants including Sears, Roebuck and

**Litigation**

Co. (49 named defendants)

George, Richard A. vs. A.W. Chesterton, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (48 named defendants)

George, Roy and Deanna George vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

George, Stephen and Dina et al. v. Greystone Nevada, LLC, et al v. Brandon Iron, Inc., et al. [SHIP]

Gerley, Jr.; Victor as Personal Rep. to the Estate of Victor Gerley, Sr., vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Germain, Fred and Yvonne Germain vs. Aerco International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Gertz, Douglas vs. A.W. Chesterton Co., et al., asbestos defendants including Sears, Roebuck and Co., (109 named defendants)

Gerwig, Robert E. and Rita S. Gerwig, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Getz, Michael C. vs. CBS Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

GGF, LLC v. Sears, Roebuck and Co.; and Does 1 through 10, inclusive

Giacomini, Dominic and Patricia v. Sears Roebuck dba Sears Holding Corporation

Gibson, Cassandra vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Gidley, Bobby vs Sears et al

Gier, Jerome vs. Honeywell International, Inc. et al., asbestos defendants including Sears, Roebuck and Co.

Gilley, Lydia I., Personal Representative of the Estate of Thurman H. Gilley, et al, vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Ginetto, Charles v. Sears Home Improvement Products, Inc.

Ginnis, Eleftgrios Vs. A.W. Chesterton Co., et al., asbestos defendants including Sears, Roebuck and Co., (109 named defendants)

Giovanni, Janice and Jim Giovanni, her husband vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Girard, Pauline, Individually and as Special Administrator for the Estate of George J. Girard, Jr. deceased vs. Air & Liquid Systems Corp., et al., asbestos defendants including Sears, Roebuck and

**Litigation**

Co.

Girdis, Joyce, Special Administrator of the Estate of James J. Girdis, Deceased vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Gissendanner, Minnie, as Personal Representative of the Estate of Wash Gissendanner, and Minnie Gissendanner Individually vs. Akzo Nobel Paints LLC., et al, asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Given, Karen E., Individually and as Executor to the Estate of James Given, Deceased vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Gjorgjeski, Ruzica, Individually and as Special Administrator of the Estate of Petar Vidojevski, Deceased vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Gladu, Donald E. and Patricia Gladu vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Glantz, Eve, Administratrix of the Estate of Joyce Ann Thompson, Deceased, vs. BorgWarner Morse Tec, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Glass, Gretchen Marie v. Sears Roebuck

Glaude, Gilles and Claudette Glaude vs 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Glover, Emma, Individually and as Special Administrator of the Estate of Clarence Raymond Glover, Deceased vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Godsey, Mary Ann, Individually and as Executrix of the Estate of William Godsey vs. Sears, Roebuck and Co., et al., asbestos defendants

Golden, Ronald B. and Carol W. Golden, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Goldsmith, Marshall B. and Cheryl A. vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Reobuck and Co. (46 named defendants)

Gold Value International Textile, Inc. dba Fiesta Fabric v. AX Paris USA, LLC; Kmart Corporation; and Does 1-10

Golie, James J. and Alma M. Golie, h/w vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Goll, Barbara, Executrix of the Estate of Louis T. Goll, III, deceased and widow in her own right vs. Ace Hardware Corp., et al., asbestos defendants

**Litigation**

including Sears. Roebuck and Co.

Gomez, Karen, Individually and as Special
Administrator of the Estate of Eleanor Ray, Deceased
vs. 84 Lumber, et al., asbestos defendants including
Sears, Roebuck and Co.

Gondar, Frank vs. A.O. Smith Water Products, et al.,
asbestos defendants including Sears, Roebuck and
Co.

Gonzalez, Guillerma, Individually and as Executrix
of the Estate of Ramon Gonzalez vs. Sears, Roebuck
and Co., et al., asbestos defendants

Gonzalez Hernandez, Glorimar v. Sears Roebuck De
PR, Inc

Gooden, James and Jane vs. Quigley Company, Inc.,
et al. asbestos defendants including Sears, Roebuck
and Co. (58 named defendants)

Goodrich, Howard Sr. and Myra vs. Quigley
Company, Inc., et al. asbestos defendants including
Sears, Roebuck and Co. (59 named defendants)

Goolsby, David vs. John Crane-Houdaille, Inc., et al.,
asbestos defendants including Sears, Roebuck and
Co.

Goralski, Martin W. vs John Crane-Houdaille, Inc., et
al. Asbestos defendants including Sears, Roebuck
and Co. [51 named defendants]

Gordone, Ross H. and Shirley M. Gordon vs. John
Crane-Houdaille, Inc., et al., asbestos defedants
including Sears, Roebuck and Co.

Gordon, Milton Alan vs. Bird & Son, Inc., et al.,
asbestos defendants including Sears, Roebuck and
Co.

Gordon, Noura v. Sears Home Improvement Products

Goslin, Robert vs. Honeywell International, Inc., et
al., asbestos defendants including Sears, Roebuck and
Co.

Gossage, James M., as Personal Representative of the
Estate of William J. Gossage, Sr., James M. and
William J. Jr. Gossage as Surviving Sons of William
J. Gossage, Sr. vs. Quigley Company, Inc., et al.
asbestos defendants including Sears, Reobuck and
Co.

Gough, Gerard A., Personal Representative of the
Estate of John E. Gough vs. John Crane-Houdaille,
Inc., et al., asbestos defendants including Sears,
Roebuck and Co.

Grady, Jeffery vs. Union Carbide Corporation, et al.,
asbestos defendants including Sears, Roebuck and
Co.

Graham, James F. and Sandra E. Graham vs. A.O.
Smith Corporation, et al., asbestos defendants
including Sears, Roebuck and Co.

Graham, Shawn v. RWTW, LLC; Kith Retail, LLC;
New ERA Cap Co., Inc.; Amazon.com Services, Inc.,

**Litigation**

and Sears Holdings Management Corporation

Grams, John vs. Quigley Company, Inc., et al.
asbestos defendants including Sears, Roebuck and
Co. (56 named defendants)

Granger, Melanie and Jeff Granger, her husband vs.
Ace Hardware Corporation, et al., asbestos
defendants including Sears, Roebuck and Co.

Granger, Terrence vs. Union Carbide Corporation, et
al., asbestos defendants including Sears, Roebuck and
Co.

Grant, Richard L. and Mary E. Grant vs. A.W.
Chesterton Company, et al., asbestos defendants
including Sears, Roebuck and Co.

Grant, Willie and Genvive vs. 84 Lumber Company
etc., et al., asbestos defendants including Sears,
Roebuck and Co.

Grasso, Joseph A. vs. A.W. Chesterton, Inc., et al.
asbestos defendants including Sears, Roebuck and
Co. (54 named defendants)

Graul, Jr.; Albert J. and Charlotte Graul vs. Amchem
Products, Inc., et al., asbestos defendants including
Sears, Roebuck and Co.

Gray, Willie Louis, et al. v. Minnesota Mining and
Manufacturing Company, et al., asbestos defendants
including Sears, Roebuck and Co. (81 named
defendants)

Graziano, Vito and Gaetana v. Sears Smith-Haven
Mall #1364

Grecia, William v. Sears Holdings Corporation

Greene, Edward and Rita Greene, his wife vs.
Advance Auto Parts, Inc., et al., asbestos defendants
including Sears, Roebuck and Co.

Greene, Nina and Gerald v. Sears Protection
Company, et al.

Green, Leroy and Mabel L. vs. Owens-Illinois Glass
Co. et al. asbestos defendants including Sears,
Reobuck and Co. (45 named defendants)

Greer, Jr.; Laurence Jerald vs. ABB, Inc., et al.,
asbestos defendants including Sears, Roebuck and
Co.

Gren, Jan F. and Elizabeth E. Gren vs. Allied Signal,
Inc., et al., asbestos defendants including Sears,
Roebuck and Co.

Grieco, Miriam v. Rozay, Inc.; and Sears

Griffes, Beverly, Individually and as Special
Administrator of the Estate of Cecil Edward Griffes,
Deceased vs. AGCO Corporation, et al., asbestos
defendants including Sears, Roebuck and Co.

Griffin, Frances vs. Union Carbide Corporation, et
al., asbestos defendants including Sears, Roebuck and
Co.

Griffin, Herbert D. and Griffin, Frances G. vs
Quigley Company et al asbestos defendants including

**Litigation**

Sears, Roebuck and Co. (47 named defendants)

Griffith, Sherwood S. vs. American Standard, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (34 named defendants)

Griffitts, Tommy vs. American Biltrite, et al., asbestos defendants including Sears, Roebuck and Co. (a Subsidiary of Sears Holdings Corporation)

Grindstaff, Albert v. Sears, Roebuck and Co.

Grissom, Lawrence E. vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Grooms, Eugene v. Sears Home Improvement Products, Inc.

Grosky, Bernard and Marilynn Grosky vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Grounds, Terry A. and Judy A. Grounds, his wife vs. 20th Century Glove Corporation of Texas, et al., asbestos defendants including Sears, Roebuck and Co.

Guerrero, Brenda, Individually and as Special Administrator of the Estate of Stanley Dixon, Deceased vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Guerrero, San Juanita, Individually and as Executrix of the Estate of Alejandro Najera vs. Sears, Roebuck and Co., et al., asbestos defendants

Gurany, Kathleen, Individually and as Special Administrator of the Estate of William Gurany, Deceased vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Gurkin, David B. and Elizabeth Gurkin vs. Adams Manufacturing Co., et al., asbestos defendants including Sears, Roebuck and Co.

Gurr, Reed vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Guthrie, Richard A. and Martha Guthrie, his wife vs. Borgwarner Morse Tec LLC, et al., asbestos defendants including Sears, Roebuck and Co.

Guzman, John, Individually and as Special Administrator of the Estate of Joe Guzman, Deceased vs. 84 Lumber, et al., asbestos defendants including Sears, Roebuck and Co.

Habelt, Sr.; Thomas E. and Barbara Habelt vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Haberkam, Bernard vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Hackman, Robert E. and Mildred A. vs John Crane-Houdaille, Inc., et al. Asbestos defendants including Sears, Roebuck and Co. [50 named defendants]

**Litigation**

Hackworth, Bobby Lee vs Sears et al

Hadley, Dallas vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Hahner, Tracey, Personal Representative of the Estate of Harry M. Shelly, et al., vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Hahn, Patton and Frank Purvis v. Sears Protection Company

Hahn, Rory and Linda Hahn vs. Allied Signal, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Haines, Philip C. and Elizabeth Haines, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Hale, Mary vs. Armstrong International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Haley, Henry Aaron and Teresa Ann Haley vs. Daimler Trucks North America, et al., asbestos defendants including Sears, Roebuck and Co.

Halford, John and Mary vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (53 named defendants)

Hall, Kelli D., as personal representative of the heirs-in-law and/or wrongful death beneficiaries of Gary W. Hall vs Ace Hardware Corporation, et al. including Sears, Roebuck and Co. [110 named defendants]

Hall, Melanie Largin individually and as Exec. of the Estate of Paline Largin, Deceased and Melanie Largin Hall, Sterling Largin and Clara L. Largin Aiono, Indiv. and as Surv. children of Pauline Largin, Deceased vs. Hurcules Incorporated, et al. asbestos

Hall, Walter B. vs Sears et al

Hama, Joseph and Marie Hama, h/w vs. Borg Warner Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Hamilton, Franklin vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Hamilton, George Jr. vs. Owens-Illinois Glass Co., et al. asbestos defendants including Sears, Roebuck and Co. (50 named defendants)

Hamm, Norman G. and Jean vs. 20th Century Glove Corporation of Texas et al. asbestos defendants including Sears, Roebuck and Co. (108 named defendants)

Hammonds, Sibyl as Executrix to the Estate of R.C. Hammonds and as Surviving Spouse vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

**Litigation**

Hamshey, John F. vs. Allied Signal, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Hanabarger, Dale vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Hand, Robert v. Stephen Sitley (General Counsel Sears Protection Company)

Hanson, Richard and Janice Hanson vs. Aerco International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Harden, Connie, Individually and as Special Administrator of the Estate of Eldon Harden, Deceased vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Harden, Robert and Jeanette v. The Corporation Trust Company, registered agent for Sears, Roebuck & Co.

Hardin, Billy R. and Frances Hardin, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Harnett, William and Harnett, Mary Vs. A.W. Chesterton Co., et al., asbestos defendants including Sears, Roebuck and Co., (109 named defendants)

Harney, Clarence and Janet Harney vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Harpine, John F. and Diane vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (53 named defendants)

Harp, Marva, Individually and as Surviving Spouse, et al., Heirs of the late Charles Harp vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Harp, Mary, Individually and as Special Administrator of the Estate of Vernon Harp, Dec., vs. 84 Lumber, et al., asbestos defendants including Sears, Roebuck and Co.

Harriman, Bruce and Gene vs. 84 Lumber, et al., asbestos defendants including Sears, Roebuck and Co.

Harrington, Beverly, Individually and as Executrix of the Estate of James Anderson vs. Sears, Roebuck and Co., et al., asbestos defendants

Harris, James W. Jr. vs. Owens-Illinois Glass Co. et al. asbestos defendants including Sears, Roebuck and Co. (69 named defendants).

Harris, Jr.; Ralph M. vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Harrison, Carl and Ella v. Sears

Harrison, Herbert and Harrison, Sandra W. his wife v. John Crane-Houdaille, Inc. et al. including Sears, Roebuck and Co. (52 named defendants)

**Litigation**

Harsch, Carla A. and Pamela Bonkowski, Co-Executrixes of the Estate of Stephen Yorden, Deceased vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Hartl, Caryn and Tom Hartl, her husband vs. Ace Hardware Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Harvey, Jonathan et al. v. Sears, Roebuck and Co., et al.

Harvey, Joseph and Norine vs John Crane-Houdaille, Inc., et al including Sears, Roebuck and Co. [65 named defendants]

Harvey, Jr.; Charles and Deborah Harvey, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Hasson, William and Hasson, Stephanie vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Hatchett, Milton vs. A.W. Chesterton, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (70 named defendants)

Hatfield, Richard vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Hausman, Mildred D., Individually and as Special Administrator of the Estate of Ira W. Hausman vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Hawkins, Donald and Delores Hawkins, his wife vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Hawkins, James C. and Jo Ann Chase vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (46 named defendants)

Hawkins, Kenneth S. v. Honeywell International Inc. f/k/a/ Allied Signal Inc. et al. including Sears, Roebuck and Co. (29 named defendants)

Hayden, Joseph R. and Catherine D. vs John Crane-Houdaille, Inc., et al. including Sears, Roebuck and Co. [53 named defendants]

Hayes, Richard W. vs. A.O. Smith Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Hays, Jeffrey, Individually and as Successor in Interest to Gilbert Hays, Deceased, et al., vs. Certainteed Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Hazinakis, Robert vs. A.W. Chesterton Co., et al., asbestos defendants including Sears, Roebuck and Co., (109 named defendants)

Heard, Janice vs. BMW Constructors, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

**Litigation**

Heberling, Laurine and John Heberling, her husband vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Hefel, Eldon and Janet Hefel, his wife vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Heffelfinger, Robert B. vs. Allied Signal, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Heidari, Hamid v. Sears, Roebuck and Co.

Hein, James vs. Advance Auto Supply, et al., asbestos defendants including Sears, Roebuck and Co.

Heiple, Russell, Individually and as Special Administrator of the Estate of Charles Heiple, Jr., Deceased vs. Agco Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Held, Anthony E. v. CCA Industries Inc., et al [Sears] - Prop 65

Held Ph.D. P.E., Anthony E. v. Sky High International, LLC; Kmart Corporation; et al.

Helfrich, Don vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Hemling, Joanne L., Personal Representative for the Estate of Harry B. Frost, Jr., vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Hemphill, Milton and Marsha Hemphill, his wife vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Hendershot, Jr.; Walter, as Executor of the Estate of Walter A. Hendershot, Sr., vs. A.O. Smith Water Products, et al., asbestos defendants including Sears, Roebuck and Co.

Henderson-Adams, Sherrie v. Sears, Roebuck and Company

Hendry, Barbara and William vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Hennessy, William vs. Owens Illinois, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Henn, William vs. A.O. Smith Water Products Co., et al., asbestos defendants including Sears, Roebuck and Co.

Henriquez, Patricia, Individually and as Special Administrator of the Estate of Helen Schwartz, Deceased vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Henry, Ervin L. and Joan B. Henry, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

**Litigation**

Henry, Joan vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Hensen, Anna A. and Frederick Hensen, her husband vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Henthorn, Charles R. Jr. vs. A.O. Smith Corporation et al. asbestos defendants including Sears, Roebuck and Co. (103 named defendants)

Herget, Sr.; Milton and Nellie A. Herget, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Herhold, Thomas R. and Victoria Herhold vs. AII Acquisition Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Herman, Lawrence E. and Maurine Herman, Husband and Wife vs. B.F. Goodrich, et al., asbestos defendants including Sears Holdings Corp. Individually and as successer in interest to Sears Roebuck and Company

Hernandez Cardona, Celida v. K-Mart Corporation

Hernandez, Raul Estrada and Modesta Alverez, his wife vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Hershey, William, Individually and as Special Administrator of the Estate of Peggy Hershey, Deceased vs. Ace Hardware Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Hess, George J.and Marie E. Hess, his wife vs. John Crane-Houdaille, Inc., et al., abestos defendants including Sears, Roebuck and Co.

Hester, Clyde and Gloria Jane Hester vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Hibbeler, Kenneth vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Hicks, Charles R. Jr. and Earline vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (45 named defendants)

Hilliman, Lawrence, Individually and as Successor-in-Interest to Harold Dean Hilliman vs. Asbestos Corporation, Ltd., et al., asbestos defendants including Sears, Roebuck and Co.

Hillis, David vs. Archer Daniels Midland Company, et al., asbestos defendants including Sears, Roebuck and Co.

Hill, Junior C. and Olga Hill vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Hinton, Edith, Individually and as Personal Representative of the Estate of Albert Hinton, Jr. and Edith Hinton, as Surviving Spouse of Albert Hinton,

**Litigation**

Jr. vs John Crane-Houdaille, Inc., et al. including
Sears, Roebuck and Co. [53 named defendants]
Hinzmann, Judith, Individually and as Personal
Representative of the Estate of Helmut Hinzmann,
Deceased vs. 3M Company, et al., asbestos
defendants including Sears, Roebuck and Co.
Hireright Bankruptcy Proceedings

Hite, Michael and Jo Ann Hite, his wife vs. John
Crane-Houdaille, Inc., et al., asbestos defendants
including Sears, Roebuck and Co.
Hockman, Cletus vs. Owens-Illinois Glass Co., et al
asbestos defendants including Sears, Roebuck and
Co. (50 named defendants)
Hodkinson, Edwin J. and Jacqueline L. Hodkinson
vs. American Biltrite Co., et al., asbestos defendants
including Sears, Roebuck and Co. (a subsidiary of
Sears Holdings Corporation)
Hoeffler, Martin L. Jr. and Hoeffler, Judy A. vs.
Quigley Company, Inc., et al asbestos defendants
including Sears, Roebuck and Co. (47 named
defendants)
Hoepker, Tom vs. A.W. Chesterton, Inc., et al.,
asbestos defendants including Sears, Roebuck and
Co.
Hoffman, Jackson and Ruth Hoffman, his wife vs.
Union Carbide Corporation, et al, asbestos
defendants including Sears, Roebuck and Co.
Hoffman, Marie J. and John Hoffman, her husband
vs. Union Carbide Corporation, et al., asbestos
defendants including Sears, Roebuck and Co.
Hogan, Jean vs. 84 Lumber, et al., asbestos
defendants including Sears, Roebuck and Co.
Holbrook, Mary Ellen and Brian R. Waters as Co-
executors for the Estate of Elizabeth M. Waters vs.
ABB, Inc., et al., asbestos defendants including
Sears, Roebuck and Co.
Holguin, Carlos R. v. Sears Roebuck de Puerto Rico,
Inc.
Hollandsworth, William and Helen Hollandsworth,
his wife, vs. John Crane-Houdaille, Inc., et al.,
asbestos defendants including Sears, Roebuck and
Co.
Holliday, John W. v. Sears Roebuck and Co.; Vivian
Imperial
Holliday, Louis and Thomasina vs. Quigley
Company, Inc., et al. asbestos defendants including
Sears, Roebuck and Co. (46 named defendants)
Hollingshead, Jon L. vs. A.W. Chesterton Company,
et al., asbestos defendants including Sears, Roebuck
and Co.
Holman, Jr.; Hubert L., et al., Individually and on
Behalf of Audrey Holman vs. A.W. Chesterton
Company, et al., asbestos defendants including Sears,
Roebuck and Co.

**Litigation**

Holmes, Fred J. vs. Union Carbide Corporation, et
al., asbestos defendants including Sears, Roebuck and
Co.
Holstege, Arlyn G. and Lois Holstege, his wife vs.
Amway Corporation, et al., asbestos defendants
including Sears, Roebuck and Co.
Holt, Artis E. and Sherry vs. Quigley Company, Inc.,
et al. asbestos defendants including Sears, Roebuck
and Co. (63 named defendants)
Holthaus, Robert and Betty Holthaus, his wife vs.
Union Carbide Corporation, et al., asbestos
defendants including Sears, Roebuck and Co.
Holt, Jerry v. Sears

Holt, Richard and Kathleen vs. John Crane-
Houdaille, Inc., et al., asbestos defendants including
Sears, Roebuck and Co.
Holt, Sharon K., Individually and as Special
Administrator of the Heirs and Estate of Arnold Holt,
Jr., Deceased vs. Alfa Laval, Inc., et al., asbestos
defendants including Sears, Roebuck and Co.
Homelife Bankruptcy Escrow Claim

Home Orthopedics Corp. v. Rikco International, LLC
et al. [Kmart]
Homer, Tammy Individually and as Personal
Representative of The Estate of Coy Jean Traylor
deceased et al. vs. Georgia Pacific Corporation et al.
asbestos defendants including Sears, Roebuck and
Co. (17 named defendants)
Hooper, Marclon and Jerry L. Sr. v. Sears Protection
Company
Hopkins, James F. Jr. vs. Quigley Company, Inc., et
al. asbestos defendants including Sears, Reobuck and
Co. (47 named defendants)
Hoppes, Robert and Denise Hoppes vs. Asbestos
Corporation Ltd., et al., asbestos defendants
including Sears, Roebuck and Co. (a subsidiary of
Sears Holdings Corporation)
Horn, Dennis vs. John Crane-Houdaille, Inc., et al.,
asbestos defendants including Sears, Roebuck and
Co.
Horstman, Gerald vs. Allis-Chalmers Corporation
Products Liability Trust, et al., asbestos defendants
including Sears, Roebuck and Co.
Horton, Paula and David Horton vs. A.O. Smith
Corporation, et al., asbestos defendants including
Sears, Roebuck and Co.
Houser, Larry and Gail Houser, his wife vs. John
Crane-Houdaille, Inc., et al., asbestos defendants
including Sears, Roebuck and Co.
Housh, Lenora, Individually and as Special
Administrator of the Estate of William Housh, Jr.,
Deceased vs. A.W. Chesterton, Inc., et al., asbestos
defendants including Sears, Roebuck and Co.

**Litigation**

Hovan, Mary Ann as Executrix for the Estate of Irma Strelko, deceased vs. Asbestos Corporation, Ltd., et al., asbestos defendants including Sears, Roebuck and Co.

Howard, Manuel vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Howe, John and Charles D. McCallon et al. v. Samsung Electronics America, Inc., et al. [SHMC]

Howe, Richard and Jean Howe vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Howey, Ross C and Patricia vs American Standard, et al (asbestos dfts, including Sears, Roebuck and Co.)

Hubbard, Arnest G. vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Hubbard, Donald S. and Sandra Hubbard, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Huey, Crystal, Individually and as Special Administrator of the Estate of John T. Huey, Deceased vs. 4520 Corp. Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Huff, Geraldine, as the Special Administrator of the Estate of Kathryn Cavender, Deceased vs. 84 Lumber, et al., asbestos defendants including Sears, Roebuck and Co.

Huff, Glen and Lena Huff vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Huff, Roger vs.4520 Corp., Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Hughes, Sr.; Andrew J. and Marian Hughes, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Hunt, Gary L. vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Hurd, Ronald and Susan vs. 4520 Corp, Inc., et al., including Sears, Roebuck and Co.

Hutchison, David H. vs. Owens Illinois, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Huth, Jr.; John and Janet Huth, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Hutson, Charles Edward and Ardyce E. Hutson vs. A.W. Chesterton, et al., asbestos defendants including Sears, Roebuck and Co.

Iacovone, Anthony and Sharon Iacovone vs. Pneumo Abex Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

**Litigation**

Ibricevic, Smail and Sonja Ibricevic vs. A.O. Smith Water Products Co., et al., asbestos defendants including Sears, Roebuck and Co.

Ifill, Irwin vs Bergen tile & Linoleum Co., et al Including Sears, Roebuck and Company (16 named defendants)

Immenschuh, Carl and Vallene Immenschuh vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co., individually as as successor-in-interest to Western Auto Supply Company

Ingle, Barbara, Personal Representative of the Estate of Preston Ingle, et al., vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Ingrassia, Lucien and Constance Ingrassia vs. A.O. Smith Water Products, et al., asbestos defendants including Sears, Roebuck and Co.

Inman, Susan, Individually and as Special Administrator of the Estate of Richard Inman, Deceased vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

In Re American Express Anti-Sterring rules Antitrust Litigation

In Re: Clicka Holdings, Inc.; Activeon LLC; and Actieon, Inc., f/k/a Oncorp, US v. Consumer Electronics

In re:  Optical Disk Drive Products Antitrust Litigation, MDL No. 2143 (Hitachi and LG Electronics)

In Re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation

In re: Quanta Resources Site

In the Matter of Certain Carburetors and Products Containing Such Carburetors - Walbro, LLC v. Sears, Roebuck and Co.

Investors Bank v. RIO Mall, et. al. Kmart 9133

Ippoliti, Mark, as Personal Representative of the Estate of Nancy Demarco, deceased vs. Advance Auto Parts, Inc., et al, asbestos defendants including Sears, Roebuck and Co.

Jackson, Arthur H. and Jackson, Alexandra, his wife v. John Crane-Houdaille, Inc. et al. including Sears, Roebuck and Co. (52 named defendants)

Jackson, George L. and Elaine C. Jackson vs. American Standard, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Jackson, Joseph and Rose Jackson vs. Air and Liquid Systems Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Jackson, Michael and Mabel vs. Quigley Company Inc., et al. asbestos defendants including Sears, Roebuck and Co. (55 named defendants)

**Litigation**

Jackson, Robert L. vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Jackson, Robert vs. 84 Lumber Company, et al., asbestos defendants inclding Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Jackson, Rudy and Sally Jackson vs. Able Industries, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Jackson, Stephen v. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Jacobs III, Herbert A. and Kimberly Jacobs vs. Owens Illinois, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Jacobs, Lloyd and Betty Jacobs, h/w vs. ConocoPhillips Company, et al., asbestos defendants including Sears, Roebuck and Co.

Jacoby, Brian Vs. A.W. Chesterton Co., et al., asbestos defendants including Sears, Roebuck and Co., (109 named defendants)

Jacquet, Stanley and Linda Jacquet, his wife vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Jahn, Arthur and Mary vs. Georgia-Pacific corporation et al. asbestos defendants including Sears, Roebuck and Co. (6 named defendants)

James, Jack and James, Sarah L. his wife vs. 20th Century Glove Corporation of Texas, et al., asbestos defendants including Sears, Roebuck and Co. (84 named defendants)

James, Oliver and Mamie vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (47 named defendants)

James, Timmy v. Sears Home Improvement

James, Virginia, Individually and as Personal Representative of the Estate of Thomas W. James, et al., vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Janke, Paul E. Vs. A.W. Chesterton Co., et al., asbestos defendants including Sears, Roebuck and Co., (109 named defendants)

Jansen, Katherine, Individually and as Special Administrator of the Estate of Matthew Jansen, Deceased vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Jarrells, Jr.; Leslie and Lois Jarrells vs. Arvinmeritor, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Jaycox, Nancy A., Individually and as Personal Representative of the Estate of Edward F. Jaycox, et al., vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

**Litigation**

Jeffries, Ronald vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Jenkins, Leonard N. vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Jenney, Janice, Individually and as Special Administrator of the Estate of James Jenney, Jr., Deceased vs. Aurora Pump Company, et al., asbestos defendants including Sears, Roebuck and Co.

Jensen, Marcia, Individually and as the Special Administrator of the Estate of Arnold Jensen, Deceased vs. Ameron International Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Jeter, Jr.; Isiah and Joann Jeter vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Jewell, Charles and Mary vs. A.W. Chesterton Inc., et al. asbestos defendants including Sears, Roebuck and Co. (41 named defendants)

Jewett, Regina and Michael Jewett vs. Abex Corporation et al., asbestos defendants including Sears, Roebuck and Co.

Jimenez, Isabel Casiano v. Kmart Corporation

Jimmy Clyde Dunbar, et al. vs. Albion Kaolin Company, et al., (asbestos defendants including Sears, Roebuck and Co.)

Jiu Zhou v. M. Brothers

JM Mills a/k/a Peterson/Puritan Inc. Superfund Site

Jobs, Audrey, Individually and as Special Administrator of the Estate of George Jobs, Deceased vs. AGCO Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Jockers, David W., Executor of the Estate of Vivian M. Jockers, et al., vs. Alcoa Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Johns, Antionette, Individually and as Personal Representative of the Estate of Robert L. Johns, Jr. and Antionette Johns, as Surviving Spouse of Robert L. Johns Jr. vs. John Crane-Houdaille, Inc., et al. asbestos defendants including Sears, Roebuck and C

Johnson, Bruce v. Sears Auto Center - Store #2626

Johnson, Bruce vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Johnson, Charles S. and Johnson, Jessie M. his wife v. John Crane-Houdaille, Inc. et al. including Sears, Roebuck and Co. (52 named defendants)

Johnson, David C. and Leola vs. Owens-Illinois Glass Co., et al. asbestos defendants including Sears, Roebuck and Co. (49 named defendants)

**Litigation**

Johnson, Debbie, Individually and as Executrix of the Estate of Lena Haynes vs. Sears, Roebuck and Co., et al., asbestos defendants

Johnson, Debra, as Executrix of the Estate of Raymond Johnson, Jr., and as Surviving Spouse vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Johnson, Emma Pearl, as Executive of the Est. of Joe Louis Johnson, dec., vs. A.O. Smith Water Products, et al., asbestos defendants including Sears, Roebuck and Co.

Johnson, Essie v. Sears Holding Corp.; Sears, Roebuck and Co.; Sears Home Improvement Products, Inc.; and Sears Protection Company

Johnson, John B. and Sandra K. Johnson vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Johnson, Monica vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (55 named defendants)

Johnson, Paul H., Executor of the Estate of Joseph Cartagena vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Johnson, Richard N. vs. A.W. Chesterton Company, et. al., asbestos defendants including Sears, Roebuck and Co.

Johnson, Robert K. and Carolyn S. Johnson vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Johnson, Robert W. and Kimberly L. Johnson, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Johnson, Thomas v Sears Holding, LLC

Johnson, Timothy and Darryl Moore, et al. v. Diakon Logistics, et al. [SRC]

Johnson, Wilfred C. and Beverly vs. Agco Corporation., et al., asbestos defendants including Sears, Roebuck and Co.

Johnson, Yolanda, Individually and as Special Administrator of the Estate of Patricia Pando, Deceased vs. Alsco Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Johnston, Kenneth and Rose Johnston vs. Akzo Nobel Paints, LLC, et al., asbestos defendants including Sears, Roebuck and Co.

Johnston, Richard and Norma Johnston vs. Ace Hardware, et al., asbestos defendants including Sears, Roebuck and Co.

John Urbanski Expungement

Jonasson, Charles P. and Anna M. vs. John Crane-Houdaille, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (53 named defendants)

**Litigation**

Jones, Deborah, Special Administrator of the Estate of Essie M. Morris, Deceased vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Jones, Donna M., Personal Representative of the Estate of Steve G. Jones, et al., vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Jones, Gregory B., Individually and as Administrator Ad Litem of the Estate of Rena Jones, Deceased vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Jones, Justin L. and Christine L. Jones v. Sears Authorized Hometown Stores, LLC and Sears, Roebuck and Co.

Jones-Phillips, Sheryl v. Sears Home Improvement Products, Inc., et al.

Jones, Roberta Individually and as Personal Representative of the Estate of Patrick Jones , Deceased et al. vs. Owens-Illinois Glass Co., et al. asbestos defendants including Sears, Reobuck and Co. (45 named defendants)

Jones, Robert E. and Vernie Jones, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Jones, Stanley vs. Allied Signal, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Jones, Steve G. and Donna M. vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (44 named defendants)

Jones, William and Louise vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Reobuck and Co. (45 named defendants)

Jordan, Keith and Joyce Jordan, his wife vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

JPMCC 2003-ML1 Green Bay Retail, LLC v. Kmart Corporation

Judgement Lien Recovery - Kmart

Judgment Lien Recovery

Jung, Rolf vs. A.O. Smith Corporation et al. asbestos defendants including Sears, Roebuck and Co. (103 named defendants)

Kachel, Glenn J. and Mary Beth Kachel, h/w vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Kallenberg, Barry W. v. Sears Holdings Corp aka Sears Brands, LLC

Kane, Joseph P. and Donna M. Kane, h/w vs. 20th Century Glove Corporation of Texas, et al., asbestos defendants including Sears Holdings Corporation

Kanellakis, Emmanuel vs. Ace Hardware Corporation, et al., asbestos defendants including

**Litigation**

Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)
Kane, Thomas vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Kaplan, Samuel I. v. Sears

Kappers, Cornelius and Dorothy Kappers vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.
Kappos, Halambos Vs. A.W. Chesterton Co., et al., asbestos defendants including Sears, Roebuck and Co., (109 named defendants)
Kaproth, Mary and Carol Michalke as Co-Personal Representatives of the Estate of John A. Svihel vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.
Karpinski, Nora vs. A.O. Smith Water Products Co., et al., asbestos defendants including Sears, Roebuck and Co.
Kathopoulis, Sakellarios and Kalliopi vs. Allied Signal, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Katsafanas, George vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Kauffman, Sr.; Richard W. vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Kaveliski, Dominic and Delores Kaveliski, his wife vs. Air & Liquid Systems Corporation, et al., asbestos defendants including Sears, Roebuck and Co.
Keathley, Barbara, et al., as the surviving heirs of Garey Keathley, Deceased vs. Ameron International Corporation, et al., asbestos defendants including Sears, Roebuck and Co.
Keaton, Tracey, Individually and as Special Administrator of the Estate of John Sullivan, Deceased vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.
Keeton, Jr.; Wilbur J. vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Kellerman, Lawrence vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.
Keller, Thomas Jr. v. Ford Motor Company; et al., benzene defendants including Sears, Roebuck and Co.
Kendrick, Mary Helen, as Independent Executrix of the Estate of William Rudolph Kendrick, et al., vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

**Litigation**

Kenneth McKinney LPA Sears 1094

Keppen, Jr.; Clifford C. vs. ABB Lummus Global Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Kernan, Gay, Special Administrator of the Estate of Arnold Krafft, Deceased vs. Rapid American Corporation, et al., asbestos defendants including Sears, Roebuck and Co.
Kerner, Sr.; Robert vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.
Kerns, Carolyn vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)
Keur, Lacee and Kevin Keur vs. AII Acquisitions, LLC, et al., asbestos defendants including Sears, Roebuck and Co.
Khamvongsa, Dawn, Administratrix of the Estate of Edward Plank vs. Allied Signal, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
Khan, Faisal et al. v. Sears, Roebuck and Co.

Kier, Anne and William v. Sears Holdings Corporation
Killeen, Michael G., Individually and as Personal Representative to the Estate of Michael F. Killeen vs. Arvinmeritor, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)
Kimble, Alden W. and Jean E. Kimble vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.
Kimble, Charles and Robin Kimble vs. AII Acquisitions, LLC., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)
Kimble, Jr.; William and Margaret Kimble vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.
King, David G., Individually and as Special Administrator for the Estate of Linda C. King, deceased vs. Arvinmeritor, Inc., et al., asbestos defendants including Sears, Roebuck and Co.
King, Esther, Individually and as  Special Administrator of the Estate of Willie Augustus King, deceased vs. Air & Liquid Systems Corp., et al., asbestos defendants including Sears, Roebuck and Co.
King, Yvette and Marvin King vs. 84 Lumber, et al., asbestos defendants including Sears, Roebuck and Co.
Kinlaw, Singletary and Everlena vs. A.w. Chesterton, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (110 named defendants)

**Litigation**

Kirby, Andrew A. and Michele Kirby, h/w vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Kirk, Buddy E. and Kirk, Tina vs Quigley Company, Inc., et al asbestos defendants including Sears, Roebuck and Co. (46 named defendants)

Kirk, Dewey, Individually and as Surviving Heir of the Estate of Wesley Gerald Kirk, Deceased vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Kirk, Shayne vs. AC&R Insulation Co., Inc., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Kiss, Jr.; Charles J. and Stella Kiss vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Kittredge, Betsy, Individually and as Personal Representative of the Estate of Lawrence Kittredge, deceased vs. Air & Liquid Systems Corporation, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Klein, Hazel vs. A.W. Chesterton Company et al. asbestos defendants including Sears, Roebuck and Co. (35 named defendants)

Kline, Edward and Mary Kline, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Kline, Francis H. and Dawn M. Kline his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Kloppel, Mike et al. v. Sears Holdings Corporation, et al.

Klovensky, Robert R. and Helen Klovensky, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Kmart 4163 - AFP Fifty Corp v. Kmart Corporation; and Sears Holdings Management Corporation

Kmart 7451 - U.S. Bank National Association, as Trustee for the registered holders of Banc of America

Kmart #9420 (Bruckner Plaza, Bronx, NY) v. Vornado Realty Trust

Kmart Corporation v. Brownsburg Associates

Kmart Corporation v. U.S. Bank (Kmart #3373)

Kmart Corporation v. Vertical Industrial Park Associates (K#9419)

Kmart Legacy Bankruptcy Matters

Kmart Plaza, Lancaster, PA, LP v. Kmart Corporation #4373

Knapp, Anthony and Knapp, Mildred, his wife v. John Crane-Houdaille, Inc. et al. including Sears, Roebuck and Co. (52 named defendants)

Knetzer, Richard, Individually and as Special Administrator of the Estate of Mary Knetzer, Dec.,

**Litigation**

vs. 84 Lumber, et al., asbestos defendants including Sears, Roebuck and Co.

Knight, Arron v. Sears Logistics Services, Sears, Roebuck and Co, Sears Holdings Corporation and Kim Forcade

Knott, Kenneth, Individually and as Special Administrator to the Estate of Otis Elliot Knott, Deceased vs A.W. Chesterton, Inc., et al. including Sears, Roebuck and Co. [48 named defendants]

Knowles, Scott  Vs. A.W. Chesterton Co., et al., asbestos defendants including Sears, Roebuck and Co., (109 named defendants)

Knowsley, Warren and Edna Knowsley vs. Allied Signal, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Knutson, Donald and Leslie Hirshaut-Knutson vs. Air & Liquid Systems Corporation et al., asbestos defendants including Sears, Roebuck and Co.

Kocol, Lisa, Executor for the Estate of Howard Kocol, et al., vs. Ingersoll-Rand Company, et al., asbestos defendants including Sears, Roebuck and Co., individually and as successor-in-interest to Western Auto Supply Co.

Koerber, Joseph A. and Elizabeth vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (56 named defendants)

Kolarik, George Sr. vs. Owens-Illinois Glass Co. et al. asbestos defendants including Sears, Roebuck and Co. (61 named defendants)

Kolobotos, Angelos v. Sears, Roebuck and Co.

Koniak, Jr.; Edward, as Personal Representative To the Estate of Viola Koniak vs. American Standard, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Korab, Martin and Louise vs. Allied Corporation et al. asbestos defendants including Sears, Roebuck and Co. (81 named defendants)

Kornfeind v. New Werner et al (Sears, Roebuck & Co.)

Kraemer, Donald E. vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Kraemer, Sean L. v. Sears Holdings Corporation

Kramer, Henry and Patricia Kramer, his wife vs. John Crane-Houdaille, Inc., et al, asbestos defendants including Sears, Roebuck and Co.

Krantz, Suzanne, Individually and as Surviving Spouse of John Krantz vs. A.W. Chesterton, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (43 named defendants)

Krauchenko, Luella J. vs. Actuant Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

## Litigation

Krebs, Walter vs. A.W. Chesterton, Inc., et al.
asbestos defendants including Sears, Roebuck and
Co. (69 named defendants)
Kremitske, Frank B. vs. Honeywell International,
Inc., et al., asbestos defendants including Sears,
Roebuck and Co.
Krentz, Sarah and Korey Krentz, her husband vs. 84
Lumber, et al., asbestos defendants including Sears,
Roebuck and Co.
Krovich, Jeanna, Personal Representative of the
Estate of Ben N. Bonham vs. Union Carbide
Corporation, et al., asbestos defendants including
Sears, Roebuck and Co.
Krupa, Jacqueline, Individually and as Special
Administrator for the Estate of Barbara Bucz vs.
A.W. Chesterton Company, et al., asbestos
defendants including Sears, Roebuck and Co.
Kuhl, Gary J. Sr. and Susan his wife vs. Quigley
Company, Inc., et al. asbestos defendants including
Sears, Reobuck and Co. (45 named defendants)
Kumashiro, Lyndsi v. Sears, Roebuck and Co. dba
Sears Stores Windward Mall #1738
Kyriazis, George and Kyriazis, Vivian Vs. A.W.
Chesterton Co., et al., asbestos defendants including
Sears, Roebuck and Co., (109 named defendants)
Labarron, Robert and Gladys Labarron, his wife vs.
84 Lumber, et al., asbestos defendants including
Sears, Roebuck and Co.
LABOR-Chicago Ridge Petition

L.A. Gem & Jewelry Designs, Inc. v. Sears, Roebuck
and Co., et al.
Lagocki, Thomas and Barbara Lagocki, his wife vs.
BorgWarner Morse Tec LLC, et al., asbestos
defendants including Sears, Roebuck and Co.
LaJobi, Inc and Kids Line LLC v. Sears, Roebuck
and Co., et al. [Kids Brands, Inc.]
Lakewater K Perry LLC v. Kmart Corporation -
#7643 Perry, FL
Lalumondiere, Harold vs. A.W. Chesterton, Inc., et
al., asbestos defendants including Sears, Roebuck and
Co.
LaMarr, William K. Vs. A.W. Chesterton Co., et al.,
asbestos defendants including Sears, Roebuck and
Co., (109 named defendants)
Lambert, Darrell and Alice Lambert, his wife vs.
Union Carbide Corporation, et al., asbestos
defendants including Sears, Roebuck and Co.
Landers, Willard and Mavis Landers, his wife vs.
4520 Corp., Inc., et al., asbestos defendants including
Sears, Roebuck and Co.
Landrum, Flora, individually as the surviving spouse
of Charles R. Landrum, deceased, et al., vs. Georgia-
Pacific, LLC, et al., asbestos defendants including
Sears, Roebuck and Co.

## Litigation

Lane, Arthur v. A.O. Smith, et al., asbestos
defendants including Sears, Roebuck and Co. (102
named defendants)
Lane, Raymond G. vs. A.W. Chesterton, Inc., et al.,
asbestos defendants including Sears, Roebuck and
Co.
Lane, Sherry and Gregory Lane, her husband vs.
Advance Auto Parts, Inc., et al., asbestos defendants
including Sears, Roebuck and Co.
Lane, Sr.; James G. vs. 84 Lumber Company, et al.,
asbestos defendants including Sears, Roebuck and
Co.
Langley, Geraldine, Individually and as
Administratrix for the Estate of Kenneth Langley,
deceased vs. CBS Corporation, et al., asbestos
defendants including Sears, Roebuck and Co.
Lanham, Jr.; John R. and Marsha Lanham, his wife
vs. Union Carbide Corporation, et al., asbestos
defendants including Sears, Roebuck and Co.
LaPierre, Carolyn, Individually and as Administratrix
of the Estate of Robert LaPierre vs. 3M Company, et
al., asbestos defendants including Sears, Roebuck and
Co.
Larsen, Judith and Ervin vs. Air & Liquid Systems
Corporation et al., asbestos defendants including
Sears, Roebuck and Co.
Lassiter, Jr.; John D. and Barbara Lassiter vs. 3M
Company, et al., asbestos defendants including Sears,
Roebuck and Co.
Latz, Douglas v. Sears

Laudig, Ruby A. vs. American Premier Underwriters,
Inc., et al., asbestos defendants including Sears,
Roebuck and Co.
Lawlor, John, Executor of the Estate of Jacqueline M.
Long, deceased vs. 3B Products Company, et al.,
asbestos defendants including Sears Holdings
Corporation
Lawson, Joel N. and Deborah J. vs John Crane-
Houdaille, Inc., et al including Sears, Roebuck and
Co. [52 named defendants]
Lawson, Sr.; William G. vs. 4520 Corp., et al.,
asbestos defendants including Sears, Roebuck and
Co.
Layne, John vs. 3M Company, et al., asbestos
defendants including Sears, Roebuck and Co.
Leahy, James and Sharon Leahy vs. Arvinmeritor,
Inc., et al., asbestos defendants including Sears,
Roebuck and Co., a subsidiary of Sears Holdings
Corporation
Leamons, Herman and Dorothy Leamons vs. Trane
US, Inc., et al., asbestos defendants including Sears,
Roebuck and Co.
Le Conte, John N. v. Sears

**Litigation**

Lee, Cheryl v. Sears

Leech, Jerald vs. 4520 Corp. Inc., et al., asbestos
defendants including Sears, Roebuck and Co.
Lee, Frances v. Sears, Roebuck and Company

Lee, James and Evelyn vs. Quigley Company, Inc., et
al. asbestos defendants including Sears, Roebuck and
Co. (53 named defendants)
Lee, Kenneth E. and Carolyn A. Lee, his wife vs.
John Crane-Houdaille, Inc., et al., asbestos
defendants including Sears, Roebuck and Co.
Lee, Sanmaria v. Sears

Lee, Shelton vs. John Crane-Houdaille, Inc., et al.
including Sears, Roebuck and Co. [60 named
defendants]
Lee, Thermuthis v. Kmart

Lee, William S. v. Sears

Lehmann, Chester R. and Jean D. Lehmann vs.
Allied Signal, Inc., et al., asbestos defendants
including Sears, Roebuck and Co.
Lemon, Isiac, Jr., and Dorothy Lemon his wife vs.
John Crane-Houdaille, Inc., et al., asbestos
defendants including Sears, Roebuck and Co.
Lennox, Charlotte L. vs. 3M Company, et al.,
asbestos defendants including Sears, Roebuck and
Co.
Lentini, Gerald and April Lentini vs. 3M Company,
et al., asbestos defendants including Sears, Roebuck
and Co.
Lepore, Rachel, Individually and as Special
Administrator of the Estate of Edward Rufus Lord,
Jr., Deceased vs. AII Acquisitions, LLC, et al.,
asbestos defendants including Sears, Roebuck and
Co.
Lescalleet, Kristi B. and Roy Lescaleet, her husband
vs. John Crane-Houdaille, Inc., et al., asbestos
defendants including Sears, Roebuck and Co.
Lewis, Ernest and Barbara Lewis vs. Advance Auto
Parts, Inc., et al., asbestos defendants including Sears,
Roebuck and Co.
Lewis, James and Cheryl Lewis, his wife vs.
Advance Auto Parts, Inc., et al., asbestos defendants
including Sears, Roebuck and Co.
Lewis, Margaret A. vs. John Crane-Houdaille, Inc., et
al. asbestos defendants including Sears, Roebuck and
Co. (53 named defendants)
Lewis, Tess v. Sears Holdings Corporation

Lewis, William A. and Lewis, Minnie B. vs Quigley
Compay, Inc. et al asbestos defendants including
Sears, Roebuck and Co., (47 named defendants)
Liapas, Iraklis Vs. A.W. Chesterton Co., et al.,
asbestos defendants including Sears, Roebuck and

**Litigation**

Co., (109 named defendants)

Liason, Alfred III vs Quigley Company, Inc. et al
asbestos defendants including Sears, Roebuck and
Co. (46 named defendants)
Liberatore, John vs. Alcoa, Inc., et al., asbestos
defendants including Sears, Roebuck and Co. (a
subsidiary of Sears Holdings Corporation)
Licensed Business Dentist Collections

Liedtke, Penelope vs. A.O. Smith Corporation, et al.,
asbestos defendants including Sears, Roebuck and
Co.
Lindbergh, Mary, as Personal Representative of the
Estate of Evan Sharpless, and Mary Lindbergh
Individually vs. 84 Lumber Company, et al., asbestos
defendants including Sears, Roebuck and Co. (a
subsidiary of Sears Holdings Corporation)
Lineberger, Tommy William and spouse Marcella
Wilson Lineberger vs. CBS Corporation, et al.,
asbestos defendants including Sears, Roebuck and
Co.
Lines, Harry vs. 84 Lumber Company, et al., asbestos
defendants including Sears, Roebuck and Co. (a
subsidiary of Sears Holdings Corporation)
Linley, Jr.; Everett vs. Aerco International, Inc., et
al., asbestos defendants including Sears, Roebuck and
Co.
Liotti, James J. Vs. A.W. Chesterton Co., et al.,
asbestos defendants including Sears, Roebuck and
Co., (109 named defendants)
Li, Sheng v. Sears, Roebuck and Co.

Li, Sheng v. Sears, Roebuck and Co.

Little, Sarita, as the Surviving Heir of Delores
Skinner, Deceased vs. 84 Lumber, et al., asbestos
defendants including Sears, Roebuck and Co.
Livermore, Lisa as Executor of the Estate of Terry
Livermore, Deceased, et al., vs. 3M Company, et al.,
asbestos defendants including Sears, Roebuck and
Co.
Lleshi, Lek vs. American Biltrite, Inc., et al., asbestos
defendants including Sears, Roebuck and Co.
Loggerhead Tools, LLC v. Sears Holdings
Corporation
Lombardo, Joseph vs. A.W. Chesterton, Inc., et al.
asbestos defendants including Sears, Roebuck and
Co. (30 named defendants)
Long, Michael J. vs. A.O. Smith Corporation, et al.,
asbestos defendants including Sears, Roebuck and
Co.
Longoria, Alfonso v. Sears, Roebuck and Co.

Lookabill, George vs. Union Carbide Corporation, et
al., asbestos defendants including Sears, Roebuck and

**Litigation**

Co.

Loomis, Elaine M., Individually and as the Executrix of the Estate of Gregory Loomis vs. ABB, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Loomis, Gregory and Elaine Loomis Individually and as Husband and Wife vs. ABB, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Lopez, Arturo and Rebecca Lopez vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Lopez, Elifonzo  v. Sears Holdings Management Corporation; Simmons Bedding Company, LLC

Lopez, Elifonzo v. Sears Holdings Management Corporation; Simmons Bedding Company, LLC

Lopez, Warren A. vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Lott, Timothy O. and Sandra vs. Bondex International, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (18 named defendants)

Love, Frank vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Love, Lawrence D., Personal Representative of the Estate of Lawrence Love, et al., vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Lovvorn, James and Barbara Lovvorn vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Lowe, Raymond F. vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Lucas, Eddie and Amelia v. Sears Home Improvement Products, Inc., et al.

Lucas v. Kmart

Lujambio, Carina v. Sears Holdings Corporation, et al. [Sears Home Improvement Products]

Lurz, James F. and Robin R. Lurz, his wife v. Owens-Illinois Glass Co., f/k/a Owens-Illinois, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (48 named defendants)

Lurz, John M. and Doloroes Lurz, his wife v. Owens-Illinois Glass Co. f/k/a Owens-Illinois, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (41 named defendants)

Lutsko, Sophie Ann, Administratrix of the Estate of James Lutsko, et al., vs. Allied Signal, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Lutz, Gregory F. vs. John-Crane Houdaille, Inc., et

**Litigation**

al., asbestos defendants including Sears, Roebuck and Co.

Lygren, Ronald K. and Francine J. Lygren, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Lymos-Jones, Dorothy, Individually and as Surviving Spouse of the late Traniel Jones, Sr., vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Lynch, Gene L. and Roberta vs. Owens-Illinois Gas Co., et al. asbestos defendants including Sears, Roebuck and Co. (50 named defendants)

Lynch, Rufus and Carolyn Lynch vs. Advance Auto Parts, et al., asbestos defendants including Sears, Roebuck and Co.

Lynn, Laura, as Administrator of the Estate of Lewis Lynn Jr., and Laura Lynn Individually vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Lynn, Randy G. and Carol L. vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (54 named defendants)

Lyon, Karen, as Personal Representative of the Estate of Lanny Lyon, and Karen Lyon Individually vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Mabry, Sr.; Willard and June Mabry, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

MacCary, Loren and Jane MacCary vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Machalka, Zdenek and Vladka Machalka vs. Rapid American Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Maciuk, Nicholas and Maria Maciuk vs. American Biltrite, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Maciuk, Nicholas and Maria Maciuk vs. American Biltrite, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Macknin, Michael and Barbara Macknin vs. Air & Liquid Systems Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Maclay, Wenxiav. Sear's Outlet

Macri, Nadia v. Jeff Avery - Salesman; Sears Roebuck and Co.

Madar, Marsha and Lawrence Madar, Jr., vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Madden, Verlan and Jacqueline Madden, his wife vs. 4520 Corp., Inc., et al., asbestos defendants including

**Litigation**

Sears, Roebuck and Co.

Magliozzi, Thomas vs. American Honda Motor Co., Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Mahmoud, Asmaa v. Sears Holdings Corporation; OneSource Staffing, LLC; and Careers USA, Inc.

Main, Patricia A., Individually and as Personal Representative for the Estate of Billy D. Main vs. A.F. German Co., Inc., et al., asbestos defendants including Sears, Roebuck and Co., d/b/a Craftsman & Sears Holdings Management Corp., d/b/a Craftsman

Makin, Janice as personal representative of the estate of Joseph F. Fusco (Probate Pending) vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Malady, Jerry and Tammy Malady vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Malaniak, Sylvia v. Sears Holding Management Corporation dba Kenmore

Malstrom, William J. and Carol Malstrom, his wife, vs. John Crane-Houdaille, Inc., et al., asbestos defendants includng Sears, Roebuck and Co.

Mandrick, Kristen, Individually and as Special Administrator of the Estate of Caroline Brown, Deceased vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Manera, Eugene R. and Arlene J. Manera, h/w vs. Saint-Gobain Abrasives, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Manolis, Vassilios Vs. A.W. Chesterton Co., et al., asbestos defendants including Sears, Roebuck and Co., (109 named defendants)

Mansour, Amal v. Kmart Corporation, Inc.

Manzini, Donald J. vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

March, Jack F. and Joanne March vs. Allied Signal Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Marine, Nicholas C. vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Marine, Walter and Annette Marine his wife vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Marino, Albert vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Marion, Sanford vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

**Litigation**

Marquardt, Wayne v. Innovel Solutions, Inc., Sears Holdings Corporation and Sears, Roebuck and Co.

Marsella, Vincent and Maria Marsella vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Marshall, Bill NMN vs. Asarco, Inc., et al, asbestos defendants including Sears, Roebuck and Co. (32 named defendants)

Martinez, Aida, et al. v. Kmart Puerto Rico

Martin, Kim, Individually and as Special Administrator of the Estate of Jon Pallas, Deceased vs. ABB Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Martin, Lorenzo and Angela Martin, Individually and as Husband and Wife vs. A.O. Smith Water Products Co., et al, asbestos defendants including Sears, Roebuck and Co.

Martin, Paul, Individually and as Special Administrator of the Estate of Christine Martin, Deceased vs. Ameron International Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Marvin, John and Mary vs American Biltrite, et al (asbestos dfts, including Sears, Roebuck and Co.)

Marzec, William Vs. A.W. Chesterton Co., et al., asbestos defendants including Sears, Roebuck and Co., (109 named defendants)

Masengill, Earl vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Mason, Wilbert and Pauline Mason, his wife, vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Masterson, Thomas D., as Special Administrator of the Estate of Helene Ann Masterson, Deceased vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Mastroianni, George, as Executor of the Estate of Frank Charles Mastroianni vs. A.O. Smith Water Products, et al., asbestos defendants including Sears, Roebuck and Co.

Mastronardi, Randolph vs. American Standards, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Matanzo, Karlo A. v. Sears Holdings Company dba Sears Auto

Mateel Environmental Justice Foundation v. Briggs & Stratton Corporation; et al. [including Sears, Roebuck and Co.]

Mathew, George v. Sears, Roebuck and Co.

Matthews, Troy v. Sears, Roebuck

Mauney, Raymond and Mary Lou Mauney, his wife vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

55

## Litigation

Maurer, Richard and Maurer, Vivianne Vs. A.W. Chesterton Co., et al., asbestos defendants including Sears, Roebuck and Co., (109 named defendants)

Mayes, Anthony and Stephanie v. Sears, Roebuck and Co.

Mayworm, Leroy, Individually and as Special Administrator of the Estate of Betty Mayworm, Deceased vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Mazur, Raymond and Joyce Mazur, his wife vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Mazza, Bernard vs. A.I.I. Acquisitions Corp., et al., asbestos defendants including Sears, Roebuck and Co.

McBee, William and Samuel McBee, Individually and as Surviving Heirs of the Estate of Rita McBee v. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

McCallon, Charles D. v. Samsung Electronics America, Inc., Samsung Electronic Co., Ltd., Sears Holdings Management Corporation and Sears, Roebuck and Co.

McCarty, Donald and Betty McCarty, his wife vs. Allied Glove Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

McCaskill, James and Gayle McCaskill vs. Aerco International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

McClain, Dorothy, as the Surviving Heir of Shirley McClain, Deceased vs. 84 Lumber, et al., asbestos defendants including Sears, Roebuck and Co.

McClurkin, Jesse J. vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (55 named defendants)

McCollum, Buford and Marie McCollum vs. A.O. Smith Corp., et al., asbestos defendants including Sears, Roebuck and Co.

McCormick, Catherine, Individually and as Surviving Spouse, et al., of the late Howard McCormick vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

McCullough, Arthur and McCullough, Janice vs. Bondex International, Inc., et al., asbestos defendants including Sears, Roebuck and Co., (18 named defendants)

McDivitt, Ronald v. Max Rubin

McDole, Frank A. vs. A.W. Chesteron, et al., including Sears, Roebuck and Co. (84 named defendants)

McDonald, James L. and Brenda K. McDonald vs. Air & Liquid Systems Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

## Litigation

McDuffy, Wanda and Jackie McDuffy vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

McGinley, James and Joanna McGinley vs. American Biltrite, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

McGowan, Charles and Janice vs. Allis-Chalmers Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

McGrath, Thomas F. Jr. and Elizabeth L. vs. John Crane-Houdaille, Inc., et al. including Sears, Roebuck and Co. [52 named defendants]

McIntosh, Billy and Nancy McIntosh, his wife, vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

McKannan, Glenn L. and Carolyn vs. Allied Corporation et al. asbestos defendants including Sears, Roebuck and Co. (68 named defendants)

McKee, Thomas, Jr. and Debora vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (55 named defendants)

McKeon, John and Marjorie McKeon vs. Able Plumbing Supply Co., et al., asbestos defendants including Sears, Roebuck and Co.

McKeown, Margaret, Executrix of the Estate of Michael McKeown and Margaret McKeown in her own right vs. Baltimore Ennis Land Co., Inc., et al., asbestos defendants including Sears, Roebuck and Co.

McKinney, Carolyn vs. 84 Lumber, et al., asbestos defendants including Sears, Roebuck and Co.

McLachlin, Ruth Alice vs. Arvinmeritor, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

McLaren, Lonnie and Barbara McLaren, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

McLaughlin, James vs. Aamco Tools, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

McLean, Patrick, Individually and as Special Administrator of the Estate of Robert McLean, Deceased vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

McLendon, Sr.; James L. and Ruby L. McLendon, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

McMahon, Paul T. and Jane Anne McMahon vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

McManus, Mary Jane v. Sears Holdings

**Litigation**

McMillen et al v. Sears, Roebuck and Co. et al

McMinn, Eugene and Anna McMinn vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

McMullen, John and Ada Quintanilla vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

McNeil, Lloyd v. John Crane-Houdaille, Inc. et al. including Sears, Roebuck and Co (52 named defendants)

McNeish, Robert vs. Akebono Brake Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

McNichol, John J. v. Allied Corporation, et al., asbestos defendants including Sears, Roebuck and Co. (37 named defendants)

Medicare Secondary Payer Reporting Project - Asbestos Settlements (Non-SearsRE)

Medicare Secondary Payer Reporting Project - Asbestos Settlements (SearsRE)

Medina, Frankie DeLeon v. Sears Holdings Corporation et al [Sears Roebuck de Puerto Rico]

Medlen, Linda, Individually and as Special Administrator of the Estate of Frederick "Jim" Reid, Deceased vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Meinecke, Earl, Personal Representative of the Estate of James Synodinos, et al., vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Melford, Jeffrey J. and Tina Melford vs. Abex Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Mellor, Esther D. vs. Arnold Lumber Co., et al., asbestos defendants including Sears, Roebuck and Co.

Melton, Dolene Individually and as Personal Representative of the Estate of Jesse Melton, Deceased vs. John Crane-Houdaille, Inc., asbestos defendants including Sears, Roebuck and Co.

Merced, Jose A. Castro v. Sears Roebuck de Puerto Rico, Inc.

Mercer, Ruth, as Special Administrator of the Estate of Fred Vang, Deceased vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Merckling, Donald and Dixie Merckling vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co., a subsidiary of Sears Holding Corporation

Meredith, William G. and Meredith, Dorothy Vs. A.W. Chesterton Co., et al., asbestos defendants including Sears, Roebuck and Company (109 named

**Litigation**

defendants)

Merola, Frank D. vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Merola, Rudolph vs. Advance Auto Parts, et al., asbestos defendants including Sears, Roebuck and Co.

Merritt, Kenneth and Deborah Merritt, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Merritt, Tiffany Stafford, Individually and as Special Administrator of the Estate of Roger Stafford, Deceased vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Merritt, Yvonne v. Sears, Roebuck and Co.

Metz, Joseph Vs. A.W. Chesterton Co., et al., asbestos defendants including Sears, Roebuck and Company (109 named defendants)

Meyer, George T. and Constance E. Meyer, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Meza, Sergio v. Kmart Corporation; Sears Holdings Corporation; Sears Holdings Management Corporation; Ben Michel; Leroy Steiner; Kory Webber; Lorenzo Beermudez; and Does 1-30

Michael, John J. and Joan vs. A.W. Chesterton, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (127 named defendants).

Michaels, Janet vs. Armstrong Pumps, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Michalski, Joseph and Sara vs. John-Crane-Houdaille, Inc., et al. asbestos defendants including Seras, Roebuck and Co.

Michalski, Joseph E. and Jacqueline Michaski, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Middlebrooks, James and Geraldine Middlebrooks vs. Air and Liquid Systems Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Midland Funding LLC current assignee (Sears Home Improvement account, original creditor) v. Cecelia Waller aka Cecelia Harris v. Sears Home Improvement Products, Inc.; Citibank, N.A.; and Alban Gaba, Inc. -- CounterClaim

Midland Fundling LLC v. Martha Escapita v. Sears, Roebuck and Company

Mieloch, Stanley and Ella Mieloch vs. Allied Signal, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Might, Sr.; James and Maxine Might, his wife vs. John Crane-Houdaille, Inc., et al., asbestos

## Litigation

defendants including Sears, Roebuck and Co.

Miklos, Josephine and Joseph Miklos vs. Certainteed Corporation, et al, asbestos defendants including Sears, Roebuck and Co.

Miles, Jerry and Martha MacDonald vs.A.O. Smith Water Products, et al., asbestos defendants including Sears, Roebuck and Co. (Homart Development Co.)

Millburn, Solomon and Althea vs. John Crane-Houdaile, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (55 named defendants)

Miller, Bernard C. and Jean E. Miller, Individually and as Husband and Wife vs. Air & Liquid Systems Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Miller, Gary W., and Cathy Miller vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Miller, John vs. Rapid American Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Miller, Joseph G. and Carol Miller vs. A.O. Smith Water Products, et al., asbestos defendants including Sears, Roebuck and Co.

Miller, Jr.; Charles D. and Lillian M. Miller, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Miller, Nancy A. and Joan M. Reis, as Executrices of the Estate of Marjorie Ann Nelson vs. A. W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Miller, Roy E. and Ivy L. Miller, his wife v. Owens-ILlinois Glass Co. f/k/a Owens-Illinois, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (48 named defendants)

Miller, Trent and David Varney v. The City of New York; et al. [including Sears Holdings Corporation d/b/a Kmart]

Miller, Vicki, Personal Representative of the Estate of Rex L. Miller, deceased, and Vicki Miller vs. Advance Auto Parts, et al., asbestos defendants including Sears, Roebuck and Co.

Miller, Wayne R. and Sharon Miller vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Million, Connie, Individually and as Surviving Heir of the Estate of Paul Million, Deceased vs. Ace Hardware Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Mills, Calvin L. and Nancy J. Mills, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Mills, George E. and Esther vs. Owens-Illinois Glass Co., et al. asbestos defendants including Sears, Roebuck and Co. (49 named defendants)

## Litigation

Milone, Claudine & Joseph Milone vs. American Household, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Milone, Durwood and Elaine Milone vs. A.O. Smith Water Products, et al., asbestos defendants including Sears, Roebuck and Co.

Minck, Jeanne, Individually and as Special Administrator of the Estate of Emil Rilli, Deceased vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Mitchell, Robert L. and Elvera Mitchell, his wife vs. Union Carbide Corporation, et al., asbestos defendandts including Sears, Roebuck and Co.

Mitchell, William and Lorna his wife vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (45 named defendants)

Mock, Roy and Armande Mock vs. American Biltrite Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Moeckel, Carolyn and Larry Moeckel vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Mollica, John J. and Mollica, Kathy Vs. A.W. Chesterton Co., et al., asbestos defendants including Sears, Roebuck and Company (109 named defendants)

Molpus, Edward and Patricia vs. Air & Liquid Systems Corporation etc.,et al., asbestos defendants including Sears, Roebuck and Co.

Monastra, Carmen and Eleanor Monastra, his wife vs. Weinstein Supply Company, et al., asbestos defendants including Sears, Roebuck and Co.

Monks, Craig, Individually and as Special Administrator of the Estate of Ricky Monks, Deceased vs. 84 Lumber, et al., asbestos defendants including Sears, Roebuck and Co.

Montagano, Samuel and Santina Montagano, h/w vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Montague, Dexter, Individually and as Special Administrator of the Estate of William M. Montague, Jr., Deceased vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Montana, Rachel v. Kmart Stores of Texas, LLC

Montgomery County, MD v Sears, Roebuck and Co.

Montgomery County, MD v. Sears, Roebuck and Co.

Montoya, Mary Ellen v. Sears Holdings Management Corporation

Mooney, Charles C. and Madeline J. Mooney vs. Advance Auto Parts, et al., asbestos defendants including Sears, Roebuck and Co.

## Litigation

Mooney, Leonard vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Moore, James vs. AII Acquisitions, LLC, et al., asbestos defendants including Sears, Roebuck and Co.

Moore, Joanne, Individually and as the Executrix for the Estate of Joseph B. Moore vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Moore, Jr.; Alan Edward and Joanne Moore, his wife, vs. ABB Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Morehead, James and Fusako Morehead, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Moreno, John F. and Wanda H. Moreno, his wife, vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Morgan, Floyd vs Sears et al

Morgan, Jay Pat v. Sears Holdings Management Corporation

Morgan, John S. vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Morgenroth, Donald Paul, individually and as Special Administrator of the Estate of Donald Alfred Morgenroth, Deceased vs. AII Acquisitions, LLC, et al., asbestos defendants including Sears, Roebuck and Co.

Morinas, Elizabeth, Special Administrator for the Estate of John Morin, and Elizabeth Morinas Spouse vs. Akebono Brake Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Morphis, Larry vs. Ameron International Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Morrell, John J. and Mary Ellen Morrell, h/w, vs. John Crane, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Morris, Clifford and Linda; Darrick R. Bailey; Virgil D. Sorina, Sr.; and Scott Searcy v. Sears Home Improvement Products, Inc.; Pelican Remodel, LLC; Remodeling LA LLC; et al.

Morris, Michael D. Vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Company (109 named defendants)

Morris, Patricia and William Morris, her husband vs. Ace Hardware Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Morris, Stanley W. and Karen vs. Quigley co., Inc., et al. asbestos defendants including Sears, Reobuck and Co. (49 named defendants)

## Litigation

Morris, Thomas and Ellen Morris, his wife, vs. ABB Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Morton, Carolyn as Personal Representative to the Estate of James Morton, Deceased vs. ARKLA Chemical Corporation, et al. asbestos defendants including Sears, Roebuck and Co. (36 named defendants)

Moseley, Leland vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Mosley, Robert L. Sr. and Rosetta E. his wife vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Reobuck and Co. (48 named defendants)

Moss, Robert A. and Diane P. Casagni vs. A.O. Smith Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Moulton, Harry C. and Phyllis E. Kent Moulton, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Mowry, Vernon W. and Marian vs. John Crane-Houdaille, Inc,. asbestos defendants including Sears, Roebuck and Co.

Moxley, Jr.; William and Deborah Moxley, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Mulkey, Norma, as Personal Representative of the Estate of Richard Mulkey, Deceased et al., vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Munsey, James E. vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Murphy, Richard and Jacqueline Murphy, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Murphy, Willliam, Individually and as Special Administrator of the Estate of Eleanor Murphy, Deceased vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Murray, Jean L. and Marcus Murray, w/h vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Musselwhite, Millicent, as Personal Representative of the Estate of Autley Musselwhite & Millicent Musselwhite Individ. vs. AII Acquisitions, LLC., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Myers, Arthur, as Personal Representative of the Estate of Joan Myers vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Myers, Bonnie J. vs. Borgwarner Morse Tec LLC., et al., asbestos defendants including Sears, Roebuck and

**Litigation**
Co.

Myers, Margaret Pearl, Personal Representative of the Estate of Larry L. Myers, et al., vs. Union Carbide Corporation, et al, asbestos defendants including Sears, Roebuck and Co.

Myers, Tom and Frances vs. A.W. Chesterton Company et al. asbestos defendants including Sears, Roebuck and Company (107 named defendants)

Myrex, Thomas W., Personal Representative for the Estate of Thomas K. Myrex vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Myrick, Melissa, Individually and as Special Administrator of the Estate of James Corzine, Deceased vs. American Optical Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Myrncza, Gary G. vs. Quigley Company, Inc. et al. asbestos defendants including Sears, Roebuck and Co. (45 named defendants)

Nadolny, John and Sandra L. Nadolny, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Nagy, Ronald and Christine Nagy vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Naismith II, David vs. Advance Auto Parts, et al., asbestos defendants including Sears, Roebuck and Co.

Napier, James P and Sandra B. v. Sears Home Improvement Products, Inc.

Nathanson, Melville and Shirley Jane Nathanson vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Nava, Adrian; et al. v. Sears, Roebuck and Co.

Navy, Jim, Individually and as Executor of the Estate of Adeleh Shafiee vs. Sears, Roebuck and Co., et al., asbestos defendants

Neal, Alphonso L. and Mary A. Neal, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (52 named defendants)

Neal, David and Nina Simms vs. American Biltrite Company, et al., asbestos defendants including Sears, Roebuck and Co.

Neal, Frank and Sherry vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (46 named defendants)

Neely, Angela, Individually and as Special Administrator of the Estate of Charles Neely, Deceased vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Neice, Bernard Vs. A.W. Chesterton Company et al.,

**Litigation**
asbestos defendants including Sears, Roebuck and Company (109 named defendants)

Nelson, Darold R. vs. General Motors Corporation et al. asbestos defendants including Sears, Roebuck and Co. (25 named defendants)

Nelson, Marie, as Administrator of the Estate of Andrew Nelson, et al., vs. Akzo Nobel Paints LLC, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Nelson, Richard L., et al. ACandS, Inc., et al. asbestos defendants including Sears, Roebuck and Co.

Nelson, Therese, Individually and as Special Administrator for the Estate of Daniel Neumaier, Deceased vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Nemec, Gigi, as Personal Representative of the Estate of Joseph Nemec, and Gigi Nemec Individually vs. 84 Lumber Company, et al, asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Neo-Neon Garnishment

Nero, Joseph v. Sears Home Improvement Products

Ness, Dennis L. and Teena Ness, h/w, vs. 20th Century Glove Corporation of Texas, et al., asbestos defendants including Sears Holdings Corporation

Ness, Robert H. and Patti J. Ness, husband and wife vs. AII Acquisition, LLC., et al., asbestos defendants including Sears, Roebuck and Co.

Nevada Gaming Partners Bankruptcy Proceedings

Newcomb, Edward and Geraldine Newcomb, his wife vs. Advance Auto Parts, et al., asbestos defendants including Sears, Roebuck and Co.

Newkirk Avrem L.P. v. Sears, Roebuck and Co., et al.

Nguyen, Young v. Sears Roebuck and Co.

Nichols, Lane J. v. Sears, Roebuck and Co.; and Sears Operations LLC

Nicholson, Melvin and Randy vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (50 named defendants)

Nickles, Lawrence and Carolyn vs. Quigley Company, Inc, et al. asbestos defendants including Sears, Roebuck and Co. (74 named defendants)

Nies, Gary vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (54 named defendants)

Nimal, Richard vs. A.O. Smith Corporation et al. asbestos defendants including Sears, Roebuck and co. (114 named defendants)

**Litigation**

Nimmer, Roger and Judy Nimmer, his wife vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Niu, Cai Hong

Nolan, Patrick S. and Anita Nolan, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Norris, Marten E. and Hazel Norris vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Northey, Jr., Richard A. and Northey, Angela his wife v. John Crane-Houdaille, Inc. et al. including Sears, Roebuck and Co. (52 named defendants)

Northrup, Martin O. and Lucille Northrup vs. A.O. Smith Water Products Co., et al., asbestos defendants including Sears Holding Corp., Individually and as Successor in Interest to Sears, Roebuck and Co.

Noser, Jeff, Individually and as Special Administrator of the Estate of Jimmie Noser, Deceased vs. Air & Liquid Systems Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Novak, Donald J. and Kathy Novak vs. Allied Insulation Supply Co., Inc., et al., asbestos defendants including Allied Insulation Supply Co., Inc.

Novosel, Jr.; Philip R. and Bonny L. Novosel, h/w, vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Nucifora, Frederick vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Nunn, Jr.; Charles, and Wilma Nunn, his wife vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Nwanguma, Peace v. Sears, Roebuck and Co.

Nwankpa, Bennett v. Sears Home Improvement Products, Inc.

Oaks, Michael et al. v. Sears, Roebuck and Co.

O'Brien et al v. Sears, Roebuck and Co. et al

O'Bryan, Patrick, as Personal Representative of the Estate of Francis Higgins, and Patrick O'Bryan Individually vs. ABB, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

O'Callahan, Edward and Margaret O'Callahan vs. Air and Liquid Systems Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Odigie, Henryson A. v. Sears Roebuck & Co. (Sears Auto Center)

O'Field, Walter McLung and Mary Elizabeth vs. 3M Company, et al., asbestos defendants including Sears,

**Litigation**

Roebuck and Co.

O'Hara, Elnora v. Sears Protection Company; and Sears Home Improvement Products, Inc.

Ohde, Karen vs. 4520 Corp. Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Ohio State Department of Medicaid v. Kmart Corporation

O'Keefe, Christopher M. v. Sears Holdings Management Corporation, et al.

Olson, Marilyn L. as Surviving Spouse of Walter Marvin Olson, Probate Pending vs. A.C. Horn Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Olson, Marlin vs. American Honda Motor Co., Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Olzewski, James P. v. AC&R Insulation, Co., Inc., et al., asbestos defendants including Sears, Roebuck and Co. (77 named defendants)

Orange County Transportation Authority v. Seritage SRC Finance LLC; Seritage KMT Finance LLC; Kmart Operations LLC; Sears Operations LLC; Westminster Mall, LLC; Macy's California Realty, LLC; Southern California Edison Company; et al.

Orchard Supply Hardware Bankruptcy #13-11565

Orengo Velez, Jesus M. v. Kmart Corporation

Orr, Lyle and Patty Orr vs. Certainteed Corporation, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Orr, Neil and Barbara Orr vs. American Biltrite, et al., asbestos defendants including Sears, Roebuck and Co.

Ortega, Lourdes and Esteban Ortega vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Orth, Roger and Dorothy Orth, his wife vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Ortiz, Maria Del Refugio, et al., Individually and as Co-Special Administrators of the Estate of Epifanio Oritz, Deceased vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Ortiz, Richard and Marie Ortiz vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Orzolek, Carol S., Personal Representative of the Estate of James F. Orzolek, et al. vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

O'Shea, Michael vs. Ace Hardware Corporation, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

**Litigation**

Ossman, Pierre, Individually and as Personal Representative of the Estate of Ann D. Ossman, et al., vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Ostroff, Nancy v. Sears Holding Corporation

Overman, Robert J. vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Oxford, Kelvin J. vs. Owens Illinois, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Paczak, Michael and Helen Paczak, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Padin, Haydee v. Kmart Corp. Puerto Rico

Padin, Ivan et al. v. Sears Roebuck of Puerto Rico, Inc., et al.

Pagnotti, Jr.; Michael S. vs. Air & Liquid Systems Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Painter, Howard and Sara Painter, h/w vs. Owens Illinois, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Palmer, Martha H. v. Sears Home Improvement Products, Inc.

Palmer, Samantha vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Pancher, Eugene H. vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Paoli, Gabriella Jorge and Luis Corchado Mososo v. Sears Roebuck de Puerto Rico, et al.

Parker, James vs Sears et al

Parker, Rita C., Personal Representative for the Estate of Charles M. Parker, et al., vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Parks, Patsy P. vs. AC&R Insulation, et al., asbestos defendants including Sears, Roebuck and Co.

Partridge, Edward C. and Barbara Ann vs. 3M Company., et al., asbestos defendants including Sears, Roebuck and Co.

Patrick, Carlos and Gloria Patrick his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Patterson, Charles Victor and Patterson, Mary C. vs Quigley Company, Inc., et al asbestos defendants including Sears, Roebuck and Co. (46 named defendants)

Patterson, Daniel L. vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

**Litigation**

Patterson, David W. Vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Company (109 named defendants)

Patti, Joseph J. vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Patton, Lilly, Individually and as Surviving Spouse of the late Erskin Patton, et al., vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Paul Arntz vs. AW Chesterton Company et al., asbestos defendants including Sears, Roebuck and Co.

Paul, Howard F. and Mary Paul, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Paulino, John and Gloria Paulino, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Pavel, Kathleen M., Individually and as Personal Representative of the Estate of Ronald L. Pavel vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Paxton, Kenneth Earl vs. Aerco International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Payne, Anthony J. vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Payne, Larry, Individually and as Surviving Heir of the Estate of Donald Payne, Deceased vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Pazur, Robert E. and Barbara Pazur vs. Owens Illinois, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Pearson, Susan, Individually and as Special Administrator of the Estate of Carol A. Amburg, Deceased v. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (73 named defendants)

Pease, IV; James W. and Marilyn Pease vs. ABB, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Peck, Bernard J. and Elizabeth Peck vs. Acme Roofing Supply, et al., asbestos defendants including Sears. Roebuck and Co.

Pelkey, Lisa, Individually and as Special Administrator of the Estate of Lawrence Gallop, Deceased vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Pellegrino, Mary L. and her husband Italo Antonio "Anthony" Pellegrino v. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

**Litigation**

Peltier, Dennis and Glenora Ann Thomas-Peltier vs. 3M Company., et al., asbestos defendants including Sears, Roebuck and Co.

Pena, Diana Mariani v. Kmart Corporation Puerto Rico, et al.

Pena, Jorge vs. Ammco Tools, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Pendergast, Linda L., as Personal Representative in the Estate of Robert G. Lowther, Jr., et al., vs. American Optical Corporation, et al., asbestos defendants including Sears, Roebuck and Co., Individually and as subsidiary of Sears Holdings Corporation

Pennington, David vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Pennsylvania Sales Tax Bad Debt Refund

Penny, Gerald vs Sears et al

People of California v. Third Fairfax LLC, Third Fairfax Inc, Ira Smedra, Kmart Corp, Robert Schriesheim, Sears Holdings and Edward Lampert-Case No. 8CJ01405

People of the State of Illinois [Lindblom] v. Sears Brands, et al.

Peoples, James E. and Willean vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (47 named defendants)

Pereda, Robert, as Special Administrator of the Estate of Sergio Pereda vs. Borgwarner Morse Tec, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Perez, Edwin v. Kmart Operations LLC

Perez, Estrella v. Sears Insurance Services, LLC, et al.

Perilloux, Dale, Individually and as Special Administrator of the Estate of Catherine Perilloux vs. 84 Lumber, et al., asbestos defendants including Sears, Roebuck and Co.

Perkins, Michael A. and Gail Perkins vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Peroutka, Diane and Larry Peroutka vs. A.W. Chesterton Company, et al., asbestos defendants including Sears Holding Corporation

Perritt, Jesse and Martha Perritt, his wife vs. 84 Lumber, et al., asbestos defendants including Sears, Roebuck and Co.

Perry, James Bruce vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Perry, William E. and Mary vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (55 named defendants)

**Litigation**

Persofsky, Jacob and Estelle Persofsky h/w vs A.P. Green Industries, Inc., et al (asbestos dfts, including Sears, Roebuck and Co.)

Peterson, Gloria et al. v. Sears Home Improvement Products, Inc., et al.

Petit, Raymond A. and Priscilla Petit, his wife vs. BorgWarner Morse Tec LLC., et al., asbestos defendants including Sears, Roebuck and Co.

Pettie, Earl vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Phillips, Francis and Beatrice Phillips, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Phillips, George vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Phillips, Norman, Individually and as Special Administrator of the Estate of Diane Phillips, Deceased vs. Air & Liquid Systems Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Phillips, Patricia, Executrix of the Estate of Joseph Phillips and Patricia Phillips vs A.W. Chesterton, Inc., et al. including Sears, Roebuck and Co. [55 named defendants]

Phillips, Sr.; Charles A. and Ruth Joyce Phillips, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Piccione, Robert A. vs. Allied Signal, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Piche, Paul Edmund vs. AII Acquisition LLC., et al., asbestos defendants including Sears, Roebuck and Co.

Piecara, Sr.; Charles A. vs. Sunoco, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Pierce, Edwin John and Judy Pierce, his spouse vs. CBS Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Pierce, James M. and Donna Pierce vs. ABB, Inc., et al.,. asbestos defendants including Sears, Roebuck and Co.

Pinion, Patricia, Individually and Tammy Pinion as Special Administrator of the Estate of Donald Allison, Deceased vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Pitts, Jr.; David, and Mary Jean Pitts, his wife vs. John Crane-Houdaille, Inc., et al, asbestos defendants includig Sears, Roebuck and Co.

Pitzl, Richard G. and Ramona Pitzl, his wife vs. Air & Liquid Systems Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

## Litigation

Pizza, Patricia, Individually and as Special Administrator of the Estate of Christina Buttaro, Deceased vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Platt, Dale and Maxine Platt vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Pluck, Walter D. and Susan Pluck vs. Owens Illinois, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Plumb, Howard J. vs Quigley Company, Inc., et al asbestos defendants including Sears, Roebuck and Co. (47 named defendants)

Pohl, Herbert and Ursula Pohl, his wife vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Poorbaugh, Kenneth vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Pope, Fred, Individually and as Special Administrator of the Estate of Elsie Parker, Deceased vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Poulos, Gloria, Individually and as Personal Representative of the Estate of James A. Poulos, II, Deceased, et al., vs. Alfa Laval, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Pound, Gerald vs. Arvinmeritor, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holding Corporation)

Powell, Debra Denise, Co-Personal Representative of the Estate of Paul Louis Welshans, et al., vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Powell, Sesley vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Powe, Robert vs. Ace Hardware Corporation, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Powers, Ralph, Administrator of the Estate of Laura Powers, Deceased vs. A.O. Smith Corp. et al., asbestos defendants including Sears, Roebuck and Co.

Prasse, David and Carol Prasse vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Pratt, Jr.; Paul H. vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Price, Walter M. and Gail L. Price vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Primavera, Nicholas vs. American Standard, et al., asbestos defendants including Sears, Roebuck and Co.

## Litigation

Pritchard, Robert vs. 601 W Companies, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Proctor, George C. and Nancy Proctor vs. A.O. Smith Water Products Co., asbestos defendants including Sears, Roebuck and Co.

Proctor, Mary vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Propst, Loy G. vs. AII Acquisition Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Provence, Olen B. v. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Pruitt, Neida, as Personal Representative of the Estate of Harold Pruitt, and Neida Priutt Individually vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Prunty, John, Individually and as Special Administrator of the Estate of Rosa Prunty, Deceased vs. 84 Lumber, et al., asbestos defendants including Sears, Roebuck and Co.

Pryor, James B. vs. A.P. Green Industries Inc., et al. asbestos defendants including Sears, Roebuck and Co.

PSC Resources Site Palmer, MA

Pumphrey, Jr.; Vernon K. and Yvonne Pumphrey, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Pupa, Domenic and Estrella Vergara vs. American Standard, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Purdy, Sr.; William A. and Deanna Purdy vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Putikka, Russell vs Georgia-Pacific Corporation; The Jamar Company;  Walker-Jamar Company, Riley Stoker Corp; Sears, Roebuck and Co.; and United States Gypsum Company

Putrino, Joseph J. Vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Company (109 named defendants)

Pyeatt, Glennon and Patricia Pyeatt, his wife vs. 4520 Corp., Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Pyle, Wendell P. vs.84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Quail, Sr.; Hugh, Individually and as Personal Representative of the Estate of Joann Quail, deceased vs. American Biltrite Co., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of

**Litigation**

Sears Holdings Corporation)

Queen, Roy Weldon and Judy Queen vs. 84 Lumber Co., et al., asbestos defendants including Sears, Roebuck and Co.

Racht, Jule, Individually and as Surviving Heir of Robert Racht, Deceased vs. 84 Lumber, et al., asbestos defendants including Sears, Roebuck and Co.

Radatti, Anthony vs. American Biltrite, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Radding, Jonathan Bernhard v. Sears Holding Corporation

Ragusa, Sr.; Carmen vs. Owens Illinois, et al., asbestos defendants including Sears, Roebuck and Co.

Ratlief, John B. and Carol J. Ratlief, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Raupp, Albert, as Executor for the Estate of Henry Raupp vs. Owens Illinois, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Raven Associates v. Sears Holdings, Kmart Corporation, et al.

Rawls, Robert vs. Alcatel-Lucent USA Inc., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Raye, Charles v. Sears

Raynor, William N. and Betty vs. Quigley Company, Inc., et al. asbestos defendants including, Sears, Roebuck and Co. (54 named defendants)

Readerlink Distribution Services, LLC v. Kmart Corporation

Reale, Jr.; Frank W. vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Recovery Project

Redfearn, Sr.; John W. vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Reed, Charles and Judith Reed vs. Alco Products LLC, et al., asbestos defendants including Sears, Roebuck and Co.

Reed, Lawrence and Beverly Reed vs. Arvinmeritor, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Reed, Stanley N. vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Reese, Sandra vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (47 named defendants)

**Litigation**

Rees, Leslie E. vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co. a subsidiary of Sears Holdings Corporation

Reichenbach, Geraldine vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Reiff, Jean, Individually and as Special Administrator of the Estate of Alvin Reiff, Deceased vs. Amsted Rail Company, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Reimann, William and Jane Reimann vs. Air & Liquid Systems Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Reis, Gale and Carol Reis vs. Agco Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Reppert, Glenn G. and Marianne Reppert, h/w vs. Advance Auto Parts, et al., asbestos defendants including Sears, Roebuck and Co.

Resch, John as Personal Representative of the Estate of Stephen W. Resch, Deceased vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Reyes, Victor et al. v. Sears Holdings Corporation, et al.

Reynolds, Alvin vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Reynolds, Paul vs. Advance Auto Parts, et al., asbestos defendants including Sears, Roebuck and Co.

Rhymer, Carl and Donna Rhymer vs. 4520 Corp., Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Richardson, Clifton and Richardson, Joan, his wife v. John Crane-Houdaille, Inc. et al. including Sears, Roebuck and Co. (52 named defendants)

Richardson, Willie Jr. and Denise his wife vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Reobuck and Co. (47 named defendants)

Richey, Joy, Individually and as Special Administrator of the Estate of Daniel Richey, Deceased vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Richmond, Simon Nicholas v. Winchance Solar Fujian Technology Co. Ltd.; et al. [including Kmart Holding Corporation; Kmart Corporation; Kmart Holdings, Inc. and Kmart Promotions, LLC]

Rickabaugh, David L. and Gwendolyn Rickabaugh, H/W, vs. American Biltrite Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Ricker, Robert L. and Cathy vs. Owens Illinois, Inc., et al., asbestos defendants including Sears Holding

**Litigation**

Corporation, aka, as successor-by-merger Kmart Holding Corporation

Rickson, Ruth vs. Agco Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Rigali, Tiffany, Individually and as Special Administrator of the Estate of Michael A. DeRuosi, Jr., Deceased vs. ABB, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Riggin, Rodney and Carol Riggin vs. Aamco Tools, et al., asbestos defendants including Sears, Roebuck and Co.

Riggle, Roy Vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Company (109 named defendants)

Riley, Carolyn, Individually and as Executrix of the Estate of Johnnie Riley vs. Sears, Roebuck and Co., et al., asbestos defendants

Riley, Roger and Cynthia v. Sears Holdings Corporation

Riley, Sara Louise, Individually and Barbara A. Walker as Executrix for the Estate of Joseph A. Riley, Jr., vs. Owens Illinois, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Rilli, Theresa v. Sears Holdings Corporation

Rinehart, Robert E. and Carolyn Rinehart vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Ring, Irene S., Individually and as Special Administrator of the Heirs and Estate of Gordon A. Ring, Sr., Deceased vs. Air & Liquid Systems Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Riso, Frank and Rose Riso vs. A.O. Smith Water Products, et al., asbestos defendants including Sears, Roebuck and Co.

Ritchie, Michelle, as Personal Representative of the Estate of David Williams vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Ritz, Jerry vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Rizzuti, Kevin R. vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Roa, Lorena v. Sears, Roebuck and Co.

Robbins, Billy J. and Denise Robbins, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Roberson, Phillip vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Reobuck and Co. (45 named defendants)

Roberts, Clovis C. and Harriet R. Roberts vs.

**Litigation**

American Biltrite, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Roberts, Jeanie, Individually and as Special Administrator of the Estate of Finance Roberts, Deceased vs. A.P. Green Industries, Inc., et al. asbestos defendants including Sears, Roebuck and Co.

Roberts, Mattie, Individually and as Personal Representative of the Estate of George P. Roberts vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (53 named defendants)

Robertson, Granvel and Claudine Robertson vs. John Crane-Houdaille, Inc., et al. asbestos defendants including Sears, Roebuck and Co.

Robertson, Wetzel B. and Barbara Robertson vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Robinson, Allis J., Personal Representative of the Estate of James B.E. Robinson, et al., vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Robinson, James B. and Robinson, Allis vs Quigley Company, Inc., et al asbestos defendants including Sears, Roebuck and Co. (46 named defendants)

Robinson, Richard and Katherine Robinson, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Robinson, Robert Dale and Patricia Robinson, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Robinson, Sam and Robinson, Peggy Lee, his wife v. John Crane-Houdaille, Inc. et al. including Sears, Roebuck and Co. (52 named defendants)

Robinson, Willis A. Jr. v. Sears Home Services/Denver Service District

Robinson, Windy v. Sears Home Improvement Products, Inc.

Rocco, Pat v. Sears Hilo Store

Rockemann, Scott v. Sears

Rodman, James and Marian vs. Allis-Chalmers Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Rodriguez, Edwin Joseph vs. A.O. Smith Water Products Co., et al., asbestos defendants including Sears, Roebuck and Co.

Rodriques, Hyacinth Marie v. Sears

Rogers, Douglas R. vs. Owens Illinois, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Rogers, Sr.; Billy R. and Joyce D. Rogers vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

## Litigation

Rohr, Leslie, Individually and as Special Administrator of the Estate of Donald McGrath, Deceased vs. AK Steel Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Rohrs, Howard B. and Francis M. vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Reobuck and Co. (49 named defendants)

Roignant, George vs. Air & Liquid Systems Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Roksiewicz, Richard vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Ronald B. Kliniewski and Carol M. Kliniewski, h/w vs. A. W. Chesterton, Inc. et al Asbestos defendants Including Sears, Roebuck and Co. (68 defendants named)

Roof, Linda, as Personal Representative of the Estate of Mildred C. Hyatt vs. American Biltrite, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Rook, Samuel N. and Hildegard Rook, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Rosas Hernandez, Elvira (Elvia) v. Sears Holding Management Corporation; Sears, Roebuck and Co.; Sears Operation Center; and Does 1-100, inclusive

Rosato, Edward and Barbara Williams as Co-Personal Representatives of the Estate of Anthony E. Rosato, et al, vs. Advanced Stores Company, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Rosen, Lester J., Independent Executor of the Estate of Frank Powers, Deceased vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Rouchdy, Said et al. v. Sears, Home Improvement Products, Inc., et al.

Rowe, John & Joyce Rowe vs. Allied Signal, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Rubenstein, Aaron v. Bruce R. Berkowitz et al. and Sears Holdings Corp.

Ruch Lester F. and Linda C. vs. A.O. Smith Corporation., et al., asbestos defendants including Sears, Roebuck and Co.

Rudy, Dolores, Personal Representative of the Estate of Robert E. Rudy, Sr., et al., vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Rushton, Evelyn, Individually and as Special Administrator of the Estate of Jack Rushton, Deceased vs. ABB Inc., et al., asbestos defendants including Sears, Roebuck and Co.

## Litigation

Russomanno, Vito vs. American Biltrite Company, et al., asbestos defendants including Sears, Roebuck and Co.

Ruzzano, Catherine, Individually, and as the Executor for the Estate of John Ruzzano vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Ryan, Charles and Linda Ryan vs. Advance Auto Parts, et al., asbestos defendants including Sears, Roebuck and Co.

Rydzewski, Richard R. vs. A.O. Smith Water Products Co., et al., asbestos defendants including Sears, Roebuck and Co.

Rysewyk, Rebecca et al. v. Sears Holdings Corporation, et al.

S#1228 - Arden Fair Associates, L.P. v. Sears, Roebuck and Co.; SRC Facilities LLC; Wells Fargo Bank, N.A.; USB AG; SRC Commercial Mortgage Trust 2003-A; and Does 1-50, inclusive

Sacolic, Carrol, Individually and as Executrix for the Estate of Kenneth R. Sacolic vs. Air & Liquid Systems Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Sadler, Sr.; Allen R. vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Saia Family Limited Partnership v. Kmart Corporation

Salas, Daniel G. and Felicitas C. Salas vs. Akzo Nobel Paints LLC., et al., asbestos defendants including Sears Holding Co.

Saleh, Sam D. and Fatin v. Sears Roebuck #1250

Samia, Dori J. , as personal representative of the estate of John C. Degrazia, deceased, and Elizabeth Degrazia, individually and as surviving spouse vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Samuel, Bryant P. and Annette E. Samuel his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Sanchez, Ronnie R. v. Sears Home Improvement

Sanchez, Waleska Olivieri v. Sears Roebuck de Puerto Rico et al. [dba Kmart]

Sanders, Annette, Individually and as Surviving Spouse of the late Donald Sanders, et al., vs. American Standard, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Sandruck, Joseph J. vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Sandsted, John vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Sanso, Joseph vs. A.W. Chesterton Company et al.

## Litigation

asbestos defendants including Sears, Roebuck and Co. (25 named defendants)

Santamarina, Guillermo Garcia v. Sears, Roebuck & Co., and Does 1 through 300, inclusive

Santangelo, Donald and Concetta Santangelo, Individually and as Husband and Wife vs. Aurora Pump Company, et al., asbestos defendants including Sears, Roebuck and Co.

Santino, Vincent and Frances Santino vs. American Biltrite, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Santora, Frank vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Sargous, Dean Allen and Cindy Marie Sargous vs. AFC-Holcroft, LLC., et al., asbestos defendants including Sears, Roebuck and Co.

Sarkan, Cherie for Tyler Erickson v. Harmony Homes, et al. [StarWest] v. Del Grosso Flooring, et al.

Sarkus, Ken v. Sears Parts Direct

Sarnecki, Theodore Vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Company (109 named defendants)

Savage, Burtice and Essie vs. John Crane-houdaille, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (55 named defendants)

Savage, Diane D., Personal Representative of the Estate of James W. Savage, and Estelle Savage, Individually and as Surviving Spouse of James. W. Savage vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Savarino, John, as Executor of the Estate of Salvatore Savarino vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Sawicki, Paul, Individually and as Special Administrator of the Estate of Henry Sawicki, Deceased vs. ABB,Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Saylor, Samuel and Gabriele Saylor, his wife vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Sayville Menlo, LLC v. Sears Holdings Management Corporation

Scaggs, Jo, Individually and as Special Administrator of the Estate of Ivan Scaggs, Deceased vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Scaramuzzino, John Vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Company (109 named defendants)

Schaffer, Jr.; William J. and Sally A. Meisner vs. Acme Boiler Company, et al., asbestos defendants

## Litigation

including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Schaffer, Norman vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Schanz, Robert J. and Patricia Schanz, h/w vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Scheller, Richard vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (55 named defendants)

Schemel, William E. and Margaret Schemel, h/w vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Scheppske, Roland W. Jr. and Linda vs. Quilgey Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (56 named defendants)

Scherr, Norman and Sandra Scherr, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Schiff, Irwin vs. American Honda Motor Co., Inc., et al., asbestos defendants including Sears, Roebuck and Co., (a subsidiary of Sears Holdings Corporation)

Schimunek, Edward and Donna Schimunek, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Schmitt, Gilbert and Rose Mary Schmitt vs. Akebono Brake Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Scholfield, Judith A., Individually and as the Surviving Spouse and as the Sole Heir of the late Fredric R. Scholfield vs. Aurora Pump Company, et al., asbestos defendants including Sears, Roebuck and Co.

Schopac, Donna, Individually and as Administratrix for the Estate of George Schopac vs. A.W. Chesterton, et al., asbestos defendants including Sears, Roebuck and Co.

Schreiber, Thomas and Helen Schreiber, h/w vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Schultz, Carroll G. and Elizabeth vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (46 named defendants)

Schulz-Goss, Kimberly A., and Kenneth M. Goss, her husband vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Schulz, Jr.; Bernard R. and Connie S. Schulz, his wife vs. John Crane-Houdaille,Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Schutt, Donald L. II v. Carrier Corporation and Sears Holdings Management Corporation

Schweinhart, David and Karen Schweinhart vs. Owens Illinois, Inc., et al., asbestos defendants

**Litigation**

including Sears, Roebuck and Co.

Schweitzer, Richard S. and Mary Schweitzer, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Scotland, Aubin v. Kmart Corporation

Scott, Eileen H., Administratrix of the Estate of Charles Scott, deceased, vs. A.W. Chesterton, Inc., et. al., asbestos defendants including Sears, Roebuck and Co.

Scott, Ethel v. C.T. Corporation System; Sears Holdings Management

Scott, James W., vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Scott, Mark, Independent Administrator of the Estate of Michael Scott, Deceased vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Scott, Mary and Duncan Scott, her husband vs. 84 Lumber, et al., asbestos defendants including Sears, Roebuck and Co.

Scott, Robert Jacob v. Sears Holding Corp.; Sears Hometown and Outlet Stores, Inc.; and Sears, Roebuck & Co. Dealer Stores

Sczerbinski, Jane and Joseph Sczerbinski vs. Advance Auto Parts, et al., asbestos defendants including Sears, Roebuck and Co.

Sea, Edward J. vs. Aerco International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Sears 1065 - Criminal Complaint against LPA Max Frayser involving customer dispute

Sears (#1544) v. Vornado Realty Trust (Rego Park, NY)

Sears #1765 (Palm Beach Gardens, FL)/Forbes

Sears/Plaza Lama

Sears, Roebuck and Co. and Kmart Corporation v. United States of America

Sears, Roebuck and Co., et al. v. Ideal Industries, Inc.

Sears, Roebuck and Co. v. Altaquip

Sears, Roebuck and Co. v. DentalCare Partners, Inc., et al.

Sears, Roebuck and Co. v. Moonbeam Capital Investments, LLC (Sears# 1824)

Sears, Roebuck and Co. v. Specialty Printing Company

Sears, Roebuck & Co. v. Enersys Energy Products, Inc.

Sears, Sr.; Ronald T. and Helen J. Sears vs. A.O. Smith Corp., et al., asbestos defendants including Sears, Roebuck and Co.

**Litigation**

Sears v. Walsh, Jennifer

Sediva, John and Mary Sediva vs. Air and Liquid Systems Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Seegot Holdings et al v. Bayer et al (In Re: Urethane Antitrust Litigation)

Seldomridge, Jack and Marion Seldomridge, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Seltzer, Susan and Robert v. Sears Roebuck & Company; and HomeSure of America, Inc.

Seman, James Michael vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Sena, Anthony and Trudy Sena vs. ABB, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Senise, Melissa, Special Administrator of the Estate of Frank Senise, Deceased vs. Rapid American Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Serpie, Alexander J. Sr. and Rose his wife vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (47 named defendants)

Seruya, Lawrence vs. Autopart International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Seubert, Sr.; Robert D. and Geraldine L. Seubert, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Seubert, Sr.; Robert D. and Geraldine L. Seubert, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Sevilla, Jorge S. v. Sears, Roebuck & Co.

Sewak, Nicholas vs. Arvinmeritor, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Shaftic, Linda L. vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Shamlo, Abbas v. Sears Roebuck Co.

Shands, Floyd G. vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Shapley, Leon, et al. v. Minnesota Mining and Manufacturing Company, et al., asbestos defendants including Sears, Roebuck and Co., (81 named defendants)

Shared Services Discovery Management

Sharpe, Karen, Individually and as Special Administrator of the Estate of Stephen Sharpe,

**Litigation**

Deceased vs. American Optical Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Shawhan, Phyllis, Individually and as the Special Administrator of the Estate of Robert Shawhan, Deceased vs. ABB Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Sheahan, James F. Jr. v. Kmart Corporation

Shea, Meredith W., and Martha J. Woods, Co-Executrices for the Estate of Thomas R. Woods., vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Sheeran, Edmund J Jr vs A.W. Chesterton, Inc., et al (asbestos dfts, including Sears, Roebuck and Co.)

Shelton, Margaret and Jerry Shelton vs. Akebono Brake Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Sherwood, George D. Jr. and Gertrude vs. Honeywell International Inc., et al. asbestos defendants including Sears, Roebuck and Co. (53 named defendants).

Shiel, David and Vicki Richards, his wife vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Shiel, Richard and Joan Shiel, h/w vs.AII Acquisition Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Shifflett, Alfred L. and Rose R. Shifflett, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Shifflett, Wilbert T. vs. Honeywell International Inc. et al. asbestos defendants including Sears, Roebuck and Co. (54 named defendants)

Shoemaker, William G. and Gertrude Shoemaker, h/w vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Shorter, David and Guy Shorter, Jr., Heirs of the Late Guy Shorter, Sr. vs. Advance Auto Parts, et al., asbestos defendants including Sears, Roebuck and Co.

Shubert, Sr.; Thomas E. and Sharon Shubert vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Shultz, Dennis P. and Phyllis vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Reobuck and Co. (51 named defendants)

Siddons, Joseph vs. Allied Building Products Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Siegler, Donald and Rose A. Siegler v. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Siler, Paulette and Dennis Wilson vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (45 named defendants)

**Litigation**

Silva, George and Barbara Silva vs. A.O. Smith Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Simmons, Alvin R. v. Owens-Illinois Glass Co., f/k/a Owens-Illinois, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (46 named defendants)

Simon, John and Annie Simon vs. Arvin Meritor, f/k/a Maremont Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Simpson, Alfred and Jennifer Simpson, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Simpson, Dale, Individually and as Special Administrator of the Estate of Doris Wallace, Deceased vs. A.W. Chesterton, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (87 named defendants)

Singleton, Isaac and Singleton, Oziell vs Quigley Company, Inc. et al Asbestos defendants including Sears, Roebuck and Co. (46 named defendants)

Sink, Dennis and Ellen Sink vs. Air and Liquid Systems Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Sivak, Tracy, as Executrix for the Estate of Colleen H. Pennell vs. Owens Illinois, et al., asbestos defendants including Sears, Roebuck and Co.

Skaggs, Sharon v. Sears Holdings Corporation [SHIP]

Skillman, George and Pauline Skillman vs. Air and Liquid Systems Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Skillman, George and Pauline Skillman vs. Air & Liquid Systems Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Skillman, George and Shirley Skillman, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Skinner, Jessica, as Special Administrator of the Estate of Rick Tyree, Deceased vs. 84 Lumber, et al., asbestos defendants including Sears, Roebuck and Co.

Slevin, Mark V. as Executor of the Estate of Patrick T. Slevin vs. A.W. Chesterton Co., Inc., et al., asbestos defendants including Sears Holding Co., Individually and for Sears, Roebuck and Co.

Sloma, Marion vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co., Individually and as Successor-in-Interest to Sears Tower

Small, Donald J. and Doris Small v. A.O. Smith Corp., et al. asbestos defendants including Sears, Roebuck and Co.

Smith, Alvin and Caroline Smith vs. AC Lighting & Electrical Supplies, LLC, et al., asbestos defendants

## Litigation

including Sears, Roebuck and Co.

Smith, Elizabeth Anne and Paul Smith vs. Amcord, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Smithers, Paul L. vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Smith, Frank and Linda v. Sears Roebuck & Co.

Smith, James D. And Tema Smith vs. Borgwarner Morse Tec, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Smith, James E. vs Sears et al

Smith, James G. and Virgie Smith vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Smith, James M. vs. Owens Illinois, Inc., et al. asbestos defendants including Sears, Roebuck and Co.

Smith, Jr., Benjamin A. and Rosie M. vs John Crane-Houdalle, et al, asbestos defendants including Sears, Roebuck and Co.

Smith, Karen v. Sears Logistics Services, et al.

Smith, Lamar and Essie vs. John Crane-Houdaille, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (53 named defendants)

Smith, Larrabee M. vs. Air & Liquid Systems Corporation., et al., asbestos defendants including Sears, Roebuck and Co.

Smith, Lathan Tyrone vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Smith, Marcia Lynn and Herman Smith vs. 84 Lumber Co., et al., asbestos defendants including Sears, Roebuck and Co.

Smith, Michael and Lisa Alberton v. Sears Holdings Corp.

Smith, Paul J. and Mary Jo Smith, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Smith, Paul W. and Annie Smith, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Smith, Randy and Francine Owens as the surviving heirs of Richard L. Smith, Deceased vs. Ameron International Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Smith, Richard R. vs. Borgwarner Morse Tec, LLC, et al., asbestos defendants including Sears, Roebuck and Co.

Smith, Samuel N. vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

## Litigation

Smith, Sr.; Richard W. and Dorothea Smith, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Smith, Virginia A. and Ernest Smith vs. Agco Corporation et al., asbestos defendants including Sears, Roebuck and Co.

Smith, William K. and Lucille L. Smith vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Smith, William Martin vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Smith, William V. Sears Roebuck and Co. Inc

Snook, Joan, Individually and as Special Administrator of the Estate of Harold Snook, Deceased vs. Ace Hardware Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Snowberger, Betty and Theodore M. Snowberger, her husband vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Snowberger, Theodore M. and Betty Snowberger, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Snowden, Laurie v. Sears, Roebuck and Co. INC

Snow, Robert vs. American Optical Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Snyder, Thomas D. vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Sokalsky, Linda and Leigh Anne Sokalsky as the Surviving Heirs of Alexander Sokalsky, Deceased vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Solorzano, Rafael v. Sears Holdings Management Corporation, et al.

Sotz, Elizabeth J., Individually and as Personal Representative of the Estate of James E. Sotz, Deceased vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Soule, Jeffrey, Individually and as Special Administrator of the Estate of Larry Soule, Deceased vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Source Interlink Bankruptcy

Spann, Mark D. vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Spaziante, Richard M. vs. A.O. Smith Water Products Company, et al., asbestos defendants including Sears, Roebuck and Co.

**Litigation**

Speigner, Jimmy and Beverly Speigner vs. AIW-2010 Wind Down Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Spell, John and Eloise Spell, his wife vs. 4520 Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Spence, Leonard vs. Quigley company, Inc., et al asbestos defendants including Sears, Roebuck and Co. (46 named defendants)

Spencer, Clodies vs. A.O. Smith Water Products, et al., asbestos defendants including Sears, Roebuck and Co.

Speth, Gary, Individually and as Special Administrator of the Estate of Delwyn Speth, Deceased vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Spevak, Theresa and Thomas Spevak vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Spinelli, Gene and Joan Spinelli, Pltfs., vs. A.L. Eastmond & Sons, etc. et al. asbestos defendants including Sears, Roebuck and Co.

Spisak, Jr.; John A. vs. Air & Liquid Systems Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Sportcraft Bankruptcy 2011

Spratt, Richard J. and Edna M. Spratt vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Sprinkle, Daniel, Executor to the Estate of Sandra Sprinkle, et al. vs. American Optical Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Sroka, Eleanor A., Personal Representative of the Estate of Edward A. Sroka, et al., vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Stachewicz, Joseph and Eugenie Stachewicz vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Standard Fabrics International, Inc. v. Project 28 Clothing, LLC, et al. [Kmart]

Stangel, Sr., Edmund E. vs. A.W. Chesterton Company., et al., asbestos defendants including Sears, Roebuck and Co.

Stanton, John P. and Carol Stanton, h/w vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Starks, Eugene vs. Armstrong Pumps, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

State of Oklahoma, ex rel., Department of Transportation v. Troy Coolidge No. 59, LLC; Kmart

**Litigation**

Corporation; et al.

Stavrakis, Mary Jane, Personal Representative of the Estate of Steve W. Stavrakis, Sr., et al., vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Stavrov, Emmanuel Vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Company (109 named defendants)

Steedley, Dorothy L. vs. John Crane-Houdaille, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (54 named defendants)

Steeves, Anne E. and John Steeves, her husband vs. ABB, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Steinberg, Lawrence E. v. Sears Holdings Management Corp

Steinberg, Terry and Carol Steinberg vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Stensrud, Kenneth vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Stephens, Everette and Bonnie Stephens vs. Borg-Warner Morse Tec, LLC., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Stevens, Maurice vs. Arvinmeritor, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Stewart, Douglas T. vs. AII Acquisition, LLC., et al., asbestos defendants including Sears, Roebuck and Co.

Stewart, James E. vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Stewart, Roger L. vs. Allied Corporation et al. asbestos defendants including Sears, Roebuck and Co. (37 named defendants)

Stewart, Walter C. and Patricia West vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Stewart, Wanda v. Sears, Roebuck and Co.

Sticklin, Ellen Jean, Executrix of the Estate of John Nicholoff vs. Air and Liquid Systems Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Stieglitz, Gary vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Stiglitz, Louis and Marilyn Stiglitz vs. A.O. Smith Water Products Co., et al., asbestos defendants including Sears, Roebuck and Co.

Stobierski, Henry and Josephine Stobierski,

**Litigation**

Individually and as husband and wife vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Stoker, Nancy, Individually and Tania Stoker as Executrix for the Estate of Ronald Stoker vs. Owens Illinois, et al., asbestos defendants including Sears, Roebuck and Co.

Stoll, John W. and Maria Stoll vs. American Biltrite Company, et al., asbestos defendants including Sears, Roebuck and Co.

Stoutenburg, Heather L., as Surviving Heir of Clyde W. Lick, Jr., Deceased vs. The Adel Wiggins Group, et al., asbestos defendants including Sears, Roebuck and Co., a subsidiary of Sears Holdings Corporation

Strait, Pearlie vs. AFC-Holcroft, LLC, et al., asbestos defendants including Sears, Roebuck and Co.

Strapp, Arlene R., Individually and as Special Administrator of the Estate of Bernard C. Strapp, Deceased vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Strawser, Walter L. and Strawser, Nancy vs Quigley company, Inc. et al asbestos defendants including Sears, Roebuck and co. (46 named defendants)

Stremmel, William Herbert and Marie C. Stremmel vs. A.O. Smith Water Products Co., et al., asbestos defendants including Sears Holdings Management Corporation, Individually and as Successor in Interest to Sears, Roebuck and Co.

Strominger, Barbara G. and Robert vs. Owens-Illinois., et al., asbestos defendants including Sears, Roebuck and Co.

Stroud, Jimmy and Patricia Stroud vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Stroupe, Michele, et al., as surviving heirs of Ronald Robichaud, Deceased vs. Armstrong International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Strouth, Carolyn, Individually and as Special Administrator of the Estate of Bobby Strouth, Deceased vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

St. Thomas, Mary Lou, Individually and as Special Administrator of the Estate of James St. Thomas, Deceased vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Stumbroski, Jr.; Theodore vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Stum, Eugene and Linda Stum vs. Cytec Industries, et al., asbestos defendants including Sears, Roebuck and Co.

Subat, Ali and Rita Noorzay v. Sears Holdings Corporation

**Litigation**

(SubT) Kmart Corporation #9420 v. Lens Lab Express, Inc.

(Sub T) Kmart Corporation v. Marketing & Printing Solutions Inc., H/N/C MPS

(Sub T) Kmart v. Stuffington Bear Factory, LLC #68235

Suburban Electrical Engineers/Contractors, Inc.

Sueck, Jr.; Walter and Rosalie Sueck, his wife vs. Union Carbide Corporation, et al.,asbestos defendants including Sears, Roebuck and Co.

Suggs, Tommie and Frances Suggs vs. Armstrong International, Inc., et al, asbestos defendants including Sears, Roebuck and Co.

Sullivan, William and Gail Sullivan vs. American Honda Motor Co., Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Suszynski, John vs. Atwood & Morrill Company, et al., asbestos defendants including Sears, Roebuck and Co.

Suter, Robert and Carole Suter, his wife vs. 4520 Corp., Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Suthard, Susan D., Personal Representative of the Estate of Irvin D. Suthard, et al., vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Sutton Brook/Rocco Site  Tewksbury, MA

Sutton, Myron and Lana Sutton, his wife vs. 4520 Corp., Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Svestka, Georgiann vs. BASF Catalysts LCC, et al., asbestos defendants including Sears, Roebuck and Co.

Swanson, Kathryn, Individually and as Special Administrator of the Estate of Denis I. Swanson, Deceased vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Swiecicki, Robert A. and Claudia vs. Quigley Company, Inc., et al. asbestos defendants including, Sears, Roebuck and Co. (55 named defendants)

Swoyer, Paul vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Synder, Diane, Administratrix of the Estate of Richard Snyder and Naomi Snyder vs. A.W. Chesterton, Inc., et al. including Sears, Roebuck and Co. [53 named defendants]

Szykeruk, Henek vs. Bell Asbestos Mines, et al., asbestos defendants including Sears, Roebuck and Co.

Szymanski, Joseph and Alma E. Szymanski vs. American Honda Motor Co., Inc. et al., asbestos defendants including Sears, Roebuck and Co.

## Litigation

Taylor, Donald R. and Melissa Taylor vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Taylor, Ernest and Mary Ann vs. John Crane-Houdaille, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (53 named defendants)

Taylor, Gerald E., and Patience L. Taylor vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Taylor, Jeffrey v. Sears Holding Management Corproation

Taylor, Jr., George E. and Taylor, Mildred E., his wife v. John Crane-Houdaille, Inc. et al. including Sears, Roebuck and Co (52 named defendants)

Taylor, Rae and Dianne Taylor vs. 4520 Corp. Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Taylor, Tim and Shelby Taylor vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

(TCPA) DeFranza, John v. Sears Holdings Corporation

(TCPA) Ramirez, Erendira v. Sears Brands, LLC

Teaver, Diane, Individually and as Special Administrator of the Estate of Francesco Marino, Deceased vs. A.P. Green Industries, Inc., et al. asbestos defendants including Sears, Roebuck and Co.

Tejada, Ana M. v. Sears, Roebuck and Co.

Telano, Luther E. vs Albany International Corporation, et al. Asbestos defendants including Sears, Roebuck and Co. [47]

Tennessee LP Licensing

Tennessee Sales Tax Bad Debt Refund

Terino, Michael vs. 84 Lumber Company et al. asbestos defendants including Sears, Roebuck and Co. (39 named defendants)

Tessitore, Alfred and Jeraldine Tessitore vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Theno, Frank and Florence Theno vs. Owens Illinois, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Theobald, Peggy Sue and Jerry Theobald vs. 4520 Corp., Inc., et al., asbestos defendants including Sears, Roebuck and Co.

The People of the State of California v. 01 Sears Roebuck & Company (Pricing Violation)

Theriault, Marguerite, individually and as Administratrix for the Estate of Carl Theriault, deceased vs. American Biltrite, Inc., et al., asbestos

## Litigation

defendants including Sears, Roebuck and Co.

The Transportation Commission; and The Department of Transportation, State of Colorado v. Realty Income Properties 18, LLC; Chick-Fil-A, LLC; Home Depot USA, Inc.; KFC Corporation; Public Service Company of Colorado; Greenwood Village, LLC; et al.

Thomas, James and Beverly Thomas vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Thomas, Lionel S. vs. A.P. Green Industries, Inc., et al. asbestos defendants including Sears, Reobuck and Co. (72 named defendants)

Thomas, Otis C. Jr., and Carol vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (46 named defendants)

Thomas, Robert, and Mark Granato and Barbara Granato vs. BASF Catalysts, LLC, et al., asbestos defendants including Sears, Roebuck and Co.

Thomas, Robert L. vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Thomas, Robert L. vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Thomas, Ronald and Sandra Thomas vs. A.O. Smith Corporation et al., asbestos defendants including Sears, Roebuck and Co.

Thomas, Ronald D. and Linda Thomas, his wife vs. John Crane-Houdaille, Inc., et al asbestos defendants including Sears, Roebuck and Co. (60 named defendants)

Thomas, Samuel J. vs. John Crane-Houdaille, Inc., et al, asbestos defendants including Sears, Roebuck and Co.

Thomas, Teddy and Judy Thomas, his wife, vs. 4520 Corp., Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Thomas, william G. Jr. and Margaret vs. Owens-Illinois Glass Co. et al. asbestos defendants including Sears, Roebuck and Co. (48 named defendants).

Thompson, Alfred vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (56 named defendants)

Thompson, Daniel, Individually and as Special Administrator of the Estate of Pamela Odom, Deceased vs. 84 Lumber, et al., asbestos defendants including Sears, Roebuck and Co.

Thompson, Jr.; William H. and Janet Thompson, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Thompson, Leonard and Peggy vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (55 named defendants)

## Litigation

Thompson, Paul vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Thornton, Charlie and Debra Thornton, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Thornton, Gary and Janet Thornton, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Thornton, Sue M. and Russell Wayne Thornton vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Tie, John H. and Marylin Tie vs. ABB, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Tietjen, Sr.; John H. and Betty Anne Tietjen, h/w vs. Georgia Pacific, et al., asbestos defendants including Sears, Roebuck and Co.

Tietjen, Sr. John H. and Betty Anne vs. Ace Hardware., et al., asbestos defendants including Sears, Roebuck and Co.

Tighe, Bernard and Patricia Tighe vs. Air and Liquid Systems Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Tilghman, Cornell S., and Mary J. Tilgham his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Tilghman, Kelly, Individually and as Special Administrator of the Estate of Betty Jo Kuter, Deceased vs. Akzo Nobel, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Tinnus Enterprises, LLC v. Wal-Mart Stores, Inc., et al. [Sears]

Tirrell-Wysocki, David E., Personal Representative of the Estate of Eugene J. Wysocki, et al., vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Todd, Wayne D. and Todd, Kathleen M. vs Quigley Company, Inc., et al asbestos defendants including Sears, Roebuck and Co. (46 named defendants)

Tokarski, Albert vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Tolbert, Brian Sr. v. Sears Home Improvement Products, Inc.

Tolbert, Robert and Mary Jo vs. A.O. Smith Corporation et al. asbestos defendants including Sears, Roebuck and Co. (103 named defendants)

Toll, Phyllisann and William vs. Abex Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Toman, John vs Rapid American Corp., et al. including Sears, Roebuck and Co. [66 named defendants]

## Litigation

Tooker, Clifton and Tina Tooker vs. AC&R Insulation Co., Inc., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Torres, Jose and Eneda Torres vs. Bird Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Torres, Jose A. Valentin v. Kmart Holdings Corp.

Torres Oritz, Anibal v. Kmart de Puerto Rico and/or Sears Holdings Puerto Rico

Tous Rodriguez, Jose M. v. Sears

Tracogna, Diana vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Travieso, Glenda L. Garcia v. Kmart

Treadway, Charles R. Vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Company (109 named defendants)

Troiano, Anthony A. and Theresa Troiano vs. Algoma Door, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Trombley, Robert L. and Deborah E. Trombley vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Tsarnas, Drosos R. Vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Company (109 named defendants)

Tucci, Frank, and Joyce Tucci, h/w, vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Tucker, Susan vs. 84 Lumber, et al., asbestos defendants including Sears, Roebuck and Co.

Tucker, William and Patricia Tucker vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Turner, Robert L. vs John Crane-Houdaille, Inc., et al. including Sears, Roebuck and Co. [52 named defendants]

Turnock, Charles H. and Judith Turnock, his wife vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Turnquist, Kathleen and Jerry Turnquist vs. Akebono Brake Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Turpyn, Jr.; Elmer and Norene Turpyn vs. Allen Bradley, et al., asbestos defendants including Sears, Roebuck and Co.

Tyler, Eugene vs. 4520 Corp., Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Tyler, William, as Surviving Heir of Joyce Tyler, Deceased vs. ABB, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

**Litigation**

Ulibarri, Judith and Joe Ulibarri vs. American Biltrite, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Umfress, Jimmie and Barbara Umfress, his wife vs. 84 Lumber, et al., asbestos defendants including Sears, Roebuck and Co.

Umland, Richard C. and Jill Wetzler vs. A.O.Smith Water Products Co., et al., asbestos defendants including Sears, Roebuck and Co.

Underwood, William and Frances Underwood vs. 84 Lumber Company, et al., asbestos defdants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Universal Dyeing & Printing, Inc. v. Wal-Mart Stores, Inc.; Loehmann's, Inc.; Sears Holdings Corporation; Genesco Brands, Inc.; Does 1 through 10

UnoWeb Virtual, LLC v. Sears Holdings Corporation

Urban, Gary, as Special Administrator of the Estate of George K. Urban, Deceased vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

US Alliance Corp. v. Sears Roebuck de Puerto Rico, Inc.

US EPA Cooksey Landfill Settlement

US EPA v. Lenz Oil Site  Westmont, IL

US EPA v. Waste, Inc. Site, Michigan City, LaPorte County, IN

USOR Site PRP Group v A&M Contractors, et al [Kmart]

USOR Site PRP Group v. A&M Contractors, Inc., et al [Sears]

US v. Alaska Railroad Co., et al.  Standard Steel & Metals Salvage Yard  Anchorage, AK

Vaccaro, Corrado, as Executor for the Estate of Gregory J. Chomko, deceased vs. American Honda Motor Co., Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Vaden, Teresa A. v. Kmart Corporation

Valdez, Janet E., as Executrix of the Estate of Donald E. Kriske, Deceased vs. A.O. Smith Water Products, et al., asbestos defendants including Sears, Roebuck and Co.

Valentine, Charles Howard vs. 84 Lumber, et al., asbestos defendants including Sears, Roebuck and Co.

Vales-Lewis, Vanessa v. Sears Holding Corporation

Vanim, Daniel W. vs. Allied Signal, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Vantrece, Judy v. Kmart and Robert Sanders, Mrg.

**Litigation**

Vasconcellos, John and Joan v. Samsung Electronics, Inc.; Sears Inc, Town Center Mall, 02145

Vasold, Sr., Michael L. and Vasold, Mildred M., his wife v. John Crane-Houdaille, Inc. et al. including Sears, Roebuck and Co. (52 named defendants)

Vazquez, Sr.; Jose A. and Linda Vazquez vs. Union Carbide Corporation, et al, asbestos defendants including Sears, Roebuck and Co.

Vazquez Velez, Miguel vs. Sears Roebuck de Puerto Rico

Veal, Jimmy vs. Caterpillar, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (11 named defendants)

Veal, Toni vs. Borg-Warner Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Vecchioni, Gerald Sr. and Carol L. vs. Quigley Co., Inc. et al. asbestos defendants including Sears, Reobuck and Co. (45 named defendants)

Velarde, Hector v. Kmart Corporation and Stanley Black & Decker, Inc.

Velarde, Hector v. LDR Global Industries, LLC and Kmart Corporation

Velarde, Martha v. SAS Safety Corporation and Kmart Corporation

Velez, Yeseni v. Sears Roebuck De Puerto Rico, Inc.; et al.

Vennie, George R. vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Ventres, Rachele and David Ventres vs. 002 Auto Parts Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Verchow, Margaret, Personal Representative of the Estate of James Edward Verchow vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Vertis Holdings Inc.

Via, Gilberto and Doris Via v. Sears Home Improvement Products, Inc.

Via Port New York LLC v. Sears, Roebuck and Co.

Vickers, Joseph vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Vidia, Frank and Carolyn Vidia vs. Borg Warner Morse Tec, Inc., et al., asbestos defendants including Sears, Roebuck and Co., (a subsidiary of Sears Holdings Corporation)

Vieley, Janet and Daniel Bentley, Individually and on Behalf of All Children of Geraldine Bentley vs. American Biltrite, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Vigliotti, David and Gina Vigliotti vs. A.O. Smith

**Litigation**

Corporation, et al., asbestos defendants including
Sears, Roebuck and Co.
Villanova, Kenneth R. and Joan Villanova vs.
Honeywell International, Inc,. et al,. asbestos
defendants including Sears, Roebuck and Co.
Villegas Ortiz, Saralis v. Kmart; Sears Roebuck De
Puerto Rico, Inc.
Vineland Construction v Universal-Rundle Corp.
Universal-Rundle  Pennsauken, NJ
Vinocur, Laurence v. Marketing Results Ltd.; Sears
Holding Corporation; and Does 1-150, inclusive
Vinocur, Laurence v. Sport Squad, LLC et al. [Sears
Holdings Corporation]
Visnovec, Thomas and Joan Visnovec vs. A.W.
Chesterton Company, et al., asbestos defendants
including Sears, Roebuck and Co.
Vitakes, Christos and Helen vs. A.W. Chesterton
Company et al. asbestos defendants including Sears,
Roebuck and Co. (107 named defendants)
Vogt, Lawrence and Theresa Vogt vs. 84 Lumber
Company, et al., asbestos defendants including Sears,
Roebuck and Co.
Voloshin, Michael v. Sears Home Improvement
Products, Inc.; and Does 1-20
Voss, Francis and James, et al. v. ACandS, Inc., et
al., asbestos defendants including Sears, Roebuck and
Co.
Voytko, Forrest C. and Joan Voytko vs. Air & Liquid
Systems Corporation, et al., asbestos defendants
including Sears, Roebuck and Co.
Vu, Hong v. Sears Operations, LLC

Walcutt, Kristy Elaine, Personal Representative of
the Estate of Woodrow W. Weaber, et al., vs. John
Crane-Houdaille, Inc., et al., asbestos defendants
including Sears, Roebuck and Co.
Waldrop, Mickey, as Personal Representative of the
Estate of Doyce Waldrop, and Mickey Waldrop
Individually vs. Akzo Nobel Paints LLC, et al.,
asbestos defendants including Sears, Roebuck and
Co. (a subsidiary of Sears Holdings Corporation)
Waleski, Eva M., Individually and as Administratrix
of the the Estate of Edward Stanley Waleski,
deceased vs. A.O. Smith Water Products Co., et al.,
asbestos defendants including Sears, Roebuck and
Co., s/h/a/ Sears Holding Corp.
Walker, Bruce and Lawanna Walker vs. Akzo Nobel
Paints LLC., et al., asbestos defendants including
Sears, Roebuck and Co. (a subsidiary of Sears
Holdings Corporation)
Walker, John S. and Pamela K. Walker vs. Alfa
Laval, Inc., et al., asbestos defendants including
Sears, Roebuck and Co.
Walker, Misty Lynn v. Sears, Roebuck and Co.

**Litigation**

Walker, Roosevelt, Jr. vs Quigley Company, Inc., et
al asbestos defendants including Sears, Roebuck and
Co. (46 named defendants)
Walli, Charles P. vs. Air & Liquid Systems Corp., et
al., asbestos defendants including Sears, Roebuck and
Co.
Wall, Robert vs. John Crane-Houdaille, Inc., et al.,
asbestos defendants including Sears, Roebuck and
Co.
Walter, Raymond vs. Honeywell International, Inc.,
et al., asbestos defendants including Sears, Roebuck
and Co.
Walters, Dale E. and Cindy vs. Quigley Company,
Inc., et al. asbestos defendants including Sears,
Roebuck and Co. (54 named defendants)
Walters, Myrtle, Individually and as Special
Administrator of the Estate of Joseph Walters,
Deceased vs. Air & Liquid Systems Corporation, et
al., asbestos defendants including Sears, Roebuck and
Co.
Walton, Carol A., Individually and as Executrix of
the Estate of John Walton a/k/a Jack Walton vs. 84
Lumber Company, et al., asbestos defendants
including Sears, Roebuck and Co.
Ward, Grant vs. ABB, Inc., et al., asbestos defendants
including Sears, Roebuck and Co.
Warren, John P. and Joan Warren vs. 84 Lumber
Company, et al., asbestos defendants including Sears,
Roebuck and Co. (a subsidiary of Sears Holdings
Corporation)
Washington, Raymond H. Jr. vs. Quigley Company,
Inc., et al. asbestos defendants including Sears,
Reobuck and Co. (49 named defendants)
Waskis, Joe W. vs. John Crane-Houdaille, Inc., et al.,
asbestos defendants including Sears, Roebuck and
Co.
Waterrose, Linda, Individually and as Special
Administrator of the Estate of William Hampton,
Deceased vs. Aerco International, Inc., et al., asbestos
defendants including Sears, Roebuck and Co.
Watson, William and Betty Watson vs. A.W.
Chesterton, Inc., et al., asbestos defendants including
Sears, Roebuck and Co.
Watts, William and Diana Watts vs. American
Airlines, Inc., et al., asbestos defendants including
Sears, Roebuck and Co.
Waud, Adele, as Personal Representative of the
Estate of William L. Waud, Jr. vs. Bennett Auto
Supply, Inc., et al., asbestos defendants including
Sears, Roebuck and Co.
Waugh, Carmen et al v Quigley Co., Inc. et al
asbestos defendants including Sears, Roebuck and
Co. (49 named defendants)
Weatherholtz, Sr., Walter F. vs. John Crane-
Houdaille, Inc., et al., asbestos defendants including

## Litigation

Sears, Roebuck and Co.

Weber, John R. vs. A.W. Chesterton, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (72 named defendants)

Weber, Patricia, Executrix of the Estate of Anthony Weber and Patricia Weber in her own right vs. Air and Liquid Systems Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Wegrzyn, Brian, Individually and as Special Administrator of the Estate of Bernice Antolec, Deceased vs. AII Acquisitions, LLC, et al., asbestos defendants including Sears, Roebuck and Co.

Weierbach, Frank W. and Colleen W. Weierbach, husband and wife vs. Allied Signal, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Weiland, Jerome E. and Carole L. Weiland vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Weimken, Kay, Individually and as Executrix of the Estate of William Weimken vs. Sears, Roebuck and Co., et al., asbestos defendants

Weisfelner, Michael v. Sears

Weisner, Reid, Individually and as Special Administrator of the Estate of Melody Weisner, Deceased vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Weitzel, Martin vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Welch, Jon, Individually and as Special Administrator of the Estate of Barbara Welch, Deceased vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Welch, Judy and Robert Welch vs. 4520 Corp. Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Welch, Walter W. and Vicky A. Welch, h/w vs. John Crane, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Welden, James and Claudia Welden vs. 4520 Corp., Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Wells, John R. and Vermel Wells, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Wendland, Gerald and Georgia Wendland vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Wenker, Jr.; Edward R. and Jodi L. Wenker, his wife vs. John Crane-Houdaille, Inc., asbestos defendants including Sears, Roebuck and Co.

## Litigation

Werner, Anne J., Executrix of the Estate of Joseph S. Werner, deceased, and Anne J. Werner, in her own right, vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Wert, Marlin v. Owens-Illinois, et al, asbestos defendants including Sears, Roebuck and Co. (46 named defendants)

Westfall, Jeanette L. and John B. Walker Jr., Co-Executors of the Estate of John Walker and Patricia Walker in Her Own Right vs. Air and Liquid Systems Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Westfall, Ronald K. and Westfall, Rebecca, his wife v. John Crane-Houdaille, Inc. et al. including Sears, Roebuck and Co. (52 named defendants)

Westmoe, Bonnie, et al., surviving heirs to the Estate of Jon Odell Westmoe, Deceased vs. Air and Liquid Systems Corp., et al., asbestos defendants including Sears, Roebuck and Co.

West, Teresa J., as Personal Representative of the Estate of Paul Pandolfini et al. asbestos defendants including Sears, Reobuck and Co. (50 named defendants)

Whalen, Jr.; John J. and Betty Jane Whalen, h/w vs. U.S. Steel Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Wharton, William & Pauline v. Sears Roebuck and Co.

Wheaton, Clare and Elaine Wheaton, his wife vs. Bird Incorporated, et al., asbestos defendants including Sears, Roebuck and Co.

Wheeler, Bernard vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Wherry, Lester L. vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Whetsel, Brandon and Kristen vs. Arkema, Inc., et al asbestos defendants including Kmart Corporation

Whetstone, Claudette, Individually as Surviving Spouse and as Personal Representative of the Estate of William Whetstone, et al. vs John Crane-Houdaille, Inc., et al. including Sears, Roebuck and Co. [53 named defendants]

Whetzel, Judy A. and Michael K. vs. Owens-Illinois Glass Co. et al. asbestos defendants including Sears, Roebuck and Co. (57 named defendants)

White-Bing, Emma, Individually and as Special Administrator of the Estate of Rodney Bing, Deceased vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Whited, Galen Vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Company (109 named defendants)

## Litigation

White, James E. and Veronica vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (54 named defendants)

White, James L. and Nancy White h/w vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

White, Richard and Kathryn White, h/w vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

White, Samuel vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Whittaker, David, Individually and as Special Administrator of the Estate of Ilo Whittaker, Deceased vs. 84 Lumber, et al., asbestos defendants including Sears, Roebuck and Co.

Whitt, Joy, as Executor of the Estate of Harold Walts vs. 3M Company, et al., asbestos defendants including Sears Holdings Corporation

Wiebe, F. Walter vs. Adience, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Wiechert, Anne S., Individually and as Personal Representative of the Estate of Robert L. Wiechert, et al., vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Wilcox, Nancy L., As Personal Representative of the Estate of Willard C. Wilcox, and Individually as Surviving Spouse vs. A.O. Smith Corporation et al. asbestos defendants including Sears, Reobuck and Co. (47 named defendants)

Wilfong, Bernard and Linda vs. John Crane-Houdaille, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (64 named defendants)

Wilhelm, Robert S. and Wilhelm, Elaina vs Quigley Company, Inc. et al asbestos defendants including Sears, Roebuck and Co. (48 names defendants)

Wilkes, Nancy vs. 84 Lumber, et al., asbestos defendants including Sears, Roebuck and Co.

Wilkes, Wesley W. vs. Owens Illinois, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Wilkins III; John E. and Frances A. Wilkins, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

William Chupela et al v. Sears et al

Williams, Alex vs. Dana Companies, LLC., et al., asbestos defendants including Sears, Roebuck and Co.

Williams, Arnessa and Ray Williams, her husband vs. BMI Refractories Services, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Williams, Elaine Thomas v. Sears Holdings Corporation

Williams, Eugene and Phyllis vs John Crane-Houdaille, Inc., et al including Sears, Roebuck and

## Litigation

Co. [52 named defendants]

Williams, James and Barbara Williams vs. A.W.Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co., a subsidiary of Sears Holdings Corporation

Williams, Jasmine; et al. v. Sears Roebuck and Company; Iparis Smartphone & Ipad Screen Repair Service; John Does 1-10

Williams, Jr.; Oscar and Patricia A. Williams vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Williamson, Russell vs. Advance Auto Parts, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Willis, Carl, Individually and as Personal Representative of the Estate of Norma Willis vs. AC&R Insulation Co., Inc., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Wilson, James and Jane Wilson vs. Beatty Lumber, et al., asbestos defendants including Sears, Roebuck and Co.

Wilson, Jr.; Emmitt G. vs. Arvinmeritor, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Wilson, Ronald and Sheila Ann Wilson, his wife vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Winchester, Carol and Daniel Winchester vs. American Biltrite, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Windt, Linda, Administratrix of the Estate of Michael J. Windt, deceased, and Linda Windt, in her own right vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Winfree, Wyatt and Edith Mae Winfree, his wife vs. Anchor Packing Company, et al., asbestos defendants including Sears, Roebuck and Co.

Winfrey, Donte D. et al. v. Kmart Corporation et al [dba Sears]

Winter, Harold and Sally Winter, his wife vs. Air & Liquid Systems Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Wirtz, Gerald and Patricia Wirtz vs. ABB, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Witt, Curtis and Gerlinde E. Witt, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Wodarczyk, Bernard and Elizabeth M. Wodarczyk, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

**Litigation**

Wolff, John W., Jr. et al vs Quigley Company, Inc. et al asbestos defendants including Sears, Roebuck and Co. (46 named defendants)

Wolford, Raymond C. and Viola E. Wolford, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Wood, Melissa v. Sears Home Improvement Products, Inc.

Wood, Robert vs. Aurora Pump Company, et al., asbestos defendants including Sears, Roebuck and Co.

Woodruff, Kathryn, Co-Personal Representative of the Estate of Robert H. Mobley, Sr., et al., vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Woodward, Paul H. and Marlene Woodward, h/w vs. J.H. France Refractories, et al., asbestos defendants including Sears, Roebuck and Co.

Wozniak, Paul v. Hampton Forge, Ltd, et al. [Sears Holdings Corporation]

Wray, Robert C. and Janet J. Wray, h/w, vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Wren, Bruce and Connie Sue Wren, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Wright, Jack and Jan Wright vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Wright, Paul K. and Wright, Priscilla L. v A.O. Smith Water Products, Inc., et al asbestos defendants including Sears, Roebuck and Co., et al (56 named defendants)

Wright, Peter and Karen Wright vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Wyatt, Lonnie A., As Personal Representative for Margie Wyatt, Deceased vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Wyatt, Richard and Maxine vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (53 named defendants)

Wysocki, Eugene vs. John Crane-Houdaille, et al., asbestos defendants including Sears, Roebuck and Co.

Wysocki, Ronald M. and Wysocki, Margaret Vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Company (109 named defendants)

Xiao, Sherry v. Sears Holdings Management Corporation

Yankowy, Timothy V. and Joanne Yankowy, h/w vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

**Litigation**

Yarbrough, Donald E. and Betty L. Yarbrough vs. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Yates, Michelle v. Sears Corporation

Yazzie, Tamara, Individually and as Special Administrator of the Estate of Albert Yazzie, Deceased vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Yessenia Alverez V. Sears, Roebuck and Co.

Yetzer, Paul, as Special Administrator of the Estate of Trady Yetzer, and Paul Yetzer, Individually vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Yon, Charmaine, Executrix of the Estate of William Yon, et al., vs. American Biltrite, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

York, John J. and Gail York vs. Owens Illinois, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Youngbar, Barry and Kim Youngbar, his wife vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Young, Billie vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Reabuck and Co. (45 named defendants)

Young, Brian C. vs. Akzo Nobel Paints LLC, et al., asbestos defendants including Sears, Roebuck and Co., a subsidiary of Sears Holdings Corporation

Young, Harry L. Sr. and Ross Anne vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (45 named defendants)

Young, Lavern v. A.W. Chesterton, Inc., et al., asbestos defendants including Sears, Roebuck and Co. (95 named defendants)

Young, Norbert v. Sears Home Improvement Products, Inc.

Young, William and Marianna Young vs. A.O. Smith Water Products, et al., asbestos defendants including Sears, Roebuck and Co.

Yount, James Warren vs. Aaberg & Feek, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Yousif, Lynn, as Proposed Executor of the Estate of Gary Heflin, deceased vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Yu, David v. Sears Outlet Corporation, Dft

Zachara, Matthew J. and Dayna Zachara vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co., Individually and as Successor-in-Interest to David Bradley Manufacturing Co.

## Litigation

Zaicko, Richard and Rose vs. Owens-Illinois Glass Co., et al. asbestos defendants including Sears, Reobuck and Co. (45 named defendants)

Zanghetti, Mario and Mary Zanghetti vs. A.O. Smith Water Products Co., et al., asbestos defendants including Sears, Roebuck and Co.

Zeiler, George W. vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Reobuck and Co. (47 named defendants)

Zeiler, Raymond J. vs. Quigley Company, Inc., et al. asbestos defendants including Sears, Roebuck and Co. (46 named defendants)

Zelenka Farms Bankruptcy

Zeni, Joseph, as Executor of the Estate of Donald Zeni, et al., vs. 3M Corporation, et al., asbestos defendants including Sears Holding Corporation, Individually and as successor to Sears, Roebuck and Co., and as successor to Sears Automotive

Zimmerman, Sr.; Kenneth L. vs. John Crane-Houdaille, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Zimmer, Patrick, as Personal Representative of the Estate of Thomas Zimmer, et al., vs. A.O. Smith Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Zimnitzky, Nicholas J. and Irene A. Zimnitzky, his wife vs. Union Carbide Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Zinter, Scott A. v. Sears

Zirounis, John N. Vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Company (109 named defendants)

Zizza, Ralph and Annette Zizza vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Zlozower, Neil and Barry Levine v. Hot Topic, Inc., et al. [SHC]

Zoller, Guy, as Personal Representative of the Estate of Samuel E. Glore, Deceased, vs. 84 Lumber Company, et al., asbestos defendants incuding Sears, Roebuck and Co., a subsidiary of Sears Holding Corporation

Zurawski, David v. Sears Holdings Mgt Corp.

--FIRE--Dimizas, Eugenia and George; Utica National Insurance of Texas v. Quality Appliance Installers, Inc.; Sears, Roebuck and Co.; Sears Holdings Corporation

Abbott, Annette v. Sears, Roebuck and Company

Acevedo, Madeline v. K-Mart Corporation

Acker, John and Marion v. Sears, Roebuck and Co.; Union Plumbing Company; Does 1-30; Roes 1-30, inclusive

## Litigation

Acorella, Ann v. Sears; Sear Roebuck c/o Ecova, Inc., John Does 1-10 and XYZ Corporations 1-10

Acosta, Jose v. K Mart Corporation; K-Mart Center Limited Partnership; BCI Coca-Cola Bottling Company of Los Angeles; Coca-Cola Refreshments U.S.A. Inc.; John Doe 1-10; and Black & White Entity 1-10

Adams, Roy

Aguilar, Ramsey v. Sears Holdings Management Corporation

Akhter, Iqbal v. WalgreenCorporation; C V S Corporation; Walmart Corporation; Express Scripts Corporation; Rite Aid Pharmacy; K.mart Super Center; SUPER K mart; Target Corporation; Jewel/Osco Drugs; Meijer Stores; and Purdue Pharma

Ali, Adam; an infant by his father and natural guardian Walid Ali; and Walid Ali, individually v. Sears; and Sears Roebuck and Co.

Allen, Belinda v. Sears Holdings Corporation dba K-Mart

Allen, Karen and Allen, L. Edward, III, her spouse v. Pyramid Walden Company, LP; Pyramid Management Group, LLC; Walden Galleria LLC; Walden Galleria Holdings, Inc.; Sears, Roebuck and Co.; Sears Holdings Management Corporation

Allen, Ruth Ann v. Kmart Corporation dba Kmart; Sears Holdings Corporation; Kmart Corporation dba Kmart

Alonso, Carlos A. v. Sears Holdings Corporation dba Sears Holdings Management Corporation

Alvaredo, Cecelia v. Elias Properties Babylon, LLC

Alvarez, Narciza v. K Mart Corporation

AMENDED-Boyle, Brandon and Lucia v. Huffy Corporation and/or ABC Corporation; Kmart, Inc. and/or Sears and/or DEF Corporation; National Product Services and/or GHI Corporation; JKL Corporation; John Doe 1-5; John Doe Manufacturers

AMENDED-Robertson, Sarah v. Sears, Roebuck and Co.; A & E Factory Service, LLC; and Marvin Maddox aka Melvin Maddox

Andrews, Rhonda v. Sears, Roebuck and Co.; KCD IP, LLC; Sears Brands, LLC; and Sears Holdings Corporation

Anglen, Colleen v. K Mart Corporation

Annan-Forson, John; individually; and as guardian ad litem for Trinity Annan, a minor v. Kmart Operations LLC; and Does 1-30, inclusive

Aponte, Luz v. Kmart; Sears Holding Corporation dba Kmart; Vineland Town Center; and First Allied Corporation dba Vienland Town Center

Applegarth, Chantal v. Sears Roebuck and Co.; Altamonte Mall, LLC

Archer, Peter v. Kmart Corporation dba Kmart

**Litigation**

Arndt, Cathy and Richard v. K Mart Corporation

Arrington, George v. K-Mart Corporation; Sears Holding Corporation; and Royal K LLC

Arujo, Julia v. Sears Protection Company; Sears Protection Company (Florida), L.L.C.; Sears Home Improvement Products, Inc.; United Technologies Corporation; Carrier Corporation; and Does 1-10, inclusive

Aslanis, Anastasios aso Allstate Insurance Company v. Sears, Roebuck & Co.

Atwood, Carl S. v. K-Mart; Mimms Enerprises

Austin, Joseph v. Sears, Roebuck and Co. -- TX NON-SUBSCRIBER

Austin, Tavesia v. Harford Mall Business Trust

AUTO-Fabian, Charles M.; as administrator of the estate of Sandra M. Fabian, deceased, on behalf of decedent's heirs-at-law and next of kin, and in his own behalf; and Robert E. Wolf, as administrator of the estate of Beth Ann Wolf, deceased,

AUTO-Garcia, Maggie and Jayden Eveningstar v. Harold E. Leath; Sears, Roebuck and Co.; Kmart Corporation; and Does 1-10

AUTO-Kurimski, David v. Sears, Roebuck & Co.; and Bruce Allen -- TX NON-SUBSCRIBER

AUTO-Martin, Virginia Kay and Gordon v. Sears, Roebuck and Co.; Scott Malick, Manager, Sears Automotive Center #6176

AUTO-Scullari, Anthony v. S.A. Bonsignore; Brian Stafford; Midwood Management Corp; Farmingville Associates; Burger King Corporation; L.I. Restaurant Associates, L.P.; TGI Friday's Inc.; and Kmart Corporation

AUTO-Walters, Karla v. Jacklyn Catherin Brown; Does 1-10 -- CROSS-CLAIM -- Jacklyn Catherine Brown v. Sears Auto Center; Sears Holding Corporation; and Roes 1-20, inclusive

Avila, Javier M. aso State Farm General Ins. Co. v. Sears, Roebuck and Co.; Orellana Transport, Inc.; Border Transfer, Inc.; and Does 1-10

Avila, Washington v. Sears

Aweidah, Sameer v. Sears, Roebuck and Co.; and Site A, LLC

Ayala Correa, Edwin; and Alma Acevedo Molina v. Sears Roebuck De Purto Rico, Inc.; Schindler of Puerto Rico LLC

Bables, Shonda v. Kmart Operations LLC; Does 1-10, inclusive

Baker, Bobbie v. ICON Health and Fitness; and Sears, Roebuck and Co.

Bardina, Libertad v. Kmart Corporation; Kmart Holding Corporation; Sears Holdings Corporation; Sears Holdings Management Corporation; Sears, Roebuck and Co.; and K-Bay Plaza, LLC

Barnhill, Clarence v. Enterprise Holdings, Inc.; Enterprise Holdings, Inc.; Enterprise Holdings, Inc.;

**Litigation**

Waltco Lift Corp.; Waltco Lift Corp.; Waltco Lift Corp.; Dynamex Fleet Services, LLC; Dynamex Fleet Services, LLC; Dynamex Operations East,

Barone, Camille v. K Mart Corporation

Barrientos, Karen v. Kmart Corporation; and Does 1-25

Barron, Michael v. Kmart Corporation -- AMENDED -- Add: Sears Brands LLC

Bartek, Carol v. Sears, Roebuck and Co.

Bass, Cody v. Sears, Roebuck and Co.; and Sears Home Improvement Products, Inc.

Bateman, Felicia v. Sears Home Service.; and Sears Roebuck & Co.

Batiste, Patty B. v. Sears, Roebuck and Co.; and Schindler Elevator Corporation

Bauer, Matt L. v. K Mart Corporation; Oelwein ATM, LLC; and Sears Roebuck & Co.

Baum, Gary and Tracy aso State Farm General Insurance Company v. Sears, Roebuck and Co.; Winzeler Stamping Co.; MDX Group Inc.; and Does 1-50, inclusive

Bautista, Santo and Jesusa v. Sears, Roebuck and Co.

Bechet, Patricia aso Arbella Mutual Insurance Company v. Sears Roebuck & Company

Becker, Pamela Pollak-Becker and Daniel M. v. K Mart Corporation, dba Kmart; and Kmart Stores of /Illinois LLC, dba Kmart

Beenchell, Jean v. Jacques J. Zephirin; Sears Holdings Management Corporation; and MTD Products, Inc.

Bender, Nancy v. Kmart Corporation, dba Kmart Pharmacy #4275

Benedict, Rachel and Robert aso Narraganett Bay Insurance Company v. Sears, Roebuck and Co.; Air Alliance HVAC, Inc.

Bermudez-Rivera, Marlyn and KLyn Dejesus v. Kmart #3522; John Doe 1-10; and ABC Corp 1-10

Best, John and Michelle v. Sears Home Improvement Products, Inc.; Mitsubishi Electric US, Inc.; Jason Cowan: John Doe 1; John Doe 2; John Doe 3; John Doe 4

Bhatt, Sudha aso Mid Century Insurance Company v. Sears, Roebuck and Co.; and Does 1-20, inclusive

Bibb, Molly v. Sears Roebuck and Co.; and ABC Insurance Company

Biggs, Joseph and Mary aso Allstate New Jersey Insurance Company v. Electrolux North America, Inc.; Electrolux Home Products, Inc.; and Sears, Roebuck and Co.

Billings, Norma and Norman v. R.J. Grondin & Sons; Sears, Roebuck and Co.; and GGP - Maine Mall, LLC

Blacknall, Ida v. Kmart Corporation

Blanco, Luis aso Stillwater Property & Casualty Insurance Company v. Watts Regulator Co.; Omni

## Litigation

Filter co., Inc.; Sears, Roebuck and Co.; and Does 1-60

Boeselager, Patricia v. Main 19, LLC

Boliak, Joanann P. v. AC I Manahawkin, LLC and Manahawkin 2015 LLC; Mandee Shops; Kmart; John Doe (1-10) and ABC Company (1-10)

Bonifazi, Andrew and Emily, individuals; and as the parents and natural guardians of Adelyn Bonifazi, a minor v. Grand Beginnings Children's Center, Inc., aka Grand Beginnings; Margaret Gulas aka Peg Gulas; Kristin Dunn; Johanna Sutton Caitlyn

Bonilla Rodriguez, Carmen; Esposo Candido de Jesus; and Janette de Jesus Bonilla v. Sears Roebuck de Puerto Rico Inc.; XYZ Insurance Company; ABC Corp.

Bonner, John and Margaret A. v. Sears, Roebuck & Co.

Bowman, Laura v. Sears, Roebuck and Company and XYZ Insurance Company, et al

Boyd, Richard v. Elton Latroy Guinyard, Sears, Roebuck and Co.; and Wolverine Worldwide

Boyens, Lasonda v. Sears Holdings Management Corporation dba Kmart; Does 1-10

Brennan, Marie v. K Mart Corporation; and Coca-Cola Refreshments USA, Inc.

Brinkman, Lois v. Sears Holdings Corporation; and Kmart , Corporation

Britton, Tracee M. v. K-Mart Operations LLC

Brooks, Thomas H. Jr. v. Sears, Roebuck and Co.

Brown, Arlene aso Metropolitan Property and Casualty Insurance Company v. BSH Home Appliance; Sears Roebuck and Co.; Appliance Solutions/Premier Installations and Home Delivery Services

Brown, Delroy

Brown, Ethelind v. Kmart, Inc.

Brown, Jessica v. Kmart and Does 1 to 10, Inclusive

Brown, Johnnie and Marsha v. Sears, Roebuck and Co.; and Husqvarna Consumer Outdoor Products, N.A., Inc.

Brown, Jordan v. K Mart Corporation; Casey Associates Limited Partnership

Brown, Shournett v. Capital Brands, LLC; Nutribullet, LLC; and Sears Holdings Corporation

Brydon, Alida and Matthew aso Elbi International SPA v. Sears Brands Management Corporation

Buchanan, William and Eva v. Zion Evangelical Lutheran Church, Springfield, Missouri, Inc.; Sears Holdings Corporation; Sears, Roebuck and Co.; Kenmore Craftsman DieHard Intellectual Property, LLC aka and dba KCD IP, LLC

Buckner, Tanisha v. Sears Holdings Corporation

Burd, Harry D. v. Lawrence Associates; Simon Property Group; Simon Property Group, Inc.; Simon

## Litigation

Property Group, L.P.; Kravco Simon Co.; Simon Management Associates, LLC; Quakerbridge Mall, LLC; Sears; Sears, Roebuck and Company; Sears Holdings; John D

Burkhart, Nancy v. Kmart Stores; Kmart Corporation; Sears Holdings Corporation; and Niagara Realty, LLC

Burton, Dora v. Sears Roebuck and Co., Jim Wilson and Associates, LLC dba Edgewater Mall, Schindler Elevator Corporation, Kone, Inc., and Otis Elevator Company

Bustelo Wilson, Wallace A.; Gina A. Acosta Rodriguez; and Miguel Andres Bustelo Acosta v. Sears Roebuck De Puerto Rico, Inc.; et al.

Byrd, Gary and Lori Kay v. Whynot Leasing, L.L.C.; Frigedaire Sales Corporation; Kmart; G, H, I

Caballero, Emma v. Sears, Roebuck and Co.; and Does 1-10

Cabrera Rodriguez, Ivette v. Sears Brand Central; and/or Sears Roebuck De Puerto Rico, Inc.; et al.

Caddle, Donna and John v. Sears Holding Corporation; Seritage SRC Finance, LLC; ABC Maintenance; John Doe Masonry; XYZ Property Management; and John Does 1-10

Calder Bracero, Gracia v. Kmart Corporation

Cammarata, Theresa v. Kmart Corporation; and Sears Holdings Corporation

Camo, John B. v. Kmart Corporation; Levin Management; Levin Properties; ABC Corp., 1-5; and John/Jane Does 1-5

Campbell, Charmayne v. Kmart Corporation

Canzone, Mary v. Sears, Roebuck and Co.; John Doe Corporations 1-5; and John Doe individuals 1-5

Canzoneri, Joseph A. and Barbara A. aso Amica Mutual Insurance Company v. Sears Roebuck and Co.; and Sears Holding Corporation

Cardona Aviles, Arlene v. Commercial Centers Management tcc Santa Rosa Mall; Mapfre Praico Insurance Company; Sears Roebuck Puerto Rico, Inc.; John Doe; et al.

Carr, Kathy v. Kmart; Impact Resource Group; Huffy Corporation; John Does 1-10; Jane Does 1-10; Doe Partnerships, Corporations and Other Entities 11-20, inclusive

Carr, Royce and Joyce aso State Farm Lloyds v. Sears Roebuck and Co., individually and dba Sears Home Services

Carrasquillo Ruiz, Gloria Esther; and Antonio Cruz Rivera; et al. v. Kmart Corporation; and Kmart Operations, LLC

Carriere, Sarah v. AMCB Rhode Island Mall Owner LLC and/or Sears, Roebuck and Co. and/or Star Sweeping, LLC and/or Doe Corporation and/or Jane Doe and/or John Doe, Alias individually and as agents of AMCB Rhode Island Mall Owner LLC

## Litigation

and/or Sears, Roe

Cartagena Cabrera, Carlos; Esposa Diana Mercado Cruz; et al. v. DDR-Plaza Del Norte and/or Plaza Del Norte Doe; Sears Roebuck De Puerto Rico and/or Doe Corp; John Doe; Mary Doe; Richard Doe; and Jane Doe; ACE Insurance and/or Chubb Insured; Sutana In

Casaday, Shannon v. Kmart Store #7042

Casey, Christopher v. Sears Holdings Corporation; Sears Holdings Corporation Texas Injury Benefit Plan; Sears Holdings Management Corporation dba Sears Holdings Management Corporation, Inc. dba Sears -- TX NON-SUBSCRIBER

Casimir, Huxley v. Kmart Corporation

Castaneda, Evelyn v. Zenithen USA, LLC; Zenithen Hong Kong Limited; Kmart Corporation

Catalano, Daniel v. Sears Home Improvement Products, Inc.; L T Heating and Air Conditioning, LLC; and Travis McNitt, personally

Cavallone, Mike v. K-Mart Corporation

Cavinee, Shane aso National Mutual Insurance Company v. Sears, Roebuck and Company; and John Doe Installer

Celestine, Shelia and Oliver v. Sears, Roebuck and Co.; and ABC Elevator Repair and Maintenance Company -- FIRST AMENDED COMPLAINT

Celis, Marlene and Robert N. aso CSAA Insurance Exchange v. Sears, Roebuck and Company, Inc.; and Does 1-10

Chagnon, Anne, individually and as next best friend of M.Y. v. Kmart Corporation

Chairez, Maria v. Kmart Corporation; and Does 1-25

Chavez, Gudelia v. Sears, Roebuck and Co.; and Does 1-20, inclusive

Chavis, Barbara v. Sears Holdings Management Corporation dba Sears dba Sears Holdings Call Center; Sears Roebuck and Co. dba Sears; Maxserve, Inc.; John Doe 1, Security Guard, individually; and John Doe 2, Carpet Cleaning Employee, individually -- TX

Chesner, Jack v. Sears; Sears Department Stores; Livingston Mall; Corp Property Invest; Simon Property Group, Inc.; John Doe 1-10; ABC Co. 1-10; XYZ Corporations 1-10; et al.

Christakis, Maria a/s/o Allstate Insurance Company v. Sears, Roebuck and Co.; and Electrolux Home Products, Inc.

Christenbury, Sandra v. Kmart Corporation et.al.

Christopher, Rhonda v. Sears, Roebuck & Co.

CHUBB - AUTO-Aldhaher, Hanadi S. v.  Sears Operations LLC; Roscoe Davis; Moneisha L. Johnson; Sears Operations LLC; Sears, Roebuck and Co.; and Sears Authorized Hometown Stores, LLC

CHUBB - AUTO-Calixte, Anderson v. Trevis Foster

## Litigation

CHUBB - AUTO-Coleman, Earnest v. Quentin Lacombe; Sears, Roebuck and Co.; A&E Factory Service, LLC; ACE American Insurance Company; Tamika Jackson; and State Farm Mutual Automobile Insurance Company

CHUBB - AUTO-Crutsinger, Estella and Gene v. John David Burnett; Sears, Roebuck and Company; and A&E Factory Service, LLC

CHUBB - AUTO-DAngelo, Vincenzo v. Robert Lipinski; and Lease Plan USA

CHUBB - AUTO-Davis, Ambrea Banks v. Sears, Roebuck and Company; and Carl E. Purdum, Jr.

CHUBB - AUTO-Davis, Jamie v. Sears Holdings Management Corporation; A&E Factory Service, LLC; and Brandon Denmark

CHUBB - AUTO-Duran, Blanca and Aminta v. Patrick Lorenzo Williams; Sears, Roebuck and Co.; Anna Cathrine Abeyto; and Does 1-20, inclusive

CHUBB - AUTO-Gomez, Francisco Javier v. Hernan Martinez; Sears, Roebuck and Co.; and Does 1-10

CHUBB - AUTO-Jackson, Tamika v. Quentin Lacombe; Sears, Roebuck and Co.; ACE American Insurance Company; and State Farm Automobile Insurance Company

CHUBB - AUTO-Kenwisher, Corrina B. v. Sears Holdings Management Corporation; and Abraham Gonzalez

CHUBB - AUTO-Kish, Christina v. Victor A. Martinez; Jane Doe Martinez; ARI Fleet LT; Sears Holding Corporation; Sears Operations LLC; John Does 1-10; ABC-XYZ Corporation; and Black and White Partnerships--AMENDED COMPLAINT-- removing Sears Holding Cor

CHUBB - AUTO-Licea, Maikel v. Dean Kellum; ARI Fleet LT, Inc.; Automotive Resources International; A&E Factory Services, LLC; Sears Holdings Management

CHUBB - AUTO-Lott, Amy M. v. Joseph Davis; Carl E. Purdum, Jr.; John Does Entities 1-5; John Doe Persons 1-5

CHUBB - AUTO-Lovett, Sarah L. v. Donald C. Huffman; Sears, Roebuck and Co.; and Sears Holdings Corporation

CHUBB - AUTO-Maldonado, Yesenia, an individual v. Robert Williams Dito, an individual; Sears Holdings Corporation, an Illinois Corporation; Melvin Phillips, an individual; and Does I through X, inclusive and Roe Corporations I through V, inclusive

CHUBB - AUTO-Marcoccia, Sante v. Sears Holding Management Corporation; and Eric R. Green

CHUBB - AUTO-Maynard, Laura B. and Gregory Seaver v. Sears, Roebuck & Co., A & E Factory Service , LLC and Michael V. Siano

CHUBB - AUTO-McIver, Douglas v. Jay L. Hoyle;

## Litigation

ARI Fleet LT; and Sears, Roebuck and Co.

CHUBB - AUTO-Rivera Gordillo, Jose Ricardo and Maria Rivera v. Michael W. Garrett, A&E Factory Service LLC, Sears, Roebuck and Co. and Ibrahim Sanusi.

CHUBB - AUTO-Rose, Marshall and Kathy Wiles v. A&E Factory Service, LLC; Sears Holdings Management Corporation; and Samuel P. Knoche; Does 1-100, inclusive

CHUBB - AUTO-Salva, Pedro S. III v. Hayward Williams, III; USAA General Indemnity Company; Liberty Mutual Fire Insurance Company; and ACE American Insurance Company

CHUBB - AUTO-SHIP-Larkins, Quinton, Jr. v. ARI Fleet LT; Sears, Roebuck and Co. and Jean C. Oreste

CHUBB - AUTO-Singleton, April v. Dale E Yarborough

CHUBB - AUTO-Speranske, Lawrence v. Sears Holdings Management Corporation, individually; and Cirilo Aguilar, individually and as agent servant, and/or employee of Sears Holdings Management Corporation

CHUBB - AUTO-Sutton, Anita v. Sears Holdings Management Corporation; A&E Factory Service, LLC; and Brandon Denmark

CHUBB - AUTO-Voelcker, Carlos T. v. Siaka M. Sears

CHUBB - AUTO-Williams, Jaquasia R. v. Sears Roebuck; Ted R. Solomon; John Does 1-10; and/or ABC Corp.

CHUBB - Mariano, Juan v. Alonso Mario Alberto; Sears Holdings Management Corporation; Sears, Roebuck & Co.; Does 1-25

CHUBB - PRODS-Burge, Judith; Robert Lane, III; on behalf of his minor child, Robert Lane, IV v. ACE American Insurance Company; and Raymond Plessala

CHUBB - PRODS-Rodolfo Ramirez, Enedino v. Thomas Gibney; and ARI Fleet Lt

CHUBB - Ross, Nicole v. Nguyen Khantxuan; Kmart Corporation; and Does 1-10; and Roe Corporations 1-10

CHUBB - Sanchez, Roberto v. Sears, Roebuck and Co.

CHUBB - SEARS-AUTO-Malone, Robert, Administrator of the Estate of Rhoda Malone; and Robert Malone, Individually v. David M. Elsbury, Jr.; Liberty Transportation, Inc.; Hunter Leasing, LLC; Hunter Leasing, Inc.; Idealease Services, Inc.; Idealease, I

CHUBB - Westfield Insurance Company v. Thomas K. Dowler and Renee' I. Dowler, individually and as administrators of the estate of Faith Renee' Dowler; Robert Malone, individually and as administrator of the estate of Rhonda Malone; Steven R. Wolf, ad

## Litigation

CHUBB - White, Brianna C. individually; and as mother and next best friend of Z'Riyah White, her minor daughter v. Serena R. Lancester; Sears, Roebuck and Co.; and Does 1-10

CHUBB - WLR Automotive Group, Inc. a/s/o Selective Insurance Company v. Jerrard James Johnson; and Sears Home Services, L.L.C.

CHUBB - Wooton, Douglas v. Mark Bushey; Mar-Lin Quality Finishes Incorporated dba Sears Handyman Solutions dba Sears Garage Door and More

Cicirello, Susan I. and James A. v. Riverwalk, Inc; Riverwalk Property Management; Sears Holdings Management Corporation

Clark, Garth v. Kmart Corporation

Clark, Marilyn v. Kmart Corporation

Clark, Wayne v. Sears Holdings Corporation tdba Kmart Department Store

Class Otero, Luz v. K-Mart, Corp.; et al.

Claude, Geraldine A. v. Sears, Roebuck and Co. a/k/a Sears Department Store, a/k/a Sears Holding Corporation; and ABC Insurance Company

Clayton Jenkins, Reverend Courtney and Reverend Cory Jenkins v. Sears Roebuck and Company; and John Doe Delivery Service

Clendinen, Myrtha v. K Mart Corporation

Cojoe, Thomas on behalf f Kadesha Tyndall v. Sears Department Store #1226

Coke-Ng, Brian v. Kmart Pharmacy; Kmart Holding Corporation; Sears Holdings Corporation; Sedgwick Claims Management Services, Inc.

Collins, Charles Jr. v. Sears, Roebuck and Co. Management Corporation

Collins, Lois and Daniel Collins v. Kmart Corporation; New Plan Excel Realty Trust, Inc.; John Does 1-10

Conroy, Margaret v. Thomas and Elizabeth Dando; and Sears Roebuck and Co.

Conte, Timothy and Pamela Marshall v. Sears Roebuck and Co.; and Electrolux Home Products, Inc.

Corley, Kashia v. Biddeford Blankets, LLC;and K-Mart

Counterman, Felix v. Sears Holdings Corporation; Kmart Holding Corporation; Doe Cleaning Company; Doe Maintenance Company; Does 1-20; and Roe Business Entities 1-20, inclusive

Countryman, Nadine v. Kmart Corporation; Sears Holdings Management Corporation; and Sears, Roebuck and Co.

Crenshaw, Jacob v. Monster Moto, LLC., Kmart, and Does 1 to 100, inclusive

Cristelli, Caralie v. K-Mart Corporation and K-Mart Operations LLC #7289

## Litigation

Cronk, Linda v. K Mart Corporation

Crusan, Linda v. K Mart Corporation dba Kmart

Cruz, Avany v. Sears Holdings Corporation; and Sears, Roebuck and Co.

Dahman, Ralph v. Sears, Roebuck and Co.; Sears Holdings Management Corporation; John Doe Sears Employee; Jane Doe Sears Employee Spouse; and Spokane Mall, LLC

Dakalallah, Hussein v. Sears, Roebuck and Co.

Dammacco, Evelyn v. K Mart Corporation; Kmart Dutchess Center Poughkeepsie #3396; and BVS Poughkeepsie LLC

Daniel, Cynthia v. Kmart Corporation

Daniels, Judy and Robert v. K Mart Corporation

Darko, Bridges B. v. Sears Home Improvement Products, Inc.

Davenport, Shirley R. and James v. Sears, Roebuck & Co.

Davie, Dinora P. and Warren P. aso Federal Insurance Company v. Sears, Roebuck and Co.; and New England Retail Express, Inc.

Davis, Charley John v. K Mart Corporation

Davis, Miles v. Sears Holdings Corp.

Davis, Rosemarie and James Jr. v. Field Station Dinosaurs; John Does (1-10); Sears, Roebuck & Company and/or Defendant Corporation 1-10; Coleman Company, and/or and/or ABC Corporation; Newell Brands Inc and/or XYZ Corporation; John Doe(s) 1-10

Dawsey, Rebecca Ann v. Kmart Corporation; Weingarten Realty Management Company; Alternative Service Concpets, L.L.C.; and Sedgwick Claims Management Services, Inc.

Dawson, Guillermina aso Allstate Insurance Company v. Sears, Roebuck and Co.; Sears Holdings Management Corporation dba The Great Indoors

Day, Maricel v. Sears Holdings Management Corporation; Sears, Roebuck and Co.; Westfield Promenade, LLC; and Does 1-100, inclusive

De Jesus Mulero, Marisel v. Kmart Corporation; Kmart Operations, LLC; et al.

De Lourdes Acosta, Maria v. K-Mart Corporation; Sears Holdings Corporation; K-Mart Management Corporation; K-Mart Holdings Corporation

DeBenedictis, Donna v. Sears;Sears Holding; Sears Roebuck & Co.; John Does 1-10; ABC Corp. 1-10

Deeds, Judith and David v. Whirlpool Corporation; and Sears Roebuck & Company

Defranco, Angela v. Sears Holdings Corporation; and Sears Holdings Management Corporation

Del Toro Rodriguez, Emily; Wilson Acosta Martinez; et al. v. Sears Roebuck & Co. De Puerto Rico; Continental Claims, Service Inc.; Electrolux Northamerican Company; et al.

## Litigation

Deland, David aso Interinsurance Exchange of the Auto Club v. Sears, Roebuck & Co.; Ecodyne Corporation; Does 1-10

Delgadillo, Rosalie v. Sears, Roebuck and Co.; and Does 1-25, inclusive

Delgado, Ariel v. K Mart Corporation

Delgado, Graciela P. v. Sears, Roebuck and Co.

Delrosso, Anthony S. v. City of New York; Sears, Roebuck and Co.; Sears Holdings Management Corporation; ACHS Management Corp.; B&R Concrete Corp.; and B&R Concrete and Excavation Corp.

Delzer, Wayne and Judy v. K Mart Corporation; and Noddle Development Company dba High Plains Plaza LP

Dendler, Jane Ann v. Kmart Corporation and Pacocha Landscaping Services

DePretto, Geraldine v. Sears Roebuck and Co.; and The Pyramid Companies aka Pyramid Management Group, LLC

Dickey, Seth v. Sears, Roebuck and Co.; Sears Holdings Corporation; and Sears Holdings Management Corporation -- TX NON-SUBSCRIBER

Dietl, James and Robert v. Sears Roebuck; and John Doe Manufactures and Distributors 1-10

Dillard-McKinney, Althea v. Sears Holding Corporation; Sears, Roebuck and Co.; and Does 1-50, Inclusive

Dillon, James L. and Stacey D. v. Liberty Transportation Inc.; Liberty of Ohio (Liberty Transportation, Inc.); Sears, Roebuck, and Co.; and NJB Consulting Services, Inc.

Dinoia, Stephen A. v. Sears Roebuck and Company

Dodge, Debbie and Dennis Dodge, her husband v. Sears, Roebuck & Company and Pennsylvania Real Estate Investment Trust

Donahue, Michelle v. K-Mart Corporation; ABC Corp.; John Doe

Donker, Christine v. Sears Roebuck and Co., Bobby Blaise and XYZ Insurance Company

Dorsey, Stanley aso Allstate Insurance Company v. Sears Brands, L.L.C.

Downs, Kimberly v. Sears Home Improvement products, Inc.; Home Security of America, Inc.; Margaret Cooper; Daniel Cooper; and Sears Home Services

Drago, Sylvia v. Sears Stores; Sears Holdings Corporation; Sears, Roebuck & Company; Westfield, L.L.C.; Westfield Corporation; and Westland South Shore Mall, L.P.

Duffy, Patricia v. LG Electronics USA, Inc.; K-Mart Corporation c/o Sears Holding Corp.

Dukes, Faye v. HomeSure of America Sears; Sears Home Services

**Litigation**

Dunn, Arthur and Michelle aso Erie Insurance
Exchange v. Fisher & Paykel Appliances, Inc.; and
Sears, Roebuck and Co.

Dunn, Matthew aso Interinsurance Exchange of the
Automobile Club v. Whirlpool Corporation; Sears
Roebuck and Co; Excel Direct, Inc.; and Does 1-10,
inclusive

Dunn, Michelle v. Sears, Roebuck & Co.; and Simon
Property Group, L.P.

Duplantis, Cindy v. Kmart Corporation dba Kmart
Store New Iberia

Durfee, Dallas; by and through his next friend
Monica Durfee; and Tylor Dufee, his mother and
father v. Sears, Roebuck & Co.

Easter, Doris v. Sears, Roebuck and Co. dba Sears;
Sears Holdings Management Corp.; Starwood Retail
Partners dba Louis Joliet Mall

Eddings, Sherilyn v. K Mart Corporation; and Does
1-30, inclusive

Edgeworth, Liam, an infant under the age of Fourteen
years, by his father and natural guardian, William
Edgeworth and William Edgeworth Individually v.
Sears, Roebuck and Co., d/b/a Sears

Edwards, Alan v. Pacific Cycle, Inc.; Sears Holdings
Management Corporation; Sears, Roebuck and Co.;
and Does 1-20

Elamon, Sandra v. Sears Roebuck and Co.

Elder, Joe v. Travelers Indemnity Company; First
American Home Warranty Corporation; Gray's
Installation, LLC; Sears Holdings Corporation

Elkhoury, Souheil B. v. Sears, Roebuck and
Company; Craftsman Tool Company, Inc. and Does
1 to 10 --PUNITIVE DAMAGES--

Elliott, Noreen v. Sears Holdings Management
Corporation dba Big K Mart; Universal Door
Systems, Inc.

Ellis, Robert v. Waterloo Industries, Inc.; and Sears
Holdings Corporation

Ellison, Jeanine v. K Mart Corporation and MSCOD,
Inc.

Elsberry, Derrick v. Kmart Corporation

Enriquez, Carmen v. K-Mart; Sears Holdings
Corporation; Sears Holdings Management
Corporation; VNO Bruckner Plaza LLC; and UE
Bruckner Plaza LLC

Epps, Kristen v. The Home City Ice Company; K-
Mart Corporation of Illinois, Inc. dba K-Mart, and
Sears Holdings Management Corporation dba K-Mart

Ervin, Kimberley A. v. Sears; XYZ Corp. 1-2; ABC
Corp. 1-3

Escobar Rivera, Aelis and Angel A. Escobar Garcia
v. Sears De Puerto Rico; Danosa De Puerto Rico;
Integrand Insurance De Puerto Rico; Fulana De Tal
Del Uno Al Cinco; Mengano De Tal Del Uno Al
Cinco

**Litigation**

Escobedo, Maria v. Dyann C. Overshown; and Sears
Logistics Services, Inc. -- TX NON-SUBSCRIBER

Estate of Stephanie and Joseph Burns v. K-Mart,
Manahawkin 2015, LLC, MCB Property
Management, Sears Holdings, Inc. John Doe 1-5,
ABC Partnerships 1-5, and ABC Corp. 1-5

Ettouati, Karen

FATALITY-Guevara, Anthony; a minor by and
through his guardian ad litem; Anayeli Angel De
Guevara; Anayeli Angel De Guevara, individually v.
Kenmore; Doe Store Manufacturer 1-10; Doe Stove
Seller/Distributor / Installer 11-20; Cruz Fragoso an

FATALITY-Howe, Clyde and Elisabeth

FATALITY-Sorensen, Jonathan

Faust, Valerie v. KRE Colonie Owner, LLC; KRE
Legends Manager, LLC; Seritage SRC Finance,
LLC; Colonie Management, LLC; Janitronics, Inc.; J.
Paris and Sons, LLC; and Sears, Roebuck and Co.

Felton, Natasha v. Kmart Corporation; and Little
Caesar's Enterprises, Inc.

Feola, Rita v. K Mart Corporation

Fernandez, Ruth and Fernandez, Ruth, individually
and as Administratrix for the Estate of Luis
Fernandez v. Sears, Roebuck and Co. and GXI
Outdoor Power, LLC. -- FATALITY

Fields, Desirah, a minor, through her guardian ad
litem; Debra Brown-Fields; and her parents; Joseph
Fields, and Debra Brown-Fields, individually v.
Kmart Corporation; and John Does 1-20

Figirova, Johnnie v. Sears, Roebuck and Co.

Figliacconi, John v. Abacus Advisor, LLC

Figueroa Marrero, Irma C. v. Kmart Operations LLC;
Tienda Kmart Plaza Rio Hondo

Figueroa, Daniel and Laura Gutierrez d/b/a Viva La
Diva Shoe Store; D&L Jewelry; and LaFayete 3919,
Inc., d/b/a NYC Style [AND Diallo Amadou d/b/a
Fashion Closet; and Ali (last name unknown) d/b/a
Princess Jewelry] v. Sears Roebuck and Co. --
AMENDED

Figueroa, O'Rosia v. Kmart

Filan, Jerry v. Sears Roebuck & Co. and Ryan Kurtz

Finch, Bruce v. Kmart; Kmart Corporation; Kmart
Operations LLC; and BVS Poughkeepsie LLC

FIRE-Brown, Timothy and Julie aso Westfield
National Insurance Co. v. Gree USA, Inc.; Gree
Electric Appliances, Inc. of Zhuai; Hong Kong Gree
Electric Appliances Sales Ltd.; MJC America Ltd.;
and Sears, Roebuck and Co.

FIRE-FATALITY-Visakay, Aida; as executor for the
estate of William Visakay v. Sears Roebuck and
Company; Sears Rockaway Townsquare; KCD IP,
LLC dba Craftsman; Briggs & Stratton; Husqvarna;
Stanley Black & Decker; XYZ Corporation 1-10;
John Doe 1-10

87

**Litigation**

FIRE-McDaniel, Stephen and Kathleen aso State Farm Fire and Casualty Company v. Winix America Inc.; and Sears, Roebuck & Company

FIRE-Reyes Aponte, Ruben v. Sears Holding Corporation; Sears Roebuck de Puerto Rico; et al.

Fischer, Charles and Jennifer aso Cambridge Mutual Fire Insurance Company v. Sears, Roebuck and Co. aka Kenmore; and Whirlpool Corporation

Flanders, Maneva v. K Mart Corporation; 17th Street Apartments, Inc.; Timber Trace Apartments, Ltd.

Foley, Jonathon and Tiffany aso Vermont Mutual Insurance Co. v. Sears Roebuck & Co.

Fragoso, Lucrecia v. Sears, Roebuck and Company;and Dian Jennings Mayo

Francis, Lisa and Earl Lee v. Kmart Corporation dba Kmart; Terrance Curley; ABC Cashier; and XYZ Person

Frank, David a/s/o AIG Property Casualty Company v. A & E Factory Service Southern District and Does 1-50, Inclusive

Frank, Sheila v. Sears, Roebuck and Co.

Freeman, Olivia v. Sears Holdings Corporation; John/Jane Does 1-10; and ABC Corp. 1-10

Frees, Jessie v. Sears Holdings Corporation; Sears, Roebuck & Company; Sears Auto Center; Simon Property Group, Inc.; ABC Entities 1-10; John Does 1-20

Frias, Kelita v. K Mart Corporation; and Sears Holding Management Corporation

Garcia, Elaine v. K Mart Corporation

Garcia, Elena v. K Mart Corporation

Garcia, Laura v. Sears, Roebuck & Co

Garcia, Rosario R. v. Sears Roebuck and Co.

Garrido, Ronald and Beverly aso North America Insurance Company v. Electrolux Home Products, Inc.; and Sears Roebuck & Company

Gauer, Ingrid aso State Farm General Insurance v. Whirlpool Corporation; Sears, Roebuck and Co.; Excel Inc.; and Does 1-20, inclusive

Gayle, Michael v. Sears Roebuck & Co.; Sears Home Services; Sears Brands, LLC; Sears Holdings, Corp.; Briggs & Stratton Corp.; ABC Corporations 1-10; and John Does 1-10

Gelinas, Anthony aso State Farm General Insurance Company v. LG Electronics U.S.A., Inc.; Costco Wholesale Corporation; Innovel Solutions, Inc. a subsidiary of Sears, Roebuck and Co.; and Does 2-60, [REMOVE DOE 1 - ADD Matthews Transportation LLC] -

George-Samuel, Bodill v. Kmart Corporation dba Kmart Corporation

Gharibian, Kevork v. Kmart Corporation; Sears Holdings Corporation; Vertical Industrial Park Associates; Schindler Elevator Corporation

**Litigation**

Giba, Julia U.; parent Gillian E. Giba and parent Jack W. Giba; Paul R. Giba; parent Gillian E. Giba; and parent Jack W. Giba; and Alexis R. Kelly v. D.R. Sevako Plumbing & Heating Inc.; John Doe; Dunkirk Radiator Corporation; John Doe Corporation; L Gifford, Dennis  v. K-Mart Corporation and Gendron, Inc.

Gilroy, Mary v. K Mart Corporation

Girolamo, Rose v. Sears Holding Corporation; KMart Holding Corporation aka KMart Corporation; Pergament Investments, aka Pergament Properties; MPRP Metro Mall, LLC; and Middle Village Associates, LLC

Glasgow, Eileen v. Sears Roebuck and Co.

Glasgow, Eric S. v. K Mart Corporation; John Kilpy; and Wal-Mart Stores East, LP

Goda, Elizabeth v. Sears Roebuck Corporation dba Kmart

Goins, Jacqueline v. Sears Holding Company aka Sears Holding Corporation; Sears Roebuck and Company; Kmart Corporation; Kmart Operations, L.L.C.

Gold, Therese v. Sears, Roebuck and Co.

Goldbach, Jane aso CSAA Insurance Exchange v. Sears, Roebuck and Co.; and Does 1-10

Goldenbaum, William v. K-Mart Store #04478; Sears Holding Corporation and John Does 1-50 (fictitious designations)

Goldman, Adam (AJ) aso State Farm General Insurance Company v. Monark Premium Appliance Co.; America's Finest Plumbing; and Does 1-25, inclusive

Golla, David v. Sears, Roebuck and Co.; and Paul Gonzalez, Jr.

Golomb, Donalee V. aso USAA General Indemnity Company v. Sears, Roebuck and Co.; Sears Holdings Corporation and Sears Brands, LLC

Gomez De Peralta, Salustina v. Sears Holdings Corporation; John Doe 1-10; ABC Corp. 1-10

Gomez, Gladys v. Oakbrook Shopping Center, LLC dba Oakbrook Center; and General Growth Properties, Inc.

Gomez, Victor and Noris J. Pastor; as natural tutors and administrators of the estate of their minor child, Ema T. Gomez v. Sears, Roebuck and Company dba Sears Stores

Gonzales, Amanda v. K Mart Corporation

Gonzalez, Ida Michelle and Carlos, individually; and as next friend for Gabriella Gonzalez, a minor child v. Sears, Roebuck and Co.

Gonzalez, Lorraine, individually; and as mother and next friend of Caleb Gonzalez, minor child v. Sears, Roebuck and Co.; and Simon Property Group (Texas), L.P.

Gonzalez, Maria T. v. Kmart Corporation

**Litigation**

Gonzalez, Yvette v. Kmart Corporation

Goodrich, June v. East and Resources Group, LLC and K Mart Corporation

Gordon, Risa; and Risa Gordon as next friend of Jermande Doward v. K-Mart Corporation

Gorley, John Ricky and Gwendolyn v. Sears Home Improvement Products, Inc.; After Hours A.C. and Heat, LLC; Kenneth Broussard; and Seneca Insurance Company, Inc.

Gourgis, Debra v. Sears, Roebuck and Company; and ABC Insurance Company

Granillo, Annie v. Sears, Roebuck & Co.

Greggain, Thomas and Mary v. Sears Canada Inc.; Sears Brands, LLC.; Sears Holdings Corporation; Electrolux Canada Corp.; and Electrolux Home Care Products Canada Inc.

Gregory (Bey), Joseph C. and Patricia v. Sears Holding Corporation; Sears, Roebuck & Company; and Jardel Company, Inc.

Gregory, Veronica and Michael Nelson v. Sears Holding Corporation

Griffith, Gloria v. Sears (Carpet & Upholstery)

Grittner, Brian K. v. Sears, Roebuck and Company, a wholly owned subsidiary of Sears Holdings Corporation; Home Delivery Link, Inc.; Ricardo Moreno, Jr.; American Family Mutual Insurance Company; Montgomery Insurance Company, a wholly owned su

Gros, Zora and Mirko v. Sears Holdings Corporation dba Sears Roebuck and Co.

Grove, Darius and Gloria, individually and as husband and wife v. Sears Logistics Services, Inc.; and John Doe, fork lift/clamp operator

Grueneich, Frances v. Kmart Operations LLC; Ted J. Boutrous, L.L.C.; Boutrous Group, L.L.P.; Capitol Farmers Market; and Terry Schmidt

Haley, Perlene v. Sears, Roebuck & Company; Sears Home Improvement Products, Inc.; Sears Holdings Corporation; Sears Roebuck & Company, dba Kenmore Direct; Next Step Home Inspections, LLC; Andrew Sobral; John Doe; and XYZ Corporation

Hamilton, Diane v. Teamwork Investments, LLC; Forest City Enterprises, Inc.; Forest city Enterprises, L.P.; Keller Williams Realty; 24 Hour Fitness, Inc.; 24 Hour Fitness USA, Inc.; 24 Hour Fitness Worldwide, Inc.; Antelope Valley Mall, LLC; Does 1-5

Hamlin, George v. Sears, Roebuck and Company; ABC Corporation 1-10; XYZ Corporation 1-10

Hammon, Emery Joy, a minor by and through her Conservator, Juliann Hammon; LeBaron, Samantha, an unmarried woman; Hammon, Lyman, an unmarried man; Stubbs, Desiree Faith LeBaron, a minor, by and through her Conservator, Tanya Laree Stubbs; Hamm

**Litigation**

Hammond, Jennifer and Phillip aso Texas Fair Plan Association v. A&E Factory Service

Hannum, Gary v. Sears Home Improvement Products, Inc.; and Charlest (Charles) Wynne

Harley, Arthur v. Sears Holdings Management Corporation dba Sears Automotives; and John Does Nos. 1-0

Harmon, Beverly A. v. Kmart Corporation

Harrington, Debbie v. Sears Holdings Corporation dba Kmart; and John Does Nos. 1-10

Hart, Kevin aso State Farm Fire & Casualty Company v. LG Electronics Tianjin Appliances Co., Ltd.; and Sears, Roebuck and Co.

Hatley, Cynthia v. Kmart Corporation; and Does 1-50, inclusive

Hawk, Lori v. Kmart Corporation

Hays, Teresa v. Sears, Roebuck & Co.; SRC Real Estate (TX), LP; and Premier Tierra Holdings, Inc. -- TX NON-SUBSCRIBER

Heath, Oscar V. v. Sears Home Improvement, Inc.

Heckert, Diana W. v. Kmart Corporation

Heidingsfelder, Todd E. aso ANPAC Louisiana Insurance Company v. Electrolux Home Products, Inc. and Sears, Roebuck & Company

Henry, Rhonda v. Kmart Corporation

Hensley, Donald v. K Mart Corporation; and Kmart Operations, LLC

Herman, Marilyn v. Sears, Roebuck and Co.

Herman, Morton and Jacqualine aka Jackie Herman v. Sears Home Improvement Products, Inc.; Zachary King; Alfred William Nyman, Jr.; and Does 1-20, inclusive

Herman, Sharon L. v. Sears Holdings Corporation dba Kmart; and Jane Doe I

Hernandez, Blanca v. Kmart Corporation; Sears holding Corporation; John Doe 1-10; ABC Co. 1-10; XYZ Corporation 1-10

Hernandez, Cerci and Jorge v. Sears Roebuck & Co.; and Dorothy Harris

Hernandez, Edelmira v. Sears Holdings Management Corporation; Kmart Stores of Texas, LLC; Kmart Operations, LLC; Integrated Service Management, LLC and Integrated Service Mgt., LLC

Hernandez, Julia v. K Mart Corporation

Hernandez, Maria Vazquez v. Sears, Roebuck and Co.

Hernandez, Olga Lydia v. Kmart Stores of Texas, L.L.C.

Hernandez, Rebecca v. Kmart Corporation; Bob (last name unknown); and Does 1-50, inclusive

Hernandez, Wendy Elizabeth v. Sears Holding Corporation; Sears Holdings Management Corporation; Kmart Corporation; Kmart of Texas, LP; Sears Roebuck and Co.; and Sears Logistics

## Litigation

Service, Inc. -- TX NON-SUBSCRIBER

Herrera, Gustavo aso American Risk Insurance Company, Inc. v. Sears, Roebuck & Co.; Electrolux Home Products Inc., aka/dba Electrolux, Frigidaire; and LG Electronics dba Goldstar

Heywood, Emile v. Kmart Corporation

Hidalgo, Miriam v. Sears, Roebuck and Company; John Doe 1-5; ABC Company/Corporation 1-5

Hill, Betty v. K Mart Corporation dba Kmart #7076; and Sears Holding Management Corporation

Hill, Beverly v. Kmart Corporation; and Kellermeyer Bergensons Services LLC

Hill-Jacobson, Cindy and Rosalie A. Hill v. Sears, Roebuck and Co.

Hinson, Sakeya v. K-Mart; Bankers Financial Corp.; John Does 1-10 and ABC Corp.

Hoeppner, Erin v. Kmart Corporation

Hogeland, Karen v. Sears, Roebuck & Company/K-Mart Corporation; et al.

Holland, Steve and Carter v. Sears Holdings Management Corporation; Sears, Roebuck and Co.; Whirlpool Corporation; and Robershaw Controls Company

Horan, Donald and Eleanor aso Universal Property & Casualty Insurance Company v. FSA Network, Inc.; G-Boyz, LLC; Daniel Gonzalez, as last known officer; director of G-Boyz, LLC; Sears, Roebuck and Co. dba Sears Home Services, Sears Appliance Repair a

Hoskins, Damon A., a Minor by his Next Friend and Parent, Raymond G. Hoskins; Raymond G. Hoskins and Jennifer R. Hoskins v. Sears, Roebuck and Co.; Schindler Elevator Corporation; John Doe Corporation One and John Doe Corporation Two

Hoult, Howard Burton and Manuela Ruth v. Club Assist North America Inc. (previously Doe No. 1); Club Assist Road Service U.S. Inc. (previously Doe No. 2); Club Assist U.S. LLC (previously Doe No. 3); East Penn Manufacturing Company, I

Hrdlicka, Linda v. Kmart Corporation; and Sears Holding Corp.

Huff, Joy L. v. Kmart Corporation

Hughey, Carol v. Sears/Myrtle Beach Store

Hunroe, Shirlyn v. K Mart Corporation

Hunsaker, Melanie v. Sears, Roebuck and Co.

Huntt, Timothy B. and Tammy aso CSAA Affinity Insurance Company (formerly known as Keystone Insurance Company) v. BSH Home Appliances Corporation; and Sears, Roebuck and Co.

Hurt, Katherine and Jack Stallsworth v. Sears Home Improvement Products, Inc.; N&L Remodeling Corporation; Maxie's Home Service, LLC; and Garnett's Home Improvements, Inc.

Ibarra, Inocencio and Imelda Gutierrez v. K Mart

## Litigation

Corporation; Jerry Labeck; and Does 1-100, inclusive -- AMENDMENT -- Doe 1: Sears Holdings Management Corporation

Ibarra, Trinidad v. Sears Holding Corporation Management; Puente Hills Mall, LLC; Does 1-10 inclusive; Doe Companies 1-10, inclusive; and Doe Corporations 1-10, inclusive

Incandela, Angelina v. Kmart Corporation; Does 1-100; and Roe Corporations 101-200

Ingram, Laurie v. Sears, Roebuck & Co.; Dart Equipment Corp.; Dart International; Staffmark Investment LLC; Timothy M. Finch; Jon Doe Finch; Unknown Defendants 1-5

Iraheta Rodriguez, Maria Elena v. K Mart Corporation

Ismoilov, Khurshid v. Sears Holdings Corporation

Jackie, Philip a/s/o CSAA Fire & Casualty Insurance Company v. Whirlpool Corporation and Sears, Roebuck and Co.

Jackson, James v. K-Mart Corporation, a Foreign Corporation, d/b/a K-Mart

Jackson, Jaylah Bagby; and Maria Navarro v. Schindler Elevator Corp.; Sears Roebuck & Co.; and Does 1-20

Jackson-McDonald, Sharon v. Kmart Corporation

Jacobs, Adam v. Sears, Roebuck and Co.

Jaimes, Leonor and Jose v. Sears, Roebuck and Co.; CherryVale Mall, LLC; CBL/CherryVale I, LLC; CBL & Associates Management, Inc.; National Elevator Inspection Services, Inc. -- FIRST AMENDMENT -- Adding: Kone Inc.

James, Cheryl v. Sears, Roebuck, and Co.; and Does 1-10

Jankovik, Mary v. K-Mart Corporation; and Baiano Construction, Inc.

Jaremba, Michael v. Sears, Roebuck and Co.; Sears Holdings Management Corporation; CW Financial Services LLC; and 3341 South Linden Road Holdings, LLC

Jauregui, Marisol v. Sears, Roebuck and Co.; Sears Holdings Management Corporation; Sears South Coast Plaza #1388; and Does 1-10, inclusive

Jennings, Victoria v. Kmart Corporation; John Does 1-5; John Doe Corporation 1-5; John Doe Partnerships 1-5; Roe Non-Profit Organizations 1-5; and Roe Government Agencies 1-5

Jeong, James and Donna Dongmee Jeong v. K Mart Corporation, Shin Crest Pte Ltd, and Does 1 to 60

Jeraci, Julia v. Sears Holdings Management Corporation; Kmart Store #9414

Jester, June v. Kmart Corporation; Sears Holdings Corporation; G&B Investments; Greg Gomer Realty Inc.; and Does 1-50

Johns, Kenneth v. Sears, Roebuck and Co.

## Litigation

Johns, Lashameyon v. Kmart Corporation

Johnson, Herbert v. Sears, Roebuck and Co.; Starwood Capital Group, L.L.C.; and CBL & Associates Properties, Inc.

Johnson, Isaac and Jodi aso United Services Automobile Association v. Electrolux Home Products, Inc.; and Sears, Roebuck & Company

Johnson, Matthew Blake v. Sears Roebuck and Co.; Sears Hometown Stores LLC; Judith Russell and Jason Baxley

Johnson, Rosa Maria v. Sears Roebuck and Co.; Sears Holdings Corporation; and Does 1-25, inclusive

Johnson, Rubie v. Kmart Corporation

Johnson, Yamda and Thomas v. Mountain Valley Indemnity Company; and Sears Roebuck and Co.

Jones, Aziza v. Sears Holdings Corporation dba Kmart Corporation; Kmart Corporation dba Kmart; and Philip Charles

Jones, Florine v. Sears Holdings Management Corporation; and Does 1-25, inclusive

Jones, Glenn Kenneth v. Tammy Stewart; Access Home Insurance Company; Sears Home Improvement Products, Inc.; and Sears Holdings Company

Jones, Norma v. K-Mart Corporation, #9105; and Lancy Ulrich

Jones, Ronald v. Kmart Corporation; and Does 1 to 75 Inclusive

Joyner, Ester v. K Mart Corporation

Joynson, Jacqueline and John v. Kmart Corporation; and Cal-Steuben Limited Partnership -- CROSS-CLAIM -- Cal-Steuben Limited Partnership v. Kmart Corporation

Julian, Fernando and Robin v. Thirty-Six O One, LLC; and Sears, Roebuck and Co.

Jumonville, James and Pam v. SD Enterprises LLC; and Sears, Roebuck and Co.

Kappauf, Brenda L. v. Kmart Corporation, individually and dba Kmart Store #7676; Kmart Operations, LLC, individually and dba Kmart Store #7676; and Seritage KMT Finance, LLC, individually and dba Kmart Store #7676

Karim, Ruqayyah v. King of Prussia Associates Inc.; Yarmouth Lend Lease Kop, Inc d/b/a King of Prussia Associates, Inc.; Simon Property Group, Inc.; Seritage Growth Properties, Inc.; Seritage Growth Properties, L.P.; Sears Holdings, LLC

Karoftis, Atalanti v. Whole Foods Market, IP, L.P.; WFM IP Management, Inc.; Sears, Roebuck and Co.; Seritage Growth Properties, L.P.; Bellwether Properties of Florida Limited; WEA Countryside GP, LLC; and Westfield, LLC

Kasavage, Valerie a/s/o State Farm Fire and Casualty Company v. Sears, Robebuck & Co. and Innovel

## Litigation

Solutions, Inc d/b/a Sears

Keegan, Mary v. Simon Property Group, Inc.; Mall at Smith Haven, LLC; Sears Holdings Management Corporation; Sears, Roebuck and Co.

Kelly, Christopher L. and Lori aso Allstate Vehicle and Property Insurance Co. v. Sears, Roebuck and Co. and John Doe

Keneaster, Donna; Rex Allen Keneaster; and Michalene Anna Keneaster v. Sears, Roebuck and Co.; and 3PD, Inc.

Kennedy, William and Deborah v. Sears, Roebuck, and Company; and Sears Holdings Management Corporation

Kieborz, Joyce v. K Mart Corporation; Abbey Lambert, PharmD

Kilker, Miles and Patricia v. Environmental Service Concepts, LLC; McStome Partnership dba McStome Inc. and/or dba Oxford Valley Mall; Simon Property Group, Inc. dba Oxford Valley Mall; Kravco Inc. dba Kravco Simon and/or dba Oxford Valley Mall; RNA-Killgore, Alta v. Sears Holdings Management Corporation (also known as Sears, Roebuck and Company, and Kenmore); and Electrolux Home Products, Inc., also known as Frigidaire

Kip, Patricia v. K Mart Corporation; and Sears Holding Corporation

Kirkland, Ronald v. K-Mart; Big K-Mart; K-Mart Stores; Sears Holding Corporation; Sears Holding Management Corporation; Sears; Does 1-50 inclusive

Klorczyk, Frederick Jr. as co-administrator of the estate of Christian R. Klorczyk; Frederick Klorczyk, Jr., individually; Lynne Klorczyk, as co-administrator of the Estate of Christian R. Klorczyk; and Lynn Klorczyk, individually v. Sears, Ro

Kmart Corporation v. Pacific Cycle Inc.; and We're Ready to Assemble Inc. dba Impact Resource Group

Knapp, Lynda v. K-Mart Corporation; CVS Pharmancy,Inc.; First Data Bank, Inc., a subsidiary of the Hearst Corporation; Wolters Kluwer Health Inc.; Mutual Pharmaceuticals, LLC f/k/a Barr Pharaceutuicals, Inc.; Pliva, Inc.; Pliva D.D.; Teva Pha

Knight, Delores aso Fire Insurance Exchange v. Sears, Roebuck and Co.; LG Electronics U.S.A., Inc. and Does 1 to 10 inclusive

Koch, Cynthia L. v.--AMENDMENT -- [Removing] Sears Home Administrative Services, Co.; and FRSTeam, Inc. -- Adding: Sears Holdings Management Corporation

Kohler, Irene v. K-Mart, Inc.; Sedgwick Claims Management Services, Inc. aka Sedgwick CMS

Kowieski, Charles v. Sears, Roebuck and Co.

Krasniqi, Qazim B. v. Korpenn LLC; Sears Holdings Corporation; Sears, Roebuck and Co.; Kmart Corporation; Kmart Holding Corporation; Schindler Elevator Corporation

## Litigation

Kremer, Peter v. Kmart Corporation aka Kmart; Sears Holdings Corporation; and Gator Feasterville Partners, Ltd.

Ksiazek, Rose Marie and Aloysius v. Starwood Retail Partners, LLC; Sears Roebuck and Co.; and Kellermeyer Bergensons Services, LLC

Kucewicz, Patricia ppa and Samantha Kucewicz v. 2020 Liberty Rock, LLC; Casey Associates Limited Partnership; Madison Properties, LLC; and K Mart Corporation

Kucirek, Rita M. v. Sears, Roebuck and Co., dba 'Sears'; and Crossroads Mall, LLC

Kventsel, Lidiya v. King Kullen Grocery Co, Inc.; Kmart Corporation; and Sears Holdings Management Corporation

Kyzer, Heather v. Aronov Realty Management, Inc. d/b/a University Mall-Tuscaloosa, AL

Lago, Juan v. Whirlpool Corporation; Sears, Roebuck and Co.; Exel Inc.; Ingrid Gauer; and Does 1-20, inclusive -- FIRE

Lagotta, Karen and Sterling McMurrin v. Kmart Corporation; and Crossroads Joint Venture, LLC

Lagunas, Christina v. Sears Holdings Management Corporation; Kmart Corporation; and Does 1-50, inclusive

Lahey, Gisela v. Dorel Juvenile Group, Inc., dba Cosco Home and Office Products and Kmart Corporation

Landry, Tammie v. K Mart Corporation; and their unknown insurance company; and ABC Insurance Company

Landscape Concepts Management, Inc. (LCM) aso Westfield Insurance Company v. Sears, Roebuck and Co.; Starwood Capital Group, L.L.C.; CBL & Associates Properties, Inc.; and Herbert Johnson

Langham, Winifred v. Sears Home Improvement Products, Inc.

Lares, Alfred v. Sears Holdings Management Corporation; and Kmart Corporation dba Kmart #03919

Lasecki, Janice v. Sears, Roebuck and Co.; and Sears Holdings Management Corporation

Lauderdale, Margaret v. Sears, Roebuck and Company; and Simon Property Group

Lazo, Oneida v. Kmart Corporation and Sears Holdings Management Corporation, as parent Corporation of Kmart

Lee, Tim and Herbert aso Allstate Insurance Company v. Sears, Roebuck and Co.; Doe Corporations 1-10; and Doe Entities 1-10

Leibowitz, David P.; as bankruptcy trustee for the estate of Diane Elaine Harris-Currie v. Kmart Stores Of Illinois, LLC; Kmart Corporation of Illinois, Inc.; Sears, Roebuck and Co.; Sears Holding Publishing Company, LLC; and Sears Holdings Managemen

## Litigation

Leighton, Sarah v. Vertical Industrial Park Associates; Sears Holdings Management Corporation dba Kmart; and K Mart Corporation

Lem, Chris and Mary Jean; and Juan Lago aso State Farm General Insurance Company v. Whirlpool Corporation; Sears, Roebuck and Co.; Exel, Inc.; and Does 1-40, inclusive

Leonard, David E. v. Sears Roebuck and Co.; and Apex Tool Group

Leonhardt, Elaine v. K Mart Corporation

Lesoken, Patricia and Charles v. Kmart; Kmart Corporation; Sears Corporation; and Sears Holdings Corporation

Lett, Arnold and Marion aso Barnstable County Mutual Insurance Company v. A&E Factory Service, LLC

Levine, Kenneth aso State Farm Fire and Casualty Company v. Hudson Installers Inc.; and Sears, Roebuck and Company

Lieber, Michelle A. v. Sears, Roebuck and Co. dba Sears Home Services

Lloyd, Annette v. Kmart and Kmart Corporation and Sears Corporation and Sears Holdings Corporation

Lopez, Virginia Hill v. K-Mart Apparel of Texas Corp; and Sears Holdings, LLC -- TX NON-SUBSCRIBER

Lubeck, Karen and Martin Verdrager aso Encompass property and Casualty Company v. Sears, Roebuck and Co.

Lucjak, Dolores M. and John M. v. Kmart, Store #7472; Sears Holdings Corporation; and Kmart Corporation

Lupian, Blanca v. Sears, Roebuck & Co.

Lyle, Robert v. Sears, Roebuck and Co.

Machicek, Bobby v. Sears Holdings Management Corp.; Sears Logistics Services, Inc.; and John Doe -- TX NON-SUBSCRIBER

Machuca, Migdalia, a Minor, by and through her Guardian Ad Litem, Bertha Valencia v. Sears, Roebuck and Company and Does 1 to 20

Macias-Gonzalez, Maria v. Kmart Corporation; and Does 1-20 inclusive

Magnani, Peter v. KCD IP, LLC; Sears Holdings Management Corporation; Sears, Roebuck and Co.; One World Technologies, Inc.; RYOBI Technologies, Inc.; and Techtronic Industries North America, Inc.

Maldonado, Stephen v. Sierra Financial, Ltd; and Madison Plaza Associates -- THIRD-PARTY -- v. K-Mart Corporation

Mamo-Richards, Lulit v. Sears Holdings Corporation; ABC Companies 1-20; and John Does 1-20

Manley, Lorraine v. Shoppes at Buckland Hills, LLC

## Litigation

Mannino, Francesca v. Sears Holdings Management Corporation dba Kmart; Kimco Realty Corporation; and A&P Property LLC

Marme, Greg A. v. K Mart Corporation

Marquez, Alexander v. Sears Home Improvement

Martinez, Nancy L. v. Summit Outlet, L.P.; Summit Outlet Two, L.P.; Summit Outlet Three, L.P.; and Sears Roebuck and Co.

Martins, Margaret v. K Mart Corporation

Mason, Stephen and Cynthia Mason v. Sears Home Improvement Products, Inc. and Does 1 through 20

Massol Nieves, Sandra and Norberto Soler Carballo v. Sears Roebuck De Puerto Rico Inc.

Mathis, Tracie v. Kmart Corporation

Mauer, Marlene v. Icon Health and Fitness, Inc.; Sears, Roebuck and Co. aka Sears dba Sears Crossroads Center Store #1072; and Sears Home Services, L.L.C.

McCagg, Mary v. Kmart

McCall, Anthony R.; Dakota Jones; and Eunice McCall v. Sears, Roebuck and Company

McClain, Robert E. v. K-Mart Corporation; et al.

McCloud, Sean and Michelle v. Sears Willow Grove Park Mall - #1354; Willow Grove Park Mall; Irwin & Leighton; Pennsylvania Real Estate Investment Trust; WG Park, L.P.; MBR Construction Services, Inc.; Forman Sign Company; The MNM Group, Inc.; EZ Sign

McCluskey, Kristen R. aso New Jersey Manufacturers Insurance Group v. Sears Roebuck and Company; Electrolux Home Products, Inc.; Deflecto, LLC; ABC Corporation; and John Does 1-10

McFarland, Maya aso Allstate Insurance Company v. Sunbeam Products, Inc. dba Jarden Corporation; Kmart Corporation; Sears Holding Corporation dba Kmart

McGee, Deborah and Anthony v. Kmart Corporation dba Kmart Pharmacy; and Roger Clausen, RPh

McGee, Thomas and Sandra Ballesteros v. Sears Roebuck and Co;

McGee, Walter Michael v. Sears, Roebuck, and Company; and Sears Holdings Management Corporation dba SHMC

McGee-Hoscheid, Maria v. Kmart and Kmart Corporation

McGlone, Michael and Patricia v. Robert Bosch LLC; Robert Bosch Tool Corporation; Sears, Roebuck and Co.; and Home Depot U.S.A., Inc. d/b/a The Home Depot

McKinney, Kenneth and Sharon aso CSAA Fire & Casualty Insurance Company v. Sears Roebuck & Company; and Michael Parkhurst dba Parkhurst Plumbing, Inc.

## Litigation

McLean, Barbara and Alsmith v. Kmart Corporation; Sears Holdings Corporation; John Doe 1-10; and ABC Company 1-10

McLevaine, Anna Louise v. K Mart Corporation

McManus, Mary and Rhonda v. Sears Home Improvement Products, Inc.

McPherson, Cecile v. K-Mart Corporation; and Pepsi Beverages Holdings, Inc.

Medina, Josefina v. Kmart Stores of Texas, LLC; and Gilbert Morales -- TX NON-SUBSCRIBER

Melgar, Rosa v. Sears of Woodbridge; and/or ABC Corp. 1-10

Melkonyan, Vadim v. Sears Holdings Management Corporation

Mercado, Awilda v. Kmart Corporation; and John Doe 1-5

Metzger, Evan and Haydee aso Allstate Insurance Company v. LG Electronics Guam, LLC; LG Electronics, Inc.; and Sears Roebuck & Co.

Meza-Arenas, Rosemarie v. Kmart; Kmart Corporation; Sears Holding Corporation; Los Altos Gateway, LLC; Robertson Properties Group; Robertson properties, Inc.; Darcy Judd, Judd Darcy; and Does 1-25

Mikell, Jason E. v. Sears, Roebuck and Co.; and John Does 1-5

Miller, Elda S. v. Oxford Development Company and Kmart Corporation

Miller, Jay aso Allstate Fire and Casualty Insurance Company v. Sears Holdings Management Corporation; and Does 1-10, inclusive

Miller, Mary v. Sears, Roebuck and Co. dba Sears at Lakeland Square Mall #1955; and Charles Litzler

Miller, Thomas aso Allstate Vehicle and Property Insurance Company v. Sears, Roebuck Company; and XPO Logistics, Inc.

Miller, Thomas v. JP Morgan Chase & Co.; and Sears, Roebuck and Co.

Millick, Guy and Joanne Daly v. LG Electronics U.S.A., Inc.; LG Electronics (Tianjin) Appliance Co., Ltd.; and Sears Roebuck and Company

Mills, Debra v. Sears, Roebuck & Co.

Milner, Marianne v. K Mart Corporation; and FB Billerica Realty Investors, LLC

Milner, Rex v. Sears, Roebuck and Co.; Delta Enterprise Corp.; Delta Children's products Corp; et al.

Minnis, Pauline v. Sears Holdings Corporation dba Kmart #3318; Waiwan Shin Yeh Enterprise Co., Ltd.; Shin Crest PTE., Ltd.; Tsy Services, LLC Minor Male Unknown

Mirando, Virginia v. Sears Holdings Corporation, Sears Roebuck and Company and Huntington Square Mall

Miro Quinones, Livia; Gabriela sofia Class Miro v.

## Litigation

K-Mart. Apparel of Puerto Rico Corp.; XYZ Insurance Co.

Mission, Natalie v. Kmart Corporation; Kmart Holdings Corporation; and Sears Holdings Corporation

Mocanu, Larentiu and April v. Sears Brands, LLC dba Sears Home Improvement; and Does 1-25

Mondesir, Allison v. Sears Home Improvements

Montalvo, Harry v. Kmart Corporation; Kmart Corporation dba Kmart-Sears Store #9420; UE Bruckner Plaza LLC; and VNO Bruckner Plaza LLC

Montgomery, Mark aso Allstate Property and Casualty Insurance Company v. Sears, Roebuck and Co.

Moore, Erica Natasha v. Sears, Roebuck and Co. d/b/a Sears

Moore, Raquel v. Kmart; Ice House Development; and ABC Corp. 1-5

Mora, Mikaela v. Electrolux Home Products, Inc.; Sears, Roebuck and Co.; and Cagan Management Group, Inc.

Morales Vazquez, Sheyla M. v. Kmart Corporation hnc Kmart 7783 San Juan; et al.

Moran Nieves, Carmen v. Sears, roebuck of Puerto Rico, Inc.

Moreno, Rita J. v. Kmart Operations LLC; and Sears Holding Management Corporation

Morioka, Mahelani v. Kmart Corporation; John Does 1-5; John Doe Corporation 1-5; John Doe Partnerships 1-5; Roe Non-Profit Corporations 1-5; and Roe Governmental Agencies 1-5

Morris, Clifford and Linda; Darrick R. Bailey; Virgil D. Sorina, Sr.; and Scott Searcy v. Sears Home Improvement Products, Inc.; Pelican Remodel, LLC; Remodeling LA LLC; et al.

Morris, George V. -- AMENDED COMPLAINT -- [Removing: Sears Holdings Corporation] Adding: Sears Holdings Management Corporation; Kmart Operations LLC; and Adding: K Mart Corporation

Morrison, Lori v. ICON Health & Fitness, Inc.; Sears Roebuck and Co. Inc; et al.

Morrow, Sandra v. Sears Holdings Publishing Co. LLC; and Kmart Corp. --AMENDED COMPLAINT-- Sears Holdings Management Company, LLC; Sears Holdings Publishing Corporation; Kmart Corporation; and Kmart Stores of Illinois, LLC

Mounkes, Richard and Lauren aso CSAA Insurance Exchange v. Sears, Roebuck & Co.; Does 1-10

Mullins, Bonnie v. Kmart Corporation; Does 1-20, inclusive

Mullins, Cecilia v. Sears, Roebuck and Company dba Sears Stores; and XYZ Insurance Company

Mullins, Jeffrey I. v. Kmart

Munoz, Expedito v. Kmart; and/or ABC Company, 1-100

## Litigation

Myrie, Iris Grey v. Sears Holdings Management Corporation dba K Mart; K Mart Corporation; and Korpenn LLC

Natoli, Ted and Kathleen v. Sears & Roebuck Corp. dba Sears Raceway Mall #1204; ABC, Inc.; John and Jane Does 1-5

Naud, Kelly J. v. Managed Health Services Insurance Corporation; Green Bay Mason Company; ABC Insurance Company; Sears, Roebuck and Co. and DEF Insurance Company

Navarro, Marylou and Rigoberto v. K Mart Corporation; Sears Holdings Management Corporation; and Does 1-50 inclusive

Navarro, Thomas and Patricia v. Sears, Roebuck and Co.; Appliance Resource & Rescue L.L.C.; John Does 1-10; Jane Does 1-10; Black Corporations 1-10; Gray Partnerships 1-10; and Blue Limited Partnerships 1-10

Nawfel, Robert and Susan aso Encompass Property and Casualty Insurance Company v. Kenmore Manufacturing; Sears Retail Store; John and Jane Does 1-10; ABC Corporations 1-10; XYZ Limited Liability Companies; Black and White Partnerships

Nemecio, Reyna v. Sears, Roebuck and Co.

Nestor, Robert and Melinda Nestor aso State Farm Lloyds v. Sears Roebuck and Co.; Sears Brands, LLC; Sears Holdings Corporation; and Sears Home Improvement Products, Inc.

Neve, Nina v. Sears Roebuck and Co.

New Russell One, LLC aso ACE American Insurance Company v. Sears, Roebuck and Co., Whirlpool Corporation and Does 1 through 75

Newland, Jason v. Kmart Corporation

Nickelson, Travis M. and Bridget M. v. Sears Home Improvement; and Todd Olson

Nieves Rodriguez, Jose v. Sears, Roebuck, and Co., hnc Store Sears Santa Rosa Mall Store #1915; Continental Claims Service, Inc.; et al.

Noble, Charlotte R. v. K-Mart Stores of Indiana

Noel, Verona v. Sears Department Stores, Inc.

Noel, Verona v. Sears Department Stores, Inc.; and Zhejiang Huayue Alu, Mfg. Co.

Nolan, Doris aso CSAA Insurance Exchange v. Sears, Roebuck and Co.; Does 1-10

Northpointe Village Apartments, LLC v. Sears, Roebuck and Co.; and Electroluxx Home Products, Inc.

NPD-Anderson, Su-Tia v. Sears Holdings Management Corporation

NPD-Celso, Mario [aka Mario Diaz Coutinho] v. Sears Roebuck and Co.; Kevin Marsh; and Evelyn Rush

NPD-Celso, Mario [aka Mario Diaz Coutinho]v. Sears Roebuck and Co.; Kevin Mash; and Evelyn

## Litigation

Rush -- SECOND AMENDED COMPLAINT

NPD-Greer, Kyle Jason; Amanda Greer; and as next friend for Joseph Kile Greer, a minor child v. K Mart Corporation; and unknown employee of K Mart Corporation

NPD-Lemaire, Faron v. Alan Marse

NPD-Perez Laracuente, Walberto; Zaida E. Sanchez Quinones and their children, Alanis and Imalay Perez Sanchez v. Kmart Operations LLC dba Kmart

NPD-Ridgeway LaFarrah v. Sears Holdings Corporation dba Kmart

O'Dwyer, John M. v. Sears Holdings Management Corporation, Simon Property Group, Inc. and Mall at Smith Haven, LLC

Oakley, Maureen v. K-Mart Corporation; GFI-Glendale Investments, Ltd.; John Does 1-5; Jane Does 1-5; Black Partnerships 1-5; and White Corporations 1-5

Ohana Hut, LLC aso North Carolina Insurance Underwriting Association v. Sears, Roebuck and Co.

Olsen-Ivie, Tamra; Samantha Olsen and David Olsen v. K-Mart; and Sears Holding Company

Orlando, Robert aso State Farm General Insurance Company v. Whirlpool Corporation; Sears, Roebuck and Co.; and Does 1-20, inclusive

Orsini, Lana v. K Mart Corporation; Sheree Rinaldi (Manager)

Ortiz Carreras, Wanda E. v. Kmart Corporation; Kmart Operations LLC; Kmart ABC dba Kmart; and XYZ Insurance Company

Ostarello, Melody v. Kmart Corporation; Sears, Roebuck and Co.; and Does 1-100, inclusive

Pabon-Santiago, Sharon v. Sears, Roebuck and Co.; 1085 Sears Caguas; Continental Claims Services

Pagan Cartagena, Carmen L. v. Kmart Corporation, Inc.; Jane Doe; John Doe; et al.

Pagan Guerrero, Julia; and representing minors Pedro Javier Claudio Pagan; and Daniela Claudio Pagan v. Kmart Operations LLC; et al.

Pai, Un Youg and Sun H. Pai aso Allstate Insurance Company v. Sears Holdings and Sears Brands Management Corporation

Parker, Natalie and Edward Parker, Husband and Wife v. Sears Holding Corporation ta Sears

Patterson, Sandra and Patterson, Freddie, her husband v. Orange Park Mall, LLC

Pellicani, Lucille v. Sears Roebuck and Co.

Pennewell, Lawnet v. Kmart Corp.; Sears Brands, LLC.; Sears Holdings Corp.; Body Flex Sports, Inc.; and Does 1 to 50 Inclusive

Pereira, Luciana v. Sears, Roebuck and Co.

Perez Rodriguez, Alice M.; Cirilo Velez Bermudez; and Jianiel C. Velez Perez v. Sears Roebuck De PR, Inc. hnc Sears Roebuck and Co.; and Sears Ponce #1945; John and Jane Doe

## Litigation

Perez, Cenobia v. Kmart Corporation

Perez, Ivelize v. Sears Holdings Management Corporation, dba Kmart Holdings Corporation; CT Corporation System; and Vornado Realty Trust

Perez, Maria v. Sears, Roebuck and Co.; and Does 1-20, inclusive

Perez, Milagros v. K Mart Corporation

Petersen, Henry v. K-Mart Corporation

Phillips, Carol and Richard v. Kmart Corporation; Sears Holdings Corporation; Little Caesar Enterprises, Inc.; Enterprise Food Services, Inc.; and Erie Foods, Inc.

Phillips, Deborah v. K Mart Corporation

Phillips, Winston v. Kmart Corporation

Piekarz, Constance and Joseph v. Sears Roebuck & Co.; Sears Department Store; Rockaway Town Square; FLS & SAC Total; John Doe 1-10; and ABC Co. 1-10

Piluso, Catherine v. Kmart Corporation

Pineda, Mariana v. Kmart, Corp

Pinto, Yvette v. ACHS Management Corp.; and Sears, Roebuck and Co. --CROSSCLAIM BY DEFENDANT ACHS MANAGEMENT CORP.)

Pirnazari, Hamas v. Sears Roebuck & Co.; Does 1-50

Pitts, Shirley v. Sears, Roebuck and Co.

Pla Fuentes, Jennifer; and Juan A. Montes Pla (minor) v. K-Mart, Corp.; et al.

Plancencia, Armando v. Kmart Stores of Texas, LLC; Apollo Retail Specialist, LLC; Sears Brands, LLC; and BDS Apollo

Portfolio Recovery Associates LLC v. Anastasia P. Winslow -- CROSSCLAIM -- Anastasia P. Winslow v. Portfolio Recovery Associates; Sears Roebuck & Co; and Citibank

Portillo, Dora v. Sears Roebuck and Co.; East River Group, LLC and Does 1-50, inclusive

Posman, Clifford and Sharon v. A&E Factory Service, LLC; RKA Construction, LLC; and Luke Smith dba Smith Construction

Powell, Angela v. Liberty Tax Service and K Mart Corporation d/b/a Kmart #3424

PRE-LIT-CRIME-Likens, Robert

PRE-LIT-Winslow, Barbara

Price, Ramona v. Sears Home Improvement Products, Inc.; and Albert Ortiz, individually and dba Longhorn Air Solutions

Priest, Tabitha and Wayne v. Sears, Roebuck & Co.; Sears, Roebuck & Co. #2219; SRC Facilities Statutory Trust No. 2003-A; and Doe Corporation 1-5

Prince, Jean v. K-Mart Corporation

Proscia, Patrizia M. and Frank v. Sears Holdings Corporation; and Sears Roebuck and Co., dba Sears Nanuet Mall #1414

## Litigation

Pugh, Charles and Nicole v. Electrolux Home Care Products, Inc.; Electrolux Home Products, Inc.; Electrolux professional, Inc.; Electrolux USA, Inc.; Electrolux Warranty; A&E Factory Service, LLC; and Sears, Roebuck and Co.

Puhac, Angela v. Sears Holding Corporation tdba Kmart; The First City Company; McIntyre Square Inc. dba McIntyre Square Associates LP

Quinn, Karen C. v. Kmart, Inc.

Quinones Velez, Nadia; and Lincoln Carrasquillo Hernandez v. Sears, Roebuck & Co.; Continental Claims Service, Inc.; Ruben A. Febus; et al.

Rabalais, James and Jean Burke v. Sears, Roebuck and Company

Rademacher, Teresa Lynn and Verle v. K-Mart Corporation; and Hughes Development Corporation

Radonich, Steven aso CSAA Insurance Exchange v. Sears, Roebuck and Co.; and Does 1-25, inclusive

Rahimi, Freshta v. Sears Holding Corp. Sears, Roebuck and Co.; AEW Capital Management, L.P.; Simon Property Group, L.P.; and Does 1-50, inclusive

Ramos Gonzalez, Carmen Judith v. Sears Roebuck De Puerto Rico, Inc.; et al.

Ramos Ortiz, Jennifer M. v. Kmart Holdings, Corp.; Sears Operations Corp.; Wilfredo Doe; Luis Alvarez; Empleado Desconocido; Gerente Luis Hernandez; et al.

Randall, Kimberley aso Liberty Insurance Corporation v. Border Transfer, Inc.; Sears, Roebuck and Co.; and Does 1-25, inclusive

RE-FILED-Dunham, Cathy Renee v. Town Center at Cobb, LLC; Simon Property Group, Inc.; Simon Property Group, L.P.; John Doe(s); and Sears Roebuck and Co.

RE-FILED-Hughes, Scott v. Sears, Roebuck and Co.; Char-Broil, LLC; Amerigas Eagle Propane, LP; Amerigas propane Parts & Services, Inc.; and Cavagna North America, Inc.

RE-FILED-Soto-Luna, Veronica v. Sears, Roebuck and Co. dba Sears; and John Doe Corporation 1-3

Rebeiro, Barbara v. K-Mart Corporation; Store #4862; and Does 1-50, Inclusive

REFILED-Garner, Phenique v. K-Mart -- AMENDED COMPLAINT

Reheis, Margaret and Matthew v. West Orange Plaza and/or ABC Corporation; Levin Management Corporation; Metro Commercial Real Estate Inc.; Vanguard Realty, Inc.; and GHI Maintenance Company

Reid, Kevin v. Sears, Roebuck and Co

Renaud, Cherry v. K-Mart

Renner, Jack F. individually; and as personal representative of the Estate of Patricia J. Renner v. Kmart Corporation; and Sears Holding Corporation

## Litigation

Reyes Pantojas, Evelyn v. K-Mart Corporation

Reyes Pomales, Evelyn; Julio Garcia Reyes; et al. v. Sears Roebuck De Purto Rico, Inc.; et al.

Reyes, Irma v. Sears, Roebuck and Co., dba Sears Hawthorne Center #1620

Reyes-Willis, Kristina v. K-Mart Corporation

Rhymer, Shirley R. v. Kmart Corporation

Richard, Barbara v. Sears, Roebuck and Co.

Richard, Denise and Donald v. Kmart Corporation

Richardson, Diane; as parent and next friend of Se'Niya-Monae Hogde, a minor child v. Kmart Corporation

Ricky, Donald and Diana aso Allied Property and Casualty Insurance Company v. Whirlpool Corporation, a corporation; Sears Roebuck and Co, a corporation; MXD Group, Inc., a corporation; and Does 1 to 10 Inclusive

Riggins, Gloria v. Kmart Corporation; and ABC Insurance Company

Riley-Luster, Mary v. Sears, Roebuck and Co.; Sears Home Improvement Products, Inc; Sears Brands, LLC; and Sears Holdings Management Corp.

Rivera, Aracelie v. K Mart Corporation

Rivera, Linda Bernard and Jason v. Sears Holdings Corporation d/b/a K-Mart

Robinson, Michael L. Sr.; and Joan R. aso State Farm Fire and Casualty v. Sears Roebuck and Co.

Robinson, Staci v. K Mart Corporation; Sears Roebuck & Co.; and Does 1-40, Inclusive

Rockpointe Homeowner's Association

Rodriguez, Rosa M. v. Mississippi DHP, LLC; Benderson Development Company, LLC; and K Mart Corporation

Rogers, Olivia v. Sears Protection Company; Sears Home Improvement Products, Inc.; and Sears Protection Company (Florida), L.L.C.

Rolfes, Charles and Loretta aso Hastings Mutual Insurance Company v. Sears, Roebuck & Co.

Roman, Edith Maria and Canuto v. Sears Roebuck and Co.; Woodbridge Center Mall; General Growth Mall; General Growth Properties; John Does 1-10; Jane Roes 1-10; XYZ Corps. 1-10

Romanowski, Vivian v. Sears Holdings Corporation; K Mart Corporation; and Sayville Menlo, LLC

Romero De Carrero v. Kmart Corporation; and Does 1-50 inclusive

Roper, Mattie v. Sears, Roebuck and Co.

Rosado, Michelle v. K Mart Corporation

Rosario, Juan v. Kmart Corporation

Rosenberg, Justin v. Sears Home & Business Franchises, Inc., dba Sears Carpet Cleaning and Air Duct Cleaning of Buffalo Grove, Illinois; aka Sears Carpet and Upholstery Care, Inc.; and Sears Holdings, dba Sears Home Services

**Litigation**

Rosenzweig, Robin and Marty v. Sears Roebuck, Inc; Pan & Partners, Inc.; Icon Health & Fitness, Inc.; Veronica's Trucking; and Does 1-100

Rossiter, Steven v. Stanley Black & Decker, Inc.; and Sears, Roebuck & Co.

Rozier, Verona and Mark v. Sears

Ruf, Terence Jr. v. Sears, Roebuck & Co.; Sears; Sears Brands, LLC; Sears Brands Management; Craftsman; Emerson Electric Company; Emerson; Stanley Black & Decker; Ace Hardware of West Chester; Ace Hardware Corporation; and Ace Wholesale Holdings, LLC

Ruiz, Consuelo v. Sears Roebuck and Co. and Does 1 to 30

Sabzevari, Cynthia and Mohammad v. Costco; and Innovel Solutions

Sac, Edmund v. Sears Holdings Management Corporation; Sears, Roebuck and Co.; Unidentified Maintenance Company; Unidentified Property Management Company; Unidentified Lessee; Unidentified Maintenance Contractors; and/or Service Company; Uniden

SAC-Adamson, Ronald v. Sears Holdings Management Corporation

SAC-Anderson, Svetlana v. Sears Roebuck and Co.

SAC-Baker, Trista v. Sears Holdings Corporation; Sears, Roebuck and Co.; and Jason Herbert

SAC-Bindra, Tejinder and Harinderpal v. Sears Operations, LLC dba Sears Auto Center

SAC-Breaux, Michelle A. v. Sears aka Sears Roebuck and Company; and ABC Insurance Company

SAC-Clary, William A. aso Allstate Northbrook Indemnity Company v. Sears Auto Center

SAC-Cobb, Felicia v. Sears Roebuck & Company

SAC-FATALITY-Moran, Esther; individually and next of kin to Tony Moran; deceased and as administrator of the estate of Tony Moran v. Sears Holding Corporation; Sears, Roebuck & Co.; Sears Auto Center; and Jason Currie

SAC-Fishburn, Claude v. Sears, Roebuck and Co.; and Jacob Aman (Auto Manager)

SAC-Green, Tremelle v. Sears, Roebuck and Company; and State Farm Mutual Automotive Insurance Company

SAC-Hansen, Kurt v. Sheila Scheib; and Sears, Roebuck and Co.

SAC-Hrehovcik, Marek v. Sears, at 4545 Transit Road, Williamsville, NY 14221

SAC-Huff, Tomomi v. Sears, Roebuck & Co., Inc

SAC-Jones, Alice and Gabriel v. Sears, Roebuck & Co. dba Sears Auto Center

SAC-Kennedy, Ronnie v. Sears Roebuck and Company

**Litigation**

SAC-Kenny, Eugene F. and Kathy G. v. Christopher Bisson

SAC-Markey, Nicklos v. Sears, Roebuck and Company

SAC-Peterson, Steven v. Sears Operations, L.L.C.; Sears, Roebuck and Co.; Sears Holdings Corporation; Sears Brands, L.L.C.; John Does 1-5; Jane Does 1-5; Black Corporations 1-5; and White Partnerships 1-5

SAC-Reader, Brandy M.; and Mazy Reader, a minor; b/n/f Brandy m. Reader v. Sears Roebuck and Co.

SAC-REFILED-Maifeld, Ronnie Lee v. Sears Holdings

SAC-Rodriguez, Madelaluz individually, and as the Administrator of the Estate of Gerardo Rodriguez Zoniga, Deceased, and Christina Rodriguez, Individually v. Sears, Roebuck and Co., d/b/a Sears Auto Center; Pops Tires Shop, LLC and Ford Motor Company

SAC-Srivastava, Manish v. Sears Auto Center

SAC-Taylor, Kamrin; by and through his guardian ad litem Danielle Belton Taylor; Kaidin T; by and through his guardian ad litem Danielle Belton Taylor; Danielle Belton Taylor; and Dennis Taylor v. Sears Auto Center; Sears Holdings Management C

SAC-Trapani, Joseph A. v. CT Corporation; agent for service Sears Roebuck and Company

SAC-Vassallo, Donna v. Sears Holding Corporation; Sears, Roebuck and Co.; John Doe 1-10

SAC-Zoufan, Reza v. Hixon BMW Service; Sears Auto Service

Sachs, Christine; minor; and Edna Sachs png v. Kmart Corporation; Kmart of Pennsylvania; and Sears Holding Co.

Saffaf, Bassam v. Sears Home Improvement Products, Inc.; Brian Bichloff; and 2-A1 Interstate Mechanical LLC

Salahuddin, Sabreen v. Sears Roebuck and Co. and Rotterdam Square, LLC.

Salcedo, Eveyln; and Hector v. Kmart Corporation; and VNO 839 New York Avenue LLC

Salem, Andalib and Zahi v. K-Mart Corporation

Sam, Cassandra Reed v. Sears Roebuck and Co

Samuel, Joanna; Richard Samuel; Trey Smauel, minor; J'Den Samuel, minor; and Sariah Samuel, minor v. K-Mart Corporation

Sanchez, Maria v. Kmart Corporation; Does 1-25, inclusive

Sanchez, Monica v. Sears, Roebuck and Co., dba Sears; Sears Holdings Management Corp.; Starwood Retail Partners, dba Louis Joliet Mall

Sanchez, Zoraida v. K Mart Corporation; and Sears Holdings Management Corporation

Sanchirico, Robert v. RKRJ Associates, Inc., Sears Home Improvement Products, Inc. and Sears, Roebuck and Co.

**Litigation**

Sanders, Mesha v. K Mart Corporation; dba K-Mart; and John and Jane Does 1-10 -- AMENDED COMPLAINT

Santa Maria, Juanita v. Sears Holdings Corporation; Sears Holdings Management Corporation; Kmart Stores of Texas, LLC; Kmart Operations LLC; Kmart Corporation

Santiago, Abel v. Kmart Corporation and Alex Forrester

Santiago, Donna M. and Edward v. Kmart Corporation

Santiago, Evelyn v. Schindler Elevator Corporation; K Mart Corporation and Vertical Industrial Park Associates, a Limited Partnership

Sarabia, Jacqueline v. Sears Holdings Corporation d/b/a Kmart Stores of Texas, LLC; and Rudy Carrasco -- TX NON-SUBSCRIBER

Sarinana, Luis and Sandra v. Sears Holding, LLC; Serta Simmons, LLC

Saunders, Jasmine v. K-Mart

Savitt, Rachelle v. Sears Roebuck and Co.; and Electrolux Home Products, Inc.

Sayon, Magdalena v. Sears Holdings Management Corporation; Sears Roebuck and Company; Sears; and Does 1-50

Schaub, Janine v. Kmart Corporation; and Does 1-100

Schlatre, Carolyn C. v. Kmart Corporation

Schmargon, Semen v. Sears Holdings Management Corporation; Sears, Roebuck and Co.; and K Mart Corporation

Schuman, Linda and Mark v. K Mart Corporation

Schutzer, Neill v. Kmart Corporation; and Does 1-10, individuals

Scott, Barbara v. Kmart Corporation; John Doe; ABC Corporation; Richard Roe; XYZ Corporation; Sedgwick Claims Management Services, Inc.; and LMN Insurance Company

Scott, Philip B. v. Sears, Roebuck and Co.; and Sears Holdings Management Corporation

Sears Roebuck & Co. v. Preferred Construction Management, Inc.

Sears, Jamie Ann v. K Mart Corporation

SEARS-Bahr, Kristine v. Sears Roebuck & Co.; LG Electronics U.S.A. Inc.;and Sears Authorized Hometown Stores, LLC - Amended Complaint

SEARS-Bartels, Jule and Diannna aso State Farm Fire and Casualty Company v. Diakon Logistics Inc.; Sears Outlet Stores, L.L.C.

SEARS-Bernhardt, Stuart M. and Deborah a/s/o New Jersey Manufacturers Insurance Company v. LG Electronics U.S.A., Inc.; and Sears Roebuck & Co.

SEARS-Berry, Malinda aso Farmers Insurance Exchange v. Winix America, Inc.; Sears, Roebuck and Co.

**Litigation**

SEARS-DeHaven, William v. Sealy Mattress Manufacturing Company, LLC; Tempur Sealy International, Inc.; Sears Outlet Stores, L.L.C.; Sears, Roebuck and Co.; and John Doe

SEARS-Echevarria, Maria v. Terminal Freight Handling Co., dba Sears Distribution Cntr & Sales

SEARS-Fassett, Daniel and Leslie; individually and as parents and natural of J.F., a minor v. Sears Holdings Corporation; Sears, Roebuck and Co.; Sears Hometown and Outlet Stores, Inc.; Sears Authorized Hometown Stores, LLC; Kenmore Craftsman

SEARS-FIRE-Galaske Properties, LLC v. Sears, Roebuck and Co.

SEARS-Flathmann, Eugene R. and Cindy R. v. Sears, Roebuck and Co.; and Sears Outlet Stores, L.L.C.; and John Doe

SEARS-Fraser, John v. Sears Holdings Corporation; Sears Brands Management Corporation; Sears Brands, LLC; Sears Authorized Hometown Stores, LLC t/a Sears Appliance and Hardware

SEARS-Hagan, Thomas V. Sears Appliance and Hardware Store; Sears; Paul Rossi; Sears Brands, LLC; Sears Brands Management Corporation; Craftsman

SEARS-Lopez Lozada, Juan; Benedicta Diaz Torres; et al. v. Sears Holding Corp.; et al.

SEARS-Michel-Leveque, Marie v. Sears Holdings Corporation; Sears Holdings Management Corporation; Sears, Roebuck & Co.; Sears Operations, LLC; Sears Outlet Stores, LLC; and Interprop Bedford, LLC

SEARS-Miles, Michael and Danielle v. Sears, Roebuck and Co.

SEARS-Regan, Judith A. v. Sears, Roebuck & Co.; et al.

SEARS-Sarkhani, Mohammad Reza v. Sears, Roebuck and Co.

SEARS-Tate, Marquerite E. v. Sears, Roebuck and Co.; and Sears Authorized Hometown Stores LLC

SEARS-Vazquez-Ortega, Arnaldo v. Sears Spotsylvania Mall #2694; Sears Fredericksbug; Sears, Roebuck and Co.; SHC Promotions LLC; Sears Authorized Hometown Stores, LLC; Sears Promotions, LLC; Sears Outlet Stores, L.L.C.; and Sears Operations, LLC

SEARS-Whipple, Thomas and Christina aso Allstate New Jersey Insurance Company v. Whirlpool Corporation; Sears, Roebuck & Company; and Robertshaw Controls Company

SEARS-Willis, Jeff aso Allstate Insurance Company v. Sears, Roebuck and Co.

Seck, Souleye v. T Northgate Mall, LLC; Tabani Group, Inc.; and Sears Roebuck & Co.

Senic, Mary v. Sears, Roebuck and Co.; and Does 1-20

**Litigation**

Sepulveda, Luis v. Sears

Serrano, Claribel v. Sayville Menlo, LLC; Sayville Property Company, LLC and Kmart Corporation

Serrano, Graciela v. K Mart Corporation

Sevdalis, George aso Philadelphia Contribution Insurance Company v. Kenmore Appliances; and Sears, Roebuck and Co. dba Sears Holdings Management Company

Shadanloo, Kojasteh aso Sentinel Insurance Company Ltd. v. Shadan Safati; and Does 1-10 -- CROSS-COMPLAINT -- Shadan Safvati v. Pactific Sales; and Does 1-100 - CROSS-COMPLAINT -- Pacific Sales Kitchen & Bath Centers, Inc. v. Penn-Ridge Transportatio

Shapiro, Jody aso High Point Preferred Ins Company v. Sears; NJ Appliance Installers LLC; John Doe 1-3; John Doe Corporation 1-3

Sharhan, Yvonne S. v. Sears aka Sears, Roebuck and Company; K-Mart aka Kmart Holdings Corporation; Jamaica Colosseum Mall; and Travelers Insurance

Sharma, Chhavi v. Kmart; John Does 1-10; John Does 1-10; and ABC Corp., 1-10

Sheikh, Souzan v. Kmart Corporation; and Sears Holdings Management Corporation

SHIP-Dawkins, Norman and Debra aso Nationwide General Insurance Company v. Directsat USA, LLC; Sears Home Improvement Products, Inc.;

SHIP-Ghory, Mohammad R. v. Sears Home Improvement

SHO-Bartels, Jule and Diannna aso State Farm Fire and Casualty Company v. Diakon Logistics Inc.; Sears Outlet Stores, L.L.C.

SHO-Berry, Malinda aso Farmers Insurance Exchange v. Winix America, Inc.; Sears, Roebuck and Co.

SHO-Blanco, Christine aso Access Home Insurance Company v. General Electric Company; Electric Insurance Company; Sears Hometown and Outlet Store, L.L.C.; and Sears Hometown Store of Covington, L.L.C.

SHO-Brouchet, Myra v. Sears Outlet Stores, L.L.C.

SHO-Clark, Ralph v. Sears Authorized Hometown Stores, LLC and The New England Expedition - Wallingford, LLC

SHO-DeHaven, William v. Sealy Mattress Manufacturing Company, LLC; Tempur Sealy International, Inc.; Sears Outlet Stores, L.L.C.; Sears, Roebuck and Co.; and John Doe

SHO-Easterling, Larry v. Sears authorized Hometown Stores, LLC; and ABC and DEF

SHO-Fassett, Daniel and Leslie; individually and as parents and natural of J.F., a minor v. Sears Holdings Corporation; Sears, Roebuck and Co.; Sears Hometown and Outlet Stores, Inc.; Sears Authorized Hometown Stores, LLC; Kenmore Craftsman Di

**Litigation**

SHO-FATALITY-Murray, Sommer; individually and as administrator of the Estate of Andrew Murray; Tayler Simmons; as next friend of T.M., a minor; David Murray; and Cindy Murray Barnett v. Sears Authorized Hometown Stores, LLC dba Sears Home Appliance S

SHO-Flathmann, Eugene R. and Cindy R. v. Sears, Roebuck and Co.; Sears Outlet Stores, L.L.C.; and John Doe

SHO-Fraser, John v. Sears Holdings Corporation; Sears Brands Management Corporation; Sears Brands, LLC; and Sears Authorized Hometown Stores, LLC t/a Sears Appliance and Hardware

SHO-Fuglestad, David and Patricia v. Jose Montes; Albany Bank & Trust Company, as Trustee under Trust #11-5290; Sears, Roebuck and Co.; Elgin Fruit Market #2, Inc., dba Elgin Fresh Market; Elgin Fruit, Ltd., dba Elgin Fresh Market II

SHO-Gauger, John v. Marks, John; Sears Outlet Store #5207; Sears Hometown & Outlet Stores, Inc.; Sears Outlet Stores, LLC; Sears, Roebuck & Co. and Sears Holdings Management Corp.

SHO-Johnson, Matthew Blake v. Sears Roebuck and Co.; Sears Hometown Stores LLC; Judith Russell and Jason Baxley

SHO-Kaviani, Javad v. Sears Outlet Stores, LLC; Electrolux Warranty Corporation; Doe Individuals 1-10; and Roe Corporations 11-20

SHO-McKenzie, Leonard v. Derp Associates LLC; Dan's Supreme Super Markets, Inc.; and Sears Outlet Stores, L.L.C.

SHO-Michel-Leveque, Marie v. Sears Holdings Corporation; Sears Holdings Management Corporation; Sears, Roebuck & Co.; Sears Operations, LLC; Sears Outlet Stores, LLC; and Interprop Bedford, LLC

SHO-Mountain Valley Floor Mats, LLC v. LG Electronics USA, Inc.; and ADDING: Sears Authorized Hometown Stores, LLC; [AND REMOVING: Nyle C. Fullmer; and Sherri Faye Fullmer, dba Rexburg Sears Store] -- FIRST AMENDED COMPLAINT -- SECOND AMENDED COMPLAI

SHO-Sosna, Stuart v. Sears Outlet Stores, LLC.

SHO-Southard, Vera v. Sears Outlet Stores, LLC

SHO-Stevenson, John v. Williston Park TV & Radio, Inc.; Samsung Information Systems America, Inc.; Samsung Electronics America, Inc.; Sears Outlet Stores, L.L.C.; Sears Authorized Hometown Stores, LLC; and Sears Home Improvement Products, Inc.

SHO-Thunell, Warren S. and Joy v. Sears Outlet Stores, LLC; John Does 1-15; and ABC Corporation 1-15

SHO-Wasik, Donald v. Sears Authorized Hometown Stores, LLC; and Lance & Collins Family Holdings,

## Litigation

LLC

SHO-Williams, Mary Errana v. Sears Outlet Stores, LLC

SHO-Willis, Jeff  aso Allstate Insurance Company v. Sears, Roebuck and Co. and Sears Authorized Hometown Stores, LLC

SHO-Wittmeyer, Joseph C. v. Sears Authorized Hometown Stores, LLC

Short, Cheryl K. v. K Mart Corporation

Show, Crystl v. Sears, Roebuck and Co.

Shulas, Molly and Shulas, Walter, her husband v. Sayre Valley, LLC and K-Mart Corporation

Sibble, Gloria v. K Mart Corporation; and Kmart Operations LLC

Siebert, Ryan v. Sears Roebuck and Co.; and Blackstone Industries LLC

Simmons, Sharon v. Sears, Roebuck, and Co, Inc.; Sears Holdings Management Corporation; John Doe Store Manager; and Does 1-50

Simpson, Donna v. Kmart Corporation d/b/a Big Kmart Store #4177

Simpson, Parrish aso Liberty Insurance Company v. Sears, Roebuck & Co.

Simpson, Patricia v. Sears Holdings Management Corporation dba Kmart

Smarr, Patricia and John v. Empire Realty Management, Inc.; Empire Schuylkill, LP; Empire Schuylkill, GP, LLC; Kennenitz Construction Corporation; Joe Kenenitz Construction, Inc.; Tristate Fre II GP, LLC f/d/b/a/ Fameco Management Services General, L

Smith, Cathy v. K Mart Corporation

Smith, DeShaun v. Sears Holding Corporation -- TX NON-SUBSCRIBER

Smith, Donna aso Universal Property & Casualty Insurance Company v. AZ Bussines Wold, Inc.; and Sears Holdings Management Corporation, dba Sears & Sears.com

Smith, Selena v. Kmart Corporation; Kmart Ten Mile and Dequinde Limited Partnerhsip

Smith, Wilma v. Sears, Roebuck and Co.

Snyder, Ryston, a minor, by and through his Guardian ad litem Ramona Snyder v. Sears, Roebuck and Co.; Does 1 to 40

Somma, Sally v. GGP Staten Island Mall, LLC; Abco Maintenance, Inc.; Universal Protection Services, LLC; Macy's Retail Holdings, Inc.; Macy's, Inc.; Sears, Roebuck and co.; and J.C. Penny Corporation, Inc.

Sopka, Kathleen v. Aleff, LLC; Kmart Corporation; Spirit Master Funding II, LLC; Burger King; CBK Futures, Inc.; and John Doe and/or John Doe, Inc. 1-10

Southern California Edison Company v. Ingrid

## Litigation

Gauer; Whirlpool Corporation; Sears, Roebuck and Co.; Excel, Inc.; and Does 1-40, Inclusive -- AMENDED -- Adding as Doe 1:  MXD Group, Inc.

Spencer, Ann v. Crystal River Mall Realty Management, LLC., K Mart Corporation and David Keelner

Stanley, Marion v. K-Mart

Staudt, Sandra and John v. Sears; Sears Protection Company; Sears, Roebuck and Company; Sears Home Improvement Products Inc.; Sears Service Department; John Does 1-10; and ABC Corporation 1-10

Steinmetz, Stephanie Hirsh v. Sears, Roebuck and Co. and Does 1-23

Steptoe, Christopher v. Sears Holdings Management Corporation; and Sears, Roebuck and Co.

Stern, Eric aso Allstate Insurance Company v. Sears Holdings Management Corporation

Stewart, Tammy M. v. Sears Home Improvement Products, Inc.; MacNoliga Roofing & Exteriors, Inc.; Crawford & Company; and Mosises B. Silva

Strickland, Voula and Thomas v. Sears Holdings Management Corporation

Strikmiller, Patricia K. v. Sears, Roebuck and Co.

Struznik, Dorrie v. Kmart Corporation; and Does 1-25 inclusive

Strzelecki, Patricia and Paul v. Sears Holding Corporation d/b/a Kmart

Sullivan, Richard aso Allstate Insurance Company v. Elbi International S.p.A.; Sears, Roebuck and Co.; Whirlpool Corporation; and Does 1-20

Swensen-Briones, Miriam v. Kmart Corporation; and Does 1-100

Swerzynski, Julia v. Kmart Corporation; John Does 1-10; and ABC Corporations 1-10

Sylvain, Aaron and Ashley v. Precision Shooting Equipment, Inc.; and Kmart Corporation

Szuch, Terri v. Sears Holding Corporation dba Kmart Store 9438

Taj, Makai and Shamla v. Sears Roebuck and Co.; Kmart; Northridge Fashion Ce Property Owner of premise located at 9301 Tampa Av; Does 1-50, inclusive

Tamburello, Josephine v. Sears, Roebuck and Co.

Tapia, Juana v. Sears Holdings Management Corporation; and Does 1-50 inclusive

Tarafa, Debbie v. K-Mart Corporation

Tarkington, Eddie v. Lavaughan Johnson; Lavaughan Johnson dba Up and Go BBQ; SSI Nolensville, LLC and K Mart Corporation

Tassey, Michael Eugene v. Sears; Sears Auto Center; Sears Holdings Corporation; Sears Brands, LLC; Sears, Roebuck and Co.;  Sears Holdings Management Corporation; Sears Authorized Hometown Stores, LLC; Sears Grand, LLC; Sears

## Litigation

Operations LLC; and Does

Tate-Alley, Barbara v. Kmart Corporation

Taylor, Nefertiti v. Kmart Corporation, and Does 1 to 60

Tejeda, Bertha aso American Reliable Insurance Company v. BSH Home Appliances Corporation; Sears, Roebuck and Co.; and Does 1-25, inclusive

Tello, Mayhua v. Sears Holding Corporation; Sears, Roebuck & Company; John Doe 1-10; XYZ Corp. 1-10

THEFT-McCarter, Sandra A. v. K Mart Corporation; and C-Huey Harrison

THEFT-Rich, Christine L. v. Sears, Roebuck and Company; Rotterdam Police Department; and Town of Rotterdam

THEFT-Socorro, Abdo v. Sears, Roebuck and Co.

Thomas, Angela v. Kmart Corporation; Sears Holdings Corporation; Sears Roeubuck and Co.; Sears Holdings Management Corp.; Kellermeyer Bergensons Services, LLC; and Urschel Development Corporation

Thomas, Judy v. Kmart Corporation

Thomas, Wendy v. Kmart Corporation

Thompson, Rebecca v. K Mart Corporation

Tishchuk, Yevdokya and Viktor v. Sears, Roebuck, & Co.; John Doe Service Technician

Toelk, Richard C. v. Sears, Roebuck & Co.; Kmart Corporation; Sears Brands, LLC; Sears Holding, Corporation; and John Doe I-XX

Tolen, Tyrone v. Sears Holdings Corporation

Toro Muniz, Teresa v. 9420 Kmart; VNO Bruckner Plaza LLC/Vornado Realty Trust; and VNO Bruckner Plaza LLC/CT Corporation System

Torres, Edda v. Kmart Corporation

Torri, Linda v. K-Mart Corporation; Aqua Seal Manufacturing & Roofing, Inc.; Baker & Baker Real Estate Developers, LLC

Townsend, Luther individually and as father and next friend of Samuel Townsend, minor v. Sears Brands, L.L.C.; sears Holdings Management Corporation; KCD IP, LLC; Briggs & Stratton Corporation; Husqvarna Consumer Outdoor Products N.A., Inc.

Townsend, Sarria v. K Mart Corporation

Trigo, Marylou v. Sears, Roebuck and Co. and Christopher Solis

Tuitt, Eunice v. Sears, Roebuck and Co.; Sears Holdings Corporation; and Sears Holdings Management Corporation

Tutt, Zerita v. Sears Home & Business Franchises, Inc. fka Sears Carpet and Upholstery Care, Inc.

Tuttle, Stephen v. Sears Logistics Services, Inc.

TX NON-SUBSCRIBER-Davis, Michael v. Sears, Roebuck & Co. dba Sears; Alicia Holland; Sears Holding Management Corporation dba SHMC, Inc.,

## Litigation

aka Sears Holding Company

TX NON-SUBSCRIBER-Sanchez, Patricia v. Sears Holding Management Corporation dba SHMC, Inc.; K-Mart

Uppal, Alishba, an infant under the age of 14 years, by her mother and guardian Uppal, Shabana and Uppal, Shabana, individually v. Sears, Roebuck and Co.

Uzoaru, Matthias E. v. Sears, Rte. 22 E. Watchung; and City of Watchung NJ

Valedon Gimenez, Yolanda v. Sears

Vallecillo, Merlin Sequeira v. Sears, Roebuck and Co.; Sears Holdings Management Corporation; and Randy Denny

Vann, Raymond v. Sears Auto Center; Sears Holdings Corporation; Sears, Roebuck and Co.; Sears Brands, LLC; and Seritage Growth Properties

Vargas, Juan Carlos v. Alexander's Rego Shopping Center Inc.; Sears, Roebuck and Co.; and Sears Holdings Management Corporation

Vargas, Sonia v. Kmart Corporation; Elias Properties Babylon, LLC; and Greg Geiger's Landscaping and Snow Removal

Varona, Felicia v. Kmart Corporation; and Does 1 to 100

Vasquez, Nora v. Sears Holdings Corporation; Sears, Roebuck and Co.; and Sears

Vega Rubio, Maria A. v. Sears Holdings Management Corporation dba SHMC, Inc.; and Regency Centers Corporation dba Regency Centers Corporation of Florida aka Pacific Retail Trust dba Hancock Center

Vega, Kristan v. Craftsman; Sears; Sears Stoneridge Mall; Sears Brands Management Corporation; Sears, Roebuck and Co.; Sears Holdings Management Corporation; Stanley Black & Decker, Inc.; Rexon; Rexon Industrial Corp., Ltd.; Power Tool Specialists, I

Velez Cintron, Rosa v. K-Mart, Corp.; et al.

Velez Collazo, Mildred; Pablo Santana Zapata; et al v. Sears Roebuck De Puerto Rico, Inc., y/o K-Mart Corporation; et al

Velez, Michael v. Kmart Corporation

Ventresca, Frances v. Kmart Corporation

Villalobos, Elia v. Sears; Sears, Roebuck and Co.; Hulen Mall, LLC; and Xencom Facility Management LLC

Villamil, Alicia v. Sears, Roebuck and Co.; and Sears Holdings Management Corporation -- TX NON-SUBSCRIBER

Vinson, James aso Allstate Insurance Company v. Sears, Roebuck and Co.

Vissepo, Ana v. K Mart Corporation

Vosburg, Jerry & Esther v Sears, Roebuck & Co.

## Litigation

Vossel, Jamie and Lottich, Brian & Estrella aso State Farm Fire & Casualty Company v. Sears, Roebuck & Company & TNT Appliance Installation, Inc.

Wakulik, Tricia v. AMENDED COMPLAINT: Removing: Sears Holdings Corporation dba K-Mart [Adding: Kmart Corporation and Kellermeyer Building Services Acquisition Group]

Walker, Deborah v. K-Mart Corporation

Walker, Scott v. K Mart Corporation

Wallace, Paula and Zachary v. Kmart Corporation aka Kmart Enterprises of Tennessee, Inc., aka Kmart Operations, LLC, aka Kmart of Lebanon, TN aka Sears Operations, LLC

Wardleigh-Coggins, Jodi v. Kmart Corporation, dba Kmart; Does 1-10, inclusive; and Roe Business Entities 1-20, inclusive

Waterland, Sarah aso Nationwide General Insurance Company v. Sears Home Improvement Products, Inc.

Weast, Brad and Melissa aso Allstate Property and Casualty Insurance v. Lowe's Home Centers, LLC; A&E Factory Service, LLC

Webber, Elizabeth v. Sears, Roebuck & Co.; and Does 1-30, inclusive

Wells, Georgia Marie v. K Mart Corporation

West, Martha G. v. Sears, Roebuck and Co.

Weyne Roig, Angela v. Sears Roebuck De PR, Inc.; Julio Alicea Acevedo; et al.

Whetstone, Carole v. Sears, Roebuck and Co.; USI Services Group, Inc. dba Ultimate Services, Inc.; and USI Facility Services, Inc.

Whitney, Carolyn and William v. Sears & Roebuck and Company

Wicks, Terri v. Weslo, Inc.; ICON Health & Fitness, Inc.; Sears Holdings Corporation; Kmart Corporation

Widmeier, Robert and April Widmeier v. Sears Holdings Corporation; Sears, Roebuck & Co.

Wilinski, Diane and Edwin v. Sears, Roebuck and Company

Wilkerson, Brian v. Sears Holdings Management Corp.

Williams, Aquita v. Kmart Corporation; and Coca-Cola Refreshments USA, Inc.

Williams, Betty and Russell v. Sears Roebuck & Co; ABC Corporation 1-5; John Doe Owner 1-5; and John Doe Employee 1-5

Williams, Kimberly v. Sears Holdings Corporation; John/Jane Does 1-10; and ABC Corp. 1-10

Williams, Latoya v. Sears Holdings Corporation dba Sears

Williams, Pamela D. v. Sears Holding Corporation; ABC Insurance Company, Inc.; and ABC Insurance Company, Inc.

Williamson, Debra v. Kmart Corporation; Sears Holding Corporation; John Doe I and John Doe II

## Litigation

Wilson, Karisa v. Kmart Corporation

Wilson, Michael v. Kmart Corporation, a Foreign Corporation

Wilson, William and Tina v. Icon Health & Fitness, Inc.; Sears, Roebuck and Co.; and Sears Holdings Corporation, both doing business as Sears Store #410; and Exertech

Withrow, Anastasia v. Stater Bros.; and Does 1-10 -- AMENDED COMPLAINT -- Add: Doe 1: K Mart Corporation

Woodson, Shelia v. K Mart Corporation; Warren H. Boyer, Inc.; Cipriano Square Plaza Corporation

Yambo Pena, Maria v. Sears, Roebuck De Puerto Rico, Inc. hnc Kmart Corporation; Kmart Corporation; et al.

Yanez, Velma H. v. Kmart #4205; Kmart El Paso 4205, LLC; Kmart Stores of Texas LLC; and Kmart Corporation -- TX NON-SUBSCRIBER

Yates, Michelle v. Sears Holdings Management Corporation

Young, Joanne v. Sears Roebuck & Co.

Young, Kimberly v. Sears, Roebuck and Co.

Young, Sandra Glee v. Income Properties Services, Inc. v. Sears, Roebuck and Co.

Young, Tupper v.K-Mart Apparel of Texas Corp; Martha Marrufo; and Samuel Alvarez -- TX NON-SUBSCRIBER

Zemantauski, Rosemary and Michael v. Kmart Store

Zittlau, Elaine v. Sears, Roebuck & Co.

Zurita, Edinson v. Sears, Roebuck and Co.

## Litigation

(ADA) Lee, Michele v. Sears, Roebuck and Co., et al

Abdeldeen, Nick; as father and next best friend of Zena Abdeldeen, minor v. Sears Roebuck and Company

Akhter, Iqbal v. WalgreenCorporation; C V S Corporation; Walmart Corporation; Express Scripts Corporation; Rite Aid Pharmacy; K.mart Super Center; SUPER K mart; Target Corporation; Jewel/Osco Drugs; Meijer Stores; and Purdue Pharma

Amory / Block Bankruptcy Proceedings

Anderson, Frank J. v. Sears

Arkontaky, Betty Ann, Individually and as Personal Representative for the Estate of Glenn Arkontaky vs. Advance Auto Parts, et al., asbestos defendants including Sears, Roebuck and Co.

AUTO - Burge, Judith; Robert Lane, III; on behalf of his minor child, Robert Lane, IV v. ACE American Insurance Company; and Raymond Plessala

AUTO - PRODS-Rodolfo Ramirez, Enedino v. Thomas Gibney; and ARI Fleet Lt

Barnerd, Danny v. Sears Home Services

Barnhill, Clarence v. Enterprise Holdings, Inc.; Enterprise Holdings, Inc.; Enterprise Holdings, Inc.; Waltco Lift Corp.; Waltco Lift Corp.; Waltco Lift Corp.; Dynamex Fleet Services, LLC; Dynamex Fleet Services, LLC; Dynamex Operations East, Bayouth, Stacy and Kay M., Jr. v. Sears, Roebuck and Co. and Sears Woodland Hills #1151

Beck, Shirley, Individually and as Surviving Spouse, et al., Heirs of the late Charles Beck vs. 3M Company, et al., asbestos defendants including Sears, Roebuck and Co.

Benison, Gary v. Whirlpool Corporation; Sedgwick

Benson, Ryan M. and Sarah A. v. Sears, Roebuck and Co.

Bermudez-Rivera, Marlyn and KLyn Dejesus v. Kmart #3522; John Doe 1-10; and ABC Corp 1-10

Bradley Plumbing LLC v. Sears Home Improvements & Products

Bradshaw, Rodney M. vs. Honeywell International, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Bullitt, Dana v. K Mart Corporation; Kmart Operations, LLC

CHUBB - AUTO-Young, Gabriel v. Sears Holding Management Corporation and Michael Gatewood

CHUBB - Irom, Sheri, Individually and as Next Friend and Guardian of Jacob Irom, a Minor v. Sears, Roebuck and Co. d/b/a A&E Factory Service, LLC and Mark Noble Hensley

Clarida, Alice E. and Richard Dean vs. 3M Company, etc., et al., asbestos defendants including Kmart Corporation

Clawson, Christopher a/s/o State Farm Lloyds v. EZ-Flo International, Inc., Sears Roebuck and Co., and Roy Feagley, D/B/A Ace Appliance Installation

Contile, Maria and Mykalai Kontilai as Co-Special Administrators of the Estate of Sylvia Contile, Deceased vs. Air & Liquid Systems Corporation et al., asbestos defendants including Sears, Roebuck and Co.

Delgado, Reyna Margarita v. Kmart Stores; John Does 1-10; and ABC Corp. 1-10

Desai, Navil v. Sears Holdings Management Corporation, Inc.; Sears Appliance Repair, Inc.; and Sears, Roebuck and Co, Inc.

Dickerson, Scott v. Sears Protection Company

Doe, John, James and Jane v. Sears Holdings Corporation; Kmart Corporation; Rebecca Van Hattem and Does 1-25, inclusive

Flynn, Nettie v. Sears

Freitas, Michael and Barbara Freitas vs. A.O. Smith Corporation, et al., asbestos defendants including

Sears, Roebuck and Co. (a subsidiary of Sears Holdings Corporation)

Fross, Norma, Special Administrator of the Estate of James Fross, Deceased vs. A.W. Chesterton Company, et al., asbestos defendants including Sears, Roebuck and Co.

Frost, James "Buck" v. Sears Home Improvement Products, Inc.

Geraghty, Raymond M. vs. Airco Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Gordy, Albert and Maryann Gordy vs. Akebono Brake Corporation, et al., asbestos defendants including Sears, Roebuck and Co.

Hancock III, James R. vs. Borgwarner Morse Tec LLC, et al., asbestos defendants including Sears, Roebuck and Co.

Harrington, Keith and Cheryl Lee Becker Harrington, his wife vs. ABB, Inc., et al., asbestos defendants including Sears, Roebuck and Co.

Herman, Annette v. Nick Meister

Hillis, David, Individually and as Special Administrator of the Estate of Nancy Hillis, Deceased vs. Archer Daniels Midland Company, et al., asbestos defendants including Sears, Roebuck and Co.

Holguin, Carlos R. v. Sears Roebuck de Puerto Rico, Inc.

Ivory, Diane v. Sears Roebuck and Company

Jimmeye, April and John v. Sears, Roebuck and Co.

Julian, Susan A. and James v. K Mart Corporation

Kelly, Angela and Janyce L. MacKenzie v. Cooper Tire & Rubber Company; TBC Corporation; Meineke Care Care Centers, LLC; MCCC 4333, Inc. d/b/a Meineke Car Care Center #4333; and Sears, Roebuck and Co., d/b/a Sears Auto Center and/or Sears, Roebuck and

Kmart 9676 - City of Streetsboro v. Troy Collidge No. 10, LLC; Sears, Roebuck and Co.; and Portage County Auditor

Lumsden, Andrea C. v. Sears Roebuck and Co.

Manko, Christopher David v. Sears Holdings Management Corporation

Marthone, Solange v. Sears

McHenry, Robert and Rosemary McHenry vs. Air and Liquid Systems Corp., et al., asbestos defendants including Sears, Roebuck and Co.

Miranda, Ana v. Kmart Operations, LLC

Mylonas, Alex v. Sears aka/dba Sears Holdings Corporation

Nesheiwat, Nasri v. Sears Home Service

Norris, Martha Yvonne Hankins v. Kmart Corporation

Nugent, Dolores v. Sears Robuck and Co. Inc

Paez, Presciliano G. and Dolores Guevara, his wife vs. 84 Lumber Company, et al., asbestos defendants including Sears, Roebuck and Co.

Piggee, Wilma, Individually and as Special
Administrator of the Estate of Ernest Piggee,
Deceased vs. Arconic Inc., et al., asbestos defendants
including Sears, Roebuck and Co.

Plummer, Gloria J. v. Sears Holdings Corporation

Poundstone, Jr.; Ronald H. and Doris Poundstone vs.
A.O. Smith Water Products Co., et al., asbestos
defendants including Sears, Roebuck and Co.

Prop Subro Claim - Atlas Roofing

Prop Subro Claim - British Petroleum

Prop Subro Claim - Frigidaire

Prop Subro Claim - Herzog Roofing, Inc.

Prop Subro Claim - Jackson County Water & Sewage
Authority

Prop Subro Claim - King of Prussia Associates
Simon Property Group

Prop Subro Claim - Kozy Korner

Prop Subro Claim - North American Roofing

Prop Subro Claim - Rockaway Realty Associates ISJ
Management Corp.

Prop Subro Claim - Spotsylvania Mall Company c/o
The Cafaro Company

Prop Subro Claim - Tara Retail Group

Prop Subro Claim - Wal-Mart, ADP

Restoff, Joseph vs. CBS Corporation, et al., asbestos
defendants including Sears, Roebuck and Co.

Rivers, Barbara, Individually and as Surviving
Spouse, et al., Heirs of the late Tom Rivers vs. A.W.
Chesterton Company, et al., asbestos defendants
including Sears, Roebuck and Co.

Rosenfeld, Bascia a/s/o Allstate Insurance Company
v. Sears, Roebuck and Co., and Midea American
Corporation

Russell, Vivian v. Sears Holding Management Corp.

Santos, Adrian v. A&E Factory Service

Schulz, Hugo R. Jr. - v. Sears Holdings Corporation

Sears #1434 - State of New Jersey, by the
Commissioner of Transportation v. Willowbrook
Mall, LLC; Sears, Roebuck and Co.; et al.

Sears, Roebuck and Co. v. Virginia Center Common
Realty Holding, LLC S1065

Sears, Roebuck and Co., et al. v. Ideal Industries, Inc.

SEARS-Fassett, Daniel and Leslie; individually and
as parents and natural of J.F., a minor v. Sears
Holdings Corporation; Sears, Roebuck and Co.; Sears
Hometown and Outlet Stores, Inc.; Sears Authorized
Hometown Stores, LLC; Kenmore Craftsman

Shadowen, Jacky v. CT Corporation (Sears Roebuck
and Co)

Shefa LMV, Inc. v. Sears Holdings Corporation;
Ronan Tools, Inc.; Allstar Products Group; Wahl
Clipper Corporation; and Does 1-100, inclusive -
Prop 65

Shepard, Beverly H. v. Cross Country Home Service;
Sears, Roebuck and Co.

Sherman, Rosa v. Sears Home Services

Sims, Susan M. v Sears Holding Corp.

Siu, Gordon, et al. v. Sears Holdings Management
Corp., et al.

Siwecki, Alexandria v. Sears, Roebuck and Co.; John
Does 1-20; Jane Does 1-20; Doe Corporations 1-20;
Doe Partnerships 1-20; Doe Governmental Entities 1-
20.

Stericycle, Inc., Steri-Safe

Stone, Carolyn Cottingham, Individually and as
Special Administrator for the Estate of Clinton Dale
Cottingham, Deceased vs. 4520 Corp., Inc., et al.,
asbestos defendants including Sears, Roebuck and
Co.

Tighe, Patricia vs. Air and Liquid Systems Corp., et
al., asbestos defendants including Sears, Roebuck and
Co.

West, Merle C. and Janice E. Bradford West, his wife
vs. Air & Liquid Systems Corporation, et al.,
asbestos defendants including Sears, Roebuck and
Co.

Williamson, Josefine, Individually and Ronald
Williamson, as Special Administrator of the Estate of
Ronald D. Williamson, Deceased vs. Advance Auto
Parts, Inc., et al., asbestos defendants including Sears,
Roebuck and Co.

**U.S. Trustee Office for S.D.N.Y.**
William K. Harrington, U.S. Trustee
Linda A. Riffkin, Assistant U.S. Trustee
Michael Driscoll, Trial Attorney
Richard W. Fox, Trial Attorney
Susan Golden, Trial Attorney
Nazar Khodorovsky, Trial Attorney
Brian S. Masumoto, Trial Attorney
Richard C. Morrissey, Trial Attorney
Serene Nakano, Trial Attorney
Andrea B. Schwartz, Trial Attorney
Paul K. Schwartzberg, Trial Attorney
Andy Velez-Rivera, Trial Attorney
Greg M. Zipes, Trial Attorney
Cheuk M. Ng, Auditor (Bankruptcy)
Victor Abriano, Bankruptcy Analyst
Danny A. Choy, Bankruptcy Analyst
Nadkarni Joseph, Bankruptcy Analyst
Anna M. Martinez, Bankruptcy Analyst
Mary V. Moroney, Bankruptcy Analyst
Sylvester Sharp, Bankruptcy Analyst
Catletha Brooks, Legal Assistant (Bankruptcy/OA)
Ercilia A. Mendoza, Legal Assistant
(Bankruptcy/OA)
Amanda Cassara, Paralegal (Bankruptcy)
Maria Catapano, Paralegal Specialist
Myrna R. Fields, Paralegal Specialist
Ilusion Rodriguez, Paralegal Specialist

**Ordinary Course Professionals**
Steptoe & Johnson LLP
Haynes and Boone, LLP
Teneo Holdings

**Other Parties in Interest**

**Professionals of Other Parties in Interest**
Sullivan & Cromwell

**Significant Competitors**
ACE Hardware Corporation
Amazon
Amazon.com, Inc.
American Apparel
BCBG MaxAzria
Best Buy
Best Buy Co., Inc.
BJ's Wholesale Club
Costco Wholesale Corporation
CVS Pharmacy
Dillard's, Inc.
Ebay, Inc.
Gap Inc.
hhgregg Appliances and Electronics
J.C. Penney Company, Inc.
Kohl's Corporation
L Brands, Inc.
Limited Stores, LLC
Lowe's Companies, Incv.
Macy's
Meijer
Menard, Inc.
National Electronics Warranty Corporation
("N.E.W.")
Payless Shoesource
Rollins, Inc.
Target Corporation
The Home Depot, Inc.
The Service Master Company
TJX Companies, Inc.
True Value Company
Walmart
Wal-Mart Stores, Inc.

**Top Unsecured Creditors (40)**
American Tire Distributors Inc.
Apex Tool Group LLC
Apparel Sourcing (HK) Limited
Black & Decker US Inc.
Cardinal Health
Chamberlain Manufacturing Corp.
Cleva Hong Kong Ltd.

**Top Unsecured Creditors (40)**
Collins Co. Ltd.
Cooper Tire & Rubber Company
Dongbu Daewoo Electronics America
East Penn Manufacturing Co Inc.
F & T Apparel LLC
FMI Inc.
Frigidaire Company
General Electric Company
Haddad Apparel Group Ltd.
Hasbro Inc.
Husqvarna Outdoor Products
Icon Health and Fitness
Jordache Limited
Maytag Appliances
Michelin North America Inc.
MKK Enterprises Corp.
MTD Products Inc.
Natural Textile Co. Ltd.
Procter & Gamble Distributing
Prudent International Ltd.
Sealy Mattress Company
Serta Incorporated
South China Shoes Products Co.
Tempur Pedic North America LLC
VF Jeanswear Limited Partnership
Waterloo Industries Inc.
Whirlpool Corporation
Whirlpool Kenmore Corporation
Winners Industry Company Limited
Wolverine World Wide Inc.
Xiamen Golden Textile Import
Xiamen Golden Textile Import
Zhejiang Kata Technology Co Ltd.

**Unions**
AFL-CIO
International Brotherhood of Electrical Workers
International Brotherhood of Teamsters
International Union of Operating Engineers
Service Employees International Union
The International Union, United Automobile,
Aerospace and Agricultural Implement Workers of
America (UAW)
The United Food and Commercial Workers
International Union
United Service Workers Union (USWU)
United Steel Workers Union
Workers United
International Brotherhood of Electrical Workers
Local #1075 (IBEW)
International Brotherhood of Electrical Workers
Local #1547
International Brotherhood of Teamsters #107
International Brotherhood of Teamsters #150

**Unions**
International Brotherhood of Teamsters #174
International Brotherhood of Teamsters #243
International Brotherhood of Teamsters #348
International Brotherhood of Teamsters #401
International Brotherhood of Teamsters #688
International Brotherhood of Teamsters #705
International Union of Operating Engineers Local # 399 (IUOE)
International Union of Operating Engineers Local #70
The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) #2901
The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) #8275
The United Food and Commercial Workers International Union Local #880
The United Food and Commercial Workers International Union Local #881 (UFCW)
United Service Workers Union (USWU) District 10
United Steel Workers Union District 10
Workers United #196
Workers United #512
United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW") Local 8275
UAW Local 2901
UFCW Local 880
UFCW Local 881

**Supplemental Workforce Agencies**
Crossfire
Beeline
Randstad

**Customer Programs**
Avalara
Groupon
Intelligent Clearing Network Inc.
Iraq and Afghanistan Veterans of America (IAVA)
Kmart for Kids
March of Dimes
NCH Marketing Inc.
Oregon Beverage Recycling Cooperative
Rebuilding Together
Sears Heroes at Home
ServeYourWay
St. Jude Children's Research Hospital
TechGYRLS
Waste Management
We Are the Mighty (WATM)

**Customer Programs**
YWCA Metropolitan Chicago

**Notice Parties**
Bank of America, N.A., as administrative agent under the First Lien Credit Facility
Citibank, N.A., as administrative agent under the Letter of Credit Facility
JPP, LLC, as administrative agent under the Second Lien Credit Facility
Wells Fargo Bank, National Association, as indenture trustee for the Second Lien Notes
Computershare Trust Company, N.A., as indenture trustee for the SHC Unsecured Notes
BNY Midwest Trust Company, as indenture trustee for the SRAC Unsecured Notes
the Pension Benefit Guaranty Corporation
the Securities and Exchange Commission
the Internal Revenue Service
the United States Attorney's Office for the Southern District of New York

**8% Senior Unsecured Notes due 2019**
Computershare Trust Company, N.A.
Cede & Co.
Computershare Inc.
Wachtell, Lipton Rosen & Katz LLP – Counsel for sears?

**Indenture**
Ally Bank
Banc of America Securities LLC
Bank of America Merrill Lynch
Bank of America, N.A.,
Barclays Capital Inc.
BNY Midwest Trust Company
Citigroup Global Markets Inc.
Deutsche Bank Securities Inc.
Goldman, Sachs & Co.
Merrill Lynch, Pierce, Fenner & Smith Incorporated
PNC Bank, National Association
Siemens Financial Services, Inc.
Wells Fargo Bank, National Association
Wells Fargo Securities, LLC

**Insurance**
ACE
Citizens Insurance Company of America
Hibernia Bk
Liberty Mutual Insurance Company
Massachusetts Bay Insurance Company
National Union Fire Insurance Co.
Ohio Bureau of Workers Compensation

**Insurance**
Old Republic Insurance Company
Safety National
State of California - Office of Self Insurance Plans
(OSIP)
Travelers Indemnity Company
Virginia Surety Company, Inc.,

**Surety Bond**
Ameren Missouri
Bank of America
Beede Site Group
Commonwealth of Massachusetts
First American Title Ins.
Hanover Insurance
Hudson Insurance
LINCOLN GEN INS CO.
RLI Surety
Safeco
Sears Protection Company/Wisconsin
Travelers Casualty and Surety
Trinity Reit, Inc.
Virginia Surety
WC CA Liberty posted cash
XL Specialty Insurance

**Third Party Alliances**
American Express Travel Related Services Company,
Inc.
Blackhawk Network, Inc.
SHC Promotions, LLC

**Utility from extranet**
100 Mushroom Blvd Associates LLC
1057 Hanover LLC
1511 Simon Property Group LP
225 Robbins LLC
380 Towne Crossing L.P.
701 Osage Owner LLC
770 Broadway Owner LLC
9445 Richmond Town Square Mall LLC
A&B Properties, Inc.
ABCWUA
AC I Berlin LLC
Acadia Realty LP-Property #0056
Acadia Realty Trust, NY
ACC Stormwater
ACS
AEP/24002-Ohio Power
AEP/24407/24412-Indiana Michigan
AEP/24410-Kentucky Power
AEP/24413/24415-Appalachian Power
AEP/24414-Kingsport Power

**Utility from extranet**
AEP/24418-Columbus Southern Power
AEP/24421 Public Service Company of OK
AEP/24422-Southwestern Electric Power
AEP/24424
Alabama Power
Alagasco - Alabama Gas Corporation
Alameda County Water District
Albany Road-Springfield Plaza LLC
Albany Utilities - GA
Albemarle County Service Authority
Albuquerque Bernalillo County Water
Alcorn County Electric Power Assn.
Alexandria Renew Enterprises
Algona Municipal Utilities, IA
Alliant Energy/IPL
Alliant Energy/WP&L
Allied Oil Company LLC
ALP Utilities
Altoona Water Authority
Amador Water Agency, CA
Amarillo Mall, LLC
Ameren Illinois
Ameren Illinois Company
Ameren Missouri
American Electric Power - Aep Columbus Southern
American Electric Power - Aep Ohio
American Electric Power - Aep Texas
American Electric Power (AEP)
American Industrial Center IX, LLC
American Messaging
American Water & Energy Savers
Amerigas/Charlotte, NC
Amerigas/Londonderry, NH
Amerigas/New Castle, DE
Ames Municipal Utilities
AN WC Holdings LP
Anchorage Water & Wastewater Utility
Andalusia Utilities
Anderson City Utilities
Anne Arundel County Water and Wastewter
Anniston Water Works, AL
Antioch Redevelopment Partners, LLC
AP Adler NVIP, LLC
Apex Billing Solutions
Apple Ventures, LLC
APS
APS/Arizona Public Service
AQUA IL
Aqua Indiana, Inc.
Aqua New Jersey/1229
Aqua OH
Aqua Pennsylvania/1229
Aquarion Water Company of CT
Arboreal Real Estate LLC
Arizona Public Service

**Utility from extranet**

Arizona Water Company
Arkansas Oklahoma Gas Corp (AOG)
Armstrong
Arnot Realty
Artesian Water Company, Inc.
AT&T
AT&T (Ameritech)
AT&T (Bellsouth)
AT&T (Pacific Bell)
AT&T (Southwestern Bell)
AT&T Mobility
Atascadero Mutual Water Co
Athens Clarke County, GA
Athens Township Authority, PA
Atlanta Gas Light (AGL)
Atlantic Broadband
Atlantic City Electric
Atlantic City Electric/13610
ATMC
Atmos Energy/790311
Auburn Water & Sewer Dist, ME
Auburn Water District, MA
Augusta Utilities Department
Aurora Water/City of Aurora, CO
Austell Natural Gas System
Automotive Realty Corp.
Autoridad de Acueductos y Alcantarillado
Avenel Realty Associates, LLC
Avista Utilities
Azusa Light & Water Department
BAI Rutland LLC
BAJSA
Baker & Baker
Baker Properties LP
Baldwin EMC
Baltimore Gas & Electric
Bangor Gas, ME
Bangor Water District
Bath Electric Gas & Water
Bay County Dept of Water & Sewer MI
BCSP OND Property LLC
BCWSA (Bucks County Water & Sewer)
Beaches Energy Services
Bear Valley Electric Service
Beaufort-Jasper Water & Sewer Authority
Beaver Falls Municipal Authority
Beckley Sanitary Board WV
Beckley Water Company, WV
Belmont County Sanitary Sewer Dist, OH
Belmont Petroleum Corp.
Belvidere Water and Sewer Department
Ben Tobin Companies, LTD
Benderson Development Co., Inc - 823201
Bensalem MZL LLC
Benton County PUD

**Utility from extranet**

Benton PUD
Berkshire Gas Company
Berkshire Mall LLC - W510159
Berlin Township, MI
Berwick Associates
BGE
Big Box Property Owner E, LLC
Big Flats Water Dept
Big V Town Centre
Birch Communications
Bi-State Propane - 5135
Bi-State Propane,NV
Black Hills Energy
Black Hills Energy - Kansas Gas Utility Company
Blackfox Parkway Associates
Blackman Charter Township
Blue Ribbon Fuel Corp.
Bluefield Gas Company
Bluefield Gas Company/932522
Board of Municipal Utilities, Sikeston
Board of Public Utilities-Cheyenne, WY
Board of Water Supply/HI
Board of Water Works of Pueblo, CO
Borough of Akron,PA
Borough of Belle Vernon, PA
Borough of Chambersburg, PA
Borough of Edwardsville
Borough of Elmwood Park,Water Collection
Borough of Ephrata, PA
Borough of Glassboro, NJ
Borough of Hanover, PA
Borough of Indiana, PA
Borough of Lawnside Sewer Dept
Borough of Maywood, NJ
Borough of Paramus, NJ
Borough of Shillington, PA
Borough of Watchung, NJ
Bossier City Utilities Dept. LA
Bottini Fuel
Boulevard Mall SPE, LLC
Bowling Green Municipal Utilities
Bradley Public Service District, WV
Bradys Run Sanitary Authority, PA
Braelinn Village 1752 LLC
Braelinn Village II, LLC
Braintree Electric Light Department
Braintree Water & Sewer Dept
BRE Retail Residual Owner 1, LLC/645351
BRE Retail Residual Owner 1, LLC/713547
Breckenridge Assoc LLC
Brick Township Municipal Utilities
Brighthouse Networks
Bristol Virginia Utilities (BVU) - 8100
Brixmor GA Streetsboro Crossing LLC
Brixmor Hamilton Plaza Owner LLC

**Utility from extranet**

Brixmor IA Southfield (MI) SC LLC
Brixmor Miami Gardens, LLC
Brixmor Property Group/645346
Brodhead Creek Regional Authority,PA
Brownsburg Management Group LTD
Brownsville Public Utilities Board
Brunswick & Topsham Water District
Brunswick Sewer District
Buckeye Water District, OH
Buena Vista Township Water & Sewer Dept.
Buffalo Water
Builders, Inc-Comml Div.
Burbank Water and Power
Burlington Township Water&Sewer Utility
Butler County Water & Sewer Department
BV Associates
BVS Poughkeepsie, LLC
Byron Township MI
C. Hoffberger Co.
Cable One
Cabot Waterworks
Cafaro Bradford/Tuller Sq
Caledonia Utility District
Calhoun Utilities, GA
California Water Service-Bakersfield
California Water Service-Chico
California Water Service-Salinas
California Water Service-Stockton
California Water Service-Torrance
California Water Service-Visalia
California-American Water Company
Caln Township, PA
Calvert County Government, MD
Camden County MUA
Cape Fear Public Utility Authority
Cape Town Plaza LLC
Capital Electric Cooperative, Inc
Capital Enterprises, Inc.
CAPREF Lloyd Center LLC
Carbon Emery Telcom
Carolina Mall-Hull Storey Retail Group
Carolina Place
Carroll Home Services
Carroll Partnership LLP
Cascade Natural Gas
Caseyville Township Sewer System (IL)
Cedar Rapids Municipal Utilities
Cedar-Circle LLC
Centerpoint Energy - Tx (Inc. Houston)
CenterPoint Energy Minnegasco/4671
CenterPoint Energy/1325/4981/2628
CenterPoint Energy/4583
Central Florida Gas
Central Hooksett Water
Central Hudson Energy Group, Inc.

**Utility from extranet**

Central Hudson Gas & Electric Co
Central Maine Power (CMP)
Centro Enfield LLC
Centurylink
Chambersburg Mall Realty LLC
Champion Energy Services, Llc
Champion Energy Services, LLC/4723
Champion Energy Services/4190
Champion Energy, LLC/4749
Charles County Government
Charles Mall Co., LP
Charleston County Revenue Collections
Charleston Sanitary & City of Charleston
Charleston Water System
Charlevoix Township Treasurer, MI
Charlotte County Utilities
Charter Communications
Charter Township of Blackman, MI
Charter Township of Madison, MI
Charter Township of Orion, MI
Charter Township of Plymouth, MI
Charter Township of Port Huron, MI
Chattanooga Gas Company/5408
Chautauqua County, NY
Chehalis, LLC
Chelan County Public Utility District
Chemung County Sewer Districts
Chenowith Water PUD
Cherokee Electric Coop, AL
Chesapeake Utilities
Chesapeake Utilities-Sandpiper Energy
Chillicothe Utilities Dept, OH
Christian Brothers University
Chugach Electric
Cincinnati Bell
Cisco Systems
Citizens Energy Group
Citizens Gas Fuel Co MI
Citrus Heights Water District
City & County of Butte-Silver Bow
City Corporation - Russellville W & S
City Finance Director
City of Aberdeen, SD
City of Aberdeen, WA
City of Abilene, TX
City of Adrian, MI
City of Aiken, SC
City of Akron-Utilities Business Office
City of Alamogordo, NM
City of Alexandria, LA
City of Alliance, NE
City of Altamonte Springs, FL
City of Alton, IL
City of Amarillo, TX
City of Ammon, ID

**Utility from extranet**

City of Anaheim, CA
City of Ann Arbor Treasurer, MI
City of Antioch, CA
City of Ardmore, OK
City of Arlington, TX
City of Arroyo Grande, CA
City of Artesia, NM
City of Arvada, CO
City of Asheboro, NC
City of Asheville, NC
City of Ashtabula, OH
City of Athens Utilities
City of Athens, TX
City of Attleboro, MA
City of Aurora, IL
City of Austin, TX
City of Bakersfield, CA
City of Baltimore, MD (metered water)
City of Bangor Wastewater
City of Barberton, OH
City of Bartlesville, OK
City of Battle Creek, MI
City of Baytown, TX
City of Beaumont, TX
City of Beaverton, OR
City of Belleview, FL
City of Belleville, IL
City of Bellingham, WA
City of Belton, TX
City of Benicia, CA - Benicia Utilities
City of Bethlehem, PA
City of Big Spring, TX
City of Billings, MT-30958
City of Binghamton, NY
City of Bishop, CA
City of Bismarck, ND
City of Bloomington, IL
City of Bloomington, IN
City of Bloomington, MN
City of Bluefield, WV
City of Blythe CA
City of Boca Raton, FL
City of Boynton Beach, FL/Utilities Dept
City of Branson, MO
City of Brea, CA
City of Brevard, NC
City of Brewton Utilities AL
City of Bridgeport, WV
City of Brighton, CO
City of Brockton, MA
City of Brookfield, WI
City of Brooklyn Center, MN
City of Brooksville, FL
City of Buena Park, CA
City of Burbank, CA

**Utility from extranet**

City of Burlington, NC
City of Burlington, WA
City of Burnsville, MN
City of Calumet City, IL
City of Camarillo, CA
City of Camas, WA
City of Cambridge, MA
City of Cambridge, OH - Utilities Dept
City of Camden, SC
City of Cape Girardeau, MO
City of Carlsbad, CA
City of Carroll Utilities, IA
City of Casa Grande, AZ
City of Casper, WY
City of Centerville, GA
City of Centralia, WA
City of Ceres, CA
City of Cerritos, CA - Water Billing
City of Chandler, AZ
City of Charles City, IA
City of Charlevoix Utilities, MI
City of Charlotte, NC
City of Charlottesville, VA
City of Chattanooga, TN
City of Cheboygan, MI
City of Chehalis, WA
City of Cherokee, IA
City of Chicago, IL- Dept. of Water
City of Chubbuck, ID
City of Chula Vista, CA
City of Clearwater, FL
City of Clermont, FL
City of Cleveland Division of Water
City of Clinton, OK
City of Clovis, CA
City of Clovis, NM
City of Coalinga, CA
City of Cocoa, FL
City of Coeur d Alene, ID
City of College Park, GA
City of Colonial Heights, VA
City of Columbia, MO
City of Columbia, MS
City of Columbia, SC - Water
City of Commerce, GA
City of Concord, NC
City of Concord, NH
City of Conway, SC
City of Cookeville, TN
City of Coon Rapids, MN
City of Cornelia, GA
City of Corona, CA
City of Corpus Christi,TX-Utility Busine
City of Corvallis, OR
City of Covington, GA

**Utility from extranet**

City of Craig, CO
City of Crockett, TX
City of Crossville, TN
City of Crystal Lake, IL
City of Cudahy Water/Sewer Dept
City of Dallas, TX
City of Danbury-Water Dept.
City of Danville, VA
City of Davenport, IA
City of Daytona Beach, FL
City of Dearborn, MI
City of Decatur, IN
City of Defiance
City of Deland, FL
City of Delano, CA
City of Denton, TX
City of Des Plaines, IL
City of Detroit Lakes, MN
City of Devils Lake, ND
City of Dinuba
City of Douglas, GA
City of Dover, DE
City of Downey, CA
City of Dubois, PA
City of Duluth Comfortsystems
City of Durham, NC (Sewer/Water)
City of Eaton, OH
City of Eau Claire, WI
City of Edmond, OK
City of Effingham, IL
City of El Cajon, CA
City of El Centro, CA
City of Elgin, IL
City of Elkins, WV
City of Elko Utility Bill
City of Elmhurst, IL
City of Elwood Utilities, IN
City of Elyria - Elyria Public Utilities
City of Elyria - Stormwater
City of Emporia, KS
City of Englewood, CO
City of Enid, OK
City of Escanaba-Utilities
City of Escondido, CA
City of Eureka, CA
City of Fairmont, MN
City of Fall River Water Department
City of Fargo, ND
City of Farmers Branch, TX
City of Farmington, NM
City of Fayetteville, AR
City of Fenton, MI
City of Fernandina Beach-Utility Dept
City of Fitchburg, MA
City of Flagstaff, AZ

**Utility from extranet**

City of Florence, SC
City of Fond Du Lac, WI
City of Fort Dodge Water Billing
City of Fort Lauderdale, FL
City of Fort Myers, FL
City of Fort Oglethorpe, GA
City of Fort Smith, AR
City of Fort Walton Beach, FL
City of Fostoria, OH
City of Frederick, MD
City of Fresno, CA
City of Frisco, TX
City of Gainesville, GA
City of Galesburg, IL
City of Gallipolis, OH
City of Garden City, KS
City of Garland Utility Services
City of Gastonia, NC
City of Gillette, WY
City of Glendale, AZ/500
City of Glendale, CA - Water & Power
City of Glendive, MT
City of Glenwood Springs, CO
City of Goldsboro, NC
City of Gonzales, LA
City of Goodlettsville, TN
City of Grand Island, NE
City of Grand Junction, CO
City of Grand Rapids, MI
City of Grandville, MI
City of Granite City, IL
City of Grass Valley, CA
City of Grayling, MI
City of Great Falls, MT
City of Greeley, CO
City of Greenfield, WI
City of Greensboro, NC
City of Greenville, MI
City of Gresham, OR
City of Griffin, GA
City of Gulfport, MS
City of Guymon, OK
City of Hagerstown
City of Hamilton, MT
City of Hanford, CA
City of Hastings, MI
City of Hattiesburg, MS/1897
City of Havre, MT
City of Heath, OH
City of Helena, MT
City of Hemet, CA
City of Henderson, KY
City of Henderson, NV - Utilities Srvc
City of Hesperia, CA
City of Hialeah, FL-Dept of Water & Sewe

111

**Utility from extranet**

City of Hickory, NC
City of High Point, NC
City of Hobbs, NM
City of Hollister, CA
City of Hollywood, FL
City of Holyoke, MA
City of Houston, TX - Water/Wastewater
City of Huber Heights, OH
City of Humble, TX
City of Huntington Beach, CA
City of Hurst, TX
City of Hutchinson, KS
City of Idaho Falls, ID
City of Independence, MO
City of International Falls, MN
City of Iowa City, IA
City of Irving, TX
City of Jackson Utility Billing, MI
City of Jackson, CA
City of Jackson, OH
City of Jacksonville, NC
City of Jacksonville, TX
City of Jamestown, NY
City of Jesup, GA
City of Joliet, IL
City of Joplin, MO
City of Kankakee, IL
City of Kendallville, IN
City of Kennewick, WA
City of Kent, WA
City of Killeen, TX
City of Kingman, AZ
City of Kingsburg, CA
City of Kingsland, GA
City of Kingsport, TN
City of Kokomo, IN
City of Lacey, WA
City of Lafayette, IN
City of Lake Charles Water Division
City of Lake Charles, LA
City of Lake Wales, FL
City of Lakeport, CA
City of Lakewood, CA
City of Lakewood, CO
City of Lancaster, PA
City of LaPorte Utilities, IN
City of LaPorte, IN
City of Laramie, WY
City of Laredo, TX
City of Las Cruces, NM
City of Las Vegas - Sewer
City of Lawrence, KS
City of Lawton, OK
City of Lebanon, PA
City of Lebanon, TN

**Utility from extranet**

City of Leesburg, FL
City of Lemoore, CA
City of Leominster, MA
City of Lewisburg, WV
City of Lewiston, ID
City of Lima - Utilities, OH
City of Lincoln Park, MI
City of Livonia, MI
City of London, OH
City of Long Beach, CA
City of Longmont, CO
City of Longview, TX
City of Longwood, FL
City of Lorain, OH
City of Lorain, OH - Water
City of Loveland, CO
City of Lowell, MA
City of Lufkin, TX
City of Lumberton, NC
City of Lynchburg, VA
City of Lynnwood, WA
City of Madison Heights, MI
City of Mandeville, LA
City of Mankato, MN
City of Manteca, CA
City of Marietta, OH
City of Marine City
City of Marion, IL
City of Marion, OH
City of Marlborough, MA
City of Marshall, MI
City of Martinsburg, WV
City of Mary Esther, FL
City of Maryville Utilities,TN
City of Massillon, OH
City of Mauston, WI
City of McHenry - 333
City of Medford, OR
City of Melbourne, FL
City of Menominee, MI
City of Merced, CA
City of Meridian, MS
City of Mesa, AZ
City of Mesquite, TX
City of Middletown, OH
City of Midland, MI
City of Midland, TX
City of Midwest City, OK
City of Milledgeville GA
City of Milton, FL
City of Minnetonka, MN
City of Minot, ND
City of Mission,TX
City of Modesto, CA
City of Moline, IL

| **Utility from extranet** | **Utility from extranet** |
|---|---|
| City of Monroe, LA | City of Phenix City, AL |
| City of Monroe, NC | City of Philadelphia - Water Revenue, PA |
| City of Monroe, OH | City of Phoenix, AZ - City Services |
| City of Montclair, CA | City of Pickerington, OH |
| City of Morganton, NC | City of Pikeville, KY |
| City of Moultrie, GA | City of Pineville, LA |
| City of Mount Airy, NC | City of Piqua, OH |
| City of Mt Pleasant, MI | City of Pittsburg, KS |
| City of Mt. Pleasant, TX | City of Plano, TX |
| City of Mt. Vernon Utility Dept, IL | City of Plantation, FL |
| City of Muskegon, MI | City of Pleasanton, CA |
| City of Muskogee, OK | City of Pompano Beach, FL |
| City of Myrtle Beach, SC | City of Port Arthur, TX |
| City of Nampa, ID | City of Portage, MI |
| City of Naperville, IL | City of Portland, OR |
| City of Naples, FL | City of Portland, TX |
| City of Neptune Beach, FL | City of Portsmouth, NH |
| City of Nevada, MO | City of Prescott, AZ |
| City of New Brunswick, NJ | City of Puyallup - Utilities |
| City of New London, CT | City of Rahway, NJ |
| City of Newark, DE | City of Raleigh, NC |
| City of Newburyport, MA | City of Rancho Cucamonga, CA |
| City of Niles, OH | City of Red Oak, IA |
| City of Norman, OK | City of Redding, CA |
| City of North Canton, OH | City of Redlands, CA/6903 |
| City of North Las Vegas, NV- Finance Dep | City of Redmond, WA |
| City of North Miami Beach, FL | City of Redwood City |
| City of North Miami, FL | City of Reidsville, NC |
| City of Novi, MI | City of Reno, NV |
| City of Oakdale, CA | City of Richardson, TX |
| City of Ocala, FL | City of Richland, WA |
| City of Oceanside, CA | City of Richmond, MI |
| City of Odessa, TX | City of Richmond, VA |
| City of Oklahoma City, OK | City of Ridgeland, MS |
| City of Olathe, KS | City of Ripon,WI |
| City of Olean, NY | City of Rochester, NH |
| City of Olive Branch, MS | City of Rock Hill, SC |
| City of Olympia, WA | City of Rockford, IL |
| City of Opelousas, LA | City of Rocky Mount |
| City of Orange, CA | City of Rome, GA |
| City of Oregon, OH | City of Rome, NY |
| City of Oviedo, FL | City of Roseburg, OR |
| City of Panama City Beach, FL | City of Roseville, CA |
| City of Panama City, FL | City of Roseville, MI |
| City of Paris, TX | City of Roswell, NM - Water Dept |
| City of Parkersburg, WV | City of Round Rock, TX |
| City of Pasadena, CA | City of Russell Springs Sewer & Water |
| City of Pasadena, TX | City of Sacramento, CA-Dept of Utilities |
| City of Pekin, IL | City of Saint Paul, MN |
| City of Pell City, AL | City of Salem, OR |
| City of Pembroke Pines, FL | City of Salem, VA |
| City of Pensacola, FL | City of Salina, KS |
| City of Perry, FL | City of Salisbury, NC |
| City of Peru, IL | City of San Angelo Utility Billing |
| City of Petaluma, CA | City of San Bernardino, CA - Water |

| **Utility from extranet** | **Utility from extranet** |
|---|---|
| City of San Bruno, CA | City of Sunrise, FL |
| City of San Jose, CA | City of Sweetwater, TX |
| City of San Luis Obispo, CA | City of Tacoma Public Utilities |
| City of Sandusky, MI | City of Tacoma Solid Waste Management |
| City of Sanford, FL | City of Taft, CA |
| City of Sanford, NC | City of Tallahassee, FL |
| City of Santa Ana, CA | City of Tallmadge, OH |
| City of Santa Barbara, CA | City of Tampa Utilities |
| City of Santa Clara, CA | City of Taylor, MI - Water Dept |
| City of Santa Fe, NM | City of Tehachapi, CA |
| City of Santa Maria, CA | City of Temple Terrace, FL |
| City of Santa Monica, CA | City of Terre Haute/Sewer |
| City of Santa Paula, CA | City of Texas City, TX |
| City of Santa Rosa, CA-Tax Bills | City of The Dalles, OR |
| City of Santa Rosa, CA-Water & Sewer | City of Thief River Falls, MN |
| City of Sarasota, FL | City of Thornton, CO |
| City of Savannah, GA | City of Thousand Oaks, CA |
| City of Scotts Valley, CA | City of Tifton, GA |
| City of Scottsbluff, NE | City of Tigard, OR |
| City of Sealy, TX | City of Titusville, FL |
| City of Seattle/35177/35178 | City of Tolleson, AZ |
| City of Sebring, FL | City of Topeka, KS |
| City of Sevierville, TN | City of Torrance Utilities |
| City of Shawnee, OK | City of Trotwood, OH |
| City of Shelby, NC | City of Troy, MI |
| City of Sheridan, WY | City of Tucson, AZ |
| City of Sherman, TX | City of Tucumcari, NM |
| City of Show Low, AZ | City of Tukwila, WA |
| City of Shreveport, LA-D O W A S | City of Tulsa Utilities |
| City of Sierra Vista AZ | City of Tuscaloosa, AL |
| City of Sioux City, IA | City of Twin Falls, ID |
| City of Solon, OH | City of Tyler, TX |
| City of Somerset, KY | City of Union Gap, WA |
| City of Somerville, MA | City of Valdosta, GA |
| City of Southaven, MS | City of Vancouver, WA |
| City of Sparks, NV | City of Vero Beach, FL |
| City of Spokane, WA | City of Victoria,TX |
| City of Springboro, OH | City of Victorville, CA |
| City of Springfield, OH | City of Vienna, WV |
| City of St. Albans MUC | City of Virginia Beach, VA |
| City of St. Albans/1488 | City of Visalia, CA - Utility Billing |
| City of St. Clair Shores, MI | City of Waco Water Office |
| City of St. Cloud, MN | City of Wake Village, TX |
| City of St. George, UT | City of Walla Walla, WA |
| City of St. Joseph, MO | City of Warren, MI |
| City of St. Marys, OH | City of Warren, OH |
| City of St. Peters, MO | City of Warsaw Wastewater Payment Office |
| City of St. Petersburg, FL | City of Wasco, CA |
| City of Statesboro, GA | City of Waupaca, WI |
| City of Statesville, NC | City of Waycross, GA |
| City of Sterling Heights Water | City of Waynesboro, VA |
| City of Sterling, IL | City of Weatherford, TX |
| City of Stockton, CA | City of Webster City, IA |
| City of Streetsboro, OH | City of Weirton, WV |
| City of Sumter, SC | City of Wenatchee, WA |

**Utility from extranet**

City of West Allis, WI
City of West Branch, MI
City of West Columbia, SC
City of West Jordan, UT
City of Westland Water
City of Westminster, CA
City of Westminster, MD
City of White Plains, NY
City of Wichita Water Department, KS
City of Wilkes-Barre- Sewer Maint Fee
City of Williamsburg, VA
City of Williston, ND
City of Winston-Salem, NC
City of Winter Park, FL
City of Woodward, OK
City of Yonkers, NY
City of Yuba City, CA
City of Yuma, AZ
City of Zanesville, OH
City Treasurer Madison - WI
City Treasurer, Virginia Beach
City Treasurer-Public Utilities Dept
City Utilities (Fort Wayne, IN)
City Utilities Commission (Corbin, KY)
City Utilities of Springfield, MO
City Water & Light (CWL)
City Water Light & Power, Springfield IL
Clackamas River Water
Clark County Water Reclamation District
Clark Kennett Realty Partners
Clark Public Utilities
Clarksville Department of Electricity
Clarksville Gas & Water Department
Clarksville Wastewater Treatment Dept, I
Clay County Utility Authority,FL
Clay Electric Cooperative/Orange Park
Clayton County Water Authority
Cleco Power LLC
Clermont County Water Resources, OH
Cleveland Avenue Associates
Clinton Township Treasurer, MI
Coachella Valley Water District
College Station Utilities - TX
College Township Water Authority, PA
Collier Twp Municipal Authority
Colorado Springs Utilities
Columbia Gas of Kentucky
Columbia Gas of Maryland
Columbia Gas of Massachusetts
Columbia Gas of Ohio
Columbia Gas of Ohio - GTS
Columbia Gas of Pennsylvania
Columbia Gas of Pennsylvania - GTS
Columbia Gas of Virginia
Columbia Power & Water Systems (CPWS)

**Utility from extranet**

Columbia Water Company
Columbiana County Water & Sewer
Columbus - City Treasurer
Columbus Light and Water Dept.
Columbus Water Works
Columbus-City Treasurer Power Sewer/Wat
Com Ed
Comcast
Commissioners of Public Wks - Grnwood SC
Commissioners of Public Works-Summervill
Comporium Communications
Con Edison
ConEdison Solutions/223246
Connecticut Natural Gas Corp (CNG)
Connexus Energy
Consolidated Communications
Consolidated Edison
Consolidated Irrigation Dist #19
Consolidated Mutual Water
Constantino Noval NV 2 LLC
Constellation
Constellation NewEnergy Gas Div LLC/5473
Constellation NewEnergy Gas Div/15246
Constellation NewEnergy/4640
Consumers Energy
Continental Realty Corporation
Contra Costa Water District
Conway Corporation
Coplay-Whitehall Sewer Authority
Coral Springs Improv. Dist.
Corinth Gas & Water Dept
Coronado Center
CoServ
Council Bluffs Water Works
County of Henrico, VA
County of York, VA
Covad Communications
Covington Township Sewer Authority, PA
Coweta-Fayette EMC
Cox Communications
CPS Energy
Cranberry Township, Seneca
Creek Road Partners LLC
Crystal City Water Department
Cspire
Cucamonga Valley Water District
Cumberland Mall LLC
Cumberland Valley Rural Electric Coop
Dakota Central
Dakota Electric Association
Dalton Utilities
Dam Neck Crossing
Danville Sanitary District
Dartmouth Mall
Davidson Partners

**Utility from extranet**

| | |
|---|---|
| Dayton Power & Light | Dupage County Public Works |
| Dead River Company/11000 | Duquesne Light Company |
| Dead River Company/Brewer | Durant City Utility, OK |
| Dekalb County Water/Sewer System | DWP-City of Big Bear Lake |
| Delle Donne & Associates, Inc. | Dyersburg Gas & Water Dept |
| Delmarva Power - Md | Earthlink Business |
| DELMARVA POWER DE/MD/VA/17000/13609 | East Bay Municipal Utility Dist (EBMUD) |
| Delta Charter Township, MI | East Brunswick Water/Sewer Utilities |
| Delta Natural Gas Co Inc/Corbin | East Norriton Township |
| Demopolis Water Works & Sewer Board | East Pennsboro Township |
| Denver Water | East Richland Co. P. S. D. |
| Department of Public Utilities, OH | Eastern Municipal Water District |
| Department of Public Utilities/NY | Eastern Oil Company |
| Department of Water Supply, CO of Maui | Eastern Propane & Oil |
| Department of Water, County of Kauai | Easton Suburban Water Authority |
| Dept of Public Utilities,OH | Eastpoint Mall |
| Dept of Utilities City of Quincy IL | Eastview Mall, LLC. |
| Dept of Water Supply/County of HI | Eatel |
| Deptford Township MUA, NJ | Edgewater Mall |
| Des Moines Water Works | El Dorado Irrigation District (CA) |
| Des Moines Water Works, IA | El Paso Electric Company |
| Destiny USA Holdings LLC | El Paso Electric/650801 |
| Direct Energy Business | El Paso Water Utilities |
| Direct Energy/11836 | Electric Board City of Muscle Shoals |
| Direct Energy/643249/660749 | Electric City Utilities/City of Anderson |
| Director of Finance, MD | Elizabethtown Area Water Authority |
| Directv | Elizabethtown Borough |
| Diversified Development Group | Elizabethtown Gas/5412 |
| Division of Water and Wastewater, OH | Elizabethtown Utilities, KY |
| Docomo Mariana Cablevision | Elk Valley Public Service District |
| Dolphin Partners, Inc. | Elkhart Public Utilities |
| Dominion East Ohio/26225 | Elyria Public Utilities |
| Dominion East Ohio/26785 | Emera Maine/11008 |
| Dominion Energy Ohio/26225 | Emera Maine/11031 |
| Dominion Energy Ohio/26785 | Emerald Coast Utilities Authority |
| Dominion Energy West Virginia | Empire District - 219239 |
| Dominion Energy/45841 | Enbridge St. Lawrence Gas |
| Dominion Hope/26783 | Energy Management Systems/Dept 0106 |
| Dominion Retail, Inc/298 | Energy Management Systems/Dept 0468 |
| Dominion VA/NC Power/26543/26666 | Energy West - Montana |
| Dothan Utilities | EnergyWorks Lancaster, LLC |
| Douglasville-Douglas County GA | ENGIE Resources |
| Dover Water Commissioners NJ | Engie Resources, Llc |
| Doylestown Township Municipal Authority | Enstar |
| DPL Energy Resources | Entergy Arkansas, Inc./8101 |
| Draper City Corporation | Entergy Gulf States LA, LLC/8103 |
| DTE Energy - Michcon | Entergy Louisiana, Inc./8108 |
| DTE Energy/630795/740786 | Entergy Mississippi, Inc./8105 |
| Duke Energy | Entergy Texas, Inc./8104 |
| Duke Energy (Oh) | EPB - Electric Power Board-Chattanooga |
| Duke Energy Progress | EPCOR Water/80036 |
| Duke Energy/1004 | EPCOR Water/80037 |
| Duke Energy/1326 | Eric Richard IB Co., LLC |
| Duke Energy/70516 | Erie County Water Authority |
| Duo County Telephone | Erie Water Works |

**Utility from extranet**

ETCBW, LLC c/o Steiner + Associates
Eugene Water & Electric Board (EWEB)
Evansville, IN Waterworks Dept
Everett Utilities
Eversource Energy/650032
Eversource Energy/650034
Eversource Energy/650047
Eversource Energy/650851
Eversource Energy/660369
Eversource Energy/660753
Exelon Energy - Comed
Extreme Networks
F. M. Brown's Sons, Inc.
Fairfax Water - VA
Fairfield Electric Cooperative, Inc.
Fairfield Municipal Utilities
Fairpoint
Fayette Water Board, AL
Ferrellgas/MO-Liberty #40
Filly Oil
Financial Services, AK Dept of NR
First Energy - Jersey Central Power & Light Co. (Jcp&L)
First Energy - Metropolitan Edison Co. (Met-Ed)
First Energy - Ohio Edison Co.
First Energy - Pennsylvania Electric Co. (Penelec)
First Energy - Pennsylvania Power Co. (Penn Power)
First Energy - Potomac Edison (Md)
First Energy - The Cleveland Electric Illuminating Co.
First Energy - Toledo Edison Co.
First Utility District of Knox County
Flagg Creek Water Reclamation District
Flathead County Water Dist #1-Evergreen
Flathead Electric Cooperative, Inc.
Flint EMC,GA
Flint Township-Board of Public Works
Florence Utilities, AL
Florence Water & Sewer Commission
Florida City Gas/5410
Florida Governmental Utility Auth - AQ
Florida Governmental Utility Auth - GG
Florida Governmental Utility Auth - NFM
Florida Keys Aqueduct Authority
Florida Keys Electric Coop Assoc Inc
Florida Keys Electric Cooperative
Florida Mall Assoc LTD
Florida Power & Light Company (FPL)
Florida Public Utilities Co./2137
Forest Hills Municipal Authority
Fort Atkinson Water Department WI
Fort Collins Utilities
Fort Hill Natural Gas Authority
Fort Pierce Utilities Authority
Fort Worth Water Dept, TX

**Utility from extranet**

Fox Metro
Fox Run Mall
Frankfort Plant Board - 308
Franklin County Sanitary Engineering
Franklin Township Dept of Water
Franklin Township, PA - FTMSA
Frederick County Division of Utilities
Fremont City Waterworks, OH
Frenchtown Water
Frontier
Fruitland Mutual Water Company
Fruitport Charter Township, MI
FTC
Fulton County, GA
Fulton, NY Water Department
Fuqua Park Row LLC
Fusco Enterprises
Fyles Brothers
Gadsden Mall Associates LLC
Gainesville Regional Utilities
Galveston County WCID #1
Garden City Water Department, MI
Garden State Pavilions Center LLC
Gas City Utilities IN
GCI
GCSED
General Growth Properties-Century Plaza
Georgetown Centre Partners, Ltd.
Georgetown Municipal Water & Sewer SVC
Georgia Power
Gerald M. Cohen
GF Valdosta Mall
GGP Limited Partnership-Regency Mall
GGP Mall Of Louisiana, LP
Giant Food Stores, Inc.
Glasgow Electric Plant Board
Glasgow Water Co.
Glendale 2004, LLC
Gloucester County Utilities Dept, VA
GNP Partners
Golden Heart Utilities
Golden State Water Co.
Golden Valley Electric Association
Goleta Water District
Goodman Properties/PA
Grand Central Mall
Grand Chute Utilities
Grand Forks Utility Billing
Grand Traverse County Dept of Pub Works
Grand Valley Drainage District
Granger-Hunter Improvement District
Granite
Grays Harbor PUD
Grayson Rural Elec Coop, KY
Grayson Utilities

**Utility from extranet**

Great Hills Retail Inc - IL
Greater Augusta Utility District, ME
Greater Cincinnati Water Works
Greater Hazleton Joint Sewer Authority
Greater Peoria Sanitary District
Greece Town Mall
Green Bay Water Utility
Green Mountain Power (GMP)
Green Mountain Power Corporation
Green Springs LTD
Greenbrier PSD No. 1
Greene Township Muni Auth/PA
Greeneville Light & Power System
Greeneville Water Commission - TN
Greenlawn Water District
Greenville Utilities Commission, NC
Greenville Water System, SC
Greenville Water Works & Sewer
Greenwood Sanitation Department
Gregory F.X. Daly, Collector of Revenue
GreyStone Power Corporation (elec)
Groveport Water Dept.
GS Portfolio Holdings LLC
GSA SPE LLC
GTA
Guam Power Authority
Guam Waterworks Authority
Guilford Water Authority
Gulf Power
Gustine Wind Gap Associates II, LTD
Gwinnett Co. Water Resources
HAB-UTIL (Berkheimer Tax Admin)
Hallsdale-Powell Utility District
Hamilton Township
Hampden Township
Hampton Shaler Water Authority-Fire Ren
Hampton Shaler Water Authority-HSWA
Hancock Center-c/o Regency Center
Hannay Investment Properties, Inc.
Hanover Township, Lehigh County
Hardin County Water District # 2
Hargray Communications
Harlingen Waterworks System
Harris CO MUD #162
Harris County MUD #275
Harrison Utilities
Hastings Utilities, NE
Hawaii Electric Light Co., Inc. (HELCO)
Hawaii Gas
Hawaiian Electric Company (HECO)
Hawaiian Telecom
Hayward Water System
Hazleton City Authority - Water Dept.
Heidner Property Management
Helix Water District

**Utility from extranet**

Henderson/Coyle JT Venture, LP
Henry County Public Service Authority
Heritage Village Water Company
Hermitage Sewer
Hernando County Utilities, FL
Hershey Square 2014 LP
Hickorytech
Hicksville Water District
Highland Sewer & Water Authority
Hillsboro Public Utilities/OH
Hillsborough County Water Resource -BOCC
Hixson Utility District, TN
Holyoke Gas & Electric Department
Holyoke Water Works, MA
Hooksett Sewer Commission, NH
Hopkinsville Electric System
Hopkinsville Water Environment Auth
Horizon
Hot Springs Municipal Utilities
Houghton Lake Sewer Authority
HRSD/HRUBS
Hudson Energy
Hudson Energy Services NY
Hudson Energy Services TX
Hunt Valley Towne Centre
Hyannis Water System
Idaho Power
IGS Energy
IGS Energy - Gas
Illinois-American Water Company
Imperial Irrigation District, CA
Incorporated Village of Garden City, NY
Indian River County Utilities, FL
Indian Wells Valley Water District
Indiana-American Water Company
Indianapolis Power & Light (IPL)
Indio Water Authority
Indyme Solutions
Infinite Energy Inc/105247
Innovative Telephone
Intermountain Gas Company
Interstate Gas Supply, Inc./631919
Iowa-American Water Company
Irving Oil Corp-ME
Its Integrated Telephone Service
Jackson Commons LLC
Jackson County Water & Sewerage Auth.
Jackson Electric Membership Corp, GA
Jackson Energy Authority - 2288
Jackson Metrocenter Mall Ltd
Jackson Purchase Energy Corp.
Jackson Water Collection, MI
Janesville Water & Wastewater Utility
Jardel Co., Inc
Jasper Municipal Utilities

**Utility from extranet**

Jasper Waterworks & Sewer Board, Inc AL
JDBA Vegas, LLC
JEA
Jefferson City Utilities, MO
Jefferson County AL, Sewer Service Fund
Jefferson Parish, LA
Jennings 1-6 LLC
Jersey Central Power & Light
Jersey City MUA
Jersey City Municipal Utilities Auth.
Johnson City Municipal Services
Johnson City Power Board
Johnson City Utility System
Johnson County Wastewater - 219948
Joint Water & Sewer Commission
Jointly Owned Natural Gas
Jones-Onslow Electric
Jordan Valley Water Conservancy District
JPC Investments
JPMCC 2006-LDP7 Centro Enfield LLC
JSM at Route 70, LLC
Jurupa Community Services District
Juster Development
Kamehameha Schools
Kamps Propane of Hayward, CA
Kamps Propane of Sacramento, CA
Kansas City Board of Public Utilities
Kansas City Power & Light Co./219330
Kansas City Power & Light Co./219703
Kansas Gas Service
Kauai Island Utility Cooperative
K-Bay Plaza LLC
KC Water Services
KDHWWTP
Kearny Water Department
Kenhorst MZL LP
Kennebec Water District
Kenosha Water Utility
KENSA Cranberry Associates
Kent Landing Limited Partnership
Kenton Water Works, OH
Kentucky Terminal, INC
Kentucky-American Water Company
Keys Energy Services
KIMCO - Great Barrington 609
Kimco Delaware Inc.
Kin Properties, Inc.
Kissimmee Utility Authority
Kitsap County Public Works
Kootenai Electric
KRCV
KRE Colonie Owner LLC
KRG Las Vegas Centennial Center, LLC
KUB-Knoxville Utilities Board
KU-Kentucky Utilities Company

**Utility from extranet**

La Crosse Water Utility
Lackawanna River Basin-LRBSA
Laclede Gas Company
Lafayette Utilities Systems (LUS)
Lake County Dept of Public Works, IL
Lake County Dept. of Utilities (OH)
Lake Havasu City
Lake Pointe Shopping Center, LP
Lakehaven Water & Sewer District
Lakeland Electric/City of Lakeland,FL
Lakeline Developers
Lancaster Area Sewer Authority PA
Lancaster Utilities Collection-Office
Landis Sewerage Authority
Lansing Board of Water & Light
Las Vegas Valley Water District
Latrobe Municipal Authority, PA
Lavale Associates II LLC
Layton City Corporation
LCEC- Lee County Electric Cooperative
LCWSA-Lycoming County Water & Sewer Auth
Lee County Utilities
Lees Summit Water Utility
Lenoir City Utilities Board (LCUB)
LEVCO Management, Inc.
Level 3
Levin Management Corporation
Lewis County Public Utility District
Lexington-Fayette Urban County Govt
LG Realty Advisors
LG&E - Louisville Gas & Electric
Liberty Utilities - NH
Liberty Utilities Georgia
Liberty Utilities Midstates
Liberty Utilities/219501
Liberty Utilities/219599
Liberty Utilities/6004
Liberty Utilities/6005
Liberty Utilities/80374
Lima Center LLC
Lincoln Electric System
Lincoln Water System
Lockhart Garden,Inc.
Lockhaven Zamagias LTD Partnership
Logan Township Municipal Utilities Auth
Logan Township, PA
London Utility Commission, KY
Los Angeles County Waterworks
Los Angeles Dept of Water & Power/30808
Loudoun Water
Louisville Water Company
Lower Paxton Township Authority
Lower Southampton Township - PA
Lower Valley Energy/Jackson, WY
LSREF Summer REO Trust 2009

**Utility from extranet**

LSREF3 Spartan (Genesee) LLC
Lubbock Power Light & Water
Lumos
Lycoming Mall Realty Holding LLC
MABL-Borough of Lewistown, PA-Water
Macerich Fiesta Mall LLC
Macerich Lubbock Ltd.
Macerich Management Company
Macerich Partnership LP/Chesterfield
Macomb City Waterworks
Macon Water Authority
Madawaska Water District
Madison County Sanitary Sewer, SSA#1
Madison Gas and Electric - WI
Madison Gas and Electric, WI
Madison Suburban Utility Dist
Maine Natural Gas, ME
Malaga County Water District
Mall at Montgomeryville LP
Mall At Valle Vista LLC
Manager of Finance/Denver, CO
Manchester Water Works
Manhasset-Lakeville Water District
Manpower Communications
Mantua Township Municipal Utilities Auth
Marbles Enterprises & Molly Belle Prop.
Marietta Power
Marin Municipal Water District
Marshall County Gas Dist AL
Marshalltown Water Works
Martin County Utilities
Maryland-American Water Company
Matanuska Electric Association, Inc.
Matanuska Telephone Association
MATR/Township of Robinson,PA
Maui Electric Company (MECO)
MAWC
Maysville Utility Commission, KY
McAllen Public Utilities -TX
MCI
McKinley Mall LLC/NY
McKinleyville Community Services Dist
MCP VOA II LLC
MCUD-Manatee County Utilities Department
Meadows Mall
Medford Electric Utility
Medford Water Commission, OR
Mediacom
Medina County Sanitary Engineers
Megapath
Melvin D Hutchings
Memphis Light, Gas & Water Division
Merrillville Conservancy District
Mesa Water District
Met-Ed/3687

**Utility from extranet**

Metro Technology, Inc. (LA)
Metro Water Services TN
Metronet
Metropolitan St. Louis Sewer Dist/437
Metropolitan Telecommunications
Metropolitan Utilities Distric/2166/3600
Metropolitan Water Reclamation District
Miami-Dade County Stormwater Utility
MIAMI-DADE WATER AND SEWER DEPT
Michigan Dept. of Environmental Quality
Michigan Gas Utilities
Mid Valley Disposal, Inc.
MidAmerican Energy Company
Midcontinent Communications
Middle Tennessee Electric Membership
Middle Tennessee Electric Membership/Leb
Middle Tennessee Natural Gas
Middlesex Water Company
Midland Public Service District, WV
Midwest Natural Gas Corp, IN/707
Midwood Management Corp.
Millcreek Township Sewer and Water
Milwaukee Water Works
Minneapolis Finance Dept.
Minnesota Energy Resources
Minnesota Energy Resources Corporation
Minnesota Power
Mishawaka Utilities
Mission Springs Water District
Mississippi Power
Missouri Gas Energy (MGE)
Missouri-American Water
MOAC Mall Holdings, LLC/1450
Mobile Area Water & Sewer System-MAWSS
Modesto Irrigation District
Mohave Electric Cooperative
Mohawk Valley Water Authority
Molay Inc c/o Southpace Mgmt Inc
MonPower/Monongahela Power
Monroe County Water Authority
Montana-Dakota Utilities Co.
Monte Vista Water District
Monterey Regional Water P.C.A.
Montgomery County Environmental Svs, OH
Montgomery Mall LLC
Montgomery Township Municipal Sewer Auth
Montgomery Water Works
Moon Township Municipal Authority
Morgantown Utility Board
Morristown Utility Commission
Morrisville Municipal Authority
Moseley Associates, LTD
MOUNTAINEER GAS/5656
M-Red Management Inc.
MSD Buncombe County

120

**Utility from extranet**

Mt. Olympus Improvement District
Muncie Sanitary District
Municipal Authority of Allegheny Townshi
Municipal Authority of Hazle Township
Municipal Light & Power (Anchorage, AK)
Municipal Light & Power/Anchorage
Municipal Services Commission
Municipal Utilities Board of Albertville
Municipal Utilities/Poplar Bluff, MO
Municipal Water Authority-New Kensington
Murfreesboro Electric Department (MED)
Murfreesboro Water & Sewer Dept.
Murray City Corporation, UT
Muskegon County Public Works
MZIRP, Inc.
Namdar Realty Group LLC
Naples South Realty Associates LLC
Nashua Waste Water System
Nashville Electric Service
Natchez Water Works, MS
National Fuel Gas - Pa
National Fuel Resources
National Fuel Resources/9072/371810
National Fuel/371835
National Grid - Brooklyn/11741
National Grid - Hicksville/11791
National Grid - Massachusetts/11737
National Grid - New York/11742
National Grid - Newark/11735
National Grid - Rhode Island/11739
National Realty & Development Corp.
NDF III MJ Crossing LLC
Nebraska Public Power District
New AFC Realty LLC
New Albany Municipal Utilities
New Castle County Delaware
New Castle Sanitation Authority
New Castle Union Assoc/McKinney Prop
New Castle Utilities, IN
New Century Associates Group, LP
New Jersey American Water Company/371331
New Jersey Natural Gas Company (NJR)
New Mexico Gas Company
New York American Water
New York State Electric & Gas
Newport News Waterworks
Nicor Gas Transportation
Nicor Gas/2020/0632/5407
NIPSCO - Northern Indiana Public Serv Co
Nittany Centre Realty LLC
NJNG
Norry Management Corporation
North Attleborough Electric
North Beckley PSD
North Charleston Sewer District

**Utility from extranet**

North Dakota Telephone
North Georgia EMC
North K I-29 2004 LLC
North Little Rock Electric
North Shore Gas
North State Communications
North Vernon Water & Wastewater Dept IN
North Versailles Township Sanitary Autho
North Wales Water Authority
Northampton Borough Municipal Authority
Northcentral EPA
Northeast Career Planning, The Workshop
Northeast Ohio Regional Sewer District
Northern Kentucky Water Dist
Northern Telephone & Data
Northern Virginia Electric Cooperative
Northern Wasco County PUD
Northland Communications
Northwestern Electric Cooperative, Inc
Northwestern Energy
NorthWestern Energy, MT
NV Energy/30073 North Nevada
NV Energy/30150 South Nevada
NW Natural
NYC Water Board
NYSEG-New York State Electric & Gas
O Fallon Water & Sewer Department, IL
O.B.M.U.A.
Oahu Gas - 7801
Oahu Gas Service
Oak Hill Sanitary Board
Oak Ridge Baptist Church, Inc
OASG Hazlet LLC
Oceanic Time Warner Cable
Oconomowoc City Utilities
OCW Retail-Dedham
OCWA-Onondaga County Water Authority
OG&E -Oklahoma Gas & Electric Service
Ogden City Utilities
Ohio Edison
Ohio Gas Company
Ohio Valley Mall
Oklahoma Natural Gas Co: Kansas City
Olde Sproul Shopping Village
Omaha Public Power District
Oncor
One Penn Plaza, LLC/371486
Oneida Company Ltd.
Onslow Water & Sewer Authority
Ontario Municipal Utilities Company
Ontario Water Works
Orange and Rockland Utilities - Ny
Orange and Rockland Utilities (O&R)
Oscoda Township, MI
Osterman Propane LLC-Methuen

**Utility from extranet**

Osterman Propane LLC-Palmer
Osterman Propane LLC-Plainfield
Otter Tail Power Company
Owensboro Municipal Utilities (OMU)
Oxford Valley
Oxford Water Works, AL
Ozarks Electric Cooperative Corporation
P7/Sealy 1050 Venture Owner, LP
PA Municipal Service Co
Pace Water Systems, Inc
Pacific Gas & Electric
Pacific Gas & Electric Co.
Pacific Power-Rocky Mountain Power
Paducah Power System
Paducah Water Works
Paintsville Utilities
Palace Properties
Palatka Gas Authority
Palm Beach County Water Utilities Dept
Palmetto Electric Coop
Panhandle Telephone Cooperative, Inc.
Paradise Irrigation District
Parkersburg Utility Board
Parr Reno Water Company
Pasco County Utilities
Paulding-Putnam Electric Cooperative
PCK Development Company LLC
Pea Ridge Public Serv Dist
Peabody Municipal Light Plant
Pearl Brook Ltd.
Pearl River Valley EPA
Peco
PECO/37629
Penelec/3687
Penn Power
Penn Ross Joint Venture
Pennichuck Water Works, Inc.
Pennsylvania-American Water Company
Peoples Gas
Peoples TWP LLC
Peoples/644760
PEPCO (Potomac Electric Power Company)
Peru Utilities
Pet Poultry Product, Inc
Philadelphia Gas Works
Phillipsburg Mall LLC
Phoenixville Shopping Center
Piedmont Natural Gas-Nashville Gas
Pike County Light & Power Company (O&R)
Pike Natural Gas Company
Pineville Electric And Telephone - 249
Pittsburgh Water & Sewer Authority
Pittston Commons
PK II Sunset Square LLC
Placer County Water Agency

**Utility from extranet**

Plainfield Charter Township, MI
Platteville Water & Sewer Dept
Plaza Paseo
PNM
Portage County Water Resources
Portage Utility Service Board
Portland General Electric (PGE)
Portland General Electric Company
Portland Water District - ME
POTOMAC EDISON
Potomac Electric Power Company - Md
Pottstown Center LP
Poughkeepsie Galleria
PPL Electric Utilities
PPL Electric Utilities/Allentown
PR Crossroads I LLC
PR Financing LP DBA Francis Scott Key Ma
PR Financing LP DBA Nittany Mall
PR Valley LP
PR Wyoming Valley Limited Partnership
Prattville Water Works Board
PREI's Westport Office Park, LLC #171201
PREIT Services LLC
Presque Isle Water District, ME
Price City Utilities, UT
Price Municipal Corporation, UT
Prince Kuhio Plaza
Princeton Fuel Oil CO Inc
Promenade Delaware, LLC
Providence Water
Provo City Utilities
PSE&G-Public Service Elec & Gas Co
PSEGLI
PSNC Energy (Public Service Co. of NC)
PTI Pacifica Inc.   It & E
Public Utility District of Skagit County
Public Water Supply Dist #3
Public Works Comm. City of Fayetteville
Puerto Rico Electric Power Authority
Puerto Rico Telephone Company
Puget Sound Energy
Puhi Sewer & Water Company
Putnam Public Service District
Putnam WPCA
PWCSA - Prince William County Services
PWSD #1 of Cole County, MO
PYramid Mall Of Glen Falls
Pyramid Walden Company, L.P/Dept #496
QKC Maui Owner, LLC
Queensbury Water
Questar Gas
Qwest
Racine Water Utility - WI
Ramona Municipal Water District
Rancho California Water District

**Utility from extranet**

Randolph Township, NJ
Rapid City Finance Department
Raton Utilities
Raton Utilities/PO99/910/40
Reading Area Water Authority
Receiver of Taxes - Town of Yorktown
Receiver of Taxes -Town of Riverhead
Regency Utilities
Regional Water Authority
Reliant Energy/4932/650475
Revenue Prop Southland Ltd Partnership
Revere Gas Inc
Reynolds Protective Services LLC
Reynoldsburg Water Dept
RG&E - Rochester Gas & Electric
RGPLP-Crofton Centre
RH Sixth Avenue Plaza Shopping Center
Rhode Island Mall Condo Assn.
Richmond Power & Light
Richmond Sanitary District, IN
Ridgewood Water
Riverside Public Utilities, CA
Roanoke Gas Company
Roanoke Rapids Sanitary Dist NC
Rochester Public Utilities
Rochester Telephone
Rock River Water Reclamation
Rock Springs Municipal Utility
Rockaway Realty Associates
Rockaway Township Municipal Utility
Rockaway Township-Sewer Department
Rockland Electric Company (O&R)
Rockwood Water PUD
Rolla Municipal Utilities
Rome City Treasurer, NY
Ronald Wastewater District
Roseburg Urban Sanitary Authority
Rostraver Township Sewer Authority
Rowland Water District
Royal Utility Company, FL
RPAI US Management LLC
RREEF America REIT II Corp. Z
RREEF America REIT II PortfolioLP/209238
Rucci Oil Company Inc.
Sacramento County Utilities
Sacramento Municipal Utility District
Sacramento Suburban Water District
Saginaw Charter Township, MI
Saint Paul Regional Water Services
Salt Lake City Corporation
San Antonio Water System, TX
San Diego Gas & Electric
San Diego Gas &Electric
San Gabriel Valley Water Company
San Jose Water Company

**Utility from extranet**

Sandy Township Municipal Authority
Sanitary Board Of Bluefield, WV
Sanitary District of Michigan City
Sanitation District #1 - KY
Santa Cruz Municipal Utilities
Santee Cooper
Sapp Bros. Inc - Omaha
Sarasota County Public Utilities
Sawnee EMC
SCE&G-South Carolina Electric & Gas
Scotts Valley Water District
SDG Macerich Properties LP (Atlanta)
Seacoast Utility Authority
Seacourt Pavilion
Sedalia Water Department
SELCO - 9258
Selig Enterprises, Inc.
Semco Energy Gas Company
Seneca Light & Water
Seneca Realty Associates
Seven Oil Co.
Sevier County Electric System
Sevier County Utility District (SCUD)
Sewer & Water Utility Bill
Shakopee Public Utility
Shamokin Dam Boro
Shelby Township Dept of Public Works
Shenandoah Valley Electric Co-Op
Shillington Plaza LLC
Shoppingtown Mall NY LLC
Shorelands Water Co. Inc.
Silverdale Water District
Simon Properties
Simon Property Group
Simon Property Group LP/7675
Simon Property Grp, L.P. (OH)
SimplexGrinnell
Sioux Falls Utilities
SMECO (Southern Maryland Electric Coop)
Snohomish County PUD
Somers Point City Sewerage
SourceGas Arkansas Inc.
SourceGas Distribution, LLC
Sourdough Fuel
South Burlington Water Department
South Central Power CO, OH
South County Shopping Town, LLC
South Hills Improvements LLC
South Hills Village Assoc. LP
South Jersey Energy Company
South Jersey Gas Company
South Middleton Township Municipal Auth
South Tahoe Public Utility District
South Valley Sewer District, UT
South Whitehall Township-PA

**Utility from extranet**

South Y Center
Southeast Gas - Andulasia
Southern California Edison
Southern California Gas (The Gas Co.)
Southern Connecticut Gas (SCG)
Southern Maryland Oil
Southern Pioneer Electric Company
Southpark Mall LLC
Southwest Gas Corporation
Southwestern VA Gas Company
Spanaway Water Company
Spanish Fork City UT
Spartanburg Water System
Spectrum Utilities Solutions
Speedway Waterworks
SPG Independence Center, LLC
Spokane County Environmental Services
Spokane County Water Dist #3
Sprague Operating Resources LLC/847887
Springdale Water Utilities
Springettsbury Township
Springfield Utility Board
Springfield Water & Sewer Commission
Sprint
Sprint Pcs
SRP -Salt River Project
SRT Communications
St. Mary Parish Water and Sewer Com. #2
Stafford TWP Water & Sewer, NJ
STAG Industrial
Stark County Metropolitan Sewer District
Starwest Louis Joliet LLC
Starwood Ceruzzi
State Street Bank and Trust Company (Trustee For
Company 401k)
Stevens Point Water Department
Stockton Plaza Partners
Stone Mountain Industrial Park, Inc.
Strata
Stroud Township Sewer Authority
Suburban Centers Inc
Suburban Natural Gas
Suburban Propane/NJ-1112
Suburban Propane/NJ-2022
Suburban Propane/NJ-2049
Suburban Propane/NJ-2106
Suburban Propane/NJ-2171
Suburban Propane/NJ-2247
Suburban Propane/NJ-2272
Suburban Propane/NJ-2311
Suburban Propane/NJ-2350
Suburban Propane/NJ-2720
Suburban Propane/SC-Chapin
Suburban Propane-1298
Suburban Water Authority-Mill Hall

**Utility from extranet**

Suburban Water Systems-West Covina
Suddenlink
Suez Water Delaware
Suez Water Idaho
Suez Water New Jersey
Suez Water Pennsylvania
Suez Water Pennsylvania/Metered Fire Ln
Suez Water Rhode Island
Suez Water Toms River
Suez Water Westchester District 1
Suffolk County Sewer Dist-Ny
Suffolk County Water Authority - NY
Sugarcreek Borough, PA
Sulphur Springs Valley Elec Coop
Summit Natural Gas of Maine, Inc.
Sunny Isles Developers LLC
Sunny Slope Water Company
Sunshine Shopping Center Inc
Superior Plus Energy Services/1365 Dept1
Superior Plus Energy Services/1365 Dept3
Superior Water, Light and Power Co.
Susquehanna Valley Mall Associates, L.P.
Sussex County Utility Billing Division
Swansea Water District
Sweetwater Authority
Sweetwater Utilities Board
Sycamore Center DeKalb LLC
Sylacauga Utilities Board - 207
T & T Properties LLC
T Mobile
T Northgate Mall LLC
Taunton Muni Lighting Plant (TMLP) - 870
Taunton Water Division
Taunton Water Division, MA
Tax Collector, City of Danbury, CT
Tax Collector, City of Waterbury, CT
TDS Telecom
Teco Tampa Electric Company
Teco: Peoples Gas
Telefonica
Telepacific Communications
Telesoft
TEMUA
Tennessee-American Water Company
Texarkana Water Utilities
Texas Gas Service
Texas New Mexico Power Company
The Borough of Phoenixville
The Centre at Salisbury
The City of Waco Water Office
The Connecticut Water Company - CWC
The Energy Cooperative
The Hampshire Companies
The Hempfield Twp. Munic Auth/Greenburg
The Illuminating Company

**Utility from extranet**

| |
|---|
| The Kroger Co |
| The McDowell Partnership |
| The Metropolitan District CT |
| The Retail Property Trust |
| The Shops at Nanuet |
| The Trustees of the Estate of BP Bishop |
| The Westover Companies |
| The York Water Company |
| Three Rivers Water Deptartment |
| Tidewater Utilities, Inc |
| Tiger Inc./Department 2192 |
| Time Warner Cable |
| Titusville Commercial Properties |
| TKG Christiana Center LLC |
| TKL-East LLC |
| Toho Water Authority |
| Toledo Edison |
| Tombigbee Electric Power Assoc-Tupelo |
| Toms River Municipal Utilities Authority |
| Tonopah Craig Road Company LLLP |
| Town Center at Cobb, LLC |
| Town East Mall Partnership |
| Town of Abingdon, VA |
| Town of Acton, MA |
| Town of Apple Valley, CA |
| Town of Auburn, MA |
| Town of Batavia, NY |
| Town of Bel Air, MD |
| Town of Big Flats, NY |
| Town of Billerica, MA |
| Town of Brownsburg, IN |
| Town of Burlington, MA |
| Town of Centre, AL |
| Town of Chesterton Utility |
| Town of Christiansburg, VA |
| Town of Clay Uniform Water |
| Town of Clayton, NC |
| Town of Cortlandville, NY |
| Town of Dewitt, NY |
| Town of Elkton, MD |
| Town of Fairhaven, MA |
| Town of Franklin, NC |
| Town of Griffith, IN |
| Town of Hanover Water, MA |
| Town of Hanover, MA-Tax Collector |
| Town of Henrietta, NY |
| Town of Herndon, VA |
| Town of Hudson,NH Water Utility |
| Town of Kill Devil Hills, NC |
| Town of Lantana, FL |
| Town of Lexington, SC |
| Town of Madawaska |
| Town of Madison, NC |
| Town of Manchester, CT |
| Town of Morehead City, NC |

**Utility from extranet**

| |
|---|
| Town of Natick, MA |
| Town of Newburgh, NY |
| Town of Niagara, NY |
| Town of North Attleborough |
| Town of Palmer, MA |
| Town of Plattsburgh, NY |
| Town of Poncha Springs, CO |
| Town of Prescott Valley, AZ |
| Town of Salem, NH |
| Town of Saugus, MA |
| Town of Schererville, IN |
| Town of Swanzey, NH |
| Town of Wallkill, NY |
| Town of Warrenton, VA |
| Town of Watertown, CT |
| Town of Watertown, NY |
| Town of Waynesville, NC |
| Town of Webster, NY |
| Town of Williston, VT |
| Town of Wytheville, VA |
| Town of Yorktown, NY |
| Towne West Square, LLC |
| Township of Belleville, NJ |
| Township of Cumru, PA |
| Township of Falls Authority |
| Township of Franklin Sewerage Auth-NJ |
| Township of Freehold, NJ |
| Township of Livingston, NJ |
| Township of Middletown Sewage Auth. |
| Township of Middletown, Sewer Authority |
| Township of Moorestown, NJ |
| Township of Ocean Sewerage Authority |
| Township of Palmer, PA |
| Township of Parsippany-Troy Hills, NJ |
| Township of Wall, NJ |
| Township of Wayne, NJ |
| Township of West Caldwell, NJ |
| Township of Woodbridge Sewer Utility |
| TPX |
| Tract 349 Mutual Water Co |
| Tracy Mall Partners, LP |
| Treasurer - Spotsylvania County |
| Treasurer, Chesterfield County |
| Trenton Water Works |
| Tricon Properties |
| Tri-County Electric Cooperative, Inc/OK |
| Truckee Meadows Water Authority, NV |
| True Natural Gas |
| True Natural Gas (Fka Coweta-Fayette Emc) |
| Trumbull County Water & Sewer Dept. |
| Trussville Gas and Water |
| TSC |
| Tucson Electric Power Company |
| Tullahoma Utilities Board - 788 |
| Tupelo Water & Light Dept |

**Utility from extranet**

Turlock Irrigation District
Turtle Rock LLC
Tuttle Crossing Associates LLC
Tutu Park Limited
TVWD/CWS
Twenty First Properties, Inc
TXU Energy/650638
U.S. Realty Mgt. Co. LLC (New Jersey)
UGI Central Penn Gas
UGI Energy Services, Inc.
UGI Penn Natural Gas
UGI Utilities - Electric Service
UGI Utilities - Gas Service
UGI Utilities Inc
Union Oil & Gas Incorporated
Uniontown Mall Realty LLC
UniSource Energy Services Elec/80079
UniSource Energy Services Gas/80078
United Illuminating Company
United Power
United Power Inc
UNITIL MA Electric & Gas Operations
UNITIL ME Gas Operations
UNITIL NH Electric Operations
UNITIL NH Gas Operations
Unity Township Municipal Authority PA
Urbandale Water Department
US Cellular
Ute Water Conservancy District
Utilities Commission, FL
Utility Billing Services-AR
Utility Payment Processing BR Water
Utility Payment Processing/BR Water
Valencia Water Company,CA
Valley Energy
Valparaiso City Utilities
Van Buren Township, MI
Vast
Vectren Energy Delivery/6248
Vectren Energy Delivery/6250
Vectren Energy Delivery/6262
Ventura Water
Verendrye Electric Cooperative, Inc.
Verizon
Verizon Business
Verizon Cabs
Verizon Wireless
Vermont Gas Systems, Inc.
Vernal City, UT
Vernon Township Sanitary Authority
Versailles Municipal Utilities
Vertical Industrial Park Assoc.
VI Water and Power Authority-St Croix
Victor Sewer District
Vienna Township Public Works

**Utility from extranet**

Village of Bedford Park, IL
Village of Bloomingdale, IL
Village of Bradley, IL
Village of Bridgeview, IL
Village of Cherry Valley,IL
Village of Chicago Ridge, IL
Village of Deerfield, IL
Village of Elmwood Park, IL
Village of Germantown, WI
Village of Greendale, WI
Village of Greenwich, NY
Village of Gurnee, IL
Village of Herkimer, NY
Village of Hoffman Estates, IL
Village of Horseheads, NY
Village of Lansing, IL
Village of Little Chute, WI
Village of Malone, NY
Village of Manteno, IL
Village of Matteson, IL
Village of Melrose Park, IL
Village of Mokena, IL
Village of New Lenox, IL
Village of Niles, IL
Village of Norridge, IL
Village of North Riverside, IL
Village of Oak Brook, IL
Village of Oak Lawn, IL
Village of Orland Park, IL
Village of Palm Springs, FL
Village of River Grove, IL
Village of Romeoville, IL
Village of Round Lake Beach, IL
Village of Schaumburg, IL
Village of Sidney, NY
Village of South Elgin, IL
Village of Steger, IL
Village of Streamwood, IL
Village of Tinley Park
Village of West Dundee, IL
Village Shoppes of Coconut Creek Investm
Vineland Municipal Utilities
Virgin Islands Water & Power Authority
Virginia Natural Gas/5409
Virginia-American Water Company
Volunteer Energy Cooperative
Voorhees Township
Vornado Office Management LLC, NY
W.U.C., CT
W/S Lebanon Properties LLC
WAL-AUSTIN LP
Wal-Mart Center
Walnutport Authority, PA
Walton EMC
Warren County W & S Dept, OH

**Utility from extranet**
Warwick Billing
Washington Commons NewCo, LLC
Washington County Svc. Authority
Washington County Water and Sewer Dept
Washington Gas/37747
Washington Suburban Sanitary Commission
Wastewater Div. - Hi/County of Hawaii
Water District
Water Environment Services
Water Supply District of Acton MA
Water Works District #3
Waterford Water & Sewer Dept
Waterloo Water Works
WaterOne
Waterpro Inc.
Watertown Water Dept
Waterville Shopping Trust
Waterworks Department (Leavenworth, KS)
Watsonville City Water Dept
WE Energies/Wisconsin Electric/Gas
WEA Southcenter LLC
Webster Plaza Realty LLC
West Boise Sewer District
West Hempfield Township
West Kern Water District
West Milford MUA
West Orange Plaza
West Penn Power
West Side Telecommunications
West View Waste Water Dept
West View Water Authority
West Virginia-American Water Company
West Whiteland Township, PA
Westar Energy/KPL
Western Municipal Water District/7000
Western Virginia Water Authority
Westfall Town Center Joint Venture
Westland Mall Realty LLC
WEWJA-Washington-E Washington Joint Auth
WF Water Department
White Township Sewer Service
Whitehall Township Authority
Wilkes-Barre Township Sewer Maintenance
Williamsport Municipal Water Authority
Willis Towers Watson
Willmut Gas Company
Winchester Municipal Utilities
Winchester Public Utilities, VA
Wind Gap Plaza LP
Windalier West Lebanon, LLC
Windham Water/Sewer Department
Windstream
Wisconsin Public Service
Withlacoochee River Electric Cooperative
Woodbridge Center Property, LLC

**Utility from extranet**
Wooster City Services
Worldnet Telecommunications
Wow Business
WVC Utility Billing
WVR Real Estate II, LLC
Wyoming Valley Sanitary Authority
XCEL Energy:Northern States Power Co.
XCEL Energy:Public Service Company of CO
XCEL Energy:Southwestern Public Service
XO Communications
Yampa Valley Electric Association, Inc.
York County Natural Gas
Young's Market Company, LLC
Youngstown Water Dept., OH
Zamias Services Inc-Dubois Mall
Zia Natural Gas Company

**Vendors (merchandise and non-merchandise)**
1 MODEL MANAGEMENT LLC
10 MGMT 10 MAMAGEMENT INCORPOR
1000BULBS.COM SERVICE LIGHTING
123STORES INC
180S LLC
1928 JEWELRY COMPANY
1ST IMPRESSION LANDSCAPING INC
1WORLDSYNC
2 GIRLS ACCYS INC
2333 DESIGNS AND MANUFACTURING
24 7 COMFORT INC
24 7 CUSTOMER
24 SEVEN
2810 NEWPORT CENTRE LLC
333 CORP
3H FARM LLC
3M
3M COMPANY KBE0561
3M PUERTO RICO INC
4207602 CANADA INC
4IMPRINT
5330 CROSSWIND LLC
5TH & OCEAN CLOTHING LLC
7UP RC BOTTLING CO OF SO CALIF
8 TO 20 PARTNERS LLC
800 ANSWER TECH ANDREW M GOLDS
8X8 INC
8X8 INC-177742863
A & B LANDSCAPE
A & E / KASTAR
A & S RENOVATIONS CORINA CHAVE
A 1 PAINTING BRIAN F SCHIMSCHO
A 1 PROPERTY MANAGEMENT INC
A 1 SWITCHING
A AND B REFRIGERATION

**Vendors (merchandise and non-merchandise)**

A B E PARKING LOT STRIPING CO
A C ELECTRIC CO A-C ELECTRIC C
A D SUTTON & SONS
A D WILLEMS CONSTRUCTION INC
A DOOR SPECIALIST CO
A FASHION COMPANY LIMITED
A GARELECK & SONS INC
A J MANUFACTURING CO INC
A LINE STAFFING SOLUTION LLC A
A PLUS LANDSCAPING AND MAINTEN
A TECH REFRIGERATION & MECHANI
A VERDI LLC
A&A (H.K.) INDUSTRIAL LIMITED
A&H LITHOPRINT
A-1 DOOR SPECIALTIES
A1 MULTI SERVICE LLC A1 ELECTR
AA PLUMBING
AAA COMPLETE BUILDING SERVICES
AAA ENERGY SERVICE CO
AAA GLASS & MIRROR
AAA PHARMACEUTICAL INC
AAA ROOFING BY GENE INC
AADVANTAGE NORTH AMERICAN
AAON
AARONS LAWN CARE & LANDSCAPING
ABA LIGHTING INC
ABACUS ADVISORS GROUP
ABACUS PROPERTY INSPECTIONS BR
ABAM LLC
ABBOTT LABORATORIES PUERTO RIC
ABC ELECTRIC
ABC SEATING INC
ABILITY MAINTENANCE INC
ABLE PLUMBING REPAIR INC
ABONI KNITWEAR LTD
ABOUT TIME SNOW REMOVAL FHG CO
ABS GRAPHICS
ACADEMY FIRE PROTECTION ACADEM
ACC INTERNATIONAL LLC
ACCELERATED ASSEMBLIES INC
ACCENTURE LLP
ACCERTIFY INC
ACCERTIFY INC-702255
ACCESS SHOPPERS GUIDE GATEHOUS
ACCESSORY INNOVATIONS LLC
ACCO BRANDS USA LLC
ACCO ENGINEERED SYSTEMS
ACCU STAFFING SERVICES
ACCULYNK INC
ACCULLINK INC
ACCUSWEEP SERVICES INC
ACCUTIME WATCH CORP
ACCUWEATHER ENTERPRISE SOLUTIO
ACCUWEATHER ENTERPRISE SOLUTIONS-
780258120

**Vendors (merchandise and non-merchandise)**

ACE ASPHALT OF ARIZONA INC
ACE ELECTRICAL CONTRACTORS INC
ACE SIGN CO
ACEWELL LIMITED
ACHIM IMPORTING CO
ACHIM IMPORTING CO INC
ACI INTERNATIONAL
ACME COMPLETE PARKING LOT SERV
ACME UNITED CORPORATION
ACR MAINTENANCE CONTRACTORS CH
ACRS LLC AMERICAN COMMERICAL A
ACTION DOOR CONTROLS INC
ACTION SERVICE CORP
ACTIVEON HOLDINGS INC
ACTIVICA LLC-706791
ACUSTRIP COMPANY INC-1806657508
ACXIOM
AD ART
AD PRO INC
ADAIR PROGRESS INC
ADAM LEVINE PRODUCTIONS INC
ADAPTIVE INSIGHTS INC
ADAPTLY
ADAZON
ADCO SERVICES
ADCOLOR
ADDISON INDEPENDENT
ADECCO EMPLOYMENT SERVICES
ADESSO-MADDEN
ADGIANTS ADGIANTS LLC
ADH GUARDIAN USA LLC
ADHERIS
ADMARKETPLACE INC
ADOBE SYSTEMS
ADP RPO
ADP SCREENING & SELECTION SERVICES
ADRENALINE ENTERPRISES LLC ADR
ADROIT DS LLC ADROIT DIGITAL
ADVANCE MANAGEMENT INC
ADVANCE OHIO MEDIA
ADVANCE PRINTING
ADVANCE PROGRESS
ADVANCE PUBLICATIONS
ADVANCE STAFFING Q A SALES COR
ADVANCED BUILDING CONTROLS
ADVANCED CUSTOM ENG SYSTEMS
ADVANCED DISTRIBUTION SERVICES
ADVANCED DOOR SERVICE INC DOOR
ADVANCED ELECTRIC INC
ADVANCED INTEGRATED SERVICES
ADVANCED LIGHTING SYSTEMS
ADVANCED POWER SWEEP
ADVANCED PROJECT SOLUTIONS
ADVANCED REFRIGERATION HEATING
ADVANCED TECHNOLOGY SERVICES I

**Vendors (merchandise and non-merchandise)**

ADVANTAGE ELECTRICAL SERVICES
ADVANTAGE PAVING ADVANTAGE PAV
ADVANTAGE ROOFING AND RESTORAT
ADVANTAGE STORAGE TRAILERS INC
ADVANTAGE TRANSP EQUIP
ADVERTISER
ADVERTISER GLEAM TENNESSEE VAL
ADWOOD MANUFACTURING LTD
AERCOR WIRELESS INC-517987
AFERO INC
AFFILIATED BUSINESS GROUP INC
AFFINE INC-709371
AFFORDABLE PLUMBING OF UTAH RA
AFFORDABLE PLUMBING PROS M S F
AFFORDABLE SPRINKLERS INC
AFFORDABLE TOOLS LLC
AFG MEDIA LTD
AFN
AFO OFA INVESTMENT GROUP INC Z
AG DISTRIBUTORS & SUPPLIES COR
AGELITY INC
AGENCIA COMERCIAL WAI YUEN
AGENCY WORX LLC
AGGLO CORP LTD
AGILENCE INC
AGRI-FAB INC
AHS STAFFING
AIKEN COMMUNICATIONS
AIM MEDIA TEXAS
AIM MEDIA TX
AINSWORTH PET NUTRITION LLC
A-IPOWER CORPORATION
AIR & WATER INC
AIR AD PROMOTIONS INC
AIR CENTERS OF FLORIDA INC
AIR CHILLER MECHANICAL CONSTRU
AIR CONDITIONING INNOV SOLUTIO
AIR TEMP MECHANICAL INC
AIRGAS
AIRGAS-REFRIGERANTS
AIRSTRON INC
AIRWATCH-696562
AJ SUPER GARMENTS LTD
AJC II LLC
AJM PACKAGING CORPORATION
AJS LANDSCAPE AJS LANDSCAPE OF
AJS TECHNOLOGY INC
AKA SPORT INC
AKAMAI TECHNOLOGIES
AKDY IMPORTS LLC
AKH ECO APPARELS LTD
AKITAS LANDSCAPE AND MAINTENAN
AKORN CONSUMER HEALTH
AKRON BEACON JOURNAL
ALA MAKANA INC

**Vendors (merchandise and non-merchandise)**

ALABAMA MEDIA GROUP
ALANS LAWNMOWER CENTER 90650 A
ALARM DATACOM COMPANY STEPHEN
ALASKA COMMUNICATIONS SYSTEMS
ALASKA INTEGRATED SERVICES
ALASKA MARINE LINES INC LYNDEN
ALASKA NORTH STAR BUILDERS ALA
ALBAAD USA INC
ALBERTA NEWSPRINT SALES
ALBUQUERQUE JOURNAL
ALCON LABORATORIES INC
ALDEN CORPORATION
ALEN USA LLC
ALERT DISTRIBUTING LLC
ALERT STAMPING & MFG CO INC
ALERT STAMPING & MGF CO INC
ALEX BRANDS BUZZ BEE TOYS HK L
ALEXANDRIA NEWSPAPERS
ALFRED R CALABRESE ALFRED CALA
ALFRESCO SOFTWARE LIMITED-522578
ALGONA PUBLISHING CO HALLMARK
ALICE NEWSPAPERS INC GATEHOUSE
ALISON BROD PUBLIC RELATIONS
ALL AMERICAN TRANSFER CO INC
ALL AMERICAN TREE & LAWN JEFF
ALL CORNERS SWEEPING
ALL DESERT SERVICE CORP
ALL DOORS AND GLASS
ALL DOORS LLC CAMERON CALL
ALL IN ONE CONTRACTING INC
ALL IN ONE SERVICE GROUP INC
ALL INTERIORS
ALL PRO OF SARASOTA JOSE L ZEV
ALL PRO PROPERTY MANAGEMENT SE
ALL PRO TRANSPORTATION INC
ALL SEASON PROPERTY MANAGEMENT
ALL SYSTEMS WIRELESS INC
ALL THE RAGES INC
ALL TYPE PROFESSIONAL DOOR SER
ALLEN CO INC NON SBT
ALLEN MECHANICAL
ALLENS PLUMBING INC
ALLERGAN PHARMACEUTICALS
ALLIANCE COMFORT SYSTEMS INC
ALLIANCE MATERIAL HANDLING
ALLIANCE OF WISCONSIN RETAILER
ALLIANCE TIMES HERALD
ALLIANT SYSTEMS LLC
ALLIED DOOR SYSTEMS LLC
ALLIED INDUSTRIES
ALLIED NEWSPAPERS NEWSPAPER HO
ALLIED PACKAGING CORP
ALLIED RENTAL CENTER ALLIED CO
ALLIED STORAGE CONTAINERS INC
ALLIED TRADE GROUP INC

**Vendors (merchandise and non-merchandise)**

ALLIED TRAILER SALES & RENTALS
ALLIED UNIVERSAL SECURITY SERV
ALLION USA LLC-21133494
ALLSEEN ALLIANCE INC
ALLSTAR MARKETING GROUP LLC
ALLURE GEMS LLC
ALLURE HOME CREATION CO INC
ALLWAY TOOLS INC
ALMAR SALES CO INC
ALMO FULFILLMENT SERVICES LLC
ALOHA ISLE MOVING INC
ALPENA NEWS
ALPHA MECHANICAL SERVICE INC
ALPHA MEDIA USA ALPHA MEDIA LL
ALPHA PAVING INDUSTRIES LLC
ALPINE CORPORATION
ALPINE CREATIONS LTD
ALS ASPHALT PAVING CO INC
ALSANGEST INTERNATIONAL LLC
ALSBRIDGE INC
ALSTON & BIRD LLP
ALTA DENA CERTIFIED DAIRY LLC
ALTATAC INC
ALTERNATIVE PRESSURE WASHING &
ALTERRA TOOLS LTD
ALTMAN SPECIALTY PLANTS ALTMAN
ALTMAN SPECIALTY PLANTS SBT
ALTOONA MIRROR CENTRAL PENNSYL
ALVA AMCO PHARMACAL CO INC
ALVIN B CHAN INC
ALVIN SUN AND ADVERTISER HARTM
AMARR
AMAV ENTERPRISES LTD
AMAZON COM
AMAZONLOT
AMBASSADOR ALARMS INC DARREN B
AMBIUS INC
AMBROS INC
AMEC ENVIRONMENT & INFRASTRUCTURE
AMERICAN ACCESSORIES INC
AMERICAN APPLIANCE INSTALLERS
AMERICAN AUTOMATIC DOORS INC
AMERICAN BENEFITS COUNCIL
AMERICAN CASTING AND MANUFACTURING
AMERICAN CLEANING SUPPLY INC
AMERICAN COATINGS & INSULATION
AMERICAN COLOR INC
AMERICAN COLOR INC RYAN VAN HO
AMERICAN DE ROSA LAMPARTS LLC
AMERICAN DIGITAL CORPORATION-
114174253
AMERICAN DISCOUNT OFFICE SUPPL
AMERICAN DOOR AND DOCK
AMERICAN EQUIPMENT SALES INC
AMERICAN EXPRESS

**Vendors (merchandise and non-merchandise)**

AMERICAN FOOD & VENDING CORP
AMERICAN GAS PRODUCTS-691189
AMERICAN GASKET TECHNOLOGIES I
AMERICAN GASKET TECHNOLOGIES INC-
700694
AMERICAN GREETING CORP
AMERICAN INCORPORATED
AMERICAN INTERNATIONAL INDUSTR
AMERICAN JANITOR AND PAPER SUP
AMERICAN LAWNSCAPE & SW SNOWPL
AMERICAN MARKETING ENTERPRISES
AMERICAN MECHANICAL INC
AMERICAN MEDIA INC
AMERICAN NEWS
AMERICAN PAPER CORP
AMERICAN PRESIDENT LINES
AMERICAN PRIDE MECHANICAL
AMERICAN RETAIL LLC
AMERICAN RING CO INC
AMERICAN SNOW REMOVAL INC
AMERICAN SNOW REMOVAL INCORPOR
AMERICAN SOCIETY OF COMPOSERS
AUTHORS AND PUBLISHERS
AMERICAN TELECAST PRODUCTS LLC
AMERICAN TEXTILE COMPANY
AMERICAN TIRE DISTRIBUTORS INC
AMERICAN WEIGH SCALES INC
AMERICAN WOOD FIBERS INC
AMERICAS FRESH FOODS INC
AMERIGAS PROPANE
AMERIPLUS INC
AMERITECH SERVICES
AMERITEMPS AZ LLC
AMERIWOOD INDUSTRIES
AMERIWOOD INDUSTRIES INC
AMI VENTURES
AMLOID CORPORATION
AMNET AMNET GROUP INC
AMO SALES AND SERVICE INC
AMPAC SECURITY PRODUCTS-519249
AMPLEX CORPORATION
AMRA MAP AUTOMOTIVE MAINT & RE
AMREP INC-1051010429
AMS ASSOCIATES
AMS ASSOCIATES INC
AMSTORE
AMTRANET GROUP
AMTURF ENTERPRISES LLC
AMW VIETNAM CO LTD
ANAYA GEMS INC
ANCHOR ACQUISITION LLC
ANCHORAGE DAILY NEWS
ANDA
ANDALUSIA STAR NEWS ANDALUSIA
ANDERSON DAIRY INC

**Vendors (merchandise and non-merchandise)**

ANDINA INC
ANDREW KIRK PAINTERS INC ANDRE
ANDREWS & SON TRADINGS INC
ANERI JEWELS LLC DBA SUMIT DIA
ANEW ELECTRONICS LLC
ANGELS YARD CARE ANGEL TORRES
ANGIES LIST INC
ANGLO-AMERICAN ENTERPRISES COR
ANHAEUSER ELECTRIC
ANIKET METALS PVT LTD
ANIMAL ADVENTURE LLC
ANJER INC TRAILER DIVISION
ANN MARIE LINK
ANT GROUP
ANTELOPE VALLEY PRESS ANTELOPE
ANTHONY KERRIGAN ANTHONY C KER
ANTIGO DAILY JOURNAL BERNER BR
ANTILLAS SHOE CORP
ANTILLES BRANDS INC
ANTIM SOURCING LTD
ANTIMATTER RESEARCH INC-80223034
ANYTHING GOES DELIVERY SERVICE
AON CONSULTING WORLDWIDE
AON RISK SERVICES COMPANIES
AOSOM LLC
AP ENTERPRISE AP PROPERTY SERV
APEX CHANCE LIMITED
APEX FOOTWEAR LIMITED
APEX SALES GROUP INC
APEX TOOL GROUP LLC
APG MEDIA OF CHESAPEAKE LLC
APG MEDIA OF OHIO LLC
API NATIONAL SERVICES GROUP
APOGEE AGENCY LLC GREG HOFFMAN
APOGEE DELIVERY & INSTALLATION
APOLLO HEALTH AND BEAUTY CARE
APOLLO RETAIL SPECIALISTS
APOLLO RETAIL SPECIALISTS LLC
APOTHECARY PRODUCTS LLC
APP ANNIE EUROPE LIMITED
APPALCHIAN NEWSPAPERS
APPAREL MANUFACTURING SOURCING
APPAREL SOURCING (HK) LIMITED
APPLAUSE APP QUALITY INC-706710
APPLE ONE EMPLOYMENT SERVICES
APPLIANCE APPOINTMENT COM FELI
APPLIANCE PARTS COMPANY
APPLIANCE PARTS DEPOT LLC
APPLIANCE PARTS IMPORTS
APPLICA CONSUMER PRODUCTS INC
APPLIED HANDLING INC
APPLIED PREDICTIVE TECHNOLOGIES
APPNEXUS RESOURCES INC
APPRISS INC
APPSFLYER LTD-711380

**Vendors (merchandise and non-merchandise)**

APTARIS PROFESSIONAL SERVICES
AQUARIUS LTD
AQUINO TRANSPORT LLC MARIO AQU
AR NORTH AMERICA INC
ARAMARK MANAGEMENT SERVICES
ARAMARK SERVICES
ARAMARK SERVICES INC/BSG PNC L
ARAMARK UNIFORM SERVICES
ARAMSCO INC
ARANCO INC
ARBON EQUIPMENT CORP RITE HITE
ARC FRESNO
ARC INTERNATIONAL NORTH AMERIC
ARC MID CITIES ASSOCIATION FOR
RETARDED CITIZENS
ARCA INDUSTRIAL CORP
ARCADIA HOLDING CO LTD
ARCHER AIR CONDITIONING SERV
ARCHID GARMENT FACTORY LTD
ARCHITECTURAL GRAPHICS INC
ARCHITEXT-194613
ARCHOS INC
ARCHWAY INC
ARCTIC GLACIER USA INC
ARCTIC SERVICE LLC
ARDEN FAIR ASSOCIATES
ARDISAM INC
AREA WIDE PAVING PAUL POGUE
ARIA CHILD
ARIBA
ARIELA ALPHA INTERNATIONAL LLC
ARIZONA BEVERAGES USA LLC
ARIZONA DAILY SUN
ARIZONA DESERT DESIGNS LLC
ARIZONA GAME & FISH DEPT
ARIZONA PLUMBING SERVICES INC
ARIZONA REPUBLIC
ARKANOFF PAINTING
ARKANSAS CITY TRAVELER WINFIEL
ARKANSAS DEMOCRAT-GAZETTE
ARLINGTON DEVELOPERS CONSTRUCT
ARMORED AUTOGROUP
ARMOUTH INTERNATIONAL INC
ARMSTRONG FLOORING INC-795844
ARNOLD
ARNOLD & PORTER LLP
ARNOLD FOODS INC
ARNOLD TRANSPORTATION SERVICES
ARNSTEIN & LEHR
ARRIS INC
ARROW ELECTRONICS INC
ARROW FASTENER COMPANY INC
ARROW GLOBAL ASSET DISPOSITION
ARROW HOME PRODUCTS COMPANY
ARROW SHED LLC

**Vendors (merchandise and non-merchandise)**

ARROW SHIRT COMPANY
ARROW SPORTSWEAR
ARROW TRU LINE
ARROWHEAD HEATING AND AIR COND
ARROWHEAD MOUNTAIN SPRING WATE
ARS ECOMMERCE
ARTIFICIAL ICE EVENTS LLC
ARTISAN PRINT
ARTITALIA GROUP
ARTOFABRIC
ASAP ASPHALT SEALING AND PAVIN
ASBURY FOODSERVICE EQUIPMENT C
ASD HEALTHCARE
ASE AUTO SERVICE EQUIPMENT CO
ASHEVILLE CITIZEN-TIMES
ASHLAND DAILY TIDINGS
ASHLEY COUNTY PUBLISHING CO IN
ASIA SOCKS INC
ASPECT SOFTWARE INC-547075
ASPEN MARKETING SERVICES
ASPHALT SEALING & STRIPING CO
ASPHALT SOLUTIONS INC
ASPHALT SOLUTIONS PLUS LLC DON
ASROTEX
ASSEMBLERS INC-1000427617
ASSET RECOVERY ADVISORS LLC
ASSET TECHNOLOGIES LLC
ASSOCIATED DESERT NEWSPAPER
ASSOCIATED DESERT SHOPPERS
ASSOCIATED ELECTRICAL CONTRACT
ASSOCIATED GROUP
ASSOCIATED HYGIENIC PRODUCTS
ASURE SOFTWARE
ASURION INSURANCE SERVICES
ASW LLC
AT & T
ATEB
ATEQ TPMS TOOLS LC ATEQ CORPOR
ATEQ TPMS TOOLS LC-1000996469
ATKINS KROLL INC
ATKINS NUTRITIONALS INC
ATLANTA NETWORK TECHNOLOGIESAN
ATLANTIC BOTTLING CO
ATLANTIC COMFORT SYSTEMS INC
ATLANTIC NEWS TELEGRAPH
ATLANTIC SOUTHERN PAVING AND S
ATLANTIC TRAILER LEASING CORP
ATLAS FIRST ACCESS
ATLAS SIGN INDUSTRIES ATLAS SI
ATLAS TOYOTO MATERIAL HANDLING
ATLAS VAN LINES
ATOMIC PLUMBING & DRAIN CLEANI
ATRIUM STAFFING LLC
ATTACHMATE CORPORATION-1000903765
AUHC DENIM CLOTHING LTD

**Vendors (merchandise and non-merchandise)**

AUSTIN AMERICAN STATESMAN
AUTEL US INC
AUTHENTIC BRANDS GROUP LLC ABG
AUTO CARE ASSOCIATION
AUTO EXPRESSION LLC
AUTODESK INC
AUTOMATED BUILDING COMPONENTS
AUTOMATED DISTRIBUTION SYSTEMS
AUTOMATED PACKAGING SYSTEMS
AUTOMATIC ACCESS INC
AUTOMATIC APPLIANCE PARTS
AUTOMATIC DATA PROCESSING
AUTOMATIC DOOR DOCTOR INC
AUTOMOTIVE RENTALS
AUXO INTERNATIONAL LTD
AVALARA INC
AVAM INC
AVAYA
AVERUS FACILITEC CENTRAL
AVERY DENNISON
AVERY PRODUCTS CORPORATION
AVI SYSTEMS
AVIS RENT A CAR SYSTEM
AVOYELLES PUBLISH CO INC JOURN
AVPROSTORE-710704
AWARD STAFFING SERVICES
AWERKAMP & MCCLAIN PC MICHAEL
AWESOME PRODUCTS INC
AX PARIS USA LLC
AXIKIT INC
AXIOM GLOBAL INC
AXIOM STAFFING GROUP
AYANA JEWELS
AZ PATIO HEATERS LLC
AZIMOV CONSULTING
B & A SUNRISE SPRAYERS WAYNE D
B & B ACQUISITION INC
B & B ROLLING DOOR
B & M SEASONAL SERVICES LLC
B AND B BEDDING INC
B AND C GREENHOUSES INC
B FERNANDEZ & HNOS INC
B G BRECKE INC
B G R INC
B HALL SWEEPING INC
B KRAMER INC
B P AMERICA
B R KETTERING TOWNE CENTER LLC
BABCOCK & BROWN GREENFIELD HLD
BABY COCA FOR WEARS AND TEXTIL
BABY TREND INC
BACK TO BASICS PRODUCTS INC
BACKER LANDSCAPING INC
BAESMAN GROUP INC
BAGGS LANDSCAPING & MAINTENANC

**Vendors (merchandise and non-merchandise)**

BAJER DESIGN AND MARKETING INC
BAKER & HOSTETLER LLP
BAKER & MCKENZIE
BAKER DONELSON BEARMAN CALDWELL &
BERKOWITZ
BAKER ROOFING COMPANY
BAKERSFIELD CALIFORNIAN
BALANCE INNOVATIONS LLC-706641
BALANCE MARKETING
BALANCING ACT BALANCING ACT TV
BALD EAGLE DELIVERY & HOME SVC
BALFORD FARMS
BALL BOUNCE AND SPORT INC
BALLESTER HERMANOS INC
BALTIMORE SUN
BANDAI AMERICA INC
BANGOR PUBLISHING
BANK OF AMERICA
BANNER GRAPHIC RUST PUBLISHING
BANNER NEWS PUBLISHING
BARACK FERRAZZANO KIRSCHBAUM P
BARBARA R SKEENS
BARCHARTS PUBLISHING INC
BARI TEXTILE MILLS (PVT) LTD
BARLO SIGNS INTERNATIONAL INC
BARNARD LANDSCAPING LLC AARON
BARRY COUNTY ADVERTISER EMORY
BARS PRODUCTS
BARUVI FRESH LLC
BASE INC
BASIC SOLUTIONS
BASS SECURITY SERVICES
BATES ELECTRIC
BATTEN & COMPANY
BAUDUCCO FOODS INC
BAW PLASTICS
BAXLEY NEWS BANNER GARDNER
NEWSPAPERS INC
BAXTER BULLETIN
BAYER CORPORATION
BAYER PUERTO RICO INC
BAYSHORE POWER SWEEPING
BAYTOWN C&M EQUIPMENT CO
BAYTOWN SUN
BAZAARVOICE
BC IN THE CLOUD QUEUE IN THE C
BDO BDO PUERTO RICO PSC
BDO SEIDMAN
BEACH TRADING CO
BEALLS INC
BEAR CONSTRUCTION ANDY PONTOJA
BEAUMONT ENTERPRISE DIVISION
BEAUMONT PRODUCTS INC
BEAUTIWAY ENTERPRISES LTD
BEAUTY 21 COSMETICS INC

**Vendors (merchandise and non-merchandise)**

BEAUTY GEM INC
BEAUX MERZON INC
BEAVER NEWSPAPERS
BECKS ELK RIVER GRNHSE & VEG F
BEDWARDS INC
BEDZ KING LLC
BEEVILLE PUBLISHING CO
BEHLER YOUNG COMPANY
BEIERSDORF INC
BEIJING GONGMEI COMPANY
BEIJING INDUSTRIAL DEV CO LTD
BEIJING INDUSTRIAL DEV CO. LTD
BEL LARIMER LLC
BELCO INDUSTRIES
BELKIN INTERNATIONAL INC
BELL LITHO
BELL SPORTS INC
BELLOWS INTERNATIONAL LTD
BELLSOUTH PRO CABS
BELLY UP CRAB CO
BELOIT DAILY NEWS GREATER BELO
BELTON JOURNAL BELTON NEWSPAPERS
INC
BEM WIRELESS LLC
BENEFITFOCUS COM INC
BENICIA HERALD
BENITEZ HERMANOS INC
BENITEZ KARASZ BENITEZ KARASZ
BENJAMIN WALK CORP
BENNER MECHANICAL AND ELECTRICAL
BENTEX GROUP INC
BENTLEY SYSTEMS
BERKEL MIDWEST BERKEL MIDWEST
BERKSHIRE EAGLE NEW ENGLAND NE
BERKSHIRE FASHIONS
BERNADINE J EACHUS
BERNSTEIN & ANDRIULLI INC GREA
BESS HOME FASHIONS INC
BEST FURNACE CO
BEST LOCK ASIA LIMITED
BEST PARAMOUNT INTERNATIONAL L
BEST SECURITY INDUSTRIES-626106
BESTMARK INC
BESTWAY (HONG KONG) INT'L LTD
BESTWAY RENTALS BESTWAY RENTAL
BETTER BUSINESS BUREAU
BETTER EARTH LANDSCAPE BETTER
BETTER MADE SNACK FOODS INC
BETTER SOURCING WORLDWIDE LTD
BEVERAGE WORKS NY INC
BFC FORMS SERVICE INC-693971
BFG SUPPLY CO
BH MEDIA GROUP
BH MEDIA GROUP HOLDINGS
BH NORTH AMERICA CORP

**Vendors (merchandise and non-merchandise)**

BH NORTH AMERICA CORPORATION
BIANCA FASHION LIMITED
BIC CORPORATION
BICKLEY CONSULTING INC
BICOASTAL FITTING MODELS MALIW
BICYCLE DOCTOR OF BROWARD INC
BIDCLERK
BIDTELLECT INC
BIG ASS FANS
Delta T Corporation, dba Big Ass Solutions
BIG BEAR GRIZZLY HI DESERT PUB
BIG GEYSER INC
BIG SKY PUBLISHING
BIG SPRING HERALD
BIG TIME TOYS LLC
BILLS LITTER LOVER PARKING LOT
BIMBO BAKERIES USA
BIOTAB NUTRACEUTICALS
BIOWORLD MERCHANDISING INC
BIRCHWOOD SNOW & LANDSCAPE CON
BIRD BONETTE STAUDERMAN
BISSELL HOMECARE INTERNATIONAL
BITTERROOT SWEEPERS MICHAEL W
BL INTIMATE APPAREL CANADA INC
BLACK & DECKER US INC
BLACK AND DECKER MACAO COMMERC
BLACK BOX NETWORK SERVICES
BLACK DOT GROUP CAPS VISUAL CO
BLACKHAWK ENGAGEMENT SOLUTIONS
BLACKHAWK NETWORK
BLACKSHOR SNOW REMOVAL & EXCA
BLACKSTONE INDUSTRIES LLC
BLADE EMPIRE PUBLISHING BELOIT
BLAIR SIGN COMPANY
BLAIR TECHNOLOGY GROUP LLC
BLAKESLEE MAINTENANCE
BLANCOS PILESO SA DE CV
BLENDED CLOTHING INC
BLI LIGHTING SPECIALISTS BUDGE
BLIP LLC
BLIZZARD REPAIR SERVICE JAMES
BLOOMBERG L P
BLOOMING COLOR INC
BLOOMREACH
BLUE BOX OPCO LLC DBA INFANTIN
BLUE CHIP GLOBAL CONNECT LLC
BLUE DOG BAKERY GROUP INC
BLUE ENGINE MARKETING INC
BLUE LINE DISTRIBUTING
BLUE LINE DISTRIBUTING INC
BLUE MOON DIGITAL INC
BLUE RHINO
BLUE RHINO CORP
BLUE ROCK PRODUCTS PEPSI
BLUE STAR FASHION NY INC

**Vendors (merchandise and non-merchandise)**

BLUE WAVE PRODUCTS INC
BLUE-BLACK GARMENTS CO LIMITED
BLUEGRASS NEWSMEDIA
BMC SOFTWARE
BMG MODEL BROWN MANAGEMENT GRO
BMS TENANT SERVICES LLC
BOB KILINSKI
BOCK & CLARK CORPORATION
BODMAN LLP
BODY FLEX SPORTS INC
BODY FLEX SPORTS INC.
BODY SOLID
BOELTER BRANDS LLC
BOERNE STAR
BOHLER ENGINEERING
BOLDIQ INC
BOLIVAR COMMERCIAL
BOLUS TRUCK PARTS
BOLYMAX INTERNATIONAL CORP
BON-AIRE INDUSTRIES INC
BOND MANUFACTURING INC
BONNER COUNTY DAILY BEE
BONNIE PLANT FARM SBT
BOOMERANG COMMERCE
BOPPY COMPANY LLC
BORAAM INDUSTRIES
BORDEN DAIRY COMPANY OF FLORID
BORDEN DAIRY COMPANY OF OHIO L
BORDER TRANSFER
BORDERFREE
BOSCH AUTOMOTIVE SERVICE SOLUT
BOSCH AUTOMOTIVE SERVICES SOLUTIONS
BOSE CORPORATION
BOSS PET PRODUCTS INC
BOSTON GLOBE ELECTRONIC PUBLISHING
BOSTON HERALD
BOT HOME AUTOMATION INC
BOTTENFIELD EXCAVATING LLC BRY
BOTTOMLINE TECHNOLOGIES-745484
BOUNCE EXCHANGE INC-926658829
BOWLING GREEN SENTINEL CO
BOWMAN TRAILER LEASING
BOYD CONSTRUCTION CO INC
BOYD FLOTATION INC
BP LUBRICANTS USA INC
BPG INTERNATIONAL INC
BPI GROUP NORTH AMERICA
BRACK CLEMONS
BRADBURNE BRILLER & JOHNSON LL
BRADENTON HERALD
BRADFORD COUNTY TELEGRAPH INC
BRADFORD ERA
BRAHA INDUSTRIES INC
BRAINTRUST CONSULTING GROUP-784691938
BRANCH SOLUTIONS INC LEVEL 7 I

**Vendors (merchandise and non-merchandise)**

BRAND ELECTRIC COMPANY
BRANDFOLDER
BRANDIX ASIA LTD
BRANDON HASS
BRANDT COMPANIES LLC
BRANT INSTORE
BRAVADO INTERNATIONAL GROUP
BRAVO SPORTS
BRAZOS MALL OWNERS LLC
BRE PENTAGON RETAIL HOLDINGS A
BREATHABLEBABY LLC
BREEZE NEWSPAPERS
BREEZEWARE BREEZE TECHNOLOGIES
BRENHAM BANNER PRESS
BRENNAN ELECTRIC INC
BRENNAN JEWELRY
BREWTON STANDARD
BRIAN E LINEBAUGH
BRIDGE CONSULTING GROUP LLC
BRIDGE DIRECT INC
BRIDGEVINE INC
BRIGGS & STRATTON POWER PRODUC
BRIGGS & STRATTON POWER PRODUCTS
BRIGHT HORIZONS FAMILY SOLUTIO
BRIGHTEDGE TECHNOLOGIES INC
BRIGHTSTAR
BRIGHTSTAR US INC
BRIGHTTAG INC-696466
BRIGHTVIEW COMPANIES
BRIGHTVIEW LANDSCAPES
BRINKS GLOBAL SERVICES
BRINKS US
BRINLY-HARDY CO
BRISAS DEL CARIBE CORP
BRITTEN BANNERS & EVENT SOLUTI
BRK BRANDS INC
BROAD STREET MEDIA PA THE TREN
BROADCAST MUSIC
BROADCASTER PRESS
BROADRIDGE ICS INC
BROAN NUTONE LLC
BROAN-NUTONE LLC
BROOKE GRAPHICS LLC
BROOKS BEVERAGES MANAGEMENT CO
BROOKSTONE COMPANY
BROTHER INTERNATIONAL CORP
BROTHERS TRADING CO INC
BROWN ASPHALT PAVING CO
BROWN JORDAN SERVICES INC
BROWNBERRY INC
BROWNTROUT PUBLISHERS INC
BROWNWOOD NEWSPAPERS
BRUCE LOFTHUS BRUCE J LOFTHUS
BRUCE W KALMBACH
BRUCKMANN & VICTORY LLP

**Vendors (merchandise and non-merchandise)**

BRUNSWICK NEWS PUBLISHING CO
BRYAN CAVE LLP
BRYAN TIMES
BRYANS SERVICES JOSHUA H BRYAN
BRYSON INDUSTRIES INC
BSREP US REIT II LLC
BST INTERNATIONAL FASHION LIMI
BTI TOOLS LLC
BUCHI PLUMBING CO
BUCK KNIVES INC
BUCKBOARD CATERING CO CAMERON
BUCKEYE SWEEPING
BUCKLEY NEWSPAPERS INC IMPACT
BUCKS COUNTY COURIER TIMES
BUDD GROUP INC
BUDGET TRUCK RENTAL
BUFFALO NEWS
BUG DOCTOR
BUILDERDEPOT, INC
BUILDERS BEST
BUILDING MAINTENANCE SERVICES
BUILDING SYSTEMS & SERVICES IN
BULLY TOOLS INC
BUNZL DISTRIBUTION
BUNZL RETAIL
BUREAU OF NATIONAL AFFAIRS INC
BURLINGTON HAWK EYE
BURNS LANDSCAPE MANAGEMENT JAM
BURTON ENERGY GROUP INC
BURTON ENERGY GROUP INC-711047
BURTON EXC INC
BUSH SPECIALTY VEHICLES
BUSH TRUCK LEASING
BUSINESS INTERIOR GROUP INC
BUTLER COUNTY PUBLISHING LLC D
BUXTON INC
BUZZTALA LLC
BVI BEACON
BW MAINTENANCE
BYER CALIFORNIA  DC & JIT
C & C JEWELRY MFG INC
C & C TRUCKING COREY RANDALL S
C & D CONTRACTING LLC CHRISTY
C & D DISTRIBUTORS
C & G PUBLISHING
C & L INDUSTRIAL LIMITED
C & L MAINTENANCE AND REFRIGER
C & M CLEANING MICHAEL SPERO
C & M LANDSCAPE & DESIGN INC
C & R ASPHALT LLC
C & S WHOLESALE GROCERS INC
C & V LIQUIDATION INC CHARLES J
CICCRELLA
C H ROBINSON WORLDWIDE
C J M LIGHTING SERVICE

**Vendors (merchandise and non-merchandise)**

C L H & SON INC
C L RHODES CONCRETE CONSTRUCTI
C M A FIRE PROTECTION R L H FI
C N A PROPERTY SERVICES LLC LA
C R GIBSON CO
C&J GONZALEZ LLC
C&K PAVING CONTRACTORS INC
CA
CAD PRODUCTIVITY FACILITY TREE
CADILLAC EVENING NEWS
CAFARO NORTHWEST PARTNERSHIP
CAFE ROMA GRUPPOF4 INC
CAFE YAUCONO
CAIRO COTTON CENTER
CAITO FOODS SERVICE INC
CAL PURE PISTACHIOS INC
CAL SELECT BUILDERS INC
CALAMP WIRELESS DATA SYSTEMS
CALAMP WIRELESS NETWORKS
CALERES INC
CALIDAD AUTO TECHNOLOGIES
CALIFORNIA CARTAGE
CALIFORNIA COMMERCIAL ROOFING
SYSTEM
CALIFORNIA COSTUME INT'L LTD
CALIFORNIA INNOVATIONS INC
CALIFORNIA NEWSPAPER
CALIFORNIA NEWSPAPER PARTNERSHIP
CALIFORNIA NEWSPAPERS PARTNER
CALIFORNIA NEWSPAPERS PARTNERSHIP
CALIFORNIA RETAILERS ASSOCIATION
CALIFORNIA SHOPPING CART RETRI
CALL & JENSEN APC
CALLABRESI HEATING & COOLING
CALLCAP SITA LABORATORIES INC
CALLIDUS SOFTWARE INC-690263
CALPHALON
CALVINS PLUMBING
CALZADO LOBO S A DE C V
CALZADO MI LORD SA DE CV
CAMBRIA SUITES
CAMCO MANUFACTURING INC
CAMDEN CHRONICLE
CAMDEN NEWS
CAMERON HERALD MILAM CO NEWSPA
CAMERON NEWSPAPERS
CAMETA CAMERA
CAMINOVA CORPORATION-639724
CAMPBELL DELONG LLP
CAMPBELL HAUSFELD LLC
CAMPBELL SALES COMPANY
CANADA DRY BOTTLING CO OF NY
CANADA DRY DELAWARE VALLEY BTL
CANAL TOYS LTD
CANDELA SEARCH

**Vendors (merchandise and non-merchandise)**

CANETE LANDSCAPE INC CANETE SN
CANETE SNOW MANAGEMENT INC
CANNON VALLEY CONSULTING LLC
CANON CITY SHOPPER MINOR PUBLI
CANON FINANCIAL SERVICES
CANON SOLUTIONS AMERICA
CANTEEN REFRESHMENT SERVICES C
CAP BARBELL INC
CAPGEMINI NORTH AMERICA
CAPITAL ALLIANCE CORP ADVANTAGE
TRANSP
CAPITAL BRANDS LLC
CAPITAL CITY PRESS PUBLISHER C
CAPITAL CITY WEEKLY SHIVERS TR
CAPITAL IQ INC
STANDARD & POOR
CAPITAL NEWSPAPERS
CAPITOL ADVOCACY LLC
CAPPS POWER SWEEPING LLC
CAPTAIN INDUSTRIES LTD
CAR FRESHNER CORPORATION
CARAVAN CANOPY INTL INC
CARDINAL APPLIANCE AND HARDWAR
CARDINAL HEALTH
CARDINAL INDUSTRIES INC
CARDINAL SOLUTIONS GROUP INC
CARDIO PARTNER RESOURCES
CARDLYTICS
CAREER CORNER ASSOCIATES-703409
CAREER GROUP INC FOURTH FLOOR
CAREERBUILDER
CAREERSTAFF RX NATIONAL CAREER
CAREERSUSA INC CAREERS USA INC
CARIBBEAN PACKAGING
CARIBE RECYCLING CORP
CARLA BRUNI
CARLYLE BLOCKHUS CARLYLE S BLO
CARMA LABORATORIES INC
CAROL R THOMPSON
CAROLINA COUPON CLEARING
CAROLINA GREEN LAWN SERVICE STEPHEN
M BALL
CARPENTERS SMALL ENGINE SCALES
CARPINET PLUMBING & HEATING
CARRIER
CARROLL COUNTY NEWSPAPERS RUST
CARRYLAND CO
CARSON DUNLOP & ASSOCIATES LTD
CARSON DUNLOP & ASSOCIATES LTD-
1000416149
CARTERET PUBLISHING CO INC
CARTMASTERS LLC
CARTTRONICS
CARTUS
CARY FRANCIS GROUP

**Vendors (merchandise and non-merchandise)**

CASA GRANDE VALLEY NEWSPAPERS
CASA MOLLER USA INC
CASCO EQUIPMENT CORPORATION
CASEYS LANDSCAPING LLC CASEY C
CASIO INC
CASPER STAR-TRIBUNE
CASPIO INC
CASSONE LEASING INC
CASTANEA LABS INC
CASTLE ALLIANCE INC
CASTLE CONSTRUCTION EVERGREEN
CASTLEWOOD APPAREL CORP
CASTO TECHNICAL SERVICES
CATALINA MARKETING
CATALYST PAPER
CATALYST TAGS INC-694474
CATCHPOINT SYSTEMS INC-701274
CATWALK ENTERPRISES INC
CBA INDUSTRIES
CC CONSULTANTS LLC BRYAN R SIM
CCH
CCL LABEL
CDW DIRECT
CE COMPASS INC
CEI ROOFING
CELADON TRUCKING SERVICES
CELECTIV LIDERS LLC
CELIN CORPORATION
CELLCO PARTNERSHIP
CELLCONTROL-704297
CELLCORP GLOBAL LIMITED
CELLINI LLC
CEMC ELECTRICAL & COMMUNICATIO
CENTERLINE ELECTRIC INC-723978
CENTERLINE TECHNOLOGIES INC
CENTERSCAPE INC SNOW MANAGEMEN
CENTIMARK CORPORATION
CENTRA MARKETING AND
COMMUNICATIONS
CENTRAL AIR AND HEATING SERVIC
CENTRAL IOWA CHAPTER MECHANICAL
CONTRACT
CENTRAL MAINE MORNING SENTINEL
CENTRAL POWER DISTRIBUTORS INC
CENTRALIA SENTINEL SENTINEL
CENTRESCAPES INC
CENTREX PLASTICS LLC
CENTRIAM LLC-711171
CENTRO TECNICO DE REPARACION D
CENTURY FIRE PROTECTION LIBERT
CENTURY FIRE SPRINKLERS INC
CENTURY SIGN CO
CENTURYLINK
CEQUENT CONSUMER PROD PPD
CEQUENT CONSUMER PRODUCTS

**Vendors (merchandise and non-merchandise)**

CERCE CAPITAL LLC
CERTIFIED AIR CONTRACTORS INC
CERTIFIED DELIVERY SPECIALIST
CERTONA PERSONALIZE ANYTIME
ANYWHER-708775
CESAR CASTILLO INC
CHAINALYTICS LLC
CHAIR WORKERS COMPENSATION BOARD
CHALLENGER MOTOR FREIGHT INC
CHAMBERLAIN MANUFACTURING CORP
CHAMELEON TECHNOLOGIES INC
CHAMPION CONTAINER CORPORATION
CHANEY INSTRUMENT CO
CHANGE HEALTHCARE
CHANNELADVISOR CORPORATION
CHANNELLOCK INC
CHANX.COM INC
CHAPIN INTERNATIONAL INC
CHAR-BROIL
CHARLES CITY PRESS ENTERPRISE
CHARLES FREIHOFER BAKING CO
CHARLES GOULD CHARLES M GOULD
CHARLES'S WAIN WORLDWIDE CORP
CHARLESTON NEWSPAPERS
CHARLOTTE OBSERVER PUBLISHING
CHARTER LIMITED
CHARTWELL STAFFING SERVICES IN
CHATMETER INC
CHATTANOOGA PUBLISHING
CHATTEM INC
CHEBOYGAN DAILY TRIBUNE
CHECKPOINT SYSTEMS
CHENG COHEN LLC
CHENG YEN ENTERPRISES CO LTD
CHEP
CHERRY GROUP CO LTD
CHEVRON (HK) LIMITED
CHESAPEAKE MERCHANDISING INC
CHICAGO AMERICAN MANUFACTURING
CHICAGO AMERICAN MFG LLC
CHICAGO AREA COUSTIC GLO SHELDAN
CONSTRUCTION PROD & SVCES
CHICAGO REVIEW PRESS INC
CHICAGO SHOW INC
CHICAGO TAG & LABEL INC-711752
CHICAGO TRIBUNE
CHICOLOGY INC
CHIEFWAY INTERNATIONAL LIMITED
CHILDRENS APPAREL NETWORK LTD
CHILLER SPECIALTIES LAGARDE LT
CHILLER TECHNOLOGY SERVICES IN
CHINA FORTUNE LLC
CHINEX APPAREL INC
CHING CONSTRUCTION
CHINOOK ASIA LLC

137

**Vendors (merchandise and non-merchandise)**

CHINOOK ASIA LLC ASIA DIRECT
INVESTMENTS LLC
CHL ENTERPRISES INC
CHOICE FOODS LLC
CHOICE MINE AND INDUSTRIAL SER
CHOSEN MANAGEMENT
CHRIS N MOCK CHRISTOPHER N MOC
CHRIS TAGLIAFERRO
CHRISTMAS CREATIVE COMPANY LTD
CHRONICLE INDEPENDENT CAMDEN M
CHRONICLE LAFRAMBOISE NEWSPAPE
CHRONICLE TELEGRAM LORAIN COUN
CHUN FUNG FOOTWEAR COMPANY LIM
CHUNGCHUNG CHEN
CHURCH & DWIGHT CO INC
CHUTE CORPORATION
CINCINNATI AIR CONDITIONING CO
CINCINNATI BELL TELEPHONE
CINCINNATI ENQUIRER
CINDY DALEY
CINTAS
CINTAS CORPORATION NO 2
CINTAS SALES
CIPS MARKETING GROUP
CIRCLE 8 LOGISTICS
CIRCLE LOCATION SERVICE INC AB
CIRCLE R MECHANICAL INC
CISCO SYSTEMS
CIT COMMERCIAL SERVICES
CITI CENTRE JEWELERS INC
CITIZEN OF EAST ALABAMA MAGNOL
CITIZEN TRIBUNE
CITIZEN VOICE SCRANTON TIMES L
CITIZEN WATCH COMPANY OF AMERI
CITRIX CITRIX SYSTEMS INC
CITRIX-415042
CITRUS PUBLISHING
CITY CHOICE LIMITED
CITY OF HOPE
CITY OF TAMPA
CIVIL WORKS INC
CIVITAS MEDIA
CKK HOME DECOR LP
CLABBER GIRL CORPORATION
CLANTON NEWSPAPERS INC CLANTON
CLARABRIDGE INC
CLARABRIDGE INC-695085
CLARION HOTEL
CLARK BEVERAGE GROUP INC KY
CLARK HEINTZ TOOLS & EQUIPMENT
CLARKSBURG PUBLISHING CO
CLARKSTON MAINTENANCE CO B JOH
CLASSIC ACCESSORIES INC
CLASSIC INTERNATIONAL CO LTD
CLASSIC SALES INC

**Vendors (merchandise and non-merchandise)**

CLASSIC SLIPCOVERS INC
CLAUSEN MILLER P C
CLEAN A LOT INC
CLEAN PUERTO RICO RECYCLING IN
CLEAN SWEEP ENTERPRISES
CLEAN TOOLS INC
CLEANMACHINE POWERWASH INC
CLEANSERV INC
CLEAR CHANNEL BROADCASTING INC
CLEAR CHANNEL OUTDOOR
CLEARVIEW RESEARCH INC
CLEARWATER PAPER CORPORATION
CLEVA HONG KONG LTD
CLEVA NORTH AMERICA INC
CLEVE JACKSON SUPREME CLEANING
CLEVELAND BROTHERS EQUIPMENT C
CLEVELAND COCA COLA BTLG CO IN
CLEVELAND DAILY BANNER CLEVELAND
NEWSPAPERS INC
CLEVERBUG INC
CLICKSOFTWARE
CLICKTALE INC-707037
C-LIFE GROUP
CLIFFSTAR LLC
CLINIQUE LABORATORIES LLC PUER
CLINTON DAILY NEWS
CLM MIDWEST C & L MAINTENANCE
CLOCK ELECTRIC INC
CLOROX COMPANY OF PUERTO RICO
CLOROX SALES CO
CLOSING CONSULTANT INC
CLOUDERA INC-693237
CLOVER TECHNOLOGIES GROUP LLC
CLOVERLEAF CHEMICAL COMPANY
CLOVIS MEDIA
CLUEN CORPORATION
CLW DELIVERY
CLYDE SNOW & SESSIONS
CMA CGM AMERICA
CMI LIGHTING OF SOUTHERN VIRGI
COALFIRE SYSTEMS INC-708571
COAST APPLIANCE PARTS
COAST SIGN
COAST TO COAST COMPUTER PRODUCTS
COASTAL SEAL COATING OF NWF IN
COASTLAND TIMES TIMES PRINTING
COATES ROOFING COMPANY INC
COCA COLA BEV CO GUAM INC
COCA COLA BEVERAGES FLORIDA LL
COCA COLA BOTTLING CO
COCA COLA BOTTLING CO HIGH COU
COCA COLA BOTTLING CO OF NORTH
COCA COLA BOTTLING CO OF NY IN
COCA COLA BOTTLING CO UNITED I
COCA COLA BOTTLING COMPANY

**Vendors (merchandise and non-merchandise)**

COCA COLA BTLG CO CONSOLIDATED
COCA COLA BTLG CO OF CA
COCA COLA BTLG CO OF LOS ANGEL
COCA COLA BTLG CO OF NEW ENGLA
COCA COLA BTLG CO OF NORTH TEX
COCA COLA BTLNG CO CONSOLIDATE
COCA COLA ENT FLORIDA REGION
COCA COLA PUERTO RICO BOTTLERS
COCA COLA REFRESHMENTS
COCA-COLA
COCAM INTL ENTERPRISES LTD
COCAM INT'L ENTERPRISES LTD
COCO JOS
CODA RESOURCES LTD-1011952116
CODE CONSULTANTS INCORPORATED
CODE42 SOFTWARE INC-623561
CODY ENTERPRISE SAGE PUBLISHIN
COEFFICIENT MECHANICAL SYSTEMS
COEUR D ALENE PRESS HAGADONE C
COFFEE HOLDING CO INC
COGNIZANT TECHNOLOGY SOLUTIONS
COLEMAN CO INC
COLEMAN COMPANY
COLEMAN COMPANY INC
COLGATE PALMOLIVE
COLGATE PALMOLIVE CO DISTR
COLLECTION XIIX
COLLEGEVILLE CONTRACTING
COLLINS CO LTD
COLLINS ROOFING INC
COLLISION REPAIR EDUCATION FOU
COLOMBINA DE PUERTO RICO LLC
COLOMER & SUAREZ INC
COLOR INK
COLOR SPOT NURSERIES INC
COLORADO COMMUNITY MEDIA MACAR
COLORADO MOUNTAIN NEWS MEDIA
COLORADO PRODUCT CONCEPTS INC
COLORADO REUSE AND SALVAGE DHF
COLORADO SPRINGS GAZETTE
COLORADOAN MEDIA GROUP
COLORON JEWELRY INC
COLORS IN OPTICS LTD
COLUMBIA ASPHALT & GRAVEL INC
COLUMBIA BASIN HERALD
COLUMBIA DAILY TRIBUNE TRIBUNE
COLUMBIA OMNICORP
COLUMBIAN HOME PRODUCTS LLC
COLUMBIAN PROGRESS MARLAN PUBL
COLUMBIAN PUBLISHING CO
COLUMBUS LEDGER-ENQUIRER
COLUMBUS TELEGRAM
COMBE INCORPORATED
COMBINE INTERNATIONAL
COMCAST

**Vendors (merchandise and non-merchandise)**

COME LAND MAINTENANCE SERVICES
COMFORT REVOLUTION LLC
COMFORT SYSTEMS
COMFORT SYSTEMS USA SOUTHEAST
COMMERCE OBJECTS
COMMERCE TECHNOLOGIES
COMMERCIAL APPEAL
COMMERCIAL ASSET PRESERVATION
COMMERCIAL BUSINESS FORMS INC
COMMERCIAL CLEANING SYSTEMS IN
COMMERCIAL DISPATCH PUBLISHING
COMMERCIAL FIRE LLC BROOKS EQU
COMMERCIAL MAINTENANCE INC FRA
COMMERCIAL PLUMBING
COMMERCIAL PROPERTY MAINTENANC
COMMERCIAL SOLUTIONS
COMMERCIAL SWEEPING INC
COMMERCIAL SWEEPING SERVICES R
COMMISSION JUNCTION
COMMONPATH LLC
COMMONWEALTH PUBLISHING CO
COMMUNICATIONS DIRECT INC-392811
COMMUNICATIONS SUPPLY
COMMUNITY HOLDINGS OF MARYLAND
COMMUNITY HOLDINGS OF WV BECKL
COMMUNITY NEWSPAPER
COMMUNITY NEWSPAPER GROUP
COMMUNITY NEWSPAPER HOLDINGS
COMODO CA LIMITED-701068
COMOSOFT INC-702259
COMPACTOR & BALER SERVICES WES
COMPASS ELECTRICAL SOLUTIONS L
COMPLETE BUILDING MAINTENANCE
COMPLETE CAREER CENTER
COMPLETE CONCRETE INC
COMPLETE ELECTRICAL SERVICES I
COMPLETE REFRIGERATION LLC
COMPORIUM COMMUNICATIONS
COMPUCOM SYSTEMS
COMPUTER AND PRINTER SOLUTIONS
COMPUTER ENGINEERING ASSOCIATES INC-217653
COMPUTERSHARE SHAREHOLDER SRV
CONAIR CORPORATION- PERSONAL C
CONCORD MONITOR NEWSPAPER OF N
CONCUR TECHNOLOGIES
CONDUENT
CONDUENT BUSINESS SERVICES LLC
CONFIRMIT INC-706216
CONNECTICUT BOILER REPAIR & MA
CONNECTICUT RETAIL MERCHANTS A
CONNECTICUT WOMENS CONTRACTING
CONNECTSHIP
CONNERSVILLE PUBLISHING
CONNEXITY INC PG USA LLC

**Vendors (merchandise and non-merchandise)**

CONNEY SAFETY PRODUCTS CO
CONNOISSEURS PRODUCTS CORP
CONNORS FOOTWEAR
CONOPCO INC
CONSOLIDATED COMMUNICATIONS
CONSOLIDATED DOORS INC
CONSOLIDATED ELECTRIC DIST INC
CONSOLIDATED FIRE PROTECTION
CONSOLIDATED MECHANICAL GROUP
CONSTANTINE CANNON LLP
CONSTRUCTION MARKET DATA GROUP
CONSUMER AFFAIRS CONSUMERS UNI
CONSUMER ELECTRONICS DISTRIBUT
CONSUMERS DIGEST COMMUNICATION
CONTAINER SYSTEMS
CONTINENTAL COMMERCIAL PRODUCT
CONTINENTAL I FUND LP CONTINENTAL
PROPERTIES COMPANY INC
CONTINENTAL TIRE THE AMERICAS
CONTINENTAL TIRE THE AMERICAS LLC
CONTRA COSTA HEALTH SERVICES C
CONTRACT FREIGHTERS
CONTROL FIRE PROTECTION INC
CONTROL TECH JAMES E RUNDEL
CONTROLS SERVICE & ENGINEERING
CONVENIENCE CONCEPTS INC
CONVERGINT TECHNOLOGIES LLC
CONVERSANT
COOKE COMMUNICATIONS
COOKE COMMUNICATIONS LLC
COOKSON HILLS PUBLISHERS INC
COOPER LIGHTING
COOPER SWEEPING & MAINTENANCE
COOPER TIRE & RUBBER COMPANY
COOPER TOOLS
COPLEY OHIO NEWSPAPER
COPLEY OHIO NEWSPAPERS
COPYRIGHT CLEARANCE CENTER INC
COQUI
CORAL REEF ASIA PACIFIC
CORAL REEF ASIA PACIFIC LTD
CORBO LANDSCAPING INC
CORDELE NEWSMEDIA LLC
CORE ORGANIZATION
CORECENTRIC SOLUTIONS INC
CORLIVING DISTRIBUTION LLC
CORNERSTONE SERVICES
CORNERSTONE STAFFING SMITH TEM
CORNFIELDS INCORPORATED
CORONA CURTAIN MFG INC
CORPORATE CONCEPTS INC
CORPORATE IMAGING CONCEPTS LLC
CORPORATE REMEDIES INC
CORPTAX INC
CORPTAX INC-547612

**Vendors (merchandise and non-merchandise)**

CORREA PALLET INC
CORTLAND STANDARD
CORTZ APPARELS LTD
CORVAL CONSTRUCTORS INC
CORY HOME DELIVERY SERVICES OF
COSCO SHIPPING LINES NORTH AMERICA
COSCO SHIPPING NORTH AMERICA
COSHOCTON COUNTY BEACON GOOD F
COSMO LIGHTING INC
COSMOS DISTRIBUTING CO LTD
COSTA FARMS LLC
COTT BEVERAGES USA INC
COTTON ELECTRIC SERVICE INC
COTY PR INC
COTY PRESTIGE
COTY US LLC
COUNTRYSIDE POWER SWEEPING
COUNTRYSIDE PROPERTY MAINTENAN
COURIER EXPRESS TIOGA PUBLISHI
COURIER PUBLISHING CO
COURIER TIMES PAXTON MEDIA GRO
COURIER-JOURNAL
COUTLET LLC
COVANSYS
COVENTRY WORKERS COMP SERVICES
COVENTRY HEALTH CARE WORKERS
COMPEN
COVERS F C INC
COVINGTON & BURLING
COVINGTON PUBLISHING COMPANY T
COWLEY DISTRIBUTING INC
COX NEWSPAPERS
COX NORTH CAROLINA PUBLICATIONS
COYNERS PARKING LOT CLEANING
COYOTE LOGISTICS
CPC STRATEGY LLC
CPO COMMERCE LLC
CPP INTERNATIONAL LLC
CR BRANDS INC
CRAIG ELECTRONICS INC
CRAIG FRAMES INC
CRAWFORD COUNTY AVALANCHE
CRAYOLA LLC
CREATIVE ASSOCIATES LLC
CREATIVE BATH PRODUCTS INC
CREATIVE CASTER INC-131653474
CREATIVE CIRCLE LLC MSCP V CC
CREATIVE CONNECTION LTD
CREATIVE CONSTRUCTION & FACILITY
CREATIVE ELECTRONICS AND SOFTW
CREATIVE MARKETING GROUP INC
CREEDENCE HOLDINGS LLC
CRESOX NORTH AMERICA LLC
CRESTED BUTTE NEWS INC
CRETE CARRIER

**Vendors (merchandise and non-merchandise)**

CRISTALIA ACQUISITION CORP
CRITEO
CRITICAL MIX INC
CROSMAN CORPORATION
CROSS COUNTY SHOPPING CENTER
CROSSCOM NATIONAL
CROSSMARK GRAPHICS
CROSSMARK GRAPHICS-187261847
CROWDSOURCE SOLUTIONS INC
CROWE HORWATH LLP
CROWLEY LINER SERVICES
CROWN CRAFTS INFANT PRODUCTS
CROWN EQUIPMENT
CROWN LIFT TRUCKS
CROWN METAL MANUFACTURING
CROWN PACKAGING CORP
CROWN SERVICES INC
CRST INTERNATIONAL
CRUZ MOYA ELEVATOR CONSULTANTS
CRYOPAK INDUSTRIES (2007) ULC
CRYPTZONE NORTH AMERICA INC-517891
CRYSTAL SPRINGS WATER D S WATE
CS GROUP
CSC CORPORATE DOMAINS INC
CSG CONSOLIDATED SERVICE GROUP
CSI MEDIA LLC
CSN STORES LLC
CSS INC
CT CORPORATION SYSTEM
CT CORPORATIONS UCC DIRECT
CTI INDUSTRIES CORP SBT
CTM ENTERPRISES INC
CTR LAWN SERVICES CARMEN ROTON
CUDLIE ACCESSORIES LLC C
CUHACI & PETERSON CUHACI & PET
CUMMINS
CUMMINS PACIFIC
CUPCAKE CLOTHING LIMITED
CUPID FOUNDATIONS INC
CURT FAUS CORPORATION
CURVATURE LLC-417840
CUSHMAN & WAKEFIELD INC
CUSTOM CLIMATE LLC
CUSTOM LAWN CARE & LANDSCAPING
CUSTOM LAWN SERVICE INC
CUSTOM MAINTENANCE SERVICES
CUSTOM PERSONALIZATION SOLUTIO
CUSTOMER MINDED ASSOCIATES INC-202833
CUTTER GREEN LLC
CUTTERS PLUMBING LLC ROBIN DON
CWORK SOLUTIONS
CYBER ARK SOFTWARE INC-706282
CYBERTRON INTERNATIONAL INC
CYCLE FORCE GROUP LLC
CYMAX STORES USA LLC

**Vendors (merchandise and non-merchandise)**

CYNTHIA REIMERS
CYPRESS MEDIA
D & D OFFICE SUPPLIES MIGUEL A
D & H DISTRIBUTING
D & M STRIPING
D M F BAIT
D&J TRADING CO. LTD
D&N LANDSCAPE LLC
DA YANG KNITTING FTY LTD
DACO TRAILER LEASING INC
DADE PAPER & BAG
DAILEY INSTALLATION INC
DAILY ADVANCE COOKE COMMUNICAT
DAILY AMERICAN
DAILY ASTORIAN
DAILY COMET
DAILY COMMERCIAL CA FLORIDA HO
DAILY CORINTHIAN PAXTON MEDIA
DAILY DEMOCRAT CALIFORNIA NEWS
DAILY EVENING ITEM HASTINGS &
DAILY FREEMAN JOURNAL OGDEN NE
DAILY GATE CITY PUBLISHING DEM
DAILY HAMPSHIRE GAZETTE
DAILY HERALD
DAILY HOME
DAILY INTERLAKE HAGADONE INVES
DAILY MINING GAZETTE OGDEN NEW
DAILY MOUNTAIN EAGLE CLEVELAND
DAILY NEWS
DAILY NEWS JOURNAL
DAILY OKLAHOMAN
DAILY POST ATHENIAN
DAILY PRESS
DAILY RECORD
DAILY REPORTER PUBLISHING
DAILY REPUBLIC
DAILY REVIEW LSN PUBLISHING CO
DAILY REVIEW SAMPLE MEDIA MSK
DAILY SENTINEL
DAILY STANDARD STANDARD PRINTI
DAILY SUN CONWAY DAILY SUN
DAILY SUN NEWS
DAILY TIMES
DAILY TRIBUNE
DAILY WORLD
DAIRY TREK INC
DAISY MANUFACTURING COMPANY
DAKOTA SQUARE MALL CMBS LLC
DALHART TEXAN DALHART TEXAN ME
DALLAS COWBOYS MERCHANDISING L
DALLAS MORNING NEWS
DALLES CHRONICLE EAGLE NEWSPAP
DAM TECHNICAL SERVICES DAVID A
DAMCO
DAN DEE INTERNATIONAL LTD

**Vendors (merchandise and non-merchandise)**

DAN POST BOOT COMPANY
DANA CLASSIC FRAGRANCES INC
DANE TECHNOLOGIES INC-26070
DANECRAFT INC
DANIEL PAUL CHAIRS LLC-471029
DANNY & NICOLE
DANSON HONG KONG LTD
DARIAN GROUP INC
DARLING INTERNATIONAL
DARREN BILBEY DELIVERY SERVICE
DART CONTAINER CORP
DART EQUIPMENT
DART INTERNATIONAL A
DART TRANSIT COMPANY
DART WAREHOUSE
DATA PRINT TECHNOLOGIES INC
DATAFLOW SERVICES CW & ASSOCIA
DATALOGIC AUTOMATION
DATAMAX-O'NEIL
DATAMEER INC-696524
DATASPAN
DATASTAX
DAVID C AUSTEN C O GLADYS AUSTEN
DAVID CHRISTMAN
DAVID E ALEXANDER JR
DAVID H MARTIN EXCAVATING INC
DAVID HUANG
DAVID L MEYER
DAVID R WOODSON
DAVIS MECHANICAL SERVICE INC
DAVIS WRIGHT TREMAINE LLP
DAWN TIL DUSK LAWN CARE LLC DT
DAY PUBLISHING COMPANY
DAYTON APPLIANCE PARTS CO
DBK CONCEPTS
DC SERVICE SOLUTIONS LLC
DCT SPECIAL PROJECTS INC
DDP ROOFING SERVICES
DE LA CRUZ AND ASSOCIATES
DE QUEEN BEE COMPANY MENA WALD
DE VORE INDUSTRIES INC
DEAN FOODS NORTH CENTRAL LLC
DEBELLIS PAINTING SERVICES
DEBRA J BARRETT
DEBRA-KUEMPEL
DECISIONFOCUS
DEEM LLC
DEER PARK TRIBUNE HORIZON WA P
DEES PAPER COMPANY INC
DEL RIO NEWS HERALD SOUTHERN N
DELAHOYDE PROJECTS STEVEN THOM
DELANO BUILDING MATERIALS
DELANO PALLET RECYCLING INC
DELAWARE VALLEY PAVING
DELIVERIES BY TODD INC

**Vendors (merchandise and non-merchandise)**

DELIVERY PROS INC
DELL
DELL FINANCIAL SERVICES
DELL MARKETING L P
DELOITTE
DELOITTE & TOUCHE
DELOITTE TAX
DELSEY LUGGAGE INC
DELTA CARBONA LP
DELTA CONSOLIDATED INDUSTRIES
DELTA FIRE SYSTEMS
DELTA FOREMOST CHEMICAL CORP
DELTA GALIL USA INC
DELTA GLOBAL SOURCING LTD
DELTA MARKETING
DELTA MECHANICAL SERVICE CORPORATIO
DELTA NEWS CITIZEN
DELTA PACKAGING INC
DELTA-DEMOCRAT PUBLISHING
DEM HOLDINGS INC
DEM HOLDINGS,INC. DBA BETTER O
DEMAR LOGISTICS
DEMATIC
DEMERT BRANDS INC
DEMOCRAT & CHRONICLE TIMES
DEMOCRAT PUBLISHING COMPANY
DENTALCARE PARTNERS INC
DENTONS US
DENVER POST
DEPORTES SALVADOR COLOM INC
DEPREY COMPANY SIRVER A DEPREY
DES MOINES REGISTER
DESCARTES SYSTEMS
DESERT EXTRUSION CORP
DESERT EXTRUSION CORP  EMP
DESERT EXTRUSION CORPORATION
DESERT SUN PUBLISHING
DESIGN INTERNATIONAL GROUP INC
DESIGN TEES HAWAII INC
DESIGNCO
DESIGNER PROTEIN LLC
DESIGNPAC GIFTS LLC
DETERGENT 2.0 LLC
DETROIT LAKES TRIBUNE FORUM CO
DETROIT NEWS
DEVELOPLUS INC
DEWAN & SONS
DEWITT TRANSPORTATION SVCES DE
DGC CAPITAL CONTRACTING
DGS IMPORT
DHRUV GLOBALS LTD
DIAKON LOGISTICS
DIAL CORPORATION
DIAMOND COSMETICS INC
DIARIO LAS AMERICAS LAS AMERIC

**Vendors (merchandise and non-merchandise)**

DIBA FAR EAST LLC
DICE HOLDINGS INC
DICK KREIMBORG LLC JAMES R KRE
DICKERSON & QUINN
DICKIE TOYS HONG KONG LTD
DICKINSON NEWSP FORUM COMMUNIC
DIEBOLD INC
DIGITAL COMPLEX INC
DIGITAS
DILIGENT HOSPITALITY LLC
DINSMORE & SHOHL LLP
DIPLOMAT SPECIALTY PHARMACY
DIRECTIONS STUDIO LLC
DISPLAY DATA
DISPLAY SPECIALISTS
DISSTON COMPANY
DIST CALZADO DE 1RA CLASE SA D
DISTRIBUTION INTEGRATED SERVIC
DISTRIBUTION INTEGRATED SERVICES
DIVERSIFIED DYNAMICS CORP
DIVERSIFIED GLOBAL TECHNOLOGIE
DIVERSIFIED MAINTENANCE
DIVERSIFIED MAINTENANCE SYSTEMS
DIVERSIFIED MEDIA GROUP LLC-128595506
DIVERSIFIED PRINT GROUP LLC-706030
DIVISION 1 GROUND MAINTENANCE
DIVISION 21
DIVISIONS INC MAINTENANCE GROU
DIXON ACOSTA
DIXON TICONDEROGA CO
DLA PIPER US LLP
DLZP GROUP LLC-70993812
DM MERCHANDISING INC
DMC INC DYNAMIC MOTION CONTROL
DMC SERVICE INC
DMI FURNITURE INC
DML MARKETING
DNA MODEL MANAGEMENT INC DNA M
DO IT CORPORATION-72339518
DOCK & DOOR HANDLING SYSTEMS I
DOCKERS FOOTWEAR
DOCUMENT TECHNOLOGIES DTI
DOCUSIGN INC
DODGE CITY DAILY GLOBE
DODGE COUNTY NEWS MIDDLE GEORG
DOERNER SAUNDERS DANIEL & ANDE
DOHENYS LLC
DOLCE VITA FOOTWEAR
DOLCE VITA INTIMATES LLC
DOMINION POST WEST VIRGINIA NE
DOMO INC
DOMO INC-60840274
DON HILLMAN INC
DON TO DUSK & SON LLC
DONGBU DAEWOO ELECTRONICS AMER

**Vendors (merchandise and non-merchandise)**

DONGGUAN HAOYUN SHOES LIMITED
DONNELLEY FINANCIAL SOLUTIONS
DOOR AUTOMATION INC
DOOR CONTROLS
DOOR SYSTEMS
DOOR TECH OF NASHVILLE INC WMK
DOORS INC
DORCY INTERNATIONAL
DORCY INTERNATIONAL INC
DOREL ASIA INC
DOREL ASIA SRL
DOREL INDUSTRIES INC
DOREL JUVENILE GROUP INC
DOREL JUVENILLE GROUP INC
DOREL USA INC
DOREYS QUALITY LAWN CARE
DORMA
DORMAN PRODUCTS INC
DOROTHY COMBS MODELS INC
DORVIN D LEIS CO INC
DOSIS FRAGRANCES LLC
DOSKOCIL MFG COMPANY DBA PETMA
DOUGLAS EDWARDS
DOUGLAS ENTERPRISES TRT DOUGLA
DOUGLAS PROPERTY SERVICES LLC
DOUGLAS W PITCHFORD GREATER HO
DOVER GREASE TRAP INC
DOVER POST
DOW JONES LMG STOCKTON
DPI INC
DPS BEVERAGES INC
DR FRESH INC
DR MARTENS AIRWAIR USA LLC
DR MARTENS AIRWIAR USA LLC
DR PEPPER SNAPPLE GROUP
DRAKE STAFFING SERVICES CHARLE
DRAWBRIDGE INC
DRC ENGINEERING INC
DRINKER BIDDLE & REATH LLP
DRIVE CHANGE LLC
DRIVELINE RETAIL MERCHANDISING
DRIVERS ALERT
DRIVEWAY MAINTENANCE INC ALL DADE
DRIVEWAY MAINTENANCE
DRM INC
DROPBOX INC
DRUM LLC
DS WATERS OF AMERICA LP
DSTILLERY INC
DTE ENERGY COMPANY
DU PAGE INDUSTRIES INC
DUBLIN COURIER HERALD
DUKE REALTY LP
DULING TRADING CO LTD
DULUTH NEWS TRIBUNE

| Vendors (merchandise and non-merchandise) | Vendors (merchandise and non-merchandise) |
|---|---|
| DULZURA BORINCANA INC | EASTMAN EXPORTS GLOBAL CLOTHIN |
| DUMA LANDSCAPING ROGEL DUMA | EATEL |
| DUN & BRADSTREET | EATON CORPORATION-830991832 |
| DUNBAR ARMORED | EAU CLAIRE AUTO PARTS |
| DUNBAR SECURITY PRODUCTS | EBAY |
| DUNHAM CONSTRUCTION | ECHO BRIDGE ACQUISITION CORP L |
| DUNLOP SPORTS GROUP AMERICAS | ECLECTIC PRODUCTS INC |
| DURACELL DISTRIBUTING INC | ECM PUBLISHERS INC |
| DURANT DAILY DEMOCRAT CIVITAS | ECO APPLIANCES |
| DURO BAG MFG CO | ECO FIBRE FURNISHING |
| DURO BAG MFG CO DURO HILEX POL | ECO FLO PRODUCTS INC |
| DURST TRUCKING | ECODYNE |
| DWYER CAMBRE & SUFFERN | ECOLAB INC |
| DXAGENCY | ECONOCO CORPORATION-641332 |
| DYKEMA GOSSETT | ECONOMY RENTAL MS ECONOMY RENT |
| DYNAMIC MECHANICAL HEATING & A | ECOVA |
| DYNAMIC VENTURES INC | ECOWATER SYSTEMS |
| DYNASTY APPAREL CORP | ECS GLOBAL INC-710252 |
| DYNATRACE LLC-79778873 | ECS TUNING LLC |
| DYSON INC | EDDIES ELECTRIC EDWARD S YOUNG |
| E & B GIFTWARE LLC | EDEALSZONE LLC |
| E & E CO LTD | EDGE BRANDS LIMITED |
| E AND C CUSTOM PLASTIC | EDGEWELL PERSONAL CARE PR INC |
| E CHABOT LTD | EDITH ROSARIO |
| E E MILLS & SONS INC | EDITORA PASO DEL NORTE |
| E GADGET GROUP INC | EDUSHAPE LTD |
| E GLUCK CORPORATION | EDWARDS ELECTRICAL & MECH INC |
| E MC ELECTRICAL SERVICES GREEN | EDWARDSVILLE PUBLISHING |
| E T BROWNE DRUG CO INC | EFI GLOBAL |
| E W SCRIPPS | EIGHTY ONE ENTERPRISE INC |
| E Z PRODUCTS OF SOUTH FLORIDA | EKQ CLEANING SERVICES INC |
| E3LOCAL MARKETING SOLUTIONS TE | EL DORADO NEWS TIMES |
| EA OUTDOOR SERVICES | EL INFORMADOR DEL VALLE HECTOR |
| EAGLE ENT INC | EL LATINO NEWSPAPERS |
| EAGLE HERALD PUBLISHING LLC | EL MANANA INC |
| EAGLE LEASING | EL PASO ROOTER GASPAR A RAMIRE |
| EAGLE NEWSPAPERS INC OMAK CHRO | EL PASO TIMES |
| EAGLE PASS BUSINESS JOURNAL IN | EL TORO CARMESI LLC |
| EAGLE PRINTING & PUBLISHING LL | EL VOCERO DE PUERTO RICO PUBLI |
| EAGLE PRINTING CO | ELAN POLO |
| EAGLE PUBLISHING CO INC | ELARASYS WORLDWIDE LLC-1042010160 |
| EAGLE TRIBUNE E | ELAVON INC-664797 |
| AGLE TRIBUNE PUBLISHING CO | ELC |
| EARLY MORNING LONE STAR ROSE N | ELCO LABORATORIES DIV CHGO AER |
| EARTHGRAINS BAKING COMPANIES I | ELDON W GOTTSCHALK & ASSOCIATES |
| EAS ENTERPRISES SKIER EAS INC | ELECTRICAL SOLUTIONS OF OKLAHO |
| EAST ASIA ARTIC FLOWERS FTY CO | ELECTROLINE WHOLESALE ELECTRON |
| EAST COAST COMPACTOR CORP | ELECTROLUX HOME PRODUCTS |
| EAST COAST NEWSPAPERS | ELECTRONIC FUNDS TRANSFER INC |
| EAST PENN MANUFACTURING | ELECTRONIC RECYCLERS INTL INC |
| EAST PENN MANUFACTURING CO INC | ELEVATE LLC |
| EASTCOAST EXECUTIVE LIMOUSINE | ELITE CREATIVE SOLUTIONS LLC-783123966 |
| EASTERN LIFT TRUCK CO INC | ELITE MAINTENANCE & CONSTRUCTI |
| EASTERN PRIME TEXTILE LIMITED | ELITE MODEL MANAGEMENT LLC |
| EASTERN SHORE POST INC NEW POS | ELITE SNOW REMOVAL ELITE COMME |

**Vendors (merchandise and non-merchandise)**

ELIXIR TECHNOLOGIES CORPORATION-710720
ELIZABETH ARDEN INC
ELK CITY DAILY NEWS
ELKHART TRUTH PAXTON MEDIA GRO
ELKINS INTER-MOUNTAIN
ELKO DAILY FREE PRESS
ELLIOTT LEWIS CORP
ELLISON FIRST ASIA LLC
ELLSWORTH AMERICAN
ELOYALTY
EMAG SOLUTIONS
EMARKETER INC-694544
EMC
EMCOR SERVICES
EMCOR SERVICES INTEGRATED SOLUTIONS
EMERSON ELECTRIC CO
EMERSON HEALTHCARE LLC
EMERSON NETWORK POWER LIEBERT SERVICES
EMG CLAMPETT INDUSTRIES LLC
EMKAY INC
EMMSPHERE LLC
EMPAQUES DEL CARIBE CORP
EMPIRE DISTRIBUTORS EJD ENTERP
EMPLOYMENT ADVISORY SERVICES I
EMPLOYMENT EMPLOYMENT SOLUTION
EMPORIA GAZETTE WHITE CORPORAT
EMPRESAS VELAZQUEZ
EMT INDUSTRIAL SERVICES EDWARD
ENABLEVUE LLC-710768
ENC NEWSPAPERS
ENCHANTE ACCESSORIES INC
ENCO MANUFACTURING CORP
ENCYCLE TECHNOLOGIES INC-700669
ENDEAVOR TOOL COMPANY LLC
ENERGY CONTRACTORS S E AMAURY
ENERSYS
ENERVISE INCORPORATED
ENERVISE LLC
ENGINEERED COMFORT SYSTEMS
ENGINEERED COOLING SERVICES
ENGLE PRINTING & PUBLISHING CO
ENGLEWOOD MARKETING GROUP INC
ENGLISH COMPUTER CONSULTING LTD-8892234
ENRIGHT COMPANIES LLC ENRIGHT
ENTECH SALES SERVICES
ENTERPRISE GROUP
ENTERPRISE JOURNAL J O EMMERIC
ENTERTAINMENT RADIO NETWORK LLC
ENTRANCE TECHNOLOGIES INC
ENVIRO WATER SOLUTIONS LLC
ENVIROCON TECHNOLOGIES INC
ENVIRONMENTAL DRAIN & PLUMBING

**Vendors (merchandise and non-merchandise)**

ENVIRONMENTAL PRODUCTS & SERVICES OF ROCHESTER
ENVIRONMENTAL PROTECTION INDUS
ENVISION GRAPHICS LLC
ENVISION GRAPHICS LLC-1071001791
ENVISIONS LLC
EPI GROUP
EPI PRINTERS
EPIC DESIGNERS LIMITED
EPICOR SOFTWARE
EPSILON DATA MANAGEMENT
EPTA AMERICA LLC
EQUEST LLC
EQUINOX
EQUIPARTS CORP-1000738690
ERACENT INC-429050
ERATH PUBLISHERS
ERIC JAY LTD
ERIK BIANCO
ERNST & YOUNG
ERP ADVISORS GROUP-708020
ERWIN PENLAND
ESB P R CORP  SBT
ESB P R CORP SBT
ESCALADE SPORTS
ESCOBAR MAINTENANCE SERVICE JO
ESCREEN
ESI CASES & ACCESSORIES INC
ESI MAINTENANCE INC
ESPN ENTERPRISES INC
ESQUEL ENTERPRISES LTD
ESQUIRE DEPOSITION SOLUTIONS L
ESRI INC ENVRMNTL SYST RSRCH INST-1000129295
ESSENCE CORP
ESSENDANT CO
ESSENPREIS PLUMBING & HEATING
ESSICK AIR PRODUCTS
ESTHERVILLE PUBLICATIONS INC D
E-TEEN MARKET LIMITED
ETERNAL BEST INDUSTRIAL LTD
ETERNAL FORTUNE FASHION LLC
ETHOCA LIMITED-705434
ETHORITY LLC TALX CORPORATION
EUGENE ARMSTRONG EUGENE MARK ARMSTRONG
EUGENE F KOCH
EUGENE W HANKEE & SON INC
EUNICE NEWS LSN PUBLISHING COM
EUREKA CO
EURO PRO SALES COMPANY
EUROPEAN HOME DESIGNS LLC
EUROPEAN TANNING SYSTEMS
EVANSVILLE COURIER & PRESS
EVENFLO COMPANY INC

**Vendors (merchandise and non-merchandise)**

EVENFLO FEEDING INC
EVENFLO JUVENILE FURN CO
EVENING LEADER HORIZON OHIO PU
EVERBLOOM GROWERS INC SBT
EVEREST GROUP USA INC
EVERETT GOODRICH INC EVERETT G
EVERGREEN SHIPPING AGENCY AMERICA
EVERLAST SPORTS MFG CORP
EVERLAST WORLDS BOXING CORP RO
EVINE LIVE INC
EVITEX APPARELS LIMITED
EVY OF CALIFORNIA INC
EWI WORLDWIDE EWI WORLDWIDE IN
EWI WORLDWIDE-96958533
EX CELL HOME FASHIONS INC
EXACTEC-525464
EXADEL
EXCEL BUILDING SERVICES
EXCEL INTERNATIONAL INC
EXCEL TECHNOLOGIES TIM FOSTER
EXCELSIOR PUBLISHING COMPANY D
EXCHANGE INC
EXCLUSIVE ARTIST MANAGEMENT IN
EXHIBIT HOUSE JOB MANAGEMENT
EXIDE TECHNOLOGIES
EXIST INC
EXMART INTERNATIONAL PVT LTD
EXPEDITORS INTERNATIONAL
EXPERIAN EXPERIAN INFORMATION
EXPO COMMUNICATIONS INC EXPO T
EXPO COMMUNICATIONS INC-652958
EXPRESS SERVICES INC
EXQUISITE APPAREL CORP
EXTECH INSTRUMENTS CORPORATION
EXTOLE INC
EXTREME CONCEPTS LLC
EXTREME NETWORKS
EXXEL OUTDOORS INC
EXXEL OUTDOORS LLC
EZ FLO INTERNATIONAL INC
EZ MAINTENANCE SERVICES LLC
EZRASONS INC
F & F CONSTRUCTION
F & J SERVICE CO
F & M TOOL & PLASTICS
F & P MECHANICAL F AND P MECHA
F & T APPAREL LLC
F C L GRAPHICS INC-1069979623
F W WEBB COMPANY
FABRICA DE CALZADO PLASCENCIA
FACEBOOK
FACILITIES SOLUTIONS LLC CONST
FACILITY PRODUCTS AND SERVICES
FACILITY SERVICES OF AMERICA
FACILITY SOLUTIONS GROUP

**Vendors (merchandise and non-merchandise)**

FACT AUTOMATED ENTRANCES
FACTIVA
FACTOR MODEL MANAGEMENT
FACTORY OUTLET STORE
FACTSPAN INC-703174
FAEGRE BAKER DANIELS LLP 2200
FAILSAFE MEDIA COMPANY INC
FAIMON PUBLICATIONS
FAIR TRADE CONSULTING
FAIRBANKS DAILY NEWS MINER INC
FAIRBORN MID ATLANTIC FAIRBORN
FAIRFIELD LEDGER WMPF INC
FAIRMONT TIMES WEST VIRGINIA N
FAIRPOINT COMMUNICATIONS INC
FALCUM SERVICE
FALLING STAR LANDSCAPE INC
FAMILY FIRST PHARMACEUTICALS I
FAMOSA NORTH AMERICA INC
FANATICS INC OPERATING ACCOUNT
FANTASIA ACCESSORIES LTD
FARIDA SHOES PVT LTD
FARRIS LAWN CARE BOBBY L FARRI
FASHION ACCENTS LLC
FASHION ACCESSORY BAZAAR LLC
FAST FINGERS LIFT SVCS (PARTS
FAST FORWARD LLC
FASTENAL
FASTTRACK STAFFING INC
FATPIPE INC
FAULTLESS STARCH BON AMI CO
FAYETTE CITIZEN FAYETTE PUBLIS
FAYETTE COUNTY RECORD INC
FAYETTEVILLE OBSERVER DB NORTH
FEATHER PUBLISHING
FEDERAL BUILDING SERVICES INC
FEDERAL EXPRESS
FEDERAL WAGE & LABOR INSTITUTE
FEDERAL WARRANTY SERVICES
FEDEX
FELIPE DE JESUS GALVAN HERNAND
FENG TAI FOOTWEAR CO LTD
FERNANDO C PUJALS & BROS INC
FERNANDO NINO
FERNANDOS BAKERY INC
FEROZA GARMENTS LTD
FERRANDINO & SON
FERRELLGAS
FERRERO INC
FERROL TRUCKING SERVICES INC
FETCH FOR COOL PETS LLC
FFR INC FASTENERS FOR RETAIL C
FGO DELIVERIES LLC FGO LOGISTI
FGX INTERNATIONAL INC
FHK CONSTRUCTION LLC
FIBRE CRAFT MATERIALS CORP

**Vendors (merchandise and non-merchandise)**

FIBRIX LLC
FIBRIX LLC BUFFALO BATT DIV
FIDELITONE
FIDELITONE INC
FIDELITY ENTERPRISES LTD
FIDENS ENTERPRISES LLC JORGE L
FIELD MANUFACTURING
FILA USA INC
FILO AMERICA
FILTER LLC ATTENTION ACCOUNTS
FINDLY LLC
FINELINE
FINEST FOODS DISTRIBUTING CO
FINGER LAKES TIMES FINGER LAKE
FINGERPRINT COMMUNICATIONS
FINISH LINE TECHNOLOGIES INC
FIRE SYSTEMS PLUS RICHARD E JO
FIRE TECH INC
FIREFOE CORP FIRE FOE CORPORAT
FIRST AMERICAN HOME BUYERS PRO
FIRST CHOICE COFFEE SERVICES D
FIRST CHOICE SWEEPING AND LAND
FIRST DATA TECHNOLOGIES
FIRST IMPRESSIONS PRINTING FIP
FIRST POINT MECHANICAL SERVICE
FIRST QUALITY CONSUMER PRODUCT
FIRST TEXAS PRODUCTS LLC
FISHER & PHILLIPS
FISHER PRICE BDS A DIV OF MDII
FISHER UNITECH-1362049892
FISHER-PRICE
FISHMAN PUBLIC RELATIONS
FISKARS BRANDS INC
FISKARS GARDEN TOOLS INC
FIT & FRESH INC
FIT AND FRESH INC
FITNESS SOLUTIONS
FITZPATRICK LENTZ & BIBBA PC
FIXTURE HARDWARE
FLAMBEAU INC
FLEET STREET LTD
FLEET TRAILER LEASING INC
FLEXPRINT LLC FLEXPRINT INTERM
FLEXXPERTS-588673
FLOCK FREE BIRD CONTROL SYSTEM
FLORIDA CONSTRUCTION EXPERTS I
FLORIDA PNEUMATIC MANUFACTURIN
FLORIDA PNEUMATIC MFG CORP
FLORIDA RETAIL FEDERATION
FLORIDA SUN PUBLICATIONS LAKEW
FLORIDA TODAY
FLOWERS BAKING CO OF VILLA RIC
FLUKE ELECTRONICS
FLUKE ELECTRONICS CORPORATION
FLYING UP INTERNATIONAL LIMITE

**Vendors (merchandise and non-merchandise)**

FLYNN ENTERPRISES LLC
FM GENERATOR INC
FMH CONVEYORS
FMI
FMI INC
FNA S.P.A.
FOCUS DAILY NEWS
FOLEY COMPANY
FOLKRAFT CO LTD
FOLSOM SERVICES
FOOD WAREHOUSE CORP
FOOTWEAR DISTRIBUTORS AND RETA
FOOTWEAR SPECIALTIES INTERNATI
FOR LIFE PRODUCTS LLC
FORD MODELS
FORESEE RESULTS
FOREST SERVICES INC
FOREVER INTERNATIONAL (TAIWAN)
FORNEY INDUSTRIES INC
FORRESTER RESEARCH INC
FORRESTER RESEARCH INC-1087806399
FORSYTHE SOLUTIONS GROUP
FORT BEND HERALD AND TEXAS COA
FORT BRAGG ADVOCATE NEWS CALIF
FORT STOCKTON PIONEER BIG BEND
FORT WAYNE NEWSPAPERS INC
FORTUNE CREATION COMPANY LIMIT
FORUM ANALYTICS A CBRE COMPANY
FORUM COMMUNICATIONS
FOSSIL INC
FOSTER FARMS DAIRY CO
FOTORAMA USA LLC
FOUR J S DEVELOPMENT TOOLS INC-254024
FOUR SEASONS DESIGN INC
FOWNES BROTHERS & CO INC
FOX APPLIANCE PARTS OF ATLANTA
FOX LUGGAGE INC
FOX ROTHSCHILD LLP
FP INTERNATIONAL
FPC CORPORATION
FRAGOMEN DEL REY BERNSEN & LOEWY
FRAHLER ELECTRIC COMPANY
FRANCHISE OPPORTUNITIES NETWOR
FRANCO MFG CO
FRANCONNECT LLC
FRANKFORT PUBLISHING STATE JOU
FRANKLIN SPORTS INDUSTRIES INC
FRANKLIN T COTTON
FRANKLIN TIMES FRANKLIN COUNTY
FRED E DEYHLE FREDERICK E DEYH
FREDDY DUNCAN & SONS MOVING & STORA
FREDERICK NEWS POST RANDALL FA
FREDERICKSBURG PUBLISHING CO
FREE LANCE STAR BH MEDIA GROUP
FREE PRESS PUBLISHING INC

**Vendors (merchandise and non-merchandise)**

FREEBORN & PETERS LLP
FREEDOM CALIFORNIA VILLE PUBLISHING
COMPANY
FREEDOM COMMUNICATIONS
FREEMAN EXPOSITIONS
FREEMAN SIGNS INC
FRENCHTOAST.COM LLC
FRESHKO PRODUCE SERVICES
FRIEND SMITH & CO INC
FRIEND SMITH & CO INC FRIEND S
FRIGIDAIRE COMPANY
FRILOT LLC
FRITO LAY INC
FRONT STREET FS FRONTSTREET FA
FRONTIER COMMUNICATIONS
FRONTIER KNITTERS PVT LTD
FRONTLINE PRODUCTS INC
FROSTING FROSTING STUDIO
FRUIT OF THE EARTH INC
FSA NETWORK
FSI ARCHITECTURE
FTI CONSULTING
FUCILE & REISING LLP
FUJIAN APEX INT TRADING CORP L
FUJIAN APEX INTL TRAD CORP LMT
FUJIAN JUNDA SPORTS GOODS CO L
FULL POWER ELECTRICAL CORP
FULL SERVICE BEV CO OF COLORAD
FULLCONTACT
FUN2PLAY TOYS LLC
FUNDERBURK ROOFING INC
FUZHOU HARVEST LAND INDUSTRY C
FW ASPHALT FRED WOLLER
G & K SERVICES
G A GERTMENIAN & SONS LLC
G B TOOLS & SUP INC
G H  PRODUCTIONS INC
G&J PEPSI COLA BOTTLING CO
GA COMMUNICATIONS
GADSDEN TIMES
GAGE ROOFING & CONST INC
GAIL FORD GAIL L FORD
GAIN STRONG INDUSTRIAL LIMITED
GAINESVILLE SUN PUBLISHING
GALILEO GLOBAL BRANDING GROUP
GALLAGHER FIRE EQUIPMENT CO
GALLO WINE CO & VINTAGE WINE C
GALVESTON DAILY NEWS GALVESTON
GANNETT
GANNETT SATELLITE INFORMATION
NETWORK
GARDA CL WEST
GARDEN CITY TELEGRAM
GARDEN STATE GROWERS
GARDINER C VOSE INC

**Vendors (merchandise and non-merchandise)**

GARDNER DENVER
GARDNER INC
GARDNER NEWS
GARLAND SALES INC
GARTNER GROUP INC
GARTNER REFRIGERATION COMPANY
GARY JORGENSEN
GARY R CLIFT
GATEHOUSE
GATEHOUSE MEDIA
GATEKEEPER SYSTEMS INC-171884
GATESVILLE MESSENGER
GATEWAY FAIRVIEW INC
GATEWAY PHARMACY NETWORKS LLC
GATTI PLUMBING INC
GAUSS COMMUNICATIONS-156958766
GAWKER MEDIA LLC
GAZEBO PENGUIN INC
GAZETTE COMMUNICATIONS INC
GAZETTE PUBLISHING CO BEDFORD
GBG BEAUTY LLC
GC RANCHERS INC
GCE INTERNATIONAL INC
GCI COMMUNICATION CORP
GD GALANZ MICROWAVE ELE APP
GD HAIXING PLASTIC & RUBBER CO
GEAUGA DOOR SALES AND SERVICE
GECKOBYTE INC-142399620
GEELONG SALES MCO LIMITED
GEISS DESTIN & DUNN INC
GELCO
GELMART INDUSTRIES INC
GEM GUAM CORPORATION
GEMMY INDUSTRIES (HK) LTD B.V.
GENERAL BUILDING SERVICES INC
GENERAL CONTRACTING & MAINTENA
GENERAL ELECTRIC
GENERAL ELECTRIC COMPANY
GENERAL FACILITY SERVICE
GENERAL FOAM PLASTICS CORP
GENERAL INTL POWER PRODUCTS LL
GENERAL LION FOOTWEAR (INTL) L
GENERAL MARKETING SOLUTIONS LL
GENERAL MILLS INC
GENERAL PAINT & MANUFACTURING
GENERAL TOOLS MFG CO INC
GENERAL TOOLS MFG CO LLC
GENERIS TEK INC
GENESEE GLASS & MIRROR
GENESEE VALLEY PENNY SAVER
GENESYS TELECOMMUNICATION LABS INC-
634121
GENPRO INTERNATIONAL INC
GEORGE HOWE CO INC
GEORGE J KULIK PE PC

**Vendors (merchandise and non-merchandise)**

GEORGE LEWIS
GEORGETOWN COMMUNICATIONS
GEORGETOWN NEWS GRAPHIC GEORGE
GEORGIA PACIFIC CORRUGATED
GEORGIA SUBSEQUENT INJ TRUST F
GEOSPATIAL EXPERTS-694813
GERARD DESIGN INC
GERBER CHILDRENSWEAR LLC
GERBER LEGENDARY BLADES
GERST CONTRACTING INC
GETABSTRACT INC
GETTY IMAGES INC
GEVERS PAVING CO INC
GEXPRO GENERAL SUPPLY & SERVIC
GFR MEDIA
GFX INTERNATIONAL
GGPLP REAL ESTATE INC
GI SPORTZ DIRECT LLC
GIBSON OVERSEAS INC
GIDEONS & GRECO PLUMBING CO INC
GIDEONS SOURCE OF KANSAS INC
GIFTMAKER SYSTEMS LLC
GILBERT EXPRESS
GILDAN USA INC
GILLAM & SMITH LLP
GINSEY INDUSTRIES INC
GITLAB INC-87987115
GIZA SPINNING AND WEAVING CO
GLAM MEDIA INC
GLAMOUR CORPORATION
GLAMOUR PRESTIGE CORP
GLASS AGENCY
GLAXOSMITHKLINE CONSUMER HEALT
GLD GROUP
GLE ASSOCIATES
GLEN FARMER
GLIDE RITE CORPORATION-703543
GLIDER CO LTD
GLOBAL ADVANTAGE TRADING & IMP
GLOBAL CONCEPTS LIMITED INC
GLOBAL DESIGN CONCEPTS INC
GLOBAL ELECTRIC RZB INC
GLOBAL EXPERIENCE SPECIALISTS
GLOBAL LOGISTICS INC GLOBAL XP
GLOBAL PRODUCT RESOURCES INC
GLOBAL WAY ACCESSORIES LLC
GLOBANT
GLOUCESTER MATHEWS GAZETTE JOURNAL
GMC CONTRACTORS INC
GO2PAPER
GODFATHERS SPORTSWEAR E L FONT
GODS LITTLE GIFTS
GOFFA INTERNATIONAL CORPORATIO
GOGO INTERNATIONAL PVT LTD
GOJO INDUSTRIES INC

**Vendors (merchandise and non-merchandise)**

GOKALDAS EXPORTS LTD
GOLD COUNTRY MEDIA AUBURN JOUR
GOLD EAGLE CO
GOLD LLC
GOLD MEDAL PROD CO
GOLD PRAIRIE LLC
GOLD PRAIRIE LLC-1189295707
GOLDBERGER INTERNATIONAL LTD
GOLDEN VANTAGE LLC
GOLDMAN ANTONETTI & CORDOVA
GOLDSBORO NEWS ARGUS WAYNE PRI
GOLF GIFTS & GALLERY
GOLIATH GAMES LLC
GONZALES WEEKLY CITIZEN
GOOD HUMOR ICE CREAM
GOOD NEWS SUBURBAN COMMUNICATI
GOODY PRODUCTS INC
GOOGLE
GOPLUSCORP
GORSKI AND OSTERHOLDT
GOSHEN NEWS NEWSPAPER HOLDINGS
GOSSI INC
GOTAPPAREL
GOVERNMENT OF THE VIRGIN ISLAN
GOYA DE PUERTO RICO INC
GOYA FOODS INC
GPD ASSOCIATES
GPS PLUMBING GARDING PLUMBING
GR CONTRACT SERVICES
GR ELECTRICAL SERVICES INC
GRACIOUS LIVING
GRACO CHILDRENS PRODUCTS INC
GRANADA SALES CORP
GRAND BASKET CO INC
GRAND BONANZA ENTERPRISE INC
GRAND ENTRANCE-607366
GRAND FLY DISPLAY PROD (SZ) CO
GRAND FORKS HERALD
GRAND HOME HOLDINGS INC
GRAND ISLAND INDEPENDENT BH ME
GRAND JUNCTION MEDIA
GRAND LUCK FUJIAN FOOTWEAR CO
GRAND ORIENTAL INTL (HK) CO LT
GRAND RAPIDS NEWSPAPERS
GRAND VALLEY DELIVERY LLC
GRANDSTEP (HK) LTD
GRANITE CITY ARMORED CAR INC
GRANITE TELECOMMUNICATIONS
GRANT LEIGHTON ASSOC OF TX
GRAPHIC MEASURES INC GRAPHIC M
GRAPHIC TEAM INC
GRASSLAND FOOD & SNACK LLC
GRASSWORX
GREAT AMERICAN DUCK RACES INC
GREAT BEND TRIBUNE MORRIS NEWS

**Vendors (merchandise and non-merchandise)**

GREAT FALLS TRIBUNE
GREAT LAKES COCA COLA DIST LLC
GREAT LAKES TECHNOLOGIES LLC
GREAT MOUNTAIN WEST SUPPLY INC
GREATER DALLAS CONSTRUCTION
GREATER NIAGARA NEWSPAPERS COM
GREATER W B IND FUND INC GREAT
GREEBY COMPANIES INC
GREELEY TRIBUNE NORTHERN COLOR
GREEN AND SONS LLC ROBERT GREE
GREEN CANYON HOLDINGS I INC MICHAEL
ANGELAKOS
GREEN DOT CORPORATION SBT
GREEN JOBINTERVIEW
GREENJOBINTERVIEW.COM LLC
GREEN MARKET SERVICES COMPANY
GREEN MOUNTAIN TECHNOLOGY LLC
GREEN RIVER STAR
GREENBERG TRAURIG
GREENDALE HOME FASHIONS LLC
GREENE JERSY SHOPPERS
GREENES FENCE CO
GREENEVILLE SUN JONES MEDIA IN
GREENFELDER HEMKER & GALE PC
GREENFIELD VEDETTE LEWIS COUNT
GREENLEE TEXTRON
GREENLIGHT FACILITY SOLUTIONS
GREENPRO SPRAY AND LAWN MAINT
GREENROOM PRODUCTIONS INC
GREENSBORO NEWS & RECORD
GREENSPOON MARDER PA
GREENVILLE ADVOCATE GREENVILLE
GREENVILLE NEWS
GREENVILLE NEWSPAPERS LLC
GREENVILLE OUTLET STORE LLC VA
GREER & KIRBY CO INC
GREGG APPLIANCES INC HHGREGG
GREGORY CANTONE
GREGS PETROLEUM SERVICE INC
GRENDENE USA INC
GRETCHEN INTERNATIONAL INC
GREYLAND TRADING LIMITED
GREYSTAR MANAGEMENT SERVICES G
GRIFFIN DAILY NEWS
GRIFFIN FOOTWEAR LLC
GRIMMS SNOW REMOVAL LLC
GRIZZLY INDUSTRIAL INC
GROOM LAW GROUP CHARTERED
GROUNDS GUYS LEHIGH VALLEY TIL
GROUNDS SPECIALISTS
GROUP O MARKETING SOLUTIONS GR
GROUP O MARKETING SOLUTIONS-712093
GROUPE SEB USA
GROVE SUN GATEHOUSE MEDIA OKLA
GROW'N UP LIMITED

**Vendors (merchandise and non-merchandise)**

GRUPO RUZ, S.A. DE C.V.
GRUSPI CONSULTING INC
GSD INTERNATIONAL ENTERPRISES
GSF
GSF BUILDING SYSTEMS-1000829093
GSL GRAPHIC SOLUTIONS LLC
GT NEXUS
GTA
GTM USA CORP
GTM USA CORPORATION
GTT COMMUNICATIONS
GUAHAN WASTE CONTROL INC
GUAM PUBLICATION PACIFIC DAILY NEWS
GUANGDONG TEXTILES IMP & EXP C
GUARD MANAGEMENT SERVICE CORP
GUARDIAN DRUG COMPANY INC
GUARDIAN SERVICE INDUSTRIES
GUBERMAN BENSON & CALISE LLC
GULF COAST MEDIA OPC NEWS LLC
GULF PUBLISHING
GUNNISON COUNTRY SHOPPER INC
GUOTAI USA
GUY ROOFING
GWINNETT DAILY POST
GXS
GXS INC
H & H DEVELOPMENT GENERAL CONT
H & H SYSTEMS INC
H & M LIMO
H AND N ASSOCIATES DONALD R NO
H B MCCLURE CO INC
H C INTERNATIONAL INC
H H BROWN SHOE
H N W INDUSTRY INC
H O H CHEMICALS INC-428755
H&H APPAREL CO., LTD
H&L JUNO INC
H&M NEW CENTURY GROUP
HADDAD APPAREL GROUP LTD
HADDAD BROTHERS INC
HAGERSTOWN HERALD MAIL
HAGGAR CLOTHING COMPANY
HAIN CELESTIAL GROUP INC THE H
HAINES & KIBBLEHOUSE INC H & K
HAITRAL LED LIGHTING HK CO LIM
HALE TRAILER BRAKE & WHEEL INC
HALIFAX
HALLMARK MARKETING COMPANY LLC
HALO HALO BRANDED SOLUTIONS IN
HALO-701507
HAMILTON BEACH BRANDS INC
HAMM MECHANICAL LLC
HAMPTON DIRECT INC
HAMPTON FORGE LTD EMP
HANA FINANCIAL INC

**Vendors (merchandise and non-merchandise)**

HANCE CONSTRUCTION
HANDCRAFT MFG CORP
HANDI CRAFT CO
HANDYMAN AL MARLYN MAE MEYER
HANESBRANDS INC BALI
HANESBRANDS INC BALI SEARS
HANESBRANDS INC CHAMPION
HANESBRANDS INC HOSIERY
HANESBRANDS INC LEGGS
HANESBRANDS INC PLAYTEX KMART
HANESBRANDS INC PLAYTEX SEARS
HANESBRANDS INC SOCK
HANESBRANDS INC UNDERWEAR
HANFORD SENTINEL
HANG FUNG GARMENT GROUP LTD
HANGZHOU BESTSINO I/E CO LTD
HANGZHOU IN CHOICE IMP & EXP C
HANJIN SHIPPING AMERICA
HANKOOK TIRE AMERICA CORP
HANKS MOWER REPAIR LLC CLARENC
HANLEY WOOD MEDIA INC
HANSAE CO LTD
HANSAE CO. LTD
HANSEN GLOBAL INC
HAPAG LLOYD AMERICA
HAPNER LAWN & LANDSCAPE LLC NA
HAPPIEST MINDS TECHNOLOGIES
HAPPY GRACE HONG KONG LIMITED
HAPPY SHIRTS INC
HARBOR INDUSTRIES
HARBORTOWN INDUSTRIES INC
HARDING GROUP INC
HARDINS GARDENS DOUGLAS P HARD
HARDY MOVING & STORAGE KITCHEN
HARLING INC
HARMONY ENTERPRISES
HARRINGTON BOTTLING CO
HARRIS PAINTS
HARRISBURG GARDENS INC
HARRISON APPLIANCE INC
HARRY J GOODMAN
HART I 55 INDUSTRIAL LLC
HART MOVING & STORAGE
HARTCORN PLUMBING & HEATING IN
HARTZ MOUNTAIN CORP
HARVEST TRADING GROUP INC
HASBRO INC
HASTINGS DAILY TRIBUNE SEATON
HASTINGS REMINDER
HATCH ENTERPRISE INC
HATTENBACH
HAUCK (HONG KONG) LIMITED
HAUGH LAW GROUP HAUGH & ASSOCI
HAUSER LIST SERVICES INC
HAVAS WORLDWIDE

**Vendors (merchandise and non-merchandise)**

HAVEL BROS SHAMBAUGH & SON LP
HAVRE DAILY NEWS
HAWAII INTERCONTINENTAL CORPOR
HAWAII MERCANTILE LLC
HAWAII MODULAR SPACE
HAWAIIAN HOST CHOCOLATES INC
HAWAIIAN ISLES DISTRIBUTORS
HAWAIIAN ISLES DISTRIBUTORS HA
HAWAIIAN TELCOM
HAWAIIHOME
HAYNES AND BOONE LLP
HCV DISTRIBUTORS INC
HD LANDSCAPE LLC
HEADS UP LANDSCAPE CONTRACTORS
HEALTH CARE POLICY ROUNDTABLE
HEALTH VIGOR LIMITED
HEALTHCARE DATA SOLUTIONS GRAC
HEALTHCARE QUALITY ASSOCIATION
HEALY NEWSPAPERS INC
HEARST
HEARTHSTONE GROUP
HEARTLAND COCA COLA BOTTLING C
HEARTLAND EXPRESS
HEARTLAND FOOD PRODUCTS GROUP
HEARTLAND PUBLICATIONS
HEARTLAND WOODCRAFT
HEATH CONSTRUCTION LLC
HECHT TRAILERS L L C
HEFFNER MANAGEMENT INC
HEIDE & COOK LLC
HEIDRICK & STRUGGLES INTERNATIONAL
HEIGHTS BUILDERS INC
HELEN ANDREWS INC
HELLO DIRECT
HELLO DIRECT-462812
HELMSING LEACH HERLONG NEWMAN
HENDERSON DAILY DISPATCH PAXTO
HENGXING (HK) TRADE CO LIMITED
HENKEL CONSUMER
HENKELS & MC COY
HENNESSY INDUSTRIES
HENNESSY INDUSTRIES INC
HENRICKSEN & COMPANY
HENRY LAMOND COMPANY LTD
HENRYS JANITORIAL SERVICES INC
HENSON ROBINSON CO
HERALD
HERALD CITIZEN COOKEVILLE NEWS
HERALD DEMOCRAT DB TEXAS HOLDI
HERALD DISPATCH
HERALD GAZETTE
HERALD JOURNAL
HERALD LEADER PRYOR PUBLICATIO
HERALD NEWS
HERALD PUBLISHING

**Vendors (merchandise and non-merchandise)**

HERALD STAR OGDEN NEWS PUBLISH
HERKER HERKER BUILDING & LAWN
HERNANDEZ CART SERVICE INC
HERR FOODS INC
HERSAM ACORN NEWSPAPERS
HERSHEY CHOCOLATE COMPANY
HERSHEY CHOCOLATE COMPANY HERSHEY CARIBE INC
HERSHEY CHOCOLATE USA HERSHEY
HERTZ EQUIPMENT RENTAL
HESS PRINT SOLUTIONS-68148261
HEWITT ASSOCIATES
HEWLETT PACKARD ENTERPRISE
HEWLETT-PACKARD FINANCIAL SERVICES
HEXACOMB CORPORATION-701400
HFC PRESTIGE INTERNATIONAL U S
HFC PRESTIGE INTL PR LLC
HG FIRE SYSTEMS LP
HI MARK INTERNATIONAL CO LTD
HI TECH AIR CONDITIONING SRVC
HI TECH PHARMACEUTICALS INC
HICKORYTECH
HIGH COUNTRY SHOPPER MEDRANO H
HIGH POINT ENTERPRISE PAXTON M
HIGH RIDGE BRANDS
HIGH SIERRA DIST
HIGH SIERRA SPORT COMPANY
HIGHJUMP SOFTWARE
HIGHLAND GRP INDUSTRIES LP
HIGHLAND LAKES PUBLISHING LP H
HIGHLAND LAWN & LANDSCAPE BEN
HILCO WHOLESALE SOLUTION LLC
HILEX POLY
HILEX POLY CO LLC
HILLDRUP COMPANIES INC HILLDRU
HILLIS CLARK MARTIN & PETERSON
HILLMAN GROUP
HILLWORKS
HINES GROWERS INC
HINMAN & CARMICHAEL LLP
HINSHAW & CULBERTSON
HIRERIGHT SOLUTIONS
HIS INTERNATIONAL GROUP LLC
HITACHI KOKI USA LTD
HI-TEX CO. LTD.
HIVES & HONEY INC
HK GREATSTAR INTL CO LTD
HK JUNYAO FOREIGN TRADE CO LTD
HK SINO-THAI TRADING CO LTD
HKD GLOBAL LIMITED
HMI SERVICES INC HMI TECHNICAL
HOA PHONG IMP EXP TRADING CO.
HOBART
HOBART RETAIL SALES
HOBBS NEWS SUN SUN PUBLISHING

**Vendors (merchandise and non-merchandise)**

HODES LLC
HOFFINGER INDUSTRIES INC
HOGAN LOVELLS US LLP
HOJ ENGINEERING & SALES CO INC
HOLDSUN GROUP LIMITED
HOLLAND & HART LLP
HOLLANDER SLEEP PRODUCTS LLC
HOLLIDAY CONSTRUCTION INC TROY
HOLLYWOOD FASHION TAPE INC
HOLMBERG FARMS INC
HOLMES GROUP INC
HOLST TRUCKING & EXCAVATING
HOLSTON GASES INC
HOLSUM DE PUERTO RICO INC
HOMALLY INC
HOME & COMMERCIAL CLEANING SVC
HOME & KITCHEN SOLUTIONS INC
HOME AND BUILDING SERVICES LLC
HOME BRANDS INC
HOME ESSENTIALS & BEYOND INC
HOME IMPROVEMENT RESEARCH INSTITUTE-551325
HOME PRODUCTS INTERNATIONAL IN
HOME TEAM MARKETING LLC
HOMECARE LABS INC SBT
HOMEDELIVERYLINK
HOMETOWN NEWS MERRITT ISLAND C
HOMETOWN NEWSPAPERS SOUTHERN R
HONG KONG CITY TOYS FACTORY LI
HONGKONG BEST SOURCE GROUP LIM
HONGKONG SOLAMODA INDUSTRY CO
HONOUR SERVICES LTD
HONTUS LTD INC
HOOD COUNTY NEWS
HOOSIER TIMES
HOOVER INC
HOPE STAR
HOPWOOD ENTERPRISES INC
HORCHER CONSTRUCTION
HORIZON BEHAVIORAL SERVICES
HORIZON CALIFORNIA PUBLICATIONS INYO REGISTER
HORIZON CHILLICOTHE TELEPHONE
HORIZON GROUP USA INC  NON SBT
HORIZON TOOL INC
HOT SPRINGS VILLAGE VOICE DB A
HOUSE OF FILTERS
HOUSEWARES CORP OF ASIA LIMITE
HOUSTON COUNTY COURIER
HOWARD & HOWARD ATTORNEYS
HOWARD BOBROFF
HOWARD CDM
HOWARDS OUTDOOR POWER EQUIPMEN
HR MANAGEMENT GROUP INC
HR MOTORS INC

**Vendors (merchandise and non-merchandise)**

HSM (FAR EAST) CO LIMITED
HUALALAI MECHANICAL LLC
HUAWEI ENTERPRISE USA-78518830
HUB GROUP ASSOCIATES
HUB GROUP TRUCKING
HUB KEARNEY PUBLISHING
HUB SIGNS & CRANE CORP HUB SIG
HUBBELL WIRING DEVICE
HUDSON HOME GROUP LLC
HUDSON NEWS COMPANY
HUEN ELECTRIC
HUFFY BICYCLES
HUFFY CORPORATION
HUGHES NETWORK SYSTEMS
HUGUENOT LABORATORIES HUGUENOT
HUHTAMAKI INC
HUIDONG YUSHUN SHOES CO LTD
HUNTER ENGINEERING
HUNTERDON COUNTY DEMOCRAT PENN
HUNTINGTON SECURITY SYSTEMS IN
HUPPINS HI FI PHOTO & VIDEO IN
HUSKEY VAC OF KODAK
HUSQVARNA OUTDOOR PRODUCTS
HUSSMANN
HUSTON ELECTRIC INC
HUTCH PAVING INC
HUTCHISON LEADER
HUZHOU LICHUANG TEXTILE CO.,LT
HVAC SYSTEMS INC AC ELECTRIC S
HWA IN INTERNATIONAL SA
HY KO PRODUCTS COMPANY
HY TECH PROPERTY SERVICES INC
HYBRID PROMOTIONS LLC
HYDE STONE MECHANICAL CONTRACT
HYDRAULIC AND ELECTRO MECHANIC
HYGENIC CORPORATION THE
HYLANDS INC
HYPARD TRADING CORP
HYPERCAP TRADING COMPANY
HY-VEE
HZ U JUMP ARTS & CRAFTS CO LTD
I HEALTH INC
I ON INTERACTIVE INC
IACQUIRE LLC
IBERIA FOODS CORP
ICE MILLER LLP
ICE MOUNTAIN NESTLE WATERS NOR
ICE MOUNTAIN SPRING WATER NEST
ICED MEDIA
ICEE
ICF INTERNATIONAL ICF INCORPOR
ICON EYEWEAR INC
ICON HEALTH AND FITNESS
ICONEX LLC-80274444
ICONIX BRAND GROUP

**Vendors (merchandise and non-merchandise)**

ICONTROL NETWORKS INC
ICROSSING
IDAHO BEVERAGES INC
IDAHO STATE JOURNAL IDAHO STATE
PUBLISHING LLC
IDEA NUOVA INC
IDEAVILLAGE COM
IDELLE LABS LTD
IDENTIFIX INC
IDENTITY GAMES INTERNATIONAL U
IDM WORLDWIDE LLC
IDX CORPORATION-701309
IENJOY LLC
IESI NY CORPORATION
IGLOO PRODUCTS CORPORATION
IGNITE USA LLC
IGOSEATING LIMITED
IKEDDI ENTERPRISES INC
ILEAD MARKETING LLC ILEAD LLC
ILLIANA SWEEPING COMPANY ADVAN
ILLINOIS MERCHANTS POLITICAL A
ILLINOIS RETAIL MERCHANTS ASSO
ILOYAL
IMAGE NATIONAL
IMAGE360 BAUM HOLDINGS INC
IMAGEONE INDUSTRIES LLC
IMAGINATION PUBLISHING LLC
IMAGITAS
IMGR AMERICA INC
IMPACT INNOVATIONS INC
IMPACT NETWORKING
IMPACT SALES INC LESLIE E MAHAN
IMPERIAL INDUSTRIAL SUPPLY
IMPERIAL INDUSTRIAL SUPPLY CO
IMPERIAL LIGHTING MAINTENANCE
IMPERIAL TOY LLC
IMPERIAL-DELTAH INC
IMPO INTERNATIONAL
IMPORTIQUE CORP
IMPREMEDIA
IMUSA USA LLC
IN GEAR FASHIONS INC
IN MAR TRADING INC
IN ZONE BRANDS INC
INA INTERNATIONAL LTD
INCINERATOR INTERNATIONAL INTL
INDEED INC
INDEPENDENCE DAILY REPORTER MO
INDEPENDENT APPEAL M NAINY CO
INDEPENDENT NEWSPAPERS
INDEPENDENT PUBLISHING
INDERA MILLS COMPANY
INDEX JOURNAL CO
INDIANA GAZETTE INDIANA PRINTI
INDIANA NEWSPAPERS

**Vendors (merchandise and non-merchandise)**

INDIANA PROPERTY SERVICES LLC
INDIANA RETAIL COUNCIL
INDIX-30493470
INDUSTRIAL COLOR
INDUSTRIAL PACKAGING CORPORATION
INDUSTRIAL PAPER CORPORATION
INDUSTRIAL PACKAGING SUPPLIES
INDUSTRIAL POWER AND LIGHTING
INDUSTRIAL POWER PRODUCTS
INDUSTRIAL REFRIGERATION
INDUSTRIAS DE MOVEIS ROTTA LTD
INDUSTRIAS NETTALCO SA
INDUSTRY DIVE INC
INFINITE GREEN CONSULTING INC
INFINITE PERIPHERALS
INFINITY MILESTONE LLC MILESTO
INFINITY SOURCING SERVICES LLC
INFOBLOX
INFOR US
INFORMATION CONTROL COMPANY LL
INFOSYS
ING JOSE RIVERA MANDES
INGENICO-88971
INGERSOLL-RAND
INGRAM ELECTRO MEK INC
INNER WORKINGS INNERWORKINGS
INNOCOR INC
IN-N-OUT BURGERS
INNOVA PRODUCTS INC
INNOVATION FIRST LABS INC
INNOVATIVE COMMUNICATIONS CORP
INNOVATIVE DOOR SOLUTIONS INC
INNOVATIVE EXCAVATION INC
INNOVATIVE FACILITY SERVICES
INNOVATIVE TECHNOLOGY ELECTRON
INOVATEX LLC
INSIDE EDGE COMMERCIAL INTERIOR
SERVICES
INSIDESALES COM INC INSIDESALE
INSIGHT DIRECT
INSIGHTPOOL LLC
INSPIRED BEAUTY BRANDS INC
INSPIRED ELEARNING LLC
INSTALLATIONS INC GO CONFIGURE
INSTALLS INC LLC SPECTRUM CAPI
INSTANT STORAGE
INSULAR TRADING CO INC
INSULATED ROOFING CONTRACTORS
INTEGRACOLOR
INTEGRATED DATA STORAGE
INTEGRATED MERCHANDISING SYS LLC
INTEGRATED MERCHANDISING SYSTEMS
INTEGRATED SERVICE MANAGEMENT
INTEGRATED SUPPLY NETWORK
INTEGRATED WIRING SOLUTIONS LL

**Vendors (merchandise and non-merchandise)**

INTEK AMERICA INC
INTEL AMERICAS INC-341792
INTELEX TECHNOLOGIES INC-597208
INTELLIGRATED SYSTEMS
INTELLISOURCE
INTER COUNTY MECHANICAL CORP
INTERACTIONS
INTERACTIVE COMMUNICATIONS INT
INTERCALL
INTERDESIGN INC
INTERLAKE MECALUX
Is E BRANDS
INTERMODAL SALES
INTERNAP NETWORK SERVICES CORP
INTERNATIONAL BALER CORPORATIO
INTERNATIONAL BROTHERHOOD OF T
INTERNATIONAL BUSINESS MACHINES
INTERNATIONAL CRUISE & EXCURSIONS
MULTIPLE SEARS LOCATIONS
INTERNATIONAL GREASE TRAP CORP
INTERNATIONAL HOME MIAMI CORP
INTERNATIONAL MULCH COMPANY IN
INTERNATIONAL PAPER
INTERNATIONAL SEAWAY TRADING
INTERNET COMMUNICATIONS INC
INTERSTATE TRAILER SALES INC
INTERSTOFF APPARELS LTD
INTERVOICE
INTEX TRADING LTD
INTRADECO APPAREL INC
INTRALINKS INC
INTUIT INC
INVICTA WATCH COMPANY OF AMERI
INVISIONAPP INC-78620198
INVODO INC
INVUE SECURITY PRODUCTS
IOLA REGISTER
IOLANI SPORTSWEAR LTD
IOLETTE LLC
IOSCO COUNTY NEWS HERALD
IOVATE HEALTH SCIENCES USA INC
IOWA CITY PRESS CITIZEN
IOWA RETAIL CHAIN PHARMACY IOW
IPRINT TECHNOLOGIES LLC
IPROMOTEU INC
IPROSPECT COM
IPSOS MMA
IPSOS-INSIGHT
IRON MOUNTAIN
IRON MOUNTAIN RECORDS MANAGEMENT
OF OHIO
IRWIN & LEIGHTON
IRWIN INDUSTRIAL TOOL COMPANY
IRWPR INTERNATIONAL ROOFING &
ISA & STEF LLC

**Vendors (merchandise and non-merchandise)**

ISACO INTERNATIONAL CORP
ISAVE ONLINE STORES LLC
ISCHOLAR INC
ISFTV KEVIN T MILLER
ISIDRO GALLEGOS
ISLAND ASSEMBLY AND INSTALLATI
ISLAND DELIVERY SERVICES
ISLAND ELEVATOR LEOPOLD JOHN B
ISLAND MOVERS
ISLAND SNACKS INC
ISLAND SUN NEWSPAPER
ISLAND WIDE A C SERVICE LLC
ISLAND WINES & SPIRITS DISTRIB
ISLANDER GROUP INC
ISLANDER WHOLESALE
ISOMORPHIC SOFTWARE-647854
ITEK SERVICES INC
ITEM OSTEEN PUBLISHING COMPANY
ITEMMASTER LLC-710769
ITO EN USA INC
IT'S ACADEMIC INTERNATIONAL LT
ITW GLOBAL BRANDS DIV ITW INC
IVGSTORES LLC
IVY TRADING INC
IWC INC-631416
J & F REPAIR SERVICES INC
J & G DISTRIBUTORS & WHOLESALE
J & G INSTALLERS JASON A GROVE
J & J SERVICES SMF INC
J & L DOOR SERVICE
J & L SWEEPING SERVICE INC
J & R TRUCKING
J & S ELECTRIC & SIGN CO
J A COSMETICS
J ASCENCION SANTAN GUZMAN
J B HUNT TRANSPORT
J B WELD COMPANY LLC
J C ELECTRIC INC
J CAROL CONSULTING LLC
J D POWER AND ASSOCIATES-1000546762
J G CORP JUAR GON CORP
J G ELECTRIC
J GILL AND COMPANY
J J BASICS LLC
J L MECHANICAL SERVICE INC
J M VAZQUEZ ELECTRICAL (LABOR)
J M VAZQUEZ ELECTRICAL (PARTS)
J MCHALE & ASSOCIATES INC
J N B SERVICES INC
J T NAKAOKA ASSOCIATES ARCHITE
J&B TOOL SALES INC
J&V INTERNATIONAL LTD
JAB DISTRIBUTORS LLC
JACK & JILL ICE CREAM CO
JACK OCHODNICKY ELECTRICAL

**Vendors (merchandise and non-merchandise)**

JACK SCHWARTZ SHOES INC
JACKSON & COKER LOCUMTENENS LL
JACKSON COUNTY NEWSPAPERS
JACKSON HOLE NEWS TETON MEDIA
JACKSON LAWN CARE MATTHEW S JA
JACKSON SUN
JACKSON TIMES
JACLYN SMITH INTL INC ACCRUAL
JACLYN SMITH INTL INC ROYALTY
JAE HOON CORPORATION
JAIME G ARIAS
JAK PROPERTY SERVICES LLC JORD
JAKOS LTD
JAMES BEALE JAMES M BEALE
JAMES CARR & SONS PLUMBING INC
JAMES D SWARTZ LLC NEWS JOURNA
JAMES THAXTON
JAMES THOMAS JR
JAMES WHEELER
JAMIE A JENSEN
JAMN PRODUCTS INC
JAN PRO CLEANING SYSTEMS CARSO
JANELL MOORE
JANESVILLE GAZETTE BLISS COMMU
JANRAIN INC-686998
JAPC CONSTRUCTION INC
JARDEN CONSUMER SOLUTIONS
JARDEN HOME BRANDS
JASCO PRODUCTS COMPANY LLC
JASON FURNITURE (HANGZHOU) CO
JASON LOPER
JASON MARK
JASON YIP
JAY FRANCO & SONS INC
JAYDEE GROUP USA INC
JAYMY INC
JAZWARES INC
JB ROOFING A TECTA AMERICA COM
JC MARKETING INC
JC TOYS ASIA LIMITED
JDA SOFTWARE
JDA SOFTWARE GROUP
JDM SORTING LLC-23659305
JDM SYSTEMS CONSULTANTS-466177
JDV PRODUCTS INC
JEFF SMITH BUILDING & DEVELOPMENT
JEFFCOAT MECHANICAL SERVICES I
JEFFERSONIAN CO LLC
JEFFREY NANCE JEFFREY C NANCE
JELMAR
JENKINS ELECTRICAL CONTRACTORS
JENNER & BLOCK LLP
JENNINGS DAILY NEWS
JENSEN BUILDERS LTD
JENSON LIGHTING MAINTENANCE JE

**Vendors (merchandise and non-merchandise)**

JERRY A VIRES
JERRY CORZINE
JERRY LEIGH OF CALIFORNIA INC
JERRY SHERMAN
JESSE LOPEZ
JFC INTERNATIONAL INC
JIANGSU GUOTAI INTL GRP GUO MA
JIANGSU SOHO GARMENTS CO LTD
JIAWEI TECHNOLOGY HK LTD
JIM ROSS LTD
JIMCO LAMP & MANUFACTURING CO
JIMCO LAMP & MANUFACTURING COM
JIN RONG HUA LE METAL MFR CO L
JLS QUALITY LANDCARE INC ATD P
JM ELECTRICAL INC LABOR JM ELE
JM ELECTRICAL INC PARTS JM ELE
JMP FASHION INC
JMS APPLIANCE INSTALLATION & D
JNJ LOGISTICS LLC
JOBSTORE INC JOBSTORE STAFFING
JOE BOXER
JOE BOXER COMPANY ACCRUAL ONLY
JOE SCHMITT & SONS PLUMBING &
JOE ZALEWSKI
JOELE FRANK J FRANK ASSOCIATES
JOHN A JURGIEL & ASSOCIATES IN
JOHN DANNA
JOHN DAVID CHESNEY
JOHN HAUGHEY & SONS INC
JOHN J SULLIVAN
JOHN JACOB PROPERTIES LLC
JOHN KIRBY LLC JOHN R KIRBY
JOHN YERKES & SONS INC
JOHNDOW INDUSTRIES INC-691536
JOHNSON & JOHNSON CONSUMER INC
JOHNSON BATTERY COMPANY INC
JOHNSON CITY PRESS JOHNSON CIT
JOHNSON CONTROLS
JOHNSON CONTROLS BATTERY GROUP INC
JOHNSON CONTROLS INC
JOHNSON COUNTY GRAPHIC INC
JOHNSON HEALTH TECH NORTH AMER
JOHNSON LEVEL & TOOL
JOHNSTONE SUPPLY
JON SEFTON
JONES & FRANK JF ACQUISITION L
JOOLA NORTH AMERICA LLC/SPORT
JOPLIN GLOBE PUBLISHING CO NEW
JORDACHE LIMITED
JORDAN KAHN CO INC
JORDANA COSMETICS CORPORATION
JORE CORPORATION
JORGENSEN SALES JARGENSEN SALE
JOSE A ARCE VERDE 3 NORTE
JOSE LARA PHOTOGRAPHY JOSE R L

**Vendors (merchandise and non-merchandise)**

JOSE SANTIAGO INC
JOSEPH F BIDDLE PUBLISHING CO
JOSLIN AND SON SIGNS JOSLIN SI
JOURNAL & COURIER FEDERATES
JOURNAL INQUIRER JOURNAL PUBLI
JOURNAL PUBLICATIONS HILLSBORO
JOURNAL INC
JOURNAL REGISTRAR NEWSPAPER
NETWORK
JOURNAL REVIEW MONTGOMERY COUN
JOURNAL SENTINEL
JOURNAL TIMES
JOURNAL TRIBUNE BEACON PRESS I
JOURNAL-STAR PRINTING
JS PRODUCTS
JS PRODUCTS INC
JSB1
JS-FANTASY INC
JSMN SHENANGO VALLEY MALL LLC
JTS MECHANICAL LLC
JUMP DESIGN GROUP INC
JUMPKING INC
JUNCTION CLIMATE CONTROL
JUNE A GROTHE CONSTRUCTION
JUPITER WORKSHOPS HK LTD
JUST PLAY (HK) LTD
JVC AMERICAS CORP
JVCKENWOOD USA CORPORATION
K & K ELECTRIC
K & K FIRE PROTECTION ENT INC
K & M ASSOCIATES L P
K & R TRANSPORTATION
K C CO LTD
K C PHARMACEUTICALS INC
K INTERNATIONAL
K S ARMATURE CO KENNY L STONE
KAESER COMPRESSORS
KAHENA DIGITAL MARKETING LTD D
KAI NING LEATHER PRODUCTS CO L
KALIL BOTTLING CO
KAMAL JOHN SHUKUR
KAN JAM LLC
KANTAR RETAIL
KANTOR ELECTRIC INC
KAO BRANDS COMPANY
KAPOOR INDUSTRIES
KARCHER NORTH AMERICA INC
KARDELL PLUMBING INC
KAREN STAVINS ENTERPRISES INC
KARI KARCH KARI A KARCH
KARIKAS CONSULTANTS LLC GEORGE
KASHION INDUSTRY CO LTD
KATALYST TECHNOLOGIES INC
KATERNO INC
KATMANDU APPAREL PVT LTD

**Vendors (merchandise and non-merchandise)**

KAYTEE PRODUCTS INCORPORATED
KAZ USA INC
KAZOO INC
KBR SNOW & ICE MANAGEMENT PROF
KDC CONSTRUCTION
KEECO LLC
KEENE SENTINEL
KEENS SERVICES INC
KEERS REMEDIATION INC
KEGERREIS OUTDOOR ADVERTISING
KEHE DISTRIBUTORS LLC
KEIGHTLEY & ASHNER LLP
KELE INC
KELLERMEYER BERGENSONS SERVICES
KELLEYS GLASS AND MIRROR INC
KELLY LAWN & LANDSCAPING LLC
KELLY SERVICES INC
KEN BLANCHARD COMPANIES BLANCH
KEN F & CO
KEN L BOSLEY
KENNEDY TRANSFER & STORAGE INC
KENNETH COLE PRODUCTIONS INC
KENNETH V TURNIPSEED
KENNY NACHWALTER
KENOSHA NEWS NEW DIV OF UNITED
KENS SIGN SERVICE INC
KENSEYS BAYOU SWEEPING LLC
KENSHOO
KENT INTERNATIONAL INC
KENTON TIMES HARDIN COUNTY PUB
KENTUCKY NEW ERA INC
KENTUCKY RETAIL FEDERATION
KERNEL SEASONS LLC
KERRVILLE DAILY TIMES
KETER NORTH AMERICA LLC
KEURIG GREEN MOUNTAIN INC
KEVIN CAMPBELL LLC
KEVIN P VINCELETTE KEVIN PATRI
KEYSTONE FREIGHT
KEYSTONE MANUFACTURING CO
KGK CREATIONS PVT LTD
KGMB TV RAYCOM MEDIA INC
KGS PARTNERS LTD-711295
KICK FACTORY INC
KID GALAXY INC
KIDDESIGNS INC
KIDDIELAND TOYS LIMITED
KIDS PREFERRED LLC
KIDS STATION TOYS INCORPORATED
KIDS STUFF LTD
KIDZ CONCEPTS LLC
KIDZ TOYZ HK LIMITED
KIDZTECH TOYS MANUFACTURING LI
KIK INTERNATIONAL INC
KIK POOL ADDITIVES INC

**Vendors (merchandise and non-merchandise)**

KILLEEN DAILY HERALD FRANK MAY
KILLER BEE INC
KILLMER ELECTRIC CO INC
KIMBERLY CLARK CORP
KIMBERLY CLARK PUERTO RICO INC
KIMCO FACILITY SERVICES
KIMLEY HORN & ASSOCIATES INC K
KIMLEY HORN OF MICHIGAN INC
KIMLEY HORN OF NEW YORK P C
KING & SPALDING
KING LAWN & LANDSCAPING MM & B
KING PAR LLC
KING SERVICE HOLDING INC
KING WOOD COMPANY LIMITED
KINGMAN NEWSPAPERS MOHAVE COUN
KINGS LANDSCAPING & IRRIGATION
KINGS REHABILITATION CENTER
KINGSPORT PUBLISHING KINGSPORT
KINGSTATE CORPORATION
KINGSVIEW ENTERPRISES INC
KINGSVILLE PUBLISHING CO
KIR MONTEBELLO LP
KIRAN JEWELS INC
KISS PRODUCTS INC
KITCHENAID INC
KITCHENTUNE UP KTU WORLDWIDE I
KITSAP SUN
KITTRICH LLC
KITV INC
KIU HUNG INDUSTRIES LIMITED
KKU INCORPORATED
KL OUTDOOR LLC
KLM COMMERCIAL SWEEPING INC
KLOPPENBURG ENTERPRISES INC
KMI BUILDING SERVICES INC
KMR PHARMACY ADVISORS LLC
KMR PRINT INC KMR PARTNERS INC
KNIGHT TRANSPORTATION
KNIGHTS APPAREL INC
KNIPEX TOOLS LP
KNOX FERTILIZER COMPANY INC
KNOXVILLE NEWS SENTINEL
KOBI KATZ INC
KOCH FILTER
KOCH TRUCKING
KODIAK ROOFING & WATERPROOFING
KODIAK TERRA USA INC
KOLLINS COMMUNICATIONS INC
KOLTOV INC
KOMELON USA CORP
KONA TRANSPORTATION
KONA WINDS CONSTRUCTION
KONICA MINOLTA BUSINESS SOLUTIONS
KOOLATRON INC
KOOLATRON INC DIV OF LENTEK

**Vendors (merchandise and non-merchandise)**

KORN FERRY HAY GROUP INC
KOROSEAL INTERIOR PRODUCTS LLC
KOSS CORPORATION
KOUPER-FKS INDUSTRIES INC
KPC MEDIA GROUP INC
KPE INVESTIGATE ENGINEERS INC
KPOST COMPANY INC
KRAFT GENERAL FOODS INC
KREBER
KRIS WETHERBEE
KSD CORP ATLANTIC TRANSPORT SY
KSF ACQUISITION CORPORATION
KTGY GROUP INC
KUMHO TIRES USA INC
KVANTUM INC
KYD INC
L & D CARRIER DEMETRIUS CLINTO
L & E BOTTLING COMPANY
L & J ACCESSORIES
L & K DEMOLITION LLC
L 3 SALES AND SOURCING INC
L IMAGE ENTERPRISES INC
L OREAL CARIBE
L PERRIGO COMPANY
L SCHAFER ENTERPRISES LLC
LA JUNTA TRIBUNE DEMOCRAT
LA MODELS
LA PRENSA DE SAN ANTONIO DURAN
LABEL INDUSTRIES INC
LABOR READY
LABOR READY MID-ATLANTIC
LABOR READY MIDWEST
LABOR READY NORTHEAST
LABOR WORKS LOUISVILLE LABOR W
LABORATORIES GARNIER
LACOMB ENTERPRISES INC NEAL LA
LAGNAM INFOTECH SOLUTIONS P LTD-447420
LAGRANGE DAILY NEWS CIVITAS HO
LAIBE ELECTRIC CO
LAKE CHARLES AMERICAN PRESS IN
LAKE CITY SHOPPER SHOPPER INC
LAKE COUNTY RECORD BEE
LAKE GENEVA REGIONAL NEWS
LAKELAND TIMES ADVERTISER
LAKESHORE DISPLAY MFG-6104350
LAKESHORE NEWSPAPER CONLEY SER
LAKEWAY PUBLISHERS INC TULLAHO
LAKIN TIRE WEST
LAMBERT VET SUPPLY LLC
LAMO SHEEPSKIN INC
LANCE GACKOWSKI G MEN INC
LANCO MANUFACTURING CORPORATIO
LAND O SUN DAIRIES INC
LANDCARE LANDCARE USA LLC

**Vendors (merchandise and non-merchandise)**

LANDMAN CORSI BALLAINE & FORD
LANDMARK COMMUNITY NEWSPAPERS
LANDS END
LANDS' END
LANDS END INC
LANDSCAPE CONCEPTS MANAGEMENT
LANE CONSTRUCTION
LANGE PLUMBING LLC
LANGUAGE SCIENTIFIC INC
LANIER
LANIER CLOTHES
LANSING STATE JOURNAL
LANSINOH LABORATORIES INC
LAPORTE HERALD ARGUS
LAPTOPPLAZA INC
LARAMIE NEWSPAPERS INC
LAREDO LAWN SERVICE LUIS GUZMA
LARSON NEWSPAPERS
LAS VEGAS REVIEW JOURNAL
LASER PRODUCTS INC
LATENTVIEW ANALYTICS
LATROBE BULLETIN LATROBE PRINTING & PUBLISHNG CO INC
LAUGHLIN CONSTABLE
LAUNCHPAD EVENTS LLC
LAUNCHPAD EVENTS LLC-711291
LAUREL THE STYLIST INC LAUREL
LAVANTE INC
LAVANTE INC-700182
LAVISH CLOTHING INC
LAW OFFICES OF STEPHEN P SINIS
LAWN & LANDSCAPING SERVICES LL
LAWN & TURF LANDSCAPING INC
LAWN CARE BY WALTER INC
LAWN ENFORCEMENT VICKI MUSCARE
LAWN PERKS
LAWN PROZ OF FLORIDA
LAWNSTYLES MAINTENANCE
LAWRENCE COUNTY ADVOCATE INC
LAWRENCE JOURNAL WORLD
LAWRENCE LANDSCAPE INC
LAWTON PUBLISHING
LA-Z-BOY INCORPORATED
LBG DISTRIBUTION INC-712437
LDR GLOBAL INDUSTRIES LLC
LE MARS DAILY SENTINEL
LEAD DOG ENTERPRISES RYAN SEIB
LEADER LIGHT LTD
LEADER PUBLISHING
LEAF CHRONICLE
LEAKTITE CORPORATION
LEAP YEAR PUBLISHING LLC
LEASEPLAN
LEATHERMAN TOOL GROUP INC
LEC MAINTENANCE HOLDINGS LLC O

**Vendors (merchandise and non-merchandise)**

LECTRA USA INC
LEDGER DISPATCH
LEDGER NEWS
LEDVANCE
LEDVANCE LLC
LEE & ASSOCIATES ASSET MANAGEM
LEE & CO. LTD
LEE CENTRAL COAST NEWSPAPERS
LEE ENTERPRISES
LEE ENTERPRISES INCORPORATED THE
SENTINEL
LEE ENTERPRISES INCORPORATED THE
TIMES
LEES MAINTENANCE SERVICE
LEGACY CLASSIC FURNITURE INC
LEGACY ELECTRIC LLC
LEGACY MANUFACTURING COMPANY
LEGACY MARKETING PARTNERS
LEHIGH VALLEY DAIRIES INC
LEHR CONSTRUCTION CO INC
LEI WANG
LEICK FURNITURE INCORPORATED
LEIF J OSTBERG
LEISURE PRODUCTS INC
LEISURE TIME PRODUCTS
LEMAK LANDSCAPE & GROUND MAINT
LEMBERG ELECTRIC COMPANY
LENDAL INC
LENNOX NATIONAL ACCOUNT SERVICES
LENOIR NEWS-TOPIC
LEO D BERNSTEIN & SONS
LEO P MAREK
LERCH BATES INPECTIONS SERVICE
LESS PACKAGING COMPANY
LETEX LIMITED
LETSOS COMPANY
LEUKEMIA & LYMPHOMA SOCIETY IN
LEVATOY LLC
LEVEL 11 CONSULTING LLC
LEVEL 3 COMMUNICATIONS
LEVELWING MEDIA
LEVERAGED MARKETING CORPORATIO
LEVI STRAUSS & CO
LEWIS ELECTRIC COMPANY
LEWIS INDUSTRIAL SUPPLY CO RUB
LEWIS P C JACKSON
LEWIS PAPER PLACE INC
LEWISTON DAILY SUN SUN JOURNAL
LEXINGTON HERALD-LEADER
LEXIOOK LIMITED
LEXISNEXIS MATTHEW BENDER MATT
LEXISNEXIS RISK DATA MANAGEMEN
LF MENS GROUP LLC
LFC LLC
LG ELECTRONICS

**Vendors (merchandise and non-merchandise)**

LG ELECTRONICS ALABAMA INC
LH LICENSED PRODUCTS INC
LI YU EVOX MANAGEMENT
LIAISON TECHNOLOGIES
LIAN YI DYEING & WEAVING FTY CO LTD
LIBERAL HIGH PLAINS DAILY LEADER
SEWARD COUNTY PUBLISHING LLC
LIBERTY DISPLAYS INC-1965699150
LIBERTY GAZETTE ALDEBARAN INC
LIBERTY PUBLISHING GROUP
LIBERTY TRANSPORTATION
LIC LIMITED
LICKEN IND & TRADING CO LTD
LIEBER CONSTRUCTION INC
LIFE INSURANCE COMPANY OF NORT
LIFE WEAR TECHNOLOGIES
LIFESPAN BRANDS LLC
LIFESTYLES UNLIMITED INC
LIFETIME CUTLERY CORP
LIFEWORKS TECHNOLOGY GROUP
LIFOAM INDUSTRIES LLC
LIFT INC
LIFT SOURCE
LIFT STATION SERVICES SOUTH FL
LIFT TRUCKS & LABOUR INC
LIFT TRUCKS AND PARTS INC
LIGA PUERTORRIQUENA CONTRA EL
LIGHT GAS FORK LIFT EXCHANGE
LIGHTING SERVICE INC
LIGHTRICITY ELEKTRIC
LIL ANGLERS LLC
LILLIE SUBURBAN NEWSPAPERS INC
LILLY COMPANY
LILYS TALENT AGENCY & COMPANY
LIMITED GOODS LLC
LIMOLINK INC
LINBIT USA LLC-688358
LINC PEN & PLASTICS LIMITED
LINCOLN INDUSTRIAL
LINCOLN INDUSTRIAL-1000459599
LINEMART INC
LINGRAPH PACKAGING SERVICES
LINK GROUP
LINK SNACKS INC
LINKEDIN CORP
LINN COUNTY LEADER
LINN STAR TRANSFER
LINNEX ENTERPRISE LIMITED
LINON HOME DECOR PRODUCTS INC
LION SPORTS INC
LIPARI DELI FOODS
LIPSEY LOGISTICS LIPSEY LOGIST
LIQUIDYNAMICS INC-707827
LISLE CORPORATION
LISSI DOLLS AND TOYS HK LTD

**Vendors (merchandise and non-merchandise)**

LITCHFIELD CAVO LLP
LITCHFIELD NEWS HERALD
LITHYEM INDUSTRIES INC
LITTELFUSE INC
LITTLE BLUE BALL INC-705135
LITTLE CAESAR ENTERPRISES
LITTLE KIDS INC
LITTLER MENDELSON
LITTLES PLUMBING LLC MR ROOTER
LIVE INTENT INC
LIVECLICKER INC-709192
LIVINGSTON DAILY PRESS
LIVINGSTON ENTERPRISE PARK COU
LIVINGSTON PARISH NEWS
LK DESIGN GROUP INC
LL D INC RESPOND NEW MEXICO
LL D INC RESPOND NEW MEXICO-292917
LM FARM LLC DBA GARDENS ALIVE
LMS ELECTRICAL LIGHTING MAINTE
LN INTERNATIONAL
LNP MEDIA GROUP
LOADING DOCK INC
LOCAL 99 HEALTH AND WELFARE FUND
LOCAL MEDIA GROUP
LOCK HAVEN EXPRESS OGDEN
PUBLICATIONS OF PA INC
LOG CABIN DEMOCRAT SHIVERS TRA
LOL INC LANDSCAPE IMAGES OF TE
LONE STAR COMMERCIAL SERVICES
LONE STAR NEWS GROUP NEWSPAPER
LONGFORTUNE INVESTMENTS CORP
LONGSHORE LTD
LONGVIEW DAILY NEWS
LONGVIEW NEWS JOURNAL TEXAS CO
LOOKER DATA SCIENCES INC-79150828
LOOMIS ARMORED US
LOOMIS-914846
LORD DANIEL SPORTSWEAR INC
LOREAL CARIBE INC
LOREAL COSMETIC AND FRAGRANCE
LORETTA LEE LIMITED
LOS ANGELES NEWSPAPER GROUP
LOS ANGELES TIMES COMMUNICATIONS
LOSS PREVENTION FOUNDATION
LOTTI INC
LOTUS ONDA INDUSTRIAL CO LTD
LOTUSSE LLC
LOUISIANA DEPARTMENT OF HEALTH AND
HOSPITALS
LOUISIANA LANDSCAPE SPECIALTY
LOUISIANA STATE TREASURER LOUISIANA
WORKFORCE COMMISION
LOUISO LAWN CARE & SNOW REMOVA
LOUISVILLE MECHANICAL SERVICES
LOUISVILLE SIGN CO INC

**Vendors (merchandise and non-merchandise)**

LOVIN ENTERPRISES INC
LOW DUST SWEEPING SERVICE NICK
LOW PRICE MAINTENANCE DENNIS A
LOWELL SUN PUBLISHING
LOWE'S HOME CENTERS
LP NETWORK INC DBA SECURITY SO
LPJOBS
LPM MEDIA GROUP INC CONTACT IN
LSC COMMUNICATIONS US
LTD SOFTWARE LLC ECOMDASH
LUCAS GROUP LUCAS ASSOCIATES I
LUCENT JEWELERS INC
LUCIANO MEYER CRETIVE LLC
LUCKINBILL INC
LUCKY SUPPLIES
LUCKY ZONE (SHANGHAI) CO. LTD.
LUCKYTOWN HOME PRODUCTS INC
LUEN FUNG ENTERPRISES
LUFKIN DAILY NEWS
LUIS GARRATON INC
LUTZ ROOFING CO INC
LUV N CARE INC
LUXE GROUP INC THE
LYNCH ROWIN LLP
LYNDEN TRANSPORT INC
M & G JEWELERS
M & G PARTNERS LLP
M & J INC
M & K DISTRIBUTORS INC
M & M FLOWER MARKET CORP
M & M LANDSCAPING MAINTENANCE
M & S CONTRACTING M & S LANDSC
M A A C PROPERTY SERVICES CINM
M A N E ENTERPRISES
M DANNY HARRISON INC
M MAYO STRIPING
M R COCKERHAM SNOW REMOVAL INC
M S K CREATIONS PVT LTD
M S PORTFOLIO LLC
M Z BERGER & CO INC
M&E SALES L L P
M2 DESIGN LLC M4 GROUP INC
MAB ADVERTISING
MABELS PLANTS
MAC MECHANICAL CONVEYOR INC
MAC RETAIL & WHOLESALE CONSULT
MACHUGA CONTRACTORS INC
MACON TELEGRAPH PUBLISHING
MACSPORTS (HONG KONG) LIMITED
MADE 4U STUDIO LLC
MADE IN THE SHADE LLC JASON L
MADERA TRIBUNE
MADISON COURIER
MADIX
MAERSK

**Vendors (merchandise and non-merchandise)**

MAG INSTRUMENT INC
MAG NIF INC
MAGAZINE DIRECT SYNAPSE VENTURES INC
MAGNETIC MEDIA ONLINE INC
MAHALO TOURS & TRANSPORTATION
MAIDENFORM INC
MAINELY MEDIA LLC
MAINETTI USA INC-16808
MAINSTREET NEWSPAPERS INC
MAINSTREET PROMOTIONS
MAINTENANCE TEAM INC
MAINTENX MAINTENX INTERNATIONA
MAJESTIQUE CORPORATION
MAJOR LINDSEY & AFRICA
MAK ROOFING & WATERPROOFING IN
MALABY & BRADLEY LLC
MALCA AMIT USA LLC
MALDONADO NURSERY & LANDSCAPIN
MALONEY AND BELL GENERAL CONST
MAM USA CORPORATION
MANATT PHELPS PHILLIPS
MANCHESTER ENTERPRISE
MANHATTAN BEER DISTRIBUTORS LL
MANHATTAN MERCURY SEATON PUBLI
MANHATTAN WELDING COMPANY INC
MANN HUMMEL PUROLATOR FILTERS
MANNINGTON MILLS INC-685321
MANPOWERGROUP
MANSHEEN INDUSTRIES LTD
MANTECA BULLETIN MORRIS NEWSPA
MANTHAN SOFTWARE SERVICES PRIVATE-709397
MANTKIN LLC
MANTUA MANUFACTURING CO
MAPLES INDUSTRIES INC
MAPPIN SINGAPORE PTE LTD
MARATHON COMPANY
MARC ANTHONY COSMETICS LTD
MARCH OF DIMES FOUNDATION
MARCINELLI CONSULTING LLC-711089
MAR-CONE APPLIANCE PARTS
MARCONE APPLIANCE PARTS CO
MAREY HEATER CORP
MARION CHRONICLE TRIBUNE PAXTO
MARION PLAZA INC
MARK A FRISCH
MARK FIVE SERVICES INC
MARK GILES LANDSCAPE COMPANY
MARK IT GRAPHICS THELEN GRAPHI
MARK KOST CONSTRUCTION INC
MARK MCCORMACK
MARK MOSES ELETRICAL SERVICES
MARK SALES ENTERPRISE LLC
MARK YOUR SPACE INC
MARKET ADVERTISING SERVICE

**Vendors (merchandise and non-merchandise)**

MARKET FORCE INFORMATION
MARKET PARTNER SR INC
MARKET REFRIGERATION SPECIALIS
MARKET TRACK
MARKETING ADVANTAGES INTL
MARKETING CARD TECHNOLOGY
MARKETING SUPPORT
MARKETPAY ASSOCIATES
MARKWINS BEAUTY PRODUCTS INC
MARKWINS INTERNATIONAL
MARLA DELL TALENT MDT AGENCY I
MARLEY LIGHT & POWER LLC
MARNIE SIMMERING ACCT 90134047
MARQUEZ BROTHERS INTERNATIONAL
MARRS ELECTRIC
MARS PETCARE US INC
MARSALA MANUFACTURING CO
MARSHALL ASSOCIATES
MARSHALL CHRONICLE ADVISOR & C
MARSHALL DENNEHEY WARNER COLEM
MARSHALL INDEPENDENT OGDEN NEW
MARTAVIUS GAYLES
MARTELLI GROUP LLC
MARTINEZ NEWS GAZETTE
MARTINS LANDSCAPING CO INC
MARTINSBURG JOURNAL JOURNAL PU
MARTINSVILLE BULLETIN
MARU GROUP LLC-711495
MARVIN C PERDUE
MARVIN STERNBERG
MARYLAND PENNYSAVER GROUP PENNYSAVER GROUP INC
MARYLAND WHOLESALE AUTOMATIVE
MAS INTIMATES PRIVATE LIMITED
MASTER FOODS INTERAMERICA
MASTER FOODS INTERAMERICA MARS
MASTERCARD INTERNATIONAL INC
MASTERMEDIA DEALS LLC
MASTERPIECES PUZZLE CO INC
MASTERPIECES PUZZLE COMPANY IN
MATANUSKA TELEPHONE ASSOCIATIO
MATARAZZI CONTRACTING LLC ANDREW J MATARAZZI
MATCOM ENTERPRISES
MATERIALS TRANSPORTATION
MATHESON TRI-GAS
MATHY CONSTRUCTION
MATLIN GLASS LLC
MATOSANTOS COMMERCIAL CORP
MATSON NAVIGATION
MATTEL BRANDS A DIV OF MDII
MATTEL TOYS
MATTHEW E KURTZ NURSERY & TOPS
MATTRESS & FURNITURE SUPPLY LL
MATWORKS

**Vendors (merchandise and non-merchandise)**

MAUI NEWS
MAUI SODA & ICE WORKS LTD
MAURICE SPORTING GOODS
MAURICE SPORTING GOODS INC
MAURICIO PLUMBING SERVICES
MAX CHEMICAL INC
MAX ELEGANT LIMITED
MAX MEHRA COLLECTIONS LLC
MAXELL CORPORATION OF AMERICA
MAXIMUS
MAXMARK INC
MAXPOINT INTERACTIVE INC
MAXWELL BUILDERS INC
MAY CHEONG TOY PRODUCTS FTY LT
MAYA GROUP INC
MAYBELLINE CO
MAYER BROWN ROWE & MAW LLP MAY
MAYFAIR ACCESSORIES INTL LTD
MAYFAIR ACCESSORIES INT'L LTD
MAYHEW STEEL PRODUCTS INC
MAYSVILLE NEWSPAPERS
MAYTAG APPLIANCES
MAZZA BLACKTOP SEALING
MBSS SOLUTIONS LLC
MC BUILDERS LLC
MC SIGN
MC2 MODEL MANAGEMENT LLC
MCAFEE INC-707903
MCALEERS PLUMBING HEATING & AC
MCALESTER NEWS CAPITAL
MCANDREWS HELD AND MALLOY
MCCALL ELECTRIC CO INC
MCCARLS SERVICES INC
MCCLATCHY NEWSPAPERS
MCCLOREY ELECTRIC INC
MCCLURE NEWSPAPERS
MCCONNELL VALDES
MCCOOK DAILY GAZETTE
MCCUNE ELECTRICAL SERVICES JOE
MCDERMOTT WILL & EMERY LLP
MCDONOUGH VOICE
MCELROYS INC
MCGOWAN LAW OFFICE LLC
MCKEARNEY ASPHALT & SEALING IN
MCKEE FOODS CORP
MCKEON PRODUCTS INC
MCKINNEY TRAILER RENTALS
MCKINSTRY CO LLC
MCNAUGHTON NEWSPAPERS
MCS LIFE INSURANCE COMPANY
MCS SERVICES INC
MD USA LLC
MDA MUSCULAR DYSTROPHY ASSOCIA
MEAD JOHNSON & COMPANY
MEAD JOHNSON NUTRITION INC PR

**Vendors (merchandise and non-merchandise)**

MEASUREMENT LIMITED INC
MEASUREMENT LTD INC
MECHANICAL DESIGN & SERVICE
MECHANICAL SHOP OF LAREDO INC
MECHANICAL TECH GROUP INC
MECHANICAL TECHNOLOGIES INC
MECHANIC'S TIME SAVERS
MECHANICS TIME SAVERS INC
MECHANIX WEAR
MED TURN
MEDAL SPORTS USA LLC
MEDALLA DISTRIBUTOR DE PUERTO
MEDALLION LANDSCAPE MANAGEMENT
MEDASSETS PERFORMANCE MANAGEME
MEDELCO INC
MEDIA CAPTIAN LLC
MEDIA GENERAL OPERATIONS
MEDIA PLANNING GROUP
MEDIA SUPPLY INC
MEDIA WORKS
MEDIANEWS GROUP
MEDIAONEPA TEXAS NEW MEXICO NE
MEDICAL SECURITY CARD
MEDLINE INDUSTRIES INC
MEDTECH PRODUCTS INC
MEEKS PLUMBING INC
MEENU CREATION LLP
MEG DIVISION OF HIRSH INDUSTRIAL
MEGAGOODS INC
MEGUIARS INC
MELANSON COMPANY INC
MELISSA & DOUG LLC
MELISSA K BEAMSLEY MELISSA BEA
MELITTA INC
MENDEZ & CO INC
MENEHUNE WATER COMPANY INC
MENLO LOGISTICS
MENS FASHION CORPORATION
MENTHOLATUM CO
MENU FOODS LIMITED
MERCADO LATINO INC
MERCER
MERCHANDISING INVENTIVES
MERCHANT BUSINESS CREDIT
MERCHANT FINANCIAL CORPORATION
MERKLE
MEROTEC INCORPORATED
MERRICK ENGINEERING INC
MESABI DAILY NEWS
MESSENGER INQUIRER
METAL FUSION INC
METAL MAN WORK GEAR CO
METRO CONTROLS INC
METRO CONTROLS INC-79237490
METRO FURNITURE

**Vendors (merchandise and non-merchandise)**

METRO PLUMBING
METRO PUERTO RICO LLC
METRO RENTALS LLC
METRO TRAILER LEASING
METROPOLITAN CONSTRUCTION SYST
METROPOLITAN TELECOMMUNICATION
MEYERS GLASS K & K MEYERS INC
MFG ENTERPRISES LLC
MGA ENTERTAINMENT
MGA ENTERTAINMENT INC
MGOC
MGP XI EL MONTE CENTER LLC MGP
MGSOLUTIONS INC
MHI SERVICE INC
MIA SHOES
MICHAEL A SIMMONDS CO
MICHAEL BOWMAN MICHAEL T BOWMA
MICHAEL G FONS
MICHAEL HATCHER & ASSOCIATES L
MICHELIN NORTH AMERICA INC
MICHIGAN COMMERCIAL DOOR GROUP
MICHIGAN RETAILERS ASSOCIATION
MICRO WORLD CORPORATION
MICRON GENERAL CONTRACTORS DVP
MICRONESIAN BROKERS INC
MICROSOFT
MICROSOFT CORPORATION
MICROSOFT LICENSING
MICROSTRATEGY
MID AMERICA TILE INC-1000530311
MID CONTINENT BTLG CO INC
MID MICHIGAN LAWN STARS LLC
MID PACIFIC DISTRIBUTORS
MID SOUTH ACCESS MARK BRYAN
MID SOUTH PLUMBING & HEATING C
MID SOUTH PUMP SALES & SERVICE
MID STATE ELECTRIC OF OCALA IN
MID-AMERICA TRANSFER
MIDDLESBORO DAILY NEWS CIVITAS
MIDEA AMERICA CORP
MIDEA INTERNATIONAL TRADING CO
MIDLAND PUBLISHING
MIDLAND REPORTER TELEGRAM
MIDTRONICS INC-1151752482
MIDWAY IMPORTING INC
MIDWAY SIGNS INC CHARLES G CRU
MIDWEST AIR TECHNOLOGIES INC
MIDWEST CAN COMPANY
MIDWEST COCA COLA BTLG
MIDWEST COMMERCIAL CONSTRUCTIO
MIDWEST ENGINE WAREHOUSE
MIDWEST PROMOTIONAL GROUP-5522875
MIDWEST SNOWTECH MIDWEST SNOW
MIDWEST TOOL AND CUTLERY COMPA
MIEN CO LTD

**Vendors (merchandise and non-merchandise)**

MIKE CASEY
MIKE MCGOVERN AND ASSOCIATES I
MIKE MEDIA GROUP INC
MIKE WILKEN MICHAEL WILKEN
MIKEN SALES INC
MIKES CLEAN SWEEP MICHEAL A LE
MILBERG FACTORS INC
MILEN
MILESCRAFT INC
MILITARY PARCEL XPRESS CORPORA
MILITARY SALES & SERVICES
MILL CREEK ENTERTAINMENT LLC
MILLAR MECHANICAL LLC JAMES MI
MILLER BOLDT INC MILLER-BOLDT
MILLER CANFIELD PADDOCK AND STONE
MILLER LANDSCAPE INC-125492
MILLER MECHANICAL INC
MILLWORK PTE LTD
MILTON J WOOD COMPANY
MIM SERVICES INC
MIMEDIA INC
MINDEN PRESS HERALD
MINDFUL LLC
MINDSEYE BUSINESS SOLUTIONS LL
MINDSINSYNC INC
MINEOLA MONITOR BLUEBONNET PUB
MINER CENTRAL TEXAS LT
MINER LTD MINER CORPORATION
MINER SOUTHWEST LLC
MING LI JIANG
MINGES BOTTLING GROUP INC
MINGLE FASHION LIMITED
MINI PAPER BUYERS GUIDE
MINING JOURNAL OGDEN NEWS PUBLISHING
OF MI INC
MINNESOTA DEPARTMENT OF LABOR &
INDUSTRY
MINNESOTA LIFE INSURANCE COMPA
MINNESOTA RETAIL MERCHANTS ASS
MINTEL INTERNATIONAL GROUP LTD-
1018488736
MINTEXRX INC
MINUTEMAN PRESS INTERNATIONAL
MIRACLESUIT
MIRARCHI ELECTRIC
MIRELES LANDSCAPING ROBERTO MI
MIRROR EXCHANGE
MISSION ELECTRIC COMPANY KOSIT
MISSION FOODS
MISSOULIAN
MISSOURIAN PUBLISHING COMPANY
MISTER D S CONSTRUCTION INC
MISTER SWEEPER
MISTOLIN CARIBE INC
MITCHELL & PHILLIPS INC

**Vendors (merchandise and non-merchandise)**

MIX & GOLDMAN LLC
MIXPANEL INC
MIXPANEL INC-708747
MJ HOLDING COMPANY LLC
MJC INTERNATIONAL GROUP LLC
MKK ENTERPRISES CORP
MMA HOLDING GROUP INC
MMC CONTRACTORS MMC CONTRACTOR
MNC APPARELS LTD
MOBERLY MONITOR
MOBILE MINI
MOBILE MODULAR PORTABLE STORAG
MOBILE VAC RICHARD A SCHERER
MOBILEVAC H L ANDERSON & SON I
MODEL SERVICE AGENCY MODEL SER
MODELOGIC MIDWEST LLC
MODIS
MOGI BRANDING LLC
MOHAWK FACTORING
MOHAWK INDUSTRIES INC
MOJACK DISTRIBUTORS LLC
MOLINE DISPATCH PUBLISHING CO
MOMENTIVE PERFORMANCE MATERIAL
MOMMA CUISINE INC JOHANNA MARI
MONADNOCK COMMERCIAL BUILDING
MONADNOCK LEDGER
MONADNOCK SHOPPER NEWS SHAKOUR
MONDELEZ PUERTO RICO LLC
MONOGRAM CREATIVE GROUP
MONONA PLUMBING & FIRE PROTECT
MONROE EVENING NEWS MONROE PUB
MONROE JOURNAL BOLTON NEWSPAPE
MONROE PIPING & SHEET METAL LL
MONSTER WORLWIDE INC MONSTER COM
MONTANA STANDARD
MONTEREY BAY PROF LNDSCP SVS I
MONTEZUMA VALLEY PUBLISHING IN
MONTGOMERY ADVERTISER
MOORE & BISER PLLC
MOORE CREATIVE GROUP BARRINGTO
MOORE MEDICAL
MOORHEAD CONSTRUCTION CO LLC
MOOSE TOYS PTY LTD
MORALES DISTRIBUTORS INC
MORET SK LLC
MORGAN LEWIS & BOCKIUS
MORGAN STANLEY SMITH BARNEY HO
MORNING CALL
MORNING JOURNAL NORTHEAST PUBL
MORNING STAR PUBLICATIONS INC
MORNING SUN
MORNING TIMES
MORRICO EQUIPMENT
MORRIS COMMUNICATIONS
MORRIS NICHOLS ARSHT & TUNNELL

**Vendors (merchandise and non-merchandise)**

MORRISON & FOERSTER
MORRISTOWN STAR STRUCK LLC-44350460
MORROW MEADOWS CORP
MORTON SALT INC
MOSAIC DATA SCIENCE MOSAIC ATM
MOSCOW PULLMAN DAILY NEWS
MOSES AND SINGER LLP
MOSO GRAPHICS
MOSO GRAPHICS LLC MOSO GRAPHIC
MOSS ROOFING & INSULATION
MOTIONPOINT
MOUNTAIN DEMOCRAT AND TIMES
MOUNTAIN HOME NEWS
MOUNTAIN MAIL ARKANSAS CALLEY
MOUNTAIN TIMES PUBLICATIONS HI
MOUNTAINER NEWSPAPERS
MOWER COUNTY SHOPPER
MOWTOWNUSA
MPC INC
MPM FOOD EQUIPMENT GROUP INC-631804
MR CHRISTMAS LTD
MR ELECTRIC OF SAN ANTONIO SAN
MR NATURAL INC
MR VACUUM INC
MSCRIPTS LLC
MSPARK MAILSOUTH INC
MT AIRY NEWSPAPERS CIVITAS HOL
MT VERNON NEWS
MTD PRODUCTS INC
MTM TECHNOLOGIES-157727991
MUELLER SPORTS MEDICINE INC
MULTI LINK APPAREL JIANGYIN CO
MULTI MEDIA CHANNELS LLC
MULTI-LINK APPAREL (JIANGYIN)
MULTIMEDIA HOLDINGS
MULTIPET INTERNATIONAL INC
MULTIPLE SOLUTIONS INC ONE 1 M
MULTIVIEW
MULTI-WALL PACKAGING
MUNCHKIN INC
MUNCIE STAR & EVENING PRESS
MUNIE OUTDOOR SERVICES INC MUN
MUNSON LANDSCAPING & EXCAVATIN
MURALS & SO MUCH MORE RICHARD
MURNANE BRANDT PA
MURPHY PAVING AND SEALCOATING
MURRAY LEDGER AND TIMES MURRAY
MUSIC TECHNOLOGIES INTERNATIONAL-
98574
MUSIC TECHOLOGIES
MUTH ELECTRIC INC
MUTUAL BUSINESS FORMS EUGENIE
MUZAK
MVP GROUP INTERNATIONAL INC
MXD GROUP

**Vendors (merchandise and non-merchandise)**

MYERS MEDIA GROUP LLC
MYERS TIRE SUPPLY INTERNATIONAL
MYKEL PALAZZINI
MYOFFICEPRODUCTS.COM
MZB WORLD TIME LIMITED
N G HEIMOS GREENHOUSES INC
N I MEDIA GROUP
NABCO ENTRANCES
NACDS INC
NAFECS LIMITED
NAN SHAN INTERNATIONAL CO LTD
NANJING SANIC TRADING CO. LTD.
NANTONG SPLENDOR INTL TRADING
NAPA VALLEY PUBLISHING
NAPC INC-699251
NARULA CONSULTING SATISH C NAR
NASDAQ CORPORATE SOLUTIONS LLC
NASHVILLE RAIDER
NASSA BASICS LTD
NATCHEZ NEWSPAPERS INC
NATCHITOCHES TIMES
NATCO PRODUCTS
NATERRA INTERNATIONAL INC
NATIONAL ASSOCIATION OF HOME
NATIONAL DISTRIBUTION WHSE INC
NATIONAL EVENT PUBLICATIONS PR
NATIONAL GLASS & GATE SERVICES
NATIONAL GOVERNMENT SERVICES PCU-
DME MAC INDIANA
NATIONAL HEALTH INFORMATION
NETWORK
NATIONAL HVAC SERVICE
NATIONAL HVAC SERVICE CO
NATIONAL INTERNATIONAL ROOFING
NATIONAL PRESTO INDUSTRIES INC
NATIONAL PRINTING STEVE MOLINO
NATIONAL RECYCLING CORP
NATIONAL ROOFING COMPANY
NATIONAL ROOFING PARTNERS RL N
NATIONAL SIGN CORP
NATIONS ROOF LLC
NATROL LLC
NATURAL DIAMOND CORPORATION US
NATURAL RESOURCE TECHNOLOGY IN
NATURAL TEXTILE CO. LTD.
NATURES MARK LLC
NATURES PILLOWS INC
NAVEX GLOBAL INC
NAVIGANT CONSULTING
NAVYSTAR COMPANY LIMITED
NAYLOR LLC
NBE ELECTRICAL CONTRACTORS INC
NBTY INC
NCR
NDA WHOLESALE DISTRIBUTORS

**Vendors (merchandise and non-merchandise)**

NEBRASKA GAME & PARKS COMMISSI
NEHEMIAH MANUFACTURING COMPANY
NEIGHBOR NEWSPAPERS
NEIL KRAVITZ GROUP SALES INC
NEILMED PHARMACEUTICALS INC
NEOGRAPHICS DENNIS DUROS CUBER
NES JEWELRY INC
NESBITT TRUCKING
NESHOBA DEMOCRAT
NESTLE PURINA PET CARE COMPANY
NESTLE USA INC
NESTLE USA INC DSD
NET HEALTH SHOPS LLC
NETAPP
NETRELEVANCE
NETWORK FRONTIERS LLC-702008
NEVADA NEWS
NEW AMERICAN FOOD PRODUCTS LLC
NEW BRAUNFELS HERALD & ZEITUNG
NEW BRIGHT INDUSTRIAL CO LTD
NEW BRITAIN HERALD CENTRAL CON
NEW ENGLAND COFFEE NEW ENGLAND
NEW ENGLAND RETAIL EXPRESS
NEW ENTERPRISE LANDMARK COMMUN
NEW HAMPSHIRE FISH & GAME DEPT
NEW IMAGE BUILDING SERVICES IN
NEW IMAGE BUILDING SERVICES INC-599571
NEW JERSEY HERALD
NEW JERSEY RETAIL MERCHANTS AS
NEW MILANI GROUP INC
NEW PIG
NEW PIONEER INDUSTRIAL LIMITED
NEW RELIC INC
NEW SUB SERVICES
NEW SV MEDIA INC
NEW ULM JOURNAL OGDEN NEWSPAPE
NEW WAY CONSULTING INC
NEW YORK TRANSIT INC
NEWAGE PRODUCTS INC
NEWARK MORNING LEDGER
NEWAY INTERNATIONAL INC
NEWPORT DAILY NEWS EDWARD A SH
NEWS AND CITIZEN
NEWS AND OBSERVER PUBLISHING
NEWS COURIER
NEWS DATA SERVICE INC KAREN AN
NEWS DISPATCH
NEWS GAZETTE INC
NEWS GRAM
NEWS JOURNAL
NEWS LEADER
NEWS OBSERVER
NEWS PRESS PUBLISHING
NEWS PUBLISHING
NEWS RECORD

**Vendors (merchandise and non-merchandise)**

NEWS REPORTER CO INC
NEWS REVIEW LOTUS MEDIA GROUP
NEWS SUN SUNCOST MEDIA GROUP I
NEWS TELEGRAM
NEWS TIMES
NEWS TRIBUNE
NEWS VIRGINIAN
NEWS WEST PUBLISHING
NEWS XPRESS JON S PETERS
NEWSDAY MEDIA GROUP
NEWSPAPER AGENCY
NEWSPAPER HOLDING
NEWSPAPERS OF WEST GEORGIA PAX
NEWSPRINT INC
NEWS-STAR
NEWTON 2 ENTERPRISES RICHARD L
NEWTOYS & NOVELTY HK LIMITED
NEXGRILL INDUSTRIES INC
NEXT DAY MRO
NEXT MANAGEMENT LLC
NEXTAG INC
NEXUM
NHI MEDIA
NHI NEWSPAPER HOLDINGS INC
NHS GLOBAL EVENTS NATIONAL HOT
NIAGARA BOTTLING
NIAGARA BOTTLING LLC
NICHOLAS CHRONICLE NICHOLA COU
NICOLSON LAW GROUP LLC
NIELSEN MEDIA RESEARCH AC NIEL
NIELSEN MEDIA RESEARCH-1007130613
NIELSEN ZEHE & ANTAS P C
NIGELS RELIABLE SERVICES NIGEL S
WILLIAMS
NII NORTHERN INTERNATIONAL INC
NILIMA ONLINE SERVICES INC
NIN GROUP INC
NINA FOOTWEAR CORP
NINGBO HESHENG FASHION ACC CO
NINGBO JADE SHOES CO LTD
NINGBO MEIQI TOOL CO LTD
NITEO PRODUCTS LLC
NITROGOLF LLC
NITTANY PRINTING AND PUBLISHING
NIVEN MARKETING GROUP R D NIVE
NKOK INC
NLMS
NOBLAND INTERNATIONAL INC.
NOHODO LLC
NOR LAKE INCORPORATED-689765
NORCELL
NORFOLK DAILY NEWS
NORMAN R YORK JR
NORRIS TYSSE LAMPLEY & LAKIS L
NORTH AMERICAN ROOFING SERVICES

**Vendors (merchandise and non-merchandise)**

NORTH BAY APPAREL LLC
NORTH CAROLINA RETAIL MERCHANT
NORTH COUNTRY THIS WEEK INC
NORTH GEORGIA NEWS
NORTH GEORGIA NEWSPAPER GROUP
NORTH HANOVER CENTRE REALTY LL
NORTH JERSEY MEDIA GROUP
NORTH PACIFIC PAPER CORP
NORTH PLATTE TELEGRAPH
NORTH STAR PUBLISHING CO RED W
NORTH STATE TELEPHONE CO
NORTHEAST MISSISSIPPI DAILY JO
NORTHEAST PUBLISHING COMPANY B
NORTHEASTERN PLASTICS INC
NORTHERN BOTTLING COMPANY
NORTHERN LIGHT TREE COMPANY
NORTHERN MICHIGAN REVIEW ACCOU
NORTHERN PEABODY LLC
NORTHERN SAFETY COMPANY INC
NORTHLAND ALUMINUM PRODUCTS IN
NORTHLAND CONSTRUCTORS OF DULU
NORTHLAND MECHANICAL CONTRACTO
NORTHSTAR MEDIA INC CAMBRIDGE
NORTHSTAR RECOVERY SERVICES
NORTHWEST COMPANY LLC
NORTHWEST NEWS CO INC
NORTHWEST PALLET SUPPLY
NORTHWEST YELLOW LLC MORMAN JO
NOTIONS MARKETING CORP E COMME
NOVA GENESIS INTL CO LTD
NOVA PALM LTD
NOVA SERVICES INC
NOVEL SHOES CO LTD
NOVO GROUP INC THE NOVO GROUP
NPB COMPANY INC
NPD GROUP INC
NPG NEWSPAPERS INC
NPN 360 INC
NRI NATIONAL RESOURCES INC
NSA MEDIA
NSF SERVICES INC
NTM INC
NUANCE COMMUNICATIONS
NUCO2 LLC NUCO2 INC AND SUBSID
NUDELL ARCHITECTS J HOWARD NUD
NURTURE INC
NUTRITION AND FITNESS INC
NUWAVE LLC
NVC LOGISTICS GROUP
NVE INC
NW ARKANSAS DEMOCRAT GAZETTE A
NWH JEWELRY GROUP
NXGN INC-80292752
O BANNON PUBLISHING CO
O CONNELL ELECTRIC COMPANY

**Vendors (merchandise and non-merchandise)**

O D Y ACCESSORIES INC
O MEARA LEER WAGNER & KOHL PA
O NEILL & BORGES
OAHU PUBLICATIONS
OAK BROOK MECHANICAL
OAKLEAF WASTE MANAGEMENT
OB C GROUP LLC
OBERING WURTH & ASSOCIATES LLP
OBJECTIF LUNE LLC
OBSERVEPOINT INC-711792
OBSERVER
OBSERVER & ECCENTRIC NEWSPAPERS
OBSERVER NEWSPAPERS
OBSERVER PUBLISHING
OCALA STAR BANNER
OCCK INC
OCEAN SIDE FARMS INC
OCEAN SPRAY CRANBERRIES INC
OCONEE PUBLISHING INC
OCW RETAIL - DEDHAM LLC
OELWEIN DAILY REGISTER OELWEIN
OFFICE EQUIPMENT COMPANY OF MO
OFFICEMATE INTERNATIONAL CORP
OFFICIAL PILLOWTEX LLC
OFFICIAL PILLOWTEX LLC ACCRUAL
OGDEN NEWSPAPERS
OGDEN PUBLISHING CORPORATION
OGEMAW COUNTY HERALD SUNRISE P
OGLETREE DEAKINS NASH SMOAK &
STEWART
OHIO MULCH SUPPLY INC
OHIO PAVING & CONSTRUCTION
OHIO STEEL INDUSTRIES INC
OHLSSON MANAGEMENT LLC BRANDIS
OKIN AND ADAMS LLP
OKLAHOMA CHILLER CORPORATION
OLD DUTCH FOODS INC
OLD WORLD INDUSTRIES LLC
OLEAN TIMES HERALD BRADFORD PU
OLIVER CONSULTING INC
OLLA BEAUTY SUPPLY INC DC & JI
OLYMPIA TOOLS INTERNATIONAL IN
OLYMPIC FOREST PRODUCTS COMPANY-
711220
OMAHA ELECTRIC SERVICE INC
OMAHA WORLD-HERALD
OMEGA CLEANING CO
OMNI CART SERVICES INC
OMNI UNITED USA INC
OMNILIFT
OMRON HEALTHCARE INC
ON TIME DISTRIBUTION LLC
ONE CALL NOW SWN COMMUNICATION
ONE JEANSWEAR GROUP INC
ONE REPUBLIC HOLDINGS LLC

**Vendors (merchandise and non-merchandise)**

ONE REPUBLIC HOLDINGS LLC-21796473
ONE TO ONE GARMENT MFG LTD
ONE TOUCH GROUNDS MAINTENANCE
ONE WAY FASHIONS INC
ONE WORLD TECHNOLOGIES IN
ONEIL SALE EDWARD A O NEIL
ONEILL & BORGES
ONFIELD APPAREL GROUP LLC
ONION INC
ONIX NETWORKING CORPORATION
ONTEL PRODUCTS CORP
ONYX CORPORATION
OP4G CORPORATE BILLING
OPEN TEXT CORP-56614
OPERATIVE SOFTWARE PRODUCTS-711023
OPSTECHNOLOGY INC
OPTIMAL LDM LLC
OPTIMIZELY INC
OPTIMUM FULFILLMENT
OPTIV SECURITY
ORA INTERACTIVE LLC-710542
ORACLE AMERICA
ORACLE ELEVATOR
ORACLE SYSTEMS
ORANGE LANDSCAPING CHRISTOPHER
ORE INTERNATIONAL INC
OREGON LITHOPRINT INC NEWS REG
OREGON PUBLICATIONS CORP COMMU
OREGONIAN PUBLISHING
ORGANIC TOOL CORP  THE
ORGANIZE IT ALL INC
ORGANIZED FISHING INC
ORGILL
ORGILL BROTHERS & CO
ORIENTAL LEAD INVESTMENTS LIMI
ORIENTAL UNLIMITED INC
ORIGINAL CALIFORNIA CAR DUSTER
ORIGINAL GOURMET FOODS CO INC
ORIGINAL SMITH PRINTING-696240
ORION ENERGY SYSTEMS
ORION ICS LLC
ORR SAFETY CORP
ORR SAFETY CORP-1024077364
ORRICK HERRINGTON & SUTCLIFFE
OSCAR W LARSON
OSI INC
OSLER HOSKIN & HARCOURT LLP
OTHELLO OUTLOOK
OTTAWA HERALD GATEHOUSE MEDIA
OTTAWAY NEWSPAPERS
OUR ALCHEMY LLC
OUT INTERNATIONAL INC
OUTDOOR FX INC
OUTDOOR LEISURE PRODUCTS INC
OUTDOOR LIVING INC

| Vendors (merchandise and non-merchandise) | Vendors (merchandise and non-merchandise) |
|---|---|
| OUTDOOR OASIS JAMES S WHITE JR | PAN ASIAN CREATIONS LIMITED |
| OUTDOOR RECREATION GROUP THE | PAN PEPIN INC |
| OUTER BANKS SENTINEL SLAM PUBL | PANEL PROCESSING INC-370056 |
| OUTERSTUFF LTD | PAN-FORMOSA INTERNATIONAL CORP |
| OV DOORS CORP | PANLINE USA INC |
| OVED APPAREL CORPORATION | PANOLA WATCHMAN TEXAS COMMUNITY |
| OVERHEAD DOOR | MEDIA LLC |
| OVERHEAD DOOR SOLUTIONS INC | PAN-PACIFIC CO. LTD |
| OWNERIQ INC | PANTAGRAPH |
| OXFORD EAGLE OXFORD NEWSMEDIA | PANTIES PLUS |
| OXFORD GLOBAL RESOURCES | PAPER OF MONTGOMERY COUNTY |
| OXO INTERNATIONAL LTD | PAPERHOUSE CORPORATION |
| P & T CLEANING AND LAWN CARE C | PARADIES GIFTS INC |
| P J CHONBURI PARAWOOD CO LTD | PARADIGM FITNESS EQUIPMENT INC |
| P L DEVELOPMENTS INC | PARADIGM TECHNOLOGY CONSULTING |
| P M F RENTALS | PARADISE BEVERAGES INC |
| P W C HAWAII CORPORATION | PARADISE VALLEY MALL SPE LLC |
| PAC VAN INC | PARAGOULD DAILY PRESS |
| PACE SHAVE | PARAMOUNT RX INC |
| PACER | PARFUMS DE COEUR |
| PACESETTER IMPORTS | PARIS NEWS SOUTHERN NEWSPAPERS |
| PACIFIC ALLIANCE USA INC | PARIS POST INTELLIGENCER |
| PACIFIC CHARLIE CO INC | PARIS PRESENTS |
| PACIFIC CUP | PARKER EXCAVATING INC |
| PACIFIC CYCLE | PARKER HANNIFIN CORPORATION |
| PACIFIC GREEN LANDCARE LLC | PARKER ROSEN LLC |
| PACIFIC LP GAS | PARKERSBURG NEWSPAPER NEWS & S |
| PACIFIC MARKET INC LLC | PARKS ENVIRONMENTAL CONSULTING |
| PACIFIC NORTHERN | PARLANCE CORPORATION-966128795 |
| PACIFIC NORTHWEST PUBLISHING | PARSONS PUBLISHING |
| PACIFIC PAPER PRODUCTS INC | PARTERRE FLOORING & SURFACE SYSTEMS- |
| PACIFIC RIM UNLIMITED INC | 1011826245 |
| PACIFIC TRANSFER | PARTITION SYSTEMS |
| PACIFIC TRANSPORTATION LINES | PARTNERS IN LEADERSHIP |
| PACIFIC TRANSPORTATION SERVICES | PARTY WORLD CO LTD |
| PACKAGING ALTERNATIVES CORPORA | PASCHALL TRUCK LINES INC |
| PACKAGING ASSOCIATES | PASTORI LANDSCAPE |
| PACKAGING CORPORATION OF AMERI | PATRIOT-NEWS |
| PACKAGING CREDIT COMPANY LLC P | PATTEN INDUSTRIES INC |
| PACKERS PROVISION CO OF PUERTO | PAUL HASTINGS |
| PACKET MEDIA LLC | PAUL L DONAKOWSKI PAUL L DONAK |
| PACKIT LLC | PAUL LENNEN |
| PACO (CHINA) GARMENT LTD | PAVE THE WAY INC |
| PADDOCK PUBLICATIONS INC | PAVE WEST INC |
| PAGOSA SPRINGS SUN | PAVEMENT SERVICES CORPORATION |
| PAKMARK | PAWTUCKET TIMES |
| PAL SERV OF DALLAS LLC | PAXTON MEDIA GROUP |
| PALADIN MARKETING RESOURCES | PAYSON ROUNDUP NEWSPAPER WORLD |
| PALESTINE HERALD PRESS NEWSPAP | PC CONNECTION SALES CORP PC CO |
| PALLADIUM ITEM FEDERATED PUBLI | PC CONNECTION SALES CORP-360859 |
| PALLET FACTORY INC | PCA PREMIERE BRANDS CORP |
| PALM TREE ENTERPRISE CO LTD | PCCS (HONG KONG) LIMITED |
| PALMER PROMOTIONAL PRODUCTS-691465 | PCL CO LIMITED |
| PALO VERDE VALLEY TIMES YUMA S | PDX |
| PAMPA BEVERAGES LLC | PEACOCK APPAREL GROUP INC |

**Vendors (merchandise and non-merchandise)**

PEARL GLOBAL INDUSTRIES LTD
PEARL GLOBAL INDUSTRIES LTD.
PEARSON CONSTRUCTION CORP
PEDDLER PRINT ADVERTISING INC
PEDS LEGWEAR USA INC
PEGGS
PEKIN DAILY TIMES
PEL INDUSTRIES
PENN JERSEY ADVANCE
PENNSYLVANIA DEPARTMENT OF STATE
PENNSYLVANIA JOINT BOARD
PENNSYLVANIA RETAILERS ASSOC
PENNY POWER
PENNYSAVER
PENNYSAVER CA DAYTONA HOLDINGS
PENSACOLA NEWS JOURNAL
PENTAHO-706999
PENTEL OF AMERICA LTD
PENULTIMATE CONSULTING
PEOPLE SCOUT INC
PEOPLESHARE
PEORIA JOURNAL STAR
PEORIA METRO CONSTRUCTION
PEPPERIDGE FARM INC
PEPSI AMERICAS
PEPSI BOTTLING VENTURES LLC
PEPSI COLA BOTTLING CO
PEPSI COLA BOTTLING CO GUAM
PEPSI COLA BOTTLING OF THE DAL
PEPSI COLA BOTTLING OF WALLA W
PEPSI COLA BTLG
PEPSI COLA BTLG CO
PEPSI COLA BTLG CO OF BLACK HI
PEPSI COLA BTLG CO OF HICKORY
PEPSI COLA BTLG CO OF SALISBUR
PEPSI COLA BTLG CO PUERTO RICO
PEPSI COLA BTLG COMPANY OF NY
PEPSI COLA COMPANY
PEPSI COLA OF WESTERN NEBRASKA
PEPSICO CARIBBEAN INC
PEPSI-COLA BOTTLING GROUP
PEPSI-COLA GENERAL BOTTLERS
PEPSI-COLA METROPOLITAN BOTTLING
PEREGRINE INC
PERFECT FIT INDUSTRIES LLC
PERFECT SWEEP INC
PERFECTION GROUP INC
PERFECTSIGNS COM PERFECT SIGNS
PERFICIENT INC-11260838
PERFORMANCE BUILDERS INC LABOR
PERFORMANCE BUILDERS INC PARTS
PERFORMANCE DESIGNED PRODUCTS
PERFORMANCE TEAM FREIGHT SYSTEMS
PERFORMANCE TRUCKING INC
PERFUME WORLDWIDE INC

**Vendors (merchandise and non-merchandise)**

PERIO INC
PERKINS T P TRAILERS
PERMASTEEL INC
PERMISSION DATA LLC
PERRYS LAWNSCAPE & PROPERTY MG
PERSADO
PERSONAL CARE PRODUCTS LLC
PERSONALI INC
PERU DAILY TRIBUNE PUBLISHING
PESHTIGO TIMES
PET PARTNERS INC
PETER A KLINE
PETER JIN
PETERSON TECHNOLOGY PARTNERS
PETOSKEY PLASTICS INC-51761013
PETRO WEST INC
PETTIT KOHN INGRASSIA & LUTZ P
PETUNIA LLC
PG & E
PHARMACISTS LETTER THERAPEUTIC
PHARMACY QUALITY SOLUTIONS INC
PHARMACY QUALITY SOLUTIONS INC-709545
PHELPS INDUSTRIES LLC
PHILADELPHIA NEWSPAPERS
PHILIPS ACCESSORIES AND COMPUT
PHILLIP C HENTSCHEL
PHILLIPS LANDSCAPING DAVID PHI
PHILLIPS MEDIA GROUP LLC PHILL
PHOENIX (QINGDAO) GARMENT CO L
PHOENIX ENERGY TECHNOLOGIES
PHOENIX SOFTWARE INTERNATIONAL INC-539866
PHP SALES
PHU NGUYEN LLC
PHYSICIANS FORMULA INC
PICO MANUFACTURING SALES CORP
PIEDMONT COCA COLA BOTTLING
PIEDMONT MATERIAL HANDLING LLC
PIEDMONT SIGN SERVICE BLAIN A
PIERCE ATWOOD LLP ATTORNEYS AT
PIERPASS LLC
PIERRE HANDL ENGINEERING EXPER
PILOT AUTOMOTIVE INC
PILOT CORPORATION OF AMERICA
PILOT TRAVEL CENTERS
PIMKIE APPARELS LTD.
PINEAE GREENHOUSES INC
PINNACLE ADVERTISING & MARKETING-38146440
PINNACUS LLC
PINON MECHANICAL SERVICES INC
PINTEREST INC
PIONEER GROUP
PIONEER PRESS
PIONEER VNS

**Vendors (merchandise and non-merchandise)**

PIPP MOBILE STORAGE SYSTEMS INC-418178
PITNEY BOWES BANK
PITNEY BOWES SOFTWARE
PITTSBURGH COMMERCIAL CLEANING
PITTSBURGH POST GAZETTE
PLACO BUBBLES LTD
PLAINVIEW DAILY HERALD
PLANTATION PRODUCTS LLC  SBT
PLASTIC DISPLAYS MFG CO INC
PLASTICOLOR MOLDED PRODUCTS
PLATFORA INC-706591
PLATTEVILLE SHOPPING NEWS WOOD
PLAYMATES TOYS INC
PLAYMIND LIMITED
PLAYMONSTER LLC
PLAZA PROVISION CO
PLEASANTON EXPRESS WILKERSON P
PLM INDUSTRIES INC
PLUM GROUP LLC
PLUMB MEDIC INC
PLUMBING & SEWER CLEANING R US
PLUMBING JOINT INC
PLUMBING MASTER LOZANO PLUMBIN
PLUMBING TECHNOLOGIES LLC
PLUMCHOICE
PLUMP ENGINEERING
PLUS LOCATION SYSTEMS-835596763
PLUSONE SOLUTIONS INC
PM FLEET LUBE AND SERVICE INC
PM TECHNOLOGIES LLC PREVENTIVE
PM TECHNOLOGIES LLC-269907
PMG ACQUISITION
PNY TECHNOLOGIES INC
POLAR AIR CONDITIONER VAZQUEZ
POLAR CORP
POLK COUNTY PUBLISHING CO
POLSINELLI SHALTON PC
PONCA CITY NEWS PONCA CITY PUB
PONCE CARIBBEAN DISTRIBUTORS I
POND NORTH
POP COMMUNICATIONS LLC ROBYN U
POPULAR PAYS INC
POPULUS BRANDS LLC
PORTAGE COUNTY GAZETTE GAZETTE
PORTER ROOFING CONTRACTORS INC
POSITEC MACAO COMM OFFSHORE LT
POSITEC USA INC
POST AND MAIL HORIZON INDIANA
POST COBB PUBLISHING LLC
POST GARDENS OF BATTLE CREEK I
POST JOURNAL
POST REGISTER
POST STANDARD
POTEX TOYS MANUFACTURER LTD
POUGHKEEPSIE JOURNAL

**Vendors (merchandise and non-merchandise)**

POUYAN BARZIVAND
POWELL MECHANICAL LLC GLEN E P
POWELL VALLEY PRINTING COMPANY
POWER CLEAN OF TEXARKANA NORTO
POWER LINE CONTRACTORS INC
POWER PRICE INC
POWER TECHNOLOGY INC
POWER TOOL SPECIALISTS INC
POWER VAC SERVICES LLC
POWERBLOCK INC
POWERREVIEWS
PPG INDUSTRIES
PPH VITBIS SP. Z O.O.
PQA INC
PR NEWSWIRE INC PR NEWSWIRE AS
PR REVOLUTION LLC
PRACTECOL LLC
PRAIRIE ELECTRIC COMPANY INC
PRAIRIE FARMS DAIRY INC
PRAIRIE MOUNTAIN PUBLISHING
PRAIRIE STONE
PRATT CORRUGATED HOLDINGS JET
PRATT INDUSTRIES
PRATT TRIBUNE LIBERTY GROUP
PRAXAIR
PRC MECHANICAL M & D PLUMBING
PRECISION CONTROL SYSTEMS OF C
PRECISION CONTROL SYSTEMS-1129043175
PRECISION CONVERTERS INC
PRECISION ELECTRICAL COMPANY I
PRECISION ELECTRICAL CONTRACTO
PRECISION LANDSCAPE & EXCAVATI
PRECISION PRODUCTS INC
PRECISION PROPERTY SERVICES LL
PRECISION RETAIL ASSEMBLY MARK
PREFERRED COMMERCE INC
PREFERRED DISPLAY INC-795489561
PREFERRED MEDIA PREFERRED MEDI
PREMIER CONTRACTING INC
PREMIER EXECUTIVE TRAILERS LLC
PREMIER HEALTHCARE PREMIER HEA
PREMIER HORTICULTURE INC
PREMIER LOGISTICS & TRANSPORTA
PREMIER TRANSPORT
PREMIER TRANSPORTATION
PREMIUM BRANDS OF MICHIGAN LTD
PREPAC MANUFACTURING LTD
PRESCOTT COURIER PRESCOTT
NEWSPAPERS INC
PRESS & DAKOTAN
PRESS & STANDARD WALTERBORO NE
PRESS DEMOCRAT
PRESS OF ATLANTIC CITY WORLD M
PRESS REPUBLICAN COMMUNITY NEW
PRESS TRIBUNE IDAHO PRESS TRIB

**Vendors (merchandise and non-merchandise)**

PRESS-ENTERPRISE
PRESSMAN TOY CORP
PRESSURE SPRAY INC
PRESTIGE MAINTENANCE
PRESTO PRODUCTS COMPANY
PRESTONE PRODUCTS CORPORATION
PRGX
PRGX GLOBAL
PRICE COUNTY REVIEW APG MEDIA
PRIME ELECTRIC INC
PRIME TIME TOYS LTD
PRIMO WATER CORPORATION
PRIMO WATER CORPORATION SBT
PRIMOW LANDSCAPE
PRINCE OF PEACE ENTERPRISES IN
PRINCETON PUBLISHING CO INC
PRIORITY ELECTRIC INC
PRIORITY STAFFING INC
PRISM PUBLISHING
PRO STRIPING & ASPHALT MAINTEN
PRO TECH MECHANICAL INC
PRO TECH MECHANICAL SERVICES
PRO TECH MECHANICAL VALLEY LLC
PROCTER & GAMBLE COMMERCIAL LL
PROCTER & GAMBLE DISTIBUTING L
PRODUCT DESIGN CANOPY LTD
PRODUCT DEVELOPMENT TECHNOLOGI
PRODUCTOS NORMA INC
PRODUCTWORKS LLC
PROFESSIONAL GOLF BALL SERVICE
PROFESSIONAL LOT MAINTENANCE B
PROFESSIONAL PAVEMENT SERVICES
PROFESSIONAL PAVING & CONCRETE
PROFESSIONAL PROPERTY MAINTENANCE
OF MIS
PROFILE ENT
PROFIT RECOVERY LLC-710711
PROFIT SEEKERS
PROFORMA
PROFORMA PFG HOWLAND PRINTING
PROGRAMONE
PROGRESSIVE FLOORING SERVICES
PROGRESSIVE SERVICES LLC
PROGRESSIVE SERVICES RANDY FLO
PROJECT RESOURCE SOLUTIONS
PROLOGIS LP DBA PROLOGIS
PROLOGIS N AMERICAN IND FUND I
PROLOGIS PROLOGIS L P
PROMAC INC
PROMIKA LLC
PROMOCIONES COQUI FEIZAL MARRE
PROOFPOINT INC-700622
PROPEL TRAMPOLINES LLC
PROPERTY MANAGEMENT SPECIALIST
PROPHET BRAND STRATEGY INC

**Vendors (merchandise and non-merchandise)**

PROPHET BRAND STRATEGY INC-825207863
PROSCAPE LAWN & LANDSCAPE SERV
PROSPACE INTERNATIONAL CO LTD
PROSPEROUS INTERNATIONAL LTD
PROSTRIPE LLC
PROTECH DELIVERY AND ASSEMBLY
PROTECH ELECTRIC LLC
PROTECTION ONE ALARM MONITORING
PROTECTIVE TECHNOLOGIES INTL
PROTOS SECURITY
PROVIDENCE JOURNAL
PROVIDENCE PRODUCTS LLC
PRUDENT INTERNATIONAL LTD
PSS DISTRIBUTION LP
PT BUSANAREMAJA AGRACIPTA
PTC
PTG LOGISTICS
PTI GROUP INC
PTI PACIFICA INC
PTR BALER AND COMPACTOR
PUBLISHING PROPERTIES
PUEBLO CHIEFTAIN STAR JOURNAL
PUERTO RICO SUPPLIES CO INC
PUERTO RICO SUPPLIES CO INC PU
PULITZER NEWSPAPERS
PULSAR PRODUCTS INC
PULSELEARNING LTD-985112643
PURE GLOBAL BRANDS INC
PURE SUN DEFENSE LLC
PURITY WHOLESALE GROCERS INC
PUSH SOLUTIONS LLC-703045
PUTIAN NEWPOWER INT'L TRADE CO
PUYOUNG IND CO LTD
PVH NECKWEAR INC
QEP COMPANY INC
QINGHE ZHANG
QL2 SOFTWARE LLC
QUAD GRAPHICS
QUAKER OATS COMPANY
QUALITY CALIBRATION SERVICE IN
QUALITY FOR SALE
QUALITY HOUSE INT
QUALITY INTERNATIONAL INC
QUALITY KING DISTRIBUTORS INC
QUALITY KING FRAGRANCE INC
QUALITY LAWN CARE INC
QUALITY MECHANICAL SERVICES IN
QUALITY MECHANICAL SOLUTIONS I
QUALITY PAINTING & RESTORATION
QUALITY PHOTO
QUALTRICS LLC
QUANTUM BUILDERS INC
QUANZHOU BAOFENG SHOES CO LTD
QUARLES & BRADY
QUARTER20 INC

**Vendors (merchandise and non-merchandise)**

QUEENS CHRONICLE MARK I PUBLIC
QUEST RESOURCE MANAGEMENT GROUP
QUILL PRESS COMPANY
QUINCY HERALD WHIG QUINCY NEWS
QUINTANA & SONS TRADING LLC
QUINTANA QUINTANA CORPORATION
QVS SOFTWARE
QWEST
QWEST COMMUNICATIONS INTERNATIONAL
R & B SETS
R & C ELECTRIC
R & D LAPEYRE
R C RICHARDSON CO
R E DAIGLE & SON ELECTRICAL RI
R F FISHER ELECTRIC CO
R G I S INVENTORY SPECIALISTS
R R DONNELLEY & SONS
R S ELECTRIC CORP
R S ELECTRIC R - S ELECTRIC
R W ROGERS COMPANY INC-1000390476
RABBITT PITZER & SNODGRASS PC
RAC ENTERPRISES INC
RADIANT EXPORTS
RADIATOR SPECIALTY CO
RADIOHIO INC
RADNIK EXPORTS
RAINBOW COTTON CANDY LLC
RAINS ELECTRIC COMPANY INC
RAISE MARKETPLACE INC
RAJCO INTERNATIONAL INC
RAJU SAGIRAJU
RAM AIR ENGINEERING
RAMBOLL ENVIRON US CORPORATION
RAMIREZ AND SONS INC
RAMONA SENTINEL MAINSTREET COM
RAMS IMPORTS INC
RANDA ACCESSORIES LEATHER GOOD
RANDA CORP
RANDOLPH LEADER
RANDSTAD GENERAL PARTNER US
RANDSTAD NORTH AMERICA
RANGER AMERICAN OF V I INC
RANIR LLC
RANSCAPES INC
RAPID CITY JOURNAL
RAPID DISPLAYS-437967
RAPIER RESOURCE GROUP LLC
RAPPAHANNOCK RECORD
RASMUSSEN MECHANICAL SERVICES
RAWLINGS SPORTING GOODS CO INC
RAY WATSON RAY A WATSON
RAZBABY INNOVATIVE BABY PRODUC
RAZOR USA LLC
RBE INCORPORATED ROESNER BEARD
RCS LOGISTICS INC

**Vendors (merchandise and non-merchandise)**

RCS REAL ESTATE ADVISORS
RDL ARCHITECTS INC
RDR VIDEO PRODUCTIONS INC
RE NEW OF ARIZONA RE-NEW OF AR
RE SOURCE PARTNERS ASSET MANAG
REACH TECHNOLOGIES BOW-BOECK E
READERLINK DISTRIBUTION SVCS L
READING EAGLE COMPANY
READY REFRESH BY NESTLE
READY REFRESH BY NESTLE NESTLE
REAL HOME INNOVATIONS INC
REAL MCCOY LAWN CARE & SNOW RE
REAL UNDERWEAR INC
REALTY WIZARDS INC
RECEIVABLE MANAGEMENT SERVICES
RECKITT BENCKISER LLC
RECORD AUTOMATIC DOOR INC
RECORD AUTOMATIC DOORS INC
RECORD GAZETTE CENTURY GROUP
RECORD JOURNAL INC
RECORD PUBLISHING CO COPLEY OH
RECORD USA INC
RECRUITMILITARY LLC RVET OPERA
RECYCLING EQUIPMENT CORP
RED BOOK SOLUTIONS
RED BOX TOY FACTORY LTDD
RED BULL DISTRIBUTION CO INC (
RED HAT
RED ROCK SOURCING LLC
RED WING BRANDS OF AMERIC
REDBLUE INC HVAC LIGHTING AND
REDCLEY LLC
REDDY ICE CORP
REDI SHADE INC
REDSTONE CONSTRUCTION GROUP IN
REEBOK INTERNATIONAL LTD
REED AND PICK
REED GROUP MANAGEMENT LLC GUAR
REED GROUP MANAGEMENT LLC-712333
REED PRINTING & SUPPLY CO INC
REED SMITH
REEDISHA KNITEX LTD
REEDY MAINTENANCE AND REPAIR
REFLEXIVE MEDIA LLC
REFRESHMENT SERVICES INC
REFRIGERANT RECYCLING INC
REFRIGERATION SERVICES
REFUSE EQUIPMENT SER INC
REGAL FLOOR COVERING INC
REGAL HOME COLLECTIONS
REGAL SHOES MFG CO LTD
REGENCY CENTERS LP
REGENCY INTL MARKETING CORP
REGISTER GUARD GUARD PUBLISHIN
REGISTER MAIL

**Vendors (merchandise and non-merchandise)**

REGISTER PAJARONIAN WATSONVILL
REGISTER PUBLICATIONS
RELIABLE IMAGING COMPUTER PROD
RELIABLE PARTS USA
RELIAKOR SERVICES
RELY SERVICES INC
REMCO INC
REMINGTON INDUSTRIES INC
REMOVE RECYCLE REMARKET LLC
RENAISSANCE APPARELS LTD
RENAISSANCE IMPORTS INC
RENAISSANCE JEWELRY NEW YORK I
RENFRO CORPORATION
RENO NEWSPAPERS
RENPURE LLC
RENWOOD MILLS LLC
RENZO EXCAVATING LLC
REP CONSULTING INC ROBERT E PRATT
REPAIR AND WEAR INC
REPLACEMENT GLASS COMPANY RGC
REPONE LLC
REPUBLIC FIRE CONSULTANTS
REPUBLIC PAVING LLC
REPUBLIC PLASTICS LTD
REPUBLIC SERVICES
REPUBLICAN
RESCOM ARCHITECTURAL INC
RESCUE WOODWORKS JOHN J BECK
RESEARCH NOW INC RESEARCH NOW
RESERVES NETWORK
RESILION
RESOLUTE FP US
RESOURCE AMMIRATI
RESOURCE CONTROL CONSULTANTS L
RESULT MC MANAGEMENT CONSULTANTS-712090
RET ENVIRONMENTAL TECHNOLOGIES
RETAIL ASSITANCE
RETAIL CONSTRUCTION SERVICES I
RETAIL CONTRACTING SERVICES
RETAIL DATA LLC
RETAIL FIRST INC RETAIL FIRST
RETAIL INDUSTRY LEADERS ASSOC
RETAILERS ASSOC OF MASSACHUSET
RETAILIGENCE CORPORATION
RETAILNEXT INC
RETAILNEXT INC-9643101
RETROFIT TECHNOLOGY
RETURN PATH INC
REUNITED LLC
REVIEW OGDEN NEWS PUBLSHING OF
REVIEW TRACKERS INC
REVIEWED.COM GENNETT SATELITE
REVISE CLOTHING INC
REVLOCAL

**Vendors (merchandise and non-merchandise)**

REVLON CONSUMER PRODUCTS
REVLON PR INC
REVOLUTION RETAIL SYSTEMS LLC
REVTRAX ONCARD MARKETING INC
REXON INDUSTRIAL CORP LTD
REYNOLDS BUILDING SYSTEMS INC
REYNOLDS CONSUMER PRODUCTS INC
REZA FASHIONS LIMITED
RGA ENVIRONMENTAL
RGE MOTOR DIRECT INC
RGGD INC
RGGD INC DBA CRYSTAL ART GALLE
RGGD INC SBT
RGL LANDSCAPING INC
RHODE ISLAND TEXTILE COMPANY I
RHR INTERNATIONAL LLP
RICARDO CRUZ DISTRIBUTORS INC
RICE LAKE CHRONOTYPE
RICHA & CO
RICHARD AMUNDSEN
RICHARD COFFEY
RICHARD DOIBAN
RICHARDS LAYTON & FINGER
RICHLAND CENTER SHOPPING NEWS
RICHLINE GROUP
RICHLUND VENTURES INC
RICHMAN GREER P A
RICHRELEVANCE
RICOH
RICOLA INC
RIDGE TOOL COMPANY
RIGHTLINE GEAR INC
RIGHTTHING
RIKON POWER TOOLS INC
RIMINI STREET INC-621076715
RINGGOLD GROWERS LLC
RINGSIDE COLLECTIBLES INC
RINI REALTY COMPANY
RISE INTERACTIVE INC
RISE INTERACTIVE INC-11393599
RITCHIE TRUCKING SERVICES INC
RITE-MADE PAPER CONVERTERS
RITZ MARKETING CORP LTD
RIVA TECHNOLOGIES
RIVAL MANUFACTURING CO
RIVER CITY NEWSPAPER TODAYS NE
RIVERSIDE TRANSPORT INC
RIVERSTONE USA LLC
RIVERTON RANGER
RIVERTOWN NEWSPAPER GROUP FORU
RIVERVIEW EXCAVATING & SNOWPLO
RIZE CONSTRUCTION LLC
RIZEPOINT STETON TECHNOLOGY GR
RIZEPOINT-1941096687
RJS PROPERTY MAINTENANCE RICHA

**Vendors (merchandise and non-merchandise)**

RJW MEDIA RJW COMMUNICATIONS I
RKON
RM ACQUISITION LLC-5128731
RMS INTERNATIONAL USA INC
ROBERT BOSCH TOOL CORP
ROBERT BROWN ROBERT R BROWN
ROBERT D NELSON
ROBERT G WHEELER
ROBERT HALF INTERNATIONAL
ROBERT J CLANCEY LTD
ROBERT JAMES CLEANING L L C
ROBERT M SHANKS
ROBERT MAUCK
ROBERTS OXYGEN CO
ROBERTS REFRIGERATION
ROBESONIAN CIVITAS HOLDINGS LL
ROBINSON & COLE LLP
ROBOTICS SOCIETY OF AMERICA
ROCHESTER ARMORED CAR INC
ROCK AGENCY
ROCK CREATIONS DARRON JORDAN
ROCK SPRINGS NEWSPAPERS INC
ROCKET SOFTWARE INC-664938
ROCKFORD REGISTER STAR
ROCKPORT PILOT HARTMAN NEWSPAP
ROCKY FORD DAILY GAZETTE ROCKY
ROCKY MOUNTAIN SUPER VAC INC
ROD DESYNE INC
RODAEL DIRECT INC
GENESIS DIRE
RODNEY WEBB LLC
ROEDER SNOW REMOVAL LLC DAVID
ROEHL TRANSPORT INC
ROGERS LAWN CARE ROGER MARSHAL
ROI TRAINING INC
ROIG GROUP LLC
ROLLING THUNDER EXPRESS R T PI
ROME DAILY SENTINEL ROME SENTI
ROME NEWS MEDIA LLC
RON FOX
RON FRANKLIN CONSULTING LLC RO
RON WEBB PAVING INC
RONAN TOOLS INC
ROOFCONNECT ROOFCONNECT LOGIST
ROOSTER PRODUCTS INTERNATIONAL
ROSEMARY ASSETS LIMITED
ROSENTHAL & ROSENTHAL INC
ROSS PRODUCTS DIVISION
ROSWELL DAILY RECORD INC
ROSY BLUE INC
ROTO ROOTER SERVICES CO
ROTONDOS INC
ROUND HILL FURNITURE INC
ROUNDTRIPPING LTD
ROUTE 66

**Vendors (merchandise and non-merchandise)**

ROVIRA FOODS INC
ROWLAND SWEEPING SERVICE
ROYAL APPLIANCE MFG CO
ROYAL CHEMICAL & SUPPLY INC
ROYAL CONSUMER PRODUCTS LLC
ROYAL FLUSH PLUMBING
ROYAL FOOD DISTRIBUTORS INC
ROYAL PET INCORPORATED
ROYAL SEAL CONSTRUCTION INC
RPH ON THE GO INC
RPI CHESTERFIELD LLC
RR COMMUNITY PUBLISHING
RRNY ENTERPRISES LLC
RSA SECURITY
RSI INC ROBERT PATRICK STERN
RSM US LLP
RSQ-709499
RTH MECHANICAL SERVICES INC
RUBBERMAID INC
RUBICON PROJECT
RUBIES COSTUME
RUBIN BROS PRODUCE CORP
RUBYRED GARMENT MANUFACTURING
RUG DOCTOR INC
RUMBERGER KIRK & CALDWELL
RUSHMORE PHOTO & GIFTS INC
RUSSELL BRANDS LLC
RUSSELL CONSTRUCTION COMPANY
RUSSELL REYNOLDS ASSOCIATES
RUSSELLVILLE NEWSPAPERS
RUST PUBLISHING IN L C
RUSTICI SOFTWARE LLC-140788279
RUST-OLEUM CORPORATION
RUSTON NEWSPAPERS INC RUSTON D
RUTAN REFRIGERATION SEPIDEH IN
RUTLAND HERALD HERALD ASSOCIAT
RW PACKAGING LTD
RX PRO HEALTH INC
RYAD CONSULTING
RYAN LLC
S & J DIAMOND CORP
S & K GLASS & METAL WORKS INC
S & L DELIVERY
S & S ENTERPRISES
S A COMUNALE
S A MIRO INC
S BERKSHIRE SHOPPERS GUIDE SOU
S C JOHNSON & SON
S L DISTRIBUTION COMPANY INC
S LICHTENBERG & CO INC
S LINE LLC HEICO HOLDING INC
S R SANDERS LLC STEVEN SANDERS
S&E FAMILY GROUP INC WALTER E
SAE A TRADING CO LTD
SAFAVIEH INTL LLC

**Vendors (merchandise and non-merchandise)**

SAFETY-KLEEN SYSTEMS
SAFEWAY
SAFILO USA
SAGITTARIUS SPORTING GOODS CO
SAIA FAMILY LIMITED PARTNERSHIP
SAIA PLUMBING & HEATING CO
SAKAR INTERNATIONAL INC
SAKS NEWS INC  MAGAZINES
SAKUTORI DESIGNS LLC
SALEM NEWS SALEM PUBLISHING CO
SALESFORCE COM
SALESMASTER CORPORATION PACKAG
SALINA JOURNAL
SALINAS NEWSPAPERS
SALISBURY POST SALISBURY NEWSP
SALLAND INDUSTRIES LTD
SALMCO JEWELRY CORP
SALMON PRESS
SALYERVILLE INDEPENDENT LLC
SAM HEDAYA CORP
SAMD LIMITED
SAMSONITE LLC
SAMSONITE LLC.
SAMSUNG ELECTRONICS
SAN APPARELS LTD
SAN APPARELS LTD.
SAN BRUNO GARBAGE COMPANY
SAN DIEGO NEIGHBORHOOD
SAN FRANCISCO EXAMINER SAN FRA
SAN JOSE MERCURY NEWS
SAN LUIS OBISPO TRIBUNE
SAND MOUNTAIN REPORTER SOUTHER
SANDHILLS COMM LAWN SERVICES I
SANDLER TRAVIS & ROSENBERG PA
SANDLER & TRAVIS TRADE ADVISORY
SANDUSKY REGISTER
SANDY INC-1029866902
SANFORD AMERLING & ASSOCIATES
SANFORD HERALD INC PAXTON MEDI
SANFORD LP
SANITARY TRASHMOVAL SERVICES I
SANTA BARBARA NEWS PRESS AMPER
SANTA FE MALL PROPERTY OWNER L
SANTA FE NEW MEXICAN SF NEW ME
SAP AMERICA
SARASOTA HERALD TRIBUNE
SARIS CYCLING GROUP INC
SAS INSTITUTE
SASHA HANDBAGS INC
SASSY14 LLC
SAUDER WOODWORKING CO
SAUK VALLEY NEWSPAPERS BF SHAW
SAUL EWING
SAVINGSTAR INC
SAVVIS COMMUNICATIONS

**Vendors (merchandise and non-merchandise)**

SBD HOLDINGS GROUP CORP
SBLM ARCHITECTS PC
SCALEARC-51484412
SCC CLEANING CO INC
SCENTS OF WORTH INC
SCHAPER COMPANY
SCHAWK
SCHENECTADY GAZETTE NEWS DAILY
GAZETTE CO INC
SCHIELE GRAPHICS
SCHINDLER ELEVATOR
SCHLAAK ENTERPRISES LLC
SCHNEIDER TRAILER RENTALS
SCHOLTEN ROOFING INC
SCHULENBURG STICKER INC
SCHUMACHER ELECTRIC CORP
SCHUMACHER ELECTRIC CORPORATIO
SCHUSTER AGUILO
SCHWABE NORTH AMERICA INC
SCHWARZ PAPER
SCIENTIFIC TOYS LTD
SCM GARMENTS PVT LIMITED
SCOBELL COMPANY INC
SCOTT COMPANY JEFF SCOTT
SCOTT MA
SCOTTS COOLING UNLIMITED HAWAI
SCOTTSBORO NEWSPRS INC
SCRANTON ELECTRIC HEATING & CO
SCRIPPS NETWORKS LLC
SCRIPTURE CANDY INC
SCS FLOORING SYSTEMS
SDI CONSULTING LLC
SEA BOX INC
SEA LTD
SEALAND MAERSK MAERSK LINE
SEALY MATTRESS COMPANY
SEALY NEWS
SEARS ROEBUCK AND CO
SEARS ROEBUCK AND COMPANY
SEARS TIRE DISTRIBUTION CENTER 437
SEARS, ROEBUCK AND CO.
SEASIDE LANDSCAPE & EXCAVATION
SEASONAL VISIONS INTERNATIONAL
SEATON PUBLISHING
SEATTLE MECHANICAL INC IECS IN
SEATTLE PACIFIC IND INC
SEATTLE TIMES
SECO REFRIGERATION
SECOND GENERATION INC
SECUREWORKS INC-659292
SECURIAN LIFE INSURANCE
SECURITAS SECURITY SERVICES IN
SECURITY COMPASS-832445998
SECURITY FIRE PROTECTION
SECURITY RESOURCES INC

**Vendors (merchandise and non-merchandise)**

SEDGWICK CMS SEDGWICK CLAIMS M
SEELEY SAVIDGE & EBERT CO LPA
SEGERDAHL GRAPHICS
SEIKO CORPORATION OF AMERICA
SEIN TOGETHER CO LTD
SEKIGUCHI TRADING
SELECT BEVERAGES INC
SELECT INTERNATIONAL
SELECT SYSTEMS TECHNOLOGY INC-710366
SELMA TIMES JOURNAL
SEMANA NEWSPAPER NEWSPANMEDIA
SEMINOLE PRODUCER INC
SEND WORD NOW SWN COMMUNICATIO
SENME LLC
SENNCO SOLUTIONS INC-1000662023
SENSORMATIC ELECTRONICS
SENTINEL
SENTINEL COMMUNICATIONS NEWS
VENTURES
SENTINEL STANDARD
SENTINEL-RECORD
SENTRY HEALTH FINANCE CORPORAT
SENTRY ROOFING INC
SEOMOZ INC MOZ
SERGE NIVELLE STUDIO
SERIGRAPH
SERITAGE GROWTH PROPERTIES LP
SERRANO LANDSCAPING & GROUND M
SERTA INCORPORATED
SERVCO INDUSTRIES
SERVICE 1 ELECTRIC TNT VENTURE
SERVICE CEOS LLC
SERVICE EXPRESS INC-884360926
SERVICE MECHANICAL INC
SERVICE NET WARRANTY LLC-1069112204
SERVICE PERFORMANCE GROUP
SERVICE SOLUTIONS LLC
SERVICEBENCH
SERVICEMASTER
SERVICENOW
SERVICEPOWER
SESAC INC
SEVELL REALTY PARTNERS INC
SEVEN BRIDGES SUPPLY LLC
SEVEN UP BOTTLING CO
SEVEN UP BOTTLING CO DR PEPPER
SEVEN UP BTLG CO INCORPORATED
SEVEN UP COMPANY COLUMBUS
SEWING COLLECTION INC
SEYFANG ELECTRICAL SERVICES
SEYFARTH SHAW ATTORNEYS
SG WINE & SPIRITS OF THE CARIB
SGG INC
SGN SHOWCASE LLC
SGOTTO CONSTRUCTION LLC

**Vendors (merchandise and non-merchandise)**

SH NEX-T INTL CO. LTD
SHADE SHACK INC
SHADES OF PARADISE LLC
SHADLOO INDUSTRIAL CO LTD
SHAGHAL LTD
SHAKER HILL LANDSCAPE & NURSER
SHAKESPEARE COMPANY
SHALOM INTERNATIONAL CORP
SHAMROCK ACOUSTICS
SHANAZ RAWOOF AHMED
SHANGHAI BROADWAY INTL TRADING
SHANGHAI CONVERGE INT'L TRADIN
SHANGHAI CONVERGE INTL TRADING
SHANGHAI EAST BEST FOREIGN TRA
SHANGHAI FOCHIER INTL TRADE CO
SHANGHAI GISTON GARMENT CO LTD
SHANGHAI GRAVIM INDUSTRIAL CO.
SHANGHAI KINGTON TRADING CO LT
SHANGHAI NEOENT INDUSTRIAL CO
SHANGHAI SHENGDA TEXTILE CO LT
SHANGHAI STYLE FASHION ACCESSO
SHANGHAI SUNWIN IND GROUP CO L
SHANGHAI XIYUAN IMP & EXP CO L
SHAREASALE COM INC
SHARK CORPORATION
SHARN ENTERPRISES INC
SHARP ELECTRONICS CORP
SHAUGER GROUP INC SHAUGER CLEA
SHAW MEDIA
SHAWANO EVENING LEADER WOLF RI
SHAWN FITZGERALD ENTERPRISES S
SHAWN MONTAZAMI
SHAWSHANK LEDZ INC
SHEARERS FOODS BURLINGTON LLC
SHEARERS FOODS LLC
SHEARMAN & STERLING LLP
SHELBYVILLE NEWS PAXTON MEDIA
SHELLEY WILLIS VERGARA
SHELTERLOGIC CORP
SHELTERLOGIC CORP (EMP)
SHERIDAN PRESS SHERIDAN NEWSPA
SHERWIN WILLIAMS COMPANY
SHERWIN-WILLIAMS
SHI INTERNATIONAL
SHI YI FOOTWEAR MFG FACTORY
SHILOH PAVING & EXCAVATING
SHIN CREST PTE LTD
SHINJIN INTERNATIONAL CORP
SHINN FU COMPANY OF AMERICA, I
SHINSUNG TONGSANG CO LTD
SHIPCOMPLIANT SIX88 SOLUTIONS
SHIVALIK PRINTS LIMITED
SHOE METRO
SHOEBACCA LTD
SHOEBUY.COM

**Vendors (merchandise and non-merchandise)**

SHOEZOO COM LLC
SHOOK HARDY & BACON LLP
SHOP247.COM INC
SHOPCHIMNEY.COM INC
SHOPLOCAL
SHOPPAS MID AMERICA LLC
SHOPPER OUTLET NETWORK
SHOPPERS WEEKLY
SHOP-VAC CORPORATION
SHORELINE LANDSCAPING AND DESI
SHORT CIRCUIT ELECTRONICS
SHOWLINE AUTOMOTIVE PRODUCTS I
SHRED-IT
SHUBIN & BASS P A
SHURTECH BRANDS LLC
SHUTTERSTOCK INC
SI & D US INC
SI DOLLAR SAVER INC
SIDDHARTH EXPORTS
SIDECAR INTERACTIVE INC
SIDLEY AUSTIN LLP
SIEGEL & MOSES PC ATTORNEYS AT
SIEMENS INDUSTRY
SIENA DIGITAL LLC
SIERRA COMMERCIAL SWEEPING LAR
SIERRA NEVADA MEDIA GROUP MOUN
SIGN & LIGHTING SERVICES LLC
SIGN ENGINEERING
SIGN OUTLET
SIGNAL NEWHALL NEWSPAPER INC
SIGNATURE GRAPHICS
SIGNATURE LANDSCAPES
SIGNATURE PRODUCTS GROUP
SIGNATURE SPRINGS LLC
SIGNS & DISPLAYS
SILK ROUTE SOURCING LIMITED.
SILTRON EMERGENCY SYSTEMS-790850515
SILVER CITY DAILY PRESS SILVER
SILVERADO CONSTRUCTION INC
SILVIS GROUP INC
SIM SUPPLY INC
SIMILASAN CORPORATION
SIMMONS COMPANY
SIMMONS PET FOOD INC
SIMON ROOFING AND SHEET METAL
SIMPLE PRODUCTS CORPORATION
SIMPLEXGRINNELL
SIMPSON THACHER AND BARTLETT
SINE NOMINE ASSOCIATES INC-19151070
SINFULCOLORS INC
SINGER SEWING
SINGER SEWING COMPANY
SINGULARITY UNIVERSITY SINGULA
SINO GIFTS CO LTD
SIOUX CITY NEWSPAPER

**Vendors (merchandise and non-merchandise)**

SISSELMAN & SCHWARTZ LLP
SITEBOX STORAGE A BOX 4 U LLC
SITEL
SITESTUFF INC
SIUSLAW NEWS CENTRAL COAST PUB
SJC RESOURCES INC
SKAGIT HORTICULTURE
SKAGIT VALLEY HEARLD SKAGIT PU
SKC COMMUNICATION PRODUCTS LLC-584388
SKECHERS USA INC
SKECHER'S USA INC
SKILLS USA INC
SKILLSOFT CORPORATION-699256
SKOTZ MANUFACTURING
SKULLCANDY INC
SKUSKY INC
SKY BILLIARDS INC
SKY SHOPPE USA INC
SKYLINE ELECTRICAL
SKYLINE PRODUCTS INC
SKYWALKER HOLDINGS LLC
SLC FREE TRADER WILLOW PUBLISH
SM CAMARAZA ENTERPRISES INC
SMART MARKETS FUND REIT LLC
SMART SOLAR INC
SMARTERVILLE PRODUCTIONS LLC
SMB INTERNATIONAL LLC
SMITH COMMUNICATIONS INC
SMITH ROBERTS NATIONAL CORPORA
SMITH SHARPE FIRE BRICK SUPPLY
SMITH SNOW AND ICE REMOVAL
SMITTYS SUPPLY INC
SMS ASSIST LLC
SMS MARKETING SERVICES
SMS SYSTEMS MAINTENANCE SERVICES IN-5419148
SMUCKER RETAIL FOODS INC
SNAGAJOB INC SNAGAJOB COM INC
SNAP INC
SNAP TV INC  SBT
SNAPPY POPCORN CO INC
SNELLING STAFFING
SNO VALLEY PROCESS SOLUTIONS I
SNOW COAST LIMITED
SNOW MANAGEMENT INC
SNOWDEN BROTHERS LLC
SNOWMEN INC
SNOWPUSHER INC
SNOWS GARDEN CENTER SNOWKNOWS
SOASTA INC
SOASTA INC-694709
SOCIALWELLTH INC WORLDDOC INC
SOCIEDAD AMERICANA CONTRA EL C
SOCIETY CONSULTING LLC-710832

**Vendors (merchandise and non-merchandise)**

SOCIOMANTIC LABS GMBH
SOEFKER SERVICES LLC
SOFT AIR USA INC
SOFTCHOICE
SOFTEON
SOFTWARE AG USA INC-15188162
SOFTWARE ENGINEERING OF AMERICA-433292
SOFTWARE ONE INC SOFTWAREONE I
SOHO CORPORATION
SOLARWINDS INC-546056
SOLID COMMERCE LIQUIDATE DIREC
SOLOMON PAGE GROUP LLC
SOLON OH RETAIL LLC
SOLUTIONS 2 GO LLC
SOLUTIONS IES INC
SOMICOM MULTIMEDIA INC
SONDEX CORPORATION OF AMERICA
SONIC DRIVE-IN
SONY PICTURES HOME ENTERTAINME
SONY PUERTO RICO INC
SOPHIAS STYLE BOUTIQUE
SOUND PUBLISHING
SOURCE 2 MARKET LLC
SOUTH ASIA KNITTING FACTORY LT
SOUTH BEND TRIBUNE
SOUTH CHINA SHOES PRODUCTS CO
SOUTH COAST A Q MD
SOUTH GEORGIA MEDIA GROUP
SOUTH HOUSTON ASPHALT & CONCRE
SOUTH LOUISIANA PUBLISHING
SOUTH PACIFIC FASHIONS LTD
SOUTH SHORE INDUSTRIES LTD
SOUTH SHORE SIGNS CHRISTOPHER
SOUTH WATER SIGNS LLC
SOUTH WIN LTD
SOUTHCOAST MEDIA GROUP OTTAWAY
SOUTHCOMB LANDSCAPING RICHARD
SOUTHEAST ATLANTIC BEVERAGE CO
SOUTHEAST MISSOURIAN CONCORD P
SOUTHEAST SUN QST PUBLICATIONS
SOUTHEASTERN INDUSTRIAL LINING
SOUTHEASTERN NEWSPAPERS
SOUTHERN AIR
SOUTHERN ATLANTIC ELECTRIC CO
SOUTHERN COMMUNITY NEWSPAPERS
SOUTHERN EXCHANGE LP
SOUTHERN MOTOR CARRIERS RATE-252317
SOUTHERN NEWSPAPER INC BAY CIT
SOUTHERN TECHNOLOGIES LLC
SOUTHSTAR RISK CONSULTING LLC
SOUTHWEST DISTRIBUTORS
SOUTHWEST ENTRANCES INC
SOUTHWEST MATERIAL HANDLING IN
SOUTHWEST PUBLISHERS

**Vendors (merchandise and non-merchandise)**

SOUTHWEST SIGN GROUP
SOUTHWEST TOWN MECHANICAL SERV
SOUTHWESTERN OREGON PUBLISHING
SOVOS COMPLIANCE
SP APPARELS LTD
SPACESAVER CORPORATION-796830029
SPALDING
SPALDING SOFTWARE INC
SPARK INNOVATORS CORPORATION
SPARTAN PAVING INC SPARTAN SEA
SPARTAN PLUMBING INC
SPARTAN STAFFING LLC TRUEBLUE
SPEARHEAD NETWORKS INC-709848
SPECIALIZED TRANSPORTATION AGENT GROUP
SPECIALTY FREIGHT SERVICES INC
SPECIALTY LIGHTING GROUP
SPECIALTY PACKAGING LLC
SPECIALTY RECORDS MANAGEMENT I
SPECTRUM BRANDS INC
SPECTRUM MANAGEMENT HOLDING
SPEEDWAY
SPEEDWRENCH INC
SPENCER NEWSPAPERS INC
SPG INTERNATIONAL LTD
SPG PROPERTY SERVICES
SPHERE CONSULTING INC
SPIC AND SPAN COMPANY
SPILL MAGIC INC-835498866
SPIN MASTER LTD
SPIN MASTER TOYS FAR EAST
SPIRIT DELIVERY AND DISTRIBUTION SERVICES
SPIRIT INTERNATIONAL INC
SPLIT EXCAVATING INC
SPLUNK INC-704398
SPM PROFESSIONAL SERVICES
SPOKESMAN REVIEW
SPOONER ADVOCATE WASHBURN COUN
SPORT PET DESIGNS INC
SPORT SQUAD LLC
SPORT TECH CORPORATION
SPORTSMANS SUPPLY INC
SPP HOLDING CORPORATION OPERAT
SPRAYCO
SPRAYWAY INC
SPREDFAST INC-705965
SPRINGFIELD NEWS LEADER
SPRINGHILL PRESS NATCHITOCHES
SPRINGS GLOBAL US INC
SPRINGS WINDOW FASHION LLC
SPRINKLISMS INC
SPRINKLR INC
SPRINT COMMUNICATIONS
SPS COMMERCE INC

**Vendors (merchandise and non-merchandise)**

SPS COMMERCE INC-1000779017
SPT APPLIANCE INC
SQUARE ONE PRINT MEDIA LLC
SRI ELEVEN NORTH STATE STREET
SRN TRUCKING SCOTT R NOWAKOWSK
SRT COMMUNICATIONS
SS GROUP INC
SSI HAZEL PATH LLC
ST ALBANS MESSENGER VERMONT PU
ST CLOUD NEWSPAPERS
ST CORPORATION
ST CROIX AVIS INC BRODHURSTS P
ST JUDES CHILDREN RESEARCH HOS
ST LOUIS POST-DISPATCH
STACK ON PRODUCTS CO
STAFFORD COMMUNICATIONS GROUP
STAMAR PACKAGING
STAMINA PRODUCTS INC
STANDARD CONTAINER CO
STANDARD DEMOCRAT DA PUBLISHIN
STANDARD JOURNAL NEWSPAPERS
STANDARD SPEAKER STANDARD SPEA
STANLEY CONVERGENT SECURITY
SOLUTIONS
STANLEY CREATIONS
STANLEY E SINGLETON
STAPLES
STAR BRIGHT INTL(MACAO COM OFFS)LTD
STAR COMMUNITY NEWSPAPERS
STAR EXHIBITS & ENVIRONMENTS I
STAR HERALD
STAR JOURNAL PUBLISHING CO
STAR NEWS
STAR SNACKS CO LLC
STAR SWEEPING FLIP GJERGJI
STAR TRIBUNE MEDIA
STARBUCKS CORPORATION
STARFRIT USA
STARLIGHT KNITWEAR LTD
STARLIGHT KNITWEAR LTD UNIT 2
STARMOUNT SYSTEMS
STARS & STRIPES
STAR-TELEGRAM OPERATING
STATE CHEMICAL SALES CO INT IN
STATE INDUSTRIES INC
STATE INSURANCE FUND
STATE JOURNAL REGISTER
STATE MEDIA
STATE OF CONNECTICUT DEPT OF E
STATE OF NEW HAMPSHIRE TREASUR
STATE OF NEW JERSEY
STATE OF OHIO
STATESBORO HERALD STATESBORO P
STATESMAN EXAMINER HORIZON WA
STATESMAN-JOURNAL

**Vendors (merchandise and non-merchandise)**

STEAMBOAT PILOT WORLDWEST LLC
STEINEL AMERICA INC
STEP IT UP INTERNATIONAL
STEPHEN GOULD CORP-573386
STEPHENS MEDIA
STEPTOE & JOHNSON LLP
STERICYCLE
STERLING BUILDING SERVICES
STERLING FIVE STAR EQUIPMENT R
STERLING MOBILE SERVICES INC
STERLING VALUE ADD INVESTMENTS
STERNO PRODUCTS LLC
STEVE HENDLEY
STEVE SILVER COMPANY
STEVEN L HILL STEVEN HILL
STEVEN VARDI INC
STEVENSON
STEWART TALENT
STIG JIANGSU LIGHT TEXTILE
STILLWATER NEWSPRESS NEWSPAPER
STL INTERNATIONAL INC
STOLAAS
STONE CLAD INC
STONE SOUP 3 INC
STONEPEAK CERAMICS INC
STONER INC
STONER LAWN & LANDSCAPE
STONES RIVER ELECTRIC TLC INVE
STORA ENSO NORTH AMERICAN SALES
Store or Other Ad-Hoc Expense, see Description
(Vendor Name) for details.
STORE TO DOOR DELIVERY & ASSEM
STOREKEEPERS STEVE VARGAS
STOREX INDUSTRIES CORPORATION
STORK CRAFT LTD
STORK CRAFT MFG (USA) INC
STOVEKRAFT PRIVATE LIMITED
STRAIGHT ARROW PRODUCTS INC
STRATASYS INC REDEYE
STRAWINSKI & STOUT PC
STREAMSEND EZ PUBLISHING INC
STRIDE STAFFING TJ DANIELS INC
STRIDE TOOL LLC
STRONG PROGRESS GARMENT FTY CO
STUDIO 1
STUDIO ELUCEO LTD
STUDIO HIROSHI LLC REID SHIMABUKURO
STURZENBECKER CONSTRUCTION
STYLESCAPE INC
STYLETEX LTD
SUBLETTE EXAMINER WYOMING NEWS
SUBURBAN AIR CONDITIONING
SUBURBAN LANDSCAPE CO
SUBURBAN PROPANE PARTNERS
SUGARCRM INC-168338536

**Vendors (merchandise and non-merchandise)**

SUGARMAN ROGERS BARSHAK & COHEN
SUIZA DAIRY
SUKENO USA INC
SUMEC HARDWARE & TOOLS CO LTD
SUMECHT NA INC
SUMIT TEXTILE INDUSTRIES
SUMMER INFANT INC
SUMMIT ELECTRICAL CONTRACTORS
SUMMIT GROUP
SUMXING CO LIMITED
SUN ADVOCATE GULL COMMUNICATIO
SUN CHRONICLE UNITED COMMUNICA
SUN COAST MEDIA GROUP
SUN GAZETTE CO
SUN IMAGE DISTRIBUTORS INC
SUN INDUSTRIAL
SUN NEWSPAPERS
SUN PRODUCTS CORPORATION
SUN PUBLISHING
SUN SENTINEL
SUN VALLEY CONST OF MICHIGAN
SUN VALLEY LTD
SUN WEST PLUMBING S H EVANS IN
SUNBEAM PRODUCTS INC
SUNBELT RENTALS
SUNBURST MAINTENANCE INC
SUNCOAST PARKING LOT SERVICES
SUNCRAFT HARDWARE TOOLS CORP
SUNDANCE  INTERNATIONAL INC
SUNDANCE INTERNATIONAL INC
SUNDBERG AMERICA
SUNDESA LLC
SUNERA LLC-601821627
SUNFOODS LLC
SUNLAND ASPHALT
SUNNEST SERVICE LLC
SUNNY DAYS ENTERTAINMENT LLC
SUNNY DIRECT LLC-1137626508
SUNNY DISTRIBUTOR INC
SUNNY JET TEXTILES CO LTD
SUNNYWOOD INC
SUNSHINE GROWERS INC
SUNSHINE LANDSCAPING MAINTENAN
SUNSHINE MILLS INC
SUNSWEET GROWERS INC
SUN-TIMES MEDIA GROUP
SUPERB INTERNATIONAL CO LTD
SUPERIOR HANDLING EQUIPMENT IN
SUPERIOR LAWNMOWER CENTER JIM
SUPERIOR OVERHEAD DOOR TRON EN
SUPERIOR PEST CONTROL & LNDSCP
SUPERIOR SIGN & LIGHTING
SUPERIOR TRAILER LEASING SUPER
SUPPLIES DISTRIBUTORS BSD ACQU
SUPPLY CHAIN ALLIANCE INC

**Vendors (merchandise and non-merchandise)**

SUPPLYLOGIX LLC
SUPPLYONE PHILADELPHIA
SUPREME ACCESS INDUSTRIAL LIMI
SUPREME INTERNATIONAL CORP
SURVEY SAMPLING INTERNATIONAL
SUTHERLAND ASBILL & BRENNAN
SUTHERLAND GLOBAL SERVICES PRIVATE-712344
SUTONG CHINA TIRE RESOURCES
SUTTON CHRYSLER JEEP
SUY CO LTD
SUZHOU HIWEL TEXTILE CO LTD
SUZHOU KAILAI TRADING CO LTD
SUZHOU NEWLOOK IMP & EXP CO LT
SVM LP S V M LP
SW CORPORATION
SWANSON MARTIN & BELL
SWANSON TOOL CO INC
SWC TECHNOLOGY PARTNERS
SWEETWATER REPORTER HPC OF TEX
SWIFT RESPONSE LLC
SWIFT TRANSPORTATION
SWIM N PLAY INC
SWIMWAYS CORP
SWIRE COCA COLA USA
SYED I MAHMOOD
SYMBOL TECHNOLOGIES
SYNCSORT INC-480954
SYNERGY MARKETING AND SALES IN
T & D PLUMBING AND HEATING
T & J LANDSCAPE SERVICES INC
T & L SERVICES OF ALUM CREEK L
T D SECURITY LTD INC
T ESAKI FARM INC
T F H PUBLICATIONS INC
T FAL WEAREVER
T L M INTERNATIONAL INC
T LEX
T SHIRT INTERNATIONAL INC
T&K MOVING INC TWO MEN AND A T
T4G
TA HSING ELECTRIC WIRE & CABLE
TAA APPAREL INC
TABLET WORLD LLC
TABOR LORIS TRIBUNE ATLANTIC C
TACOMA NEWS
TAFT STETTINIUS & HOLLISTER LL
TAGKAST INC
TAI FA IMPORT & EXPORT
TAI FONG SHOES LIMITED
TALEND INC-693073
TALENT INTELLIGENCE INC
TALENTQUEST CORPORATE PSYCHOLO
TALX
TAMPA MEDIA GROUP

**Vendors (merchandise and non-merchandise)**

TANDEM ELECTRIC INC
TANDUS CENTIVA US
TANYA CREATIONS LLC
TAOS NEWS INC EL CRESPOSCULO I
TAPLYTICS INC-202927554
TARGET MARKETING LLC
TARIF HAWASLY
TASHARINA CORP
TASTE BEAUTY LLC
TASTE OF HOME READERS DIGEST S
TATA AMERICA INTERNATIONAL
TATA INTERNATIONAL LIMITED
TAVANO TEAM DIEGO M ISOLA
TAX COMPLIANCE-1809841760
TAYLOR MAINT
TAYLOR PRECISION PRODUCTS INC
TAYSE INTERNATIONAL TRADING IN
TBDUM, LLC DBA UNCLE MILTON
TC MILLWORK INC-961452653
TCA HOLDINGS PROPARTNERS LLC T
TDBBS LLC
TDINDUSTRIES INC
TDS TELECOM
TEALIUM INC
TEALIUM INC-826859154
TEAM BEANS LLC
TEAM DESIGN BUILD
TEAM PRO MARK LLC
TECH 4 KIDS INC
TECH FOR LESS INC
TECH INTERNATIONAL-1004293569
TECHNI CON
TECHNICAL YOUTH LLC BROOKSOURC
TECHNOLOGY ADVISORS INC-711569
TECHNOLOGY CONSULTING INC
TECHNOLOGY PARTNERS INTERNATIO
TECTA AMERICA
TECTA AMERICA AUSTIN LLC TECTA
TEGRETE
TEHACHAPI NEWS
TEICHMAN ENTERPRISES-373589
TEKKY TOYS
TELEBRANDS CORPORATION
TELECHECK SERVICES
TELEGRAPH HERALD
TELEGRAPH PUBLISHING
TELEPACIFIC COMMUNICATIONS U S
TELESIGHT
TELESOFT LLC
TELESOURCE
TELETECH SERVICES
TELGIAN
TELLERMATE INC-1956160915
TELUS COMMUNICATIONS
TEMP AIR INC

**Vendors (merchandise and non-merchandise)**

TEMP RITE OF WISCONSIN INC
TEMPLE DAILY TELEGRAM FRANK MA
TEMPT INSTORE PRODUCTIONS
TEMPUR PEDIC NORTH AMERICA LLC
TEND INSIGHTS INC
TENDER CORPORATION
TENNANT CO
TENNANT SALES AND SERVICE CO-
1000103904
TENNESSEAN
TERADATA OPERATIONS
TERI LINGERIE COMPANY LLC
TERMINIX INTERNATIONAL COMPANY
TERRACON CONSULTANTS
TERRY COX
TERRY VONDERHEIDE CARPENTRY INC
TEST RITE INTL CO LTD
TEXARKANA NEWSPAPER INC DEL
TEXAS MOTOR SPEEDWAY INC
TEXAS PLUMBING DIAGNOSTICS LLC
TEXAS RETAILERS ASSOCIATION
TEXTILES FROM EUROPE
TEXTILES INTERNATIONAL OF EGYPT
T-FORCE
TGF MANAGEMENT GROUP HOLDCO
TGM INC
THANH CONG TEXT GMT INVEST TRA
THE AC OUTLET
THE ASEAN CORPORATION LIMITED
THE BEST DEALS FOR YOU LLC
THE BRIDGE DIRECT HK LTD
THE CIT GROUP
THE CIVIL ENGINEERS LTD(WOVEN
THE EUREKA COMPANY
THE GOODYEAR TIRE & RUBBE
THE GOODYEAR TIRE & RUBBER COM
THE LEHIGH GROUP
THE LITTLE TIKES CO
THE MADDEN CORPORATION
THE MARTIN WHEEL CO INC
THE MIBRO GROUP
THE ORB FACTORY LIMITED
THE SHERWIN-WILLIAMS CO
THE SINGING MACHINE CO INC
THERMA CORP
THERMO DYNAMICS INC
THERMODYNAMICS MECHANICAL SERVICES
THIEF RIVER FALLS TIMES MCM ME
THIESSEN COMMUNICATIONS
THILSTED ELECTRIC COMPANY
THINKFOUNT STUDIOS LLC
THINKGEEK INC
THIS WEEK PUBLICATIONS
THOMANN ASPHALT PAVING CORP
THOMAS & BETTS POWER SOLUTIONS

**Vendors (merchandise and non-merchandise)**

THOMAS & COMPANY-824632038
THOMAS DIAZ INC
THOMAS GUASTELLO
THOMAS MACKAY THOMAS H MACKAY
THOMSON REUTERS TAX & ACCOUNTING
THOMSON WEIR
THORNE INVESTMENT GROUP LTD
THREAD COLLECTIVE INC
THREE D COMMERCIAL SERVICES IN
THREE LEAF THREE LEAF SOLUTION
THREESIXTY SOURCING LTD
THREEVOLTS LLC
THUAN PHUONG EMBROIDERIES GMT
THULE INC (KAR RITE INTERNATIO
TIANJIN JIAHUA FOOTWEAR CO LTD
TIANJIN PANYAM GARDEN & HORTIC
TIDEWATER PUBLICATIONS LLC TID
TIEN-HU TRADING (HONG KONG) LI
TIFF HESTER
TILIA JARDEN CONSUMER SOLUTION
TILTON TRAILER RENTAL
TIMBERCREEK LAWN CARE BLAIR TO
TIMBERLAND A DIV OF VF OUTDOOR
TIME ENTERPRISES
TIME SERVICE INC
TIMELINK TRADING LIMITED
TIMELY RAIN MUSICAL INSTR CO L
TIMES BULLETIN VAN WERT COUNTY
TIMES HERALD
TIMES JOURNAL
TIMES JOURNAL DIVISION STREET
TIMES LEADER PUBLICATIONS LLC
TIMES MEDIA GROUP
TIMES NEWS
TIMES NEWS PUBLISHING
TIMES NEWSPAPERS INC GATEHOUSE
TIMES OF TRENTON PUBLISHING
TIMES PICAYUNE PUBLISHING
TIMES PUBLISHING
TIMES RECORD ALLIANCE PRESS
TIMES REPUBLICAN MARSHALLTOWN
TIMES TRIBUNE NEWSPAPER HOLDIN
TIMES TRIBUNE SCRANTON TIMES L
TIMES UNION
TIMES-WORLD
TIMETRADE SYSTEMS INC
TIMEX CORPORATION
TIP TOP BRANDING LLC
TJ KANGLI KITCHENWARE MFR CO L
TJ TIANXING KESHENG LTHR PROD
TL PEREZ RESIDENTIAL SERVICES
TLD OF PUERTO RICO INC
TMC DISTRIBUTION INC
TMI STRIPING PJ GRYP
TMM INVESTMENTS LTD

**Vendors (merchandise and non-merchandise)**

T-MOBILE
TMOXPHOTO LTD
TNG GP
TNT LUMBER COMPANY
TOBEYS CONSTRUCTION & CARTAGE
TODD STEPHENSON
TODDS ENVIROSCAPES INC
TODO MAULEG
TOLEDO BLADE
TOM CALLAHAN ASSOCIATES INC
TOM GEISE PLUMBING INC
TOM LEWIS
TOMPKINS CORPORATION BILL TOMP
TOMRA PROCESSING CENTER TOMRA
TOM'S TOY INTERNATIONAL (HK) L
TOMTOM NORTH AMERICA INC-698645
TOMY INTERNATIONAL INC
TONE SOFTWARE-869607
TONGFANG GLOBAL INC
TONKA CONSTRUCTION INC
TOOELE TRANSCRIPT BULLETIN
TOP APEX ENTERPRISES LTD
TOP CENTURY ENTERPRISES LTD
TOP QUALITY REPAIR KEITH SHELB
TOP SUCCESS INDUSTRIAL LTD
TOPET USA INC
TOPHAT LOGISTICAL SOLUTIONS
TOPLINE
TOPLINE FURNITURE
TOPMOST CHEMICAL & PAPER CORP
TOPPS COMPANY INC
TORI RICHARD LTD
TORIN INC
TORKIA INTERNATIONAL INC
TOTAL AIR SOLUTIONS LLC
TOTAL COSMOS LIMITED
TOTAL FACILITY INC
TOTAL FIRE & SAFETY INC
TOTE MARITIME
TOTES ISOTONER CORPORATION
TOUCHPOINT 360
TOUCHSTORM LLC
TOUSIGNANT INC & EXTERIOR WHOL
TOVAR SNOW PROFESSIONAL
TOWER TECH SERVICES INC
TOWERS WATSON & CO.
TOWNS COUNTY HERALD NGN & TCH INC
TOWNSHIP OF WEST ORANGE
TOY BOX LIMITED
TOY HERO COMPANY LTD
TOY STATE INTERNATIONAL LIMITE
TOY WOODS (BD) CO LTD
TOY WOODS BD CO LTD
TOY2U MANUFACTORY COMPANY LIMI
TOYOTA MOTOR CREDIT

**Vendors (merchandise and non-merchandise)**

TOYOTALIFT
TOYS R US DELAWARE INC .COM AC
TPF ACQUISITION CO
TPF TOYS LLC
TRACKING FIRST LLC
TRACX US INC
TRACY PRESS TANK TOWN MEDIA LL
TRADEMARK GAMES INC
TRANE
TRANSFORMER INSPECTION RETROFI
TRANSPORT CORPORATION OF AMERICA
TRANSPORT XPRESS XPRESS TRANSP
TRANSPORTE BAIROA
TRANSYLVANIA TIMES
TRASH COMPACTOR SERVICE INC
TRAVEL CADDY INC
TRAVEL CONCEPTS
TRAVELERS CHOICE TRAVELWARE
TRAVERSE CITY RECORD- EAGLE
TRE MILANO LLC
TREADSTONE GROUP INC
TREASURE COAST NEWSPAPERS
TREASURE GLORY GARMENT FACTORY
TREASURER STATE OF NEW NJ SEY
TREASURER STATE OF NJ STATE OF
TREMCO
TRENDS INTERNATIONAL INC
TREY BUSINESS SOLUTIONS INC
TRI CITIES SOUTHWEST VA WORLD
TRI CO DOOR NY INC
TRI COASTAL DESIGN GROUP
TRI COUNTY BACK FLOW SPECIALIS
TRI COUNTY SWEEPING SERVICES I
TRI COUNTY TIMES ROCKMAN COMMU
TRI ISLAND ENERGY LLC
TRI NORTH BUILDERS
TRI SALES MARKETING LLC
TRI STATE CAMERA
TRIAD MECHANICAL CONTRACTORS I
TRIANGLE HOME FASHIONS
TRIATOMIC ENVIRONMENTAL INC
TRIBLES INC
TRIBUNE CHRONICLE EASTERN OHIO
TRIBUNE CHRONICLE EASTERN OHIO
NEWSPAPERS INC
TRIBUNE DIRECT MARKETING
TRIBUNE PUBLISHING CO
TRIBUNE REVIEW PUBLISHING
TRIBUNE STAR NEWSPAPER HOLDINGS INC
TRIDENT LIMITED
TRILLIANT FOOD AND NUTRITION L
TRIMAX TRADING WUXI CO LTD
TRIMFIT INC
TRIMFOOT COMPANY LLC
TRINITY DOOR SYSTEMS INC

**Vendors (merchandise and non-merchandise)**

TRINTECH-1066645102
TRION INDUSTRIES
TRIPLE A REFRIGERATION & AIR C
TRIPLE G LAWN FERTILIZATION RI
TRIPLE J FIVE STAR WHOLESALE F
TRIPLE J LAWN CARE JUSTIN JONE
TRIPLELIFT INC
TRIPWIRE INC-524033
TRISTAR FULFILLMENT SERVICES I
TRISTAR FULFILLMENT SERVICES INC-701877
TRISTAR PRODUCTS INC
TRISTATE SPEED SERVICE CO LLC
TRITONE SHOE CORP
TROPICAL PUBLISHERS & SOUVENIR
TROY PUBLICATIONS THE MESSENGE
TRUE FITNESS TECHNOLOGY INC
TRUE INC
TRUE JADE COMPANY LIMITED
TRUSS & SON PLUMBING INC
TRUSTE TRUE ULTIMATE STANDARDS
TUAN DINH
TUNGTEX TRADING CO LTD
TUNIES & SUCH NURSERY & LANDSC
TUP 130 LLC
TUPOS SERVICES LLC
TURLOCK JOURNAL
TURTLE WAX INC
TUSCALOOSA NEWS
TUSCAN
TUSCARORA LANDSCAPING AND LAWN
TWC PRODUCT AND TECHNOLOGY LLC
TWENTIETH CENTURY FOX HOME
TWENTIETH CENTURY FOX HOME
ENTERTAINMENT
TWILIO INC
TWILIO INC-9370111
TWIN CITY OUTDOOR SERVICES INC
TWIN CITY TIMES TWIN CITY PUBLISHING
INC
TWIN LAKES LANDSCAPING
TWINS ENTERPRISES INC
TWITTER INC
TWO POINT CONVERSIONS INC
TYCO INTEGRATED SECURITY
TYLER MORNING TELEGRAPH TBB PR
TYMETRIX
TYNER EATON & FULCE PLLC
U S A DISTRIBUTORS INC
U S LAWNS OF LAKELAND & PLANT
U S NONWOVENS CORP
U S SECURITY ASSOCIATES
U S XPRESS
UAW LOCAL 1112 INTERNATIONAL U
UAW LOCAL 8275 INTERNATIONAL U
UBASE INTERNATIONAL, INC

| **Vendors (merchandise and non-merchandise)** | **Vendors (merchandise and non-merchandise)** |
|---|---|
| UBS INC | UNIVERSAL DOOR SYSTEMS INC |
| UNIVERSE BUILDINGS SYS | UNIVERSAL HOSIERY INC |
| UINTAH BASIN STANDARD GULL COM | UNIVERSAL MUSIC & VIDEO |
| ULLMAN DEVICES CORPORATION | UNIVERSAL SERVICE AGENCY LLC |
| ULTIMATE LANDSCAPING ULTIMATE | UNIVERSAL SITE SERVICES INC |
| ULTIMATE LAWN CARE DENNIS J WI | UNIVERSAL SUPPLY CORP INK EXPR |
| ULTRA LOGISTICS | UNIVERSITY OF TENNESSEE CAREER SRVS |
| UMAREX USA INC | UP NORTH TRUCKING INC |
| UMMAD A SALEEM | UPM-KYMMENE |
| UNBEATABLE SALE | UPPER CANADA SOAP AND CANDLE M |
| UNBOUND COMMERCE MOBEGIC INC | UPS CUSTOM HOUSE BROKERAGE |
| Unclassified | UPSHOT INC |
| UNDERPRESSURE POWERWASHERS | URBAN METALS URBAN GROUP OF CO |
| UNEEDA INTERNATIONAL LTD | URBANCAL OAKLAND MALL LLC |
| UNI HOSIERY CO INC | URS CORPORATION SOUTHERN |
| UNIFIDE INDUSTRIES LLC | US ELECTRIC CO INC |
| UNIFIED INC | US FOODS INC |
| UNIFIED MARINE | US LINES LLC CMA CGM |
| UNIFY | US METRO GROUP |
| UNIMAX SYSTEMS CORPORATION-593876 | USA MAINTENANCE OF FLORIDA LLC |
| UNION CAPITAL INTERNATIONAL LT | USELMAN CONSTRUCTION COMPANY |
| UNION CITY DAILY MESSENGER | USER TESTING INC |
| UNION LEADER CORP | USER TESTING INC-696996 |
| UNION NEVADA COUNTY PUBLISHING | USER ZOOM INC |
| UNION TRIBUNE PUBLISHING | USF COLLECTION INC |
| UNION UNDERWEAR COMPANY INC | USGB SERVICES LLC |
| UNIONTOWN NEWSPAPERS | USI SERVICES GROUP |
| UNIQUE CONSULTANT LLC | UTOPIA THE AGENCY INC |
| UNIQUE DESIGNS | UVALDE LEADER NEWS |
| UNIQUE DESIGNS INC | UVERITECH INC-39459537 |
| UNIQUE INDUSTRIES INC | V ANGOCO |
| UNITE SOUTHWEST DISTRICT COUNC | V ANGOCO V ANGOCO TRUCKING INC |
| UNITED APPAREL CO LTD | V I P SERVICES INC |
| UNITED APPAREL COMPANY LTD | V SUAREZ & CO |
| UNITED COMB & NOVELTY COMPANY | V12 DATA-699126 |
| UNITED COMB & NOVELTY CORP | VALASSIS DIRECT MAIL |
| UNITED CONSTRUCTION COMPANY IN | VALASSIS INC |
| UNITED DISTRIBUTOR | VALENCIA COUNTY NEWS BULLETIN |
| UNITED FURNITURE INDUSTRIES IN | VALENCIA FORKLIFT SERVICES COR |
| UNITED INDUSTRIES CORPORATION | VALENCIA TOWN CENTER VENTURE L |
| UNITED INFINITE CORP TAIWAN BR | VALLEY COURIER ALAMOSA NEWSPAP |
| UNITED NETWORKS OF AMERICA INC | VALLEY ENTERPRISES INC |
| UNITED ONE RESOURCES | VALLEY NEWS NEWSPAPERS OF NEW |
| UNITED PARCEL SERVICES | VALLEY REFRIGERATION AND AIR |
| UNITED PET GROUP | VALLEY SCOOTERS OF TEXAS GARDE |
| UNITED RENTALS NORTH AMERICA I | VALLEY TIMES NEWS |
| UNITED STATES ACCESSORIES INC | VALLEY TOWN CRIER GATEHOUSE ME |
| UNITED STATES LUGGAGE | VALLEY VIEW INDUSTRIES |
| UNITED STATES PLAYING CARD CO | gHC INC |
| UNITED TEXTILE INC TAIWAN BRAN | VALPAK DIRECT MARKETING SYSTEM |
| UNITED WEAVERS OF AMERICA INC | VALUE SMART PRODUCTS INC |
| UNITED WIRE CRAFT | VALVOLINE INTERNATIONAL |
| UNITEK SOLVENT SERVICES | VALVOLINE LLC |
| UNITEX INC | VAN DE POEL & LEVY |
| UNIVERSAL APPAREL INC | VAN HOOK SERVICE CO INC |

**Vendors (merchandise and non-merchandise)**

VAN METER INC
VAN NESS PLASTIC MOLDING CO IN
VAN ZANDT NEWSPAPERS LLC
VANDALE INDUSTRIES INC
VANDENBERG CONTRACTING JOSEPH
VANGUARD CLEANING SYSTEMS
VANGUARD INTEGRITY PROFESSIONALS-
138107
VANITY FAIR INTIMATES
VANSON INTERNATIONAL LIMITED
VAQUERIA TRES TRES MONJITAS IN
VARCOMAC ELECTRICAL CONSTRUCTI
VARIETY ACCESSORIES LLC
VARIETY INTERNATIONAL ENTERPRI
VARIETY PET FOODS LLC
VAROUJ APPLIANCES SERVICES INC
VASEN INTERNATIONAL LIMITED
VAUGHAN & BUSHNELL MFG CO
VCC LLC
VECTOR CONSTRUCTION INC
VECTOR SECURITY INC
VEDDER PRICE KAUFMAN AND KAMMHOLZ
VEEDER ROOT CO GILBARCO INC
VEGA OTERO FRANCISCO
VEGHERB LLC
VEHICLE SERVICE GROUP
VELAS HISPANIOLA S A
VENABLE LLP
VENANGO NEWSPAPERS INC DERRICK
VENCO WESTERN INC
VENETIAN WORLDWIDE LLC
VENTIV TECHNOLOGY INC
VENTO DISTRIBUTORS CORP
VENTURA COUNTY STAR
VENTURA ENTERPRISE CO INC
VENUS COLOMBIANA SA
VEOLIA ES TECHNICAL SOLUTIONS
VERBATIM AMERICAS LLC
VERDE VALLEY NEWSPAPER
VERIDIAN HEALTHCARE LLC
VERIFONE
VERIGOLD DBA RENAISSANCE JEWEL
VERINT AMERICAS
VERISK CRIME ANALYTICS INC-401158
VERITEXT CORPORATE SERVICES IN
VERITIV OPERATING
VERIZON COMMUNICATIONS
VERIZON WIRELESS
VERIZON WIRELESS OF THE EAST
VERSAIC INC
VERSAPET INCORPORATED
VERSO PAPER
VERTEX INC
VERUS SPORTS INC
VESTCOM RETAIL SOLUTIONS

**Vendors (merchandise and non-merchandise)**

VETERANS OPPORTUNITIES VETERAN
VF IMAGEWEAR INC
VF JEANSWEAR LIMITED PARTNERSH
VF LICENSED SPORTS GROUP LLC
VF OUTDOOR INC
VFP FIRE SYSTEMS
VHC GROUP LLC VH CONSULTING GR
VIATECH PUBLISHING SOLUTIONS I
VIBES MEDIA
VICKSBURG POST VICKSBURG NEWSM
VICTOR M LUGO
VICTORIA ADVOCATE
VICTORY PUBLISHING CO LTD
VIDA NEWSPAPER
VIESTE CREATIONS
VILLAGE COMPANY LLC
VILLAGE OF HOFFMAN ESTATES-1074439308
VILLAGE OF MELROSE PARK
VILLAGES DAILY SUN
VILLAS SERVICES ANGEL VILLA
VINDICATOR PRINTING COMPANY
VINITECK INTERNATIONAL INC.
VINTON ASPHALT CO
VIR VENTURES INC
VIRCO LAND & SNOW LLC
VIRGINIA FORKLIFT INC
VIRGINIA RETAIL MERCHANTS ASSO
VIRGINIA TILE-17029612
VIRGINIAN REVIEW COVINGTON VIR
VIRGINIAN-PILOT MEDIA COMPANIES
VIRTUAL LAW PARTNERS LLP
VISALIA NEWSPAPERS
VISARA INTERNATIONAL-428750
VISION CRITICAL COMMUNICATIONS US
VISITORS CHANNEL
VISSER GREENHOUSES INC
VISUAL CREATIONS INC
VISUAL CREATIONS INC-488841
VITAL PHARMACEUTICALS INC
VITALSMARTS LC-708527
VM INNOVATIONS INC
VML
VMWARE
VOGUE INTERNATIONAL
VOORTMAN COOKIES LIMITED
VORTEX
VORTEX INDUSTRIES INC
VOXX INTERNATIONAL CORPORATION
VP RACING FUELS INC
VPNA LLC
VTECH COMMUNICATIONS INC
VTECH ELECTRONICS LTD
W B JONES SPRING CO INC
W B MASON CO INC
W E BASSETT COMPANY

**Vendors (merchandise and non-merchandise)**

W E CARLSON CORPORATION
W J GRIFFIN INC
W S C WSC OF NY INC
W W GAY MECHANICAL CONTRACTOR
W W GRAINGER
W W W SARETTE BROTHERS INC
WACHTELL LIPTON ROSEN & KATZ
WACO TRIBUNE HERALD BH MEDIA G
WAGNER SAENZ DORILTY LLP
WAHL CLIPPER CORPORATION
WAHLSTROM GROUP
WALDINGER CORP
WALKCON LTD
WALKER EXCAVATION LLC NICHOLAS
WALKER PARKING CONSULTANTS
WALKER PRINTERY INC-203158
WALLA WALLA UNION BULLETIN
WALTMAN ENTERPRISES
WALTON BEVERAGE CO INC
WALTONS ELECTRIC INC
WAREHOUSE OF TIFFANY INC
WAREHOUSE PACIFIC
WAREHOUSE RACK COM WAREHOUSE R
WARFIGHTER MADE
WARNACO INC
WARNER NORCROSS & JUDD LLP
WARNERS
WARREN BUSINESS SERVICE TROPTI
WARREN DISTRIBUTION
WARSON GROUP INC
WASATCH WAVE
WASHINGTON NEWS PUBLISHING CO
WASHINGTON POST
WASHINGTON PRIME GROUP LP
WASHINGTON RETAIL ASSOC
WASHINGTON SUBURBAN PRESS NETW
WATERBURY REPUBLICAN AMERICAN
WATERLOO COURIER
WATERLOO INDUSTRIES INC
WATERS MCPHERSON MCNEILL PC
WATERTOWN PUBLIC OPINION COTEA
WATERWORKS
WATTERSON ENVIRONMENTAL GROUP
WAVE COMMUNICATIONS
WAXAHACHIE NEWSPAPERS
WAXMAN CONSUMER PRODUCTS GROUP
WAYCROSS JOURNAL HERALD
WAYNE AUTOMATIC FIRE SPRINKLER
WAYNE COUNTY PRESS
WAYNE INDEPENDENT
WAYNESVILLE MOUNTAINEER
WAZAGUA INC-1000519108
WD 40 COMPANY
WE IN J CORPORATION
WE R HELPERS INC HELPERS

**Vendors (merchandise and non-merchandise)**

WEATHERFORD DAILY NEWS WEATHER
WEATHERITE CORPORATION
WEATHERVANE SERVICES
WEAVETEX OVERSEAS
WEBHUE LLC
WEBSTER PROPERTY MAINTENANCE
WEIHAI LIANQIAO INTL COOP GP C
WEIHAI TEXTILE GROUP IMPORT
WEIHAI YINJIE GROUP CO LTD
WEIL GOTSHAL & MANGES LLP
WEIMAN PRODUCTS LLC
WEINTRAUB TOBIN CHEDIAK COLEMA
WEISSER DISTRIBUTING
WELCH ATM WSILC LLC
WELCO CGI GAS TECHNOLOGIES LLC
WELCOME INDUSTRIAL CORP
WELFARE KNITTING CO LTD
WELLS FARGO
WELLS FARGO BANK N A
WELLS FARGO INS SERVICES USA I
WELLS LAMONT LLC
WELLS SWEEPING
WENATCHEE WORLD WORLD PUBLISHI
WENZHOU FIRST LIGHT INDUSTRY C
WENZHOU LIXINLONG IMP&EXP CO L
WERCS PROFESSIONAL SERVICES
WERNER ENTERPRISES
WEST & CO PAINTING
WEST CHESTER MARKETING INC
WEST COAST CASTERS & WHEELS IN
WEST INDIES CORPORATION
WEST LINN PAPER COMPANY
WEST MEMPHIS TIMES
WEST PALM REALTY LLC
WEST SIDE TELEPHONE CO WEST SI
WEST TECHS CHILL WATER SPECIALIST
WEST TEXAS DOORS
WESTCOTT DISPLAYS
WESTERN CAROLINA NEWSPAPERS
WESTERN COMMUNICATIONS BAKER CITY
HERALD
WESTERN COMMUNICATIONS INC
WESTERN COMMUNICATIONS INC CUR
WESTERN COMMUNICATIONS UNION D
WESTERN DRESSES LTD
WESTERN FLYER EXPRESS INC
WESTERN FORGE CORPORATION
WESTERN FORGE INC
WESTERN SALES TRADING COMPANY
WESTERN WYOMING BEVERAGES INC
WESTPORT CORPORATION
WESTROCK MECHANICAL CORP
WESTSIDE MECHANICAL DESIGN
WEVEEL LLC
WEYCO GROUP INC

**Vendors (merchandise and non-merchandise)**

WGSN INC
WH GROUP LLC-691210
WHAT KIDS WANT INC
WHEELING NEWSPAPERS INC INTELLINGENCER
WHEELS INC
WHIRLPOOL CORPORATION
WHIRLPOOL KENMORE CORPORATION
WHITAKERS DETAIL SERVICE
WHITE CASTLE ROOFING AND CONTR
WHITE CONVEYORS INC-1150596419
WHITE ELECTRICAL CONSTRUCTION
WHITE GRAPHICS INC WHITE GRAPHICS PRINTING SERVICE INC
WHITE GRAPHICS INC-668137
WHITE MARK UNIVERSAL INC
WHITE OAK ADVISORS LLC TIMOTHY
WHITE OAKS LANDSCAPING INC THO
WHITEMOUNTAIN PUBLISHING CO DO
WHITEOUT SNOW AND ICE CONTROL
WHITESIDE MANUFACTURING
WHITLAM LABEL COMPANY INC-372396
WHITMOR INC
WHOLESALE FUELS INC ACCOUNTING
WHOLESALE INTERIORS INC
WHY 8 INC
WHYNTER LLC
WICHITA EAGLE AND BEACON PUBLISHING
WICK COMMUNICATIONS
WICKED COOL HK LIMITED
WICKED FASHIONS INC
WICKLANDER ZULAWSKI AND ASSOCIATES
WIESE PLANNING & ENGINEERING I
WIESNER PRODUCTS INC
WILBRAHAM LAWLER & BUBA
WILD HORSES APPAREL LLC
WILDE TOOL CO INC
WILDWOOD INDUSTRIES INC
WILHELMINA INTERNATIONAL
WILLARD C GATES
WILLENKEN WILSON LOH & LIEB LL
WILLGRATTEN PUBLICATIONS LLC
WILLIAM CARTER COMPANY
WILLIAM L RUSSELL JR
WILLIAM L THROWER
WILLIAM MANSFIELD WILLIAM DEAN
WILLIAM PONDER WILLIAM M PONDE
WILLIAM R GOGLIN INC
WILLIAM R MEIXNER & SONS
WILLIAMS CONSTRUCTION
WILLIAMS KASTNER & GIBBS PLLC
WILLIAMS SCOTSMAN INC
WILLIAMSON COUNTY SUN
WILLIAMSON-DICKIE MANUFACTURIN
WILLISTON OBSERVER

**Vendors (merchandise and non-merchandise)**

WILLOW LAKE BUSINESS PARK LLC
WILLOWBROOK COMPANY LLC THE
WILSON COUNTY NEWS WCN INC
WILSON ELSER MOSKOWITZ EDELMAN & DICKER
WILSON SPORTING GOODS CO
WILSON SPORTING GOODS INC
WINCHESTER STAR
WINCON ROOF SERVICES INC
WINDHAM EAGLE NEWSPAPER TIME4P
WINDMAX HOME IMPROVEMENT
WINDSTREAM NUVOX
WINFAT INDUSTRIAL CO LTD
WING ENTERPRISES INC
WING HING SHOES FACTORY LIMITE
WINGER COMPANIES WINGER CONTRA
WINIX INC
WINNER WAY INDUSTRILA LTD
WINNERS INDUSTRY COMPANY LIMIT
WINNING COLLECTIVE LLC
WINNING RESOURCES LIMITED
WINNSCAPES INC
WINPLUS NORTH AMERICA INC
WINSTON & STRAWN
WINSTON RETAIL SOLUTIONS LLC
WINSTON SALEM JOURNAL
WIP INC
WIPRO
WIS
WISCONSIN PHARMACAL CO LLC
WISE COUNTY MESSENGER
WISE FOODS INC
WISE-PACIFIC CO., LTD
WJCA INC
WM T SPAEDER CO INC
WMVP AM ABC INC
WNC PARKING LOT SERVICE INC
WOLF CORPORATION
WOLFTEVER CONSULTING LLC TIMOT
WOLTERS KLUWER HEALTH
WOLVERINE SEALCOATING LLC
WOLVERINE WORLD WIDE INC
WOLVERTON INC
WOMBLE CARLYLE SANDRIDGE & RIC
WOMEN MGMT MEN WOMEN NY MODEL
WOMENCERTIFIED INC
WONDERSAUCE-709634
WOOD BUILDING
WOODENTRACKS COM INC
WOODRUFF CORPORATION
WOODS CONSTRUCTION
WOODSTOCK GARDENS
WOODSTREAM CORPORATION
WOODWARD NEWS NEWSPAPER HOLDIN
WOOSTER DAILY RECORD INC

**Vendors (merchandise and non-merchandise)**

WORCESTER TELEGRAM & GAZETTE
WORKIVA INC
WORLD COURIER GROUND INC
WORLD DATA PRODUCTS INC
WORLD DATA PRODUCTS INC-181273988
WORLD INDUSTRIAL DEVELOPMENT L
WORLD KITCHEN LLC
WORLD LEISURE INC
WORLD PUBLICATION
WORLD RACING GROUP
WORLD TECH TOYS INC
WORLDNET TELECOMMUNICATIONS IN
WORLDS FINEST CHOCOLATE INC
WOW WEE GROUP LIMITED
WP BEVERAGES LLC
WPNC WESTERN PENNSYLVANIA NEWS
WRIGHT COUNTY JOURNAL PRESS
WRIGHTS LANDSCAPING SERVICE DA
WRIGLEY PUERTO RICO INC
WTS CONTRACTING
WUHU SHANSHAN NEWMINGDA I&E CO
WUXI CITY DONGXIANG HABIT CO.
WV DLY NEWS AND VALLEY RANGER
GREENBRIER DAILY NEWSPAPERS INC
WXZ DEVELOPMENT INC
WYETH CONSUMER HEALTHCARE
WYETH CONSUMER HEALTHCARE LTD
WYNNE PROGRESS
WYOMING GAME & FISH
WYOMING TRIBUNE EAGLE CHEYENNE
XAD INC
XDL INTERNATIONAL LIMITED
XEROX
XI TAN
XIAMEN GOLDEN TEXTILE IMPORT
XIAMEN LUXINJIA IMP & EXP CO L
XIAMEN TOP MOUNTAIN TRADING CO
XIAMEN UNIPROS CAMPING PROD CO
XPO LAST MILE
XPO LOGISTICS
XTRA LEASE
Y HATA & CO LTD
YAHOO
YAKIMA HERALD REPUBLIC
YANCEY TIMES JOURNAL
YASSES TRUCKING & CONSTRUCTION
YAT FUNG (MACAO COMM OFFSHORE)
YAT FUNG MACAO COMM OFFSHORE L
YEE TUNG GARMENT CO LTD
YELLOW & BLACK LLC
YELP INC
YELP INC-705119
YES TO INC
YESCO CLEVELAND HERITAGE SIGN
YESCO NASHVILLE ALLISON COMPAN

**Vendors (merchandise and non-merchandise)**

YESCO YOUNG ELECTRIC SIGN
YESCOM USA INC
YEXT CALLS
YI LIANG
YING FU ENTERPRISE CO LTD
YONGKANG DACHENG IND & TRADE C
YONGKANG DACHENG INDUSTRY & TR
YORK CLAIMS SERVICES
YORK INTERNATIONAL
YORK TELECOM CORPORATION-699851
YORK WALLCOVERINGS INC
YOST VISES LLC
YOTHER CONSTRUCTION MANAGEMENT
YOTPO INC
YOUNG SUPPLY
YOUNGONE CORP
YOUNGS MARKET COMPANY OF HAWAI
YPM INC
YUEN FUNG GARMENT MFG CO LTD
YUMA SUN INC
YUNKER INDUSTRIES
YUNUS TEXTILE MILLS LIMITED
ZAK DESIGNS INC
ZARBEES INC
ZEBRA TECHNOLOGIES
ZEBRA TECHNOLOGIES INTERNATIONAL
ZELLE MCDONOUGH & COHEN LLP
ZELLER MARKETING & DESIGN ZGRA
ZEMOGA
ZENITH PRODUCTS CORPORATION
ZENITHEN (HONG KONG) LIMITED
ZENITHEN (HONG KONG) LTD
ZENO GROUP
ZERO CHAOS APC WORKFORCE SOLUT
ZG APPAREL GROUP LLC
ZHANGJIAGANG UNITEX CO LTD
ZHANGZHOU XYM FURNITURE PRODUC
ZHEJIANG KATA TECHNOLOGY CO LT
ZHEJIANG ORIENT KNITWEAR I/E C
ZHUHAI SHICHANG METALS LTD
ZIM MFG CO
ZING GLOBAL LIMITED
ZINUS INC
ZIPP DELIVERY INC
ZIRCON CORPORATION
ZJ SUNSHINE LEISURE PRODUCTS C
ZJ WUYI HAOTIAN IND & TRADE CO
ZOGNET INC
ZOOM INFORMATION INC
ZOOMUSA
ZURU INC
ZURU LLC

**Secured Lenders Information from 8K filed June 2018**

BNY Midwest Trust Company
Computershare Trust Company, N.A.
JPP II, LLC
JPP, LLC
Och-Ziff Capital Structure Arbitrage Master Fund Ltd
Och-Ziff Holding Corporation
OZ Management LP
RBS Partners, L.P
UBS AG, Stamford Branch, LLC
UBS Securities LLC
Ally Commercial Finance LLC
Banco Popular de Puerto Rico
Bank of America N.A
Bank of America, N.A.
Cascade Investment, L.L.C
Citibank, N.A.
Citizens Business Capital, a division of Asset Finance, Inc.
Pension Benefit Guaranty Corporation
PNC Bank, National Association
Regions Bank
Siemens Financial Services, Inc.
TD Bank, N.A.
U.S. Bank National Association
UBS Capital Corporation
Wells Fargo Bank, National Association
Citibank, N.A.
Citibank (South Dakota), N.A.

**Bank Accounts**
Bank of America

**Lien Holders (UCC filed)**
Abrim Enterprises, Inc.
ACCO Brands USA LLC
Allure Gems LLC
Amana Company, L.P. DBA\Amana Appliances
American Greetings Corporation
Aneri Jewels, L.L.C.
Aneri Jewels, L.L.C.
APS Express, Inc.
AT&T Mobility II, LLC
Bank of America, N.A.
Bank of America, N.A., as Control Co-Collateral Agent
Beauty Gem Inc.
Beauty Gem, Inc.

Bio-Lab Inc.
Bracketron, Inc.
Burwood Group, Inc.
Canon Financial Services, Inc.
Chapal Zenray Inc.
Chapal Zenray Inc.
Citizens First National Bank
Clover Technologies Group LLC
Combine International, Inc. (d/b/a I.L. Mfg. Co., Shan Corporation and/or NSM Corp.)
Cross Country Home Services, Inc.
Crown Credit Company
CT Corporation System
Dell Financial Services L.L.C.
Dell Financial Services Ltd. Partnership
Disons Gems, Inc.
D-Link Systems, Inc.
Early Morning LLC
Envisions LLC
ET Enterprises Distributors LLC
Frederick Goldman Inc.
Gold LLC
Heartland Bank and Trust Company
Hewlett-Packard Financial Services Company
Hilco Wholesale Solutions, LLC
Homecare Labs Inc.
Horizon Group USA Inc.
House of Marley, LLC
Illinois Secretary of State
Istar Jewelry LLC d/b/a Stanley Creations
Jacmel Jewelry Inc.
Joseph Enterprieses Inc.
JPMorgan Chase Bank, N.A.
JPP II, LLC
JPP, LLC
Kama-Schachter Jewelry, Inc.
KCD IP, LLC
Kiran Jewels, Inc.
Land's End, Inc.
LM Farms LLC
LM Farms, LLC
Lucent Jewelers, Inc.
Lucent Jewelers, Inc.
Maxcolor LLC
MaxMark, Inc.
Maytag Appliances Sales Company
Mill Creek Entertainment LLC
MJ Holding Company LLC
N.D. Gems Inc.
NCR Corporation
NMHG Financial Services, Inc.

PAJ, Inc.
Pension Benefit Guarantee Corporation
("PBGC")
Pension Benefit Guaranty Corporation
Plus Mark LLC
Plymouth Packaging, Inc. d/b/a Box on Demand
RGGD, Inc. d/b/a Crystal Art Gallery
Richline Group Inc.
Richline Group, Inc.
Riverstone USA LLC
Rosy Blue, Inc.
Rosy Blue, Inc.
Royal Consumer Products LLC
S&J Diamond, Corp.
Sakar International Inc.
Sakar International, Inc.
Scents of Worth Inc.
Seiko Corporation of America
Shaghal Ltd.
Shaghal Ltd.
Shanti Corporation d/b/a Vijay Gold Design
Soft Air USA Inc.
Stanley Creations, Inc.
State of Florida, Department of Revenue Out of
State/Central Collections Unit
State Street Bank and Trust Company
Suberi Brothers LLC
Suberi Brothers, LLC
Sumit Diamond Group LLC
Sumit Diamond Group LLC
Sumit Diamond Group LLC
Sun Diamond, Inc. d/b/a Sun Source
Sun Diamond, Inc. d/b/a Sun Source
The Luxe Group Inc.
The Luxe Group Inc.
The News Group L.P.
Thompson Tractor Co., Inc.
Three Point Capital, LLC
Tiger Capital Group, LLC
Toyota Industries Commercial Finance, Inc.
Twentieth Century Fox Home Entertainment
LLC
U.S. Bank National Ass
U.S. Bank National Association
Unique Designs, Inc. d/b/a Kiran Jewels, SDIL,
InterJewel
Verbatim Americas LLC
Vijaydimon (USA) Inc.
Wells Fargo Bank, National Association
Wilmington Trust, National Association

**Litigation Party**
Thomas H. Brooks
Chantal Applegarth
Joanne Young
Dorothy Bolton
Rockford Mutual Insurance
Howard McPherson
Mary Riley Luster
The Department of Transportation of the State of
Illinois
Greater Chautauqua Federal Credit Union
Michelle Palmer Allen
Glinda Bridgeman
Betty White
Ronald Garrett
SCI Apparel Inc.
Christina Garcia
Luther Townsend
State of Illinois
Allstate Insurance Company
Mary Riley Luster
Arturo Gonzalez
Ana Avila
Luther Townsend
Rebecca Rysewyk

**Officers and Directors (Current)**
Edward S. Lampert
Robert A. Riecker
Luke J. Valentino

**Competitors (NASDAQ)**
Big Lots, Inc.
BJ's Wholesale Club
Burlington Stores, Inc.
Costco Wholesale Corporation
Dillard's Inc.
Dollar General Corporation
Five Below, Inc.
Fred's Inc.
Hudson Ltd.
J.C. Penney Company, Inc. Holding Company
Kohl's Corporation
Macy's Inc.
Ollie's Bargain Outlet Holdings, Inc.
PriceSmart, Inc.
Target Corporation
Tuesday Morning, Corp.
Walmart Inc.

**Board of Directors**
Bruce R. Berkowitz (Former)
Thomas J. Tisch
Paul G. DePodesta
Kunal S. Kamlani
William C. Kunkler, III
Edward S. Lampert
Ann N. Reese

**Professional**
Deloitte & Touche LLP

**Non-Debtor Professional**
Cleary Gottlieb

**Contract Counterparty (NDA's) – non-disclosure agreements signed**
ABRY Partners II, LLC
Ace Hardware Corporation
ACOF Investment Management LLC
AEA Investors LP
Altamont Capital Management LLC
Amazon.com, Inc.
American Securities LLC
Apollo Hybrid Value Management
Arçelik A.Ş.
Bayshore Capital Advisors, LLC
Benefit Street Partners L.L.C.
Black Diamond Capital Management, L.L.C.
Burke America Parts Group LLC
CCP Credit Acquisition Holdings, L.L.C.
CITIC Capital Partners Management Limited
Clayton, Dubilier & Rice, LLC
Clearlake Capital Group, L.P.
Cyrus Capital Partners, L.P.
Encompass Supply Chain Solutions Inc.
Ferguson Enterprises, Inc.
Founder Holdings Inc.
Freeman Spogli Management Co., L.P.
Gamut Capital Management, L.P.
Golden Gate Private Equity, Inc.
H.I.G. Capital Management, LLC
Harvest Partners, LP
HomeServe USA Corp.
Kelso & Company
Kohlberg Kravis Roberts & Co. L.P.
Kohlberg Management VIII, L.L.C.
Littlejohn & CO. LLC
Lowe's Companies, Inc.
Mavecap LP
Monomoy Capital Management, L.P.

Nonantum Capital Partners
Oaktree Capital Management, L.P.
Oaktree Huntington Investment Fund II, L.P.
Oaktree Special Situations Fund, L.P.
OMERS Private Equity U.S.A. Inc.
One Madison Group LLC
Owl Rock Capital Advisor LLC
Peak Rock Capital, LLC
Permira Advisers LLC
Platinum Equity Advisors, LLC
Presidio Investors LLC
Roark Capital Acquisition LLC
Sentinel Capital Partners, L.L.C.
Service.com, Inc.
Stone Point Capital LLC
Sycamore Partners Management, L.P.
TA Associates Management, L.P.
TA Associates Management, L.P.
The Jordan Company, L.P.
TowerBrook Capital Partners L.P.
Trilantic Capital Partners VI (North America) L.P.
Trilantic Capital Partners VI Parallel (North America) L.P.
UBS Securities LLC
West Street Capital Partners VII, L.P.
Direct Energy
Graham Capital
MSD Capital
Ferguson Plc
Golden Gate Capital
Goldman Sachs
Houzz
Ingersoll-Rand
Liberty Media
Eldis/ Founder Holdings/Fix.com
Wynnchurch Capital
Alta Mont Capital
Ares Management
Appliance Parts
Assurant
Centerbridge
Coonns
Costco
Electrolux
THL
Warburg Pincus
Watsco, Inc.

**Beneficial Owners (form 13D – Amend NO. 65) filed 6.5.18**

ESL Partners, L.P. (73.5%)
JPP II, LLC (36.2%)
SPE I Partners, LP (.1%)
SPE Master I, LP  (.2%)
RBS Partners, L.P.  (73.6%)
ESL Investments, Inc. (73.6%)
JPP, LLC  (28%)
Edward S. Lampert (73.6%)

**Joint Venture**
General Growth Properties, Inc. ("GGP")
Simon Property Group, Inc. ("Simon")
The Macerich Company ("Macerich")
Seritage Growth Properties ("Seritage")

## **Exhibit 2**

**Disclosure Schedule**

**Disclosure Schedule**

| Matched Entity | Relationship to Debtors | Relationship to Paul Weiss[1] |
|---|---|---|
| Abbott Laboratories Puerto Rico | Debtors' Vendor | Subsidiary or Affiliate of Current Client |
| Accenture LLP | Debtors' Vendor | Former Client |
| ACE American Insurance Company | Debtors' Insurance Brokers | Subsidiary or Affiliate of Current Client |
| Adobe Systems | Debtors' Vendor | Former Client |
| ADP | Parties and Counterparties in Litigation | Current Client |
| ADP RPO | Debtors' Vendor | Subsidiary or Affiliate of Current Client |
| ADP, Inc. | Debtors' Contract Counterparties | Current Client |
| Aetna Resources for Living | Debtors' Employee Handbook | Subsidiary or Affiliate of Current Client |
| AlixPartners | Bankruptcy Professionals | Current Client |
| Allen Co Inc Non Sbt | Debtors' Vendor | Subsidiary or Affiliate of Current Client |
| Allergan Pharmaceuticals | Debtors' Vendor | Former Client |
| Allianz Global Risks Us Insurance Company | Debtors' Insurance Brokers | Former Client |
| Ally Bank | Debtors' Indenture Trustee, Bank Accounts/Lender/UCC Lien Parties/Administrative Agents/ Revolving Lender | Subsidiary or Affiliate of Current Client |
| Ally Commercial Finance LLC | Debtors' Secured Lender, Bank Accounts/Lender/UCC Lien Parties/Administrative Agents/ Revolving Lender | Subsidiary or Affiliate of Current Client |
| Alvarez & Marsal | Bankruptcy Professional | Former Client |
| Amazon | Debtors' Significant Competitors | Former Client |

---

[1] As used herein, the term "current client" means an entity listed as a client, or related to a client, in Paul, Weiss's conflicts search system where that matter was reported as open. As referenced in the Disclosure Statement, the term "former client" means any entity listed as a client, or related to a client, on the Paul, Weiss conflicts search system where the matter was reported as closed within the last two years. Whether an actual client relationship exists can only be determined by reference to the documents governing Paul, Weiss's representation rather than its potential listing in Paul, Weiss's conflicts search system. The list on Exhibit 2, generated by the conflicts search system, is over-inclusive for disclosure purposes.

| Matched Entity | Relationship to Debtors | Relationship to Paul Weiss[1] |
|---|---|---|
| Amazon.com, Inc. | Debtors' Vendor, Debtors' Contract Counterparties, Debtors' Director and Officer Affiliations | Former Client |
| American Express | Parties and Counterparties in Litigation | Former Client |
| American Express Travel Related Services Company, Inc. | Debtors' Third Party Alliances | Subsidiary or Affiliate of Current Client |
| American Media Inc. | Debtors' Vendor | Current Client |
| American National Insurance Company | Debtors' Landlord | Current Client |
| American Society Of Composers Authors And Publishers | Debtors' Vendor | Current Client |
| Ampac Security Products-519249 | Debtors' Vendor | Subsidiary or Affiliate of Current Client |
| Angelo Gordon & Co. | Debtors' Other Interested Parties | Current Client |
| Ann Reese | Debtors' Director/Officer | Current Client[2] |
| Apex Tool Group LLC | Debtors' Vendor | Subsidiary or Affiliate of Former Client |
| Apollo Hybrid Value Management | Debtors' Contract Counterparties | Subsidiary or Affiliate of Current Client |
| Appnexus Resources Inc | Debtors' Vendor | Current Client |
| Ares Management | Debtors' Contract Counterparties | Current Client |
| AT&T | Debtors' Utilities, Debtors' Vendor | Subsidiary or Affiliate of Current Client |
| AT&T Mobility II, LLC | Debtors' Lien Holders | Subsidiary or Affiliate of Current Client |
| Attorney General Massachusetts | Attorney Generals | Former Client |
| Attorney General Michigan | Attorney Generals | Former Client |
| Authentic Brands Group LLC ABG | Debtors' Vendor | Current Client |
| AXA Insurance Company | Debtors' Insurance Brokers | Current Client |

---

[2] For further detail, please see paragraph 19 of the Basta Declaration.

| Matched Entity | Relationship to Debtors | Relationship to Paul Weiss[1] |
|---|---|---|
| Bank Of America | Debtors' Surety Bond, Debtors' Landlord, Parties and Counterparties in Litigation, Debtors' Vendor | Current Client |
| Bank Of America N.A | Debtors' Bank Accounts/Lender/UCC Lien Parties/Administrative Agents/ Revolving Lender, Debtors' Lien Holders, Debtors' Secured Lenders, Debtors' Five Largest Security Claims, Debtors' Notice Parties, Debtors' Indenture Trustee | Current Client |
| Banc of America Securities LLC | Debtors' Indenture Trustee | Current Client |
| Bank of America Merrill Lynch | Debtors' Indenture Trustee | Current Client |
| Bank Of China | Debtors' Bank Accounts/Lender/UCC Lien Parties/Administrative Agents/ Revolving Lender | Current Client |
| Bank Of The West | Debtors' Landlord | Current Client |
| Barclays Capital Inc. | Debtors' Indenture Trustee | Current Client |
| BB&T Bank | Debtors' Bank Accounts/Lender/UCC Lien Parties/Administrative Agents/ Revolving Lender, Debtors' Landlord | Former Client |
| BDO Seidman | Debtors' Vendor | Former Client |
| Benefit Street Partners L.L.C. | Debtors' Contract Counterparties | Current Client |
| Best Buy | Debtors' Significant Competitors | Former Client |
| Bloomberg LP | Debtors' Vendor | Current client |
| BMO Harris Bank | Debtors' Landlord | Current client |
| BNY Midwest Trust Company | Debtors' Indenture Trustee, Debtors' Notice Parties | Current Client |

| Matched Entity | Relationship to Debtors | Relationship to Paul Weiss[1] |
|---|---|---|
| BNY Midwest Trust Company/Bank Of New York Mellon | Debtors' Bank Accounts/Lender/UCC Lien Parties/Administrative Agents/ Revolving Lender, Debtors' Secured Lenders | Current Client |
| BP Lubricants USA Inc | Debtors' Vendor | Subsidiary or Affiliate of Current Client |
| BRE DDR BR Whittwood CA LLC-Blackstone/DDR JV | Debtors' Landlord | Subsidiary or Affiliate of Current Client |
| British Petroleum | Parties and Counterparties in Litigation | Subsidiary or Affiliate of Current Client |
| Brixmor (Aka Centro) | Debtors' Landlord | Current Client |
| Brixmor Property Group/645346 | Debtors' Utilities | Subsidiary or Affiliate of Current Client |
| Bryan Cave LLP | Debtors' Vendor | Current Client |
| Bumble Bee Foods LLC | Debtors' Litigation Counterparty | Current Client[3] |
| Canon Financial Services, Inc. | Debtors' Lien Holders | Subsidiary or Affiliate of Current Client |
| Capital One Bank | Debtors' Bank Accounts/Lender/UCC Lien Parties/Administrative Agents/ Revolving Lender, Debtors' Landlord | Current Client |
| Capstar Bank | Debtors' Landlord | Current Client |
| Carlyle Development Group | Debtors' Landlord | Current Client |
| Cascade Investment, L.L.C | Debtors' Bank Accounts/Lender/UCC Lien Parties/Administrative Agents/ Revolving Lender, Debtors' Secured Lender | Current Client |
| CCL Label | Debtors' Vendor | Subsidiary or Affiliate of Current Client |
| Centerbridge | Debtors' Contract Counterparties | Current Client |
| Centerview Partners LLC | Debtors' Professional | Current Client |
| Chevron (HK) Limited | Debtors' Vendor | Current Client |

---

[3] For further detail, please see paragraph 15 of the Basta Declaration.

| Matched Entity | Relationship to Debtors | Relationship to Paul Weiss[1] |
|---|---|---|
| Chubb Bermuda Insurance Ltd. | Debtors' Insurance Brokers | Current Client |
| Chubb Custom Insurance Company | Debtors' Insurance Brokers | Current Client |
| Chubb Insurance | Parties and Counterparties in Litigation | Current Client |
| Chubb Insurance Hong Kong Limited | Debtors' Insurance Brokers | Current Client |
| Cigna | Debtors' Insurance Brokers | Current Client |
| Cigna Disability Management Solutions | Debtors' Employee Handbook | Subsidiary or Affiliate of Current Client |
| Cigna Group Insurance | Debtors' Employee Handbook | Subsidiary or Affiliate of Current Client |
| CIM Group | Debtors' Landlord | Current Client |
| Cintas | Debtors' Vendor | Former Client |
| Citibank | Debtors' Bank Accounts/Lender/UCC Lien Parties/Administrative Agents/ Revolving Lender, Debtors' Landlord | Current Client |
| Citibank, N.A. | Debtors' Five Largest Security Claims, Debtors' Secured Lenders, Debtors' Notice Parties | Current Client |
| CITIC Capital Partners Management Limited | Debtors' Contract Counterparties | Subsidiary or Affiliate of Current Client |
| Citigroup Global Markets Inc. | Debtors' Bank Accounts/Lender/UCC Lien Parties/Administrative Agents/ Revolving Lender, Debtors' Indenture Trustee | Current Client |
| Citrix Systems Inc | Debtors' Vendor | Former Client |
| Clearlake Capital Group, L.P. | Debtors' Contract Counterparties | Current Client |
| Colgate-Palmolive | Debtors' Vendor | Former Client |
| Comcast | Debtors' Utilities, Debtors' Vendor | Current Client |
| Computershare Inc. | Debtors' Contract Counterparties | Subsidiary or Affiliate of Current Client |

| Matched Entity | Relationship to Debtors | Relationship to Paul Weiss[1] |
|---|---|---|
| Computershare Trust Company, N.A. | Debtors' 8% Senior Unsecured, Debtors' Notice Parties, Debtors' Secured Lenders | Subsidiary or Affiliate of Current Client |
| Conair Corporation- Personal C | Debtors' Vendor | Current Client |
| Conopco Inc. | Debtors' Vendor | Former Client |
| Cox Communications | Debtors' Utilities | Subsidiary or Affiliate of Current Client |
| Crosman Corporation | Debtors' Vendor | Former Client |
| Cushman & Wakefield Inc. | Debtors' Vendor | Former Client |
| CVS Pharmacy | Debtors' Significant Competitors | Former Client |
| Cyrus Capital Partners, L.P. | Debtors' Contract Counterparties | Current Client |
| Daniels, Aaron And Judy | Parties and Counterparties in Litigation | Former Client |
| Deloitte | Debtors' Vendor | Current Client |
| Deloitte & Touche LLP | Bankruptcy Professionals, Other Professional | Current Client |
| Dennis Wilson | Parties and Counterparties in Litigation | Former Client |
| Deutsche Bank Securities Inc. | Debtors' Indenture Trustee | Current Client |
| Dice Holdings Inc | Debtors' Vendor | Current Client |
| Directv | Debtors' Utilities | Former Client |
| Dow Jones LMG Stockton | Debtors' Vendor | Subsidiary or Affiliate of Current Client |
| Dropbox Inc | Debtors' Vendor | Former Client |
| Duff & Phelps | Debtors' Professional | Current Client |
| Duke Energy | Debtors' Utilities | Former Client |
| Dynatrace LLC-79778873 | Debtors' Vendor | Subsidiary or Affiliate of Current Client |
| Earthlink Business | Debtors' Utilities | Former Client |
| Ebay | Debtors' Vendor | Former Client |

| Matched Entity | Relationship to Debtors | Relationship to Paul Weiss[1] |
|---|---|---|
| Ebay Germany | Debtors' Director and Officer Affiliations | Subsidiary or Affiliate of Current Client |
| Ebay, Inc. | Debtors' Significant Competitors | Former Client |
| Ecolab Inc | Debtors' Vendor | Current Client |
| Elizabeth Arden Inc | Debtors' Vendor | Former Client |
| Enco Manufacturing Corp | Debtors' Vendor | Subsidiary or Affiliate of Current Client |
| Entergy Arkansas, Inc./8101 | Debtors' Utilities | Subsidiary or Affiliate of Current Client |
| Entergy Gulf States LA, LLC/8103 | Debtors' Utilities | Subsidiary or Affiliate of Current Client |
| Entergy Louisiana, Inc./8108 | Debtors' Utilities | Subsidiary or Affiliate of Current Client |
| Entergy Mississippi, Inc./8105 | Debtors' Utilities | Subsidiary or Affiliate of Current Client |
| Entergy Texas, Inc./8104 | Debtors' Utilities | Subsidiary or Affiliate of Current Client |
| Epi Group | Debtors' Vendor | Current Client |
| Equinox | Debtors' Vendor | Subsidiary or Affiliate of Current Client |
| Ernst & Young | Debtors' Vendor | Current and Former Client |
| ESPN Enterprises Inc | Debtors' Vendor | Former Client |
| Evercore Group LLC | Bankruptcy Professional | Current Client |
| Facebook | Debtors' Vendor | Current client |
| Farmers Insurance Exchange | Parties and Counterparties in Litigation | Subsidiary or Affiliate of Current Client |
| Federal Insurance Company | Parties and Counterparties in Litigation | Former Client |
| Fifth Third Bank | Debtors' Bank Accounts/Lender/UCC Lien Parties/Administrative Agents/ Revolving Lender, Debtors' Landlord | Current Client |
| First Niagara Bank | Debtors' Landlord | Former Client |
| Frontier Management LLC | Debtors' Landlord | Subsidiary or Affiliate of Current Client, Former Client |

| Matched Entity | Relationship to Debtors | Relationship to Paul Weiss[1] |
|---|---|---|
| Frontline Products Inc | Debtors' Vendor | Current Client |
| FTI Consulting | Debtors' Vendor | Former Client |
| Gamut Capital Management, L.P. | Debtors' Contract Counterparties | Current Client |
| Gap Inc. | Debtors' Significant Competitors | Former Client |
| Gardner Denver | Debtors' Vendor | Former Client |
| Gemini Real State Advisors | Debtors' Landlord | Former Client |
| General Electric | Debtors' Vendor | Current Client |
| General Electric Capital Corporation | Debtors' Bank Accounts/Lender/UCC Lien Parties/Administrative Agents/ Revolving Lender | Current Client |
| General Electric Co. | Debtors' Top Unsecured Creditors | Current Client |
| Getty Images Inc. | Debtors' Vendor | Current Client |
| Gildan USA Inc | Debtors' Vendor | Current Client |
| Goldman Sachs | Debtors' Contract Counterparties | Current Client |
| Goldman, Sachs & Co. | Debtors' Indenture Trustee | Current Client |
| Google | Debtors' Vendor | Former Client |
| Greenberg Taurig | Debtors' Vendor | Current Client |
| H.I.G. Capital Management, LLC | Debtors' Contract Counterparties | Former Client |
| Harvest Partners, LP | Debtors' Contract Counterparties | Current Client |
| Hasbro Inc. | Debtors' Top Unsecured Creditors, Debtors' Vendor | Former Client |
| Hearst | Debtors' Vendor | Current Client |
| Hertz Equipment Rental | Debtors' Vendor | Subsidiary or Affiliate of Current Client |
| Hess Print Solutions-68148261 | Debtors' Vendor | Former Client |
| Hilco Wholesale Solutions, LLC | Debtors' Lien Holders | Subsidiary or Affiliate of Current Client |

| Matched Entity | Relationship to Debtors | Relationship to Paul Weiss[1] |
|---|---|---|
| HSBC Bank | Debtors' Bank Accounts/Lender/UCC Lien Parties/Administrative Agents/ Revolving Lender | Current Client |
| Illinois National Insurance Company (AIG) | Debtors' Insurance Brokers | Subsidiary or Affiliate of Current Client |
| Ingersoll-Rand | Debtors' Contract Counterparties | Current Client |
| James Kempner | Debtors' Landlord | Current Client |
| Johnson Controls | Debtors' Vendor | Former Client |
| JP Morgan Chase Bank | Debtors' Bank Accounts/Lender/UCC Lien Parties/Administrative Agents/ Revolving Lender, Debtors' Landlord | Current Client |
| JPMorgan Chase Bank, N.A. | Debtors' Lien Holders, Parties and Counterparties in Litigation | Current Client |
| Key Bank | Debtors' Bank Accounts/Lender/UCC Lien Parties/Administrative Agents/ Revolving Lender | Subsidiary or Affiliate of Current Client |
| KEYBANK | Debtors' Landlord | Subsidiary or Affiliate of Current Client |
| Kik Internatonal Inc. | Debtors' Vendor | Current Client |
| Kohlberg & Company | Parties and Counterparties in Litigation | Current Client |
| Kohlberg Kravis Roberts & Co. L.P. | Debtors' Contract Counterparties | Current Client |
| Kohlberg Management VIII, L.L.C. | Debtors' Contract Counterparties | Subsidiary or Affiliate of Current Client |
| Lazard | Bankruptcy Professional | Current Client |
| Liberty Media | Debtors' Contract Counterparties | Current Client |
| Liberty Mutual Fire Insurance Company | Debtors' Insurance Brokers | Former Client |
| Lowe's Companies, Inc. | Debtors' Significant Competitors | Former Client |
| LSREF3 Spartan (Genesee) LLC / Lone Star Funds | Debtors' Landlord | Subsidiary or Affiliate of Current Client |

9

| Matched Entity | Relationship to Debtors | Relationship to Paul Weiss[1] |
|---|---|---|
| Marshall Dennehey Warner Coleman & Goggin, P.C. | Debtors' Vendor | Former Client |
| Mastercard International Inc | Debtors' Vendor, Debtors' Litigation Counterparty | Current Client[4] |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated | Debtors' Bank Accounts/Lender/UCC Lien Parties/Administrative Agents/ Revolving Lender, Debtors' Indenture Trustee | Current Client |
| Metlife (Metropolitan Life Insurance Company) | Debtors' Insurance Brokers | Subsidiary or Affiliate of Current Client, Former Client |
| MetLife Dental Claims | Debtors' Employee Handbook | Subsidiary or Affiliate of Current Client |
| Microsoft Corporation | Debtors' Vendor | Current Client |
| Moelis & Co. | Other Professional | Current Client |
| Momentive Performance Material | Debtors' Vendor | Current Client |
| Morgan Stanley Smith Barney | Debtors' Employee Handbook | Current Client |
| Morris, Nichols, Arsht & Tunnell | Debtors' Vendor | Former Client |
| MSD Capital | Debtors' Contract Counterparties | Current Client |
| National Union Fire Insurance Company Of Pittsburgh, Pa | Debtors' Insurance Brokers | Former Client |
| Nationwide | Parties and Counterparties in Litigation | Former Client |
| NCR | Debtors' Vendor | Current Client |
| NCR Corporation | Debtors' Lien Holders | Current Client |
| Nuance Communications | Debtors' Vendor | Current Client |
| Oaktree Capital Management | Parties and Counterparties in Litigation | Current Client |
| Oaktree Capital Management, L.P. | Debtors' Contract Counterparties | Current Client |
| Och-Ziff Capital Structure Arbitrage Master Fund Ltd | Debtors' Secured Lenders | Subsidiary or Affiliate of Current Client |
| Och-Ziff Holding Corporation | Debtors' Secured Lenders | Subsidiary or Affiliate of Current Client |

---

[4] For further detail, please see paragraph 15 of the Basta Declaration.

| Matched Entity | Relationship to Debtors | Relationship to Paul Weiss[1] |
|---|---|---|
| Old Republic Insurance Company | Debtors' Insurance Brokers | Former Client |
| Owl Rock Capital Advisor LLC | Debtors' Contract Counterparties | Current Client |
| OZ Management LP | Debtors' Secured Lenders | Current Client |
| Pacific Gas & Electric Co. | Debtors' Utilities | Former Client |
| Payless Shoesource | Debtors' Significant Competitors | Former Client |
| Pension Benefit Guaranty Corporation ("PBGC") | Debtors' Lien Holders, Debtors' Secured Lenders, Debtors' Notice Parties | Former Client |
| PNC Bank, National Association | Debtors' Bank Accounts/Lender/UCC Lien Parties/Administrative Agents/ Revolving Lender, Debtors' Indenture Trustee, Debtors' Secured Lenders | Current Client |
| Prime Clerk LLC | Bankruptcy Professionals | Current Client |
| Procter And Gamble Distributing | Debtors' Top Unsecured Creditors | Subsidiary or Affiliate of Current Client |
| Randstad | Debtors' Supplemental Workforce Agency | Former Client |
| Randstad North America | Debtors' Vendor | Former Client |
| Republic Bank | Debtors' Landlord | Former Client |
| Revlon Consumer Products | Debtors' Vendor | Current Client |
| Revlon PR Inc | Debtors' Vendor | Current Client |
| Richards Layton & Finger | Debtors' Vendor | Former Client |
| Roark Capital Acquisition LLC | Debtors' Contract Counterparties | Subsidiary or Affiliate of Current Client |
| S C Brian Kim | Debtors' Landlord | Current Client |
| Samsung Electronics | Debtors' Vendor | Current Client |
| Samsung Electronics Canada/USA | Debtors' Director and Officer Affiliations | Current Client |
| SAP America | Debtors' Vendor | Current Client |
| Seiko Corporation of America | Debtors' Lien Holders | Subsidiary or Affiliate of Current Client |

| Matched Entity | Relationship to Debtors | Relationship to Paul Weiss[1] |
|---|---|---|
| Sentinel Capital Partners, L.L.C | Debtors' Contract Counterparty | Former Client |
| Serta Incorporated | Debtors' Top Unsecured Creditors | Current Client |
| Service Employees International Union | Debtors' Unions | Former Client |
| SESAC, Inc. | Debtors' Vendor | Former Client |
| Sharp Electronics Corporation | Debtors' Vendor | Current Client |
| Shutterstock Inc | Debtors' Vendor | Former Client |
| Sidley & Austin LLP | Debtors' Vendor | Former Client |
| Siemens Financial Services, Inc. | Debtors' Secured Lenders | Former Client |
| Simon Property Group | Parties and Counterparties in Litigation, Debtors' Utilities | Current Client |
| Simon Property Group Inc. | Debtors' Landlord, Debtors' Contract Counterparties, Debtors' Joint Venture | Current Client |
| Simon-Turnberry Associates | Debtors' Landlord | Subsidiary or Affiliate of Former Client |
| Snap Inc. | Debtors' Vendor | Current Client |
| Sony Pictures Home Entertainment | Debtors' Vendor | Subsidiary or Affiliate of Current Client |
| Spectrum Brands Inc | Debtors' Vendor | Subsidiary or Affiliate of Current Client |
| Spin Master Ltd. | Debtors' Vendor | Current Client |
| St. Jude Children's Research Hospital | Debtors' Customer Programs | Subsidiary or Affiliate of Current Client |
| Standard & Poor | Debtors' Vendor | Current Client |
| Standard Chartered Bank | Debtors' Bank Accounts/Lender/UCC Lien Parties/Administrative Agents/ Revolving Lender | Current Client |
| State Farm General Insurance Company | Parties and Counterparties in Litigation | Subsidiary or Affiliate of Current Client |
| State Street Bank And Trust Company | Debtors' Lien Holders | Former Client |
| Steadfast Companies | Debtors' Landlord | Subsidiary or Affiliate of Current Client |

| Matched Entity | Relationship to Debtors | Relationship to Paul Weiss[1] |
|---|---|---|
| Stericycle | Debtors' Vendor | Former Client |
| Stericycle, Inc. | Parties and Counterparties in Litigation | Former Client |
| Sullivan & Cromwell | Debtors' Other Professionals | Former Client |
| Sun Trust Bank NA | Debtors' Landlord | Current Client |
| Sutherland Asbill & Brennan LLP | Debtors' Vendor | Former Client |
| Target Corporation | Debtors' Significant Competitors | Former Client |
| Taylor Precision Products, Inc. | Debtors' Vendor | Current Client |
| TD Bank, N.A. | Debtors' Bank Accounts/Lender/UCC Lien Parties/Administrative Agents/ Revolving Lender, Debtors' Secured Lenders | Former Client |
| Telus Communications | Debtors' Vendor | Subsidiary or Affiliate of Current Client |
| The Bank Of New York | Debtors' Landlord | Current Client |
| The Goodyear Tire & Rubber Company | Debtors' Vendor | Current Client |
| The Home Depot, Inc. | Debtors' Significant Competitors | Current Client |
| The Jordan Company, L.P. | Debtors' Contract Counterparties | Former Client |
| The Luxe Group Inc | Debtors' Vendor | Subsidiary or Affiliate of Current Client |
| The Prudential Insurance Company Of America | Debtors' Landlord | Current Client |
| The Service Master Company | Debtors' Significant Competitors | Former Client |
| THL | Debtors' Contract Counterparties | Current Client |
| Tidewater Utilities, Inc | Debtors' Utilities | Subsidiary or Affiliate of Current Client |
| Time Warner Cable | Debtors' Utilities | Current Client |
| TLM Realty Corp Ron Oehl | Debtors' Landlord | Subsidiary or Affiliate of Current Client |
| T-Mobile | Debtors' Vendor | Subsidiary or Affiliate of Current Client, Former Client |

13

| Matched Entity | Relationship to Debtors | Relationship to Paul Weiss[1] |
|---|---|---|
| TowerBrook Capital Partners L.P. | Debtors' Contract Counterparties | Current Client |
| Toyota Industries Commercial Finance, Inc. | Debtors' Lien Holders | Former Client |
| Trilantic Capital Partners VI (North America) L.P., | Debtors' Contract Counterparties | Subsidiary or Affiliate of Current Client |
| Trilantic Capital Partners VI Parallel (North America) L.P. | Debtors' Contract Counterparties | Subsidiary or Affiliate of Current Client |
| Tristar Products Inc. | Debtors' Vendor | Current Client |
| Twentieth Century Fox Home | Debtors' Vendor | Subsidiary or Affiliate of Current Client |
| Twentieth Century Fox Home Entertainment Llc | Debtors' Lien Holders | Subsidiary or Affiliate of Current Client |
| TXU Energy/650638 | Debtors' Utilities | Former Client |
| U.S. Bank National Association | Debtors' Bank Accounts/Lender/UCC Lien Parties/Administrative Agents/ Revolving Lender, Debtors' Lien Holders, Parties and Counterparties in Litigation, Debtors' Secured Lenders | Current Client |
| U.S. Bank Trust National Association | Debtors' Secured Lender | Subsidiary or Affiliate of Current Client |
| UBS Capital Corporation | Debtors' Secured Lenders | Subsidiary or Affiliate of Current Client |
| UBS Inc. | Debtors' Vendor | Current Client |
| UBS Securities LLC | Debtors' Contract Counterparties | Current Client |
| US Bank | Debtors' Contract Counterparties, Debtors' Landlord | Former Client |
| Verizon Communications | Debtors' Vendor | Current Client |
| Verizon Wireless | Debtors' Utilities | Current Client |
| Verso Paper | Debtors' Vendor | Former Client |
| Vornado | Debtors' Landlord | Subsidiary or Affiliate of Current Client |
| Vornado Realty Trust | Parties and Counterparties in Litigation | Former Client |
| Wachovia Securities | Debtors' Landlord | Subsidiary or Affiliate of Current Client, Former Client |

14

| Matched Entity | Relationship to Debtors | Relationship to Paul Weiss[1] |
|---|---|---|
| Walmart | Debtors' Significant Competitors | Former Client |
| Waste Management | Debtors' Customer Programs | Former Client |
| Wells Fargo | Debtors' Vendor | Current Client |
| Wells Fargo Bank, National Association | Debtors' Bank Accounts/Lender/UCC Lien Parties/Administrative Agents/ Revolving Lender, Debtors' Lien Holders,  Debtors' Notice Parties, Debtors' Secured Lenders; Debtors' Indenture Trustee | Current Client |
| Wells Fargo Securities, LLC | Debtors' Indenture Trustee | Current Client |
| Western Union Financial Services, Inc. | Debtors' Contract Counterparties | Current Client |
| Wilmington Trust Co | Debtors' Landlord | Current Client |
| Wilmington Trust, N.A. | Debtors' Bank Accounts/Lender/UCC Lien Parties/Administrative Agents/ Revolving Lender, Debtors' Five Largest Security Claims; Debtors' Lien Holders | Current Client |
| Wolf Family Series LP | Debtors' Landlord | Subsidiary or Affiliate of Current Client |
| Woori Bank | Debtors' Bank Accounts/Lender/UCC Lien Parties/Administrative Agents/ Revolving Lender | Former Client |
| World Kitchen LLC | Debtors' Vendor | Current Client |
| Xerox | Debtors' Vendor | Subsidiary or Affiliate of Current Client |
| XL Insurance (Bermuda) Ltd | Debtors' Insurance Brokers | Subsidiary or Affiliate of Former Client |
| XL Insurance America, Inc. | Debtors' Insurance Brokers | Subsidiary or Affiliate of Former Client |
| XL Insurance Company SE | Debtors' Insurance Brokers | Subsidiary or Affiliate of Former Client |
| XL Specialty Insurance Company | Debtors' Insurance Brokers | Subsidiary or Affiliate of Former Client |
| XPO Logistics | Debtors' Vendor | Current Client |

| Matched Entity | Relationship to Debtors | Relationship to Paul Weiss[1] |
|---|---|---|
| Yahoo | Debtors' Vendor | Current Client |
| Yelp Inc. | Debtors' Vendor | Current Client |
| YWCA Metropolitan Chicago | Debtors' Customer Programs | Former Client |

**<u>Exhibit C</u>**

**Transier Declaration**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                                              :          Chapter 11
                                                    :
SEARS HOLDINGS CORPORATION, *et al.*,               :          Case No. 18-23538 (RDD)
                                                    :
          Debtors. [1]                              :          (Jointly Administered)
                                                    :
------------------------------------------------------------x

DECLARATION OF WILLIAM TRANSIER IN SUPPORT OF DEBTORS'
APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND
EMPLOYMENT OF PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
AS ATTORNEYS FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

          William L. Transier makes this declaration under 28 U.S.C. § 1746:

          1.       I am one of the two Disinterested Directors[2] of Sears Holding Corporation

("Sears").   In that capacity, I serve on the Restructuring Committee and the Restructuring

Sub-Committee of the Sears' Board.  In my current role at Sears, I am responsible for supervising

outside counsel with respect to Conflict Matters, and will assist Sears' personnel in monitoring

and managing legal fees and expenses with respect to Conflict Matters.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
    number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations
    LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory
    Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature
    Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500);
    MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management
    Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc.
    (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection
    Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears,
    Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida
    Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133);
    KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898);
    Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands
    Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company
    (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI
    Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C.
    (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC
    Promotions LLC (9626); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate
    headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2]  Capitalized terms used herein, but not otherwise defined, have the meaning ascribed to them in the Retention
    Application (as defined below).

2.    I submit this declaration (this "Declaration") in support of the *Debtors' Application for an Order Authorizing the Retention and Employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Attorneys for the Debtors* Nunc Pro Tunc *to the Petition Date* (the "Retention Application").  This Declaration is provided pursuant to Paragraph D.2 of the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013 (the "Fee Guidelines").  Except as otherwise indicated herein, the facts set forth in this Declaration are based upon my personal knowledge, information provided to me by the Debtors' employees or advisors, or my opinion based upon knowledge and experience as a Disinterested Director of the Debtors and as a current or former member of the board of directors of several other companies.  I am authorized to submit this Declaration on behalf of the Debtors.

## Selection of Paul, Weiss

3.    The Debtors recognize that a comprehensive review process is necessary when selecting and managing chapter 11 counsel to ensure their bankruptcy professionals are subject to the same client-driven market forces, security, and accountability as professionals in non-bankruptcy engagements.  To that end, the Debtors assessed potential counsel to handle Conflict Matters in the Chapter 11 Cases based on their experience and expertise in the relevant legal issues and in similar proceedings, considering a number of firms to serve as potential counsel with respect to Conflict Matters at the direction of the Restructuring Sub-Committee and the Restructuring Committee, as applicable, in the Chapter 11 Cases.

4.    The Debtors retained Paul, Weiss for the role of counsel with respect to Conflict Matters in light of, among other reasons, Paul, Weiss's substantial experience representing debtors

2

and creditors in chapter 11 involving investigations and bankruptcy-related litigation.  I believe

that Paul, Weiss is well-qualified and well-situated to represent the Debtors in these Chapter 11

Cases with respect to Conflict Matters in an effective, efficient and timely manner.

### Rate Structure and Cost Supervision

5.      In connection with the filing of these Chapter 11 Cases, the Debtors and Paul, Weiss

have agreed upon rates in accordance with Paul, Weiss's customary rates.  Paul, Weiss has

confirmed to the Debtors that the Firm does not vary its billing rates or the material terms of an

engagement depending on whether such engagement is a bankruptcy or a nonbankruptcy

engagement.  Paul, Weiss has further advised the Debtors that its current customary U.S. hourly

rates are $1,165 to $1,560 per hour for partners; $1,125 to $1,160 per hour for counsel; $480 to

$1,065 per hour for staff attorneys and associates; and $110 to $365 per hour for paraprofessionals.

It is my understanding that Paul, Weiss reviews and adjusts its billing rates annually to ensure that

its rates are comparable to the billing rates of its peer firms.  To the extent that there is any disparity

in such rates, however, I nevertheless believe that Paul, Weiss's retention by the Debtors is

warranted in these Chapter 11 Cases.

6.      The Debtors understand that Paul, Weiss's fees and expenses will be subject to

periodic review on a monthly, interim, and final basis during the pendency of these Chapter 11

Cases by various third parties, including the Court, and that such fees and expenses will be subject

to the terms of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any orders of the

Court governing the procedures for approval of interim compensation of professionals retained in

these Chapter 11 Cases.

7.      I recognize that it is the Debtors' responsibility to monitor closely the billing

practices of their counsel to ensure the fees and expenses paid by the estates remain consistent

3

with the Debtors' expectations and the exigencies of these Chapter 11 Cases.  The Debtors will continue to review the statements that Paul, Weiss regularly submits and amend the budget and staffing plans periodically, as the Chapter 11 Cases develop.  Moreover, Paul, Weiss has informed me that I, and the Restructuring Sub-Committee, will be provided with the opportunity to review all invoices and request adjustments to such invoices to the extent that they determine that such adjustments are necessary and appropriate, and that such requests will be carefully considered by Paul, Weiss.  As they did prepetition, the Debtors will continue to diligently review counsel fees and expenses and, together with Paul, Weiss, amend such invoices as necessary.

8.      For the reasons set forth above, the Debtors believe that Paul, Weiss's employment is necessary and in the best interest of the Debtors and their estates.

*[**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**]*

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Executed this 1st day of November, 2018

William L. Transier
Disinterested Director
Sears Holdings Corporation

*[Signature page]*

**<u>Exhibit D</u>**

**Engagement Letter**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER

212 373 3023

WRITER'S DIRECT FACSIMILE

212 492 0023

WRITER'S DIRECT E-MAIL ADDRESS

pbasta@paulweiss.com

October 11, 2018

Sears Holdings Corporation
c/o Alan Carr, Director
333 Beverly Road
Hoffman Estates, IL 60178

Engagement as Counsel

Dear Alan:

    I am pleased and grateful that Sears Holdings Corporation and its direct and indirect subsidiaries (collectively, the "Company") have retained Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul Weiss") as their counsel (i) acting at the direction of the restructuring sub-committee (the "Restructuring Sub-Committee") of the restructuring committee (the "Restructuring Committee") of the Company's board of directors (the "Board") with respect to all matters that are delegated by the Board to the Restructuring Sub-Committee (the "RSC Conflict Matters"), and (ii) acting at the direction of the Restructuring Committee or the Restructuring Sub-Committee, as the case may be, in connection with all matters in which Weil, Gotshal, & Manges LLP cannot represent you due to an actual or perceived conflict of interest (the "Other Conflict Matters").

    I write to confirm our acceptance of your engagement of us as counsel and to provide you with certain information concerning our practices and policies on fees, billing, collection, conflicts, and other material terms of our engagement. The rules governing our professional obligations require that we establish at the outset a common understanding about the terms and conditions of our employment. We began work on the matter, and our engagement is effective, as of October 8, 2018. The retainer for this engagement is $250,000, subject to increase as provided in Section 2.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Sears Holdings Corporation                                                                 2

## TERMS OF ENGAGEMENT

The following terms and conditions apply to our engagement as your counsel:

**1.    Scope of Representation and Client Relationship** — The scope of this engagement shall be advising the Company (i) solely at the direction of the Restructuring Sub-Committee in connection with RSC Conflict Matters, and (ii) solely at the direction of the Restructuring Committee or the Restructuring Sub-Committee, as the case may be, in connection with the Other Conflict Matters.  Because the specific matters that may become RSC Conflict Matters or Other Conflict Matters cannot be fully known at this time, Paul Weiss will be actively involved in, among other things (a) investigating and advising the Restructuring Sub-Committee regarding whether a matter constitutes a RSC Conflict Matter, (b) conducting investigations and analyses sufficient to advise the Restructuring Sub-Committee regarding RSC Conflict Matters, (c) implementing the directions of the Restructuring Sub-Committee related to RSC Conflict Matters and (d) implementing the directions of the Restructuring Committee or the Restructuring Sub-Committee, as the case may be, with respect to Other Conflict Matters.  Rendering services for the foregoing will include, but not be limited to, fact investigation, legal research, briefing, argument, discovery, negotiation, litigation, participation in meetings of the Board and applicable committees thereof, appearance and participation in hearings, and communications and meetings with parties in interest.

We agree to provide legal services in connection with RSC Conflict Matters and Other Conflict Matters which in our professional judgment are reasonably necessary and appropriate in connection with the matters described above.  In all matters in which we represent you, we will provide services of a strictly legal nature, and it is understood that you will not be relying on us for business, investment, or accounting advice, nor to assess or vouch for the character or creditworthiness of any third person.

Paul Weiss is not your general counsel and our engagement does not involve an undertaking to represent the interests of the Company in any matters other than RSC Conflict Matters and Other Conflict Matters.

Unless we otherwise agree or our representation of you otherwise requires, our engagement is solely with the individuals or entities specifically identified as clients in this letter.  By entering into this agreement, and except as provided herein, we are not agreeing to represent any other individuals or entities not named as clients herein.  The Restructuring Sub-Committee shall direct our work in connection with all RSC Conflict Matters and shall control any attorney-client, work product, or other privilege in connection with Paul Weiss's work or privileged communications on the RSC Conflict Matters.  The Restructuring Committee or the Restructuring Sub-Committee, as the case may be, shall direct our work in connection with all Other Conflict Matters and shall control any attorney-client, work product, or other privilege in connection with Paul Weiss's work or privileged communications on Other Conflict Matters.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Sears Holdings Corporation                                                           3

       The question of whether our fees are covered by some third-party agreement (including an insurance policy) is not within the scope of our representation, unless you specifically request us to consider that question.

       **2.**    **Retainer** — Our agreement to represent the Company in connection with this engagement is contingent upon the Company's payment to us of an advance payment retainer in the amount of $250,000.00. In addition, the Company agrees to provide one or more additional advance payment retainers as necessary, so as to ensure that the amount of any advance payment retainers remain at or above our estimated fees and expenses. We may apply the advance payment retainers to any outstanding fees as services are rendered and to expenses as they are incurred. The Company understands and acknowledges that any advance payment retainers are earned by us upon receipt, any advance payment retainers become our property upon receipt, the Company no longer has a property or any other interest in any advance payment retainers upon our receipt, any advance payment retainers will be placed in our general account and will not be held in a client trust, escrow or similar account, and the Company will not earn any interest on any advance payment retainers. The purpose of the advance payment retainer is to ensure that we do not become a creditor of the Company and will not be disqualified from representing the Company in any liquidation, reorganization or similar proceeding, including in any case under Title 11 of the United States Code. The advance payment retainer is not a security deposit or security retainer. Notwithstanding payment of the advance payment retainers, the Company shall remain liable to us for all amounts owed to us pursuant to the terms of this engagement letter. At the conclusion of this engagement, if the amount of any advance payment retainers held by us are in excess of the amount of our outstanding and estimated fees, expenses and costs, we will pay to the Company an amount equal to the amount by which any advance payment retainers exceed such fees, expenses and costs.

       **3.**    **Fees for Legal Services** — Our fees for legal services are based on our assessment of the reasonable value of our services. To assist us in determining that value, we assign hourly rates to each of our lawyers and legal assistants, and require each to maintain a record of the time spent and the services rendered on a particular matter. Time is recorded in tenths of an hour, which is the minimum we charge for any service. Our hourly rates, which are based on seniority, currently range from $1,165 to $1,560 per hour for partners; $1,125 to $1,160 per hour for counsel; $480 to $1,065 per hour for staff attorneys and associates; and $110 to $365 per hour for legal assistants. From time to time, we reassess these rates to account for increases in our costs, augmentation of the experience and ability of our legal personnel and other factors, and thus our current rates may change (and be thereafter applied to all unbilled time) during our representation of you. In addition to hourly rates, we may also take account of the types of services involved; the size, scope, complexity, and time limitations of the matter; the results obtained; and other relevant circumstances, including any factors that you may wish to call to our attention. We are prepared, consistent with these principles, to adapt our valuation of services in advance of undertaking the representation to address any special needs you may raise with us.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Sears Holdings Corporation                                                                                4

**4.      Disbursements & Other Charges** — We are committed to serving you with the most effective and cost-efficient support systems reasonably required as an incident to our legal services, and to this end we allocate charges for such systems in accordance with the extent of usage by individual clients, which are billed in addition to our fee for legal services. We provide certain services (or incur costs) in-house for which we charge an amount calculated in an effort fairly to reflect the equipment, personnel and overhead costs to us of providing the services to you. We obtain other services (or incur other costs) from outside vendors or suppliers for which we charge only the amount billed to us by the vendor or supplier. We may forward the invoices from these outside sources directly to you, in which event you will be responsible to pay the invoices in accordance with their terms. Otherwise, our statements will separately bill you for these disbursements and other charges.

In the event we are required to respond to a subpoena or other formal request from a third party relating to services we have performed for you, you agree to reimburse us for our time and expense incurred in responding to such request.

**5.      Billing** — We want our clients to be satisfied with both the quality of our services and the reasonableness of our bills, and we earnestly invite you to discuss with us any questions or comments you may have about any of our fees and charges or the format of our bills. We will send statements to the Company on a monthly basis for the fees, disbursements, and related charges incurred in the preceding month, except that, in certain transactions, we may mutually agree that some or all of the billing will be done on some other basis. While we make every effort to include all disbursements in the statements for the period in which they were incurred, some costs (especially telephone or outside vendor expenses) are not available at the time of billing and must therefore be included in a later statement. Our statements are due and owing upon receipt and the Company, by the signature of its representative below, agrees to pay such statements. In the event that some or all of our fees might be subject to payment by some third party (e.g., an insurance company), we regard our client as responsible for the payment of our fees and, absent a specific agreement to the contrary, we will not look to the third party for payment. We first apply all payments we receive from you to our oldest outstanding statement.

**6.      Managing Costs** — We are sensitive to the need to manage and, when possible, to predict legal costs. We are happy to work with you to estimate our likely fees and expenses in connection with our services. You understand, however, that any estimate of projected fees is necessarily only an inexact approximation based on assumptions that may prove unfounded in the unique circumstances of each matter, and that such estimates are not intended as either a maximum or a minimum fee for our legal services.

**7.      Outside Experts** — In the course of our representation it may be appropriate, with your advance approval, to retain persons of special training or expertise to assist in the rendition of legal services (e.g., accountants, economists, financial

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Sears Holdings Corporation                                                                                      5

advisors, investigators). Owing to privileges that may apply to services that an attorney requests from a third party, it will often be advisable for this firm to assume responsibility for hiring such experts. Notwithstanding that the contractual relationship may be with this firm, however, you agree that you will bear the responsibility directly to pay the invoices for the fees and expenses incurred by these persons.

        **8.**     **Arbitration** — In certain circumstances, you may have the right to demand arbitration of a dispute over our legal fees in civil matters involving amounts greater than one thousand dollars ($1,000) and less than fifty thousand dollars ($50,000). In the event such a dispute arises, we shall notify you in writing of your rights, if any, to demand mediation or arbitration, processes that may have significant advantages for you.

        **9.**     **Confidentiality** — For our relationship to succeed, it is essential for you to provide us with all factual information reasonably relevant and material to the subject matter of our representation. We regard the lawyer's duty to preserve the confidences and secrets of a client with the utmost seriousness. The confidences and secrets we obtain in the course of our representations belong to and may be waived by the Restructuring Committee or the Restructuring Sub-Committee, as applicable, and not by the employees, officers, or other directors of the Company. Of course, in the absence of a conflict, we are free to represent these other persons, but should not be deemed to do so without our express agreement to that effect.

        **10.**     **Conflicts of Interest** — We wish to avoid any circumstance in which you would regard our representation of another client to be inconsistent with our duties to and understandings with you. Unless we have told you otherwise, we do not now represent another client in the specific matter in which you have retained us. However, the specific matters that could be or are RSC Conflict Matters or Other Conflict Matters are not known with certainty at the time of the commencement of this engagement. Upon the identification of specific RSC Conflict Matters or Other Conflict Matters, we will identify and notify you of any potential or actual ethical conflicts that Paul Weiss may have with respect to such RSC Conflict Matter or Other Conflict Matters. The extent of such notice may be affected by our ethical duty to our other client(s) not to disclose the confidential information of the other client(s), in which case we will initially provide only the extent of notice that we believe we are then permitted to provide and supplement the notice when doing so would no longer violate our ethical duty to our other client(s). If Paul Weiss determines that there is a potential or actual ethical conflict with respect to a particular RSC Conflict Matter or Other Conflict Matter, our representation and legal advice in that particular RSC Conflict Matter or Other Conflict Matter shall be subject to our receipt of written informed consent from each client.

        Additionally, because we represent a large number of clients in a wide variety of legal matters around the world, it is possible that we currently represent, or in the future may be asked to represent, in some other matter unrelated to the specific matter in which you have engaged us, some person or entity whose interests are actually or

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Sears Holdings Corporation                                                            6

potentially adverse to your interests in this or other matters, including in negotiations, work-outs, bankruptcy proceedings, or litigation.  We agree that we will not undertake any such representation if the subject of the other representation is related to the specific matter in which we currently represent you.  If the matters are not related, however, then you hereby agree that we will be free to undertake such an unrelated adverse representation provided that (a) the unrelated representation will not implicate any confidential information we have received from you, and (b) the other client has consented to our continued representation of you.  This means that this firm could represent another client against you in an unrelated matter such as a lawsuit, a transaction, or some other matter.  Your agreement as set forth in this paragraph represents your acknowledgement that such adverse representations are foreseeable to you, and effects a waiver of your right, if any, to object to our representation in the unrelated matter of another client whose interests are adverse to yours.  Since we understand that you are experienced in retaining counsel, we are relying upon your agreement to the foregoing in undertaking this representation.  We urge you to ask us (or other counsel) any questions concerning this paragraph before we undertake to represent you.

Moreover, in the course of representing you, and in order fully to satisfy our professional obligations, we may from time to time need to consult with the lawyers in this firm responsible for advising the firm on ethical issues, including issues that may implicate your interests.  You acknowledge and agree that, notwithstanding this potential for conflict in consideration of our professional obligations, the firm is free to consult with its own internal counsel on such matters without your consent and that such consultations are privileged and confidential.

11.    **Termination** — We hope and trust that our relationship with you will be a long and fruitful one.  Nevertheless, you are free to terminate our representation of you at any time unless judicial approval is required for us to withdraw, in which event we agree not to oppose such withdrawal.  Subject always to any applicable rule of court, we may terminate this agreement if you deliberately disregard the terms of this agreement or if, in our professional judgment, we are unable to continue the representation consistent with our ethical obligations.  Notwithstanding any such termination, you remain liable to pay all fees and charges incurred up to the date of termination.  Upon completion of the matter to which this engagement letter applies, or the earlier termination of the representation, our attorney-client relationship will end unless we agree to continue the representation on other matters.  We shall have no continuing obligation to advise you on any matter unless we otherwise agree in writing.

12.    **Legal Updates, Publications and Events** — You agree that we may contact you with legal updates or other publications which we believe may be useful to you (for example, with details of relevant changes in law).  In addition, you agree that we may send you invitations to events such as client seminars on various legal topics. We may contact you for these purposes by email, mail or telephone (as appropriate).  If

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Sears Holdings Corporation                                                                                       7

you prefer not to be contacted for these purposes, please email us at privacy@paulweiss.com.

   **13.**  **Governing Law** — Any controversy, dispute or claim of any kind between us shall be governed by and interpreted in accordance with the laws of the State of New York, without regard to any provisions governing conflicts of laws.

   **14.**  **Entire Agreement** — These terms set out the entire agreement between you and us concerning our provision of legal services. Any modifications of or amendments to these terms must be in writing and agreed by both parties.

   **15.**  **Records Management and Retention** — We will maintain all paper and electronic records related to our representation of you in secure facilities and on secure servers. Those records will include documents such as legal pleadings, transactional documents, substantive correspondence and other documents reasonably necessary to our representation of you in the matter (the "Client File"). The Client File is your property. The records may also include purely internal firm documents prepared for the purpose of facilitating performance of our legal services in the form of research memoranda, outlines, emails, handwritten notes and mark-ups of documents, as well as new matter intake forms and internal conflicts checking records. These records are our property. At the close of a specific matter, we will return to you your original documents, if any, related to the matter. At your request, any remaining records in the Client File will be returned to you at your expense. You agree that we may make physical or electronic copies if we choose at our own expense. You agree and understand that any materials left with us after the engagement has terminated may be retained or destroyed at our discretion without further notice to you and in a manner which preserves the confidential and secret nature of their contents. The firm's current policy is to retain records (other than duplicates and the like) for a period of ten years after the matter has terminated. In personal representation matters, the retention period is twenty years. At the expiration of the relevant retention period, the retained matter records will be destroyed. Please advise us if you have a records retention policy in place with which we will need to comply.

*  *  *

   Our goal is to serve you in an effective and efficient way, and we welcome your views on how we may best do so. We encourage you to discuss with us any questions you might have concerning these matters. Please signify your acceptance of the foregoing Terms of Engagement by signing the enclosed copy of this letter and returning it to me. Please note that your instructing us or continuing to instruct us on the matter discussed above will constitute your full acceptance of the terms set out above.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Sears Holdings Corporation                                                                        8

        Again, we are all pleased at the chance to work on this matter and look forward to a successful outcome.

                  Sincerely,

                  Paul M. Basta

AGREED:

By: _____

Name: ___Alan J. Carr_____

Title: __Member of the Board_ of Directors