# EXHIBIT A

30 South Wacker Drive, Suite 2600, Chicago, Illinois 60606
t: 312 444 9300   f: 312 444 9027   chuhak.com



Miriam R. Stein

Writer's Direct Line
(312) 855-6109

Writer's E-mail
mstein@chuhak.com

November 1, 2018

**Via Overnight Courier and Email**

Jacqueline Marcus
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
*Jacqueline.marcus@weil.com*

**Via Overnight Courier**

Robert Reicker
Chief Financial Officer
Sears Holding Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

    Re:    *In re Sears Holdings Corporation, et al.,* Case No. 18-23538 (RDD); Demand for Reclamation of Goods Pursuant to Bankruptcy Code §546(c) and U.C.C. §2-702 on behalf of MJ Holding Company, LLC

Dear Ms. Marcus and Mr. Reicker:

    This firm represents MJ Holding Company, LLC ("MJH") in connection with its claims against Sears Holding Corporation and its affiliated debtors (together, the "Debtors").

    On October 15, 2018 (the "Petition Date"), the Debtors commenced chapter 11 cases in the U.S. Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). During the 45-day period prior to the Petition Date (the "Reclamation Period"), MJH delivered goods (the "Goods") to the Debtors on consignment in the ordinary course of business for which MJH has not been paid as of the date of this letter. The value of the Goods delivered to the Debtors is $83,730.77. A summary of the Goods delivered to the Debtors during the Reclamation Period is attached hereto as Exhibit 1.

    At the time the Debtors received the Goods, the Debtors were insolvent. It is our understanding that the Goods are currently in the Debtors' possession.

4813-7810-8794.1.11161.68649



Reclamation Demand
November 1, 2018
Page 2

      MJH hereby makes a demand (the "Reclamation Demand") pursuant to 11 U.S.C. §546(c) and U.C.C. §2-702 for the Debtors to immediate surrender the Goods to MJH, all of which were delivered by MJH and received by the Debtors during the Reclamation Period.  Pending the prompt return of the Goods, MJH hereby demands that the Debtors (i) protect and segregate the Goods, and (ii) refrain from selling, using or disposing of the Goods pursuant to 11 U.S.C. §§361 and 363(e).

      MJH reserves all of its rights with respect to the Goods, including without limitation, (i) its right to be paid in the ordinary course of business as a post-petition creditor of the Debtors to the extent that the Goods were delivered to the Debtors on or after the Petition Date; (ii) its right to assert a 20-day administrative priority claim pursuant to 11 U.S.C. §503(b)(9); (iii) its right to assert a "new value" defense to any preference demand pursuant to 11 U.S.C. §547(c)(4); (iv) its right to demand payment of any portion of these invoices as a "cure" payment in connection with the Debtors' assumption of an executory contract between MJH and the Debtors, if any, pursuant to 11 U.S.C. §365; (v) its right to seek payment of its pre-petition invoices from any non-debtor parties that are co-obligors; (vi) its right to amend or supplement the Reclamation Demand (including filing additional evidence in support thereof) or to file additional demands or claims, including without limitation, a proof of claim in the Debtors' chapter 11 cases and all other claims at law or in equity; and (vii) its right to assert any other rights under applicable law.  In addition to the foregoing, MJH reserves all rights with respect to the Goods to seek reclamation or return of the Goods at any time as property of MJH (and not property of the Debtors' bankruptcy estates) due to MJH's perfected security interest in the Goods as consigned inventory (and to seek return of any other MJH's consigned goods in the Debtors' possession).

      Please direct any response, notices, or inquiries regarding the Reclamation Demand to my attention.

      Very truly yours,

      *MIRIAM R. STEIN*

      Miriam R. Stein

MRS:dtg
Enclosures
cc:    Mitchell D. Weinstein, Esq. (via email)