| | |
|---|---|
| In re<br><br>SEARS HOLDINGS CORPORATION, et al.[1],<br><br>Debtor | Chapter 11<br><br>Case No. 18-23538 (RDD) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE**

PLEASE TAKE NOTICE that OKeefe & Associates Law Corporation, P.C. appears in this matter on behalf of J.W. Mitchell Company, LLC in accordance with Rule 9010, Federal Rules of Bankruptcy Procedure, and requests that copies of all pleadings and other papers, including, without limitation, all notices, motions, applications, objections, responses, lists, schedules, statements, and all other matters arising in these Chapter 11 cases, be served upon Sean A. O'Keefe at the address set forth below:

> OKeefe & Associates Law Corporation, P.C.
> 130 Newport Center Drive, Suite 140
> Newport Beach, CA 92660
> Phone: (949) 334-4135
> Facsimile: (949) 274-8639
> Email: sokeefe@okeefelc.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procur ement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, the notice of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, overnight delivery, telephone, email or otherwise, or made with regard to the referenced cases or any proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) the referenced party's right to have final orders in non-core matters entered only after de novo review by a United States District Judge, (2) the referenced party's right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) the referenced party's right to request the United States District Court to withdraw the reference or to abstain, in any matter subject to mandatory or discretionary withdrawal or abstention, (4) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, or (5) any other rights, claims, actions, defenses, setoffs, or recoupments under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 1, 2018

OKEEFE & ASSOCIATES
LAW CORPORATION, P.C.

By: /s/ Sean A. O'Keefe
_____
Sean A. O'Keefe
130 Newport Center Drive, Suite 140
Newport Beach, CA 92660
Phone: (949) 735-5540
Facsimile: (949) 274-8639
Email: sokeefe@okeefelc.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2018, I electronically filed the annexed Notice of Appearance on behalf of J.W. Mitchell, LLC and affiliated entities, using the ECF system, which will send notification of such filing by operation of the Court's electronic systems. Parties may access this filing via the Court's electronic system.

                    /s/ Sean A. O'Keefe
                    _____
                    Sean A. O'Keefe, counsel to
                    J.W. Mitchell Company, LLC