Ralph R. Mabey (Utah #2036) (N.Y. #1993476)
Ryan C. Cadwallader (Utah #13661)
KIRTON McCONKIE
50 East South Temple, Suite 400
Salt Lake City, UT 84111
Telephone: 801-328-3600
Facsimile: 801-212-2013
Email: rmabey@kmclaw.com
        rcadwallader@kmclaw.com

Counsel for Wicked Audio, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Bankruptcy Case No. 18-23538 (RDD)<br><br>Chapter 11<br><br>(Jointly Administered) |

### NOTICE OF RECLAMATION CLAIM

PLEASE TAKE NOTICE that Wicked Audio, Inc. ("Wicked"), by and through its

undersigned counsel, files this Notice of Reclamation Claim pursuant to 11 U.S.C. § 546(c) and

applicable non-bankruptcy law, on the above-captioned debtors and debtors-in-possession

(collectively, the "Debtors"), to reclaim certain assets (the "Goods") that are subject to reclamation.[1]

The Goods were sold in the ordinary course of business and received by the Debtors in the forty-five (45) days prior to the filing of the Debtors' bankruptcy petitions on October 15, 2018 (the "Petition Date"). Wicked is informed and believes the Debtors were insolvent at the time they received delivery of the Goods.

Wicked incorporates by reference and attaches as **Exhibit A** hereto, a copy of the written demand for reclamation, and list of invoices and related information for the Goods shipped from Wicked to the Debtors during the forty-five (45) day period prior to the Petition Date (the "Reclamation Demand"), served on the Debtors and the Debtors' attorney of record on October 31, 2018, pursuant to 11 U.S.C. § 546(c). The value of the Goods at issue is not less than $107,880.00.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SRC Sparrow 1 LLC (None); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); SRC Sparrow 2 LLC (None); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); SRC O.P. LLC (None); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); SRC Facilities LLC (None); and SRC Real Estate (TX), LLC (None). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

PLEASE TAKE FURTHER NOTICE that Wicked reserves all of its rights with respect to the Goods, including, without limitation, (i) its right to be paid in the ordinary course of business as a post-petition creditor of the Debtors to the extent the Goods were delivered to the Debtors on or after the Petition Date; (ii) its right to assert a 20-day administrative priority claim pursuant to 11 U.S.C. § 503(b)(9); (iii) its right to assert a "new value" defense to any preference demand pursuant to 11 U.S.C. §547(c)(4); (iv) its right to demand payment of any portion of this invoice as a "cure" payment in connection with the Debtors' assumption of any executory contract, if any, pursuant to 11 U.S.C. § 365; (v) its right to seek payment of its prepetition invoices from any non-debtor parties that are co-obligors; (vi) its right to file additional demands or claims, including without limitation, a proof of claim; and/or (vii) its right to assert any other rights under applicable law. By filing this Notice of Reclamation Claim, Wicked does not consent to entry of final orders of the bankruptcy court on non-core issue and claims, and does not waive any jurisdictional defenses and reserves its rights to amend this Notice of Reclamation Claim.

Dated: November 2 , 2018

Respectfully submitted,

KIRTON MCCONKIE P.C.

By: _____
Ralph R. Mabey (Utah #2036) (N.Y. #1993476)
Ryan C. Cadwallader (Utah #13661)
50 East South Temple, Suite 400
Salt Lake City, UT 84111
Telephone: 801-328-3600
Facsimile: 801-212-2013

3

Email: rmabey@kmclaw.com
rcadwallader@kmclaw.com

Counsel for Wicked Audio, Inc.

4

## CERTIFICATE OF SERVICE

The undersigned hereby certified that on this ___2___ day of November, 2018, a true and correct copy of the foregoing Notice of Reclamation Claim was electronically filed with the United States Bankruptcy Court for the Southern District of New York CM/ECF filing system and further certifies that the below listed are parties of record in this case, are registered users of CM/ECF, and will be served through the CM/ECF system:

Jacqueline Marcus
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
Jacqueline.marcus@weil.com

Ray C Schrock
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
ray.schrock@weil.com

Sunny Singh
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
sunny.singh@weil.com

Adam M. Adler
Prime Clerk LLC
830 Third Avenue
9th Floor
New York, NY 10022
aadler@primeclerk.com

5

Ira S. Dizengoff
Akin, Gump, Strauss, Hauer & Feld, LLP
One Bryant Park
New York, NY 10036
idizengoff@akingump.com

## EXHIBIT A
(Demand for Reclamation)

# KIRTON | McCONKIE

Ralph R. Mabey
rmabey@kmclaw.com
801.239.3145

October 31, 2018

**VIA EMAIL AND VIA OVERNIGHT DELIVERY CONFIRMATION REQUESTED**

Ray C. Schrock, P.C.
Jacqueline Marcus, Esq.
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
(RAY.SCHROCK@WEIL.COM)
(JACQUELINE.MARCUS@WEIL.COM)

VIA OVERNIGHT MAIL
Sears Holding Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

> Re:    In re Sears Holding Corporation, et al., 18-23538 (RDD) (Bankr. S.D.N.Y.)
>           Demand for Reclamation Pursuant to 11 U.S.C. § 546(c)

Dear Ms. Marcus:

Pursuant Section 546(c) of the United States Bankruptcy Code (and the applicable U.C.C. provisions in the states where the bulk of the Goods (as defined herein) were delivered), demand is hereby made upon Sears Holding Corporation and/or any of its subsidiaries and affiliates, as applicable (collectively, "Sears") for the reclamation and return of all goods (the "Goods") that were shipped to Sears by Wicked Audio, Inc. ("Wicked") in the ordinary course of business, where such goods were received by Sears within forty-five (45) days preceding the date upon which Sears filed its bankruptcy petition in the United States Bankruptcy Court for the Southern District of New York (the "Petition Date").

This demand covers twelve (12) invoices not less than $107,880.00 for the Goods that were delivered to Sears prior to the Petition Date, and for the proceeds of any Goods that may have been sold. Copies of the invoices are enclosed herein. See Schedule 1 hereto.

Error! Unknown document property name.
ATTORNEYS AT LAW    Kirton McConkie Building, 50 East South Temple, Salt Lake City, UT 84111    801.328.3600 tel  801.321.4893 fax
www.kmclaw.com    Key Bank Tower, 36 South State Street, Suite 1900, Salt Lake City, UT 84111    801.328.3600 tel  801.321.4893 fax
Thanksgiving Park Four, 2600 W Executive Parkway, Suite 400, Lehi, UT 84043    801.426.2100 tel  801.426.2101 fax

Demand is hereby made that the Goods sought to be reclaimed hereby continue to be segregated from Sears' other inventory and returned to Wicked along with proceeds of any Goods that may have been sold to Wicked Audio, Inc. 875 West 325 North Lindon, UT 84042 within thirty (30) days of this letter, except to the extent, if any, prohibited by the Bankruptcy Court in Case Number 18-23538 (RDD), and that you provide an immediate accounting of all such Goods on-hand and their present location(s). Please take notice that these Goods are not to be sold, used or otherwise transferred except with our written consent or by order of the court of competent jurisdiction entered upon prior notice to Wicked.

Wicked reserves all rights under 11 U.S.C. § 503(b)(9) to the extent the Goods are not timely returned. In addition, Wicked reserves the right to amend and supplement this reclamation demand and to make additional reclamation or other demands and claims Wicked may have at law, in equity or otherwise. This reclamation demand is not intended to be and shall not be construed as a waiver of any past, present or future defaults or events of default by Sears or any of its subsidiaries or affiliates or a waiver or limitation of any of its rights or remedies.

Very truly yours,

Kirton McConkie

Ralph Mabey

Enclosures (Invoices)

cc:   Steve Jaynes (steve@wickedaudio.com) (Phone No.: 801-785-9636); David Tingey (dtingey@kmclaw.com)

## **SCHEDULE 1**
(Invoices)

**Wicked Audio, Inc.**
875 West 325 North
Lindon, UT 84042
USA

Voice:  (801) 785-9636
Fax:    (801) 785-9446



# INVOICE

Invoice Number:  76372
Invoice Date:    Sep 28, 2018
Page:            1

*Duplicate*

PLEASE SEND PAYMENT TO:
Wicked Audio
P.O. Box 150426
Ogden, UT 84415-0426

| Bill To: | Ship to: |
|---|---|
| Sears Holdings Corp<br>Manteno CDFC # 475<br>8380 N. 4000 East Road<br>Manteno, IL 60950 | Sears Holdings Corp<br>333 South Spruce Street<br>Manteno, IL 60950-3430 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| SEA001 | 08269244520 | Net 60 Days | |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| IMP001 | UPS Ground | 9/28/18 | 11/27/18 |

| Quantity | Item | Description | Backorder Qty | Unit Price | Amount |
|---|---|---|---|---|---|
| 144.00 | WIBT150 | Wicked Audio Endo Bluetooth Headphone, Black, Prop65 | | 20.00 | 2,880.00 |
| 180.00 | WIBT1750 | Wicked Audio Omen Bluetooth Earbud, Black, Prop65 | | 10.00 | 1,800.00 |
| 120.00 | WIBT1753 | Wicked Audio Omen Bluetooth Earbud, Red, Prop65 | 60.00 | 10.00 | 1,200.00 |
| 180.00 | WIBT2654 | Wicked Audio Bandido Bluetooth Earbud, Rose Gold, Prop65 | | 15.00 | 2,700.00 |
| 180.00 | WIBT2650 | Wicked Audio Bandido Bluetooth Earbud, Black, Prop65 | | 15.00 | 2,700.00 |

Check/Credit Memo No:

| | |
|---|---|
| Subtotal | 11,280.00 |
| Sales Tax | |
| Freight | |
| Total Invoice Amount | 11,280.00 |
| Payment/Credit Applied | |
| TOTAL | 11,280.00 |

10/26/2018

Trace / Track Shipments

*Thank you for choosing www.odfl.com*

## Old Dominion Freight Line Shipment Trace

Trace more shipments

*Detailed Data*

Pro Number: 77796492898

| | |
|---|---|
| Delivery Date (EST) | 10/3/2018 |
| Status | Delivered |
| Trailer Number | 492568 |
| Appointment Scheduled | |
| Pieces | 1 |
| Weight | 305 |
| PO# | PO08288244520 |
| BOL# | |
| Signature | |
| Origin | LINDON, UT 84042 |
| Origin SC | SLC |
| Destination | MANTENO, IL 60950 |
| Destination SC | CHI |
| Picked Up | 09/28/2018 2:02 PM MDT |
| Arrived Origin SC | 09/28/2018 6:34 PM MDT |
| Departed Origin SC | 09/29/2018 3:15 AM MDT |
| Arrived Destination SC | 10/01/2018 6:03 PM CDT |
| Arrived at Customer Location | |
| Estimated Delivery Date | 10/03/2018 |
| Delivered | 10/03/2018 12:38 PM CDT |
| Email Notification | ✉ |
| Documents | BOL,DR |

**Wicked Audio, Inc.**
875 West 325 North
Lindon, UT 84042
USA

Voice: (801) 785-9636
Fax: (801) 785-9446



# INVOICE

Invoice Number: 76371
Invoice Date:  Sep 28, 2018
Page:  1

*Duplicate*

## PLEASE SEND PAYMENT TO:
Wicked Audio
P.O. Box 150426
Ogden, UT 84415-0426

**Bill To:**
Sears Holdings Corp
Manteno CDFC # 475
8380 N. 4000 East Road
Manteno, IL 60950

**Ship to:**
Sears Holdings Corp
5600 E Airport RD
Ontario, CA 91761-8609

| Customer ID | Customer P.O. | Payment Terms | |
|---|---|---|---|
| SEA001 | 08287250824 | Net 60 Days | |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| IMP001 | UPS Ground | 9/28/18 | 11/27/18 |

| Quantity | Item | Description | BackOrder Qty | Unit Price | Amount |
|---|---|---|---|---|---|
| 240.00 | WIBT150 | Wicked Audio Endo Bluetooth Headphone, Black. Prop65 | | 20.00 | 4,800.00 |
| 240.00 | WIBT1750 | Wicked Audio Omen Bluetooth Earbud, Black. Prop65 | | 10.00 | 2,400.00 |
| 180.00 | WIBT1753 | Wicked Audio Omen Bluetooth Earbud, Red. Prop65 | 60.00 | 10.00 | 1,800.00 |
| 240.00 | WIBT2654 | Wicked Audio Bandido Bluetooth Earbud, Rose Gold. Prop65 | | 15.00 | 3,600.00 |
| 240.00 | WIBT2650 | Wicked Audio Bandido Bluetooth Earbud, Black. Prop65 | | 15.00 | 3,600.00 |

Check/Credit Memo No:

| | |
|---|---|
| Subtotal | 16,200.00 |
| Sales Tax | |
| Freight | |
| Total Invoice Amount | 16,200.00 |
| Payment/Credit Applied | |
| **TOTAL** | **16,200.00** |

*Thank you for choosing www.odfl.com*

## Old Dominion Freight Line Shipment Trace

Trace more shipments

*ⁱJ* Detailed Date

Pro Number: 77796491494

| | |
|---|---|
| Delivery Date (EST) | 10/1/2018 |
| Status | Delivered . |
| Trailer Number | 286636 |
| Appointment Scheduled | |
| Pieces | 1 |
| Weight | 1240 |
| PO# | PO08287250824 |
| BOL# | |
| Signature | |
| Origin | LINDON, UT 84042 |
| Origin SC | SLC |
| Destination | ONTARIO, CA 91761 |
| Destination SC | RTO |
| Picked Up | 09/28/2018 2:02 PM MDT |
| Arrived Origin SC | 09/28/2018 6:34 PM MDT |
| Departed Origin SC | 09/29/2018 12:55 AM MDT |
| Arrived Destination SC | 09/29/2018 3:45 PM PDT |
| Arrived at Customer Location | |
| Estimated Delivery Date | 10/01/2018 |
| Delivered | 10/01/2018 5:30 PM PDT |
| Email Notification | ✉ |
| Documents | BOL DR |

**Wicked Audio, Inc.**
875 West 325 North
Lindon, UT  84042
USA

Voice:   (801) 785-9636
Fax:      (801) 785-9446



# INVOICE

Invoice Number:  76376
Invoice Date:       Sep 28, 2018
Page:                    1

*Duplicate*

### PLEASE SEND PAYMENT TO:
Wicked Audio
P.O. Box 150426
Ogden, UT 84415-0426

**Bill to:**
Sears Holdings Corp
Manteno CDFC # 475
8380 N. 4000 East Road
Manteno, IL  60950

**Ship to:**
Sears Holdings Corp
1 Kresge Road
Fairless Hills, PA  19030

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| SEA001 | 08275309349 | Net 60 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| IMP001 | UPS Ground | 9/28/18 | 11/27/18 |

| Quantity | Item | Description | Backorder Qty | Unit Price | Amount |
|---|---|---|---|---|---|
| 276.00 | WIBT150 | Wicked Audio Endo Bluetooth Headphone, Black. Prop65 | | 20.00 | 5,520.00 |
| 300.00 | WIBT1750 | Wicked Audio Omen Bluetooth Earbud, Black. Prop65 | | 10.00 | 3,000.00 |
| 240.00 | WIBT1753 | Wicked Audio Omen Bluetooth Earbud, Red. Prop65 | 60.00 | 10.00 | 2,400.00 |
| 300.00 | WIBT2654 | Wicked Audio Bandido Bluetooth Earbud, Rose Gold. Prop65 | | 15.00 | 4,500.00 |
| 300.00 | WIBT2650 | Wicked Audio Bandido Bluetooth Earbud, Black. Prop65 | | 15.00 | 4,500.00 |

Check/Credit Memo No:

| | | |
|---|---|---|
| Subtotal | | 19,920.00 |
| Sales Tax | | |
| Freight | | |
| Total Invoice Amount | | 19,920.00 |
| Payment/Credit Applied | | |
| TOTAL | | 19,920.00 |

*Thank you for choosing www.odfl.com*

## Old Dominion Freight Line Shipment Trace

Trace more shipments

*: Detailed Data

Pro Number: 77796497699

| | |
|---|---|
| Delivery Date (EST) | 10/2/2018 |
| Status | Delivered |
| Trailer Number | 797311 |
| Appointment Scheduled | |
| Pieces | 1 |
| Weight | 535 |
| PO# | PO08276309349 |
| BOL# | |
| Signature | |
| Origin | LINDON, UT 84042 |
| Origin SC | SLC |
| Destination | FAIRLESS HILLS, PA 19030 |
| Destination SC | PHL |
| Picked Up | 09/28/2018 2:02 PM MDT |
| Arrived Origin SC | 09/28/2018 6:34 PM MDT |
| Departed Origin SC | 09/29/2018 12:40 AM MDT |
| Arrived Destination SC | 10/02/2018 12:52 AM EDT |
| Arrived at Customer Location | |
| Estimated Delivery Date | 10/02/2018 |
| Delivered | 10/02/2018 7:09 PM EDT |
| Email Notification | ✉ |
| Documents | BOL DR |

**Wicked Audio, Inc.**
875 West 325 North
Lindon, UT  84042
USA

Voice:   (801) 785-9636
Fax:     (801) 785-9446



# INVOICE

Invoice Number: 76370
Invoice Date:    Sep 28, 2018
Page:            1

*Duplicate*

PLEASE SEND PAYMENT TO:
Wicked Audio
P.O. Box 150426
Ogden, UT 84415-0426

**Bill To:**
Sears Holdings Corp
Manteno CDFC # 475
8380 N. 4000 East Road
Manteno, IL  60950

**Ship To:**
Sears Holdings Corp- RIM
Manteno CDFC# 475
8380 N. 4000 East Road
Manteno, IL  60950-3430

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| SEA001 | 559348 | Net 60 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| IMP001 | UPS Ground | 9/28/18 | 11/27/18 |

| Quantity | Item | Description | Backorder Qty | Unit Price | Amount |
|---|---|---|---|---|---|
| 180.00 | WIBT150 | Wicked Audio Endo Bluetooth Headphone, Black, Prop65 | | 20.00 | 3,600.00 |
| 180.00 | WIBT1750 | Wicked Audio Omen Bluetooth Earbud, Black, Prop65 | | 10.00 | 1,800.00 |
| 120.00 | WIBT1753 | Wicked Audio Omen Bluetooth Earbud, Red, Prop65 | 60.00 | 10.00 | 1,200.00 |
| 180.00 | WIBT2654 | Wicked Audio Bandido Bluetooth Earbud, Rose Gold, Prop65 | | 15.00 | 2,700.00 |
| 180.00 | WIBT2650 | Wicked Audio Bandido Bluetooth Earbud, Black, Prop65 | | 15.00 | 2,700.00 |

Check/Credit Memo No:

| | | |
|---|---|---|
| Subtotal | | 12,000.00 |
| Sales Tax | | |
| Freight | | |
| Total Invoice Amount | | 12,000.00 |
| Payment/Credit Applied | | |
| **TOTAL** | | **12,000.00** |

*Thank you for choosing www.odfl.com*

## Old Dominion Freight Line Shipment Trace

Trace more shipments

⌀ Detailed Data

Pro Number: 77796468765

| | |
|---|---|
| Delivery Date (EST) | 10/3/2018 |
| Status | Delivered |
| Trailer Number | 492137 |
| Appointment Scheduled | |
| Pieces | 1 |
| Weight | 345 |
| PO# | PO559348 |
| BOL# | |
| Signature | BETTY |
| Origin | LINDON, UT 84042 |
| Origin SC | SLC |
| Destination | MANTENO, IL 60950 |
| Destination SC | CHI |
| Picked Up | 09/28/2018 2:02 PM MDT |
| Arrived Origin SC | 09/28/2018 6:34 PM MDT |
| Departed Origin SC | 09/29/2018 6:20 AM MDT |
| Arrived Destination SC | 10/02/2018 6:25 AM CDT |
| Arrived at Customer Location | 10/03/2018 10:21 AM CDT |
| Estimated Delivery Date | 10/03/2018 |
| Delivered | 10/03/2018 10:34 AM CDT |
| Email Notification | ✉ |
| Documents | BOL DR |

**Wicked Audio, Inc.**
875 West 325 North
Lindon, UT 84042
USA



# INVOICE

Invoice Number: 76373
Invoice Date:    Sep 28, 2018
Page:            1
*Duplicate*

Voice:  (801) 785-9636
Fax:    (801) 785-9446

### PLEASE SEND PAYMENT TO:
**Wicked Audio**
**P.O. Box 150426**
**Ogden, UT 84415-0426**

**Bill To:**
Sears Holdings Corp
Manteno CDFC # 475
8380 N. 4000 East Road
Manteno, IL 60950

**Ship To:**
Sears Holdings Corp
655 Southwest 52nd Avenue
Ocala, FL 34474-9365

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| SEA001 | 08292266025 | Net 60 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| IMP001 | UPS Ground | 9/28/18 | 11/27/18 |

| Quantity | Item | Description | Backorder Qty | Unit Price | Amount |
|---|---|---|---|---|---|
| 264.00 | WIBT150 | Wicked Audio Endo Bluetooth Headphone, Black. Prop65 | | 20.00 | 5,280.00 |
| 300.00 | WIBT1750 | Wicked Audio Omen Bluetooth Earbud, Black. Prop65 | | 10.00 | 3,000.00 |
| 180.00 | WIBT1753 | Wicked Audio Omen Bluetooth Earbud, Red. Prop65 | 120.00 | 10.00 | 1,800.00 |
| 300.00 | WIBT2654 | Wicked Audio Bandido Bluetooth Earbud, Rose Gold. Prop65 | | 15.00 | 4,500.00 |
| 300.00 | WIBT2650 | Wicked Audio Bandido Bluetooth Earbud, Black. Prop65 | | 15.00 | 4,500.00 |

| | | |
|---|---|---|
| Subtotal | | 19,080.00 |
| Sales Tax | | |
| Freight | | |
| Total Invoice Amount | | 19,080.00 |
| Payment/Credit Applied | | |
| **TOTAL** | | **19,080.00** |

Check/Credit Memo No:

*Thank you for choosing www.odfl.com*

## Old Dominion Freight Line Shipment Trace

Trace more shipments

Detailed Data

Pro Number: 77798494977

| | |
|---|---|
| Delivery Date (EST) | 10/3/2018 |
| Status | Delivered |
| Trailer Number | 793786 |
| Appointment Scheduled | |
| Pieces | 1 |
| Weight | 1285 |
| PO# | PO08202265025 |
| BOL# | |
| Signature | |
| Origin | LINDON, UT 84042 |
| Origin SC | SLO |
| Destination | OCALA, FL 34474 |
| Destination SC | OCL |
| Picked Up | 09/28/2018 2:01 PM MDT |
| Arrived Origin SC | 09/28/2018 6:34 PM MDT |
| Departed Origin SC | 09/29/2018 3:54 AM MDT |
| Arrived Destination SC | 10/03/2018 12:33 AM EDT |
| Arrived at Customer Location | |
| Estimated Delivery Date | 10/03/2018 |
| Delivered | 10/03/2018 6:18 PM EDT |
| Email Notification | ✉ |
| Documents | BOL DR |

**Wicked Audio, Inc.**
875 West 325 North
Lindon, UT  84042
USA

Voice:   (801) 785-9636
Fax:     (801) 785-9446



# INVOICE

Invoice Number:  76363
Invoice Date:    Sep 27, 2018
Page:            1

*Duplicate*

PLEASE SEND PAYMENT TO:
Wicked Audio
P.O. Box 150426
Ogden, UT 84415-0426

| Bill To: | Ship To: |
|---|---|
| Sears Holdings Corp<br>Manteno CDFC # 475<br>8380 N. 4000 East Road<br>Manteno, IL  60950 | Sears Holdings Corp<br>655 Southwest 52nd Avenue<br>Ocala, FL  34474-9365 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| SEA001 | 08292266024 | Net 60 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| IMP001 | UPS Ground | 9/27/18 | 11/26/18 |

| Quantity | Item | Description | Backorder Qty | Unit Price | Amount |
|---|---|---|---|---|---|
| 60.00 | WIBT150 | Wicked Audio Endo Bluetooth Headphone, Black, Prop65 | | 20.00 | 1,200.00 |
| 60.00 | WIBT1750 | Wicked Audio Omen Bluetooth Earbud, Black, Prop65 | | 10.00 | 600.00 |
| 60.00 | WIBT1753 | Wicked Audio Omen Bluetooth Earbud, Red, Prop65 | | 10.00 | 600.00 |
| 60.00 | WIBT2654 | Wicked Audio Bandido Bluetooth Earbud, Rose Gold, Prop65 | | 15.00 | 900.00 |
| 60.00 | WIBT2650 | Wicked Audio Bandido Bluetooth Earbud, Black, Prop65 | | 15.00 | 900.00 |

| | | |
|---|---|---|
| Subtotal | | 4,200.00 |
| Sales Tax | | |
| Freight | | |
| Total Invoice Amount | | 4,200.00 |
| Payment/Credit Applied | | |
| **TOTAL** | | **4,200.00** |

Check/Credit Memo No:

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

Tracking Number
1Z0996W00360334664

Weight
9.00 LBS

Service
UPS Ground

Shipped / Billed On
09/27/2018

Delivered On
10/03/2018 9:49 A.M.

Delivered To
.655 SW 52ND AVE
OCALA, FL, 34474, US
Received By

MCSWEENEY

Left At
Dock

Reference Number(s)
PO: 08292266024, PO: 08292266024

Thank you for giving us this opportunity to serve you. Details are only available for shipments
delivered within the last 120 days. Please print for your records if you require this information after
120 days.

Sincerely,

UPS

Tracking results provided by UPS: 10/26/2018 4:44 P.M. EST

**Wicked Audio, Inc.**
875 West 325 North
Lindon, UT 84042
USA

Voice:   (801) 785-9636
Fax:     (801) 785-9446



# INVOICE

Invoice Number:   76364
Invoice Date:     Sep 27, 2018
Page:             1

*Duplicate*

### PLEASE SEND PAYMENT TO:
Wicked Audio
P.O. Box 150426
Ogden, UT 84415-0426

| Bill To: | Ship To: |
|---|---|
| Sears Holdings Corp<br>Manteno CDFC # 475<br>8380 N. 4000 East Road<br>Manteno, IL 60950 | Sears Holdings Corp<br>3051 Lakeview RD<br>Lawrence, KS 66049 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| SEA001 | 08273679748 | Net 60 Days | |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| IMP001 | UPS Ground | 9/27/18 | 11/26/18 |

| Quantity | Item | Description | Backorder Qty | Unit Price | Amount |
|---|---|---|---|---|---|
| 12.00 | WIBT150 | Wicked Audio Endo Bluetooth Headphone, Black, Prop65 | | 20.00 | 240.00 |
| 60.00 | WIBT1750 | Wicked Audio Omen Bluetooth Earbud, Black, Prop65 | | 10.00 | 600.00 |
| 60.00 | WIBT1753 | Wicked Audio Omen Bluetooth Earbud, Red, Prop65 | | 10.00 | 600.00 |
| 60.00 | WIBT2654 | Wicked Audio Bandido Bluetooth Earbud, Rose Gold, Prop65 | | 15.00 | 900.00 |
| 60.00 | WIBT2650 | Wicked Audio Bandido Bluetooth Earbud, Black, Prop65 | | 15.00 | 900.00 |

| | | |
|---|---|---|
| | Subtotal | 3,240.00 |
| | Sales Tax | |
| | Freight | |
| | Total Invoice Amount | 3,240.00 |
| Check/Credit Memo No: | Payment/Credit Applied | |
| | **TOTAL** | **3,240.00** |

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z0996W00361388953

**Weight**
9.00 LBS

**Service**
UPS Ground

**Shipped / Billed On**
09/27/2018

**Delivered On**
10/02/2018 9:29 A.M.

**Delivered To**
KMART
3051 LAKEVIEW RD
LAWRENCE, KS, 66049, US
Received By

KMART

**Left At**
Dock

**Reference Number(s)**
PO: 08273679748, PO: 08273679748

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

**Wicked Audio, Inc.**
875 West 325 North
Lindon, UT 84042
USA



# INVOICE

Invoice Number: 76365
Invoice Date:    Sep 27, 2018
Page:            1

*Duplicate*

Voice:  (801) 785-9636
Fax:    (801) 785-9446

### PLEASE SEND PAYMENT TO:
### Wicked Audio
### P.O. Box 150426
### Ogden, UT 84415-0426

| Bill To: | Ship To: |
|---|---|
| Sears Holdings Corp<br>Manteno CDFC # 475<br>8380 N. 4000 East Road<br>Manteno, IL  60950 | Sears Holdings Corp<br>1 Kresge Road<br>Fairless Hills, PA  19030 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| SEA001 | 08275309348 | Net 60 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| IMP001 | UPS Ground | 9/27/18 | 11/26/18 |

| Quantity | Item | Description | Backorder Qty | Unit Price | Amount |
|---|---|---|---|---|---|
| 60.00 | WIBT150 | Wicked Audio Endo Bluetooth Headphone, Black. Prop65 | | 20.00 | 1,200.00 |
| 60.00 | WIBT1750 | Wicked Audio Omen Bluetooth Earbud, Black. Prop65 | | 10.00 | 600.00 |
| 60.00 | WIBT1753 | Wicked Audio Omen Bluetooth Earbud, Red. Prop65 | | 10.00 | 600.00 |
| 60.00 | WIBT2654 | Wicked Audio Bandido Bluetooth Earbud, Rose Gold. Prop65 | | 15.00 | 900.00 |
| 60.00 | WIBT2650 | Wicked Audio Bandido Bluetooth Earbud, Black. Prop65 | | 15.00 | 900.00 |

| | | |
|---|---|---|
| Subtotal | | 4,200.00 |
| Sales Tax | | |
| Freight | | |
| Total Invoice Amount | | 4,200.00 |
| Payment/Credit Applied | | |
| **TOTAL** | | **4,200.00** |

Check/Credit Memo No:

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z0996W00360339007

**Weight**
9.00 LBS

**Service**
UPS Ground

**Shipped / Billed On**
09/27/2018

**Delivered On**
10/04/2018 10:45 A.M.

**Delivered To**
1 KRESGE RD
FAIRLESS HILLS, PA, 19030, US
Received By

SHEPPARD

**Left At**
Receiver

**Reference Number(s)**
PO: 08275309348, PO: 08275309348

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 10/26/2018 4:45 P.M. EST

https://www.ups.com/track?loc=en_US&tracknum=1Z0996W00360339007&requester=...    10/26/2018

**Wicked Audio, Inc.**
875 West 325 North
Lindon, UT 84042
USA



# INVOICE

Invoice Number: 76367
Invoice Date:   Sep 27, 2018
Page:           1

*Duplicate*

Voice:  (801) 785-9636
Fax:    (801) 785-9446

### PLEASE SEND PAYMENT TO:
Wicked Audio
P.O. Box 150426
Ogden, UT 84415-0426

**Bill to:**
Sears Holdings Corp
Manteno CDFC # 475
8380 N. 4000 East Road
Manteno, IL 60950

**Ship to:**
Sears Holdings Corp
333 South Spruce Street
Manteno, IL 60950-3430

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| SEA001 | 08289244519 | Net 60 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| IMP001 | UPS Ground | 9/27/18 | 11/26/18 |

| Quantity | Item | Description | Backorder Qty | Unit Price | Amount |
|---|---|---|---|---|---|
| 24.00 | WIBT150 | Wicked Audio Endo Bluetooth Headphone, Black, Prop65 | | 20.00 | 480.00 |
| 60.00 | WIBT1750 | Wicked Audio Omen Bluetooth Earbud, Black, Prop65 | | 10.00 | 600.00 |
| 60.00 | WIBT1753 | Wicked Audio Omen Bluetooth Earbud, Red, Prop65 | | 10.00 | 600.00 |
| 60.00 | WIBT2654 | Wicked Audio Bandido Bluetooth Earbud, Rose Gold, Prop65 | | 15.00 | 900.00 |
| 60.00 | WIBT2650 | Wicked Audio Bandido Bluetooth Earbud, Black, Prop65 | | 15.00 | 900.00 |

| | | |
|---|---|---|
| Subtotal | | 3,480.00 |
| Sales Tax | | |
| Freight | | |
| Total Invoice Amount | | 3,480.00 |
| Payment/Credit Applied | | |
| **TOTAL** | | **3,480.00** |

Check/Credit Memo No:

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z0996W00360613380

**Weight**
9.00 LBS

**Service**
UPS Ground

**Shipped / Billed On**
09/27/2018

**Delivered On**
10/03/2018 11:35 A.M.

**Delivered To**
333 S SPRUCE ST
MANTENO, IL, 60950, US
**Received By**

MCCURRY

**Left At**
Dock

**Reference Number(s)**
PO: 08289244519, PO: 08289244519

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 10/26/2018 4:46 P.M. EST

**Wicked Audio, Inc.**
875 West 325 North
Lindon, UT  84042
USA



# INVOICE

Invoice Number: 76368
Invoice Date:    Sep 27, 2018
Page:            1

*Duplicate*

Voice:   (801) 785-9636
Fax:     (801) 785-9446

### PLEASE SEND PAYMENT TO:
### Wicked Audio
### P.O. Box 150426
### Ogden, UT 84415-0426

**Bill to:**
Sears Holdings Corp
Manteno CDFC # 475
8380 N. 4000 East Road
Manteno, IL .60950

**Ship to:**
Sears Holding Corp
541 Perkins Jones RD NE
WARREN, OH  44483-1848

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| SEA001 | 08305229826 | Net 60 Days | |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| IMP001 | UPS Ground | 9/27/18 | 11/26/18 |

| Quantity | Item | Description | Backorder Qty | Unit Price | Amount |
|---|---|---|---|---|---|
| 12.00 | WIBT150 | Wicked Audio Endo Bluetooth Headphone, Black, Prop65 | | 20.00 | 240.00 |
| 60.00 | WIBT1750 | Wicked Audio Omen Bluetooth Earbud, Black, Prop65 | | 10.00 | 600.00 |
| 60.00 | WIBT1753 | Wicked Audio Omen Bluetooth Earbud, Red, Prop65 | | 10.00 | 600.00 |
| 60.00 | WIBT2654 | Wicked Audio Bandido Bluetooth Earbud, Rose Gold, Prop65 | | 15.00 | 900.00 |
| 60.00 | WIBT2650 | Wicked Audio Bandido Bluetooth Earbud, Black, Prop65 | | 15.00 | 900.00 |

| | | | |
|---|---|---|---|
| | Subtotal | | 3,240.00 |
| | Sales Tax | | |
| | Freight | | |
| | Total Invoice Amount | | 3,240.00 |
| Check/Credit Memo No: | Payment/Credit Applied | | |
| | **TOTAL** | | **3,240.00** |

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z0996W00362804045

**Weight**
9.00 LBS

**Service**
UPS Ground

**Shipped / Billed On**
09/27/2018

**Delivered On**

10/03/2018 9:39 A.M.

**Delivered To**
541 PERKINS JONES RD NE
WARREN, OH, 44483, US
Received By

PRELAD

**Left At**
Dock

**Reference Number(s)**
PO: 08305229826, PO: 08305229826

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 10/26/2018 4:46 P.M. EST

**Wicked Audio, Inc.**
875 West 325 North
Lindon, UT  84042
USA



# INVOICE

Invoice Number: 76369
Invoice Date:    Sep 27, 2018
Page:            1

*Duplicate*

Voice:  (801) 785-9636
Fax:    (801) 785-9446

PLEASE SEND PAYMENT TO:
Wicked Audio
P.O. Box 150426
Ogden, UT 84415-0426

| Bill to: | Ship to: |
|---|---|
| Sears Holdings Corp<br>Manteno CDFC # 475<br>8380 N. 4000 East Road<br>Manteno, IL  60950 | Sears Holding Corp<br>541 Perkins Jones RD NE<br>WARREN, OH  44483-1848 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| SEA001 | 08305229827 | Net 60 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| IMP001 | UPS Ground | 9/27/18 | 11/26/18 |

| Quantity | Item | Description | Backorder Qty | Unit Price | Amount |
|---|---|---|---|---|---|
| 72.00 | WIBT150 | Wicked Audio Endo Bluetooth Headphone, Black. Prop65 | | 20.00 | 1,440.00 |
| 120.00 | WIBT1750 | Wicked Audio Omen Bluetooth Earbud, Black. Prop65 | | 10.00 | 1,200.00 |
| 60.00 | WIBT1753 | Wicked Audio Omen Bluetooth Earbud, Red. Prop65 | 60.00 | 10.00 | 600.00 |
| 120.00 | WIBT2654 | Wicked Audio Bandido Bluetooth Earbud, Rose Gold. Prop65 | | 15.00 | 1,800.00 |
| 120.00 | WIBT2650 | Wicked Audio Bandido Bluetooth Earbud, Black. Prop65 | | 15.00 | 1,800.00 |

| | |
|---|---|
| Subtotal | 6,840.00 |
| Sales Tax | |
| Freight | |
| Total Invoice Amount | 6,840.00 |
| Payment/Credit Applied | |
| **TOTAL** | **6,840.00** |

Check/Credit Memo No:

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z0996W00362411095

**Weight**
9.00 LBS

**Service**
UPS Ground

**Shipped / Billed On**
09/27/2018

**Delivered On**
10/03/2018 9:39 A.M.

**Delivered To**
541 PERKINS JONES RD NE
WARREN, OH, 44483, US
Received By

PRELAD

**Left At**
Dock

**Reference Number(s)**
PO: 08305229827, PO: 08305229827

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS; 10/26/2018 4:47 P.M. EST

**Wicked Audio, Inc.**
875 West 325 North
Lindon, UT 84042
USA

Voice:   (801) 785-9636
Fax:      (801) 785-9446



# INVOICE

Invoice Number:  78366
Invoice Date:    Sep 27, 2018
Page:            1

*Duplicate*

### PLEASE SEND PAYMENT TO:
### Wicked Audio
### P.O. Box 150426
### Ogden, UT 84415-0426

**Bill To:**
Sears Holdings Corp
Manteno CDFC # 475
8380 N. 4000 East Road
Manteno, IL  60950

**Ship To:**
Sears Holdings Corp
3051 Lakeview RD
Lawrence, KS 66049

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| SEA001 | 08273679749 | Net 60 Days | |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| IMP001 | UPS Ground | 9/27/18 | 11/26/18 |

| Quantity | Item | Description | Backorder Qty | Unit Price | Amount |
|---|---|---|---|---|---|
| 60.00 | WIBT150 | Wicked Audio Endo Bluetooth Headphone, Black, Prop65 | | 20.00 | 1,200.00 |
| 60.00 | WIBT1750 | Wicked Audio Omen Bluetooth Earbud, Black, Prop65 | | 10.00 | 600.00 |
| 60.00 | WIBT1753 | Wicked Audio Omen Bluetooth Earbud, Red, Prop65 | | 10.00 | 600.00 |
| 60.00 | WIBT2654 | Wicked Audio Bandido Bluetooth Earbud, Rose Gold, Prop65 | | 15.00 | 900.00 |
| 60.00 | WIBT2650 | Wicked Audio Bandido Bluetooth Earbud, Black, Prop65 | | 15.00 | 900.00 |

| | | |
|---|---|---|
| Subtotal | | 4,200.00 |
| Sales Tax | | |
| Freight | | |
| Total Invoice Amount | | 4,200.00 |
| Payment/Credit Applied | | |
| **TOTAL** | | **4,200.00** |

Check/Credit Memo No:

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z0996W00361297622

**Weight**
9.00 LBS

**Service**
UPS Ground

**Shipped / Billed On**
09/27/2018

**Delivered On**
10/02/2018 9:29 A.M.

**Delivered To**
KMART
3051 LAKEVIEW RD
LAWRENCE, KS, 66049, US

**Received By**
KMART

**Left At**
Dock

**Reference Number(s)**
PO: 08273679749, PO: 08273679749

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS