Judith Elkin
JUDITH ELKIN PLLC
23 Malysana Lane
New Rochelle, New York 10805
Telephone: 917-671-8062
E-mail: elkinj@mac.com

Counsel for Lennox International Inc. and
Lennox National Account Services, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) ) ) | |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) ) | Case No. 18-23538 (RDD) Chapter 11 |
| Debtors.[1] | ) ) | (Jointly Administered)) |

# NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS BY LENNOX INTERNATIONAL INC. AND LENNOX <u>NATIONAL ACCOUNT SERVICES, LLC</u>

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Notice of Appearance and Request for Notices and Service of Papers                                                                           1

PLEASE TAKE NOTICE that Lennox International Inc. and Lennox National Account Services, LLC (collectively, "Lennox"), by and through its undersigned counsel, hereby appears in the above titled and numbered bankruptcy cases pursuant to 11 U.S.C.§§ 102(1), 342(a) and 1109(b) of the U.S. Bankruptcy Code (11 U.S.C. § 101, *et seq.*, as amended, the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and that the undersigned has been retained as attorneys for Lennox for the purpose of appearing in this action for any and all matters in which Lennox has an interest.

PLEASE TAKE FURTHER NOTICE that request is hereby made that copies of all notices (including those required by Bankruptcy Rule 2002), papers, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in these cases or any related adversary proceeding be given and served upon the undersigned at the offices, postal addresses, telephone numbers and electronic mail addresses set forth below:

Judith Elkin
Judith Elkin PLLC
23 Malysana Lane
New Rochelle, NY 10805
917-671-8062
elkinj@mac.com

PLEASE TAKE FURTHER NOTICE that Lennox does not intend this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled, including, but not limited to: (i) its right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) its right to trial by jury in any proceeding related to these cases; (iii) its right to have the District Court withdraw the

Notice of Appearance and Request for Notices and Service of Papers                                    2

reference of any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs or recoupments to which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept service of initial process under Rule 4, F.R. Civ. P. or Rule 7004 F.R. Bank. P., nor shall it result in undersigned counsel being deemed to be the agent of Lennox for such purpose.

Dated: November 2, 2018.

                *s/Judith Elkin*
Judith Elkin
JUDITH ELKIN PLLC
23 Malysana Lane
New Rochelle, New York 10805
Telephone: 917-671-8062
E-mail: elkinj@mac.com

Counsel for Lennox International Inc. and Lennox National Account Services, LLC

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 2nd day of November, 2018, I filed the annexed Notice of Appearance by Lennox (the "Notice") using the ECF system, which will send notification of such filing by operation of the Court's electronic systems. On said date I also caused copies of the Notice to be served upon the persons designated below by placing a true copy thereof enclosed in a sealed envelope with postage prepaid, for collection and mailing at an official depository of the United States Postal Service, addressed as follows:

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Jacqueline Marcus/Ray C. Schrock
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

Adam M. Adler
Prime Clerk, LLC
830 Third Ave 9th Floor
New York, NY 10022

Dated:  November 2, 2018

                                                            *s/Judith Elkin*