**CHOI & PARK, LLC**
Attorneys for Creditor
Winiadaewoo Electronics America, Inc.
Chull S. Park, Esq.
Hyun Suk Choi, Esq.
11 Broadway, Suite 615
New York, New York 10004
Tel.: 212.695.0010
Fax: 212.695.0015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

## NOTICE OF RECLAMATION DEMAND
## OF WINIADAEWOO ELECTRONICS AMERICA, INC.

**PLEASE TAKE NOTICE** that Winiadaewoo Electronics America, Inc. ("WEA"), by and through its undersigned counsel, hereby files this notice of the delivery of a written demand

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

121890_5

letter dated November 2, 2018 ("Demand"), pursuant to 11 U.S.C. § 546(c), 11 U.C.C. § 2-702, and applicable non-bankruptcy law, on the above captioned debtors and debtors in possession (the "Debtors") to reclaim certain goods which were sold by WEA to the Debtors in the ordinary course of business, and which were received the Debtors during the 45 days prior to the filing of the Debtors' Chapter 11 bankruptcy actions (the "Goods"). WEA incorporates herein by reference a copy of its Demand attached as Exhibit 1, which has been delivered to the Debtors and their counsel by overnight mail.

PLEASE TAKE FURTHER NOTICE that WEA reserves all of its rights with respect to the Goods, including without limitation, (i) its rights to be paid in the ordinary course of business as a post-petition creditor of Debtors to the extend the Goods were delivered to the Debtors on or after October 15, 2018; (ii) its right to assert a 20-day administrative priority claim pursuant to 11 U.S.C. § 503(b)(9); (iii) its right to assert a "new value" defense to any preference demand pursuant to 11 U.S.C. § 547(c)(4); (iv) its right to demand payment of any portion of the invoices as "cure" payment in connection with the Debtors' assumption of any executory contract, if any, pursuant to 11 U.S.C. § 365; (v) its right to seek payment of its prepetition invoices from any non-debtor parties that are co-obligors; (vi) its right to file additional demands or claims, including without limitation, a proof of claim; and (vii) its right to assert any other rights under applicable law.

By filing this Notice, WEA does not consent to entry of final orders of the bankruptcy court on non-core issue and claims, and does not waive any jurisdiction defenses and WEA reserves its rights to amend this Notice.

Dated: November 2, 2018

                                       CHOI & PARK, LLC
                                       Attorneys for Creditor Winiadaewoo
                                       Electronics America, Inc.

                                       _____
                                       Hyun Suk Choi, Esq.

# EXHIBIT 1

# CHOI & PARK, LLC

choiandpark.com

23 South Warren Street, 2nd Floor ■ Trenton, New Jersey 08608 ■ Voice: 609.396.2800 ■ Fax: 609.396.2801

November 2, 2018

**VIA OVERNIGHT DELIVERY ONLY**
Sears Holdings Management Corporation
3333 Beverly Road
Hoffman Estate, Illinois 60179

Re:   RECLAMATION DEMAND

**In re Sears Holdings Corporation,
United States Bankruptcy Court, Southern District of New York,
Lead Case No. 18-23538-rdd (jointly administered)**

Dear Sir or Madam:

      We represent creditor Winiadaewoo Electronics America, Inc. ("WEA") in the above-captioned Chapter 11 case of Sears Holdings Corporation and its affiliates (collectively, the "Debtors"). In accordance with section 2-702 of the Uniform Commercial Code and section 546(c) of the US Bankruptcy Code, this letter constitutes a notice of demand for the return of all goods received by the Debtors from WEA within the 45 days preceding the commencement of the Debtors' bankruptcy actions filed on October 15, 2018 ("Reclamation Period"), as more specifically identified on the attached Exhibit A ("Goods"). Please note that the attached Exhibit A, which we reserve the right to modify after further investigation, specifically includes, but does not limit, the Goods subject to our reclamation claim. During the Reclamation Period, WEA delivered the Goods to Debtors which had a total value of not less than $16,154,498.00. See Exhibit A.

      Further, we demand that the Goods currently in your possession be protected and segregated by you and not be used for any purpose whatsoever, except by agreement of the parties or following notice and a hearing by the Bankruptcy Court or other court of competent jurisdiction. You may not sell, dissipate, or commingle the Goods with any other goods.

      This reclamation demand is made without prejudice to any other rights or remedies available to WEA, at law or in equity, including, but not limited to, WEA's right to an administrative expense claim under section 503(b)(9) of the Bankruptcy Code.

121889_6

1

New Jersey ■ New York ■ Pennsylvania

# CHOI & PARK, LLC

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Hyun Suk Choi

Enclosure
HSC/ldk
File No. 1249.001

cc:  Ray C. Schrock (via electronic mail: ray.schrock@weil.com)
     Jacqueline Marcus (via electronic mail: Jacqueline.marcus@weil.com)
     Garrett A. Fail (via electronic mail: garrett.fail@weil.com)
     Sunny Singh (via electronic mail: sunny.singh@weil.com)

121889_6

2

# EXHIBIT A

| Purchase Orde No. | Invoice No. | Product | Invoice Date | Due Date | A/R Total |
|---|---|---|---|---|---|
| 552997 | 91077048 | Water Filter | 8/31/2018 | 10/30/2018 | $480.00 |
| 552998 | 91077049 | Water Filter | 8/31/2018 | 10/30/2018 | $1,920.00 |
| 552999 | 91077050 | Water Filter | 8/31/2018 | 10/30/2018 | $960.00 |
| 553000 | 91077051 | Water Filter | 8/31/2018 | 10/30/2018 | $1,440.00 |
| 179519 | 91079505 | TMF | 8/31/2018 | 10/30/2018 | $100,646.28 |
| 179521 | 91079506 | TMF | 8/31/2018 | 10/30/2018 | $176,723.50 |
| 179522 | 91079508 | TMF | 8/31/2018 | 10/30/2018 | $103,394.46 |
| 179525 | 91079510 | TMF | 8/31/2018 | 10/30/2018 | $221,868.24 |
| 179526 | 91079511 | TMF | 8/31/2018 | 10/30/2018 | $99,622.38 |
| 179528 | 91079513 | TMF | 8/31/2018 | 10/30/2018 | $294,524.68 |
| 179524 | 91081735 | TMF | 9/1/2018 | 10/31/2018 | $72,878.10 |
| 8287245737 | 91079658 | compact | 9/4/2018 | 11/3/2018 | $1,309.80 |
| 180319 | 91080053 | FDBM | 9/4/2018 | 11/3/2018 | $28,594.00 |
| 180320 | 91080054 | FDBM | 9/4/2018 | 11/3/2018 | $28,594.00 |
| 553810 | 91079653 | Water Filter | 9/5/2018 | 11/4/2018 | $1,440.00 |
| 553811 | 91079654 | Water Filter | 9/5/2018 | 11/4/2018 | $960.00 |
| 553812 | 91079655 | Water Filter | 9/5/2018 | 11/4/2018 | $960.00 |
| 554540 | 91079656 | compact | 9/5/2018 | 11/4/2018 | $41,917.56 |
| 8275304015 | 91079657 | compact | 9/5/2018 | 11/4/2018 | $1,047.84 |
| 8287243376 | 91080036 | compact | 9/5/2018 | 11/4/2018 | $10,262.08 |
| 180323 | 91080055 | FDBM | 9/5/2018 | 11/4/2018 | $28,594.00 |
| 180322 | 91080056 | FDBM | 9/5/2018 | 11/4/2018 | $57,188.00 |
| 554541 | 91080240 | compact | 9/6/2018 | 11/5/2018 | $39,662.41 |
| 554538 | 91080281 | compact | 9/6/2018 | 11/5/2018 | $40,885.85 |
| 554539 | 91080446 | compact | 9/6/2018 | 11/5/2018 | $41,055.21 |
| 179977 | 91082237 | TMF | 9/8/2018 | 11/7/2018 | $79,460.58 |
| 179978 | 91082238 | TMF | 9/8/2018 | 11/7/2018 | $281,082.16 |
| 179980 | 91082239 | TMF | 9/8/2018 | 11/7/2018 | $75,765.66 |
| 179979 | 91082240 | TMF | 9/8/2018 | 11/7/2018 | $104,708.10 |
| 179981 | 91083497 | TMF | 9/10/2018 | 11/9/2018 | $172,739.66 |
| 179984 | 91083498 | TMF | 9/10/2018 | 11/9/2018 | $78,569.82 |
| 179983 | 91083499 | TMF | 9/10/2018 | 11/9/2018 | $177,975.00 |
| 179985 | 91083500 | TMF | 9/10/2018 | 11/9/2018 | $278,735.16 |
| 179982 | 91083501 | TMF | 9/10/2018 | 11/9/2018 | $182,493.24 |
| 181114 | 91082220 | FDBM | 9/11/2018 | 11/10/2018 | $57,188.00 |
| 180321 | 91082680 | FDBM | 9/11/2018 | 11/10/2018 | $87,482.00 |
| 181111 | 91082683 | FDBM | 9/12/2018 | 11/11/2018 | $30,294.00 |
| 181113 | 91082684 | FDBM | 9/12/2018 | 11/11/2018 | $85,782.00 |
| 181109 | 91082723 | FDBM | 9/12/2018 | 11/11/2018 | $85,782.00 |
| 181110 | 91082724 | FDBM | 9/12/2018 | 11/11/2018 | $28,594.00 |
| 8275305581 | 91082792 | compact | 9/12/2018 | 11/11/2018 | $523.92 |
| 181112 | 91083019 | FDBM | 9/12/2018 | 11/11/2018 | $28,594.00 |
| 181115 | 91083020 | FDBM | 9/12/2018 | 11/11/2018 | $114,376.00 |
| 555052 | 91083734 | Water Filter | 9/13/2018 | 11/12/2018 | $480.00 |
| 555053 | 91083735 | Water Filter | 9/13/2018 | 11/12/2018 | $960.00 |
| 555054 | 91083736 | Water Filter | 9/13/2018 | 11/12/2018 | $960.00 |
| 555055 | 91083737 | Water Filter | 9/13/2018 | 11/12/2018 | $480.00 |
| 181116 | 91083822 | FDBM | 9/13/2018 | 11/12/2018 | $114,376.00 |
| 180793 | 91086983 | TMF | 9/14/2018 | 11/13/2018 | $175,001.44 |
| 179977 | 91086994 | TMF | 9/14/2018 | 11/13/2018 | $27,156.00 |
| 179979 | 91086996 | TMF | 9/14/2018 | 11/13/2018 | $27,510.00 |
| 179980 | 91086997 | TMF | 9/14/2018 | 11/13/2018 | $27,156.00 |
| 179981 | 91086998 | TMF | 9/14/2018 | 11/13/2018 | $27,510.00 |
| 179982 | 91086999 | TMF | 9/14/2018 | 11/13/2018 | $27,510.00 |
| 179983 | 91087000 | TMF | 9/14/2018 | 11/13/2018 | $27,510.00 |
| 179985 | 91087001 | TMF | 9/14/2018 | 11/13/2018 | $27,510.00 |
| 179976 | 91086980 | TMF | 9/15/2018 | 11/14/2018 | $178,658.80 |
| 180792 | 91086984 | TMF | 9/15/2018 | 11/14/2018 | $27,594.36 |
| 180791 | 91086985 | TMF | 9/15/2018 | 11/14/2018 | $103,597.90 |
| 180788 | 91086988 | TMF | 9/15/2018 | 11/14/2018 | $83,320.92 |
| 180785 | 91086991 | TMF | 9/15/2018 | 11/14/2018 | $49,681.14 |
| 180784 | 91086993 | TMF | 9/15/2018 | 11/14/2018 | $74,007.60 |
| 181760 | 91084397 | FDBM | 9/17/2018 | 11/16/2018 | $28,594.00 |
| 179984 | 91086981 | TMF | 9/17/2018 | 11/16/2018 | $27,510.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 180790 | 91086986 | TMF | 9/17/2018 | 11/16/2018 | | $154,934.64 |
| 180789 | 91086987 | TMF | 9/17/2018 | 11/16/2018 | | $128,135.52 |
| 180787 | 91086989 | TMF | 9/17/2018 | 11/16/2018 | | $184,267.93 |
| 180786 | 91086990 | TMF | 9/17/2018 | 11/16/2018 | | $225,283.14 |
| 179978 | 91086995 | TMF | 9/17/2018 | 11/16/2018 | | $27,510.00 |
| 8275306669 | 91084745 | compact | 9/18/2018 | 11/17/2018 | | $3,730.10 |
| 8292263512 | 91084927 | compact | 9/19/2018 | 11/18/2018 | | $7,915.80 |
| 182954 | 91092652 | TMF | 9/19/2018 | 11/18/2018 | | $25,756.02 |
| 556145 | 91086079 | Water Filter | 9/20/2018 | 11/19/2018 | | $480.00 |
| 556146 | 91086080 | Water Filter | 9/20/2018 | 11/19/2018 | | $960.00 |
| 556147 | 91086081 | Water Filter | 9/20/2018 | 11/19/2018 | | $960.00 |
| 556148 | 91086082 | Water Filter | 9/20/2018 | 11/19/2018 | | $960.00 |
| 181761 | 91086973 | FDBM | 9/20/2018 | 11/19/2018 | | $28,594.00 |
| 181762 | 91086974 | FDBM | 9/20/2018 | 11/19/2018 | | $28,594.00 |
| 181763 | 91086975 | FDBM | 9/20/2018 | 11/19/2018 | | $114,376.00 |
| 181764 | 91086976 | FDBM | 9/20/2018 | 11/19/2018 | | $114,376.00 |
| 181765 | 91086977 | FDBM | 9/20/2018 | 11/19/2018 | | $142,970.00 |
| 181564 | 91088133 | TMF | 9/21/2018 | 11/20/2018 | | $104,080.20 |
| 181565 | 91088134 | TMF | 9/21/2018 | 11/20/2018 | | $74,744.24 |
| 181566 | 91092640 | TMF | 9/21/2018 | 11/20/2018 | | $276,336.56 |
| 181567 | 91092641 | TMF | 9/21/2018 | 11/20/2018 | | $129,875.44 |
| 181568 | 91092642 | TMF | 9/21/2018 | 11/20/2018 | | $77,594.76 |
| 181569 | 91092643 | TMF | 9/21/2018 | 11/20/2018 | | $206,005.46 |
| 181571 | 91092645 | TMF | 9/22/2018 | 11/21/2018 | | $126,389.34 |
| 181766 | 91087211 | FDBM | 9/24/2018 | 11/23/2018 | | $85,782.00 |
| 181767 | 91087670 | FDBM | 9/24/2018 | 11/23/2018 | | $171,564.00 |
| 181573 | 91092647 | TMF | 9/24/2018 | 11/23/2018 | | $281,398.68 |
| 8292264407 | 91088466 | compact | 9/25/2018 | 11/24/2018 | | $4,612.80 |
| 182318 | 91088867 | FDBM | 9/25/2018 | 11/24/2018 | | $57,188.00 |
| 182321 | 91088868 | FDBM | 9/25/2018 | 11/24/2018 | | $57,188.00 |
| 181570 | 91092644 | TMF | 9/25/2018 | 11/24/2018 | | $206,681.46 |
| 181572 | 91092646 | TMF | 9/25/2018 | 11/24/2018 | | $77,506.38 |
| 182315 | 91089139 | FDBM | 9/26/2018 | 11/25/2018 | | $85,782.00 |
| 201821473111 | 91092720 | MWO | 9/26/2018 | 11/25/2018 | | $556,456.80 |
| 201821645290 | 91092721 | MWO | 9/26/2018 | 11/25/2018 | | $137,254.88 |
| 201821839854 | 91092722 | MWO | 9/26/2018 | 11/25/2018 | | $103,624.36 |
| 201821995223 | 91092723 | MWO | 9/26/2018 | 11/25/2018 | | $39,375.21 |
| 182317 | 91089346 | FDBM | 9/27/2018 | 11/26/2018 | | $114,376.00 |
| 182319 | 91089347 | FDBM | 9/27/2018 | 11/26/2018 | | $116,076.00 |
| 183906 | 91089348 | compact | 9/27/2018 | 11/26/2018 | | $179,730.00 |
| 182322 | 91089371 | FDBM | 9/27/2018 | 11/26/2018 | | $57,188.00 |
| 182323 | 91092044 | FDBM | 9/27/2018 | 11/26/2018 | | $57,438.00 |
| 556881 | 91091977 | Water Filter | 9/28/2018 | 11/27/2018 | | $480.00 |
| 556882 | 91091978 | Water Filter | 9/28/2018 | 11/27/2018 | | $1,440.00 |
| 556883 | 91091979 | Water Filter | 9/28/2018 | 11/27/2018 | | $480.00 |
| 556884 | 91091980 | Water Filter | 9/28/2018 | 11/27/2018 | | $960.00 |
| 182316 | 91092311 | FDBM | 9/28/2018 | 11/27/2018 | | $200,158.00 |
| 182125 | 91092649 | TMF | 9/28/2018 | 11/27/2018 | | $50,638.50 |
| 182121 | 91092650 | TMF | 9/28/2018 | 11/27/2018 | | $75,932.29 |
| 182122 | 91092651 | TMF | 9/29/2018 | 11/28/2018 | | $75,760.56 |
| 182320 | 91093522 | FDBM | 10/1/2018 | 11/30/2018 | | $114,426.00 |
| 183307 | 91093523 | FDBM | 10/1/2018 | 11/30/2018 | | $629,318.00 |
| 182124 | 91097889 | TMF | 10/1/2018 | 11/30/2018 | | $153,024.46 |
| 182127 | 91097890 | TMF | 10/1/2018 | 11/30/2018 | | $225,833.22 |
| 182126 | 91097888 | TMF | 10/2/2018 | 12/1/2018 | | $197,593.02 |
| 182123 | 91097891 | TMF | 10/2/2018 | 12/1/2018 | | $246,086.04 |
| 184808 | 91093716 | compact | 10/3/2018 | 12/2/2018 | | $179,730.00 |
| 182128 | 91097892 | TMF | 10/3/2018 | 12/2/2018 | | $72,924.96 |
| PO 0001239 | 91093290 | Service Parts | 10/3/2018 | 11/2/2018 | | $2,632.00 |
| PO 0001238 | 91093449 | Service Parts | 10/3/2018 | 11/2/2018 | | $10,827.50 |
| 557842 | 91094161 | Water Filter | 10/4/2018 | 12/3/2018 | | $1,440.00 |
| 557843 | 91094162 | Water Filter | 10/4/2018 | 12/3/2018 | | $960.00 |
| 557844 | 91094163 | Water Filter | 10/4/2018 | 12/3/2018 | | $960.00 |
| 183312 | 91094226 | FDBM | 10/4/2018 | 12/3/2018 | | $371,722.00 |
| 183308 | 91094378 | FDBM | 10/5/2018 | 12/4/2018 | | $314,534.00 |
| 183310 | 91094534 | FDBM | 10/5/2018 | 12/4/2018 | | $372,122.00 |
| 183314 | 91095340 | FDBM | 10/5/2018 | 12/4/2018 | | $371,972.00 |
| 8273680655 | 91095873 | compact | 10/5/2018 | 12/4/2018 | | $327.45 |
| 8289245204 | 91095879 | compact | 10/5/2018 | 12/4/2018 | | $458.43 |
| 8305230527 | 91095880 | compact | 10/5/2018 | 12/4/2018 | | $1,964.70 |

| 183309 | 91096862 | FDBM | 10/5/2018 | 12/4/2018 | $257,446.00 |
|---|---|---|---|---|---|
| 8287251516 | 91095878 | compact | 10/8/2018 | 12/7/2018 | $3,078.03 |
| PO 0001237 | 91095299 | Service Parts | 10/8/2018 | 11/7/2018 | $63,026.59 |
| 559334 | 91096383 | compact | 10/9/2018 | 12/8/2018 | $40,418.25 |
| 182130 | 91097893 | TMF | 10/9/2018 | 12/8/2018 | $341,296.64 |
| 182792 | 91099635 | TMF | 10/9/2018 | 12/8/2018 | $268,412.65 |
| 182793 | 91099636 | TMF | 10/9/2018 | 12/8/2018 | $71,379.99 |
| 182798 | 91099637 | TMF | 10/9/2018 | 12/8/2018 | $292,812.90 |
| 182799 | 91099638 | TMF | 10/9/2018 | 12/8/2018 | $221,295.48 |
| 559336 | 91096883 | compact | 10/10/2018 | 12/9/2018 | $42,481.34 |
| 559335 | 91097361 | compact | 10/10/2018 | 12/9/2018 | $39,094.20 |
| 8275310060 | 91097905 | compact | 10/11/2018 | 12/10/2018 | $4,387.83 |
| 8292266727 | 91097906 | compact | 10/11/2018 | 12/10/2018 | $327.45 |
| 8292266896 | 91097907 | compact | 10/11/2018 | 12/10/2018 | $3,265.99 |
| 559337 | 91097909 | compact | 10/11/2018 | 12/10/2018 | $42,466.44 |
| 558701 | 91099551 | Water Filter | 10/12/2018 | 12/11/2018 | $480.00 |
| 558702 | 91099552 | Water Filter | 10/12/2018 | 12/11/2018 | $1,440.00 |
| 558703 | 91099553 | Water Filter | 10/12/2018 | 12/11/2018 | $960.00 |
| 184944 | 91101107 | FDBM | 10/8/2018 | 12/7/2018 | $30,294.00 |
| 184945 | 91101108 | FDBM | 10/8/2018 | 12/7/2018 | $29,894.00 |
| 184943 | 91101106 | FDBM | 10/9/2018 | 12/8/2018 | $30,094.00 |
| 182801 | 91101110 | TMF | 10/9/2018 | 12/8/2018 | $44,767.80 |
| 182797 | 91101111 | TMF | 10/9/2018 | 12/8/2018 | $123,232.80 |
| 182796 | 91101112 | TMF | 10/9/2018 | 12/8/2018 | $50,598.90 |
| 928263 | 91101113 | TMF | 10/9/2018 | 12/8/2018 | $149,221.06 |
| 182794 | 91101184 | TMF | 10/9/2018 | 12/8/2018 | $117,239.22 |
| 182129 | 91101251 | TMF | 10/9/2018 | 12/8/2018 | $49,970.34 |
| 183305 | 91101094 | FDBM | 10/10/2018 | 12/9/2018 | $114,376.00 |
| 183313 | 91101099 | FDBM | 10/10/2018 | 12/9/2018 | $57,188.00 |
| 184939 | 91101101 | FDBM | 10/10/2018 | 12/9/2018 | $89,932.00 |
| 184941 | 91101103 | FDBM | 10/10/2018 | 12/9/2018 | $119,476.00 |
| 184942 | 91101105 | FDBM | 10/10/2018 | 12/9/2018 | $241,002.00 |
| 183306 | 91101096 | FDBM | 10/11/2018 | 12/10/2018 | $142,970.00 |
| 183760 | 91101713 | TMF | 10/11/2018 | 12/10/2018 | $24,833.76 |
| 183752 | 91101269 | TMF | 10/11/2018 | 12/10/2018 | $26,584.98 |
| 183753 | 91101270 | TMF | 10/11/2018 | 12/10/2018 | $99,760.08 |
| 183755 | 91101271 | TMF | 10/11/2018 | 12/10/2018 | $26,304.96 |
| 183756 | 91101717 | TMF | 10/11/2018 | 12/10/2018 | $79,394.64 |
| 183751 | 91101273 | TMF | 10/11/2018 | 12/10/2018 | $28,071.27 |
| 183758 | 91101274 | TMF | 10/11/2018 | 12/10/2018 | $54,482.27 |
| 183757 | 91101275 | TMF | 10/11/2018 | 12/10/2018 | $77,825.44 |
| | | | | TOTAL | $16,154,498.00 |