James J. Vincequerra
90 Park Avenue
New York, NY 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email: James.Vincequerra@alston.com

*Attorneys for Cupid Foundations, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                  :
In re:                                            :     Chapter 11
                                                  :
SEARS HOLDINGS CORPORATION, *et al.*,             :     Case No. 18-23538 (RDD)
                                                  :
                               Debtors.           :     (Jointly Administered)
---------------------------------------------------------------

## NOTICE OF RECLAMATION OF CUPID FOUNDATIONS, INC.

Cupid Foundations, Inc. ("**Cupid**"), by and through its undersigned counsel, hereby gives notice that on November 1, 2018, Cupid served a demand for reclamation of goods (the "**Reclamation Demand**") pursuant to Section 546(c) of the United States Bankruptcy Code. A copy of the Reclamation Demand (without enclosure) is attached as **Exhibit A**.

Dated:  New York, New York
        November 2, 2018

                                    Respectfully submitted,

                                     /s/ James J. Vincequerra
                                    James J. Vincequerra
                                    ALSTON & BIRD LLP
                                    90 Park Avenue
                                    New York, New York 10016
                                    Tel:    212-210-9400
                                    Fax:    212-210-9444
                                    Email: James.Vincequerra@alston.com

                                    *Attorneys for Cupid Foundations, Inc.*

1