# EXHIBIT A

18-23538-shl    Doc 434-1    Filed 11/02/18    Entered 11/02/18 14:47:39    Exhibit A
Pg 1 of 3

# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

James J. Vincequerra     Direct Dial: 212-210-9503     Email: james.vincequerra@alston.com

November 2, 2018

<u>VIA UPS AND EMAIL</u>
Ray C. Schrock, P.C. – (ray.schrock@weil.com)
Garrett A. Fail – (garrett.fail@weil.com)
Jacqueline Marcus – (Jacqueline.marcus@weil.com)
Sunny Singh – (sunny.singh@weil.com)
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

<u>VIA UPS</u>
Robert A. Reicker
Chief Financial Officer
Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

    Re: *In re Sears Holdings Corporation, et al., Case No. 18-23538 (RDD); Demand for Reclamation of Goods Pursuant to Bankruptcy Code §546(c) and U.C.C. §2-702 on behalf of Cupid Foundations, Inc.*

Dear Sirs and Madam:

    I am writing as counsel for Cupid Foundations, Inc. ("Cupid") with respect to the above-referenced, jointly administered Chapter 11 cases.

    As set forth in the report attached as <u>Exhibit A,</u> Cupid sold certain goods (collectively the "Goods") to Sears Holding Corporation ("Sears") within the 45-day period preceding the Petition Date, *i.e.*, between August 31, 2018, and October 15, 2018 (the "Reclamation Period").

    The Goods were sold to Sears on credit and received by Sears while it was insolvent, which insolvency is evidenced, in whole or in part, by the Debtors' filing of Petitions for Relief under Chapter 11 of the United States Code 11 U.S.C. §101, et seq. (the "Bankruptcy Code") on October 15, 2018 (the "Petition Date"). The value of the outstanding invoices related to the Goods is $80,640.96.

Alston & Bird LLP     www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

November 2, 2018
Page 2

      Demand is hereby made pursuant to U.S.C. §546(c) and U.C.C. §2-702 for return of the Goods.  Cupid also demands that the Debtors immediately segregate the Goods during an interim period for Debtors to return the goods.   This letter is written notice that these Goods are not to be sold, used or otherwise transferred except with Cupid's written consent or by order of the court of competent jurisdiction entered upon prior notice to Cupid.

      This demand is made without prejudice to Cupid's right to seek an 11 U.S.C. §503(b)(9) administrative claim with respect to any portion of the Goods that were received by the Debtors within twenty (20) days before the Petition Date, and receive payment pursuant to 11 U.S.C. §503(b)(1) with respect to any portion of the Reclamation Goods that were received by the Debtors after the Petition Date.

      Please contact me if you have any questions regarding the above.

                                      Very truly yours,

                                      /s/ James Vincequerra

                                      James Vincequerra, Esq.