UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION, et al.

Case No.: <u>18-23538RDD</u>

Chapter <u>11</u>

Debtor

-----------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, <u>Richard J. Parks, Esq.</u>, request admission, *pro hac vice*, before the Honorable <u>Robert D. Drain</u>, to represent <u>Sun Industrial, Inc.</u>, a <u>creditor</u> in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of <u>Pennsylvania</u> and, if applicable, the bar of the U.S. District Court for the _____ District of _____.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: <u>11/2/18</u>

_____, New York

/s/ Richard J. Parks, Esq.

*Mailing Address*:

<u>7 West State Stree, Suite 100</u>

<u>Sharon, PA 16146</u>

*E-mail address*: <u>rjp@pietragallo.com</u>

*Telephone number*: (<u>724</u>) <u>981-1397</u>