UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION, et al.

Debtor

Case No.: 18-23538RDD

Chapter 11

-----------------------------------------------------------------x

Plaintiff

v.

Defendant

Adversary Proceeding No.: _____

-----------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of  Richard J. Parks, Esq.  , to be admitted, *pro hac vice*, to represent  Sun Industrial, Inc.  , (the "Client") a  creditor  in the above referenced [✓] case [ ] adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Pennsylvania  and, if applicable, the bar of the U.S. District Court for the  _____ District of _____  , it is hereby

**ORDERED**, that  Richard J. Parks  , Esq., is admitted to practice, *pro hac vice*, in the above referenced [✓] case [ ] adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

/s/ _____

UNITED STATES BANKRUPTCY JUDGE