**MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.**
Kaitlin R. Walsh, Esq.
Chrysler Center
666 Third Avenue
New York, NY  10017
(212) 935-3000
Email: krwalsh@mintz.com

*Attorneys for Suzhou Chunju Electric Co. Ltd.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------- x

**NOTICE OF FILING OF RECLAMATION DEMAND
OF SUZHOU CHUNJU ELECTRIC CO. LTD.**

     PLEASE TAKE NOTICE that, Suzhou Chunju Electric Co. Ltd., by and through its undersigned counsel, hereby files this notice of the delivery of written demand for reclamation of goods pursuant to 11 U.S.C. § 546(c), upon the above-captioned debtors to reclaim certain assets (the "Goods") that are subject to reclamation. The Goods were sold in the ordinary course of business and delivered on credit terms to, and received by, the above-captioned Debtors during the forty-five days prior to the filing of bankruptcy. A copy of the reclamation demand letter is attached hereto as **Exhibit A** and is incorporated herein by reference.

     PLEASE TAKE FURTHER NOTICE that Suzhou Chunju Electric Co. Ltd. reserves all of its rights and remedies available to it, at law or in equity, including but not limited to, its right to an allowed administrative expense claim under 11 U.S.C. § 503(b)(9) and/or its right to amend and supplement its reclamation demand and to serve and file additional demands or claims.

Dated: November 2, 2018                                      Respectfully submitted,

                                                */s/ Kaitlin R. Walsh*
                                               Kaitlin R. Walsh, Esq.
                                               MINTZ, LEVIN, COHN, FERRIS,
                                                 GLOVSKY AND POPEO, P.C.
                                               Chrysler Center
                                             666 Third Avenue
                                             New York, NY  10017

        (212) 935-3000
Email: krwalsh@mintz.com

And

Adrienne K. Walker
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
  AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
Tel:  (617) 542-6000
Email:   awalker@mintz.com

2

82425179v.1