## **EXHIBIT A**

18-23538-shl    Doc 440-1    Filed 11/02/18    Entered 11/02/18 16:19:01    Exhibit A
Pg 1 of 4

82425179v.1

**Adrienne K. Walker**
617 348 1612
awalker@mintz.com



MINTZ

One Financial Center
Boston, MA 02111
617 542 6000
mintz.com

November 1, 2018

<u>**VIA FEDERAL EXPRESS**</u>

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
ATTN: Ray C. Schrock, P.C.
Garrett A. Fail
Jacqueline Marcus
Sunny Singh

Re:    Reclamation Demand Pursuant to Section 546(c) of the Bankruptcy Code of Suzhou Chunju Electric Co. Ltd.

Dear Sir/Madam:

This firm represents Suzhou Chunju Electric Co. Ltd. ("<u>Chunju</u>") in the bankruptcy case of Sears Holdings Management Corporation ("<u>SHMC</u>") and its affiliate debtors (collectively, the "<u>Debtors</u>"). This demand and request is made for the purpose of providing notice to you of, and perfecting the rights of Chunju under section 546(c) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), section 2-702 of the Uniform Commercial Code, and any other applicable law.

Chunju hereby demands the return of all goods of any kind or character (the "<u>Goods</u>") received by SHMC and/or any of its subsidiary, affiliated and other related entities, from Chunju on or after August 31, 2018, which is 45 days prior to the commencement of the Debtors' bankruptcy proceedings under Chapter 11 of the Bankruptcy Code on October 15, 2018 (the "<u>Petition Date</u>"). The Goods were sold to the Debtors in the ordinary course of SHMC's business and, upon information and belief, were delivered and received by the Debtors within 45 days of the Petition Date while the Debtors were insolvent.

The Goods include, without limitation, those Goods shipped, delivered and received by SHMC as set forth in Chunju's purchase orders, which are referenced in the spreadsheet attached hereto as <u>Exhibit A</u>. The amounts due and owing Chunju from SHMC for the Goods identified on Exhibit A total $109,132.80.

The information contained in the attached spreadsheet constitutes confidential business information of Chunju. As such, Chunju is providing the information to the Debtors'

---

BOSTON    LONDON    LOS ANGELES    NEW YORK    SAN DIEGO    SAN FRANCISCO    WASHINGTON

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

82168448v.1

MINTZ

November 1, 2018
Page 2

professionals in their capacity as the representatives of the Debtors and note that both the Debtors and their professionals must maintain the confidentiality of the calculations and information as set forth herein.

By this demand for reclamation, Chunju hereby demands immediate return of all of the Goods, including but not limited to the Goods identified on Exhibit A. You are instructed to immediately inventory the Goods and keep the Goods segregated from all other inventory, machinery, and equipment. Further, Chunju does not consent to the sale or transfer of possession, right, title, interest or ownership of the Goods or any portion thereof for any reason.

This Reclamation Demand is made without prejudice to Chunju's right to recover from, or otherwise exercise any remedy against SHMC or any other subsidiary of SHMC that is in possession, custody or control of, and/or is responsible for payment for the Goods. This letter and the rights and remedies asserted herein are also without prejudice to any other rights and remedies of Chunju under applicable law, all of which are expressly reserved.

Please contact the undersigned to arrange for the immediate return of the Goods.

Very truly yours,

Adrienne K. Walker

Enclosures

cc: Mr. Oscar Palacios

82168448v.1

EXHIBIT A: RECLAMATION DEMAND SCHEDULE OF GOODS

| PO | Item | Order Date | Vessel Date | Receipt dates | Final Dest | Qty | Price | Amount |
|---|---|---|---|---|---|---|---|---|
| TB2366 | 240062443601 | 6/26/2018 | 9/5/2018 | 9/25/2018; and 9/28/2018 | SHW | 2436 | $44.80 | $109,132.80 |