Richard J. McCord, Esq.
Robert D. Nosek, Esq.
CERTILMAN BALIN ADLER & HYMAN, LLP.
Attorneys for ZG Apparel Group LLC and
Studio 1 Div. of Shazdeh Fashions
90 Merrick Avenue
East Meadow, NY 11554
Telephone (516) 296-7000
Facsimile (516) 296-7111

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                            :    Chapter 11
                                                  :    Case No. 18-23538 (RDD)
SEARS HOLDINGS CORPORATION, et al. [1]            :    (Jointly Administered)
                                                  :
                                    Debtors.      :
---------------------------------------------------------------x

# NOTICE OF APPEARANCE AND DEMAND
# FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned appear in the above-captioned chapter 11 case as counsel to ZG Apparel Group LLC and Studio 1 Div. of Shazdeh Fashions and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

6720474.1

Procedure (the "Bankruptcy Rules") and Section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§101, et seq. (the "Bankruptcy Code"), respectfully request that notices, pleadings and other papers served or required to be served in this case also be served, electronically or otherwise, on:

>Richard J. McCord, Esq.
>Robert D. Nosek, Esq.
>CERTILMAN BALIN ADLER & HYMAN, LLP.
>90 Merrick Avenue
>East Meadow, New York 11554
>Telephone: (516) 296-7000
>Facsimile: (516) 296-7111
>rmccord@certilmanbalin.com
>rnosek@certilmanbalin.com

**PLEASE TAKE FURTHER NOTICE**, that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes the notice of all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail, hand-delivery, telephone, facsimile transmission, email or otherwise made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a district judge (ii) the right to trial by jury in any proceeding related to, or triable in, these cases or any case, controversy or proceeding related to these cases (iii) the right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect

6720474.1

to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims actions, defenses, setoffs and recoupments are expressly reserved.

Dated: East Meadow, New York
November 2, 2018

                    **CERTILMAN BALIN ADLER & HYMAN, LLP.**
                    Attorneys for ZG Apparel Group LLC and
                    Studio 1 Div. of Shazdeh Fashions

By:   /s/Richard J. McCord\_\_
        Richard J. McCord (RJM 3290)
        Robert D. Nosek (RDN 7676)
        90 Merrick Avenue
        East Meadow, New York 11554
        (516) 296-7000

6720474.1