FOLEY & LARDNER LLP
Richard J. Bernard, Esq.
90 Park Avenue
New York, NY 10016-1314
Telephone:    (212) 682-7474
Facsimile:    (212) 687-2329
Email: rbernard@foley.com

BECK, CHAET, BAMBERGER & POLSKY, S.C.
Kevin L. Keeler, Esq.
Olivier H. Reiher, Esq.
Two Plaza East, Suite 1085
330 East Kilbourn Avenue
Milwaukee, WI 53202
(414) 390-5935 - TEL
(414) 273-7786 – FAX

*Counsel to Briggs & Stratton Corporation*
(*pro hac vice* admission pending)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                :
In re:                                          :    Chapter 11
                                                :
Sears Holding Corporation, et al.,              :    Case No. 18-23538-rdd
                                                :
            Debtors.                            :    (Jointly Administered)
                                                :
---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Kevin L. Keeler, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Briggs & Stratton Corporation, a Creditor in the above-referenced jointly administered cases.

I certify that I am a member in good standing of the bar in the State of Wisconsin and the bar of the U.S. District Court for the Eastern District of Wisconsin.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated this 2nd day of November, 2018.

        BECK, CHAET, BAMBERGER &
        POLSKY, S.C.

        By: */s/ Kevin L. Keeler*
        Kevin L. Keeler, Esq.
        Two Plaza East, Suite 1085
        330 East Kilbourn Avenue
        Milwaukee, WI 53202
        (414) 390-5935 - TEL
        (414) 273-7786 – FAX
        Email: kkeeler@bcblaw.net
        Email: oreiher@bcblaw.net

        and

        FOLEY & LARDNER LLP
        Richard J. Bernard, Esq.
        90 Park Avenue
        New York, NY 10016-1314
        Telephone:   (212) 682-7474
        Facsimile:   (212) 687-2329
        Email: rbernard@foley.com

        *Counsel to Briggs & Stratton Corporation*