**HONIGMAN MILLER SCHWARTZ AND COHN LLP**
2290 First National Building
660 Woodward Avenue
Detroit Michigan 48226
Telephone: (313) 465-7590
Facsimile: (313) 465-7591
Lawrence A. Lichtman (MI Bar #P35403)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
In re:

SEARS HOLDINGS CORPORATION, *et al.*,[1]

    Debtors.

------------------------------------------------------------- x

Chapter 11

Case No.18-23538 (RDD)

(Jointly Administered)

## NOTICE OF RECLAMATION DEMAND
## OF MIDWEST TOOL AND CUTLERY COMPANY

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

The Debtors also include SHC Licensed Business LLC (3718), filed as Case No. 18-23616, and SHC Promotions LLC (9626), filed as Case No. 18-23630 (the "Additional Debtors"). The Additional Debtors each filed a motion in their respective chapter 11 case requesting joint administration with the Debtors for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

29157164.1

**PLEASE TAKE NOTICE** that Midwest Tool and Cutlery Company ("Claimant"), by and through its undersigned counsel, hereby files this notice of the delivery of a written reclamation demand, dated November 2, 2018, pursuant to 11 U.S.C. §§503 and 546(c), Uniform Commercial Code § 2-702, and applicable non-bankruptcy law, on the above-captioned debtors and debtors in possession (the "Debtors") to reclaim certain goods (the "Goods") that are subject to reclamation and which were sold by Claimant to Debtors in the ordinary course of business, delivered on credit terms, and which were received by the Debtors during the forty-five (45) days prior to the commencement of the Debtors' Chapter 11 bankruptcy cases. On information and belief, the Debtors were insolvent at the time they received delivery of the Goods. Claimant incorporates herein by reference a copy of its formal reclamation demand letter attached as Exhibit 1, which has been delivered to the Debtors' general counsel and bankruptcy counsel, respectively, by overnight mail and electronic mail, as indicated.

**PLEASE TAKE FURTHER NOTICE** that Claimant reserves all of its rights and remedies with respect to the Goods, and otherwise in Debtors' Chapter 11 cases, including, without limitation: (i) its right to assert an administrative expense claim for the value of all Goods received by the Debtors within twenty (20) days before the commencement of the Chapter 11 cases in accordance with 11 U.S.C. § 503(b)(9), (ii) its right to assert a "new value" defense to any preference demand pursuant to 11 U.S.C. § 547(c)(4); (iii) its right to demand payment of any portion of these invoices as a "cure" payment in connection with the Debtors' assumption of any executory contract, if any, pursuant to 11 U.S.C. § 365; (iv) its right to seek payment of its prepetition invoices from any non-debtor parties that are co-obligors; (v) its right to file additional demands or claims, including without limitation, a proof of claim; and/or (vi) its right to assert any other rights under applicable law. By filing this Notice, Claimant does not consent to the entry of

2

29157164.1

any final orders of the bankruptcy court on non-core issues and claims, and does not waive any jurisdictional defenses and Claimant reserves its rights to amend this Notice.

         Respectfully submitted,

         HONIGMAN MILLER SCHWARTZ AND COHN LLP
         Attorneys For Midwest Tool and Cutlery Company

         By: /s/ Lawrence A. Lichtman
           Lawrence A. Lichtman
           2290 First National Building
           660 Woodward Avenue
           Detroit, MI 48226-3506
           313-465-7000
           llichtman@honigman.com

DATED:  November 2, 2018

29157164.1

# **EXHIBIT 1**

**Reclamation Demand of Midwest Tool and Cutlery Company**

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

Lawrence A. Lichtman

(313) 465- 7590
Fax: (313) 465-7591
llichtman@honigman.com

November 2, 2018

*Via Federal Express Priority Overnight Delivery*
Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attention: General Counsel

*Via Federal Express Priority Overnight Delivery*
*& Email*
Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, P.C., Jacqueline Marcus,
Garrett A. Fail, Sunny Singh
767 Fifth Avenue
New York, NY 10153
ray.schrock@weil.com
jacqueline.marcus@weil.com
garrett.fail@weil.com
sunny.singh@weil.com

Re:   *In re Sears Holdings Corporation, et al., Case No. 18-23538 (Bankr. S.D.N.Y.)*
      *Demand for Reclamation Pursuant to 11 U.S.C. § 546(c)*

Ladies and Gentlemen:

Our firm represents Midwest Tool and Cutlery Company ("Claimant"), a creditor in the above-captioned bankruptcy cases of Sears Holdings Corporation and its affiliated debtors (collectively, the "Debtors"), with respect to amounts due and owing from one or more of the Debtors (including, but not necessarily limited to, Sears, Roebuck and Co.).

Pursuant to 11 U.S.C. § 546(c), and Uniform Commercial Code § 2-702 and other applicable non-bankruptcy law, Claimant hereby makes demand on the Debtors for the reclamation and return of all goods that were shipped to the Debtors by Claimant, where such goods were received by Debtors within forty-five (45) days prior to the commencement of the Debtors' chapter 11 bankruptcy cases (the "Reclamation Goods"). The Reclamation Goods include, without limitation, those items identified on **Attachment A**, enclosed herewith. Additional documentation in support of this reclamation demand will be made available upon written request.

29157890.1

# HONIGMAN

November 2, 2018
Page 2

The Reclamation Goods were sold by Claimant to Debtors in the ordinary course of business, delivered on credit terms, and were received by the Debtors during the forty-five (45) days prior to the commencement of the Debtors' Chapter 11 bankruptcy cases. On information and belief, the Debtors were insolvent at the time they received delivery of the Reclamation Goods.

Claimant hereby demands that Debtors segregate and protect the Reclamation Goods and that Debtors provide an immediate accounting of all Reclamation Goods on-hand at the time this letter is received and their present location(s), and of any Reclamation Goods sold after the Debtors filed for chapter 11 protection.

Claimant makes this demand for reclamation without prejudice to any and all other rights and remedies available to it, at law or in equity, including, but not limited to, its right to an allowed administrative expense claim under 11 U.S.C. § 503(b)(9) or any other provision of the Bankruptcy Code and/or its right to amend and supplement this demand and to serve additional demands or claims.

Please forward all communications concerning the matters discussed herewith to my office as counsel for Claimant. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

Lawrence A. Lichtman

Attachment

2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506
*Detroit · Ann Arbor · Bloomfield Hills · Chicago · Grand Rapids · Kalamazoo · Lansing*

29157890.1

Attachment A to Reclamation Demand Letter – Page **1** of **5**
Midwest Tool and Cutlery Company

| Invoice Date (and Shipment Date) | Invoice # | Item | Quantity | Invoice Amount |
|---|---|---|---|---|
| 8/31/2018 | 240043 | MWT-6716S | 4.000 | $ 31.40 |
| 9/4/2018 | 240128 | MWT-77D | 1.000 | 8.58 |
| 9/4/2018 | 240122 | MWT-6716B | 1.000 | 8.95 |
| 9/4/2018 | 240124 | MWT-6716B | 1.000 | 8.95 |
| 9/4/2018 | 240125 | MWT-6716B | 1.000 | 8.95 |
| 9/4/2018 | 240126 | MWT-6716B | 1.000 | 8.95 |
| 9/4/2018 | 240127 | MWT-6716B | 1.000 | 8.95 |
| 9/4/2018 | 240131 | MWT-127S | 1.000 | 13.35 |
| 9/4/2018 | 240130 | MWT-6300 | 1.000 | 22.99 |
| 9/4/2018 | 240129 | MWT-6716A | 3.000 | 31.17 |
| 9/4/2018 | 240123 | MWT-SS6510L | 14.000 | 162.26 |
| 9/5/2018 | 240182 | 70A-CRFT-42714 | 18.000 | 121.68 |
| 9/5/2018 | 240182 | MWT-6516 | 18.000 | 174.24 |
| 9/5/2018 | 240182 | 70A-CRFT-42717 | 36.000 | 239.40 |
| 9/5/2018 | 240182 | MWT-6510R | 36.000 | 311.76 |
| 9/5/2018 | 240182 | 70A-CRFT-42713 | 72.000 | 478.80 |
| 9/5/2018 | 240182 | MWT-6510L | 144.000 | 1247.04 |
| 9/5/2018 | 240182 | MWT-6510C | 657.000 | 11123.01 |
| 9/7/2018 | 240297 | MWT-6716B | 1.000 | 8.95 |
| 9/7/2018 | 240299 | MWT-SS6510L | 1.000 | 11.59 |
| 9/7/2018 | 240298 | MWT-1200SV | 1.000 | 17.06 |
| 9/10/2018 | 240444 | MWT-6716B | 1.000 | 8.95 |
| 9/10/2018 | 240447 | MWT-6716B | 1.000 | 8.95 |
| 9/10/2018 | 240441 | MWT-SS6510L | 1.000 | 11.59 |
| 9/10/2018 | 240442 | MWT-127S | 1.000 | 13.35 |
| 9/10/2018 | 240445 | MWT-127D | 1.000 | 13.99 |
| 9/10/2018 | 240443 | MWT-6300 | 1.000 | 22.99 |
| 9/10/2018 | 240446 | MWT-6300 | 1.000 | 22.99 |
| 9/12/2018 | 240546 | MWT-SS6510L | 6.000 | 88.62 |
| 9/12/2018 | 240546 | 70A-CRFT-42714 | 18.000 | 121.68 |
| 9/12/2018 | 240546 | MWT-6516 | 18.000 | 174.24 |
| 9/12/2018 | 240546 | 70A-CRFT-42713 | 36.000 | 239.40 |
| 9/12/2018 | 240547 | 70A-CRFT-42714 | 36.000 | 243.36 |
| 9/12/2018 | 240546 | MWT-6510S | 36.000 | 311.76 |
| 9/12/2018 | 240546 | MWT-6510L | 36.000 | 311.76 |
| 9/12/2018 | 240547 | MWT-6510S | 36.000 | 311.76 |
| 9/12/2018 | 240547 | MWT-6510R | 36.000 | 311.76 |
| 9/12/2018 | 240547 | 70A-CRFT-42717 | 72.000 | 478.80 |
| 9/12/2018 | 240547 | MWT-6516 | 90.000 | 871.20 |

29157890.1

| | | | | |
|---|---|---|---|---|
| 9/12/2018 | 240547 | MWT-6510L | 108.000 | 935.28 |
| 9/12/2018 | 240546 | MWT-6510C | 225.000 | 3809.25 |
| 9/12/2018 | 240547 | MWT-6510C | 423.000 | 7161.39 |
| 9/13/2018 | 240825 | 70A-CRFT-42714 | 36.000 | 243.36 |
| 9/13/2018 | 240825 | MWT-6510S | 36.000 | 311.76 |
| 9/13/2018 | 240825 | MWT-6516 | 54.000 | 522.72 |
| 9/13/2018 | 240825 | 70A-CRFT-42713 | 108.000 | 718.20 |
| 9/13/2018 | 240825 | 70A-CRFT-42717 | 144.000 | 957.60 |
| 9/13/2018 | 240825 | MWT-6510L | 324.000 | 2805.84 |
| 9/13/2018 | 240825 | MWT-6510C | 720.000 | 12189.60 |
| 9/14/2018 | 240836 | MWT-1200R | 1.000 | 4.71 |
| 9/14/2018 | 240838 | MWT-1200R | 1.000 | 4.71 |
| 9/14/2018 | 240839 | MWT-6716B | 1.000 | 8.95 |
| 9/19/2018 | 241073 | 70A-CRFT-42714 | 18.000 | 121.68 |
| 9/19/2018 | 241072 | 70A-CRFT-42714 | 18.000 | 121.68 |
| 9/19/2018 | 241075 | 70A-CRFT-42714 | 18.000 | 121.68 |
| 9/19/2018 | 241075 | MWT-6516 | 18.000 | 174.24 |
| 9/19/2018 | 241073 | 70A-CRFT-42717 | 36.000 | 239.40 |
| 9/19/2018 | 241074 | 70A-CRFT-42711 | 36.000 | 239.40 |
| 9/19/2018 | 241072 | 70A-CRFT-42711 | 36.000 | 239.40 |
| 9/19/2018 | 241072 | 70A-CRFT-42713 | 36.000 | 239.40 |
| 9/19/2018 | 241075 | 70A-CRFT-42713 | 36.000 | 239.40 |
| 9/19/2018 | 241075 | 70A-CRFT-42717 | 36.000 | 239.40 |
| 9/19/2018 | 241074 | 70A-CRFT-42714 | 36.000 | 243.36 |
| 9/19/2018 | 241073 | MWT-6510L | 36.000 | 311.76 |
| 9/19/2018 | 241074 | MWT-6510S | 36.000 | 311.76 |
| 9/19/2018 | 241074 | MWT-6510R | 36.000 | 311.76 |
| 9/19/2018 | 241072 | MWT-6510S | 36.000 | 311.76 |
| 9/19/2018 | 241072 | MWT-6510R | 36.000 | 311.76 |
| 9/19/2018 | 241075 | MWT-6510S | 36.000 | 311.76 |
| 9/19/2018 | 241075 | MWT-6510R | 36.000 | 311.76 |
| 9/19/2018 | 241072 | MWT-6516 | 36.000 | 348.48 |
| 9/19/2018 | 241073 | 70A-CRFT-42713 | 72.000 | 478.80 |
| 9/19/2018 | 241072 | 70A-CRFT-42717 | 72.000 | 478.80 |
| 9/19/2018 | 241073 | MWT-6516 | 54.000 | 522.72 |
| 9/19/2018 | 241074 | MWT-6516 | 54.000 | 522.72 |
| 9/19/2018 | 241074 | 70A-CRFT-42717 | 144.000 | 957.60 |
| 9/19/2018 | 241072 | MWT-6510L | 144.000 | 1247.04 |
| 9/19/2018 | 241075 | MWT-6510L | 144.000 | 1247.04 |
| 9/19/2018 | 241073 | MWT-6510C | 90.000 | 1523.70 |
| 9/19/2018 | 241074 | 70A-CRFT-42713 | 252.000 | 1675.80 |

| | | | | |
|---|---|---|---|---|
| 9/19/2018 | 241074 | MWT-6510L | 504.000 | 4364.64 |
| 9/19/2018 | 241075 | MWT-6510C | 468.000 | 7923.24 |
| 9/19/2018 | 241074 | MWT-6510C | 495.000 | 8380.35 |
| 9/19/2018 | 241072 | MWT-6510C | 810.000 | 13713.30 |
| 9/20/2018 | 241201 | MWT-127D | 1.000 | 13.99 |
| 9/21/2018 | 241368 | MWT-107D | 1.000 | 11.39 |
| 9/24/2018 | 241427 | MWT-6716L | 1.000 | 7.85 |
| 9/24/2018 | 241429 | MWT-SS6510L | 5.000 | 57.95 |
| 9/26/2018 | 241540 | MWT-6716A | 1.000 | 10.39 |
| 9/26/2018 | 241541 | MWT-SS6716L | 1.000 | 11.25 |
| 9/26/2018 | 241537 | MWT-SS6510L | 6.000 | 88.62 |
| 9/26/2018 | 241537 | MWT-6516 | 18.000 | 174.24 |
| 9/26/2018 | 241537 | 70A-CRFT-42713 | 36.000 | 239.40 |
| 9/26/2018 | 241537 | 70A-CRFT-42717 | 36.000 | 239.40 |
| 9/26/2018 | 241537 | MWT-6510R | 36.000 | 311.76 |
| 9/26/2018 | 241538 | MWT-6510L | 36.000 | 311.76 |
| 9/26/2018 | 241539 | MWT-6516 | 54.000 | 522.72 |
| 9/26/2018 | 241537 | MWT-6510L | 72.000 | 623.52 |
| 9/26/2018 | 241537 | MWT-6510C | 90.000 | 1523.70 |
| 9/26/2018 | 241539 | MWT-6510L | 180.000 | 1558.80 |
| 9/26/2018 | 241539 | MWT-6510C | 531.000 | 8989.83 |
| 9/27/2018 | 241629 | 70A-CRFT-42713 | 36.000 | 239.40 |
| 9/27/2018 | 241633 | 70A-CRFT-42717 | 36.000 | 239.40 |
| 9/27/2018 | 241636 | 70A-CRFT-42714 | 36.000 | 243.36 |
| 9/27/2018 | 241629 | 70A-CRFT-42714 | 36.000 | 243.36 |
| 9/27/2018 | 241633 | 70A-CRFT-42714 | 36.000 | 243.36 |
| 9/27/2018 | 241628 | MWT-6510S | 36.000 | 311.76 |
| 9/27/2018 | 241628 | MWT-6510R | 36.000 | 311.76 |
| 9/27/2018 | 241633 | MWT-6510S | 36.000 | 311.76 |
| 9/27/2018 | 241633 | MWT-6510R | 36.000 | 311.76 |
| 9/27/2018 | 241629 | MWT-6516 | 36.000 | 348.48 |
| 9/27/2018 | 241628 | 70A-CRFT-42714 | 54.000 | 365.04 |
| 9/27/2018 | 241636 | MWT-6516 | 54.000 | 522.72 |
| 9/27/2018 | 241633 | MWT-6516 | 54.000 | 522.72 |
| 9/27/2018 | 241636 | MWT-6510S | 72.000 | 623.52 |
| 9/27/2018 | 241636 | MWT-6510R | 72.000 | 623.52 |
| 9/27/2018 | 241636 | MWT-6510L | 72.000 | 623.52 |
| 9/27/2018 | 241636 | 70A-CRFT-42717 | 108.000 | 718.20 |
| 9/27/2018 | 241629 | 70A-CRFT-42717 | 108.000 | 718.20 |
| 9/27/2018 | 241633 | 70A-CRFT-42713 | 108.000 | 718.20 |
| 9/27/2018 | 241629 | MWT-6510L | 108.000 | 935.28 |

| | | | | |
|---|---|---|---|---|
| 9/27/2018 | 241628 | 70A-CRFT-42713 | 144.000 | 957.60 |
| 9/27/2018 | 241628 | MWT-6516 | 108.000 | 1045.44 |
| 9/27/2018 | 241628 | 70A-CRFT-42717 | 180.000 | 1197.00 |
| 9/27/2018 | 241628 | MWT-6510L | 216.000 | 1870.56 |
| 9/27/2018 | 241633 | MWT-6510L | 216.000 | 1870.56 |
| 9/27/2018 | 241628 | MWT-6510C | 279.000 | 4723.47 |
| 9/27/2018 | 241633 | MWT-6510C | 468.000 | 7923.24 |
| 9/27/2018 | 241636 | MWT-6510C | 594.000 | 10056.42 |
| 9/27/2018 | 241629 | MWT-6510C | 648.000 | 10970.64 |
| 10/1/2018 | 241842 | MWT-6716B | 1.000 | 8.95 |
| 10/2/2018 | 241850 | MWT-6716B | 1.000 | 8.95 |
| 10/2/2018 | 241853 | MWT-6716B | 1.000 | 8.95 |
| 10/2/2018 | 241854 | MWT-6716B | 1.000 | 8.95 |
| 10/3/2018 | 242036 | MWT-SS6716L | 1.000 | 11.25 |
| 10/3/2018 | 242032 | MWT-6516 | 18.000 | 174.24 |
| 10/3/2018 | 242032 | 70A-CRFT-42711 | 36.000 | 239.40 |
| 10/3/2018 | 242031 | 70A-CRFT-42717 | 36.000 | 239.40 |
| 10/3/2018 | 241915 | 70A-CRFT-42717 | 36.000 | 239.40 |
| 10/3/2018 | 241915 | 70A-CRFT-42714 | 36.000 | 243.36 |
| 10/3/2018 | 241914 | MWT-6510L | 36.000 | 311.76 |
| 10/3/2018 | 241914 | MWT-6516 | 36.000 | 348.48 |
| 10/3/2018 | 242032 | 70A-CRFT-42714 | 54.000 | 365.04 |
| 10/3/2018 | 242032 | 70A-CRFT-42713 | 72.000 | 478.80 |
| 10/3/2018 | 242033 | 70A-CRFT-42713 | 72.000 | 478.80 |
| 10/3/2018 | 242033 | 70A-CRFT-42717 | 72.000 | 478.80 |
| 10/3/2018 | 242031 | MWT-6516 | 72.000 | 696.96 |
| 10/3/2018 | 242033 | MWT-6516 | 90.000 | 871.20 |
| 10/3/2018 | 242032 | 70A-CRFT-42717 | 144.000 | 957.60 |
| 10/3/2018 | 242033 | MWT-6510L | 180.000 | 1558.80 |
| 10/3/2018 | 241915 | MWT-6510L | 180.000 | 1558.80 |
| 10/3/2018 | 241914 | MWT-6510C | 135.000 | 2285.55 |
| 10/3/2018 | 242032 | MWT-6510L | 324.000 | 2805.84 |
| 10/3/2018 | 241915 | MWT-6510C | 369.000 | 6247.17 |
| 10/3/2018 | 242033 | MWT-6510C | 396.000 | 6704.28 |
| 10/3/2018 | 242032 | MWT-6510C | 441.000 | 7466.13 |
| 10/3/2018 | 242031 | MWT-6510C | 486.000 | 8227.98 |
| 10/4/2018 | 242208 | MWT-SS6716L | 1.000 | 11.25 |
| 10/4/2018 | 242209 | MWT-SS6510L | 1.000 | 11.59 |
| 10/4/2018 | 242210 | MWT-SS6716L | 2.000 | 22.50 |
| 10/5/2018 | 242233 | MWT-77D | 1.000 | 8.58 |
| 10/8/2018 | 242342 | MWT-2110R | 1.000 | 4.71 |

Attachment A to Reclaimation Demand Letter – Page **5** of **5**
Midwest Tool and Cutlery Company

| 10/8/2018 | 242340 | MWT-6716B | 1.000 | 8.95 |
|---|---|---|---|---|
| 10/8/2018 | 242344 | MWT-6716B | 1.000 | 8.95 |
| 10/8/2018 | 242344 | MWT-SS6510L | 1.000 | 11.59 |
| 10/8/2018 | 242343 | MWT-127D | 1.000 | 13.99 |
| 10/8/2018 | 242341 | MWT-1200 | 1.000 | 16.64 |
| 10/8/2018 | 242341 | MWT-1200SV | 1.000 | 17.06 |
| 10/9/2018 | 242432 | MWT-SS6716L | 1.000 | 11.25 |
| 10/10/2018 | 242645 | MWT-1200SV | 1.000 | 17.06 |
| | | | **Total**: | **$202,749.90** |

29157890.1

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2018, a true and correct copy of the foregoing was served via the ECF filing system of the United States Bankruptcy Court for the Southern District of New York on all parties receiving notice in this case.

By: /s/ Lawrence A. Lichtman
Lawrence A. Lichtman
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
313-465-7590

29157164.1