FOLEY & LARDNER LLP
Richard J. Bernard, Esq.
90 Park Avenue
New York, NY 10016-1314
Telephone:    (212) 682-7474
Facsimile:    (212) 687-2329
Email: rbernard@foley.com

BECK, CHAET, BAMBERGER & POLSKY, S.C.
Kevin L. Keeler, Esq.
Olivier H. Reiher, Esq.
Two Plaza East, Suite 1085
330 East Kilbourn Avenue
Milwaukee, WI 53202
(414) 390-5935 - TEL
(414) 273-7786 – FAX

*Counsel to Briggs & Stratton Corporation*
(*pro hac vice* admission pending)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                   :
In re:                                             :          Chapter 11
                                                   :
Sears Holding Corporation, et al.,                 :          Case No. 18-23538-rdd
                                                   :
              Debtors.                             :          (Jointly Administered)
                                                   :
------------------------------------------------------------x

### **MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Olivier H. Reiher, request admission, *pro hac vice*, before the Honorable Robert D.

Drain, to represent Briggs & Stratton Corporation, a Creditor in the above-referenced jointly

administered cases.

I certify that I am a member in good standing of the bar in the State of Wisconsin and the

bar of the U.S. District Court for the Eastern District of Wisconsin.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated this 2nd day of November, 2018.

BECK, CHAET, BAMBERGER &
POLSKY, S.C.


By: */s/ Olivier H. Reiher*
Olivier H. Reiher, Esq.
Two Plaza East, Suite 1085
330 East Kilbourn Avenue
Milwaukee, WI 53202
(414) 390-5935 - TEL
(414) 273-7786 – FAX
Email: kkeeler@bcblaw.net
Email: oreiher@bcblaw.net

and

FOLEY & LARDNER LLP
Richard J. Bernard, Esq.
90 Park Avenue
New York, NY 10016-1314
Telephone:     (212) 682-7474
Facsimile:     (212) 687-2329
Email: rbernard@foley.com

*Counsel to Briggs & Stratton Corporation*