FOLEY & LARDNER LLP
Richard J. Bernard, Esq.
90 Park Avenue
New York, NY 10016-1314
Telephone:    (212) 682-7474
Facsimile:    (212) 687-2329
Email: rbernard@foley.com

BECK, CHAET, BAMBERGER & POLSKY, S.C.
Kevin L. Keeler, Esq.
Olivier H. Reiher, Esq.
Two Plaza East, Suite 1085
330 East Kilbourn Avenue
Milwaukee, WI 53202
(414) 390-5935 - TEL
(414) 273-7786 – FAX

*Counsel to Briggs & Stratton Corporation*
(*pro hac vice* admission pending)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
Sears Holding Corporation, et al.,                           :    Case No. 18-23538-rdd
                                                             :
         Debtors.[1]                                         :    (Jointly Administered)
-------------------------------------------------------------x

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

4841-5703-4362.1

## NOTICE OF RECLAMATION DEMAND BY BRIGGS & STRATTON CORPORATION

**TO THE DEBTORS AND ALL INTERESTED PARTIES:**

Briggs & Stratton Corporation ("Briggs"), by and through its undersigned counsel, hereby gives notice that it served a demand for reclamation of goods (the "Reclamation Demand") pursuant to Section 546(c) of the United States Bankruptcy Code, 11 U.S.C. § 101, *et seq.* on October 30, 2018. A copy of the Reclamation Demand is attached as Exhibit A.

Dated this 2nd day of November, 2018.

FOLEY & LARDNER LLP

/s/ Richard J. Bernard

Richard J. Bernard, Esq.
90 Park Avenue
New York, NY 10016-1314
Telephone:    (212) 682-7474
Facsimile:    (212) 687-2329
Email: rbernard@foley.com

-and-

BECK, CHAET, BAMBERGER & POLSKY, S.C.

Kevin L. Keeler, Esq.
Olivier H. Reiher, Esq.
Two Plaza East, Suite 1085
330 East Kilbourn Avenue
Milwaukee, WI 53202
(414) 390-5935 - TEL
(414) 273-7786 – FAX

*Counsel to Briggs & Stratton Corporation*
(*pro hac vice* admission pending)