

**BECK, CHAET,
BAMBERGER & POLSKY, S.C.**

330 East Kilbourn Avenue
Tower 2, Suite 1085
Milwaukee, Wisconsin 53202

414.273.4200
Fax 414.273.7786

E-mail: kkeeler@bcblaw.net

October 30, 2018

**VIA UPS AND EMAIL**

Ray C. Shrock, P.C. - (ray.schrock@weil.com)
Jacqueline Marcus - (jacqueline.marcus@weil.com)
Garrett A. Fail - (garrett.fail@weil.com)
Sunny Singh - (sunny.singh@weil.com)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**VIA UPS**

Robert A. Reicker
Chief Financial Officer
Sears Holding Corp. 3333 Beverly Road
Hoffman Estates, IL 60179

Re:   *Sears Holdings Corporation, et al. (collectively the "Debtors"), Case No. 18-23538 (RDD) (Bankr. S.D.N.Y.), Demand for Reclamation of Goods Pursuant to 11 U.S.C. § 546(c) and U.C.C. § 2-702 on behalf of Briggs & Stratton Corporation*

Dear Mr. Shrock, Ms. Marcus, Mr. Fail, Mr. Singh, and Mr. Reicker:

Our firm represents Briggs & Stratton Corporation ("Briggs"), a creditor in the above-captioned, jointly administered, Chapter 11 bankruptcy cases of the Debtors, which are currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

As set forth in the spreadsheet summary attached as Exhibit A, Briggs sold certain goods (collectively the "Prepetition Invoiced Goods") to the Debtors, including, but not limited to Sears Holdings Corporation and Sears Brands Management.

Pursuant to 11 U.S.C. § 546(c) and Uniform Commercial Code § 2-702 (and the applicable U.C.C. provisions in the states where the bulk of the goods were delivered), Briggs hereby makes demand upon the Debtors for the reclamation and immediate return of the Prepetition Invoiced Goods that were sold on credit by Briggs, and received by the Debtors while they were insolvent,



**BECK, CHAET,**
**BAMBERGER & POLSKY, S.C.**

Ray C. Shrock, Esq.
October 30, 2018
Page 2

which insolvency is evidenced, in whole or in part, by the Debtors' filing of bankruptcy petitions in the Bankruptcy Court, within forty-five (45) days preceding the date upon which the Debtors filed their Chapter 11 bankruptcy petitions in the Bankruptcy Court (the "Reclamation Period"). The value of the outstanding invoices related to the Prepetition Invoiced Goods Briggs received by the Debtors during the Reclamation Period is $2,683,019.20.

In the interim, Briggs demands that the Debtors immediately segregate and protect the Prepetition Invoiced Goods in their possession. The Debtors should set the Prepetition Invoiced Goods aside for pickup by Briggs and provide an accounting of all Prepetition Invoiced Goods and their immediate location(s). Please note that the Prepetition Invoiced Goods are not to be sold, used or otherwise transferred except with Briggs' written consent or by order of the Bankruptcy Court upon prior notice to Briggs.

The demand is made without prejudice to Brigg's rights to (a) seek an 11 U.S.C. § 503(b)(9) administrative claim with respect to any portion of the Prepetition Invoiced Goods that were received by the Debtors within twenty (20) days before the Debtors' bankruptcy petition date, (b) assert any lien rights with respect to the Prepetition Invoiced Goods, and (c) seek an 11 U.S.C. § 546(b)(1) administrative claim with respect to any portion of the Prepetition Invoiced Goods that were received by the Debtors after the bankruptcy petition date.

If you have any questions regarding the relevant goods or invoices, please do not hesitate to contact me.

Very truly yours,

BECK, CHAET, BAMBERGER & POLSKY, S.C.

Kevin L. Keeler

Enclosures

EXHIBIT A
Summary of Goods Delivered

| Company Code | Account | Branch account | Customer PO | Order Number | Delivery Note | Shipment number | Billing Document | Reference | Document Number | Document Date | Document currency | Amount in doc. curr. | QTY | BRIGGS P/N | SEARS P/N | PRODUCT | Date Picked up (Freight collect) | Date delivered (UPS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US00 | 300010 | 1001044 | 552903 | 100028737 | 8000054992 | 10008255 | 90045129 | 00900045129 | 1800040572 | 8/31/2018 | USD | $48,282.80 | multiple | multiple | multiple | Pressure Washers, Generators, Access. | 8/31/2018 | |
| US00 | 300010 | 1001044 | 553680 | 100033658 | 8000054971 | 10008257 | 90046575 | 00900046575 | 1800040862 | 8/31/2018 | USD | $45,018.16 | multiple | multiple | multiple | Pressure Washers and Access. | 8/31/2018 | |
| US00 | 300010 | 1001300 | 275827089 | 100043760 | 8000057845 | | 90046686 | 00900046686 | 1800040973 | 8/31/2018 | USD | $158.00 | 1.00 | 030665 | multiple | Generator | 8/31/2018 | 9/5/2018 |
| US00 | 300010 | 1001044 | 553684 | 100033652 | 8000054983 | 10008256 | 90048916 | 00900048916 | 1800041680 | 9/4/2018 | USD | $39,766.52 | multiple | multiple | multiple | Pressure Washers and Access. | 9/4/2018 | |
| US00 | 300010 | 1001044 | 552897 | 100028731 | 8000057812 | 10008968 | 90049578 | 00900049578 | 1800041642 | 9/4/2018 | USD | $72,556.80 | multiple | multiple | multiple | Pressure Washers and Access. | 9/4/2018 | |
| US00 | 300010 | 1001200 | 08287526698 | 100013937 | 8000049312 | 10007856 | 90051226 | 00900051226 | 1800042488 | 9/5/2018 | USD | $2,642.00 | multiple | multiple | multiple | Pressure Washers | 9/5/2018 | |
| US00 | 300010 | 1001200 | 08289232656 | 100013940 | 8000049315 | 10007855 | 90051227 | 00900051227 | 1800042459 | 9/5/2018 | USD | $1,305.00 | multiple | multiple | multiple | Pressure Washers | 9/5/2018 | |
| US00 | 300010 | 1001200 | 08292254004 | 100013941 | 8000049319 | 10007853 | 90051228 | 00900051228 | 1800042490 | 9/5/2018 | USD | $1,655.00 | multiple | multiple | multiple | Pressure Washers | 9/5/2018 | |
| US00 | 300010 | 1001042 | 00275561 | 100000312 | 8000061678 | 10009036 | 90051360 | 00900051360 | 1800042630 | 9/5/2018 | USD | $85.80 | 20 | 6190 | 75187 | Accessories | 9/5/2018 | |
| US00 | 300010 | 1001200 | 08287238570 | 100013938 | 8000049320 | 10007854 | 90051383 | 00900051383 | 1800042656 | 9/5/2018 | USD | $1,645.00 | multiple | multiple | multiple | Pressure Washers | 9/5/2018 | |
| US00 | 300010 | 1001300 | 276409833 | 100046172 | 8000062917 | | 90053387 | 00900053387 | 1800043766 | 9/6/2018 | USD | $262.50 | 1 | 030667 | 8910 | Generator | 9/6/2018 | 9/7/2018 |
| US00 | 300010 | 1001300 | 276385686 | 100046169 | 8000062919 | | 90053388 | 00900053388 | 1800043767 | 9/6/2018 | USD | $260.00 | 1 | 020574 | 94545 | Pressure Washer | 9/6/2018 | 9/10/2018 |
| US00 | 300010 | 1001300 | 276249318 | 100046168 | 8000062920 | | 90053389 | 00900053389 | 1800043768 | 9/6/2018 | USD | $262.50 | 1 | 030667 | 8910 | Generator | 9/6/2018 | 9/7/2018 |
| US00 | 300010 | 1001300 | 276210306 | 100046164 | 8000062921 | | 90053390 | 00900053390 | 1800043769 | 9/6/2018 | USD | $262.50 | 1 | 030667 | 8910 | Generator | 9/6/2018 | 9/10/2018 |
| US00 | 300010 | 1001300 | 276212082 | 100046161 | 8000062922 | | 90053391 | 00900053391 | 1800043770 | 9/6/2018 | USD | $262.50 | 1 | 030667 | 8910 | Generator | 9/6/2018 | 9/10/2018 |
| US00 | 300010 | 1001300 | 276211674 | 100046157 | 8000062923 | | 90053392 | 00900053392 | 1800043771 | 9/6/2018 | USD | $262.50 | 1 | 030667 | 8910 | Generator | 9/6/2018 | 9/10/2018 |
| US00 | 300010 | 1001300 | 276015099 | 100046154 | 8000062924 | | 90053393 | 00900053393 | 1800043772 | 9/6/2018 | USD | $262.50 | 1 | 030667 | 8910 | Generator | 9/6/2018 | 9/10/2018 |
| US00 | 300010 | 1001300 | 276758454 | 100046651 | 8000064904 | | 90053402 | 00900053402 | 1800043780 | 9/6/2018 | USD | $847.60 | 1 | 020454 | | Preassure Washer | 9/6/2018 | 9/13/2018 |
| US00 | 300010 | 1001300 | 276903657 | 100048830 | 8000065716 | | 90055359 | 00900055359 | 1800044825 | 9/7/2018 | USD | $260.00 | 1 | 020574 | 94545 | Preassure Washer | 9/7/2018 | 9/11/2018 |
| US00 | 300010 | 1001300 | 276901170 | 100048836 | 8000065717 | | 90055360 | 00900055360 | 1800044826 | 9/7/2018 | USD | $262.50 | 1 | 030667 | 8910 | Generator | 9/7/2018 | 9/11/2018 |
| US00 | 300010 | 1001300 | 276890310 | 100048837 | 8000065719 | | 90055362 | 00900055362 | 1800044828 | 9/7/2018 | USD | $390.00 | 1 | 020541 | 92857 | Preassure Washer | 9/7/2018 | 9/11/2018 |
| US00 | 300010 | 1001300 | 276959076 | 100049461 | 8000067298 | | 90055363 | 00900055363 | 1800044829 | 9/7/2018 | USD | $262.50 | 1 | 030667 | 8910 | Generator | 9/7/2018 | 9/11/2018 |
| US00 | 300010 | 1001300 | 276911697 | 100049465 | 8000067307 | | 90055364 | 00900055364 | 1800044830 | 9/7/2018 | USD | $847.60 | 1 | 020454 | | Preassure Washer | 9/7/2018 | 9/11/2018 |
| US00 | 300010 | 1001300 | 276931767 | 100049463 | 8000067300 | | 90055500 | 00900055500 | 1800044953 | 9/7/2018 | USD | $39.00 | 1 | 6261 | 87509 | Accessories | 9/10/2018 | |
| US00 | 300010 | 1001044 | 555840 | 100044554 | 8000067190 | 10009932 | 90057165 | 00900057165 | 1800045706 | 9/10/2018 | USD | $19,360.00 | multiple | multiple | multiple | Preassure Washers and Access | 9/10/2018 | |
| US00 | 300010 | 1001044 | 555834 | 100044548 | 8000067203 | 10009934 | 90057167 | 00900057167 | 1800045707 | 9/10/2018 | USD | $30,592.00 | 128 | 020579 | 75491 | Pressure Washers | 9/10/2018 | |
| US00 | 300010 | 1001044 | 555838 | 100044552 | 8000067189 | 10009931 | 90057183 | 00900057183 | 1800045708 | 9/10/2018 | USD | $15,296.00 | 64 | 020579 | 75491 | Pressure Washers | 9/10/2018 | |
| US00 | 300010 | 1001044 | 555836 | 100044550 | 8000067195 | 10009933 | 90057184 | 00900057184 | 1800045709 | 9/10/2018 | USD | $15,296.00 | 64 | 020579 | 75491 | Pressure Washers | 9/10/2018 | |
| US00 | 300010 | 1001044 | 181368 | 100029814 | 8000063117 | 10010265 | 90057573 | 00900057573 | 1800046080 | 9/10/2018 | USD | $226,000.00 | 240 | 030675 | 850220 | Generator | 9/10/2018 | |
| US00 | 300010 | 1001044 | 104509 | 100050831 | 8000069876 | 10010291 | 90057574 | 00900057574 | 1800046082 | 9/10/2018 | USD | $83,268.72 | multiple | multiple | multiple | Generator | 9/10/2018 | |
| US00 | 300010 | 1001044 | 217509 | 100050826 | 8000069875 | 10010280 | 90057602 | 00900057602 | 1800046111 | 9/10/2018 | USD | $45,206.40 | multiple | multiple | multiple | Generator | 9/10/2018 | |
| US00 | 300010 | 1001044 | 222509 | 100050811 | 8000069874 | 10010230 | 90057659 | 00900057659 | 1800046120 | 9/10/2018 | USD | $45,206.40 | multiple | multiple | multiple | Generator | 9/10/2018 | |
| US00 | 300010 | 1001044 | 116509 | 100050852 | 8000069879 | 10010348 | 90057702 | 00900057702 | 1800046165 | 9/10/2018 | USD | $55,512.48 | multiple | multiple | multiple | Generator | 9/10/2018 | |
| US00 | 300010 | 1001044 | 280709 | 100050866 | 8000069881 | 10010346 | 90057704 | 00900057704 | 1800046167 | 9/10/2018 | USD | $27,756.24 | multiple | multiple | multiple | Generator | 9/10/2018 | |
| US00 | 300010 | 1001044 | 277285320 | 100060734 | 8000069477 | | 90058948 | 00900058948 | 1800046416 | 9/11/2018 | USD | $260.00 | 1 | 020574 | 94545 | Pressure Washer | 9/11/2018 | 9/13/2018 |
| US00 | 300010 | 1001300 | 277247358 | 100050732 | 8000069484 | | 90058950 | 00900058950 | 1800046418 | 9/11/2018 | USD | $168.00 | 1 | 030665 | | Generator | 9/11/2018 | 9/13/2018 |
| US00 | 300010 | 1001300 | 277203714 | 100050728 | 8000069488 | | 90058951 | 00900058951 | 1800046419 | 9/11/2018 | USD | $262.50 | 1 | 030667 | 8910 | Generator | 9/11/2018 | 9/13/2018 |
| US00 | 300010 | 1001300 | 277110972 | 100050724 | 8000069490 | | 90058952 | 00900058952 | 1800046420 | 9/11/2018 | USD | $168.00 | 1 | 030665 | | Generator | 9/11/2018 | 9/13/2018 |
| US00 | 300010 | 1001300 | 277694928 | 100050722 | 8000069491 | | 90058953 | 00900058953 | 1800046421 | 9/11/2018 | USD | $390.00 | 1 | 020541 | 92857 | Pressure Washer | 9/11/2018 | 9/13/2018 |
| US00 | 300010 | 1001044 | 140509 | 100051050 | 8000070084 | 10010434 | 90058955 | 00900058955 | 1800046423 | 9/11/2018 | USD | $90,412.80 | multiple | multiple | multiple | Generator | 9/11/2018 | |
| US00 | 300010 | 1001044 | 556842 | 100050886 | 8000069852 | 10010345 | 90059047 | 00900059047 | 1800046518 | 9/11/2018 | USD | $117,089.58 | multiple | multiple | multiple | Generator | 9/11/2018 | |
| US00 | 300010 | 1001044 | 104510 | 100053114 | 8000074311 | 10010812 | 90060534 | 00900060534 | 1800047200 | 9/12/2018 | USD | $187,086.52 | multiple | multiple | multiple | Generator | 9/12/2018 | |
| US00 | 300010 | 1001044 | 140508 | 100053093 | 8000074383 | 10010846 | 90060607 | 00900060607 | 1800047271 | 9/12/2018 | USD | $112,179.60 | 180 | 030592J | 33131 | Generator | 9/12/2018 | |
| US00 | 300010 | 1001044 | 133511 | 100053127 | 8000074312 | 10010848 | 90060621 | 00900060621 | 1800047286 | 9/12/2018 | USD | $125,693.24 | multiple | multiple | multiple | Generator | 9/12/2018 | |

EXHIBIT A
Summary of Goods Delivered

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US00 | 300010 | 1001044 | 140590 | | 100053009 | 800074382 | 10010849 | | 90060629 | 0090060629 | 1800047293 | 9/12/2018 | USD | $125,693.24 | multiple | multiple | multiple | Generator | 9/12/2018 | 9/14/2018 |
| US00 | 300010 | 1001300 | 277346946 | | 100051792 | 800071839 | | | 90060968 | 0090060968 | 1800047597 | 9/12/2018 | USD | $262.50 | 1 | 030667 | 8910 | Generator | 9/12/2018 | 9/14/2018 |
| US00 | 300010 | 1001300 | 277353290 | | 100051793 | 800071841 | | | 90060969 | 0090060969 | 1800047598 | 9/12/2018 | USD | $262.50 | 1 | 030667 | 8910 | Generator | 9/12/2018 | 9/14/2018 |
| US00 | 300010 | 1001300 | 277385754 | | 100051794 | 800071843 | | | 90060970 | 0090060970 | 1800047599 | 9/12/2018 | USD | $262.50 | 1 | 030667 | 8910 | Generator | 9/12/2018 | 9/14/2018 |
| US00 | 300010 | 1001300 | 277414476 | | 100051795 | 800071844 | | | 90060971 | 0090060971 | 1800047600 | 9/12/2018 | USD | $262.50 | 1 | 030667 | 8910 | Generator | 9/12/2018 | |
| US00 | 300010 | 1001044 | 116512 | | 100053424 | 800074861 | 10010914 | | 90062156 | 0090062156 | 1800047880 | 9/13/2018 | USD | $89,349.28 | multiple | multiple | multiple | Generator | 9/13/2018 | |
| US00 | 300010 | 1001044 | 280712 | | 100053442 | 800074863 | 10010916 | | 90062157 | 0090062157 | 1800047881 | 9/13/2018 | USD | $44,674.64 | multiple | multiple | multiple | Generator | 9/13/2018 | |
| US00 | 300010 | 1001300 | 277511127 | | 100053016 | 800074151 | | | 90062349 | 0090062349 | 1800047959 | 9/13/2018 | USD | $262.50 | 1 | 030667 | 8910 | Generator | 9/13/2018 | 9/17/2018 |
| US00 | 300010 | 1001044 | 556647 | | 100049112 | 800074944 | 10010991 | | 90063869 | 0090063869 | 1800048624 | 9/14/2018 | USD | $38,193.88 | multiple | multiple | multiple | Pressure Washers and Access. | 9/14/2018 | |
| US00 | 300010 | 1001044 | 275512 | | 100053144 | 800075995 | 10011107 | | 90064047 | 0090064047 | 1800048751 | 9/14/2018 | USD | $19,533.00 | multiple | multiple | multiple | Generator | 9/14/2018 | |
| US00 | 300010 | 1001044 | 556637 | | 100049102 | 800074280 | 10011158 | | 90064189 | 0090064189 | 1800048880 | 9/14/2018 | USD | $30,721.28 | multiple | multiple | multiple | Pressure Washers and Access. | 9/14/2018 | |
| US00 | 300010 | 1001044 | 556644 | | 100049109 | 800074939 | 10010992 | | 90064354 | 0090064354 | 1800049035 | 9/14/2018 | USD | $35,792.40 | multiple | multiple | multiple | Pressure Washers and Access. | 9/14/2018 | |
| US00 | 300010 | 1001044 | 556642 | | 100049107 | 800079022 | 10011369 | | 90064399 | 0090064399 | 1800049075 | 9/14/2018 | USD | $9,440.00 | 16 | 020653 | | Pressure Washers | 9/14/2018 | |
| US00 | 300010 | 1001044 | 556642 | | 100049107 | 800078010 | 10011368 | | 90064407 | 0090064407 | 1800049083 | 9/14/2018 | USD | $69,439.56 | multiple | multiple | multiple | Pressure Washers and Access. | 9/14/2018 | |
| US00 | 300010 | 1001044 | 555642 | | 100044556 | 800067214 | 10009947 | | 90064780 | 0090064780 | 1800049250 | 9/15/2018 | USD | $7,646.00 | 32 | 020579 | | Pressure Washers | 9/10/2018 | |
| US00 | 300010 | 1001300 | 277566624 | | 100053447 | 800074850 | | | 90064782 | 0090064782 | 1800049252 | 9/15/2018 | USD | $262.50 | 1 | 030667 | | Generator | 9/14/2018 | 9/17/2018 |
| US00 | 300010 | 1001300 | 277592430 | | 100053481 | 800075668 | | | 90064783 | 0090064783 | 1800049253 | 9/15/2018 | USD | $260.00 | 1 | 020574 | | Pressure Washer | 9/14/2018 | 9/18/2018 |
| US00 | 300010 | 1001300 | 277687110 | | 100054401 | 800076489 | | | 90064794 | 0090064794 | 1800049264 | 9/15/2018 | USD | $262.50 | 1 | 030667 | | Generator | 9/14/2018 | 9/18/2018 |
| US00 | 300010 | 1001044 | 556639 | | 100049104 | 800076192 | 10011205 | | 90065645 | 0090065645 | 1800049390 | 9/17/2018 | USD | $41,491.08 | multiple | multiple | multiple | Pressure Washers and Access. | 9/17/2018 | |
| US00 | 300010 | 1001300 | 278023590 | | 100056066 | 800079409 | | | 90066484 | 0090066484 | 1800050114 | 9/17/2018 | USD | $262.50 | 1 | 030667 | | Generator | 9/17/2018 | 9/19/2018 |
| US00 | 300010 | 1001300 | 278047068 | | 100056068 | 800079412 | | | 90066485 | 0090066485 | 1800050115 | 9/17/2018 | USD | $262.50 | 1 | 030667 | | Generator | 9/17/2018 | 9/18/2018 |
| US00 | 300010 | 1001300 | 278088333 | | 100056069 | 800079437 | | | 90066486 | 0090066486 | 1800050116 | 9/17/2018 | USD | $50.00 | 1 | 6278 | | Accessories | 9/17/2018 | 9/21/2018 |
| US00 | 300010 | 1001300 | 277209246 | | 100050730 | 800069486 | 10010297 | | 90067697 | 0090067697 | 1800050618 | 9/18/2018 | USD | $262.50 | 1 | 030667 | | Generator | 9/11/2018 | |
| US00 | 300010 | 1001044 | 205617 | | 100058406 | 800084671 | 10012425 | | 90069488 | 0090069488 | 1800051544 | 9/19/2018 | USD | $114,019.68 | multiple | multiple | multiple | Generator | 9/19/2018 | |
| US00 | 300010 | 1001300 | 278541737 | | 100058386 | 800084256 | | | 90069520 | 0090069520 | 1800051576 | 9/19/2018 | USD | $262.50 | 1 | 030667 | | Generator | 9/19/2018 | 9/22/2018 |
| US00 | 300010 | 1001300 | 278298647 | | 100057470 | 800084259 | | | 90069522 | 0090069522 | 1800051577 | 9/19/2018 | USD | $262.50 | 1 | 030667 | | Generator | 9/19/2018 | 9/20/2018 |
| US00 | 300010 | 1001300 | 278223773 | | 100057467 | 800084260 | | | 90069523 | 0090069523 | 1800051579 | 9/19/2018 | USD | $260.00 | 1 | 020574 | | Pressure Washer | 9/19/2018 | 9/20/2018 |
| US00 | 300010 | 1001044 | 205616 | | 100056421 | 800084673 | 10012450 | | 90069559 | 0090069559 | 1800051611 | 9/19/2018 | USD | $114,019.68 | multiple | multiple | multiple | Generator | 9/19/2018 | |
| US00 | 300010 | 1001044 | 555843 | | 100044558 | 800084313 | 10012407 | | 90072314 | 0090072314 | 1800052711 | 9/21/2018 | USD | $69,345.08 | multiple | multiple | multiple | Pressure Washers and Access. | 9/21/2018 | |
| US00 | 300010 | 1001044 | 555839 | | 100044553 | 800084292 | 10012406 | | 90072595 | 0090072595 | 1800052804 | 9/21/2018 | USD | $44,186.00 | multiple | multiple | multiple | Pressure Washers and Access. | 9/21/2018 | |
| US00 | 300010 | 1001044 | 554761 | | 100037853 | 800084281 | 10012405 | | 90072634 | 0090072634 | 1800052841 | 9/21/2018 | USD | $72,423.88 | multiple | multiple | multiple | Pressure Washers and Access. | 9/24/2018 | |
| US00 | 300010 | 1001044 | 555837 | | 100044551 | 800086677 | 10012893 | | 90074891 | 0090074891 | 1800054227 | 9/24/2018 | USD | $36,279.40 | multiple | multiple | multiple | Pressure Washers and Access. | 9/24/2018 | |
| US00 | 300010 | 1001044 | 555841 | | 100044555 | 800084304 | 10012420 | | 90075266 | 0090075266 | 1800053669 | 9/24/2018 | USD | $57,627.16 | multiple | multiple | multiple | Pressure Washers and Access. | 9/24/2018 | |
| US00 | 300010 | 1001300 | 279038312 | | 100061839 | 800090550 | | | 90075815 | 0090075815 | 1800054109 | 9/24/2018 | USD | $884.00 | 1 | 030545 | | Generator | 9/25/2018 | 9/27/2018 |
| US00 | 300010 | 1001300 | 279038048 | | 100061847 | 800090552 | | | 90077534 | 0090077534 | 1800054900 | 9/25/2018 | USD | $262.50 | 1 | 030667 | | Generator | 9/25/2018 | 9/27/2018 |
| US00 | 300010 | 1001044 | 556549 | | 100049114 | 800092634 | 10013623 | | 90080076 | 0090080076 | 1800056106 | 9/26/2018 | USD | $5,891.84 | multiple | multiple | multiple | Accessories | 9/26/2018 | |
| US00 | 300010 | 1001044 | 556646 | | 100049111 | 800092598 | 10013564 | | 90081202 | 0090081202 | 1800056335 | 9/27/2018 | USD | $90,660.46 | multiple | multiple | multiple | Pressure Washers and Access | 9/27/2018 | |
| US00 | 300010 | 1001044 | 556411 | | 100059001 | 800092560 | 10013619 | | 90081238 | 0090081238 | 1800056368 | 9/27/2018 | USD | $28,711.52 | multiple | multiple | multiple | Pressure Washers and Access. | 9/27/2018 | |
| US00 | 300010 | 1001044 | 558479 | | 100050243 | 800092579 | 10013622 | | 90081252 | 0090081252 | 1800056380 | 9/27/2018 | USD | $19,448.60 | multiple | multiple | multiple | Pressure Washers and Access. | 9/27/2018 | |
| US00 | 300010 | 1001300 | 279444446 | | 100054773 | 800096254 | | | 90081784 | 0090081784 | 1800056872 | 9/27/2018 | USD | $390.00 | 1 | 020541 | | Pressure Washer | 9/27/2018 | 10/1/2018 |

EXHIBIT A
Summary of Goods Delivered

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US00 | 300010 | 1001300 | 279355760 | 100063989 | 800094664 | 10014341 | 90081925 | 0090081925 | 1800056999 | 9/27/2018 | USD | $590.00 | 1 | 1696619 | | SNOW BLOWER (THOWER) | 9/27/2018 |
| US00 | 300010 | 1001044 | 556841 | 100049106 | 800094613 | 10013912 | 90083760 | 0090083760 | 1800057825 | 9/28/2018 | USD | $41,664.80 | multiple | multiple | Pressure Washer, Generators and Access | 9/28/2018 |
| US00 | 300010 | 1001044 | 558477 | 100060241 | 800094616 | 10013912 | 90083763 | 0090083763 | 1800057827 | 9/28/2018 | USD | $53,573.16 | multiple | multiple | Pressure Washers and Access | 9/28/2018 |
| US00 | 300010 | 1001300 | 279866798 | 100065567 | 800098173 | | 90084050 | 0090084050 | 1800058105 | 9/28/2018 | USD | $260.00 | 1 | 020574 | Pressure Washer | 9/28/2018 | 10/1/2018 |

Total    $2,683,019.20