**ASK LLP**
Edward E. Neiger, Esq.
Jennifer A. Christian, Esq.
151 West 46th Street, 4th Floor
New York, NY 10036
Telephone: (212) 267-7342
Facsimile: (212) 918-3427

*Counsel to Coca-Cola Bottling Co. Consolidated*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Case No. 18-23538 (RDD)<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE OF RECLAMATION DEMAND OF**
**COCA-COLA BOTTLING CO. CONSOLIDATED**

Coca-Cola Bottling Co. Consolidated, by and through its undersigned counsel, hereby gives notice that it served a demand for reclamation of goods (the "Reclamation Demand") pursuant to section 546(c) of the Bankruptcy Code on November 2, 2018. A copy of the Reclamation Demand (without enclosures/exhibits) is attached as Exhibit A.

Dated: November 2, 2018

**ASK LLP**

*/s/ Edward E. Neiger*
Edward E. Neiger, Esq.
Jennifer A. Christian, Esq.
151 West 46th Street, 4th Floor
New York, New York 10036
Telephone: (212) 267-7342
Facsimile: (212) 918-3427

*Counsel to Coca-Cola Bottling Co. Consolidated*

# EXHIBIT A