Leslie C. Heilman, Esquire
Laurel D. Roglen, Esquire
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466

*Counsel to Magformers, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                                        :
In re                                                   :    Chapter 11
                                                        :
SEARS HOLDINGS CORPORATION, *et al.*,     :    Case No. 18-23538 (RDD)
                                                        :
                    Debtors.                            :    (Jointly Administered)
                                                        :
--------------------------------------------------------x

## <u>NOTICE OF RECLAMATION DEMAND OF MAGFORMERS, LLC</u>

PLEASE TAKE NOTICE that Magformers, LLC ("<u>Magformers</u>") served a written

reclamation demand (the "<u>Demand</u>") upon the above-captioned debtors and debtors in possession

(the "<u>Debtors</u>") on or about November 2, 2018.

PLEASE TAKE FURTHER NOTICE that a copy of the Demand and the related

exhibit listing all goods delivered by Magformers to each of the Debtors from August 31, 2018 until

October 14, 2018, the date before the date of the commencement of the voluntary chapter 11 cases

by Sears Holdings Corporation on October 15, 2018, is attached hereto as **Exhibit 1**.  The total

value of the goods for which Magformers seeks reclamation is **$3,348.00**.

PLEASE TAKE FURTHER NOTICE that Magformers hereby provides formal

notice to all parties in interest of Magformers' reclamation claims pursuant to, *inter alia*, Section

546(c) of the Bankruptcy Code and Section 2-702 of the Uniform Commercial Code as made

applicable by various state statutes, for the reclamation of goods sold by Magformers on credit to the Debtors.

PLEASE TAKE FURTHER NOTICE that, as set forth in the demand, Magformers reserves all rights under of the Bankruptcy Code, including without limitation section 503(b)(9) thereof with respect to any of the goods identified in the Demand that were delivered within 20 days of the petition date, or to amend this Notice.

Dated:  November 2, 2018
Wilmington, Delaware

Respectfully submitted,

*/s/ Laurel D. Roglen*
Leslie C. Heilman, Esquire
Laurel D. Roglen, Esquire
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466

*Counsel to Magformers, LLC*