## **CERTIFICATE OF SERVICE**

  Laurel D. Roglen, Esquire hereby certifies that on this 2nd day of November, 2018, a true and correct copy of the foregoing *Notice of Reclamation Demand of Magformers LLC* was served upon the addressees listed on the attached service list in the manner indicated.

Dated:  November 2, 2018
Wilmington, Delaware

              */s/ Laurel D. Roglen*
              Laurel D. Roglen
              BALLARD SPAHR LLP

## SERVICE LIST

**Via Overnight Mail**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Ray C. Schrock, Esq.
       Garrett A. Fail, Esq.
       Jacqueline Marcus, Esq.
       Sunny Singh, Esq.
*Proposed Counsel for the Debtors*

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attn:   Paul Schwartzberg, Esq.
       Richard Morrissey, Esq.

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Attn:   Ira S. Dizengoff, Esq.
       Philip C. Dublin, Esq.
       Abid Qureshi, Esq.
       Sara L. Brauner, Esq.
*Proposed Counsel to the Official Committee of Unsecured Creditors*