

**STITES & HARBISON** PLLC

—— A T T O R N E Y S ——

Sun Trust Plaza
401 Commerce Street
Suite 800
Nashville, TN 37219-2490
(615) 244-5200
(615) 782-2371 FAX

Erika R. Barnes
(615) 782-2252
ebarnes@stites.com

November 3, 2018

**VIA UNITED PARCEL SERVICE
OVERNIGHT DELIVERY**

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

Ray C. Schrock, Esq.
Jacqueline Marcus, Esq.
Garrett A. Fail, Esq.
Sunny Singh, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Kmart Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

> **RE:    *In re Sears Holdings Corporation, et al.,* 18-23538 (RDD) (Bankr. S.D.N.Y.)
> Amended Reclamation Demand of Whitmor, Inc.**

Dear Sirs and Madams:

Stites & Harbison PLLC represents Whitmor, Inc., a vendor and creditor in the above-captioned bankruptcy cases of Sears Holdings Corporation and its affiliates (collectively, the "Debtors"). By letter dated November 1, 2018, this firm made a reclamation demand upon Sears Holdings Corporation on behalf of Whitmor, Inc. This letter serves to clarify the November 1, 2018, demand letter, to note that five invoices, totaling $75,327.90 of goods, were shipped to Kmart Corporation, while the remaining invoices, with goods totaling $32,575.44, were shipped to Sears Holdings Corporation. Whitmor, Inc.'s Reclamation Demand (defined below) is therefore directed to Sears Holdings Corporation, Kmart Corporation, and any of their affiliates who may be in possession of goods shipped by Whitmor, Inc. referenced in this letter.

This demand ("Reclamation Demand") notifies the Debtors, and perfects the rights of Whitmor, Inc. ("Whitmor") pursuant to 11 U.S.C. §§ 546(c), 503(b)(9) and 507 and other applicable law, including UCC §2-702, that Whitmor demands return of all the goods (the "Goods") listed on the invoices attached hereto as Exhibit 1, which invoices include specific descriptions that should enable Debtors to determine the precise goods which Whitmor wishes

to reclaim. Whitmor delivered these Goods to Debtors in the ordinary course of business, which Goods the Debtors received within 45 days prior to October 15, 2018 (the "Petition Date"), during the time period when the Debtors would be considered insolvent.

Whitmor hereby demands return of the Goods sold by Whitmor and received by any of the Debtors on or after September 1, 2018 (that is, the forty-five (45) days prior to the Petition Date (the "Reclamation Period")). At no time have Debtors disputed the value or condition of any of the Goods or its obligations to pay Whitmor for the Goods. Nonetheless, no payment has been made or received for the Goods. Upon information and belief, the Goods remain in the Debtors' possession as of the date of the Reclamation Demand. The Goods are valued at least $107,903.34.

This Reclamation Demand perfects Whitmor's interest in and to the Goods, as if the Goods had been seized by Whitmor prior to the Petition Date. Whitmor hereby demands that Debtors (i) account for the Goods, (ii) segregate the Goods set forth in the Exhibit, and (iii) provide us with written confirmation that the Goods are segregated and in safe keeping on your premises and will not be used for no purposes except those specifically authorized following notice and a hearing by the bankruptcy court. Please contact me to arrange for the immediate return of the Goods. Absent such authority, or payment for the Goods in the ordinary course to the extent the Goods were received post-petition (as authorized by the bankruptcy court) and/or pursuant to 11 U.S.C. § 503(b)(9), or an agreement by Whitmor, the Debtors do not have the permission, consent, authorization or right to use or sell the Goods which are the subject of this Reclamation Demand and constitute Whitmor's property.

Whitmor hereby expressly reserves every right, power, remedy, claim and defense now or hereinafter existing at law, in equity or by statute, and the exercise or non-exercise of any such right, power, remedy, claim or defense shall not be construed as a waiver of the right to exercise, at the same time or thereafter, such right, power, remedy claim or defense.

Please contact me if you have any questions.

Very truly yours,

Erika R. Barnes

ERB:mad
Enclosure
cc:    Whitmor, Inc.

**Account No:** 110001

**Whitmor, Inc.**

MAKE CHECKS PAYABLE TO:
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS, 38671

P.O. Box 1019
Southaven MS 38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

**Invoice No:** 3285744

**Invoice Date:** 09/01/2018

Page 1 of 1

*POSTED*

Regular Invoice

Bill To: 110001

KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI  48007-7065
UNITED STATES

Ship To:  WCD

K-MART WCD
NA
NA
UNITED STATES

| P.O. #: | B2YG6 | Ship Via: | DIR-DIRECT IMPORT | Sales Mgr: | PEGGY |
|---|---|---|---|---|---|
| Dept #: | 011 | Frt Pay: | COLLECT | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | TCLU4356148 | Exchange Rate: | 1.00 |
| Terms: | NET 74 ROG | BOL No: | 1072730 | Order No: | 3206474 |

| Shipped | Price | Our Number Your Number | Description Line Comment | UPC Number | Discounts | Line Total |
|---|---|---|---|---|---|---|
| 1,062 | 6.750 | 6653-4993-GM 870-09637512-6 | SPACEMAKER 6 TIER SHELVES | 0-38861-65053-9 | | $7,168.50 |

EXHIBIT

tabbies

| Tot Qty: | 1,062 | | ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN | ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER | A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES | Merchandise Amount: | $7,168.50 |
|---|---|---|---|---|---|---|---|
| Tot Ctns: | 177 | | | | | Freight Amount: | $0.00 |
| Tot Wght: | 4,696.9 | Lbs | | | | Tax Amount: | $0.00 |
| Tot Cube: | 334.1 | Ft | | | | Invoice Total: | $7,168.50 |

| Account No:   110001 | | **Whitmor, Inc.** | Invoice No: | 3285746 |
|---|---|---|---|---|

**MAKE CHECKS PAYABLE TO:**
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS 38671

**Whitmor, Inc.**
P.O. Box 1019
Southaven MS 38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

Invoice No:   3285746
**Invoice Date:**   09/01/2018
Page 1 of 1
**POSTED**
Regular Invoice

Bill To:   110001

KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI 48007-7065
UNITED STATES

Ship To:   WCD

K-MART WCD
NA
NA
UNITED STATES

| P.O. #: | VTZHH | Ship Via: | DIR-DIRECT IMPORT | Sales Mgr: | PEGGY |
|---|---|---|---|---|---|
| Dept #: | 011 | Frt Pay: | COLLECT | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | TCLU4356148 | Exchange Rate: | 1.00 |
| Terms: | NET 74 ROG | BOL No: | 1072731 | Order No: | 3206475 |

| Shipped | Price | Our Number Your Number | Description Line Comment | UPC Number | Discounts | Line Total |
|---|---|---|---|---|---|---|
| 6,992 | 2.450 | 6653-7150-PGRAY 020-09637477-2 | COMPACT CLOSET SHELVES | 0-38861-65023-2 | | $17,130.40 |

| Tot Qty: | 6,992 | ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN | ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 6 DAYS AFTER RECEIPT OF GOODS OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER | A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES | Merchandise Amount: | $17,130.40 |
|---|---|---|---|---|---|---|
| Tot Ctns: | 1,748 | | | | Freight Amount: | $0.00 |
| Tot Wght: | 12,760.4 Lbs | | | | Tax Amount: | $0.00 |
| Tot Cube: | 1,344.5 Ft | | | | Invoice Total: | $17,130.40 |

**Whitmor, Inc.**

| Account No: 110001 | | |
|---|---|---|

MAKE CHECKS PAYABLE TO:
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS. 38671

P.O. Box 1019
Southaven  MS  38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

| Invoice No: | 3285914 |
|---|---|
| Invoice Date: | 09/04/2018 |

Page 1 of 1

*POSTED*

Regular Invoice

Bill To: 110001

KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI  48007-7065
UNITED STATES

Ship To: 8275

SEARS HOLDINGS #8275 (MOR)
ONE KRESGE RD.
PENN WARNER PARK
FAIRLESS HILLS, PA  19030
UNITED STATES

| P.O. #: | 08275303999 | Ship Via: | CTII-CENTRAL TRANSPORT INTL INC. | Sales Mgr: | PEGGY |
|---|---|---|---|---|---|
| Dept #: | 005 | Frt Pay: | THIRD PARTY BILLING | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | 555-6217146-6 | Exchange Rate: | 1.00 |
| Terms: | NET 60 DAYS ROG | BOL No: | 1090757 | Order No: | 3218975 |

| Shipped | Price | Our Number Your Number | Description Line Comment | UPC Number | Discounts | Line Total |
|---|---|---|---|---|---|---|
| 16 | 16.500 | 6023-8343 009710452 | ROLLING UTILITY CART | 0-38861-64932-8 | | $264.00 |
| 64 | 24.000 | 6318-7617 001765706 | ADJUSTABLE UTILITY CART (SNAP ON WHEELS) | 0-38861-65152-9 | | $1,536.00 |

Notes:    TERMS:

| Tot Qty: | 80 | | | | Merchandise Amount: | $1,800.00 |
|---|---|---|---|---|---|---|
| Tot Ctns: | 20 | ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN | ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER | A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES | Freight Amount: | $0.00 |
| Tot Wght: | 1,018.3 | Lbs | | | Tax Amount: | $0.00 |
| Tot Cube: | 84.6 | Ft | | | Invoice Total: | $1,800.00 |

| Account No:   110001 | | | | | | |
|---|---|---|---|---|---|---|

**MAKE CHECKS PAYABLE TO:**
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS. 38671

# Whitmor, Inc.

P.O. Box 1019
Southaven  MS  38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

**Invoice No:**   3285915

**Invoice Date:**   09/04/2018

Page 1 of 1

*POSTED*

Regular Invoice

Bill To:  110001

KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI  48007-7065
UNITED STATES

Ship To:  8275

SEARS HOLDINGS #8275 (MOR)
ONE KRESGE RD.
PENN WARNER PARK
FAIRLESS HILLS, PA  19030
UNITED STATES

| P.O. #: | 08275303555 | Ship Via: | CTII-CENTRAL TRANSPORT INTL INC. | Sales Mgr: | PEGGY |
|---|---|---|---|---|---|
| Dept #: | 011 | Frt Pay: | THIRD PARTY BILLING | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | 555-6217146-6 | Exchange Rate: | 1.00 |
| Terms: | NET 60 DAYS ROG | BOL No: | 1090757 | Order No: | 3218259 |

| Shipped | Price | Our Number / Your Number | Description / Line Comment | UPC Number | Discounts | Line Total |
|---|---|---|---|---|---|---|
| 84 | 3.900 | 6023-5921 / 009790480 | OVER-THE-DOOR IRON CADDY | 0-38861-63493-5 | | $327.60 |
| 78 | 6.500 | 6023-7443 / 007264216 | OVER THE DOOR DRYING RACK | 0-38861-64723-2 | | $507.00 |
| 84 | 8.000 | 6036-5924 / 007266181 | SPACEMAKER DRYING RACK | 0-38861-64351-7 | | $672.00 |
| 104 | 9.700 | 6342-4647-BLUE / 007422620 | ROLLING BAG CART | 0-38861-10592-3 | | $1,008.80 |
| 68 | 5.500 | 6705-3836 / 007422655 | OVER THE DOOR CLOSET ROD | 0-38861-63492-8 | | $374.00 |

Notes:   TERMS:

| Tot Qty: | 418 | ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN | ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS. OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER | A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES | Merchandise Amount: | $2,889.40 |
|---|---|---|---|---|---|---|
| Tot Ctns: | 91 | | | | Freight Amount: | $0.00 |
| Tot Wght: | 1,080.1 Lbs | | | | Tax Amount: | $0.00 |
| Tot Cube: | 118.1 Ft | | | | Invoice Total: | $2,889.40 |

| Account No: | 110001 | | | | | | |
|---|---|---|---|---|---|---|---|

**Whitmor, Inc.**

MAKE CHECKS PAYABLE TO:
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS 38671

P.O. Box 1019
Southaven  MS  38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

**Invoice No:** 3285916

**Invoice Date:** 09/04/2018

Page 1 of 1

*POSTED*

Regular Invoice

Bill To:  110001

KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI  48007-7065
UNITED STATES

Ship To:  8305

SEARS HOLDINGS #8305 (WAR)
541 S. PERKINS-JONES
WARREN, OH  44483
UNITED STATES

| P.O. #: | 08305224875 | Ship Via: | CTII-CENTRAL TRANSPORT INTL INC. | Sales Mgr: | PEGGY |
|---|---|---|---|---|---|
| Dept #: | 005 | Frt Pay: | COLLECT | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | 555-6217144-1 | Exchange Rate: | 1.00 |
| Terms: | NET 60 DAYS ROG | BOL No: | 1090931 | Order No: | 3218976 |

| Shipped | Price | Our Number / Your Number | Description / Line Comment | UPC Number | Discounts | Line Total |
|---|---|---|---|---|---|---|
| 20 | 16.500 | 6023-8343 | ROLLING UTILITY CART | 0-38861-64932-8 | | $330.00 |
| | | 009710452 | | | | |
| 8 | 24.000 | 6318-7617 | ADJUSTABLE UTILITY CART (SNAP ON WHEELS) | 0-38861-65152-9 | | $192.00 |
| | | 001765706 | | | | |

Notes:    TERMS:

| Tot Qty: | 28 | | | |
|---|---|---|---|---|
| Tot Ctns: | 7 | | | |
| Tot Wght: | 310.0 | Lbs | | |
| Tot Cube: | 22.8 | Ft | | |

ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN

ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS

OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER

A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES

| Merchandise Amount: | $522.00 |
|---|---|
| Freight Amount: | $0.00 |
| Tax Amount: | $0.00 |
| Invoice Total: | $522.00 |

**Whitmor, Inc.**

P.O. Box 1019
Southaven  MS  38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

| Account No: | 110001 |
| --- | --- |

MAKE CHECKS PAYABLE TO:
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS  38671

| Invoice No: | 3285945 |
| --- | --- |
| Invoice Date: | 09/04/2018 |

Page 1 of 1

POSTED

Regular Invoice

Bill To: 110001

KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI  48007-7065
UNITED STATES

Ship To: 8287

SEARS HOLDINGS #8287 (ONT)
5600 E. AIRPORT RD.
ONTARIO, CA  91761
UNITED STATES

| P.O. #: | 08287245289 | Ship Via: | RDWY-YRC | Sales Mgr: | PEGGY |
| --- | --- | --- | --- | --- | --- |
| Dept #: | 011 | Frt Pay: | COLLECT | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | 7550630109 | Exchange Rate: | 1.00 |
| Terms: | NET 60 DAYS ROG | BOL No: | 1090930 | Order No: | 3218260 |

| Shipped | Price | Our Number Your Number | Description Line Comment | UPC Number | Discounts | Line Total |
| --- | --- | --- | --- | --- | --- | --- |
| 16 | 3.900 | 6023-5921 009790480 | OVER-THE-DOOR IRON CADDY | 0-38861-63493-5 | | $62.40 |
| 12 | 6.500 | 6023-7443 007264216 | OVER THE DOOR DRYING RACK | 0-38861-64723-2 | | $78.00 |
| 12 | 8.000 | 6036-5924 007266181 | SPACEMAKER DRYING RACK | 0-38861-64351-7 | | $96.00 |
| 8 | 9.700 | 6342-4647-BLUE 007422620 | ROLLING BAG CART | 0-38861-10592-3 | | $77.60 |
| 8 | 5.500 | 6705-3836 007422655 | OVER THE DOOR CLOSET ROD | 0-38861-63492-8 | | $44.00 |

| Notes: | TERMS: |
| --- | --- |

| Tot Qty: | 56 | | | |
| --- | --- | --- | --- | --- |
| Tot Ctns: | 12 | | | |
| Tot Wght: | 136.1 | Lbs | | |
| Tot Cube: | 14.6 | Ft | | |

ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN

ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS

OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER

A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES

| Merchandise Amount: | $358.00 |
| --- | --- |
| Freight Amount: | $0.00 |
| Tax Amount: | $0.00 |
| Invoice Total: | $358.00 |

# Whitmor, Inc.

| Account No: 110001 | | |
|---|---|---|

**MAKE CHECKS PAYABLE TO:**
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS. 38671

P.O. Box 1019
Southaven  MS  38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

**Invoice No:**    3287344

**Invoice Date:**    09/11/2018

Page 1 of 1

*POSTED*

**Regular Invoice**

Bill To: 110001

KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI  48007-7065
UNITED STATES

Ship To:    8273

SEARS HOLDINGS #8273 (LAW)
3051 LAKEVIEW RD
LAWRENCE, KS  66049
UNITED STATES

| | | | |
|---|---|---|---|
| **P.O. #:** 08273675162 | **Ship Via:** CTII-CENTRAL TRANSPORT INTL INC. | **Sales Mgr:** PEGGY | |
| **Dept #:** 005 | **Frt Pay:** THIRD PARTY BILLING | **Sales Rep:** 908-PEGGY MEO | |
| **Vendor #:** 00000778803 | **FOB:** ORIGIN | **Currency:** USD | |
| **Cust Ref:** | **Pro No:** 55562171698 | **Exchange Rate:** 1.00 | |
| **Terms:** NET 60 DAYS ROG | **BOL No:** 1093256 | **Order No:** 3220345 | |

| Shipped | Price | Our Number<br>Your Number | Description<br>Line Comment | UPC Number | Discounts | Line Total |
|---|---|---|---|---|---|---|
| 8 | 16.500 | 6023-8343<br>009710452 | ROLLING UTILITY CART | 0-38861-64932-8 | | $132.00 |
| 16 | 24.000 | 6318-7617<br><br>001765706 | ADJUSTABLE UTILITY CART (SNAP ON WHEELS) | 0-38861-65152-9 | | $384.00 |

| Notes: | TERMS: | | | |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| **Tot Qty:** 24 | ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN | ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER | A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES |
| **Tot Ctns:** 6 | | | |
| **Tot Wght:** 295.2 Lbs | | | |
| **Tot Cube:** 23.9 Ft | | | |

| | |
|---|---|
| Merchandise Amount: | $516.00 |
| Freight Amount: | $0.00 |
| Tax Amount: | $0.00 |
| Invoice Total: | $516.00 |

**Account No:**   110001

**MAKE CHECKS PAYABLE TO:**
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS 38671

# *Whitmor, Inc.*

P.O. Box 1019
Southaven  MS  38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

**Invoice No:**   3287345

**Invoice Date:**   09/11/2018

Page 1 of 1

*POSTED*

Regular Invoice

**Bill To:** 110001

KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI  48007-7065
UNITED STATES

**Ship To:**   8275

SEARS HOLDINGS #8275 (MOR)
ONE KRESGE RD.
PENN WARNER PARK
FAIRLESS HILLS, PA  19030
UNITED STATES

| P.O. #: | 08275305340 | Ship Via: | CTII-CENTRAL TRANSPORT INTL INC. | Sales Mgr: | PEGGY |
| Dept #: | 005 | Frt Pay: | THIRD PARTY BILLING | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | 55562171680 | Exchange Rate: | 1.00 |
| Terms: | NET 60 DAYS ROG | BOL No: | 1093257 | Order No: | 3220346 |

| Shipped | Price | Our Number<br>Your Number | Description<br>Line Comment | UPC Number | Discounts | Line<br>Total |
|---|---|---|---|---|---|---|
| 52 | 16.500 | 6023-8343<br>009710452 | ROLLING UTILITY CART | 0-38861-64932-8 | | $858.00 |
| 32 | 24.000 | 6318-7617<br><br>001765706 | ADJUSTABLE UTILITY CART (SNAP ON WHEELS) | 0-38861-65152-9 | | $768.00 |

**Notes:**   TERMS:

| Tot Qty: | 84 |
| Tot Ctns: | 21 |
| Tot Wght: | 955.7 Lbs |
| Tot Cube: | 72.2 Ft |

ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN

ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS

OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER

A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES

| Merchandise Amount: | $1,626.00 |
| Freight Amount: | $0.00 |
| Tax Amount: | $0.00 |
| Invoice Total: | $1,626.00 |

**Account No:** 110001

**MAKE CHECKS PAYABLE TO:**
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS 38671

# Whitmor, Inc.

P.O. Box 1019
Southaven  MS  38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

**Invoice No:** 3287346

**Invoice Date:** 09/11/2018

**Page 1 of 1**

*POSTED*

**Regular Invoice**

**Bill To:** 110001

KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI 48007-7065
UNITED STATES

**Ship To:** 8289

SEARS HOLDINGS #8289
333 SOUTH SPRUCE ST
MANTENO, IL 60950-3430
UNITED STATES

| P.O. #: | 08289240828 | Ship Via: | CTII-CENTRAL TRANSPORT INTL INC. | Sales Mgr: | PEGGY |
|---|---|---|---|---|---|
| Dept #: | 005 | Frt Pay: | THIRD PARTY BILLING | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | 55562171672 | Exchange Rate: | 1.00 |
| Terms: | NET 60 DAYS ROG | BOL No: | 1093259 | Order No: | 3220348 |

| Shipped | Price | Our Number Your Number | Description Line Comment | UPC Number | D i s c o u n t s | Line Total |
|---|---|---|---|---|---|---|
| 28 | 16.500 | 6023-8343 009710452 | ROLLING UTILITY CART | 0-38861-64932-8 | | $462.00 |
| 20 | 24.000 | 6318-7617 001765706 | ADJUSTABLE UTILITY CART (SNAP ON WHEELS) | 0-38861-65152-9 | | $480.00 |

**Notes:**   TERMS:

| Tot Qty: | 48 | ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN | ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 6 DAYS AFTER RECEIPT OF GOODS OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER | A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES | Merchandise Amount: | $942.00 |
|---|---|---|---|---|---|---|
| Tot Ctns: | 12 | | | | Freight Amount: | $0.00 |
| Tot Wght: | 551.7 Lbs | | | | Tax Amount: | $0.00 |
| Tot Cube: | 42.0 Ft | | | | Invoice Total: | $942.00 |

**Account No:** 110001

# Whitmor, Inc.

P.O. Box 1019
Southaven  MS  38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

**Invoice No:** 3287347

**Invoice Date:** 09/11/2018

Page 1 of 1

*POSTED*

**Regular Invoice**

MAKE CHECKS PAYABLE TO:
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS  38671

Bill To: 110001

KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI  48007-7065
UNITED STATES

Ship To: 8292

SEARS HOLDINGS #8292
655 SOUTHWEST
52ND AVENUE
OCALA, FL  34474-9365
UNITED STATES

| P.O. #: | 08292262255 | Ship Via: | CTII-CENTRAL TRANSPORT INTL INC. | Sales Mgr: | PEGGY |
|---|---|---|---|---|---|
| Dept #: | 005 | Frt Pay: | THIRD PARTY BILLING | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | 55562171664 | Exchange Rate: | 1.00 |
| Terms: | NET 60 DAYS ROG | BOL No: | 1093260 | Order No: | 3220349 |

| Shipped | Price | Our Number<br>Your Number | Description<br>Line Comment | UPC Number | Discounts | Line Total |
|---|---|---|---|---|---|---|
| 28 | 16.500 | 6023-8343<br>009710452 | ROLLING UTILITY CART | 0-38861-64932-8 | | $462.00 |
| 28 | 24.000 | 6318-7617<br><br>001765706 | ADJUSTABLE UTILITY CART (SNAP ON WHEELS) | 0-38861-65152-9 | | $672.00 |

**Notes:** TERMS:

| Tot Qty: | 56 | ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN | ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER | A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES | Merchandise Amount: | $1,134.00 |
|---|---|---|---|---|---|---|
| Tot Ctns: | 14 | | | | Freight Amount: | $0.00 |
| Tot Wght: | 658.7 Lbs | | | | Tax Amount: | $0.00 |
| Tot Cube: | 51.3 Ft | | | | Invoice Total: | $1,134.00 |

| Account No:   110001 | | | **Whitmor, Inc.** | | Invoice No: | 3287482 |
|---|---|---|---|---|---|---|

**MAKE CHECKS PAYABLE TO:**
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS  38671

P.O. Box 1019
Southaven  MS  38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

**Invoice Date:**   09/11/2018

**Page 1 of 1**

*POSTED*

Regular Invoice

Bill To:  110001

KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI  48007-7065
UNITED STATES

Ship To:  8287

SEARS HOLDINGS #8287 (ONT)
5600 E. AIRPORT RD.
ONTARIO, CA  91761
UNITED STATES

| P.O. #: | 08287247009 | Ship Via: | RDWY-YRC | Sales Mgr: | PEGGY |
|---|---|---|---|---|---|
| Dept #: | 005 | Frt Pay: | COLLECT | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | 7550630181 | Exchange Rate: | 1.00 |
| Terms: | NET 60 DAYS ROG | BOL No: | 1093258 | Order No: | 3220347 |

| Shipped | Price | Our Number Your Number | Description Line Comment | UPC Number | Discounts | Line Total |
|---|---|---|---|---|---|---|
| 4 | 16.500 | 6023-8343 009710452 | ROLLING UTILITY CART | 0-38861-64932-8 | | $66.00 |
| 24 | 24.000 | 6318-7617 001765706 | ADJUSTABLE UTILITY CART (SNAP ON WHEELS) | 0-38861-65152-9 | | $576.00 |

| Notes: | TERMS: | | | | |
|---|---|---|---|---|---|
| Tot Qty: | 28 | ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN | ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER | A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES | Merchandise Amount: $642.00 |
| Tot Ctns: | 7 | | | | Freight Amount: $0.00 |
| Tot Wght: | 361.6 Lbs | | | | Tax Amount: $0.00 |
| Tot Cube: | 30.4 Ft | | | | Invoice Total: $642.00 |

| Account No: | 110001 | | | | | | |

**Whitmor, Inc.**

| | | |
|---|---|---|
| **Invoice No:** | | 3290869 |
| **Invoice Date:** | | 09/14/2018 |
| | | Page 1 of 1 |
| | | *POSTED* |
| | | Regular Invoice |

MAKE CHECKS PAYABLE TO:
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS 38671

P.O. Box 1019
Southaven  MS  38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

Bill To:  110001

KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI  48007-7065
UNITED STATES

Ship To:   WCD

K-MART WCD
NA
NA
UNITED STATES

| P.O. #: | VTZHK | Ship Via: | DIR-DIRECT IMPORT | Sales Mgr: | PEGGY |
|---|---|---|---|---|---|
| Dept #: | 011 | Frt Pay: | COLLECT | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | APMU8059169 | Exchange Rate: | 1.00 |
| Terms: | NET 74 ROG | BOL No: | 1072736 | Order No: | 3206460 |

| Shipped | Price | Our Number Your Number | Description Line Comment | UPC Number | Discounts | Line Total |
|---|---|---|---|---|---|---|
| 3,882 | 3.070 | 6653-3562 020055920888 | WOOD HOUSEHOLD SHELVES-NATURAL | 0-38861-10759-0 | | $11,917.74 |

| | | | | | |
|---|---|---|---|---|---|
| Tot Qty: | 3,882 | ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN | ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER | A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES | Merchandise Amount: $11,917.74 |
| Tot Ctns: | 647 | | | | Freight Amount: $0.00 |
| Tot Wght: | 7,844.9 Lbs | | | | Tax Amount: $0.00 |
| Tot Cube: | 775.8 Ft | | | | Invoice Total: $11,917.74 |

**Account No:**  110001

### *Whitmor, Inc.*

P.O. Box 1019
Southaven  MS  38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

**Invoice No:**    3288512

**Invoice Date:**    09/18/2018

Page 1 of 1

*POSTED*

Regular Invoice

MAKE CHECKS PAYABLE TO:
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS  38671

Bill To:  110001

KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI  48007-7065
UNITED STATES

Ship To:    8305

SEARS HOLDINGS #8305 (WAR)
541 S. PERKINS-JONES
WARREN, OH  44483
UNITED STATES

| P.O. #: | 08305227101 | Ship Via: | UPSN-UPS GROUND | Sales Mgr: | PEGGY |
|---|---|---|---|---|---|
| Dept #: | 005 | Frt Pay: | COLLECT | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | | Exchange Rate: | 1.00 |
| Terms: | NET 60 DAYS ROG | BOL No: | 1094573 | Order No: | 3221312 |

| Shipped | Price | Our Number Your Number | Description Line Comment | UPC Number | Discounts | Line Total |
|---|---|---|---|---|---|---|
| 4 | 16.500 | 6023-8343 009710452 | ROLLING UTILITY CART | 0-38861-64932-8 | | $66.00 |
| 20 | 24.000 | 6318-7617 001765706 | ADJUSTABLE UTILITY CART (SNAP ON WHEELS) | 0-38861-65152-9 | | $480.00 |

**Notes:**    TERMS:

| Tot Qty: | 24 |
|---|---|
| Tot Ctns: | 6 |
| Tot Wght: | 308.1  Lbs |
| Tot Cube: | 25.8  Ft |

ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN

ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS

OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER

A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES

| Merchandise Amount: | $546.00 |
|---|---|
| Freight Amount: | $0.00 |
| Tax Amount: | $0.00 |
| Invoice Total: | $546.00 |

**Account No:** 110001

**MAKE CHECKS PAYABLE TO:**
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS 38671

## Whitmor, Inc.

P.O. Box 1019
Southaven MS 38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

**Invoice No:** 3288513

**Invoice Date:** 09/18/2018

Page 1 of 1

**POSTED**

**Regular Invoice**

Bill To: 110001
KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI 48007-7065
UNITED STATES

Ship To: 8292
SEARS HOLDINGS #8292
655 SOUTHWEST
52ND AVENUE
OCALA, FL 34474-9365
UNITED STATES

| P.O. #: | 08292263255 | Ship Via: | UPSN-UPS GROUND | Sales Mgr: | PEGGY |
| Dept #: | 005 | Frt Pay: | COLLECT | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | | Exchange Rate: | 1.00 |
| Terms: | NET 60 DAYS ROG | BOL No: | 1094572 | Order No: | 3221311 |

| Shipped | Price | Our Number / Your Number | Description / Line Comment | UPC Number | Discounts | Line Total |
|---|---|---|---|---|---|---|
| 4 | 16.500 | 6023-8343 009710452 | ROLLING UTILITY CART | 0-38861-64932-8 | | $66.00 |
| 24 | 24.000 | 6318-7617 | ADJUSTABLE UTILITY CART (SNAP ON WHEELS) | 0-38861-65152-9 | | $576.00 |
| | | 001765706 | | | | |

**Notes:** TERMS:

| Tot Qty: | 28 |
| Tot Ctns: | 7 |
| Tot Wght: | 361.6 Lbs |
| Tot Cube: | 30.4 Ft |

ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN

ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS

OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER

A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES

| Merchandise Amount: | $642.00 |
| Freight Amount: | $0.00 |
| Tax Amount: | $0.00 |
| Invoice Total: | $642.00 |

**Account No:** 110001

| MAKE CHECKS PAYABLE TO: |
| --- |
| WHITMOR, INC. |
| 8680 SWINNEA ROAD / SUITE 103 |
| SOUTHAVEN, MS 38671 |

# Whitmor, Inc.

P.O. Box 1019
Southaven MS 38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

**Invoice No:** 3288514

**Invoice Date:** 09/18/2018

Page 1 of 1

**POSTED**

**Regular Invoice**

Bill To: 110001

KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI 48007-7065
UNITED STATES

Ship To: 8287

SEARS HOLDINGS #8287 (ONT)
5600 E. AIRPORT RD.
ONTARIO, CA 91761
UNITED STATES

| P.O. #: | 08287248003 | Ship Via: | UPSN-UPS GROUND | Sales Mgr: | PEGGY |
| --- | --- | --- | --- | --- | --- |
| Dept #: | 005 | Frt Pay: | COLLECT | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | | Exchange Rate: | 1.00 |
| Terms: | NET 60 DAYS ROG | BOL No: | 1094571 | Order No: | 3221310 |

| Shipped | Price | Our Number<br>Your Number | Description<br>Line Comment | UPC Number | Discounts | Line Total |
| --- | --- | --- | --- | --- | --- | --- |
| 20 | 16.500 | 6023-8343<br>009710452 | ROLLING UTILITY CART | 0-38861-64932-8 | | $330.00 |
| 16 | 24.000 | 6318-7617<br><br>001765706 | ADJUSTABLE UTILITY CART (SNAP ON WHEELS) | 0-38861-65152-9 | | $384.00 |

Notes:   TERMS:

| Tot Qty: | 36 | | ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN | ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS | A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES | Merchandise Amount: | $714.00 |
| Tot Ctns: | 9 | | | | | Freight Amount: | $0.00 |
| Tot Wght: | 417.0 | Lbs | | OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER | | Tax Amount: | $0.00 |
| Tot Cube: | 32.0 | Ft | | | | Invoice Total: | $714.00 |

# Whitmor, Inc.

| Account No:   110001 | | |
|---|---|---|

**MAKE CHECKS PAYABLE TO:**
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS 38671

P.O. Box 1019
Southaven  MS  38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

**Invoice No:**  3288515

**Invoice Date:**  09/18/2018

Page 1 of 1

*POSTED*

Regular Invoice

**Bill To:** 110001
KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI 48007-7065
UNITED STATES

**Ship To:** 8275
SEARS HOLDINGS #8275 (MOR)
ONE KRESGE RD.
PENN WARNER PARK
FAIRLESS HILLS, PA 19030
UNITED STATES

| P.O. #: | 08275306384 | Ship Via: | UPSN-UPS GROUND | Sales Mgr: | PEGGY |
|---|---|---|---|---|---|
| Dept #: | 005 | Frt Pay: | COLLECT | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | | Exchange Rate: | 1.00 |
| Terms: | NET 60 DAYS ROG | BOL No: | 1094570 | Order No: | 3221309 |

| Shipped | Price | Our Number Your Number | Description Line Comment | UPC Number | Discounts | Line Total |
|---|---|---|---|---|---|---|
| 20 | 16.500 | 6023-8343 009710452 | ROLLING UTILITY CART | 0-38861-64932-8 | | $330.00 |
| 24 | 24.000 | 6318-7617 | ADJUSTABLE UTILITY CART (SNAP ON WHEELS) | 0-38861-65152-9 | | $576.00 |
| | | 001765706 | | | | |

Notes:   TERMS:

| | | | | | |
|---|---|---|---|---|---|
| Tot Qty: | 44 | ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN | ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER | A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES | Merchandise Amount: | $906.00 |
| Tot Ctns: | 11 | | | | Freight Amount: | $0.00 |
| Tot Wght: | 524.0 Lbs | | | | Tax Amount: | $0.00 |
| Tot Cube: | 41.2 Ft | | | | Invoice Total: | $906.00 |

| Account No:   110001 | | |
|---|---|---|

**MAKE CHECKS PAYABLE TO:**
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS 38671

## *Whitmor, Inc.*
P.O. Box 1019
Southaven MS 38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

| **Invoice No:** | 3290297 |
|---|---|
| **Invoice Date:** | 09/25/2018 |
| **Page 1 of 1** | |
| *POSTED* | |
| **Regular Invoice** | |

Bill To:   110001

KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI  48007-7065
UNITED STATES

Ship To:   8275

SEARS HOLDINGS #8275 (MOR)
ONE KRESGE RD.
PENN WARNER PARK
FAIRLESS HILLS, PA  19030
UNITED STATES

| P.O. #: | 08275307889 | Ship Via: | CTII-CENTRAL TRANSPORT INTL INC. | Sales Mgr: | PEGGY |
|---|---|---|---|---|---|
| Dept #: | 005 | Frt Pay: | COLLECT | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | 555-6217195-3 | Exchange Rate: | 1.00 |
| Terms: | NET 60 DAYS ROG | BOL No: | 1095436 | Order No: | 3222645 |

| Shipped | Price | Our Number Your Number | Description Line Comment | UPC Number | D i s c o u n t s | Line Total |
|---|---|---|---|---|---|---|
| 8 | 16.500 | 6023-8343 009710452 | ROLLING UTILITY CART | 0-38861-64932-8 | | $132.00 |
| 32 | 24.000 | 6318-7617 | ADJUSTABLE UTILITY CART (SNAP ON WHEELS) | 0-38861-65152-9 | | $768.00 |
| | | 001765706 | | | | |

Notes:   TERMS:

| Tot Qty: | 40 | ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN | ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER | A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES | Merchandise Amount: | $900.00 |
|---|---|---|---|---|---|---|
| Tot Ctns: | 10 | | | | Freight Amount: | $0.00 |
| Tot Wght: | 509.1 Lbs | | | | Tax Amount: | $0.00 |
| Tot Cube: | 42.3 Ft | | | | Invoice Total: | $900.00 |

**Account No:**   110001

### Whitmor, Inc.

P.O. Box 1019
Southaven MS 38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

**Invoice No:**   3290298

**Invoice Date:**   09/25/2018

Page 1 of 1

**POSTED**

**Regular Invoice**

MAKE CHECKS PAYABLE TO:
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS 38671

Bill To:   110001

KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI 48007-7065
UNITED STATES

Ship To:   8292

SEARS HOLDINGS #8292
655 SOUTHWEST
52ND AVENUE
OCALA, FL 34474-9365
UNITED STATES

| P.O. #: | 08292264640 | Ship Via: | CTII-CENTRAL TRANSPORT INTL INC. | Sales Mgr: | PEGGY |
|---|---|---|---|---|---|
| Dept #: | 005 | Frt Pay: | COLLECT | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | 555-6217194-6 | Exchange Rate: | 1.00 |
| Terms: | NET 60 DAYS ROG | BOL No: | 1095437 | Order No: | 3222646 |

| Shipped | Price | Our Number Your Number | Description Line Comment | UPC Number | Discounts | Line Total |
|---|---|---|---|---|---|---|
| 4 | 16.500 | 6023-8343 009710452 | ROLLING UTILITY CART | 0-38861-64932-8 | | $66.00 |
| 28 | 24.000 | 6318-7617 | ADJUSTABLE UTILITY CART (SNAP ON WHEELS) | 0-38861-65152-9 | | $672.00 |
| | | 001765706 | | | | |

**Notes:**   TERMS:

| Tot Qty: | 32 |
|---|---|
| Tot Ctns: | 8 |
| Tot Wght: | 415.1 | Lbs |
| Tot Cube: | 35.0 | Ft |

ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN

ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS

OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER

A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES

| Merchandise Amount: | $738.00 |
|---|---|
| Freight Amount: | $0.00 |
| Tax Amount: | $0.00 |
| Invoice Total: | $738.00 |

| | |
|---|---|
| **Account No:** 110001 | |

**MAKE CHECKS PAYABLE TO:**
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS 38671

## Whitmor, Inc.
P.O. Box 1019
Southaven MS 38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

**Invoice No:** 3290299

**Invoice Date:** 09/25/2018

Page 1 of 1

**POSTED**

Regular Invoice

**Bill To:** 110001
KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI 48007-7065
UNITED STATES

**Ship To:** 8305
SEARS HOLDINGS #8305 (WAR)
541 S. PERKINS-JONES
WARREN, OH 44483
UNITED STATES

| P.O. #: | 08305228457 | Ship Via: | CTII-CENTRAL TRANSPORT INTL INC. | Sales Mgr: | PEGGY |
|---|---|---|---|---|---|
| Dept #: | 005 | Frt Pay: | COLLECT | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | 555-6217193-8 | Exchange Rate: | 1.00 |
| Terms: | NET 60 DAYS ROG | BOL No: | 1095438 | Order No: | 3222647 |

| Shipped | Price | Our Number<br>Your Number | Description<br>Line Comment | UPC Number | Discounts | Line<br>Total |
|---|---|---|---|---|---|---|
| 36 | 16.500 | 6023-8343<br>009710452 | ROLLING UTILITY CART | 0-38861-64932-8 | | $594.00 |
| 4 | 24.000 | 6318-7617 | ADJUSTABLE UTILITY CART (SNAP ON WHEELS) | 0-38861-65152-9 | | $96.00 |
| | | 001765706 | | | | |

**Notes:**   TERMS:

| Tot Qty: | 40 | ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN | ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER | A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES | Merchandise Amount: | $690.00 |
|---|---|---|---|---|---|---|
| Tot Ctns: | 10 | | | | Freight Amount: | $0.00 |
| Tot Wght: | 418.9 Lbs | | | | Tax Amount: | $0.00 |
| Tot Cube: | 29.0 Ft | | | | Invoice Total: | $690.00 |

# Whitmor, Inc.

**Account No:** 110001

MAKE CHECKS PAYABLE TO:
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS 38671

P.O. Box 1019
Southaven  MS  38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

**Invoice No:** 3291146

**Invoice Date:** 09/27/2018

Page 1 of 1

**POSTED**

**Regular Invoice**

**Bill To:** 110001

KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI  48007-7065
UNITED STATES

**Ship To:** WCD

K-MART WCD
NA
NA
UNITED STATES

| P.O. #: | VTZNW | Ship Via: | DIR-DIRECT IMPORT | Sales Mgr: | PEGGY |
|---|---|---|---|---|---|
| Dept #: | 011 | Frt Pay: | COLLECT | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | MSKU4569942 | Exchange Rate: | 1.00 |
| Terms: | NET 74 ROG | BOL No: | 1079662 | Order No: | 3211996 |

| Shipped | Price | Our Number<br>Your Number | Description<br>Line Comment | UPC Number | Discounts | Line<br>Total |
|---|---|---|---|---|---|---|
| 276 | 4.780 | 6653-1621-20-BLK | SPACEMAKER SUIT HANGERS S/20-BLACK | 0-38861-64817-8 | | $1,319.28 |
| | | 830062993241 | | | | |
| 504 | 1.470 | 6653-181-8 | SKIRT & SLACK HANGERS S/3 | 0-38861-64818-5 | | $740.88 |
| | | 830049645732 | | | | |
| 560 | 12.130 | 6653-368 | DOUBLE ADJUSTABLE GARMENT RACK | 0-38861-10756-9 | | $6,792.80 |
| | | 870059535005 | | | | |
| 702 | 4.700 | 6653-4012 | ROLLING GARMENT RACK | 0-38861-10753-8 | | $3,299.40 |
| | | 870059534479 | | | | |
| 360 | 5.480 | 6653-4139-CB | 4-TIER CLOSET SHELVES | 0-38861-10761-3 | | $1,972.80 |
| | | 020059534941 | | | | |
| 552 | 6.410 | 6653-4296 | EXTENDABLE GARMENT RACK | 0-38861-10754-5 | | $3,538.32 |
| | | 870059534958 | | | | |
| 300 | 5.220 | 6653-4907-WHT | 30 PAIR SHOE RACK | 0-38861-10762-0 | | $1,566.00 |
| | | 020059535013 | | | | |

| Tot Qty: | 3,254 | ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN | ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER | A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES | Merchandise Amount: | $19,229.48 |
|---|---|---|---|---|---|---|
| Tot Ctns: | 1,064 | | | | Freight Amount: | $0.00 |
| Tot Wght: | 17,900.9 | Lbs | | | Tax Amount: | $0.00 |
| Tot Cube: | 1,368.2 | Ft | | | Invoice Total: | $19,229.48 |

**Account No:** 110001

MAKE CHECKS PAYABLE TO:
WHITMOR, INC.
8660 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS 38671

# *Whitmor, Inc.*
P.O. Box 1019
Southaven  MS  38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

**Invoice No:** 3291287

**Invoice Date:** 10/01/2018

Page 1 of 1

*POSTED*

Regular Invoice

Bill To: 110001
KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI  48007-7065
UNITED STATES

Ship To:   WCD
K-MART WCD
NA
NA
UNITED STATES

| P.O. #: | VTZNQ | Ship Via: | DIR-DIRECT IMPORT | Sales Mgr: | PEGGY |
|---|---|---|---|---|---|
| Dept #: | 011 | Frt Pay: | COLLECT | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | TCNU3130092 | Exchange Rate: | 1.00 |
| Terms: | NET 74 ROG | BOL No: | 1079663 | Order No: | 3211997 |

| Shipped | Price | Our Number / Your Number | Description / Line Comment | UPC Number | D i s c o u n t s | Line Total |
|---|---|---|---|---|---|---|
| 1,200 | 1.630 | 6115-7216-CB 020094483765 | SPACEMAKER VACUUM BAG-JUMBO | 0-38861-64427-9 | | $1,956.00 |
| 1,002 | 6.750 | 6653-4993-GM 870-09637512-6 | SPACEMAKER 6 TIER SHELVES | 0-38861-65053-9 | | $6,763.50 |
| 2,312 | 2.450 | 6653-7150-PGRAY 020-09637477-2 | COMPACT CLOSET SHELVES | 0-38861-65023-2 | | $5,664.40 |

| | | ANY MERCHANDISE RETURNED | ALL CLAIMS MUST BE MADE TO WHITMOR | A LATE CHARGE OF UP TO | Merchandise Amount: | $14,383.90 |
|---|---|---|---|---|---|---|
| Tot Qty: | 4,514 | WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. | WITHIN 5 DAYS AFTER RECEIPT OF GOODS | 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE | Freight Amount: | $0.00 |
| Tot Ctns: | 1,045 | MOREOVER RETURNS MUST BE | OUR RESPONSIBILITY CEASES WHEN | INVOICES | Tax Amount: | $0.00 |
| Tot Wght: | 9,550.9 Lbs | MADE TO OUR WAREHOUSE IN | GOODS ARE DELIVERED TO CARRIER | | Invoice Total: | $14,383.90 |
| Tot Cube: | 882.2 Ft | | | | | |

**Account No:**  110001

| | |
|---|---|
| MAKE CHECKS PAYABLE TO: | |
| WHITMOR, INC. | |
| 8680 SWINNEA ROAD / SUITE 103 | |
| SOUTHAVEN, MS 38671 | |

# Whitmor, Inc.

P.O. Box 1019
Southaven MS 38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

**Invoice No:**  3291299

**Invoice Date:**  10/01/2018

Page 1 of 1

**POSTED**

**Regular Invoice**

Bill To:  110001

KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI  48007-7065
UNITED STATES

Ship To:  WCD

K-MART WCD
NA
NA
UNITED STATES

| P.O. #: | VTZNT | Ship Via: | DIR-DIRECT IMPORT | Sales Mgr: | PEGGY |
|---|---|---|---|---|---|
| Dept #: | 011 | Frt Pay: | COLLECT | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | EISU1796490 | Exchange Rate: | 1.00 |
| Terms: | NET 74 ROG | BOL No: | 1079668 | Order No: | 3212002 |

| Shipped | Price | Our Number / Your Number | Description / Line Comment | UPC Number | Discounts | Line Total |
|---|---|---|---|---|---|---|
| 1,656 | 3.320 | 6653-3562 | WOOD HOUSEHOLD SHELVES-NATURAL | 0-38861-10759-0 | | $5,497.92 |
| | | 020055920888 | | | | |

| | | | | |
|---|---|---|---|---|
| Tot Qty: | 1,656 | ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN | ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS | A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES |
| Tot Ctns: | 276 | | | Merchandise Amount: | $5,497.92 |
| Tot Wght: | 3,346.5 Lbs | | OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER | Freight Amount: | $0.00 |
| Tot Cube: | 330.9 Ft | | | Tax Amount: | $0.00 |
| | | | | Invoice Total: | $5,497.92 |

**Whitmor, Inc.**

P.O. Box 1019
Southaven  MS  38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

| Account No:   110001 | | |
| --- | --- | --- |

MAKE CHECKS PAYABLE TO:
WHITMOR, INC.
8660 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS  38671

| Invoice No: | 3291518 |
| --- | --- |
| Invoice Date: | 10/02/2018 |

Page 1 of 1

*POSTED*

Regular Invoice

Bill To:   110001
KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI  48007-7065
UNITED STATES

Ship To:   8287
SEARS HOLDINGS #8287 (ONT)
5600 E. AIRPORT RD.
ONTARIO, CA  91761
UNITED STATES

| P.O. #: | 08287250549 | Ship Via: | RDWY-YRC | Sales Mgr: | PEGGY |
| --- | --- | --- | --- | --- | --- |
| Dept #: | 011 | Frt Pay: | COLLECT | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | 7434093403 | Exchange Rate: | 1.00 |
| Terms: | NET 60 DAYS ROG | BOL No: | 1096907 | Order No: | 3223914 |

| Shipped | Price | Our Number Your Number | Description Line Comment | UPC Number | Discounts | Line Total |
| --- | --- | --- | --- | --- | --- | --- |
| 216 | 2.900 | 6653-4903-10-BLK | SURE GRIP PLASTIC HANGERS S/10-BLACK | 0-38861-63106-4 | | $626.40 |
| | | 007806472 | | | | |
| 360 | 2.900 | 6653-4903-10-TURQ | SURE GRIP PLASTIC HANGERS S/10-TURQUOISE | 0-38861-63126-2 | | $1,044.00 |
| | | 007806583 | | | | |

Notes:   TERMS:

| Tot Qty: | 576 | | | |
| --- | --- | --- | --- | --- |
| Tot Ctns: | 48 | | Merchandise Amount: | $1,670.40 |
| Tot Wght: | 652.8 Lbs | | Freight Amount: | $0.00 |
| Tot Cube: | 104.9 Ft | | Tax Amount: | $0.00 |
| | | | Invoice Total: | $1,670.40 |

ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED, MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN

ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER

A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES

Account No:   110001

**MAKE CHECKS PAYABLE TO:**
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS. 38671

# *Whitmor, Inc.*
P.O. Box 1019
Southaven  MS  38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

Invoice No:   3291519

Invoice Date:   10/02/2018

Page 1 of 1

*POSTED*

Regular Invoice

Bill To:   110001
KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI  48007-7065
UNITED STATES

Ship To:   8287
SEARS HOLDINGS #8287 (ONT)
5600 E. AIRPORT RD.
ONTARIO, CA  91761
UNITED STATES

| P.O. #: | 08287250590 | Ship Via: | RDWY-YRC | Sales Mgr: | PEGGY |
| Dept #: | 005 | Frt Pay: | COLLECT | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | 7434093403 | Exchange Rate: | 1.00 |
| Terms: | NET 60 DAYS ROG | BOL No: | 1096907 | Order No: | 3223915 |

| Shipped | Price | Our Number Your Number | Description Line Comment | UPC Number | Discounts | Line Total |
|---|---|---|---|---|---|---|
| 24 | 16.500 | 6023-8343 009710452 | ROLLING UTILITY CART | 0-38861-64932-8 | | $396.00 |
| 20 | 24.000 | 6318-7617 001765706 | ADJUSTABLE UTILITY CART (SNAP ON WHEELS) | 0-38861-65152-9 | | $480.00 |

Notes:   TERMS:

| Tot Qty: | 44 |
| Tot Ctns: | 11 |
| Tot Wght: | 511.1 Lbs |
| Tot Cube: | 39.3 Ft |

ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN

ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS

OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER

A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES

| Merchandise Amount: | $876.00 |
| Freight Amount: | $0.00 |
| Tax Amount: | $0.00 |
| Invoice Total: | $876.00 |

**Whitmor, Inc.**
P.O. Box 1019
Southaven  MS  38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

Account No:   110001

MAKE CHECKS PAYABLE TO:
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS  38671

Invoice No:        3291524
Invoice Date:      10/02/2018
Page 1 of 1
**POSTED**
Regular Invoice

Bill To:  110001

KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI  48007-7065
UNITED STATES

Ship To:   8292

SEARS HOLDINGS #8292
655 SOUTHWEST
52ND AVENUE
OCALA, FL  34474-9365
UNITED STATES

| P.O. #: | 08292265752 | Ship Via: | CTII-CENTRAL TRANSPORT INTL INC. | Sales Mgr: | PEGGY |
| Dept #: | 011 | Frt Pay: | COLLECT | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | 555-6217204-3 | Exchange Rate: | 1.00 |
| Terms: | NET 60 DAYS ROG | BOL No: | 1096608 | Order No: | 3223917 |

| Shipped | Price | Our Number Your Number | Description Line Comment | UPC Number | D i s c o u n t s | Line Total |
|---|---|---|---|---|---|---|
| 348 | 2.900 | 6653-4903-10-BLK | SURE GRIP PLASTIC HANGERS S/10-BLACK | 0-38861-63106-4 | | $1,009.20 |
| | | 007806472 | | | | |
| 432 | 2.900 | 6653-4903-10-TURQ | SURE GRIP PLASTIC HANGERS S/10-TURQUOISE | 0-38861-63126-2 | | $1,252.80 |
| | | 007806583 | | | | |

Notes:   TERMS:

| | | | | | |
|---|---|---|---|---|---|
| Tot Qty: | 780 | ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN | ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER | A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES | Merchandise Amount: | $2,262.00 |
| Tot Ctns: | 65 | | | | Freight Amount: | $0.00 |
| Tot Wght: | 884.0 Lbs | | | | Tax Amount: | $0.00 |
| Tot Cube: | 142.1 Ft | | | | Invoice Total: | $2,262.00 |

# *Whitmor, Inc.*

P.O. Box 1019
Southaven MS 38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

**Account No:** 110001

MAKE CHECKS PAYABLE TO:
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS. 38671

**Invoice No:** 3291525

**Invoice Date:** 10/02/2018

Page 1 of 1

**POSTED**

**Regular Invoice**

**Bill To:** 110001

KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI 48007-7065
UNITED STATES

**Ship To:** 8292

SEARS HOLDINGS #8292
655 SOUTHWEST
52ND AVENUE
OCALA, FL 34474-9365
UNITED STATES

| P.O. #: | 08292265787 | Ship Via: | CTII-CENTRAL TRANSPORT INTL INC. | Sales Mgr: | PEGGY |
|---|---|---|---|---|---|
| Dept #: | 005 | Frt Pay: | COLLECT | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | 555-6217204-3 | Exchange Rate: | 1.00 |
| Terms: | NET 60 DAYS ROG | BOL No: | 1096608 | Order No: | 3223918 |

| Shipped | Price | Our Number Your Number | Description Line Comment | UPC Number | Discounts | Line Total |
|---|---|---|---|---|---|---|
| 32 | 16.500 | 6023-8343 009710452 | ROLLING UTILITY CART | 0-38861-64932-8 | | $528.00 |
| 16 | 24.000 | 6318-7617 001765706 | ADJUSTABLE UTILITY CART (SNAP ON WHEELS) | 0-38861-65152-9 | | $384.00 |

**Notes:** TERMS:

| Tot Qty: | 48 | ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN | ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER | A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES | Merchandise Amount: | $912.00 |
|---|---|---|---|---|---|---|
| Tot Ctns: | 12 | | | | Freight Amount: | $0.00 |
| Tot Wght: | 538.8 Lbs | | | | Tax Amount: | $0.00 |
| Tot Cube: | 40.1 Ft | | | | Invoice Total: | $912.00 |

**Whitmor, Inc.**

Account No:    110001

MAKE CHECKS PAYABLE TO:
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS  38671

P.O. Box 1019
Southaven  MS  38671
888-944-8667
Fax 662-393-1994
D-U₂N-S 00-164-4277

Invoice No:    3291527

Invoice Date:    10/02/2018

Page 1 of 1

*POSTED*

Regular Invoice

Bill To:  110001

KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI  48007-7065
UNITED STATES

Ship To:  8289

SEARS HOLDINGS #8289
333 SOUTH SPRUCE ST
MANTENO, IL  60950-3430
UNITED STATES

| P.O. #: | 08289244254 | Ship Via: | CTII-CENTRAL TRANSPORT INTL INC. | Sales Mgr: | PEGGY |
|---|---|---|---|---|---|
| Dept #: | 011 | Frt Pay: | COLLECT | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | 555-6217207-6 | Exchange Rate: | 1.00 |
| Terms: | NET 60 DAYS ROG | BOL No: | 1096903 | Order No: | 3223916 |

| Shipped | Price | Our Number / Your Number | Description / Line Comment | UPC Number | Discounts | Line Total |
|---|---|---|---|---|---|---|
| 180 | 2.900 | 6653-4903-10-BLK | SURE GRIP PLASTIC HANGERS S/10-BLACK | 0-38861-63106-4 | | $522.00 |
| | | 007806472 | | | | |
| 204 | 2.900 | 6653-4903-10-TURQ | SURE GRIP PLASTIC HANGERS S/10-TURQUOISE | 0-38861-63126-2 | | $591.60 |
| | | 007806583 | | | | |

Notes:    TERMS:

| | | | | | | |
|---|---|---|---|---|---|---|
| Tot Qty: | 384 | ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN | ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER | A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES | Merchandise Amount: | $1,113.60 |
| Tot Ctns: | 32 | | | | Freight Amount: | $0.00 |
| Tot Wght: | 435.2  Lbs | | | | Tax Amount: | $0.00 |
| Tot Cube: | 70.0  Ft | | | | Invoice Total: | $1,113.60 |

# Whitmor, Inc.

**Account No:**  110001

MAKE CHECKS PAYABLE TO:
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS 38671

P.O. Box 1019
Southaven  MS  38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

**Invoice No:**    3291528

**Invoice Date:**    10/02/2018

Page 1 of 1

**POSTED**

Regular Invoice

Bill To:  110001

KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI  48007-7065
UNITED STATES

Ship To:   8273

SEARS HOLDINGS #8273 (LAW)
3051 LAKEVIEW RD
LAWRENCE, KS  66049
UNITED STATES

| P.O. #: | 08273679442 | Ship Via: | CTII-CENTRAL TRANSPORT INTL INC. | Sales Mgr: | PEGGY |
|---|---|---|---|---|---|
| Dept #: | 011 | Frt Pay: | COLLECT | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | 555-6217206-8 | Exchange Rate: | 1.00 |
| Terms: | NET 60 DAYS ROG | BOL No: | 1096904 | Order No: | 3223911 |

| Shipped | Price | Our Number / Your Number | Description / Line Comment | UPC Number | Discounts | Line Total |
|---|---|---|---|---|---|---|
| 84 | 2.900 | 6653-4903-10-BLK | SURE GRIP PLASTIC HANGERS S/10-BLACK | 0-38861-63106-4 | | $243.60 |
| | | 007806472 | | | | |
| 60 | 2.900 | 6653-4903-10-GREY | SURE GRIP PLASTIC HANGERS S/10-GREY | 0-38861-63107-1 | | $174.00 |
| | | 007805680 | | | | |
| 84 | 2.900 | 6653-4903-10-TURQ | SURE GRIP PLASTIC HANGERS S/10-TURQUOISE | 0-38861-63126-2 | | $243.60 |
| | | 007806583 | | | | |

**Notes:**    TERMS:

| Tot Qty: | 228 | ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN | ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS  OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER | A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES | Merchandise Amount: | $661.20 |
|---|---|---|---|---|---|---|
| Tot Ctns: | 19 | | | | Freight Amount: | $0.00 |
| Tot Wght: | 251.2 Lbs | | | | Tax Amount: | $0.00 |
| Tot Cube: | 41.4 Ft | | | | Invoice Total: | $661.20 |

| Account No:   110001 | | | | **Whitmor, Inc.** | | Invoice No: | 3291530 |
|---|---|---|---|---|---|---|---|

**MAKE CHECKS PAYABLE TO:**
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS  38671

**Whitmor, Inc.**
P.O. Box 1019
Southaven  MS  38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

Invoice No: 3291530
Invoice Date: 10/02/2018
Page 1 of 1
**POSTED**
Regular Invoice

Bill To:  110001
KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI  48007-7065
UNITED STATES

Ship To:  8275
SEARS HOLDINGS #8275 (MOR)
ONE KRESGE RD.
PENN WARNER PARK
FAIRLESS HILLS, PA  19030
UNITED STATES

| P.O. #: | 08275309053 | Ship Via: | CTII-CENTRAL TRANSPORT INTL INC. | Sales Mgr: | PEGGY |
|---|---|---|---|---|---|
| Dept #: | 011 | Frt Pay: | COLLECT | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | 555-6217205-0 | Exchange Rate: | 1.00 |
| Terms: | NET 60 DAYS ROG | BOL No: | 1096906 | Order No: | 3223912 |

| Shipped | Price | Our Number / Your Number | Description / Line Comment | UPC Number | Discounts | Line Total |
|---|---|---|---|---|---|---|
| 300 | 2.900 | 6653-4903-10-BLK | SURE GRIP PLASTIC HANGERS S/10-BLACK | 0-38861-63106-4 | | $870.00 |
| | | 007806472 | | | | |
| 504 | 2.900 | 6653-4903-10-GREY | SURE GRIP PLASTIC HANGERS S/10-GREY | 0-38861-63107-1 | | $1,461.60 |
| | | 007805680 | | | | |
| 492 | 2.900 | 6653-4903-10-TURQ | SURE GRIP PLASTIC HANGERS S/10-TURQUOISE | 0-38861-63126-2 | | $1,426.80 |
| | | 007806583 | | | | |

Notes:    TERMS:

| Tot Qty: | 1,296 | | ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED, MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN | ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER | A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES | Merchandise Amount: | $3,758.40 |
|---|---|---|---|---|---|---|---|
| Tot Ctns: | 108 | | | | | Freight Amount: | $0.00 |
| Tot Wght: | 1,407.9 | Lbs | | | | Tax Amount: | $0.00 |
| Tot Cube: | 234.6 | Ft | | | | Invoice Total: | $3,758.40 |

# Whitmor, Inc.

**Account No:** 110001

MAKE CHECKS PAYABLE TO:
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS 38671

P.O. Box 1019
Southaven MS 38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

**Invoice No:** 3291531

**Invoice Date:** 10/02/2018

Page 1 of 1

**POSTED**

Regular Invoice

**Bill To:** 110001

KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI 48007-7065
UNITED STATES

**Ship To:** 8275

SEARS HOLDINGS #8275 (MOR)
ONE KRESGE RD.
PENN WARNER PARK
FAIRLESS HILLS, PA 19030
UNITED STATES

| P.O. #: | 08275309097 | Ship Via: | CTII-CENTRAL TRANSPORT INTL INC. | Sales Mgr: | PEGGY |
|---|---|---|---|---|---|
| Dept #: | 005 | Frt Pay: | COLLECT | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | 555-6217205-0 | Exchange Rate: | 1.00 |
| Terms: | NET 60 DAYS ROG | BOL No: | 1096906 | Order No: | 3223913 |

| Shipped | Price | Our Number<br>Your Number | Description<br>Line Comment | UPC Number | Discounts | Line<br>Total |
|---|---|---|---|---|---|---|
| 32 | 16.500 | 6023-8343<br>009710452 | ROLLING UTILITY CART | 0-38861-64932-8 | | $528.00 |
| 84 | 24.000 | 6318-7617<br><br>001765706 | ADJUSTABLE UTILITY CART (SNAP ON WHEELS) | 0-38861-65152-9 | | $2,016.00 |

**Notes:**   TERMS:

ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED, MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN

ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS

OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER

A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES

| | | |
|---|---|---|
| Tot Qty: | 116 | |
| Tot Ctns: | 29 | |
| Tot Wght: | 1,448.2 | Lbs |
| Tot Cube: | 118.6 | Ft |

| Merchandise Amount: | $2,544.00 |
|---|---|
| Freight Amount: | $0.00 |
| Tax Amount: | $0.00 |
| Invoice Total: | $2,544.00 |

# Whitmor, Inc.

| Account No: 110001 | | |
|---|---|---|

**MAKE CHECKS PAYABLE TO:**
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS 38671

P.O. Box 1019
Southaven MS 38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

**Invoice No:** 3291532
**Invoice Date:** 10/02/2018
Page 1 of 1
*POSTED*
Regular Invoice

Bill To: 110001

KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI 48007-7065
UNITED STATES

Ship To: 8305

SEARS HOLDINGS #8305 (WAR)
541 S. PERKINS-JONES
WARREN, OH 44483
UNITED STATES

| P.O. #: | 08305229558 | Ship Via: | CTII-CENTRAL TRANSPORT INTL INC. | Sales Mgr: | PEGGY |
|---|---|---|---|---|---|
| Dept #: | 011 | Frt Pay: | COLLECT | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | 555-6217208-4 | Exchange Rate: | 1.00 |
| Terms: | NET 60 DAYS ROG | BOL No: | 1096909 | Order No: | 3223919 |

| Shipped | Price | Our Number / Your Number | Description / Line Comment | UPC Number | Discounts | Line Total |
|---|---|---|---|---|---|---|
| 108 | 2.900 | 6653-4903-10-BLK | SURE GRIP PLASTIC HANGERS S/10-BLACK | 0-38861-63106-4 | | $313.20 |
| | | 007806472 | | | | |
| 120 | 2.900 | 6653-4903-10-GREY | SURE GRIP PLASTIC HANGERS S/10-GREY | 0-38861-63107-1 | | $348.00 |
| | | 007805680 | | | | |
| 168 | 2.900 | 6653-4903-10-TURQ | SURE GRIP PLASTIC HANGERS S/10-TURQUOISE | 0-38861-63126-2 | | $487.20 |
| | | 007806583 | | | | |

Notes:   TERMS:

| Tot Qty: | 396 | ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN | ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER | A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES | Merchandise Amount: | $1,148.40 |
|---|---|---|---|---|---|---|
| Tot Ctns: | 33 | | | | Freight Amount: | $0.00 |
| Tot Wght: | 434.3 Lbs | | | | Tax Amount: | $0.00 |
| Tot Cube: | 71.8 Ft | | | | Invoice Total: | $1,148.40 |

| Account No: | 110001 | | **Whitmor, Inc.** | | **Invoice No:** | 3293074 |
|---|---|---|---|---|---|---|

**MAKE CHECKS PAYABLE TO:**
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS 38671

P.O. Box 1019
Southaven  MS  38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

**Invoice Date:** 10/09/2018

Page 1 of 1

**POSTED**

Regular Invoice

Bill To:  110001

KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI  48007-7065
UNITED STATES

Ship To:  8292

SEARS HOLDINGS #8292
655 SOUTHWEST
52ND AVENUE
OCALA, FL  34474-9365
UNITED STATES

| P.O. #: | 08292266618 | Ship Via: | UPSN-UPS GROUND | Sales Mgr: | PEGGY |
|---|---|---|---|---|---|
| Dept #: | 011 | Frt Pay: | COLLECT | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | | Exchange Rate: | 1.00 |
| Terms: | NET 60 DAYS ROG | BOL No: | 1098618 | Order No: | 3224888 |

| Shipped | Price | Our Number / Your Number | Description / Line Comment | UPC Number | Discounts | Line Total |
|---|---|---|---|---|---|---|
| 84 | 2.900 | 6653-4903-10-TURQ  007806583 | SURE GRIP PLASTIC HANGERS S/10-TURQUOISE | 0-38861-63126-2 | | $243.60 |

| Notes: | TERMS: | | | | |
|---|---|---|---|---|---|

| Tot Qty: | 84 | ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN | ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS  OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER | A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES | Merchandise Amount: | $243.60 |
|---|---|---|---|---|---|---|
| Tot Ctns: | 7 | | | | Freight Amount: | $0.00 |
| Tot Wght: | 95.2 Lbs | | | | Tax Amount: | $0.00 |
| Tot Cube: | 15.3 Ft | | | | Invoice Total: | $243.60 |

**Account No:** 110001

# Whitmor, Inc.

**MAKE CHECKS PAYABLE TO:**
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS 38671

P.O. Box 1019
Southaven MS 38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

**Invoice No:** 3293075

**Invoice Date:** 10/09/2018

Page 1 of 1

**POSTED**

**Regular Invoice**

**Bill To:** 110001

KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI 48007-7065
UNITED STATES

**Ship To:** 8305

SEARS HOLDINGS #8305 (WAR)
541 S. PERKINS-JONES
WARREN, OH 44483
UNITED STATES

| | | | | |
|---|---|---|---|---|
| **P.O. #:** | 08305230428 | **Ship Via:** UPSN-UPS GROUND | **Sales Mgr:** | PEGGY |
| **Dept #:** | 011 | **Frt Pay:** COLLECT | **Sales Rep:** | 908-PEGGY MEO |
| **Vendor #:** | 00000778803 | **FOB:** ORIGIN | **Currency:** | USD |
| **Cust Ref:** | | **Pro No:** | **Exchange Rate:** | 1.00 |
| **Terms:** | NET 60 DAYS ROG | **BOL No:** 1098619 | **Order No:** | 3224889 |

| Shipped | Price | Our Number<br>Your Number | Description<br>Line Comment | UPC Number | D i s c o u n t s | Line<br>Total |
|---|---|---|---|---|---|---|
| 24 | 2.900 | 6653-4903-10-BLK<br><br>007806472 | SURE GRIP PLASTIC HANGERS S/10-<br>BLACK | 0-38861-63106-4 | | $69.60 |
| 24 | 2.900 | 6653-4903-10-TURQ<br><br>007806583 | SURE GRIP PLASTIC HANGERS S/10-<br>TURQOISE | 0-38861-63126-2 | | $69.60 |

**Notes:**   **TERMS:**

| | | | | | |
|---|---|---|---|---|---|
| **Tot Qty:** | 48 | ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN | ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER | A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES | **Merchandise Amount:** $139.20 |
| **Tot Ctns:** | 4 | | | | **Freight Amount:** $0.00 |
| **Tot Wght:** | 54.4 Lbs | | | | **Tax Amount:** $0.00 |
| **Tot Cube:** | 8.7 Ft | | | | **Invoice Total:** $139.20 |

Account No:   110001

**MAKE CHECKS PAYABLE TO:**
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS 38671

# *Whitmor, Inc.*
P.O. Box 1019
Southaven MS 38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

*Invoice No:*   3293076

*Invoice Date:*   10/09/2018

Page 1 of 1

*POSTED*

Regular Invoice

Bill To:   110001

KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI  48007-7065
UNITED STATES

Ship To:   8273

SEARS HOLDINGS #8273 (LAW)
3051 LAKEVIEW RD
LAWRENCE, KS  66049
UNITED STATES

| P.O. #: | 08273680497 | Ship Via: | UPSN-UPS GROUND | Sales Mgr: | PEGGY |
|---|---|---|---|---|---|
| Dept #: | 011 | Frt Pay: | COLLECT | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | | Exchange Rate: | 1.00 |
| Terms: | NET 60 DAYS ROG | BOL No: | 1098615 | Order No: | 3224883 |

| Shipped | Price | Our Number Your Number | Description Line Comment | UPC Number | Discounts | Line Total |
|---|---|---|---|---|---|---|
| 12 | 2.900 | 6653-4903-10-BLK | SURE GRIP PLASTIC HANGERS S/10- BLACK | 0-38861-63106-4 | | $34.80 |
| | | 007806472 | | | | |
| 12 | 2.900 | 6653-4903-10-TURQ | SURE GRIP PLASTIC HANGERS S/10- TURQUOISE | 0-38861-63126-2 | | $34.80 |
| | | 007806583 | | | | |

Notes:   TERMS:

| Tot Qty: | 24 | | ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN | ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER | A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES | Merchandise Amount: | $69.60 |
|---|---|---|---|---|---|---|---|
| Tot Ctns: | 2 | | | | | Freight Amount: | $0.00 |
| Tot Wght: | 27.2 | Lbs | | | | Tax Amount: | $0.00 |
| Tot Cube: | 4.4 | Ft | | | | Invoice Total: | $69.60 |

**Account No:**   110001

# Whitmor, Inc.

P.O. Box 1019
Southaven MS 38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

**Invoice No:**   3293220

**Invoice Date:**   10/09/2018

Page 1 of 1

**POSTED**

Regular Invoice

MAKE CHECKS PAYABLE TO:
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS 38671

**Bill To:**   110001

KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI 48007-7065
UNITED STATES

**Ship To:**   8275

SEARS HOLDINGS #8275 (MOR)
ONE KRESGE RD.
PENN WARNER PARK
FAIRLESS HILLS, PA 19030
UNITED STATES

| | | | |
|---|---|---|---|
| **P.O. #:** 08275309948 | **Ship Via:** CTII-CENTRAL TRANSPORT INTL INC. | **Sales Mgr:** PEGGY | |
| **Dept #:** 011 | **Frt Pay:** COLLECT | **Sales Rep:** 908-PEGGY MEO | |
| **Vendor #:** 00000778803 | **FOB:** ORIGIN | **Currency:** USD | |
| **Cust Ref:** | **Pro No:** 555-6217230-8 | **Exchange Rate:** 1.00 | |
| **Terms:** NET 60 DAYS ROG | **BOL No:** 1098616 | **Order No:** 3224884 | |

| Shipped | Price | Our Number / Your Number | Description / Line Comment | UPC Number | Discounts | Line Total |
|---|---|---|---|---|---|---|
| 84 | 2.900 | 6653-4903-10-BLK | SURE GRIP PLASTIC HANGERS S/10-BLACK | 0-38861-63106-4 | | $243.60 |
| | | 007806472 | | | | |
| 24 | 2.900 | 6653-4903-10-TURQ | SURE GRIP PLASTIC HANGERS S/10-TURQUOISE | 0-38861-63126-2 | | $69.60 |
| | | 007806583 | | | | |

**Notes:**   TERMS:

| Tot Qty: | 108 | |
|---|---|---|
| Tot Ctns: | 9 | |
| Tot Wght: | 122.4 | Lbs |
| Tot Cube: | 19.7 | Ft |

ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN

ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS

OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER

A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES

| | |
|---|---|
| Merchandise Amount: | $313.20 |
| Freight Amount: | $0.00 |
| Tax Amount: | $0.00 |
| Invoice Total: | $313.20 |

| Account No:   110001 | | | | **Whitmor, Inc.** | | Invoice No: | 3293221 |
|---|---|---|---|---|---|---|---|

MAKE CHECKS PAYABLE TO:
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS 38671

**Whitmor, Inc.**
P.O. Box 1019
Southaven  MS  38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

Invoice No:   3293221
Invoice Date:   10/09/2018
Page 1 of 1
*POSTED*
Regular Invoice

Bill To:  110001

KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI  48007-7065
UNITED STATES

Ship To:   8289

SEARS HOLDINGS #8289
333 SOUTH SPRUCE ST
MANTENO, IL  60950-3430
UNITED STATES

| P.O. #: | 08289245102 | Ship Via: | CTII-CENTRAL TRANSPORT INTL INC. | Sales Mgr: | PEGGY |
|---|---|---|---|---|---|
| Dept #: | 011 | Frt Pay: | COLLECT | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | 555-6217231-6 | Exchange Rate: | 1.00 |
| Terms: | NET 60 DAYS ROG | BOL No: | 1098617 | Order No: | 3224887 |

| Shipped | Price | Our Number / Your Number | Description / Line Comment | UPC Number | Discounts | Line Total |
|---|---|---|---|---|---|---|
| 60 | 2.900 | 6653-4903-10-BLK  007806472 | SURE GRIP PLASTIC HANGERS S/10-BLACK | 0-38861-63106-4 | | $174.00 |
| 60 | 2.900 | 6653-4903-10-TURQ  007806583 | SURE GRIP PLASTIC HANGERS S/10-TURQUOISE | 0-38861-63126-2 | | $174.00 |

Notes:   TERMS:

| Tot Qty: | 120 | ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN | ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER | A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES | Merchandise Amount: | $348.00 |
|---|---|---|---|---|---|---|
| Tot Ctns: | 10 | | | | Freight Amount: | $0.00 |
| Tot Wght: | 136.0 Lbs | | | | Tax Amount: | $0.00 |
| Tot Cube: | 21.9 Ft | | | | Invoice Total: | $348.00 |

**Account No:**   110001

# *Whitmor, Inc.*

P.O. Box 1019
Southaven MS 38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

**Invoice No:**   3293239

**Invoice Date:**   10/09/2018

Page 1 of 1

**POSTED**

Regular Invoice

MAKE CHECKS PAYABLE TO:
WHITMOR, INC.
8660 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS 38671

Bill To:   110001

KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI 48007-7065
UNITED STATES

Ship To:   8287

SEARS HOLDINGS #8287 (ONT)
5600 E. AIRPORT RD.
ONTARIO, CA 91761
UNITED STATES

| P.O. #: | 08287251398 | Ship Via: | RDWY-YRC | Sales Mgr: | PEGGY |
|---|---|---|---|---|---|
| Dept #: | 011 | Frt Pay: | COLLECT | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | 7434093495 | Exchange Rate: | 1.00 |
| Terms: | NET 60 DAYS ROG | BOL No: | 1098031 | Order No: | 3224885 |

| Shipped | Price | Our Number / Your Number | Description / Line Comment | UPC Number | Discounts | Line Total |
|---|---|---|---|---|---|---|
| 60 | 2.900 | 6653-4903-10-BLK  007806472 | SURE GRIP PLASTIC HANGERS S/10-BLACK | 0-38861-63106-4 | | $174.00 |
| 36 | 2.900 | 6653-4903-10-TURQ  007806583 | SURE GRIP PLASTIC HANGERS S/10-TURQUOISE | 0-38861-63126-2 | | $104.40 |

**Notes:**   TERMS:

| | | | | |
|---|---|---|---|---|
| Tot Qty: | 96 | ANY MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT WILL BE REFUSED. MOREOVER RETURNS MUST BE MADE TO OUR WAREHOUSE IN | ALL CLAIMS MUST BE MADE TO WHITMOR WITHIN 5 DAYS AFTER RECEIPT OF GOODS  OUR RESPONSIBILITY CEASES WHEN GOODS ARE DELIVERED TO CARRIER | A LATE CHARGE OF UP TO 1.5% PER MONTH WILL BE ADDED TO ALL PAST DUE INVOICES |
| Tot Ctns: | 8 | | | |
| Tot Wght: | 108.8 Lbs | | | |
| Tot Cube: | 17.5 Ft | | | |

Merchandise Amount:   $278.40
Freight Amount:   $0.00
Tax Amount:   $0.00
Invoice Total:   $278.40

| Account No: 110001 | **Whitmor, Inc.** | Invoice No: | 3293240 |
|---|---|---|---|

**MAKE CHECKS PAYABLE TO:**
WHITMOR, INC.
8680 SWINNEA ROAD / SUITE 103
SOUTHAVEN, MS. 38671

P.O. Box 1019
Southaven MS 38671
888-944-8667
Fax 662-393-1994
D-U-N-S 00-164-4277

**Invoice Date:** 10/09/2018

Page 1 of 1

*POSTED*

Regular Invoice

Bill To: 110001
KMART CORP
CIA-KM PROCESSING
P.O. BOX 7065
TROY, MI 48007-7065
UNITED STATES

Ship To: 8287
SEARS HOLDINGS #8287 (ONT)
5600 E. AIRPORT RD.
ONTARIO, CA 91761
UNITED STATES

| P.O. #: | 08287251503 | Ship Via: | RDWY-YRC | Sales Mgr: | PEGGY |
|---|---|---|---|---|---|
| Dept #: | 005 | Frt Pay: | COLLECT | Sales Rep: | 908-PEGGY MEO |
| Vendor #: | 00000778803 | FOB: | ORIGIN | Currency: | USD |
| Cust Ref: | | Pro No: | 7434093495 | Exchange Rate: | 1.00 |
| Terms: | NET 60 DAYS ROG | BOL No: | 1098031 | Order No: | 3224886 |

| Shipped | Price | Our Number<br>Your Number | Description<br>Line Comment | UPC Number | Discounts | Line<br>Total |
|---|---|---|---|---|---|---|
| 28 | 24.000 | 6318-7617<br><br>001765706 | ADJUSTABLE UTILITY CART (SNAP<br>ON WHEELS) | 0-38861-65152-9 | | $672.00 |

Notes:   TERMS:

| Tot Qty: | 28 | | | | Merchandise Amount: | $672.00 |
|---|---|---|---|---|---|---|
| Tot Ctns: | 7 | ANY MERCHANDISE RETURNED<br>WITHOUT OUR WRITTEN<br>CONSENT WILL BE REFUSED. | ALL CLAIMS MUST BE MADE TO WHITMOR<br>WITHIN 5 DAYS AFTER RECEIPT OF GOODS | A LATE CHARGE OF UP TO<br>1.5% PER MONTH WILL BE<br>ADDED TO ALL PAST DUE | Freight Amount: | $0.00 |
| Tot Wght: | 374.5 | Lbs | MOREOVER RETURNS MUST BE<br>MADE TO OUR WAREHOUSE IN | OUR RESPONSIBILITY CEASES WHEN<br>GOODS ARE DELIVERED TO CARRIER | INVOICES | Tax Amount: | $0.00 |
| Tot Cube: | 32.3 | Ft | | | | Invoice Total: | $672.00 |