Pierce McCoy, PLLC
Jonathan A. Grasso
NY Bar No. 5622824
85 Broad Street, Suite 17-063
New York, New York 10004
Telephone:  (212) 320-8393
Facsimile: (757) 257-0387

and

Streusand, Landon, Ozburn & Lemmon, LLP
Sabrina L. Streusand
Texas Bar No. 11701700
1801 S. Mopac Expressway, Suite 320
Austin, Texas 78746
Telephone: (512) 236-9900
Facsimile: (512) 236-9904

*Attorneys for Dell Marketing, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**SEARS HOLDINGS CORPORATION,** *et al.*,<br><br>**Debtors.** | **Chapter 11**<br><br>Case No. 18-23538 (RDD)<br><br>**(Jointly Administered)** |

**NOTICE OF RECLAMATION DEMAND**
**OF DELL MARKETING, L.P.**

PLEASE TAKE NOTICE that, by and through counsel, Dell Marketing, L.P. ("Dell") hereby files this notice of the delivery of written demand for reclamation of goods pursuant to 11 U.S.C. § 546(c), upon Debtors Sears Holdings Corporation, Sears, Roebuck and Co., and Sears Home Improvement Products, Inc. ("Sears") and Debtors' counsel, to reclaim certain assets (the "Goods") that are subject to reclamation.  The Goods were sold in the ordinary course of Dell's business and delivered on credit terms to, and received by, Sears during the forty-five (45) days prior to filing of its bankruptcy petition.  Dell attaches as **Exhibit 1** and incorporates by reference herein a copy of its formal reclamation demand dated November 5, 2018 to Sears

{06005/0865/00227212.1}

Holdings Corporation.  Dell attaches as **Exhibit 2** and incorporates by reference herein a copy of its formal reclamation demand dated November 5, 2018 to Sears, Roebuck and Co.  Dell attaches as **Exhibit 3** and incorporates by reference herein a copy of its formal reclamation demand dated November 5, 2018 to Sears Home Improvement Products, Inc.

PLEASE TAKE FURTHER NOTICE that Dell reserves all of its right and remedies available under the United States Bankruptcy Code, including the right to supplement this notice.

Dated:  November 5, 2018

Respectfully submitted,

By:  /s/  *Jonathan A. Grasso*
Jonathan A. Grasso
NY Bar No. 5622824
Pierce McCoy, PLLC
85 Broad Street, Suite 17-063
New York, New York 10004
Telephone:  (212) 320-8393
Facsimile: (757) 257-0387
jon@piercemccoy.com

and

Sabrina L. Streusand
Texas Bar No. 11701700
Streusand, Landon, Ozburn & Lemmon LLP
1801 S. Mopac Expressway, Ste. 320
Austin, Texas 78746
Telephone:  (512) 236-9901
Facsimile:   (512) 236-9904
streusand@slollp.com

**ATTORNEYS FOR DELL MARKETING, L.P.**

# CERTIFICATE OF SERVICE

The undersigned hereby certified that a true and correct copy of the foregoing instrument has been served on this 5th day of November, 2018 via first class mail, postage pre-paid upon the parties listed below, and electronically via the Court's CM/ECF system upon all parties requesting service via ECF notification:

Honorable Judge Robert D. Drain
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

Sears Holdings Corporation
Attn: Stephen Sitley and Luke Valentino
3333 Beverly Road
Hoffman Estates, IL 60179

Ray C. Schrock
Jacqueline Marcus
Garret A. Fail
Sunny Singh
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Office of the United States Trustee
Attn: Paul Schwartzberg
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul Leake, Shana Elberg, George Howard
4 Times Square
New York, NY 10036

Davis Polk & Wardell LLP
Attn: Marshall Huebner and Eli Vonnegut
450 Lexington Avenue
New York, NY 10017

Cleary Gottlieb
Attn: Sean A. O'Neal
One Liberty Plaza
New York, NY 10006

Kelley Drye & Warren LLP
Attn: Eric Wilson, Benjamin Feder and T. Charlie Liu
101 Park Avenue
New York, NY 10178

Seyfarth Shaw LLP
Attn: Edward M. Fox
620 Eighth Avenue
New York, NY 10018

Carter Ledyard & Milburn LLP
Attn: James Gadsden
2 Wall Street
New York, NY 10015

Locke Lord LLP
Attn: Brian A. Raynor
111 South Wacker Drive
Chicago, IL 60606

Akin Gump Strauss Hauer & Feld LLP
Attn: Philip Dublin, Ira Dizengoff and Sara Brauner
One Bryant Park
New York, NY 10036

　　　　　　　　　　　　　　　　　　*/s/ Sabrina L. Streusand*
　　　　　　　　　　　　　　　　　　Sabrina L. Streusand