# EXHIBIT 1

**STREUSAND | LANDON | OZBURN | LEMMON** LLP  Sabrina L. Streusand
(512) 236-9901
streusand@slollp.com

November 5, 2018

<u>Via Email: ray.schrock@weil.com</u>
<u>Via Email: jacqueline.marcus@weil.com</u>
<u>Via Email: garret.fail@weil.com</u>
<u>Via Email: sunny.singh@weil.com</u>

Ray C. Schrock
Jacqueline Marcus
Garret A. Fail
Sunny Singh
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

  Re: Case No. 18-23538-rdd; *In re Sears Holdings Corporation*; in the United States Bankruptcy Court for the Southern District of New York (Jointly Administered under Case No. 18-23538-rdd) – **Notice of Reclamation**

To Whom It May Concern:

  We represent Dell Marketing, L.P. ("Dell"). We understand that Sears Holdings Corporation (the "Debtor") filed its petition for relief under chapter 11 of the Bankruptcy Code on October 15, 2018 (the "Petition Date") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

  Subject to section 362 of the Bankruptcy Code, Dell makes this demand for reclamation or payment without prejudice to any other rights and remedies available to it, at law or in equity, including, but not limited to, its right to an allowed administrative expense claim under section 503(b)(9) of the Bankruptcy Code in the amount of $3,195.90 (as set forth in the invoices attached hereto as **Exhibit A**), its setoff rights under section 553 of the Bankruptcy Code and applicable state law, and its right to amend and supplement this demand and to serve and file additional demands or claims.

  Further, pursuant to section 546(c) of the Bankruptcy Code, Dell hereby serves written demand on the Debtor for the reclamation of or immediate payment for all goods that were received by the Debtor from Dell within the forty-five (45) days preceding the Petition Date (the "Reclamation Period"). During the Reclamation Period, Dell delivered to the Debtor goods having an agreed-upon price totaling not less than $175.99 as set forth in the invoice attached hereto as **Exhibit B**. The goods subject to this reclamation demand are certain computer products and peripherals (the "Products").

Spyglass Point | 1801 South MoPac Expressway, Suite 320 | Austin, Texas 78746

**Exhibit 1**

November 5, 2018
Page 2

      Subject to the provisions of the automatic stay, Dell hereby requests that all Products subject to this reclamation demand be segregated and protected by the Debtor from any other goods in the Debtor's possession, custody or control. Dell further requests that Debtor provide an immediate accounting of all goods subject to this reclamation demand that remain on hand and the present location(s) of such Products. Those goods must not be used for any purpose whatsoever except those specifically authorized by the Bankruptcy Court following notice and a hearing on Dell's rights.

      Thank you for your time and attention to this matter. Should you have any questions, please do not hesitate to contact me.

                      Sincerely,

                      Sabrina L. Streusand

SLS/alp
Enclosures

Exhibit 1    {06005/0865/00227214.1}

**DELL EMC**

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (512)338-4400
Customer Service: (512)338-4400
Technical Support: (888)242-0938
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS HOLDINGS CORP
ELANGO RAMASAMY
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

**SHIP TO:**

SEARS HOLDINGS CORP
DANNY GONZALEZ
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: 10266060914 | Customer No: 124690493 | Order No: 397895144 | Page 1 of 1 |
|---|---|---|---|
| Purchase Order: PO875354 | | Waybill Number: 1ZR5A1460308250347 | |
| Payment Terms: Due 60 days from invoice date | | Order Date: 08/21/2018 | |
| Due Date: 11/10/2018 | | Sales Rep: BRITT_SADLER | |
| Invoice Date: 09/11/2018 | | Shipped Via: UPS | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 400-AHJG | **Dell 7200RPM Serial ATA Hard Drive - 1 TB** | 1 | EA | 102.95 | 102.95 |



FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 102.95 |
| Ship. &/or Handling: | $ | 6.99 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ | 0.00 Tax: | |
| Non-Taxable: $ | 109.94 $ | 0.00 |
| Invoice Total: | $ | 109.94 |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10266060914
Customer Name: SEARS HOLDINGS CORP
Customer No: 124690493
PO No: PO875354
Order Number: 397895144

**DELL EMC**

*Make check payable / remit to :*
*Dell Marketing L.P.*
*C/O Dell USA L.P.*
*PO Box 802816*
*Chicago, IL 60680-2816*

| | | USD |
|---|---|---|
| Sub-Total: | $ | 102.95 |
| Ship. &/or Handling: | $ | 6.99 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ | 0.00 Tax: | |
| Non-Taxable: $ | 109.94 $ | 0.00 |
| Invoice Total: | $ | 109.94 |
| | | |
| **Balance Due:** | $ | 109.94 |
| Amount Enclosed: | | |

0102660609140000000010994000001246904934

Exhibit 1

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1ZR5A1460308250347

**Weight**

0.50 LBS

**Service**

UPS Ground

**Shipped / Billed On**

09/07/2018

**Delivered On**

09/11/2018 10:10 A.M.

**Delivered To**

HOFFMAN ESTATES, IL, US

**Received By**

TETREV

**Left At**

Dock

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/01/2018 3:42 P.M. EST

**DELLEMC**

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (512)338-4400
Customer Service: (512)338-4400
Technical Support: (888)242-0938
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS HOLDINGS CORP
ACCOUNTS PAYABLE
3333 BEVERLY RD
SEARS
HOFFMAN ESTATES, IL 60179-0001

**SHIP TO:**

HOFFMAN ESTATES - G RECV DOCK
X BRIAN CHESNICK
3333 BEVERLY RD
DANIEL GONZALES
HOFFMAN ESTATES, IL 60179-0001

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10267734555 | Customer No: 124690493 | Order No: SEE BELOW | Page 1 of 2 |
|---|---|---|---|---|
| Purchase Order: | PO874765 | Order Date: | 08/20/2018 | |
| Payment Terms: | Due 60 days from invoice date | Sales Rep: | BRITT_SADLER | |
| Due Date: | 11/18/2018 | Shipped Via: | SEE BELOW | |
| Invoice Date: | 09/19/2018 | Customer Agreement No: | | |
| Waybill Number: | 1ZR5X7480311450643 | Contract Number: | | |

| Item Number | Description | | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|

SHIP TO:

HOFFMAN ESTATES - G RECV DOCK
X BRIAN CHESNICK
3333 BEVERLY RD
DANIEL GONZALES
HOFFMAN ESTATES, IL 60179-0001

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

USD

| | | |
|---|---|---|
| Sub-Total: | $ | 3,012.00 |
| Ship. &/or Handling: | $ | 73.96 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 3,085.96 | $ | 0.00 |
| Invoice Total: | $ | 3,085.96 |

............................................................................................................................

DETACH AT LINE AND RETURN WITH PAYMENT

**DELLEMC**

Invoice Number: 10267734555
Customer Name: SEARS HOLDINGS CORP
Customer Number: 124690493
Purchase Order: PO874765

Make check payable / remit to :
Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

USD

| | | |
|---|---|---|
| Sub-Total: | $ | 3,012.00 |
| Ship. &/or Handling: | $ | 73.96 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 3,085.96 | $ | 0.00 |
| Invoice Total: | $ | 3,085.96 |
| | | |
| Balance Due: | $ | 3,085.96 |
| Amount Enclosed: | | |

0102677345550000000308596000001246904936

**Exhibit 1**

**DELLEMC**

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (512)338-4400
Customer Service: (512)338-4400
Technical Support: (888)242-0938
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS HOLDINGS CORP
ACCOUNTS PAYABLE
3333 BEVERLY RD
SEARS
HOFFMAN ESTATES, IL 60179-0001

**SHIP TO:**

HOFFMAN ESTATES - G RECV DOCK
X BRIAN CHESNICK
3333 BEVERLY RD
DANIEL GONZALES
HOFFMAN ESTATES, IL 60179-0001

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10267734555 | Customer No: 124690493 | Order No: SEE BELOW | Page 2 of 2 |
|---|---|---|---|---|
| Purchase Order: | PO874765 | Order Date: | 08/20/2018 | |
| Payment Terms: | Due 60 days from Invoice date | Sales Rep: | BRITT_SADLER | |
| Due Date: | 11/18/2018 | Shipped Via: | SEE BELOW | |
| Invoice Date: | 09/19/2018 | Customer Agreement No: | | |
| Waybill Number: | 1ZR5X7480311450643 | Contract Number: | | |

| Item Number | Description | | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| | | TAX AMT | | | | |
| | | $ 0.00 | | | | |
| | | ENVIRO FEE | | | | |
| | | $ 0.00 | | | | |
| | METHOD: FEDERAL EXPRESS | CHARGES: $ 59.97 | | | | |
| | WAYBILLS:461347793332923, 461347793332930, 461347793332954 | | | | | |
| | METHOD: | CHARGES: $ 13.99 | | | | |
| | WAYBILLS:1ZR5X7480311450643 | | | | | |
| 210-AKKH | Dell Latitude 5480 XCTO | | 3 | EA | 895.00 | 2,685.00 |
| | System Service Tags:30YNLQ2, CZXNLQ2, D0YNLQ2 | | | | | |
| 452-BDDV | Kit-Dell Dock WD15,US,130W,1.1C,MDP | | 3 | EA | 109.00 | 327.00 |

Order Number(s): 397336156, 397336164

**Exhibit 1**



November 2, 2018

Dear Customer:

The following is the proof-of-delivery for tracking number **461347793332923**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | Hoffman Estates, IL |
| **Signed for by:** | DBRADFORD | **Delivery date:** | Sep 20, 2018 10:31 |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 461347793332923 | **Ship date:** | Sep 19, 2018 |
| | | **Weight:** | 5.7 lbs/2.6 kg |

**Recipient:**
HOFFMAN ESTATES, IL US

**Shipper:**
CHICAGO, IL US

Reference
Purchase order number:
Shipment Id
Invoice number

none
PO874765
461347793332923
PLAN.1039933580-1_DAO

Thank you for choosing FedEx.

**Exhibit 1**



November 2, 2018

Dear Customer:

The following is the proof-of-delivery for tracking number **461347793332930**.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Hoffman Estates, IL |
| Signed for by: | DBRADFORD | Delivery date: | Sep 20, 2018 10:31 |
| Service type: | FedEx Ground | | |
| Special Handling: | | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 461347793332930 | Ship date: | Sep 19, 2018 |
| | | Weight: | 5.7 lbs/2.6 kg |

| Recipient: | Shipper: |
|---|---|
| HOFFMAN ESTATES, IL US | CHICAGO, IL US |

| | |
|---|---|
| Reference | none |
| Purchase order number: | PO874765 |
| Shipment Id | 461347793332930 |
| Invoice number | PLAN.1039933580-2_DAO |

Thank you for choosing FedEx.

**Exhibit 1**



November 2, 2018

Dear Customer:

The following is the proof-of-delivery for tracking number **461347793332954**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | Hoffman Estates, IL |
| **Signed for by:** | DBRADFORD | **Delivery date:** | Sep 20, 2018 10:31 |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 461347793332954 | **Ship date:** | Sep 19, 2018 |
| | | **Weight:** | 5.7 lbs/2.6 kg |

**Recipient:**
HOFFMAN ESTATES, IL US

**Shipper:**
CHICAGO, IL US

**Reference**
**Purchase order number:**
**Shipment Id**
**Invoice number**

none
PO874765
461347793332954
PLAN.1039933580-3_DAO

Thank you for choosing FedEx.

**Exhibit 1**

**DELL EMC**

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (512)338-4400
Customer Service: (512)338-4400
Technical Support: (888)242-0938
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**
SEARS HOLDINGS CORP
ACCOUNTS PAYABLE
3333 BEVERLY RD
SEARS
HOFFMAN ESTATES, IL 60179-0001

**SHIP TO:**
HOFFMAN ESTATES - G RECV DOCK
X ANTHONY SHOEMAK
3333 BEVERLY RD
ASHOK UTHAMAN
HOFFMAN ESTATES, IL 60179-0001

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10268976909 | Customer No: 124690493 | Order No: 408612413 | Page 1 of 1 |
|---|---|---|---|---|
| Purchase Order: | PO888521 | Waybill Number: | 1ZR5X7480312617873 | |
| Payment Terms: | Due 60 days from invoice date | Order Date: | 09/24/2018 | |
| Due Date: | 11/25/2018 | Sales Rep: | BRITT_SADLER | |
| Invoice Date: | 09/26/2018 | Shipped Via: | | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 331-6304 | E-Port Plus, 130W Advanced Port Replicator, USB 3.0 for Latitude E-Family, Customer Kit | 1 | EA | 175.99 | 175.99 |



FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | USD |
|---|---|
| Sub-Total: | $ 175.99 |
| Ship. &/or Handling: | $ 0.00 |
| ENVIRO FEE: | $ 0.00 |
| Taxable: $ 0.00 | Tax: |
| Non-Taxable: $ 175.99 | $ 0.00 |
| Invoice Total: | $ 175.99 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10268976909
Customer Name: SEARS HOLDINGS CORP
Customer No: 124690493
PO No: PO888521
Order Number: 408612413

**DELL EMC**

Make check payable / remit to :
Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | USD |
|---|---|
| Sub-Total: | $ 175.99 |
| Ship. &/or Handling: | $ 0.00 |
| ENVIRO FEE: | $ 0.00 |
| Taxable: $ 0.00 | Tax: |
| Non-Taxable: $ 175.99 | $ 0.00 |
| Invoice Total: | $ 175.99 |
| | |
| | |
| Balance Due: | $ 175.99 |
| Amount Enclosed: | |

0102689769090000000017599000001246904934

Exhibit 1

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1ZR5X7480312617873

**Weight**

4.60 LBS

**Service**

UPS Ground

**Shipped / Billed On**

09/24/2018

**Delivered On**

09/26/2018 9:39 A.M.

**Delivered To**

HOFFMAN ESTATES, IL, US

**Received By**

HERNANDEZ

**Left At**

Dock

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/01/2018 4:49 P.M. EST

**Exhibit 1**

https://www.ups.com/track?loc=en_US&tracknum=1zr5x7480312617873%250D%250A&...    11/1/2018