# EXHIBIT 2

# STREUSAND | LANDON | OZBURN | LEMMON LLP

Sabrina L. Streusand
(512) 236-9901
streusand@slollp.com

November 5, 2018

**Via Email: ray.schrock@weil.com**
**Via Email: jacqueline.marcus@weil.com**
**Via Email: garret.fail@weil.com**
**Via Email: sunny.singh@weil.com**

Ray C. Schrock
Jacqueline Marcus
Garret A. Fail
Sunny Singh
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Re:    Case No. 18-23537-rdd; *In re Sears, Roebuck and Co.*; in the United States
Bankruptcy Court for the Southern District of New York (Jointly Administered
under Case No. 18-23538-rdd) – **Notice of Reclamation**

To Whom It May Concern:

We represent Dell Marketing, L.P. ("Dell"). We understand that Sears, Roebuck and Co.
(the "Debtor") filed its petition for relief under chapter 11 of the Bankruptcy Code on October
15, 2018 (the "Petition Date") in the United States Bankruptcy Court for the Southern District of
New York (the "Bankruptcy Court").

Subject to section 362 of the Bankruptcy Code, Dell makes this demand for reclamation
or payment without prejudice to any other rights and remedies available to it, at law or in equity,
including, but not limited to, its right to an allowed administrative expense claim under section
503(b)(9) of the Bankruptcy Code in the amount of $16,165.14 (as set forth in the invoices
attached hereto as **Exhibit A**), its setoff rights under section 553 of the Bankruptcy Code and
applicable state law, and its right to amend and supplement this demand and to serve and file
additional demands or claims.

Further, pursuant to section 546(c) of the Bankruptcy Code, Dell hereby serves written
demand on the Debtor for the reclamation of or immediate payment for all goods that were
received by the Debtor from Dell within the forty-five (45) days preceding the Petition Date (the
"Reclamation Period"). During the Reclamation Period, Dell delivered to the Debtor goods
having an agreed-upon price totaling not less than $20,869.17 as set forth in the invoices
attached hereto as **Exhibit B**. The goods subject to this reclamation demand are certain
computer products and peripherals (the "Products").

Spyglass Point | 1801 South MoPac Expressway, Suite 320 | Austin, Texas 78746

**Exhibit 2**

November 5, 2018
Page 2

Subject to the provisions of the automatic stay, Dell hereby requests that all Products subject to this reclamation demand be segregated and protected by the Debtor from any other goods in the Debtor's possession, custody or control. Dell further requests that Debtor provide an immediate accounting of all Products subject to this reclamation demand that remain on hand and the present location(s) of such goods. Those Products must not be used for any purpose whatsoever except those specifically authorized by the Bankruptcy Court following notice and a hearing on Dell's rights.

Thank you for your time and attention to this matter. Should you have any questions, please do not hesitate to contact me.

Sincerely,

Sabrina L. Streusand

SLS/alp
Enclosures

**Exhibit 2**                    {06005/0865/00227213.1}



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
KATHLEEN BARRETT
521 BITTERNUT RD
COLUMBIA, SC 29209-4405

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10268340991 | Customer No: 530001245234 | Order No: 408508462 | Page 1 of 2 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Purchase Order: | 201809221029379 | Waybill Number: | 459777427581 | |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/22/2018 | |
| Due Date: | 10/22/2018 | Sales Rep: | MARKETPLACE ONLINE | |
| Invoice Date: | 09/22/2018 | Shipped Via: | FEDERAL EXPRESS | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-ALKZ | **Inspiron All-in-One 5475** | 1 | EA | 538.42 | 538.42 |
| | System Service Tags:G3L7YH2 | | | | |
| 338-BLQJ | AMD Bristol Ridge A10-9700E (35W) | 1 | EA | - | - |
| 619-AHCY | Windows 10 Home (64bit) English | 1 | EA | - | - |
| 370-ACSD | 8GB, DDR4,2400MHz (additional memory sold separately) | 1 | EA | - | - |
| 400-AHHF | 1TB (64MB Cache) 7200 RPM SATA 6Gb/s | 1 | EA | - | - |
| 490-BDPQ | AMD Integrated Graphic | 1 | EA | - | - |
| 429-AAMQ | Optical Drive not included | 1 | EA | - | - |
| 555-BCYV | 802.11ac + Bluetooth 4.1, Dual Band 2.4&5 GHz, 2x2 | 1 | EA | - | - |
| 580-AFDF | Dell KM636 Wireless Keyboard & Mouse White | 1 | EA | - | - |
| 570-AADI | Mouse included with Keyboard | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 699.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: | | |
| $ 0.00 | Tax: | |
| Non-Taxable: | $ | 0.00 |
| $ 699.99 | | |
| Invoice Total: | $ | 699.99 |

........................................................................................................................................................



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10268340991
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809221029379
Order Number: 408508462

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816



EXHIBIT
A

| | | USD |
|---|---|---|
| Sub-Total: | $ | 699.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: | | |
| $ 0.00 | Tax: | |
| Non-Taxable: | $ | 0.00 |
| $ 699.99 | | |
| Invoice Total: | $ | 699.99 |
| Balance Due: | $ | 699.99 |
| Amount Enclosed: | | |

0102683409910000000069999005300012452346

**Exhibit 2**

**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
KATHLEEN BARRETT
521 BITTERNUT RD
COLUMBIA, SC 29209-4405

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10268340991 | Customer No: 530001245234 | Order No: 408508462 | Page 2 of 2 |
|---|---|---|---|---|

| Purchase Order: | 201809221029379 | Waybill Number: | 459777427581 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/22/2018 |
| Due Date: | 10/22/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/22/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 391-BDHB | 23.8-inch FHD Anti-Glare Narrow Border AIT Infinity Touch Display with Wide Viewing Angle (IPS), RGB and IR Camera | 1 | EA | 81.71 | 81.71 |
| 450-AFWY | 130 Watt AC Adapter | 1 | EA | - | - |
| 450-AAHV | US Power Cord | 1 | EA | - | - |
| 379-BBPP | No Power DVD | 1 | EA | - | - |
| 391-BDHQ | Articulated stand for Touch LCD only | 1 | EA | - | - |
| 811-BBBC | Return Label | 1 | EA | - | - |
| 340-AGUD | Safety/Environment and Regulatory Guide (English/French) | 1 | EA | - | - |
| 389-BDQH | Retail POD | 1 | EA | - | - |
| 658-BCUN | Additional Software | 1 | EA | - | - |
| 340-BSHM | Packaging for Articulated stand | 1 | EA | - | - |
| 389-BKKG | Energy Star Label | 1 | EA | - | - |
| 332-1286 | US Order | 1 | EA | - | - |
| 634-BLIJ | MOD-SRV,SW,WIN10,INSP,5475 | 1 | EA | - | - |
| 340-ABRP | Direct Ship | 1 | EA | - | - |
| 340-BSLF | MOD,PLCMT,GETS,INSP24,5475,D/B | 1 | EA | - | - |
| 640-BBJB | ODM Info | 1 | EA | - | - |
| 658-BDCO | Dell Wireless 1820 Card (802.11AC Dual-Band Wi-Fi + Bluetooth 4.1) | 1 | EA | - | - |
| 340-ACQQ | No Option Included | 1 | EA | - | - |
| 998-CNMQ | Fixed Hardware Configuration | 1 | EA | - | - |
| 389-BUIY | Regulatory label (UMA) | 1 | EA | - | - |
| 801-0875 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 801-0922 | Onsite/In-Home Service After Remote Diagnosis, 1 Year | 1 | EA | 39.00 | 39.00 |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | - |
| 525-0033 | McAfee LiveSafe Consumer 12 Month Subscription | 1 | EA | 40.86 | 40.86 |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **459777427581**.

### Delivery Information:

| Status: | Delivered | Delivery location: | Columbia, SC |
|---|---|---|---|
| Signed for by: | Signature not required | Delivery date: | Sep 26, 2018 12:05 |
| Service type: | FedEx Home Delivery | | |
| Special Handling: | | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

### Shipping Information:

| Tracking number: | 459777427581 | Ship date: | Sep 24, 2018 |
|---|---|---|---|
| | | Weight: | 26.8 lbs/12.2 kg |

| Recipient: | Shipper: |
|---|---|
| COLUMBIA, SC US | MOUNT JULIET, TN US |

| Reference | none |
|---|---|
| Purchase order number: | 201809221029379 |
| Shipment Id | 459777427581 |
| Invoice number | PLAN.1040338916-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
LORI GAYTON
637 DELAWARE AVE
OLEAN, NY 14760-2859

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10268401460 | Customer No: 530001245234 | Order No: 408408887 | Page 1 of 1 |
|---|---|---|---|---|

| Purchase Order: | 201809211023686 | Waybill Number: | 436820932256 |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/21/2018 |
| Due Date: | 10/23/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/23/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| A9377144 | EZVIZ BD-1424B1 - DVR + camera(s) - wired - LAN 10/100 - 4 channels - 1 x 1 TB - 4 camera(s) 173698541 | 1 | EA | 199.99 | 199.99 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 199.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 199.99 | $ | 0.00 |
| Invoice Total: | $ | 199.99 |

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10268401460
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809211023686
Order Number: 408408887



Make check payable / remit to :

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 199.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 199.99 | $ | 0.00 |
| Invoice Total: | $ | 199.99 |
| Balance Due: | $ | 199.99 |
| Amount Enclosed: | | |

01026840146000000000199990053000124523342

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **436820932256**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Olean, NY |
| Signed for by: | Signature not required | Delivery date: | Sep 26, 2018 14:34 |
| Service type: | FedEx Home Delivery | | |
| Special Handling: | | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a
signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 436820932256 | Ship date: | Sep 24, 2018 |
| | | Weight: | 13.4 lbs/6.1 kg |

| | |
|---|---|
| Recipient: | Shipper: |
| OLEAN, NY US | Harrisburg, PA US |

| | |
|---|---|
| Reference | 4084088871752701/90483790-00 |
| Purchase order number: | 4084088871752701 |
| Shipment Id | 436820932256 |
| Invoice number | 90483790-00 |

Thank you for choosing FedEx.

**Exhibit 2**



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

| **Invoice** |
|---|

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
SHARON STRICKLAND
1615 BLAND ST
WICHITA FALLS, TX 76302-1535

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10268901341 | Customer No: 530001245234 | Order No: 409333795 | Page 1 of 2 |
|---|---|---|---|---|

| Purchase Order: | 201809251062009 | Waybill Number: | 459777496169 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/25/2018 |
| Due Date: | 10/25/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/25/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-ANSC | **Inspiron All-In-One 3277 (Intel(R))** | 1 | EA | 398.71 | 398.71 |
| | System Service Tags:79SRL42 | | | | |
| 338-BNUE | 7th Generation Intel(R) Core(TM) I3-7130U Processor (3M Cache, 2.70 GHz) | 1 | EA | 59.79 | 59.79 |
| 619-AHCY | Windows 10 Home (64bit) English | 1 | EA | - | - |
| 370-ACRZ | 8GB, DDR4, 2400MHz | 1 | EA | - | - |
| 400-AQUN | 1TB 5400 rpm 2.5" SATA Hard Drive | 1 | EA | - | - |
| 490-BBTI | Integrated Graphics | 1 | EA | - | - |
| 429-AAMQ | Optical Drive not included | 1 | EA | - | - |
| 555-BDXJ | DW1810, 802.11ac (1x1) + BT 4.1 | 1 | EA | - | - |
| 580-AFDF | Dell KM636 Wireless Keyboard & Mouse White | 1 | EA | - | - |
| 817-BBBC | Not selected in this configuration | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | | USD |
|---|---|---|---|
| Sub-Total: | $ | | 599.99 |
| Ship. &/or Handling: | $ | | 0.00 |
| ENVIRO FEE: | $ | | 0.00 |
| Taxable: | | | |
| $ | 0.00 | Tax: | |
| Non-Taxable: | | | 0.00 |
| $ | 599.99 | | |
| Invoice Total: | $ | | 599.99 |



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10268901341
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809251062009
Order Number: 409333795

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | | USD |
|---|---|---|---|
| Sub-Total: | $ | | 599.99 |
| Ship. &/or Handling: | $ | | 0.00 |
| ENVIRO FEE: | $ | | 0.00 |
| Taxable: | | | |
| $ | 0.00 | Tax: | |
| Non-Taxable: | | | 0.00 |
| $ | 599.99 | | |
| Invoice Total: | $ | | 599.99 |
| | | | |
| | | | |
| Balance Due: | $ | | 599.99 |
| Amount Enclosed: | | | |

01026890134100000000599990053000124523 45

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
SHARON STRICKLAND
1615 BLAND ST
WICHITA FALLS, TX 76302-1535

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10268901341 | Customer No: 530001245234 | | Order No: 409333795 | | | Page 2 of 2 |
|---|---|---|---|---|---|---|---|

| Purchase Order: | 201809251062009 | Waybill Number: | 459777496169 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the Invoice date | Order Date: | 09/25/2018 |
| Due Date: | 10/25/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/25/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 391-BDOF | 21.5-inch FHD (1920 x 1080) IPS LED-Backlit Narrow Border Touch Display | 1 | EA | 59.79 | 59.79 |
| 321-BDMK | White Cover for Touch LCD | 1 | EA | - | - |
| 450-ADTR | 65 Watt AC Adapter | 1 | EA | - | - |
| 450-AAHV | US Power Cord | 1 | EA | - | - |
| 379-BBPP | No Power DVD | 1 | EA | - | - |
| 452-BDCU | White Fixed Stand | 1 | EA | - | - |
| 811-BBBC | Return Label | 1 | EA | - | - |
| 340-AGUD | Safety/Environment and Regulatory Guide (English/French) | 1 | EA | - | - |
| 332-1630 | Dell.com Order | 1 | EA | - | - |
| 658-BCUN | Additional Software | 1 | EA | - | - |
| 389-BLSU | Intel Core I3 Processor Kabylake Label | 1 | EA | - | - |
| 340-BZTN | Packaging for Fixed Stand | 1 | EA | - | - |
| 389-BKKG | Energy Star Label | 1 | EA | - | - |
| 332-1286 | US Order | 1 | EA | - | - |
| 631-ABRB | Windows System Driver, 3277 | 1 | EA | - | - |
| 340-AAFC | System Shipment | 1 | EA | - | - |
| 340-CBOU | Placemat | 1 | EA | - | - |
| 340-BZUH | Dell 1810 WLAN Driver (Not SAF/ISR) | 1 | EA | - | - |
| 340-ACQQ | No Option Included | 1 | EA | - | - |
| 996-CWFE | Fixed Hardware Configuration | 1 | EA | - | - |
| 389-CHBP | White Regulatory label (65W for UMA graphics) | 1 | EA | - | - |
| 801-2494 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 801-2541 | Onsite/In-Home Service After Remote Diagnosis, 1 Year | 1 | EA | 39.00 | 39.00 |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | - |
| 525-0033 | McAfee LiveSafe Consumer 12 Month Subscription | 1 | EA | 42.70 | 42.70 |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **459777496169**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | Wichita Falls, TX |
| **Signed for by:** | Signature not required | **Delivery date:** | Sep 28, 2018 09:41 |
| **Service type:** | FedEx Home Delivery | | |
| **Special Handling:** | | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 459777496169 | **Ship date:** | Sep 26, 2018 |
| | | **Weight:** | 22.5 lbs/10.2 kg |

**Recipient:**
WICHITA FALLS, TX US

**Shipper:**
MOUNT JULIET, TN US

| | |
|---|---|
| **Reference** | none |
| **Purchase order number:** | 201809251062009 |
| **Shipment Id** | 459777496169 |
| **Invoice number** | PLAN.1040477046-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

| **Invoice** |

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
LORA MARTOCCI
250 VAIL RD
PARSIPPANY, NJ 07054-1354

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10269120027 | Customer No: 530001245234 | | Order No: 409605283 | | Page 1 of 1 |
|---|---|---|---|---|---|---|

| Purchase Order: | 201809261067229 | Waybill Number: | 926129011415091933 9797 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the Invoice date | Order Date: | 09/26/2018 |
| Due Date: | 10/26/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/26/2018 | Shipped Via: | UPS MAIL INNOVATIONS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| A7064210 | StarTech.com HDMI to VGA Adapter Converter for Desktop / Laptop / Ultrabook - Video converter - HDMI - VGA - black | 1 | EA | 27.99 | 27.99 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 27.99 |
| Shp. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 27.99 | $ | 0.00 |
| Invoice Total: | $ | 27.99 |

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10269120027
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809261067229
Order Number: 409605283



**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 27.99 |
| Shp. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 27.99 | $ | 0.00 |
| Invoice Total: | $ | 27.99 |
| Balance Due: | $ | 27.99 |
| Amount Enclosed: | | |

01026912002700000000027990053000124534

**Exhibit 2**

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

9261290114150919339797

**Weight**

0.1600 LBS

**Service**

UPS Mail Innovations® Expedited

**Shipped / Billed On**

09/27/2018

**Delivered On**

10/05/2018 2:59 P.M.

**Delivered To**

PARSIPPANY, NJ, 07054, US
**Left At**

Customer

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/01/2018 4:50 P.M. EST



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
ANDREW KOZIOL
334 AYCRIGG AVE
PASSAIC, NJ 07055-3714

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10269115182 | Customer No: 530001245234 | Order No: 409565941 | Page 1 of 2 |
|---|---|---|---|---|

Purchase Order: 201809261066198
Payment Terms: Due 30 days from the invoice date
Due Date: 10/26/2018
Invoice Date: 09/26/2018

Waybill Number: 463110860018
Order Date: 09/26/2018
Sales Rep: MARKETPLACE ONLINE
Shipped Via: FEDERAL EXPRESS

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-AMQK | **Inspiron 15 5000 Series (KBL-R) - 5579** | 1 | EA | 703.42 | 703.42 |
| | System Service Tags:CHQWWN2 | | | | |
| 338-BMJF | 8th Generation Intel(R)Core(TM)i7-8550U Processor (8MB Cache, up to 4.0 GHz) | 1 | EA | - | - |
| 619-AHCY | Windows 10 Home (64bit) English | 1 | EA | - | - |
| 370-ACRZ | 8GB, DDR4, 2400MHz | 1 | EA | - | - |
| 400-AQUN | 1TB 5400 rpm 2.5" SATA Hard Drive | 1 | EA | - | - |
| 490-BDXQ | Intel(R) UHD Graphics 620 | 1 | EA | - | - |
| 391-BDIY | 15.6" FHD (1920x1080) IPS Truelife LED-Backlit Touch Display with Wide Viewing Angles-IR Camera | 1 | EA | - | - |
| 320-BCHB | Theoretical Gray | 1 | EA | - | - |
| 555-BCNV | Dell Wireless 1820 Card (802.11AC Dual-Band Wi-Fi + Bluetooth 4.1) | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 799.00 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 799.00 | | 0.00 |
| Invoice Total: | $ | 799.00 |

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10269115182
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809261066198
Order Number: 409565941



**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 799.00 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 799.00 | | 0.00 |
| Invoice Total: | $ | 799.00 |
| Balance Due: | $ | 799.00 |
| Amount Enclosed: | | |

01026911518200000000799000053000124523 40

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
ANDREW KOZIOL
334 AYCRIGG AVE
PASSAIC, NJ 07055-3714

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10269115182 | Customer No: 530001245234 | Order No: 409565941 | Page 2 of 2 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | 201809281066198 | Waybill Number: | 463110860018 |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/26/2018 |
| Due Date: | 10/26/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/26/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 451-BCBS | 42WHr, 3-Cell Battery (Integrated) | 1 | EA | - | - |
| 346-BBXK | Palmrest (EraGray) | 1 | EA | - | - |
| 580-AFCD | Single Pointing Backlit Keyboard, English | 1 | EA | - | - |
| 450-AEHK | 45 Watt AC Adapter | 1 | EA | - | - |
| 470-AACI | Power Cord, 125V, 1M, US | 1 | EA | - | - |
| 811-BBBC | Return Label | 1 | EA | - | - |
| 340-AGIK | Safety/Environment and Regulatory Guide (English/French Multi-language) | 1 | EA | - | - |
| 332-1630 | Dell.com Order | 1 | EA | - | - |
| 389-BJKW | Palmrest label for Windows with English | 1 | EA | - | - |
| 658-BCUN | Additional Software | 1 | EA | - | - |
| 389-CGBE | Intel(R) Core(TM) i7 Processor Label | 1 | EA | - | - |
| 328-BCQL | Shipping Material, Active Pen, NA | 1 | EA | - | - |
| 389-BKKG | Energy Star Label | 1 | EA | - | - |
| 332-1266 | US Order | 1 | EA | - | - |
| 631-ABMH | Windows System Driver | 1 | EA | - | - |
| 340-BTDH | Placemat Documentation | 1 | EA | - | - |
| 658-BDQE | Intel 1820 Wireless Driver | 1 | EA | - | - |
| 340-ACQQ | No Option Included | 1 | EA | - | - |
| 998-CVTQ | Fixed Hardware Configuration | 1 | EA | - | - |
| 389-CGBY | System Regulatory Label | 1 | EA | - | - |
| 801-2697 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 801-2644 | Onsite/In-Home Service After Remote Diagnosis, 1 Year | 1 | EA | 49.00 | 49.00 |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | - |
| 525-0033 | McAfee LiveSafe Consumer 12 Month Subscription | 1 | EA | 46.58 | 46.58 |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **463110860018**.

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Passaic, NJ |
| Signed for by: | AKOZOIL | Delivery date: | Sep 29, 2018 12:28 |
| Service type: | FedEx Home Delivery | | |
| Special Handling: | Indirect Signature Required | | |

Signature Image is available. In order to view Image and detailed information, the shipper or payor account number of the shipment must be provided.

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 463110860018 | Ship date: | Sep 27, 2018 |
| | | Weight: | 7.1 lbs/3.2 kg |

| | | |
|---|---|---|
| **Recipient:** | | **Shipper:** |
| PASSAIC, NJ US | | Middletown, PA US |

| | |
|---|---|
| **Reference** | none |
| Purchase order number: | 201809261066198 |
| Shipment Id | 463110860018 |
| Invoice number | PLAN.1040520098-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

| **Invoice** |
|---|

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
DEVIN ENDRESEN
1808 KINGS WAY CIR
CANTONMENT, FL 32533-8501

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10269139338 | Customer No: 530001245234 | | Order No: 409935623 | | Page 1 of 2 |
|---|---|---|---|---|---|---|

| Purchase Order: | 201809261071834 | Waybill Number: | 459777526030 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/27/2018 |
| Due Date: | 10/26/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/26/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-AOVT | **Dell G5 15 - 5587** | 1 | EA | 999.99 | 999.99 |
| | System Service Tags:G7GHXQ2 | | | | |
| 338-BOIM | 8th Generation Intel(R) Core(TM) i7-8750H Processor (6-Core, 9MB Cache, up to 4.1GHz w/ Turbo Boost) | 1 | EA | 200.00 | 200.00 |
| 619-ANOK | Windows 10 Home 64bit English | 1 | EA | - | - |
| 370-ACUY | 16GB, 2x8GB, DDR4, 2666MHz | 1 | EA | - | - |
| 400-AXGR | 128GB Solid State Drive | 1 | EA | - | - |
| 401-ABNZ | 1TB 5400 rpm Hard Drive | 1 | EA | - | - |
| 490-BELT | NVIDIA(R) GeForce(R) GTX 1060 with NVIDIA(R) Max Q Design technology, 6GB GDDR5 video memory | 1 | EA | - | - |
| 391-BDSO | 15.6-inch FHD (1920 x 1080) IPS Anti-Glare LED-Backlit Display | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | | USD |
|---|---|---|---|
| Sub-Total: | | $ | 1,249.99 |
| Ship. &/or Handling: | | $ | 0.00 |
| ENVIRO FEE: | | $ | 0.00 |
| Taxable: | | | |
| $ | 0.00 | Tax: | |
| Non-Taxable: | | $ | 0.00 |
| $ | 1,249.99 | | |
| Invoice Total: | | $ | 1,249.99 |

............................................................................................................

DETACH AT LINE AND RETURN WITH PAYMENT



Invoice No: 10269139338
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809261071834
Order Number: 409935623

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | | USD |
|---|---|---|---|
| Sub-Total: | | $ | 1,249.99 |
| Ship. &/or Handling: | | $ | 0.00 |
| ENVIRO FEE: | | $ | 0.00 |
| Taxable: | | | |
| $ | 0.00 | Tax: | |
| Non-Taxable: | | $ | 0.00 |
| $ | 1,249.99 | | |
| Invoice Total: | | $ | 1,249.99 |
| | | | |
| Balance Due: | | $ | 1,249.99 |
| Amount Enclosed: | | | |

0102691393380000000124999005300012452342

**Exhibit 2**



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
DEVIN ENDRESEN
1808 KINGS WAY CIR
CANTONMENT, FL 32533-8501

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE and POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10269139338 | Customer No: 530001245234 | | Order No: 409935623 | | | Page 2 of 2 |
|---|---|---|---|---|---|---|---|

| Purchase Order: | 201809261071834 | Waybill Number: | 459777526030 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/27/2018 |
| Due Date: | 10/26/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/26/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 320-BCQC | Non-Touch FHD LCD Back Cover - Matte Black | 1 | EA | - | - |
| 555-BEGJ | 802.11ac + Bluetooth 5.0, Dual Band 2.4&5 GHz, MU-MIMO/160Mhz, 2x2 | 1 | EA | - | - |
| 451-BCCB | 56 WHr, 4-Cell Battery (Integrated) | 1 | EA | - | - |
| 583-BDJY | English Backlit Keyboard with Red Print | 1 | EA | - | - |
| 450-AGCM | 180 Watt AC Adapter | 1 | EA | - | - |
| 450-AAHV | US Power Cord | 1 | EA | - | - |
| 811-BBBC | Return Label | 1 | EA | - | - |
| 340-AGIK | Safety/Environment and Regulatory Guide (English/French Multi-language) | 1 | EA | - | - |
| 332-1530 | Dell.com Order | 1 | EA | - | - |
| 389-CUOZ | Palmrest Label for FHD Non-Touch Config (English) | 1 | EA | - | - |
| 658-BCUN | Additional Software | 1 | EA | - | - |
| 389-CGBC | 8th Generation Intel(R) Core(TM) i7 Processor Label | 1 | EA | - | - |
| 328-BCRB | Shipping Material | 1 | EA | - | - |
| 340-AAPV | Direct Ship Info | 1 | EA | - | - |
| 389-BKKG | Energy Star Label | 1 | EA | - | - |
| 332-1286 | US Order | 1 | EA | - | - |
| 631-ABTU | System Driver, Windows | 1 | EA | - | - |
| 340-CBTF | Placemat for English, French, Portuguese Brazil, Spanish, Dutch | 1 | EA | - | - |
| 658-BEJB | Intel Wireless-AC 9560 Driver | 1 | EA | - | - |
| 340-ACQQ | No Option Included | 1 | EA | - | - |
| 998-CZEI | Fixed Hardware Configuration | 1 | EA | - | - |
| 750-ABDW | Power board without Fingerprint for 1060 graphics | 1 | EA | - | - |
| 658-BDYC | G5 Red Wallpaper | 1 | EA | - | - |
| 389-CHLC | Regulatory Label, 180W | 1 | EA | - | - |
| 340-ASLG | Information for SSD | 1 | EA | - | - |
| 800-BBKF | Includes free digital downloads of Tomb Raider & Rise of the Tomb Raider | 1 | EA | - | - |
| 804-9418 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 804-9419 | Mail In Service after Remote Diagnosis, 1 Year | 1 | EA | - | - |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | - |
| 525-0033 | McAfee LiveSafe Consumer 12 Month Subscription | 1 | EA | 50.00 | 50.00 |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **459777526030**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | Cantonment, FL |
| **Signed for by:** | ENDRESEN | **Delivery date:** | Sep 28, 2018 14:03 |
| **Service type:** | FedEx Home Delivery | | |
| **Special Handling:** | Indirect Signature Required | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 459777526030 | **Ship date:** | Sep 27, 2018 |
| | | **Weight:** | 9.2 lbs/4.2 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| CANTONMENT, FL US | MOUNT JULIET, TN US |

| | |
|---|---|
| **Reference** | none |
| **Purchase order number:** | 201809261071834 |
| **Shipment Id** | 459777526030 |
| **Invoice number** | PLAN.1040560028-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
DOUG ZINN
1319 WOOTEN RD
COLORADO SPRINGS, CO 80915-2137

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10269018775 | Customer No: 530001245234 | Order No: 409580072 | Page 1 of 1 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | 201809261067110 | Waybill Number: | 061635728 |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/26/2018 |
| Due Date: | 10/26/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/26/2018 | Shipped Via: | Pilot Freight |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| AA129899 | Samsung 65 Inch 4K Ultra HD Smart TV UN65NU8000F UHD TV | 1 | EA | 1,297.99 | 1,297.99 |
| | 078F3CCK821102 | | | | |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 1,297.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ | 0.00 Tax: | |
| Non-Taxable: $ | $ | 0.00 |
| | 1,297.99 | |
| Invoice Total: | $ | 1,297.99 |

........................................................................................................................

DETACH AT LINE AND RETURN WITH PAYMENT



Invoice No: 10269018775
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809261067110
Order Number: 409580072

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 1,297.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ | 0.00 Tax: | |
| Non-Taxable: $ | $ | 0.00 |
| | 1,297.99 | |
| Invoice Total: | $ | 1,297.99 |
| | | |
| Balance Due: | $ | 1,297.99 |
| Amount Enclosed: | | |

010269018775000000012979900530001245234 8

**Exhibit 2**



### Pilot Shipment #: 061635728

## THIS SHIPMENT HAS BEEN DELIVERED

**Signed For By:** ZINN DOUG

**Date:** 10/03/2018

**Time:** 12:58 (Local Time)

**Appointment:** Scheduled for 10/03/2018 11:00 - 15:00

To request Shipment Information, click here!

Get Shipment Alerts here!

Request BOL/POD

Print Tracking Info

### Shipment History

| Status | Entry Date (ET) | Location |
|---|---|---|
| DELIVERED | 10/3/2018 3:00:43 PM | COLORADO SPRINGS, CO US |
| OUT FOR DELIVERY | 10/3/2018 11:08:14 AM | COLORADO SPRINGS, CO US |
| APPOINTMENT SCHEDULED | 10/1/2018 2:38:51 PM | ON-LINE/ON PHONE, US |
| ARRIVED AT PILOT LOCATION | 10/1/2018 10:58:50 AM | COLORADO SPRINGS, CO US |
| ARRIVED AT DESTINATION TERMINAL | 10/1/2018 10:10:00 AM | COLORADO SPRINGS, CO US |
| IN TRANSIT | 9/27/2018 3:19:00 PM | DFW AIRPORT, TX US |
| PRE-CALL | 9/27/2018 12:21:08 PM | CARROLLTON, TX US |
| PICKED UP | 9/26/2018 11:13:07 PM | CARROLLTON, TX US |
| WAITING FOR PICKUP | 9/26/2018 2:52:56 PM | CARROLLTON, TX US |
| SHIPMENT INFORMATION SENT TO PILOT | 9/26/2018 2:52:56 PM | CARROLLTON, TX US |

### Shipment Information

| | |
|---|---|
| **Ship Date:** 09/26/2018 | **Pieces:** 1 |
| **Service Level:** HOME DELIVERY STANDARD | **Weight:** 74 |
| **Origin Airport:** DFW | **Dest Airport:** COS |
| **Origin Station:** DFW | |

You may not be a party to this shipment. Certain shipment details have been hidden for security purposes. If you believe that you are receiving this message in error, please check your shipment number and try again.

**Exhibit 2**

**Should you have a question about your shipment, please call
Pilot Customer Service at 1-877-549-0162.**

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
MICHAEL WOOD
50 IVY BEND LN
MURPHY, NC 28906-5720

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10269383889 | Customer No: 530001245234 | Order No: 410237241 | Page 1 of 2 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | 201809271076365 | Waybill Number: | 463110887390 |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/27/2018 |
| Due Date: | 10/27/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/27/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-AJXF | **Inspiron 15 3000 Series (Intel) - 3567** | 1 | EA | 279.07 | 279.07 |
| | System Service Tags:5YH5XN2 | | | | |
| 338-BKVL | 6th Generation Intel(R) Core(TM) i3-6006U Processor (3MB Cache, 2.00 GHz) | 1 | EA | - | |
| 619-AHCQ | Windows 10 Home (64bit) English | 1 | EA | - | |
| 370-ACRY | 4GB, DDR4, 2400MHz | 1 | EA | - | |
| 400-ARIR | 1TB 5400 rpm Hard Drive | 1 | EA | - | |
| 490-BCUW | Intel(R) HD Graphics | 1 | EA | 45.45 | 45.45 |
| 391-BDNY | 15.6-inch HD (1366 x 768) Anti-Glare LED-Backlit Display | 1 | EA | - | |
| 429-AAZM | Tray load DVD Drive (Reads and Writes to DVD/CD) | 1 | EA | - | |
| 320-BCCH | LCD Back Cover for Non-Touch Screen - Black | 1 | EA | - | |
| 555-BDBY | 802.11ac + Bluetooth 4.1, Dual Band 2.4&5 GHz, 1x1 | 1 | EA | - | |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 369.97 |
| Shp. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: | | |
| $ 0.00 | Tax: | |
| Non-Taxable: | $ | 0.00 |
| $ 369.97 | | |
| Invoice Total: | $ | 369.97 |

........................................................................................................................



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10269383889
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809271076365
Order Number: 410237241

Make check payable / remit to :

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 369.97 |
| Shp. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: | | |
| $ 0.00 | Tax: | |
| Non-Taxable: | $ | 0.00 |
| $ 369.97 | | |
| Invoice Total: | $ | 369.97 |
| | | |
| Balance Due: | $ | 369.97 |
| Amount Enclosed: | | |

0102693838890000000036997005300012452340

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
MICHAEL WOOD
50 IVY BEND LN
MURPHY, NC 28906-5720

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10269383889 | Customer No: 530001245234 | Order No: 410237241 | Page 2 of 2 |
| --- | --- | --- | --- | --- |

| Purchase Order: | 201809271076365 | Waybill Number: | 463110887390 |
| --- | --- | --- | --- |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/27/2018 |
| Due Date: | 10/27/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/27/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
| --- | --- | --- | --- | --- | --- |
| 451-BBMG | 40 WHr, 4-Cell Battery (removable) | 1 | EA | - | - |
| 583-BCCZ | Standard Keyboard | 1 | EA | - | - |
| 450-AEHK | 45 Watt AC Adapter | 1 | EA | - | - |
| 470-AACI | Power Cord, 125V, 1M, US | 1 | EA | - | - |
| 658-BBTV | CMS Essentials DVD no Media | 1 | EA | - | - |
| 811-BBBC | Return Label | 1 | EA | - | - |
| 340-AGIK | Safety/Environment and Regulatory Guide (English/French Multi-language) | 1 | EA | - | - |
| 332-1530 | Dell.com Order | 1 | EA | - | - |
| 340-BZWB | Non-touch Palmrest Label(English) | 1 | EA | - | - |
| 658-BCUN | Additional Software | 1 | EA | - | - |
| 389-BHGC | Intel Core i3 Processor Skylake Label | 1 | EA | - | - |
| 328-BCKK | Shipping Material | 1 | EA | - | - |
| 389-BKKG | Energy Star Label | 1 | EA | - | - |
| 332-1286 | US Order | 1 | EA | - | - |
| 631-ABDY | Windows System Management Software | 1 | EA | - | - |
| 340-BJQV | Placemat Documentation | 1 | EA | - | - |
| 658-BDJR | Dell 1810 Wireless Driver | 1 | EA | - | - |
| 340-ACCQ | No Option Included | 1 | EA | - | - |
| 998-CZCF | Fixed Hardware Configuration | 1 | EA | - | - |
| 389-BREG | System Regulatory WW Label | 1 | EA | - | - |
| 804-9274 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 804-9276 | Mail In Service after Remote Diagnosis, 1 Year | 1 | EA | - | - |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | - |
| 525-0033 | McAfee LiveSafe Consumer 12 Month Subscription | 1 | EA | 45.45 | 45.45 |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **463110887390**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Murphy, NC |
| Signed for by: | Signature not required | Delivery date: | Oct 2, 2018 17:09 |
| Service type: | FedEx Home Delivery | | |
| Special Handling: | | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 463110887390 | Ship date: | Sep 28, 2018 |
| | | Weight: | 7.1 lbs/3.2 kg |

| | |
|---|---|
| Recipient: | Shipper: |
| MURPHY, NC US | Middletown, PA US |

| | |
|---|---|
| Reference | none |
| Purchase order number: | 201809271076365 |
| Shipment Id | 463110887390 |
| Invoice number | PLAN.1040624468-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
MICHAL TURGEMAN
7944 FAREHOLM DR
LOS ANGELES, CA 90046-2113

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10269449931 | Customer No: 530001245234 | | Order No: 410360829 | | Page 1 of 1 |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Purchase Order: | 201809281079469 | Waybill Number: | 1Z8W078R0310134293 | |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/28/2018 | |
| Due Date: | 10/28/2018 | Sales Rep: | MARKETPLACE ONLINE | |
| Invoice Date: | 09/28/2018 | Shipped Via: | UPS | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| A9171121 | Insteon Mini Remote 4 Scene - Button panel | 1 | EA | 34.99 | 34.99 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| **Sub-Total:** | $ | 34.99 |
| **Ship. &/or Handling:** | $ | 0.00 |
| **ENVIRO FEE:** | $ | 0.00 |
| **Taxable:** $ 0.00 | Tax: | |
| **Non-Taxable:** $ 34.99 | $ | 0.00 |
| **Invoice Total:** | $ | 34.99 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10269449931
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809281079469
Order Number: 410360829

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| **Sub-Total:** | $ | 34.99 |
| **Ship. &/or Handling:** | $ | 0.00 |
| **ENVIRO FEE:** | $ | 0.00 |
| **Taxable:** $ 0.00 | Tax: | |
| **Non-Taxable:** $ 34.99 | $ | 0.00 |
| **Invoice Total:** | $ | 34.99 |
| | | |
| | | |
| **Balance Due:** | $ | 34.99 |
| **Amount Enclosed:** | | |

01026944993100000000034990053000124 52348

**Exhibit 2**

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z8W078R0310134293

**Weight**

1.00 LBS

**Service**

UPS Ground

**Shipped / Billed On**

09/29/2018

**Delivered On**

10/04/2018 10:32 A.M.

**Delivered To**

LOS ANGELES, CA, US
**Received By**

DRIVER RELEASE

**Left At**

Front Door

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/01/2018 4:52 P.M. EST

**Exhibit 2**



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)456-3355
Customer Service: (800)456-3355
Technical Support: (800)456-3355
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
JUSTIN ANGELINI
3030 SUNRISE DR
CROWN POINT, IN 46307-8826

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10269657890 | Customer No: 530001245214 | Order No: 410121387 | Page 1 of 2 |
|---|---|---|---|---|

| Purchase Order: | 201809271075548 | Waybill Number: | 463110881314 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/27/2018 |
| Due Date: | 10/29/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/29/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-AKSJ | **Dell Chromebook 11 3180, BTX** | 1 | EA | 219.00 | 219.00 |
| | System Service Tags:20DD5Q2 | | | | |
| 329-BDJQ | Intel Celeron N3060 Processor with 2GB Memory and 16GB eMMC | 1 | EA | - | - |
| 389-BHZJ | Intel(R) Label | 1 | EA | - | - |
| 580-AFZH | Internal Non-Backlit Keyboard (English) | 1 | EA | - | - |
| 451-BBYY | Primary 3-Cell 42W/HR Battery | 1 | EA | - | - |
| 391-BDDQ | 11.6" HD Non-Touch LCD | 1 | EA | - | - |
| 320-BCEF | LCD Cover, Non-Touch (Black) | 1 | EA | - | - |
| 389-BCGW | No UPC Label | 1 | EA | - | - |
| 492-BBDD | 65 Watt AC Adaptor | 1 | EA | - | - |
| 537-BBBL | US Power Cord | 1 | EA | - | - |

IF BALANCE DUE IS NOT PAID WITHIN TIME PERIOD NOTED ON INVOICE YOU MAY BE SUBJECT TO A LATE PENALTY CHARGE AS ALLOWED UNDER THE TERMS OF SALE. CALIFORNIA SHIPMENTS: STATE ENVIRONMENTAL FEE UP TO $7 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING DISPLAYS GREATER THAN 4 INCHES. KEEP ORIGINAL BOX FOR ALL RETURNS. REMIT ALL PAYMENTS TO YOUR CONTRACTS ASSIGNED ENTITY DELL MARKETING L.P.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 219.00 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |

| Taxable: | | |
|---|---|---|
| $ | 0.00 | Tax: |
| Non-Taxable: | $ | 0.00 |
| $ | 219.00 | |
| Invoice Total: | $ | 219.00 |

---

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10269657890
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245214
PO No: 201809271075548
Order Number: 410121387



**Make check payable / remit to :**
Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 219.00 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |

| Taxable: | | |
|---|---|---|
| $ | 0.00 | Tax: |
| Non-Taxable: | $ | 0.00 |
| $ | 219.00 | |
| Invoice Total: | $ | 219.00 |

| Balance Due: | $ | 219.00 |
|---|---|---|
| Amount Enclosed: | | |

01026965789000000000219000053000124521⁴8

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)456-3355
Customer Service: (800)456-3355
Technical Support: (800)456-3355
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
JUSTIN ANGELINI
3030 SUNRISE DR
CROWN POINT, IN 46307-8826

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10269657890 | Customer No: 530001245214 | | Order No: 410121387 | Page 2 of 2 |
|---|---|---|---|---|---|

| Purchase Order: | 201809271075548 | Waybill Number: | 463110881314 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/27/2018 |
| Due Date: | 10/29/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/29/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 340-AGIK | Safety/Environment and Regulatory Guide (English/French Multi-language) | 1 | EA | - | - |
| 340-BLRC | Quick Setup Guide (English, French, Dutch) | 1 | EA | - | - |
| 389-BKKL | EAN label | 1 | EA | - | - |
| 340-AAPP | Direct ship info Mod | 1 | EA | - | - |
| 340-BLRS | Min Config Packaging | 1 | EA | - | - |
| 340-BLRT | SHIP,CRMBK,3180,WW,MIN | 1 | EA | - | - |
| 998-CKUD | Fixed Hardware Configuration | 1 | EA | - | - |
| 800-BBPM | BTS/BTP Smart Selection Shipment, Chromebook (VS) | 1 | EA | - | - |
| 340-AASE | No Setup and Features Guide | 1 | EA | - | - |
| 340-ABJI | No Diagnostic/Recovery CD media | 1 | EA | - | - |
| 631-ABBH | Not Included | 1 | EA | - | - |
| 812-6903 | Mail In Service after Remote Diagnosis, 1 Year | 1 | EA | - | - |
| 812-6904 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **463110881314**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Crown Point, IN |
| Signed for by: | Signature not required | Delivery date: | Sep 29, 2018 12:29 |
| Service type: | FedEx Home Delivery | | |
| Special Handling: | | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 463110881314 | Ship date: | Sep 27, 2018 |
| | | Weight: | 4.5 lbs/2.0 kg |

| | |
|---|---|
| Recipient: | Shipper: |
| CROWN POINT, IN US | Middletown, PA US |

| | |
|---|---|
| Reference | none |
| Reference: | 410121387 |
| Purchase order number: | 201809271075548 |
| Shipment Id | 463110881314 |
| Invoice number | PLAN.1040597725-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
ERIC CARMONA
214 W STEUBEN ST
LAGRANGE, IN 46761-1440

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10269948405 | Customer No: 530001245234 | | Order No: 410858228 | Page 1 of 1 |
|---|---|---|---|---|---|
| Purchase Order: | 201809301096965 | | Waybill Number: | 1Z8W102W0334733199 | |
| Payment Terms: | Due 30 days from the invoice date | | Order Date: | 09/30/2018 | |
| Due Date: | 10/31/2018 | | Sales Rep: | MARKETPLACE ONLINE | |
| Invoice Date: | 10/01/2018 | | Shiped Via: | UPS | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| AA192547 | VIZIO 55 Inch 4K HDR Smart TV D55-F2 UHD TV LWZQWXKU1603930 | 1 | EA | 479.99 | 479.99 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 479.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ | 0.00 Tax: | |
| Non-Taxable: $ | $ | 0.00 |
| $ 479.99 | | |
| Invoice Total: | $ | 479.99 |

.....................................................................................................................



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10269948405
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809301096965
Order Number: 410858228

Make check payable / remit to :

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 479.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ | 0.00 Tax: | |
| Non-Taxable: $ | $ | 0.00 |
| $ 479.99 | | |
| Invoice Total: | $ | 479.99 |
| | | |
| | | |
| Balance Due: | $ | 479.99 |
| Amount Enclosed: | | |

01026994840500000000479990053000124523 45

**Exhibit 2**

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z8W102W0334733199

**Weight**

30.30 LBS

**Service**

UPS Ground

**Shipped / Billed On**

10/02/2018

**Delivered On**

10/02/2018 4:54 P.M.

**Delivered To**

LAGRANGE, IN, US
**Received By**

DRIVER RELEASE

**Left At**

Met Customer Man

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/01/2018 4:54 P.M. EST



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
RAMIRO MARTINEZ
900 E 12TH ST
SWEETWATER, TX 79556-2535

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10269910478 | Customer No: 530001245234 | Order No: 410858301 | Page 1 of 2 |
|---|---|---|---|---|

| Purchase Order: | 201809301095917 | Waybill Number: | 459777623228 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/30/2018 |
| Due Date: | 10/31/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 10/01/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-ALKZ | **Inspiron All-In-One 5475** | 1 | EA | 593.81 | 593.81 |
| | System Service Tags:H8Q7YH2 | | | | |
| 338-BLQJ | AMD Bristol Ridge A10-9700E (35W) | 1 | EA | - | - |
| 619-AHCY | Windows 10 Home (64bit) English | 1 | EA | - | - |
| 370-ACSD | 8GB, DDR4,2400MHz (additional memory sold separately) | 1 | EA | - | - |
| 400-AHHF | 1TB (64MB Cache) 7200 RPM SATA 6Gb/s | 1 | EA | - | - |
| 490-BDPQ | AMD Integrated Graphic | 1 | EA | - | - |
| 429-AAMQ | Optical Drive not included | 1 | EA | - | - |
| 555-BCYV | 802.11ac + Bluetooth 4.1, Dual Band 2.4&5 GHz, 2x2 | 1 | EA | - | - |
| 580-AFDF | Dell KM636 Wireless Keyboard & Mouse White | 1 | EA | - | - |
| 570-AADI | Mouse Included with Keyboard | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| **Sub-Total:** | $ | 729.99 |
| **Ship. &/or Handling:** | $ | 0.00 |
| **ENVIRO FEE:** | $ | 0.00 |
| **Taxable:** | | |
| $ | 0.00 |Tax: | |
| **Non-Taxable:** | $ | 0.00 |
| $ | 729.99 | |
| **Invoice Total:** | $ | 729.99 |

........................................................................................................................



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10269910478
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809301095917
Order Number: 410858301

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| **Sub-Total:** | $ | 729.99 |
| **Ship. &/or Handling:** | $ | 0.00 |
| **ENVIRO FEE:** | $ | 0.00 |
| **Taxable:** | | |
| $ | 0.00 |Tax: | |
| **Non-Taxable:** | $ | 0.00 |
| $ | 729.99 | |
| **Invoice Total:** | $ | 729.99 |
| | | |
| | | |
| **Balance Due:** | $ | 729.99 |
| **Amount Enclosed:** | | |

01026991047800000000729990053000124523438

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
RAMIRO MARTINEZ
900 E 12TH ST
SWEETWATER, TX 79556-2535

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10269910478 | Customer No: 530001245234 | | Order No: 410858301 | | Page 2 of 2 |
|---|---|---|---|---|---|---|

| Purchase Order: | 201809301095917 | Waybill Number: | 459777623228 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/30/2018 |
| Due Date: | 10/31/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 10/01/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 391-BDHB | 23.8-Inch FHD Anti-Glare Narrow Border AiT Infinity Touch Display with Wide Viewing Angle (IPS), RGB and IR Camera | 1 | EA | 90.79 | 90.79 |
| 460-AFWY | 130 Watt AC Adapter | 1 | EA | - | - |
| 450-AAHV | US Power Cord | 1 | EA | - | - |
| 379-BBPP | No Power DVD | 1 | EA | - | - |
| 391-BDHQ | Articulated stand for Touch LCD only | 1 | EA | - | - |
| 811-BBBC | Return Label | 1 | EA | - | - |
| 340-AGUD | Safety/Environment and Regulatory Guide (English/French) | 1 | EA | - | - |
| 389-BDGH | Retail POD | 1 | EA | - | - |
| 658-BCUN | Additional Software | 1 | EA | - | - |
| 340-BSHM | Packaging for Articulated stand | 1 | EA | - | - |
| 389-BKKG | Energy Star Label | 1 | EA | - | - |
| 332-1286 | US Order | 1 | EA | - | - |
| 634-BLIJ | MOD-SRV,SW,WIN10,INSP,5475 | 1 | EA | - | - |
| 340-ABRP | Direct Ship | 1 | EA | - | - |
| 340-BSLF | MOD,PLCMT,GETS,INSP24,5475,D/B | 1 | EA | - | - |
| 640-BBJB | ODM Info | 1 | EA | - | - |
| 658-BDOO | Dell Wireless 1820 Card (802.11AC Dual-Band Wi-Fi + Bluetooth 4.1) | 1 | EA | - | - |
| 340-ACQQ | No Option Included | 1 | EA | - | - |
| 998-CNMQ | Fixed Hardware Configuration | 1 | EA | - | - |
| 389-BUIY | Regulatory label (UMA) | 1 | EA | - | - |
| 801-0875 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 801-0908 | Mail In Service after Remote Diagnosis, 1 Year | 1 | EA | - | - |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | - |
| 525-0033 | McAfee LiveSafe Consumer 12 Month Subscription | 1 | EA | 45.39 | 45.39 |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **459777623228**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Sweetwater, TX |
| Signed for by: | Signature not required | Delivery date: | Oct 3, 2018 14:46 |
| Service type: | FedEx Home Delivery | | |
| Special Handling: | | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 459777623228 | Ship date: | Oct 1, 2018 |
| | | Weight: | 27.0 lbs/12.2 kg |

Recipient:
SWEETWATER, TX US

Shipper:
MOUNT JULIET, TN US

Reference
Reference:
Purchase order number:
Shipment Id
Invoice number

none
410858301
201809301095917
459777623228
PLAN.1040730446-1_DAO

Thank you for choosing FedEx.

**Exhibit 2**



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
WILLIAM DAVIS
476 WILLIAM FLOYD PKWY
SHIRLEY, NY 11967-3411

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10269948392 | Customer No: 530001245234 | Order No: 410832181 | Page 1 of 1 |
|---|---|---|---|---|

| Purchase Order: | 201809291088293 | Waybill Number: | 081687663 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/30/2018 |
| Due Date: | 10/31/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 10/01/2018 | Shipped Via: | Pilot Freight |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| AA149337 | Samsung 65 Inch QLED 4K UHD Smart TV - QN65Q6FNAFXZA | 1 | EA | 1,697.99 | 1,697.99 |
| | 07HE3CUK813342 | | | | |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 1,697.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 1,697.99 | $ | 0.00 |
| Invoice Total: | $ | 1,697.99 |

---



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10269948392
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809291088293
Order Number: 410832181

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 1,697.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 1,697.99 | $ | 0.00 |
| Invoice Total: | $ | 1,697.99 |
| | | |
| Balance Due: | $ | 1,697.99 |
| Amount Enclosed: | | |

01026994839200000016779900530001245234 7

**Exhibit 2**



## Pilot Shipment #: 081687663
### THIS SHIPMENT HAS BEEN DELIVERED

**Signed For By:** DAVIS WILLIAM
**Date:** 10/08/2018
**Time:** 10:23 (Local Time)

To request Shipment
Information, click here!

Get Shipment Alerts here!

Request BOL/POD

Print Tracking Info

### Shipment History

| Status | Entry Date (ET) | Location |
|---|---|---|
| DELIVERED | 10/8/2018 10:29:07 AM | SHIRLEY, NY US |
| OUT FOR DELIVERY | 10/8/2018 5:52:10 AM | JAMAICA, NY US |
| ARRIVED AT PILOT LOCATION | 10/5/2018 10:35:44 AM | JAMAICA, NY US |
| ARRIVED AT DESTINATION TERMINAL | 10/5/2018 8:09:00 AM | JAMAICA, NY US |
| IN TRANSIT | 10/3/2018 1:09:00 AM | MIDDLETOWN, PA US |
| PRE-CALL | 10/2/2018 6:24:21 PM | JONESTOWN, PA US |
| PICKED UP | 10/2/2018 5:08:00 PM | JONESTOWN, PA US |
| SHIPMENT INFORMATION SENT TO PILOT | 10/1/2018 5:17:25 PM | JONESTOWN, PA US |
| WAITING FOR PICKUP | 10/1/2018 5:17:25 PM | JONESTOWN, PA US |

### Shipment Information

**Ship Date:** 10/01/2018
**Service Level:** HOME DELIVERY STANDARD
**Origin Airport:** MDT
**Origin Station:** MDT

**Pieces:** 1
**Weight:** 65
**Dest Airport:** JFK

You may not be a party to this shipment. Certain shipment details have been hidden for security purposes. If you believe that you are receiving this message in error, please check your shipment number and try again.

**Should you have a question about your shipment, please call
Pilot Customer Service at 1-877-549-0162.**

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
CAROLINE BIGOS
350 KING PHILIP ST
RAYNHAM, MA 02767-1416

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10270095941 | Customer No: 530001245234 | | Order No: 411288888 | | Page 1 of 1 |
|---|---|---|---|---|---|---|

| Purchase Order: | 201810011107741 | Waybill Number: | 455334931020 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 10/02/2018 |
| Due Date: | 11/01/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 10/02/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| A9377144 | EZVIZ BD-1424B1 - DVR + camera(s) - wired - LAN 10/100 - 4 channels - 1 x 1 TB - 4 camera(s)  173698542 | 1 | EA | 199.99 | 199.99 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 199.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ | 0.00 | Tax: |
| Non-Taxable: $ | 199.99 | $ 0.00 |
| Invoice Total: | $ | 199.99 |

........................................................................................................

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10270095941
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201810011107741
Order Number: 411288888



Make check payable / remit to :

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 199.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ | 0.00 | Tax: |
| Non-Taxable: $ | 199.99 | $ 0.00 |
| Invoice Total: | $ | 199.99 |
| | | |
| | | |
| Balance Due: | $ | 199.99 |
| Amount Enclosed: | | |

01027009594100000001999900530001245346

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **455334931020**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | Raynham, MA |
| **Signed for by:** | Signature not required | **Delivery date:** | Oct 4, 2018 11:45 |
| **Service type:** | FedEx Home Delivery | | |
| **Special Handling:** | | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 455334931020 | **Ship date:** | Oct 2, 2018 |
| | | **Weight:** | 13.4 lbs/6.1 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| RAYNHAM, MA US | Harrisburg, PA US |

| | |
|---|---|
| **Reference** | 4112888887233601/90630134-00 |
| **Purchase order number:** | 4112888887233601 |
| **Shipment Id** | 455334931020 |
| **Invoice number** | 90630134-00 |

Thank you for choosing FedEx.

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
ELIZABETH SPOTTS
1933 THRIFT AVE
MEMPHIS, TN 38127-6568

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10270485838 | Customer No: 530001245234 | Order No: 412037391 | Page 1 of 2 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | 201810031148231 | Waybill Number: | 459777694676 |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 10/03/2018 |
| Due Date: | 11/02/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 10/03/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-ANWC | **Inspiron 14 3000 - 3473** | 1 | EA | 159.36 | 159.36 |
| | System Service Tags:16QYWN2 | | | | |
| 338-BOVE | Intel(R) Celeron(R) Processor N4000 (4M Cache, up to 2.6 GHz) | 1 | EA | - | - |
| 619-AHCP | Windows 10 Home (64Bit) English | 1 | EA | - | - |
| 370-ACRY | 4GB, DDR4, 2400MHz | 1 | EA | - | - |
| 400-ACOU | 32GB eMMC Storage | 1 | EA | - | - |
| 490-BERH | Intel(R) UHD Graphics 600 with shared graphics memory | 1 | EA | - | - |
| 391-BDMW | 14.0-inch HD (1366 x 768) Anti-Glare LED-Backlit Display | 1 | EA | - | - |
| 429-AAYY | No Optical Drive | 1 | EA | - | - |
| 320-BCNB | LCD Back Cover for Non-Touch Screen - Dell Black | 1 | EA | - | - |
| 555-BDBY | 802.11ac + Bluetooth 4.1, Dual Band 2.4&5 GHz, 1x1 | 1 | EA | - | - |

*FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.*

| | | USD |
|---|---|---|
| Sub-Total: | $ | 199.98 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ | 0.00 Tax: | |
| Non-Taxable: $ | $ | 0.00 |
| | 199.98 | |
| Invoice Total: | $ | 199.98 |

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10270485838
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201810031148231
Order Number: 412037391



**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 199.98 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ | 0.00 Tax: | |
| Non-Taxable: $ | $ | 0.00 |
| | 199.98 | |
| Invoice Total: | $ | 199.98 |
| Balance Due: | $ | 199.98 |
| Amount Enclosed: | | |

01027048583800000000199800530001245349

**Exhibit 2**

**D∈LL**

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
ELIZABETH SPOTTS
1933 THRIFT AVE
MEMPHIS, TN 38127-6568

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10270485838 | Customer No: 530001245234 | | Order No: 412037391 | | Page 2 of 2 |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Purchase Order: | 201810031148231 | Waybill Number: | 459777694676 | |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 10/03/2018 | |
| Due Date: | 11/02/2018 | Sales Rep: | MARKETPLACE ONLINE | |
| Invoice Date: | 10/03/2018 | Shipped Via: | FEDERAL EXPRESS | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 451-BCEB | 40 Whr, 4-Cell Battery(removable) | 1 | EA | - | - |
| 580-ACBU | Standard Keyboard, English | 1 | EA | - | - |
| 450-AEHK | 45 Watt AC Adapter | 1 | EA | - | - |
| 470-AACI | Power Cord, 125V, 1M, US | 1 | EA | - | - |
| 817-BBBP | None Required | 1 | EA | - | - |
| 340-ABEZ | For retail order | 1 | EA | - | - |
| 340-ABRY | Retail Tracker | 1 | EA | - | - |
| 811-BBBC | Return Label | 1 | EA | - | - |
| 340-AGIK | Safety/Environment and Regulatory Guide (English/French Multi-language) | 1 | EA | - | - |
| 332-1530 | Dell.com Order | 1 | EA | - | - |
| 668-BDBZ | Additional Software | 1 | EA | - | - |
| 340-AQVB | Intel(R) Celeron(TM) Processor Label | 1 | EA | - | - |
| 328-BCMG | Shipping Material | 1 | EA | - | - |
| 389-BKKG | Energy Star Label | 1 | EA | - | - |
| 332-1286 | US Order | 1 | EA | - | - |
| 631-ABUV | Windows System Driver | 1 | EA | - | - |
| 340-CEKY | Placemat (English;French;Brazilian Portuguese;Spanish) | 1 | EA | - | - |
| 658-BDUD | Intel 1810 Wireless Driver | 1 | EA | - | - |
| 340-ACQQ | No Option Included | 1 | EA | - | - |
| 998-CZMG | Fixed Hardware Configuration | 1 | EA | - | - |
| 389-CXKT | System Regulatory WW Label | 1 | EA | - | - |
| 804-9274 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 804-9276 | Mail In Service after Remote Diagnosis, 1 Year | 1 | EA | - | - |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | - |
| 525-0033 | McAfee LiveSafe Consumer 12 Month Subscription | 1 | EA | 40.62 | 40.62 |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **459777694676**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | Memphis, TN |
| **Signed for by:** | Signature not required | **Delivery date:** | Oct 5, 2018 14:44 |
| **Service type:** | FedEx Home Delivery | | |
| **Special Handling:** | | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 459777694676 | **Ship date:** | Oct 4, 2018 |
| | | **Weight:** | 5.6 lbs/2.5 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| MEMPHIS, TN US | MOUNT JULIET, TN US |

| | |
|---|---|
| **Reference** | none |
| **Purchase order number:** | 201810031148231 |
| **Shipment Id** | 459777694676 |
| **Invoice number** | PLAN.1040887958-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
SUZAN HAVERTY
305 PINE HILL RD
ORANGE, MA 01364-9510

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10270277859 | Customer No: 530001245234 | Order No: 411090268 | Page 1 of 2 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | 201809271075262 | Waybill Number: | 463279047849 |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 10/01/2018 |
| Due Date: | 11/02/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 10/03/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-ANRF | XPS 8930 Base | 1 | EA | 460.99 | 460.99 |
|  | System Service Tags:JK28MR2 | | | | |
| 338-BNCX | 8th Generation Intel(R) Core(TM) I3-8100 4-Core Processor (6M Cache, up to 3.6 GHz) | 1 | EA | - | - |
| 619-AHCQ | Windows 10 Home (64bit) English | 1 | EA | - | - |
| 480-AACF | If accessories are purchased, they may ship separately | 1 | EA | - | - |
| 370-ADJY | 8GB (1X8GB) DDR4, 2400MHz; up to 32GB (additional memory sold separately) | 1 | EA | - | - |
| 321-BDFS | XPS 8930, Mainstream Chassis (460W) | 1 | EA | - | - |
| 400-AWGI | 1TB 7200 rpm SATA HDD | 1 | EA | - | - |
| 490-BCKU | Intel(R) HD Graphics | 1 | EA | - | - |
| 429-AAJV | Tray load DVD Drive (Reads and Writes to DVD/CD) | 1 | EA | - | - |
| 510-BBCD | Integrated with WAVE MAXXAudio Pro | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 549.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ | 0.00 Tax: | |
| Non-Taxable: $ | 549.99 | $ 0.00 |
| Invoice Total: | $ | 549.99 |

---



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10270277859
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809271075262
Order Number: 411090268

Make check payable / remit to :

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 549.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ | 0.00 Tax: | |
| Non-Taxable: $ | 549.99 | $ 0.00 |
| Invoice Total: | $ | 549.99 |
| | | |
| Balance Due: | $ | 549.99 |
| Amount Enclosed: | | |

01027027765900000005499900530001245234

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
SUZAN HAVERTY
305 PINE HILL RD
ORANGE, MA 01364-9510

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10270277859 | Customer No: 530001245234 | Order No: 411090268 | Page 2 of 2 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | 201809271075262 | Waybill Number: | 463279047849 |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 10/01/2018 |
| Due Date: | 11/02/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 10/03/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 555-BDBY | 802.11ac + Bluetooth 4.1, Dual Band 2.4&5 GHz, 1x1 | 1 | EA | - | - |
| 580-ADJC | Dell KB216 Wired Multi-Media Keyboard English Black | 1 | EA | - | - |
| 570-AAOS | Dell USB Mouse | 1 | EA | - | - |
| 520-AAAO | No speakers | 1 | EA | - | - |
| 340-BYJT | Windows 10 Placemat | 1 | EA | - | - |
| 658-BCUJ | Additional Software | 1 | EA | - | - |
| 340-BWIO | DW1810 driver | 1 | EA | - | - |
| 340-AGIK | Safety/Environment and Regulatory Guide (English/French Multi-language) | 1 | EA | - | - |
| 450-AAGO | US Power Cord | 1 | EA | - | - |
| 817-BBBB | No FGA | 1 | EA | - | - |
| 332-1630 | Dell.com Order | 1 | EA | - | - |
| 631-ABNU | Windows System driver, XPS 8930 | 1 | EA | - | - |
| 332-0550 | Dell.com Order | 1 | EA | - | - |
| 328-BCJI | Direct Shipping | 1 | EA | - | - |
| 658-BBTV | CMS Essentials DVD no Media | 1 | EA | - | - |
| 389-CGJZ | Regulatory Label | 1 | EA | - | - |
| 340-BYWF | Intel(R) Core(TM) i3 Processor Label | 1 | EA | - | - |
| 340-ACQQ | No Option Included | 1 | EA | - | - |
| 801-1802 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 801-1849 | Onsite/In-Home Service After Remote Diagnosis, 1 Year | 1 | EA | 39.00 | 39.00 |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | - |
| 525-0036 | McAfee Live Safe XPS 12 Month Subscription | 1 | EA | 50.00 | 50.00 |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **463279047849**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | Orange, MA |
| **Signed for by:** | SHAVARTY | **Delivery date:** | Oct 9, 2018 18:29 |
| **Service type:** | FedEx Home Delivery | | |
| **Special Handling:** | Indirect Signature Required | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 463279047849 | **Ship date:** | Oct 4, 2018 |
| | | **Weight:** | 25.3 lbs/11.5 kg |

**Recipient:**
ORANGE, MA US

**Shipper:**
CIUDAD JUAREZ CHIH, MX MX

**Reference**                411090268

Thank you for choosing FedEx.

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
STEVEN HOWLAND
92 SEABURY
HAMPTON, NH 03842-4124

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10270702886 | Customer No: 530001245234 | Order No: 412150343 | Page 1 of 1 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | 201810021140113 | Waybill Number: | 463562629025 |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 10/04/2018 |
| Due Date: | 11/03/2018 | Sales Rep: | RISHI KHURANA |
| Invoice Date: | 10/04/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-AOXY | **Dell 23 Monitor - S2319H** | 1 | EA | 142.49 | 142.49 |
| | System Service Tags:7FSHYM2 | | | | |
| 814-9381 | Dell Limited Hardware Warranty | 1 | EA | - | - |
| 814-9382 | Advanced Exchange Service, 3 Years | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 142.49 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 142.49 | Tax: | |
| Non-Taxable: $ 0.00 | $ | 0.00 |
| Invoice Total: | $ | 142.49 |

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10270702886
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201810021140113
Order Number: 412150343



Make check payable / remit to :

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 142.49 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 142.49 | Tax: | |
| Non-Taxable: $ 0.00 | $ | 0.00 |
| Invoice Total: | $ | 142.49 |
| Balance Due: | $ | 142.49 |
| Amount Enclosed: | | |

01027070288600000000142490053000124523 40

**Exhibit 2**



November 1, 2018

Dear Customer:

The following is the proof-of-delivery for tracking number **463562629025**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Residence |
| **Signed for by:** | Signature not required | **Delivery location:** | HAMPTON, NH |
| **Service type:** | FedEx Standard Overnight | **Delivery date:** | Oct 8, 2018 11:32 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 463562629025 | **Ship date:** | Oct 5, 2018 |
| | | **Weight:** | 12.0 lbs/5.4 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| HAMPTON, NH US | MOUNT JULIET, TN US |
| **Reference** | 412150343 |
| **Purchase order number:** | 201810021140113 |
| **Invoice number** | PLAN.1040959645-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
NATHAN LEE
9852 KATELLA AVE STE 212
STE 212
ANAHEIM, CA 92804-6418

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10270510685 | Customer No: 530001245234 | Order No: 409752630 | Page 1 of 2 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | 201809251062744 | Waybill Number: | 461361581909135 |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/26/2018 |
| Due Date: | 11/03/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 10/04/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-AIUS | **Inspiron 15 5000 Series (Intel) - 5578** | 1 | EA | 457.33 | 457.33 |
| | System Service Tags:C0JM0P2 | | | | |
| 338-BMJI | 7th Generation Intel(R)Core(TM)i5-7200U Processor (3MB Cache, up to 3.1 GHz) | 1 | EA | 147.55 | 147.55 |
| 619-AHCY | Windows 10 Home (64bit) English | 1 | EA | - | - |
| 370-ACRZ | 8GB, DDR4, 2400MHz | 1 | EA | - | - |
| 400-ARBX | 256GB Solid State Drive | 1 | EA | - | - |
| 575-BBQN | M.2 SSD SATA Hard Drive Bracket | 1 | EA | - | - |
| 490-BCUW | Intel(R) HD Graphics | 1 | EA | - | - |
| 391-BCSR | 15.6-inch FHD (1920x1080) IPS Truelife LED-Backlit Touch Display with Wide Viewing Angles-IR Camera | 1 | EA | - | - |
| 320-BBWZ | LCD Back Cover for Touch Screen with IR Camera - Gray | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 699.99 |
| Shp. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 6.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 705.99 | $ | 0.00 |
| Invoice Total: | $ | 705.99 |



Invoice No: 10270510685
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809251062744
Order Number: 409752630

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 699.99 |
| Shp. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 6.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 705.99 | $ | 0.00 |
| Invoice Total: | $ | 705.99 |
| Balance Due: | $ | 705.99 |
| Amount Enclosed: | | |

01027051068500000000705990053000124523 46

**Exhibit 2**

**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

| **Invoice** |

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
NATHAN LEE
9852 KATELLA AVE STE 212
STE 212
ANAHEIM, CA 92804-6418

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10270510685 | Customer No: 530001245234 | | Order No: 409752630 | | Page 2 of 2 |
|---|---|---|---|---|---|---|

| Purchase Order: | 201809251062744 | Waybill Number: | 461361581909135 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/26/2018 |
| Due Date: | 11/03/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 10/04/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 555-BCNV | Dell Wireless 1820 Card (802.11AC Dual-Band Wi-Fi + Bluetooth 4.1) | 1 | EA | - | - |
| 451-BCBS | 42WHr, 3-Cell Battery (Integrated) | 1 | EA | - | - |
| 346-BBXK | Palmrest (EraGray) | 1 | EA | - | - |
| 580-AFCD | Single Pointing Backlit Keyboard, English | 1 | EA | - | - |
| 450-AEHK | 45 Watt AC Adapter | 1 | EA | - | - |
| 470-AACI | Power Cord, 125V, 1M, US | 1 | EA | - | - |
| 332-1630 | Dell.com Order | 1 | EA | - | - |
| 340-AGIK | Safety/Environment and Regulatory Guide (English/French Multi-language) | 2 | EA | - | - |
| 389-BJKW | Palmrest label for Windows with English | 1 | EA | - | - |
| 658-BCUN | Additional Software | 1 | EA | - | - |
| 328-BCQL | Shipping Material, Active Pen, NA | 1 | EA | - | - |
| 389-BKKG | Energy Star Label | 1 | EA | - | - |
| 332-1286 | US Order | 1 | EA | - | - |
| 631-AAZV | Windows System Driver | 1 | EA | - | - |
| 340-BIPR | Placemat Documentation | 1 | EA | - | - |
| 612-BBDK | Intel 1820 Wireless Driver | 1 | EA | - | - |
| 340-ACQQ | No Option Included | 1 | EA | - | - |
| 998-DCVZ | Fixed Hardware Configuration | 1 | EA | - | - |
| 389-BLLG | System Regulatory Label | 1 | EA | - | - |
| 801-2597 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 801-2644 | Onsite/In-Home Service After Remote Diagnosis, 1 Year | 1 | EA | - | - |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | 49.00 | 49.00 |
| 525-0033 | McAfee LiveSafe Consumer 12 Month Subscription | 1 | EA | 46.11 | 46.11 |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **461361581909135**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Anaheim, CA |
| Signed for by: | BEATRIZ | Delivery date: | Oct 5, 2018 11:39 |
| Service type: | FedEx Ground | | |
| Special Handling: | | | |

Signature Image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 461361581909135 | Ship date: | Oct 4, 2018 |
| | | Weight: | 6.8 lbs/3.1 kg |

| | |
|---|---|
| Recipient: | Shipper: |
| ANAHEIM, CA US | CITY OF INDUSTRY, CA US |

| | |
|---|---|
| Reference | none |
| Purchase order number: | 201809251062744 |
| Shipment Id | 461361581909135 |
| Invoice number | PLAN.1040564158-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**





DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

| **Invoice** |

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
STEPHEN MARLOWE
139 WILDWOOD AV
EDGEWATER, FL 32132-1527

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10270888907 | Customer No: 530001245234 | | Order No: 412713405 | | Page 1 of 1 |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Purchase Order: | 201810053301795 | Waybill Number: | 1ZR5A146YW00711785 | |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 10/05/2018 | |
| Due Date: | 11/04/2018 | Sales Rep: | MARKETPLACE ONLINE | |
| Invoice Date: | 10/05/2018 | Shipped Via: | UPS | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 460-BBYO | Dell Premier Sleeve - XPS 13 9360 | 1 | EA | 24.99 | 24.99 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 24.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 24.99 | $ | 0.00 |
| Invoice Total: | $ | 24.99 |

........................................................................................................

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10270888907
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201810053301795
Order Number: 412713405



**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 24.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 24.99 | $ | 0.00 |
| Invoice Total: | $ | 24.99 |
| | | |
| | | |
| Balance Due: | $ | 24.99 |
| Amount Enclosed: | | |

01027088907000000002499005300012452347

**Exhibit 2**

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1ZR5A146YW00711785

**Service**

UPS SurePost

**Delivered On**

10/11/2018 12:56 P.M.

**Delivered To**

FL, US
**Left At**

Front Door

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/01/2018 5:01 P.M. EST



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
BOBBIE HILL
13769 TUOLUMNE RD
SONORA, CA 95370-9701

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10270804835 | Customer No: 530001245234 | Order No: 412539792 | Page 1 of 1 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | 201810041156250 | Waybill Number: | 459244608900 |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 10/05/2018 |
| Due Date: | 11/04/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 10/05/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| A9377144 | EZVIZ BD-1424B1 - DVR + camera(s) - wired - LAN 10/100 - 4 channels - 1 x 1 TB - 4 camera(s) 173698422 | 1 | EA | 199.99 | 199.99 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 199.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 199.99 | $ | 0.00 |
| Invoice Total: | $ | 199.99 |

---



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10270804835
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201810041156250
Order Number: 412539792

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 199.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 199.99 | $ | 0.00 |
| Invoice Total: | $ | 199.99 |
| | | |
| | | |
| Balance Due: | $ | 199.99 |
| Amount Enclosed: | | |

01027080483500000001999900530001245234&

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **459244608900**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Sonora, CA |
| Signed for by: | Signature not required | Delivery date: | Oct 6, 2018 12:21 |
| Service type: | FedEx Home Delivery | | |
| Special Handling: | | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 459244608900 | Ship date: | Oct 5, 2018 |
| | | Weight: | 13.2 lbs/6.0 kg |

| | |
|---|---|
| Recipient: | Shipper: |
| SONORA, CA US | FRESNO, CA US |

| | |
|---|---|
| Reference | 4125397929465401/90679639-00 |
| Purchase order number: | 4125397929465401 |
| Shipment Id | 459244608900 |
| Invoice number | 90679639-00 |

Thank you for choosing FedEx.

**Exhibit 2**



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

## Invoice

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
JOHN POE
103 WAGENER ST
WOODSTOCK, GA 30188-4129

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10271041947 | Customer No: 530001245234 | | Order No: 413045443 | | Page 1 of 2 |
|---|---|---|---|---|---|---|

| Purchase Order: | 201810061169046 | Waybill Number: | 459777772045 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 10/07/2018 |
| Due Date: | 11/06/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 10/07/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-AJXF | **Inspiron 15 3000 Series (Intel) - 3567** | 1 | EA | 410.41 | 410.41 |
| | System Service Tags:98L40P2 | | | | |
| 338-BNTG | 7th Generation Intel(R) Core(TM) I5-7200U Processor (3MB Cache, up to 3.1 GHz) | 1 | EA | - | - |
| 619-AHCQ | Windows 10 Home (64bit) English | 1 | EA | - | - |
| 370-ACRZ | 8GB, DDR4, 2400MHz | 1 | EA | - | - |
| 400-ARIR | 1TB 5400 rpm Hard Drive | 1 | EA | - | - |
| 490-BDHD | Intel(R) HD Graphics | 1 | EA | 44.79 | 44.79 |
| 391-BDNY | 15.6-inch HD (1366 x 768) Anti-Glare LED-Backlit Display | 1 | EA | - | - |
| 429-AAZM | Tray load DVD Drive (Reads and Writes to DVD/CD) | 1 | EA | - | - |
| 320-BCCH | LCD Back Cover for Non-Touch Screen - Black | 1 | EA | - | - |
| 555-BDBY | 802.11ac + Bluetooth 4.1, Dual Band 2.4&5 GHz, 1x1 | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | | USD |
|---|---|---|---|
| Sub-Total: | $ | | 499.99 |
| Shp. &/or Handling: | $ | | 0.00 |
| ENVIRO FEE: | $ | | 0.00 |
| Taxable: | | | |
| $ | 0.00 | Tax: | |
| Non-Taxable: | $ | | 0.00 |
| $ | 499.99 | | |
| Invoice Total: | $ | | 499.99 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10271041947
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201810061169046
Order Number: 413045443

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | | USD |
|---|---|---|---|
| Sub-Total: | $ | | 499.99 |
| Shp. &/or Handling: | $ | | 0.00 |
| ENVIRO FEE: | $ | | 0.00 |
| Taxable: | | | |
| $ | 0.00 | Tax: | |
| Non-Taxable: | $ | | 0.00 |
| $ | 499.99 | | |
| Invoice Total: | $ | | 499.99 |
| | | | |
| | | | |
| Balance Due: | $ | | 499.99 |
| Amount Enclosed: | | | |

01027104194700000000499990053000124 52345

## Exhibit 2



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

# Invoice

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
JOHN POE
103 WAGENER ST
WOODSTOCK, GA 30188-4129

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10271041947 | Customer No: 530001245234 | Order No: 413045443 | Page 2 of 2 |
|---|---|---|---|---|

| Purchase Order: | 201810061169046 | Waybill Number: | 459777772045 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 10/07/2018 |
| Due Date: | 11/06/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 10/07/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 451-BBMG | 40 WHr, 4-Cell Battery (removable) | 1 | EA | - | - |
| 583-BCCZ | Standard Keyboard | 1 | EA | - | - |
| 450-AEHK | 45 Watt AC Adapter | 1 | EA | - | - |
| 470-AACI | Power Cord, 125V, 1M, US | 1 | EA | - | - |
| 658-BBTV | CMS Essentials DVD no Media | 1 | EA | - | - |
| 811-BBBC | Return Label | 1 | EA | - | - |
| 340-AGIK | Safety/Environment and Regulatory Guide (English/French Multi-language) | 1 | EA | - | - |
| 332-1630 | Dell.com Order | 1 | EA | - | - |
| 340-BZWB | Non-touch Palmrest Label(English) | 1 | EA | - | - |
| 658-BCUN | Additional Software | 1 | EA | - | - |
| 389-BLSV | Intel Core i5 Processor Kabylake Label | 1 | EA | - | - |
| 328-BCKK | Shipping Material | 1 | EA | - | - |
| 389-BKKG | Energy Star Label | 1 | EA | - | - |
| 332-1286 | US Order | 1 | EA | - | - |
| 631-ABDY | Windows System Management Software | 1 | EA | - | - |
| 340-BJQV | Placemat Documentation | 1 | EA | - | - |
| 658-BDJR | Dell 1810 Wireless Driver | 1 | EA | - | - |
| 340-ACQQ | No Option Included | 1 | EA | - | - |
| 998-CVMK | Fixed Hardware Configuration | 1 | EA | - | - |
| 389-BREG | System Regulatory WW Label | 1 | EA | - | - |
| 804-9274 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 804-9276 | Mail In Service after Remote Diagnosis, 1 Year | 1 | EA | - | - |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | - |
| 525-0033 | McAfee LiveSafe Consumer 12 Month Subscription | 1 | EA | 44.79 | 44.79 |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

# Exhibit 2



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **459777772045**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | Woodstock, GA |
| **Signed for by:** | Signature not required | **Delivery date:** | Oct 10, 2018 14:44 |
| **Service type:** | FedEx Home Delivery | | |
| **Special Handling:** | | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 459777772045 | **Ship date:** | Oct 8, 2018 |
| | | **Weight:** | 7.1 lbs/3.2 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| WOODSTOCK, GA US | MOUNT JULIET, TN US |

| | |
|---|---|
| **Reference** | none |
| **Purchase order number:** | 201810061169046 |
| **Shipment Id** | 459777772045 |
| **Invoice number** | PLAN.1041049812-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
SAMANTHA STONES
8125 OTTER FALLS CT
NORTH LAS VEGAS, NV 89085-4429

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10271194881 | Customer No: 530001245234 | Order No: 413021634 | Page 1 of 1 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | 201810061170869 | Waybill Number: | 1Z8W103W0318365787 |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 10/06/2018 |
| Due Date: | 11/07/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 10/08/2018 | Shipped Via: | UPS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| A6944975 | **Swiss Gear Pegasus Backpack - Fits Laptops with Screen Sizes Up to 17-inch** | 1 | EA | 64.99 | 64.99 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 64.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 64.99 | $ | 0.00 |
| Invoice Total: | $ | 64.99 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10271194881
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201810061170869
Order Number: 413021634



**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 64.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 64.99 | $ | 0.00 |
| Invoice Total: | $ | 64.99 |
| | | |
| | | |
| Balance Due: | $ | 64.99 |
| Amount Enclosed: | | |

0102711948810000000006499005300012452341

**Exhibit 2**

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z8W103W0318365787

**Weight**
4.70 LBS

**Service**
UPS Ground

**Shipped / Billed On**
10/09/2018

**Delivered On**
10/10/2018 3:55 P.M.

**Delivered To**
NORTH LAS VEGAS, NV, US
**Received By**

DRIVER RELEASE

**Left At**
Front Door

Thank you for giving us this opportunity to serve you. Details are only available for shipments
delivered within the last 120 days. Please print for your records if you require this information after
120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/02/2018 10:54 A.M. EST

**Exhibit 2**



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

| **Invoice** |
| --- |

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
JILA BREEZE
16 MORNINGSIDE DR
YARDLEY, PA 19067-3067

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10271151991 | Customer No: 530001245234 | Order No: 413166207 | Page 1 of 1 |
| --- | --- | --- | --- | --- |

| Purchase Order: | 201810073792949 | Waybill Number: | 463562701507 |
| --- | --- | --- | --- |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 10/08/2018 |
| Due Date: | 11/07/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 10/08/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
| --- | --- | --- | --- | --- | --- |
| 210-AIZR | **Dell 27 Monitor - SE2717H** | 1 | EA | 189.99 | 189.99 |
| | System Service Tags:9WBH3K2 | | | | |
| 812-0878 | Dell Limited Hardware Warranty | 1 | EA | - | - |
| 812-0891 | Advanced Exchange Service, 1 Year | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
| --- | --- | --- |
| Sub-Total: | $ | 189.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 189.99 | $ | 0.00 |
| Invoice Total: | $ | 189.99 |

............................................................................................................................................................



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10271151991
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201810073792949
Order Number: 413166207

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
| --- | --- | --- |
| Sub-Total: | $ | 189.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 189.99 | $ | 0.00 |
| Invoice Total: | $ | 189.99 |
| | | |
| Balance Due: | $ | 189.99 |
| Amount Enclosed: | | |

010271151991000000018999005300012452348

**Exhibit 2**



November 2,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **463562701507**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Morrisville, PA |
| Signed for by: | Signature not required | Delivery date: | Oct 10, 2018 15:33 |
| Service type: | FedEx Home Delivery | | |
| Special Handling: | | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 463562701507 | Ship date: | Oct 8, 2018 |
| | | Weight: | 17.3 lbs/7.8 kg |

| | | |
|---|---|---|
| Recipient: | | Shipper: |
| YARDLEY, PA US | | MOUNT JULIET, TN US |

| | |
|---|---|
| Reference | none |
| Reference: | 413166207 |
| Purchase order number: | 201810073792949 |
| Shipment Id | 463562701507 |
| Invoice number | PLAN.1041086136-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

| **Invoice** |
|---|

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
DAWN PITZER
335 PINEWOOD RD
FLORISSANT, CO 80816-9159

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10271072632 | Customer No: 530001245234 | | Order No: 410828239 | Page 1 of 2 |
|---|---|---|---|---|---|

| Purchase Order: | 201809291091092 | Waybill Number: | 461361581959437 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/30/2018 |
| Due Date: | 11/07/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 10/08/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-ANCP | **Inspiron 15 5000 Series - 5570** | 1 | EA | 734.48 | 734.48 |
| | System Service Tags:B3J4YR2 | | | | |
| 338-BMUB | 8th Generation Intel(R) Core(TM) I7-8550U Processor (8MB Cache, up to 4.0 GHz) | 1 | EA | - | - |
| 619-AHCY | Windows 10 Home (64bit) English | 1 | EA | - | - |
| 370-ACRZ | 8GB, DDR4, 2400MHz | 1 | EA | - | - |
| 400-AOTD | 128GB Solid State Drive | 1 | EA | - | - |
| 401-AAXJ | 1TB 5400 rpm 2.5" SATA Hard Drive | 1 | EA | - | - |
| 490-BDXR | Intel(R) UHD Graphics 620 with shared graphic memory | 1 | EA | - | - |
| 391-BDJJ | 15.6-inch FHD (1920 x 1080) Anti-glare LED-Backlit Display | 1 | EA | - | - |
| 429-AAJV | Tray load DVD Drive (Reads and Writes to DVD/CD) | 1 | EA | - | - |
| 320-BCIC | Non-Touch LCD Back Cover - Platinum Silver | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | | USD |
|---|---|---|---|
| **Sub-Total:** | $ | | 779.99 |
| **Shp. &/or Handling:** | $ | | 0.00 |
| **ENVIRO FEE:** | $ | | 0.00 |
| **Taxable:** | | | |
| $ | 0.00 | **Tax:** | |
| **Non-Taxable:** | | $ | 0.00 |
| $ | 779.99 | | |
| **Invoice Total:** | $ | | 779.99 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10271072632
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809291091092
Order Number: 410828239

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | | USD |
|---|---|---|---|
| **Sub-Total:** | $ | | 779.99 |
| **Shp. &/or Handling:** | $ | | 0.00 |
| **ENVIRO FEE:** | $ | | 0.00 |
| **Taxable:** | | | |
| $ | 0.00 | **Tax:** | |
| **Non-Taxable:** | | $ | 0.00 |
| $ | 779.99 | | |
| **Invoice Total:** | $ | | 779.99 |
| | | | |
| | | | |
| **Balance Due:** | $ | | 779.99 |
| **Amount Enclosed:** | | | |

0102710726320000000077999005300012452349

**Exhibit 2**

**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
DAWN PITZER
335 PINEWOOD RD
FLORISSANT, CO 80816-9159

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10271072632 | Customer No: 530001245234 | | Order No: 410828239 | | Page 2 of 2 |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Purchase Order: | 201809291091092 | Waybill Number: | 461361581959437 | |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/30/2018 | |
| Due Date: | 11/07/2018 | Sales Rep: | MARKETPLACE ONLINE | |
| Invoice Date: | 10/08/2018 | Shipped Via: | FEDERAL EXPRESS | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 555-BCJN | Intel 3165AC + BT4.2 [802.11ac + Bluetooth 4.2, Dual Band 2.4&5 GHz, 1x1] | 1 | EA | - | - |
| 451-BCBS | 42WHr, 3-Cell Battery (Integrated) | 1 | EA | | |
| 583-BDGJ | Backlit Keyboard | 1 | EA | | |
| 450-AEHK | 45 Watt AC Adapter | 1 | EA | - | - |
| 470-AACI | Power Cord, 125V, 1M, US | 1 | EA | - | - |
| 658-BBTV | CMS Essentials DVD no Media | 1 | EA | - | - |
| 811-BBBC | Return Label | 1 | EA | | |
| 340-AGIK | Safety/Environment and Regulatory Guide (English/French Multi-language) | 1 | EA | - | - |
| 332-1530 | Dell.com Order | 1 | EA | | |
| 389-BLNK | Palmrest Label for Non-Touch FHD Screen (English) | 1 | EA | - | - |
| 658-BCUN | Additional Software | 1 | EA | - | - |
| 389-CGBC | 8th Generation Intel(R) Core(TM) I7 Processor Label | 1 | EA | - | - |
| 328-BCRP | Shipping Material | 1 | EA | | |
| 389-BKKG | Energy Star Label | 1 | EA | - | - |
| 332-1286 | US Order | 1 | EA | | |
| 631-ABND | Windows System Driver | 1 | EA | - | - |
| 340-BWHW | Placemat Documentation | 1 | EA | | |
| 658-BDRQ | Intel 3165 Wireless Driver | 1 | EA | - | - |
| 340-ACQQ | No Option Included | 1 | EA | - | - |
| 998-CQDO | Fixed Hardware Configuration | 1 | EA | | |
| 346-BCNQ | Palmrest with Fingerprint Reader - Platinum Silver | 1 | EA | | |
| 389-CGJD | COO Label for UMA | 1 | EA | - | - |
| 340-ASLG | Information for SSD | 1 | EA | - | - |
| 801-2803 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 801-2836 | Mail In Service after Remote Diagnosis, 1 Year | 1 | EA | - | - |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | - |
| 525-0033 | McAfee LiveSafe Consumer 12 Month Subscription | 1 | EA | 45.51 | 45.51 |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 2,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **461361581959437**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Florissant, CO |
| Signed for by: | DPITZER | Delivery date: | Oct 12, 2018 13:14 |
| Service type: | FedEx Home Delivery | | |
| Special Handling: | Indirect Signature Required | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 461361581959437 | Ship date: | Oct 9, 2018 |
| | | Weight: | 6.9 lbs/3.1 kg |

| | |
|---|---|
| Recipient: | Shipper: |
| FLORISSANT, CO US | CITY OF INDUSTRY, CA US |

| | |
|---|---|
| Reference | none |
| Purchase order number: | 201809291091092 |
| Shipment Id | 461361581959437 |
| Invoice number | PLAN.1040723832-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**




DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
CYNTHIA BOYD
8 PEQUOT PATH
OAKLAND, NJ 07436-3815

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10271214485 | Customer No: 530001245234 | | Order No: 413056127 | | Page 1 of 1 |
|---|---|---|---|---|---|---|

| Purchase Order: | 201810063303334 | Waybill Number: | 081687692 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 10/07/2018 |
| Due Date: | 11/07/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 10/08/2018 | Shipped Via: | Pilot Freight |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| AA149337 | Samsung 65 Inch QLED 4K UHD Smart TV - QN65Q6FNAFXZA 07HE3CZK904217 | 1 | EA | 1,697.99 | 1,697.99 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 1,697.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: 0.00 | Tax: | |
| Non-Taxable: $ 1,697.99 | $ | 0.00 |
| Invoice Total: | $ | 1,697.99 |

........................................................................................................



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10271214485
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201810063303334
Order Number: 413056127

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 1,697.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 1,697.99 | $ | 0.00 |
| Invoice Total: | $ | 1,697.99 |
| | | |
| Balance Due: | $ | 1,697.99 |
| Amount Enclosed: | | |

01027121448500000001697990053000124 52345

**Exhibit 2**



## Pilot Shipment #: 081687692
### THIS SHIPMENT HAS BEEN DELIVERED

**Signed For By:** BOYD CYNTHIA
**Date:** 10/12/2018
**Time:** 12:20 (Local Time)

**Appointment:** Scheduled for 10/12/2018
12:00 - 16:59

To request Shipment
Information, click here!

Get Shipment Alerts here!
To schedule an
appointment, Click Here.

Request BOL/POD

Print Tracking Info

### Shipment History

| Status | Entry Date (ET) | Location |
|---|---|---|
| DELIVERED | 10/12/2018 12:28:04 PM | OAKLAND, NJ US |
| OUT FOR DELIVERY | 10/12/2018 6:54:17 AM | ELIZABETH, NJ US |
| APPOINTMENT SCHEDULED | 10/10/2018 10:02:09 AM | ON-LINE/ON PHONE, US |
| ARRIVED AT PILOT LOCATION | 10/10/2018 8:35:58 AM | ELIZABETH, NJ US |
| ARRIVED AT DESTINATION TERMINAL | 10/10/2018 7:35:00 AM | ELIZABETH, NJ US |
| IN TRANSIT | 10/10/2018 4:19:00 AM | MIDDLETOWN, PA US |
| PICKED UP | 10/9/2018 6:08:44 PM | JONESTOWN, PA US |
| WAITING FOR PICKUP | 10/8/2018 6:28:43 PM | JONESTOWN, PA US |
| SHIPMENT INFORMATION SENT TO PILOT | 10/8/2018 6:28:43 PM | JONESTOWN, PA US |

### Shipment Information

**Ship Date:** 10/08/2018
**Service Level:** HOME DELIVERY STANDARD
**Origin Airport:** MDT
**Origin Station:** MDT

**Pieces:** 1
**Weight:** 65
**Dest Airport:** EWR

You may not be a party to this shipment. Certain shipment details have been hidden for security purposes. If you believe that you are receiving this message in error, please check your shipment number and try again.

**Should you have a question about your shipment, please call
Pilot Customer Service at 1-877-549-0162.**

### Exhibit 2



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
LISA ARNOLD
CLAY COUNTY HIGH SCHOOL, 1 PAN
CLAY, WV 25043

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10271422296 | Customer No: 530001245234 | | Order No: 413696112 | | Page 1 of 1 |
|---|---|---|---|---|---|---|

| Purchase Order: | 201810091201839 | Waybill Number: | 1Z1836780339389180 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 10/09/2018 |
| Due Date: | 11/08/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 10/09/2018 | Shipped Via: | UPS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| A9748267 | Samsung BD-J6300 - 3D Blu-ray disc player - upscaling - Ethernet, Wi-Fi | 1 | EA | 149.99 | 149.99 |
| | 0ABP1RCK600063 | | | | |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 149.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 149.99 | $ | 0.00 |
| Invoice Total: | $ | 149.99 |

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10271422296
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201810091201839
Order Number: 413696112

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 149.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 149.99 | $ | 0.00 |
| Invoice Total: | $ | 149.99 |
| | | |
| | | |
| Balance Due: | $ | 149.99 |
| Amount Enclosed: | | |

01027142229600000000149990053000124 52343

**Exhibit 2**

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z1836780339389180

**Weight**
5.00 LBS

**Service**
UPS Ground

**Shipped / Billed On**
10/10/2018

**Delivered On**
10/11/2018 4:10 P.M.

**Delivered To**
CLAY, WV, US
**Received By**

GIBSOH

**Left At**
Office

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/02/2018 10:59 A.M. EST



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

## Invoice

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
TONI GONZALEZ
2306 146 ST CT E
TACOMA, WA 98445-6751

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10271459472 | Customer No: 530001245234 | Order No: 413789628 | Page 1 of 2 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | 201810093795055 | Waybill Number: | 463111014610 |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 10/09/2018 |
| Due Date: | 11/08/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 10/09/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-ANXP | **Inspiron Small Desktop 3472 (Intel(R))** | 1 | EA | 251.84 | 251.84 |
| | System Service Tags:6SXHWN2 | | | | |
| 321-BDID | Intel® Celeron® J4005 Processor (4MB Cache, up to 2.0 GHz) | 1 | EA | - | - |
| 619-AHCQ | Windows 10 Home (64bit) English | 1 | EA | - | - |
| 370-ACRY | 4GB, DDR4, 2400MHz | 1 | EA | - | - |
| 400-AMXY | 1TB 7200RPM Hard Drive | 1 | EA | - | - |
| 490-BBPC | Integrated Graphics | 1 | EA | - | - |
| 429-AAVB | DVDRW Optical drive | 1 | EA | - | - |
| 555-BDPK | Dell Wireless 1707 Card (802.11bgn + Bluetooth 4.0, 1x1) | 1 | EA | - | - |
| 580-ADJC | Dell KB216 Wired Multi-Media Keyboard English Black | 1 | EA | - | - |
| 275-BBBW | Dell MS116 Wired Mouse, Black | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| **Sub-Total:** | $ | 299.99 |
| **Shp. &/or Handling:** | $ | 0.00 |
| **ENVIRO FEE:** | $ | 0.00 |
| **Taxable:** $ | 0.00 **Tax:** | |
| **Non-Taxable:** $ | 299.99 | 0.00 |
| **Invoice Total:** | $ | 299.99 |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10271459472
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201810093795055
Order Number: 413789628

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| **Sub-Total:** | $ | 299.99 |
| **Shp. &/or Handling:** | $ | 0.00 |
| **ENVIRO FEE:** | $ | 0.00 |
| **Taxable:** $ | 0.00 **Tax:** | |
| **Non-Taxable:** $ | 299.99 | 0.00 |
| **Invoice Total:** | $ | 299.99 |
| | | |
| | | |
| **Balance Due:** | $ | 299.99 |
| **Amount Enclosed:** | | |

0102714594720000000029999005300012452341

## Exhibit 2

**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
TONI GONZALEZ
2306 146 ST CT E
TACOMA, WA 98445-6751

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10271459472 | Customer No: 530001245234 | | Order No: 413789628 | | Page 2 of 2 |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Purchase Order: | 201810093795055 | Waybill Number: | 463111014610 | |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 10/09/2018 | |
| Due Date: | 11/08/2018 | Sales Rep: | MARKETPLACE ONLINE | |
| Invoice Date: | 10/09/2018 | Shipped Via: | FEDERAL EXPRESS | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 450-ADTR | 66 Watt AC Adapter | 1 | EA | - | - |
| 450-AAHV | US Power Cord | 1 | EA | - | - |
| 658-BBTV | CMS Essentials DVD no Media | 1 | EA | - | - |
| 811-BBBC | Return Label | 1 | EA | - | - |
| 340-AGIK | Safety/Environment and Regulatory Guide (English/French Multi-language) | 1 | EA | - | - |
| 332-1530 | Dell.com Order | 1 | EA | - | - |
| 658-BCUN | Additional Software | 1 | EA | - | - |
| 340-AQVB | Intel(R) Celeron(TM) Processor Label | 1 | EA | - | - |
| 340-ASUW | Packaging Inspiron 3250/52 | 1 | EA | - | - |
| 640-BBPK | Ship Information | 1 | EA | - | - |
| 389-BKKG | Energy Star Label | 1 | EA | - | - |
| 332-1286 | US Order | 1 | EA | - | - |
| 340-AFOG | Onboard Audio Royalty Information | 1 | EA | - | - |
| 340-BZMY | Placemat Inspiron 3472 | 1 | EA | - | - |
| 658-BDST | Dell 1707 WLAN Driver | 1 | EA | - | - |
| 340-ACQQ | No Option Included | 1 | EA | - | - |
| 480-AACF | If accessories are purchased, they may ship separately | 1 | EA | - | - |
| 998-CWWX | Fixed Hardware Configuration | 1 | EA | - | - |
| 389-CGWF | Regulatory Label Inspiron 3472 | 1 | EA | - | - |
| 801-2494 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 801-2527 | Mail In Service after Remote Diagnosis, 1 Year | 1 | EA | - | - |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | - |
| 525-0033 | McAfee LiveSafe Consumer 12 Month Subscription | 1 | EA | 48.15 | 48.15 |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 2,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **463111014610**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Residence |
| **Signed for by:** | Signature not required | **Delivery location:** | TACOMA, WA |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Oct 12, 2018 13:41 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 463111014610 | **Ship date:** | Oct 10, 2018 |
| | | **Weight:** | 13.0 lbs/5.9 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| TACOMA, WA US | Middletown, PA US |

| | |
|---|---|
| **Reference** | 413789628 |
| **Purchase order number:** | 201810093795055 |
| **Invoice number** | PLAN.1041160428-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)456-3355
Customer Service: (800)456-3355
Technical Support: (800)456-3355
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
DANIEL STADLER
24 YORKTOWN RD
MONMOUTH JUNCTION, NJ 08852-3074

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10271436000 | Customer No: 530001245214 | Order No: 412959404 | Page 1 of 2 |
|---|---|---|---|---|

| Purchase Order: | 201810051165750 | Waybill Number: | 463110988300 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 10/06/2018 |
| Due Date: | 11/08/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 10/09/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-AKSL | **Dell Chromebook 11 3189, BTX** | 1 | EA | 349.00 | 349.00 |
| | System Service Tags:F4V6RQ2 | | | | |
| 329-BDJN | Intel Celeron N3060 Processor with 4GB Memory and 32GB SSD | 1 | EA | - | - |
| 389-BHZJ | Intel(R) Label | 1 | EA | - | - |
| 580-AFXX | Internal Non-Backlit Keyboard (English) | 1 | EA | - | - |
| 451-BBYV | Primary 3-Cell 42W/HR Battery | 1 | EA | - | - |
| 391-BDDP | 11.6" HD Touch LCD | 1 | EA | - | - |
| 320-BCEI | LCD Cover, Touch (Black) | 1 | EA | - | - |
| 389-BCGW | No UPC Label | 1 | EA | - | - |
| 492-BDDD | 65 Watt AC Adaptor | 1 | EA | - | - |
| 537-BBBL | US Power Cord | 1 | EA | - | - |

IF BALANCE DUE IS NOT PAID WITHIN TIME PERIOD NOTED ON INVOICE YOU MAY BE SUBJECT
TO A LATE PENALTY CHARGE AS ALLOWED UNDER THE TERMS OF SALE. CALIFORNIA
SHIPMENTS: STATE ENVIRONMENTAL FEE UP TO $7 PER ITEM WILL BE ADDED TO INVOICES
FOR ALL ORDERS CONTAINING DISPLAYS GREATER THAN 4 INCHES. KEEP ORIGINAL BOX FOR
ALL RETURNS. REMIT ALL PAYMENTS TO YOUR CONTRACTS ASSIGNED ENTITY DELL
MARKETING L.P.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 349.00 |
| Shp. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 349.00 | | 0.00 |
| Invoice Total: | $ | 349.00 |

......................................................................................................

DETACH AT LINE AND RETURN WITH PAYMENT



Invoice No: 10271436000
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245214
PO No: 201810051165750
Order Number: 412959404

**Make check payable / remit to :**
Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 349.00 |
| Shp. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 349.00 | | 0.00 |
| Invoice Total: | $ | 349.00 |
| | | |
| Balance Due: | $ | 349.00 |
| Amount Enclosed: | | |

01027143600000000000349000530001245214 3

**Exhibit 2**

**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)456-3355
Customer Service: (800)456-3355
Technical Support: (800)456-3355
Dell Online: http://www.dell.com



**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
DANIEL STADLER
24 YORKTOWN RD
MONMOUTH JUNCTION, NJ 08852-3074

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10271436000 | Customer No: 530001245214 | Order No: 412959404 | Page 2 of 2 |
|---|---|---|---|---|

| Purchase Order: | 201810051165750 | Waybill Number: | 463110988300 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 10/08/2018 |
| Due Date: | 11/08/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 10/09/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 340-AGIK | Safety/Environment and Regulatory Guide (English/French Multi-language) | 1 | EA | - | - |
| 340-BLUG | Quick Setup Guide [English;French;Dutch] | 1 | EA | - | - |
| 389-BKKL | EAN label | 1 | EA | - | - |
| 340-AAPP | Direct ship info Mod | 1 | EA | - | - |
| 340-BLRS | Min Config Packaging | 1 | EA | - | - |
| 340-BLRY | SHIP,CRMBK,3189,WW,MIN | 1 | EA | - | - |
| 998-CKTK | Fixed Hardware Configuration | 1 | EA | - | - |
| 340-ABJI | No Diagnostic/Recovery CD media | 1 | EA | - | - |
| 800-BBPM | BTS/BTP Smart Selection Shipment, Chromebook (VS) | 2 | EA | - | - |
| 631-ABBH | Not Included | 1 | EA | - | - |
| 812-6796 | Mail In Service after Remote Diagnosis, 1 Year | 1 | EA | - | - |
| 812-6797 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |

**Exhibit 2**



November 2,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **463110988300**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | Monmouth Junction, NJ |
| **Signed for by:** | Signature not required | **Delivery date:** | Oct 9, 2018 17:48 |
| **Service type:** | FedEx Home Delivery | | |
| **Special Handling:** | | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 463110988300 | **Ship date:** | Oct 8, 2018 |
| | | **Weight:** | 5.1 lbs/2.3 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| MONMOUTH JUNCTION, NJ US | Middletown, PA US |

| | |
|---|---|
| **Reference** | none |
| **Purchase order number:** | 201810051165750 |
| **Shipment Id** | 463110988300 |
| **Invoice number** | PLAN.1041018370-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
ANTHONY RODRIGUEZ
124 RODRIGUEZ RD
REFUGIO, TX 78377-4448

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10271459456 | Customer No: 530001245234 | Order No: 413714923 | Page 1 of 1 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | 201810091202007 | Waybill Number: | 463562766000 |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 10/09/2018 |
| Due Date: | 11/08/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 10/09/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-AIZR | **Dell 27 Monitor - SE2717H** | 2 | EA | 189.99 | 379.98 |
| | System Service Tags:JBZ93K2, HXY13K2 | | | | |
| 812-0878 | Dell Limited Hardware Warranty | 2 | EA | . | . |
| 812-0891 | Advanced Exchange Service, 1 Year | 2 | EA | . | . |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 379.98 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 Tax: | | |
| Non-Taxable: $ 379.98 | $ | 0.00 |
| Invoice Total: | $ | 379.98 |

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10271459456
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201810091202007
Order Number: 413714923



Make check payable / remit to :

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 379.98 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 Tax: | | |
| Non-Taxable: $ 379.98 | $ | 0.00 |
| Invoice Total: | $ | 379.98 |
| | | |
| | | |
| Balance Due: | $ | 379.98 |
| Amount Enclosed: | | |

01027145945600000000379980053000124 52341

**Exhibit 2**



November 2,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **463562766000**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Refuglo, TX |
| Signed for by: | Signature not required | Delivery date: | Oct 12, 2018 16:04 |
| Service type: | FedEx Home Delivery | | |
| Special Handling: | | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 463562766000 | Ship date: | Oct 10, 2018 |
| | | Weight: | 17.2 lbs/7.8 kg |

Recipient:
REFUGIO, TX US

Shipper:
MOUNT JULIET, TN US

Reference
Purchase order number:
Shipment Id
Invoice number

none
201810091202007
463562765986
PLAN.1041167514-2_DAO

Thank you for choosing FedEx.

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
ANTONIO RANGEL
10108 GRANDVIEW SUMMIT DR
BAKERSFIELD, CA 93311-3229

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10271501473 | Customer No: 530001245234 | | Order No: 413856682 | Page 1 of 1 |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | 201810091203919 | Waybill Number: | 1Z1825770382865187 |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 10/10/2018 |
| Due Date: | 11/09/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 10/10/2018 | Shipped Via: | UPS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| AA166665 | Samsung No Gap WMN-M22EB Wall Mount for LCD TV - for Samsung QE55, QE65, QE75, QN55, QN65, QN75 | 1 | EA | 115.99 | 115.99 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 115.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: | | |
| $ | 0.00 | Tax: |
| Non-Taxable: | $ | 0.00 |
| $ | 115.99 | |
| Invoice Total: | $ | 115.99 |

---

DETACH AT LINE AND RETURN WITH PAYMENT



Invoice No: 10271501473
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201810091203919
Order Number: 413856682

Make check payable / remit to :

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 115.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: | | |
| $ | 0.00 | Tax: |
| Non-Taxable: | $ | 0.00 |
| $ | 115.99 | |
| Invoice Total: | $ | 115.99 |
| | | |
| | | |
| Balance Due: | $ | 115.99 |
| Amount Enclosed: | | |

01027150147300000000115990053000124523245

**Exhibit 2**

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z1825770382865187

**Weight**
9.00 LBS

**Service**
UPS Ground

**Shipped / Billed On**
10/10/2018

**Delivered On**
10/11/2018 5:37 P.M.

**Delivered To**
BAKERSFIELD, CA, US
**Received By**

DRIVER RELEASE

**Left At**
Front Door

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/02/2018 11:00 A.M. EST

**Exhibit 2**





**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
YEN VANG
2222 W SHAW AVE
FRESNO, CA 93711-3419

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10271680623 | Customer No: 530001245234 | Order No: 410855430 | Page 1 of 2 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | 201809301096593 | Waybill Number: | 461361581989113 |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/30/2018 |
| Due Date: | 11/09/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 10/10/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-AMQK | **Inspiron 15 5000 Series (KBL-R) - 5579** | 1 | EA | 557.93 | 557.93 |
| | System Service Tags:4FDX0P2 | | | | |
| 338-BMJG | 8th Generation Intel(R)Core(TM)i5-8250U Processor (6MB Cache, up to 3.4 GHz) | 1 | EA | - | - |
| 619-AHCY | Windows 10 Home (64bit) English | 1 | EA | - | - |
| 370-ACRZ | 8GB, DDR4, 2400MHz | 1 | EA | - | - |
| 400-AQUN | 1TB 5400 rpm 2.5" SATA Hard Drive | 1 | EA | - | - |
| 490-BDXQ | Intel(R) UHD Graphics 620 | 1 | EA | - | - |
| 391-BDIY | 15.6" FHD (1920x1080) IPS Truelife LED-Backlit Touch Display with Wide Viewing Angles-IR Camera | 1 | EA | - | - |
| 320-BCHB | Theoretical Gray | | | | |
| 555-BCNV | Dell Wireless 1820 Card (802.11AC Dual-Band Wi-Fi + Bluetooth 4.1) | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 599.99 |
| Shp. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 6.00 |

| Taxable: | | | |
|---|---|---|---|
| $ | 0.00 | Tax: | |
| Non-Taxable: | | $ | 0.00 |
| $ | 605.99 | | |

| Invoice Total: | $ | 605.99 |
|---|---|---|

---



*DETACH AT LINE AND RETURN WITH PAYMENT*
Invoice No: 10271680623
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809301096593
Order Number: 410855430

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 599.99 |
| Shp. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 6.00 |

| Taxable: | | | |
|---|---|---|---|
| $ | 0.00 | Tax: | |
| Non-Taxable: | | $ | 0.00 |
| $ | 605.99 | | |

| Invoice Total: | $ | 605.99 |
|---|---|---|

| Balance Due: | $ | 605.99 |
|---|---|---|
| Amount Enclosed: | | |

01027168062300000000605990053000124523&6

**Exhibit 2**

**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
YEN VANG
2222 W SHAW AVE
FRESNO, CA 93711-3419

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE and POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10271680623 | Customer No: 530001245234 | Order No: 410855430 | Page 2 of 2 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | 201809301096593 | Waybill Number: | 461361581989113 |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/30/2018 |
| Due Date: | 11/09/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 10/10/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 451-BCBS | 42WHr, 3-Cell Battery (Integrated) | 1 | EA | - | - |
| 346-BBXK | Palmrest (EraGray) | 1 | EA | - | - |
| 580-AFCD | Single Pointing Backlit Keyboard, English | 1 | EA | - | - |
| 450-AEHK | 45 Watt AC Adapter | 1 | EA | - | - |
| 470-AACI | Power Cord, 125V, 1M, US | 1 | EA | - | - |
| 811-BBBC | Return Label | 1 | EA | - | - |
| 340-AGIK | Safety/Environment and Regulatory Guide (English/French Multi-language) | 1 | EA | - | - |
| 332-1530 | Dell.com Order | 1 | EA | - | - |
| 389-BJKW | Palmrest label for Windows with English | 1 | EA | - | - |
| 658-BCUN | Additional Software | 1 | EA | - | - |
| 389-CGBD | Intel(R) Core(TM) i5 Processor Label | 1 | EA | - | - |
| 328-BCQL | Shipping Material, Active Pen, NA | 1 | EA | - | - |
| 389-BKKG | Energy Star Label | 1 | EA | - | - |
| 332-1286 | US Order | 1 | EA | - | - |
| 631-ABMH | Windows System Driver | 1 | EA | - | - |
| 340-BTDH | Placemat Documentation | 1 | EA | - | - |
| 658-BDQE | Intel 1820 Wireless Driver | 1 | EA | - | - |
| 340-ACQQ | No Option Included | 1 | EA | - | - |
| 998-COLX | Fixed Hardware Configuration | 1 | EA | - | - |
| 389-CGBY | System Regulatory Label | 1 | EA | - | - |
| 801-2597 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 801-2830 | Mail In Service after Remote Diagnosis, 1 Year | 1 | EA | - | - |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | - |
| 525-0033 | McAfee LiveSafe Consumer 12 Month Subscription | 1 | EA | 42.06 | 42.06 |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 2,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **461361581989113**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | Fresno, CA |
| **Signed for by:** | SSTELLA | **Delivery date:** | Oct 12, 2018 11:50 |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 461361581989113 | **Ship date:** | Oct 11, 2018 |
| | | **Weight:** | 6.9 lbs/3.1 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| FRESNO, CA US | CITY OF INDUSTRY, CA US |

| | |
|---|---|
| **Reference** | none |
| **Purchase order number:** | 201809301096593 |
| **Shipment Id** | 461361581989113 |
| **Invoice number** | PLAN.1040808761-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
ZHIHONG XING
100 N 3RD ST, UNIT C
UNIT C
ALHAMBRA, CA 91801-6206

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10271813929 | Customer No: 530001245234 | | Order No: 414445089 | Page 1 of 1 |
|---|---|---|---|---|---|

| Purchase Order: | 201810113307700 | Waybill Number: | 1Z8W103W0318367383 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 10/11/2018 |
| Due Date: | 11/10/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 10/11/2018 | Shipped Via: | UPS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| A6944975 | Swiss Gear Pegasus Backpack - Fits Laptops with Screen Sizes Up to 17-inch | 1 | EA | 79.99 | 79.99 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 79.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 79.99 | $ | 0.00 |
| Invoice Total: | $ | 79.99 |

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10271813929
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201810113307700
Order Number: 414445089



Make check payable / remit to :

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 79.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 79.99 | $ | 0.00 |
| Invoice Total: | $ | 79.99 |
| | | |
| Balance Due: | $ | 79.99 |
| Amount Enclosed: | | |

01027181392900000000079990053000124523 44

**Exhibit 2**

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z8W103W0318367383

**Weight**

4.70 LBS

**Service**

UPS Ground

**Shipped / Billed On**

10/12/2018

**Delivered On**

10/12/2018 4:58 P.M.

**Delivered To**

ALHAMBRA, CA, US

**Received By**

DRIVER RELEASE

**Left At**

Front Door

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/02/2018 11:03 A.M. EST



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
SAMUEL ELIJAH MEDLEY
3820 HANOVER DR
MASON, OH 45040-2227

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10271802737 | Customer No: 530001245234 | | Order No: 414287812 | | Page 1 of 1 |
|---|---|---|---|---|---|---|

| Purchase Order: | 201810101222848 | Waybill Number: | 463562826010 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 10/11/2018 |
| Due Date: | 11/10/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 10/11/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-AMBM | **Dell 23 Monito - E2318H** | 1 | EA | 119.99 | 119.99 |
| | System Service Tags:4V894R2 | | | | |
| 814-9340 | Dell Limited Hardware Warranty | 1 | EA | - | - |
| 814-9341 | Advanced Exchange Service, 3 Years | 1 | EA | - | - |

*FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.*

|  |  | USD |
|---|---|---|
| Sub-Total: | $ | 119.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 119.99 | $ | 0.00 |
| Invoice Total: | $ | 119.99 |

....................................................................................................................................................



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10271802737
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201810101222848
Order Number: 414287812

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

|  |  | USD |
|---|---|---|
| Sub-Total: | $ | 119.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 119.99 | $ | 0.00 |
| Invoice Total: | $ | 119.99 |
| | | |
| Balance Due: | $ | 119.99 |
| Amount Enclosed: | | |

01027180273700000000119990530001245344

**Exhibit 2**



November 2,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **463562826010**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Mason, OH |
| Signed for by: | Signature not required | Delivery date: | Oct 13, 2018 09:41 |
| Service type: | FedEx Home Delivery | | |
| Special Handling: | | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 463562826010 | Ship date: | Oct 11, 2018 |
| | | Weight: | 11.1 lbs/5.0 kg |

| | |
|---|---|
| Recipient: | Shipper: |
| MASON, OH US | MOUNT JULIET, TN US |

| | |
|---|---|
| Reference | none |
| Reference | 414287812 |
| Purchase order number: | 201810101222848 |
| Shipment Id | 463562826010 |
| Invoice number | PLAN.1041276980-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
ALAN GOODALE
8 GREAT HILLWOOD RD
MOODUS, CT 06469-1217

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10272052212 | Customer No: 530001245234 | | Order No: 414763069 | | Page 1 of 1 |
|---|---|---|---|---|---|---|

| Purchase Order: | 201810121232208 | Waybill Number: | 1Z1836810332762817 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the Invoice date | Order Date: | 10/12/2018 |
| Due Date: | 11/11/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 10/12/2018 | Shipped Via: | UPS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| AA166665 | Samsung No Gap WMN-M22EB Wall Mount for LCD TV - for Samsung QE55, QE65, QE75, QN55, QN65, QN75 | 1 | EA | 115.99 | 115.99 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 115.99 |
| Shp. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 115.99 | $ | 0.00 |
| Invoice Total: | $ | 115.99 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10272052212
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201810121232208
Order Number: 414763069

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 115.99 |
| Shp. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 115.99 | $ | 0.00 |
| Invoice Total: | $ | 115.99 |
| | | |
| | | |
| Balance Due: | $ | 115.99 |
| Amount Enclosed: | | |

0102720522120000000011599005300012452342

**Exhibit 2**

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z1836810332762817

**Weight**
9.00 LBS

**Service**
UPS Ground

**Shipped / Billed On**
10/13/2018

**Delivered On**
10/15/2018 9:44 A.M.

**Delivered To**
MOODUS, CT, US
**Received By**
DRIVER RELEASE

**Left At**
Front Door

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/02/2018 11:11 A.M. EST



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
KARINA VAZQUEZ
1113 HOLLY DR
LODI, CA 95240-1623

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10272114916 | Customer No: 530001245234 | | Order No: 412534157 | | Page 1 of 2 |
|---|---|---|---|---|---|---|

| Purchase Order: | 201810041159190 | Waybill Number: | 461361582023540 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 10/05/2018 |
| Due Date: | 11/11/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 10/12/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-AOEE | **Inspiron 11 3000 Series (AMD) - 3185** | 1 | EA | 279.99 | 279.99 |
| | System Service Tags:8R911P2 | | | | |
| 338-BODT | 7th Generation AMD A6-9220e Processor with Radeon(TM) R4 Graphics | 1 | EA | - | - |
| 619-AHCP | Windows 10 Home (64Bit) English | 1 | EA | - | - |
| 370-ACRY | 4GB, DDR4, 2400MHz | 1 | EA | - | - |
| 400-AVXX | 32GB eMMC Storage | 1 | EA | - | - |
| 490-BCNL | Integrated graphics with AMD APU | 1 | EA | - | - |
| 391-BDOM | 11.6-inch HD (1366 x 768) LED-Backlit Touch Display | 1 | EA | - | - |
| 320-BCNR | Touch LCD Back Cover - Foggy Night | 1 | EA | - | - |
| 555-BDPK | Dell Wireless 1707 Card (802.11bgn + Bluetooth 4.0, 1x1) | 1 | EA | - | - |
| 451-BCEI | 32 WHr, 2-Cell Battery(Integrated) | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 279.99 |
| Shp. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 5.00 |
| Taxable: | | |
| $ | 0.00 | Tax: |
| Non-Taxable: | $ | 0.00 |
| $ | 284.99 | |
| Invoice Total: | $ | 284.99 |

DETACH AT LINE AND RETURN WITH PAYMENT

Invoice No: 10272114916
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201810041159190
Order Number: 412534157

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 279.99 |
| Shp. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 5.00 |
| Taxable: | | |
| $ | 0.00 | Tax: |
| Non-Taxable: | $ | 0.00 |
| $ | 284.99 | |
| Invoice Total: | $ | 284.99 |
| | | |
| | | |
| Balance Due: | $ | 284.99 |
| Amount Enclosed: | | |

01027211491600000000284990053000012452345

**Exhibit 2**

**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
KARINA VAZQUEZ
1113 HOLLY DR
LODI, CA 95240-1623

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE and POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10272114916 | Customer No: 530001245234 | Order No: 412534157 | Page 2 of 2 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | 201810041159190 | Waybill Number: | 461361582023540 |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 10/05/2018 |
| Due Date: | 11/11/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 10/12/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 346-BCSY | Palmrest, Grey | 1 | EA | - | - |
| 580-AEQZ | Standard Keyboard, English | 1 | EA | - | - |
| 450-AEHK | 45 Watt AC Adapter | 1 | EA | - | - |
| 450-AAHV | US Power Cord | 1 | EA | - | - |
| 811-BBBC | Return Label | 1 | EA | - | - |
| 340-AGUD | Safety/Environment and Regulatory Guide (English/French) | 1 | EA | - | - |
| 332-1530 | Dell.com Order | 1 | EA | - | - |
| 658-BDBZ | Additional Software | 1 | EA | - | - |
| 328-BCHP | Shipping Material | 1 | EA | - | - |
| 389-BKKG | Energy Star Label | 1 | EA | - | - |
| 332-1286 | US Order | 1 | EA | - | - |
| 631-ABRZ | Windows System Management Software | 1 | EA | - | - |
| 340-CBNN | Placemat (English, French, Spanish) | 1 | EA | - | - |
| 658-BDUO | Wireless 1707 Driver | 1 | EA | - | - |
| 340-ACQQ | No Option Included | 1 | EA | - | - |
| 998-CVTG | Fixed Hardware Configuration | 1 | EA | - | - |
| 340-ARLX | Windows 10 Compact OS Info | 1 | EA | - | - |
| 257-BBGE | System Regulatory Label | 1 | EA | - | - |
| 804-9274 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 804-9276 | Mail In Service after Remote Diagnosis, 1 Year | 1 | EA | - | - |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | - |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 2,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **461361582023540**.

## Delivery Information:

| Status: | Delivered | Delivery location: | Lodi, CA |
|---|---|---|---|
| Signed for by: | Signature not required | Delivery date: | Oct 15, 2018 13:27 |
| Service type: | FedEx Home Delivery | | |
| Special Handling: | | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

## Shipping Information:

| Tracking number: | 461361582023540 | Ship date: | Oct 12, 2018 |
|---|---|---|---|
| | | Weight: | 4.4 lbs/2.0 kg |

| Recipient: | Shipper: |
|---|---|
| LODI, CA US | CITY OF INDUSTRY, CA US |

| Reference | none |
|---|---|
| Purchase order number: | 201810041159190 |
| Shipment Id | 461361582023540 |
| Invoice number | PLAN.1040976409-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**INVOICE**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
KAIHANG SHI
521 THE GREENS CIR APT 321
APT 321
RALEIGH, NC 27606-5286

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10264622542 | Customer No: 530001245234 | Order No: 401069066 | Page 1 of 2 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Purchase Order: | 201808250071789 | Waybill Number: | 461347792338605 | |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 08/30/2018 | |
| Due Date: | 10/04/2018 | Sales Rep: | MARKETPLACE ONLINE | |
| Invoice Date: | 09/04/2018 | Shipped Via: | FEDERAL EXPRESS | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-AOYM | **XPS 15 (9570)** | 1 | EA | 1,449.99 | 1,449.99 |
| | System Service Tags:7DRWSQ2 | | | | |
| 619-ANOK | Windows 10 Home 64bit English | 1 | EA | - | - |
| 338-BOMQ | 8th Generation Intel(R) Core(TM) i7-8750H Processor (9M Cache, up to 4.1 GHz, 6 cores) | 1 | EA | - | - |
| 370-ACUY | 16GB, 2x8GB, DDR4, 2666MHz | 1 | EA | - | - |
| 400-AXJZ | 256GB M.2 2280 PCIe Solid State Drive | 1 | EA | - | - |
| 490-BENP | NVIDIA(R) GeForce(R) GTX 1050Ti with 4GB GDDR5 | 1 | EA | - | - |
| 320-BCPD | Silver Machined Aluminum Back Cover | 1 | EA | - | - |
| 391-BDTB | 15.6" FHD (1920 x 1080) InfinityEdge Anti-Glare Non-touch IPS 100% sRGB 400-Nits display | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 1,499.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: | | |
| $ | 0.00 | Tax: |
| Non-Taxable: | | $ | 0.00 |
| $ | 1,499.99 | |
| Invoice Total: | $ | 1,499.99 |

---

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10264622542
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201808250071789
Order Number: 401069066



**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816



EXHIBIT
**B**

| | | USD |
|---|---|---|
| Sub-Total: | $ | 1,499.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: | | |
| $ | 0.00 | Tax: |
| Non-Taxable: | | $ | 0.00 |
| $ | 1,499.99 | |
| Invoice Total: | $ | 1,499.99 |
| | | |
| | | |
| Balance Due: | $ | 1,499.99 |
| Amount Enclosed: | | |

0102646225420000000149999005300012452346

**Exhibit 2**

**D∅LL**

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
KAIHANG SHI
521 THE GREENS CIR APT 321
APT 321
RALEIGH, NC 27606-5286

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10264622542 | Customer No: 530001245234 | | Order No: 401069066 | | Page 2 of 2 |
|---|---|---|---|---|---|---|

| Purchase Order: | 201808250071789 | Waybill Number: | 461347792338605 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 08/30/2018 |
| Due Date: | 10/04/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/04/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 555-BCRM | Killer 1535 802.11ac 2x2 WiFi and Bluetooth 4.2 | 1 | EA | - | - |
| 555-BEMX | XPS 15 Wireless Antenna | 1 | EA | - | - |
| 451-BCGF | 6-Cell 97WHr Integrated | 1 | EA | - | - |
| 580-AHEJ | Backlit English Keyboard with Fingerprint Reader | 1 | EA | - | - |
| 555-BEKE | Killer 1535 Driver | 1 | EA | - | - |
| 340-AAMU | E5 Power Cord for 3-pin Adapter (US/China) | 1 | EA | - | - |
| 631-ABUX | XPS 15 Software | 1 | EA | - | - |
| 340-CEFY | Placemat for English, Portuguese Brazil, French, Spanish, Dutch | 1 | EA | - | - |
| 332-1286 | US Order | 1 | EA | - | - |
| 811-BBBC | Return Label | 1 | EA | - | - |
| 332-1530 | Dell.com Order | 1 | EA | - | - |
| 340-AGIK | Safety/Environment and Regulatory Guide (English/French Multi-language) | 1 | EA | - | - |
| 340-BKXP | XPS15 Shipping Material - Direct Only | 1 | EA | - | - |
| 450-AHFL | 130W Power Adapter | 1 | EA | - | - |
| 998-CXSJ | Fixed Hardware Configuration | 1 | EA | - | - |
| 389-CGBC | 8th Generation Intel(R) Core(TM) i7 Processor Label | 1 | EA | - | - |
| 340-ACQQ | No Option Included | 1 | EA | - | - |
| 801-0978 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 801-1012 | Mail In Service after Remote Diagnosis, 1 Year | 1 | EA | - | - |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | - |
| 658-BCUJ | Additional Software | 1 | EA | - | - |
| 525-0036 | McAfee Live Safe XPS 12 Month Subscription | 1 | EA | 50.00 | 50.00 |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **461347792338605**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Raleigh, NC |
| Signed for by: | TPAGE | Delivery date: | Sep 11, 2018 12:34 |
| Service type: | FedEx Home Delivery | | |
| Special Handling: | Indirect Signature Required | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 461347792338605 | Ship date: | Sep 7, 2018 |
| | | Weight: | 7.4 lbs/3.4 kg |

**Recipient:**
RALEIGH, NC US

**Shipper:**
CHICAGO, IL US

**Reference**                              none
**Purchase order number:**      201808250071789
**Shipment Id**                        461347792338605
**Invoice number**                   PLAN.1039131945-1_DAO

Thank you for choosing FedEx.

**Exhibit 2**



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

| **Invoice** |
| --- |

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
BRYAN COLLIER
6090 DICK PRICE RD
FORT WORTH, TX 76140-7844

**PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION**
**VIEW YOUR ORDER DETAILS ONLINE**

| Invoice No: | 10263931079 | Customer No: 530001245234 | Order No: 401253181 | Page 1 of 1 |
| --- | --- | --- | --- | --- |

| Purchase Order: | 201808300106554 | Waybill Number: | 1Z8W103V0316529561 |
| --- | --- | --- | --- |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 08/30/2018 |
| Due Date: | 09/29/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 08/30/2018 | Shipped Via: | UPS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
| --- | --- | --- | --- | --- | --- |
| A0609853 | SWISSGEAR SYNERGY-COMPUTER BACKPACK | 1 | EA | 59.99 | 59.99 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | | USD |
| --- | --- | --- | --- |
| Sub-Total: | $ | | 59.99 |
| Shlp. &/or Handling: | $ | | 0.00 |
| ENVIRO FEE: | $ | | 0.00 |
| Taxable: | | | |
| $ | 0.00 | Tax: | |
| Non-Taxable: | $ | | 0.00 |
| $ | 59.99 | | |
| Invoice Total: | $ | | 59.99 |

························································································································

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10263931079
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201808300106554
Order Number: 401253181



**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | | USD |
| --- | --- | --- | --- |
| Sub-Total: | $ | | 59.99 |
| Shlp. &/or Handling: | $ | | 0.00 |
| ENVIRO FEE: | $ | | 0.00 |
| Taxable: | | | |
| $ | 0.00 | Tax: | |
| Non-Taxable: | $ | | 0.00 |
| $ | 59.99 | | |
| Invoice Total: | $ | | 59.99 |
| | | | |
| Balance Due: | $ | | 59.99 |
| Amount Enclosed: | | | |

01026393107900000000005999005300012452348

**Exhibit 2**

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z8W103V0316529561

**Weight**
4.60 LBS

**Service**
UPS Ground

**Shipped / Billed On**
08/31/2018

**Delivered On**
09/01/2018 10:25 A.M.

**Delivered To**
FORT WORTH, TX, US
**Received By**

DRIVER RELEASE

**Left At**
Front Door

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/01/2018 2:41 P.M. EST

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales:  (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
TAMARA BOISVERT
6260 AINSWORTH RD
COCOA, FL 32927-8949

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10264150977 | Customer No: 530001245234 | Order No: 401555866 | Page 1 of 1 |
|---|---|---|---|---|

| Purchase Order: | 201808290100662 | Waybill Number: | 454645003609 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 08/31/2018 |
| Due Date: | 09/30/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 08/31/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-ALFF | **Dell 22 Monitor - S2218H** | 1 | EA | 149.99 | 149.99 |
| | System Service Tags:BJP6VH2 | | | | |
| 814-5319 | Dell Limited Hardware Warranty | 1 | EA | - | - |
| 814-5320 | Advanced Exchange Service, 1 Year | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | | USD |
|---|---|---|---|
| Sub-Total: | | $ | 149.99 |
| Ship. &/or Handling: | | $ | 0.00 |
| ENVIRO FEE: | | $ | 0.00 |
| Taxable: | | Tax: | |
| $ | 0.00 | | |
| Non-Taxable: | | $ | 0.00 |
| $ | 149.99 | | |
| Invoice Total: | | $ | 149.99 |

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10264150977
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201808290100662
Order Number: 401555866

Make check payable / remit to :

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | | USD |
|---|---|---|---|
| Sub-Total: | | $ | 149.99 |
| Ship. &/or Handling: | | $ | 0.00 |
| ENVIRO FEE: | | $ | 0.00 |
| Taxable: | | Tax: | |
| $ | 0.00 | | |
| Non-Taxable: | | $ | 0.00 |
| $ | 149.99 | | |
| Invoice Total: | | $ | 149.99 |
| Balance Due: | | $ | 149.99 |
| Amount Enclosed: | | | |

01026415097700000000149990053000124 52347

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **454645003609**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Residence |
| Signed for by: | Signature not required | Delivery location: | COCOA, FL |
| Service type: | FedEx Express Saver | Delivery date: | Sep 5, 2018 11:05 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 454645003609 | Ship date: | Sep 3, 2018 |
| | | Weight: | 12.0 lbs/5.4 kg |

| | |
|---|---|
| Recipient: | Shipper: |
| COCOA, FL US | MOUNT JULIET, TN US |

| | |
|---|---|
| Reference | 401555866 |
| Purchase order number: | 201808290100662 |
| Invoice number | PLAN.1039201656-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
JOE M GONZALEZ
6427 BOWTRAIL, 6427 BOWTRAIL
HOUSTON, TX 77084

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10264235588 | Customer No: 530001245234 | Order No: 401716831 | Page 1 of 2 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | 201808310142566 | Waybill Number: | 459776877640 |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 08/31/2018 |
| Due Date: | 10/01/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/01/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-AKHZ | **Inspiron Desktop 3668** | 1 | EA | 445.60 | 445.60 |
| | System Service Tags:9G701Q2 | | | | |
| 338-BKZF | 7th Generation Intel(R) Core(TM) I5-7400 processor (6MB Cache, up to 3.50 GHz) | 1 | EA | - | - |
| 619-AHCQ | Windows 10 Home (64bit) English | 1 | EA | - | - |
| 370-ADJM | 12GB DDR4 at 2400MHz | 1 | EA | - | - |
| 400-AMXY | 1TB 7200RPM Hard Drive | 1 | EA | - | - |
| 490-BDMO | Intel UHD Graphics 630 with shared graphics memory | 1 | EA | - | - |
| 429-AAYS | DVDRW Optical Drive | 1 | EA | - | - |
| 510-BBCC | HD Audio with Waves MaxxAudio | 1 | EA | - | - |
| 555-BDIY | Dell Wireless 1707 Card (802.11BGN + Bluetooth 4.0, 2.4 GHz) | 1 | EA | - | - |
| 580-ADJC | Dell KB216 Wired Multi-Media Keyboard English Black | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 479.97 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: | | |
| $ | 0.00 | Tax: |
| Non-Taxable: | $ | 0.00 |
| $ | 479.97 | |
| Invoice Total: | $ | 479.97 |

------------------------------------------------------------------------



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10264235588
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201808310142566
Order Number: 401716831

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 479.97 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: | | |
| $ | 0.00 | Tax: |
| Non-Taxable: | $ | 0.00 |
| $ | 479.97 | |
| Invoice Total: | $ | 479.97 |
| | | |
| | | |
| Balance Due: | $ | 479.97 |
| Amount Enclosed: | | |

01026423558800000000047997005300012452341

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
JOE M GONZALEZ
6427 BOWTRAIL, 6427 BOWTRAIL
HOUSTON, TX 77084

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10264235588 | Customer No: 530001245234 | Order No: 401716831 | Page 2 of 2 |
|---|---|---|---|---|

| Purchase Order: | 201808310142566 | Waybill Number: | 459776877640 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 08/31/2018 |
| Due Date: | 10/01/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/01/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 275-BBBW | Dell MS116 Wired Mouse, Black | 1 | EA | - | - |
| 450-AAGO | US Power Cord | 1 | EA | - | - |
| 668-BBTV | CMS Essentials DVD no Media | 1 | EA | - | - |
| 811-BBBC | Return Label | 1 | EA | - | - |
| 340-AGIK | Safety/Environment and Regulatory Guide (English/French Multi-language) | 1 | EA | - | - |
| 332-1530 | Dell.com Order | 1 | EA | - | - |
| 389-BDBY | No Label | 1 | EA | - | - |
| 658-BCUN | Additional Software | 1 | EA | - | - |
| 389-BLSV | Intel Core I5 Processor Kabylake Label | 1 | EA | - | - |
| 340-APVH | Packaging Inspiron 3650/55 | 1 | EA | - | - |
| 640-BBPK | Ship Information | 1 | EA | - | - |
| 340-ACQQ | No Option Included | 2 | EA | - | - |
| 332-1286 | US Order | 1 | EA | - | - |
| 340-AFOG | Onboard Audio Royalty Information | 1 | EA | - | - |
| 340-BKBL | Placemat W10 | 1 | EA | - | - |
| 340-BJTE | Dell Dual Band Wireless 1707 Driver | 1 | EA | - | - |
| 480-AAJX | Display Not Included | 1 | EA | - | - |
| 998-CLUG | Fixed Hardware Configuration | 1 | EA | - | - |
| 520-AABF | External Speaker Not Included | 1 | EA | - | - |
| 321-BCLZ | Chassis with NPFC | 1 | EA | - | - |
| 389-BUCL | Regulatory label Inspiron 3668 | 1 | EA | - | - |
| 817-BBBP | None Required | 1 | EA | - | - |
| 801-1699 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 801-1732 | Mail In Service after Remote Diagnosis, 1 Year | 1 | EA | - | - |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | - |
| 525-0033 | McAfee LiveSafe Consumer 12 Month Subscription | 1 | EA | 34.37 | 34.37 |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **459776877640**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Residence |
| Signed for by: | Signature not required | Delivery location: | HOUSTON, TX |
| Service type: | FedEx Express Saver | Delivery date: | Sep 4, 2018 10:44 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 459776877640 | Ship date: | Sep 2, 2018 |
| | | Weight: | 18.0 lbs/8.2 kg |
| Recipient: | | Shipper: | |
| HOUSTON, TX US | | MOUNT JULIET, TN US | |
| Reference | | 401716831 | |
| Purchase order number: | | 201808310142566 | |
| Invoice number | | PLAN.1039210279-1_DAO | |

Thank you for choosing FedEx.

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
MARJORIE UCROS
11644 FOREST HILL CT
FAIRFAX, VA 22030-5630

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10264379924 | Customer No: 530001245234 | | Order No: 401824205 | Page 1 of 1 |
|---|---|---|---|---|---|

| Purchase Order: | 201809010148340 | Waybill Number: | 1ZR5A146YW00703221 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/01/2018 |
| Due Date: | 10/02/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/02/2018 | Shipped Via: | UPS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 460-BCIY | Dell Premier Sleeve 13 (Alpine White) - XPS 13 2-in 1 9365 and XPS 13 9370 | 1 | EA | 29.99 | 29.99 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 29.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 29.99 | $ | 0.00 |
| Invoice Total: | $ | 29.99 |

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10264379924
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809010148340
Order Number: 401824205



Make check payable / remit to :

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 29.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 29.99 | $ | 0.00 |
| Invoice Total: | $ | 29.99 |
| Balance Due: | $ | 29.99 |
| Amount Enclosed: | | |

01026437992400000000029990053000124523 45

**Exhibit 2**

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1ZR5A146YW00703221

**Weight**

1.50 LBS

**Service**

UPS SurePost

**Shipped / Billed On**

09/04/2018

**Delivered On**

09/07/2018 4:56 P.M.

**Delivered To**

VA, US
**Left At**

Mailbox

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/01/2018 3:02 P.M. EST

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
HECTOR TOLABA
2206 NW 170 AVE
HOLLYWOOD, FL 33028-2005

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: 10264789154 | Customer No: 530001245234 | Order No: 402153018 | Page 1 of 1 |
|---|---|---|---|

| Purchase Order: | 201809030169740 | Waybill Number: | 1Z1836920363974411 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/04/2018 |
| Due Date: | 10/04/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/04/2018 | Shipped Via: | UPS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| A9829741 | Epson Expression Premium XP-640 Inkjet Printer - Multifunction WI-FI X2DZ335532 | 1 | EA | 79.99 | 79.99 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 79.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 79.99 | $ | 0.00 |
| Invoice Total: | $ | 79.99 |



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10264789154
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809030169740
Order Number: 402153018

Make check payable / remit to :

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 79.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 79.99 | $ | 0.00 |
| Invoice Total: | $ | 79.99 |
| | | |
| | | |
| Balance Due: | $ | 79.99 |
| Amount Enclosed: | | |

0102647891540000000007999005300012452340

**Exhibit 2**

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z1836920363974411

**Weight**

19.00 LBS

**Service**

UPS Ground

**Shipped / Billed On**

09/05/2018

**Delivered On**

09/07/2018 6:11 P.M.

**Delivered To**

PEMBROKE PINES, FL, US
**Received By**

DRIVER RELEASE

**Left At**

Front Door

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/01/2018 3:12 P.M. EST

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
KEVIN BLAKE
403 GRASSY POINT RD
APEX, NC 27502-3773

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10264659526 | Customer No: 530001245234 | | Order No: 401959316 | Page 1 of 1 |
|---|---|---|---|---|---|
| Purchase Order: | 201809020160199 | | Waybill Number: | 1Z1836920363971512 | |
| Payment Terms: | Due 30 days from the invoice date | | Order Date: | 09/03/2018 | |
| Due Date: | 10/04/2018 | | Sales Rep: | MARKETPLACE ONLINE | |
| Invoice Date: | 09/04/2018 | | Shipped Via: | UPS | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| A9829741 | Epson Expression Premium XP-640 Inkjet Printer - Multifunction WI-FI | 1 | EA | 79.99 | 79.99 |
| | X2DZ335524 | | | | |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | | USD |
|---|---|---|---|
| Sub-Total: | $ | | 79.99 |
| Shp. &/or Handling: | $ | | 0.00 |
| ENVIRO FEE: | $ | | 0.00 |
| Taxable: | | | |
| $ | 0.00 | Tax: | |
| Non-Taxable: | $ | | 0.00 |
| $ | 79.99 | | |
| Invoice Total: | $ | | 79.99 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



*Make check payable / remit to :*

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10264659526
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809020160199
Order Number: 401959316

| | | | USD |
|---|---|---|---|
| Sub-Total: | $ | | 79.99 |
| Shp. &/or Handling: | $ | | 0.00 |
| ENVIRO FEE: | $ | | 0.00 |
| Taxable: | | | |
| $ | 0.00 | Tax: | |
| Non-Taxable: | $ | | 0.00 |
| $ | 79.99 | | |
| Invoice Total: | $ | | 79.99 |
| | | | |
| | | | |
| Balance Due: | $ | | 79.99 |
| Amount Enclosed: | | | |

01026465952600000000079990053000124 52341

**Exhibit 2**

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z1836920363971512

**Weight**

19.00 LBS

**Service**

UPS Ground

**Shipped / Billed On**

09/05/2018

**Delivered On**

09/06/2018 1:54 P.M.

**Delivered To**

APEX, NC, US

**Received By**

DRIVER RELEASE

**Left At**

Front Door

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/01/2018 3:08 P.M. EST



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
CHRIS KOCH
59 WESTWOOD DR
FREMONT, OH 43420-9637

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10264521299 | Customer No: 530001245234 | Order No: 401935043 | Page 1 of 2 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | 201808310142748 | Waybill Number: | 453521131811 |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/02/2018 |
| Due Date: | 10/04/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/04/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-ANCP | Inspiron 15 5000 Series - 5570 | 1 | EA | 561.02 | 561.02 |
| | System Service Tags:GCS3DQ2 | | | | |
| 338-BMTZ | 8th Generation Intel(R) Core(TM) i5-8250U Processor (6MB Cache, up to 3.4 GHz) | 1 | EA | - | - |
| 619-AHCY | Windows 10 Home (64bit) English | 1 | EA | - | - |
| 370-ACRZ | 8GB, DDR4, 2400MHz | 1 | EA | - | - |
| 400-ARBX | 256GB Solid State Drive | 1 | EA | - | - |
| 490-BDXR | Intel(R) UHD Graphics 620 with shared graphic memory | 1 | EA | - | - |
| 391-BDJJ | 15.6-inch FHD (1920 x 1080) Anti-glare LED-Backlit Display | 1 | EA | - | - |
| 429-AAJV | Tray load DVD Drive (Reads and Writes to DVD/CD) | 1 | EA | - | - |
| 320-BCIC | Non-Touch LCD Back Cover - Platinum Silver | 1 | EA | - | - |
| 555-BCJN | Intel 3165AC + BT4.2 (802.11ac + Bluetooth 4.2, Dual Band 2.4&5 GHz, 1x1) | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 599.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable:<br>$ | 0.00 | Tax: |
| Non-Taxable:<br>$ | 599.99 | $ 0.00 |
| Invoice Total: | $ | 599.99 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10264521299
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201808310142748
Order Number: 401935043



**Make check payable / remit to:**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 599.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable:<br>$ | 0.00 | Tax: |
| Non-Taxable:<br>$ | 599.99 | $ 0.00 |
| Invoice Total: | $ | 599.99 |
| Balance Due: | $ | 599.99 |
| Amount Enclosed: | | |

0102645212990000000005999900530001245234 9

**Exhibit 2**

**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
CHRIS KOCH
59 WESTWOOD DR
FREMONT, OH 43420-9637

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10264521299 | Customer No: 530001245234 | Order No: 401935043 | Page 2 of 2 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | 201808310142748 | Waybill Number: | 453521131811 |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/02/2018 |
| Due Date: | 10/04/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/04/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 451-BCBS | 42WHr, 3-Cell Battery (Integrated) | 1 | EA | - | - |
| 583-BDGJ | Backlit Keyboard | 1 | EA | - | - |
| 450-AEHK | 45 Watt AC Adapter | 1 | EA | - | - |
| 470-AACI | Power Cord, 125V, 1M, US | 1 | EA | - | - |
| 658-BBTV | CMS Essentials DVD no Media | 1 | EA | - | - |
| 811-BBBC | Return Label | 1 | EA | - | - |
| 340-AGIK | Safety/Environment and Regulatory Guide (English/French Multi-language) | 1 | EA | - | - |
| 332-1530 | Dell.com Order | 1 | EA | - | - |
| 389-BLNK | Palmrest Label for Non-Touch FHD Screen (English) | 1 | EA | - | - |
| 658-BCUN | Additional Software | 1 | EA | - | - |
| 389-CGBB | Intel(R) Core(TM) i5 Processor Label | 1 | EA | - | - |
| 328-BCRP | Shipping Material | 1 | EA | - | - |
| 389-BKKG | Energy Star Label | 1 | EA | - | - |
| 332-1286 | US Order | 1 | EA | - | - |
| 631-ABND | Windows System Driver | 1 | EA | - | - |
| 340-BWHW | Placemat Documentation | 1 | EA | - | - |
| 658-BDRQ | Intel 3165 Wireless Driver | 1 | EA | - | - |
| 340-ACQQ | No Option Included | 1 | EA | - | - |
| 998-CRSS | Fixed Hardware Configuration | 1 | EA | - | - |
| 346-BCNQ | Palmrest with Fingerprint Reader - Platinum Silver | 1 | EA | - | - |
| 389-CGJD | COO Label for UMA | 1 | EA | - | - |
| 817-BBBV | Information Only | 1 | EA | - | - |
| 801-2803 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 801-2836 | Mail In Service after Remote Diagnosis, 1 Year | 1 | EA | - | - |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | - |
| 525-0033 | McAfee LiveSafe Consumer 12 Month Subscription | 1 | EA | 38.97 | 38.97 |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **453521131811**.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Residence |
| Signed for by: | Signature not required | Delivery date: | Sep 6, 2018 12:24 |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 453521131811 | Ship date: | Sep 4, 2018 |
| | | Weight: | 7.0 lbs/3.2 kg |

**Recipient:**                                           **Shipper:**

Thank you for choosing FedEx.

**Exhibit 2**



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
THARM KUGARAJAH
3307 PRINCE WILLIAM DR
FAIRFAX, VA 22031-3021

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE and POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10264701404 | Customer No: 530001245234 | Order No: 402148000 | Page 1 of 2 |
|---|---|---|---|---|

| Purchase Order: | 201809030170167 | Waybill Number: | 459776933985 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/04/2018 |
| Due Date: | 10/04/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/04/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-ALKZ | **Inspiron All-In-One 5475** | 1 | EA | 529.60 | 529.60 |
| | System Service Tags:1RK7YH2 | | | | |
| 338-BLQJ | AMD Bristol Ridge A10-9700E (35W) | 1 | EA | - | - |
| 619-AHCY | Windows 10 Home (64bit) English | 1 | EA | - | - |
| 370-ACSD | 8GB, DDR4,2400MHz (additional memory sold separately) | 1 | EA | - | - |
| 400-AHHF | 1TB (64MB Cache) 7200 RPM SATA 6Gb/s | 1 | EA | - | - |
| 490-BDPQ | AMD Integrated Graphic | 1 | EA | - | - |
| 429-AAMQ | Optical Drive not included | 1 | EA | - | - |
| 555-BCYV | 802.11ac + Bluetooth 4.1, Dual Band 2.4&5 GHz, 2x2 | 1 | EA | - | - |
| 580-AFDF | Dell KM636 Wireless Keyboard & Mouse White | 1 | EA | - | - |
| 570-AADI | Mouse Included with Keyboard | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 649.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ | 0.00 Tax: | |
| Non-Taxable: $ | 649.99 | $ 0.00 |
| Invoice Total: | $ | 649.99 |

---



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10264701404
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809030170167
Order Number: 402148000

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 649.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ | 0.00 Tax: | |
| Non-Taxable: $ | 649.99 | $ 0.00 |
| Invoice Total: | $ | 649.99 |
| Balance Due: | $ | 649.99 |
| Amount Enclosed: | | |

01026470140400000000649990053000124523 45

**Exhibit 2**

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
THARM KUGARAJAH
3307 PRINCE WILLIAM DR
FAIRFAX, VA 22031-3021

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE and POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10264701404 | Customer No: 530001245234 | Order No: 402148000 | Page 2 of 2 |
|---|---|---|---|---|

| Purchase Order: | 201809030170167 | Waybill Number: | 459776933985 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/04/2018 |
| Due Date: | 10/04/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/04/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 391-BDHB | 23.8-inch FHD Anti-Glare Narrow Border AIT Infinity Touch Display with Wide Viewing Angle (IPS), RGB and IR Camera | 1 | EA | 80.26 | 80.26 |
| 450-AFWY | 130 Watt AC Adapter | 1 | EA | - | - |
| 450-AAHV | US Power Cord | 1 | EA | - | - |
| 379-BBPP | No Power DVD | 1 | EA | - | - |
| 391-BDHQ | Articulated stand for Touch LCD only | 1 | EA | - | - |
| 811-BBBC | Return Label | 1 | EA | - | - |
| 340-AGUD | Safety/Environment and Regulatory Guide (English/French) | 1 | EA | - | - |
| 389-BDCH | Retail POD | 1 | EA | - | - |
| 658-BCUN | Additional Software | 1 | EA | - | - |
| 340-BSHM | Packaging for Articulated stand | 1 | EA | - | - |
| 389-BKKG | Energy Star Label | 1 | EA | - | - |
| 332-1286 | US Order | 1 | EA | - | - |
| 634-BLIJ | MOD-SRV,SW,WIN10,INSP,5475 | 1 | EA | - | - |
| 340-ABRP | Direct Ship | 1 | EA | - | - |
| 340-BSLF | MOD,PLCMT,GETS,INSP24,5475,D/B | 1 | EA | - | - |
| 640-BBJB | ODM Info | 1 | EA | - | - |
| 658-BDOO | Dell Wireless 1820 Card (802.11AC Dual-Band Wi-Fi + Bluetooth 4.1) | 1 | EA | - | - |
| 340-ACQQ | No Option Included | 1 | EA | - | - |
| 998-CNMQ | Fixed Hardware Configuration | 1 | EA | - | - |
| 389-BUIY | Regulatory label (UMA) | 1 | EA | - | - |
| 801-0876 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 801-0908 | Mail In Service after Remote Diagnosis, 1 Year | 1 | EA | - | - |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | - |
| 525-0033 | McAfee LiveSafe Consumer 12 Month Subscription | 1 | EA | 40.13 | 40.13 |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 1, 2018

Dear Customer:

The following is the proof-of-delivery for tracking number **459776933985**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Residence |
| **Signed for by:** | Signature not required | **Delivery location:** | FAIRFAX, VA |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Sep 7, 2018 15:23 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 459776933985 | **Ship date:** | Sep 4, 2018 |
| | | **Weight:** | 27.0 lbs/12.2 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| FAIRFAX, VA US | MOUNT JULIET, TN US |
| **Reference** | 402148000 |
| **Purchase order number:** | 201809030170167 |
| **Invoice number** | PLAN.1039320100-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
SHANE JAMERSON
1491 WILSON CT
MILLBURY, OH 43447-9698

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10264962440 | Customer No: 530001245234 | | Order No: 402626849 | | Page 1 of 1 |
|---|---|---|---|---|---|---|

| Purchase Order: | 201809050180970 | Waybill Number: | 1Z8W102W0334716207 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/05/2018 |
| Due Date: | 10/05/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/05/2018 | Shipped Via: | UPS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| A9916331 | 3Dconnexion CadMouse USB 2.4 GHz Bluetooth 4.0 | 1 | EA | 99.99 | 99.99 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 99.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 99.99 | $ | 0.00 |
| Invoice Total: | $ | 99.99 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



*DETACH AT LINE AND RETURN WITH PAYMENT*
Invoice No: 10264962440
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809050180970
Order Number: 402626849

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 99.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 99.99 | $ | 0.00 |
| Invoice Total: | $ | 99.99 |
| Balance Due: | $ | 99.99 |
| Amount Enclosed: | | |

0102649624400000000009999005300012452347

**Exhibit 2**

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z8W102W0334716207

**Weight**
1.30 LBS

**Service**
UPS Ground

**Shipped / Billed On**
09/06/2018

**Delivered On**
09/06/2018 3:15 P.M.

**Delivered To**
MILLBURY, OH, US
**Received By**

DRIVER RELEASE

**Left At**
Porch

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/01/2018 3:29 P.M. EST



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
VIRGINIA ALDERSON
19 HEADLEY CIR
BELLA VISTA, AR 72714-6336

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10264855790 | Customer No: 530001245234 | | Order No: 402469463 | | Page 1 of 1 |
|---|---|---|---|---|---|---|

| Purchase Order: | 201809040176554 | Waybill Number: | 437140710347 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/04/2018 |
| Due Date: | 10/05/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/05/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| A9377144 | EZVIZ BD-1424B1 - DVR + camera(s) - wired - LAN 10/100 - 4 channels - 1 x 1 TB - 4 camera(s) | 1 | EA | 199.99 | 199.99 |
| | 173700801 | | | | |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

|  | | USD |
|---|---|---|
| Sub-Total: | $ | 199.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 199.99 | $ | 0.00 |
| Invoice Total: | $ | 199.99 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10264855790
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809040176554
Order Number: 402469463

**Make check payable / remit to :**

*Dell Marketing L.P.*
*C/O Dell USA L.P.*
*PO Box 802816*
*Chicago, IL 60680-2816*

|  | | USD |
|---|---|---|
| Sub-Total: | $ | 199.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 199.99 | $ | 0.00 |
| Invoice Total: | $ | 199.99 |
| | | |
| Balance Due: | $ | 199.99 |
| Amount Enclosed: | | |

01026485579000000001999900530001245234 7

**Exhibit 2**



November 1, 2018

Dear Customer:

The following is the proof-of-delivery for tracking number **437140710347**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | Bella Vista, AR |
| **Signed for by:** | Signature not required | **Delivery date:** | Sep 7, 2018 10:28 |
| **Service type:** | FedEx Home Delivery | | |
| **Special Handling:** | | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 437140710347 | **Ship date:** | Sep 5, 2018 |
| | | **Weight:** | 14.0 lbs/6.4 kg |

**Recipient:**
BELLA VISTA, AR US

**Shipper:**
NEWNAN, GA US

**Reference**              4024694631465501, 201809040176
**Purchase order number:**  4024694631465501, 201809040176
**Shipment Id**            437140710347
**Invoice number**         90168986-00

Thank you for choosing FedEx.

**Exhibit 2**

**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
MARIO TOZO
15761 NE 15TH CT
NORTH MIAMI BEACH, FL 33162-5615

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10264855802 | Customer No: 530001245234 | | Order No: 402601677 | | Page 1 of 1 |
|---|---|---|---|---|---|---|

| Purchase Order: | 201809040179519 | Waybill Number: | 437140710358 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/05/2018 |
| Due Date: | 10/05/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/05/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| A9377144 | EZVIZ BD-1424B1 - DVR + camera(s) - wired - LAN 10/100 - 4 channels - 1 x 1 TB - 4 camera(s) 173700794 | 1 | EA | 199.99 | 199.99 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 199.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |

| Taxable: | | | |
|---|---|---|---|
| $ | 0.00 | Tax: | |
| Non-Taxable: | | $ | 0.00 |
| $ | 199.99 | | |
| Invoice Total: | | $ | 199.99 |

........................................................................................

**DETACH AT LINE AND RETURN WITH PAYMENT**
Invoice No: 10264855802
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809040179519
Order Number: 402601677

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 199.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |

| Taxable: | | | |
|---|---|---|---|
| $ | 0.00 | Tax: | |
| Non-Taxable: | | $ | 0.00 |
| $ | 199.99 | | |
| Invoice Total: | | $ | 199.99 |

| Balance Due: | $ | 199.99 |
|---|---|---|
| Amount Enclosed: | | |

0102648558020000000019999005300012452343

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **437140710358**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | Miami, FL |
| **Signed for by:** | Signature Not Req | **Delivery date:** | Sep 7, 2018 13:37 |
| **Service type:** | FedEx Home Delivery | | |
| **Special Handling:** | | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 437140710358 | **Ship date:** | Sep 5, 2018 |
| | | **Weight:** | 15.0 lbs/6.8 kg |

**Recipient:**
NORTH MIAMI BEACH, FL US

**Shipper:**
NEWNAN, GA US

| | |
|---|---|
| **Reference** | 4026016771669201, 201809040179 |
| **Purchase order number:** | 4026016771669201, 201809040179 |
| **Shipment Id** | 437140710358 |
| **Invoice number** | 90172902-00 |

Thank you for choosing FedEx.

**Exhibit 2**



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com



**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
BERNETHA TARVER
7447 STONEHURST RD N
JACKSONVILLE, FL 32277-3752

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10264962458 | Customer No: 530001245234 | | Order No: 402753908 | | Page 1 of 2 |
|---|---|---|---|---|---|---|

| Purchase Order: | 201809030169584 | Waybill Number: | 459776981027 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/05/2018 |
| Due Date: | 10/05/2018 | Sales Rep: | RISHI KHURANA |
| Invoice Date: | 09/05/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-AKHZ | **Inspiron Desktop 3668** | 1 | EA | 435.81 | 435.81 |
| | System Service Tags:9H311Q2 | | | | |
| 338-BKZF | 7th Generation Intel(R) Core(TM) I5-7400 processor (6MB Cache, up to 3.50 GHz) | 1 | EA | - | - |
| 619-AHCQ | Windows 10 Home (64bit) English | 1 | EA | - | |
| 370-ADJM | 12GB DDR4 at 2400MHz | 1 | EA | - | |
| 400-AMXY | 1TB 7200RPM Hard Drive | 1 | EA | - | |
| 490-BDMO | Intel UHD Graphics 630 with shared graphics memory | 1 | EA | - | |
| 429-AAYS | DVDRW Optical Drive | 1 | EA | - | |
| 510-BBCC | HD Audio with Waves MaxxAudio | 1 | EA | - | |
| 555-BDIY | Dell Wireless 1707 Card (802.11BGN + Bluetooth 4.0, 2.4 GHz) | 1 | EA | - | |
| 580-ADJC | Dell KB216 Wired Multi-Media Keyboard English Black | 1 | EA | - | |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 470.39 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |

| Taxable: | | | |
|---|---|---|---|
| $ | 0.00 | Tax: | |
| Non-Taxable: | | $ | 0.00 |
| $ | 470.39 | | |

| Invoice Total: | $ | 470.39 |
|---|---|---|

......................................................................................................................



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10264962458
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809030169584
Order Number: 402753908

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 470.39 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |

| Taxable: | | | |
|---|---|---|---|
| $ | 0.00 | Tax: | |
| Non-Taxable: | | $ | 0.00 |
| $ | 470.39 | | |

| Invoice Total: | $ | 470.39 |
|---|---|---|
| | | |
| | | |
| Balance Due: | $ | 470.39 |
| Amount Enclosed: | | |

010264962458000000004703900530012452341

**Exhibit 2**

**DELL**

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
BERNETHA TARVER
7447 STONEHURST RD N
JACKSONVILLE, FL 32277-3752

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10264962458 | Customer No: 530001245234 | | Order No: 402753908 | | Page 2 of 2 |
|---|---|---|---|---|---|---|

| Purchase Order: | 201809030169584 | | Waybill Number: | 459776981027 |
|---|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | | Order Date: | 09/05/2018 |
| Due Date: | 10/05/2018 | | Sales Rep: | RISHI KHURANA |
| Invoice Date: | 09/05/2018 | | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 275-BBBW | Dell MS116 Wired Mouse, Black | 1 | EA | - | - |
| 450-AAGO | US Power Cord | 1 | EA | - | - |
| 658-BBTV | CMS Essentials DVD no Media | 1 | EA | - | - |
| 811-BBBC | Return Label | 1 | EA | - | - |
| 340-AGIK | Safety/Environment and Regulatory Guide (English/French Multi-language) | 1 | EA | - | - |
| 332-1530 | Dell.com Order | 1 | EA | - | - |
| 389-BDBY | No Label | 1 | EA | - | - |
| 658-BCUN | Additional Software | 1 | EA | - | - |
| 389-BLSV | Intel Core i5 Processor Kabylake Label | 1 | EA | - | - |
| 340-APVH | Packaging Inspiron 3650/55 | 1 | EA | - | - |
| 640-BBPK | Ship Information | 1 | EA | - | - |
| 340-ACQQ | No Option Included | 2 | EA | - | - |
| 332-1286 | US Order | 1 | EA | - | - |
| 340-AFOG | Onboard Audio Royalty Information | 1 | EA | - | - |
| 340-BKBL | Placemat W10 | 1 | EA | - | - |
| 340-BJTE | Dell Dual Band Wireless 1707 Driver | 1 | EA | - | - |
| 480-AAJX | Display Not Included | 1 | EA | - | - |
| 998-CLUG | Fixed Hardware Configuration | 1 | EA | - | - |
| 520-AABF | External Speaker Not Included | 1 | EA | - | - |
| 321-BCLZ | Chassis with NPFC | 1 | EA | - | - |
| 389-BUCL | Regulatory label Inspiron 3668 | 1 | EA | - | - |
| 817-BBBP | None Required | 1 | EA | - | - |
| 801-1699 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 801-1732 | Mail In Service after Remote Diagnosis, 1 Year | 1 | EA | - | - |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | - |
| 525-0033 | McAfee LiveSafe Consumer 12 Month Subscription | 1 | EA | 34.58 | 34.58 |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **459776981027**.

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Jacksonville, FL |
| Signed for by: | Signature not required | Delivery date: | Sep 7, 2018 09:35 |
| Service type: | FedEx Home Delivery | | |
| Special Handling: | | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 459776981027 | Ship date: | Sep 5, 2018 |
| | | Weight: | 17.2 lbs/7.8 kg |

| | |
|---|---|
| Recipient: | Shipper: |
| JACKSONVILLE, FL US | MOUNT JULIET, TN US |

| | |
|---|---|
| Reference | none |
| Reference: | 402753908 |
| Purchase order number: | 201809030169584 |
| Shipment Id | 459776981027 |
| Invoice number | PLAN.1039414758-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
TAMARA BOISVERT
6280 AINSWORTH RD
COCOA, FL 32927-8949

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE and POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10264842742 | Customer No: 530001245234 | Order No: 401555908 | | Page 1 of 2 |
|---|---|---|---|---|---|

| Purchase Order: | 201808290100662 | Waybill Number: | 458592468022 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 08/31/2018 |
| Due Date: | 10/05/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/05/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-ALIJ | **Inspiron Gaming Desktop 5675** | 1 | EA | 549.99 | 549.99 |
| | System Service Tags:1ZJQHQ2 | | | | |
| 338-BLOV | 7th Generation AMD A10-9700 Quad-Core APU with Radeon(TM) R7 Graphics | 1 | EA | - | - |
| 619-AHCQ | Windows 10 Home (64bit) English | 1 | EA | - | - |
| 321-BCTJ | 460 Watt Power Supply with Polar Blue LED Illumination | 1 | EA | - | - |
| 370-ADJY | 8GB (1X8GB) DDR4, 2400MHz; up to 32GB (additional memory sold separately) | 1 | EA | - | - |
| 400-AMXY | 1TB 7200RPM Hard Drive | 1 | EA | - | - |
| 490-BDUL | AMD Radeon (TM) RX 560 with 2GB GDDR5 Graphics Memory | 1 | EA | - | - |
| 429-AAYV | Tray Loading Dual Layer DVD Burner | 1 | EA | - | - |
| 555-BCYV | 802.11ac + Bluetooth 4.1, Dual Band 2.4&5 GHz, 2x2 | 1 | EA | - | - |
| 580-ADJC | Dell KB216 Wired Multi-Media Keyboard English Black | 1 | EA | - | - |

*FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.*

| | | | USD |
|---|---|---|---|
| Sub-Total: | $ | | 599.99 |
| Ship. &/or Handling: | $ | | 0.00 |
| ENVIRO FEE: | $ | | 0.00 |
| Taxable: $ | 0.00 | Tax: | |
| Non-Taxable: $ | 599.99 | $ | 0.00 |
| Invoice Total: | $ | | 599.99 |

··········································································································································

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10264842742
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201808290100662
Order Number: 401555908

Make check payable / remit to :

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | | USD |
|---|---|---|---|
| Sub-Total: | $ | | 599.99 |
| Ship. &/or Handling: | $ | | 0.00 |
| ENVIRO FEE: | $ | | 0.00 |
| Taxable: $ | 0.00 | Tax: | |
| Non-Taxable: $ | 599.99 | $ | 0.00 |
| Invoice Total: | $ | | 599.99 |
| | | | |
| | | | |
| Balance Due: | $ | | 599.99 |
| Amount Enclosed: | | | |

01026484274200000000005999900530012452340

**Exhibit 2**

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
TAMARA BOISVERT
6260 AINSWORTH RD
COCOA, FL 32927-8949

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10264842742 | Customer No: 530001245234 | Order No: 401555908 | Page 2 of 2 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Purchase Order: | 201808290100662 | Waybill Number: | 458592488022 | |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 08/31/2018 | |
| Due Date: | 10/05/2018 | Sales Rep: | MARKETPLACE ONLINE | |
| Invoice Date: | 09/05/2018 | Shipped Via: | FEDERAL EXPRESS | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 275-BBBW | Dell MS116 Wired Mouse, Black | 1 | EA | - | - |
| 450-AAGO | US Power Cord | 1 | EA | - | - |
| 658-BBTV | CMS Essentials DVD no Media | 1 | EA | - | - |
| 332-1530 | Dell.com Order | 2 | EA | - | - |
| 340-AGIK | Safety/Environment and Regulatory Guide (English/French Multi-language) | 1 | EA | - | - |
| 658-BCUN | Additional Software | 1 | EA | - | - |
| 389-BTRT | AMD A10 Label | 1 | EA | - | - |
| 340-BMCL | Shipping Material | 1 | EA | - | - |
| 389-BBUU | Shipping Label for DAO | 1 | EA | - | - |
| 640-BBPK | Ship Information | 1 | EA | - | - |
| 750-AACL | Ship Material, Shuttle, TAA, E-dock | 2 | EA | - | - |
| 340-ACCQ | No Option Included | 2 | EA | - | - |
| 332-1286 | US Order | 1 | EA | - | - |
| 631-ABKX | System Driver, Windows | 1 | EA | - | - |
| 340-AFOG | Onboard Audio Royalty Information | 1 | EA | - | - |
| 340-BMCK | Placemat Windows 10 and Ubuntu | 1 | EA | - | - |
| 340-BMCI | 802.11ac + Bluetooth 4.1, Dual Band 2.4&5 GHz, 2x2 Driver | 1 | EA | - | - |
| 480-AAJX | Display Not Included | 1 | EA | - | - |
| 998-CNSP | Fixed Hardware Configuration | 1 | EA | - | - |
| 520-AAAO | No speakers | 1 | EA | - | - |
| 389-CBZF | Reg Label Inspiron 5675 | 1 | EA | - | - |
| 801-1699 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 801-1732 | Mail In Service after Remote Diagnosis, 1 Year | 1 | EA | - | - |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | - |
| 525-0033 | McAfee LiveSafe Consumer 12 Month Subscription | 1 | EA | 50.00 | 50.00 |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **458592488022**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Cocoa, FL |
| Signed for by: | TAMARA | Delivery date: | Sep 13, 2018 09:59 |
| Service type: | FedEx Home Delivery | | |
| Special Handling: | Indirect Signature Required | | |

NO SIGNATURE IMAGE IS AVAILABLE VIA THIS TRACKING APPLICATION.
The proof of delivery details appear below; however, no signature image is available at this time.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 458592488022 | Ship date: | Sep 6, 2018 |
| | | Weight: | 31.1 lbs/14.1 kg |

Recipient:
COCOA, FL US

Shipper:

| | |
|---|---|
| Reference | 401555908 |
| Purchase order number: | 201808290100662 |
| Shipment Id | 458592488011 |
| Invoice number | PLAN.1039214050-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

| **Invoice** |
| --- |

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
LIANGSHU ZHANG
70 OLD GRANITE ST
MANCHESTER, NH 03101-2328

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10264821945 | Customer No: 530001245234 | | Order No: 402334196 | | Page 1 of 1 |
| --- | --- | --- | --- | --- | --- | --- |

| Purchase Order: | 201809010151731 | Waybill Number: | 441098157090 |
| --- | --- | --- | --- |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/04/2018 |
| Due Date: | 10/05/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/05/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
| --- | --- | --- | --- | --- | --- |
| A9829741 | Epson Expression Premium XP-640 Inkjet Printer - Multifunction WI-FI X2DZ335426,X2DZ335404,X2DZ335407,X2DZ335440,X2DZ335442,X2DZ335421,X2DZ3 35408,X2DZ335409,X2DZ335411,X2DZ335418,X2DZ335439,X2DZ335381,X2DZ335405, X2DZ335416,X2DZ335377,X2DZ335434,X2DZ335401,X2DZ335420,X2DZ335441,X2DZ3 35419 | 20 | EA | 79.99 | 1,599.80 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

|  | | USD |
| --- | --- | --- |
| Sub-Total: | $ | 1,599.80 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ | 1,599.80 | Tax: |
| Non-Taxable: $ | 0.00 | $ 0.00 |
| Invoice Total: | $ | 1,599.80 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



*DETACH AT LINE AND RETURN WITH PAYMENT*
Invoice No: 10264821945
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809010151731
Order Number: 402334196

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO.Box 802816
Chicago, IL 60680-2816

|  | | USD |
| --- | --- | --- |
| Sub-Total: | $ | 1,599.80 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ | 1,599.80 | Tax: |
| Non-Taxable: $ | 0.00 | $ 0.00 |
| Invoice Total: | $ | 1,599.80 |
|  | | |
|  | | |
| Balance Due: | $ | 1,599.80 |
| Amount Enclosed: | | |

0102648219450000000159980005300012452347

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **441098157090**.

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Shipping/Receiving |
| Signed for by: | M.ZHANG | Delivery location: | MANCHESTER, NH |
| Service type: | FedEx Express Saver | Delivery date: | Sep 7, 2018 11:56 |
| Special Handling: | Deliver Weekday | | |
| | No Signature Required | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 441098157090 | Ship date: | Sep 5, 2018 |
| | | Weight: | 19.0 lbs/8.6 kg |

| | |
|---|---|
| Recipient: | Shipper: |
| MANCHESTER, NH US | JONESTOWN, PA US |

| | |
|---|---|
| Reference | 4023341961546101 |
| Purchase order number: | 201809010151731 |
| Invoice number | 21PPXGT 1 1 |
| Department number | C11CF50201 |

Thank you for choosing FedEx.

**Exhibit 2**



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
CLAUS LUKNER
11650 BEACH BLVD
JACKSONVILLE, FL 32246-6605

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10265240550 | Customer No: 530001245234 | Order No: 403226664 | Page 1 of 2 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | 201809060186993 | Waybill Number: | 1Z2EY9470311423568 |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/06/2018 |
| Due Date: | 10/06/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/06/2018 | Shipped Via: | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-ANZS | **Inspiron 3470** | 2 | EA | 424.14 | 848.28 |
| | System Service Tags:JNBBYN2, 3QBBYN2 | | | | |
| 338-BNQK | 8th Generation IntelR Core i3-8100 processor (6MB Cache, up to 3.6 GHz) | 2 | EA | - | - |
| 619-AHCQ | Windows 10 Home (64bit) English | 2 | EA | - | - |
| 370-AEKC | 4GB, (4Gx1) DDR4, 2400MHz UDIMM | 2 | EA | - | - |
| 400-AMXY | 1TB 7200RPM Hard Drive | 2 | EA | - | - |
| 490-BDMO | Intel UHD Graphics 630 with shared graphics memory | 2 | EA | - | - |
| 429-AAVB | DVDRW Optical drive | 2 | EA | - | - |
| 555-BDPK | Dell Wireless 1707 Card (802.11bgn + Bluetooth 4.0, 1x1) | 2 | EA | - | - |
| 580-ADJC | Dell KB216 Wired Multi-Media Keyboard English Black | 2 | EA | - | - |
| 275-BBBW | Dell MS116 Wired Mouse, Black | 2 | EA | - | - |

*FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.*

| | | USD |
|---|---|---|
| Sub-Total: | $ | 999.98 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: | | |
| $ | 0.00 | Tax: |
| Non-Taxable: | $ | 0.00 |
| $ | 999.98 | |
| Invoice Total: | $ | 999.98 |

........................................................................................................................................................



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10265240550
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809060186993
Order Number: 403226664

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 999.98 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: | | |
| $ | 0.00 | Tax: |
| Non-Taxable: | $ | 0.00 |
| $ | 999.98 | |
| Invoice Total: | $ | 999.98 |
| | | |
| Balance Due: | $ | 999.98 |
| Amount Enclosed: | | |

01026524055000000000999980053000012452347

**Exhibit 2**

**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
CLAUS LUKNER
11650 BEACH BLVD
JACKSONVILLE, FL 32246-6605

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10265240550 | Customer No: 530001245234 | | Order No: 403226664 | Page 2 of 2 |
|---|---|---|---|---|---|

| Purchase Order: | 201809060188993 | Waybill Number: | 1Z2EY9470311423568 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/06/2018 |
| Due Date: | 10/06/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/06/2018 | Shipped Via: | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 450-AAGO | US Power Cord | 2 | EA | - | - |
| 658-BBTV | CMS Essentials DVD no Media | 2 | EA | - | - |
| 811-BBBC | Return Label | 2 | EA | - | - |
| 340-AGIK | Safety/Environment and Regulatory Guide (English/French Multi-language) | 2 | EA | - | - |
| 332-1530 | Dell.com Order | 2 | EA | - | - |
| 658-BCUN | Additional Software | 2 | EA | - | - |
| 340-BYWF | Intel(R) Core(TM) i3 Processor Label | 2 | EA | - | - |
| 340-ASUW | Packaging Inspiron 3250/52 | 2 | EA | - | - |
| 640-BBPK | Ship Information | 2 | EA | - | - |
| 340-ACQQ | No Option Included | 4 | EA | - | - |
| 332-1286 | US Order | 2 | EA | - | - |
| 340-AFCG | Onboard Audio Royalty Information | 2 | EA | - | - |
| 340-BZPX | Placemat Inspiron 3470 | 2 | EA | - | - |
| 658-BDSX | Dell SRV Software 1707 Driver | 2 | EA | - | - |
| 480-AACF | If accessories are purchased, they may ship separately | 2 | EA | - | - |
| 998-CZWI | Fixed Hardware Configuration | 2 | EA | - | - |
| 520-AAAO | No speakers | 2 | EA | - | - |
| 321-BDIV | APFC Chassis with 200W PSU (Gray front BZL) | 2 | EA | - | - |
| 389-CGWI | Regulatory Label Inspiron 3470 | 2 | EA | - | - |
| 801-1699 | Dell Limited Hardware Warranty Initial Year | 2 | EA | - | - |
| 801-1746 | Onsite/In-Home Service After Remote Diagnosis, 1 Year | 2 | EA | 29.00 | 58.00 |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 2 | EA | - | - |
| 525-0033 | McAfee LiveSafe Consumer 12 Month Subscription | 2 | EA | 46.85 | 93.70 |
| 658-BCCO | McAfee(R) 30day Trial | 2 | EA | - | - |

**Exhibit 2**

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z2EY9470311423568

**Weight**
14.60 LBS

**Service**
UPS Ground

**Shipped / Billed On**
09/07/2018

**Delivered On**
09/10/2018 9:10 A.M.

**Delivered To**
JACKSONVILLE, FL, US
**Received By**

OJEDA

**Left At**
Front Desk

Thank you for giving us this opportunity to serve you. Details are only available for shipments
delivered within the last 120 days. Please print for your records if you require this information after
120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/01/2018 3:30 P.M. EST



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
NAOMI SIELSKY
111 E 14TH ST A
APT A
HAYS, KS 67601-3366

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE and POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10265645792 | Customer No: 530001245234 | | Order No: 401760409 | Page 1 of 2 |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Purchase Order: | 201808310144893 | Waybill Number: | 461347792461785 | |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/01/2018 | |
| Due Date: | 10/09/2018 | Sales Rep: | MARKETPLACE ONLINE | |
| Invoice Date: | 09/09/2018 | Shipped Via: | FEDERAL EXPRESS | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-AEPZ | **Inspiron 15 3000 Series (Intel(R)) - 3552** | 1 | EA | 299.99 | 299.99 |
| | System Service Tags:GX5ZXN2 | | | | |
| 338-BMCQ | Intel(R) Celeron(R) Processor N3060 (2M Cache, up to 2.48 GHz) | 1 | EA | - | - |
| 619-AHCQ | Windows 10 Home (64bit) English | 1 | EA | - | - |
| 370-AACZ | 4GB Single Channel DDR3L 1600MHz (4GBx1) | 1 | EA | - | - |
| 400-ABCT | 500GB 5400 rpm Hard Drive | 1 | EA | - | - |
| 490-BBRM | Intel HD Graphics | 1 | EA | - | - |
| 391-BCPK | 15.6-inch HD (1366 x 768) Truelife LED-Backlit On-cell Touch Display | 1 | EA | - | - |
| 429-AAJV | Tray load DVD Drive (Reads and Writes to DVD/CD) | 1 | EA | - | - |
| 320-BBWI | Black | 1 | EA | - | - |
| 555-BBTT | Dell Wireless 1707 Card (802.11BGN + Bluetooth 4.0, 2.4 GHz) | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 349.99 |
| Shp. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: | | |
| $ | 0.00 | Tax: |
| Non-Taxable: | $ | 0.00 |
| $ | 349.99 | |
| Invoice Total: | $ | 349.99 |

·······························································································································



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10265645792
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201808310144893
Order Number: 401760409

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 349.99 |
| Shp. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: | | |
| $ | 0.00 | Tax: |
| Non-Taxable: | $ | 0.00 |
| $ | 349.99 | |
| Invoice Total: | $ | 349.99 |
| | | |
| Balance Due: | $ | 349.99 |
| Amount Enclosed: | | |

01026564579200000000349990053000124534 0

**Exhibit 2**

**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
NAOMI SIELSKY
111 E 14TH ST A
APT A
HAYS, KS 67601-3366

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10265645792 | Customer No: 530001245234 | Order No: 401760409 | Page 2 of 2 |
|---|---|---|---|---|

| Purchase Order: | 201808310144893 | Waybill Number: | 461347792461785 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/01/2018 |
| Due Date: | 10/09/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/09/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 451-BBMG | 40 WHr, 4-Cell Battery (removable) | 1 | EA | - | - |
| 583-BCCZ | Standard Keyboard | 1 | EA | - | - |
| 450-AEHK | 45 Watt AC Adapter | 1 | EA | - | - |
| 450-ABLO | Power Cord, US/CAN | 1 | EA | - | - |
| 658-BBTV | CMS Essentials DVD no Media | 1 | EA | - | - |
| 332-1630 | Dell.com Order | 2 | EA | - | - |
| 340-AGIK | Safety/Environment and Regulatory Guide (English/French Multi-language) | 1 | EA | - | - |
| 658-BCUN | Additional Software | 1 | EA | - | - |
| 340-AQVB | Intel(R) Celeron(TM) Processor Label | 1 | EA | - | - |
| 328-BCBL | Shipping Material | 1 | EA | - | - |
| 340-AAPZ | Energy Star Compliant | 1 | EA | - | - |
| 332-1286 | US Order | 1 | EA | - | - |
| 631-AAQY | System Driver, Windows,3552 | 1 | EA | - | - |
| 340-AVNB | Placemat (English, French, Spanish, Italian) | 1 | EA | - | - |
| 658-BCSU | 802.11bgn + Bluetooth 4.0, 2.4 GHz, 1x1 | 1 | EA | - | - |
| 340-ACQQ | No Option Included | 1 | EA | - | - |
| 998-CPEY | Fixed Hardware Configuration | 1 | EA | - | - |
| 389-BGYI | Regulatory Label | 1 | EA | - | - |
| 804-9274 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 804-9276 | Mail In Service after Remote Diagnosis, 1 Year | 1 | EA | - | - |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | - |
| 525-0033 | McAfee LiveSafe Consumer 12 Month Subscription | 1 | EA | 50.00 | 50.00 |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **461347792461785**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | Hays, KS |
| **Signed for by:** | Signature not required | **Delivery date:** | Sep 12, 2018 09:27 |
| **Service type:** | FedEx Home Delivery | | |
| **Special Handling:** | | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a
signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 461347792461785 | **Ship date:** | Sep 10, 2018 |
| | | **Weight:** | 6.9 lbs/3.1 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| HAYS, KS US | CHICAGO, IL US |

| | |
|---|---|
| **Reference** | none |
| **Purchase order number:** | 201808310144893 |
| **Shipment Id** | 461347792461785 |
| **Invoice number** | PLAN.1039224754-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)456-3355
Customer Service: (800)456-3355
Technical Support: (800)456-3355
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
CYNTHIA MORGAN
24785 CLAWITER RD
HAYWARD, CA 94545-2225

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE and POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10265669729 | Customer No: 530001245214 | | Order No: 403673659 | | Page 1 of 2 |
|---|---|---|---|---|---|---|

| Purchase Order: | 201809070208199 | Waybill Number: | 1ZV4X7540301232107 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/07/2018 |
| Due Date: | 10/09/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/09/2018 | Shipped Via: | UPS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-AKSL | **Dell Chromebook 11 3189, BTX** | 1 | EA | 349.00 | 349.00 |
| | System Service Tags:2T4PRN2 | | | | |
| 329-BDJN | Intel Celeron N3060 Processor with 4GB Memory and 32GB SSD | 1 | EA | - | - |
| 389-BHZJ | Intel(R) Label | 1 | EA | - | - |
| 580-AFXX | Internal Non-Backlit Keyboard (English) | 1 | EA | - | - |
| 451-BBYV | Primary 3-Cell 42W/HR Battery | 1 | EA | - | - |
| 391-BDDP | 11.6" HD Touch LCD | 1 | EA | - | - |
| 320-BCEI | LCD Cover, Touch (Black) | 1 | EA | - | - |
| 389-BCGW | No UPC Label | 1 | EA | - | - |
| 492-BBDD | 65 Watt AC Adaptor | 1 | EA | - | - |
| 537-BBBL | US Power Cord | 1 | EA | - | - |

IF BALANCE DUE IS NOT PAID WITHIN TIME PERIOD NOTED ON INVOICE YOU MAY BE SUBJECT TO A LATE PENALTY CHARGE AS ALLOWED UNDER THE TERMS OF SALE. CALIFORNIA SHIPMENTS: STATE ENVIRONMENTAL FEE UP TO $7 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING DISPLAYS GREATER THAN 4 INCHES. KEEP ORIGINAL BOX FOR ALL RETURNS. REMIT ALL PAYMENTS TO YOUR CONTRACTS ASSIGNED ENTITY DELL MARKETING L.P.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 349.00 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 5.00 |
| Taxable: | | |
| $ | 0.00 | Tax: |
| Non-Taxable: | | $ 0.00 |
| $ | 354.00 | |
| Invoice Total: | $ | 354.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10265669729
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245214
PO No: 201809070208199
Order Number: 403673659

**Make check payable / remit to :**
Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 349.00 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 5.00 |
| Taxable: | | |
| $ | 0.00 | Tax: |
| Non-Taxable: | | $ 0.00 |
| $ | 354.00 | |
| Invoice Total: | $ | 354.00 |
| | | |
| | | |
| Balance Due: | $ | 354.00 |
| Amount Enclosed: | | |

01026566972900000000354000530001245148

**Exhibit 2**

**DELL**

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)456-3355
Customer Service: (800)456-3355
Technical Support: (800)456-3355
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
CYNTHIA MORGAN
24785 CLAWITER RD
HAYWARD, CA 94545-2225

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10265669729 | Customer No: 530001245214 | | Order No: 403673659 | | Page 2 of 2 |
|---|---|---|---|---|---|---|

| Purchase Order: | 201809070208199 | Waybill Number: | 1ZV4X7540301232107 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/07/2018 |
| Due Date: | 10/09/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/09/2018 | Shipped Via: | UPS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 340-AGIK | Safety/Environment and Regulatory Guide (English/French Multi-language) | 1 | EA | - | - |
| 340-BLUG | Quick Setup Guide [English;French;Dutch] | 1 | EA | - | - |
| 389-BKKL | EAN label | 1 | EA | - | - |
| 340-AAPP | Direct ship Info Mod | 1 | EA | - | - |
| 340-BLRS | Min Config Packaging | 1 | EA | - | - |
| 340-BLRY | SHIP,CRMBK,3189,WW,MIN | 1 | EA | - | - |
| 998-CKTK | Fixed Hardware Configuration | 1 | EA | - | - |
| 340-ABJI | No Diagnostic/Recovery CD media | 1 | EA | - | - |
| 800-BBPM | BTS/BTP Smart Selection Shipment, Chromebook (VS) | 2 | EA | - | - |
| 631-ABBH | Not Included | 1 | EA | - | - |
| 812-6796 | Mail In Service after Remote Diagnosis, 1 Year | 1 | EA | - | - |
| 812-6797 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |

**Exhibit 2**

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1ZV4X7540301232107

**Weight**

5.00 LBS

**Service**

UPS Ground

**Shipped / Billed On**

09/10/2018

**Delivered On**

09/11/2018 10:47 A.M.

**Delivered To**

HAYWARD, CA, US
**Received By**

MORGAN

**Left At**

Front Desk

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/01/2018 3:32 P.M. EST

**Exhibit 2**



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
DEBBIE MORGAN
1504 SANDRA CIR
PLEASANTON, TX 78064-3816

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10265877062 | Customer No: 530001245234 | Order No: 404297441 | Page 1 of 1 |
|---|---|---|---|---|

| Purchase Order: | 201809100242448 | Waybill Number: | 1Z8W103V0316536919 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/10/2018 |
| Due Date: | 10/10/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/10/2018 | Shipped Via: | UPS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| A3141861 | Swiss Gear GRANITE Backpack - Fits Laptops with Screen Sizes Up to 15.6-Inch - Green | 1 | EA | 49.99 | 49.99 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 49.99 |
| Shp. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 49.99 | $ | 0.00 |
| Invoice Total: | $ | 49.99 |

............................................................



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10265877062
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809100242448
Order Number: 404297441

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 49.99 |
| Shp. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 49.99 | $ | 0.00 |
| Invoice Total: | $ | 49.99 |
| Balance Due: | $ | 49.99 |
| Amount Enclosed: | | |

01026587706200000000049990053000124523 46

**Exhibit 2**

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z8W103V0316536919

**Weight**
4.10 LBS

**Service**
UPS Ground

**Shipped / Billed On**
09/11/2018

**Delivered On**
09/12/2018 5:07 P.M.

**Delivered To**
PLEASANTON, TX, US
**Received By**
DRIVER RELEASE

**Left At**
Front Door

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/01/2018 3:39 P.M. EST



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
SANDOR BANCSE
605 VANDON LOOP
BERLIN, NJ 08009-9732

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10265708219 | Customer No: 530001245234 | Order No: 404094129 | Page 1 of 1 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Purchase Order: | 201809090237866 | Waybill Number: | 1Z1836810331906137 | |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/10/2018 | |
| Due Date: | 10/10/2018 | Sales Rep: | MARKETPLACE ONLINE | |
| Invoice Date: | 09/10/2018 | Shipped Via: | UPS | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| AA116082 | Xerox WorkCentre 6027/NI Multifunction Printer ColorLED USB 2.0, LAN, Wi-FI(n), USB host with 1 year Guarantee SP7A324807 | 1 | EA | 199.00 | 199.00 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | | USD |
|---|---|---|---|
| Sub-Total: | $ | | 199.00 |
| Shp. &/or Handling: | $ | | 0.00 |
| ENVIRO FEE: | $ | | 0.00 |
| Taxable: | $ | 0.00 | Tax: |
| Non-Taxable: | $ | 199.00 | $ 0.00 |
| Invoice Total: | $ | | 199.00 |

········································································································



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10265708219
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809090237866
Order Number: 404094129

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | | USD |
|---|---|---|---|
| Sub-Total: | $ | | 199.00 |
| Shp. &/or Handling: | $ | | 0.00 |
| ENVIRO FEE: | $ | | 0.00 |
| Taxable: | $ | 0.00 | Tax: |
| Non-Taxable: | $ | 199.00 | $ 0.00 |
| Invoice Total: | $ | | 199.00 |
| | | | |
| Balance Due: | $ | | 199.00 |
| Amount Enclosed: | | | |

01026570821900000000199000530001245234

**Exhibit 2**

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z1836810331906137

**Weight**
46.00 LBS

**Service**
UPS Ground

**Shipped / Billed On**
09/11/2018

**Delivered On**

09/11/2018 1:05 P.M.

**Delivered To**
BERLIN, NJ, US
**Received By**
DRIVER RELEASE

**Left At**
Front Door

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/01/2018 3:36 P.M. EST



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
PAUL STEIN
36612 TULANE DR
STERLING HEIGHTS, MI 48312-2865

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10265705565 | Customer No: 530001245234 | Order No: 404092560 | Page 1 of 2 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | 201809093265760 | Waybill Number: | 459777102970 |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/10/2018 |
| Due Date: | 10/10/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/10/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-AEPZ | **Inspiron 15 3000 Series (Intel(R)) - 3552** | 1 | EA | 256.56 | 256.56 |
| | System Service Tags:DR3KWN2 | | | | |
| 338-BMCB | Intel(R) Pentium(R) Processor N3710 (2M Cache, up to 2.56 GHz) | 1 | EA | - | - |
| 619-AHCQ | Windows 10 Home (64bit) English | 1 | EA | - | - |
| 370-AACZ | 4GB Single Channel DDR3L 1600MHz (4GBx1) | 1 | EA | - | - |
| 400-ABCT | 500GB 5400 rpm Hard Drive | 1 | EA | - | - |
| 490-BBRM | Intel HD Graphics | 1 | EA | - | - |
| 391-BDGS | 15.6-inch HD (1366 x 768) Truelife LED-Backlit Display | 1 | EA | - | - |
| 429-AAJV | Tray load DVD Drive (Reads and Writes to DVD/CD) | 1 | EA | - | - |
| 320-BCFI | Black LCD Cover | 1 | EA | - | - |
| 555-BCJN | Intel 3165AC + BT4.2 (802.11ac + Bluetooth 4.2, Dual Band 2.4&5 GHz, 1x1) | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 329.98 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ | 0.00 Tax: | |
| Non-Taxable: $ | 329.98 | 0.00 |
| Invoice Total: | $ | 329.98 |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10265705565
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809093265760
Order Number: 404092560

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 329.98 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ | 0.00 Tax: | |
| Non-Taxable: $ | 329.98 | 0.00 |
| Invoice Total: | $ | 329.98 |
| | | |
| Balance Due: | $ | 329.98 |
| Amount Enclosed: | | |

0102657055650000000032998005300012452348

**Exhibit 2**

**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
PAUL STEIN
36612 TULANE DR
STERLING HEIGHTS, MI 48312-2865

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE and POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10265705565 | Customer No: 530001245234 | | Order No: 404092560 | | Page 2 of 2 |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Purchase Order: | 201809093265760 | Waybill Number: | 459777102970 | |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/10/2018 | |
| Due Date: | 10/10/2018 | Sales Rep: | MARKETPLACE ONLINE | |
| Invoice Date: | 09/10/2018 | Shipped Via: | FEDERAL EXPRESS | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 451-BBMG | 40 WHr, 4-Cell Battery (removable) | 1 | EA | - | - |
| 583-BCCZ | Standard Keyboard | 1 | EA | - | - |
| 450-AEHK | 45 Watt AC Adapter | 1 | EA | - | - |
| 450-ABLO | Power Cord, US/CAN | 1 | EA | - | - |
| 658-BBTV | CMS Essentials DVD no Media | 1 | EA | - | - |
| 811-BBBC | Return Label | 1 | EA | - | - |
| 340-AGIK | Safety/Environment and Regulatory Guide (English/French Multi-language) | 1 | EA | - | - |
| 332-1530 | Dell.com Order | 1 | EA | - | - |
| 658-BCUN | Additional Software | 1 | EA | - | - |
| 340-AQUY | Intel(R) Pentium(TM) Processor Label | 1 | EA | - | - |
| 328-BCBL | Shipping Material | 1 | EA | - | - |
| 340-AAPZ | Energy Star Compliant | 1 | EA | - | - |
| 332-1286 | US Order | 1 | EA | - | - |
| 631-AAQY | System Driver, Windows,3552 | 1 | EA | - | - |
| 340-AVNB | Placemat (English, French, Spanish, Italian) | 1 | EA | - | - |
| 555-BDQP | 3165 Wireless Driver | 1 | EA | - | - |
| 340-ACQQ | No Option Included | 1 | EA | - | - |
| 998-CQHO | Fixed Hardware Configuration | 1 | EA | - | - |
| 389-BGYI | Regulatory Label | 1 | EA | - | - |
| 804-9274 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 804-9282 | Onsite/In-Home Service After Remote Diagnosis, 1 Year | 1 | EA | 29.00 | 29.00 |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | - |
| 525-0033 | McAfee LiveSafe Consumer 12 Month Subscription | 1 | EA | 44.42 | 44.42 |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **459777102970**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Sterling Heights, MI |
| Signed for by: | Signature not required | Delivery date: | Sep 12, 2018 13:31 |
| Service type: | FedEx Home Delivery | | |
| Special Handling: | | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 459777102970 | Ship date: | Sep 10, 2018 |
| | | Weight: | 7.0 lbs/3.2 kg |

Recipient:
STERLING HEIGHTS, MI US

Shipper:
MOUNT JULIET, TN US

Reference
Purchase order number:
Shipment Id
Invoice number

none
201809093265760
459777102970
PLAN.1039626134-1_DAO

Thank you for choosing FedEx.

**Exhibit 2**



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
HEIDI STEVENSON
15 VILLAGE PARK DR
FAYETTEVILLE, TN 37334-6974

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10265901420 | Customer No: 530001245234 | Order No: 401935076 | Page 1 of 2 |
|---|---|---|---|---|

| Purchase Order: | 201809020154196 | Waybill Number: | 461347792493700 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/02/2018 |
| Due Date: | 10/10/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/10/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-AJXG | **Inspiron 15 3000 Series (AMD) - 3565** | 1 | EA | 237.13 | 237.13 |
| | System Service Tags:3296YN2 | | | | |
| 338-BNWQ | 7th Generation AMD A6-9225 Processor with Radeon (TM) R4 Graphics | 1 | EA | - | - |
| 619-AHCQ | Windows 10 Home (64bit) English | 1 | EA | - | - |
| 370-ACRY | 4GB, DDR4, 2400MHz | 1 | EA | - | - |
| 400-ARIR | 1TB 5400 rpm Hard Drive | 1 | EA | 46.43 | 46.43 |
| 490-BDLT | Integrated graphics with AMD APU | 1 | EA | - | - |
| 391-BDNY | 15.6-inch HD (1366 x 768) Anti-Glare LED-Backlit Display | 1 | EA | - | - |
| 429-AAZB | Tray load DVD Drive (Reads and Writes to DVD/CD) | 1 | EA | - | - |
| 320-BCCH | LCD Back Cover for Non-Touch Screen - Black | 1 | EA | - | - |
| 555-BDBY | 802.11ac + Bluetooth 4.1, Dual Band 2.4&5 GHz, 1x1 | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| **Sub-Total:** | $ | 329.99 |
| **Shp. &/or Handling:** | $ | 0.00 |
| **ENVIRO FEE:** | $ | 0.00 |
| **Taxable:** $ | 0.00 **Tax:** | |
| **Non-Taxable:** $ | 329.99 | 0.00 |
| **Invoice Total:** | $ | 329.99 |

............................................................................................................................



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10265901420
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809020154196
Order Number: 401935076

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| **Sub-Total:** | $ | 329.99 |
| **Shp. &/or Handling:** | $ | 0.00 |
| **ENVIRO FEE:** | $ | 0.00 |
| **Taxable:** $ | 0.00 **Tax:** | |
| **Non-Taxable:** $ | 329.99 | 0.00 |
| **Invoice Total:** | $ | 329.99 |
| **Balance Due:** | $ | 329.99 |
| **Amount Enclosed:** | | |

01026590142000000003299900530001245234

**Exhibit 2**

**D&LL**

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
HEIDI STEVENSON
15 VILLAGE PARK DR
FAYETTEVILLE, TN 37334-6974

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10265901420 | Customer No: 530001245234 | Order No: 401935076 | Page 2 of 2 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Purchase Order: | 201809020154196 | Waybill Number: | 461347792493700 | |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/02/2018 | |
| Due Date: | 10/10/2018 | Sales Rep: | MARKETPLACE ONLINE | |
| Invoice Date: | 09/10/2018 | Shipped Via: | FEDERAL EXPRESS | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 451-BBMG | 40 WHr, 4-Cell Battery (removable) | 1 | EA | - | - |
| 683-BCCZ | Standard Keyboard | 1 | EA | - | - |
| 450-AEHK | 45 Watt AC Adapter | 1 | EA | - | - |
| 450-ABLO | Power Cord, US/CAN | 1 | EA | - | - |
| 817-BBBP | None Required | 1 | EA | - | - |
| 332-1530 | Dell.com Order | 2 | EA | - | - |
| 340-AGIK | Safety/Environment and Regulatory Guide (English/French Multi-language) | 1 | EA | - | - |
| 340-BZWB | Non-touch Palmrest Label(English) | 1 | EA | - | - |
| 658-BCUN | Additional Software | 1 | EA | - | - |
| 328-BCME | Shipping Material | 1 | EA | - | - |
| 389-BKKG | Energy Star Label | 1 | EA | - | - |
| 332-1286 | US Order | 1 | EA | - | - |
| 631-ABFS | Windows System Management Software | 1 | EA | - | - |
| 340-BJZD | Quick Start Guide | 1 | EA | - | - |
| 340-BJZC | Intel 1810 Wireless Driver | 1 | EA | - | - |
| 998-CVEQ | Fixed Hardware Configuration | 1 | EA | - | - |
| 389-BRLD | Regulatory Label | 1 | EA | - | - |
| 801-2597 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 801-2630 | Mail In Service after Remote Diagnosis, 1 Year | 1 | EA | - | - |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | - |
| 525-0033 | McAfee LiveSafe Consumer 12 Month Subscription | 1 | EA | 46.43 | 46.43 |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 1, 2018

Dear Customer:

The following is the proof-of-delivery for tracking number **461347792493700**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery date: | Sep 12, 2018 14:00 |
| Signed for by: | Signature not required | | |
| Service type: | FedEx Home Delivery | | |
| Special Handling: | | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 461347792493700 | Ship date: | Sep 10, 2018 |
| | | Weight: | 6.9 lbs/3.1 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| FAYETTEVILLE, TN US | CHICAGO, IL US |

| | |
|---|---|
| **Reference** | none |
| **Purchase order number:** | 201809020154196 |
| **Shipment Id** | 461347792493700 |
| **Invoice number** | PLAN.1039262292-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
MICHAEL BINEAU
138 VERMONT ST
HOLYOKE, MA 01040-1646

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE and POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10265944176 | Customer No: 530001245234 | | Order No: 402019441 | | Page 1 of 2 |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Purchase Order: | 201809020154950 | | Waybill Number: | 461347792524909 |
| Payment Terms: | Due 30 days from the invoice date | | Order Date: | 09/03/2018 |
| Due Date: | 10/10/2018 | | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/10/2018 | | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-AIUS | **Inspiron 15 5000 Series (Intel) - 5578**<br>System Service Tags:7CQ5YN2 | 1 | EA | 456.67 | 456.67 |
| 338-BMJI | 7th Generation Intel(R)Core(TM)i5-7200U Processor (3MB Cache, up to 3.1 GHz) | 1 | EA | 147.29 | 147.29 |
| 619-AHCY | Windows 10 Home (64bit) English | 1 | EA | - | - |
| 370-ACRZ | 8GB, DDR4, 2400MHz | 1 | EA | - | - |
| 400-ARBX | 256GB Solid State Drive | 1 | EA | - | - |
| 575-BBQN | M.2 SSD SATA Hard Drive Bracket | 1 | EA | - | - |
| 490-BCUW | Intel(R) HD Graphics | 1 | EA | - | - |
| 391-BCSR | 15.6-inch FHD (1920x1080) IPS Truelife LED-Backlit Touch Display with Wide Viewing Angles-IR Camera | 1 | EA | - | - |
| 320-BBWZ | LCD Back Cover for Touch Screen with IR Camera - Gray | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 649.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ | 0.00 Tax: | |
| Non-Taxable: $ | $ | 0.00 |
| | 649.99 | |
| Invoice Total: | $ | 649.99 |

....................................................................................................................

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10265944176
Customer Nc: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO Nc: 201809020154950
Order Number: 402019441

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 649.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ | 0.00 Tax: | |
| Non-Taxable: $ | $ | 0.00 |
| | 649.99 | |
| Invoice Total: | $ | 649.99 |
| | | |
| | | |
| Balance Due: | $ | 649.99 |
| Amount Enclosed: | | |

0102659441760000000064999005300012452349

**Exhibit 2**

**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
MICHAEL BINEAU
138 VERMONT ST
HOLYOKE, MA 01040-1646

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10265944176 | Customer No: 530001245234 | Order No: 402019441 | Page 2 of 2 |
|---|---|---|---|---|

| Purchase Order: | 201809020154950 | Waybill Number: | 461347792524909 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/03/2018 |
| Due Date: | 10/10/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/10/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 555-BCNV | Dell Wireless 1820 Card (802.11AC Dual-Band Wi-Fi + Bluetooth 4.1) | 1 | EA | - | - |
| 451-BCBS | 42WHr, 3-Cell Battery (Integrated) | 1 | EA | - | - |
| 346-BBXK | Palmrest (EraGray) | 1 | EA | - | - |
| 580-AFCD | Single Pointing Backlit Keyboard, English | 1 | EA | - | - |
| 450-AEHK | 45 Watt AC Adapter | 1 | EA | - | - |
| 470-AACI | Power Cord, 125V, 1M, US | 1 | EA | - | - |
| 340-AGIK | Safety/Environment and Regulatory Guide (English/French Multi-language) | 2 | EA | - | - |
| 389-BJKW | Palmrest label for Windows with English | 1 | EA | - | - |
| 658-BCUN | Additional Software | 1 | EA | - | - |
| 328-BCQL | Shipping Material, Active Pen, NA | 1 | EA | - | - |
| 389-BKKG | Energy Star Label | 1 | EA | - | - |
| 332-1286 | US Order | 1 | EA | - | - |
| 631-AAZV | Windows System Driver | 1 | EA | - | - |
| 340-BIPR | Placemat Documentation | 1 | EA | - | - |
| 612-BBDK | Intel 1820 Wireless Driver | 1 | EA | - | - |
| 340-ACQQ | No Option Included | 1 | EA | - | - |
| 998-DCVZ | Fixed Hardware Configuration | 1 | EA | - | - |
| 389-BLLG | System Regulatory Label | 1 | EA | - | - |
| 801-2597 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 801-2630 | Mail In Service after Remote Diagnosis, 1 Year | 1 | EA | - | - |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | - |
| 525-0033 | McAfee LiveSafe Consumer 12 Month Subscription | 1 | EA | 46.03 | 46.03 |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **461347792524909**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | Holyoke, MA |
| **Signed for by:** | Signature not required | **Delivery date:** | Sep 13, 2018 09:49 |
| **Service type:** | FedEx Home Delivery | | |
| **Special Handling:** | | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a
signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 461347792524909 | **Ship date:** | Sep 10, 2018 |
| | | **Weight:** | 6.8 lbs/3.1 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| HOLYOKE, MA US | CHICAGO, IL US |

| | |
|---|---|
| **Reference** | none |
| **Purchase order number:** | 201809020154950 |
| **Shipment Id** | 461347792524909 |
| **Invoice number** | PLAN.1039296890-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
JANE GUZMAN
11708 COQUILLE DR
FRANKFORT, IL 60423-7827

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE and POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10265816168 | Customer No: 530001245234 | Order No: 404073834 | Page 1 of 2 |
|---|---|---|---|---|

| Purchase Order: | 201809080227587 | Waybill Number: | 459777096981 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/09/2018 |
| Due Date: | 10/10/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/10/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-ALKZ | **Inspiron All-in-One 5475** | 1 | EA | 618.69 | 618.69 |
| | System Service Tags:JZM7YH2 | | | | |
| 338-BLQJ | AMD Bristol Ridge A10-9700E (35W) | 1 | EA | - | - |
| 619-AHCY | Windows 10 Home (64bit) English | 1 | EA | - | - |
| 370-ACSD | 8GB, DDR4,2400MHz (additional memory sold separately) | 1 | EA | - | - |
| 400-AHHF | 1TB (64MB Cache) 7200 RPM SATA 6Gb/s | 1 | EA | - | - |
| 490-BDPQ | AMD Integrated Graphic | 1 | EA | - | - |
| 429-AAMQ | Optical Drive not included | 1 | EA | - | - |
| 555-BCYV | 802.11ac + Bluetooth 4.1, Dual Band 2.4&5 GHz, 2x2 | 1 | EA | - | - |
| 580-AFDF | Dell KM636 Wireless Keyboard & Mouse White | 1 | EA | - | - |
| 570-AADI | Mouse Included with Keyboard | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| **Sub-Total:** | $ | 799.99 |
| **Ship. &/or Handling:** | $ | 0.00 |
| **ENVIRO FEE:** | $ | 0.00 |
| **Taxable:** | | |
| $ | 0.00 | **Tax:** |
| **Non-Taxable:** | | $ 0.00 |
| $ | 799.99 | |
| **Invoice Total:** | $ | 799.99 |

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10265816168
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809080227587
Order Number: 404073834



**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| **Sub-Total:** | $ | 799.99 |
| **Ship. &/or Handling:** | $ | 0.00 |
| **ENVIRO FEE:** | $ | 0.00 |
| **Taxable:** | | |
| $ | 0.00 | **Tax:** |
| **Non-Taxable:** | | $ 0.00 |
| $ | 799.99 | |
| **Invoice Total:** | $ | 799.99 |
| | | |
| **Balance Due:** | $ | 799.99 |
| **Amount Enclosed:** | | |

010265816168000000007999900530001245234

**Exhibit 2**

**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
JANE GUZMAN
11708 COQUILLE DR
FRANKFORT, IL 60423-7827

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE or POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10265816168 | Customer No: 530001245234 | Order No: 404073834 | Page 2 of 2 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | 201809080227587 | Waybill Number: | 459777096981 |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/09/2018 |
| Due Date: | 10/10/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/10/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 391-BDHB | 23.8-inch FHD Anti-Glare Narrow Border AIT Infinity Touch Display with Wide Viewing Angle (IPS), RGB and IR Camera | 1 | EA | 94.87 | 94.87 |
| 450-AFWY | 130 Watt AC Adapter | 1 | EA | - | - |
| 450-AAHV | US Power Cord | 1 | EA | - | - |
| 379-BBPP | No Power DVD | 1 | EA | - | - |
| 391-BDHQ | Articulated stand for Touch LCD only | 1 | EA | - | - |
| 811-BBBC | Return Label | 1 | EA | - | - |
| 340-AGUD | Safety/Environment and Regulatory Guide (English/French) | 1 | EA | - | - |
| 389-BDQH | Retail POD | 1 | EA | - | - |
| 658-BCUN | Additional Software | 1 | EA | - | - |
| 340-BSHM | Packaging for Articulated stand | 1 | EA | - | - |
| 389-BKKG | Energy Star Label | 1 | EA | - | - |
| 332-1286 | US Order | 1 | EA | - | - |
| 634-BLIJ | MOD-SRV,SW,WIN10,INSP,5475 | 1 | EA | - | - |
| 340-ABRP | Direct Ship | 1 | EA | - | - |
| 340-BSLF | MOD,PLCMT,GETS,INSP24,5475,D/B | 1 | EA | - | - |
| 640-BBJB | ODM Info | 1 | EA | - | - |
| 658-BDOO | Dell Wireless 1820 Card (802.11AC Dual-Band Wi-Fi + Bluetooth 4.1) | 1 | EA | - | - |
| 340-ACQQ | No Option Included | 1 | EA | - | - |
| 998-CNMQ | Fixed Hardware Configuration | 1 | EA | - | - |
| 389-BUIY | Regulatory label (UMA) | 1 | EA | - | - |
| 801-0875 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 801-0922 | Onsite/In-Home Service After Remote Diagnosis, 1 Year | 1 | EA | 39.00 | 39.00 |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | - |
| 525-0033 | McAfee LiveSafe Consumer 12 Month Subscription | 1 | EA | 47.43 | 47.43 |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **459777096981**.

## Delivery Information:

| Status: | Delivered | Delivery location: | Frankfort, IL |
|---|---|---|---|
| Signed for by: | JGUZMAN | Delivery date: | Sep 12, 2018 14:36 |
| Service type: | FedEx Home Delivery | | |
| Special Handling: | Indirect Signature Required | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| Tracking number: | 459777096981 | Ship date: | Sep 10, 2018 |
|---|---|---|---|
| | | Weight: | 26.7 lbs/12.1 kg |

| Recipient: | | Shipper: | |
|---|---|---|---|
| FRANKFORT, IL US | | MOUNT JULIET, TN US | |

| Reference | | none | |
|---|---|---|---|
| Reference: | | 404073834 | |
| Purchase order number: | | 201809080227587 | |
| Shipment Id | | 459777096981 | |
| Invoice number | | PLAN.1039615258-1_DAO | |

Thank you for choosing FedEx.

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
ABIGAIL TURINGAN
2704 LAVENDER ST
POMONA, CA 91767-2279

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10265884846 | Customer No: 530001245234 | Order No: 404099268 | Page 1 of 2 |
|---|---|---|---|---|

| Purchase Order: | 201809090239309 | Waybill Number: | 459958725587 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/10/2018 |
| Due Date: | 10/10/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/10/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-ANUY | XPS 13 (9370) | 1 | EA | 1,333.82 | 1,333.82 |
| | System Service Tags:960YQQ2 | | | | |
| 320-BCOZ | Platinum Silver with Black carbon fiber palmrest | 1 | EA | - | - |
| 619-AHCY | Windows 10 Home (64bit) English | 1 | EA | - | - |
| 338-BNNJ | 8th Generation Intel(R) Core(TM) i7-8550U Processor (8M Cache, up to 4.0 GHz, 4 cores) | 1 | EA | - | - |
| 370-ACTL | 8GB LPDDR3 1866MHz | 1 | EA | - | - |
| 340-BYXW | Thermal Plate for SSD | 1 | EA | - | - |
| 400-AVHX | 256GB PCIe Solid State Drive | 1 | EA | - | - |
| 490-BEJL | Intel(R) UHD Graphics 620 | 1 | EA | - | - |
| 391-BDMG | 13.3" FHD (1920 x 1080) InfinityEdge display, Silver machined aluminum | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 1,450.00 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 5.00 |
| Taxable: $ | 0.00 Tax: | |
| Non-Taxable: $ | | 0.00 |
| $ | 1,455.00 | |
| Invoice Total: | $ | 1,455.00 |



*Invoice No: 10265884846*
*Customer Name: SEARS, ROEBUCK AND CO*
*Customer No: 530001245234*
*PO No: 201809090239309*
*Order Number: 404099268*

**Make check payable / remit to :**

*Dell Marketing L.P.*
*C/O Dell USA L.P.*
*PO Box 802816*
*Chicago, IL 60680-2816*

| | | USD |
|---|---|---|
| Sub-Total: | $ | 1,450.00 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 5.00 |
| Taxable: $ | 0.00 Tax: | |
| Non-Taxable: $ | | 0.00 |
| $ | 1,455.00 | |
| Invoice Total: | $ | 1,455.00 |
| | | |
| | | |
| Balance Due: | $ | 1,455.00 |
| Amount Enclosed: | | |

01026588484600000001455000053000124523344

**Exhibit 2**

**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
ABIGAIL TURINGAN
2704 LAVENDER ST
POMONA, CA 91767-2279

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10265884846 | Customer No: 530001245234 | | Order No: 404099268 | | Page 2 of 2 |
|---|---|---|---|---|---|---|

| Purchase Order: | 201809090239309 | Waybill Number: | 459958725587 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/10/2018 |
| Due Date: | 10/10/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/10/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 555-BECZ | Killer 1435 802.11ac 2x2 and Bluetooth | 1 | EA | - | - |
| 451-BCDX | 52WHr Battery | 1 | EA | - | - |
| 580-AGXZ | Backlit English Keyboard w/ Fingerprint Reader | 1 | EA | - | - |
| 340-BZIN | Killer 1435 Driver | 1 | EA | - | - |
| 340-AAMU | E5 Power Cord for 3-pin Adapter (US/China) | 1 | EA | - | - |
| 470-ABXK | Dell Adapter USB-C to USB-A 3.0 | 1 | EA | - | - |
| 631-ABQF | Systems Management Software | 1 | EA | - | - |
| 340-BZJL | Placemat for English,French,Portuguese Brazil,Spanish,Dutch | 1 | EA | - | - |
| 332-1286 | US Order | 1 | EA | - | - |
| 811-BBBC | Return Label | 1 | EA | - | - |
| 332-0550 | Dell.com Order | 1 | EA | - | - |
| 340-AGIK | Safety/Environment and Regulatory Guide (English/French Multi-language) | 1 | EA | - | - |
| 340-AAPP | Direct ship Info Mod | 1 | EA | - | - |
| 340-BZOJ | Shipping Material (Direct) | 1 | EA | - | - |
| 340-BZWI | XPS 13 Shipping Material | 1 | EA | - | - |
| 450-AHSY | E5 45W Type-C Power Adapter (Small Form Factor) | 1 | EA | - | - |
| 998-CUYS | Fixed Hardware Configuration | 1 | EA | - | - |
| 817-BBBP | None Required | 1 | EA | - | - |
| 389-CGBC | 8th Generation Intel(R) Core(TM) i7 Processor Label | 1 | EA | - | - |
| 340-ACQQ | No Option Included | 1 | EA | - | - |
| 801-1596 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 801-1643 | Onsite/In-Home Service After Remote Diagnosis, 1 Year | 1 | EA | 69.00 | 69.00 |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | - |
| 658-BCUJ | Additional Software | 1 | EA | - | - |
| 525-0036 | McAfee Live Safe XPS 12 Month Subscription | 1 | EA | 47.18 | 47.18 |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **459958725587**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Pomona, CA |
| Signed for by: | RDURINGAN | Delivery date: | Sep 11, 2018 18:25 |
| Service type: | FedEx Home Delivery | | |
| Special Handling: | Indirect Signature Required | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 459958725587 | Ship date: | Sep 10, 2018 |
| | | Weight: | 5.1 lbs/2.3 kg |

Recipient:
POMONA, CA US

Shipper:
TORRANCE, CA US

| Reference | | none |
|---|---|---|
| Reference: | | 404099268 |
| Purchase order number: | | 201809090239309 |
| Shipment Id | | 459958725587 |
| Invoice number | | PLAN.1039619074-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
STEVEN FANTINI II
206 WALNUT PL
HAVERTOWN, PA 19083-5731

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10266371850 | Customer No: 530001245234 | Order No: 405092791 | | Page 1 of 1 |
|---|---|---|---|---|---|

| Purchase Order: | 201809123762770 | Waybill Number: | 92748901163062573000076701 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/12/2018 |
| Due Date: | 10/12/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/12/2018 | Shipped Via: | UPS MAIL INNOVATIONS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 750-AATY | Dell Active Pen - PN557W, Customer Install | 1 | EA | 44.99 | 44.99 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 44.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ | 0.00 | Tax: |
| Non-Taxable: $ | 44.99 | $ | 0.00 |
| Invoice Total: | $ | 44.99 |

---



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10266371850
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809123762770
Order Number: 405092791

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 44.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ | 0.00 | Tax: |
| Non-Taxable: $ | 44.99 | $ | 0.00 |
| Invoice Total: | $ | 44.99 |
| | | |
| Balance Due: | $ | 44.99 |
| Amount Enclosed: | | |

0102663718500000000004499005300012452346

**Exhibit 2**

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
9274890116306257300076701

**Weight**
0.3875 LBS

**Service**
UPS Mail Innovations® Expedited

**Shipped / Billed On**
09/12/2018

**Delivered On**
09/15/2018 10:19 A.M.

**Delivered To**
HAVERTOWN, PA, 19083, US
**Left At**
Customer

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/01/2018 3:43 P.M. EST



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
PHILIP CONTEH
1 MARIPOSA PL
OLD BRIDGE, NJ 08857-3307

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10266523989 | Customer No: 530001245234 | Order No: 402915481 | Page 1 of 2 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | 201809040176170 | Waybill Number: | 459634188086 |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/05/2018 |
| Due Date: | 10/13/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/13/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-ANWC | Inspiron 14 3000 - 3473 | 2 | EA | 145.61 | 291.22 |
| | System Service Tags:9WTYWN2, 4DTYWN2 | | | | |
| 338-BOVE | Intel(R) Celeron(R) Processor N4000 (4M Cache, up to 2.6 GHz) | 2 | EA | . | . |
| 619-AHCP | Windows 10 Home (64Bit) English | 2 | EA | . | . |
| 370-ACRY | 4GB, DDR4, 2400MHz | 2 | EA | . | . |
| 400-ACOU | 32GB eMMC Storage | 2 | EA | . | . |
| 490-BERH | Intel(R) UHD Graphics 600 with shared graphics memory | 2 | EA | . | . |
| 391-BDMW | 14.0-inch HD (1366 x 768) Anti-Glare LED-Backlit Display | 2 | EA | . | . |
| 429-AAYY | No Optical Drive | 2 | EA | . | . |
| 320-BCNB | LCD Back Cover for Non-Touch Screen - Dell Black | 2 | EA | . | . |
| 555-BDBY | 802.11ac + Bluetooth 4.1, Dual Band 2.4&5 GHz, 1x1 | 2 | EA | . | . |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 359.96 |
| Shp. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |

| Taxable: | | |
|---|---|---|
| $ | 0.00 | Tax: |
| Non-Taxable: | $ | 0.00 |
| $ | 359.96 | |

| Invoice Total: | $ | 359.96 |
|---|---|---|

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10266523989
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809040176170
Order Number: 402915481

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 359.96 |
| Shp. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |

| Taxable: | | |
|---|---|---|
| $ | 0.00 | Tax: |
| Non-Taxable: | $ | 0.00 |
| $ | 359.96 | |

| Invoice Total: | $ | 359.96 |
|---|---|---|
| | | |
| | | |
| Balance Due: | $ | 359.96 |
| Amount Enclosed: | | |

0102665239890000000035996005300012452348

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
PHILIP CONTEH
1 MARIPOSA PL
OLD BRIDGE, NJ 08857-3307

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10266523989 | Customer No: 530001245234 | Order No: 402915481 | Page 2 of 2 |
|---|---|---|---|---|

| Purchase Order: | 201809040176170 | Waybill Number: | 459634188086 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/05/2018 |
| Due Date: | 10/13/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/13/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 451-BCEB | 40 Whr, 4-Cell Battery(removable) | 2 | EA | - | - |
| 680-ACBU | Standard Keyboard, English | 2 | EA | - | - |
| 450-AEHK | 45 Watt AC Adapter | 2 | EA | - | - |
| 470-AACI | Power Cord, 125V, 1M, US | 2 | EA | - | - |
| 817-BBBP | None Required | 2 | EA | - | - |
| 340-ABEZ | For retail order | 2 | EA | - | - |
| 340-ABRY | Retail Tracker | 2 | EA | - | - |
| 811-BBBC | Return Label | 2 | EA | - | - |
| 340-AGIK | Safety/Environment and Regulatory Guide (English/French Multi-language) | 2 | EA | - | - |
| 332-1530 | Dell.com Order | 2 | EA | - | - |
| 658-BDBZ | Additional Software | 2 | EA | - | - |
| 340-AQVB | Intel(R) Celeron(TM) Processor Label | 2 | EA | - | - |
| 328-BCMG | Shipping Material | 2 | EA | - | - |
| 389-BKKG | Energy Star Label | 2 | EA | - | - |
| 332-1286 | US Order | 2 | EA | - | - |
| 631-ABUV | Windows System Driver | 2 | EA | - | - |
| 340-CEKY | Placemat (English;French;Brazilian Portuguese;Spanish) | 2 | EA | - | - |
| 658-BDUD | Intel 1810 Wireless Driver | 2 | EA | - | - |
| 340-ACQQ | No Option Included | 2 | EA | - | - |
| 998-CZMG | Fixed Hardware Configuration | 2 | EA | - | - |
| 389-CXKT | System Regulatory WW Label | 2 | EA | - | - |
| 804-9274 | Dell Limited Hardware Warranty Initial Year | 2 | EA | - | - |
| 804-9276 | Mail In Service after Remote Diagnosis, 1 Year | 2 | EA | - | - |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 2 | EA | - | - |
| 525-0033 | McAfee LiveSafe Consumer 12 Month Subscription | 2 | EA | 34.37 | 68.74 |
| 658-BCCO | McAfee(R) 30day Trial | 2 | EA | - | - |

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **459634188086**.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Old Bridge, NJ |
| Signed for by: | Signature not required | Delivery date: | Sep 14, 2018 11:19 |
| Service type: | FedEx Home Delivery | | |
| Special Handling: | | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 459634188086 | Ship date: | Sep 13, 2018 |
| | | Weight: | 5.6 lbs/2.5 kg |

| | | |
|---|---|---|
| Recipient: | Shipper: | |
| OLD BRIDGE, NJ US | Middletown, PA US | |
| | | |
| Reference | 402915481 | |
| Reference | none | |
| Purchase order number: | 201809040176170 | |
| Shipment Id | 459634188075 | |
| Invoice number | PLAN.1039833970-2_DAO | |

Thank you for choosing FedEx.

**Exhibit 2**



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
RAMONA SANCHEZ
292 JAMAICA AVE
MEDFORD, NY 11763-3253

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10266618699 | Customer No: 530001245234 | | Order No: 404818683 | | Page 1 of 2 |
|---|---|---|---|---|---|---|

| Purchase Order: | 201809100246856 | Waybill Number: | 460720343248 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/11/2018 |
| Due Date: | 10/13/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/13/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-ANMO | **Aurora R7 Base** System Service Tags:5TLWLR2 | 1 | EA | 1,648.00 | 1,648.00 |
| 338-BNMY | Intel(R) Core(TM) i7-8700K (6-Core/12-Thread, 12MB Cache, up to 4.7GHz with Intel(R) Turbo Boost Technology) | 1 | EA | - | - |
| 658-BDSM | OC Controls | | | | |
| 619-ANOK | Windows 10 Home 64bit English | 1 | EA | - | - |
| 321-BDHV | 460W APFC PSU Liquid Cooled Chassis | 1 | EA | - | - |
| 490-BECW | NVIDIA(R) GeForce(R) GTX 1080 with 8GB GDDR5X | 1 | EA | - | - |
| 370-ADUB | 16GB Dual Channel DDR4 at 2666MHz (2X8GB) | 1 | EA | - | - |
| 400-AVIX | 256GB M.2 PCIe Solid State Drive | 1 | EA | - | - |
| 401-ABKJ | 1TB 7200RPM SATA 6Gb/s (Storage) | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | | USD |
|---|---|---|---|
| Sub-Total: | $ | | 1,800.00 |
| Ship. &/or Handling: | $ | | 0.00 |
| ENVIRO FEE: | $ | | 0.00 |
| Taxable: $ | 0.00 | Tax: | |
| Non-Taxable: $ | 1,800.00 | | 0.00 |
| Invoice Total: | $ | | 1,800.00 |

........................................................................................................................................



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10266618699
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809100246856
Order Number: 404818683

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | | USD |
|---|---|---|---|
| Sub-Total: | $ | | 1,800.00 |
| Ship. &/or Handling: | $ | | 0.00 |
| ENVIRO FEE: | $ | | 0.00 |
| Taxable: $ | 0.00 | Tax: | |
| Non-Taxable: $ | 1,800.00 | | 0.00 |
| Invoice Total: | $ | | 1,800.00 |
| | | | |
| Balance Due: | $ | | 1,800.00 |
| Amount Enclosed: | | | |

01026661869900000018000000530001245234

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
RAMONA SANCHEZ
292 JAMAICA AVE
MEDFORD, NY 11763-3253

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10266618699 | Customer No: 530001245234 | Order No: 404818683 | Page 2 of 2 |
|---|---|---|---|---|

| Purchase Order: | 201809100246856 | Waybill Number: | 460720343248 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/11/2018 |
| Due Date: | 10/13/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/13/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 817-BBBC | Not selected in this configuration | 1 | EA | - | - |
| 555-BDBY | 802.11ac + Bluetooth 4.1, Dual Band 2.4&5 GHz, 1x1 | 1 | EA | - | - |
| 580-ABUI | Keyboard Not Included | 1 | EA | - | - |
| 570-AACN | Alienware Mouse Is Not Included | 1 | EA | - | - |
| 450-AAGO | US Power Cord | 1 | EA | - | - |
| 555-BDVS | DW1820 Wireless Driver | 1 | EA | - | - |
| 800-BBEV | Thank you for Choosing Dell | 1 | EA | - | - |
| 340-ACQQ | No Option Included | 2 | EA | - | - |
| 800-BBKV | Free download of Final Fantasy XV and Warhammer Vermintide 2 with purchase of qualifying products | 1 | EA | - | - |
| 389-CGML | Regulatory Label | 1 | EA | - | - |
| 340-AGIK | Safety/Environment and Regulatory Guide (English/French Multi-language) | 1 | EA | - | - |
| 340-BYWO | Aurora R7 Placemat | 1 | EA | - | - |
| 332-1530 | Dell.com Order | 2 | EA | - | - |
| 340-BYWQ | Shipping Material | 1 | EA | - | - |
| 389-CGBC | 8th Generation Intel(R) Core(TM) i7 Processor Label | 1 | EA | - | - |
| 658-BCUO | Additional Software | 1 | EA | - | - |
| 817-BBBB | No FGA | 1 | EA | - | - |
| 801-1493 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 803-2399 | Premium Support with Onsite Service After Remote Diagnosis, 1 Year | 1 | EA | 50.00 | 50.00 |
| 803-2411 | Premium Support, 1 Year | 1 | EA | 102.00 | 102.00 |
| 658-BCSC | Microsoft Office 30 Day Trial | 1 | EA | - | - |
| 817-BBBP | None Required | 1 | EA | - | - |

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **460720343248**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | Medford, NY |
| **Signed for by:** | RSANCHEZ | **Delivery date:** | Sep 20, 2018 11:07 |
| **Service type:** | FedEx Home Delivery | | |
| **Special Handling:** | Indirect Signature Required | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 460720343248 | **Ship date:** | Sep 13, 2018 |
| | | **Weight:** | 34.1 lbs/15.5 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| MEDFORD, NY US | |

| | |
|---|---|
| **Reference** | 404818683 |
| **Purchase order number:** | 201809100246856 |
| **Shipment Id** | 460720343237 |
| **Invoice number** | PLAN.1039745967-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
CHERI HOWARD
21527 KARPATHOS LN
SPRING, TX 77388-3263

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10266867243 | Customer No: 530001245234 | | Order No: 405821637 | | Page 1 of 1 |
|---|---|---|---|---|---|---|

| Purchase Order: | 201809130268446 | Waybill Number: | 1Z8W103V0316540360 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/14/2018 |
| Due Date: | 10/14/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/14/2018 | Shipped Via: | UPS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| A9073402 | Linksys WRT1900ACS Dual-Band Wi-Fi Router with Ultra-Fast 1.6 GHz CPU | 1 | EA | 174.43 | 174.43 |
| | 18E20604802362 | | | | |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | | USD |
|---|---|---|---|
| Sub-Total: | $ | | 174.43 |
| Shp. &/or Handling: | $ | | 0.00 |
| ENVIRO FEE: | $ | | 0.00 |
| Taxable: $ | 0.00 | Tax: | |
| Non-Taxable: $ | 174.43 | $ | 0.00 |
| Invoice Total: | $ | | 174.43 |

....................................................................................................................



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10266867243
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809130268446
Order Number: 405821637

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | | USD |
|---|---|---|---|
| Sub-Total: | $ | | 174.43 |
| Shp. &/or Handling: | $ | | 0.00 |
| ENVIRO FEE: | $ | | 0.00 |
| Taxable: $ | 0.00 | Tax: | |
| Non-Taxable: $ | 174.43 | $ | 0.00 |
| Invoice Total: | $ | | 174.43 |
| | | | |
| Balance Due: | $ | | 174.43 |
| Amount Enclosed: | | | |

01026686724300000000174430053000124523 47

**Exhibit 2**

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z8W103V0316540360

**Weight**

4.80 LBS

**Service**

UPS Ground

**Shipped / Billed On**

09/15/2018

**Delivered On**

09/15/2018 5:46 P.M.

**Delivered To**

SPRING, TX, US

**Received By**

DRIVER RELEASE

**Left At**

Front Door

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/01/2018 3:46 P.M. EST

he



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
JUAN A OLIVA
105 HALSELL ST
BOVINA, TX 79009

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10266932059 | Customer No: 530001245234 | Order No: 402081623 | Page 1 of 2 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | 201809030167220 | Waybill Number: | 461347792931066 |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/03/2018 |
| Due Date: | 10/14/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/14/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-AOYM | **XPS 15 (9570)** | 1 | EA | 1,801.35 | 1,801.35 |
| | System Service Tags:FPFHTQ2 | | | | |
| 619-ANOK | Windows 10 Home 64bit English | 1 | EA | - | - |
| 338-BOMQ | 8th Generation Intel(R) Core(TM) i7-8750H Processor (9M Cache, up to 4.1 GHz, 6 cores) | 1 | EA | - | - |
| 370-ACUY | 16GB, 2x8GB, DDR4, 2666MHz | 1 | EA | - | - |
| 400-AXJZ | 256GB M.2 2280 PCIe Solid State Drive | 1 | EA | - | - |
| 490-BENP | NVIDIA(R) GeForce(R) GTX 1050Ti with 4GB GDDR5 | 1 | EA | - | - |
| 320-BCPD | Silver Machined Aluminum Back Cover | 1 | EA | - | - |
| 391-BDSZ | 15.6" 4K Ultra HD (3840 x 2160) InfinityEdge Anti-Reflective Touch IPS100% AdobeRGB 400-Nits display | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | | USD |
|---|---|---|---|
| Sub-Total: | | $ | 1,849.99 |
| Shp. &/or Handling: | | $ | 0.00 |
| ENVIRO FEE: | | $ | 0.00 |
| Taxable: $ | 0.00 | Tax: | |
| Non-Taxable: $ | 1,849.99 | $ | 0.00 |
| Invoice Total: | | $ | 1,849.99 |



Invoice No: 10266932059
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809030167220
Order Number: 402081623

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | | USD |
|---|---|---|---|
| Sub-Total: | | $ | 1,849.99 |
| Shp. &/or Handling: | | $ | 0.00 |
| ENVIRO FEE: | | $ | 0.00 |
| Taxable: $ | 0.00 | Tax: | |
| Non-Taxable: $ | 1,849.99 | $ | 0.00 |
| Invoice Total: | | $ | 1,849.99 |
| | | | |
| | | | |
| Balance Due: | | $ | 1,849.99 |
| Amount Enclosed: | | | |

01026693205900000018499900530001245234

**Exhibit 2**



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
JUAN A OLIVA
105 HALSELL ST
BOVINA, TX 79009

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10266932059 | Customer No: 530001245234 | Order No: 402081623 | Page 2 of 2 |
|---|---|---|---|---|

Purchase Order: 201809030167220
Payment Terms: Due 30 days from the invoice date
Due Date: 10/14/2018
Invoice Date: 09/14/2018

Waybill Number: 461347792931066
Order Date: 09/03/2018
Sales Rep: MARKETPLACE ONLINE
Shipped Via: FEDERAL EXPRESS

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 555-BCRM | Killer 1535 802.11ac 2x2 WiFi and Bluetooth 4.2 | 1 | EA | - | - |
| 555-BEMX | XPS 15 Wireless Antenna | 1 | EA | - | - |
| 451-BCGF | 6-Cell 97WHr Integrated | 1 | EA | - | - |
| 580-AHEJ | Backlit English Keyboard with Fingerprint Reader | 1 | EA | - | - |
| 555-BEKE | Killer 1535 Driver | 1 | EA | - | - |
| 340-AAMU | E5 Power Cord for 3-pin Adapter (US/China) | 1 | EA | - | - |
| 631-ABUX | XPS 15 Software | 1 | EA | - | - |
| 340-CEFY | Placemat for English, Portuguese Brazil, French, Spanish, Dutch | 1 | EA | - | - |
| 332-1286 | US Order | 1 | EA | - | - |
| 811-BBBC | Return Label | 1 | EA | - | - |
| 332-1530 | Dell.com Order | 1 | EA | - | - |
| 340-AGIK | Safety/Environment and Regulatory Guide (English/French Multi-language) | 1 | EA | - | - |
| 340-BKXP | XPS16 Shipping Material - Direct Only | 1 | EA | - | - |
| 450-AHFL | 130W Power Adapter | 1 | EA | - | - |
| 998-CYQX | Fixed Hardware Configuration | 1 | EA | - | - |
| 389-CGBC | 8th Generation Intel(R) Core(TM) I7 Processor Label | 1 | EA | - | - |
| 340-ACQQ | No Option Included | 1 | EA | - | - |
| 801-0978 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 801-1012 | Mail In Service after Remote Diagnosis, 1 Year | 1 | EA | - | - |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | - |
| 658-BCUJ | Additional Software | 1 | EA | - | - |
| 525-0036 | McAfee Live Safe XPS 12 Month Subscription | 1 | EA | 48.64 | 48.64 |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **461347792931066**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | Bovina, TX |
| **Signed for by:** | NOLIVIA | **Delivery date:** | Sep 19, 2018 15:20 |
| **Service type:** | FedEx Home Delivery | | |
| **Special Handling:** | Indirect Signature Required | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 461347792931066 | **Ship date:** | Sep 14, 2018 |
| | | **Weight:** | 7.7 lbs/3.5 kg |

**Recipient:**
BOVINA, TX US

**Shipper:**
CHICAGO, IL US

**Reference**
**Purchase order number:**
**Shipment Id**
**Invoice number**

none
201809030167220
461347792931066
PLAN.1039617359-1_DAO

Thank you for choosing FedEx.

**Exhibit 2**



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
COREY SMOTHERS
7241 S YALE ST
CHICAGO, IL 60621-3540

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10267019142 | Customer No: 530001245234 | Order No: 406100767 | Page 1 of 1 |
|---|---|---|---|---|

| Purchase Order: | 201809110254955 | Waybill Number: | 1ZR5A146YW00707558 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/14/2018 |
| Due Date: | 10/15/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/15/2018 | Shipped Via: | UPS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 332-1396 | Dell KM714 Wireless Keyboard and Mouse Combo | 1 | EA | 59.99 | 59.99 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 59.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 59.99 | $ | 0.00 |
| Invoice Total: | $ | 59.99 |

································································································

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10267019142
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809110254955
Order Number: 406100767



Make check payable / remit to:

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 59.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 59.99 | $ | 0.00 |
| Invoice Total: | $ | 59.99 |
| | | |
| | | |
| Balance Due: | $ | 59.99 |
| Amount Enclosed: | | |

01026701914200000000005999005300012452346

**Exhibit 2**

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1ZR5A146YW00707558

**Weight**

2.80 LBS

**Service**

UPS SurePost

**Shipped / Billed On**

09/17/2018

**Delivered On**

09/20/2018 10:03 A.M.

**Delivered To**

IL, US
**Left At**

Left with Individual

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/01/2018 3:47 P.M. EST



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
MARY STANLEY
2133 26TH ST
KANSAS CITY, KS 66106-4305

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10267236218 | Customer No: 530001245234 | | Order No: 406247394 | Page 1 of 1 |
|---|---|---|---|---|---|

| Purchase Order: | 201809140286739 | Waybill Number: | 1Z8W103V0316541010 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/15/2018 |
| Due Date: | 10/17/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/17/2018 | Shipped Via: | UPS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| A7003840 | Swiss Gear IBEX Backpack - Fits Laptops with Screen Sizes Up to 17-Inch | 1 | EA | 69.99 | 69.99 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 69.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 69.99 | $ | 0.00 |
| Invoice Total: | $ | 69.99 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10267236218
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809140286739
Order Number: 406247394

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 69.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 69.99 | $ | 0.00 |
| Invoice Total: | $ | 69.99 |
| | | |
| | | |
| Balance Due: | $ | 69.99 |
| Amount Enclosed: | | |

01026723621800000000069990053000124523400

**Exhibit 2**

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z8W103V0316541010

**Weight**

5.20 LBS

**Service**

UPS Ground

**Shipped / Billed On**

09/18/2018

**Delivered On**

09/19/2018 2:08 P.M.

**Delivered To**

KANSAS CITY, KS, US
**Received By**

DRIVER RELEASE

**Left At**

Front Door

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/01/2018 3:50 P.M. EST



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
JESUS LOPEZ
3115 NW 29 ST
FORT WORTH, TX 76106-4930

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10267134883 | Customer No: 530001245234 | | Order No: 406291392 | | Page 1 of 1 |
|---|---|---|---|---|---|---|

| Purchase Order: | 201809150289866 | Waybill Number: | 437140713380 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/15/2018 |
| Due Date: | 10/17/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/17/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| A9377144 | EZVIZ BD-1424B1 - DVR + camera(s) - wired - LAN 10/100 - 4 channels - 1 x 1 TB - 4 camera(s)<br>173698299 | 1 | EA | 199.99 | 199.99 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 199.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: | | |
| $ 0.00 | Tax: | |
| Non-Taxable: | $ | 0.00 |
| $ 199.99 | | |
| Invoice Total: | $ | 199.99 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10267134883
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809150289866
Order Number: 406291392

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 199.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: | | |
| $ 0.00 | Tax: | |
| Non-Taxable: | $ | 0.00 |
| $ 199.99 | | |
| Invoice Total: | $ | 199.99 |
| | | |
| | | |
| Balance Due: | $ | 199.99 |
| Amount Enclosed: | | |

01026713488300000000199990053000124523 41

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **437140713380**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | Fort Worth, TX |
| **Signed for by:** | Signature not required | **Delivery date:** | Sep 19, 2018 14:55 |
| **Service type:** | FedEx Home Delivery | | |
| **Special Handling:** | | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 437140713380 | **Ship date:** | Sep 17, 2018 |
| | | **Weight:** | 14.0 lbs/6.4 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| FORT WORTH, TX US | NEWNAN, GA US |

| | |
|---|---|
| **Reference** | 4062913928042601, 201809150289 |
| **Purchase order number:** | 4062913928042601, 201809150289 |
| **Shipment Id** | 437140713380 |
| **Invoice number** | 90387884-00 |

Thank you for choosing FedEx.

**Exhibit 2**



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
HAZEL BARLOW
1072 REDINGTON AVE, APT 114
APT 114
TROY, PA 16947-1064

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10267161554 | Customer No: 530001245234 | | Order No: 406373885 | | Page 1 of 2 |
|---|---|---|---|---|---|---|

| Purchase Order: | 201809163766505 | Waybill Number: | 459634235030 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/17/2018 |
| Due Date: | 10/17/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/17/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-AOEE | **Inspiron 11 3000 Series (AMD) - 3185** | 1 | EA | 230.99 | 230.99 |
| | System Service Tags:F7L6XN2 | | | | |
| 338-BODT | 7th Generation AMD A6-9220e Processor with Radeon(TM) R4 Graphics | 1 | EA | - | - |
| 619-AHCP | Windows 10 Home (64Bit) English | 1 | EA | - | - |
| 370-ACRY | 4GB, DDR4, 2400MHz | 1 | EA | - | - |
| 400-AVXX | 32GB eMMC Storage | 1 | EA | - | - |
| 490-BCNL | Integrated graphics with AMD APU | 1 | EA | - | - |
| 391-BDOM | 11.6-Inch HD (1366 x 768) LED-Backlit Touch Display | 1 | EA | - | - |
| 320-BCNR | Touch LCD Back Cover - Foggy Night | 1 | EA | - | - |
| 555-BDPK | Dell Wireless 1707 Card (802.11bgn + Bluetooth 4.0, 1x1) | 1 | EA | - | - |
| 451-BCEI | 32 WHr, 2-Cell Battery(Integrated) | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 259.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: | | |
| $ | 0.00 | Tax: |
| Non-Taxable: | $ | 0.00 |
| $ | 259.99 | |
| Invoice Total: | $ | 259.99 |

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10267161554
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809163766505
Order Number: 406373885



**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 259.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: | | |
| $ | 0.00 | Tax: |
| Non-Taxable: | $ | 0.00 |
| $ | 259.99 | |
| Invoice Total: | $ | 259.99 |
| | | |
| | | |
| Balance Due: | $ | 259.99 |
| Amount Enclosed: | | |

01026716155400000000259990053000124523 49

**Exhibit 2**

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
HAZEL BARLOW
1072 REDINGTON AVE, APT 114
APT 114
TROY, PA 16947-1064

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10267161554 | Customer No: 530001245234 | | Order No: 406373885 | | Page 2 of 2 |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Purchase Order: | 201809163766505 | Waybill Number: | 459634235030 | |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/17/2018 | |
| Due Date: | 10/17/2018 | Sales Rep: | MARKETPLACE ONLINE | |
| Invoice Date: | 09/17/2018 | Shipped Via: | FEDERAL EXPRESS | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 346-BCSY | Palmrest, Grey | 1 | EA | - | - |
| 580-AEQZ | Standard Keyboard, English | 1 | EA | - | - |
| 450-AEHK | 45 Watt AC Adaptor | 1 | EA | - | - |
| 450-AAHV | US Power Cord | 1 | EA | - | - |
| 811-BBBC | Return Label | 1 | EA | - | - |
| 340-AGUD | Safety/Environment and Regulatory Guide (English/French) | 1 | EA | - | - |
| 332-1530 | Dell.com Order | 1 | EA | - | - |
| 658-BDBZ | Additional Software | 1 | EA | - | - |
| 328-BCHP | Shipping Material | 1 | EA | - | - |
| 389-BKKG | Energy Star Label | 1 | EA | - | - |
| 332-1286 | US Order | 1 | EA | - | - |
| 631-ABRZ | Windows System Management Software | 1 | EA | - | - |
| 340-CBNN | Placemat (English, French, Spanish) | 1 | EA | - | - |
| 658-BDUO | Wireless 1707 Driver | 1 | EA | - | - |
| 340-ACQQ | No Option Included | 1 | EA | - | - |
| 998-CWMJ | Fixed Hardware Configuration | 1 | EA | - | - |
| 257-BBGE | System Regulatory Label | 1 | EA | - | - |
| 340-ARLX | Windows 10 Compact OS Info | 1 | EA | - | - |
| 804-9274 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 804-9282 | Onsite/In-Home Service After Remote Diagnosis, 1 Year | 1 | EA | 29.00 | 29.00 |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | - |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **459634235030**.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Troy, PA |
| Signed for by: | Signature not required | Delivery date: | Sep 18, 2018 13:59 |
| Service type: | FedEx Home Delivery | | |
| Special Handling: | | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 459634235030 | Ship date: | Sep 17, 2018 |
| | | Weight: | 4.0 lbs/1.8 kg |

| Recipient: | Shipper: |
|---|---|
| TROY, PA US | Middletown, PA US |

| Reference | none |
|---|---|
| Reference: | 406373885 |
| Purchase order number: | 201809163766505 |
| Shipment Id | 459634235030 |
| Invoice number | PLAN.1039983312-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
DELORES MCROBERTS
16676 CLEMENTS RD
MOUNT ORAB, OH 45154-8105

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10267166856 | Customer No: 530001245234 | Order No: 406314475 | Page 1 of 2 |
|---|---|---|---|---|

| Purchase Order: | 201809150292178 | Waybill Number: | 459634232009 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/16/2018 |
| Due Date: | 10/17/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/17/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-ANSC | Inspiron All-In-One 3277 (Intel(R)) System Service Tags:3ZLYL42 | 1 | EA | 419.37 | 419.37 |
| 338-BNUE | 7th Generation Intel(R) Core(TM) i3-7130U Processor (3M Cache, 2.70 GHz) | 1 | EA | 63.23 | 63.23 |
| 619-AHCY | Windows 10 Home (64bit) English | 1 | EA | - | - |
| 370-ACRZ | 8GB, DDR4, 2400MHz | 1 | EA | - | - |
| 400-AQUN | 1TB 5400 rpm 2.5" SATA Hard Drive | 1 | EA | - | - |
| 490-BBTI | Integrated Graphics | 1 | EA | - | - |
| 429-AAMQ | Optical Drive not included | 1 | EA | - | - |
| 555-BDXJ | DW1810, 802.11ac (1x1) + BT 4.1 | 1 | EA | - | - |
| 580-AFDF | Dell KM636 Wireless Keyboard & Mouse White | 1 | EA | - | - |
| 817-BBBC | Not selected in this configuration | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 629.99 |
| Shp. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ | 0.00 Tax: | |
| Non-Taxable: $ | $ | 0.00 |
| | 629.99 | |
| Invoice Total: | $ | 629.99 |

........................................................................................................................................



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10267166856
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809150292178
Order Number: 406314475

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 629.99 |
| Shp. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ | 0.00 Tax: | |
| Non-Taxable: $ | $ | 0.00 |
| | 629.99 | |
| Invoice Total: | $ | 629.99 |
| Balance Due: | $ | 629.99 |
| Amount Enclosed: | | |

0102671668560000000062999005300012452348

**Exhibit 2**

**DELL**

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
DELORES MCROBERTS
16576 CLEMENTS RD
MOUNT ORAB, OH 45154-8105

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10267166856 | Customer No: 530001245234 | Order No: 406314475 | Page 2 of 2 |
|---|---|---|---|---|

| Purchase Order: | 201809150292178 | Waybill Number: | 459634232009 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/16/2018 |
| Due Date: | 10/17/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/17/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 391-BDOF | 21.5-inch FHD (1920 x 1080) IPS LED-Backlit Narrow Border Touch Display | 1 | EA | 63.23 | 63.23 |
| 321-BDMK | White Cover for Touch LCD | 1 | EA | - | - |
| 450-ADTR | 65 Watt AC Adapter | 1 | EA | - | - |
| 450-AAHV | US Power Cord | 1 | EA | - | - |
| 379-BBPP | No Power DVD | 1 | EA | - | - |
| 452-BDCU | White Fixed Stand | 1 | EA | - | - |
| 811-BBBC | Return Label | 1 | EA | - | - |
| 340-AGUD | Safety/Environment and Regulatory Guide (English/French) | 1 | EA | - | - |
| 332-1530 | Dell.com Order | 1 | EA | - | - |
| 658-BCUN | Additional Software | 1 | EA | - | - |
| 389-BLSU | Intel Core i3 Processor Kabylake Label | 1 | EA | - | - |
| 340-BZTN | Packaging for Fixed Stand | 1 | EA | - | - |
| 389-BKKG | Energy Star Label | 1 | EA | - | - |
| 332-1286 | US Order | 1 | EA | - | - |
| 631-ABRB | Windows System Driver, 3277 | 1 | EA | - | - |
| 340-AAFC | System Shipment | 1 | EA | - | - |
| 340-CBOU | Placemat | 1 | EA | - | - |
| 340-BZUH | Dell 1810 WLAN Driver (Not SAF/ISR) | 1 | EA | - | - |
| 340-ACQQ | No Option Included | 1 | EA | - | - |
| 998-CWFE | Fixed Hardware Configuration | 1 | EA | - | - |
| 389-CHBP | White Regulatory label (65W for UMA graphics) | 1 | EA | - | - |
| 801-2494 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 801-2541 | Onsite/In-Home Service After Remote Diagnosis, 1 Year | 1 | EA | 39.00 | 39.00 |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | - |
| 625-0033 | McAfee LiveSafe Consumer 12 Month Subscription | 1 | EA | 45.16 | 45.16 |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **459634232009**.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Mount Orab, OH |
| Signed for by: | Signature not required | Delivery date: | Sep 19, 2018 14:46 |
| Service type: | FedEx Home Delivery | | |
| Special Handling: | | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 459634232009 | Ship date: | Sep 17, 2018 |
| | | Weight: | 22.4 lbs/10.2 kg |

| Recipient: | Shipper: |
|---|---|
| MOUNT ORAB, OH US | Middletown, PA US |

| Reference | none |
|---|---|
| Reference: | 406314475 |
| Purchase order number: | 201809150292178 |
| Shipment Id | 459634232009 |
| Invoice number | PLAN.1039978222-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
ANDREEA GONZALEZ
11205 W HOLLY ST
AVONDALE, AZ 85392-5074

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10267334092 | Customer No: 530001245234 | | Order No: 404818691 | | Page 1 of 2 |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Purchase Order: | 201809090238765 | | Waybill Number: | 461381581632408 |
| Payment Terms: | Due 30 days from the invoice date | | Order Date: | 09/11/2018 |
| Due Date: | 10/18/2018 | | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/18/2018 | | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-ANCP | Inspiron 15 5000 Series - 5570 | 1 | EA | 688.60 | 688.60 |
| | System Service Tags:2KJCXR2 | | | | |
| 338-BMUB | 8th Generation Intel(R) Core(TM) i7-8550U Processor (8MB Cache, up to 4.0 GHz) | 1 | EA | - | - |
| 619-AHCY | Windows 10 Home (64bit) English | 1 | EA | - | - |
| 370-ACRZ | 8GB, DDR4, 2400MHz | 1 | EA | - | - |
| 400-AOTD | 128GB Solid State Drive | 1 | EA | - | - |
| 401-AAXJ | 1TB 5400 rpm 2.5" SATA Hard Drive | 1 | EA | - | - |
| 490-BDXR | Intel(R) UHD Graphics 620 with shared graphic memory | 1 | EA | - | - |
| 391-BDJJ | 15.6-inch FHD (1920 x 1080) Anti-glare LED-Backlit Display | 1 | EA | - | - |
| 429-AAJV | Tray load DVD Drive (Reads and Writes to DVD/CD) | 1 | EA | - | - |
| 320-BCIC | Non-Touch LCD Back Cover - Platinum Silver | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 779.97 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 779.97 | $ | 0.00 |
| Invoice Total: | $ | 779.97 |

........................................................................................................



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10267334092
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809090238765
Order Number: 404818691

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 779.97 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 779.97 | $ | 0.00 |
| Invoice Total: | $ | 779.97 |
| | | |
| Balance Due: | $ | 779.97 |
| Amount Enclosed: | | |

01026733409200000000779970053000124 52345

**Exhibit 2**

**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
ANDREEA GONZALEZ
11205 W HOLLY ST
AVONDALE, AZ 85392-5074

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE and POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10267334092 | Customer No: 530001245234 | | Order No: 404818691 | | | Page 2 of 2 |
|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Purchase Order: | 201809090238765 | Waybill Number: | 461361581632408 | |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/11/2018 | |
| Due Date: | 10/18/2018 | Sales Rep: | MARKETPLACE ONLINE | |
| Invoice Date: | 09/18/2018 | Shipped Via: | FEDERAL EXPRESS | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 555-BCJN | Intel 3165AC + BT4.2 (802.11ac + Bluetooth 4.2, Dual Band 2.4&5 GHz, 1x1) | 1 | EA | - | - |
| 451-BCBS | 42WHr, 3-Cell Battery (Integrated) | 1 | EA | | |
| 583-BDGJ | Backlit Keyboard | 1 | EA | - | - |
| 450-AEHK | 45 Watt AC Adapter | 1 | EA | - | - |
| 470-AACI | Power Cord, 125V, 1M, US | 1 | EA | - | - |
| 658-BBTV | CMS Essentials DVD no Media | 1 | EA | - | - |
| 811-BBBC | Return Label | 1 | EA | | |
| 340-AGIK | Safety/Environment and Regulatory Guide (English/French Multi-language) | 1 | EA | - | - |
| 332-1530 | Dell.com Order | 1 | EA | - | |
| 389-BLNK | Palmrest Label for Non-Touch FHD Screen (English) | 1 | EA | - | - |
| 658-BCUN | Additional Software | 1 | EA | - | - |
| 389-CGBC | 8th Generation Intel(R) Core(TM) i7 Processor Label | 1 | EA | - | - |
| 328-BCRP | Shipping Material | 1 | EA | - | - |
| 389-BKKG | Energy Star Label | 1 | EA | - | - |
| 332-1286 | US Order | 1 | EA | - | - |
| 631-ABND | Windows System Driver | 1 | EA | - | - |
| 340-BWHW | Placemat Documentation | 1 | EA | - | - |
| 658-BDRQ | Intel 3165 Wireless Driver | 1 | EA | - | - |
| 340-ACQQ | No Option Included | 1 | EA | - | - |
| 998-CQDO | Fixed Hardware Configuration | 1 | EA | | |
| 346-BCNQ | Palmrest with Fingerprint Reader - Platinum Silver | 1 | EA | - | - |
| 389-CGJD | COO Label for UMA | 1 | EA | - | - |
| 340-ASLG | Infomation for SSD | 1 | EA | - | - |
| 801-2803 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | |
| 801-2850 | Onsite/In-Home Service After Remote Diagnosis, 1 Year | 1 | EA | 49.00 | 49.00 |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | |
| 525-0033 | McAfee LiveSafe Consumer 12 Month Subscription | 1 | EA | 42.37 | 42.37 |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **461361581632408**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | Avondale, AZ |
| **Signed for by:** | AGONZALEZ | **Delivery date:** | Sep 20, 2018 11:46 |
| **Service type:** | FedEx Home Delivery | | |
| **Special Handling:** | Indirect Signature Required | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 461361581632408 | **Ship date:** | Sep 17, 2018 |
| | | **Weight:** | 7.1 lbs/3.2 kg |

**Recipient:**
AVONDALE, AZ US

**Shipper:**
CITY OF INDUSTRY, CA US

**Reference**
**Purchase order number:**
**Shipment Id**
**Invoice number**

none
201809090238765
461361581632408
PLAN.1039741959-1_DAO

Thank you for choosing FedEx.

**Exhibit 2**



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
CAROL JOHNSON
522 SUNNY LN
RICHMOND, CA 94803-1438

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10267334105 | Customer No: 530001245234 | | Order No: 404964438 | | Page 1 of 2 |
|---|---|---|---|---|---|---|

| Purchase Order: | 201809110253873 | Waybill Number: | 461361581638233 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the Invoice date | Order Date: | 09/12/2018 |
| Due Date: | 10/18/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/18/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-ANCP | **Inspiron 15 5000 Series - 5570** | 1 | EA | 688.60 | 688.60 |
| | System Service Tags:JZH7XR2 | | | | |
| 338-BMUB | 8th Generation Intel(R) Core(TM) i7-8550U Processor (8MB Cache, up to 4.0 GHz) | 1 | EA | - | - |
| 619-AHCY | Windows 10 Home (64bit) English | 1 | EA | - | - |
| 370-ACRZ | 8GB, DDR4, 2400MHz | 1 | EA | - | - |
| 400-AOTD | 128GB Solid State Drive | 1 | EA | - | - |
| 401-AAXJ | 1TB 5400 rpm 2.5" SATA Hard Drive | 1 | EA | - | - |
| 490-BDXR | Intel(R) UHD Graphics 620 with shared graphic memory | 1 | EA | - | - |
| 391-BDJJ | 15.6-inch FHD (1920 x 1080) Anti-glare LED-Backlit Display | 1 | EA | - | - |
| 429-AAJV | Tray load DVD Drive (Reads and Writes to DVD/CD) | 1 | EA | - | - |
| 320-BCIC | Non-Touch LCD Back Cover - Platinum Silver | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | | USD |
|---|---|---|---|
| Sub-Total: | $ | | 779.97 |
| Ship. &/or Handling: | $ | | 0.00 |
| ENVIRO FEE: | $ | | 6.00 |
| Taxable: | | | |
| $ | 0.00 | Tax: | |
| Non-Taxable: | | $ | 0.00 |
| $ | 785.97 | | |
| Invoice Total: | $ | | 785.97 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10267334105
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809110253873
Order Number: 404964438

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | | USD |
|---|---|---|---|
| Sub-Total: | $ | | 779.97 |
| Ship. &/or Handling: | $ | | 0.00 |
| ENVIRO FEE: | $ | | 6.00 |
| Taxable: | | | |
| $ | 0.00 | Tax: | |
| Non-Taxable: | | $ | 0.00 |
| $ | 785.97 | | |
| Invoice Total: | $ | | 785.97 |
| | | | |
| | | | |
| Balance Due: | $ | | 785.97 |
| Amount Enclosed: | | | |

01026733410500000000785970053000124523 43

**Exhibit 2**

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
CAROL JOHNSON
522 SUNNY LN
RICHMOND, CA 94803-1438

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10267334105 | Customer No: 530001245234 | Order No: 404964438 | Page 2 of 2 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Purchase Order: | 201809110253873 | Waybill Number: | 461361581638233 | |
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/12/2018 | |
| Due Date: | 10/18/2018 | Sales Rep: | MARKETPLACE ONLINE | |
| Invoice Date: | 09/18/2018 | Shipped Via: | FEDERAL EXPRESS | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 555-BCJN | Intel 3165AC + BT4.2 [802.11ac + Bluetooth 4.2, Dual Band 2.4&5 GHz, 1x1] | 1 | EA | - | - |
| 451-BCBS | 42WHr, 3-Cell Battery (Integrated) | 1 | EA | - | - |
| 583-BDGJ | Backlit Keyboard | 1 | EA | - | - |
| 450-AEHK | 45 Watt AC Adapter | 1 | EA | - | - |
| 470-AACI | Power Cord, 125V, 1M, US | 1 | EA | - | - |
| 658-BBTV | CMS Essentials DVD no Media | 1 | EA | - | - |
| 811-BBBC | Return Label | 1 | EA | - | - |
| 340-AGIK | Safety/Environment and Regulatory Guide (English/French Multi-language) | 1 | EA | - | - |
| 332-1530 | Dell.com Order | 1 | EA | - | - |
| 389-BLNK | Palmrest Label for Non-Touch FHD Screen (English) | 1 | EA | - | - |
| 658-BCUN | Additional Software | 1 | EA | - | - |
| 389-CGBC | 8th Generation Intel(R) Core(TM) i7 Processor Label | 1 | EA | - | - |
| 328-BCRP | Shipping Material | 1 | EA | - | - |
| 389-BKKG | Energy Star Label | 1 | EA | - | - |
| 332-1286 | US Order | 1 | EA | - | - |
| 631-ABND | Windows System Driver | 1 | EA | - | - |
| 340-BWHW | Placemat Documentation | 1 | EA | - | - |
| 658-BDRQ | Intel 3165 Wireless Driver | 1 | EA | - | - |
| 340-ACQQ | No Option Included | 1 | EA | - | - |
| 996-CQDO | Fixed Hardware Configuration | 1 | EA | - | - |
| 346-BCNQ | Palmrest with Fingerprint Reader - Platinum Silver | 1 | EA | - | - |
| 389-CGJD | COO Label for UMA | 1 | EA | - | - |
| 340-ASLG | Information for SSD | 1 | EA | - | - |
| 801-2803 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 801-2850 | Onsite/In-Home Service After Remote Diagnosis, 1 Year | 1 | EA | 49.00 | 49.00 |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | - |
| 525-0033 | McAfee LiveSafe Consumer 12 Month Subscription | 1 | EA | 42.37 | 42.37 |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **461361581638233**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | El Sobrante, CA |
| **Signed for by:** | CJOHNSON | **Delivery date:** | Sep 19, 2018 09:45 |
| **Service type:** | FedEx Home Delivery | | |
| **Special Handling:** | Indirect Signature Required | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 461361581638233 | **Ship date:** | Sep 17, 2018 |
| | | **Weight:** | 6.9 lbs/3.1 kg |

**Recipient:**
RICHMOND, CA US

**Shipper:**
CITY OF INDUSTRY, CA US

| | |
|---|---|
| **Reference** | none |
| **Purchase order number:** | 201809110253873 |
| **Shipment Id** | 461361581638233 |
| **Invoice number** | PLAN.1039754851-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**



**DELL MARKETING L.P.**
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
COREY SMOTHERS
7241 S YALE ST
CHICAGO, IL 60621-3540

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10267591169 | Customer No: 530001245234 | | Order No: 406100965 | | Page 1 of 1 |
|---|---|---|---|---|---|---|

| Purchase Order: | 201809110254955 | Waybill Number: | 453521834864 |
|---|---|---|---|
| Payment Terms: | Due 30 days from the invoice date | Order Date: | 09/14/2018 |
| Due Date: | 10/19/2018 | Sales Rep: | MARKETPLACE ONLINE |
| Invoice Date: | 09/19/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-ADTR | Dell UltraSharp 34 Curved Ultrawide Monitor - U3415W | 1 | EA | 749.99 | 749.99 |
| | System Service Tags:BRDV1M2 | | | | |
| 815-2532 | Dell Limited Hardware Warranty | 1 | EA | - | - |
| 815-2533 | Advanced Exchange Service, 3 Years | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | | USD |
|---|---|---|---|
| Sub-Total: | $ | | 749.99 |
| Ship. &/or Handling: | $ | | 0.00 |
| ENVIRO FEE: | $ | | 0.00 |
| Taxable: $ | 0.00 | Tax: | |
| Non-Taxable: $ | 749.99 | $ | 0.00 |
| Invoice Total: | $ | | 749.99 |

........................................................................................



DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10267591169
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 201809110254955
Order Number: 406100965

**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | | USD |
|---|---|---|---|
| Sub-Total: | $ | | 749.99 |
| Ship. &/or Handling: | $ | | 0.00 |
| ENVIRO FEE: | $ | | 0.00 |
| Taxable: $ | 0.00 | Tax: | |
| Non-Taxable: $ | 749.99 | $ | 0.00 |
| Invoice Total: | $ | | 749.99 |
| | | | |
| | | | |
| Balance Due: | $ | | 749.99 |
| Amount Enclosed: | | | |

0102675911690000000007499900530001245234

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **453521834864**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | Chicago, IL |
| **Signed for by:** | Signature not required | **Delivery date:** | Sep 21, 2018 12:16 |
| **Service type:** | FedEx Home Delivery | | |
| **Special Handling:** | | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 453521834864 | **Ship date:** | Sep 19, 2018 |
| | | **Weight:** | 40.2 lbs/18.2 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| CHICAGO, IL US | MOUNT JULIET, TN US |

| | |
|---|---|
| **Reference** | none |
| **Purchase order number:** | 201809110254955 |
| **Shipment Id** | 453521834864 |
| **Invoice number** | PLAN.1040036931-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**



DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (800)695-8133
Customer Service: (800)695-8133
Technical Support: (800)695-8133
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
ALEJANDRO SORIANO
140 MARIN RD
SANTA PAULA, CA 93060-2655

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10267828658 | Customer No: 530001245234 | | Order No: 405248872 | | Page 1 of 2 |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Purchase Order: | 20180911025367 | | Waybill Number: | 461361581655780 | |
| Payment Terms: | Due 30 days from the invoice date | | Order Date: | 09/12/2018 | |
| Due Date: | 10/20/2018 | | Sales Rep: | MARKETPLACE ONLINE | |
| Invoice Date: | 09/20/2018 | | Shipped Via: | FEDERAL EXPRESS | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-ANCP | **Inspiron 15 5000 Series - 5570** | 1 | EA | 688.60 | 688.60 |
| | System Service Tags:5MWFXR2 | | | | |
| 338-BMUB | 8th Generation Intel(R) Core(TM) I7-8550U Processor (8MB Cache, up to 4.0 GHz) | 1 | EA | - | - |
| 619-AHCY | Windows 10 Home (64bit) English | 1 | EA | - | - |
| 370-ACRZ | 8GB, DDR4, 2400MHz | 1 | EA | - | - |
| 400-AOTD | 128GB Solid State Drive | 1 | EA | - | - |
| 401-AAXJ | 1TB 5400 rpm 2.5" SATA Hard Drive | 1 | EA | - | - |
| 490-BDXR | Intel(R) UHD Graphics 620 with shared graphic memory | 1 | EA | - | - |
| 391-BDJJ | 15.6-inch FHD (1920 x 1080) Anti-glare LED-Backlit Display | 1 | EA | - | - |
| 429-AAJV | Tray load DVD Drive (Reads and Writes to DVD/CD) | 1 | EA | - | - |
| 320-BCIC | Non-Touch LCD Back Cover - Platinum Silver | 1 | EA | - | - |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | | | USD |
|---|---|---|---|
| Sub-Total: | $ | | 779.97 |
| Ship. &/or Handling: | $ | | 0.00 |
| ENVIRO FEE: | $ | | 6.00 |
| Taxable: | | | |
| $ | 0.00 | Tax: | |
| Non-Taxable: | | $ | 0.00 |
| $ | 785.97 | | |
| Invoice Total: | $ | | 785.97 |

................................................................

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10267828658
Customer Name: SEARS, ROEBUCK AND CO
Customer No: 530001245234
PO No: 20180911025367
Order Number: 405248872



**Make check payable / remit to :**

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | | USD |
|---|---|---|---|
| Sub-Total: | $ | | 779.97 |
| Ship. &/or Handling: | $ | | 0.00 |
| ENVIRO FEE: | $ | | 6.00 |
| Taxable: | | | |
| $ | 0.00 | Tax: | |
| Non-Taxable: | | $ | 0.00 |
| $ | 785.97 | | |
| Invoice Total: | $ | | 785.97 |
| | | | |
| | | | |
| Balance Due: | $ | | 785.97 |
| Amount Enclosed: | | | |

01026782865800000000785970053000124523420

**Exhibit 2**

<table>
<tr><td>DELL MARKETING L.P.<br>One Dell Way<br>Round Rock, TX 78682</td><td>FID Number: 74-2616805<br>For Sales: (800)695-8133<br>Customer Service: (800)695-8133<br>Technical Support: (800)695-8133<br>Dell Online: http://www.dell.com</td><td>**Invoice**</td></tr>
</table>

**BILL TO:**

SEARS, ROEBUCK AND CO
SEARS HOLDINGS
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0002

**SHIP TO:**

SEARS, ROEBUCK AND CO
ALEJANDRO SORIANO
140 MARIN RD
SANTA PAULA, CA 93060-2655

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10267828658 | Customer No: 530001245234 | Order No: 405248872 | Page 2 of 2 |
|---|---|---|---|---|

Purchase Order: 201809110253567
Payment Terms: Due 30 days from the invoice date
Due Date: 10/20/2018
Invoice Date: 09/20/2018

Waybill Number: 461361581655780
Order Date: 09/12/2018
Sales Rep: MARKETPLACE ONLINE
Shipped Via: FEDERAL EXPRESS

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 555-BCJN | Intel 3165AC + BT4.2 [802.11ac + Bluetooth 4.2, Dual Band 2.4&5 GHz, 1x1] | 1 | EA | - | - |
| 451-BCBS | 42WHr, 3-Cell Battery (Integrated) | 1 | EA | - | - |
| 583-BDGJ | Backlit Keyboard | 1 | EA | - | - |
| 450-AEHK | 45 Watt AC Adapter | 1 | EA | - | - |
| 470-AACI | Power Cord, 125V, 1M, US | 1 | EA | - | - |
| 658-BBTV | CMS Essentials DVD no Media | 1 | EA | - | - |
| 811-BBBC | Return Label | 1 | EA | - | - |
| 340-AGIK | Safety/Environment and Regulatory Guide (English/French Multi-language) | 1 | EA | - | - |
| 332-1530 | Dell.com Order | 1 | EA | - | - |
| 389-BLNK | Palmrest Label for Non-Touch FHD Screen (English) | 1 | EA | - | - |
| 658-BCUN | Additional Software | 1 | EA | - | - |
| 389-CGBC | 8th Generation Intel(R) Core(TM) i7 Processor Label | 1 | EA | - | - |
| 328-BCRP | Shipping Material | 1 | EA | - | - |
| 389-BKKG | Energy Star Label | 1 | EA | - | - |
| 332-1286 | US Order | 1 | EA | - | - |
| 631-ABND | Windows System Driver | 1 | EA | - | - |
| 340-BWHW | Placemat Documentation | 1 | EA | - | - |
| 658-BDRQ | Intel 3165 Wireless Driver | 1 | EA | - | - |
| 340-ACQQ | No Option Included | 1 | EA | - | - |
| 998-CQDO | Fixed Hardware Configuration | 1 | EA | - | - |
| 346-BCNQ | Palmrest with Fingerprint Reader - Platinum Silver | 1 | EA | - | - |
| 389-CGJD | COO Label for UMA | 1 | EA | - | - |
| 340-ASLG | Information for SSD | 1 | EA | - | - |
| 801-2803 | Dell Limited Hardware Warranty Initial Year | 1 | EA | - | - |
| 801-2850 | Onsite/In-Home Service After Remote Diagnosis, 1 Year | 1 | EA | 49.00 | 49.00 |
| 658-BCSB | Microsoft(R) Office 30 Days Trial | 1 | EA | - | - |
| 525-0033 | McAfee LiveSafe Consumer 12 Month Subscription | 1 | EA | 42.37 | 42.37 |
| 658-BCCO | McAfee(R) 30day Trial | 1 | EA | - | - |

**Exhibit 2**



November 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **461361581655780**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | Santa Paula, CA |
| **Signed for by:** | ASORIANO | **Delivery date:** | Sep 22, 2018 10:45 |
| **Service type:** | FedEx Home Delivery | | |
| **Special Handling:** | Indirect Signature Required | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 461361581655780 | **Ship date:** | Sep 21, 2018 |
| | | **Weight:** | 6.9 lbs/3.1 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| SANTA PAULA, CA US | CITY OF INDUSTRY, CA US |

| | |
|---|---|
| **Reference** | none |
| **Purchase order number:** | 201809110253567 |
| **Shipment Id** | 461361581655780 |
| **Invoice number** | PLAN.1039807734-1_DAO |

Thank you for choosing FedEx.

**Exhibit 2**