**NIXON PEABODY, LLP**
Daniel W. Sklar, Esq.
900 Elm Street
Manchester, NH 03101
Telephone: (603) 628-4000
Fax: (603) 628-4040

*Attorney for Coral Reef Asia Pacific a/k/a White Mountain Footwear*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, et al, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICE AND PLEADINGS**

    **PLEASE TAKE NOTICE** that Daniel W. Sklar of the law firm of Nixon Peabody LLP hereby appears as counsel to Coral Reef Asia Pacific a/k/a White Mountain Footwear ("Coral Reef Asia Pacific") in the matter of the above-referenced Chapter 11 proceeding and requests that all notices given or required to be given in this case and all pleadings and other papers served in this case be given to and served upon the undersigned pursuant to the Bankruptcy Code.

    **PLEASE TAKE FURTHER NOTICE** that pursuant to the Bankruptcy Code, the foregoing demand includes all orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegram, telefax or otherwise which affect Coral Reef Asia Pacific.

    Neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall be intended or deemed to waive: (1) Coral Reef Asia Pacific's right to have a final order in non-core proceedings entered only after *de novo* review by a United States District Court Judge; (2) Coral Reef Asia Pacific's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to Coral Reef Asia Pacific's right to move for withdrawal of the reference; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Coral Reef Asia Pacific is, or may be, entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and

recoupments are expressly reserved.

          Respectfully submitted,
          Coral Reef Asia Pacific
          a/k/a White Mountain Footwear

          By and through its attorneys,

          NIXON PEABODY LLP

Dated: November 5, 2018   By: */s/ Daniel W. Sklar*
          Daniel W. Sklar, Esquire
          Nixon Peabody LLP
          900 Elm Street
          Manchester, NH 03101
          Phone: (603) 628-4000
          Fax: (603) 628-4040
          dsklar@nixonpeabody.com