Stephen V. Falanga
Colleen M. Maker
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Boulevard, Suite 600
Newark, NJ 07102
Tel.: (973) 757-1100

*Counsel to Schindler Elevator Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> SEARS HOLDINGS CORPORATION, et al. <br><br> Debtors. | Chapter 11 <br><br> Case No. 18-23538 (RDD) <br><br> (Joint Administration Pending) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of Schindler Elevator Corporation ("Schindler"). Request is made, pursuant to bankruptcy Rules 2002, 9007, 9010, and the applicable Local Rules, that all notices are given or required to be given in this case and all papers served or required to be served in this case, be served on the undersigned at this address:

Stephen V. Falanga, Esq.
WALSH PIZZI O'REILLY FALANGA LLP
*Attorneys for Schindler Elevator Corporation*
One Riverfront Plaza
1037 Raymond Blvd., Ste. 600
Newark, New Jersey 07102
T: (973) 757-1100
F: (973) 757-1090
sfalanga@walsh.law

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (4) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupments to which Schindler, is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly served.

Dated: November 5, 2018

        **WALSH PIZZI O'REILLY FALANGA LLP**

        */s/ Stephen V. Falanga*
        Stephen V. Falanga
        WALSH PIZZI O'REILLY FALANGA LLP
        *Attorneys for Schindler Elevator Corporation*
        One Riverfront Plaza
        1037 Raymond Blvd., 6th Floor
        Newark, New Jersey 07102
        T: 973.757.1100
        F: 973.757.1090
        sfalanga@walsh.law

# CERTIFICATE OF SERVICE

I, Stephen V. Falanga, hereby certify that on this 5th day of November, 2018, I caused a copy of the foregoing Notice of Appearance and Request for Service of Papers to be served via CM/ECF on all parties on this case registered through the Court's CM/ECF system.

*/s/ Stephen V. Falanga*
Stephen V. Falanga