**NIXON PEABODY, LLP**
Daniel W. Sklar, Esq.
900 Elm Street
Manchester, NH 03101
Telephone: (603) 628-4000
Fax: (603) 628-4040

*Attorney for Coral Reef Asia Pacific a/k/a White Mountain Footwear*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re:* | Chapter 11 |
| SEARS HOLDING CORPORATION, et al, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF RECLAMATION DEMAND OF CORAL REEF ASIA PACIFIC A/K/A WHITE MOUNTAIN FOOTWEAR

Coral Reef Asia Pacific a/k/a White Mountain Footwear ("Coral Reef Asia Pacific") by and through its undersigned counsel, hereby gives notice that it served upon K-Mart Corporation a demand for reclamation of goods (the "Reclamation Demand") pursuant to section 546(c) of the Bankruptcy Code and other applicable law, including section 2-702 of the Uniform Commercial code, on November 5, 2018. A copy of the Reclamation Demand is attached as Exhibit A.

4816-5002-9690.1

Dated: November 5, 2018

Respectfully submitted,
CORAL REEF ASIA PACIFIC
AKA WHITE MOUNTAIN FOOTWEAR

By and through its attorneys,

NIXON PEABODY LLP

By: */s/ Daniel W. Sklar*
  Daniel W. Sklar, Esquire
  Nixon Peabody LLP
  900 Elm Street
  Manchester, NH  03101
  Phone: (603) 628-4000
  Fax: (603) 628-4040
  dsklar@nixonpeabody.com

4816-5002-9690.1