# EXHIBIT A

# BANKRUPTCY RECLAMATION DEMAND

In re:
K-Mart Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

November 2, 2018

Re: Reclamation Demand to K-Mart Corporation Case # 18-23538

To Whom It May Concern:

Pursuant to U.C.C. § 2-702 of the Uniform Commercial Code , and Section § 546(c) of the United States Bankruptcy Code, demand is hereby made for the return of all goods that the undersigned ("Coral Reef Asia Pacific") had sold to you ("K-Mart Corporation") and you ("K-Mart Corporation") had received within forty-five (45) days. This demand specifically includes, but is not limited to, goods identified in the Schedule annexed hereto.

This demand covers 7 invoices not less than $378,891.15 for the Goods that were delivered to Sears prior to the Petition Date, and for the proceeds of any Goods that may have been sold. A list of the invoices are enclosed herein.

Please contact the undersigned for instructions in connection with the return of the goods. You are further notified that all goods subject to our right of reclamation must be protected and segregated by you and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the Bankruptcy Court or other court. We make this demand for reclamation without prejudice to all other rights and remedies available to us, at law or in equity, including but not limited to, our right to an allowed administrative expense claim under § 503(b)(9) of the Bankruptcy Code for all goods received by you within twenty (20) days before the date of commencement of your bankruptcy case.

Very truly yours,

Coral Reef Asia Pacific
AKA White Mountain Footwear

CC. Sears Holdings Corporation and the Bankruptcy Court for the Southern District of New York.

1

## SCHEDULE TO RECLAMATION DEMAND

| CUST PO | CUST STOCK # | COLOR | QTY | VALUE | INVOICE # | XF DATE | CUST XF | B/L No. | B/L date |
|---|---|---|---|---|---|---|---|---|---|
| D678E | 41108/FRANCESCA | CHARCOAL FABRIC | 3,087 | $ 34,728.75 | CRA-18-1854 | 8/15/2018 | 8/16/2018 | 101: E228030151 | 8/31/2018 |
| D685X | 41108/FRANCESCA | LT TAN/SUEDETTE | 933 | $ 10,496.25 | CRA-18-1854 | 8/15/2018 | 8/20/2018 | 101: E228030151 | 8/31/2018 |
| D682E | 41108/FRANCESCA | LT TAN/SUEDETTE | 528 | $ 5,940.00 | CRA-18-1854 | 8/15/2018 | 8/20/2018 | 101: E228030151 | 8/31/2018 |
| D689E | 30805/DENVER | BLACK/BURNISHED SMOOTH | 2,193 | $ 25,548.45 | CRA-18-1980 | 8/23/2018 | 8/24/2018 | YMLUE232104653 | 9/1/2018 |
| D689F | 30805/DENVER | BLACK/BURNISHED SMOOTH | 1,362 | $ 15,867.30 | CRA-18-1980 | 8/23/2018 | 8/24/2018 | YMLUE232104653 | 9/1/2018 |
| D689B | 30805/DENVER | CHARCOAL/BURNISHED SMOOTH | 2,220 | $ 25,863.00 | CRA-18-1996 | 8/28/2018 | 8/28/2018 | MATS1977727000 | 9/4/2018 |
| D688Z | 30805/DENVER | CHARCOAL/BURNISHED SMOOTH | 1,305 | $ 15,203.25 | CRA-18-1996 | 8/28/2018 | 8/28/2018 | MATS1977727000 | 9/4/2018 |
| D689B | 30805/DENVER | CHARCOAL/BURNISHED SMOOTH | 2,193 | $ 25,548.45 | CRA-18-1997 | 8/28/2018 | 8/28/2018 | YMLUE232104873 | 9/7/2018 |
| D688Z | 30805/DENVER | CHARCOAL/BURNISHED SMOOTH | 1,362 | $ 15,867.30 | CRA-18-1997 | 8/28/2018 | 8/28/2018 | YMLUE232104873 | 9/7/2018 |
| D689G | 30805/DENVER | BLACK/BURNISHED SMOOTH | 3,372 | $ 39,283.80 | CRA-18-2130/2131 | 8/30/2018 | 9/10/2018 | 101: YMLUE232105340 | 9/17/2018 |
| D689G | 30805/DENVER | BLACK/BURNISHED SMOOTH | 4,416 | $ 51,445.40 | CRA-18-2130/2131 | 8/30/2018 | 9/10/2018 | 102:MATS2197866000 | 9/23/2018 |
| D689H | 30805/DENVER | BLACK/BURNISHED SMOOTH | 1,284 | $ 14,958.60 | CRA-18-2130/2131 | 8/30/2018 | 9/10/2018 | 101: YMLUE232105340 | 9/17/2018 |
| D689H | 30805/DENVER | BLACK/BURNISHED SMOOTH | 1,680 | $ 19,572.00 | CRA-18-2130/2131 | 8/30/2018 | 9/10/2018 | 102: MATS2197866000 | 9/23/2018 |
| D689C | 30805/DENVER | CHARCOAL/BURNISHED SMOOTH | 2,256 | $ 26,282.40 | CRA-18-2130/2131 | 8/30/2018 | 9/10/2018 | 101: YMLUE232105340 | 9/17/2018 |
| D689C | 30805/DENVER | CHARCOAL/BURNISHED SMOOTH | 444 | $ 5,172.60 | CRA-18-2109 | 8/30/2018 | 9/10/2018 | 102: MATS9457622000 & MATS2197866000 | 9/23/2018 |
| D689C | 30805/DENVER | CHARCOAL/BURNISHED SMOOTH | 2,496 | $ 29,078.40 | CRA-18-2130/2131 | 8/30/2018 | 9/10/2018 | 102: MATS9457622000 & MATS2197866000 | 9/23/2018 |
| D689D | 30805/DENVER | CHARCOAL/BURNISHED SMOOTH | 572 | $ 7,828.80 | CRA-18-2130/2131 | 8/30/2018 | 9/10/2018 | 101: YMLUE232105340 | 9/17/2018 |
| D689D | 30805/DENVER | CHARCOAL/BURNISHED SMOOTH | 876 | $ 10,205.40 | CRA-18-2130/2131 | 8/30/2018 | 9/10/2018 | 102: MATS2197866000 | 9/23/2018 |
| | | K-MART TOTAL | | $ 378,891.15 | | | | | |