UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                          Chapter 11

SEARS HOLDINGS CORPORATION, et al.           Case No. 18-23538 (RDD)
                                                                                (Jointly Administered)
                    Debtor.
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                                    )ss:
COUNTY OF NASSAU )

**CHRISTINE C. FOLLETT**, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Glen Cove, New York.

On November 2, 2018, I served via first class mail a copy of the *Notice of Appearance and Demand for Service of Papers* upon:

THE ATTACHED LIST OF PARTIES IN INTEREST

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the above-named parties at the last known address set forth after each name.

/s/Christine C. Follett
Christine C. Follett

Sworn to before me this
5th day of November, 2018

/s/Maryann McCord
Notary Public, State of New York
No. 01MC6280044
Qualified in Nassau County
Commission Expires April 15, 2021

6721419.1

| | | |
|---|---|---|
| Paul M. Basta, Esq.<br>Paul Weiss Rifkind Wharton &<br>Garrison, LLP<br>1285 Avenue of the Americas<br>New York, NY 10019 | Jacqueline Marcus, Esq.<br>Weil Gotshal & Manges, LLP<br>767 5th Avenue<br>New York, NY 10153 | Ray C. Schrock, Esq.<br>Weil Gotshal & Manges, LLP<br>767 5th Avenue<br>New York, NY 10153 |
| Sunny Singh, Esq.<br>Weil Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Ira S. Dizengoff, Esq.<br>Akin, Gump, Strauss, Hauer & Feld<br>One Bryant Park<br>New York, NY 10036 | Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014 |

6720595.