**MORGAN, LEWIS & BOCKIUS LLP**
Andrew J. Gallo, Esq.
Matthew C. Ziegler, Esq.
One Federal Street
Boston, Massachusetts 02110
Telephone:  617-341-7700
E-mail:  andrew.gallo@morganlewis.com

*Counsel to The Comet Clothing Company, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------ | X | |
| In re: | : | Chapter 11 |
| | : | |
| **SEARS HOLDING CORPORATION,** *et al.*[1] | : | Case. No. 18-23538 |
| Debtors. | : | |
| ------------------------------------------------------------ | : | (Jointly Administered) |
| | X | |

**NOTICE OF DEMAND FOR RECLAMATION**
**PURSUANT TO 11 U.S.C. § 546(c) BY THE COMET CLOTHING COMPANY, LLC**

> **PLEASE TAKE NOTICE** that The Comet Clothing Company, LLC. ("<u>Comet</u>"), by its

undersigned counsel, on November 5, 2018 served a demand for reclamation (the "<u>Reclamation</u>

---

[1] The Debtors in these Chapter 11 case, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SRC Sparrow 1 LLC (None); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); SRC Sparrow 2 LLC (None); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); SRC O.P. LLC (None); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); SRC Facilities LLC (None); and SRC Real Estate (TX), LLC (None). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

<u>Demand</u>") upon Sears Holdings Corporation and its affiliated debtors (together the "<u>Debtors</u>")
and on Debtors' counsel via FedEx Express overnight mail and electronic mail, to reclaim certain
goods (the "<u>Goods</u>") pursuant to 11 U.S.C. §546(c) and section 2-702 of the Uniform
Commercial Code. A copy of the Reclamation Demand is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Reclamation Demand, the
Goods were sold by Comet in the ordinary course of business to the Debtors and received by the
Debtors during the forty-five (45) days prior to the commencement of the Debtors' chapter 11
cases. Comet demands that the Debtors immediately surrender the Goods to Comet. Pending the
prompt return of the Goods, Comet demands that the Debtors (i) protect and segregate the Goods;
and (ii) refrain from selling, using or disposing of the Goods pursuant to 11 U.S.C. §§361 and
363(c).

**PLEASE TAKE FURTHER NOTICE** that Comet reserves all of its rights with respect
to the Goods, including without limitation, (i) its right to be paid in the ordinary course of business
as a post-petition creditor of the Debtors to the extent that the Goods were delivered to the Debtors
on or after the Petition Date; (ii) its right to assert a 20-day administrative priority claim pursuant
to 11 U.S.C. §503(b)(9); (iii) its right to assert a "new value" defense to any preference demand
pursuant to 11 U.S.C. §547(c)(4); (iv) its right to demand payment of any portion of these
invoices as a "cure" payment in connection with the Debtors' assumption of an executory
contract between Comet and the Debtors, if any, pursuant to 11 U.S.C. §365; (v) its right to seek
payment of its pre-petition invoices from any non-debtor parties that are co-obligors; (vi) its right
to amend, correct, supplement or modify the Reclamation Demand (including filing additional
evidence in support thereof) or to file additional demands or claims, including without limitation,

a proof of claim in the Debtors' chapter 11 cases and all other claims at law or in equity; (vii) its

right to setoff or recoupment; and (viii) its right to assert any other rights under applicable law.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice is not intended to

constitute an election of remedies or to waive any of Comet's rights under the Bankruptcy Code

or any applicable non-bankruptcy law. By filing this Notice of Demand for Reclamation, Comet

does not consent to the entry of final orders by the bankruptcy court on non-core issues and claims,

and does not waive any jurisdictional defenses

Dated:  November 5, 2018          **MORGAN, LEWIS & BOCKIUS LLP**

                                  */s/ Matthew C. Ziegler*
                                  Andrew J. Gallo, Esq.
                                  Matthew C. Ziegler, Esq.
                                  One Federal Street
                                  Boston, Massachusetts 02110
                                  Telephone:  617-341-7700
                                  E-mail:  andrew.gallo@morganlewis.com
                                  Email: matthew.ziegler@morganlewis.com

                                  *Counsel to The Comet Clothing Company, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Notice of Reclamation
Demand was electronically filed on this 5th day of November 2018, and served *via CM/ECF* on
all parties requesting electronic notification in this case as well as on the Debtors and Debtors'
counsel via FedEx Express overnight mail and electronic mail and on the Standard Parties as that
term is defined in the Amended Order Implementing Certain Notice and Case Management
Procedures (Dkt. No. 405).

                                  */s/ Andrew J. Gallo*
                                  Andrew J. Gallo, Esq.

**<u>EXHIBIT A</u>**

# Morgan Lewis

Laura McCarthy
Associate
+1.617.341.7716
Laura.mccarthy@morganlewis.com

November 5, 2018

**VIA FEDEX OVERNIGHT MAIL AND EMAIL**

Weil Gotshal & Manges LLP
Jacqueline Marcus, Esq.
Ray C. Schrock, P.C.
Garrett A. Fail, Esq.
Sunny Singh, Esq.
767 Fifth Avenue
New York, NY 10153
jacqueline.marcus@weil.com
ray.schrock@weil.com
sunny.singh@weil.com
garrett.fail@weil.com

Sears Holding Corporation
Stephen Sitley, Esq.
Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, IL 60179

Re:    In re Sears Holdings Corporation, et al., Case No. 18-23538 (RDD); Demand for
       Reclamation of Goods Pursuant to Bankruptcy Code §546(c) on behalf The Comet
       Clothing Company, LLC

To Whom it May Concern:

This firm represents The Comet Clothing Company, LLC ("Comet") in connection with its
claims against Sears Holding Corporation and its affiliated debtors (together, the
"Debtors").

On October 15, 2018 (the "Petition Date"), the Debtors commenced chapter 11 cases in the
U.S. Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").
During the 45-day period prior to the Petition Date (the "Reclamation Period"), Comet
delivered goods (the "Goods") to the Debtors in the ordinary course of business for which
Comet has not been paid as of the date of this letter. The value of the Goods delivered to

**Morgan, Lewis & Bockius LLP**

One Federal Street
Boston, MA 02110-1726
United States                          ☎ +1.617.341.7700
                                       🖷 +1.617.341.7701

the Debtors is $77,856.00 A summary of the Goods delivered to the Debtors during the Reclamation Period is attached hereto as Exhibit 1.

At the time the Debtors received the Goods, the Debtors were insolvent. It is our understanding that the Goods are currently in the Debtors' possession. Comet hereby makes a demand (the "Reclamation Demand") pursuant to 11 U.S.C. §546(c) and U.C.C. §2-702 for the Debtors to immediate surrender the Goods to Comet, all of which were delivered by Comet and received by the Debtors during the Reclamation Period. Pending the prompt return of the Goods, Comet hereby demands that the Debtors (i) protect and segregate the Goods, and (ii) refrain from selling, using or disposing of the Goods pursuant to 11 U.S.C. §§361 and 363(e).

Comet reserves all of its rights with respect to the Goods, including without limitation(i) its right to be paid in the ordinary course of business as a post-petition creditor of the Debtors to the extent that the Goods were delivered to the Debtors on or after the Petition Date; (ii) its right to assert a 20-day administrative priority claim pursuant to 11 U.S.C. §503(b)(9); (iii) its right to assert a "new value" defense to any preference demand pursuant to 11 U.S.C. §547(c)(4); (iv) its right to demand payment of any portion of these invoices as a "cure" payment in connection with the Debtors' assumption of an executory contract between Comet and the Debtors, if any, pursuant to 11 U.S.C. §365; (v) its right to seek payment of its pre-petition invoices from any non-debtor parties that are co-obligors; (vi) its right to amend, correct, supplement or modify the Reclamation Demand (including filing additional evidence in support thereof) or to file additional demands or claims, including without limitation, a proof of claim in the Debtors' chapter 11 cases and all other claims at law or in equity; (vii) its right to setoff or recoupment; and (viii) its right to assert any other rights under applicable law.

Please direct any response, notices, or inquiries regarding the Reclamation Demand to my attention.

Sincerely,

Andrew J. Gallo, Esq.
Laura M. McCarthy, Esq.
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110-1726


cc. The Comet Clothing Company, LLC

# **EXHIBIT 1**

| INVOICE SUMMARY - THE COMET CLOTHING COMPANY, LLC | | | |
|---|---|---|---|
| **INVOICE NUMBER** | **INVOICE DATE / SHIPPING DATE** | **TOTAL** | **CUSTOMER** |
| 269253 | 9/1/2018 | 120.00 | KMART |
| 266248 | 9/2/2018 | 120.00 | KMART |
| 278026 | 9/2/2018 | 240.00 | KMART |
| 268215 | 9/2/2018 | 360.00 | KMART |
| 278023 | 9/2/2018 | 360.00 | KMART |
| 268375 | 9/2/2018 | 240.00 | KMART |
| 278025 | 9/2/2018 | 240.00 | KMART |
| 268314 | 9/2/2018 | 360.00 | KMART |
| 268315 | 9/2/2018 | 240.00 | KMART |
| 278027 | 9/2/2018 | 120.00 | KMART |
| 278028 | 9/2/2018 | 240.00 | KMART |
| 278029 | 9/2/2018 | 120.00 | KMART |
| 268319 | 9/2/2018 | 240.00 | KMART |
| 268320 | 9/2/2018 | 240.00 | KMART |
| 268321 | 9/2/2018 | 360.00 | KMART |
| 268322 | 9/2/2018 | 240.00 | KMART |
| 278030 | 9/2/2018 | 120.00 | KMART |
| 268327 | 9/2/2018 | 240.00 | KMART |
| 278031 | 9/2/2018 | 240.00 | KMART |
| 268323 | 9/2/2018 | 240.00 | KMART |
| 268329 | 9/2/2018 | 240.00 | KMART |
| 268331 | 9/2/2018 | 240.00 | KMART |
| 268333 | 9/2/2018 | 240.00 | KMART |
| 268334 | 9/2/2018 | 240.00 | KMART |
| 268336 | 9/2/2018 | 360.00 | KMART |
| 278033 | 9/2/2018 | 240.00 | KMART |
| 268338 | 9/2/2018 | 240.00 | KMART |
| 268342 | 9/2/2018 | 480.00 | KMART |
| 278034 | 9/2/2018 | 240.00 | KMART |
| 268340 | 9/2/2018 | 240.00 | KMART |
| 278035 | 9/2/2018 | 240.00 | KMART |
| 268373 | 9/2/2018 | 240.00 | KMART |
| 268347 | 9/2/2018 | 240.00 | KMART |
| 268348 | 9/2/2018 | 240.00 | KMART |
| 268349 | 9/2/2018 | 360.00 | KMART |
| 268353 | 9/2/2018 | 240.00 | KMART |
| 268356 | 9/2/2018 | 360.00 | KMART |
| 268358 | 9/2/2018 | 240.00 | KMART |
| 268359 | 9/2/2018 | 360.00 | KMART |

| | | | |
|---|---|---|---|
| 268361 | 9/2/2018 | 240.00 | KMART |
| 268367 | 9/2/2018 | 240.00 | KMART |
| 268724 | 9/2/2018 | 360.00 | KMART |
| 268388 | 9/2/2018 | 360.00 | KMART |
| 278077 | 9/2/2018 | 240.00 | KMART |
| 268895 | 9/2/2018 | 240.00 | KMART |
| 268913 | 9/2/2018 | 360.00 | KMART |
| 266651 | 9/2/2018 | 480.00 | KMART |
| 268216 | 9/4/2018 | 240.00 | KMART |
| 278032 | 9/4/2018 | 120.00 | KMART |
| 278073 | 9/4/2018 | 120.00 | SEARS |
| 278056 | 9/4/2018 | 120.00 | SEARS |
| 268830 | 9/4/2018 | 120.00 | SEARS |
| 278048 | 9/4/2018 | 120.00 | SEARS |
| 268872 | 9/4/2018 | 120.00 | SEARS |
| 278046 | 9/4/2018 | 120.00 | SEARS |
| 270442 | 9/4/2018 | 120.00 | SEARS |
| 269239 | 9/10/2018 | 120.00 | KMART |
| 290242 | 9/13/2018 | 168.00 | SEARS |
| 290243 | 9/13/2018 | 336.00 | SEARS |
| 290244 | 9/13/2018 | 168.00 | SEARS |
| 290245 | 9/13/2018 | 168.00 | SEARS |
| 290246 | 9/13/2018 | 168.00 | SEARS |
| 290247 | 9/13/2018 | 168.00 | SEARS |
| 290248 | 9/13/2018 | 168.00 | SEARS |
| 290249 | 9/13/2018 | 168.00 | SEARS |
| 290250 | 9/13/2018 | 168.00 | SEARS |
| 290251 | 9/13/2018 | 168.00 | SEARS |
| 290252 | 9/13/2018 | 168.00 | SEARS |
| 290253 | 9/13/2018 | 168.00 | SEARS |
| 290254 | 9/13/2018 | 168.00 | SEARS |
| 290255 | 9/13/2018 | 168.00 | SEARS |
| 290256 | 9/13/2018 | 168.00 | SEARS |
| 290257 | 9/13/2018 | 336.00 | SEARS |
| 290258 | 9/13/2018 | 168.00 | SEARS |
| 290259 | 9/13/2018 | 168.00 | SEARS |
| 290260 | 9/13/2018 | 504.00 | SEARS |
| 290261 | 9/13/2018 | 168.00 | SEARS |
| 290262 | 9/13/2018 | 168.00 | SEARS |
| 290263 | 9/13/2018 | 168.00 | SEARS |
| 290264 | 9/13/2018 | 168.00 | SEARS |
| 290265 | 9/13/2018 | 168.00 | SEARS |
| 290266 | 9/13/2018 | 168.00 | SEARS |
| 290267 | 9/13/2018 | 168.00 | SEARS |
| 290269 | 9/13/2018 | 168.00 | SEARS |

| 290270 | 9/13/2018 | 168.00 | SEARS |
|--------|-----------|--------|-------|
| 290271 | 9/13/2018 | 168.00 | SEARS |
| 290272 | 9/13/2018 | 168.00 | SEARS |
| 290273 | 9/13/2018 | 336.00 | SEARS |
| 290274 | 9/13/2018 | 168.00 | SEARS |
| 290275 | 9/13/2018 | 168.00 | SEARS |
| 290276 | 9/13/2018 | 168.00 | SEARS |
| 290277 | 9/13/2018 | 336.00 | SEARS |
| 290278 | 9/13/2018 | 168.00 | SEARS |
| 290279 | 9/13/2018 | 168.00 | SEARS |
| 290280 | 9/13/2018 | 168.00 | SEARS |
| 290281 | 9/13/2018 | 168.00 | SEARS |
| 290282 | 9/13/2018 | 168.00 | SEARS |
| 290283 | 9/13/2018 | 168.00 | SEARS |
| 290284 | 9/13/2018 | 168.00 | SEARS |
| 290285 | 9/13/2018 | 168.00 | SEARS |
| 290286 | 9/13/2018 | 168.00 | SEARS |
| 290287 | 9/13/2018 | 168.00 | SEARS |
| 290288 | 9/13/2018 | 168.00 | SEARS |
| 290289 | 9/13/2018 | 168.00 | SEARS |
| 290290 | 9/13/2018 | 168.00 | SEARS |
| 290291 | 9/13/2018 | 336.00 | SEARS |
| 290292 | 9/13/2018 | 168.00 | SEARS |
| 290293 | 9/13/2018 | 168.00 | SEARS |
| 290294 | 9/13/2018 | 168.00 | SEARS |
| 290295 | 9/13/2018 | 168.00 | SEARS |
| 290296 | 9/13/2018 | 168.00 | SEARS |
| 290297 | 9/13/2018 | 168.00 | SEARS |
| 290298 | 9/13/2018 | 336.00 | SEARS |
| 290299 | 9/13/2018 | 168.00 | SEARS |
| 290300 | 9/13/2018 | 168.00 | SEARS |
| 290301 | 9/13/2018 | 168.00 | SEARS |
| 290302 | 9/13/2018 | 168.00 | SEARS |
| 290303 | 9/13/2018 | 168.00 | SEARS |
| 290304 | 9/13/2018 | 168.00 | SEARS |
| 290305 | 9/13/2018 | 168.00 | SEARS |
| 290306 | 9/13/2018 | 168.00 | SEARS |
| 290307 | 9/13/2018 | 168.00 | SEARS |
| 290308 | 9/13/2018 | 168.00 | SEARS |
| 290309 | 9/13/2018 | 168.00 | SEARS |
| 290310 | 9/13/2018 | 168.00 | SEARS |
| 290311 | 9/13/2018 | 168.00 | SEARS |
| 290312 | 9/13/2018 | 168.00 | SEARS |
| 290313 | 9/13/2018 | 168.00 | SEARS |
| 290314 | 9/13/2018 | 168.00 | SEARS |

| | | | |
|---|---|---|---|
| 290315 | 9/13/2018 | 168.00 | SEARS |
| 290316 | 9/13/2018 | 168.00 | SEARS |
| 290317 | 9/13/2018 | 168.00 | SEARS |
| 290318 | 9/13/2018 | 168.00 | SEARS |
| 290319 | 9/13/2018 | 168.00 | SEARS |
| 290320 | 9/13/2018 | 168.00 | SEARS |
| 290321 | 9/13/2018 | 168.00 | SEARS |
| 290322 | 9/13/2018 | 168.00 | SEARS |
| 288144 | 9/14/2018 | 120.00 | SEARS |
| 288142 | 9/14/2018 | 120.00 | SEARS |
| 288130 | 9/14/2018 | 120.00 | SEARS |
| 288131 | 9/14/2018 | 120.00 | SEARS |
| 288135 | 9/14/2018 | 120.00 | SEARS |
| 288119 | 9/15/2018 | 240.00 | KMART |
| 288041 | 9/17/2018 | 120.00 | KMART |
| 288042 | 9/17/2018 | 360.00 | KMART |
| 288043 | 9/17/2018 | 240.00 | KMART |
| 288044 | 9/17/2018 | 120.00 | KMART |
| 288045 | 9/17/2018 | 240.00 | KMART |
| 288046 | 9/17/2018 | 120.00 | KMART |
| 288047 | 9/17/2018 | 120.00 | KMART |
| 288048 | 9/17/2018 | 240.00 | KMART |
| 288049 | 9/17/2018 | 120.00 | KMART |
| 288050 | 9/17/2018 | 480.00 | KMART |
| 288051 | 9/17/2018 | 240.00 | KMART |
| 288052 | 9/17/2018 | 120.00 | KMART |
| 288053 | 9/17/2018 | 120.00 | KMART |
| 288054 | 9/17/2018 | 120.00 | KMART |
| 288055 | 9/17/2018 | 600.00 | KMART |
| 288056 | 9/17/2018 | 120.00 | KMART |
| 288057 | 9/17/2018 | 120.00 | KMART |
| 288058 | 9/17/2018 | 120.00 | KMART |
| 288059 | 9/17/2018 | 120.00 | KMART |
| 288060 | 9/17/2018 | 240.00 | KMART |
| 288061 | 9/17/2018 | 120.00 | KMART |
| 288062 | 9/17/2018 | 840.00 | KMART |
| 288063 | 9/17/2018 | 480.00 | KMART |
| 288064 | 9/17/2018 | 120.00 | KMART |
| 288065 | 9/17/2018 | 840.00 | KMART |
| 288066 | 9/17/2018 | 120.00 | KMART |
| 288067 | 9/17/2018 | 720.00 | KMART |
| 288068 | 9/17/2018 | 120.00 | KMART |
| 288069 | 9/17/2018 | 240.00 | KMART |
| 288070 | 9/17/2018 | 480.00 | KMART |
| 288071 | 9/17/2018 | 120.00 | KMART |

| | | | |
|---|---|---|---|
| 288072 | 9/17/2018 | 240.00 | KMART |
| 288073 | 9/17/2018 | 480.00 | KMART |
| 288074 | 9/17/2018 | 360.00 | KMART |
| 288075 | 9/17/2018 | 720.00 | KMART |
| 288076 | 9/17/2018 | 480.00 | KMART |
| 288077 | 9/17/2018 | 240.00 | KMART |
| 288078 | 9/17/2018 | 720.00 | KMART |
| 288079 | 9/17/2018 | 120.00 | KMART |
| 288080 | 9/17/2018 | 120.00 | KMART |
| 288082 | 9/17/2018 | 120.00 | KMART |
| 288083 | 9/17/2018 | 480.00 | KMART |
| 288084 | 9/17/2018 | 240.00 | KMART |
| 288085 | 9/17/2018 | 120.00 | KMART |
| 288086 | 9/17/2018 | 120.00 | KMART |
| 288087 | 9/17/2018 | 360.00 | KMART |
| 278036 | 9/17/2018 | 240.00 | KMART |
| 288088 | 9/17/2018 | 120.00 | KMART |
| 288089 | 9/17/2018 | 120.00 | KMART |
| 288090 | 9/17/2018 | 120.00 | KMART |
| 288091 | 9/17/2018 | 120.00 | KMART |
| 288092 | 9/17/2018 | 480.00 | KMART |
| 288093 | 9/17/2018 | 840.00 | KMART |
| 288094 | 9/17/2018 | 240.00 | KMART |
| 288095 | 9/17/2018 | 600.00 | KMART |
| 288096 | 9/17/2018 | 600.00 | KMART |
| 288097 | 9/17/2018 | 720.00 | KMART |
| 288098 | 9/17/2018 | 480.00 | KMART |
| 288099 | 9/17/2018 | 720.00 | KMART |
| 288100 | 9/17/2018 | 240.00 | KMART |
| 288101 | 9/17/2018 | 120.00 | KMART |
| 288102 | 9/17/2018 | 120.00 | KMART |
| 288103 | 9/17/2018 | 120.00 | KMART |
| 288104 | 9/17/2018 | 240.00 | KMART |
| 288105 | 9/17/2018 | 120.00 | KMART |
| 288106 | 9/17/2018 | 240.00 | KMART |
| 288107 | 9/17/2018 | 480.00 | KMART |
| 288108 | 9/17/2018 | 120.00 | KMART |
| 288109 | 9/17/2018 | 120.00 | KMART |
| 288110 | 9/17/2018 | 120.00 | KMART |
| 288111 | 9/17/2018 | 240.00 | KMART |
| 288113 | 9/17/2018 | 360.00 | KMART |
| 288114 | 9/17/2018 | 360.00 | KMART |
| 288115 | 9/17/2018 | 120.00 | KMART |
| 288116 | 9/17/2018 | 360.00 | KMART |
| 288117 | 9/17/2018 | 360.00 | KMART |

| | | | |
|---|---|---|---|
| 288118 | 9/17/2018 | 600.00 | KMART |
| 288120 | 9/17/2018 | 240.00 | KMART |
| 288121 | 9/17/2018 | 120.00 | KMART |
| 288122 | 9/17/2018 | 120.00 | KMART |
| 288123 | 9/17/2018 | 120.00 | KMART |
| 288124 | 9/17/2018 | 240.00 | KMART |
| 288125 | 9/17/2018 | 840.00 | KMART |
| 288126 | 9/17/2018 | 120.00 | SEARS |
| 288143 | 9/17/2018 | 480.00 | SEARS |
| 288128 | 9/17/2018 | 120.00 | SEARS |
| 288141 | 9/17/2018 | 240.00 | SEARS |
| 288140 | 9/17/2018 | 360.00 | SEARS |
| 288129 | 9/17/2018 | 240.00 | SEARS |
| 288139 | 9/17/2018 | 240.00 | SEARS |
| 288138 | 9/17/2018 | 120.00 | SEARS |
| 288132 | 9/17/2018 | 240.00 | SEARS |
| 288133 | 9/17/2018 | 120.00 | SEARS |
| 288134 | 9/17/2018 | 120.00 | SEARS |
| 288136 | 9/17/2018 | 120.00 | SEARS |
| 288081 | 9/18/2018 | 360.00 | KMART |
| 288112 | 9/18/2018 | 480.00 | KMART |
| 268670 | 9/24/2018 | 576.00 | KMART |
| 295788 | 9/25/2018 | 120.00 | KMART |
| 295790 | 9/25/2018 | 120.00 | KMART |
| 295796 | 9/25/2018 | 120.00 | KMART |
| 296675 | 9/25/2018 | 240.00 | KMART |
| 296679 | 9/25/2018 | 120.00 | KMART |
| 296682 | 9/25/2018 | 240.00 | KMART |
| 296687 | 9/25/2018 | 120.00 | KMART |
| 295811 | 9/25/2018 | 120.00 | KMART |
| 296692 | 9/25/2018 | 120.00 | KMART |
| 296695 | 9/25/2018 | 240.00 | KMART |
| 296698 | 9/25/2018 | 360.00 | KMART |
| 295827 | 9/25/2018 | 240.00 | KMART |
| 295829 | 9/25/2018 | 120.00 | KMART |
| 296705 | 9/25/2018 | 360.00 | KMART |
| 296717 | 9/25/2018 | 360.00 | KMART |
| 296720 | 9/25/2018 | 120.00 | KMART |
| 295846 | 9/25/2018 | 1,440.00 | KMART |
| 296721 | 9/25/2018 | 120.00 | KMART |
| 295849 | 9/25/2018 | 120.00 | KMART |
| 295853 | 9/25/2018 | 120.00 | KMART |
| 295855 | 9/25/2018 | 120.00 | KMART |
| 295859 | 9/25/2018 | 120.00 | KMART |
| 295860 | 9/25/2018 | 120.00 | SEARS |

| 295861 | 9/25/2018 | 120.00 | SEARS |
|--------|-----------|--------|-------|
| 295862 | 9/25/2018 | 120.00 | SEARS |
| 295863 | 9/25/2018 | 120.00 | SEARS |
| 295864 | 9/25/2018 | 120.00 | SEARS |
| 295866 | 9/25/2018 | 120.00 | SEARS |
| 295867 | 9/25/2018 | 120.00 | SEARS |
| 295868 | 9/25/2018 | 120.00 | SEARS |
| 295870 | 9/25/2018 | 240.00 | SEARS |
| 295872 | 9/25/2018 | 120.00 | SEARS |
| 295873 | 9/25/2018 | 120.00 | SEARS |
| 295875 | 9/25/2018 | 120.00 | SEARS |
| 295876 | 9/25/2018 | 120.00 | SEARS |
| 295878 | 9/25/2018 | 120.00 | SEARS |
| 295879 | 9/25/2018 | 120.00 | SEARS |
| 295881 | 9/25/2018 | 120.00 | SEARS |
| 296668 | 9/26/2018 | 120.00 | KMART |
| 296669 | 9/26/2018 | 240.00 | KMART |
| 296670 | 9/26/2018 | 120.00 | KMART |
| 296671 | 9/26/2018 | 120.00 | KMART |
| 296672 | 9/26/2018 | 480.00 | KMART |
| 296673 | 9/26/2018 | 120.00 | KMART |
| 296674 | 9/26/2018 | 360.00 | KMART |
| 295795 | 9/26/2018 | 120.00 | KMART |
| 296676 | 9/26/2018 | 120.00 | KMART |
| 296677 | 9/26/2018 | 120.00 | KMART |
| 296678 | 9/26/2018 | 120.00 | KMART |
| 296680 | 9/26/2018 | 120.00 | KMART |
| 296683 | 9/26/2018 | 240.00 | KMART |
| 296684 | 9/26/2018 | 120.00 | KMART |
| 296685 | 9/26/2018 | 120.00 | KMART |
| 296686 | 9/26/2018 | 120.00 | KMART |
| 296688 | 9/26/2018 | 600.00 | KMART |
| 296689 | 9/26/2018 | 120.00 | KMART |
| 296690 | 9/26/2018 | 120.00 | KMART |
| 296691 | 9/26/2018 | 480.00 | KMART |
| 296694 | 9/26/2018 | 240.00 | KMART |
| 296696 | 9/26/2018 | 120.00 | KMART |
| 296697 | 9/26/2018 | 120.00 | KMART |
| 296699 | 9/26/2018 | 360.00 | KMART |
| 296700 | 9/26/2018 | 240.00 | KMART |
| 296701 | 9/26/2018 | 240.00 | KMART |
| 296703 | 9/26/2018 | 120.00 | KMART |
| 296704 | 9/26/2018 | 240.00 | KMART |
| 296706 | 9/26/2018 | 240.00 | KMART |
| 296707 | 9/26/2018 | 240.00 | KMART |

| | | | |
|---|---|---|---|
| 296708 | 9/26/2018 | 120.00 | KMART |
| 296709 | 9/26/2018 | 120.00 | KMART |
| 296710 | 9/26/2018 | 120.00 | KMART |
| 296711 | 9/26/2018 | 120.00 | KMART |
| 296712 | 9/26/2018 | 120.00 | KMART |
| 296713 | 9/26/2018 | 240.00 | KMART |
| 296714 | 9/26/2018 | 240.00 | KMART |
| 296715 | 9/26/2018 | 120.00 | KMART |
| 296716 | 9/26/2018 | 120.00 | KMART |
| 296718 | 9/26/2018 | 240.00 | KMART |
| 296719 | 9/26/2018 | 240.00 | KMART |
| 296722 | 9/26/2018 | 120.00 | KMART |
| 296723 | 9/26/2018 | 120.00 | KMART |
| 296724 | 9/26/2018 | 120.00 | KMART |
| 296725 | 9/26/2018 | 120.00 | KMART |
| 296726 | 9/26/2018 | 120.00 | KMART |
| 296727 | 9/26/2018 | 240.00 | KMART |
| 296728 | 9/26/2018 | 120.00 | KMART |
| 296729 | 9/26/2018 | 120.00 | KMART |
| 270487 | 9/26/2018 | 576.00 | KMART |
| 295865 | 9/26/2018 | 120.00 | SEARS |
| 295869 | 9/26/2018 | 240.00 | SEARS |
| 295871 | 9/26/2018 | 120.00 | SEARS |
| 295874 | 9/26/2018 | 120.00 | SEARS |
| 295877 | 9/26/2018 | 120.00 | SEARS |
| 295880 | 9/26/2018 | 120.00 | SEARS |
| 295882 | 9/26/2018 | 120.00 | SEARS |
| 295791 | 9/28/2018 | 120.00 | KMART |
| 296681 | 9/28/2018 | 360.00 | KMART |
| 296693 | 9/28/2018 | 600.00 | KMART |
| 296702 | 9/28/2018 | 360.00 | KMART |
| 298676 | 9/28/2018 | 120.00 | SEARS |
| 298677 | 9/28/2018 | 120.00 | SEARS |
| 298678 | 9/28/2018 | 120.00 | SEARS |
| 298679 | 9/28/2018 | 120.00 | SEARS |
| | **TOTAL:** | **$77,856.00** | |