**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 18-23538 (RDD)<br>(Joint Administration Requested) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Allen J. Guon, Esq., to be admitted, ***pro hac vice***, to represent the SHERTHAL, LLC (the "Client"), in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Illinois, and admitted to practice before the United States District Court for the Northern District of Illinois and the United States Court of Appeals for the Seventh and Eighth Circuits, it is hereby

**ORDERED**, that Allen J. Guon, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
    New York, New York


_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

ACTIVE\77756134.v1-11/5/18