**NIXON PEABODY, LLP**
Daniel W. Sklar, Esq.
900 Elm Street
Manchester, NH 03101
(603) 628-4000
Fax: (603) 628-4040

*Attorney for 266 Route 125, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| INNOVEL SOLUTIONS, INC., et al, | Case No. 18-23538-rdd |
| Debtors | (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICE AND PLEADINGS

**PLEASE TAKE NOTICE** that Daniel W. Sklar of the law firm of Nixon Peabody LLP hereby appears as counsel to 266 Route 125, LLC ("266 Route 125") in the matter of the above-referenced Chapter 11 proceeding and requests that all notices given or required to be given in this case and all pleadings and other papers served in this case be given to and served upon the undersigned pursuant to the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bankruptcy Code, the foregoing demand includes all orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegram, telefax or otherwise which affect 266 Route 125.

Neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall be intended or deemed to waive: (1) 266 Route 125's right to have a final order in non-core proceedings entered only after *de novo* review by a United States District Court Judge; (2) 266 Route 125's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to 266 Route 125's right to move for withdrawal of the reference; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which 266 Route 125 is, or may be, entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

                                        Respectfully submitted,
                                        266 ROUTE 125, LLC

                                        By and through its attorneys,

                                        NIXON PEABODY LLP

Dated: November 5, 2018         By: */s/ Daniel W. Sklar*
                                                Daniel W. Sklar, Esquire
                                                Nixon Peabody LLP
                                                900 Elm Street
                                                Manchester, NH  03101
                                                Phone: (603) 628-4000
                                                Fax: (603) 628-4040
                                                dsklar@nixonpeabody.com

4852-8190-5018.1