**McKool Smith, P.C.**
One Bryant Park
47th Floor
New York, NY 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444
H. Jeffrey Schwartz

*Counsel for Winners Industry Co., Ltd.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al. | ) Case No. 18-23538 (RDD) |
| Debtors[1] | ) Jointly Administered |

## NOTICE OF RECLAMATION DEMAND OF WINNERS INDUSTRY CO., LTD.

PLEASE TAKE NOTICE that Winners Industry Co., Ltd. ("Winners Industry") served a written reclamation demand (the "Demand") on the above-caption debtors and debtors-in-possession (collectively, the "Debtors") on or about November 4, 2018. A copy of the Demand (without enclosures/exhibits) is attached as **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

4811-2285-7082

PLEASE TAKE FURTHER NOTICE that Winners Industry hereby provides formal notice to all interested parties of Winners Industry's reclamation claims pursuant to, without limitation, section 546(c) of the United States Bankruptcy Code and section 2-702 of the Uniform Commercial Code, as made applicable by various state statutes, for the reclamation of goods sold by Winners Industry to the Debtors on credit.

PLEASE TAKE FURTHER NOTICE that Winners Industry reserves all rights, remedies, and defenses as set forth in the Demand.

Dated: November 5, 2018

Respectfully submitted,

*/s/   H. Jeffrey Schwartz*

**MCKOOL SMITH, P.C.**
One Bryant Park
47th Floor
New York, NY 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444
H. Jeffrey Schwartz

*Counsel for Winners Industry Co., Ltd.*

4811-2285-7082