UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al.[1] | Case No. 18-23538 (RDD) |
| Debtor. | |

## NOTICE OF RECLAMATION DEMAND OF

## STANLEY BLACK & DECKER, INC. AND ITS AFFILIATES

PLEASE TAKE NOTICE that Stanley Black & Decker, Inc. ("SBD"), by and through its

undersigned counsel, hereby files this notice of the delivery of a written demand letter dated

November 5, 2018, pursuant to 11 U.S.C. § 546(c), Uniform Commercial Code § 2-702 and

other applicable non-bankruptcy law, on the above-referenced debtors and debtor-in-possessions

(the "Debtors") to reclaim certain goods (the "Reclamation Goods") that were sold by SBD to

the Debtors in the ordinary course of business and that were received by the Debtors during the

45 days prior to the filing of the Debtors' chapter 11 bankruptcy cases on October 15, 2018.

SBD incorporates herein by reference a copy of its formal reclamation demand letter attached as

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Exhibit 1, which has been delivered to the Debtors and counsel by overnight mail and electronic mail.  The value of the Reclamation Goods is not less than $7,648,983.02.

PLEASE TAKE FURTHER NOTICE that SBD reserves all of its rights with respect to the Reclamation Goods, including without limitation (i) its rights to be paid in the ordinary course of business as a post-petition creditor of the Debtors to the extent any goods listed herein as Reclamation Goods were received by the Debtors on or after October 15, 2018; (ii) its right to assert a 20-day administrative priority claim pursuant to 11 U.S.C. § 503(b)(9); (iii) its right to assert a "new value" defense to any preference demand pursuant to 11 U.S.C. § 547(c)(4); (iv) its right to demand payment of any portion of these invoices as a "cure" payment in connection with the Debtors' assumption of any executory contract, if any, pursuant to 11 U.S.C. § 365; (v) its right to amend and/or supplement this demand or to serve and file additional demands or claims; (vi) its right to assert any other rights under applicable law.

Dated: November 5, 2018

CRAVATH, SWAINE & MOORE LLP

By: _____
Paul H. Zumbro

Paul H. Zumbro
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1036
Fax: (212) 474-3700

[[3879797]]

# CRAVATH, SWAINE & MOORE LLP

maxJOHN W. WHITE
EVAN R. CHESLER
RICHARD W. CLARY
STEPHEN L. GORDON
ROBERT H. BARON
DAVID MERCADO
CHRISTINE A. VARNEY
PETER T. BARBUR
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
PHILIP J. BOECKMAN
WILLIAM V. FOGG
FAIZA J. SAEED

RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. McATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

————

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1036

WRITER'S EMAIL ADDRESS
pzumbro@cravath.com

DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
JOHNNY G. SKUMPIJA
J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
KENNETH C. HALCOM
DAVID M. STUART

AARON M. GRUBER
O. KEITH HALLAM, III
OMID H. NASAB
DAMARIS HERNÁNDEZ
JONATHAN J. KATZ
MARGARET SEGALL D'AMICO
RORY A. LERARIS
KARA L. MUNGOVAN
NICHOLAS A. DORSEY
ANDREW C. ELKEN
JENNY HOCHENBERG
VANESSA A. LAVELY
G.J. LIGELIS JR.
MICHAEL E. MARIANI

———

SPECIAL COUNSEL
SAMUEL C. BUTLER

———

OF COUNSEL
MICHAEL L. SCHLER

November 5, 2018

In re Sears Holding Corporation, *et al.*, Case No. 18-23538 (RDD) (Bankr. S.D.N.Y.)

Dear Mr. Schrock,

            I write on behalf of Stanley Black & Decker, Inc. and its affiliates ("SBD") a creditor in the above-referenced bankruptcy proceedings of Sears Holding Corporation and its debtor affiliates (the "Debtors"). Pursuant to 11 U.S.C. § 546(c)(1), Uniform Commercial Code § 2-702 and other applicable non-bankruptcy law, SBD hereby demands reclamation of all goods received by the Debtors from SBD during the forty-five days prior to the filing of the Debtors' chapter 11 petitions on October 15, 2018 (such period, the "Reclamation Period", and such goods, the "Reclamation Goods").

            During the Reclamation Period, SBD sold, and the Debtors received from SBD, in the ordinary course of the parties' respective businesses, goods having an agreed price and reasonable value of not less than $7,648,983.02, resulting in a reclamation claim in the same amount. Details supporting this claim are provided in Annex I and Annex II, both attached to this letter. In addition to the goods specifically described herein, SBD's reclamation claim should be deemed to include all Reclamation Goods, including any not specifically listed herein.

            SBD demands that all Reclamation Goods be segregated and protected by the Debtors from any other goods in the Debtors' possession, and that the Debtors provide an immediate accounting of all Reclamation Goods and their present location(s). The Reclamation Goods shall not be used for any purpose whatsoever except those specifically authorized by the Bankruptcy Court following notice and a hearing thereon.

            SBD makes this demand for reclamation without prejudice to all other rights and remedies available to it, at law or in equity, including without limitation SBD's right to an allowed administrative expense claim under 11 U.S.C. § 503(b)(9) or any other provision of the Bankruptcy Code and SBD's right to amend and/or supplement this demand or to serve and file additional demands or claims.

[[3879428]]

Very truly yours,

Paul H. Zumbro

Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
    Weil, Gotshal & Manges LLP
      767 Fifth Avenue
        New York, NY 10153
          (212) 310-8000
            ray.schrock@weil.com
            jacqueline.marcus@weil.com
            garrett.fail@weil.com
            sunny.singh@weil.com

BY EMAIL

ANNEX I

Summary of Invoices

[[3879428]]

**Black & Decker (U.S.) Inc. ["Core SBD"]**

| | | | | | SUMMARY | 45 DAYS PRIOR TO FILING |
|---|---|---|---|---|---|---|
| Invoice # | PO # | Doc. Date | Invoice Amt. | Due Date | | |
| 9428572994 | 08289238249R | 09/01/2018 | $ 450.00 | 10/23/2018 | Core SBD | $7,247,855.40 |
| 9428572995 | 08289238250R | 09/01/2018 | $ 538.40 | 10/23/2018 | | |
| 9428572996 | 08289239403R | 09/01/2018 | $ 2,745.84 | 10/23/2018 | Puerto Rico | $376,201.62 |
| 9428572998 | 08289239402R | 09/01/2018 | $ 787.50 | 10/23/2018 | | |
| 9428572999 | 08289238251R | 09/01/2018 | $ 225.00 | 10/23/2018 | Macau | $24,926.00 |
| 9428573608 | 08273670521R | 09/01/2018 | $ 460.26 | 10/23/2018 | | |
| 9428573611 | 08305222432R | 09/01/2018 | $ 603.33 | 10/23/2018 | | $7,648,983.02 |
| 9428573613 | 08305223605R | 09/01/2018 | $ 84.12 | 10/23/2018 | | |
| 9428575635 | 545199 D/609 | 09/01/2018 | $ 1,962.00 | 10/23/2018 | | |
| 9428577784 | 08292259612R | 09/04/2018 | $ 323.04 | 10/26/2018 | | |
| 9428577787 | 08292260776R | 09/04/2018 | $ 2,611.24 | 10/26/2018 | | |
| 9428582344 | 08275302552R | 09/04/2018 | $ 1,837.50 | 10/26/2018 | | |
| 9428578897 | 552049 D/609 | 09/04/2018 | $ 713.92 | 10/26/2018 | | |
| 9428578900 | 553846 D/609 | 09/04/2018 | $ 39,310.09 | 10/26/2018 | | |
| 9428578903 | 553847 D/671 | 09/04/2018 | $ 1,401.54 | 10/26/2018 | | |
| 9428578904 | 550236 D/609 | 09/04/2018 | $ 51.40 | 10/26/2018 | | |
| 9428578906 | 555090 D/620 | 09/04/2018 | $ 712.50 | 10/26/2018 | | |
| 9428578908 | 555040 D/609 | 09/04/2018 | $ 313.92 | 10/26/2018 | | |
| 9428578910 | 554315 D/609 | 09/04/2018 | $ 4,200.59 | 10/26/2018 | | |
| 9428578917 | 553845 D/609 | 09/04/2018 | $ 39,277.71 | 10/26/2018 | | |
| 9428578919 | 555091 D/620 | 09/04/2018 | $ 1,453.68 | 10/26/2018 | | |
| 9428578924 | 539662 D/609 | 09/04/2018 | $ 642.50 | 10/26/2018 | | |
| 9428578927 | 554316 D/609 | 09/04/2018 | $ 6,103.60 | 10/26/2018 | | |
| 9428578929 | 553848 D/609 | 09/04/2018 | $ 44,826.97 | 10/26/2018 | | |
| 9428578931 | 551074 D/609 | 09/04/2018 | $ 1,189.90 | 10/26/2018 | | |
| 9428578932 | 555093 D/620 | 09/04/2018 | $ 3,262.50 | 10/26/2018 | | |
| 9428578934 | 555094 D/620 | 09/04/2018 | $ 1,292.16 | 10/26/2018 | | |
| 9428579629 | 08289238324R | 09/04/2018 | $ 60.72 | 10/26/2018 | | |
| 9428579631 | 08292259698R | 09/04/2018 | $ 84.12 | 10/26/2018 | | |
| 9428579634 | 08275302644R | 09/04/2018 | $ 93.60 | 10/26/2018 | | |
| 9428589497 | 08287244533R | 09/05/2018 | $ 168.24 | 10/27/2018 | | |
| 9428590825 | 08287243330R | 09/05/2018 | $ 117.60 | 10/27/2018 | | |
| 9428589630 | 555523 D/609 | 09/05/2018 | $ 931.08 | 10/27/2018 | | |
| 9428589626 | 555521 D/609 | 09/05/2018 | $ 140.04 | 10/27/2018 | | |
| 9428589623 | 555524 D/609 | 09/05/2018 | $ 310.98 | 10/27/2018 | | |
| 9428589513 | 555523 D/609 | 09/05/2018 | $ 2,949.31 | 10/27/2018 | | |
| 9428589510 | 555524 D/609 | 09/05/2018 | $ 3,977.55 | 10/27/2018 | | |
| 9428591537 | 555099 D/609 | 09/05/2018 | $ 177.12 | 10/27/2018 | | |
| 9428590106 | 555101 D/609 | 09/05/2018 | $ 200.16 | 10/27/2018 | | |
| 9428596038 | 08305224690R | 09/06/2018 | $ 2,368.96 | 10/28/2018 | | |
| 9428596125 | 08289240657R | 09/06/2018 | $ 484.56 | 10/28/2018 | | |
| 9428597216 | 553841 D/609 | 09/06/2018 | $ 56.40 | 10/28/2018 | | |

| | | | | |
|---|---|---|---|---|
| 9428600302 | 555100 D/609 | 09/06/2018 | $ 2,343.67 | 10/28/2018 |
| 9428598746 | 552058 D/609 | 09/06/2018 | $ 216.00 | 10/28/2018 |
| 9428598744 | 551078 D/609 | 09/06/2018 | $ 144.00 | 10/28/2018 |
| 9428604327 | 08305225973R | 09/07/2018 | $ 646.08 | 10/29/2018 |
| 9428604331 | 08292262052R | 09/07/2018 | $ 1,076.80 | 10/29/2018 |
| 9428606301 | 08305224675R | 09/07/2018 | $ 295.56 | 10/29/2018 |
| 9428607532 | 553857 D/609 | 09/07/2018 | $ 288.00 | 10/29/2018 |
| 9428611736 | 08287245701R | 09/08/2018 | $ 4,119.12 | 10/30/2018 |
| 9428612042 | 555692 D/671 | 09/08/2018 | $ 718.00 | 10/30/2018 |
| 9428612043 | 555823 D/671 | 09/08/2018 | $ 178.00 | 10/30/2018 |
| 9428612044 | 555693 D/671 | 09/08/2018 | $ 359.00 | 10/30/2018 |
| 9428612045 | 555824 D/671 | 09/08/2018 | $ 445.00 | 10/30/2018 |
| 9428611489 | 08292260856R | 09/08/2018 | $ 850.22 | 10/30/2018 |
| 9428611492 | 08292260855R | 09/08/2018 | $ 1,908.80 | 10/30/2018 |
| 9428612488 | 08275303752R | 09/08/2018 | $ 853.30 | 10/30/2018 |
| 9428611520 | 555520 D/609 | 09/08/2018 | $ 311.52 | 10/30/2018 |
| 9428611515 | 556099 D/609 | 09/08/2018 | $ 209.30 | 10/30/2018 |
| 9428611511 | 555522 D/609 | 09/08/2018 | $ 5,027.90 | 10/30/2018 |
| 9428611501 | 556098 D/609 | 09/08/2018 | $ 484.44 | 10/30/2018 |
| 9428611499 | 555521 D/609 | 09/08/2018 | $ 1,517.14 | 10/30/2018 |
| 9428612257 | 553858 D/609 | 09/08/2018 | $ 334.00 | 10/30/2018 |
| 9428612256 | 552060 D/609 | 09/08/2018 | $ 144.00 | 10/30/2018 |
| 9428612255 | 541666 D/609 | 09/08/2018 | $ 2,233.00 | 10/30/2018 |
| 9428612254 | 541654 D/609 | 09/08/2018 | $ 2,233.00 | 10/30/2018 |
| 9428611954 | 555102 D/609 | 09/08/2018 | $ 2,027.95 | 10/30/2018 |
| 9428611953 | 555101 D/609 | 09/08/2018 | $ 2,001.32 | 10/30/2018 |
| 9428611952 | 541658 D/609 | 09/08/2018 | $ 2,545.20 | 10/30/2018 |
| 9428611951 | 541660 D/609 | 09/08/2018 | $ 1,435.50 | 10/30/2018 |
| 9428612471 | 08292260761R | 09/09/2018 | $ 490.00 | 10/31/2018 |
| 9428612480 | 08305224768R | 09/09/2018 | $ 446.49 | 10/31/2018 |
| 9428615554 | 555088 D/609 | 09/10/2018 | $ 77,285.72 | 11/01/2018 |
| 9428615559 | 555089 D/609 | 09/10/2018 | $ 124.00 | 11/01/2018 |
| 9428615561 | 553800 D/609 | 09/10/2018 | $ 45.75 | 11/01/2018 |
| 9428615562 | 555525 D/609 | 09/10/2018 | $ 515.30 | 11/01/2018 |
| 9428615565 | 553030 D/609 | 09/10/2018 | $ 128.50 | 11/01/2018 |
| 9428615572 | 550239 D/609 | 09/10/2018 | $ 668.80 | 11/01/2018 |
| 9428615575 | 555526 D/609 | 09/10/2018 | $ 1,959.41 | 11/01/2018 |
| 9428615584 | 555092 D/609 | 09/10/2018 | $ 59,049.18 | 11/01/2018 |
| 9428615590 | 556139 D/609 | 09/10/2018 | $ 196.20 | 11/01/2018 |
| 9428625911 | 08273674237A | 09/10/2018 | $ 98.56 | 11/01/2018 |
| 9428617507 | 08275303861R | 09/10/2018 | $ 2,018.17 | 11/01/2018 |
| 9428617504 | 08275303862R | 09/10/2018 | $ 1,970.22 | 11/01/2018 |
| 9428617501 | 08275303753R | 09/10/2018 | $ 648.70 | 11/01/2018 |
| 9428617492 | 08273673444R | 09/10/2018 | $ 667.44 | 11/01/2018 |
| 9428617490 | 08273673320R | 09/10/2018 | $ 2,330.10 | 11/01/2018 |
| 9428616542 | 556413 D/609 | 09/10/2018 | $ 3,233.68 | 11/01/2018 |
| 9428618296 | 550251 D/609 | 09/10/2018 | $ 75.80 | 11/01/2018 |

| | | | | |
|---|---|---|---|---|
| 9428618295 | 548126 D/609 | 09/10/2018 | $ 416.90 | 11/01/2018 |
| 9428618294 | 549147 D/609 | 09/10/2018 | $ 151.60 | 11/01/2018 |
| 9428618293 | 546105 D/609 | 09/10/2018 | $ 151.60 | 11/01/2018 |
| 9428618292 | 555103 D/609 | 09/10/2018 | $ 2,423.07 | 11/01/2018 |
| 9428618291 | 542007 D/609 | 09/10/2018 | $ 6,118.90 | 11/01/2018 |
| 9428618290 | 555953 D/609 | 09/10/2018 | $ 4,009.65 | 11/01/2018 |
| 9428618289 | 542004 D/609 | 09/10/2018 | $ 4,909.35 | 11/01/2018 |
| 9428618288 | 552058 D/609 | 09/10/2018 | $ 341.10 | 11/01/2018 |
| 9428618287 | 550249 D/609 | 09/10/2018 | $ 189.50 | 11/01/2018 |
| 9428618286 | 551078 D/609 | 09/10/2018 | $ 151.60 | 11/01/2018 |
| 9428618285 | 549145 D/609 | 09/10/2018 | $ 265.30 | 11/01/2018 |
| 9428618284 | 542001 D/609 | 09/10/2018 | $ 7,541.90 | 11/01/2018 |
| 9428618283 | 555951 D/609 | 09/10/2018 | $ 1,574.15 | 11/01/2018 |
| 9428618282 | 541998 D/609 | 09/10/2018 | $ 4,909.35 | 11/01/2018 |
| 9428618281 | 555950 D/609 | 09/10/2018 | $ 235.65 | 11/01/2018 |
| 9428618280 | 541995 D/609 | 09/10/2018 | $ 4,980.50 | 11/01/2018 |
| 9428616783 | 553040 D/609 | 09/10/2018 | $ 144.00 | 11/01/2018 |
| 9428616781 | 551081 D/609 | 09/10/2018 | $ 144.00 | 11/01/2018 |
| 9428616778 | 552062 D/609 | 09/10/2018 | $ 144.00 | 11/01/2018 |
| 9428616776 | 541672 D/609 | 09/10/2018 | $ 2,679.60 | 11/01/2018 |
| 9428625446 | 08292258556R | 09/11/2018 | $ 10,498.00 | 11/02/2018 |
| 9428632230 | 08275305121R | 09/11/2018 | $ 3,822.64 | 11/02/2018 |
| 9428624878 | 555077 D/609 | 09/11/2018 | $ 58,991.20 | 11/02/2018 |
| 9428624882 | 556135 D/609 | 09/11/2018 | $ 137.34 | 11/02/2018 |
| 9428624901 | 555081 D/609 | 09/11/2018 | $ 28,040.35 | 11/02/2018 |
| 9428624906 | 553550 D/671 | 09/11/2018 | $ 577.47 | 11/02/2018 |
| 9428624908 | 555691 D/671 | 09/11/2018 | $ 718.00 | 11/02/2018 |
| 9428624916 | 555080 D/609 | 09/11/2018 | $ 48,002.27 | 11/02/2018 |
| 9428624920 | 555820 D/671 | 09/11/2018 | $ 712.00 | 11/02/2018 |
| 9428624924 | 553836 D/609 | 09/11/2018 | $ 1,199.94 | 11/02/2018 |
| 9428624926 | 553027 D/609 | 09/11/2018 | $ 574.32 | 11/02/2018 |
| 9428624945 | 555084 D/609 | 09/11/2018 | $ 52,654.86 | 11/02/2018 |
| 9428624955 | 555085 D/609 | 09/11/2018 | $ 33,610.02 | 11/02/2018 |
| 9428624958 | 555822 D/671 | 09/11/2018 | $ 890.00 | 11/02/2018 |
| 9428624964 | 553851 D/671 | 09/11/2018 | $ 577.47 | 11/02/2018 |
| 9428627123 | 553800 D/609 | 09/11/2018 | $ 45.75 | 11/02/2018 |
| 9428627128 | 555041 D/609 | 09/11/2018 | $ 141.30 | 11/02/2018 |
| 9428625920 | 08305224769R | 09/11/2018 | $ 657.84 | 11/02/2018 |
| 9428625917 | 08305224676R | 09/11/2018 | $ 247.56 | 11/02/2018 |
| 9428625915 | 08289239477R | 09/11/2018 | $ 1,052.62 | 11/02/2018 |
| 9428625914 | 08289239389R | 09/11/2018 | $ 627.38 | 11/02/2018 |
| 9428625971 | 554311 D/609 | 09/11/2018 | $ 225.00 | 11/02/2018 |
| 9428625970 | 553423 D/609 | 09/11/2018 | $ 180.00 | 11/02/2018 |
| 9428625969 | 555524 D/609 | 09/11/2018 | $ 324.45 | 11/02/2018 |
| 9428625973 | 555521 D/609 | 09/11/2018 | $ 169.95 | 11/02/2018 |
| 9428625974 | 556411 D/609 | 09/11/2018 | $ 328.53 | 11/02/2018 |
| 9428625978 | 551532 D/609 | 09/11/2018 | $ 135.00 | 11/02/2018 |

| 9428625979 | 555523 D/609 | 09/11/2018 | $ | 463.50 | 11/02/2018 |
|---|---|---|---|---|---|
| 9428625980 | 548621 D/609 | 09/11/2018 | $ | 45.00 | 11/02/2018 |
| 9428625982 | 550672 D/609 | 09/11/2018 | $ | 45.00 | 11/02/2018 |
| 9428625983 | 552475 D/609 | 09/11/2018 | $ | 225.00 | 11/02/2018 |
| 9428625985 | 553425 D/609 | 09/11/2018 | $ | 180.00 | 11/02/2018 |
| 9428625989 | 554313 D/609 | 09/11/2018 | $ | 420.00 | 11/02/2018 |
| 9428625991 | 554312 D/609 | 09/11/2018 | $ | 90.00 | 11/02/2018 |
| 9428626010 | 554310 D/609 | 09/11/2018 | $ | 45.00 | 11/02/2018 |
| 9428626008 | 551529 D/609 | 09/11/2018 | $ | 135.00 | 11/02/2018 |
| 9428626007 | 549568 D/609 | 09/11/2018 | $ | 45.00 | 11/02/2018 |
| 9428626004 | 548615 D/609 | 09/11/2018 | $ | 405.00 | 11/02/2018 |
| 9428626003 | 552472 D/609 | 09/11/2018 | $ | 135.00 | 11/02/2018 |
| 9428625993 | 555522 D/609 | 09/11/2018 | $ | 139.05 | 11/02/2018 |
| 9428625994 | 553424 D/609 | 09/11/2018 | $ | 315.00 | 11/02/2018 |
| 9428625996 | 556412 D/609 | 09/11/2018 | $ | 370.80 | 11/02/2018 |
| 9428626001 | 550669 D/609 | 09/11/2018 | $ | 360.00 | 11/02/2018 |
| 9428626000 | 555520 D/609 | 09/11/2018 | $ | 169.95 | 11/02/2018 |
| 9428632088 | 556186 D/609 | 09/11/2018 | $ | 894.84 | 11/02/2018 |
| 9428632087 | 556185 D/609 | 09/11/2018 | $ | 1,081.76 | 11/02/2018 |
| 9428632086 | 555102 D/609 | 09/11/2018 | $ | 195.70 | 11/02/2018 |
| 9428632085 | 556184 D/609 | 09/11/2018 | $ | 501.00 | 11/02/2018 |
| 9428635481 | 08273674937R | 09/12/2018 | $ | 337.50 | 11/03/2018 |
| 9428636133 | 549125 D/609 | 09/12/2018 | $ 325,242.21 | | 11/03/2018 |
| 9428637339 | 08275305209R | 09/12/2018 | $ | 1,801.97 | 11/03/2018 |
| 9428637334 | 08275305103R | 09/12/2018 | $ | 227.88 | 11/03/2018 |
| 9428637259 | 08292262037R | 09/12/2018 | $ | 149.04 | 11/03/2018 |
| 9428637254 | 08292262138R | 09/12/2018 | $ | 1,601.53 | 11/03/2018 |
| 9428638882 | 555953 D/609 | 09/12/2018 | $ | 262.00 | 11/03/2018 |
| 9428644442 | 549132 D/609 | 09/13/2018 | $ 436,400.94 | | 11/04/2018 |
| 9428645096 | 555522 D/609 | 09/13/2018 | $ | 1,058.76 | 11/04/2018 |
| 9428645095 | 552474 D/609 | 09/13/2018 | $ | 720.00 | 11/04/2018 |
| 9428645093 | 547501 D/609 | 09/13/2018 | $ | 360.00 | 11/04/2018 |
| 9428645091 | 550671 D/609 | 09/13/2018 | $ | 1,305.00 | 11/04/2018 |
| 9428645090 | 548618 D/609 | 09/13/2018 | $ | 360.00 | 11/04/2018 |
| 9428645087 | 551530 D/609 | 09/13/2018 | $ | 720.00 | 11/04/2018 |
| 9428645086 | 550670 D/609 | 09/13/2018 | $ | 450.00 | 11/04/2018 |
| 9428645083 | 553426 D/609 | 09/13/2018 | $ | 225.00 | 11/04/2018 |
| 9428645080 | 548623 D/609 | 09/13/2018 | $ | 315.00 | 11/04/2018 |
| 9428645077 | 549572 D/609 | 09/13/2018 | $ | 585.00 | 11/04/2018 |
| 9428645074 | 547503 D/609 | 09/13/2018 | $ | 495.00 | 11/04/2018 |
| 9428649905 | 556183 D/609 | 09/13/2018 | $ | 69.12 | 11/04/2018 |
| 9428653320 | 549125 D/609 | 09/14/2018 | $ 477,570.84 | | 11/05/2018 |
| 9428654603 | 08305226039R | 09/14/2018 | $ | 967.03 | 11/05/2018 |
| 9428654604 | 08305225958R | 09/14/2018 | $ | 60.48 | 11/05/2018 |
| 9428655061 | 08287245697R | 09/14/2018 | $ | 194.28 | 11/05/2018 |
| 9428654684 | 557328 D/609 | 09/14/2018 | $ | 104.48 | 11/05/2018 |
| 9428654682 | 556410 D/609 | 09/14/2018 | $ | 408.03 | 11/05/2018 |

| 9428654677 | 556412 D/609 | 09/14/2018 | $ 7,030.45 | 11/05/2018 |
|---|---|---|---|---|
| 9428654667 | 557330 D/609 | 09/14/2018 | $ 5,886.77 | 11/05/2018 |
| 9428654663 | 556412 D/609 | 09/14/2018 | $ 61.80 | 11/05/2018 |
| 9428654661 | 557329 D/609 | 09/14/2018 | $ 2,078.52 | 11/05/2018 |
| 9428654656 | 556411 D/609 | 09/14/2018 | $ 61.80 | 11/05/2018 |
| 9428654652 | 556098 D/609 | 09/14/2018 | $ 126.72 | 11/05/2018 |
| 9428654650 | 554311 D/609 | 09/14/2018 | $ 84.48 | 11/05/2018 |
| 9428654648 | 555521 D/609 | 09/14/2018 | $ 84.48 | 11/05/2018 |
| 9428654645 | 556411 D/609 | 09/14/2018 | $ 2,695.80 | 11/05/2018 |
| 9428654688 | 557324 D/609 | 09/14/2018 | $ 1,332.00 | 11/05/2018 |
| 9428654686 | 556405 D/609 | 09/14/2018 | $ 733.50 | 11/05/2018 |
| 9428657941 | 08289240725R | 09/15/2018 | $ 1,055.21 | 11/06/2018 |
| 9428657943 | 08289240643R | 09/15/2018 | $ 323.64 | 11/06/2018 |
| 9428657947 | 08289240726R | 09/15/2018 | $ 854.84 | 11/06/2018 |
| 9428657949 | 08289240644R | 09/15/2018 | $ 271.94 | 11/06/2018 |
| 9428673735 | 556874 D/609 | 09/17/2018 | $ 255.06 | 11/08/2018 |
| 9428673736 | 556922 D/620 | 09/17/2018 | $ 2,843.06 | 11/08/2018 |
| 9428673737 | 556175 D/609 | 09/17/2018 | $ 2,678.00 | 11/08/2018 |
| 9428673738 | 556178 D/671 | 09/17/2018 | $ 56.40 | 11/08/2018 |
| 9428673739 | 556177 D/609 | 09/17/2018 | $ 335.45 | 11/08/2018 |
| 9428673740 | 556176 D/609 | 09/17/2018 | $ 67,629.43 | 11/08/2018 |
| 9428673742 | 556616 D/671 | 09/17/2018 | $ 1,246.92 | 11/08/2018 |
| 9428673743 | 556775 D/620 | 09/17/2018 | $ 10,606.48 | 11/08/2018 |
| 9428673744 | 556618 D/671 | 09/17/2018 | $ 1,739.56 | 11/08/2018 |
| 9428673745 | 556925 D/620 | 09/17/2018 | $ 7,151.85 | 11/08/2018 |
| 9428673746 | 556776 D/620 | 09/17/2018 | $ 4,737.92 | 11/08/2018 |
| 9428673747 | 556100 D/609 | 09/17/2018 | $ 3,455.84 | 11/08/2018 |
| 9428673748 | 556180 D/609 | 09/17/2018 | $ 25,781.35 | 11/08/2018 |
| 9428673750 | 556179 D/609 | 09/17/2018 | $ 77,946.59 | 11/08/2018 |
| 9428662673 | 549121 D/609 | 09/17/2018 | $ 477,570.84 | 11/08/2018 |
| 9428664288 | 08273675026R | 09/17/2018 | $ 776.46 | 11/08/2018 |
| 9428664359 | 08275305210R | 09/17/2018 | $ 1,905.02 | 11/08/2018 |
| 9428664364 | 08275305104R | 09/17/2018 | $ 839.96 | 11/08/2018 |
| 9428667602 | 08273674914R | 09/17/2018 | $ 300.18 | 11/08/2018 |
| 9428667603 | 08273674915R | 09/17/2018 | $ 452.12 | 11/08/2018 |
| 9428667604 | 08273675027R | 09/17/2018 | $ 367.98 | 11/08/2018 |
| 9428667605 | 08292262139R | 09/17/2018 | $ 738.08 | 11/08/2018 |
| 9428667606 | 08305225959R | 09/17/2018 | $ 264.50 | 11/08/2018 |
| 9428667607 | 08305226040R | 09/17/2018 | $ 464.34 | 11/08/2018 |
| 9428674122 | 557331 D/609 | 09/17/2018 | $ 3,392.68 | 11/08/2018 |
| 9428674118 | 557332 D/609 | 09/17/2018 | $ 3,948.48 | 11/08/2018 |
| 9428674116 | 556414 D/609 | 09/17/2018 | $ 5,239.79 | 11/08/2018 |
| 9428664352 | 557328 D/609 | 09/17/2018 | $ 602.55 | 11/08/2018 |
| 9428664350 | 556410 D/609 | 09/17/2018 | $ 896.10 | 11/08/2018 |
| 9428664341 | 556412 D/609 | 09/17/2018 | $ 432.60 | 11/08/2018 |
| 9428664339 | 555522 D/609 | 09/17/2018 | $ 556.20 | 11/08/2018 |
| 9428664335 | 557331 D/609 | 09/17/2018 | $ 679.80 | 11/08/2018 |

| 9428664333 | 556413 D/609 | 09/17/2018 | $ 710.70 | 11/08/2018 |
| 9428664329 | 557329 D/609 | 09/17/2018 | $ 465.84 | 11/08/2018 |
| 9428664325 | 556414 D/609 | 09/17/2018 | $ 497.49 | 11/08/2018 |
| 9428666242 | 555101 D/609 | 09/17/2018 | $ 257.00 | 11/08/2018 |
| 9428666243 | 555952 D/609 | 09/17/2018 | $ 2,213.00 | 11/08/2018 |
| 9428666244 | 556936 D/609 | 09/17/2018 | $ 5,516.53 | 11/08/2018 |
| 9428666245 | 549146 D/609 | 09/17/2018 | $ 96.80 | 11/08/2018 |
| 9428666246 | 555102 D/609 | 09/17/2018 | $ 77.00 | 11/08/2018 |
| 9428666247 | 556937 D/609 | 09/17/2018 | $ 1,819.03 | 11/08/2018 |
| 9428666248 | 555954 D/609 | 09/17/2018 | $ 8,339.35 | 11/08/2018 |
| 9428666249 | 556186 D/609 | 09/17/2018 | $ 135.00 | 11/08/2018 |
| 9428666250 | 556938 D/609 | 09/17/2018 | $ 5,105.90 | 11/08/2018 |
| 9428667884 | 555100 D/609 | 09/17/2018 | $ 77.00 | 11/08/2018 |
| 9428667885 | 556935 D/609 | 09/17/2018 | $ 926.00 | 11/08/2018 |
| 9428672530 | 556172 D/609 | 09/18/2018 | $ 61,018.51 | 11/09/2018 |
| 9428672427 | 555947 D/609 | 09/18/2018 | $ 3,455.84 | 11/09/2018 |
| 9428672520 | 556917 D/620 | 09/18/2018 | $ 10,439.56 | 11/09/2018 |
| 9428672518 | 556774 D/620 | 09/18/2018 | $ 2,961.20 | 11/09/2018 |
| 9428672514 | 556173 D/609 | 09/18/2018 | $ 15,921.79 | 11/09/2018 |
| 9428672509 | 555949 D/609 | 09/18/2018 | $ 3,455.84 | 11/09/2018 |
| 9428672506 | 556614 D/671 | 09/18/2018 | $ 1,877.28 | 11/09/2018 |
| 9428672504 | 553029 D/609 | 09/18/2018 | $ 280.80 | 11/09/2018 |
| 9428672501 | 555085 D/609 | 09/18/2018 | $ 1,084.50 | 11/09/2018 |
| 9428672498 | 556873 D/609 | 09/18/2018 | $ 282.60 | 11/09/2018 |
| 9428672496 | 549129 D/609 | 09/18/2018 | $ 160,562.61 | 11/09/2018 |
| 9428672434 | 556169 D/609 | 09/18/2018 | $ 36,755.48 | 11/09/2018 |
| 9428672438 | 556772 D/620 | 09/18/2018 | $ 4,684.08 | 11/09/2018 |
| 9428672440 | 556908 D/620 | 09/18/2018 | $ 4,257.36 | 11/09/2018 |
| 9428672448 | 555821 D/671 | 09/18/2018 | $ 52.98 | 11/09/2018 |
| 9428672471 | 556912 D/620 | 09/18/2018 | $ 1,472.96 | 11/09/2018 |
| 9428672466 | 556773 D/620 | 09/18/2018 | $ 7,968.32 | 11/09/2018 |
| 9428672458 | 556170 D/609 | 09/18/2018 | $ 64,232.06 | 11/09/2018 |
| 9428672463 | 556872 D/609 | 09/18/2018 | $ 329.70 | 11/09/2018 |
| 9428674087 | 08287245699R | 09/18/2018 | $ 1,435.53 | 11/09/2018 |
| 9428674089 | 08287245700R | 09/18/2018 | $ 1,486.80 | 11/09/2018 |
| 9428674091 | 08287245698R | 09/18/2018 | $ 585.40 | 11/09/2018 |
| 9428675354 | 08273676245R | 09/18/2018 | $ 370.42 | 11/09/2018 |
| 9428675356 | 08289241693R | 09/18/2018 | $ 711.01 | 11/09/2018 |
| 9428675358 | 08292262038R | 09/18/2018 | $ 362.98 | 11/09/2018 |
| 9428679598 | 556935 D/609 | 09/18/2018 | $ 76.00 | 11/09/2018 |
| 9428679599 | 555954 D/609 | 09/18/2018 | $ 232.00 | 11/09/2018 |
| 9428679600 | 556938 D/609 | 09/18/2018 | $ 316.50 | 11/09/2018 |
| 9428684481 | 549132 D/609 | 09/19/2018 | $ 477,570.84 | 11/10/2018 |
| 9428684487 | 556617 D/609 | 09/19/2018 | $ 119,392.71 | 11/10/2018 |
| 9428684490 | 549135 D/609 | 09/19/2018 | $ 679,303.35 | 11/10/2018 |
| 9428686198 | 08289241611R | 09/19/2018 | $ 279.48 | 11/10/2018 |
| 9428686220 | 557328 D/609 | 09/19/2018 | $ 185.40 | 11/10/2018 |

| 9428686644 | 556935 D/609 | 09/19/2018 | $ | 235.65 | 11/10/2018 |
|---|---|---|---|---|---|
| 9428695019 | 558203 D/609 | 09/20/2018 | $ | 309.00 | 11/11/2018 |
| 9428695017 | 558205 D/609 | 09/20/2018 | $ | 61.80 | 11/11/2018 |
| 9428695014 | 558206 D/609 | 09/20/2018 | $ | 61.80 | 11/11/2018 |
| 9428695013 | 555523 D/609 | 09/20/2018 | $ | 494.40 | 11/11/2018 |
| 9428695009 | 558204 D/609 | 09/20/2018 | $ | 46.35 | 11/11/2018 |
| 9428695008 | 556098 D/609 | 09/20/2018 | $ | 320.32 | 11/11/2018 |
| 9428695006 | 558207 D/609 | 09/20/2018 | $ | 417.15 | 11/11/2018 |
| 9428695005 | 557332 D/609 | 09/20/2018 | $ | 942.45 | 11/11/2018 |
| 9428695003 | 550673 D/609 | 09/20/2018 | $ | 855.00 | 11/11/2018 |
| 9428696367 | 556936 D/609 | 09/20/2018 | $ | 216.00 | 11/11/2018 |
| 9428696369 | 556938 D/609 | 09/20/2018 | $ | 1,250.25 | 11/11/2018 |
| 9428696368 | 556937 D/609 | 09/20/2018 | $ | 72.00 | 11/11/2018 |
| 9428702010 | 556609 D/609 | 09/21/2018 | $ | 24,701.94 | 11/12/2018 |
| 9428702011 | 549121 D/609 | 09/21/2018 | $ | 115,275.72 | 11/12/2018 |
| 9428702015 | 549129 D/609 | 09/21/2018 | $ | 477,570.84 | 11/12/2018 |
| 9428703141 | 08292263045R | 09/21/2018 | $ | 358.38 | 11/12/2018 |
| 9428703142 | 08292263139R | 09/21/2018 | $ | 966.48 | 11/12/2018 |
| 9428703144 | 08292262254R | 09/21/2018 | $ | 1,161.84 | 11/12/2018 |
| 9428703146 | 08305226139R | 09/21/2018 | $ | 1,458.48 | 11/12/2018 |
| 9428703184 | 08275306264R | 09/21/2018 | $ | 1,461.53 | 11/12/2018 |
| 9428703186 | 08275306154R | 09/21/2018 | $ | 769.92 | 11/12/2018 |
| 9428703187 | 08275305339R | 09/21/2018 | $ | 2,484.36 | 11/12/2018 |
| 9428703162 | 558204 D/609 | 09/21/2018 | $ | 1,288.90 | 11/12/2018 |
| 9428703164 | 557331 D/609 | 09/21/2018 | $ | 78.24 | 11/12/2018 |
| 9428703166 | 556413 D/609 | 09/21/2018 | $ | 156.48 | 11/12/2018 |
| 9428703168 | 557330 D/609 | 09/21/2018 | $ | 1,476.93 | 11/12/2018 |
| 9428703170 | 558205 D/609 | 09/21/2018 | $ | 3,224.26 | 11/12/2018 |
| 9428703172 | 556410 D/609 | 09/21/2018 | $ | 156.48 | 11/12/2018 |
| 9428703174 | 558203 D/609 | 09/21/2018 | $ | 182.84 | 11/12/2018 |
| 9428703175 | 558196 D/609 | 09/21/2018 | $ | 444.00 | 11/12/2018 |
| 9428703178 | 558197 D/609 | 09/21/2018 | $ | 88.80 | 11/12/2018 |
| 9428707628 | 555948 D/609 | 09/22/2018 | $ | 576.00 | 11/13/2018 |
| 9428707630 | 556910 D/609 | 09/22/2018 | $ | 200.00 | 11/13/2018 |
| 9428708535 | 08289241612R | 09/22/2018 | $ | 216.02 | 11/13/2018 |
| 9428708536 | 08289240090A | 09/22/2018 | $ | 248.28 | 11/13/2018 |
| 9428708537 | 08289240091A | 09/22/2018 | $ | 438.12 | 11/13/2018 |
| 9428708538 | 08289240099A | 09/22/2018 | $ | 579.30 | 11/13/2018 |
| 9428708539 | 08289240098A | 09/22/2018 | $ | 905.58 | 11/13/2018 |
| 9428708540 | 08289241694R | 09/22/2018 | $ | 577.70 | 11/13/2018 |
| 9428708549 | 08275306155R | 09/22/2018 | $ | 615.02 | 11/13/2018 |
| 9428708550 | 08275306265R | 09/22/2018 | $ | 1,255.14 | 11/13/2018 |
| 9428708554 | 08275304546A | 09/22/2018 | $ | 1,441.50 | 11/13/2018 |
| 9428708556 | 08275304533A | 09/22/2018 | $ | 439.08 | 11/13/2018 |
| 9428708557 | 08275304534A | 09/22/2018 | $ | 601.16 | 11/13/2018 |
| 9428708559 | 08275304545A | 09/22/2018 | $ | 1,611.42 | 11/13/2018 |
| 9428708541 | 556414 D/609 | 09/22/2018 | $ | 234.72 | 11/13/2018 |

| | | | | |
|---|---|---|---|---|
| 9428708542 | 557332 D/609 | 09/22/2018 | $ 156.48 | 11/13/2018 |
| 9428708545 | 558198 D/609 | 09/22/2018 | $ 88.80 | 11/13/2018 |
| 9428710707 | 557881 D/609 | 09/22/2018 | $ 3,733.70 | 11/13/2018 |
| 9428709906 | 556935 D/609 | 09/22/2018 | $ 194.25 | 11/13/2018 |
| 9428710775 | 08287246991R | 09/23/2018 | $ 2,190.37 | 11/14/2018 |
| 9428710776 | 08287246989R | 09/23/2018 | $ 417.66 | 11/14/2018 |
| 9428710777 | 08287246990R | 09/23/2018 | $ 754.98 | 11/14/2018 |
| 9428713799 | 555092 D/609 | 09/24/2018 | $ 441.10 | 11/15/2018 |
| 9428713801 | 556180 D/609 | 09/24/2018 | $ 289.20 | 11/15/2018 |
| 9428713805 | 548775 D/609 | 09/24/2018 | $ 741.60 | 11/15/2018 |
| 9428713808 | 552051 D/609 | 09/24/2018 | $ 27,344.95 | 11/15/2018 |
| 9428713811 | 557872 D/609 | 09/24/2018 | $ 2,185.20 | 11/15/2018 |
| 9428713813 | 556927 D/671 | 09/24/2018 | $ 192.49 | 11/15/2018 |
| 9428713818 | 556416 D/609 | 09/24/2018 | $ 1,952.90 | 11/15/2018 |
| 9428713825 | 556924 D/609 | 09/24/2018 | $ 43,072.25 | 11/15/2018 |
| 9428713830 | 557837 D/609 | 09/24/2018 | $ 349.26 | 11/15/2018 |
| 9428713831 | 556619 D/671 | 09/24/2018 | $ 1,215.92 | 11/15/2018 |
| 9428713834 | 557333 D/609 | 09/24/2018 | $ 2,198.33 | 11/15/2018 |
| 9428713837 | 556926 D/671 | 09/24/2018 | $ 226.80 | 11/15/2018 |
| 9428713847 | 556923 D/609 | 09/24/2018 | $ 75,836.71 | 11/15/2018 |
| 9428713732 | 552047 D/609 | 09/24/2018 | $ 17,340.70 | 11/15/2018 |
| 9428713736 | 553845 D/609 | 09/24/2018 | $ 13,339.00 | 11/15/2018 |
| 9428713742 | 555088 D/609 | 09/24/2018 | $ 361.50 | 11/15/2018 |
| 9428713745 | 556177 D/609 | 09/24/2018 | $ 289.20 | 11/15/2018 |
| 9428713749 | 548774 D/609 | 09/24/2018 | $ 247.20 | 11/15/2018 |
| 9428713753 | 557869 D/609 | 09/24/2018 | $ 5,280.90 | 11/15/2018 |
| 9428713765 | 556920 D/609 | 09/24/2018 | $ 125,888.01 | 11/15/2018 |
| 9428713771 | 553846 D/609 | 09/24/2018 | $ 144.60 | 11/15/2018 |
| 9428713775 | 556921 D/609 | 09/24/2018 | $ 9,765.36 | 11/15/2018 |
| 9428713779 | 556415 D/609 | 09/24/2018 | $ 688.35 | 11/15/2018 |
| 9428713795 | 553849 D/609 | 09/24/2018 | $ 61.80 | 11/15/2018 |
| 9428718124 | 08305226932R | 09/24/2018 | $ 434.38 | 11/15/2018 |
| 9428718123 | 08305227013R | 09/24/2018 | $ 755.96 | 11/15/2018 |
| 9428718120 | 08292261490A | 09/24/2018 | $ 872.54 | 11/15/2018 |
| 9428718126 | 08305226933R | 09/24/2018 | $ 270.44 | 11/15/2018 |
| 9428718127 | 08305227014R | 09/24/2018 | $ 280.52 | 11/15/2018 |
| 9428718128 | 08305225392A | 09/24/2018 | $ 264.12 | 11/15/2018 |
| 9428718119 | 08292261489A | 09/24/2018 | $ 378.60 | 11/15/2018 |
| 9428718118 | 08292261501A | 09/24/2018 | $ 1,454.13 | 11/15/2018 |
| 9428718117 | 08292261502A | 09/24/2018 | $ 981.28 | 11/15/2018 |
| 9428718116 | 08292263140R | 09/24/2018 | $ 625.56 | 11/15/2018 |
| 9428718115 | 08292263046R | 09/24/2018 | $ 446.96 | 11/15/2018 |
| 9428718111 | 08273674248A | 09/24/2018 | $ 348.14 | 11/15/2018 |
| 9428718129 | 08305225403A | 09/24/2018 | $ 715.71 | 11/15/2018 |
| 9428718130 | 08305225402A | 09/24/2018 | $ 460.35 | 11/15/2018 |
| 9428718131 | 08305225393A | 09/24/2018 | $ 332.28 | 11/15/2018 |
| 9428718109 | 08273674249A | 09/24/2018 | $ 385.32 | 11/15/2018 |

| | | | | | |
|---|---|---|---|---:|---|
| 9428718105 | 08273674238A | 09/24/2018 | $ | 167.40 | 11/15/2018 |
| 9428718107 | 08273674239A | 09/24/2018 | $ | 175.76 | 11/15/2018 |
| 9428714463 | 558207 D/609 | 09/24/2018 | $ | 1,284.36 | 11/15/2018 |
| 9428714467 | 558206 D/609 | 09/24/2018 | $ | 2,023.33 | 11/15/2018 |
| 9428714469 | 556413 D/609 | 09/24/2018 | $ | 20.52 | 11/15/2018 |
| 9428722662 | 557885 D/609 | 09/24/2018 | $ | 267.05 | 11/15/2018 |
| 9428722661 | 557884 D/609 | 09/24/2018 | $ | 3,916.25 | 11/15/2018 |
| 9428722660 | 556938 D/609 | 09/24/2018 | $ | 194.25 | 11/15/2018 |
| 9428722659 | 555954 D/609 | 09/24/2018 | $ | 271.25 | 11/15/2018 |
| 9428722658 | 557883 D/609 | 09/24/2018 | $ | 3,373.10 | 11/15/2018 |
| 9428722657 | 556937 D/609 | 09/24/2018 | $ | 704.60 | 11/15/2018 |
| 9428722656 | 555953 D/609 | 09/24/2018 | $ | 154.00 | 11/15/2018 |
| 9428722655 | 557882 D/609 | 09/24/2018 | $ | 2,212.51 | 11/15/2018 |
| 9428722654 | 556936 D/609 | 09/24/2018 | $ | 445.75 | 11/15/2018 |
| 9428722653 | 555952 D/609 | 09/24/2018 | $ | 398.25 | 11/15/2018 |
| 9428722652 | 557881 D/609 | 09/24/2018 | $ | 77.00 | 11/15/2018 |
| 9428731415 | 556875 D/609 | 09/25/2018 | $ | 188.40 | 11/16/2018 |
| 9428731414 | 556179 D/609 | 09/25/2018 | $ | 1,003.98 | 11/16/2018 |
| 9428731412 | 556618 D/671 | 09/25/2018 | $ | 287.20 | 11/16/2018 |
| 9428731411 | 556139 D/609 | 09/25/2018 | $ | 94.20 | 11/16/2018 |
| 9428731367 | 552040 D/609 | 09/25/2018 | $ | 32,013.60 | 11/16/2018 |
| 9428731370 | 556907 D/609 | 09/25/2018 | $ | 76,833.77 | 11/16/2018 |
| 9428731371 | 557858 D/609 | 09/25/2018 | $ | 1,729.95 | 11/16/2018 |
| 9428731372 | 556610 D/671 | 09/25/2018 | $ | 1,215.92 | 11/16/2018 |
| 9428731373 | 556909 D/671 | 09/25/2018 | $ | 890.00 | 11/16/2018 |
| 9428731379 | 556613 D/609 | 09/25/2018 | $ | 41,169.90 | 11/16/2018 |
| 9428731381 | 556916 D/609 | 09/25/2018 | $ | 4,088.53 | 11/16/2018 |
| 9428731383 | 552044 D/609 | 09/25/2018 | $ | 30,679.70 | 11/16/2018 |
| 9428731385 | 556174 D/671 | 09/25/2018 | $ | 384.98 | 11/16/2018 |
| 9428731386 | 557865 D/609 | 09/25/2018 | $ | 1,821.00 | 11/16/2018 |
| 9428731388 | 555039 D/609 | 09/25/2018 | $ | 282.60 | 11/16/2018 |
| 9428731389 | 556137 D/609 | 09/25/2018 | $ | 188.40 | 11/16/2018 |
| 9428731390 | 556918 D/671 | 09/25/2018 | $ | 890.00 | 11/16/2018 |
| 9428731392 | 556919 D/671 | 09/25/2018 | $ | 826.36 | 11/16/2018 |
| 9428731399 | 556915 D/609 | 09/25/2018 | $ | 73,216.98 | 11/16/2018 |
| 9428731401 | 557836 D/609 | 09/25/2018 | $ | 616.14 | 11/16/2018 |
| 9428731403 | 555085 D/609 | 09/25/2018 | $ | 296.50 | 11/16/2018 |
| 9428731405 | 556615 D/609 | 09/25/2018 | $ | 78,222.81 | 11/16/2018 |
| 9428731407 | 555040 D/609 | 09/25/2018 | $ | 141.30 | 11/16/2018 |
| 9428731408 | 556138 D/609 | 09/25/2018 | $ | 141.30 | 11/16/2018 |
| 9428731409 | 556874 D/609 | 09/25/2018 | $ | 423.90 | 11/16/2018 |
| 9428740250 | 08273678957R | 09/26/2018 | $ | 913.40 | 11/17/2018 |
| 9428740247 | 08289240658R | 09/26/2018 | $ | 750.00 | 11/17/2018 |
| 9428740244 | 08289241622R | 09/26/2018 | $ | 107.68 | 11/17/2018 |
| 9428739977 | 08292262053R | 09/26/2018 | $ | 1,350.00 | 11/17/2018 |
| 9428739973 | 08305226943R | 09/26/2018 | $ | 440.36 | 11/17/2018 |
| 9428739972 | 08305225974R | 09/26/2018 | $ | 975.00 | 11/17/2018 |

| 9428741685 | 08273677939R | 09/26/2018 | $ | 536.86 | 11/17/2018 |
|---|---|---|---|---|---|
| 9428739919 | 557329 D/609 | 09/26/2018 | $ | 174.72 | 11/17/2018 |
| 9428739923 | 556412 D/609 | 09/26/2018 | $ | 106.20 | 11/17/2018 |
| 9428758343 | 08289243884R | 09/27/2018 | $ | 997.51 | 11/18/2018 |
| 9428761282 | 08287247007R | 09/27/2018 | $ | 296.64 | 11/18/2018 |
| 9428761283 | 08289243076R | 09/27/2018 | $ | 252.02 | 11/18/2018 |
| 9428761284 | 08289243113R | 09/27/2018 | $ | 322.50 | 11/18/2018 |
| 9428761285 | 08289243495R | 09/27/2018 | $ | 2,070.33 | 11/18/2018 |
| 9428761286 | 08289243483R | 09/27/2018 | $ | 418.68 | 11/18/2018 |
| 9428761287 | 08305228370R | 09/27/2018 | $ | 486.74 | 11/18/2018 |
| 9428761288 | 08305228406R | 09/27/2018 | $ | 336.44 | 11/18/2018 |
| 9428761289 | 08305228792R | 09/27/2018 | $ | 1,915.69 | 11/18/2018 |
| 9428761290 | 08305228780R | 09/27/2018 | $ | 280.80 | 11/18/2018 |
| 9428761714 | 08292264553R | 09/27/2018 | $ | 499.88 | 11/18/2018 |
| 9428761715 | 08292264593R | 09/27/2018 | $ | 485.06 | 11/18/2018 |
| 9428761716 | 08292264955R | 09/27/2018 | $ | 2,147.18 | 11/18/2018 |
| 9428761717 | 08292264942R | 09/27/2018 | $ | 555.00 | 11/18/2018 |
| 9428761305 | 559213 D/609 | 09/27/2018 | $ | 355.35 | 11/18/2018 |
| 9428761306 | 559210 D/609 | 09/27/2018 | $ | 443.92 | 11/18/2018 |
| 9428761307 | 558204 D/609 | 09/27/2018 | $ | 61.80 | 11/18/2018 |
| 9428761308 | 559211 D/609 | 09/27/2018 | $ | 46.35 | 11/18/2018 |
| 9428762061 | PO1061046 | 09/27/2018 | $ | 1,390.08 | 11/18/2018 |
| 9428762060 | 557884 D/609 | 09/27/2018 | $ | 235.65 | 11/18/2018 |
| 9428762059 | 558753 D/609 | 09/27/2018 | $ | 2,093.87 | 11/18/2018 |
| 9428761023 | 556186 D/609 | 09/27/2018 | $ | 200.16 | 11/18/2018 |
| 9428761022 | 558752 D/609 | 09/27/2018 | $ | 1,003.00 | 11/18/2018 |
| 9428770815 | 08275308623R | 09/28/2018 | $ | 1,399.84 | 11/19/2018 |
| 9428770814 | 08275305122R | 09/28/2018 | $ | 2,662.50 | 11/19/2018 |
| 9428770813 | 08275306166R | 09/28/2018 | $ | 869.20 | 11/19/2018 |
| 9428770790 | 08305229192R | 09/28/2018 | $ | 484.56 | 11/19/2018 |
| 9428765624 | 08287246994R | 09/28/2018 | $ | 107.68 | 11/19/2018 |
| 9428771274 | 556910 D/609 | 09/28/2018 | $ | 34,838.28 | 11/19/2018 |
| 9428771273 | 556911 D/609 | 09/28/2018 | $ | 21,927.75 | 11/19/2018 |
| 9428771272 | 555948 D/609 | 09/28/2018 | $ | 5,825.01 | 11/19/2018 |
| 9428771271 | 556914 D/671 | 09/28/2018 | $ | 56.40 | 11/19/2018 |
| 9428771270 | 556913 D/671 | 09/28/2018 | $ | 431.52 | 11/19/2018 |
| 9428771269 | 557861 D/609 | 09/28/2018 | $ | 2,640.45 | 11/19/2018 |
| 9428771268 | 556136 D/609 | 09/28/2018 | $ | 188.40 | 11/19/2018 |
| 9428771267 | 555038 D/609 | 09/28/2018 | $ | 94.20 | 11/19/2018 |
| 9428771266 | 556171 D/671 | 09/28/2018 | $ | 769.96 | 11/19/2018 |
| 9428771265 | 552042 D/609 | 09/28/2018 | $ | 16,006.80 | 11/19/2018 |
| 9428771264 | 553836 D/609 | 09/28/2018 | $ | 13,339.00 | 11/19/2018 |
| 9428768884 | 08275306379R | 09/28/2018 | $ | 457.32 | 11/19/2018 |
| 9428772804 | 08275307781R | 09/28/2018 | $ | 947.32 | 11/19/2018 |
| 9428772805 | 08275307831R | 09/28/2018 | $ | 1,036.58 | 11/19/2018 |
| 9428772806 | 08275308226R | 09/28/2018 | $ | 4,146.95 | 11/19/2018 |
| 9428772807 | 08275308213R | 09/28/2018 | $ | 1,098.24 | 11/19/2018 |

| 9428772798 | 558207 D/609 | 09/28/2018 | $ 593.76 | 11/19/2018 |
|---|---|---|---|---|
| 9428772799 | 558204 D/609 | 09/28/2018 | $ 84.48 | 11/19/2018 |
| 9428772803 | 555522 D/609 | 09/28/2018 | $ 90.00 | 11/19/2018 |
| 9428772802 | 559211 D/609 | 09/28/2018 | $ 3,977.82 | 11/19/2018 |
| 9428772801 | 558205 D/609 | 09/28/2018 | $ 212.40 | 11/19/2018 |
| 9428772800 | 559210 D/609 | 09/28/2018 | $ 1,161.12 | 11/19/2018 |
| 9428772681 | 558751 D/609 | 09/28/2018 | $ 3,197.47 | 11/19/2018 |
| 9428772680 | 557882 D/609 | 09/28/2018 | $ 679.80 | 11/19/2018 |
| 9428772679 | PO1061044 | 09/28/2018 | $ 2,413.44 | 11/19/2018 |
| 9428772678 | 558750 D/609 | 09/28/2018 | $ 1,431.35 | 11/19/2018 |
| 9428777396 | 08292265346R | 09/29/2018 | $ 2,744.20 | 11/20/2018 |
| 9428779766 | 558751 D/609 | 09/29/2018 | $ 1,178.25 | 11/20/2018 |
| 9428784849 | 557870 D/609 | 10/01/2018 | $ 23,001.39 | 11/22/2018 |
| 9428784834 | 556910 D/609 | 10/01/2018 | $ 832.65 | 11/22/2018 |
| 9428784853 | 557770 D/671 | 10/01/2018 | $ 1,154.94 | 11/22/2018 |
| 9428784856 | 558733 D/620 | 10/01/2018 | $ 1,776.72 | 11/22/2018 |
| 9428784860 | 558677 D/609 | 10/01/2018 | $ 502.32 | 11/22/2018 |
| 9428784862 | 558208 D/609 | 10/01/2018 | $ 458.90 | 11/22/2018 |
| 9428784864 | 557871 D/671 | 10/01/2018 | $ 2,767.32 | 11/22/2018 |
| 9428784870 | 548110 D/671 | 10/01/2018 | $ 72.10 | 11/22/2018 |
| 9428784872 | 557649 D/671 | 10/01/2018 | $ 52.98 | 11/22/2018 |
| 9428784876 | 558209 D/609 | 10/01/2018 | $ 1,588.31 | 11/22/2018 |
| 9428784878 | 557875 D/671 | 10/01/2018 | $ 384.98 | 11/22/2018 |
| 9428784882 | 556928 D/671 | 10/01/2018 | $ 112.80 | 11/22/2018 |
| 9428784884 | 558738 D/620 | 10/01/2018 | $ 6,748.75 | 11/22/2018 |
| 9428784895 | 557873 D/609 | 10/01/2018 | $ 40,057.17 | 11/22/2018 |
| 9428784900 | 557874 D/609 | 10/01/2018 | $ 39,865.72 | 11/22/2018 |
| 9428785579 | 559212 D/609 | 10/01/2018 | $ 1,276.55 | 11/22/2018 |
| 9428785574 | 559213 D/609 | 10/01/2018 | $ 1,118.30 | 11/22/2018 |
| 9428785570 | 558207 D/609 | 10/01/2018 | $ 75.84 | 11/22/2018 |
| 9428792967 | 08287247985R | 10/02/2018 | $ 1,232.68 | 11/23/2018 |
| 9428796359 | 556915 D/609 | 10/02/2018 | $ 71,055.31 | 11/23/2018 |
| 9428796366 | 557866 D/609 | 10/02/2018 | $ 82,301.68 | 11/23/2018 |
| 9428796369 | 556614 D/671 | 10/02/2018 | $ 1,369.90 | 11/23/2018 |
| 9428796370 | 557868 D/671 | 10/02/2018 | $ 1,154.94 | 11/23/2018 |
| 9428796372 | 557648 D/671 | 10/02/2018 | $ 52.98 | 11/23/2018 |
| 9428796373 | 557769 D/671 | 10/02/2018 | $ 1,154.94 | 11/23/2018 |
| 9428796375 | 558676 D/609 | 10/02/2018 | $ 451.32 | 11/23/2018 |
| 9428796376 | 558728 D/620 | 10/02/2018 | $ 8,891.60 | 11/23/2018 |
| 9428796378 | 547041 D/609 | 10/02/2018 | $ 304.00 | 11/23/2018 |
| 9428796380 | 550234 D/609 | 10/02/2018 | $ 1,337.60 | 11/23/2018 |
| 9428796381 | 549128 D/609 | 10/02/2018 | $ 60.80 | 11/23/2018 |
| 9428796383 | 548098 D/609 | 10/02/2018 | $ 121.60 | 11/23/2018 |
| 9428796387 | 557874 D/609 | 10/02/2018 | $ 115,468.72 | 11/23/2018 |
| 9428796388 | 556924 D/609 | 10/02/2018 | $ 84,336.64 | 11/23/2018 |
| 9428796390 | 557873 D/609 | 10/02/2018 | $ 73,364.50 | 11/23/2018 |
| 9428796392 | 556923 D/609 | 10/02/2018 | $ 121,214.55 | 11/23/2018 |

| 9428796937 | 08273678446R | 10/02/2018 | $ | 880.80 | 11/23/2018 |
| 9428808261 | 556185 D/609 | 10/02/2018 | $ | 200.16 | 11/23/2018 |
| 9428799513 | 558753 D/609 | 10/02/2018 | $ | 471.30 | 11/23/2018 |
| 9428799511 | 558749 D/609 | 10/02/2018 | $ | 471.30 | 11/23/2018 |
| 9428799509 | 557880 D/609 | 10/02/2018 | $ | 471.30 | 11/23/2018 |
| 9428805424 | 08273680415R | 10/03/2018 | $ | 915.28 | 11/24/2018 |
| 9428805704 | 557859 D/609 | 10/03/2018 | $ | 10,292.36 | 11/24/2018 |
| 9428805709 | 557860 D/671 | 10/03/2018 | $ | 769.96 | 11/24/2018 |
| 9428805712 | 558720 D/620 | 10/03/2018 | $ | 6,325.50 | 11/24/2018 |
| 9428805732 | 557863 D/609 | 10/03/2018 | $ | 14,002.42 | 11/24/2018 |
| 9428805737 | 556612 D/671 | 10/03/2018 | $ | 721.00 | 11/24/2018 |
| 9428805740 | 557647 D/671 | 10/03/2018 | $ | 52.98 | 11/24/2018 |
| 9428805742 | 548772 D/609 | 10/03/2018 | $ | 593.28 | 11/24/2018 |
| 9428805745 | 556910 D/609 | 10/03/2018 | $ | 297.15 | 11/24/2018 |
| 9428805749 | 557864 D/671 | 10/03/2018 | $ | 3,537.28 | 11/24/2018 |
| 9428805760 | 557862 D/609 | 10/03/2018 | $ | 36,379.01 | 11/24/2018 |
| 9428805766 | 558675 D/609 | 10/03/2018 | $ | 427.74 | 11/24/2018 |
| 9428805770 | 558724 D/620 | 10/03/2018 | $ | 3,592.00 | 11/24/2018 |
| 9428805773 | 548093 D/609 | 10/03/2018 | $ | 182.40 | 11/24/2018 |
| 9428805780 | 557870 D/609 | 10/03/2018 | $ | 53,619.45 | 11/24/2018 |
| 9428805784 | 556920 D/609 | 10/03/2018 | $ | 1,316.40 | 11/24/2018 |
| 9428807791 | 08287247981R | 10/03/2018 | $ | 373.50 | 11/24/2018 |
| 9428807793 | 08287247983R | 10/03/2018 | $ | 1,065.96 | 11/24/2018 |
| 9428807796 | 08287246248A | 10/03/2018 | $ | 326.92 | 11/24/2018 |
| 9428807798 | 08287247982R | 10/03/2018 | $ | 386.24 | 11/24/2018 |
| 9428807800 | 08287246250A | 10/03/2018 | $ | 1,403.34 | 11/24/2018 |
| 9428807802 | 08287246249A | 10/03/2018 | $ | 1,761.92 | 11/24/2018 |
| 9428807804 | 08287246247A | 10/03/2018 | $ | 438.12 | 11/24/2018 |
| 9428807805 | 08287247984R | 10/03/2018 | $ | 402.42 | 11/24/2018 |
| 9428825299 | 08275309881R | 10/04/2018 | $ | 1,507.52 | 11/25/2018 |
| 9428825294 | 08289245045R | 10/04/2018 | $ | 753.76 | 11/25/2018 |
| 9428825219 | 08292266544R | 10/04/2018 | $ | 861.44 | 11/25/2018 |
| 9428816203 | 08273678001R | 10/04/2018 | $ | 379.46 | 11/25/2018 |
| 9428819464 | 08287249375R | 10/04/2018 | $ | 298.56 | 11/25/2018 |
| 9428825215 | 08305230367R | 10/05/2018 | $ | 1,076.80 | 11/26/2018 |
| 9428825889 | 558722 D/609 | 10/05/2018 | $ | 160.00 | 11/26/2018 |
| 9428827259 | 08287247230R | 10/05/2018 | $ | 34.32 | 11/26/2018 |
| 9428828773 | 08273678470R | 10/05/2018 | $ | 12.36 | 11/26/2018 |
| 9428828774 | 08273675161R | 10/05/2018 | $ | 111.24 | 11/26/2018 |
| 9428828775 | 08292263252R | 10/05/2018 | $ | 185.40 | 11/26/2018 |
| 9428828796 | 559968 D/609 | 10/05/2018 | $ | 470.16 | 11/26/2018 |
| 9428828795 | 559209 D/609 | 10/05/2018 | $ | 61.80 | 11/26/2018 |
| 9428828794 | 558203 D/609 | 10/05/2018 | $ | 309.00 | 11/26/2018 |
| 9428828793 | 559211 D/609 | 10/05/2018 | $ | 1,236.00 | 11/26/2018 |
| 9428828792 | 559971 D/609 | 10/05/2018 | $ | 2,141.62 | 11/26/2018 |
| 9428828791 | 558205 D/609 | 10/05/2018 | $ | 370.80 | 11/26/2018 |
| 9428828790 | 559972 D/609 | 10/05/2018 | $ | 5,090.04 | 11/26/2018 |

| 9428828789 | 559212 D/609 | 10/05/2018 | $ | 1,370.88 | 11/26/2018 |
| 9428828788 | 559969 D/609 | 10/05/2018 | $ | 2,613.55 | 11/26/2018 |
| 9428828787 | 559970 D/609 | 10/05/2018 | $ | 1,054.00 | 11/26/2018 |
| 9428828786 | 559210 D/609 | 10/05/2018 | $ | 123.60 | 11/26/2018 |
| 9428828785 | 557329 D/609 | 10/05/2018 | $ | 185.40 | 11/26/2018 |
| 9428828784 | 556414 D/609 | 10/05/2018 | $ | 556.20 | 11/26/2018 |
| 9428828783 | 559213 D/609 | 10/05/2018 | $ | 470.88 | 11/26/2018 |
| 9428828782 | 549572 D/609 | 10/05/2018 | $ | 408.24 | 11/26/2018 |
| 9428828797 | 559957 D/609 | 10/05/2018 | $ | 266.40 | 11/26/2018 |
| 9428835580 | 556176 D/609 | 10/08/2018 | $ | 1,001.60 | 11/29/2018 |
| 9428835582 | 557870 D/609 | 10/08/2018 | $ | 391.60 | 11/29/2018 |
| 9428835609 | 558731 D/609 | 10/08/2018 | $ | 103,745.54 | 11/29/2018 |
| 9428835616 | 558734 D/671 | 10/08/2018 | $ | 3,168.08 | 11/29/2018 |
| 9428835619 | 558735 D/671 | 10/08/2018 | $ | 890.00 | 11/29/2018 |
| 9428835624 | 558732 D/609 | 10/08/2018 | $ | 12,167.42 | 11/29/2018 |
| 9428835628 | 797098 D/671 | 10/08/2018 | $ | 403.74 | 11/29/2018 |
| 9428835631 | 559214 D/609 | 10/08/2018 | $ | 3,914.74 | 11/29/2018 |
| 9428835677 | 559508 D/609 | 10/08/2018 | $ | 423.84 | 11/29/2018 |
| 9428835682 | 559470 D/671 | 10/08/2018 | $ | 1,723.20 | 11/29/2018 |
| 9428835702 | 547047 D/609 | 10/08/2018 | $ | 486.40 | 11/29/2018 |
| 9428835703 | 548107 D/609 | 10/08/2018 | $ | 304.00 | 11/29/2018 |
| 9428835706 | 552051 D/609 | 10/08/2018 | $ | 608.00 | 11/29/2018 |
| 9428835709 | 551074 D/609 | 10/08/2018 | $ | 608.00 | 11/29/2018 |
| 9428835712 | 556618 D/671 | 10/08/2018 | $ | 721.00 | 11/29/2018 |
| 9428835717 | 559215 D/609 | 10/08/2018 | $ | 7,295.61 | 11/29/2018 |
| 9428835719 | 558739 D/671 | 10/08/2018 | $ | 431.52 | 11/29/2018 |
| 9428835721 | 549134 D/609 | 10/08/2018 | $ | 425.60 | 11/29/2018 |
| 9428835724 | 558737 D/609 | 10/08/2018 | $ | 33,428.55 | 11/29/2018 |
| 9428835726 | 557873 D/609 | 10/08/2018 | $ | 121.70 | 11/29/2018 |
| 9428835729 | 558740 D/671 | 10/08/2018 | $ | 445.00 | 11/29/2018 |
| 9428835732 | 556179 D/609 | 10/08/2018 | $ | 1,001.60 | 11/29/2018 |
| 9428835742 | 558736 D/609 | 10/08/2018 | $ | 16,888.30 | 11/29/2018 |
| 9428835776 | 559471 D/671 | 10/08/2018 | $ | 3,446.40 | 11/29/2018 |
| 9428835781 | 559558 D/620 | 10/08/2018 | $ | 1,722.88 | 11/29/2018 |
| 9428835786 | 559509 D/609 | 10/08/2018 | $ | 435.60 | 11/29/2018 |
| 9428835544 | 547044 D/609 | 10/08/2018 | $ | 60.80 | 11/29/2018 |
| 9428835546 | 550238 D/671 | 10/08/2018 | $ | 1,874.60 | 11/29/2018 |
| 9428835548 | 548103 D/609 | 10/08/2018 | $ | 60.80 | 11/29/2018 |
| 9428835549 | 552048 D/609 | 10/08/2018 | $ | 608.00 | 11/29/2018 |
| 9428835569 | 550236 D/609 | 10/08/2018 | $ | 304.00 | 11/29/2018 |
| 9428835574 | 549131 D/609 | 10/08/2018 | $ | 60.80 | 11/29/2018 |
| 9428835578 | 551070 D/609 | 10/08/2018 | $ | 243.20 | 11/29/2018 |
| 9428848935 | 08289244251R | 10/08/2018 | $ | 306.44 | 11/29/2018 |
| 9428848936 | 08289244463R | 10/08/2018 | $ | 1,340.06 | 11/29/2018 |
| 9428848938 | 08289244432R | 10/08/2018 | $ | 517.12 | 11/29/2018 |
| 9428840827 | 08273678460R | 10/08/2018 | $ | 892.32 | 11/29/2018 |
| 9428838304 | 553422 D/609 | 10/08/2018 | $ | 432.00 | 11/29/2018 |

| 9428838302 | 552472 D/609 | 10/08/2018 | $ 288.00 | 11/29/2018 |
|---|---|---|---|---|
| 9428838300 | 545600 D/609 | 10/08/2018 | $ 432.00 | 11/29/2018 |
| 9428838297 | 552475 D/609 | 10/08/2018 | $ 432.00 | 11/29/2018 |
| 9428838296 | 551532 D/609 | 10/08/2018 | $ 216.00 | 11/29/2018 |
| 9428838294 | 553425 D/609 | 10/08/2018 | $ 432.00 | 11/29/2018 |
| 9428838292 | 554311 D/609 | 10/08/2018 | $ 144.00 | 11/29/2018 |
| 9428838290 | 545603 D/609 | 10/08/2018 | $ 288.00 | 11/29/2018 |
| 9428838288 | 554314 D/609 | 10/08/2018 | $ 216.00 | 11/29/2018 |
| 9428836925 | 559211 D/609 | 10/08/2018 | $ 461.04 | 11/29/2018 |
| 9428836922 | 559974 D/609 | 10/08/2018 | $ 1,727.48 | 11/29/2018 |
| 9428836916 | 559973 D/609 | 10/08/2018 | $ 311.04 | 11/29/2018 |
| 9428836912 | 559212 D/609 | 10/08/2018 | $ 461.04 | 11/29/2018 |
| 9428836904 | 559976 D/609 | 10/08/2018 | $ 2,087.40 | 11/29/2018 |
| 9428836901 | 559213 D/609 | 10/08/2018 | $ 461.04 | 11/29/2018 |
| 9428836896 | 559975 D/609 | 10/08/2018 | $ 1,224.62 | 11/29/2018 |
| 9428840398 | 559568 D/609 | 10/08/2018 | $ 2,236.31 | 11/29/2018 |
| 9428846276 | 08287250337R | 10/09/2018 | $ 3,176.56 | 11/30/2018 |
| 9428846453 | 558730 D/671 | 10/09/2018 | $ 2,549.96 | 11/30/2018 |
| 9428846455 | 558729 D/671 | 10/09/2018 | $ 1,297.64 | 11/30/2018 |
| 9428846459 | 559469 D/671 | 10/09/2018 | $ 5,744.00 | 11/30/2018 |
| 9428846464 | 558727 D/609 | 10/09/2018 | $ 128,570.23 | 11/30/2018 |
| 9428846477 | 558726 D/609 | 10/09/2018 | $ 142,737.95 | 11/30/2018 |
| 9428846484 | 559507 D/609 | 10/09/2018 | $ 580.80 | 11/30/2018 |
| 9428846486 | 559550 D/620 | 10/09/2018 | $ 7,752.96 | 11/30/2018 |
| 9428848719 | 08287246238A | 10/09/2018 | $ 199.04 | 11/30/2018 |
| 9428848722 | 08287246992R | 10/09/2018 | $ 1,523.94 | 11/30/2018 |
| 9428848724 | 08287249761R | 10/09/2018 | $ 814.32 | 11/30/2018 |
| 9428848728 | 08287249762R | 10/09/2018 | $ 2,708.83 | 11/30/2018 |
| 9428848731 | 08287249411R | 10/09/2018 | $ 585.00 | 11/30/2018 |
| 9428848733 | 08287249412R | 10/09/2018 | $ 316.08 | 11/30/2018 |
| 9428848934 | 08273679411R | 10/09/2018 | $ 246.40 | 11/30/2018 |
| 9428848939 | 08289240827R | 10/09/2018 | $ 234.84 | 11/30/2018 |
| 9428848941 | 08292265962R | 10/09/2018 | $ 1,208.90 | 11/30/2018 |
| 9428848942 | 08292265749R | 10/09/2018 | $ 525.20 | 11/30/2018 |
| 9428848943 | 08292265931R | 10/09/2018 | $ 451.44 | 11/30/2018 |
| 9428848947 | 08305229740R | 10/09/2018 | $ 548.16 | 11/30/2018 |
| 9428848983 | 08275309286R | 10/09/2018 | $ 2,101.48 | 11/30/2018 |
| 9428848985 | 08275309048R | 10/09/2018 | $ 338.48 | 11/30/2018 |
| 9428848986 | 08275309248R | 10/09/2018 | $ 1,504.12 | 11/30/2018 |
| 9428849776 | 08273676374R | 10/09/2018 | $ 24.72 | 11/30/2018 |
| 9428848982 | 559971 D/609 | 10/09/2018 | $ 556.20 | 11/30/2018 |
| 9428848980 | 559973 D/609 | 10/09/2018 | $ 30.90 | 11/30/2018 |
| 9428848978 | 559975 D/609 | 10/09/2018 | $ 648.90 | 11/30/2018 |
| 9428851025 | 559566 D/609 | 10/09/2018 | $ 2,696.11 | 11/30/2018 |
| 9428851024 | 559567 D/609 | 10/09/2018 | $ 1,768.50 | 11/30/2018 |
| 9428851023 | 557882 D/609 | 10/09/2018 | $ 284.25 | 11/30/2018 |
| 9428858138 | 08273679658R | 10/10/2018 | $ 183.68 | 12/01/2018 |

| 9428858141 | 08273679689R | 10/10/2018 | $ | 403.86 | 12/01/2018 |
| 9428858147 | 08305229770R | 10/10/2018 | $ | 784.04 | 12/01/2018 |
| 9428858961 | 08287250810R | 10/10/2018 | $ | 2,077.80 | 12/01/2018 |
| 9428858963 | 08287250809R | 10/10/2018 | $ | 799.16 | 12/01/2018 |
| 9428859616 | 558752 D/609 | 10/10/2018 | $ | 200.16 | 12/01/2018 |
| 9428905173 | 556611 D/609 | 10/16/2018 | $ | 41,169.90 | 12/07/2018 |
| | | **Total Core** | | **###########** | |

**Black & Decker (U.S.) Inc. ["Puerto Rico"]**

| Invoice # | PO # | Doc. Date | Invoice Amount | | Due Date |
| --- | --- | --- | --- | --- | --- |
| 9820013504 | 1803974385 | 9/3/2018 | $ | 419.98 | 11/2/2018 |
| 9820013503 | 1803974384 | 9/3/2018 | $ | 419.98 | 11/2/2018 |
| 9820013511 | 1803967930 | 9/4/2018 | $ | 86.25 | 11/3/2018 |
| 9820013510 | 1803955597 | 9/4/2018 | $ | 86.25 | 11/3/2018 |
| 9820013573 | 9820013573 | 9/6/2018 | $ | 129.43 | 11/5/2018 |
| 9820013572 | 9820013572 | 9/6/2018 | $ | 134.25 | 11/5/2018 |
| 9820013571 | 9820013571 | 9/6/2018 | $ | 134.25 | 11/5/2018 |
| 9820013570 | 9820013570 | 9/6/2018 | $ | 69.36 | 11/5/2018 |
| 9820013569 | 9820013569 | 9/6/2018 | $ | 249.25 | 11/5/2018 |
| 9820013568 | 9820013568 | 9/6/2018 | $ | 118.00 | 11/5/2018 |
| 9820013567 | 9820013567 | 9/6/2018 | $ | 118.00 | 11/5/2018 |
| 9820013566 | 9820013566 | 9/6/2018 | $ | 13,600.00 | 11/5/2018 |
| 9820013565 | 1803955596 | 9/6/2018 | $ | 524.49 | 11/5/2018 |
| 9820013548 | 9820013548 | 9/6/2018 | $ | 108.40 | 11/5/2018 |
| 9820013547 | 9820013547 | 9/6/2018 | $ | 100.42 | 11/5/2018 |
| 9820013546 | 9820013546 | 9/6/2018 | $ | 35.16 | 11/5/2018 |
| 9820013545 | 9820013545 | 9/6/2018 | $ | 412.56 | 11/5/2018 |
| 9820013544 | 9820013544 | 9/6/2018 | $ | 29.76 | 11/5/2018 |
| 9820013599 | 1803986087 | 9/10/2018 | $ | 68.52 | 11/9/2018 |
| 9820013598 | 1803986005 | 9/10/2018 | $ | 17.52 | 11/9/2018 |
| 9820013597 | 1803985977 | 9/10/2018 | $ | 1,000.00 | 11/9/2018 |
| 9820013654 | 1803996793 | 9/12/2018 | $ | 36.00 | 11/11/2018 |
| 9820013653 | 1803996789 | 9/12/2018 | $ | 59.10 | 11/11/2018 |
| 9820013686 | 9820013686 | 9/12/2018 | $ | 35.16 | 11/11/2018 |
| 9820013719 | 9820013719 | 9/12/2018 | $ | 27,000.00 | 11/11/2018 |
| 9820013718 | 9820013718 | 9/12/2018 | $ | 330.00 | 11/11/2018 |
| 9820013717 | 9820013717 | 9/12/2018 | $ | 278.00 | 11/11/2018 |
| 9820013716 | 9820013716 | 9/12/2018 | $ | 249.25 | 11/11/2018 |
| 9820013715 | 9820013715 | 9/12/2018 | $ | 2,340.00 | 11/11/2018 |
| 9820013714 | 9820013714 | 9/12/2018 | $ | 63.75 | 11/11/2018 |
| 9820013713 | 9820013713 | 9/12/2018 | $ | 134.25 | 11/11/2018 |
| 9820013712 | 9820013712 | 9/12/2018 | $ | 5,850.00 | 11/11/2018 |
| 9820013711 | 9820013711 | 9/12/2018 | $ | 330.00 | 11/11/2018 |
| 9820013710 | 9820013710 | 9/12/2018 | $ | 598.80 | 11/11/2018 |
| 9820013709 | 9820013709 | 9/12/2018 | $ | 129.43 | 11/11/2018 |

| 9820013708 | 9820013708 | 9/12/2018 | $ | 120.00 | 11/11/2018 |
|---|---|---|---|---|---|
| 9820013707 | 9820013707 | 9/12/2018 | $ | 20,460.00 | 11/11/2018 |
| 9820013706 | 9820013706 | 9/12/2018 | $ | 160.00 | 11/11/2018 |
| 9820013705 | 9820013705 | 9/12/2018 | $ | 14,400.00 | 11/11/2018 |
| 9820013704 | 9820013704 | 9/12/2018 | $ | 1,200.00 | 11/11/2018 |
| 9820013687 | 9820013687 | 9/12/2018 | $ | 56.20 | 11/11/2018 |
| 9820013774 | 1803996815 | 9/13/2018 | $ | 107.92 | 11/12/2018 |
| 9820013773 | 1803970963 | 9/13/2018 | $ | 583.90 | 11/12/2018 |
| 9820013772 | 1803970962 | 9/13/2018 | $ | 972.82 | 11/12/2018 |
| 9820013771 | 1803970959 | 9/13/2018 | $ | 215.83 | 11/12/2018 |
| 9820013770 | 1803945732 | 9/13/2018 | $ | 121.65 | 11/12/2018 |
| 9820013769 | 1803945618 | 9/13/2018 | $ | 19.50 | 11/12/2018 |
| 9820013900 | 1804007074 | 9/19/2018 | $ | 38.20 | 11/18/2018 |
| 9820013899 | 1804007066 | 9/19/2018 | $ | 34.00 | 11/18/2018 |
| 9820013898 | 1804007063 | 9/19/2018 | $ | 34.00 | 11/18/2018 |
| 9820013897 | 1804007059 | 9/19/2018 | $ | 2.46 | 11/18/2018 |
| 9820013996 | 9820013996 | 9/20/2018 | $ | 240.00 | 11/19/2018 |
| 9820013997 | 9820013997 | 9/20/2018 | $ | 249.25 | 11/19/2018 |
| 9820013998 | 9820013998 | 9/20/2018 | $ | 258.86 | 11/19/2018 |
| 9820013995 | 9820013995 | 9/20/2018 | $ | 280.00 | 11/19/2018 |
| 9820013994 | 9820013994 | 9/20/2018 | $ | 120.00 | 11/19/2018 |
| 9820013993 | 9820013993 | 9/20/2018 | $ | 929.40 | 11/19/2018 |
| 9820013999 | 9820013999 | 9/20/2018 | $ | 160.00 | 11/19/2018 |
| 9820014000 | 9820014000 | 9/20/2018 | $ | 118.00 | 11/19/2018 |
| 9820014001 | 9820014001 | 9/20/2018 | $ | 129.43 | 11/19/2018 |
| 9820014002 | 9820014002 | 9/20/2018 | $ | 419.98 | 11/19/2018 |
| 9820014016 | 9820014016 | 9/20/2018 | $ | 71.80 | 11/19/2018 |
| 9820014017 | 9820014017 | 9/20/2018 | $ | 28.62 | 11/19/2018 |
| 9820013992 | 9820013992 | 9/20/2018 | $ | 419.98 | 11/19/2018 |
| 9820013991 | 9820013991 | 9/20/2018 | $ | 120.00 | 11/19/2018 |
| 9820013990 | 9820013990 | 9/20/2018 | $ | 134.25 | 11/19/2018 |
| 9820013989 | 9820013989 | 9/20/2018 | $ | 100.00 | 11/19/2018 |
| 9820013988 | 9820013988 | 9/20/2018 | $ | 69.36 | 11/19/2018 |
| 9820013987 | 9820013987 | 9/20/2018 | $ | 95.00 | 11/19/2018 |
| 9820013986 | 9820013986 | 9/20/2018 | $ | 39.24 | 11/19/2018 |
| 9820013985 | 9820013985 | 9/20/2018 | $ | 160.00 | 11/19/2018 |
| 9820013984 | 9820013984 | 9/20/2018 | $ | 600.00 | 11/19/2018 |
| 9820013983 | 9820013983 | 9/20/2018 | $ | 6,600.00 | 11/19/2018 |
| 9820013982 | 9820013982 | 9/20/2018 | $ | 7,200.00 | 11/19/2018 |
| 9820014020 | 9820014020 | 9/20/2018 | $ | 29.76 | 11/19/2018 |
| 9820014059 | 1803997072 | 9/20/2018 | $ | 86.25 | 11/19/2018 |
| 9820014033 | 9820014033 | 9/20/2018 | $ | 20.58 | 11/19/2018 |
| 9820014030 | 9820014030 | 9/20/2018 | $ | 135.00 | 11/19/2018 |
| 9820014029 | 9820014029 | 9/20/2018 | $ | 135.00 | 11/19/2018 |
| 9820014028 | 9820014028 | 9/20/2018 | $ | 135.00 | 11/19/2018 |
| 9820014027 | 9820014027 | 9/20/2018 | $ | 35.20 | 11/19/2018 |
| 9820014026 | 9820014026 | 9/20/2018 | $ | 135.00 | 11/19/2018 |

| | | | | | |
|---|---|---|---|---|---|
| 9820014025 | 9820014025 | 9/20/2018 | $ | 640.00 | 11/19/2018 |
| 9820014024 | 9820014024 | 9/20/2018 | $ | 135.00 | 11/19/2018 |
| 9820014023 | 9820014023 | 9/20/2018 | $ | 135.00 | 11/19/2018 |
| 9820014022 | 9820014022 | 9/20/2018 | $ | 18.00 | 11/19/2018 |
| 9820014595 | 9820014595 | 9/26/2018 | $ | 229.36 | 11/25/2018 |
| 9820014594 | 9820014594 | 9/26/2018 | $ | 199.24 | 11/25/2018 |
| 9820014535 | 9820014535 | 9/26/2018 | $ | 21,997.50 | 11/25/2018 |
| 9820014534 | 9820014534 | 9/26/2018 | $ | 95.00 | 11/25/2018 |
| 9820014533 | 9820014533 | 9/26/2018 | $ | 389.00 | 11/25/2018 |
| 9820014531 | 9820014531 | 9/26/2018 | $ | 160.00 | 11/25/2018 |
| 9820014530 | 9820014530 | 9/26/2018 | $ | 579.96 | 11/25/2018 |
| 9820014529 | 9820014529 | 9/26/2018 | $ | 160.00 | 11/25/2018 |
| 9820014528 | 9820014528 | 9/26/2018 | $ | 598.80 | 11/25/2018 |
| 9820014527 | 9820014527 | 9/26/2018 | $ | 69.36 | 11/25/2018 |
| 9820014526 | 9820014526 | 9/26/2018 | $ | 419.98 | 11/25/2018 |
| 9820014525 | 9820014525 | 9/26/2018 | $ | 95.00 | 11/25/2018 |
| 9820014524 | 9820014524 | 9/26/2018 | $ | 118.00 | 11/25/2018 |
| 9820014523 | 9820014523 | 9/26/2018 | $ | 129.43 | 11/25/2018 |
| 9820014602 | 9820014602 | 9/26/2018 | $ | 4.56 | 11/25/2018 |
| 9820014532 | 9820014532 | 9/26/2018 | $ | 275.99 | 11/25/2018 |
| 9820014605 | 9820014605 | 9/26/2018 | $ | 18.06 | 11/25/2018 |
| 9820014604 | 9820014604 | 9/26/2018 | $ | 35.52 | 11/25/2018 |
| 9820014607 | 9820014607 | 9/27/2018 | $ | 19.08 | 11/26/2018 |
| 9820014915 | 1804012261 | 10/2/2018 | $ | 10.20 | 12/1/2018 |
| 9820014914 | 1804012256 | 10/2/2018 | $ | 110.10 | 12/1/2018 |
| 9820014913 | 1804012252 | 10/2/2018 | $ | 51.00 | 12/1/2018 |
| 9820014912 | 1804012241 | 10/2/2018 | $ | 336.30 | 12/1/2018 |
| 9820014911 | 1804012238 | 10/2/2018 | $ | 1,107.00 | 12/1/2018 |
| 9820014938 | 1804007067 | 10/3/2018 | $ | 73.40 | 12/2/2018 |
| 9820014961 | 1804023146 | 10/8/2018 | $ | 92.25 | 12/7/2018 |
| 9820014960 | 1804023141 | 10/8/2018 | $ | 120.75 | 12/7/2018 |
| 9820014959 | 1804023137 | 10/8/2018 | $ | 69.75 | 12/7/2018 |
| 9820014958 | 1804023135 | 10/8/2018 | $ | 74.95 | 12/7/2018 |
| 9820014957 | 1804023084 | 10/8/2018 | $ | 109.55 | 12/7/2018 |
| 9820014956 | 1804023052 | 10/8/2018 | $ | 51.00 | 12/7/2018 |
| 9820014955 | 1804020461 | 10/8/2018 | $ | 70.98 | 12/7/2018 |
| 9820014954 | 1804020428 | 10/8/2018 | $ | 17.52 | 12/7/2018 |
| 9820014953 | 1804020426 | 10/8/2018 | $ | 34.00 | 12/7/2018 |
| 9820014952 | 1804020421 | 10/8/2018 | $ | 76.45 | 12/7/2018 |
| 9820014951 | 1804020406 | 10/8/2018 | $ | 73.26 | 12/7/2018 |
| 9820014950 | 1804018556 | 10/8/2018 | $ | 103.07 | 12/7/2018 |
| 9820014949 | 1803996808 | 10/8/2018 | $ | 91.74 | 12/7/2018 |
| 9820014985 | 1804039054 | 10/10/2018 | $ | 56.25 | 12/9/2018 |
| 9820014984 | 1804035447 | 10/10/2018 | $ | 51.00 | 12/9/2018 |
| 9820015106 | 9820015106 | 10/11/2018 | $ | 129.43 | 12/10/2018 |
| 9820015105 | 9820015105 | 10/11/2018 | $ | 249.25 | 12/10/2018 |
| 9820015104 | 9820015104 | 10/11/2018 | $ | 130.25 | 12/10/2018 |

| 9820015103 | 9820015103 | 10/11/2018 | $ | 130.25 | 12/10/2018 |
|---|---|---|---|---|---|
| 9820015102 | 9820015102 | 10/11/2018 | $ | 200.00 | 12/10/2018 |
| 9820015101 | 9820015101 | 10/11/2018 | $ | 120.00 | 12/10/2018 |
| 9820015100 | 9820015100 | 10/11/2018 | $ | 1,487.55 | 12/10/2018 |
| 9820015099 | 9820015099 | 10/11/2018 | $ | 200.00 | 12/10/2018 |
| 9820015098 | 9820015098 | 10/11/2018 | $ | 1,100.00 | 12/10/2018 |
| 9820015097 | 9820015097 | 10/11/2018 | $ | 56,312.50 | 12/10/2018 |
| 9820015096 | 9820015096 | 10/11/2018 | $ | 130.25 | 12/10/2018 |
| 9820015095 | 9820015095 | 10/11/2018 | $ | 160.00 | 12/10/2018 |
| 9820015094 | 9820015094 | 10/11/2018 | $ | 14.00 | 12/10/2018 |
| 9820015093 | 9820015093 | 10/11/2018 | $ | 130.25 | 12/10/2018 |
| 9820015092 | 9820015092 | 10/11/2018 | $ | 134.25 | 12/10/2018 |
| 9820015091 | 9820015091 | 10/11/2018 | $ | 2,795.00 | 12/10/2018 |
| 9820015090 | 9820015090 | 10/11/2018 | $ | 2,436.00 | 12/10/2018 |
| 9820015089 | 9820015089 | 10/11/2018 | $ | 4,550.00 | 12/10/2018 |
| 9820015088 | 1804023053 | 10/11/2018 | $ | 4,204.95 | 12/10/2018 |
| 9820015054 | 9820015054 | 10/11/2018 | $ | 2,172.52 | 12/10/2018 |
| 9820015053 | 9820015053 | 10/11/2018 | $ | 1,113.62 | 12/10/2018 |
| 9820015052 | 9820015052 | 10/11/2018 | $ | 65.28 | 12/10/2018 |
| 9820015048 | 9820015048 | 10/11/2018 | $ | 41.82 | 12/10/2018 |
| 9820015047 | 9820015047 | 10/11/2018 | $ | 1,575.43 | 12/10/2018 |
| 9820015045 | 9820015045 | 10/11/2018 | $ | 1,628.18 | 12/10/2018 |
| 9820015107 | 9820015107 | 10/11/2018 | $ | 160.00 | 12/10/2018 |
| 9820015126 | 9820015126 | 10/11/2018 | $ | 627.75 | 12/10/2018 |
| 9820015125 | 9820015125 | 10/11/2018 | $ | 160.00 | 12/10/2018 |
| 9820015124 | 9820015124 | 10/11/2018 | $ | 6,712.02 | 12/10/2018 |
| 9820015123 | 9820015123 | 10/11/2018 | $ | 50,000.00 | 12/10/2018 |
| 9820015122 | 9820015122 | 10/11/2018 | $ | 43,664.26 | 12/10/2018 |
| 9820015121 | 9820015121 | 10/11/2018 | $ | 14.00 | 12/10/2018 |
| 9820015120 | 9820015120 | 10/11/2018 | $ | 160.00 | 12/10/2018 |
| 9820015119 | 9820015119 | 10/11/2018 | $ | 14.00 | 12/10/2018 |
| 9820015118 | 9820015118 | 10/11/2018 | $ | 5,800.00 | 12/10/2018 |
| 9820015117 | 9820015117 | 10/11/2018 | $ | 118.00 | 12/10/2018 |
| 9820015116 | 9820015116 | 10/11/2018 | $ | 130.25 | 12/10/2018 |
| 9820015115 | 9820015115 | 10/11/2018 | $ | 14.00 | 12/10/2018 |
| 9820015114 | 9820015114 | 10/11/2018 | $ | 130.25 | 12/10/2018 |
| 9820015113 | 9820015113 | 10/11/2018 | $ | 14.00 | 12/10/2018 |
| 9820015112 | 9820015112 | 10/11/2018 | $ | 1,050.00 | 12/10/2018 |
| 9820015111 | 9820015111 | 10/11/2018 | $ | 130.25 | 12/10/2018 |
| 9820015110 | 9820015110 | 10/11/2018 | $ | 69.36 | 12/10/2018 |
| 9820015109 | 9820015109 | 10/11/2018 | $ | 130.25 | 12/10/2018 |
| 9820015108 | 9820015108 | 10/11/2018 | $ | 95.00 | 12/10/2018 |
| 9820015009 | 1804046955 | 10/11/2018 | $ | 47.90 | 12/10/2018 |
| 9820015010 | 1804046958 | 10/11/2018 | $ | 338.20 | 12/10/2018 |
| 9820015043 | 9820015043 | 10/11/2018 | $ | 1,727.43 | 12/10/2018 |
| 9820015042 | 9820015042 | 10/11/2018 | $ | 1,575.43 | 12/10/2018 |
| 9820015041 | 9820015041 | 10/11/2018 | $ | 349.25 | 12/10/2018 |

| | | | | |
|---|---|---|---|---|
| 9820015040 | 9820015040 | 10/11/2018 | $ 29,150.00 | 12/10/2018 |
| 9820015038 | 9820015038 | 10/11/2018 | $ 2,346.00 | 12/10/2018 |
| 9820015037 | 9820015037 | 10/11/2018 | $ 1,727.43 | 12/10/2018 |
| 9820015036 | 9820015036 | 10/11/2018 | $ 1,727.43 | 12/10/2018 |
| 9820015028 | 1804047226 | 10/11/2018 | $ 2,500.00 | 12/10/2018 |
| 9820015027 | 1804047224 | 10/11/2018 | $ 43.14 | 12/10/2018 |
| 9820015026 | 1804047222 | 10/11/2018 | $ 124.11 | 12/10/2018 |
| 9820015025 | 1804047217 | 10/11/2018 | $ 104.94 | 12/10/2018 |
| 9820015024 | 1804047215 | 10/11/2018 | $ 141.63 | 12/10/2018 |
| 9820015023 | 1804047213 | 10/11/2018 | $ 81.12 | 12/10/2018 |
| 9820015022 | 1804047210 | 10/11/2018 | $ 68.52 | 12/10/2018 |
| 9820015021 | 1804047208 | 10/11/2018 | $ 47.90 | 12/10/2018 |
| 9820015020 | 1804047204 | 10/11/2018 | $ 24.24 | 12/10/2018 |
| 9820015019 | 1804047203 | 10/11/2018 | $ 47.90 | 12/10/2018 |
| 9820015018 | 1804047023 | 10/11/2018 | $ 47.90 | 12/10/2018 |
| 9820015017 | 1804047015 | 10/11/2018 | $ 47.90 | 12/10/2018 |
| 9820015016 | 1804047004 | 10/11/2018 | $ 121.65 | 12/10/2018 |
| 9820015015 | 1804047002 | 10/11/2018 | $ 263.25 | 12/10/2018 |
| 9820015014 | 1804046991 | 10/11/2018 | $ 47.90 | 12/10/2018 |
| 9820015013 | 1804046987 | 10/11/2018 | $ 47.90 | 12/10/2018 |
| 9820015012 | 1804046969 | 10/11/2018 | $ 95.80 | 12/10/2018 |
| 9820015011 | 1804046961 | 10/11/2018 | $ 51.00 | 12/10/2018 |
| 9820015165 | 9820015165 | 10/12/2018 | $ 45.48 | 12/11/2018 |
| 9820015164 | 9820015164 | 10/12/2018 | $ 10.62 | 12/11/2018 |
| 9820015163 | 9820015163 | 10/12/2018 | $ 10.62 | 12/11/2018 |
| 9820015141 | 9820015141 | 10/12/2018 | $ 369.24 | 12/11/2018 |
| 9820015140 | 1803997071 | 10/12/2018 | $ 86.25 | 12/11/2018 |

**Total PR**      **$ 376,201.62**

**Black & Decker Macau Commercial Offshore Ltd. ["Macau"]**

| Invoice # | PO # | Invoice Date | Amount (USD) | Due Date |
|---|---|---|---|---|
| 9610280172 | TJ8160 | 9/25/2018 | $ 24,926.00 | 10/25/2018 |

**Total Macau**      **$ 24,926.00**

ANNEX II

Invoices

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428740250

**INVOICE DATE**
09/26/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

**STORE NUMBER:** 0003947268273      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7029378 | 08273678957R | | 7025929884 | 09/26/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 155L0834151P | | UPS | | | | 100.560 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 003131590 | LTD EDITION CMPCT LITH HV - COBALT | 20 | 18.75/1 | 375.00 |
| HLVA320J26 | 003632778 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 20 | 26.92/1 | 538.40 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268273
DEPARTMENT : 006
*** TRACKING IDs ***
UPS                        1Z09848W0363685809

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 913.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428740247
**INVOICE DATE**
09/26/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

STORE NUMBER: 0003947268289                              DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7029378 | 08289240658R | | 7025767598 | 09/26/2018 | PREPAID | |
| SHIPPING POINT / BOL | | | CARRIER | | PRO # | WEIGHT |
| FT. MILL BLACK & DECKER CORP, / 155L0831465P | | | UPS | | | 91.600 LB |
| CATALOG NO. | DIST INFO | DESCRIPTION | | QTY | UNIT PRICE / PER | NET AMOUNT |
| HNV115B22 | 003131590 | LTD EDITION CMPCT LITH HV - COBALT | | 40 | 18.75/1 | 750.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268289
DEPARTMENT : 006
*** TRACKING IDs ***
UPS                        1Z09848W0363655010

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 750.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428740244

**INVOICE DATE**
09/26/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7029378 | 08289241622R | | 7025808558 | 09/26/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 155L0831465P | | UPS | | | | 10.952 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HLVA320J26 | 003632778 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 4 | 26.92/1 | 107.68 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268289
DEPARTMENT : 006
*** TRACKING IDs ***
UPS                          1Z09848W0363655010

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 107.68 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428739977
**INVOICE DATE**
09/26/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

**STORE NUMBER:**     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7029378 | 08292262053R | 7025767493 | 09/26/2018 | PREPAID |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 155L0831543P | UPS | | 164.880 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 003131590 | LTD EDITION CMPCT LITH HV - COBALT | 72 | 18.75/1 | 1,350.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268292
DEPARTMENT : 006
*** TRACKING IDs ***
UPS                    1Z09848W0363658017

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,350.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

**Stanley Black & Decker**
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428739973

**INVOICE DATE**
09/26/2018

**BILL TO**

K-MART  (V00131-7189)
3100 W BIG BEAVER RD
TROY, MI 48084

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

STORE NUMBER: 0003947268305                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6040040 | 08305226943R | 7025808619 | 09/26/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 155L0831544P | | UPS | | 49.384 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 003131590 | LTD EDITION CMPCT LITH HV - COBALT | 12 | 18.75/1 | 225.00 |
| HLVA320J26 | 003632778 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 8 | 26.92/1 | 215.36 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268305
DEPARTMENT : 006
*** TRACKING IDs ***
UPS                              1Z09848W0363673581

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 440.36 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428739972

**INVOICE DATE**
09/26/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

K-MART  (V00131-7189)
3100 W BIG BEAVER RD
TROY, MI 48084

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

STORE NUMBER: 0003947268305        DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6040040 | 08305225974R | 7025767492 | 09/26/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 155L0831544P | UPS | | 119.080 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 003131590 | LTD EDITION CMPCT LITH HV - COBALT | 52 | 18.75/1 | 975.00 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268305
DEPARTMENT : 006
*** TRACKING IDs ***
UPS                         1Z09848W0363673581

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 975.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428758343

**INVOICE DATE**
09/27/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7029378 | 08289243884R | 7025929789 | 09/27/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 155L0847816P | | UPS | | 106.434 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 003131590 | LTD EDITION CMPCT LITH HV - COBALT | 13 | 18.75/1 | 243.75 |
| HLVA320J26 | 003632778 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 28 | 26.92/1 | 753.76 |

FOB : ORIGIN

\*\*\* FOLLOWING ITEMS CANCELLED \*\*\*
  HNV115B22                          LTD EDITION CMPCT LITH HV - COBALT          47

STORE NUMBER: ST 0003947268289
DEPARTMENT : 006
\*\*\* TRACKING IDs \*\*\*
UPS                              1Z09848W0363740972

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 997.51 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428770815
**INVOICE DATE**
09/28/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
FAIRLESS HILLS, PA 19030

STORE NUMBER: 0003947268275     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7029378 | 08275308623R | | 7025929795 | 09/28/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| FT. MILL BLACK & DECKER CORP, / 155L0847860P | | | | UPS | | 142.376 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| HLVA320J26 | 003632778 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | | 52 | 26.92/1 | 1,399.84 |

FOB : ORIGIN
HAND DELIVER PACKING SLIP

*** FOLLOWING ITEMS CANCELLED ***
HNV115B22                       LTD EDITION CMPCT LITH HV - COBALT          96

STORE NUMBER: ST 0003947268275
DEPARTMENT : 006
*** TRACKING IDs ***
UPS                            1Z09848W0363769488

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,399.84 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428770814

**INVOICE DATE**
09/28/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
FAIRLESS HILLS, PA 19030

| STORE NUMBER: 0003947268275 | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7029378 | 08275305122R | 7025767491 | 09/28/2018 | PREPAID |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 155L0830902P | | ODFL | 09915092774 | 325.180 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 003131590 | LTD EDITION CMPCT LITH HV - COBALT | 142 | 18.75/1 | 2,662.50 |

FOB : ORIGIN
HAND DELIVER PACKING SLIP


STORE NUMBER: ST 0003947268275
DEPARTMENT : 006
*** TRACKING IDs ***
ODFL                              00100288750271241215

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,662.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428770813

**INVOICE DATE**
09/28/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
FAIRLESS HILLS, PA 19030

STORE NUMBER: 0003947268275                              **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7029378 | 08275306166R | | 7025808604 | 09/28/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 155L0830902P | | ODFL | | 09915092774 | | 100.660 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 003131590 | LTD EDITION CMPCT LITH HV - COBALT | 32 | 18.75/1 | 600.00 |
| HLVA320J26 | 003632778 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 10 | 26.92/1 | 269.20 |

FOB : ORIGIN
HAND DELIVER PACKING SLIP


STORE NUMBER: ST 0003947268275
DEPARTMENT : 006
*** TRACKING IDs ***
ODFL                          00100288750271241215

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 869.20 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428770790

**INVOICE DATE**
09/28/2018

**BILL TO**

K-MART  (V00131-7189)
3100 W BIG BEAVER RD
TROY, MI 48084

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

STORE NUMBER: 0003947268305          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6040040 | 08305229192R | 7025929873 | 09/28/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 155L0853745P | UPS | | 49.284 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HLVA320J26 | 003632778 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 18 | 26.92/1 | 484.56 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
  HNV115B22                    LTD EDITION CMPCT LITH HV - COBALT        36

STORE NUMBER: ST 0003947268305
DEPARTMENT : 006
*** TRACKING IDs ***
UPS                           1Z09848W0363783060

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 484.56 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428765624

**INVOICE DATE**
09/28/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7029378 | 08287246994R | 7025767503 | 09/28/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164C0638712P | | UPS | | | 10.952 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HLVA320J26 | 003632778 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 4 | 26.92/1 | 107.68 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268287
DEPARTMENT : 006
*** TRACKING IDs ***
UPS                    1Z7996860325316354

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 107.68 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428777396

**INVOICE DATE**
09/29/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

| STORE NUMBER: | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7029378 | 08292265346R | 7025929784 | 09/29/2018 | PREPAID |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 155L0849858P | | AACT | 339280398 | 329.660 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 003131590 | LTD EDITION CMPCT LITH HV - COBALT | 132 | 18.75/1 | 2,475.00 |
| HLVA320J26 | 003632778 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 10 | 26.92/1 | 269.20 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268292
DEPARTMENT : 006
*** TRACKING IDs ***
AACT                              00100288750271992643

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,744.20 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# **Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428792967

**INVOICE DATE**
10/02/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

| | | | | | | STORE NUMBER: 0003947268287 | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 7029378 | 08287247985R | | 7025808571 | 10/02/2018 | PREPAID | | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164C0638713P | | UPS | | | | 148.352 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 003131590 | LTD EDITION CMPCT LITH HV - COBALT | 60 | 18.75/1 | 1,125.00 |
| HLVA320J26 | 003632778 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 4 | 26.92/1 | 107.68 |

FOB : ORIGIN

\*\*\* FOLLOWING ITEMS CANCELLED \*\*\*
  HNV115B22                       LTD EDITION CMPCT LITH HV - COBALT          2

STORE NUMBER: ST 0003947268287
DEPARTMENT : 006
\*\*\* TRACKING IDs \*\*\*
UPS                     1Z7996860325346152

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,232.68 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428805424

**INVOICE DATE**
10/03/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

**STORE NUMBER:** 0003947268273       **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7029378 | 08273680415R | 7025997949 | 10/03/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 155L0887845P | | UPS | | 93.092 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HLVA320J26 | 003632778 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 34 | 26.92/1 | 915.28 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | |
|---|---|---|
| HNV115B22 | LTD EDITION CMPCT LITH HV - COBALT | 2 |

STORE NUMBER: ST 0003947268273
DEPARTMENT : 006
*** TRACKING IDs ***
UPS                          1Z09848W0363976843

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 915.28 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428825299

**INVOICE DATE**
10/04/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
FAIRLESS HILLS, PA 19030

**STORE NUMBER:** 0003947268275          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7029378 | 08275309881R | 7025997971 | 10/04/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 155L0895688P | UPS | | 153.328 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HLVA320J26 | 003632778 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 56 | 26.92/1 | 1,507.52 |

FOB : ORIGIN
HAND DELIVER PACKING SLIP

*** FOLLOWING ITEMS CANCELLED ***
HNV115B22                     LTD EDITION CMPCT LITH HV - COBALT        90

STORE NUMBER: ST 0003947268275
DEPARTMENT : 006
*** TRACKING IDs ***
UPS                           1Z09848W0364028231

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,507.52 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428825294
**INVOICE DATE**
10/04/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7029378 | 08289245045R | | 7025997968 | 10/04/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 155L0895675P | | UPS | | | 76.664 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HLVA320J26 | 003632778 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 28 | 26.92/1 | 753.76 |

FOB : ORIGIN

\*\*\* FOLLOWING ITEMS CANCELLED \*\*\*

| | | | | |
|---|---|---|---|---|
| HNV115B22 | | LTD EDITION CMPCT LITH HV - COBALT | 54 | |

STORE NUMBER: ST 0003947268289
DEPARTMENT : 006
\*\*\* TRACKING IDs \*\*\*
UPS                1Z09848W0364028295

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 753.76 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428825219

**INVOICE DATE**
10/04/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

**STORE NUMBER:**                                                                 **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7029378 | 08292266544R | | 7025997956 | 10/04/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| FT. MILL BLACK & DECKER CORP, / 155L0895679P | | | UPS | | | 87.616 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| HLVA320J26 | 003632778 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | | 32 | 26.92/1 | 861.44 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
    HNV115B22                        LTD EDITION CMPCT LITH HV - COBALT            72

STORE NUMBER: ST 0003947268292
DEPARTMENT : 006
*** TRACKING IDs ***
UPS                        1Z09848W0364028446

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 861.44 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428825215

**INVOICE DATE**
10/05/2018

**BILL TO**

K-MART  (V00131-7189)
3100 W BIG BEAVER RD
TROY, MI 48084

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

|  | STORE NUMBER: 0003947268305 | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6040040 | 08305230367R | 7025998046 | 10/05/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT | |
|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 155L0901575P | | UPS | | 109.520 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HLVA320J26 | 003632778 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 40 | 26.92/1 | 1,076.80 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| HNV115B22 | | LTD EDITION CMPCT LITH HV - COBALT | 58 |
|---|---|---|---|

STORE NUMBER: ST 0003947268305
DEPARTMENT : 006
*** TRACKING IDs ***
UPS                          1Z09848W0364052393

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,076.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428846276

**INVOICE DATE**
10/09/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7029378 | 08287250337R | | 7025929781 | 10/09/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Fontana DC Black & Decker,Inc. / 164L0888285P | | | OAKH | 82283290 | | 323.084 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| HLVA320J26 | 003632778 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | | 118 | 26.92/1 | 3,176.56 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268287
DEPARTMENT : 006
*** TRACKING IDs ***
OAKH                    00100288746461581568

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 3,176.56 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428731415

**INVOICE DATE**
09/25/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556875 D/609 | | 7025806244 | 09/25/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| FT. MILL BLACK & DECKER CORP, / 15534112065P | | | | CTII | 55561598537 | 12.400 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| DWA4894 | 57932 | 8 PC BI-METAL RECIP BLADE SET with CASE | | | 20 | 9.42/1 | 188.40 |

```
FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000050709
*** TRACKING IDs ***
CTII                              00100288750269550787

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 188.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428731414

**INVOICE DATE**
09/25/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556179 D/609 | 7025765322 | 09/25/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112065P | | CTII | 55561598537 | 121.800 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWE6411K | 50324 | 1/4 Sheet Finishing Sander | 29 | 34.62/1 | 1,003.98 |

FOB : ORIGIN

*** BACKORDERS ***
DW2097CS            14 PC DRIVE GUIDE SET        160

*** FOLLOWING ITEMS CANCELLED ***
DCF889HL1         20V MAX 1/2IN HOG RING IMPACT WRENCH      56
DCD777C2          20V MAX COMPACT BRSHLS DRILL/DRIVE      200
DCK240C2          20V MAX LI-ION COMPACT 2-TOOL COMBO KIT    300

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII              00100288750269550787

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,003.98 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428731412

**INVOICE DATE**
09/25/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449       **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556618 D/671 | 7025781441 | 09/25/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112065P | | CTII | 55561598537 | | 10.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| AF-100 | 48352 | REPL SPOOL LINE | 80 | 3.59/1 | 287.20 |

FOB : ORIGIN

*** BACKORDERS ***
LHT321                          22IN 20V MAX POWERCOMMAND HEDGE TRMR        10


STORE NUMBER: ST 0449
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
CTII                            00100288750269550787

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 287.20 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428731411

**INVOICE DATE**
09/25/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 6047479 | 556139 D/609 | | 7025765326 | 09/25/2018 | COLLECT | | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| FT. MILL BLACK & DECKER CORP, / 15534112065P | | | | CTII | 55561598537 | | 6.200 LB |
| **CATALOG NO.** | **DIST INFO** | | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| DWA4894 | 57932 | | 8 PC BI-METAL RECIP BLADE SET with CASE | | 10 | 9.42/1 | 94.20 |

```
FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000050709
*** TRACKING IDs ***
CTII                        00100288750269550787

THANK YOU FOR YOUR ORDER.
```

| **PLEASE REMIT TO:** | **TERMS:** | **FREIGHT CHARGES** | **SALES TAX** | **TOTAL AMOUNT OF INVOICE** |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 94.20 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428731367
**INVOICE DATE**
09/25/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DR
JACKSONVILLE, FL 32218

STORE NUMBER: 0425                                      DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 552040 D/609 | | 7025554981 | 09/25/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112075P | | CTII | 55561598545 | 1,392.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCD777C2 | 12710 | 20V MAX COMPACT BRSHLS DRILL/DRIVE | 240 | 133.39/1 | 32,013.60 |

```
FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                         00100288750269554723

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
P.O. Box 223516
Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 32,013.60 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428731370

**INVOICE DATE**
09/25/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DR
JACKSONVILLE, FL 32218

**STORE NUMBER:** 0425      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556907 D/609 | 7025806163 | 09/25/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112075P | CTII | 55561598545 | 3,857.430 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCD777C2 | 12710 | 20V MAX COMPACT BRSHLS DRILL/DRIVE | 330 | 133.39/1 | 44,018.70 |
| DCK280C2 | 17295 | 20V COMPACT DRILL / IMPACT DRIVER COMBO | 12 | 208.74/1 | 2,504.88 |
| DW511 | 26910 | 1/2" HAMMER DRILL SINGLE SPEED | 15 | 77.19/1 | 1,157.85 |
| DCD771C2 | 27452 | 20V MAX LI-ION COMPACT DRILL/DRIVER KIT | 135 | 128.04/1 | 17,285.40 |
| DWD110K | 28370 | 3/8" VSR KEYLESS PISTOL GRIP DRILL KIT | 10 | 45.89/1 | 458.90 |
| GC960 | 30269 | 9.6V EPP DRILL DRIVER(NO OVERMOLD) | 10 | 22.31/1 | 223.10 |
| DWE575 | 3518 | 7-1/4" NEXT GEN CIRCULAR SAW | 10 | 95.07/1 | 950.70 |
| DWE402W | 49268 | 4-1/2 IN 11 AMP ANGLE GRINDER PADDLE | 24 | 75.11/1 | 1,802.64 |
| DWE6421K | 50325 | 5" RANDOM ORBIT H&L SANDER W/ BAG | 20 | 37.91/1 | 758.20 |
| DCK423D2 | 51334 | 20V MAX COMPACT 4-TOOL COMBO KIT | 10 | 319.20/1 | 3,192.00 |
| DCF885C1 | 51362 | 20V MAX LITH ION 1/4IN IMPACT DRIVER | 35 | 128.04/1 | 4,481.40 |

```
FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                        00100288750269554723

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 76,833.77 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428731371

**INVOICE DATE**
09/25/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DR
JACKSONVILLE, FL 32218

STORE NUMBER: 0425        DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 557858 D/609 | | 7025870778 | 09/25/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112075P | | CTII | 55561598545 | | 140.600 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCS391B | 34292 | 20V MAX 6-1/2" CIRCULAR SAW (Tool Only) | 19 | 91.05/1 | 1,729.95 |

```
FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                          00100288750269554723

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,729.95 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428731372

**INVOICE DATE**
09/25/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DR
JACKSONVILLE, FL 32218

| | | | | |
|---|---|---|---|---|
| **STORE NUMBER:** 0425 | | | | **DUNS. 00-131-7189** |

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 6047479 | 556610 D/671 | 7025781397 | 09/25/2018 | COLLECT |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112075P | CTII | 55561598545 | 28.240 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCB404 | 8764 | DEWALT 40V MAX LITHIUM 4.0AH BATTERY | 8 | 151.99/1 | 1,215.92 |

```
FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
CTII                          00100288750269554723

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,215.92 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428731373
**INVOICE DATE**
09/25/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DR
JACKSONVILLE, FL 32218

**STORE NUMBER:** 0425                                        **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556909 D/671 | | 7025806056 | 09/25/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112075P | | CTII | 55561598545 | 127.800 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| BEHTS400 | 74322 | 22IN SAWBLADE ELECTRIC HEDGE TRIMMER | 20 | 44.50/1 | 890.00 |

FOB : ORIGIN

*** BACKORDERS ***
LHT321                          22IN 20V MAX POWERCOMMAND HEDGE TRMR          10

STORE NUMBER: ST 0425
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
CTII                            00100288750269554723

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 890.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428731379

**INVOICE DATE**
09/25/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556613 D/609 | 7025781434 | 09/25/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| International Paper / 07534102654P | | BACK | 513745 | | 2,880.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWHPSEARS18 | 37613 | DW SEARS HP - Q3 2018 | 10 | 4,116.99/1 | 41,169.90 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
BACK                    00100288741323786730

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 41,169.90 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428731381
**INVOICE DATE**
09/25/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556916 D/609 | 7025806154 | 09/25/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112069P | | CTII | 55561598529 | 188.460 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCF885C1 | 51362 | 20V MAX LITH ION 1/4IN IMPACT DRIVER | 22 | 128.04/1 | 2,816.88 |
| DWA4101 | 57595 | 8 PC 2X RECIP SET | 15 | 14.46/1 | 216.90 |
| PC760R | 66000 | 9" PRUNING BLADE (3 PACK) | 50 | 6.18/1 | 309.00 |
| DWA4169 | 66001 | 9 IN 6TPI 2X RECIP BLADE 5PK | 50 | 9.79/1 | 489.50 |
| DW3760-5 | 80014 | 10TPI TG T-SHK COBALT JIG SAW BLD-5PK | 25 | 5.29/1 | 132.25 |
| DW3760H | 80018 | FINE CUT SMTH FIN JIG BLD | 25 | 4.96/1 | 124.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                          00100288750269693316

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 4,088.53 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Stanley Black & Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428731383

**INVOICE DATE**
09/25/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

| | | | STORE NUMBER: 0443 | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|---|
| 6047479 | 552044 D/609 | | 7025555087 | 09/25/2018 | COLLECT |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112069P | | CTII | 55561598529 | | 1,334.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCD777C2 | 12710 | 20V MAX COMPACT BRSHLS DRILL/DRIVE | 230 | 133.39/1 | 30,679.70 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                          00100288750269693316

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 30,679.70 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428731385
**INVOICE DATE**
09/25/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556174 D/671 | 7025765117 | 09/25/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112069P | | CTII | 55561598529 | 29.780 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCBL790M1 | 44889 | DW 40V MAX LITH ION BATT BLOWER 4AH | 2 | 192.49/1 | 384.98 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
CTII                         00100288750269693316

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 384.98 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**Stanley Black & Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428731386

**INVOICE DATE**
09/25/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                                     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|
| 6047479 | 557865 D/609 | 7025870921 | 09/25/2018 | COLLECT | | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT | |
|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112069P | | CTII | 55561598529 | 148.000 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCS391B | 34292 | 20V MAX 6-1/2" CIRCULAR SAW (Tool Only) | 20 | 91.05/1 | 1,821.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                          00100288750269693316

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,821.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**         10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1
**INVOICE NO**
9428731388

**INVOICE DATE**
09/25/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                     DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 555039 D/609 | | 7025713808 | 09/25/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112069P | | CTII | 55561598529 | | 18.600 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4894 | 57932 | 8 PC BI-METAL RECIP BLADE SET with CASE | 30 | 9.42/1 | 282.60 |

FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000050709
*** TRACKING IDs ***
CTII                          00100288750269693316

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 282.60 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428731389

**INVOICE DATE**
09/25/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556137 D/609 | 7025765310 | 09/25/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112069P | CTII | 55561598529 | 12.400 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4894 | 57932 | 8 PC BI-METAL RECIP BLADE SET with CASE | 20 | 9.42/1 | 188.40 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000050709
*** TRACKING IDs ***
CTII                               00100288750269693316

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 188.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428731390

**INVOICE DATE**
09/25/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556918 D/671 | 7025806087 | 09/25/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112069P | | CTII | 55561598529 | 127.800 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| BEHTS400 | 74322 | 22IN SAWBLADE ELECTRIC HEDGE TRIMMER | 20 | 44.50/1 | 890.00 |

FOB : ORIGIN

*** BACKORDERS ***
LHT321                          22IN 20V MAX POWERCOMMAND HEDGE TRMR          10

STORE NUMBER: ST 0443
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
CTII                            00100288750269693316

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 890.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**Stanley Black & Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428731392

**INVOICE DATE**
09/25/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556919 D/671 | 7025806053 | 09/25/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112069P | | CTII | 55561598529 | 61.216 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCBL790M1 | 44889 | DW 40V MAX LITH ION BATT BLOWER 4AH | 4 | 192.49/1 | 769.96 |
| DWO1DT801 | 44890 | DEWALT TRIMMER LINE 0.080IN X 50FT | 12 | 4.70/1 | 56.40 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
CTII                        00100288750269693316

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 826.36 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

## Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428731399
**INVOICE DATE**
09/25/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556915 D/609 | 7025806231 | 09/25/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112069P | CTII | 55561598529 | 3,990.510 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DC9096-2 | 12011 | 18V  XRP BATTERY PACK COMBO | 40 | 109.70/1 | 4,388.00 |
| DCD777C2 | 12710 | 20V MAX COMPACT BRSHLS DRILL/DRIVE | 88 | 133.39/1 | 11,738.32 |
| DCK280C2 | 17295 | 20V COMPACT DRILL / IMPACT DRIVER COMBO | 40 | 208.74/1 | 8,349.60 |
| BDCS20C | 17564 | 4V MAX CORDLESS RECHARGEABLE SCREWDRIVER | 10 | 14.65/1 | 146.50 |
| DW4898 | 22966 | 10 PC WOOD/ METAL CUTTING SET IN CASE | 100 | 12.23/1 | 1,223.00 |
| DW2002B25 | 25924 | NO2 PHILLIPS 1IN BIT TIPBIT BOX OF 25 | 20 | 2.32/1 | 46.40 |
| DW511 | 26910 | 1/2" HAMMER DRILL SINGLE SPEED | 10 | 77.19/1 | 771.90 |
| DCD771C2 | 27452 | 20V MAX LI-ION COMPACT DRILL/DRIVER KIT | 215 | 128.04/1 | 27,528.60 |
| DW1167 | 29340 | 17PC BLK OX DRILL BIT SET | 20 | 14.42/1 | 288.40 |
| DWPVTDRV3  G | 29947 | 3 PC MAG IMPACT READY PIVOT NUTSETTER | 10 | 9.01/1 | 90.10 |
| DW2542IR  G | 29951 | 1/4" HEX TO 3/8" SQ IMP READY SOCKT ADPT | 12 | 0.89/1 | 10.68 |
| DW2166 | 29954 | 45 PC SCREWDRIVING SET | 10 | 7.67/1 | 76.70 |
| GC960 | 30269 | 9.6V EPP DRILL DRIVER(NO OVERMOLD) | 38 | 22.31/1 | 847.78 |
| DCB200-2 | 33191 | 20V MAX 3.0 AH Li-Ion BATTERY 2 PACK | 40 | 112.00/1 | 4,480.00 |
| DWE575 | 3518 | 7-1/4" NEXT GEN CIRCULAR SAW | 10 | 95.07/1 | 950.70 |
| DW4903 | 36601 | 3" CRIMP FLAT BRUSH/CARB STL 1/4" STEM | 15 | 2.52/1 | 37.80 |
| DW4904 | 36620 | 6"CRIMP BENCH WIRE WHL,5/8-1/2 ARBOR,MED | 20 | 5.02/1 | 100.40 |
| PCPCMX | 36997 | CLEANING COMPOUND VARIETY 5 PK | 10 | 3.98/1 | 39.80 |
| DW4901 | 42684 | 1" CRIMP END BRUSH/CARB STL 1/4" STEM | 10 | 3.06/1 | 30.60 |
| DWA2T40IR | 44897 | 40 PC IMPCT RDY SCREW LOCK SCREWDRI | 95 | 18.52/1 | 1,759.40 |
| DWA2FTS25IR-Z | 44907 | 25PC IR FLEX TORQ SET | 10 | 9.79/1 | 97.90 |
| DCK423D2 | 51334 | 20V MAX COMPACT 4-TOOL COMBO KIT | 32 | 319.20/1 | 10,214.40 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | | |
|---|---|---|---|---|
| 71-931 | | 18 PC HSS DRILL BIT SET | 50 | |
| DW2547IR  G | | 1/4" HEX TO 1/2" SQ IMP READY SOCKT ADPT | 57 | |
| DCK240C2 | | 20V MAX LI-ION COMPACT 2-TOOL COMBO KIT | 431 | |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428731399

**INVOICE DATE**
09/25/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556915 D/609 | 7025806231 | 09/25/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112069P | CTII | 55561598529 | 3,990.510 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| *** FOLLOWING ITEMS CANCELLED *** | | | | | |
| DCD777C2 | | 20V MAX COMPACT BRSHLS DRILL/DRIVE | 482 | | |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                          00100288750269693316

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 73,216.98 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1
**INVOICE NO**
9428731401

**INVOICE DATE**
09/25/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                 **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 557836 D/609 | | 7025870807 | 09/25/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | WEIGHT | |
|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112069P | | CTII | | 55561598529 | 271.050 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4894 | 57932 | 8 PC BI-METAL RECIP BLADE SET with CASE | 30 | 9.42/1 | 282.60 |
| WM125 | 98364 | OPP WORKMATE 125 | 17 | 19.62/1 | 333.54 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000050709
*** TRACKING IDs ***
CTII                        00100288750269693316

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 616.14 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428731403

**INVOICE DATE**
09/25/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

| STORE NUMBER: 0443 | | | | | | DUNS. 00-131-7189 | |
|---|---|---|---|---|---|---|---|
| **CUSTOMER NO.** 6047479 | **CUSTOMER ORDER NO.** 555085 D/609 | | **SBD ORDER NO.** 7025713796 | **SHIP DATE** 09/25/2018 | **FREIGHT ALLOWED** COLLECT | | |
| **SHIPPING POINT / BOL** FT. MILL BLACK & DECKER CORP, / 15534112069P | | | **CARRIER** CTII | | **PRO #** 55561598529 | | **WEIGHT** 19.300 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| DW4803 | 80327 | 9IN 6TPI TAPER BK BLD-5PK | | | 50 | 5.93/1 | 296.50 |

```
FOB : ORIGIN
Item 000180 DW4803  Z 15 Discontinued, No Substitution Allowed


STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                           00100288750269693316

THANK YOU FOR YOUR ORDER.
```

| **PLEASE REMIT TO:** Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | **TERMS:** 1.75% 35 Days, NET 52 | **FREIGHT CHARGES** | **SALES TAX** | **TOTAL AMOUNT OF INVOICE** 296.50 |
|---|---|---|---|---|

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428731405
**INVOICE DATE**
09/25/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                              **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556615 D/609 | | 7025781443 | 09/25/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| International Paper / 07534102648P | | | | SAIA | 103250923105 | 5,472.000 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| DWHPSEARS18 | 37613 | DW SEARS HP – Q3 2018 | | 19 | 4,116.99/1 | 78,222.81 |

FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
SAIA                            00100288741323786471

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 78,222.81 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428731407

**INVOICE DATE**
09/25/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

STORE NUMBER: 0447                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 555040 D/609 | 7025713778 | 09/25/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112067P | | CTII | 55561598552 | | 9.300 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4894 | 57932 | 8 PC BI-METAL RECIP BLADE SET with CASE | 15 | 9.42/1 | 141.30 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000050709
*** TRACKING IDs ***
CTII                          00100288750269645827

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 141.30 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428731408

**INVOICE DATE**
09/25/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

STORE NUMBER: 0447                                           DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556138 D/609 | | 7025765321 | 09/25/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112067P | | CTII | 55561598552 | 9.300 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4894 | 57932 | 8 PC BI-METAL RECIP BLADE SET with CASE | 15 | 9.42/1 | 141.30 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000050709
*** TRACKING IDs ***
CTII                          00100288750269645827

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 141.30 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428731409
**INVOICE DATE**
09/25/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

STORE NUMBER: 0447                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556874 D/609 | 7025806227 | 09/25/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112067P | | CTII | 55561598552 | 27.900 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4894 | 57932 | 8 PC BI-METAL RECIP BLADE SET with CASE | 45 | 9.42/1 | 423.90 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000050709
*** TRACKING IDs ***
CTII                          00100288750269645827

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 423.90 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2

**INVOICE NO**
9428771274

**INVOICE DATE**
09/28/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556910 D/609 | 7025806234 | 09/28/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112077P | | ODFL | 09915092614 | 2,378.153 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCGG570B | 16672 | 18V CORDLESS GREASE GUN (TOOL ONLY) | 1 | 116.78/1 | 116.78 |
| DW734 | 23422 | 12 1/2" THICKNESS PLANER | 8 | 391.13/1 | 3,129.04 |
| DWE304 | 26482 | 10AMP RECIPROCATING SAW | 10 | 74.69/1 | 746.90 |
| DCD771C2 | 27452 | 20V MAX LI-ION COMPACT DRILL/DRIVER KIT | 200 | 128.04/1 | 25,608.00 |
| DW4809 | 29182 | 8IN 14TPI STGT BK BLD-5PK | 10 | 6.66/1 | 66.60 |
| DW2541IR  G | 29950 | 1/4" HEX TO 1/4" SQ IMP READY SOCKT ADPT | 12 | 0.79/1 | 9.48 |
| DW2542IR  G | 29951 | 1/4" HEX TO 3/8" SQ IMP READY SOCKT ADPT | 12 | 0.89/1 | 10.68 |
| GC960 | 30269 | 9.6V EPP DRILL DRIVER(NO OVERMOLD) | 12 | 22.31/1 | 267.72 |
| DC385B | 31026 | 18V RECIP SAW - BARE UNIT | 4 | 83.99/1 | 335.96 |
| DC411B | 31028 | 18V CUTOFF TOOL | 8 | 78.85/1 | 630.80 |
| DW735X | 34688 | 13" PLANER w/EXTRA KNIVES AND TABLES | 1 | 475.50/1 | 475.50 |
| DCF813S2 | 34839 | 12V MAX LITHM ION 3/8" IMPACT WRENCH KIT | 5 | 115.42/1 | 577.10 |
| D26676 | 38387 | 5.5 AMP PORTABLE HAND PLANER W/HSS BLADE | 2 | 108.34/1 | 216.68 |
| DCF883B | 38401 | 20V MAX 3/8" WRENCH HOG RING (Tool Only) | 10 | 104.17/1 | 1,041.70 |
| DCF899B | 42009 | 20V BL 1/2 IN IMPACT WR W. DETENT (BARE) | 3 | 191.44/1 | 574.32 |
| DCF899HB | 42018 | BL 1/2IN IMPACT WRENCH W RING (BARE) | 3 | 208.16/1 | 624.48 |
| DWE575SB | 4243 | 7-1/4" NEXT GEN CIRC SAW w/ BRAKE | 2 | 104.17/1 | 208.34 |
| DW4901 | 42684 | 1" CRIMP END BRUSH/CARB STL 1/4" STEM | 10 | 3.06/1 | 30.60 |
| 382 | 43396 | 5" RANDOM ORBIT PALM GRIP SANDER | 4 | 41.90/1 | 167.60 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | | | |
|---|---|---|---|---|---|
| DWMT70784 | | CUT-OFF TOOL - DEWALT | 4 | | |
| DW4898 | | 10 PC WOOD/ METAL CUTTING SET IN CASE | 55 | | |
| DW2547IR  G | | 1/4" HEX TO 1/2" SQ IMP READY SOCKT ADPT | 30 | | |
| DCD740B | | 20V MAX RT ANGLE DRILL/DRVR (Tool Only) | 4 | | |
| DCB102 | | 12-20V MAX DUAL PORT FAST CHARGER | 3 | | |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# **Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428771274
**INVOICE DATE**
09/28/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556910 D/609 | | 7025806234 | 09/28/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| FT. MILL BLACK & DECKER CORP, / 15534112077P | | | | ODFL | 09915092614 | 2,378.153 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

```
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
ODFL                          00100288750271260704

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 34,838.28 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428771273

**INVOICE DATE**
09/28/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440  **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556911 D/609 | 7025806165 | 09/28/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112077P | | ODFL | 09915092614 | 1,936.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWX725 | 4350 | HEAVY DUTY WORK STAND | 2 | 90.69/1 | 181.38 |
| DCA1820 | 43566 | 18V-20V BATTERY ADAPTER | 8 | 27.10/1 | 216.80 |
| DWA2T40IR | 44897 | 40 PC IMPCT RDY SCREW LOCK SCREWDRI | 90 | 18.52/1 | 1,666.80 |
| DWE7480 | 44936 | 10IN COMPACT JOB SITE TABLE SAW | 3 | 265.99/1 | 797.97 |
| LDX120C | 46218 | 20V MAX LITHIUM DRILL/DRIVER | 2 | 54.78/1 | 109.56 |
| DWE6411K | 50324 | 1/4 Sheet Finishing Sander | 10 | 34.62/1 | 346.20 |
| BDH1220AV | 51276 | 12V DUSTBUSTER AUTO HAND VAC | 3 | 32.29/1 | 96.87 |
| DCK423D2 | 51334 | 20V MAX COMPACT 4-TOOL COMBO KIT | 52 | 319.20/1 | 16,598.40 |
| BDL170 | 98429 | AUTO-LEVELING LASER W/PROTRACTOR | 2 | 25.92/1 | 51.84 |
| DWE7480 | 44936 | 10IN COMPACT JOB SITE TABLE SAW | 7 | 265.99/1 | 1,861.93 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*

| DW124 | | 1/2IN STUD/JOINT DRILL | 4 | | |
|---|---|---|---|---|---|
| DWA4101 | | 8 PC 2X RECIP SET | 35 | | |

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000097907
\*\*\* TRACKING IDs \*\*\*
ODFL                          00100288750271260704

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 21,927.75 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428771272

**INVOICE DATE**
09/28/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440

**DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 555948 D/609 | 7025756806 | 09/28/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112077P | ODFL | 09915092614 | 545.150 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DC390B | 31027 | 18V CIRCULAR SAW | 4 | 83.00/1 | 332.00 |
| DC411B | 31028 | 18V CUTOFF TOOL | 4 | 78.85/1 | 315.40 |
| DW735X | 34688 | 13" PLANER w/EXTRA KNIVES AND TABLES | 2 | 475.50/1 | 951.00 |
| DCF813S2 | 34839 | 12V MAX LITHM ION 3/8" IMPACT WRENCH KIT | 5 | 115.42/1 | 577.10 |
| DWE4011 | 38386 | 4.5" SMALL ANGLE GRINDER SLIDE SWITCH | 4 | 51.98/1 | 207.92 |
| D26676 | 38387 | 5.5 AMP PORTABLE HAND PLANER W/HSS BLADE | 2 | 108.34/1 | 216.68 |
| DCF883B | 38401 | 20V MAX 3/8" WRENCH HOG RING (Tool Only) | 10 | 104.17/1 | 1,041.70 |
| DCK285C2 | 38423 | 20V COMPACT HAMMERDRILL / IMPACT DRIVER | 4 | 230.99/1 | 923.96 |
| DWE575SB | 4243 | 7-1/4" NEXT GEN CIRC SAW w/ BRAKE | 2 | 104.17/1 | 208.34 |
| DWS5026 | 43054 | TRACK SAW TRACK CLAMP | 4 | 27.16/1 | 108.64 |
| DW840K | 43407 | 7IN MEDIUM ANGLE GRINDER KIT | 4 | 114.99/1 | 459.96 |
| DWX725 | 4350 | HEAVY DUTY WORK STAND | 2 | 90.69/1 | 181.38 |
| DCA1820 | 43566 | 18V-20V BATTERY ADAPTER | 8 | 27.10/1 | 216.80 |
| BDH1220AV | 51276 | 12V DUSTBUSTER AUTO HAND VAC | 1 | 32.29/1 | 32.29 |
| BDL170 | 98429 | AUTO-LEVELING LASER W/PROTRACTOR | 2 | 25.92/1 | 51.84 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| DC825B | | 18V IMPACT DRIVER | 5 |
| DCD740B | | 20V MAX RT ANGLE DRILL/DRVR (Tool Only) | 4 |
| BDCDHP220SB-2 | | BLACK & DECKER 20V MAX 1/2IN DRILL/DRVR | 4 |

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000097907

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428771272
**INVOICE DATE**
09/28/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 555948 D/609 | 7025756806 | 09/28/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | **PRO #** | **WEIGHT** |
| FT. MILL BLACK & DECKER CORP, / 15534112077P | | | ODFL | 09915092614 | 545.150 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

*** TRACKING IDs ***
ODFL                              00100288750271260704

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
P.O. Box 223516
Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 5,825.01 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428771271

**INVOICE DATE**
09/28/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556914 D/671 | | 7025806044 | 09/28/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112077P | | ODFL | 09915092614 | | 1.656 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWO1DT801 | 44890 | DEWALT TRIMMER LINE 0.080IN X 50FT | 12 | 4.70/1 | 56.40 |

```
FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
ODFL                           00100288750271260704

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 56.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428771270

**INVOICE DATE**
09/28/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                   DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556913 D/671 | | 7025806073 | 09/28/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112077P | | ODFL | 09915092614 | 14.400 LB |

| CATALOG NO. | | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|---|
| AF-100-3ZP | 1 | 74196 | REPLACEMENT AUTO FEED SPOOL 3 PACK | 48 | 8.99/1 | 431.52 |

FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
ODFL                              00100288750271260704

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 431.52 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428771269

**INVOICE DATE**
09/28/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440

**DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 557861 D/609 | 7025870941 | 09/28/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112077P | ODFL | 09915092614 | 214.600 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCS391B | 34292 | 20V MAX 6-1/2" CIRCULAR SAW (Tool Only) | 29 | 91.05/1 | 2,640.45 |

```
FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
ODFL                          00100288750271260704

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 2,640.45 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**   10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428771268

**INVOICE DATE**
09/28/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556136 D/609 | 7025765276 | 09/28/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112077P | ODFL | 09915092614 | 12.400 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4894 | 57932 | 8 PC BI-METAL RECIP BLADE SET with CASE | 20 | 9.42/1 | 188.40 |

```
FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000050709
*** TRACKING IDs ***
ODFL                          00100288750271260704

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 188.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428771267

**INVOICE DATE**
09/28/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

| STORE NUMBER: 0440 | | | | | DUNS. 00-131-7189 |

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|---|
| 6047479 | 555038 D/609 | | 7025713790 | 09/28/2018 | COLLECT |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112077P | | ODFL | 09915092614 | 6.200 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4894 | 57932 | 8 PC BI-METAL RECIP BLADE SET with CASE | 10 | 9.42/1 | 94.20 |

```
FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000050709
*** TRACKING IDs ***
ODFL                      00100288750271260704

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 94.20 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428771266

**INVOICE DATE**
09/28/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                   **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556171 D/671 | | 7025765116 | 09/28/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112077P | | ODFL | 09915092614 | 87.120 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCST990M1 | 26240 | DW 40V MAX LITH ION XR STRING TRIM-4AH | 4 | 192.49/1 | 769.96 |

```
FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
ODFL                           00100288750271260704

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 769.96 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428771265

**INVOICE DATE**
09/28/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 552042 D/609 | 7025555100 | 09/28/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112077P | | ODFL | 09915092614 | 696.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCD777C2 | 12710 | 20V MAX COMPACT BRSHLS DRILL/DRIVE | 120 | 133.39/1 | 16,006.80 |

```
FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
ODFL                        00100288750271260704

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 16,006.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428771264

**INVOICE DATE**
09/28/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

| STORE NUMBER: 0440 | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 553836 D/609 | | 7025656772 | 09/28/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534112077P | | ODFL | 09915092614 | 580.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCD777C2 | 12710 | 20V MAX COMPACT BRSHLS DRILL/DRIVE | 100 | 133.39/1 | 13,339.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
ODFL                        00100288750271260704

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 13,339.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428784849

**INVOICE DATE**
10/01/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

| STORE NUMBER: 0447 | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 6047479 | 557870 D/609 | 7025870899 | 10/01/2018 | COLLECT |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0839480P | DART | 164L0839480P | 1,455.895 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCK280C2 | 17295 | 20V COMPACT DRILL / IMPACT DRIVER COMBO | 16 | 208.74/1 | 3,339.84 |
| BDCS20C | 17564 | 4V MAX CORDLESS RECHARGEABLE SCREWDRIVER | 30 | 14.65/1 | 439.50 |
| DW4898 | 22966 | 10 PC WOOD/ METAL CUTTING SET IN CASE | 15 | 12.23/1 | 183.45 |
| DWE304 | 26482 | 10AMP RECIPROCATING SAW | 10 | 74.69/1 | 746.90 |
| DW4811-2 | 29194 | 6IN 18TPI STGT BK BLD-2PK | 25 | 3.16/1 | 79.00 |
| DW2542IR  G | 29951 | 1/4" HEX TO 3/8" SQ IMP READY SOCKT ADPT | 24 | 0.89/1 | 21.36 |
| DW2547IR  G | 29952 | 1/4" HEX TO 1/2" SQ IMP READY SOCKT ADPT | 15 | 1.07/1 | 16.05 |
| GC960 | 30269 | 9.6V EPP DRILL DRIVER(NO OVERMOLD) | 10 | 22.31/1 | 223.10 |
| DCB200-2 | 33191 | 20V MAX 3.0 AH Li-Ion BATTERY 2 PACK | 12 | 112.00/1 | 1,344.00 |
| DWE575 | 3518 | 7-1/4" NEXT GEN CIRCULAR SAW | 10 | 95.07/1 | 950.70 |
| PCPCMX | 36997 | CLEANING COMPOUND VARIETY 5 PK | 10 | 3.98/1 | 39.80 |
| DW4901 | 42684 | 1" CRIMP END BRUSH/CARB STL 1/4" STEM | 10 | 3.06/1 | 30.60 |
| DWA2T40IR | 44897 | 40 PC IMPCT RDY SCREW LOCK SCREWDRI | 10 | 18.52/1 | 185.20 |
| DWA2FTS25IR-Z | 44907 | 25PC IR FLEX TORQ SET | 10 | 9.79/1 | 97.90 |
| DWE402W | 49268 | 4-1/2 IN 11 AMP ANGLE GRINDER PADDLE | 16 | 75.11/1 | 1,201.76 |
| DWE6411K | 50324 | 1/4 Sheet Finishing Sander | 10 | 34.62/1 | 346.20 |
| DWE6421K | 50325 | 5" RANDOM ORBIT H&L SANDER W/ BAG | 10 | 37.91/1 | 379.10 |
| DCK423D2 | 51334 | 20V MAX COMPACT 4-TOOL COMBO KIT | 14 | 319.20/1 | 4,468.80 |
| DCF885C1 | 51362 | 20V MAX LITH ION 1/4IN IMPACT DRIVER | 57 | 128.04/1 | 7,298.28 |
| DWA4101 | 57595 | 8 PC 2X RECIP SET | 10 | 14.46/1 | 144.60 |
| PC760R | 66000 | 9" PRUNING BLADE (3 PACK) | 50 | 6.18/1 | 309.00 |
| DWA4169 | 66001 | 9 IN 6TPI 2X RECIP BLADE 5PK | 110 | 9.79/1 | 1,076.90 |
| DW3760-5 | 80014 | 10TPI TG T-SHK COBALT JIG SAW BLD-5PK | 15 | 5.29/1 | 79.35 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*

| DCD777C2 | | 20V MAX COMPACT BRSHLS DRILL/DRIVE | 155 | | |
| DCK240C2 | | 20V MAX LI-ION COMPACT 2-TOOL COMBO KIT | 200 | | |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428784849

**INVOICE DATE**
10/01/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

STORE NUMBER: 0447                                                      DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 557870 D/609 | | 7025870899 | 10/01/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Fontana DC Black & Decker,Inc. / 164L0839480P | | | DART | | 164L0839480P | 1,455.895 LB |
| **CATALOG NO.** | **DIST INFO** | | **DESCRIPTION** | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| DWA4169 | | | 9 IN 6TPI 2X RECIP BLADE 5PK | 40 | | |

*** FOLLOWING ITEMS CANCELLED ***

| | | | | | | |
|---|---|---|---|---|---|---|
| DW3760-5 | | | 10TPI TG T-SHK COBALT JIG SAW BLD-5PK | 10 | | |

```
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                    00100288746459821027
```

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 23,001.39 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428784834
**INVOICE DATE**
10/01/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 6047479 | 556910 D/609 | 7025806234 | 10/01/2018 | COLLECT |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0839477P | DART | 164L0839477P | 53.260 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWMT70784 | 16418 | CUT-OFF TOOL - DEWALT | 4 | 40.00/1 | 160.00 |
| DW4898 | 22966 | 10 PC WOOD/ METAL CUTTING SET IN CASE | 55 | 12.23/1 | 672.65 |

FOB : ORIGIN

*** BACKORDERS ***
DW2547IR  G     1/4" HEX TO 1/2" SQ IMP READY SOCKT ADPT   30
DCD740B     20V MAX RT ANGLE DRILL/DRVR (Tool Only)   4
DCB102     12-20V MAX DUAL PORT FAST CHARGER   3

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART     00100288746459819833

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 832.65 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428784853

**INVOICE DATE**
10/01/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

STORE NUMBER: 0447                                          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 557770 D/671 | | 7025848643 | 10/01/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0839479P | | DART | 164L0839479P | 130.680 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCST990M1 | 26240 | DW 40V MAX LITH ION XR STRING TRIM-4AH | 6 | 192.49/1 | 1,154.94 |

FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
DART                          00100288746459821911

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,154.94 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428784856

**INVOICE DATE**
10/01/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447 | **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 558733 D/620 | 7025926904 | 10/01/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0839478P | DART | 164L0839478P | 180.708 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HLVA320J26 | 29151 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 66 | 26.92/1 | 1,776.72 |

FOB : ORIGIN

\*\*\* FOLLOWING ITEMS CANCELLED \*\*\*
  HNV115B22                    LTD EDITION CMPCT LITH HV - COBALT        78

STORE NUMBER: ST 0447
DEPARTMENT : 620
VENDOR : 000097907
\*\*\* TRACKING IDs \*\*\*
DART                    00100288746459813312

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,776.72 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428784860

**INVOICE DATE**
10/01/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                                                                 **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 558677 D/609 | 7025926774 | 10/01/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0839480P | | DART | 164L0839480P | | 250.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4894 | 57932 | 8 PC BI-METAL RECIP BLADE SET with CASE | 20 | 9.42/1 | 188.40 |
| WM125 | 98364 | OPP WORKMATE 125 | 16 | 19.62/1 | 313.92 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000050709
*** TRACKING IDs ***
DART                          00100288746459821027
```

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 502.32 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428784862

**INVOICE DATE**
10/01/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 558208 D/609 | | 7025870917 | 10/01/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0839480P | | DART | 164L0839480P | | 50.000 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWD110K | 28370 | 3/8" VSR KEYLESS PISTOL GRIP DRILL KIT | 10 | 45.89/1 | 458.90 |

FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 183173020
*** TRACKING IDs ***
DART                          00100288746459821027

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 458.90 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428784864

**INVOICE DATE**
10/01/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 557871 D/671 | | 7025870911 | 10/01/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Fontana DC Black & Decker,Inc. / 164L0839479P | | | DART | | 164L0839479P | 205.800 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| DCBL790M1 | 44889 | DW 40V MAX LITH ION BATT BLOWER 4AH | | 6 | 192.49/1 | 1,154.94 |
| DCCS690M1 | 87631 | DEWALT 16 IN 40V LITHIUM CHAINSAW | | 6 | 268.73/1 | 1,612.38 |

FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
DART                         00100288746459821911

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 2,767.32 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428784870

**INVOICE DATE**
10/01/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 548110 D/671 | 7025315710 | 10/01/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0839483P | | DART | 164L0839483P | 8.400 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| LHT321 | 49779 | 22IN 20V MAX POWERCOMMAND HEDGE TRMR | 1 | 72.10/1 | 72.10 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | | |
|---|---|---|---|---|
| LHT321 | | 22IN 20V MAX POWERCOMMAND HEDGE TRMR | 29 | |

STORE NUMBER: ST 0449
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
DART                          00100288746459857781

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 72.10 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428784872

**INVOICE DATE**
10/01/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 557649 D/671 | 7025840141 | 10/01/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0839483P | | DART | 164L0839483P | 3.300 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWO1DT802 | 44891 | DEWALT TRIMMER LINE 0.080INX 225FT | 6 | 8.83/1 | 52.98 |

```
FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
DART                          00100288746459857781

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 52.98 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428784876

**INVOICE DATE**
10/01/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 558209 D/609 | | 7025870804 | 10/01/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0839484P | | DART | 164L0839484P | 139.192 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWE304 | 26482 | 10AMP RECIPROCATING SAW | 9 | 74.69/1 | 672.21 |
| DW511 | 26910 | 1/2" HAMMER DRILL SINGLE SPEED | 10 | 77.19/1 | 771.90 |
| DW1167 | 29340 | 17PC BLK OX DRILL BIT SET | 10 | 14.42/1 | 144.20 |

```
FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 183173020
*** TRACKING IDs ***
DART                    00100288746459812803

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,588.31 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428784878

**INVOICE DATE**
10/01/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

| | | | | STORE NUMBER: 0449 | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 557875 D/671 | | 7025870848 | 10/01/2018 | COLLECT | |

| SHIPPING POINT / BOL | | | CARRIER | | PRO # | WEIGHT |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0839483P | | | DART | | 164L0839483P | 29.780 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCBL790M1 | 44889 | DW 40V MAX LITH ION BATT BLOWER 4AH | 2 | 192.49/1 | 384.98 |

```
FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
DART                    00100288746459857781

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 384.98 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428784882

**INVOICE DATE**
10/01/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556928 D/671 | 7025806098 | 10/01/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0839483P | | DART | 164L0839483P | 3.312 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWO1DT801 | 44890 | DEWALT TRIMMER LINE 0.080IN X 50FT | 24 | 4.70/1 | 112.80 |

```
FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
DART                        00100288746459857781

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 112.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428784884

**INVOICE DATE**
10/01/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449        **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 558738 D/620 | 7025926819 | 10/01/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0839482P | | DART | 164L0839482P | 686.790 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 19150 | LTD EDITION CMPCT LITH HV - COBALT | 1 | 18.75/1 | 18.75 |
| HLVA320J26 | 29151 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 250 | 26.92/1 | 6,730.00 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
  HNV115B22                     LTD EDITION CMPCT LITH HV - COBALT      225

STORE NUMBER: ST 0449
DEPARTMENT : 620
VENDOR : 000097907
*** TRACKING IDs ***
DART                          00100288746459812711

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 6,748.75 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428784895
**INVOICE DATE**
10/01/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                        DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 557873 D/609 | 7025870955 | 10/01/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0839484P | DART | 164L0839484P | 2,157.295 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCF889HL1 | 10887 | 20V MAX 1/2IN HOG RING IMPACT WRENCH | 106 | 187.21/1 | 19,844.26 |
| DCK280C2 | 17295 | 20V COMPACT DRILL / IMPACT DRIVER COMBO | 48 | 208.74/1 | 10,019.52 |
| BDCS20C | 17564 | 4V MAX CORDLESS RECHARGEABLE SCREWDRIVER | 58 | 14.65/1 | 849.70 |
| DW4898 | 22966 | 10 PC WOOD/ METAL CUTTING SET IN CASE | 50 | 12.23/1 | 611.50 |
| DCD771C2 | 27452 | 20V MAX LI-ION COMPACT DRILL/DRIVER KIT | 10 | 128.04/1 | 1,280.40 |
| DW4809 | 29182 | 8IN 14TPI STGT BK BLD-5PK | 15 | 6.66/1 | 99.90 |
| DW4811-2 | 29194 | 6IN 18TPI STGT BK BLD-2PK | 25 | 3.16/1 | 79.00 |
| DWPVTDRV3   G | 29947 | 3 PC MAG IMPACT READY PIVOT NUTSETTER | 10 | 9.01/1 | 90.10 |
| DW2541IR   G | 29950 | 1/4" HEX TO 1/4" SQ IMP READY SOCKT ADPT | 24 | 0.79/1 | 18.96 |
| DW2542IR   G | 29951 | 1/4" HEX TO 3/8" SQ IMP READY SOCKT ADPT | 48 | 0.89/1 | 42.72 |
| DW2547IR   G | 29952 | 1/4" HEX TO 1/2" SQ IMP READY SOCKT ADPT | 21 | 1.07/1 | 22.47 |
| GC960 | 30269 | 9.6V EPP DRILL DRIVER(NO OVERMOLD) | 34 | 22.31/1 | 758.54 |
| DCB200-2 | 33191 | 20V MAX 3.0 AH Li-Ion BATTERY 2 PACK | 36 | 112.00/1 | 4,032.00 |
| DWE575 | 3518 | 7-1/4" NEXT GEN CIRCULAR SAW | 10 | 95.07/1 | 950.70 |
| DW4903 | 36601 | 3" CRIMP FLAT BRUSH/CARB STL 1/4" STEM | 10 | 2.52/1 | 25.20 |
| DWA2PH2IR5-Z | 4478 | 2.25IN PHILLIPS No2 IMPACT READY 5PK | 100 | 1.85/1 | 185.00 |
| DW2235IR   G | 44798 | 5 PC MAG IMPACT READY NUTSETTER SET | 40 | 10.16/1 | 406.40 |
| DWA2T40IR | 44897 | 40 PC IMPCT RDY SCREW LOCK SCREWDRI | 40 | 18.52/1 | 740.80 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*

| | | | |
|---|---|---|---|
| DC9096-2 | | 18V  XRP BATTERY PACK COMBO | 20 |
| DCD777C2 | | 20V MAX COMPACT BRSHLS DRILL/DRIVE | 550 |
| DW2002B25 | | NO2 PHILLIPS 1IN BIT TIPBIT BOX OF 25 | 20 |
| 71-931 | | 18 PC HSS DRILL BIT SET | 10 |
| DW4904 | | 6"CRIMP BENCH WIRE WHL,5/8-1/2 ARBOR,MED | 15 |
| DW49008X | | SHELL 3X1/4 HP.014 CARBON FLARE | 50 |
| DW49003X | | SHELL 1"x1/4" HP.020 CARBONCRIMP ENDBR | 25 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428784895
**INVOICE DATE**
10/01/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                      DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 557873 D/609 | | 7025870955 | 10/01/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Fontana DC Black & Decker,Inc. / 164L0839484P | | | | DART | 164L0839484P | 2,157.295 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                                    00100288746459812803

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 40,057.17 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428784900

**INVOICE DATE**
10/01/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449            **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 6047479 | 557874 D/609 | 7025870901 | 10/01/2018 | COLLECT |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0839484P | DART | 164L0839484P | 3,042.420 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA3HLDIR-Z | 44906 | 3IN IMPCT RDY BIT TIP HOLDERS w/SS | 36 | 3.61/1 | 129.96 |
| DWA2FTS25IR-Z | 44907 | 25PC IR FLEX TORQ SET | 10 | 9.79/1 | 97.90 |
| DWE402W | 49268 | 4-1/2 IN 11 AMP ANGLE GRINDER PADDLE | 36 | 75.11/1 | 2,703.96 |
| DWE6411K | 50324 | 1/4 Sheet Finishing Sander | 36 | 34.62/1 | 1,246.32 |
| DWE6421K | 50325 | 5" RANDOM ORBIT H&L SANDER W/ BAG | 66 | 37.91/1 | 2,502.06 |
| DCK423D2 | 51334 | 20V MAX COMPACT 4-TOOL COMBO KIT | 102 | 319.20/1 | 32,558.40 |
| DWA4101 | 57595 | 8 PC 2X RECIP SET | 22 | 14.46/1 | 318.12 |
| PC760R | 66000 | 9" PRUNING BLADE (3 PACK) | 50 | 6.18/1 | 309.00 |

FOB : ORIGIN

*** BACKORDERS ***
DCK240C2                          20V MAX LI-ION COMPACT 2-TOOL COMBO KIT        701
DW3760-5                          10TPI TG T-SHK COBALT JIG SAW BLD-5PK          25

*** FOLLOWING ITEMS CANCELLED ***
DWA4101                           8 PC 2X RECIP SET                               8

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                              00100288746459812803

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 39,865.72 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428796359

**INVOICE DATE**
10/02/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556915 D/609 | 7025806231 | 10/02/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534115705P | HJBT | 1 | 3,971.470 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW2547IR  G | 29952 | 1/4" HEX TO 1/2" SQ IMP READY SOCKT ADPT | 57 | 1.07/1 | 60.99 |
| DCK240C2 | 50626 | 20V MAX LI-ION COMPACT 2-TOOL COMBO KIT | 431 | 164.72/1 | 70,994.32 |

FOB : ORIGIN

*** BACKORDERS ***
71-931                          18 PC HSS DRILL BIT SET                50

*** FOLLOWING ITEMS CANCELLED ***
DCD777C2                 20V MAX COMPACT BRSHLS DRILL/DRIVE    482

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
HJBT                     00100288750272447807

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 71,055.31 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 2
**INVOICE NO**
9428796366

**INVOICE DATE**
10/02/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

| BILL TO | SHIP TO |
|---|---|
| SEARS NATL ACCTS PYBLE<br>ATTN: TIPS PROCESSING<br>P.O.Box 660200<br>DALLAS, TX 75266 | SEARS ROEBUCK & CO 0443<br>1055 HANOVER ST<br>HANOVER TOWNSHIP, PA 18706 |

**STORE NUMBER:** 0443    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 557866 D/609 | 7025870913 | 10/02/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534115705P | | HJBT | 1 | | 5,160.286 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DC9096-2 | 12011 | 18V  XRP BATTERY PACK COMBO | 20 | 109.70/1 | 2,194.00 |
| DCK280C2 | 17295 | 20V COMPACT DRILL / IMPACT DRIVER COMBO | 12 | 208.74/1 | 2,504.88 |
| DW2002B25 | 25924 | NO2 PHILLIPS 1IN BIT TIPBIT BOX OF 25 | 20 | 2.32/1 | 46.40 |
| DW511 | 26910 | 1/2" HAMMER DRILL SINGLE SPEED | 10 | 77.19/1 | 771.90 |
| DCD771C2 | 27452 | 20V MAX LI-ION COMPACT DRILL/DRIVER KIT | 65 | 128.04/1 | 8,322.60 |
| DWD110K | 28370 | 3/8" VSR KEYLESS PISTOL GRIP DRILL KIT | 60 | 45.89/1 | 2,753.40 |
| DW4809 | 29182 | 8IN 14TPI STGT BK BLD-5PK | 20 | 6.66/1 | 133.20 |
| DW1167 | 29340 | 17PC BLK OX DRILL BIT SET | 20 | 14.42/1 | 288.40 |
| DWPVTDRV3   G | 29947 | 3 PC MAG IMPACT READY PIVOT NUTSETTER | 10 | 9.01/1 | 90.10 |
| DW2541IR   G | 29950 | 1/4" HEX TO 1/4" SQ IMP READY SOCKT ADPT | 15 | 0.79/1 | 11.85 |
| DW2542IR   G | 29951 | 1/4" HEX TO 3/8" SQ IMP READY SOCKT ADPT | 12 | 0.89/1 | 10.68 |
| DW2547IR   G | 29952 | 1/4" HEX TO 1/2" SQ IMP READY SOCKT ADPT | 27 | 1.07/1 | 28.89 |
| DW2166 | 29954 | 45 PC SCREWDRIVING SET | 20 | 7.67/1 | 153.40 |
| GC960 | 30269 | 9.6V EPP DRILL DRIVER(NO OVERMOLD) | 42 | 22.31/1 | 937.02 |
| DCB200-2 | 33191 | 20V MAX 3.0 AH Li-Ion BATTERY 2 PACK | 36 | 112.00/1 | 4,032.00 |
| DWE575 | 3518 | 7-1/4" NEXT GEN CIRCULAR SAW | 12 | 95.07/1 | 1,140.84 |
| PCPCMX | 36997 | CLEANING COMPOUND VARIETY 5 PK | 10 | 3.98/1 | 39.80 |
| DW2235IR   G | 44798 | 5 PC MAG IMPACT READY NUTSETTER SET | 20 | 10.16/1 | 203.20 |
| DWA2T40IR | 44897 | 40 PC IMPCT RDY SCREW LOCK SCREWDRI | 40 | 18.52/1 | 740.80 |
| DWE7480 | 44936 | 10IN COMPACT JOB SITE TABLE SAW | 10 | 265.99/1 | 2,659.90 |
| DWE402W | 49268 | 4-1/2 IN 11 AMP ANGLE GRINDER PADDLE | 12 | 75.11/1 | 901.32 |
| DWE6421K | 50325 | 5" RANDOM ORBIT H&L SANDER W/ BAG | 10 | 37.91/1 | 379.10 |
| DCK240C2 | 50626 | 20V MAX LI-ION COMPACT 2-TOOL COMBO KIT | 234 | 164.72/1 | 38,544.48 |
| DCK423D2 | 51334 | 20V MAX COMPACT 4-TOOL COMBO KIT | 17 | 319.20/1 | 5,426.40 |
| DCF885C1 | 51362 | 20V MAX LITH ION 1/4IN IMPACT DRIVER | 78 | 128.04/1 | 9,987.12 |

FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428796366
**INVOICE DATE**
10/02/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 557866 D/609 | | 7025870913 | 10/02/2018 | COLLECT | |

| SHIPPING POINT / BOL | | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534115705P | | | HJBT | 1 | | 5,160.286 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| VENDOR : 000097907 | | | | | |
| *** TRACKING IDs *** | | | | | |
| HJBT | | 00100288750272447807 | | | |

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 82,301.68 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428796369

**INVOICE DATE**
10/02/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556614 D/671 | | 7025781415 | 10/02/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534115707P | | HJBT | 1 | | 159.600 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| LHT321 | 49779 | 22IN 20V MAX POWERCOMMAND HEDGE TRMR | 19 | 72.10/1 | 1,369.90 |

FOB : ORIGIN

\*\*\* FOLLOWING ITEMS CANCELLED \*\*\*
    LHT321                              22IN 20V MAX POWERCOMMAND HEDGE TRMR        21

STORE NUMBER: ST 0443
DEPARTMENT : 671
VENDOR : 000097907
\*\*\* TRACKING IDs \*\*\*
HJBT                        00100288750272400109

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,369.90 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428796370

**INVOICE DATE**
10/02/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                              **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 557868 D/671 | 7025870760 | 10/02/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534115707P | | HJBT | 1 | | 89.340 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCBL790M1 | 44889 | DW 40V MAX LITH ION BATT BLOWER 4AH | 6 | 192.49/1 | 1,154.94 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
HJBT                        00100288750272400109

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,154.94 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428796372

**INVOICE DATE**
10/02/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                         DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 557648 D/671 | | 7025840126 | 10/02/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| FT. MILL BLACK & DECKER CORP, / 15534115707P | | | HJBT | 1 | | 3.300 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| DWO1DT802 | 44891 | DEWALT TRIMMER LINE 0.080INX 225FT | | 6 | 8.83/1 | 52.98 |

FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
HJBT                            00100288750272400109

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
P.O. Box 223516
Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 52.98 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428796373

**INVOICE DATE**
10/02/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                      DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 557769 D/671 | 7025848639 | 10/02/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534115707P | | HJBT | 1 | | 130.680 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCST990M1 | 26240 | DW 40V MAX LITH ION XR STRING TRIM-4AH | 6 | 192.49/1 | 1,154.94 |

FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
HJBT                          00100288750272400109

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,154.94 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

ORIGINAL INVOICE – SEE REMIT TO      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428796375

**INVOICE DATE**
10/02/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                              DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 558676 D/609 | 7025926892 | 10/02/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534115705P | | HJBT | 1 | | 178.850 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4894 | 57932 | 8 PC BI-METAL RECIP BLADE SET with CASE | 25 | 9.42/1 | 235.50 |
| WM125 | 98364 | OPP WORKMATE 125 | 11 | 19.62/1 | 215.82 |

FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000050709
*** TRACKING IDs ***
HJBT                        00100288750272447807

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 451.32 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428796376
**INVOICE DATE**
10/02/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                                  DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 558728 D/620 | 7025926789 | 10/02/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534115703P | | HJBT | 1 | | 959.500 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 19150 | LTD EDITION CMPCT LITH HV - COBALT | 144 | 18.75/1 | 2,700.00 |
| HLVA320J26 | 29151 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 230 | 26.92/1 | 6,191.60 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 620
VENDOR : 000097907
*** TRACKING IDs ***
HJBT                          00100288750272393852

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 8,891.60 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428796378

**INVOICE DATE**
10/02/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 547041 D/609 | 7025274412 | 10/02/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534115881P | HJBT | 1 | 23.500 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW2097CS | 51178 | 14 PC DRIVE GUIDE SET | 50 | 6.08/1 | 304.00 |

FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
HJBT                          00100288750272393876

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 304.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428796380

**INVOICE DATE**
10/02/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 550234 D/609 | | 7025424657 | 10/02/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534115881P | | HJBT | 1 | | 103.400 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW2097CS | 51178 | 14 PC DRIVE GUIDE SET | 220 | 6.08/1 | 1,337.60 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| DW2097CS | | 14 PC DRIVE GUIDE SET | 70 |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
HJBT                    00100288750272393876

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,337.60 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428796381

**INVOICE DATE**
10/02/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                         DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 549128 D/609 | | 7025366708 | 10/02/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| FT. MILL BLACK & DECKER CORP, / 15534115881P | | | | HJBT | 1 | 4.700 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| DW2097CS | 51178 | 14 PC DRIVE GUIDE SET | | 10 | 6.08/1 | 60.80 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
HJBT                        00100288750272393876

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
P.O. Box 223516
Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 60.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428796383

**INVOICE DATE**
10/02/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443 | | | | | **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 548098 D/609 | | 7025315698 | 10/02/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| FT. MILL BLACK & DECKER CORP, / 15534115881P | | | | HJBT | 1 | 9.400 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| DW2097CS | 51178 | 14 PC DRIVE GUIDE SET | | 20 | 6.08/1 | 121.60 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
HJBT                         00100288750272393876

THANK YOU FOR YOUR ORDER.
```

| **PLEASE REMIT TO:** | **TERMS:** | **FREIGHT CHARGES** | **SALES TAX** | **TOTAL AMOUNT OF INVOICE** |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 121.60 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428796387

**INVOICE DATE**
10/02/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|
| 6047479 | 557874 D/609 | 7025870901 | 10/02/2018 | COLLECT | | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534115711P | | LVLP | 1 | | 6,449.200 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCK240C2 | 50626 | 20V MAX LI-ION COMPACT 2-TOOL COMBO KIT | 701 | 164.72/1 | 115,468.72 |

FOB : ORIGIN

*** BACKORDERS ***
DW3760-5                         10TPI TG T-SHK COBALT JIG SAW BLD-5PK          25

*** FOLLOWING ITEMS CANCELLED ***
DWA4101                          8 PC 2X RECIP SET                               8

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
LVLP                             00100288750272003812

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 115,468.72 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428796388

**INVOICE DATE**
10/02/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|
| 6047479 | 556924 D/609 | 7025806177 | 10/02/2018 | COLLECT | | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534115711P | LVLP | 1 | 4,710.400 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCK240C2 | 50626 | 20V MAX LI-ION COMPACT 2-TOOL COMBO KIT | 512 | 164.72/1 | 84,336.64 |

FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
LVLP                              00100288750272003812

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 84,336.64 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428796390

**INVOICE DATE**
10/02/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 557873 D/609 | 7025870955 | 10/02/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534115711P | LVLP | 1 | 3,190.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCD777C2 | 12710 | 20V MAX COMPACT BRSHLS DRILL/DRIVE | 550 | 133.39/1 | 73,364.50 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| DC9096-2 | | 18V  XRP BATTERY PACK COMBO | 20 |
| DW2002B25 | | NO2 PHILLIPS 1IN BIT TIPBIT BOX OF 25 | 20 |
| 71-931 | | 18 PC HSS DRILL BIT SET | 10 |
| DW4904 | | 6"CRIMP BENCH WIRE WHL,5/8-1/2 ARBOR,MED | 15 |
| DW49008X | | SHELL 3X1/4 HP.014 CARBON FLARE | 50 |
| DW49003X | | SHELL 1"x1/4" HP.020 CARBONCRIMP ENDBR | 25 |

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
LVLP                          00100288750272003812

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 73,364.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428796392

**INVOICE DATE**
10/02/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556923 D/609 | 7025806239 | 10/02/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534115711P | LVLP | 1 | 5,286.900 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DC9096-2 | 12011 | 18V  XRP BATTERY PACK COMBO | 16 | 109.70/1 | 1,755.20 |
| DCD777C2 | 12710 | 20V MAX COMPACT BRSHLS DRILL/DRIVE | 895 | 133.39/1 | 119,384.05 |
| DW4904 | 36620 | 6"CRIMP BENCH WIRE WHL,5/8-1/2 ARBOR,MED | 15 | 5.02/1 | 75.30 |

FOB : ORIGIN

\*\*\* FOLLOWING ITEMS CANCELLED \*\*\*
DW2002B25                    NO2 PHILLIPS 1IN BIT TIPBIT BOX OF 25         10

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
\*\*\* TRACKING IDs \*\*\*
LVLP                         00100288750272003812

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 121,214.55 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428805704
**INVOICE DATE**
10/03/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DR
JACKSONVILLE, FL 32218

**STORE NUMBER:** 0425                                         **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 557859 D/609 | | 7025870828 | 10/03/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534115701P | | CTII | 55561599766 | 671.200 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCD771C2 | 27452 | 20V MAX LI-ION COMPACT DRILL/DRIVER KIT | 10 | 128.04/1 | 1,280.40 |
| DWD110K | 28370 | 3/8" VSR KEYLESS PISTOL GRIP DRILL KIT | 10 | 45.89/1 | 458.90 |
| DWE402W | 49268 | 4-1/2 IN 11 AMP ANGLE GRINDER PADDLE | 12 | 75.11/1 | 901.32 |
| DWE6421K | 50325 | 5" RANDOM ORBIT H&L SANDER W/ BAG | 10 | 37.91/1 | 379.10 |
| DCK240C2 | 50626 | 20V MAX LI-ION COMPACT 2-TOOL COMBO KIT | 17 | 164.72/1 | 2,800.24 |
| DCK423D2 | 51334 | 20V MAX COMPACT 4-TOOL COMBO KIT | 10 | 319.20/1 | 3,192.00 |
| DCF885C1 | 51362 | 20V MAX LITH ION 1/4IN IMPACT DRIVER | 10 | 128.04/1 | 1,280.40 |

```
FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                               00100288750272007124

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 10,292.36 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428805709

**INVOICE DATE**
10/03/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DR
JACKSONVILLE, FL 32218

STORE NUMBER: 0425          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 557860 D/671 | 7025870842 | 10/03/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534115701P | | CTII | 55561599766 | 87.120 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCST990M1 | 26240 | DW 40V MAX LITH ION XR STRING TRIM-4AH | 4 | 192.49/1 | 769.96 |

FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
CTII                              00100288750272007124

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 769.96 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

ORIGINAL INVOICE – SEE REMIT TO          10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428805712

**INVOICE DATE**
10/03/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DR
JACKSONVILLE, FL 32218

STORE NUMBER: 0425                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 558720 D/620 | 7025926848 | 10/03/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534115701P | CTII | 55561599766 | 690.080 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 19150 | LTD EDITION CMPCT LITH HV - COBALT | 122 | 18.75/1 | 2,287.50 |
| HLVA320J26 | 29151 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 150 | 26.92/1 | 4,038.00 |

FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 620
VENDOR : 000097907
*** TRACKING IDs ***
CTII                          00100288750272007124

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 6,325.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428805732

**INVOICE DATE**
10/03/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                  **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 557863 D/609 | | 7025870865 | 10/03/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534115693P | | CTII | 55561599758 | | 902.250 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWX725 | 4350 | HEAVY DUTY WORK STAND | 1 | 90.69/1 | 90.69 |
| DCA1820 | 43566 | 18V-20V BATTERY ADAPTER | 8 | 27.10/1 | 216.80 |
| DWA2T40IR | 44897 | 40 PC IMPCT RDY SCREW LOCK SCREWDRI | 45 | 18.52/1 | 833.40 |
| LDX120C | 46218 | 20V MAX LITHIUM DRILL/DRIVER | 6 | 54.78/1 | 328.68 |
| DWE402W | 49268 | 4-1/2 IN 11 AMP ANGLE GRINDER PADDLE | 12 | 75.11/1 | 901.32 |
| DWE6411K | 50324 | 1/4 Sheet Finishing Sander | 10 | 34.62/1 | 346.20 |
| DCK240C2 | 50626 | 20V MAX LI-ION COMPACT 2-TOOL COMBO KIT | 47 | 164.72/1 | 7,741.84 |
| BDH1220AV | 51276 | 12V DUSTBUSTER AUTO HAND VAC | 1 | 32.29/1 | 32.29 |
| DCK423D2 | 51334 | 20V MAX COMPACT 4-TOOL COMBO KIT | 11 | 319.20/1 | 3,511.20 |

FOB : ORIGIN

*** BACKORDERS ***
DW124                                     1/2IN STUD/JOINT DRILL                     2
DWA4101                                   8 PC 2X RECIP SET                         45


STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                      00100288750272008084

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 14,002.42 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428805737

**INVOICE DATE**
10/03/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                                           DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556612 D/671 | 7025781398 | 10/03/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534115693P | | CTII | 55561599758 | 84.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| LHT321 | 49779 | 22IN 20V MAX POWERCOMMAND HEDGE TRMR | 10 | 72.10/1 | 721.00 |

FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
CTII                          00100288750272008084

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 721.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428805740

**INVOICE DATE**
10/03/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 557647 D/671 | 7025840139 | 10/03/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534115693P | | CTII | 55561599758 | 3.300 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWO1DT802 | 44891 | DEWALT TRIMMER LINE 0.080INX 225FT | 6 | 8.83/1 | 52.98 |

```
FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
CTII                           00100288750272008084

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 52.98 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428805742

**INVOICE DATE**
10/03/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 6047479 | 548772 D/609 | 7025333303 | 10/03/2018 | COLLECT |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534115693P | CTII | 55561599758 | 48.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW49008X | 36719 | SHELL 3X1/4 HP.014 CARBON FLARE | 192 | 3.09/1 | 593.28 |

FOB : ORIGIN

*** BACKORDERS ***
DW49003X                    SHELL 1"x1/4" HP.020 CARBONCRIMP ENDBR      190

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                    00100288750272008084

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 593.28 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428805745

**INVOICE DATE**
10/03/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                                                 **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 6047479 | 556910 D/609 | 7025806234 | 10/03/2018 | COLLECT |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534115693P | CTII | 55561599758 | 13.800 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW2547IR  G | 29952 | 1/4" HEX TO 1/2" SQ IMP READY SOCKT ADPT | 30 | 1.07/1 | 32.10 |
| DCB102 | 43411 | 12-20V MAX DUAL PORT FAST CHARGER | 3 | 88.35/1 | 265.05 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*
DCD740B                      20V MAX RT ANGLE DRILL/DRVR (Tool Only)        4

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000097907
\*\*\* TRACKING IDs \*\*\*
CTII                         00100288750272008084

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 297.15 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428805749

**INVOICE DATE**
10/03/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 557864 D/671 | 7025870789 | 10/03/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534115693P | | CTII | 55561599758 | 292.920 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCST990M1 | 26240 | DW 40V MAX LITH ION XR STRING TRIM-4AH | 4 | 192.49/1 | 769.96 |
| DCBL790M1 | 44889 | DW 40V MAX LITH ION BATT BLOWER 4AH | 6 | 192.49/1 | 1,154.94 |
| DCCS690M1 | 87631 | DEWALT 16 IN 40V LITHIUM CHAINSAW | 6 | 268.73/1 | 1,612.38 |

```
FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
CTII                    00100288750272008084
```

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 3,537.28 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428805760
**INVOICE DATE**
10/03/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440 | DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 557862 D/609 | 7025870936 | 10/03/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534115693P | | CTII | 55561599758 | | 2,434.446 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW756 | 13681 | 6IN BENCH GRINDER | 4 | 82.65/1 | 330.60 |
| DCGG571M1 | 1666 | 20V MAX LITHIUM ION GREASE GUN KIT | 51 | 199.99/1 | 10,199.49 |
| DCGG570B | 16672 | 18V CORDLESS GREASE GUN (TOOL ONLY) | 2 | 116.78/1 | 233.56 |
| BDCS20C | 17564 | 4V MAX CORDLESS RECHARGEABLE SCREWDRIVER | 30 | 14.65/1 | 439.50 |
| DCB127-2 | 20169 | 12V MAX LITHIUM ION BATTERY - 2 PACK | 4 | 61.75/1 | 247.00 |
| DW511 | 26910 | 1/2" HAMMER DRILL SINGLE SPEED | 10 | 77.19/1 | 771.90 |
| DCD771C2 | 27452 | 20V MAX LI-ION COMPACT DRILL/DRIVER KIT | 120 | 128.04/1 | 15,364.80 |
| DWD110K | 28370 | 3/8" VSR KEYLESS PISTOL GRIP DRILL KIT | 20 | 45.89/1 | 917.80 |
| DW4809 | 29182 | 8IN 14TPI STGT BK BLD-5PK | 10 | 6.66/1 | 66.60 |
| DW4808-2 | 29193 | 6IN 14TPI STGT BK BLD-2PK | 25 | 3.09/1 | 77.25 |
| DW1167 | 29340 | 17PC BLK OX DRILL BIT SET | 10 | 14.42/1 | 144.20 |
| DW2547IR  G | 29952 | 1/4" HEX TO 1/2" SQ IMP READY SOCKT ADPT | 33 | 1.07/1 | 35.31 |
| GC960 | 30269 | 9.6V EPP DRILL DRIVER(NO OVERMOLD) | 10 | 22.31/1 | 223.10 |
| DC411B | 31028 | 18V CUTOFF TOOL | 4 | 78.85/1 | 315.40 |
| DCB200-2 | 33191 | 20V MAX 3.0 AH Li-Ion BATTERY 2 PACK | 20 | 112.00/1 | 2,240.00 |
| DW735X | 34688 | 13" PLANER w/EXTRA KNIVES AND TABLES | 1 | 475.50/1 | 475.50 |
| DCF899B | 42009 | 20V BL 1/2 IN IMPACT WR W. DETENT (BARE) | 3 | 191.44/1 | 574.32 |
| DCF899HB | 42018 | BL 1/2IN IMPACT WRENCH W RING (BARE) | 3 | 208.16/1 | 624.48 |
| DWE575SB | 4243 | 7-1/4" NEXT GEN CIRC SAW w/ BRAKE | 1 | 104.17/1 | 104.17 |
| DCD996B | 42729 | 20V MAX XR PREMIUM 3-SP HD - BARE | 10 | 104.99/1 | 1,049.90 |
| DCS361B | 4340 | 20V MAX MITER SAW (BARE) | 6 | 266.68/1 | 1,600.08 |
| DCB102 | 43411 | 12-20V MAX DUAL PORT FAST CHARGER | 3 | 88.35/1 | 265.05 |
| DW4811-2 | 29194 | 6IN 18TPI STGT BK BLD-2PK | 25 | 3.16/1 | 79.00 |

FOB : ORIGIN

*** BACKORDERS ***

| DW4898 | | 10 PC WOOD/ METAL CUTTING SET IN CASE | 10 | | |
|---|---|---|---|---|---|
| DW2542IR  G | | 1/4" HEX TO 3/8" SQ IMP READY SOCKT ADPT | 24 | | |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428805760
**INVOICE DATE**
10/03/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 557862 D/609 | | 7025870936 | 10/03/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534115693P | | CTII | 55561599758 | | 2,434.446 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|

```
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                          00100288750272008084

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 36,379.01 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428805766

**INVOICE DATE**
10/03/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 558675 D/609 | | 7025926746 | 10/03/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534115693P | | CTII | 55561599758 | 258.650 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4894 | 57932 | 8 PC BI-METAL RECIP BLADE SET with CASE | 10 | 9.42/1 | 94.20 |
| WM125 | 98364 | OPP WORKMATE 125 | 17 | 19.62/1 | 333.54 |

FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000050709
*** TRACKING IDs ***
CTII                          00100288750272008084

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 427.74 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428805770

**INVOICE DATE**
10/03/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

| | STORE NUMBER: 0440 | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|---|
| 6047479 | 558724 D/620 | | 7025926889 | 10/03/2018 | COLLECT |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534115693P | | CTII | 55561599758 | 383.720 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 19150 | LTD EDITION CMPCT LITH HV - COBALT | 48 | 18.75/1 | 900.00 |
| HLVA320J26 | 29151 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 100 | 26.92/1 | 2,692.00 |

FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 620
VENDOR : 000097907
*** TRACKING IDs ***
CTII                              00100288750272008084

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 3,592.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428805773

**INVOICE DATE**
10/03/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 548093 D/609 | | 7025315673 | 10/03/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534115693P | | CTII | 55561599758 | 14.100 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW2097CS | 51178 | 14 PC DRIVE GUIDE SET | 30 | 6.08/1 | 182.40 |

```
FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
  DCK285C2                          20V COMPACT HAMMERDRILL / IMPACT DRIVER         3


STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                              00100288750272008084

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 182.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428805780
**INVOICE DATE**
10/03/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 557870 D/609 | 7025870899 | 10/03/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534115709P | | CTII | 55561599774 | 2,739.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCD777C2 | 12710 | 20V MAX COMPACT BRSHLS DRILL/DRIVE | 155 | 133.39/1 | 20,675.45 |
| DCK240C2 | 50626 | 20V MAX LI-ION COMPACT 2-TOOL COMBO KIT | 200 | 164.72/1 | 32,944.00 |

FOB : ORIGIN

*** BACKORDERS ***
DWA4169                        9 IN 6TPI 2X RECIP BLADE 5PK            40

*** FOLLOWING ITEMS CANCELLED ***
DW3760-5                       10TPI TG T-SHK COBALT JIG SAW BLD-5PK    10

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                          00100288750272165992

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 53,619.45 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428805784

**INVOICE DATE**
10/03/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556920 D/609 | | 7025806216 | 10/03/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534115709P | | CTII | | 55561599774 | | 56.400 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DC9096-2 | 12011 | 18V  XRP BATTERY PACK COMBO | 12 | 109.70/1 | 1,316.40 |

FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                              00100288750272165992

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,316.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 3

**INVOICE NO**
9428825889

**INVOICE DATE**
10/05/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 558722 D/609 | 7025926865 | 10/05/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0887155P | | CTII | 55562897623 | 10.360 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWMT70784 | 16418 | CUT-OFF TOOL - DEWALT | 4 | 40.00/1 | 160.00 |

FOB : ORIGIN

*** BACKORDERS ***

| Catalog | Description | Qty |
|---|---|---|
| DCF889HL1 | 20V MAX 1/2IN HOG RING IMPACT WRENCH | 346 |
| DCD777C2 | 20V MAX COMPACT BRSHLS DRILL/DRIVE | 100 |
| DCGG570B | 18V CORDLESS GREASE GUN (TOOL ONLY) | 1 |
| BDCS20C | 4V MAX CORDLESS RECHARGEABLE SCREWDRIVER | 20 |
| DWE6000 | 4.5 AMP FIXED SPEED LAMINATE TRIMMER | 8 |
| DW4898 | 10 PC WOOD/ METAL CUTTING SET IN CASE | 20 |
| DW715 | 12" COMPOUND MITER SAW | 16 |
| DWE304 | 10AMP RECIPROCATING SAW | 12 |
| DW511 | 1/2" HAMMER DRILL SINGLE SPEED | 10 |
| DCD771C2 | 20V MAX LI-ION COMPACT DRILL/DRIVER KIT | 20 |
| DWD110K | 3/8" VSR KEYLESS PISTOL GRIP DRILL KIT | 25 |
| DW4809 | 8IN 14TPI STGT BK BLD-5PK | 15 |
| DW1167 | 17PC BLK OX DRILL BIT SET | 20 |
| DW2542IR  G | 1/4" HEX TO 3/8" SQ IMP READY SOCKT ADPT | 45 |
| DW2547IR  G | 1/4" HEX TO 1/2" SQ IMP READY SOCKT ADPT | 18 |
| GC960 | 9.6V EPP DRILL DRIVER(NO OVERMOLD) | 12 |
| DCB200-2 | 20V MAX 3.0 AH Li-Ion BATTERY 2 PACK | 32 |
| DW735X | 13" PLANER w/EXTRA KNIVES AND TABLES | 1 |
| DWE575 | 7-1/4" NEXT GEN CIRCULAR SAW | 10 |
| DC020 | Heavy Duty Cordless / Corded Worklight | 2 |
| DC820B | 18V 1/2in IMPACT WRENCH | 5 |
| DWE575SB | 7-1/4" NEXT GEN CIRC SAW w/ BRAKE | 1 |
| DWD210G | 1/2" VSR PISTOL GRIP DRILL | 4 |
| DW0521 | 3/8" Keyless Impact Chuck | 12 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

ORIGINAL INVOICE – SEE REMIT TO     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 3
**INVOICE NO**
9428825889
**INVOICE DATE**
10/05/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 558722 D/609 | | 7025926865 | 10/05/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 703L0887155P | | | CTII | 55562897623 | | 10.360 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000097907

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
3 of 3
**INVOICE NO**
9428825889
**INVOICE DATE**
10/05/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 558722 D/609 | | 7025926865 | 10/05/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703L0887155P | | | | CTII | 55562897623 | 10.360 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

```
*** TRACKING IDs ***
CTII                            00100761742038646430

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 160.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428835580

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                                      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556176 D/609 | 7025765313 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889349P | | DART | 164L0889349P | 75.200 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW2097CS | 51178 | 14 PC DRIVE GUIDE SET | 160 | 6.26/1 | 1,001.60 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| DCD777C2 | | 20V MAX COMPACT BRSHLS DRILL/DRIVE | 200 |
| 71-931 | | 18 PC HSS DRILL BIT SET | 10 |
| DCK240C2 | | 20V MAX LI-ION COMPACT 2-TOOL COMBO KIT | 300 |

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                        00100288746461797426

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,001.60 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428835582
**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

STORE NUMBER: 0447                                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 557870 D/609 | | 7025870899 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889349P | | | DART | 164L0889349P | | 26.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4169 | 66001 | 9 IN 6TPI 2X RECIP BLADE 5PK | 40 | 9.79/1 | 391.60 |

```
FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
  DW3760-5                         10TPI TG T-SHK COBALT JIG SAW BLD-5PK       10


STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                             00100288746461797426

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 391.60 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428835609
**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447 | **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 558731 D/609 | 7025926899 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889349P | DART | 164L0889349P | 6,096.758 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCF889HL1 | 10887 | 20V MAX 1/2IN HOG RING IMPACT WRENCH | 98 | 187.21/1 | 18,346.58 |
| DCK280C2 | 17295 | 20V COMPACT DRILL / IMPACT DRIVER COMBO | 40 | 208.74/1 | 8,349.60 |
| BDCS20C | 17564 | 4V MAX CORDLESS RECHARGEABLE SCREWDRIVER | 12 | 14.65/1 | 175.80 |
| DW2002B25 | 25924 | NO2 PHILLIPS 1IN BIT TIPBIT BOX OF 25 | 10 | 2.32/1 | 23.20 |
| DWE304 | 26482 | 10AMP RECIPROCATING SAW | 26 | 74.69/1 | 1,941.94 |
| DW511 | 26910 | 1/2" HAMMER DRILL SINGLE SPEED | 20 | 77.19/1 | 1,543.80 |
| DCD771C2 | 27452 | 20V MAX LI-ION COMPACT DRILL/DRIVER KIT | 30 | 128.04/1 | 3,841.20 |
| DW4809 | 29182 | 8IN 14TPI STGT BK BLD-5PK | 10 | 6.66/1 | 66.60 |
| DWPVTDRV3   G | 29947 | 3 PC MAG IMPACT READY PIVOT NUTSETTER | 10 | 9.01/1 | 90.10 |
| DW2541IR   G | 29950 | 1/4" HEX TO 1/4" SQ IMP READY SOCKT ADPT | 1 | 0.79/1 | 0.79 |
| DW2542IR   G | 29951 | 1/4" HEX TO 3/8" SQ IMP READY SOCKT ADPT | 15 | 0.89/1 | 13.35 |
| DW2166 | 29954 | 45 PC SCREWDRIVING SET | 15 | 7.67/1 | 115.05 |
| GC960 | 30269 | 9.6V EPP DRILL DRIVER(NO OVERMOLD) | 12 | 22.31/1 | 267.72 |
| DCB200-2 | 33191 | 20V MAX 3.0 Ah Li-Ion BATTERY 2 PACK | 12 | 112.00/1 | 1,344.00 |
| DWE575 | 3518 | 7-1/4" NEXT GEN CIRCULAR SAW | 30 | 95.07/1 | 2,852.10 |
| DW4904 | 36620 | 6"CRIMP BENCH WIRE WHL,5/8-1/2 ARBOR,MED | 10 | 5.02/1 | 50.20 |
| DW4905 | 36720 | 6"CRIMP BENCH WIRE WHL,5/8-1/2 ARBOR,WID | 10 | 5.67/1 | 56.70 |
| DW4901 | 42684 | 1" CRIMP END BRUSH/CARB STL 1/4" STEM | 10 | 3.06/1 | 30.60 |
| DWA2T40IR | 44897 | 40 PC IMPCT RDY SCREW LOCK SCREWDRI | 25 | 18.52/1 | 463.00 |
| DWE6411K | 50324 | 1/4 Sheet Finishing Sander | 16 | 34.62/1 | 553.92 |
| DCK240C2 | 50626 | 20V MAX LI-ION COMPACT 2-TOOL COMBO KIT | 383 | 164.72/1 | 63,087.76 |
| DW2541IR   G | 29950 | 1/4" HEX TO 1/4" SQ IMP READY SOCKT ADPT | 1 | 0.79/1 | 0.79 |
| DWE6421K | 50325 | 5" RANDOM ORBIT H&L SANDER W/ BAG | 14 | 37.91/1 | 530.74 |

FOB : ORIGIN

*** BACKORDERS ***

| DC9096-2 | | 18V  XRP BATTERY PACK COMBO | 12 |
|---|---|---|---|
| DW49008X | | 3X1/4 HP.014 CARBON FLARE | 50 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428835609
**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                                      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 558731 D/609 | | 7025926899 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889349P | | | DART | 164L0889349P | | 6,096.758 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWE402W | | 4-1/2 IN 11 AMP ANGLE GRINDER PADDLE | 12 | | |
| | | | | | |
| *** FOLLOWING ITEMS CANCELLED *** | | | | | |
| DCF889HL1 | | 20V MAX 1/2IN HOG RING IMPACT WRENCH | 102 | | |
| DW2541IR  G | | 1/4" HEX TO 1/4" SQ IMP READY SOCKT ADPT | 10 | | |

```
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                          00100288746461797426

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 103,745.54 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# **Invoice**

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428835616
**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 558734 D/671 | 7025926905 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889348P | DART | 164L0889348P | 225.600 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| LHT321 | 49779 | 22IN 20V MAX POWERCOMMAND HEDGE TRMR | 20 | 72.10/1 | 1,442.00 |
| AF-100-3ZP  1 | 74196 | REPLACEMENT AUTO FEED SPOOL 3 PACK | 192 | 8.99/1 | 1,726.08 |

FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
DART                          00100288746461672006

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
P.O. Box 223516
Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 3,168.08 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# **Invoice**

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428835619
**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

STORE NUMBER: 0447    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 558735 D/671 | 7025926906 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889348P | DART | 164L0889348P | 127.800 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| BEHTS400 | 74322 | 22IN SAWBLADE ELECTRIC HEDGE TRIMMER | 20 | 44.50/1 | 890.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
DART                        00100288746461672006

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 890.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428835624

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 558732 D/609 | 7025926903 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889349P | | DART | 164L0889349P | 632.540 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCK423D2 | 51334 | 20V MAX COMPACT 4-TOOL COMBO KIT | 12 | 319.20/1 | 3,830.40 |
| DCF885C1 | 51362 | 20V MAX LITH ION 1/4IN IMPACT DRIVER | 63 | 128.04/1 | 8,066.52 |
| DW3762H | 80016 | LAMINATE DWN CTNG JIG BLD | 25 | 5.86/1 | 146.50 |
| DW3760H | 80018 | FINE CUT SMTH FIN JIG BLD | 25 | 4.96/1 | 124.00 |

```
FOB : ORIGIN

*** BACKORDERS ***
  DCK423D2                        20V MAX COMPACT 4-TOOL COMBO KIT         30


STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
  DART                           00100288746461797426

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 12,167.42 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428835628

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                                                   **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 797098 D/671 | 7025928289 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889348P | | DART | 164L0889348P | 37.900 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCHT860M1 | 87630 | DW 40V MAX LITH ION BATT HEDGE TRIM -4AH | 2 | 201.87/1 | 403.74 |

FOB : ORIGIN
STORE NUMBER: ST 6942
DEPARTMENT : 671
VENDOR : 000097907
CROSSDOCK NUMBER : 87447
*** TRACKING IDs ***
DART                          00100288746461672006

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 403.74 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428835631

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

| STORE NUMBER: 0447 | | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 559214 D/609 | | 7025926814 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889349P | | DART | 164L0889349P | | 822.000 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW715 | 23404 | 12" COMPOUND MITER SAW | 16 | 215.99/1 | 3,455.84 |
| DWD110K | 28370 | 3/8" VSR KEYLESS PISTOL GRIP DRILL KIT | 10 | 45.89/1 | 458.90 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 183173020
*** TRACKING IDs ***
DART                    00100288746461797426

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 3,914.74 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428835677

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 559508 D/609 | | 7025995735 | 10/08/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Fontana DC Black & Decker,Inc. / 164L0889349P | | | DART | 164L0889349P | | 190.600 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| DWA4894 | 57932 | 8 PC BI-METAL RECIP BLADE SET with CASE | | 20 | 9.42/1 | 188.40 |
| WM125 | 98364 | OPP WORKMATE 125 | | 12 | 19.62/1 | 235.44 |

FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000050709
*** TRACKING IDs ***
DART                          00100288746461797426

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 423.84 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**Stanley Black & Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428835682

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

STORE NUMBER: 0447                                                      DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 559470 D/671 | | 7025972743 | 10/08/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Fontana DC Black & Decker,Inc. / 164L0889348P | | | DART | | 164L0889348P | 156.000 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| GSL35 | 74432 | GARDEN SHEAR-3.6V LITHIUM COMBO SHEAR | | 60 | 28.72/1 | 1,723.20 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
DART                          00100288746461672006

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,723.20 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428835702

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 547047 D/609 | 7025274455 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889353P | DART | 164L0889353P | 37.600 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW2097CS | 51178 | 14 PC DRIVE GUIDE SET | 80 | 6.08/1 | 486.40 |

FOB : ORIGIN
Item 000020 DWA2509IR-6 05 Discontinued, No Longer Available

\*\*\* FOLLOWING ITEMS CANCELLED \*\*\*
| | | | | | |
|---|---|---|---|---|---|
| DWA2509IR-6 | | 6 PC RAPID LOAD SERT w/ SCREWLOCK | 27 | | |
| DD5160 | | 10 PC TITANIUM IR SET | 25 | | |


STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
\*\*\* TRACKING IDs \*\*\*
DART                              00100288746461723630

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 486.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

**PAGE**
1 of 1

**INVOICE NO**
9428835703

**INVOICE DATE**
10/08/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 548107 D/609 | | 7025315579 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889353P | | DART | 164L0889353P | | 23.500 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW2097CS | 51178 | 14 PC DRIVE GUIDE SET | 50 | 6.08/1 | 304.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                        00100288746461723630

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 304.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428835706

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 552051 D/609 | | 7025555070 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889353P | | | DART | 164L0889353P | | 47.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW2097CS | 51178 | 14 PC DRIVE GUIDE SET | 100 | 6.08/1 | 608.00 |

FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                    00100288746461723630

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 608.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428835709

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 551074 D/609 | | 7025486324 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889353P | | DART | 164L0889353P | 47.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW2097CS | 51178 | 14 PC DRIVE GUIDE SET | 100 | 6.08/1 | 608.00 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
| | | | |
|---|---|---|---|
| DCS355B | | 20V MAX OSCILLATING MULTI-TOOL (BARE) | 12 |
| DW49008X | | SHELL 3X1/4 HP.014 CARBON FLARE | 50 |

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                                  00100288746461723630

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 608.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1
**INVOICE NO**
9428835712

**INVOICE DATE**
10/08/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                              DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556618 D/671 | 7025781441 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889351P | | DART | 164L0889351P | 84.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| LHT321 | 49779 | 22IN 20V MAX POWERCOMMAND HEDGE TRMR | 10 | 72.10/1 | 721.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
DART                        00100288746461719046

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 721.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1
**INVOICE NO**
9428835717

**INVOICE DATE**
10/08/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 559215 D/609 | 7025926759 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889353P | | DART | 164L0889353P | 1,157.704 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW715 | 23404 | 12" COMPOUND MITER SAW | 16 | 215.99/1 | 3,455.84 |
| DWE304 | 26482 | 10AMP RECIPROCATING SAW | 33 | 74.69/1 | 2,464.77 |
| DW511 | 26910 | 1/2" HAMMER DRILL SINGLE SPEED | 10 | 77.19/1 | 771.90 |
| DWD110K | 28370 | 3/8" VSR KEYLESS PISTOL GRIP DRILL KIT | 10 | 45.89/1 | 458.90 |
| DW1167 | 29340 | 17PC BLK OX DRILL BIT SET | 10 | 14.42/1 | 144.20 |

```
FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 183173020
*** TRACKING IDs ***
DART                        00100288746461723630

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 7,295.61 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428835719

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

| STORE NUMBER: 0449 | | | | | DUNS. 00-131-7189 | |
|---|---|---|---|---|---|---|
| **CUSTOMER NO.** 6047479 | **CUSTOMER ORDER NO.** 558739 D/671 | | **SBD ORDER NO.** 7025926782 | **SHIP DATE** 10/08/2018 | **FREIGHT ALLOWED** COLLECT | |
| **SHIPPING POINT / BOL** Fontana DC Black & Decker,Inc. / 164L0889351P | | | **CARRIER** DART | | **PRO #** 164L0889351P | **WEIGHT** 14.400 LB |
| **CATALOG NO.** | **DIST INFO** | | **DESCRIPTION** | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| AF-100-3ZP  1 | 74196 | | REPLACEMENT AUTO FEED SPOOL 3 PACK | 48 | 8.99/1 | 431.52 |

```
FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
DART                        00100288746461719046

THANK YOU FOR YOUR ORDER.
```

| **PLEASE REMIT TO:** | **TERMS:** | **FREIGHT CHARGES** | **SALES TAX** | **TOTAL AMOUNT OF INVOICE** |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 431.52 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428835721

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

| | | STORE NUMBER: 0449 | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 549134 D/609 | | 7025366668 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889353P | | DART | 164L0889353P | | 32.900 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW2097CS | 51178 | 14 PC DRIVE GUIDE SET | 70 | 6.08/1 | 425.60 |

FOB : ORIGIN

\*\*\* FOLLOWING ITEMS CANCELLED \*\*\*

| | | |
|---|---|---|
| GC960 | 9.6V EPP DRILL DRIVER(NO OVERMOLD) | 10 |
| DW49008X | SHELL 3X1/4 HP.014 CARBON FLARE | 72 |
| DW49003X | SHELL 1"x1/4" HP.020 CARBONCRIMP ENDBR | 20 |

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
\*\*\* TRACKING IDs \*\*\*
DART                          00100288746461723630

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 425.60 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428835724

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 558737 D/609 | | 7025926846 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889353P | | DART | 164L0889353P | 1,928.120 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCK240C2 | 50626 | 20V MAX LI-ION COMPACT 2-TOOL COMBO KIT | 100 | 164.72/1 | 16,472.00 |
| DCK423D2 | 51334 | 20V MAX COMPACT 4-TOOL COMBO KIT | 22 | 319.20/1 | 7,022.40 |
| DCF885C1 | 51362 | 20V MAX LITH ION 1/4IN IMPACT DRIVER | 69 | 128.04/1 | 8,834.76 |
| DWE6421K | 50325 | 5" RANDOM ORBIT H&L SANDER W/ BAG | 29 | 37.91/1 | 1,099.39 |

FOB : ORIGIN

*** BACKORDERS ***
DWA4101                         8 PC 2X RECIP SET                      40

*** FOLLOWING ITEMS CANCELLED ***
DCK423D2                        20V MAX COMPACT 4-TOOL COMBO KIT       79

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                            00100288746461723630

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 33,428.55 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

| | |
|---|---|
| | **PAGE** |
| | 1 of 1 |
| | **INVOICE NO** |
| | 9428835726 |
| | **INVOICE DATE** |
| | 10/08/2018 |

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 557873 D/609 | 7025870955 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889353P | DART | 164L0889353P | 27.420 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW2002B25 | 25924 | NO2 PHILLIPS 1IN BIT TIPBIT BOX OF 25 | 20 | 2.32/1 | 46.40 |
| DW4904 | 36620 | 6"CRIMP BENCH WIRE WHL,5/8-1/2 ARBOR,MED | 15 | 5.02/1 | 75.30 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*

| | | | |
|---|---|---|---|
| DC9096-2 | | 18V  XRP BATTERY PACK COMBO | 20 |
| 71-931 | | 18 PC HSS DRILL BIT SET | 10 |
| DW49008X | | SHELL 3X1/4 HP.014 CARBON FLARE | 50 |
| DW49003X | | SHELL 1"x1/4" HP.020 CARBONCRIMP ENDBR | 25 |

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
\*\*\* TRACKING IDs \*\*\*
DART                          00100288746461723630

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 121.70 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428835729

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449            **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 558740 D/671 | | 7025926802 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889351P | | DART | 164L0889351P | | 63.900 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| BEHTS400 | 74322 | 22IN SAWBLADE ELECTRIC HEDGE TRIMMER | 10 | 44.50/1 | 445.00 |

FOB : ORIGIN

*** BACKORDERS ***
DCBL790M1                        DW 40V MAX LITH ION BATT BLOWER 4AH        4


STORE NUMBER: ST 0449
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
DART                             00100288746461719046

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 445.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428835732

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556179 D/609 | 7025765322 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889353P | | DART | 164L0889353P | 75.200 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW2097CS | 51178 | 14 PC DRIVE GUIDE SET | 160 | 6.26/1 | 1,001.60 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | |
|---|---|---|
| DCF889HL1 | 20V MAX 1/2IN HOG RING IMPACT WRENCH | 56 |
| DCD777C2 | 20V MAX COMPACT BRSHLS DRILL/DRIVE | 200 |
| DCK240C2 | 20V MAX LI-ION COMPACT 2-TOOL COMBO KIT | 300 |

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                          00100288746461723630

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
P.O. Box 223516
Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,001.60 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428835742
**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 6047479 | 558736 D/609 | 7025926893 | 10/08/2018 | COLLECT |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889353P | DART | 164L0889353P | 1,339.845 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCK280C2 | 17295 | 20V COMPACT DRILL / IMPACT DRIVER COMBO | 12 | 208.74/1 | 2,504.88 |
| BDCS20C | 17564 | 4V MAX CORDLESS RECHARGEABLE SCREWDRIVER | 64 | 14.65/1 | 937.60 |
| DW4898 | 22966 | 10 PC WOOD/ METAL CUTTING SET IN CASE | 100 | 12.23/1 | 1,223.00 |
| DW2002B25 | 25924 | NO2 PHILLIPS 1IN BIT TIPBIT BOX OF 25 | 20 | 2.32/1 | 46.40 |
| DCD771C2 | 27452 | 20V MAX LI-ION COMPACT DRILL/DRIVER KIT | 30 | 128.04/1 | 3,841.20 |
| DW4809 | 29182 | 8IN 14TPI STGT BK BLD-5PK | 35 | 6.66/1 | 233.10 |
| DW4808-2 | 29193 | 6IN 14TPI STGT BK BLD-2PK | 25 | 3.09/1 | 77.25 |
| DWPVTDRV3  G | 29947 | 3 PC MAG IMPACT READY PIVOT NUTSETTER | 10 | 9.01/1 | 90.10 |
| DW2541IR  G | 29950 | 1/4" HEX TO 1/4" SQ IMP READY SOCKT ADPT | 24 | 0.79/1 | 18.96 |
| DW2542IR  G | 29951 | 1/4" HEX TO 3/8" SQ IMP READY SOCKT ADPT | 18 | 0.89/1 | 16.02 |
| DW2547IR  G | 29952 | 1/4" HEX TO 1/2" SQ IMP READY SOCKT ADPT | 12 | 1.07/1 | 12.84 |
| GC960 | 30269 | 9.6V EPP DRILL DRIVER(NO OVERMOLD) | 54 | 22.31/1 | 1,204.74 |
| DCB200-2 | 33191 | 20V MAX 3.0 AH Li-Ion BATTERY 2 PACK | 16 | 112.00/1 | 1,792.00 |
| DWE575 | 3518 | 7-1/4" NEXT GEN CIRCULAR SAW | 35 | 95.07/1 | 3,327.45 |
| DW4903 | 36601 | 3" CRIMP FLAT BRUSH/CARB STL 1/4" STEM | 25 | 2.52/1 | 63.00 |
| DW4904 | 36620 | 6"CRIMP BENCH WIRE WHL,5/8-1/2 ARBOR,MED | 10 | 5.02/1 | 50.20 |
| DWA2PH2IR5-Z | 4478 | 2.25IN PHILLIPS No2 IMPACT READY 5PK | 100 | 1.85/1 | 185.00 |
| DWA2T40IR | 44897 | 40 PC IMPCT RDY SCREW LOCK SCREWDRI | 20 | 18.52/1 | 370.40 |
| DWA2FTS25IR-Z | 44907 | 25PC IR FLEX TORQ SET | 10 | 9.79/1 | 97.90 |
| DWE6411K | 50324 | 1/4 Sheet Finishing Sander | 23 | 34.62/1 | 796.26 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| DCF889HL1 | | 20V MAX 1/2IN HOG RING IMPACT WRENCH | 122 |
| DC9096-2 | | 18V  XRP BATTERY PACK COMBO | 24 |
| 71-931 | | 18 PC HSS DRILL BIT SET | 20 |
| DWE7480 | | 10IN COMPACT JOB SITE TABLE SAW | 10 |
| DWE402W | | 4-1/2 IN 11 AMP ANGLE GRINDER PADDLE | 16 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428835742
**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 558736 D/609 | | 7025926893 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889353P | | DART | 164L0889353P | | 1,339.845 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|

```
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                         00100288746461723630

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 16,888.30 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428835776

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

| | | | STORE NUMBER: 0449 | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 559471 D/671 | | 7025972753 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889351P | | | DART | 164L0889351P | | 312.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| GSL35 | 74432 | GARDEN SHEAR-3.6V LITHIUM COMBO SHEAR | 120 | 28.72/1 | 3,446.40 |

```
FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
DART                    00100288746461719046

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 3,446.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**   10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428835781
**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                           DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 559558 D/620 | 7025995643 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889352P | DART | 164L0889352P | 175.232 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HLVA320J26 | 29151 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 64 | 26.92/1 | 1,722.88 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | |
|---|---|---|
| HNV115B22 | LTD EDITION CMPCT LITH HV - COBALT | 266 |

STORE NUMBER: ST 0449
DEPARTMENT : 620
VENDOR : 000097907
*** TRACKING IDs ***
DART                          00100288746461672044

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,722.88 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# **Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428835786

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

| STORE NUMBER: 0449 | | | | | DUNS. 00-131-7189 |

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 559509 D/609 | | 7025995545 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889353P | | DART | 164L0889353P | | 232.050 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4894 | 57932 | 8 PC BI-METAL RECIP BLADE SET with CASE | 15 | 9.42/1 | 141.30 |
| WM125 | 98364 | OPP WORKMATE 125 | 15 | 19.62/1 | 294.30 |

```
FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000050709
*** TRACKING IDs ***
DART                       00100288746461723630

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 435.60 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428835544

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

| STORE NUMBER: 0447 | | | | | DUNS. 00-131-7189 |

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|---|
| 6047479 | 547044 D/609 | | 7025274419 | 10/08/2018 | COLLECT |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889349P | | DART | 164L0889349P | | 4.700 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW2097CS | 51178 | 14 PC DRIVE GUIDE SET | 10 | 6.08/1 | 60.80 |

FOB : ORIGIN
Item 000020 DWA2509IR-6 05 Discontinued, No Longer Available

*** FOLLOWING ITEMS CANCELLED ***
DWA2509IR-6               6 PC RAPID LOAD SERT w/ SCREWLOCK        27
DD5160                   10 PC TITANIUM IR SET                    25


STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                        00100288746461797426

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 60.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428835546

**INVOICE DATE**
10/08/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

STORE NUMBER: 0447                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 550238 D/671 | 7025424586 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889348P | | DART | 164L0889348P | 218.400 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| LHT321 | 49779 | 22IN 20V MAX POWERCOMMAND HEDGE TRMR | 26 | 72.10/1 | 1,874.60 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
DART                    00100288746461672006

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,874.60 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428835548

**INVOICE DATE**
10/08/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

STORE NUMBER: 0447                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 548103 D/609 | | 7025315670 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889349P | | DART | 164L0889349P | | 4.700 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW2097CS | 51178 | 14 PC DRIVE GUIDE SET | 10 | 6.08/1 | 60.80 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                          00100288746461797426

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 60.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428835549

**INVOICE DATE**
10/08/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

STORE NUMBER: 0447                                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 552048 D/609 | 7025554977 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889349P | | DART | 164L0889349P | 47.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW2097CS | 51178 | 14 PC DRIVE GUIDE SET | 100 | 6.08/1 | 608.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                            00100288746461797426

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 608.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428835569

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 550236 D/609 | | 7025424701 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889349P | | DART | 164L0889349P | | 23.500 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW2097CS | 51178 | 14 PC DRIVE GUIDE SET | 50 | 6.08/1 | 304.00 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | | |
|---|---|---|---|---|
| DW3760-5 | | 10TPI TG T-SHK COBALT JIG SAW BLD-5PK | 15 | |

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                              00100288746461797426

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 304.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428835574

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                                  **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 549131 D/609 | 7025366649 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889349P | | DART | 164L0889349P | | 4.700 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW2097CS | 51178 | 14 PC DRIVE GUIDE SET | 10 | 6.08/1 | 60.80 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
    DCK423D2                        20V MAX COMPACT 4-TOOL COMBO KIT          5

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                        00100288746461797426

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 60.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428835578

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 551070 D/609 | | 7025486332 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889349P | | DART | 164L0889349P | | 18.800 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW2097CS | 51178 | 14 PC DRIVE GUIDE SET | 40 | 6.08/1 | 243.20 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
    DCS355B                          20V MAX OSCILLATING MULTI-TOOL (BARE)        12


STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                          00100288746461797426

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 243.20 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428846453

**INVOICE DATE**
10/09/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 558730 D/671 | | 7025926768 | 10/09/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534119970P | | TCAM | | 1 | | 315.160 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCBL790M1 | 44889 | DW 40V MAX LITH ION BATT BLOWER 4AH | 4 | 192.49/1 | 769.96 |
| BEHTS400 | 74322 | 22IN SAWBLADE ELECTRIC HEDGE TRIMMER | 40 | 44.50/1 | 1,780.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
TCAM                    00100288750274074780

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 2,549.96 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428846455
**INVOICE DATE**
10/09/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                           DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 558729 D/671 | 7025926751 | 10/09/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534119970P | | TCAM | 1 | | 44.180 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| AF-100 | 48352 | REPL SPOOL LINE | 100 | 3.59/1 | 359.00 |
| AF-100-3ZP  1 | 74196 | REPLACEMENT AUTO FEED SPOOL 3 PACK | 96 | 8.99/1 | 863.04 |
| SF-080 | 85645 | SINGLE LINE AFS REPLACE SPOOL .080IN | 20 | 3.78/1 | 75.60 |

```
FOB : ORIGIN

*** BACKORDERS ***
LHT321                          22IN 20V MAX POWERCOMMAND HEDGE TRMR        16


STORE NUMBER: ST 0443
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
TCAM                            00100288750274074780


THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,297.64 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428846459

**INVOICE DATE**
10/09/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443 | DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|
| 6047479 | 559469 D/671 | 7025972751 | 10/09/2018 | COLLECT | | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534119970P | | TCAM | 1 | | 520.000 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| GSL35 | 74432 | GARDEN SHEAR-3.6V LITHIUM COMBO SHEAR | 200 | 28.72/1 | 5,744.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
TCAM                    00100288750274074780

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 5,744.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428846464

**INVOICE DATE**
10/09/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

| STORE NUMBER: 0443 | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 558727 D/609 | 7025926836 | 10/09/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534119972P | | TCAM | 1 | | 7,288.670 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA2T40IR | 44897 | 40 PC IMPCT RDY SCREW LOCK SCREWDRI | 55 | 18.52/1 | 1,018.60 |
| DWA3HLDIR-Z | 44906 | 3IN IMPCT RDY BIT TIP HOLDERS w/SS | 36 | 3.61/1 | 129.96 |
| DWE402W | 49268 | 4-1/2 IN 11 AMP ANGLE GRINDER PADDLE | 24 | 75.11/1 | 1,802.64 |
| DWE6421K | 50325 | 5" RANDOM ORBIT H&L SANDER W/ BAG | 43 | 37.91/1 | 1,630.13 |
| DCK240C2 | 50626 | 20V MAX LI-ION COMPACT 2-TOOL COMBO KIT | 669 | 164.72/1 | 110,197.68 |
| DCK423D2 | 51334 | 20V MAX COMPACT 4-TOOL COMBO KIT | 15 | 319.20/1 | 4,788.00 |
| DCF885C1 | 51362 | 20V MAX LITH ION 1/4IN IMPACT DRIVER | 68 | 128.04/1 | 8,706.72 |
| DW4803 | 80327 | 9IN 6TPI TAPER BK BLD-5PK | 50 | 5.93/1 | 296.50 |

FOB : ORIGIN

*** BACKORDERS ***
  DWA4101                        8 PC 2X RECIP SET                 15

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
TCAM                           00100288750274249171

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 128,570.23 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

**PAGE**
1 of 2
**INVOICE NO**
9428846477

**INVOICE DATE**
10/09/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 558726 D/609 | 7025926888 | 10/09/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534119972P | | TCAM | 1 | 7,301.368 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCF889HL1 | 10887 | 20V MAX 1/2IN HOG RING IMPACT WRENCH | 424 | 187.21/1 | 79,377.04 |
| DC9096-2 | 12011 | 18V XRP BATTERY PACK COMBO | 12 | 109.70/1 | 1,316.40 |
| DCD777C2 | 12710 | 20V MAX COMPACT BRSHLS DRILL/DRIVE | 333 | 133.39/1 | 44,418.87 |
| DCK280C2 | 17295 | 20V COMPACT DRILL / IMPACT DRIVER COMBO | 20 | 208.74/1 | 4,174.80 |
| BDCS20C | 17564 | 4V MAX CORDLESS RECHARGEABLE SCREWDRIVER | 18 | 14.65/1 | 263.70 |
| DW4898 | 22966 | 10 PC WOOD/ METAL CUTTING SET IN CASE | 10 | 12.23/1 | 122.30 |
| DWE304 | 26482 | 10AMP RECIPROCATING SAW | 19 | 74.69/1 | 1,419.11 |
| DCD771C2 | 27452 | 20V MAX LI-ION COMPACT DRILL/DRIVER KIT | 35 | 128.04/1 | 4,481.40 |
| DWD110K | 28370 | 3/8" VSR KEYLESS PISTOL GRIP DRILL KIT | 15 | 45.89/1 | 688.35 |
| DW4809 | 29182 | 8IN 14TPI STGT BK BLD-5PK | 30 | 6.66/1 | 199.80 |
| DW4802-2 | 29192 | 6IN 6TPI TAPER BK BLD-2PK (disc) | 25 | 3.61/1 | 90.25 |
| DW4811-2 | 29194 | 6IN 18TPI STGT BK BLD-2PK | 25 | 3.16/1 | 79.00 |
| DW1167 | 29340 | 17PC BLK OX DRILL BIT SET | 20 | 14.42/1 | 288.40 |
| DWPVTDRV3  G | 29947 | 3 PC MAG IMPACT READY PIVOT NUTSETTER | 15 | 9.01/1 | 135.15 |
| DW2541IR  G | 29950 | 1/4" HEX TO 1/4" SQ IMP READY SOCKT ADPT | 12 | 0.79/1 | 9.48 |
| DW2547IR  G | 29952 | 1/4" HEX TO 1/2" SQ IMP READY SOCKT ADPT | 36 | 1.07/1 | 38.52 |
| DW2166 | 29954 | 45 PC SCREWDRIVING SET | 40 | 7.67/1 | 306.80 |
| GC960 | 30269 | 9.6V EPP DRILL DRIVER(NO OVERMOLD) | 34 | 22.31/1 | 758.54 |
| DCB200-2 | 33191 | 20V MAX 3.0 AH Li-Ion BATTERY 2 PACK | 20 | 112.00/1 | 2,240.00 |
| DWE575 | 3518 | 7-1/4" NEXT GEN CIRCULAR SAW | 22 | 95.07/1 | 2,091.54 |
| DW4903 | 36601 | 3" CRIMP FLAT BRUSH/CARB STL 1/4" STEM | 15 | 2.52/1 | 37.80 |
| DW4905 | 36720 | 6"CRIMP BENCH WIRE WHL,5/8-1/2 ARBOR,WID | 30 | 5.67/1 | 170.10 |
| DW4901 | 42684 | 1" CRIMP END BRUSH/CARB STL 1/4" STEM | 10 | 3.06/1 | 30.60 |

FOB : ORIGIN

*** BACKORDERS ***
| | | | |
|---|---|---|---|
| DW511 | | 1/2" HAMMER DRILL SINGLE SPEED | 10 |
| 71-931 | | 18 PC HSS DRILL BIT SET | 30 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
P.O. Box 223516
Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428846477
**INVOICE DATE**
10/09/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 558726 D/609 | | 7025926888 | 10/09/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534119972P | | TCAM | 1 | | 7,301.368 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| *** FOLLOWING ITEMS CANCELLED *** | | | | | |
| DCD777C2 | | 20V MAX COMPACT BRSHLS DRILL/DRIVE | 152 | | |

```
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
TCAM                         00100288750274249171
```

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 142,737.95 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428846484
**INVOICE DATE**
10/09/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                      DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|
| 6047479 | 559507 D/609 | 7025995536 | 10/09/2018 | COLLECT | | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534119972P | | TCAM | 1 | | 309.400 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4894 | 57932 | 8 PC BI-METAL RECIP BLADE SET with CASE | 20 | 9.42/1 | 188.40 |
| WM125 | 98364 | OPP WORKMATE 125 | 20 | 19.62/1 | 392.40 |

FOB : ORIGIN

*** BACKORDERS ***
DWA4894                                    8 PC BI-METAL RECIP BLADE SET with CASE        10

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000050709
*** TRACKING IDs ***
TCAM                                       00100288750274249171

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 580.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

ORIGINAL INVOICE – SEE REMIT TO        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428846486

**INVOICE DATE**
10/09/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                                         **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|
| 6047479 | 559550 D/620 | 7025995740 | 10/09/2018 | COLLECT | | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534119974P | | TCAM | 1 | | 788.544 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HLVA320J26 | 29151 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 288 | 26.92/1 | 7,752.96 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
  HNV115B22                       LTD EDITION CMPCT LITH HV – COBALT       180

STORE NUMBER: ST 0443
DEPARTMENT : 620
VENDOR : 000097907
*** TRACKING IDs ***
TCAM                    00100288750274247702

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 7,752.96 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

**PAGE**
1 of 1
**INVOICE NO**
9428905173

**INVOICE DATE**
10/16/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556611 D/609 | | 7025781417 | 10/16/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| International Paper / 07534119486P | | | | SEAR | 145-9837655-7 | 2,880.000 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| DWHPSEARS18 | 37613 | DW SEARS HP - Q3 2018 | | | 10 | 4,116.99/1 | 41,169.90 |

FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
SEAR                    00100288741324276230

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
P.O. Box 223516
Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 41,169.90 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428741685
**INVOICE DATE**
09/26/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

**STORE NUMBER:** 0003947268273          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08273677939R | | 7025887261 | 09/26/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703C1521252P | | UPS | | | | 85.100 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | 6 | 5.15/1 | 30.90 |
| 10-175 | 005997311 | 001PC KNIFE 10-175 | 36 | 1.05/1 | 37.80 |
| 34-106 | 029767011 | ST TAPE CC 100 LONG | 76 | 6.16/1 | 468.16 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268273
DEPARTMENT : 005
*** TRACKING IDs ***
UPS                              1Z10W2720328625298

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 536.86 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428761282

**INVOICE DATE**
09/27/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08287247007R | | 7025767513 | 09/27/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Jackson - North DC / 038L0812507P | | CTII | 555-6254797-0 | 150.720 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST22080 | 009400641 | 22IN HIVIZ YELLOW TOOLBOX | 24 | 12.36/1 | 296.64 |

```
FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
  STST22080                          22IN HIVIZ YELLOW TOOLBOX          158


STORE NUMBER: ST 0003947268287
DEPARTMENT : 010
*** TRACKING IDs ***
CTII                               00100288743805121886

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 296.64 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428761283

**INVOICE DATE**
09/27/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

STORE NUMBER: 0003947268289          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08289243076R | | 7025887316 | 09/27/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0834270P | | CNWY | 263015045 | 52.260 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | 6 | 5.15/1 | 30.90 |
| 84-097 | 029803611 | ST PLRS 6inch SLIP JNT | 48 | 1.62/1 | 77.76 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 4 | 9.38/1 | 37.52 |
| 30-485 | 045151111 | ST TAPE CD 121/2" | 36 | 2.01/1 | 72.36 |
| 15-090 | 045196611 | ST SAW NEST | 6 | 5.58/1 | 33.48 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
42-193                          ST LEVL YELLOW PLSTC                    36


STORE NUMBER: ST 0003947268289
DEPARTMENT : 005
*** TRACKING IDs ***
CNWY                            00100761742036395217

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 252.02 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428761284

**INVOICE DATE**
09/27/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

STORE NUMBER: 0003947268289          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08289243113R | | 7025887375 | 09/27/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0834270P | | CNWY | 263015045 | 71.060 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-060 | 001899113 | 6 PC SC SET & RACK | 6 | 3.42/1 | 20.52 |
| 60-020 | 002264441 | 2 PC SD SET & RACK | 24 | 1.43/1 | 34.32 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 8 | 10.05/1 | 80.40 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 6 | 6.59/1 | 39.54 |
| 47-443 | 065310952 | ST CHLK BLUE W/LVL | 6 | 2.56/1 | 15.36 |
| 60-100 | 065311116 | 10 PC SC SET & RACK | 6 | 5.24/1 | 31.44 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 12 | 5.06/1 | 60.72 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 6 | 6.70/1 | 40.20 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
  46-067                     ST SQRE QUICK W/INST              24


STORE NUMBER: ST 0003947268289
DEPARTMENT : 010
*** TRACKING IDs ***
CNWY                      00100761742036395217

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 322.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428761285

**INVOICE DATE**
09/27/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

STORE NUMBER: 0003947268289                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08289243495R | 7025905471 | 09/27/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0834270P | | CNWY | 263015045 | 483.680 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STHT77403 | 001111309 | STUD SENSOR 100 | 24 | 6.42/1 | 154.08 |
| 42-468 | 001279893 | ST LEVL 24" FOAM CMP | 12 | 3.34/1 | 40.08 |
| 68-010 | 002123861 | ST SCD RATCHET 10BIT | 24 | 5.23/1 | 125.52 |
| STHT33270 | 002847336 | ST TAPE CD 25FT 1IN LEVERLOCK MAG | 8 | 5.03/1 | 40.24 |
| 84-519K | 005730870 | 12IN1MULTIW/HOLSTER | 12 | 8.00/1 | 96.00 |
| STHT55135 | 005732776 | STANLEY 3 PC BAR SET | 24 | 5.62/1 | 134.88 |
| 84-529 | 005823967 | FM 10+12GJ PLIER SET | 8 | 10.05/1 | 80.40 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 60 | 7.23/1 | 433.80 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 34 | 11.17/1 | 379.78 |
| TR110 | 007461143 | ST STPLGUN STEEL | 24 | 10.30/1 | 247.20 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 24 | 3.90/1 | 93.60 |
| STHT71836 | 007882072 | STAPLES, HD, 3/8 IN, 1250 PC, PAPER | 75 | 1.49/1 | 111.75 |
| STHT71837 | 008873808 | STAPLES, HD, 1/2 IN, 1250 PC, PAPER | 60 | 1.49/1 | 89.40 |
| TRA200BN | 043318263 | ST STPL ASST LD | 20 | 2.18/1 | 43.60 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268289
DEPARTMENT : 010
*** TRACKING IDs ***
CNWY                          00100761742036395217

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,070.33 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428761286

**INVOICE DATE**
09/27/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08289243483R | | 7025905510 | 09/27/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703L0834270P | | | CNWY | | 263015045 | 51.348 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | | 36 | 3.90/1 | 140.40 |
| GR10 | 005257211 | MINI GLUE GUN | | 18 | 2.46/1 | 44.28 |
| GS10DT | 005257911 | ST MINI GLUE 4" 24PK | | 60 | 3.90/1 | 234.00 |

```
FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
16-150                          ST WCHL 3PC SET             60
84-109                          ST PLRS 8" GROOVE           48



STORE NUMBER: ST 0003947268289
DEPARTMENT : 005
*** TRACKING IDs ***
CNWY                            00100761742036395217

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 418.68 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428761287
**INVOICE DATE**
09/27/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

**STORE NUMBER:** 0003947268305   **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08305228370R | | 7025887291 | 09/27/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0834271P | | CNWY | 263015056 | | 61.620 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | 6 | 5.15/1 | 30.90 |
| 33-425 | 005239811 | ST TAPE CD PL 251" | 24 | 8.31/1 | 199.44 |
| 10-175 | 005997311 | 001PC KNIFE 10-175 | 36 | 1.05/1 | 37.80 |
| 10-788 | 028608911 | ST KNF CG QUICK RETR | 36 | 5.03/1 | 181.08 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 4 | 9.38/1 | 37.52 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
```
84-110                         ST PLRS 10inch GRVE JNT              24
```

STORE NUMBER: ST 0003947268305
DEPARTMENT : 005
*** TRACKING IDs ***
CNWY                           00100761742036429929

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 486.74 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**   10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428761288

**INVOICE DATE**
09/27/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

STORE NUMBER: 0003947268305                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08305228406R | | 7025887363 | 09/27/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703L0834271P | | | | CNWY | 263015056 | 72.240 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-060 | 001899113 | 6 PC SC SET & RACK | 12 | 3.42/1 | 41.04 |
| GR20 | 006557603 | ST GLUE GUN TRGR | 18 | 4.36/1 | 78.48 |
| 55-515 | 007210814 | ST PRYB 13" WNDRBAR | 24 | 5.29/1 | 126.96 |
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 4 | 12.44/1 | 49.76 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 6 | 6.70/1 | 40.20 |

```
FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
  46-067                    ST SQRE QUICK W/INST              21


STORE NUMBER: ST 0003947268305
DEPARTMENT : 010
*** TRACKING IDs ***
CNWY                       00100761742036429929

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 336.44 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**Stanley Black & Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428761289

**INVOICE DATE**
09/27/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

STORE NUMBER: 0003947268305     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08305228792R | 7025905520 | 09/27/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0834271P | CNWY | 263015056 | 425.755 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STHT77403 | 001111309 | STUD SENSOR 100 | 24 | 6.42/1 | 154.08 |
| 68-010 | 002123861 | ST SCD RATCHET 10BIT | 8 | 5.23/1 | 41.84 |
| STHT33270 | 002847336 | ST TAPE CD 25FT 1IN LEVERLOCK MAG | 8 | 5.03/1 | 40.24 |
| 84-519K | 005730870 | 12IN1MULTIW/HOLSTER | 12 | 8.00/1 | 96.00 |
| STHT55135 | 005732776 | STANLEY 3 PC BAR SET | 24 | 5.62/1 | 134.88 |
| 84-529 | 005823967 | FM 10+12GJ PLIER SET | 8 | 10.05/1 | 80.40 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 48 | 7.23/1 | 347.04 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 28 | 11.17/1 | 312.76 |
| STHT71833 | 007031311 | STAPLES HD 1/4 IN 1250 PC PAPER | 15 | 1.49/1 | 22.35 |
| TR110 | 007461143 | ST STPLGUN STEEL | 42 | 10.30/1 | 432.60 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 24 | 3.90/1 | 93.60 |
| STHT71836 | 007882072 | STAPLES, HD, 3/8 IN, 1250 PC, PAPER | 30 | 1.49/1 | 44.70 |
| 84-808 | 065311460 | 7.4 CJ LOCK PLRS | 24 | 4.80/1 | 115.20 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268305
DEPARTMENT : 010
*** TRACKING IDs ***
CNWY                       00100761742036429929

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,915.69 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428761290

**INVOICE DATE**
09/27/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

**STORE NUMBER:** 0003947268305            **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08305228780R | | 7025905453 | 09/27/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0834271P | | CNWY | 263015056 | | 24.360 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | 12 | 3.90/1 | 46.80 |
| GS10DT | 005257911 | ST MINI GLUE 4" 24PK | 60 | 3.90/1 | 234.00 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| 16-150 | | ST WCHL 3PC SET | 60 |
| 57-522 | | ST HMMR 18OZ SOFT | 10 |
| 84-109 | | ST PLRS 8" GROOVE | 24 |

STORE NUMBER: ST 0003947268305
DEPARTMENT : 005
*** TRACKING IDs ***
CNWY                    00100761742036429929

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 280.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428761714

**INVOICE DATE**
09/27/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

**STORE NUMBER:**                                                      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08292264553R | 7025887288 | 09/27/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0834265P | AVRT | 0309005222 | 85.680 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | 24 | 5.15/1 | 123.60 |
| 33-425 | 005239811 | ST TAPE CD PL 251" | 24 | 8.31/1 | 199.44 |
| 84-097 | 029803611 | ST PLRS 6inch SLIP JNT | 24 | 1.62/1 | 38.88 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 4 | 9.38/1 | 37.52 |
| 15-090 | 045196611 | ST SAW NEST | 18 | 5.58/1 | 100.44 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
| | | | | |
|---|---|---|---|---|
| 11-921L | | ST BLD DISP 50PK | 24 | |

STORE NUMBER: ST 0003947268292
DEPARTMENT : 005
*** TRACKING IDs ***
AVRT                      00100761742036190546

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 499.88 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428761715

**INVOICE DATE**
09/27/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

| STORE NUMBER: | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08292264593R | | 7025887374 | 09/27/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0834265P | | AVRT | 0309005222 | 99.230 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-060 | 001899113 | 6 PC SC SET & RACK | 12 | 3.42/1 | 41.04 |
| 66-052 | 001976725 | ST SCD 6PC PRECISION | 24 | 2.33/1 | 55.92 |
| 60-020 | 002264441 | 2 PC SD SET & RACK | 24 | 1.43/1 | 34.32 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 12 | 3.90/1 | 46.80 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 8 | 10.05/1 | 80.40 |
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 4 | 12.44/1 | 49.76 |
| 42-480 | 029766811 | ST LEVL 48" PROF WRK | 9 | 8.72/1 | 78.48 |
| 10-202 | 043301254 | 9/18MM S/O BONUS PK | 36 | 0.76/1 | 27.36 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 6 | 6.59/1 | 39.54 |
| 60-100 | 065311116 | 10 PC SC SET & RACK | 6 | 5.24/1 | 31.44 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
46-067                         ST SQRE QUICK W/INST                    57

STORE NUMBER: ST 0003947268292
DEPARTMENT : 010
*** TRACKING IDs ***
AVRT                           00100761742036190546

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 485.06 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428761716

**INVOICE DATE**
09/27/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

**STORE NUMBER:**                                                                 **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08292264955R | | 7025905458 | 09/27/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0834265P | | AVRT | 0309005222 | | 424.920 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STHT77403 | 001111309 | STUD SENSOR 100 | 48 | 6.42/1 | 308.16 |
| 68-010 | 002123861 | ST SCD RATCHET 10BIT | 72 | 5.23/1 | 376.56 |
| STHT33270 | 002847336 | ST TAPE CD 25FT 1IN LEVERLOCK MAG | 8 | 5.03/1 | 40.24 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 60 | 7.23/1 | 433.80 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 16 | 11.17/1 | 178.72 |
| TR110 | 007461143 | ST STPLGUN STEEL | 72 | 10.30/1 | 741.60 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 6 | 3.90/1 | 23.40 |
| STHT71836 | 007882072 | STAPLES, HD, 3/8 IN, 1250 PC, PAPER | 30 | 1.49/1 | 44.70 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268292
DEPARTMENT : 010
*** TRACKING IDs ***
AVRT                      00100761742036190546

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,147.18 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428761717
**INVOICE DATE**
09/27/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

**STORE NUMBER:**                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08292264942R | | 7025905504 | 09/27/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0834265P | | AVRT | 0309005222 | | 74.668 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | 48 | 3.90/1 | 187.20 |
| 15-334 | 005241211 | STANLEY SAW 15" | 4 | 7.26/1 | 29.04 |
| GR10 | 005257211 | MINI GLUE GUN | 18 | 2.46/1 | 44.28 |
| GS10DT | 005257911 | ST MINI GLUE 4" 24PK | 60 | 3.90/1 | 234.00 |
| 84-101 | 029819911 | ST PLRS 6" LONGNOSE | 24 | 2.52/1 | 60.48 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| 16-150 | | ST WCHL 3PC SET | 30 | | |
|---|---|---|---|---|---|
| 84-109 | | ST PLRS 8" GROOVE | 24 | | |

STORE NUMBER: ST 0003947268292
DEPARTMENT : 005
*** TRACKING IDs ***
AVRT                     00100761742036190546

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 555.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428768884
**INVOICE DATE**
09/28/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

**STORE NUMBER:**          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08275306379R | | 7025808778 | 09/28/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0831741P | | CTII | 55561157490 | 232.360 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST22080 | 009400641 | 22IN HIVIZ YELLOW TOOLBOX | 37 | 12.36/1 | 457.32 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268275
DEPARTMENT : 010
*** TRACKING IDs ***
CTII                    00100761742036664603

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 457.32 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428772804

**INVOICE DATE**
09/28/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

**STORE NUMBER:**                                      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08275307781R | 7025887384 | 09/28/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0831741P | CTII | 55561157490 | 126.120 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 33-425 | 005239811 | ST TAPE CD PL 251" | 48 | 8.31/1 | 398.88 |
| 10-175 | 005997311 | 001PC KNIFE 10-175 | 36 | 1.05/1 | 37.80 |
| 10-788 | 028608911 | ST KNF CG QUICK RETR | 36 | 5.03/1 | 181.08 |
| 84-097 | 029803611 | ST PLRS 6inch SLIP JNT | 24 | 1.62/1 | 38.88 |
| 84-114 | 030157911 | ST PLRS 3PC SET | 12 | 6.36/1 | 76.32 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 8 | 9.38/1 | 75.04 |
| 30-485 | 045151111 | ST TAPE CD 121/2" | 36 | 2.01/1 | 72.36 |
| 15-090 | 045196611 | ST SAW NEST | 12 | 5.58/1 | 66.96 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| 11-921L | | ST BLD DISP 50PK | 72 | | |
|---|---|---|---|---|---|

STORE NUMBER: ST 0003947268275
DEPARTMENT : 005
*** TRACKING IDs ***
CTII                          00100761742036664603

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 947.32 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428772805
**INVOICE DATE**
09/28/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

| STORE NUMBER: | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|---|
| 7071453 | 08275307831R | | 7025887332 | 09/28/2018 | PREPAID |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0831741P | | CTII | 55561157490 | 195.720 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-060 | 001899113 | 6 PC SC SET & RACK | 24 | 3.42/1 | 82.08 |
| 60-020 | 002264441 | 2 PC SD SET & RACK | 24 | 1.43/1 | 34.32 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 24 | 3.90/1 | 93.60 |
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 16 | 12.44/1 | 199.04 |
| TR35 | 043305069 | OPP LD STAPLE GUN | 24 | 4.55/1 | 109.20 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 6 | 6.59/1 | 39.54 |
| 47-443 | 065310952 | ST CHLK BLUE W/LVL | 6 | 2.56/1 | 15.36 |
| 60-100 | 065311116 | 10 PC SC SET & RACK | 12 | 5.24/1 | 62.88 |
| 84-105 | 065311323 | ST PLRS 6" DIAGNL | 24 | 2.22/1 | 53.28 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 36 | 5.06/1 | 182.16 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 12 | 6.70/1 | 80.40 |
| 30-455 | 065501381 | ST TAPE 251" | 24 | 3.53/1 | 84.72 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
46-067                              ST SQRE QUICK W/INST              27


STORE NUMBER: ST 0003947268275
DEPARTMENT : 010
*** TRACKING IDs ***
CTII                     00100761742036664603

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,036.58 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428772806
**INVOICE DATE**
09/28/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

**STORE NUMBER:**                                                                 **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7071453 | 08275308226R | 7025905530 | 09/28/2018 | PREPAID |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0834274P | CTII | 55561157524 | 862.335 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STHT77403 | 001111309 | STUD SENSOR 100 | 72 | 6.42/1 | 462.24 |
| 42-468 | 001279893 | ST LEVL 24" FOAM CMP | 28 | 3.34/1 | 93.52 |
| 68-010 | 002123861 | ST SCD RATCHET 10BIT | 120 | 5.23/1 | 627.60 |
| STHT33270 | 002847336 | ST TAPE CD 25FT 1IN LEVERLOCK MAG | 16 | 5.03/1 | 80.48 |
| 84-519K | 005730870 | 12IN1MULTIW/HOLSTER | 24 | 8.00/1 | 192.00 |
| STHT55135 | 005732776 | STANLEY 3 PC BAR SET | 24 | 5.62/1 | 134.88 |
| 84-529 | 005823967 | FM 10+12GJ PLIER SET | 16 | 10.05/1 | 160.80 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 92 | 7.23/1 | 665.16 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 56 | 11.17/1 | 625.52 |
| STHT71833 | 007031311 | STAPLES HD 1/4 IN 1250 PC PAPER | 15 | 1.49/1 | 22.35 |
| STHT71834 | 007422821 | STAPLES, HD, 5/16 IN, 1250 PC, PAPER | 60 | 1.49/1 | 89.40 |
| TR110 | 007461143 | ST STPLGUN STEEL | 72 | 10.30/1 | 741.60 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 12 | 3.90/1 | 46.80 |
| STHT71836 | 007882072 | STAPLES, HD, 3/8 IN, 1250 PC, PAPER | 30 | 1.49/1 | 44.70 |
| STHT71837 | 008873808 | STAPLES, HD, 1/2 IN, 1250 PC, PAPER | 30 | 1.49/1 | 44.70 |
| 84-808 | 065311460 | 7.4 CJ LOCK PLRS | 24 | 4.80/1 | 115.20 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268275
DEPARTMENT : 010
*** TRACKING IDs ***
CTII                          00100761742036422944

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 4,146.95 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428772807
**INVOICE DATE**
09/28/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

**STORE NUMBER:**     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08275308213R | 7025905463 | 09/28/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0834274P | | CTII | 55561157524 | 118.950 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | 84 | 3.90/1 | 327.60 |
| 15-334 | 005241211 | STANLEY SAW 15" | 8 | 7.26/1 | 58.08 |
| GR10 | 005257211 | MINI GLUE GUN | 36 | 2.46/1 | 88.56 |
| GS10DT | 005257911 | ST MINI GLUE 4" 24PK | 120 | 3.90/1 | 468.00 |
| 15-924A | 005278111 | ST SAW BLD HACK | 100 | 1.56/1 | 156.00 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| 16-150 | | ST WCHL 3PC SET | 120 |
|---|---|---|---|
| 57-522 | | ST HMMR 18OZ SOFT | 5 |
| 84-109 | | ST PLRS 8" GROOVE | 24 |

STORE NUMBER: ST 0003947268275
DEPARTMENT : 005
*** TRACKING IDs ***
CTII                    00100761742036422944

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,098.24 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428796937

**INVOICE DATE**
10/02/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

STORE NUMBER: 0003947268273                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08273678446R | | 7025905440 | 10/02/2018 | PREPAID | |

| SHIPPING POINT / BOL | | | CARRIER | | PRO # | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703C1526303P | | | UPS | | | 75.840 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | 12 | 3.90/1 | 46.80 |
| 11-921T | 005545511 | ST BLD 10PK DSPENSR | 600 | 1.39/1 | 834.00 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | | |
|---|---|---|---|---|
| 16-150 | | ST WCHL 3PC SET | 30 | |
| 84-109 | | ST PLRS 8" GROOVE | 24 | |

STORE NUMBER: ST 0003947268273
DEPARTMENT : 005
*** TRACKING IDs ***
UPS                        1Z10W2720328729720

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 880.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428807791

**INVOICE DATE**
10/03/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08287247981R | 7025808638 | 10/03/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0835280P | CENF | 841211451 | 48.270 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| GS10DT | 005257911 | ST MINI GLUE 4" 24PK | 60 | 3.90/1 | 234.00 |
| 57-522 | 026941411 | ST HMMR 18OZ SOFT | 25 | 5.58/1 | 139.50 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
```
51-613                          ST HMMR 7OZ CLW WOOD              12
84-109                          ST PLRS 8" GROOVE               144
```

```
STORE NUMBER: ST 0003947268287
DEPARTMENT : 005
*** TRACKING IDs ***
CENF                            00100288746459959041
```

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 373.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428807793

**INVOICE DATE**
10/03/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08287247983R | | 7025808741 | 10/03/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0835280P | | CENF | 841211451 | | 198.105 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STHT77403 | 001111309 | STUD SENSOR 100 | 48 | 6.42/1 | 308.16 |
| 42-468 | 001279893 | ST LEVL 24" FOAM CMP | 20 | 3.34/1 | 66.80 |
| 68-010 | 002123861 | ST SCD RATCHET 10BIT | 16 | 5.23/1 | 83.68 |
| 84-529 | 005823967 | FM 10+12GJ PLIER SET | 16 | 10.05/1 | 160.80 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 26 | 7.23/1 | 187.98 |
| STHT71833 | 007031311 | STAPLES HD 1/4 IN 1250 PC PAPER | 15 | 1.49/1 | 22.35 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 12 | 3.90/1 | 46.80 |
| STHT71837 | 008873808 | STAPLES, HD, 1/2 IN, 1250 PC, PAPER | 15 | 1.49/1 | 22.35 |
| 60-121 | 043343272 | ST SCD 1 12PC MERCH | 48 | 0.54/1 | 25.92 |
| 60-123 | 043350900 | ST 3" CAB 12PC MERCH | 48 | 0.54/1 | 25.92 |
| 84-808 | 065311460 | 7.4 CJ LOCK PLRS | 24 | 4.80/1 | 115.20 |

FOB : ORIGIN

\*\*\* FOLLOWING ITEMS CANCELLED \*\*\*
STMT74443                SUSAN G KOMEN 32 PIECE SET          24

STORE NUMBER: ST 0003947268287
DEPARTMENT : 010
\*\*\* TRACKING IDs \*\*\*
CENF                     00100288746459959041

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,065.96 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# **Invoice**

**PAGE**
1 of 1
**INVOICE NO**
9428807796

**INVOICE DATE**
10/03/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08287246248A | | 7025742056 | 10/03/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0835280P | | CENF | 841211451 | | 43.200 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 20 | 9.38/1 | 187.60 |
| 30-485 | 045151111 | ST TAPE CD 121/2" | 36 | 2.01/1 | 72.36 |
| 15-090 | 045196611 | ST SAW NEST | 12 | 5.58/1 | 66.96 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
| | | | |
|---|---|---|---|
| 33-425 | | ST TAPE CD PL 251" | 24 |
| 11-921L | | ST BLD DISP 50PK | 24 |
| 84-097 | | ST PLRS 6inch SLIP JNT | 24 |
| 84-110 | | ST PLRS 10inch GRVE JNT | 24 |

STORE NUMBER: ST 0003947268287
DEPARTMENT : 005
*** TRACKING IDs ***
CENF                              00100288746459959041

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 326.92 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**Stanley Black&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428807798

**INVOICE DATE**
10/03/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08287247982R | 7025808702 | 10/03/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0835280P | | CENF | 841211451 | 55.080 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | 12 | 5.15/1 | 61.80 |
| 10-788 | 028608911 | ST KNF CG QUICK RETR | 36 | 5.03/1 | 181.08 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 4 | 9.38/1 | 37.52 |
| 30-485 | 045151111 | ST TAPE CD 121/2" | 36 | 2.01/1 | 72.36 |
| 15-090 | 045196611 | ST SAW NEST | 6 | 5.58/1 | 33.48 |

```
FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
33-425                        ST TAPE CD PL 251"              48
84-097                        ST PLRS 6inch SLIP JNT          24


STORE NUMBER: ST 0003947268287
DEPARTMENT : 005
*** TRACKING IDs ***
CENF                          00100288746459959041

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 386.24 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428807800

**INVOICE DATE**
10/03/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08287246250A | | 7025741985 | 10/03/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0835280P | | CENF | 841211451 | | 213.540 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 42-468 | 001279893 | ST LEVL 24" FOAM CMP | 4 | 3.34/1 | 13.36 |
| 42-294 | 001366542 | ST LEVL 9" THRF TORP | 48 | 1.92/1 | 92.16 |
| 68-012 | 001974859 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 48 | 1.95/1 | 93.60 |
| 10-099 | 002227545 | ST KNF RETRACT BULK | 72 | 2.29/1 | 164.88 |
| 84-519K | 005730870 | 12IN1MULTIW/HOLSTER | 48 | 8.00/1 | 384.00 |
| 84-529 | 005823967 | FM 10+12GJ PLIER SET | 16 | 10.05/1 | 160.80 |
| 60-040 | 006849958 | 4 PC BASIC SD SET | 6 | 5.58/1 | 33.48 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 24 | 3.90/1 | 93.60 |
| STHT74938 | 007405468 | STANLEY 6 IN WIRE STRIPPER | 16 | 5.15/1 | 82.40 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 16 | 10.05/1 | 160.80 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 6 | 6.59/1 | 39.54 |
| 30-455 | 065501381 | ST TAPE 251" | 24 | 3.53/1 | 84.72 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
TR35                              OPP LD STAPLE GUN                    6
46-067                            ST SQRE QUICK W/INST                30


STORE NUMBER: ST 0003947268287
DEPARTMENT : 010
*** TRACKING IDs ***
CENF                              00100288746459959041

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,403.34 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428807802

**INVOICE DATE**
10/03/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08287246249A | | 7025742030 | 10/03/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0835280P | | CENF | 841211451 | | 352.730 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 66-052 | 001976725 | ST SCD 6PC PRECISION | 24 | 2.33/1 | 55.92 |
| 11-921G | 002126661 | ST BLD HEAVY DUTY | 60 | 0.32/1 | 19.20 |
| 10-855 | 002398074 | KNF FIX FOLD BLK | 80 | 4.46/1 | 356.80 |
| STMT74101 | 006403980 | 38PC STANLEY MIXED TOOL BAG | 58 | 15.30/1 | 887.40 |
| GR20 | 006557603 | ST GLUE GUN TRGR | 18 | 4.36/1 | 78.48 |
| 84-113 | 007443949 | ST PLRS 8" LINESMAN | 24 | 4.46/1 | 107.04 |
| 42-480 | 029766811 | ST LEVL 48" PROF WRK | 3 | 8.72/1 | 26.16 |
| 10-202 | 043301254 | 9/18MM S/O BONUS PK | 36 | 0.76/1 | 27.36 |
| TRA200BN | 043318263 | ST STPL ASST LD | 20 | 2.18/1 | 43.60 |
| 60-121 | 043343272 | ST SCD 1 12PC MERCH | 48 | 0.54/1 | 25.92 |
| STHT77404 | 065311237 | STUD SENSOR 150 | 12 | 11.17/1 | 134.04 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
84-112                          ST PLRS 7IN  LINESMAN                    24

STORE NUMBER: ST 0003947268287
DEPARTMENT : 010
*** TRACKING IDs ***
CENF                            00100288746459959041

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,761.92 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428807804

**INVOICE DATE**
10/03/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08287246247A | | 7025742075 | 10/03/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0835280P | | CENF | 841211451 | | 72.180 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| GR10 | 005257211 | MINI GLUE GUN | 90 | 2.46/1 | 221.40 |
| 84-101 | 029819911 | ST PLRS 6" LONGNOSE | 24 | 2.52/1 | 60.48 |
| 60-002 | 029827611 | 2 PHIL. ON HANG TAG | 36 | 2.22/1 | 79.92 |
| 84-114 | 030157911 | ST PLRS 3PC SET | 12 | 6.36/1 | 76.32 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
51-613                          ST HMMR 7OZ CLW WOOD                    24
15-334                          STANLEY SAW 15"                          4


STORE NUMBER: ST 0003947268287
DEPARTMENT : 005
*** TRACKING IDs ***
CENF                          00100288746459959041

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 438.12 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428807805

**INVOICE DATE**
10/03/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

STORE NUMBER: 0003947268287                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08287247984R | | 7025808762 | 10/03/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0835280P | | CENF | 841211451 | | 95.760 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-060 | 001899113 | 6 PC SC SET & RACK | 24 | 3.42/1 | 82.08 |
| 68-012 | 001974859 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 24 | 1.95/1 | 46.80 |
| 11-921G | 002126661 | ST BLD HEAVY DUTY | 60 | 0.32/1 | 19.20 |
| 60-020 | 002264441 | 2 PC SD SET & RACK | 24 | 1.43/1 | 34.32 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 6 | 6.59/1 | 39.54 |
| 47-443 | 065310952 | ST CHLK BLUE W/LVL | 6 | 2.56/1 | 15.36 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 12 | 6.70/1 | 80.40 |
| 30-455 | 065501381 | ST TAPE 251" | 24 | 3.53/1 | 84.72 |

```
FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
TR35                          OPP LD STAPLE GUN                 6
60-100                        10 PC SC SET & RACK               6


STORE NUMBER: ST 0003947268287
DEPARTMENT : 010
*** TRACKING IDs ***
CENF                          00100288746459959041

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 402.42 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428816203
**INVOICE DATE**
10/04/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

STORE NUMBER: 0003947268273          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08273678001R | 7025887351 | 10/04/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703C1526302P | | UPS | | 74.760 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-020 | 002264441 | 2 PC SD SET & RACK | 24 | 1.43/1 | 34.32 |
| 55-515 | 007210814 | ST PRYB 13" WNDRBAR | 24 | 5.29/1 | 126.96 |
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 4 | 12.44/1 | 49.76 |
| TR35 | 043305069 | OPP LD STAPLE GUN | 6 | 4.55/1 | 27.30 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 12 | 5.06/1 | 60.72 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 12 | 6.70/1 | 80.40 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
46-067                          ST SQRE QUICK W/INST                   24


STORE NUMBER: ST 0003947268273
DEPARTMENT : 010
*** TRACKING IDs ***
UPS                             1Z10W2720328729604

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 379.46 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428819464

**INVOICE DATE**
10/04/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

| STORE NUMBER: 0003947268287 | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7071453 | 08287249375R | 7025887339 | 10/04/2018 | PREPAID |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164C0640804P | UPS | | 55.440 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 24 | 12.44/1 | 298.56 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268287
DEPARTMENT : 010
*** TRACKING IDs ***
UPS                     1Z7996860325422060

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 298.56 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428827259

**INVOICE DATE**
10/05/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08287247230R | | 7025775508 | 10/05/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164C0647082P | | UPS | | | 9.600 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-020 | 002264441 | 2 PC SD SET & RACK | 24 | 1.43/1 | 34.32 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268287
DEPARTMENT : 010
*** TRACKING IDs ***
UPS                        1Z7996860325466951

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 34.32 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428828773

**INVOICE DATE**
10/05/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

STORE NUMBER: 0003947268273                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08273678470R | | 7025905516 | 10/05/2018 | PREPAID | |

| SHIPPING POINT / BOL | | | CARRIER | | PRO # | WEIGHT |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038C0024650P | | | UPS | | | 6.280 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST22080 | 009400641 | 22IN HIVIZ YELLOW TOOLBOX | 1 | 12.36/1 | 12.36 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268273
DEPARTMENT : 010
*** TRACKING IDs ***
UPS                    1Z9A04590301849718

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 12.36 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428828774

**INVOICE DATE**
10/05/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

**STORE NUMBER:** 0003947268273                                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08273675161R | | 7025767679 | 10/05/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038C0024651P | | UPS | | | | 56.520 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST22080 | 009400641 | 22IN HIVIZ YELLOW TOOLBOX | 9 | 12.36/1 | 111.24 |

```
FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
  STST22080                      22IN HIVIZ YELLOW TOOLBOX           48


STORE NUMBER: ST 0003947268273
DEPARTMENT : 010
*** TRACKING IDs ***
UPS                     1Z9A04590301849076

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 111.24 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428828775

**INVOICE DATE**
10/05/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

| STORE NUMBER: | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7071453 | 08292263252R | 7025808763 | 10/05/2018 | PREPAID |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Jackson - North DC / 038C0024656P | | UPS | | 94.200 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST22080 | 009400641 | 22IN HIVIZ YELLOW TOOLBOX | 15 | 12.36/1 | 185.40 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268292
DEPARTMENT : 010
*** TRACKING IDs ***
UPS                    1Z9A04590301849049

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 185.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# **Invoice**

**PAGE**
1 of 1

**INVOICE NO**
9428848935

**INVOICE DATE**
10/08/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289

**DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08289244251R | | 7025945583 | 10/08/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0893175P | | EXLA | | 0109719210 | | 52.860 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-060 | 001899113 | 6 PC SC SET & RACK | 18 | 3.42/1 | 61.56 |
| 60-020 | 002264441 | 2 PC SD SET & RACK | 24 | 1.43/1 | 34.32 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 8 | 10.05/1 | 80.40 |
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 4 | 12.44/1 | 49.76 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 12 | 6.70/1 | 80.40 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268289
DEPARTMENT : 010
*** TRACKING IDs ***
EXLA                    00100761742038971341

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 306.44 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428848936

**INVOICE DATE**
10/08/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08289244463R | 7025958516 | 10/08/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0893175P | EXLA | 0109719210 | 283.780 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 42-468 | 001279893 | ST LEVL 24" FOAM CMP | 12 | 3.34/1 | 40.08 |
| 68-010 | 002123861 | ST SCD RATCHET 10BIT | 16 | 5.23/1 | 83.68 |
| 10-099 | 002227545 | ST KNF RETRACT BULK | 36 | 2.29/1 | 82.44 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 22 | 7.23/1 | 159.06 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 4 | 11.17/1 | 44.68 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 24 | 3.90/1 | 93.60 |
| 55-515 | 007210814 | ST PRYB 13" WNDRBAR | 24 | 5.29/1 | 126.96 |
| TR110 | 007461143 | ST STPLGUN STEEL | 18 | 10.30/1 | 185.40 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 18 | 3.90/1 | 70.20 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 12 | 6.59/1 | 79.08 |
| 47-443 | 065310952 | ST CHLK BLUE W/LVL | 12 | 2.56/1 | 30.72 |
| 84-105 | 065311323 | ST PLRS 6" DIAGNL | 24 | 2.22/1 | 53.28 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 24 | 5.06/1 | 121.44 |
| 30-455 | 065501381 | ST TAPE 251" | 48 | 3.53/1 | 169.44 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
84-529                          FM 10+12GJ PLIER SET                    16

STORE NUMBER: ST 0003947268289
DEPARTMENT : 010
*** TRACKING IDs ***
EXLA                          00100761742038971341

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,340.06 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428848938

**INVOICE DATE**
10/08/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

STORE NUMBER: 0003947268289          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08289244432R | | 7025958555 | 10/08/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0893175P | | EXLA | | 0109719210 | | 80.400 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 33-425 | 005239811 | ST TAPE CD PL 251" | 24 | 8.31/1 | 199.44 |
| 84-110 | 029973711 | ST PLRS 10inch GRVE JNT | 24 | 4.14/1 | 99.36 |
| 84-114 | 030157911 | ST PLRS 3PC SET | 12 | 6.36/1 | 76.32 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 8 | 9.38/1 | 75.04 |
| 15-090 | 045196611 | ST SAW NEST | 12 | 5.58/1 | 66.96 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268289
DEPARTMENT : 005
*** TRACKING IDs ***
EXLA                              00100761742038971341

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 517.12 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428840827
**INVOICE DATE**
10/08/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

**STORE NUMBER:** 0003947268273    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08273678460R | 7025905502 | 10/08/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703S0183853P | EXLA | 0109719229 | 169.652 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STHT77403 | 001111309 | STUD SENSOR 100 | 24 | 6.42/1 | 154.08 |
| 68-010 | 002123861 | ST SCD RATCHET 10BIT | 16 | 5.23/1 | 83.68 |
| 10-855 | 002398074 | KNF FIX FOLD BLK | 16 | 4.46/1 | 71.36 |
| STHT33270 | 002847336 | ST TAPE CD 25FT 1IN LEVERLOCK MAG | 16 | 5.03/1 | 80.48 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 28 | 7.23/1 | 202.44 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 4 | 11.17/1 | 44.68 |
| TR110 | 007461143 | ST STPLGUN STEEL | 18 | 10.30/1 | 185.40 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 18 | 3.90/1 | 70.20 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268273
DEPARTMENT : 010
*** TRACKING IDs ***
EXLA                          00100761742038971723

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 892.32 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428848719

**INVOICE DATE**
10/09/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287                                        **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 7071453 | 08287246238A | | 7025742079 | 10/09/2018 | PREPAID | | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0806940P | | OAKH | 82283194 | | 36.960 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 16 | 12.44/1 | 199.04 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268287
DEPARTMENT : 010
*** TRACKING IDs ***
OAKH                    00100288746460847757

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 199.04 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428848722

**INVOICE DATE**
10/09/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7071453 | 08287246992R | 7025767683 | 10/09/2018 | PREPAID |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0806940P | OAKH | 82283194 | 284.920 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-060 | 001899113 | 6 PC SC SET & RACK | 24 | 3.42/1 | 82.08 |
| 66-052 | 001976725 | ST SCD 6PC PRECISION | 24 | 2.33/1 | 55.92 |
| 11-921G | 002126661 | ST BLD HEAVY DUTY | 120 | 0.32/1 | 38.40 |
| 60-020 | 002264441 | 2 PC SD SET & RACK | 48 | 1.43/1 | 68.64 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 24 | 3.90/1 | 93.60 |
| 55-515 | 007210814 | ST PRYB 13" WNDRBAR | 48 | 5.29/1 | 253.92 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 16 | 10.05/1 | 160.80 |
| 42-480 | 029766811 | ST LEVL 48" PROF WRK | 6 | 8.72/1 | 52.32 |
| 10-202 | 043301254 | 9/18MM S/O BONUS PK | 36 | 0.76/1 | 27.36 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 6 | 6.59/1 | 39.54 |
| 47-443 | 065310952 | ST CHLK BLUE W/LVL | 6 | 2.56/1 | 15.36 |
| STHT77404 | 065311237 | STUD SENSOR 150 | 12 | 11.17/1 | 134.04 |
| 84-105 | 065311323 | ST PLRS 6" DIAGNL | 72 | 2.22/1 | 159.84 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 12 | 5.06/1 | 60.72 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 42 | 6.70/1 | 281.40 |

FOB : ORIGIN

\*\*\* FOLLOWING ITEMS CANCELLED \*\*\*

| | | | | | |
|---|---|---|---|---|---|
| TR35 | | OPP LD STAPLE GUN | 12 | | |
| 60-100 | | 10 PC SC SET & RACK | 6 | | |
| 30-455 | | ST TAPE 251" | 24 | | |

STORE NUMBER: ST 0003947268287
DEPARTMENT : 010

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428848722

**INVOICE DATE**
10/09/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 7071453 | 08287246992R | | 7025767683 | 10/09/2018 | PREPAID | | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0806940P | | OAKH | 82283194 | | 284.920 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|

*** TRACKING IDs ***
OAKH                          00100288746460847757

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,523.94 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428848724

**INVOICE DATE**
10/09/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

| | | |
|---|---|---|
| **STORE NUMBER:** 0003947268287 | | **DUNS.** 00-131-7189 |

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08287249761R | 7025905441 | 10/09/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0888284P | | OAKH | 82283289 | 115.694 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| GR10 | 005257211 | MINI GLUE GUN | 144 | 2.46/1 | 354.24 |
| GS10DT | 005257911 | ST MINI GLUE 4" 24PK | 55 | 3.90/1 | 214.50 |
| 16-150 | 026911811 | ST WCHL 3PC SET | 30 | 6.17/1 | 185.10 |
| 84-101 | 029819911 | ST PLRS 6" LONGNOSE | 24 | 2.52/1 | 60.48 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| 51-613 | | ST HMMR 7OZ CLW WOOD | 72 |
| 15-334 | | STANLEY SAW 15" | 8 |
| GS10DT | | ST MINI GLUE 4" 24PK | 65 |

STORE NUMBER: ST 0003947268287
DEPARTMENT : 005
*** TRACKING IDs ***
OAKH                     00100288746461544747

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 814.32 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428848728

**INVOICE DATE**
10/09/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08287249762R | 7025905501 | 10/09/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0888284P | | OAKH | 82283289 | 518.630 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STHT77403 | 001111309 | STUD SENSOR 100 | 72 | 6.42/1 | 462.24 |
| 42-468 | 001279893 | ST LEVL 24" FOAM CMP | 4 | 3.34/1 | 13.36 |
| 68-010 | 002123861 | ST SCD RATCHET 10BIT | 64 | 5.23/1 | 334.72 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 72 | 7.23/1 | 520.56 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 8 | 11.17/1 | 89.36 |
| 84-113 | 007443949 | ST PLRS 8" LINESMAN | 24 | 4.46/1 | 107.04 |
| TR110 | 007461143 | ST STPLGUN STEEL | 90 | 10.30/1 | 927.00 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 30 | 3.90/1 | 117.00 |
| STHT71837 | 008873808 | STAPLES, HD, 1/2 IN, 1250 PC, PAPER | 15 | 1.49/1 | 22.35 |
| 84-808 | 065311460 | 7.4 CJ LOCK PLRS | 24 | 4.80/1 | 115.20 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268287
DEPARTMENT : 010
*** TRACKING IDs ***

OAKH                          00100288746461544747

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,708.83 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428848731
**INVOICE DATE**
10/09/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7071453 | 08287249411R | 7025887282 | 10/09/2018 | PREPAID |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0888284P | OAKH | 82283289 | 118.920 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 10-175 | 005997311 | 001PC KNIFE 10-175 | 36 | 1.05/1 | 37.80 |
| 84-110 | 029973711 | ST PLRS 10inch GRVE JNT | 72 | 4.14/1 | 298.08 |
| 84-114 | 030157911 | ST PLRS 3PC SET | 12 | 6.36/1 | 76.32 |
| 30-485 | 045151111 | ST TAPE CD 121/2" | 36 | 2.01/1 | 72.36 |
| 15-090 | 045196611 | ST SAW NEST | 18 | 5.58/1 | 100.44 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
84-097                    ST PLRS 6inch SLIP JNT              24

STORE NUMBER: ST 0003947268287
DEPARTMENT : 005
*** TRACKING IDs ***
OAKH                     00100288746461544747

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 585.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428848733

**INVOICE DATE**
10/09/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

STORE NUMBER: 0003947268287          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08287249412R | | 7025887387 | 10/09/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0888284P | | OAKH | 82283289 | 61.110 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-060 | 001899113 | 6 PC SC SET & RACK | 12 | 3.42/1 | 41.04 |
| 42-480 | 029766811 | ST LEVL 48" PROF WRK | 3 | 8.72/1 | 26.16 |
| 10-202 | 043301254 | 9/18MM S/O BONUS PK | 36 | 0.76/1 | 27.36 |
| 47-443 | 065310952 | ST CHLK BLUE W/LVL | 6 | 2.56/1 | 15.36 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 24 | 5.06/1 | 121.44 |
| 30-455 | 065501381 | ST TAPE 251" | 24 | 3.53/1 | 84.72 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
TR35                      OPP LD STAPLE GUN              6
46-067                    ST SQRE QUICK W/INST           6
60-100                    10 PC SC SET & RACK            6

STORE NUMBER: ST 0003947268287
DEPARTMENT : 010
*** TRACKING IDs ***
OAKH                      00100288746461544747

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 316.08 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428848934

**INVOICE DATE**
10/09/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

STORE NUMBER: 0003947268273                                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08273679411R | | 7025945548 | 10/09/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703C1541455P | | UPS | | | | 35.600 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 34-106 | 029767011 | ST TAPE CC 100 LONG | 40 | 6.16/1 | 246.40 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268273
DEPARTMENT : 005
*** TRACKING IDs ***
UPS                        1Z10W2720328940947

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 246.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428848939
**INVOICE DATE**
10/09/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

STORE NUMBER: 0003947268289                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08289240827R | | 7025767743 | 10/09/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Jackson - North DC / 038C0024163P | | | | UPS | | 119.320 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| STST22080 | 009400641 | 22IN HIVIZ YELLOW TOOLBOX | | 19 | 12.36/1 | 234.84 |

```
FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
  STST22080                        22IN HIVIZ YELLOW TOOLBOX           93


STORE NUMBER: ST 0003947268289
DEPARTMENT : 010
*** TRACKING IDs ***
UPS                      1Z9A04590301845249

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 234.84 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428848941

**INVOICE DATE**
10/09/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

STORE NUMBER:      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08292265962R | 7025958536 | 10/09/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0893171P | | CTII | 55562897474 | 283.260 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 10-099 | 002227545 | ST KNF RETRACT BULK | 36 | 2.29/1 | 82.44 |
| STHT33270 | 002847336 | ST TAPE CD 25FT 1IN LEVERLOCK MAG | 40 | 5.03/1 | 201.20 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 26 | 7.23/1 | 187.98 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 24 | 11.17/1 | 268.08 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 24 | 3.90/1 | 93.60 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 24 | 5.06/1 | 121.44 |
| 30-455 | 065501381 | ST TAPE 251" | 72 | 3.53/1 | 254.16 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268292
DEPARTMENT : 010
*** TRACKING IDs ***
CTII                          00100761742038971846

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,208.90 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428848942

**INVOICE DATE**
10/09/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

| STORE NUMBER: | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08292265749R | | 7025945570 | 10/09/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0893171P | | CTII | 55562897474 | 72.990 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-060 | 001899113 | 6 PC SC SET & RACK | 12 | 3.42/1 | 41.04 |
| 60-020 | 002264441 | 2 PC SD SET & RACK | 24 | 1.43/1 | 34.32 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 16 | 10.05/1 | 160.80 |
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 4 | 12.44/1 | 49.76 |
| 42-480 | 029766811 | ST LEVL 48" PROF WRK | 9 | 8.72/1 | 78.48 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 24 | 6.70/1 | 160.80 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268292
DEPARTMENT : 010
*** TRACKING IDs ***
CTII                          00100761742038971846

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 525.20 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428848943

**INVOICE DATE**
10/09/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

| STORE NUMBER: | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7071453 | 08292265931R | 7025958466 | 10/09/2018 | PREPAID |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0893171P | | CTII | 55562897474 | 49.560 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | 30 | 3.90/1 | 117.00 |
| GS10DT | 005257911 | ST MINI GLUE 4" 24PK | 60 | 3.90/1 | 234.00 |
| 15-090 | 045196611 | ST SAW NEST | 18 | 5.58/1 | 100.44 |

```
FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
 11-921L                        ST BLD DISP 50PK                    24


STORE NUMBER: ST 0003947268292
DEPARTMENT : 005
*** TRACKING IDs ***
CTII                            00100761742038971846

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 451.44 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

ORIGINAL INVOICE – SEE REMIT TO     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428848947
**INVOICE DATE**
10/09/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

**STORE NUMBER:** 0003947268305                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08305229740R | 7025958492 | 10/09/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703C1541919P | | UPS | | 80.280 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 10-788 | 028608911 | ST KNF CG QUICK RETR | 36 | 5.03/1 | 181.08 |
| 84-097 | 029803611 | ST PLRS 6inch SLIP JNT | 24 | 1.62/1 | 38.88 |
| 84-114 | 030157911 | ST PLRS 3PC SET | 12 | 6.36/1 | 76.32 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 12 | 9.38/1 | 112.56 |
| 30-485 | 045151111 | ST TAPE CD 121/2" | 36 | 2.01/1 | 72.36 |
| 15-090 | 045196611 | ST SAW NEST | 12 | 5.58/1 | 66.96 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268305
DEPARTMENT : 005
*** TRACKING IDs ***
UPS                      1Z10W2720328956234

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 548.16 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

**PAGE**
1 of 1

**INVOICE NO**
9428848983

**INVOICE DATE**
10/09/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

**STORE NUMBER:**       **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08275309286R | 7025958518 | 10/09/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0893170P | | CTII | 55562897466 | 428.500 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 10-099 | 002227545 | ST KNF RETRACT BULK | 72 | 2.29/1 | 164.88 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 56 | 7.23/1 | 404.88 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 72 | 3.90/1 | 280.80 |
| 55-515 | 007210814 | ST PRYB 13" WNDRBAR | 48 | 5.29/1 | 253.92 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 30 | 3.90/1 | 117.00 |
| TR35 | 043305069 | OPP LD STAPLE GUN | 24 | 4.55/1 | 109.20 |
| TRA200BN | 043318263 | ST STPL ASST LD | 20 | 2.18/1 | 43.60 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 60 | 5.06/1 | 303.60 |
| 30-455 | 065501381 | ST TAPE 251" | 120 | 3.53/1 | 423.60 |

```
FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
84-529                          FM 10+12GJ PLIER SET              24


STORE NUMBER: ST 0003947268275
DEPARTMENT : 010
*** TRACKING IDs ***
CTII                     00100761742038968969

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,101.48 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# **Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428848985
**INVOICE DATE**
10/09/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

| STORE NUMBER: | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08275309048R | | 7025945567 | 10/09/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0893170P | | CTII | 55562897466 | 79.710 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-060 | 001899113 | 6 PC SC SET & RACK | 24 | 3.42/1 | 82.08 |
| 60-020 | 002264441 | 2 PC SD SET & RACK | 48 | 1.43/1 | 68.64 |
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 4 | 12.44/1 | 49.76 |
| 42-480 | 029766811 | ST LEVL 48" PROF WRK | 3 | 8.72/1 | 26.16 |
| 60-100 | 065311116 | 10 PC SC SET & RACK | 6 | 5.24/1 | 31.44 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 12 | 6.70/1 | 80.40 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268275
DEPARTMENT : 010
*** TRACKING IDs ***
CTII                          00100761742038968969

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 338.48 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# **Invoice**

**PAGE**
1 of 1

**INVOICE NO**
9428848986

**INVOICE DATE**
10/09/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

| STORE NUMBER: | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08275309248R | | 7025958558 | 10/09/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0893170P | | CTII | 55562897466 | 191.760 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 33-425 | 005239811 | ST TAPE CD PL 251" | 72 | 8.31/1 | 598.32 |
| 10-788 | 028608911 | ST KNF CG QUICK RETR | 36 | 5.03/1 | 181.08 |
| 84-114 | 030157911 | ST PLRS 3PC SET | 24 | 6.36/1 | 152.64 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 20 | 9.38/1 | 187.60 |
| 30-485 | 045151111 | ST TAPE CD 121/2" | 108 | 2.01/1 | 217.08 |
| 15-090 | 045196611 | ST SAW NEST | 30 | 5.58/1 | 167.40 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268275
DEPARTMENT : 005
*** TRACKING IDs ***
CTII                          00100761742038968969

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,504.12 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428849776
**INVOICE DATE**
10/09/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

STORE NUMBER: 0003947268273          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08273676374R | | 7025808570 | 10/09/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703C1526304P | | UPS | | | 12.560 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST22080 | 009400641 | 22IN HIVIZ YELLOW TOOLBOX | 2 | 12.36/1 | 24.72 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268273
DEPARTMENT : 010
*** TRACKING IDs ***
UPS                          1Z10W2720328710561

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 24.72 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428858138

**INVOICE DATE**
10/10/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

| | | STORE NUMBER: 0003947268273 | | | **DUNS. 00-131-7189** |
|---|---|---|---|---|---|

| **CUSTOMER NO.** | **CUSTOMER ORDER NO.** | | **SBD ORDER NO.** | **SHIP DATE** | **FREIGHT ALLOWED** | |
|---|---|---|---|---|---|---|
| 7071453 | 08273679658R | | 7025958538 | 10/10/2018 | PREPAID | |

| **SHIPPING POINT / BOL** | | **CARRIER** | | **PRO #** | | **WEIGHT** |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703C1541790P | | UPS | | | | 39.000 LB |

| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
|---|---|---|---|---|---|
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | 12 | 3.90/1 | 46.80 |
| 84-110 | 029973711 | ST PLRS 10inch GRVE JNT | 24 | 4.14/1 | 99.36 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 4 | 9.38/1 | 37.52 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
11-921L                      ST BLD DISP 50PK                      24

STORE NUMBER: ST 0003947268273
DEPARTMENT : 005
*** TRACKING IDs ***
UPS                          1Z10W2720328955824

THANK YOU FOR YOUR ORDER.

| **PLEASE REMIT TO:** | **TERMS:** | **FREIGHT CHARGES** | **SALES TAX** | **TOTAL AMOUNT OF INVOICE** |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 183.68 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

**PAGE**
1 of 1
**INVOICE NO**
9428858141

**INVOICE DATE**
10/10/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

| STORE NUMBER: | 0003947268273 | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08273679689R | 7025958502 | 10/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703C1541453P | | UPS | | | 80.800 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 11-921G | 002126661 | ST BLD HEAVY DUTY | 60 | 0.32/1 | 19.20 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 10 | 7.23/1 | 72.30 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 12 | 3.90/1 | 46.80 |
| TR35 | 043305069 | OPP LD STAPLE GUN | 6 | 4.55/1 | 27.30 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 6 | 6.59/1 | 39.54 |
| 84-105 | 065311323 | ST PLRS 6" DIAGNL | 24 | 2.22/1 | 53.28 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 12 | 5.06/1 | 60.72 |
| 30-455 | 065501381 | ST TAPE 251" | 24 | 3.53/1 | 84.72 |

FOB : ORIGIN

\*\*\* FOLLOWING ITEMS CANCELLED \*\*\*

| 46-067 | | ST SQRE QUICK W/INST | 6 | | |
|---|---|---|---|---|---|

STORE NUMBER: ST 0003947268273
DEPARTMENT : 010
\*\*\* TRACKING IDs \*\*\*
UPS                      1Z10W2720328955780

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 403.86 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428858147

**INVOICE DATE**
10/10/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

**STORE NUMBER:** 0003947268305          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08305229770R | 7025958570 | 10/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703C1541920P | | UPS | | 141.660 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 10-099 | 002227545 | ST KNF RETRACT BULK | 36 | 2.29/1 | 82.44 |
| STHT33270 | 002847336 | ST TAPE CD 25FT 1IN LEVERLOCK MAG | 16 | 5.03/1 | 80.48 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 20 | 7.23/1 | 144.60 |
| 60-040 | 006849958 | 4 PC BASIC SD SET | 12 | 5.58/1 | 66.96 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 24 | 3.90/1 | 93.60 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 12 | 6.59/1 | 79.08 |
| 47-443 | 065310952 | ST CHLK BLUE W/LVL | 12 | 2.56/1 | 30.72 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 24 | 5.06/1 | 121.44 |
| 30-455 | 065501381 | ST TAPE 251" | 24 | 3.53/1 | 84.72 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| 46-067 | | ST SQRE QUICK W/INST | 15 | | |
|---|---|---|---|---|---|

STORE NUMBER: ST 0003947268305
DEPARTMENT : 010
*** TRACKING IDs ***
UPS                    1Z10W2720328956243

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 784.04 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428858961

**INVOICE DATE**
10/10/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287                              **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08287250810R | 7025958552 | 10/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0919230P | | OAKH | 82283329 | 362.740 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 68-012 | 001974859 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 72 | 1.95/1 | 140.40 |
| 11-921G | 002126661 | ST BLD HEAVY DUTY | 60 | 0.32/1 | 19.20 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 40 | 7.23/1 | 289.20 |
| GR20 | 006557603 | ST GLUE GUN TRGR | 18 | 4.36/1 | 78.48 |
| 60-040 | 006849958 | 4 PC BASIC SD SET | 18 | 5.58/1 | 100.44 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 48 | 3.90/1 | 187.20 |
| 55-515 | 007210814 | ST PRYB 13" WNDRBAR | 24 | 5.29/1 | 126.96 |
| TR110 | 007461143 | ST STPLGUN STEEL | 36 | 10.30/1 | 370.80 |
| STHT77404 | 065311237 | STUD SENSOR 150 | 24 | 11.17/1 | 268.08 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 48 | 5.06/1 | 242.88 |
| 30-455 | 065501381 | ST TAPE 251" | 72 | 3.53/1 | 254.16 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
TR35                         OPP LD STAPLE GUN                    18

STORE NUMBER: ST 0003947268287
DEPARTMENT : 010
*** TRACKING IDs ***
OAKH                         00100288746462018872

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,077.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428858963
**INVOICE DATE**
10/10/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08287250809R | 7025958597 | 10/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0919230P | | OAKH | 82283329 | | 152.520 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | 42 | 3.90/1 | 163.80 |
| 84-110 | 029973711 | ST PLRS 10inch GRVE JNT | 48 | 4.14/1 | 198.72 |
| 84-114 | 030157911 | ST PLRS 3PC SET | 24 | 6.36/1 | 152.64 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 16 | 9.38/1 | 150.08 |
| 15-090 | 045196611 | ST SAW NEST | 24 | 5.58/1 | 133.92 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | | | |
|---|---|---|---|---|---|
| 33-425 | | ST TAPE CD PL 251" | 48 | | |
| 15-334 | | STANLEY SAW 15" | 24 | | |
| 30-485 | | ST TAPE CD 121/2" | 72 | | |

STORE NUMBER: ST 0003947268287
DEPARTMENT : 005
*** TRACKING IDs ***
OAKH                    00100288746462018872

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 799.16 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428739919

**INVOICE DATE**
09/26/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 557329 D/609 | | 7025806136 | 09/26/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0787873P | | UPS | | | 14.880 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 10-789 | 81353 | XTME TWIN KNIFE | 24 | 7.28/1 | 174.72 |

FOB : ORIGIN

*** BACKORDERS ***
STST14028                     MULTILEVEL ORGANIZER                9
028001L                       FM 28" TOOLSBOX STRUCTURAL FOAM     9


STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                          1Z7996860325262064

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 174.72 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428739923
**INVOICE DATE**
09/26/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 556412 D/609 | | 7025765224 | 09/26/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0787874P | | UPS | | | 5.760 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 20-220 | 31923 | ST SAW CUSHGRIP MULT | 18 | 5.90/1 | 106.20 |

```
FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
 20-220                         ST SAW CUSHGRIP MULT              18


STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                       1Z7996860325262555

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 106.20 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428761305

**INVOICE DATE**
09/27/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 559213 D/609 | 7025926797 | 09/27/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Jackson - North DC / 038C0023904P | UPS | | 111.800 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 3 | 15.45/1 | 46.35 |
| FMST14920 | 46346 | FM SHALLOW PRO ORG | 25 | 12.36/1 | 309.00 |

FOB : ORIGIN

*** BACKORDERS ***

| | | |
|---|---|---|
| STST14028 | MULTILEVEL ORGANIZER | 18 |
| 10-778 | FMX RETRACT KNIFE | 36 |
| 11-921A | ST BLD DISP 100PK | 24 |
| 33-725 | FM TAPE CD 25 1/4" | 24 |
| 33-735 | FM TAPE CD 351/4" | 24 |
| STHT30812 | ST TAPE CD 16FT 3/4IN LEVERLOCK | 24 |
| STST14022 | ST ORGANIZER SORTMASTER JR | 48 |
| 62-574 | 20PC MULITBIT SD SET | 2 |
| STHT60103 | STANLEY 16PC SCREWDRIVER SET | 4 |
| 10-779 | 001PC UTILITY KNIFE 6IN | 36 |
| TRE550Z | ST STPL 2 IN 1 NAILER ELEC | 10 |
| 21-399 | 001PC SURFORM 6IN POCKET PLANE | 12 |
| 60-100 | 10 PC SC SET & RACK | 18 |
| 028001L | FM 28" TOOLSBOX STRUCTURAL FOAM | 18 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428761305
**INVOICE DATE**
09/27/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 559213 D/609 | 7025926797 | 09/27/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Jackson - North DC / 038C0023904P | | UPS | | | 111.800 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|

```
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                        1Z9A04590301830200

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 355.35 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428761306
**INVOICE DATE**
09/27/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                        DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7077145 | 559210 D/609 | 7025926775 | 09/27/2018 | COLLECT |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Jackson - North DC / 038L0834317P | CTII | 555-6254877-0 | 243.220 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 060864R | 4393 | ST FOLDING SAWHORSE TWIN PACK | 16 | 20.02/1 | 320.32 |
| FMST14920 | 46346 | FM SHALLOW PRO ORG | 10 | 12.36/1 | 123.60 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*

| | | | |
|---|---|---|---|
| STST14028 | | MULTILEVEL ORGANIZER | 9 |
| 20-220 | | ST SAW CUSHGRIP MULT | 36 |
| 33-725 | | FM TAPE CD 25 1/4" | 24 |
| FMHT33338 | | FM TAPE CD 25FT 1-1/4IN AUTOLOCK | 9 |
| STST14022 | | ST ORGANIZER SORTMASTER JR | 16 |
| 12-137 | | NO62 JACK PLANE | 3 |
| 10-779 | | 001PC UTILITY KNIFE 6IN | 36 |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 6 |

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428761306

**INVOICE DATE**
09/27/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 7077145 | 559210 D/609 | | 7025926775 | 09/27/2018 | COLLECT | | |
| SHIPPING POINT / BOL | | | | CARRIER | PRO # | | WEIGHT |
| Jackson - North DC / 038L0834317P | | | | CTII | 555-6254877-0 | | 243.220 LB |
| CATALOG NO. | DIST INFO | | DESCRIPTION | | QTY | UNIT PRICE / PER | NET AMOUNT |

```
*** TRACKING IDs ***
CTII                           00100288743805140368

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 443.92 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# **Invoice**

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428761307

**INVOICE DATE**
09/27/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 558204 D/609 | 7025870833 | 09/27/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT | |
|---|---|---|---|---|---|
| Jackson - North DC / 038C0024060P | | UPS | | 31.890 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 028001L | 81357 | FM 28" TOOLSBOX STRUCTURAL FOAM | 3 | 20.60/1 | 61.80 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 014710R | | ST DEEP PRO ORGANIZER | 4 |
| 97-126 | | 011PC 12DR DEEP IMPACT SOCKET SET MM | 6 |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 15 |

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                           1Z9A04590301830791

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 61.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428761308
**INVOICE DATE**
09/27/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 559211 D/609 | | 7025926825 | 09/27/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Jackson - North DC / 038C0023903P | | | UPS | | | 14.550 LB |
| **CATALOG NO.** | **DIST INFO** | | **DESCRIPTION** | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| FMST14820 | 43914 | | FM DEEP PRO ORGANIZER | 3 | 15.45/1 | 46.35 |

FOB : ORIGIN

```
*** BACKORDERS ***
STST14028                          MULTILEVEL ORGANIZER              18
10-778                             FMX RETRACT KNIFE                 36
20-221                             ST SAW 10" SHORT CUT              18
20-220                             ST SAW CUSHGRIP MULT              36
FMHT10827                          FM KNVE CD FOLDING                36
33-725                             FM TAPE CD 25 1/4"                48
33-735                             FM TAPE CD 351/4"                 24
STHT30810                          ST TAPE CD 12FT 1/2IN LEVERLOCK   24
STHT30812                          ST TAPE CD 16FT 3/4IN LEVERLOCK   48
FMHT33338                          FM TAPE CD 25FT 1-1/4IN AUTOLOCK  42
STST14022                          ST ORGANIZER SORTMASTER JR        16
62-574                             20PC MULITBIT SD SET               8
10-779                             001PC UTILITY KNIFE 6IN           36
TRE550Z                            ST STPL 2 IN 1 NAILER ELEC        12
21-399                             001PC SURFORM 6IN POCKET PLANE    28
33-730                             FM TAPE CD 301/4"                 24
34-106                             ST TAPE CC 100 LONG               16
60-060                             6 PC SC SET & RACK                 6
028001L                            FM 28" TOOLSBOX STRUCTURAL FOAM   60
33-430                             ST TAPE CD PL 301"                48
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2

**INVOICE NO**
9428761308

**INVOICE DATE**
09/27/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 559211 D/609 | | 7025926825 | 09/27/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Jackson - North DC / 038C0023903P | | | UPS | | | 14.550 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                                    1Z9A04590301830255

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 46.35 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428772798

**INVOICE DATE**
09/28/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 558207 D/609 | | 7025870873 | 09/28/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703L0834335P | | | CTII | | 55561157755 | 63.840 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| 33-835 | 72901 | ST TAPE CD PL 351" | | 48 | 12.37/1 | 593.76 |

```
FOB : ORIGIN

*** BACKORDERS ***
STHT30810                     ST TAPE CD 12FT 1/2IN LEVERLOCK      24
33-730                        FM TAPE CD 301/4"                    24

*** FOLLOWING ITEMS CANCELLED ***
STST14022                     ST ORGANIZER SORTMASTER JR          16


STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                          00100761742036393961

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 593.76 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428772799

**INVOICE DATE**
09/28/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 558204 D/609 | | 7025870833 | 09/28/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703L0834336P | | | CTII | | 55561157763 | 36.300 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 97-126 | 43937 | 011PC 12DR DEEP IMPACT SOCKET SET MM | 6 | 14.08/1 | 84.48 |

FOB : ORIGIN

*** BACKORDERS ***
014710R                          ST DEEP PRO ORGANIZER                    4

*** FOLLOWING ITEMS CANCELLED ***
028001L                          FM 28" TOOLSBOX STRUCTURAL FOAM          15


STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                             00100761742036407590

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 84.48 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428772803

**INVOICE DATE**
09/28/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 7070513 | 555522 D/609 | | 7025713731 | 09/28/2018 | COLLECT | | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 703L0834337P | | | | CTII | 55561157771 | | 13.356 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| 10-779 | 72219 | 001PC UTILITY KNIFE 6IN | | | 36 | 2.50/1 | 90.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                              00100761742036421831

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 90.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428772802

**INVOICE DATE**
09/28/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443 | DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 559211 D/609 | | 7025926825 | 09/28/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 703L0834337P | | | CTII | 55561157771 | | 353.292 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 10-778 | 31545 | FMX RETRACT KNIFE | 36 | 5.55/1 | 199.80 |
| 20-221 | 31922 | ST SAW 10" SHORT CUT | 18 | 7.66/1 | 137.88 |
| 20-220 | 31923 | ST SAW CUSHGRIP MULT | 36 | 5.90/1 | 212.40 |
| 33-725 | 39287 | FM TAPE CD 25 1/4" | 48 | 15.66/1 | 751.68 |
| STHT30810 | 39303 | ST TAPE CD 12FT 1/2IN LEVERLOCK | 24 | 3.16/1 | 75.84 |
| STHT30812 | 39304 | ST TAPE CD 16FT 3/4IN LEVERLOCK | 48 | 3.35/1 | 160.80 |
| FMHT33338 | 42199 | FM TAPE CD 25FT 1-1/4IN AUTOLOCK | 42 | 19.43/1 | 816.06 |
| 62-574 | 46136 | 20PC MULITBIT SD SET | 8 | 9.38/1 | 75.04 |
| 10-779 | 72219 | 001PC UTILITY KNIFE 6IN | 36 | 2.50/1 | 90.00 |
| TRE550Z | 72268 | ST STPL 2 IN 1 NAILER ELEC | 12 | 20.93/1 | 251.16 |
| 21-399 | 72698 | 001PC SURFORM 6IN POCKET PLANE | 28 | 3.78/1 | 105.84 |
| 33-730 | 72897 | FM TAPE CD 301/4" | 24 | 18.18/1 | 436.32 |
| 34-106 | 72906 | ST TAPE CC 100 LONG | 16 | 6.53/1 | 104.48 |
| 60-060 | 73270 | 6 PC SC SET & RACK | 6 | 3.42/1 | 20.52 |
| 33-430 | 97385 | ST TAPE CD PL 301" | 48 | 11.25/1 | 540.00 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| STST14028 | | MULTILEVEL ORGANIZER | 18 |
| FMHT10827 | | FM KNVE CD FOLDING | 36 |
| 33-735 | | FM TAPE CD 351/4" | 24 |
| STST14022 | | ST ORGANIZER SORTMASTER JR | 16 |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 60 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

ORIGINAL INVOICE – SEE REMIT TO      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428772802

**INVOICE DATE**
09/28/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 559211 D/609 | | 7025926825 | 09/28/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703L0834337P | | | | CTII | 55561157771 | 353.292 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

```
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII              00100761742036421831

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 3,977.82 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428772801

**INVOICE DATE**
09/28/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7070513 | 558205 D/609 | 7025870852 | 09/28/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0834337P | | CTII | 55561157771 | 11.520 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 20-220 | 31923 | ST SAW CUSHGRIP MULT | 36 | 5.90/1 | 212.40 |

```
FOB : ORIGIN

*** BACKORDERS ***
 028001L                        FM 28" TOOLSBOX STRUCTURAL FOAM      18

*** FOLLOWING ITEMS CANCELLED ***
 STST14022                      ST ORGANIZER SORTMASTER JR           16


STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                           00100761742036421831

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 212.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428772800

**INVOICE DATE**
09/28/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 559210 D/609 | 7025926775 | 09/28/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0834336P | | CTII | 55561157763 | 84.774 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 20-220 | 31923 | ST SAW CUSHGRIP MULT | 36 | 5.90/1 | 212.40 |
| 33-725 | 39287 | FM TAPE CD 25 1/4" | 24 | 15.66/1 | 375.84 |
| FMHT33338 | 42199 | FM TAPE CD 25FT 1-1/4IN AUTOLOCK | 9 | 19.43/1 | 174.87 |
| 12-137 | 43931 | NO62 JACK PLANE | 3 | 102.67/1 | 308.01 |
| 10-779 | 72219 | 001PC UTILITY KNIFE 6IN | 36 | 2.50/1 | 90.00 |

```
FOB : ORIGIN

*** BACKORDERS ***
STST14028                        MULTILEVEL ORGANIZER                    9
STST14022                        ST ORGANIZER SORTMASTER JR             16
028001L                          FM 28" TOOLSBOX STRUCTURAL FOAM         6




STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                             00100761742036407590

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,161.12 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428785579

**INVOICE DATE**
10/01/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

**STORE NUMBER:** 0447                                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 559212 D/609 | | 7025926812 | 10/01/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0839481P | | DART | 164L0839481P | 149.290 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STHT30810 | 39303 | ST TAPE CD 12FT 1/2IN LEVERLOCK | 24 | 3.16/1 | 75.84 |
| STHT30812 | 39304 | ST TAPE CD 16FT 3/4IN LEVERLOCK | 24 | 3.35/1 | 80.40 |
| FMHT33338 | 42199 | FM TAPE CD 25FT 1-1/4IN AUTOLOCK | 15 | 19.43/1 | 291.45 |
| 62-574 | 46136 | 20PC MULITBIT SD SET | 16 | 9.38/1 | 150.08 |
| STHT60103 | 46171 | STANLEY 16PC SCREWDRIVER SET | 8 | 9.17/1 | 73.36 |
| STHT60104 | 46172 | STANLEY 22PC SCREWDRIVER SET | 8 | 13.20/1 | 105.60 |
| TRE550Z | 72268 | ST STPL 2 IN 1 NAILER ELEC | 10 | 20.93/1 | 209.30 |
| 60-060 | 73270 | 6 PC SC SET & RACK | 6 | 3.42/1 | 20.52 |
| 33-430 | 97385 | ST TAPE CD PL 301" | 24 | 11.25/1 | 270.00 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| STST14028 | | MULTILEVEL ORGANIZER | 18 |
| 20-220 | | ST SAW CUSHGRIP MULT | 36 |
| 33-735 | | FM TAPE CD 351/4" | 24 |
| STST14022 | | ST ORGANIZER SORTMASTER JR | 16 |
| 33-835 | | ST TAPE CD PL 351" | 36 |
| 60-100 | | 10 PC SC SET & RACK | 6 |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 33 |

STORE NUMBER: ST 0447

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
2 of 2
**INVOICE NO**
9428785579
**INVOICE DATE**
10/01/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

**STORE NUMBER:** 0447                                                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 559212 D/609 | | 7025926812 | 10/01/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0839481P | | DART | | 164L0839481P | | 149.290 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DEPARTMENT : 609 | | | | | |
| VENDOR : 178801403 | | | | | |
| *** TRACKING IDs *** | | | | | |
| DART | | 00100288746459820822 | | | |

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,276.55 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

**PAGE**
1 of 2
**INVOICE NO**
9428785574

**INVOICE DATE**
10/01/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                                       **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 559213 D/609 | 7025926797 | 10/01/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0839485P | | DART | 164L0839485P | | 124.548 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 10-778 | 31545 | FMX RETRACT KNIFE | 36 | 5.55/1 | 199.80 |
| 11-921A | 31914 | ST BLD DISP 100PK | 24 | 6.34/1 | 152.16 |
| 33-725 | 39287 | FM TAPE CD 25 1/4" | 24 | 15.66/1 | 375.84 |
| STHT30812 | 39304 | ST TAPE CD 16FT 3/4IN LEVERLOCK | 24 | 3.35/1 | 80.40 |
| 62-574 | 46136 | 20PC MULITBIT SD SET | 2 | 9.38/1 | 18.76 |
| STHT60103 | 46171 | STANLEY 16PC SCREWDRIVER SET | 4 | 9.17/1 | 36.68 |
| TRE550Z | 72268 | ST STPL 2 IN 1 NAILER ELEC | 10 | 20.93/1 | 209.30 |
| 21-399 | 72698 | 001PC SURFORM 6IN POCKET PLANE | 12 | 3.78/1 | 45.36 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*

| | | | | |
|---|---|---|---|---|
| STST14028 | | MULTILEVEL ORGANIZER | 18 | |
| 33-735 | | FM TAPE CD 351/4" | 24 | |
| STST14022 | | ST ORGANIZER SORTMASTER JR | 48 | |
| 10-779 | | 001PC UTILITY KNIFE 6IN | 36 | |
| 60-100 | | 10 PC SC SET & RACK | 18 | |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 18 | |

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

**PAGE**
2 of 2
**INVOICE NO**
9428785574

**INVOICE DATE**
10/01/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 7077145 | 559213 D/609 | | 7025926797 | 10/01/2018 | COLLECT | | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Fontana DC Black & Decker,Inc. / 164L0839485P | | | | DART | 164L0839485P | | 124.548 LB |
| **CATALOG NO.** | **DIST INFO** | | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

*** TRACKING IDs ***
DART                          00100288746459821454

THANK YOU FOR YOUR ORDER.

| **PLEASE REMIT TO:** | **TERMS:** | **FREIGHT CHARGES** | **SALES TAX** | **TOTAL AMOUNT OF INVOICE** |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,118.30 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428785570

**INVOICE DATE**
10/01/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 558207 D/609 | 7025870873 | 10/01/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0839485P | | DART | 164L0839485P | 6.960 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STHT30810 | 39303 | ST TAPE CD 12FT 1/2IN LEVERLOCK | 24 | 3.16/1 | 75.84 |

```
FOB : ORIGIN

*** BACKORDERS ***
33-730                          FM TAPE CD 301/4"                    24

*** FOLLOWING ITEMS CANCELLED ***
STST14022                       ST ORGANIZER SORTMASTER JR          16


STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
DART                            00100288746459821454

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 75.84 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428828796

**INVOICE DATE**
10/05/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DRIVE NORTH
JACKSONVILLE, FL 32218

STORE NUMBER: 0425          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 559968 D/609 | | 7025995569 | 10/05/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 703L0887154P | | | CTII | 55562897615 | | 64.080 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 34-106 | 72906 | ST TAPE CC 100 LONG | 72 | 6.53/1 | 470.16 |

```
FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                          00100761742038648489

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 470.16 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428828795

**INVOICE DATE**
10/05/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DRIVE NORTH
JACKSONVILLE, FL 32218

STORE NUMBER: 0425          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 559209 D/609 | | 7025926733 | 10/05/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703L0887154P | | | CTII | | 55562897615 | 31.890 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| 028001L | 81357 | FM 28" TOOLSBOX STRUCTURAL FOAM | | 3 | 20.60/1 | 61.80 |

```
FOB : ORIGIN

*** BACKORDERS ***
  STST14022                      ST ORGANIZER SORTMASTER JR          32


STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
  CTII                         00100761742038648489

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 61.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428828794

**INVOICE DATE**
10/05/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DRIVE NORTH
JACKSONVILLE, FL 32218

**STORE NUMBER:** 0425                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 558203 D/609 | 7025870795 | 10/05/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0887154P | | CTII | 55562897615 | | 159.450 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 028001L | 81357 | FM 28" TOOLSBOX STRUCTURAL FOAM | 15 | 20.60/1 | 309.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                        00100761742038648489

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 309.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428828793

**INVOICE DATE**
10/05/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7070513 | 559211 D/609 | 7025926825 | 10/05/2018 | COLLECT |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0887153P | CTII | 55562897607 | 637.800 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 028001L | 81357 | FM 28" TOOLSBOX STRUCTURAL FOAM | 60 | 20.60/1 | 1,236.00 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| STST14028 | | MULTILEVEL ORGANIZER | 18 |
| FMHT10827 | | FM KNVE CD FOLDING | 36 |
| 33-735 | | FM TAPE CD 351/4" | 24 |
| STST14022 | | ST ORGANIZER SORTMASTER JR | 16 |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                      00100761742038616075

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,236.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428828792
**INVOICE DATE**
10/05/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|
| 7070513 | 559971 D/609 | 7025995642 | 10/05/2018 | COLLECT | | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0887153P | | CTII | 55562897607 | | 257.456 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 11-921A | 31914 | ST BLD DISP 100PK | 24 | 6.34/1 | 152.16 |
| 20-221 | 31922 | ST SAW 10" SHORT CUT | 18 | 7.66/1 | 137.88 |
| 33-725 | 39287 | FM TAPE CD 25 1/4" | 48 | 15.66/1 | 751.68 |
| STHT30810 | 39303 | ST TAPE CD 12FT 1/2IN LEVERLOCK | 24 | 3.16/1 | 75.84 |
| 62-574 | 46136 | 20PC MULITBIT SD SET | 18 | 9.38/1 | 168.84 |
| STHT60103 | 46171 | STANLEY 16PC SCREWDRIVER SET | 20 | 9.17/1 | 183.40 |
| TRE550Z | 72268 | ST STPL 2 IN 1 NAILER ELEC | 10 | 20.93/1 | 209.30 |
| 21-399 | 72698 | 001PC SURFORM 6IN POCKET PLANE | 32 | 3.78/1 | 120.96 |
| 33-835 | 72901 | ST TAPE CD PL 351" | 16 | 12.37/1 | 197.92 |
| 60-060 | 73270 | 6 PC SC SET & RACK | 42 | 3.42/1 | 143.64 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*

| | | | | | |
|---|---|---|---|---|---|
| FMST20061 | | FM 20" TOOLBOX METAL/PLASTIC | 56 | | |
| STST14028 | | MULTILEVEL ORGANIZER | 45 | | |
| STST41001 | | PORTABLE STORAGE TOTE TRAY | 18 | | |
| STST14022 | | ST ORGANIZER SORTMASTER JR | 48 | | |
| FMST14820 | | FM DEEP PRO ORGANIZER | 30 | | |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 51 | | |

STORE NUMBER: ST 0443
DEPARTMENT : 609

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

ORIGINAL INVOICE – SEE REMIT TO        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2

**INVOICE NO**
9428828792

**INVOICE DATE**
10/05/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                           **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 559971 D/609 | | 7025995642 | 10/05/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703L0887153P | | | | CTII | 55562897607 | 257.456 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

```
VENDOR : 178801403
*** TRACKING IDs ***
CTII                        00100761742038616075

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,141.62 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428828791

**INVOICE DATE**
10/05/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                             DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 558205 D/609 | | 7025870852 | 10/05/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0887153P | | CTII | 55562897607 | | 191.340 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 028001L | 81357 | FM 28" TOOLSBOX STRUCTURAL FOAM | 18 | 20.60/1 | 370.80 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
  STST14022                          ST ORGANIZER SORTMASTER JR           16


STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                     00100761742038616075

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 370.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428828790

**INVOICE DATE**
10/05/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 559972 D/609 | | 7025995549 | 10/05/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0887153P | | CTII | | 55562897607 | | 711.480 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 30-455 | 37443 | ST TAPE 251" | 312 | 3.75/1 | 1,170.00 |
| 10-099 | 72166 | ST KNF RETRACT BULK | 144 | 2.42/1 | 348.48 |
| 11-921G | 72250 | ST BLD HEAVY DUTY | 180 | 0.34/1 | 61.20 |
| 30-485 | 72758 | ST TAPE CD 121/2" | 252 | 2.13/1 | 536.76 |
| 34-106 | 72906 | ST TAPE CC 100 LONG | 72 | 6.53/1 | 470.16 |
| 33-425 | 97382 | ST TAPE CD PL 251" | 192 | 8.82/1 | 1,693.44 |
| 33-430 | 97385 | ST TAPE CD PL 301" | 72 | 11.25/1 | 810.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                              00100761742038616075

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 5,090.04 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428828789

**INVOICE DATE**
10/05/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

| | | | |
|---|---|---|---|
| | **STORE NUMBER:** 0447 | | **DUNS. 00-131-7189** |

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7070513 | 559212 D/609 | 7025926812 | 10/05/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0887156P | CTII | 55562897581 | 418.530 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 20-220 | 31923 | ST SAW CUSHGRIP MULT | 36 | 5.90/1 | 212.40 |
| 33-835 | 72901 | ST TAPE CD PL 351" | 36 | 12.37/1 | 445.32 |
| 60-100 | 73272 | 10 PC SC SET & RACK | 6 | 5.56/1 | 33.36 |
| 028001L | 81357 | FM 28" TOOLSBOX STRUCTURAL FOAM | 33 | 20.60/1 | 679.80 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| STST14028 | | MULTILEVEL ORGANIZER | 18 |
| 33-735 | | FM TAPE CD 351/4" | 24 |
| STST14022 | | ST ORGANIZER SORTMASTER JR | 16 |

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                        00100761742038649486

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,370.88 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428828788

**INVOICE DATE**
10/05/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 559969 D/609 | 7025995693 | 10/05/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0887155P | CTII | 55562897623 | 296.318 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMHT62059 | 11263 | 002PC FATMAX SCREWDRIVER DIAMOND TIP SET | 8 | 5.85/1 | 46.80 |
| 66-344 | 13649 | ST SCD 4IN1 PCKET DR | 96 | 1.39/1 | 133.44 |
| 11-921A | 31914 | ST BLD DISP 100PK | 24 | 6.34/1 | 152.16 |
| 33-725 | 39287 | FM TAPE CD 25 1/4" | 24 | 15.66/1 | 375.84 |
| STHT30810 | 39303 | ST TAPE CD 12FT 1/2IN LEVERLOCK | 24 | 3.16/1 | 75.84 |
| STHT30812 | 39304 | ST TAPE CD 16FT 3/4IN LEVERLOCK | 24 | 3.35/1 | 80.40 |
| FMHT33338 | 42199 | FM TAPE CD 25FT 1-1/4IN AUTOLOCK | 15 | 19.43/1 | 291.45 |
| 12-137 | 43931 | NO62 JACK PLANE | 2 | 102.67/1 | 205.34 |
| 97-126 | 43937 | 011PC 12DR DEEP IMPACT SOCKET SET MM | 12 | 14.08/1 | 168.96 |
| 16-401 | 43960 | BLY 5PC CHISEL POUCH | 6 | 51.62/1 | 309.72 |
| 62-574 | 46136 | 20PC MULITBIT SD SET | 18 | 9.38/1 | 168.84 |
| 21-399 | 72698 | 001PC SURFORM 6IN POCKET PLANE | 16 | 3.78/1 | 60.48 |
| 33-835 | 72901 | ST TAPE CD PL 351" | 44 | 12.37/1 | 544.28 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | | | |
|---|---|---|---|---|---|
| STST14028 | | MULTILEVEL ORGANIZER | 9 | | |
| FMHT10827 | | FM KNVE CD FOLDING | 72 | | |
| 33-735 | | FM TAPE CD 351/4" | 24 | | |
| STST41001 | | PORTABLE STORAGE TOTE TRAY | 18 | | |
| STST14022 | | ST ORGANIZER SORTMASTER JR | 16 | | |
| FMST14820 | | FM DEEP PRO ORGANIZER | 3 | | |
| 060864R | | ST FOLDING SAWHORSE TWIN PACK | 16 | | |
| 014710R | | ST DEEP PRO ORGANIZER | 4 | | |
| STST19410 | | ST 19" TOOLBOX | 4 | | |
| FMST14920 | | FM SHALLOW PRO ORG | 5 | | |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 15 | | |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428828788
**INVOICE DATE**
10/05/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                                  **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 559969 D/609 | | 7025995693 | 10/05/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703L0887155P | | | CTII | | 55562897623 | 296.318 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                                    00100761742038646430

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,613.55 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# **Invoice**

**PAGE**
1 of 1
**INVOICE NO**
9428828787

**INVOICE DATE**
10/05/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                                      DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 559970 D/609 | 7025995540 | 10/05/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703L0887155P | | | CTII | 55562897623 | 113.680 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 30-485 | 72758 | ST TAPE CD 121/2" | 36 | 2.13/1 | 76.68 |
| 34-106 | 72906 | ST TAPE CC 100 LONG | 20 | 6.53/1 | 130.60 |
| 33-425 | 97382 | ST TAPE CD PL 251" | 96 | 8.82/1 | 846.72 |

```
FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                    00100761742038646430

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,054.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428828786

**INVOICE DATE**
10/05/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                   **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 559210 D/609 | | 7025926775 | 10/05/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0887155P | | CTII | | 55562897623 | | 63.780 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 028001L | 81357 | FM 28" TOOLSBOX STRUCTURAL FOAM | 6 | 20.60/1 | 123.60 |

```
FOB : ORIGIN

*** BACKORDERS ***
STST14028                       MULTILEVEL ORGANIZER                9
STST14022                       ST ORGANIZER SORTMASTER JR         16


STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                            00100761742038646430

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 123.60 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428828785

**INVOICE DATE**
10/05/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                   **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 557329 D/609 | 7025806136 | 10/05/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0887155P | | CTII | 55562897623 | | 95.670 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 028001L | 81357 | FM 28" TOOLSBOX STRUCTURAL FOAM | 9 | 20.60/1 | 185.40 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*
 STST14028                          MULTILEVEL ORGANIZER                    9

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403
\*\*\* TRACKING IDs \*\*\*
 CTII                    00100761742038646430

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 185.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428828784

**INVOICE DATE**
10/05/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                      DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 556414 D/609 | 7025765233 | 10/05/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0887151P | | CTII | 55562897599 | 287.010 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 028001L | 81357 | FM 28" TOOLSBOX STRUCTURAL FOAM | 27 | 20.60/1 | 556.20 |

FOB : ORIGIN

*** BACKORDERS ***
FMHT10827                          FM KNVE CD FOLDING                    36

*** FOLLOWING ITEMS CANCELLED ***
33-835                             ST TAPE CD PL 351"                    28


STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                               00100761742038616136

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 556.20 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428828783

**INVOICE DATE**
10/05/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 559213 D/609 | | 7025926797 | 10/05/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 703L0887151P | | | CTII | 55562897599 | | 216.360 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| 60-100 | 73272 | 10 PC SC SET & RACK | | 18 | 5.56/1 | 100.08 |
| 028001L | 81357 | FM 28" TOOLSBOX STRUCTURAL FOAM | | 18 | 20.60/1 | 370.80 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| STST14028 | | MULTILEVEL ORGANIZER | 18 |
| 33-735 | | FM TAPE CD 351/4" | 24 |
| STST14022 | | ST ORGANIZER SORTMASTER JR | 48 |
| 10-779 | | 001PC UTILITY KNIFE 6IN | 36 |

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII           00100761742038616136

THANK YOU FOR YOUR ORDER.

| **PLEASE REMIT TO:** | **TERMS:** | **FREIGHT CHARGES** | **SALES TAX** | **TOTAL AMOUNT OF INVOICE** |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 470.88 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428828782

**INVOICE DATE**
10/05/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 549572 D/609 | | 7025366613 | 10/05/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0887151P | | CTII | 55562897599 | | 23.040 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMHT10827 | 36599 | FM KNVE CD FOLDING | 72 | 5.67/1 | 408.24 |

```
FOB : ORIGIN

*** BACKORDERS ***
  FMST20061                        FM 20" TOOLBOX METAL/PLASTIC        116


STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                             00100761742038616136

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 408.24 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428838304

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DRIVE NORTH
JACKSONVILLE, FL 32218

STORE NUMBER: 0425                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|
| 7077145 | 553422 D/609 | 7025607333 | 10/08/2018 | COLLECT | | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038S0011692P | | UPS | | | 126.720 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST20061 | 10611 | FM 20" TOOLBOX METAL/PLASTIC | 24 | 18.00/1 | 432.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                              1Z9A04590301853990

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 432.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428838302

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DRIVE NORTH
JACKSONVILLE, FL 32218

STORE NUMBER: 0425                                          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|
| 7077145 | 552472 D/609 | 7025554891 | 10/08/2018 | COLLECT | | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Jackson - North DC / 038S0011672P | | UPS | | 84.480 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST20061 | 10611 | FM 20" TOOLBOX METAL/PLASTIC | 16 | 18.00/1 | 288.00 |

FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                              1Z9A04590301853267

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 288.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428838300

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 545600 D/609 | | 7025166781 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | | CARRIER | | PRO # | WEIGHT |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038S0011676P | | | UPS | | | 126.720 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST20061 | 10611 | FM 20" TOOLBOX METAL/PLASTIC | 24 | 18.00/1 | 432.00 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| FMST20061 | | FM 20" TOOLBOX METAL/PLASTIC | 12 |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 12 |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                          1Z9A04590301853347

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 432.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428838297

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

| STORE NUMBER: 0447 | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7070513 | 552475 D/609 | 7025555007 | 10/08/2018 | COLLECT |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Jackson - North DC / 038S0011680P | | UPS | | 126.720 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST20061 | 10611 | FM 20" TOOLBOX METAL/PLASTIC | 24 | 18.00/1 | 432.00 |

FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                         1Z9A04590301853418

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 432.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428838296

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

**STORE NUMBER:** 0447                                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 551532 D/609 | | 7025486258 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | WEIGHT | |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038S0011684P | | UPS | | | 63.360 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST20061 | 10611 | FM 20" TOOLBOX METAL/PLASTIC | 12 | 18.00/1 | 216.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                          1Z9A04590301854079

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 216.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428838294

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

STORE NUMBER: 0447                                                        DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 553425 D/609 | | 7025607374 | 10/08/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Jackson - North DC / 038S0011686P | | | UPS | | | 126.720 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| FMST20061 | 10611 | FM 20" TOOLBOX METAL/PLASTIC | | 24 | 18.00/1 | 432.00 |

```
FOB : ORIGIN

*** BACKORDERS ***
   FMHT10827                          FM KNVE CD FOLDING              36


STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                         1Z9A04590301854220

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 432.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428838292

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|
| 7077145 | 554311 D/609 | 7025656709 | 10/08/2018 | COLLECT | | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Jackson - North DC / 038S0011674P | | UPS | | 42.240 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST20061 | 10611 | FM 20" TOOLBOX METAL/PLASTIC | 8 | 18.00/1 | 144.00 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
INV-SKU                          F28WW                          3
INV-SKU                          N66C-1                          1


STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                          1Z9A04590301853285

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 144.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

ORIGINAL INVOICE – SEE REMIT TO      10% for inspection & repacking will be charged for goods authorized for return

**Stanley Black & Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428838290
**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                     DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7077145 | 545603 D/609 | 7025166881 | 10/08/2018 | COLLECT |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Jackson - North DC / 038S0011690P | UPS | | 84.480 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST20061 | 10611 | FM 20" TOOLBOX METAL/PLASTIC | 16 | 18.00/1 | 288.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                        1Z9A04590301854284

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 288.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428838288
**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 554314 D/609 | | 7025656724 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Jackson - North DC / 038S0011682P | | UPS | | 63.360 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST20061 | 10611 | FM 20" TOOLBOX METAL/PLASTIC | 12 | 18.00/1 | 216.00 |

FOB : ORIGIN

*** BACKORDERS ***
FMHT10827                FM KNVE CD FOLDING                36


STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                      1Z9A04590301854033


THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 216.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428836925

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7070513 | 559211 D/609 | 7025926825 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889347P | UPS | | 38.400 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 33-735 | 39288 | FM TAPE CD 351/4" | 24 | 19.21/1 | 461.04 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*
| | | | |
|---|---|---|---|
| STST14028 | | MULTILEVEL ORGANIZER | 18 |
| FMHT10827 | | FM KNVE CD FOLDING | 36 |
| STST14022 | | ST ORGANIZER SORTMASTER JR | 16 |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
\*\*\* TRACKING IDs \*\*\*
UPS                          1Z7996860325496268

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 461.04 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428836922

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

STORE NUMBER: 0447                                                           DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7070513 | 559974 D/609 | 7025995609 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889350P | DART | 164L0889350P | 301.400 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 30-455 | 37443 | ST TAPE 251" | 216 | 3.75/1 | 810.00 |
| 10-099 | 72166 | ST KNF RETRACT BULK | 36 | 2.42/1 | 87.12 |
| 30-485 | 72758 | ST TAPE CD 121/2" | 72 | 2.13/1 | 153.36 |
| 34-106 | 72906 | ST TAPE CC 100 LONG | 52 | 6.53/1 | 339.56 |
| 68-012 | 73409 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 24 | 2.81/1 | 67.44 |
| 33-430 | 97385 | ST TAPE CD PL 301" | 24 | 11.25/1 | 270.00 |

```
FOB : ORIGIN

*** BACKORDERS ***
33-425                          ST TAPE CD PL 251"          24

*** FOLLOWING ITEMS CANCELLED ***
30-485                          ST TAPE CD 121/2"           36


STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
DART                            00100288746461795804

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,727.48 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428836916

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

**STORE NUMBER:** 0447     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7070513 | 559973 D/609 | 7025995562 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889350P | | DART | 164L0889350P | 63.120 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 11-921A | 31914 | ST BLD DISP 100PK | 24 | 6.34/1 | 152.16 |
| 62-574 | 46136 | 20PC MULITBIT SD SET | 6 | 9.38/1 | 56.28 |
| 60-060 | 73270 | 6 PC SC SET & RACK | 30 | 3.42/1 | 102.60 |

FOB : ORIGIN

*** BACKORDERS ***
| | | | |
|---|---|---|---|
| FMST20061 | | FM 20" TOOLBOX METAL/PLASTIC | 12 |
| STST14028 | | MULTILEVEL ORGANIZER | 18 |
| STST41001 | | PORTABLE STORAGE TOTE TRAY | 6 |
| STST14022 | | ST ORGANIZER SORTMASTER JR | 16 |
| 33-730 | | FM TAPE CD 301/4" | 24 |
| 33-835 | | ST TAPE CD PL 351" | 24 |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 12 |

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
DART                              00100288746461795804

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 311.04 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428836912

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

STORE NUMBER: 0447                                          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7070513 | 559212 D/609 | 7025926812 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889350P | | DART | 164L0889350P | 38.400 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 33-735 | 39288 | FM TAPE CD 351/4" | 24 | 19.21/1 | 461.04 |

FOB : ORIGIN

*** BACKORDERS ***
STST14028                    MULTILEVEL ORGANIZER              18
STST14022                    ST ORGANIZER SORTMASTER JR        16


STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
DART                         00100288746461795804

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 461.04 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428836904

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 559976 D/609 | | 7025995623 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889354P | | DART | 164L0889354P | | 285.360 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 30-455 | 37443 | ST TAPE 251" | 96 | 3.75/1 | 360.00 |
| 10-099 | 72166 | ST KNF RETRACT BULK | 144 | 2.42/1 | 348.48 |
| 11-921G | 72250 | ST BLD HEAVY DUTY | 60 | 0.34/1 | 20.40 |
| 34-106 | 72906 | ST TAPE CC 100 LONG | 84 | 6.53/1 | 548.52 |
| 33-430 | 97385 | ST TAPE CD PL 301" | 72 | 11.25/1 | 810.00 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 30-485 | | ST TAPE CD 121/2" | 288 |
| 33-425 | | ST TAPE CD PL 251" | 168 |

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
DART                    00100288746461797150

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,087.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428836901

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                         **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 559213 D/609 | | 7025926797 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889354P | | DART | 164L0889354P | | 38.400 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 33-735 | 39288 | FM TAPE CD 351/4" | 24 | 19.21/1 | 461.04 |

```
FOB : ORIGIN

*** BACKORDERS ***
STST14028               MULTILEVEL ORGANIZER              18
STST14022               ST ORGANIZER SORTMASTER JR        48
10-779                  001PC UTILITY KNIFE 6IN           36



STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
DART                    00100288746461797150

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 461.04 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428836896

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449

**DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 559975 D/609 | 7025995572 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889354P | | DART | 164L0889354P | | 133.548 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 10-778 | 31545 | FMX RETRACT KNIFE | 36 | 5.55/1 | 199.80 |
| 11-921A | 31914 | ST BLD DISP 100PK | 24 | 6.34/1 | 152.16 |
| 33-725 | 39287 | FM TAPE CD 25 1/4" | 24 | 15.66/1 | 375.84 |
| STHT30810 | 39303 | ST TAPE CD 12FT 1/2IN LEVERLOCK | 48 | 3.16/1 | 151.68 |
| STHT30812 | 39304 | ST TAPE CD 16FT 3/4IN LEVERLOCK | 24 | 3.35/1 | 80.40 |
| 62-574 | 46136 | 20PC MULITBIT SD SET | 2 | 9.38/1 | 18.76 |
| STHT60103 | 46171 | STANLEY 16PC SCREWDRIVER SET | 4 | 9.17/1 | 36.68 |
| TRE550Z | 72268 | ST STPL 2 IN 1 NAILER ELEC | 10 | 20.93/1 | 209.30 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*

| | | | | |
|---|---|---|---|---|
| FMST20061 | | FM 20" TOOLBOX METAL/PLASTIC | 80 | |
| STST14028 | | MULTILEVEL ORGANIZER | 36 | |
| STST41001 | | PORTABLE STORAGE TOTE TRAY | 30 | |
| STST14022 | | ST ORGANIZER SORTMASTER JR | 32 | |
| FMST14820 | | FM DEEP PRO ORGANIZER | 24 | |
| FMST14920 | | FM SHALLOW PRO ORG | 10 | |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 69 | |

STORE NUMBER: ST 0449
DEPARTMENT : 609

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428836896
**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 559975 D/609 | | 7025995572 | 10/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0889354P | | DART | | 164L0889354P | | 133.548 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| VENDOR : 178801403 | | | | | |
| *** TRACKING IDs *** | | | | | |
| DART | | 00100288746461797150 | | | |

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,224.62 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428848982

**INVOICE DATE**
10/09/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 559971 D/609 | | 7025995642 | 10/09/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038L0893866P | | UPS | | | 182.040 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST41001 | 41787 | PORTABLE STORAGE TOTE TRAY | 18 | 5.15/1 | 92.70 |
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 30 | 15.45/1 | 463.50 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| FMST20061 | | FM 20" TOOLBOX METAL/PLASTIC | 56 |
| STST14028 | | MULTILEVEL ORGANIZER | 45 |
| STST14022 | | ST ORGANIZER SORTMASTER JR | 48 |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 51 |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                          1Z9A04590301856264

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 556.20 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428848980

**INVOICE DATE**
10/09/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

**STORE NUMBER:** 0447                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 559973 D/609 | | 7025995562 | 10/09/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Jackson - North DC / 038S0011688P | | | UPS | | | 12.180 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| STST41001 | 41787 | PORTABLE STORAGE TOTE TRAY | | 6 | 5.15/1 | 30.90 |

```
FOB : ORIGIN

*** BACKORDERS ***
FMST20061                    FM 20" TOOLBOX METAL/PLASTIC        12
STST14028                    MULTILEVEL ORGANIZER               18
STST14022                    ST ORGANIZER SORTMASTER JR         16
33-730                       FM TAPE CD 301/4"                  24
33-835                       ST TAPE CD PL 351"                 24
028001L                      FM 28" TOOLSBOX STRUCTURAL FOAM    12




STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                          1Z9A04590301857941

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 30.90 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# **Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428848978

**INVOICE DATE**
10/09/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 559975 D/609 | 7025995572 | 10/09/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Jackson - North DC / 038S0011678P | | UPS | | | 216.200 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST41001 | 41787 | PORTABLE STORAGE TOTE TRAY | 30 | 5.15/1 | 154.50 |
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 24 | 15.45/1 | 370.80 |
| FMST14920 | 46346 | FM SHALLOW PRO ORG | 10 | 12.36/1 | 123.60 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| FMST20061 | | FM 20" TOOLBOX METAL/PLASTIC | 80 |
| STST14028 | | MULTILEVEL ORGANIZER | 36 |
| STST14022 | | ST ORGANIZER SORTMASTER JR | 32 |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 69 |

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                         1Z9A04590301856317

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 648.90 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428828797

**INVOICE DATE**
10/05/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                                      DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 559957 D/609 | | 7025995520 | 10/05/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0887151P | | CTII | | 55562897599 | | 58.800 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| BTFP72334 | 16832 | HOSE 3/8IN X50FTRU/PVC1/4 NPT(M)BT | 12 | 22.20/1 | 266.40 |

```
FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 151641081
*** TRACKING IDs ***
CTII                              00100761742038616136

713-555-5555

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 266.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1
**INVOICE NO**
9428762061

**INVOICE DATE**
09/27/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS HOMETOWN - 30449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | PO1061046 | 7025916930 | 09/27/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703L0831787P | | RDWY | | 7562066130 | 177.740 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 3041006 | 009014226000 | 6PC SET SB MAX 1/2_5/8_3/4_7/8_1_1-1/4" | 30 | 17.01/1 | 510.30 |
| 3111002 | 009014643000 | DOOR INSTLTN KIT BI-METAL | 30 | 11.66/1 | 349.80 |
| 1786757 | 009036870000 | SHARPENING TOOLS KIT | 16 | 6.93/1 | 110.88 |
| 341008 | 009090747000 | FLAT BIT 8PC SPEEDBOR SET | 30 | 13.97/1 | 419.10 |

FOB : ORIGIN
STORE NUMBER: ST 30449
VENDOR : 425220
*** TRACKING IDs ***
RDWY                          00100761742036359257

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,390.08 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428762060

**INVOICE DATE**
09/27/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS HOMETOWN - 30449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 557884 D/609 | | 7025870923 | 09/27/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 703L0831787P | | | RDWY | 7562066130 | | 23.550 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| 2078709 | 14009 | 2PC GROOVELOCK PP CD SET-8" + 10" | | 15 | 15.71/1 | 235.65 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 20 | | CLMP LCKNG 11SP 11"/SW PAD | 25 |
| 1964743 | | BAR CLAMP 6IN 15CM 2PK NEXT GEN MINI | 1 |
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 72 |
| 2011208 | | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 24 |
| 902L3 | | PLIER LCKNG 5WR 5" CRVD JAW | 50 |
| 45713 | | LCKING PLIRS CRAFTSMAN 3PC FAST RELEASE | 195 |

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
RDWY                    00100761742036359257

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
P.O. Box 223516
Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 235.65 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428762059

**INVOICE DATE**
09/27/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS HOMETOWN - 30449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 558753 D/609 | 7025926822 | 09/27/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703L0831787P | | | RDWY | 7562066130 | 209.428 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078300 | 13352 | 8" SELF-ADJUSTING OVAL/FLAT WIRE STRIPPR | 30 | 13.39/1 | 401.70 |
| 4935704 | 14161 | 1/4" QUICK CHANGE BIT HOLDER 6" OAL | 48 | 5.39/1 | 258.72 |
| 17 | 20600 | CLMP LCKNG 6R 6"/REG TIP | 10 | 5.90/1 | 59.00 |
| 4935351 | 29363 | PLIER 6" GROOVELOCK | 40 | 6.23/1 | 249.20 |
| 4935580 | 29369 | PLIER LCKNG ORIGINAL 3PC BLACK TRAY SET | 15 | 20.85/1 | 312.75 |
| 45711 | 45711 | LCKNG PLIERS 7R CRAFTSMAN FASTRELEASE | 50 | 7.06/1 | 353.00 |
| 45714 | 45714 | LCKNG PLIERS 10WR CRAFTSMAN FASTRELEASE | 25 | 8.09/1 | 202.25 |
| 52168 | 52168 | POWER-OUT SEARS 5-PIECE SET | 25 | 10.29/1 | 257.25 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | | | |
|---|---|---|---|---|---|
| 2078709 | | 2PC GROOVELOCK PP CD SET-8" + 10" | 30 | | |
| 23 | | CLMP LCKNG 8R 8" SHEET MTL | 25 | | |
| 20 | | CLMP LCKNG 11SP 11"/SW PAD | 25 | | |
| 18 | | CLMP LCKNG 6SP 6"/SW PAD | 25 | | |
| 4935576 | | PLIER LCKNG 10CR 10" CRVD JAW | 10 | | |
| 2011208 | | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 24 | | |
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 115 | | |
| 102L3 | | PLIER LCKNG 10R 10" STRGHT JAW | 25 | | |
| 702L3 | | PLIER LCKNG 7WR 7" CRVD JAW | 25 | | |
| 37 | | PLIER LCKNG ORIGINAL 2PC SET 10WR 5WR | 25 | | |
| 31 | | CLMP LCKNG 9SP 9"/SW PAD | 25 | | |
| 45713 | | LCKING PLIRS CRAFTSMAN 3PC FAST RELEASE | 200 | | |
| 274001SM | | PIPE WRENCH 11" QUICK ADJUST | 10 | | |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
P.O. Box 223516
Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428762059
**INVOICE DATE**
09/27/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS HOMETOWN - 30449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 558753 D/609 | | 7025926822 | 09/27/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0831787P | | RDWY | | 7562066130 | | 209.428 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

```
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
RDWY                          00100761742036359257

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 2,093.87 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428761023

**INVOICE DATE**
09/27/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS HOMETOWN - 30449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 556186 D/609 | | 7025765170 | 09/27/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703C1514881P | | UPS | | | | 30.852 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 1948798 | 52272 | IRWIN 2-PC PROTQ DEMO SCDR SET | 36 | 5.56/1 | 200.16 |

FOB : ORIGIN

```
*** BACKORDERS ***
1964743                     BAR CLAMP 6IN 15CM 2PK NEXT GEN MINI      2
2011106                     15" CRAFTSMAN CARPENTER SAW-COARSE 9PT-  144
274001SM                    PIPE WRENCH 11" QUICK ADJUST             20


STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                         1Z10W2720328482111

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 200.16 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428761022

**INVOICE DATE**
09/27/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

**STORE NUMBER:** 0447        **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 558752 D/609 | 7025926799 | 09/27/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0831661P | AVRT | 0309005207 | 112.710 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078300 | 13352 | 8" SELF-ADJUSTING OVAL/FLAT WIRE STRIPPR | 30 | 13.39/1 | 401.70 |
| 4935351 | 29363 | PLIER 6" GROOVELOCK | 10 | 6.23/1 | 62.30 |
| 45710 | 45710 | LCKNG PLIERS 7WR CRAFTSMAN FASTRELEASE | 25 | 7.54/1 | 188.50 |
| 45712 | 45712 | LCKING PLIRS CRAFTSMAN 2PC FAST RELEASE | 25 | 14.02/1 | 350.50 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 20 | | CLMP LCKNG 11SP 11"/SW PAD | 25 |
| 18 | | CLMP LCKNG 6SP 6"/SW PAD | 10 |
| 2011208 | | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 96 |
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 95 |
| 102L3 | | PLIER LCKNG 10R 10" STRGHT JAW | 25 |
| 1402L3 | | PLIER LCKNG 6LN 6" LNG NOSE | 25 |
| 902L3 | | PLIER LCKNG 5WR 5" CRVD JAW | 25 |
| 702L3 | | PLIER LCKNG 7WR 7" CRVD JAW | 25 |
| 37 | | PLIER LCKNG ORIGINAL 2PC SET 10WR 5WR | 25 |
| 45713 | | LCKING PLIRS CRAFTSMAN 3PC FAST RELEASE | 95 |
| 274001SM | | PIPE WRENCH 11" QUICK ADJUST | 10 |
| 1948798 | | IRWIN 2-PC PROTQ DEMO SCDR SET | 36 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428761022

**INVOICE DATE**
09/27/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

STORE NUMBER: 0447                                  DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 6378402 | 558752 D/609 | | 7025926799 | 09/27/2018 | PREPAID | | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 703L0831661P | | | | AVRT | 0309005207 | | 112.710 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

```
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
AVRT                          00100761742036231867

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,003.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428772681

**INVOICE DATE**
09/28/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                      DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 558751 D/609 | 7025926829 | 09/28/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0831738P | | CTII | 55561157466 | 357.880 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078300 | 13352 | 8" SELF-ADJUSTING OVAL/FLAT WIRE STRIPPR | 70 | 13.39/1 | 937.30 |
| 4935705 | 13705 | 1/4" QUICK CHANGE BIT HOLDER 12" OAL | 48 | 5.99/1 | 287.52 |
| 17 | 20600 | CLMP LCKNG 6R 6"/REG TIP | 10 | 5.90/1 | 59.00 |
| 4935351 | 29363 | PLIER 6" GROOVELOCK | 40 | 6.23/1 | 249.20 |
| 4935580 | 29369 | PLIER LCKNG ORIGINAL 3PC BLACK TRAY SET | 10 | 20.85/1 | 208.50 |
| 4935096 | 29373 | 10" STRAIGHT JAW GROOVELOCK | 20 | 9.01/1 | 180.20 |
| 45711 | 45711 | LCKNG PLIERS 7R CRAFTSMAN FASTRELEASE | 25 | 7.06/1 | 176.50 |
| 45712 | 45712 | LCKNG PLIRS CRAFTSMAN 2PC FAST RELEASE | 25 | 14.02/1 | 350.50 |
| 45714 | 45714 | LCKNG PLIERS 10WR CRAFTSMAN FASTRELEASE | 25 | 8.09/1 | 202.25 |
| 45715 | 45715 | LCKNG PLIERS 10R CRAFTSMAN FASTRELEASE | 50 | 7.60/1 | 380.00 |
| 45717 | 45717 | LCKNG PLIERS 5WR CRAFTSMAN FASTRELEASE | 25 | 6.66/1 | 166.50 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | | | |
|---|---|---|---|---|---|
| 2078709 | | 2PC GROOVELOCK PP CD SET-8" + 10" | 75 | | |
| 20 | | CLMP LCKNG 11SP 11"/SW PAD | 25 | | |
| 2011105 | | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 24 | | |
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 105 | | |
| 102L3 | | PLIER LCKNG 10R 10" STRGHT JAW | 90 | | |
| 1402L3 | | PLIER LCKNG 6LN 6" LNG NOSE | 50 | | |
| 902L3 | | PLIER LCKNG 5WR 5" CRVD JAW | 25 | | |
| 702L3 | | PLIER LCKNG 7WR 7" CRVD JAW | 75 | | |
| 37 | | PLIER LCKNG ORIGINAL 2PC SET 10WR 5WR | 50 | | |
| 31 | | CLMP LCKNG 9SP 9"/SW PAD | 25 | | |
| 45713 | | LCKING PLIRS CRAFTSMAN 3PC FAST RELEASE | 345 | | |
| 274001SM | | PIPE WRENCH 11" QUICK ADJUST | 10 | | |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428772681

**INVOICE DATE**
09/28/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 558751 D/609 | 7025926829 | 09/28/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0831738P | | CTII | 55561157466 | 357.880 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|

```
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                    00100761742036701797

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 3,197.47 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

ORIGINAL INVOICE – SEE REMIT TO    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428772680

**INVOICE DATE**
09/28/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 557882 D/609 | 7025870892 | 09/28/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0831738P | | CTII | 55561157466 | | 78.380 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078709 | 14009 | 2PC GROOVELOCK PP CD SET-8" + 10" | 30 | 15.71/1 | 471.30 |
| 4935580 | 29369 | PLIER LCKNG ORIGINAL 3PC BLACK TRAY SET | 10 | 20.85/1 | 208.50 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 20 | | CLMP LCKNG 11SP 11"/SW PAD | 25 |
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 168 |
| 2011208 | | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 24 |
| 902L3 | | PLIER LCKNG 5WR 5" CRVD JAW | 75 |
| 37 | | PLIER LCKNG ORIGINAL 2PC SET 10WR 5WR | 25 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 25 |
| 45716 | | LCKNG PLIERS 6LN CRAFTSMAN FASTRELEASE | 25 |
| 274001SM | | PIPE WRENCH 11" QUICK ADJUST | 25 |

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| 45713 | | LCKING PLIRS CRAFTSMAN 3PC FAST RELEASE | 390 |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII      00100761742036701797

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 679.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428772679
**INVOICE DATE**
09/28/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS HOMETOWN - 30440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                   **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | PO1061044 | 7025916927 | 09/28/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0831763P | EXLA | 0109719056 | 296.828 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 3041006 | 009014226000 | 6PC SET SB MAX 1/2_5/8_3/4_7/8_1_1-1/4" | 54 | 17.01/1 | 918.54 |
| 3111002 | 009014643000 | DOOR INSTLTN KIT BI-METAL | 54 | 11.66/1 | 629.64 |
| 1786757 | 009036870000 | SHARPENING TOOLS KIT | 16 | 6.93/1 | 110.88 |
| 341008 | 009090747000 | FLAT BIT 8PC SPEEDBOR SET | 54 | 13.97/1 | 754.38 |

```
FOB : ORIGIN
STORE NUMBER: ST 30440
VENDOR : 425220
*** TRACKING IDs ***
EXLA                    00100761742036682089

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 2,413.44 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428772678
**INVOICE DATE**
09/28/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS HOMETOWN - 30440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                              DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 558750 D/609 | | 7025926862 | 09/28/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 703L0831763P | | | EXLA | 0109719056 | | 97.058 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078300 | 13352 | 8" SELF-ADJUSTING OVAL/FLAT WIRE STRIPPR | 30 | 13.39/1 | 401.70 |
| 4935351 | 29363 | PLIER 6" GROOVELOCK | 10 | 6.23/1 | 62.30 |
| 2078316 | 3322 | 6" WIRE STRIPPER/CUTTER W/PROTOUCH GRIPS | 30 | 5.86/1 | 175.80 |
| 2078925 | 35657 | 4-1/2" FLUSH DIAGONAL W/SPRING | 5 | 8.76/1 | 43.80 |
| 45717 | 45717 | LCKNG PLIERS 5WR CRAFTSMAN FASTRELEASE | 25 | 6.66/1 | 166.50 |
| 52168 | 52168 | POWER-OUT SEARS 5-PIECE SET | 25 | 10.29/1 | 257.25 |
| 1949289 | 52273 | IRWIN 5-PC PROTQ PRCN SCDR SET | 48 | 6.75/1 | 324.00 |

FOB : ORIGIN

*** BACKORDERS ***

| 18 | | CLMP LCKNG 6SP 6"/SW PAD | 10 | | |
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 24 | | |
| 2011105 | | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 32 | | |
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 30 | | |
| 102L3 | | PLIER LCKNG 10R 10" STRGHT JAW | 25 | | |
| 45713 | | LCKING PLIRS CRAFTSMAN 3PC FAST RELEASE | 275 | | |
| 274001SM | | PIPE WRENCH 11" QUICK ADJUST | 15 | | |
| 1948798 | | IRWIN 2-PC PROTQ DEMO SCDR SET | 36 | | |
| 1078TRAY | | LKNG PLIERS ORIGINAL 10PC TRAY SET | 10 | | |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428772678

**INVOICE DATE**
09/28/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS HOMETOWN - 30440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 558750 D/609 | | 7025926862 | 09/28/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0831763P | | EXLA | 0109719056 | 97.058 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

```
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
EXLA                    00100761742036682089

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,431.35 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428779766

**INVOICE DATE**
09/29/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 558751 D/609 | 7025926829 | 09/29/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703C1526536P | UPS | | 117.750 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078709 | 14009 | 2PC GROOVELOCK PP CD SET-8" + 10" | 75 | 15.71/1 | 1,178.25 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 20 | | CLMP LCKNG 11SP 11"/SW PAD | 25 |
| 2011105 | | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 24 |
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 105 |
| 102L3 | | PLIER LCKNG 10R 10" STRGHT JAW | 90 |
| 1402L3 | | PLIER LCKNG 6LN 6" LNG NOSE | 50 |
| 902L3 | | PLIER LCKNG 5WR 5" CRVD JAW | 25 |
| 702L3 | | PLIER LCKNG 7WR 7" CRVD JAW | 75 |
| 37 | | PLIER LCKNG ORIGINAL 2PC SET 10WR 5WR | 50 |
| 31 | | CLMP LCKNG 9SP 9"/SW PAD | 25 |
| 45713 | | LCKING PLIRS CRAFTSMAN 3PC FAST RELEASE | 345 |
| 274001SM | | PIPE WRENCH 11" QUICK ADJUST | 10 |

STORE NUMBER: ST 0443

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

# Invoice

**PAGE**
2 of 2
**INVOICE NO**
9428779766

**INVOICE DATE**
09/29/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 558751 D/609 | | 7025926829 | 09/29/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703C1526536P | | | | UPS | | 117.750 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                          1Z10W2720328698451

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,178.25 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428808261

**INVOICE DATE**
10/02/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

**STORE NUMBER:** 0447     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 556185 D/609 | 7025765166 | 10/02/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164C0639946P | | UPS | | 30.852 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 1948798 | 52272 | IRWIN 2-PC PROTQ DEMO SCDR SET | 36 | 5.56/1 | 200.16 |

FOB : ORIGIN

```
*** BACKORDERS ***
2011106                    15" CRAFTSMAN CARPENTER SAW-COARSE 9PT-      648
274001SM                   PIPE WRENCH 11" QUICK ADJUST                  10

*** FOLLOWING ITEMS CANCELLED ***
1964743                    BAR CLAMP 6IN 15CM 2PK NEXT GEN MINI           1


STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                        1Z7996860325384352

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 200.16 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428799513

**INVOICE DATE**
10/02/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS HOMETOWN - 30449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 6378402 | 558753 D/609 | | 7025926822 | 10/02/2018 | PREPAID | | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 703C1526616P | | | | UPS | | | 47.100 LB |
| **CATALOG NO.** | **DIST INFO** | | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| 2078709 | 14009 | | 2PC GROOVELOCK PP CD SET-8" + 10" | | 30 | 15.71/1 | 471.30 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 23 | CLMP LCKNG 8R 8" SHEET MTL | 25 | |
| 20 | CLMP LCKNG 11SP 11"/SW PAD | 25 | |
| 18 | CLMP LCKNG 6SP 6"/SW PAD | 25 | |
| 4935576 | PLIER LCKNG 10CR 10" CRVD JAW | 10 | |
| 2011208 | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 24 | |
| 502L3 | PLIER LCKNG 10WR 10" CRVD JAW | 115 | |
| 102L3 | PLIER LCKNG 10R 10" STRGHT JAW | 25 | |
| 702L3 | PLIER LCKNG 7WR 7" CRVD JAW | 25 | |
| 37 | PLIER LCKNG ORIGINAL 2PC SET 10WR 5WR | 25 | |
| 31 | CLMP LCKNG 9SP 9"/SW PAD | 25 | |
| 45713 | LCKING PLIRS CRAFTSMAN 3PC FAST RELEASE | 200 | |
| 274001SM | PIPE WRENCH 11" QUICK ADJUST | 10 | |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**Stanley Black & Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428799513

**INVOICE DATE**
10/02/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS HOMETOWN - 30449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 558753 D/609 | | 7025926822 | 10/02/2018 | PREPAID | |

| SHIPPING POINT / BOL | | | CARRIER | | PRO # | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703C1526616P | | | UPS | | | 47.100 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|---|

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                          1Z10W2720328717582

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 471.30 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428799511

**INVOICE DATE**
10/02/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0425
10512 BUSCH DRIVE
JACKSONVILLE, FL 32218

STORE NUMBER: 0425                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 558749 D/609 | | 7025926742 | 10/02/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703C1526318P | | UPS | | | | 47.100 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078709 | 14009 | 2PC GROOVELOCK PP CD SET-8" + 10" | 30 | 15.71/1 | 471.30 |

FOB : ORIGIN

*** BACKORDERS ***
| | | | |
|---|---|---|---|
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 96 |
| 2011208 | | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 24 |

STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                                1Z10W2720328713586

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 471.30 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428799509

**INVOICE DATE**
10/02/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0425
10512 BUSCH DRIVE
JACKSONVILLE, FL 32218

STORE NUMBER: 0425                          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 557880 D/609 | | 7025870786 | 10/02/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703C1526319P | | | UPS | | | 47.100 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| 2078709 | 14009 | 2PC GROOVELOCK PP CD SET-8" + 10" | | 30 | 15.71/1 | 471.30 |

FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                          1Z10W2720328710730

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 471.30 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428840398
**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

**STORE NUMBER:** 0447                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 559568 D/609 | 7025995648 | 10/08/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703S0183847P | AVRT | 0309005367 | 280.128 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078300 | 13352 | 8" SELF-ADJUSTING OVAL/FLAT WIRE STRIPPR | 30 | 13.39/1 | 401.70 |
| 2078110 | 14007 | PLIER 10" GROOVELOCK | 25 | 9.72/1 | 243.00 |
| 4935704 | 14161 | 1/4" QUICK CHANGE BIT HOLDER 6" OAL | 48 | 5.39/1 | 258.72 |
| 4935351 | 29363 | PLIER 6" GROOVELOCK | 20 | 6.23/1 | 124.60 |
| 4935580 | 29369 | PLIER LCKNG ORIGINAL 3PC BLACK TRAY SET | 10 | 20.85/1 | 208.50 |
| 4935096 | 29373 | 10" STRAIGHT JAW GROOVELOCK | 10 | 9.01/1 | 90.10 |
| 4935498 | 31410 | BAR CLMP 6" QG150 2PK | 5 | 9.00/1 | 45.00 |
| 1932883 | 37703 | SPEEDLINE CHALK REEL + BLUE | 72 | 3.77/1 | 271.44 |
| 45711 | 45711 | LCKNG PLIERS 7R CRAFTSMAN FASTRELEASE | 25 | 7.06/1 | 176.50 |
| 45714 | 45714 | LCKNG PLIERS 10WR CRAFTSMAN FASTRELEASE | 25 | 8.09/1 | 202.25 |
| 45715 | 45715 | LCKNG PLIERS 10R CRAFTSMAN FASTRELEASE | 25 | 7.60/1 | 190.00 |
| 2084100 | 94912 | UTILITY KNIFE BI METAL BLADE 5PK | 25 | 0.98/1 | 24.50 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | | | |
|---|---|---|---|---|---|
| 2078709 | | 2PC GROOVELOCK PP CD SET-8" + 10" | 45 | | |
| 19 | | CLMP LCKNG 11R 11"/REG TIP | 50 | | |
| 20 | | CLMP LCKNG 11SP 11"/SW PAD | 25 | | |
| 18 | | CLMP LCKNG 6SP 6"/SW PAD | 20 | | |
| 1964743 | | BAR CLAMP 6IN 15CM 2PK NEXT GEN MINI | 3 | | |
| 2011208 | | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 144 | | |
| 2011105 | | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 32 | | |
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 135 | | |
| 102L3 | | PLIER LCKNG 10R 10" STRGHT JAW | 35 | | |
| 1402L3 | | PLIER LCKNG 6LN 6" LNG NOSE | 25 | | |
| 902L3 | | PLIER LCKNG 5WR 5" CRVD JAW | 25 | | |
| 702L3 | | PLIER LCKNG 7WR 7" CRVD JAW | 25 | | |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 125 | | |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428840398

**INVOICE DATE**
10/08/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

**STORE NUMBER:** 0447                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 559568 D/609 | | 7025995648 | 10/08/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703S0183847P | | AVRT | 0309005367 | 280.128 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 45713 | | LCKING PLIRS CRAFTSMAN 3PC FAST RELEASE | 140 | | |

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
AVRT                        00100761742038930218

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 2,236.31 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428851025
**INVOICE DATE**
10/09/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 559566 D/609 | 7025995697 | 10/09/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0893165P | CTII | 55562897532 | 275.268 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078300 | 13352 | 8" SELF-ADJUSTING OVAL/FLAT WIRE STRIPPR | 60 | 13.39/1 | 803.40 |
| 2078110 | 14007 | PLIER 10" GROOVELOCK | 25 | 9.72/1 | 243.00 |
| 4935704 | 14161 | 1/4" QUICK CHANGE BIT HOLDER 6" OAL | 48 | 5.39/1 | 258.72 |
| 23 | 20702 | CLMP LCKNG 8R 8" SHEET MTL | 25 | 10.48/1 | 262.00 |
| 4935351 | 29363 | PLIER 6" GROOVELOCK | 45 | 6.23/1 | 280.35 |
| 4935580 | 29369 | PLIER LCKNG ORIGINAL 3PC BLACK TRAY SET | 10 | 20.85/1 | 208.50 |
| 4935096 | 29373 | 10" STRAIGHT JAW GROOVELOCK | 20 | 9.01/1 | 180.20 |
| 1932883 | 37703 | SPEEDLINE CHALK REEL + BLUE | 72 | 3.77/1 | 271.44 |
| 45710 | 45710 | LCKNG PLIERS 7WR CRAFTSMAN FASTRELEASE | 25 | 7.54/1 | 188.50 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*

| | | | |
|---|---|---|---|
| 2078709 | | 2PC GROOVELOCK PP CD SET-8" + 10" | 30 |
| 17 | | CLMP LCKNG 6R 6"/REG TIP | 15 |
| 19 | | CLMP LCKNG 11R 11"/REG TIP | 25 |
| 20 | | CLMP LCKNG 11SP 11"/SW PAD | 50 |
| 18 | | CLMP LCKNG 6SP 6"/SW PAD | 10 |
| 2011208 | | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 24 |
| 2011105 | | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 40 |
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 120 |
| 102L3 | | PLIER LCKNG 10R 10" STRGHT JAW | 100 |
| 1402L3 | | PLIER LCKNG 6LN 6" LNG NOSE | 75 |
| 902L3 | | PLIER LCKNG 5WR 5" CRVD JAW | 100 |
| 702L3 | | PLIER LCKNG 7WR 7" CRVD JAW | 100 |
| 302L3 | | PLIER LCKNG 7R 7" STRGHT JAW | 25 |
| 37 | | PLIER LCKNG ORIGINAL 2PC SET 10WR 5WR | 25 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 200 |
| 31 | | CLMP LCKNG 9SP 9"/SW PAD | 25 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

| | |
|---|---|
| | **PAGE** |
| | 2 of 2 |
| | **INVOICE NO** |
| | 9428851025 |
| | **INVOICE DATE** |
| | 10/09/2018 |

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                   DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 559566 D/609 | | 7025995697 | 10/09/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703L0893165P | | | CTII | | 55562897532 | 275.268 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

```
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                        00100761742039103963

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 2,696.11 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428851024

**INVOICE DATE**
10/09/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                                              DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 559567 D/609 | 7025995560 | 10/09/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0893165P | | CTII | 55562897532 | 239.988 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 45711 | 45711 | LCKNG PLIERS 7R CRAFTSMAN FASTRELEASE | 25 | 7.06/1 | 176.50 |
| 45712 | 45712 | LCKNG PLIRS CRAFTSMAN 2PC FAST RELEASE | 25 | 14.02/1 | 350.50 |
| 45714 | 45714 | LCKNG PLIERS 10WR CRAFTSMAN FASTRELEASE | 25 | 8.09/1 | 202.25 |
| 45715 | 45715 | LCKNG PLIERS 10R CRAFTSMAN FASTRELEASE | 50 | 7.60/1 | 380.00 |
| 59100CD | 47862 | HANDI CLMP 1.5" COUNTER DISPLY | 20 | 2.10/1 | 42.00 |
| 52168 | 52168 | POWER-OUT SEARS 5-PIECE SET | 25 | 10.29/1 | 257.25 |
| 1949289 | 52273 | IRWIN 5-PC PROTQ PRCN SCDR SET | 48 | 7.50/1 | 360.00 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 45713 | | LCKING PLIRS CRAFTSMAN 3PC FAST RELEASE | 1115 |
| 274001SM | | PIPE WRENCH 11" QUICK ADJUST | 20 |
| 1948798 | | IRWIN 2-PC PROTQ DEMO SCDR SET | 72 |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                    00100761742039103963

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,768.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428851023

**INVOICE DATE**
10/09/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                 **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 557882 D/609 | 7025870892 | 10/09/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0893165P | CTII | 55562897532 | 41.600 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 20 | 20711 | CLMP LCKNG 11SP 11"/SW PAD | 25 | 11.37/1 | 284.25 |

```
FOB : ORIGIN

*** BACKORDERS ***
2011106              15" CRAFTSMAN CARPENTER SAW-COARSE 9PT-      168
2011208              15" CRAFTSMAN CARPENTER SAW-FINE 12PT-        24
902L3                PLIER LCKNG 5WR 5" CRVD JAW                   75
37                   PLIER LCKNG ORIGINAL 2PC SET 10WR 5WR         25
323S                 LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN       25
45716                LCKNG PLIERS 6LN CRAFTSMAN FASTRELEASE        25
274001SM             PIPE WRENCH 11" QUICK ADJUST                  25

*** FOLLOWING ITEMS CANCELLED ***
45713                LCKING PLIRS CRAFTSMAN 3PC FAST RELEASE      390


STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                 00100761742039103963

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 284.25 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Stanley Black & Decker

# Invoice

**PAGE**
1 of 2

**INVOICE NO**
9428859616

**INVOICE DATE**
10/10/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

STORE NUMBER: 0447                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 558752 D/609 | 7025926799 | 10/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164C0645878P | | UPS | | 30.852 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 1948798 | 52272 | IRWIN 2-PC PROTQ DEMO SCDR SET | 36 | 5.56/1 | 200.16 |

FOB : ORIGIN

*** BACKORDERS ***

| | | |
|---|---|---|
| 20 | CLMP LCKNG 11SP 11"/SW PAD | 25 |
| 18 | CLMP LCKNG 6SP 6"/SW PAD | 10 |
| 2011208 | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 96 |
| 502L3 | PLIER LCKNG 10WR 10" CRVD JAW | 95 |
| 102L3 | PLIER LCKNG 10R 10" STRGHT JAW | 25 |
| 1402L3 | PLIER LCKNG 6LN 6" LNG NOSE | 25 |
| 902L3 | PLIER LCKNG 5WR 5" CRVD JAW | 25 |
| 702L3 | PLIER LCKNG 7WR 7" CRVD JAW | 25 |
| 37 | PLIER LCKNG ORIGINAL 2PC SET 10WR 5WR | 25 |
| 45713 | LCKING PLIRS CRAFTSMAN 3PC FAST RELEASE | 95 |
| 274001SM | PIPE WRENCH 11" QUICK ADJUST | 10 |

STORE NUMBER: ST 0447

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428859616
**INVOICE DATE**
10/10/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

**STORE NUMBER:** 0447      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 558752 D/609 | | 7025926799 | 10/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164C0645878P | | UPS | | 30.852 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DEPARTMENT : 609 | | | | | |
| VENDOR : 000109975 | | | | | |
| *** TRACKING IDs *** | | | | | |
| UPS | | 1Z7996860325473916 | | | |

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 200.16 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428572966

**INVOICE DATE**
08/31/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

STORE NUMBER:                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7029378 | 08292259611R | | 7025659699 | 08/31/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 155L0668813P | | AVRT | 0309684725 | | 206.100 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 003131590 | LTD EDITION CMPCT LITH HV - COBALT | 90 | 18.75/1 | 1,687.50 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268292
DEPARTMENT : 006
*** TRACKING IDs ***
AVRT                         00100288750261882923

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,687.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428572968

**INVOICE DATE**
08/31/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

| STORE NUMBER: | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7029378 | 08292260775R | 7025716381 | 08/31/2018 | PREPAID |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 155L0668813P | AVRT | 0309684725 | 229.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 003131590 | LTD EDITION CMPCT LITH HV - COBALT | 100 | 18.75/1 | 1,875.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268292
DEPARTMENT : 006
*** TRACKING IDs ***
AVRT                    00100288750261882923

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,875.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428572969

**INVOICE DATE**
08/31/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

| STORE NUMBER: | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7029378 | 08292259613R | 7025659558 | 08/31/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 155L0668813P | | AVRT | 0309684725 | 151.140 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 003131590 | LTD EDITION CMPCT LITH HV - COBALT | 66 | 18.75/1 | 1,237.50 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268292
DEPARTMENT : 006
*** TRACKING IDs ***
AVRT                      00100288750261882923

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,237.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428572994

**INVOICE DATE**
09/01/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289          **DUNS.** 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7029378 | 08289238249R | | 7025659540 | 09/01/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 155L0668929P | | RDWY | 743693353X | | 54.960 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 003131590 | LTD EDITION CMPCT LITH HV - COBALT | 24 | 18.75/1 | 450.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268289
DEPARTMENT : 006
*** TRACKING IDs ***
RDWY                    00100288750262017010

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 450.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428572995

**INVOICE DATE**
09/01/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7029378 | 08289238250R | | 7025659596 | 09/01/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| FT. MILL BLACK & DECKER CORP, / 155L0668929P | | | RDWY | | 743693353X | 54.760 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| HLVA320J26 | 003632778 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | | 20 | 26.92/1 | 538.40 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268289
DEPARTMENT : 006
*** TRACKING IDs ***
RDWY                          00100288750262017010

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 538.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428572996

**INVOICE DATE**
09/01/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7029378 | 08289239403R | | 7025716481 | 09/01/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 155L0668929P | | RDWY | 743693353X | | 279.276 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HLVA320J26 | 003632778 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 102 | 26.92/1 | 2,745.84 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268289
DEPARTMENT : 006
*** TRACKING IDs ***
RDWY                       00100288750262017010

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,745.84 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428572998

**INVOICE DATE**
09/01/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7029378 | 08289239402R | | 7025716405 | 09/01/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 155L0668929P | | RDWY | | 743693353X | | 96.180 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 003131590 | LTD EDITION CMPCT LITH HV - COBALT | 42 | 18.75/1 | 787.50 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268289
DEPARTMENT : 006
*** TRACKING IDs ***
RDWY                     00100288750262017010

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 787.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428572999

**INVOICE DATE**
09/01/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289               **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7029378 | 08289238251R | 7025659670 | 09/01/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 155L0668929P | | RDWY | 743693353X | 27.480 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 003131590 | LTD EDITION CMPCT LITH HV - COBALT | 12 | 18.75/1 | 225.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268289
DEPARTMENT : 006
*** TRACKING IDs ***
RDWY                    00100288750262017010

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 225.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428577784

**INVOICE DATE**
09/04/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

| STORE NUMBER: | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7029378 | 08292259612R | 7025659617 | 09/04/2018 | PREPAID |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 155L0674833P | AACT | 339278442 | 32.856 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HLVA320J26 | 003632778 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 12 | 26.92/1 | 323.04 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268292
DEPARTMENT : 006
*** TRACKING IDs ***
AACT                     00100288750262301904

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 323.04 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428577787

**INVOICE DATE**
09/04/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

**STORE NUMBER:**      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7029378 | 08292260776R | 7025716412 | 09/04/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 155L0674833P | | AACT | 339278442 | 265.586 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HLVA320J26 | 003632778 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 97 | 26.92/1 | 2,611.24 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| HLVA320J26 | | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 31 |
|---|---|---|---|

STORE NUMBER: ST 0003947268292
DEPARTMENT : 006
*** TRACKING IDs ***
AACT                    00100288750262301904

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,611.24 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428582344

**INVOICE DATE**
09/04/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
FAIRLESS HILLS, PA 19030

STORE NUMBER: 0003947268275          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7029378 | 08275302552R | 7025659541 | 09/04/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 155L0674883P | | EXLA | 0109372491 | 224.420 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 003131590 | LTD EDITION CMPCT LITH HV - COBALT | 98 | 18.75/1 | 1,837.50 |

FOB : ORIGIN
HAND DELIVER PACKING SLIP

STORE NUMBER: ST 0003947268275
DEPARTMENT : 006
*** TRACKING IDs ***
EXLA                    00100288750262201327

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,837.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428596038
**INVOICE DATE**
09/06/2018

**BILL TO**

K-MART  (V00131-7189)
3100 W BIG BEAVER RD
TROY, MI 48084

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

**STORE NUMBER:** 0003947268305 | | **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 6040040 | 08305224690R | 7025716490 | 09/06/2018 | PREPAID |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 155L0675622P | WARD | 112176669 | 240.944 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HLVA320J26 | 003632778 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 88 | 26.92/1 | 2,368.96 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268305
DEPARTMENT : 006
*** TRACKING IDs ***
WARD                    00100288750262302413

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,368.96 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428596125

**INVOICE DATE**
09/06/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

STORE NUMBER: 0003947268289     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7029378 | 08289240657R | | 7025767500 | 09/06/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 155L0700704P | | UPS | | | | 49.284 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HLVA320J26 | 003632778 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 18 | 26.92/1 | 484.56 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268289
DEPARTMENT : 006
*** TRACKING IDs ***
UPS                    1Z09848W0362915624

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 484.56 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

**PAGE**
1 of 1

**INVOICE NO**
9428604327

**INVOICE DATE**
09/07/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

K-MART  (V00131-7189)
3100 W BIG BEAVER RD
TROY, MI 48084

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

**STORE NUMBER:** 0003947268305                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6040040 | 08305225973R | 7025767535 | 09/07/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 155L0708036P | UPS | | 65.712 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HLVA320J26 | 003632778 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 24 | 26.92/1 | 646.08 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268305
DEPARTMENT : 006
*** TRACKING IDs ***
UPS                          1Z09848W0362958767

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 646.08 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428604331
**INVOICE DATE**
09/07/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

**STORE NUMBER:** | **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7029378 | 08292262052R | 7025767536 | 09/07/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP., / 155L0708037P | | UPS | | 109.520 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HLVA320J26 | 003632778 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 40 | 26.92/1 | 1,076.80 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268292
DEPARTMENT : 006
*** TRACKING IDs ***
UPS                    1Z09848W0362959882

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,076.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428611736

**INVOICE DATE**
09/08/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

STORE NUMBER: 0003947268287                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7029378 | 08287245701R | 7025716454 | 09/08/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0700894P | | OAKH | 82283024 | | 483.288 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 003131590 | LTD EDITION CMPCT LITH HV - COBALT | 168 | 18.75/1 | 3,150.00 |
| HLVA320J26 | 003632778 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 36 | 26.92/1 | 969.12 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268287
DEPARTMENT : 006
*** TRACKING IDs ***

OAKH                     00100288746452822328

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 4,119.12 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428625446

**INVOICE DATE**
09/11/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

| STORE NUMBER: | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7029378 | 08292258556R | | 7025610129 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534100840P | | CTII | 55561595301 | 934.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| BD2KITCDDI | 002861680 | 20V 2KIT DRILL/DRIVER IMPACT | 100 | 74.99/1 | 7,499.00 |
| LDX120C | 007631828 | 20V MAX LITHIUM DRILL/DRIVER | 100 | 29.99/1 | 2,999.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268292
DEPARTMENT : 010
*** TRACKING IDs ***
CTII                           00100288750264513053

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 10,498.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**   10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428632230

**INVOICE DATE**
09/11/2018

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
FAIRLESS HILLS, PA 19030

STORE NUMBER: 0003947268275                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7029378 | 08275305121R | | 7025767530 | 09/11/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| FT. MILL BLACK & DECKER CORP, / 155L0712931P | | | | EXLA | 0109372947 | 388.796 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| HLVA320J26 | 003632778 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | | 142 | 26.92/1 | 3,822.64 |

FOB : ORIGIN
HAND DELIVER PACKING SLIP


STORE NUMBER: ST 0003947268275
DEPARTMENT : 006
*** TRACKING IDs ***
EXLA                              00100288750264515408

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 3,822.64 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428635481

**INVOICE DATE**
09/12/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

KMART CORP 131-7189
P.O.Box 7101
TROY, MI 48007

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

STORE NUMBER: 0003947268273                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7029378 | 08273674937R | 7025767490 | 09/12/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 155L0734672P | | UPS | | 41.220 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 003131590 | LTD EDITION CMPCT LITH HV - COBALT | 18 | 18.75/1 | 337.50 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268273
DEPARTMENT : 006
*** TRACKING IDs ***
UPS                          1Z09848W0363121962

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 337.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9427777571

**INVOICE DATE**
05/15/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 538640 D/609 | | 7024814142 | 05/15/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15533387597P | | HGLS | 1 | | 10.500 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW3791 | 80023 | 8PC JIG BLADE SET | 150 | 8.31/1 | 1,246.50 |

FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
HGLS                          00100288750223685975

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,246.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428199694

**INVOICE DATE**
07/11/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

| | STORE NUMBER: 0443 | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 649481 D/609 | 7025236186 | 07/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15533810458P | | CTII | 55561580717 | 12.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWE6423K | 50326 | 5IN VS RANDOM ORBIT H&L SANDER W/ BAG | 3 | 49.59/1 | 148.77 |

```
FOB : ORIGIN
STORE NUMBER: ST 1263
DEPARTMENT : 609
VENDOR : 000097907
PROMOTIONAL NUMBER : 01
CROSSDOCK NUMBER : 87443
*** TRACKING IDs ***
CTII                         00100288750244640595

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 148.77 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428446465
**INVOICE DATE**
08/15/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 6047479 | 551062 D/609 | 7025486389 | 08/15/2018 | COLLECT |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534024677P | CTII | 55561590351 | 1,785.640 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCK280C2 | 17295 | 20V COMPACT DRILL / IMPACT DRIVER COMBO | 40 | 208.74/1 | 8,349.60 |
| DWE4120N | 20147 | 4.5IN SMALL ANGLE GRINDER PADDLE NO LOCK | 4 | 77.59/1 | 310.36 |
| DCB127-2 | 20169 | 12V MAX LITHIUM ION BATTERY - 2 PACK | 4 | 61.75/1 | 247.00 |
| DW2002B25 | 25924 | NO2 PHILLIPS 1IN BIT TIPBIT BOX OF 25 | 10 | 2.25/1 | 22.50 |
| DWE304 | 26482 | 10AMP RECIPROCATING SAW | 10 | 74.69/1 | 746.90 |
| DW317K | 27463 | VS ORBITAL JIGSAW KIT | 40 | 83.79/1 | 3,351.60 |
| DWD110K | 28370 | 3/8" VSR KEYLESS PISTOL GRIP DRILL KIT | 10 | 45.89/1 | 458.90 |
| DWPVTDRV3  G | 29947 | 3 PC MAG IMPACT READY PIVOT NUTSETTER | 10 | 8.75/1 | 87.50 |
| DW2542IR  G | 29951 | 1/4" HEX TO 3/8" SQ IMP READY SOCKT ADPT | 15 | 0.86/1 | 12.90 |
| DW2547IR  G | 29952 | 1/4" HEX TO 1/2" SQ IMP READY SOCKT ADPT | 15 | 1.04/1 | 15.60 |
| GC960 | 30269 | 9.6V EPP DRILL DRIVER(NO OVERMOLD) | 10 | 22.31/1 | 223.10 |
| DCS391B | 34292 | 20V MAX 6-1/2" CIRCULAR SAW (Tool Only) | 50 | 91.05/1 | 4,552.50 |
| DWE575 | 3518 | 7-1/4" NEXT GEN CIRCULAR SAW | 10 | 95.07/1 | 950.70 |
| DCD740B | 38379 | 20V MAX RT ANGLE DRILL/DRVR (Tool Only) | 4 | 96.10/1 | 384.40 |
| DCF887D2 | 41913 | TI 20V MAX G2 BRLS IMP/DRV KIT DCF887D2 | 12 | 162.45/1 | 1,949.40 |
| DWE575SB | 4243 | 7-1/4" NEXT GEN CIRC SAW w/ BRAKE | 2 | 104.17/1 | 208.34 |
| DWD210G | 42788 | 1/2" VSR PISTOL GRIP DRILL | 1 | 103.49/1 | 103.49 |
| DCS361B | 4340 | 20V MAX MITER SAW (BARE) | 2 | 266.68/1 | 533.36 |
| DWD115K | 43409 | 3/8" VSR Keyless Mid-Hand Drill with Kit | 5 | 59.77/1 | 298.85 |
| DC9320 | 43500 | HEAVY DUTY 7.2V - 18V DUAL PORT CHARGER | 4 | 76.31/1 | 305.24 |
| DCA1820 | 43566 | 18V-20V BATTERY ADAPTER | 8 | 27.10/1 | 216.80 |
| DW2235IR  G | 44798 | 5 PC MAG IMPACT READY NUTSETTER SET | 20 | 9.86/1 | 197.20 |
| DWA2T40IR | 44897 | 40 PC IMPCT RDY SCREW LOCK SCREWDRI | 40 | 17.98/1 | 719.20 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | | | |
|---|---|---|---|---|---|
| DW4811-2 | | 6IN 18TPI STGT BK BLD-2PK | 25 | | |
| DCD950KX | | 18V XRP HAMMER DRILL/DRIVER KIT | 2 | | |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428446465
**INVOICE DATE**
08/15/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 551062 D/609 | | 7025486389 | 08/15/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| FT. MILL BLACK & DECKER CORP, / 15534024677P | | | CTII | 55561590351 | | 1,785.640 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

```
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                          00100288750255073856

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 24,245.44 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428446521

**INVOICE DATE**
08/15/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 551067 D/609 | 7025486364 | 08/15/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534024667P | | CTII | 55561590369 | 1,520.840 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW4904 | 36620 | 6"CRIMP BENCH WIRE WHL,5/8-1/2 ARBOR,MED | 10 | 4.87/1 | 48.70 |
| DW4901 | 42684 | 1" CRIMP END BRUSH/CARB STL 1/4" STEM | 10 | 2.97/1 | 29.70 |
| DW2235IR  G | 44798 | 5 PC MAG IMPACT READY NUTSETTER SET | 20 | 9.86/1 | 197.20 |
| DWA2T40IR | 44897 | 40 PC IMPCT RDY SCREW LOCK SCREWDRI | 30 | 17.98/1 | 539.40 |
| DWA2FTS25IR-Z | 44907 | 25PC IR FLEX TORQ SET | 10 | 11.98/1 | 119.80 |
| DWE6411K | 50324 | 1/4 Sheet Finishing Sander | 15 | 34.62/1 | 519.30 |
| DWE6421K | 50325 | 5" RANDOM ORBIT H&L SANDER W/ BAG | 15 | 37.91/1 | 568.65 |
| DWE6423K | 50326 | 5IN VS RANDOM ORBIT H&L SANDER W/ BAG | 85 | 49.59/1 | 4,215.15 |
| DCK240C2 | 50626 | 20V MAX LI-ION COMPACT 2-TOOL COMBO KIT | 42 | 164.72/1 | 6,918.24 |
| DCK423D2 | 51334 | 20V MAX COMPACT 4-TOOL COMBO KIT | 18 | 319.20/1 | 5,745.60 |
| DCF885C1 | 51362 | 20V MAX LITH ION 1/4IN IMPACT DRIVER | 28 | 128.04/1 | 3,585.12 |
| PC760R | 66000 | 9" PRUNING BLADE (3 PACK) | 50 | 6.00/1 | 300.00 |
| DW3795H | 80058 | 5 PC T SHANK JIGSAW BLADE ASSORTMENT | 25 | 4.02/1 | 100.50 |
| DW4803 | 80327 | 9IN 6TPI TAPER BK BLD-5PK | 50 | 5.76/1 | 288.00 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | | | |
|---|---|---|---|---|---|
| DW2097CS | | 14 PC DRIVE GUIDE SET | 70 | | |
| DWA4101 | | 8 PC 2X RECIP SET | 35 | | |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000097907

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428446521
**INVOICE DATE**
08/15/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|
| 6047479 | 551067 D/609 | 7025486364 | 08/15/2018 | COLLECT | | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534024667P | | CTII | 55561590369 | 1,520.840 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| *** TRACKING IDs *** | | | | | |
| CTII | | 00100288750255073009 | | | |

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 23,175.36 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428489766

**INVOICE DATE**
08/21/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

| | STORE NUMBER: 0443 | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 552015 D/609 | | 7025554851 | 08/21/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534059364P | | CTII | 55561591730 | 21.700 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4894 | 57932 | 8 PC BI-METAL RECIP BLADE SET with CASE | 35 | 9.15/1 | 320.25 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000050709
*** TRACKING IDs ***
CTII                          00100288750257672415

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 320.25 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428489787

**INVOICE DATE**
08/21/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 552044 D/609 | 7025555087 | 08/21/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534059364P | CTII | 55561591730 | 2,366.650 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCF889HL1 | 10887 | 20V MAX 1/2IN HOG RING IMPACT WRENCH | 72 | 187.21/1 | 13,479.12 |
| DC9096-2 | 12011 | 18V  XRP BATTERY PACK COMBO | 40 | 88.79/1 | 3,551.60 |
| DCK280C2 | 17295 | 20V COMPACT DRILL / IMPACT DRIVER COMBO | 32 | 208.74/1 | 6,679.68 |
| BDCS20C | 17564 | 4V MAX CORDLESS RECHARGEABLE SCREWDRIVER | 26 | 14.65/1 | 380.90 |
| DW4898 | 22966 | 10 PC WOOD/ METAL CUTTING SET IN CASE | 20 | 11.87/1 | 237.40 |
| DW2002B25 | 25924 | NO2 PHILLIPS 1IN BIT TIPBIT BOX OF 25 | 20 | 2.25/1 | 45.00 |
| DWE304 | 26482 | 10AMP RECIPROCATING SAW | 20 | 74.69/1 | 1,493.80 |
| DW511 | 26910 | 1/2" HAMMER DRILL SINGLE SPEED | 20 | 77.19/1 | 1,543.80 |
| 71-931 | 28696 | 18 PC HSS DRILL BIT SET | 60 | 5.48/1 | 328.80 |
| DW4809 | 29182 | 8IN 14TPI STGT BK BLD-5PK | 25 | 6.47/1 | 161.75 |
| DW1167 | 29340 | 17PC BLK OX DRILL BIT SET | 40 | 14.00/1 | 560.00 |
| DWPVTDRV3  G | 29947 | 3 PC MAG IMPACT READY PIVOT NUTSETTER | 40 | 8.75/1 | 350.00 |
| DW2541IR  G | 29950 | 1/4" HEX TO 1/4" SQ IMP READY SOCKT ADPT | 45 | 0.77/1 | 34.65 |
| DW2542IR  G | 29951 | 1/4" HEX TO 3/8" SQ IMP READY SOCKT ADPT | 36 | 0.86/1 | 30.96 |
| DW2547IR  G | 29952 | 1/4" HEX TO 1/2" SQ IMP READY SOCKT ADPT | 21 | 1.04/1 | 21.84 |
| DW2166 | 29954 | 45 PC SCREWDRIVING SET | 200 | 7.45/1 | 1,490.00 |
| DCB200-2 | 33191 | 20V MAX 3.0 AH Li-Ion BATTERY 2 PACK | 20 | 98.25/1 | 1,965.00 |
| DWE575 | 3518 | 7-1/4" NEXT GEN CIRCULAR SAW | 20 | 95.07/1 | 1,901.40 |
| DW4904 | 36620 | 6"CRIMP BENCH WIRE WHL,5/8-1/2 ARBOR,MED | 20 | 4.87/1 | 97.40 |
| DWA2PHIR5-Z | 4478 | 2.25IN PHILLIPS No2 IMPACT READY 5PK | 100 | 1.80/1 | 180.00 |
| DW2235IR  G | 44798 | 5 PC MAG IMPACT READY NUTSETTER SET | 20 | 9.86/1 | 197.20 |
| DWA2T40IR | 44897 | 40 PC IMPCT RDY SCREW LOCK SCREWDRI | 60 | 17.98/1 | 1,078.80 |
| DWA3HLDIR-Z | 44906 | 3IN IMPCT RDY BIT TIP HOLDERS w/SS | 36 | 3.50/1 | 126.00 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | | |
|---|---|---|---|---|
| DCD777C2 | | 20V MAX COMPACT BRSHLS DRILL/DRIVE | 230 | |
| DW4802-2  Z | | 6IN 6TPI TAPER BK BLD-2PK | 25 | |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2

**INVOICE NO**
9428489787

**INVOICE DATE**
08/21/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                            **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 6047479 | 552044 D/609 | | 7025555087 | 08/21/2018 | COLLECT | | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| FT. MILL BLACK & DECKER CORP, / 15534059364P | | | | CTII | 55561591730 | | 2,366.650 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

```
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                          00100288750257672415

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 35,935.10 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428530286
**INVOICE DATE**
08/27/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DR
JACKSONVILLE, FL 32218

**STORE NUMBER:** 0425                                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 553834 D/620 | | 7025656671 | 08/27/2018 | COLLECT | |

| SHIPPING POINT / BOL | | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534077263P | | | CTII | 55561592605 | | 36.640 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 19150 | LTD EDITION CMPCT LITH HV - COBALT | 16 | 18.75/1 | 300.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 620
VENDOR : 000097907
*** TRACKING IDs ***
CTII                             00100288750260158074

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
P.O. Box 223516
Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 300.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

**PAGE**
1 of 2
**INVOICE NO**
9428531536

**INVOICE DATE**
08/27/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                                        **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 553030 D/609 | 7025607406 | 08/27/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434077278P | DART | 16434077278P | 3,405.090 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCF889HL1 | 10887 | 20V MAX 1/2IN HOG RING IMPACT WRENCH | 42 | 187.21/1 | 7,862.82 |
| DCK280C2 | 17295 | 20V COMPACT DRILL / IMPACT DRIVER COMBO | 20 | 208.74/1 | 4,174.80 |
| BDCS20C | 17564 | 4V MAX CORDLESS RECHARGEABLE SCREWDRIVER | 26 | 14.65/1 | 380.90 |
| DCD771C2 | 27452 | 20V MAX LI-ION COMPACT DRILL/DRIVER KIT | 40 | 128.04/1 | 5,121.60 |
| DW4809 | 29182 | 8IN 14TPI STGT BK BLD-5PK | 10 | 6.47/1 | 64.70 |
| DWPVTDRV3  G | 29947 | 3 PC MAG IMPACT READY PIVOT NUTSETTER | 10 | 8.75/1 | 87.50 |
| DW2541IR  G | 29950 | 1/4" HEX TO 1/4" SQ IMP READY SOCKT ADPT | 15 | 0.77/1 | 11.55 |
| DW2542IR  G | 29951 | 1/4" HEX TO 3/8" SQ IMP READY SOCKT ADPT | 18 | 0.86/1 | 15.48 |
| DCB200-2 | 33191 | 20V MAX 3.0 AH Li-Ion BATTERY 2 PACK | 12 | 98.25/1 | 1,179.00 |
| DW4903 | 36601 | 3" CRIMP FLAT BRUSH/CARB STL 1/4" STEM | 10 | 2.45/1 | 24.50 |
| DW4904 | 36620 | 6"CRIMP BENCH WIRE WHL,5/8-1/2 ARBOR,MED | 5 | 4.87/1 | 24.35 |
| DWA2T40IR | 44897 | 40 PC IMPCT RDY SCREW LOCK SCREWDRI | 10 | 17.98/1 | 179.80 |
| DWE6411K | 50324 | 1/4 Sheet Finishing Sander | 143 | 34.62/1 | 4,950.66 |
| DCK423D2 | 51334 | 20V MAX COMPACT 4-TOOL COMBO KIT | 73 | 319.20/1 | 23,301.60 |
| DCF885C1 | 51362 | 20V MAX LITH ION 1/4IN IMPACT DRIVER | 15 | 128.04/1 | 1,920.60 |
| PC760R | 66000 | 9" PRUNING BLADE (3 PACK) | 50 | 6.00/1 | 300.00 |
| DWA4169 | 66001 | 9 IN 6TPI 2X RECIP BLADE 5PK | 50 | 9.50/1 | 475.00 |
| DW3760H | 80018 | FINE CUT SMTH FIN JIG BLD | 25 | 4.82/1 | 120.50 |
| DW3795H | 80058 | 5 PC T SHANK JIGSAW BLADE ASSORTMENT | 25 | 4.02/1 | 100.50 |
| DW4803 | 80327 | 9IN 6TPI TAPER BK BLD-5PK | 50 | 5.76/1 | 288.00 |

FOB : ORIGIN

*** BACKORDERS ***
| | | | | | |
|---|---|---|---|---|---|
| DW3760-5 | | 10TPI TG T-SHK COBALT JIG SAW BLD-5PK | 25 | | |

*** FOLLOWING ITEMS CANCELLED ***
| | | | | | |
|---|---|---|---|---|---|
| DCF787C1 | | 20V MAX BRUSHLESS IMPACT DR KIT | 160 | | |
| DCD777C2 | | 20V MAX COMPACT BRSHLS DRILL/DRIVE | 335 | | |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428531536
**INVOICE DATE**
08/27/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 6047479 | 553030 D/609 | | 7025607406 | 08/27/2018 | COLLECT | | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Fontana DC Black & Decker,Inc. / 16434077278P | | | | DART | 16434077278P | | 3,405.090 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                          00100288746450000803

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 50,583.86 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428531554
**INVOICE DATE**
08/27/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 553551 D/671 | | 7025624044 | 08/27/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434077276P | | DART | 16434077276P | | 480.270 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCST990M1 | 26240 | DW 40V MAX LITH ION XR STRING TRIM-4AH | 20 | 192.49/1 | 3,849.80 |
| DCBL790M1 | 44889 | DW 40V MAX LITH ION BATT BLOWER 4AH | 3 | 192.49/1 | 577.47 |

FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
DART                              00100288746450045248

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 4,427.27 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428560860

**INVOICE DATE**
08/30/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                             DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 553801 D/609 | 7025656627 | 08/30/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434079792P | UPS | | 12.400 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4894 | 57932 | 8 PC BI-METAL RECIP BLADE SET with CASE | 20 | 9.15/1 | 183.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000050709
*** TRACKING IDs ***
UPS                        1Z7996860324876948

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 183.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428560863
**INVOICE DATE**
08/30/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                  **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 552051 D/609 | 7025555070 | 08/30/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434079792P | | UPS | | | 2.325 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW4802-2 | 29192 | 6IN 6TPI TAPER BK BLD-2PK (disc) | 25 | 3.50/1 | 87.50 |

FOB : ORIGIN

*** BACKORDERS ***
DCD777C2                          20V MAX COMPACT BRSHLS DRILL/DRIVE        205
DW2097CS                          14 PC DRIVE GUIDE SET                     100

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
UPS                               1Z7996860324876948

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 87.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428567856

**INVOICE DATE**
08/30/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 553800 D/609 | 7025656660 | 08/30/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434079794P | | UPS | | 15.500 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4894 | 57932 | 8 PC BI-METAL RECIP BLADE SET with CASE | 25 | 9.15/1 | 228.75 |

FOB : ORIGIN

*** BACKORDERS ***
   DWA4894                  8 PC BI-METAL RECIP BLADE SET with CASE     10

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000050709
*** TRACKING IDs ***
UPS                 1Z7996860324870453

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 228.75 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

**PAGE**
1 of 1
**INVOICE NO**
9428567857

**INVOICE DATE**
08/30/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

| STORE NUMBER: 0447 | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 552047 D/609 | 7025555097 | 08/30/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434079794P | | UPS | | | 2.325 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW4802-2 | 29192 | 6IN 6TPI TAPER BK BLD-2PK (disc) | 25 | 3.50/1 | 87.50 |

FOB : ORIGIN

*** BACKORDERS ***
    DCD777C2                            20V MAX COMPACT BRSHLS DRILL/DRIVE        130

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
UPS                                 1Z7996860324870453

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 87.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428567939

**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 553842 D/609 | | 7025656771 | 08/31/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| FT. MILL BLACK & DECKER CORP, / 15534090932P | | | CTII | | 55561594049 | 1,038.630 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCK240C2 | 50626 | 20V MAX LI-ION COMPACT 2-TOOL COMBO KIT | 45 | 164.72/1 | 7,412.40 |
| DCK423D2 | 51334 | 20V MAX COMPACT 4-TOOL COMBO KIT | 12 | 319.20/1 | 3,830.40 |
| DCF885C1 | 51362 | 20V MAX LITH ION 1/4IN IMPACT DRIVER | 46 | 128.04/1 | 5,889.84 |
| DWA4101 | 57595 | 8 PC 2X RECIP SET | 80 | 14.46/1 | 1,156.80 |
| DW3791 | 80019 | 8PC JIG BLADE SET | 25 | 8.56/1 | 214.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                        00100288750262040599

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 18,503.44 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428567943

**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

| | | | | | |
|---|---|---|---|---|---|
| STORE NUMBER: 0443 | | | | | DUNS. 00-131-7189 |

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 555086 D/620 | 7025713801 | 08/31/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534090932P | | CTII | 55561594049 | 119.080 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 19150 | LTD EDITION CMPCT LITH HV - COBALT | 52 | 18.75/1 | 975.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 620
VENDOR : 000097907
*** TRACKING IDs ***
CTII                          00100288750262040599

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 975.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**Stanley Black & Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428567945
**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                     DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 555087 D/620 | 7025713805 | 08/31/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | **PRO #** | **WEIGHT** |
| FT. MILL BLACK & DECKER CORP, / 15534090932P | | | CTII | 55561594049 | 443.556 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HLVA320J26 | 29151 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 162 | 26.92/1 | 4,361.04 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 620
VENDOR : 000097907
*** TRACKING IDs ***
CTII                          00100288750262040599

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 4,361.04 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428567858

**INVOICE DATE**
08/31/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DR
JACKSONVILLE, FL 32218

| | | | | STORE NUMBER: 0425 | | | DUNS. 00-131-7189 |

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 6047479 | 553835 D/671 | | 7025656687 | 08/31/2018 | COLLECT | | |

| SHIPPING POINT / BOL | | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534090936P | | | CTII | | 55561594056 | | 84.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|---|
| LHT321 | 49779 | 22IN 20V MAX POWERCOMMAND HEDGE TRMR | | 10 | 72.10/1 | 721.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
CTII                              00100288750262209002

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 721.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428567860
**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DR
JACKSONVILLE, FL 32218

STORE NUMBER: 0425                                     DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|
| 6047479 | 552041 D/609 | 7025554861 | 08/31/2018 | COLLECT | | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534090936P | | CTII | 55561594056 | | 60.800 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| GC960 | 30269 | 9.6V EPP DRILL DRIVER(NO OVERMOLD) | 16 | 22.31/1 | 356.96 |

```
FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                            00100288750262209002

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 356.96 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428567863

**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DR
JACKSONVILLE, FL 32218

**STORE NUMBER:** 0425     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 555079 D/620 | 7025713639 | 08/31/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534090936P | | CTII | 55561594056 | 410.700 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HLVA320J26 | 29151 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 150 | 26.92/1 | 4,038.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 620
VENDOR : 000097907
*** TRACKING IDs ***
CTII                          00100288750262209002

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 4,038.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428567864
**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DR
JACKSONVILLE, FL 32218

**STORE NUMBER:** 0425                                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 554410 D/671 | | 7025667341 | 08/31/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| FT. MILL BLACK & DECKER CORP, / 15534090936P | | | | CTII | 55561594056 | 89.460 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| BEHTS400 | 74322 | 22IN SAWBLADE ELECTRIC HEDGE TRIMMER | 14 | 44.50/1 | 623.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
CTII                            00100288750262209002

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 623.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428567866

**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DR
JACKSONVILLE, FL 32218

STORE NUMBER: 0425                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 555078 D/620 | 7025713668 | 08/31/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534090936P | | CTII | 55561594056 | 274.800 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 19150 | LTD EDITION CMPCT LITH HV - COBALT | 120 | 18.75/1 | 2,250.00 |

FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 620
VENDOR : 000097907
*** TRACKING IDs ***
CTII                                00100288750262209002

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 2,250.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428567870

**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DR
JACKSONVILLE, FL 32218

**STORE NUMBER:** 0425                                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 553833 D/609 | | 7025656654 | 08/31/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534090936P | | CTII | 55561594056 | 1,472.020 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCK280C2 | 17295 | 20V COMPACT DRILL / IMPACT DRIVER COMBO | 24 | 208.74/1 | 5,009.76 |
| DW511 | 26910 | 1/2" HAMMER DRILL SINGLE SPEED | 20 | 77.19/1 | 1,543.80 |
| DCD771C2 | 27452 | 20V MAX LI-ION COMPACT DRILL/DRIVER KIT | 75 | 128.04/1 | 9,603.00 |
| GC960 | 30269 | 9.6V EPP DRILL DRIVER(NO OVERMOLD) | 10 | 22.31/1 | 223.10 |
| DWE6411K | 50324 | 1/4 Sheet Finishing Sander | 20 | 34.62/1 | 692.40 |
| DCK423D2 | 51334 | 20V MAX COMPACT 4-TOOL COMBO KIT | 13 | 319.20/1 | 4,149.60 |
| DCF885C1 | 51362 | 20V MAX LITH ION 1/4IN IMPACT DRIVER | 34 | 128.04/1 | 4,353.36 |

```
FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                              00100288750262209002

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 25,575.02 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

**PAGE**
1 of 1
**INVOICE NO**
9428567876

**INVOICE DATE**
08/31/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 547036 D/609 | | 7025274441 | 08/31/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0665241P | | CTII | 55561150016 | 10.360 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWMT70784 | 16418 | CUT-OFF TOOL - DEWALT | 4 | 32.00/1 | 128.00 |

FOB : ORIGIN

\*\*\* FOLLOWING ITEMS CANCELLED \*\*\*
DW2097CS                    14 PC DRIVE GUIDE SET                    30

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000097907
\*\*\* TRACKING IDs \*\*\*
CTII                        00100761742028871590

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 128.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428567880

**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440　　　　　　　　　　　　　　　　　　**DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 550231 D/609 | | 7025424695 | 08/31/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0665241P | | CTII | 55561150016 | 10.360 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWMT70784 | 16418 | CUT-OFF TOOL - DEWALT | 4 | 32.00/1 | 128.00 |

FOB : ORIGIN

*** BACKORDERS ***
DW2097CS　　　　　　　　　14 PC DRIVE GUIDE SET　　　　　　70

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII　　　　　　　　00100761742028871590

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 128.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**　　10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428567883

**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 553839 D/671 | 7025656682 | 08/31/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534090940P | | CTII | 55561594064 | 77.600 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| AF-100 | 48352 | REPL SPOOL LINE | 50 | 3.59/1 | 179.50 |
| AF-100-3ZP  1 | 74196 | REPLACEMENT AUTO FEED SPOOL 3 PACK | 192 | 8.99/1 | 1,726.08 |
| EFD-080 | 85686 | DUAL LINE 0.080IN SPOOL | 50 | 5.23/1 | 261.50 |
| 85942 | 85942 | CRAFTSMAN DUAL AUTO FEED SPOOL .065IN | 50 | 3.59/1 | 179.50 |

FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
CTII                          00100288750262041343

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 2,346.58 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428567887

**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 553837 D/609 | 7025656728 | 08/31/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534090940P | | CTII | 55561594064 | 33.300 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| PC760R | 66000 | 9" PRUNING BLADE (3 PACK) | 50 | 6.18/1 | 309.00 |
| DW4803 | 80327 | 9IN 6TPI TAPER BK BLD-5PK | 50 | 5.93/1 | 296.50 |
| BDL170 | 98429 | AUTO-LEVELING LASER W/PROTRACTOR | 2 | 25.92/1 | 51.84 |

```
FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                    00100288750262041343

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 657.34 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428567890

**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

| STORE NUMBER: 0440 | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|---|
| 6047479 | 555082 D/620 | | 7025713782 | 08/31/2018 | COLLECT |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534090940P | | CTII | 55561594064 | | 41.220 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 19150 | LTD EDITION CMPCT LITH HV - COBALT | 18 | 18.75/1 | 337.50 |

```
FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 620
VENDOR : 000097907
*** TRACKING IDs ***
CTII                        00100288750262041343

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 337.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428567891

**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                   **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 6047479 | 553840 D/671 | 7025656642 | 08/31/2018 | COLLECT |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534090940P | | CTII | 55561594064 | 198.240 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCST990M1 | 26240 | DW 40V MAX LITH ION XR STRING TRIM-4AH | 5 | 192.49/1 | 962.45 |
| DCBL790M1 | 44889 | DW 40V MAX LITH ION BATT BLOWER 4AH | 6 | 192.49/1 | 1,154.94 |

```
FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
CTII                        00100288750262041343

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 2,117.39 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428567895

**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 555083 D/620 | 7025713787 | 08/31/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534090940P | | CTII | 55561594064 | 147.852 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HLVA320J26 | 29151 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 54 | 26.92/1 | 1,453.68 |

FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 620
VENDOR : 000097907
*** TRACKING IDs ***
CTII                              00100288750262041343

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,453.68 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428567905

**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

| STORE NUMBER: 0440 | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 553836 D/609 | 7025656772 | 08/31/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534090940P | CTII | 55561594064 | 2,528.550 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCF680N2 | 15252 | 8V MAX MAC SCREWDRIVER KIT | 3 | 79.94/1 | 239.82 |
| DCK280C2 | 17295 | 20V COMPACT DRILL / IMPACT DRIVER COMBO | 24 | 208.74/1 | 5,009.76 |
| DWE402N | 17397 | 4-1/2IN 11 AMP AN GRINDER PADDLE NO-LK | 4 | 77.49/1 | 309.96 |
| PCE6430 | 20178 | 4.5 AMP FIXED SPEED LAMINATE TRIMMER | 8 | 84.55/1 | 676.40 |
| DW715 | 23404 | 12" COMPOUND MITER SAW | 16 | 215.99/1 | 3,455.84 |
| DWE304 | 26482 | 10AMP RECIPROCATING SAW | 10 | 74.69/1 | 746.90 |
| DW511 | 26910 | 1/2" HAMMER DRILL SINGLE SPEED | 15 | 77.19/1 | 1,157.85 |
| GC960 | 30269 | 9.6V EPP DRILL DRIVER(NO OVERMOLD) | 16 | 22.31/1 | 356.96 |
| DW4904 | 36620 | 6"CRIMP BENCH WIRE WHL,5/8-1/2 ARBOR,MED | 10 | 5.02/1 | 50.20 |
| DW4905 | 36720 | 6"CRIMP BENCH WIRE WHL,5/8-1/2 ARBOR,WID | 10 | 5.67/1 | 56.70 |
| DC820B | 38436 | 18V 1/2in IMPACT WRENCH | 5 | 83.19/1 | 415.95 |
| DW4901 | 42684 | 1" CRIMP END BRUSH/CARB ST 1/4" STEM | 10 | 3.06/1 | 30.60 |
| DCF620B | 42773 | 20V MAX XR LI-ION BL SCREWGUN-BARE | 3 | 107.84/1 | 323.52 |
| DW840K | 43407 | 7IN MEDIUM ANGLE GRINDER KIT | 1 | 114.99/1 | 114.99 |
| PIN138 | 43918 | 23 GA 1-3/8 PULG PIN NAILER | 4 | 81.18/1 | 324.72 |
| DWA2T40IR | 44897 | 40 PC IMPCT RDY SCREW LOCK SCREWDRI | 10 | 18.52/1 | 185.20 |
| DW2587 | 45113 | 80 PC PRO DRILLING / DRIVING SET | 20 | 26.78/1 | 535.60 |
| LDX120C | 46218 | 20V MAX LITHIUM DRILL/DRIVER | 2 | 54.78/1 | 109.56 |
| DWE402W | 49268 | 4-1/2 IN 11 AMP ANGLE GRINDER PADDLE | 28 | 75.11/1 | 2,103.08 |
| DWE6411K | 50324 | 1/4 Sheet Finishing Sander | 35 | 34.62/1 | 1,211.70 |
| DCK240C2 | 50626 | 20V MAX LI-ION COMPACT 2-TOOL COMBO KIT | 11 | 164.72/1 | 1,811.92 |
| BDH1220AV | 51276 | 12V DUSTBUSTER AUTO HAND VAC | 1 | 32.29/1 | 32.29 |
| DCF885C1 | 51362 | 20V MAX LITH ION 1/4IN IMPACT DRIVER | 98 | 128.04/1 | 12,547.92 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | | | |
|---|---|---|---|---|---|
| DCD777C2 | | 20V MAX COMPACT BRSHLS DRILL/DRIVE | 100 | | |
| DCGG571M1 | | 20V MAX LITHIUM ION GREASE GUN KIT | 6 | | |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428567905
**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 553836 D/609 | | 7025656772 | 08/31/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| FT. MILL BLACK & DECKER CORP, / 15534090940P | | | CTII | 55561594064 | | 2,528.550 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

```
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                        00100288750262041343

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 31,807.44 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428567910

**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 553798 D/609 | 7025656778 | 08/31/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534090940P | | CTII | 55561594064 | 11.160 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4894 | 57932 | 8 PC BI-METAL RECIP BLADE SET with CASE | 18 | 9.15/1 | 164.70 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| DWA4894 | | 8 PC BI-METAL RECIP BLADE SET with CASE | 5 |
|---|---|---|---|

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000050709
*** TRACKING IDs ***
CTII                  00100288750262041343

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 164.70 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428567916

**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                      DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 551069 D/671 | | 7025486096 | 08/31/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534090932P | | CTII | 55561594049 | | 217.800 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCST990M1 | 26240 | DW 40V MAX LITH ION XR STRING TRIM-4AH | 10 | 192.49/1 | 1,924.90 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
CTII                               00100288750262040599

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,924.90 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428567918

**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

| | | | | STORE NUMBER: 0443 | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 6047479 | 553844 D/671 | | 7025656665 | 08/31/2018 | COLLECT | | |

| SHIPPING POINT / BOL | | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534090932P | | | CTII | | 55561594049 | | 355.800 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| AF-100 | 48352 | REPL SPOOL LINE | 300 | 3.59/1 | 1,077.00 |
| LHT321 | 49779 | 22IN 20V MAX POWERCOMMAND HEDGE TRMR | 20 | 72.10/1 | 1,442.00 |
| AF-100-3ZP  1 | 74196 | REPLACEMENT AUTO FEED SPOOL 3 PACK | 288 | 8.99/1 | 2,589.12 |
| BEHTS400 | 74322 | 22IN SAWBLADE ELECTRIC HEDGE TRIMMER | 10 | 44.50/1 | 445.00 |

FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
CTII                        00100288750262040599

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 5,553.12 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428567920

**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 551067 D/609 | 7025486364 | 08/31/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534090932P | | CTII | 55561594049 | 39.200 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4101 | 57595 | 8 PC 2X RECIP SET | 35 | 14.04/1 | 491.40 |

FOB : ORIGIN

*** BACKORDERS ***
DW2097CS                                 14 PC DRIVE GUIDE SET                    70


STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                            00100288750262040599

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 491.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428567923

**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

| STORE NUMBER: 0443 | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 554411 D/671 | 7025667340 | 08/31/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534090932P | CTII | 55561594049 | 8.640 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| SF-080 | 85645 | SINGLE LINE AFS REPLACE SPOOL .080IN | 60 | 3.78/1 | 226.80 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
CTII                        00100288750262040599

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 226.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428567930

**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 553841 D/609 | 7025656758 | 08/31/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534090932P | CTII | 55561594049 | 2,455.040 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCF889HL1 | 10887 | 20V MAX 1/2IN HOG RING IMPACT WRENCH | 72 | 187.21/1 | 13,479.12 |
| DC9096-2 | 12011 | 18V  XRP BATTERY PACK COMBO | 20 | 109.70/1 | 2,194.00 |
| DCK280C2 | 17295 | 20V COMPACT DRILL / IMPACT DRIVER COMBO | 32 | 208.74/1 | 6,679.68 |
| BDCS20C | 17564 | 4V MAX CORDLESS RECHARGEABLE SCREWDRIVER | 24 | 14.65/1 | 351.60 |
| DW4898 | 22966 | 10 PC WOOD/ METAL CUTTING SET IN CASE | 60 | 12.23/1 | 733.80 |
| DW2002B25 | 25924 | NO2 PHILLIPS 1IN BIT TIPBIT BOX OF 25 | 10 | 2.32/1 | 23.20 |
| DWE304 | 26482 | 10AMP RECIPROCATING SAW | 10 | 74.69/1 | 746.90 |
| DW511 | 26910 | 1/2" HAMMER DRILL SINGLE SPEED | 10 | 77.19/1 | 771.90 |
| DCD771C2 | 27452 | 20V MAX LI-ION COMPACT DRILL/DRIVER KIT | 100 | 128.04/1 | 12,804.00 |
| DWD110K | 28370 | 3/8" VSR KEYLESS PISTOL GRIP DRILL KIT | 15 | 45.89/1 | 688.35 |
| DW4809 | 29182 | 8IN 14TPI STGT BK BLD-5PK | 25 | 6.66/1 | 166.50 |
| DWPVTDRV3  G | 29947 | 3 PC MAG IMPACT READY PIVOT NUTSETTER | 10 | 9.01/1 | 90.10 |
| DW2541IR  G | 29950 | 1/4" HEX TO 1/4" SQ IMP READY SOCKT ADPT | 21 | 0.79/1 | 16.59 |
| DW2542IR  G | 29951 | 1/4" HEX TO 3/8" SQ IMP READY SOCKT ADPT | 39 | 0.89/1 | 34.71 |
| DW2547IR  G | 29952 | 1/4" HEX TO 1/2" SQ IMP READY SOCKT ADPT | 33 | 1.07/1 | 35.31 |
| GC960 | 30269 | 9.6V EPP DRILL DRIVER(NO OVERMOLD) | 10 | 22.31/1 | 223.10 |
| DW4903 | 36601 | 3" CRIMP FLAT BRUSH/CARB STL 1/4" STEM | 10 | 2.52/1 | 25.20 |
| DW4904 | 36620 | 6"CRIMP BENCH WIRE WHL,5/8-1/2 ARBOR,MED | 10 | 5.02/1 | 50.20 |
| DW4905 | 36720 | 6"CRIMP BENCH WIRE WHL,5/8-1/2 ARBOR,WID | 10 | 5.67/1 | 56.70 |
| PCPCMX | 36997 | CLEANING COMPOUND VARIETY 5 PK | 10 | 3.98/1 | 39.80 |
| DWA2T40IR | 44897 | 40 PC IMPCT RDY SCREW LOCK SCREWDRI | 30 | 18.52/1 | 555.60 |
| DWA2FTS25IR-Z | 44907 | 25PC IR FLEX TORQ SET | 10 | 9.79/1 | 97.90 |
| DWE402W | 49268 | 4-1/2 IN 11 AMP ANGLE GRINDER PADDLE | 24 | 75.11/1 | 1,802.64 |
| DWE6411K | 50324 | 1/4 Sheet Finishing Sander | 25 | 34.62/1 | 865.50 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*
71-931                          18 PC HSS DRILL BIT SET                    10

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428567930
**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 553841 D/609 | | 7025656758 | 08/31/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| FT. MILL BLACK & DECKER CORP, / 15534090932P | | | | CTII | 55561594049 | 2,455.040 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

```
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                           00100288750262040599

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
P.O. Box 223516
Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 42,532.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428567936

**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                                  DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|
| 6047479 | 552046 D/609 | 7025554894 | 08/31/2018 | COLLECT | | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT | |
|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534090932P | | CTII | 55561594049 | 114.000 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| GC960 | 30269 | 9.6V EPP DRILL DRIVER(NO OVERMOLD) | 30 | 22.31/1 | 669.30 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                          00100288750262040599

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 669.30 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428578897

**INVOICE DATE**
09/04/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

STORE NUMBER: 0447                                           DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 552049 D/609 | 7025554875 | 09/04/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434090892P | | DART | 16434090892P | | 121.600 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| GC960 | 30269 | 9.6V EPP DRILL DRIVER(NO OVERMOLD) | 32 | 22.31/1 | 713.92 |

FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                          00100288746451446624

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 713.92 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428578900

**INVOICE DATE**
09/04/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 553846 D/609 | 7025656718 | 09/04/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434090892P | DART | 16434090892P | 2,166.110 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCK240C2 | 50626 | 20V MAX LI-ION COMPACT 2-TOOL COMBO KIT | 103 | 164.72/1 | 16,966.16 |
| DCK423D2 | 51334 | 20V MAX COMPACT 4-TOOL COMBO KIT | 28 | 319.20/1 | 8,937.60 |
| DCF885C1 | 51362 | 20V MAX LITH ION 1/4IN IMPACT DRIVER | 102 | 128.04/1 | 13,060.08 |
| DW3760-5 | 80014 | 10TPI TG T-SHK COBALT JIG SAW BLD-5PK | 25 | 5.29/1 | 132.25 |
| DW3791 | 80019 | 8PC JIG BLADE SET | 25 | 8.56/1 | 214.00 |

FOB : ORIGIN

*** BACKORDERS ***

| DWA4101 | | 8 PC 2X RECIP SET | 10 | | |

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                              00100288746451446624

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 39,310.09 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428578903

**INVOICE DATE**
09/04/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                                   **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 553847 D/671 | 7025656681 | 09/04/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434090896P | UPS | | 47.550 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| AF-100-3ZP   1 | 74196 | REPLACEMENT AUTO FEED SPOOL 3 PACK | 96 | 8.99/1 | 863.04 |
| AF-100 | 48352 | REPL SPOOL LINE | 150 | 3.59/1 | 538.50 |

FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
UPS                          1Z7996860324905228

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,401.54 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428578904

**INVOICE DATE**
09/04/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447  **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 550236 D/609 | 7025424701 | 09/04/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434090892P | DART | 16434090892P | 0.880 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW3760-5 | 80014 | 10TPI TG T-SHK COBALT JIG SAW BLD-5PK | 10 | 5.14/1 | 51.40 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*
DW2097CS                          14 PC DRIVE GUIDE SET                 50

\*\*\* FOLLOWING ITEMS CANCELLED \*\*\*
DW3760-5                          10TPI TG T-SHK COBALT JIG SAW BLD-5PK   15


STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
\*\*\* TRACKING IDs \*\*\*
DART                              00100288746451446624

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 51.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Stanley Black & Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428578906
**INVOICE DATE**
09/04/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                              **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 555090 D/620 | | 7025713756 | 09/04/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434090894P | | DART | 16434090894P | | 87.020 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 19150 | LTD EDITION CMPCT LITH HV - COBALT | 38 | 18.75/1 | 712.50 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 620
VENDOR : 000097907
*** TRACKING IDs ***
DART                          00100288746451445740

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 712.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428578908

**INVOICE DATE**
09/04/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

| | | | | | | |
|---|---|---|---|---|---|---|
| **STORE NUMBER:** 0447 | | | | | | **DUNS. 00-131-7189** |

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 555040 D/609 | 7025713778 | 09/04/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434090892P | | DART | 16434090892P | 237.600 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| WM125 | 98364 | OPP WORKMATE 125 | 16 | 19.62/1 | 313.92 |

```
FOB : ORIGIN

*** BACKORDERS ***
  DWA4894               8 PC BI-METAL RECIP BLADE SET with CASE     15


STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000050709
*** TRACKING IDs ***
DART                     00100288746451446624

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 313.92 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

**Invoice**

**PAGE**
1 of 1

**INVOICE NO**
9428578910

**INVOICE DATE**
09/04/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 554315 D/609 | 7025656641 | 09/04/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434090892P | | DART | 16434090892P | 856.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW715 | 23404 | 12" COMPOUND MITER SAW | 16 | 215.99/1 | 3,455.84 |
| DWD110K | 28370 | 3/8" VSR KEYLESS PISTOL GRIP DRILL KIT | 15 | 45.89/1 | 688.35 |
| 71-931 | 28696 | 18 PC HSS DRILL BIT SET | 10 | 5.64/1 | 56.40 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 183173020
*** TRACKING IDs ***
DART                    00100288746451446624

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 4,200.59 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428578917
**INVOICE DATE**
09/04/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447

**DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 553845 D/609 | 7025656776 | 09/04/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434090892P | DART | 16434090892P | 2,499.725 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCF889HL1 | 10887 | 20V MAX 1/2IN HOG RING IMPACT WRENCH | 72 | 187.21/1 | 13,479.12 |
| DC9096-2 | 12011 | 18V  XRP BATTERY PACK COMBO | 16 | 109.70/1 | 1,755.20 |
| DCK280C2 | 17295 | 20V COMPACT DRILL / IMPACT DRIVER COMBO | 32 | 208.74/1 | 6,679.68 |
| BDCS20C | 17564 | 4V MAX CORDLESS RECHARGEABLE SCREWDRIVER | 12 | 14.65/1 | 175.80 |
| DWE304 | 26482 | 10AMP RECIPROCATING SAW | 10 | 74.69/1 | 746.90 |
| DW511 | 26910 | 1/2" HAMMER DRILL SINGLE SPEED | 10 | 77.19/1 | 771.90 |
| DCD771C2 | 27452 | 20V MAX LI-ION COMPACT DRILL/DRIVER KIT | 45 | 128.04/1 | 5,761.80 |
| DW4809 | 29182 | 8IN 14TPI STGT BK BLD-5PK | 20 | 6.66/1 | 133.20 |
| DW4811-2 | 29194 | 6IN 18TPI STGT BK BLD-2PK | 25 | 3.16/1 | 79.00 |
| DWPVTDRV3  G | 29947 | 3 PC MAG IMPACT READY PIVOT NUTSETTER | 10 | 9.01/1 | 90.10 |
| DW2541IR  G | 29950 | 1/4" HEX TO 1/4" SQ IMP READY SOCKT ADPT | 12 | 0.79/1 | 9.48 |
| DW2542IR  G | 29951 | 1/4" HEX TO 3/8" SQ IMP READY SOCKT ADPT | 12 | 0.89/1 | 10.68 |
| DW2547IR  G | 29952 | 1/4" HEX TO 1/2" SQ IMP READY SOCKT ADPT | 30 | 1.07/1 | 32.10 |
| DCB200-2 | 33191 | 20V MAX 3.0 AH Li-Ion BATTERY 2 PACK | 24 | 112.00/1 | 2,688.00 |
| DW4903 | 36601 | 3" CRIMP FLAT BRUSH/CARB STL 1/4" STEM | 10 | 2.52/1 | 25.20 |
| DW4904 | 36620 | 6"CRIMP BENCH WIRE WHL,5/8-1/2 ARBOR,MED | 10 | 5.02/1 | 50.20 |
| DW4905 | 36720 | 6"CRIMP BENCH WIRE WHL,5/8-1/2 ARBOR,WID | 15 | 5.67/1 | 85.05 |
| DW4901 | 42684 | 1" CRIMP END BRUSH/CARB STL 1/4" STEM | 10 | 3.06/1 | 30.60 |
| DWA2T40IR | 44897 | 40 PC IMPCT RDY SCREW LOCK SCREWDRI | 20 | 18.52/1 | 370.40 |
| DWA3HLDIR-Z | 44906 | 3IN IMPCT RDY BIT TIP HOLDERS w/SS | 36 | 3.61/1 | 129.96 |
| DW2587 | 45113 | 80 PC PRO DRILLING / DRIVING SET | 85 | 26.78/1 | 2,276.30 |
| DWE402W | 49268 | 4-1/2 IN 11 AMP ANGLE GRINDER PADDLE | 32 | 75.11/1 | 2,403.52 |
| DWE6411K | 50324 | 1/4 Sheet Finishing Sander | 30 | 34.62/1 | 1,038.60 |
| DWE6421K | 50325 | 5" RANDOM ORBIT H&L SANDER W/ BAG | 12 | 37.91/1 | 454.92 |

FOB : ORIGIN

*** BACKORDERS ***

| DCD777C2 | | 20V MAX COMPACT BRSHLS DRILL/DRIVE | 100 | | |
|---|---|---|---|---|---|

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
2 of 2

**INVOICE NO**
9428578917

**INVOICE DATE**
09/04/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                                                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 553845 D/609 | | 7025656776 | 09/04/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Fontana DC Black & Decker,Inc. / 16434090892P | | | | DART | 16434090892P | 2,499.725 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

```
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                        00100288746451446624

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 39,277.71 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428578919

**INVOICE DATE**
09/04/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

| | | | | STORE NUMBER: 0447 | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 555091 D/620 | | 7025713763 | 09/04/2018 | COLLECT | |

| SHIPPING POINT / BOL | | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434090894P | | | DART | 16434090894P | | 147.852 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HLVA320J26 | 29151 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 54 | 26.92/1 | 1,453.68 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 620
VENDOR : 000097907
*** TRACKING IDs ***
DART                       00100288746451445740

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,453.68 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428578924

**INVOICE DATE**
09/04/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

| | STORE NUMBER: 0449 | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 539662 D/609 | 7024858812 | 09/04/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434090888P | | DART | 16434090888P | | 11.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW3760-5 | 80014 | 10TPI TG T-SHK COBALT JIG SAW BLD-5PK | 125 | 5.14/1 | 642.50 |

```
FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                           00100288746451517225

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 642.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428578927
**INVOICE DATE**
09/04/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 554316 D/609 | 7025656741 | 09/04/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434090888P | DART | 16434090888P | 1,032.692 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW715 | 23404 | 12" COMPOUND MITER SAW | 16 | 215.99/1 | 3,455.84 |
| DWE304 | 26482 | 10AMP RECIPROCATING SAW | 9 | 74.69/1 | 672.21 |
| DW511 | 26910 | 1/2" HAMMER DRILL SINGLE SPEED | 10 | 77.19/1 | 771.90 |
| DWD110K | 28370 | 3/8" VSR KEYLESS PISTOL GRIP DRILL KIT | 25 | 45.89/1 | 1,147.25 |
| 71-931 | 28696 | 18 PC HSS DRILL BIT SET | 10 | 5.64/1 | 56.40 |

```
FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 183173020
*** TRACKING IDs ***
DART                      00100288746451517225

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 6,103.60 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428578929

**INVOICE DATE**
09/04/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 553848 D/609 | 7025656726 | 09/04/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434090888P | DART | 16434090888P | 2,219.820 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCF889HL1 | 10887 | 20V MAX 1/2IN HOG RING IMPACT WRENCH | 72 | 187.21/1 | 13,479.12 |
| DCK280C2 | 17295 | 20V COMPACT DRILL / IMPACT DRIVER COMBO | 12 | 208.74/1 | 2,504.88 |
| DCD771C2 | 27452 | 20V MAX LI-ION COMPACT DRILL/DRIVER KIT | 65 | 128.04/1 | 8,322.60 |
| DW2541IR   G | 29950 | 1/4" HEX TO 1/4" SQ IMP READY SOCKT ADPT | 12 | 0.79/1 | 9.48 |
| DW2547IR   G | 29952 | 1/4" HEX TO 1/2" SQ IMP READY SOCKT ADPT | 15 | 1.07/1 | 16.05 |
| DCB200-2 | 33191 | 20V MAX 3.0 AH Li-Ion BATTERY 2 PACK | 12 | 98.25/1 | 1,179.00 |
| DWA3HLDIR-Z | 44906 | 3IN IMPCT RDY BIT TIP HOLDERS w/SS | 36 | 3.61/1 | 129.96 |
| DWE402W | 49268 | 4-1/2 IN 11 AMP ANGLE GRINDER PADDLE | 12 | 75.11/1 | 901.32 |
| DCK423D2 | 51334 | 20V MAX COMPACT 4-TOOL COMBO KIT | 10 | 319.20/1 | 3,192.00 |
| DCF885C1 | 51362 | 20V MAX LITH ION 1/4IN IMPACT DRIVER | 114 | 128.04/1 | 14,596.56 |
| DW3760H | 80018 | FINE CUT SMTH FIN JIG BLD | 100 | 4.96/1 | 496.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                         00100288746451517225

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 44,826.97 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428578931

**INVOICE DATE**
09/04/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 551074 D/609 | 7025486324 | 09/04/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434090888P | DART | 16434090888P | 95.630 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCGG571B | 36057 | 20V MAX LI-ION GREASE GUN (TOOL ONLY) | 10 | 118.99/1 | 1,189.90 |

FOB : ORIGIN

*** BACKORDERS ***
DW2097CS                        14 PC DRIVE GUIDE SET                        100

*** FOLLOWING ITEMS CANCELLED ***
DCS355B                         20V MAX OSCILLATING MULTI-TOOL (BARE)        12
DW49008X                        SHELL 3X1/4 HP.014 CARBON FLARE              50


STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                            00100288746451517225

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,189.90 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428578932

**INVOICE DATE**
09/04/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 555093 D/620 | 7025713761 | 09/04/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434090890P | DART | 16434090890P | 398.460 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 19150 | LTD EDITION CMPCT LITH HV - COBALT | 174 | 18.75/1 | 3,262.50 |

FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 620
VENDOR : 000097907
*** TRACKING IDs ***
DART                          00100288746451446617

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 3,262.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428578934

**INVOICE DATE**
09/04/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

| | | | STORE NUMBER: 0449 | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 6047479 | 555094 D/620 | | 7025713769 | 09/04/2018 | COLLECT | | |

| SHIPPING POINT / BOL | | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434090890P | | | DART | 16434090890P | | 131.424 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HLVA320J26 | 29151 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 48 | 26.92/1 | 1,292.16 |

FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 620
VENDOR : 000097907
*** TRACKING IDs ***
DART                          00100288746451446617

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,292.16 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428597216

**INVOICE DATE**
09/06/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 6047479 | 553841 D/609 | 7025656758 | 09/06/2018 | COLLECT |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434092968P | UPS | | 9.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 71-931 | 28696 | 18 PC HSS DRILL BIT SET | 10 | 5.64/1 | 56.40 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
UPS                          1Z7996860324942634

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 56.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428612042

**INVOICE DATE**
09/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

STORE NUMBER: 0447                                          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 555692 D/671 | | 7025730393 | 09/08/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Fontana DC Black & Decker,Inc. / 164L0697308P | | | | UPS | | 25.000 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| AF-100 | 48352 | REPL SPOOL LINE | | 200 | 3.59/1 | 718.00 |

FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
UPS                            1Z7996860324992849

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 718.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428612043

**INVOICE DATE**
09/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447 | **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 6047479 | 555823 D/671 | 7025748118 | 09/08/2018 | COLLECT |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0697308P | UPS | | 25.560 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| BEHTS400 | 74322 | 22IN SAWBLADE ELECTRIC HEDGE TRIMMER | 4 | 44.50/1 | 178.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
UPS                          1Z7996860324992849

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 178.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428612044

**INVOICE DATE**
09/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                                  DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 555693 D/671 | 7025730389 | 09/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0697310P | UPS | | 12.500 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| AF-100 | 48352 | REPL SPOOL LINE | 100 | 3.59/1 | 359.00 |

FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
UPS                          1Z7996860324992830

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
P.O. Box 223516
Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 359.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428612045

**INVOICE DATE**
09/08/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449 | DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 555824 D/671 | | 7025748124 | 09/08/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Fontana DC Black & Decker,Inc. / 164L0697310P | | | UPS | | | 63.900 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| BEHTS400 | 74322 | 22IN SAWBLADE ELECTRIC HEDGE TRIMMER | | 10 | 44.50/1 | 445.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
UPS                       1Z7996860324992830

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 445.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

## Invoice

**PAGE**
1 of 2

**INVOICE NO**
9428615554

**INVOICE DATE**
09/10/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

STORE NUMBER: 0447       DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 6047479 | 555088 D/609 | 7025713740 | 09/10/2018 | COLLECT |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0697306P | DART | 164L0697306P | 4,200.735 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCF889HL1 | 10887 | 20V MAX 1/2IN HOG RING IMPACT WRENCH | 144 | 187.21/1 | 26,958.24 |
| DC9096-2 | 12011 | 18V  XRP BATTERY PACK COMBO | 12 | 109.70/1 | 1,316.40 |
| DCK280C2 | 17295 | 20V COMPACT DRILL / IMPACT DRIVER COMBO | 60 | 208.74/1 | 12,524.40 |
| BDCS20C | 17564 | 4V MAX CORDLESS RECHARGEABLE SCREWDRIVER | 18 | 14.65/1 | 263.70 |
| DW4898 | 22966 | 10 PC WOOD/ METAL CUTTING SET IN CASE | 55 | 12.23/1 | 672.65 |
| DWE304 | 26482 | 10AMP RECIPROCATING SAW | 10 | 74.69/1 | 746.90 |
| DW511 | 26910 | 1/2" HAMMER DRILL SINGLE SPEED | 15 | 77.19/1 | 1,157.85 |
| DCD771C2 | 27452 | 20V MAX LI-ION COMPACT DRILL/DRIVER KIT | 80 | 128.04/1 | 10,243.20 |
| DW4809 | 29182 | 8IN 14TPI STGT BK BLD-5PK | 15 | 6.66/1 | 99.90 |
| DW4802-2 | 29192 | 6IN 6TPI TAPER BK BLD-2PK (disc) | 25 | 3.61/1 | 90.25 |
| DWPVTDRV3  G | 29947 | 3 PC MAG IMPACT READY PIVOT NUTSETTER | 10 | 9.01/1 | 90.10 |
| DW2541IR  G | 29950 | 1/4" HEX TO 1/4" SQ IMP READY SOCKT ADPT | 12 | 0.79/1 | 9.48 |
| DW2542IR  G | 29951 | 1/4" HEX TO 3/8" SQ IMP READY SOCKT ADPT | 18 | 0.89/1 | 16.02 |
| DW2547IR  G | 29952 | 1/4" HEX TO 1/2" SQ IMP READY SOCKT ADPT | 21 | 1.07/1 | 22.47 |
| DW4904 | 36620 | 6"CRIMP BENCH WIRE WHL,5/8-1/2 ARBOR,MED | 10 | 5.02/1 | 50.20 |
| DW4905 | 36720 | 6"CRIMP BENCH WIRE WHL,5/8-1/2 ARBOR,WID | 10 | 5.67/1 | 56.70 |
| DWA2T40IR | 44897 | 40 PC IMPCT RDY SCREW LOCK SCREWDRI | 20 | 18.52/1 | 370.40 |
| DWA2T35IR | 45101 | 35 PC IMPCT RDY SCREWLK SCRWDRV SET | 20 | 16.48/1 | 329.60 |
| DWE402W | 49268 | 4-1/2 IN 11 AMP ANGLE GRINDER PADDLE | 12 | 75.11/1 | 901.32 |
| DWE6411K | 50324 | 1/4 Sheet Finishing Sander | 35 | 34.62/1 | 1,211.70 |
| DWE6421K | 50325 | 5" RANDOM ORBIT H&L SANDER W/ BAG | 12 | 37.91/1 | 454.92 |
| DCK423D2 | 51334 | 20V MAX COMPACT 4-TOOL COMBO KIT | 20 | 319.20/1 | 6,384.00 |
| DCF885C1 | 51362 | 20V MAX LITH ION 1/4IN IMPACT DRIVER | 83 | 128.04/1 | 10,627.32 |
| DCB200-2 | 33191 | 20V MAX 3.0 AH Li-Ion BATTERY 2 PACK | 24 | 112.00/1 | 2,688.00 |

FOB : ORIGIN

*** BACKORDERS ***
DWA4101                          8 PC 2X RECIP SET                          25

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428615554

**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 555088 D/609 | | 7025713740 | 09/10/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Fontana DC Black & Decker,Inc. / 164L0697306P | | | DART | | 164L0697306P | 4,200.735 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                          00100288746452841107

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 77,285.72 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428615559
**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

STORE NUMBER: 0447          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 555089 D/609 | 7025713749 | 09/10/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0697306P | | DART | 164L0697306P | 2.200 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW3760H | 80018 | FINE CUT SMTH FIN JIG BLD | 25 | 4.96/1 | 124.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                        00100288746452841107

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 124.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**Stanley Black&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428615561
**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 553800 D/609 | | 7025656660 | 09/10/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0697306P | | DART | 164L0697306P | | 3.100 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4894 | 57932 | 8 PC BI-METAL RECIP BLADE SET with CASE | 5 | 9.15/1 | 45.75 |

FOB : ORIGIN

*** BACKORDERS ***
   DWA4894                    8 PC BI-METAL RECIP BLADE SET with CASE        5

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000050709
*** TRACKING IDs ***
DART                    00100288746452841107

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 45.75 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428615562

**INVOICE DATE**
09/10/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

STORE NUMBER: 0447                                          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 555525 D/609 | 7025713784 | 09/10/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0697306P | DART | 164L0697306P | 59.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWD110K | 28370 | 3/8" VSR KEYLESS PISTOL GRIP DRILL KIT | 10 | 45.89/1 | 458.90 |
| 71-931 | 28696 | 18 PC HSS DRILL BIT SET | 10 | 5.64/1 | 56.40 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 183173020
*** TRACKING IDs ***
DART                        00100288746452841107

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 515.30 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428615565
**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 553030 D/609 | 7025607406 | 09/10/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0697306P | DART | 164L0697306P | 2.200 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW3760-5 | 80014 | 10TPI TG T-SHK COBALT JIG SAW BLD-5PK | 25 | 5.14/1 | 128.50 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
DCF787C1                    20V MAX BRUSHLESS IMPACT DR KIT        160
DCD777C2                    20V MAX COMPACT BRSHLS DRILL/DRIVE     335


STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                        00100288746452841107

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 128.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428615572

**INVOICE DATE**
09/10/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 550239 D/609 | | 7025424711 | 09/10/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0697309P | | DART | 164L0697309P | 51.700 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW2097CS | 51178 | 14 PC DRIVE GUIDE SET | 110 | 6.08/1 | 668.80 |

```
FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                        00100288746452840926

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 668.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428615575

**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 555526 D/609 | 7025713659 | 09/10/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0697309P | | DART | 164L0697309P | 185.692 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWE304 | 26482 | 10AMP RECIPROCATING SAW | 9 | 74.69/1 | 672.21 |
| DW511 | 26910 | 1/2" HAMMER DRILL SINGLE SPEED | 10 | 77.19/1 | 771.90 |
| DWD110K | 28370 | 3/8" VSR KEYLESS PISTOL GRIP DRILL KIT | 10 | 45.89/1 | 458.90 |
| 71-931 | 28696 | 18 PC HSS DRILL BIT SET | 10 | 5.64/1 | 56.40 |

FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 183173020
*** TRACKING IDs ***

DART            00100288746452840926

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,959.41 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428615584
**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                           **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 555092 D/609 | 7025713752 | 09/10/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0697309P | DART | 164L0697309P | 2,963.755 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCF889HL1 | 10887 | 20V MAX 1/2IN HOG RING IMPACT WRENCH | 121 | 187.21/1 | 22,652.41 |
| DCK280C2 | 17295 | 20V COMPACT DRILL / IMPACT DRIVER COMBO | 48 | 208.74/1 | 10,019.52 |
| DCD771C2 | 27452 | 20V MAX LI-ION COMPACT DRILL/DRIVER KIT | 55 | 128.04/1 | 7,042.20 |
| DW4802-2 | 29192 | 6IN 6TPI TAPER BK BLD-2PK (disc) | 25 | 3.61/1 | 90.25 |
| DWPVTDRV3  G | 29947 | 3 PC MAG IMPACT READY PIVOT NUTSETTER | 10 | 9.01/1 | 90.10 |
| DW2541IR  G | 29950 | 1/4" HEX TO 1/4" SQ IMP READY SOCKT ADPT | 12 | 0.79/1 | 9.48 |
| DW2542IR  G | 29951 | 1/4" HEX TO 3/8" SQ IMP READY SOCKT ADPT | 12 | 0.89/1 | 10.68 |
| DW2547IR  G | 29952 | 1/4" HEX TO 1/2" SQ IMP READY SOCKT ADPT | 21 | 1.07/1 | 22.47 |
| DWA2T40IR | 44897 | 40 PC IMPCT RDY SCREW LOCK SCREWDRI | 20 | 18.52/1 | 370.40 |
| DWA2FTS25IR-Z | 44907 | 25PC IR FLEX TORQ SET | 15 | 9.79/1 | 146.85 |
| DWE402W | 49268 | 4-1/2 IN 11 AMP ANGLE GRINDER PADDLE | 12 | 75.11/1 | 901.32 |
| DWE6411K | 50324 | 1/4 Sheet Finishing Sander | 21 | 34.62/1 | 727.02 |
| DCF885C1 | 51362 | 20V MAX LITH ION 1/4IN IMPACT DRIVER | 112 | 128.04/1 | 14,340.48 |
| PC760R | 66000 | 9" PRUNING BLADE (3 PACK) | 50 | 6.18/1 | 309.00 |
| DWA4169 | 66001 | 9 IN 6TPI 2X RECIP BLADE 5PK | 50 | 9.79/1 | 489.50 |
| DW3774-5 | 80011 | 18TPI  T-SHK COBALT JS BLD-5 PK | 25 | 5.82/1 | 145.50 |
| DW3760H | 80018 | FINE CUT SMTH FIN JIG BLD | 25 | 4.96/1 | 124.00 |
| DW3791 | 80019 | 8PC JIG BLADE SET | 25 | 8.56/1 | 214.00 |
| DCB200-2 | 33191 | 20V MAX 3.0 AH Li-Ion BATTERY 2 PACK | 12 | 112.00/1 | 1,344.00 |

FOB : ORIGIN
Item 000210 DW4803  Z 15 Discontinued, No Substitution Allowed

*** BACKORDERS ***
| | | | | |
|---|---|---|---|---|
| DWA4101 | | 8 PC 2X RECIP SET | 10 | |

*** FOLLOWING ITEMS CANCELLED ***
| | | | | |
|---|---|---|---|---|
| DCF889HL1 | | 20V MAX 1/2IN HOG RING IMPACT WRENCH | 23 | |
| DW4803  Z | | 9IN 6TPI TAPER BK BLD-5PK | 50 | |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428615584
**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 555092 D/609 | | 7025713752 | 09/10/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Fontana DC Black & Decker,Inc. / 164L0697309P | | | DART | | 164L0697309P | 2,963.755 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

```
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                        00100288746452840926

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 59,049.18 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1
**INVOICE NO**
9428615590

**INVOICE DATE**
09/10/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                   **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556139 D/609 | 7025765326 | 09/10/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0697309P | | DART | 164L0697309P | 148.500 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| WM125 | 98364 | OPP WORKMATE 125 | 10 | 19.62/1 | 196.20 |

FOB : ORIGIN

*** BACKORDERS ***
DWA4894                          8 PC BI-METAL RECIP BLADE SET with CASE        10

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000050709
*** TRACKING IDs ***
DART                             00100288746452840926

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 196.20 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Stanley Black & Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428624878

**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DR
JACKSONVILLE, FL 32218

STORE NUMBER: 0425                                                      DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 555077 D/609 | 7025713738 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534100856P | CTII | 55561595269 | 3,571.956 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCF889HL1 | 10887 | 20V MAX 1/2IN HOG RING IMPACT WRENCH | 192 | 187.21/1 | 35,944.32 |
| DCK280C2 | 17295 | 20V COMPACT DRILL / IMPACT DRIVER COMBO | 20 | 208.74/1 | 4,174.80 |
| DWE304 | 26482 | 10AMP RECIPROCATING SAW | 14 | 74.69/1 | 1,045.66 |
| DW511 | 26910 | 1/2" HAMMER DRILL SINGLE SPEED | 35 | 77.19/1 | 2,701.65 |
| DCD771C2 | 27452 | 20V MAX LI-ION COMPACT DRILL/DRIVER KIT | 30 | 128.04/1 | 3,841.20 |
| DWD110K | 28370 | 3/8" VSR KEYLESS PISTOL GRIP DRILL KIT | 10 | 45.89/1 | 458.90 |
| GC960 | 30269 | 9.6V EPP DRILL DRIVER(NO OVERMOLD) | 46 | 22.31/1 | 1,026.26 |
| DWE575 | 3518 | 7-1/4" NEXT GEN CIRCULAR SAW | 13 | 95.07/1 | 1,235.91 |
| DWE402W | 49268 | 4-1/2 IN 11 AMP ANGLE GRINDER PADDLE | 12 | 75.11/1 | 901.32 |
| DWE6411K | 50324 | 1/4 Sheet Finishing Sander | 45 | 34.62/1 | 1,557.90 |
| DWE6421K | 50325 | 5" RANDOM ORBIT H&L SANDER W/ BAG | 16 | 37.91/1 | 606.56 |
| DCK423D2 | 51334 | 20V MAX COMPACT 4-TOOL COMBO KIT | 10 | 319.20/1 | 3,192.00 |
| DCF885C1 | 51362 | 20V MAX LITH ION 1/4IN IMPACT DRIVER | 18 | 128.04/1 | 2,304.72 |

FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                    00100288750264514821

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 58,991.20 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428624882

**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DR
JACKSONVILLE, FL 32218

STORE NUMBER: 0425                                         DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556135 D/609 | | 7025765217 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534100856P | | CTII | 55561595269 | | 103.950 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| WM125 | 98364 | OPP WORKMATE 125 | 7 | 19.62/1 | 137.34 |

FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 000050709
*** TRACKING IDs ***
CTII                              00100288750264514821

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 137.34 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1
**INVOICE NO**
9428624901

**INVOICE DATE**
09/11/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

| BILL TO | SHIP TO |
|---|---|
| SEARS NATL ACCTS PYBLE<br>ATTN: TIPS PROCESSING<br>P.O.Box 660200<br>DALLAS, TX 75266 | SEARS ROEBUCK & CO 0440<br>1600 N BOUDREAU RD<br>MANTENO, IL 60950 |

**STORE NUMBER:** 0440                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 555081 D/609 | 7025713777 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534100858P | CTII | 55561595236 | 2,133.240 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA2T35IR | 45101 | 35 PC IMPCT RDY SCREWLK SCRWDRV SET | 10 | 16.48/1 | 164.80 |
| DW2587 | 45113 | 80 PC PRO DRILLING / DRIVING SET | 160 | 26.78/1 | 4,284.80 |
| DWE6411K | 50324 | 1/4 Sheet Finishing Sander | 25 | 34.62/1 | 865.50 |
| DCK240C2 | 50626 | 20V MAX LI-ION COMPACT 2-TOOL COMBO KIT | 75 | 164.72/1 | 12,354.00 |
| BDH1220AV | 51276 | 12V DUSTBUSTER AUTO HAND VAC | 1 | 32.29/1 | 32.29 |
| DCK423D2 | 51334 | 20V MAX COMPACT 4-TOOL COMBO KIT | 10 | 319.20/1 | 3,192.00 |
| DCF885C1 | 51362 | 20V MAX LITH ION 1/4IN IMPACT DRIVER | 53 | 128.04/1 | 6,786.12 |
| PC760R | 66000 | 9" PRUNING BLADE (3 PACK) | 50 | 6.18/1 | 309.00 |
| BDL170 | 98429 | AUTO-LEVELING LASER W/PROTRACTOR | 2 | 25.92/1 | 51.84 |

FOB : ORIGIN
Item 000030 BDCDHP220SB-2 05 Discontinued, No Longer Available

*** FOLLOWING ITEMS CANCELLED ***

| BDCDHP220SB-2 | | BLACK & DECKER 20V MAX 1/2IN DRILL/DRVR | 2 |
|---|---|---|---|

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                          00100288750264519970

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 28,040.35 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428624906
**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440         **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 553550 D/671 | 7025624003 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534100858P | CTII | 55561595236 | 65.340 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCST990M1 | 26240 | DW 40V MAX LITH ION XR STRING TRIM-4AH | 3 | 192.49/1 | 577.47 |

FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
CTII                     00100288750264519970

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 577.47 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428624908

**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                              **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 555691 D/671 | | 7025730407 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534100858P | | CTII | 55561595236 | 25.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| AF-100 | 48352 | REPL SPOOL LINE | 200 | 3.59/1 | 718.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
CTII                          00100288750264519970

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 718.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428624916
**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440　　　　　　**DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 6047479 | 555080 D/609 | 7025713735 | 09/11/2018 | COLLECT |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534100858P | CTII | 55561595236 | 2,871.359 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCF889HL1 | 10887 | 20V MAX 1/2IN HOG RING IMPACT WRENCH | 144 | 187.21/1 | 26,958.24 |
| DCF680N2 | 15252 | 8V MAX MAC SCREWDRIVER KIT | 3 | 79.94/1 | 239.82 |
| DCGG570B | 16672 | 18V CORDLESS GREASE GUN (TOOL ONLY) | 1 | 116.78/1 | 116.78 |
| DCK280C2 | 17295 | 20V COMPACT DRILL / IMPACT DRIVER COMBO | 68 | 208.74/1 | 14,194.32 |
| DCL060 | 20258 | LED 20V/18V CORDLESS AREA LIGHT | 2 | 70.50/1 | 141.00 |
| DWE304 | 26482 | 10AMP RECIPROCATING SAW | 15 | 74.69/1 | 1,120.35 |
| DWD110K | 28370 | 3/8" VSR KEYLESS PISTOL GRIP DRILL KIT | 10 | 45.89/1 | 458.90 |
| DW4811-2 | 29194 | 6IN 18TPI STGT BK BLD-2PK | 25 | 3.16/1 | 79.00 |
| GC960 | 30269 | 9.6V EPP DRILL DRIVER(NO OVERMOLD) | 22 | 22.31/1 | 490.82 |
| DC411B | 31028 | 18V CUTOFF TOOL | 4 | 78.85/1 | 315.40 |
| DW735X | 34688 | 13" PLANER w/EXTRA KNIVES AND TABLES | 2 | 475.50/1 | 951.00 |
| DW4904 | 36620 | 6"CRIMP BENCH WIRE WHL,5/8-1/2 ARBOR,MED | 10 | 5.02/1 | 50.20 |
| DW4905 | 36720 | 6"CRIMP BENCH WIRE WHL,5/8-1/2 ARBOR,WID | 10 | 5.67/1 | 56.70 |
| PCPCMX | 36997 | CLEANING COMPOUND VARIETY 5 PK | 10 | 3.98/1 | 39.80 |
| DWE4011 | 38386 | 4.5" SMALL ANGLE GRINDER SLIDE SWITCH | 4 | 51.98/1 | 207.92 |
| DCL043 | 41997 | 20V MAX SPOT LIGHT | 4 | 62.99/1 | 251.96 |
| DWP611PK | 42397 | PREMIUM COMPACT ROUTER PLUNGE KIT | 3 | 160.69/1 | 482.07 |
| DW4901 | 42684 | 1" CRIMP END BRUSH/CARB STL 1/4" STEM | 15 | 3.06/1 | 45.90 |
| DCS387B | 4294 | 20V MAX COMPACT RECIP SAW BARE | 4 | 96.09/1 | 384.36 |
| DCR002 | 43354 | BLUETOOTH ADAPTOR - BASE | 9 | 27.99/1 | 251.91 |
| 382 | 43396 | 5" RANDOM ORBIT PALM GRIP SANDER | 4 | 41.90/1 | 167.60 |
| DW840K | 43407 | 7IN MEDIUM ANGLE GRINDER KIT | 2 | 114.99/1 | 229.98 |
| DC9320 | 43500 | HEAVY DUTY 7.2V - 18V DUAL PORT CHARGER | 4 | 76.31/1 | 305.24 |
| DWA2T40IR | 44897 | 40 PC IMPCT RDY SCREW LOCK SCREWDRI | 25 | 18.52/1 | 463.00 |

FOB : ORIGIN

*** BACKORDERS ***
DCD740B　　　　　　20V MAX RT ANGLE DRILL/DRVR (Tool Only)　　4

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

ORIGINAL INVOICE – SEE REMIT TO　　10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428624916
**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                                      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 555080 D/609 | | 7025713735 | 09/11/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| FT. MILL BLACK & DECKER CORP, / 15534100858P | | | | CTII | 55561595236 | 2,871.359 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

```
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                          00100288750264519970

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 48,002.27 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428624920
**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 555820 D/671 | 7025748121 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534100858P | | CTII | 55561595236 | | 102.240 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| BEHTS400 | 74322 | 22IN SAWBLADE ELECTRIC HEDGE TRIMMER | 16 | 44.50/1 | 712.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
CTII                        00100288750264519970

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 712.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428624924

**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                        **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 553836 D/609 | 7025656772 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534100858P | CTII | 55561595236 | 92.700 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCGG571M1 | 1666 | 20V MAX LITHIUM ION GREASE GUN KIT | 6 | 199.99/1 | 1,199.94 |

FOB : ORIGIN

*** BACKORDERS ***
  DCD777C2                          20V MAX COMPACT BRSHLS DRILL/DRIVE          100

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                          00100288750264519970

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,199.94 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

**PAGE**
1 of 1

**INVOICE NO**
9428624926

**INVOICE DATE**
09/11/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 553027 D/609 | | 7025607380 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534100858P | | CTII | 55561595236 | | 19.200 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCF899HB | 42018 | BL 1/2IN IMPACT WRENCH W RING (BARE) | 3 | 191.44/1 | 574.32 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
DCF787C1                          20V MAX BRUSHLESS IMPACT DR KIT          135
DCD777C2                          20V MAX COMPACT BRSHLS DRILL/DRIVE        10


STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                              00100288750264519970

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 574.32 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**Stanley Black & Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428624945
**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

| STORE NUMBER: 0443 | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 555084 D/609 | 7025713745 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534100852P | CTII | 55561595277 | 2,891.130 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCF889HL1 | 10887 | 20V MAX 1/2IN HOG RING IMPACT WRENCH | 144 | 187.21/1 | 26,958.24 |
| DC9096-2 | 12011 | 18V  XRP BATTERY PACK COMBO | 12 | 109.70/1 | 1,316.40 |
| DCK280C2 | 17295 | 20V COMPACT DRILL / IMPACT DRIVER COMBO | 36 | 208.74/1 | 7,514.64 |
| BDCS20C | 17564 | 4V MAX CORDLESS RECHARGEABLE SCREWDRIVER | 32 | 14.65/1 | 468.80 |
| DW4898 | 22966 | 10 PC WOOD/ METAL CUTTING SET IN CASE | 25 | 12.23/1 | 305.75 |
| DW2002B25 | 25924 | NO2 PHILLIPS 1IN BIT TIPBIT BOX OF 25 | 10 | 2.32/1 | 23.20 |
| DWE304 | 26482 | 10AMP RECIPROCATING SAW | 10 | 74.69/1 | 746.90 |
| DW511 | 26910 | 1/2" HAMMER DRILL SINGLE SPEED | 10 | 77.19/1 | 771.90 |
| DCD771C2 | 27452 | 20V MAX LI-ION COMPACT DRILL/DRIVER KIT | 95 | 128.04/1 | 12,163.80 |
| DWD110K | 28370 | 3/8" VSR KEYLESS PISTOL GRIP DRILL KIT | 20 | 45.89/1 | 917.80 |
| DW4809 | 29182 | 8IN 14TPI STGT BK BLD-5PK | 35 | 6.66/1 | 233.10 |
| DW4802-2 | 29192 | 6IN 6TPI TAPER BK BLD-2PK (disc) | 25 | 3.61/1 | 90.25 |
| DW4811-2 | 29194 | 6IN 18TPI STGT BK BLD-2PK | 25 | 3.16/1 | 79.00 |
| DW1167 | 29340 | 17PC BLK OX DRILL BIT SET | 15 | 14.42/1 | 216.30 |
| DWPVTDRV3  G | 29947 | 3 PC MAG IMPACT READY PIVOT NUTSETTER | 10 | 9.01/1 | 90.10 |
| DW2541IR  G | 29950 | 1/4" HEX TO 1/4" SQ IMP READY SOCKT ADPT | 30 | 0.79/1 | 23.70 |
| DW2542IR  G | 29951 | 1/4" HEX TO 3/8" SQ IMP READY SOCKT ADPT | 45 | 0.89/1 | 40.05 |
| DW2547IR  G | 29952 | 1/4" HEX TO 1/2" SQ IMP READY SOCKT ADPT | 6 | 1.07/1 | 6.42 |
| GC960 | 30269 | 9.6V EPP DRILL DRIVER(NO OVERMOLD) | 16 | 22.31/1 | 356.96 |
| DW4903 | 36601 | 3" CRIMP FLAT BRUSH/CARB STL 1/4" STEM | 10 | 2.52/1 | 25.20 |
| DW4904 | 36620 | 6"CRIMP BENCH WIRE WHL,5/8-1/2 ARBOR,MED | 20 | 5.02/1 | 100.40 |
| DW4905 | 36720 | 6"CRIMP BENCH WIRE WHL,5/8-1/2 ARBOR,WID | 15 | 5.67/1 | 85.05 |
| PCPCMX | 36997 | CLEANING COMPOUND VARIETY 5 PK | 15 | 3.98/1 | 59.70 |
| DW4901 | 42684 | 1" CRIMP END BRUSH/CARB STL 1/4" STEM | 20 | 3.06/1 | 61.20 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
71-931                          18 PC HSS DRILL BIT SET                    30

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**Invoice**

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428624945
**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443

DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 555084 D/609 | | 7025713745 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534100852P | | CTII | | 55561595277 | | 2,891.130 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW2547IR  G | | 1/4" HEX TO 1/2" SQ IMP READY SOCKT ADPT | 39 | | |

```
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                        00100288750264513381

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 52,654.86 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428624955

**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 555085 D/609 | 7025713796 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534100852P | | CTII | 55561595277 | 2,306.710 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA2PH2IR5-Z | 4478 | 2.25IN PHILLIPS No2 IMPACT READY 5PK | 100 | 1.85/1 | 185.00 |
| DWA6PH2IR | 44789 | 6IN PHILLIPS 2 IMPACT READY 1PK | 100 | 0.82/1 | 82.00 |
| DWA2T40IR | 44897 | 40 PC IMPCT RDY SCREW LOCK SCREWDRI | 60 | 18.52/1 | 1,111.20 |
| DWA3HLDIR-Z | 44906 | 3IN IMPCT RDY BIT TIP HOLDERS w/SS | 36 | 3.61/1 | 129.96 |
| DWA2FTS25IR-Z | 44907 | 25PC IR FLEX TORQ SET | 20 | 9.79/1 | 195.80 |
| DWE7480 | 44936 | 10IN COMPACT JOB SITE TABLE SAW | 10 | 265.99/1 | 2,659.90 |
| DWA2T35IR | 45101 | 35 PC IMPCT RDY SCREWLK SCRWDRV SET | 70 | 16.48/1 | 1,153.60 |
| DWE402W | 49268 | 4-1/2 IN 11 AMP ANGLE GRINDER PADDLE | 12 | 75.11/1 | 901.32 |
| DWE6411K | 50324 | 1/4 Sheet Finishing Sander | 35 | 34.62/1 | 1,211.70 |
| DWE6421K | 50325 | 5" RANDOM ORBIT H&L SANDER W/ BAG | 25 | 37.91/1 | 947.75 |
| DCK423D2 | 51334 | 20V MAX COMPACT 4-TOOL COMBO KIT | 15 | 319.20/1 | 4,788.00 |
| DCF885C1 | 51362 | 20V MAX LITH ION 1/4IN IMPACT DRIVER | 151 | 128.04/1 | 19,334.04 |
| DWA4169 | 66001 | 9 IN 6TPI 2X RECIP BLADE 5PK | 50 | 9.79/1 | 489.50 |
| DW3776-5 | 80002 | 3" 24 TPI T-SHK COBALT STEEL JS BLD-5PK | 25 | 6.03/1 | 150.75 |
| DW3774-5 | 80011 | 18TPI  T-SHK COBALT JS BLD-5 PK | 25 | 5.82/1 | 145.50 |
| DW3760H | 80018 | FINE CUT SMTH FIN JIG BLD | 25 | 4.96/1 | 124.00 |

FOB : ORIGIN
Item 000180 DW4803  Z 15 Discontinued, No Substitution Allowed

*** BACKORDERS ***
DWA4101                     8 PC 2X RECIP SET                     75

*** FOLLOWING ITEMS CANCELLED ***
DW4803  Z            9IN 6TPI TAPER BK BLD-5PK             50

STORE NUMBER: ST 0443
DEPARTMENT : 609

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

**PAGE**
2 of 2

**INVOICE NO**
9428624955

**INVOICE DATE**
09/11/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

| STORE NUMBER: 0443 | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 6047479 | 555085 D/609 | 7025713796 | 09/11/2018 | COLLECT |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534100852P | | CTII | 55561595277 | 2,306.710 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| VENDOR : 000097907 | | | | | |
| *** TRACKING IDs *** | | | | | |
| CTII | | 00100288750264513381 | | | |

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 33,610.02 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428624958
**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 555822 D/671 | 7025748114 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534100852P | CTII | 55561595277 | 127.800 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| BEHTS400 | 74322 | 22IN SAWBLADE ELECTRIC HEDGE TRIMMER | 20 | 44.50/1 | 890.00 |

FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
CTII                          00100288750264513381

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 890.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428624964
**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

| STORE NUMBER: 0449 | | | | DUNS. 00-131-7189 |

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 6047479 | 553851 D/671 | 7025656643 | 09/11/2018 | COLLECT |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534100850P | CTII | 55561595293 | 44.670 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCBL790M1 | 44889 | DW 40V MAX LITH ION BATT BLOWER 4AH | 3 | 192.49/1 | 577.47 |

FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
CTII                        00100288750264513138

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 577.47 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428627123

**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

STORE NUMBER: 0447                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 553800 D/609 | 7025656660 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0705370P | | UPS | | 3.100 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4894 | 57932 | 8 PC BI-METAL RECIP BLADE SET with CASE | 5 | 9.15/1 | 45.75 |

FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000050709
*** TRACKING IDs ***
UPS                              1Z7996860325015741

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 45.75 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428627128

**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                         DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 555041 D/609 | | 7025713674 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0705371P | | UPS | | | 9.300 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4894 | 57932 | 8 PC BI-METAL RECIP BLADE SET with CASE | 15 | 9.42/1 | 141.30 |

FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000050709
*** TRACKING IDs ***
UPS                         1Z7996860325015750

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 141.30 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428636133

**INVOICE DATE**
09/12/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                           **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 6047479 | 549125 D/609 | | 7025366551 | 09/12/2018 | COLLECT | | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| International Paper / 07534102640P | | | | BACK | 256224444764 | | LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| DWHPSEARS18 | 37613 | SHELL DW SEARS HP - Q3 2018 | | | 79 | 4,116.99/1 | 325,242.21 |

FOB : ORIGIN

*** BACKORDERS ***
    DWHPSEARS18                          SHELL DW SEARS HP - Q3 2018                  116

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000097907
PROMOTIONAL NUMBER : 22
*** TRACKING IDs ***
BACK                                 00100288741323778414

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 325,242.21 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428644442
**INVOICE DATE**
09/13/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 6047479 | 549132 D/609 | | 7025366663 | 09/13/2018 | COLLECT | | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| International Paper / 07534102652P | | | | BACK | 2695 | | LB |
| **CATALOG NO.** | **DIST INFO** | | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| DWHPSEARS18 | 37613 | | SHELL DW SEARS HP - Q3 2018 | | 106 | 4,116.99/1 | 436,400.94 |

FOB : ORIGIN

*** BACKORDERS ***
  DWHPSEARS18                SHELL DW SEARS HP - Q3 2018              116

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
PROMOTIONAL NUMBER : 22
*** TRACKING IDs ***
BACK                          00100288741323782732

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 436,400.94 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428653320

**INVOICE DATE**
09/14/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 549125 D/609 | | 7025366551 | 09/14/2018 | COLLECT | |

| SHIPPING POINT / BOL | | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| International Paper / 07534102638P | | | BACK | 5334 | | LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWHPSEARS18 | 37613 | SHELL DW SEARS HP - Q3 2018 | 116 | 4,116.99/1 | 477,570.84 |

```
FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000097907
PROMOTIONAL NUMBER : 22
*** TRACKING IDs ***
BACK                        00100288741323777561

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 477,570.84 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428673735

**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556874 D/609 | | 7025806227 | 09/17/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0739124P | | DART | 164L0739124P | 193.050 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| WM125 | 98364 | OPP WORKMATE 125 | 13 | 19.62/1 | 255.06 |

FOB : ORIGIN

*** BACKORDERS ***
  DWA4894                  8 PC BI-METAL RECIP BLADE SET with CASE      45


STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000050709
*** TRACKING IDs ***
DART                     00100288746455114611

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 255.06 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428673736

**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447

**DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556922 D/620 | 7025806065 | 09/17/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0739126P | DART | 164L0739126P | 309.844 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 19150 | LTD EDITION CMPCT LITH HV - COBALT | 54 | 18.75/1 | 1,012.50 |
| HLVA320J26 | 29151 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 68 | 26.92/1 | 1,830.56 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 620
VENDOR : 000097907
*** TRACKING IDs ***
DART                        00100288746455114321

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 2,843.06 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428673737

**INVOICE DATE**
09/17/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556175 D/609 | | 7025765318 | 09/17/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0739124P | | DART | 164L0739124P | 486.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW2587 | 45113 | 80 PC PRO DRILLING / DRIVING SET | 100 | 26.78/1 | 2,678.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                        00100288746455114611

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 2,678.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428673738

**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

STORE NUMBER: 0447                                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556178 D/671 | | 7025765153 | 09/17/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Fontana DC Black & Decker,Inc. / 164L0739127P | | | | DART | 164L0739127P | 1.656 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| DWO1DT801 | 44890 | DEWALT TRIMMER LINE 0.080IN X 50FT | | 12 | 4.70/1 | 56.40 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
DART                        00100288746455412519

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
P.O. Box 223516
Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 56.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428673739

**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                                   **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556177 D/609 | 7025765188 | 09/17/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0739124P | | DART | 164L0739124P | 12.440 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| PC760R | 66000 | 9" PRUNING BLADE (3 PACK) | 50 | 6.18/1 | 309.00 |
| DW3760-5 | 80014 | 10TPI TG T-SHK COBALT JIG SAW BLD-5PK | 5 | 5.29/1 | 26.45 |

FOB : ORIGIN

*** BACKORDERS ***
DWA4101                          8 PC 2X RECIP SET                        20

*** FOLLOWING ITEMS CANCELLED ***
DW3760-5                         10TPI TG T-SHK COBALT JIG SAW BLD-5PK    20

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                             00100288746455114611

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 335.45 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428673740
**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556176 D/609 | 7025765313 | 09/17/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0739124P | | DART | 164L0739124P | 3,681.137 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCF889HL1 | 10887 | 20V MAX 1/2IN HOG RING IMPACT WRENCH | 100 | 187.21/1 | 18,721.00 |
| DC9096-2 | 12011 | 18V  XRP BATTERY PACK COMBO | 20 | 109.70/1 | 2,194.00 |
| DCK280C2 | 17295 | 20V COMPACT DRILL / IMPACT DRIVER COMBO | 76 | 208.74/1 | 15,864.24 |
| DW4898 | 22966 | 10 PC WOOD/ METAL CUTTING SET IN CASE | 30 | 12.23/1 | 366.90 |
| DWE304 | 26482 | 10AMP RECIPROCATING SAW | 24 | 74.69/1 | 1,792.56 |
| DW511 | 26910 | 1/2" HAMMER DRILL SINGLE SPEED | 10 | 77.19/1 | 771.90 |
| DCD771C2 | 27452 | 20V MAX LI-ION COMPACT DRILL/DRIVER KIT | 155 | 128.04/1 | 19,846.20 |
| DW4809 | 29182 | 8IN 14TPI STGT BK BLD-5PK | 40 | 6.66/1 | 266.40 |
| DW4811-2 | 29194 | 6IN 18TPI STGT BK BLD-2PK | 25 | 3.16/1 | 79.00 |
| DWPVTDRV3  G | 29947 | 3 PC MAG IMPACT READY PIVOT NUTSETTER | 10 | 9.01/1 | 90.10 |
| DW2541IR  G | 29950 | 1/4" HEX TO 1/4" SQ IMP READY SOCKT ADPT | 15 | 0.79/1 | 11.85 |
| DW2542IR  G | 29951 | 1/4" HEX TO 3/8" SQ IMP READY SOCKT ADPT | 21 | 0.89/1 | 18.69 |
| DW2547IR  G | 29952 | 1/4" HEX TO 1/2" SQ IMP READY SOCKT ADPT | 12 | 1.07/1 | 12.84 |
| DCB200-2 | 33191 | 20V MAX 3.0 AH Li-Ion BATTERY 2 PACK | 24 | 112.00/1 | 2,688.00 |
| DWE575 | 3518 | 7-1/4" NEXT GEN CIRCULAR SAW | 15 | 95.07/1 | 1,426.05 |
| DWA2T40IR | 44897 | 40 PC IMPCT RDY SCREW LOCK SCREWDRI | 10 | 18.52/1 | 185.20 |
| DWA2FTS25IR-Z | 44907 | 25PC IR FLEX TORQ SET | 15 | 9.79/1 | 146.85 |
| DWA2T35IR | 45101 | 35 PC IMPCT RDY SCREWLK SCRWDRV SET | 10 | 16.48/1 | 164.80 |
| DWE402W | 49268 | 4-1/2 IN 11 AMP ANGLE GRINDER PADDLE | 12 | 75.11/1 | 901.32 |
| DWE6421K | 50325 | 5" RANDOM ORBIT H&L SANDER W/ BAG | 11 | 37.91/1 | 417.01 |
| DCF885C1 | 51362 | 20V MAX LITH ION 1/4IN IMPACT DRIVER | 13 | 128.04/1 | 1,664.52 |

FOB : ORIGIN

*** BACKORDERS ***

| DW2097CS | | 14 PC DRIVE GUIDE SET | 160 | | |
|---|---|---|---|---|---|

*** FOLLOWING ITEMS CANCELLED ***

| DCD777C2 | | 20V MAX COMPACT BRSHLS DRILL/DRIVE | 200 | | |
|---|---|---|---|---|---|

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428673740

**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447        **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556176 D/609 | | 7025765313 | 09/17/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0739124P | | DART | 164L0739124P | 3,681.137 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 71-931 | | 18 PC HSS DRILL BIT SET | 10 | | |
| DCK240C2 | | 20V MAX LI-ION COMPACT 2-TOOL COMBO KIT | 300 | | |

```
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                   00100288746455114611
```

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 67,629.43 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1
**INVOICE NO**
9428673742

**INVOICE DATE**
09/17/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556616 D/671 | 7025781421 | 09/17/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0739127P | | DART | 164L0739127P | 91.940 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| AF-100 | 48352 | REPL SPOOL LINE | 40 | 3.59/1 | 143.60 |
| AF-100-3ZP  1 | 74196 | REPLACEMENT AUTO FEED SPOOL 3 PACK | 48 | 8.99/1 | 431.52 |
| BEHTS400 | 74322 | 22IN SAWBLADE ELECTRIC HEDGE TRIMMER | 10 | 44.50/1 | 445.00 |
| SF-080 | 85645 | SINGLE LINE AFS REPLACE SPOOL .080IN | 60 | 3.78/1 | 226.80 |

FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***

DART                    00100288746455412519

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,246.92 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428673743

**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556775 D/620 | | 7025788968 | 09/17/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0739126P | | DART | 164L0739126P | | 1,078.772 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HLVA320J26 | 29151 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 394 | 26.92/1 | 10,606.48 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 620
VENDOR : 000097907
*** TRACKING IDs ***
DART                        00100288746455114321

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 10,606.48 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428673744

**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556618 D/671 | 7025781441 | 09/17/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0739123P | DART | 164L0739123P | 107.100 LB |

| CATALOG NO. | | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|---|
| AF-100-3ZP | 1 | 74196 | REPLACEMENT AUTO FEED SPOOL 3 PACK | 144 | 8.99/1 | 1,294.56 |
| BEHTS400 | | 74322 | 22IN SAWBLADE ELECTRIC HEDGE TRIMMER | 10 | 44.50/1 | 445.00 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*

| | | | |
|---|---|---|---|
| AF-100 | | REPL SPOOL LINE | 80 |
| LHT321 | | 22IN 20V MAX POWERCOMMAND HEDGE TRMR | 10 |

STORE NUMBER: ST 0449
DEPARTMENT : 671
VENDOR : 000097907
\*\*\* TRACKING IDs \*\*\*
DART                              00100288746455394839

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,739.56 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428673745
**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

| STORE NUMBER: 0449 | | | | | DUNS. 00-131-7189 |

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556925 D/620 | | 7025806142 | 09/17/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0739122P | | DART | | 164L0739122P | | 774.510 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 19150 | LTD EDITION CMPCT LITH HV - COBALT | 123 | 18.75/1 | 2,306.25 |
| HLVA320J26 | 29151 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 180 | 26.92/1 | 4,845.60 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
  HNV115B22                       LTD EDITION CMPCT LITH HV - COBALT        83

STORE NUMBER: ST 0449
DEPARTMENT : 620
VENDOR : 000097907
*** TRACKING IDs ***
DART                     00100288746455113591

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 7,151.85 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**   10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428673746

**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556776 D/620 | 7025788989 | 09/17/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0739122P | | DART | 164L0739122P | 481.888 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HLVA320J26 | 29151 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 176 | 26.92/1 | 4,737.92 |

```
FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 620
VENDOR : 000097907
*** TRACKING IDs ***
DART                      00100288746455113591

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 4,737.92 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428673747
**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556100 D/609 | 7025756760 | 09/17/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0739120P | | DART | 164L0739120P | 772.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW715 | 23404 | 12" COMPOUND MITER SAW | 16 | 215.99/1 | 3,455.84 |

FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 183173020
*** TRACKING IDs ***
DART                          00100288746455114680

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 3,455.84 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428673748

**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556180 D/609 | 7025765231 | 09/17/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0739120P | DART | 164L0739120P | 1,101.600 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCF885C1 | 51362 | 20V MAX LITH ION 1/4IN IMPACT DRIVER | 190 | 128.04/1 | 24,327.60 |
| PC760R | 66000 | 9" PRUNING BLADE (3 PACK) | 50 | 6.18/1 | 309.00 |
| DW3776-5 | 80002 | 3" 24 TPI T-SHK COBALT STEEL JS BLD-5PK | 25 | 6.03/1 | 150.75 |
| DW3774-5 | 80011 | 18TPI  T-SHK COBALT JS BLD-5 PK | 25 | 5.82/1 | 145.50 |
| DW3760H | 80018 | FINE CUT SMTH FIN JIG BLD | 25 | 4.96/1 | 124.00 |
| DW3791 | 80019 | 8PC JIG BLADE SET | 50 | 8.56/1 | 428.00 |
| DW4803 | 80327 | 9IN 6TPI TAPER BK BLD-5PK | 50 | 5.93/1 | 296.50 |

FOB : ORIGIN

*** BACKORDERS ***
DWA4101                          8 PC 2X RECIP SET                    20

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                             00100288746455114680

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 25,781.35 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428673750
**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                                      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556179 D/609 | 7025765322 | 09/17/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0739120P | DART | 164L0739120P | 4,349.475 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCF889HL1 | 10887 | 20V MAX 1/2IN HOG RING IMPACT WRENCH | 44 | 187.21/1 | 8,237.24 |
| DCK280C2 | 17295 | 20V COMPACT DRILL / IMPACT DRIVER COMBO | 124 | 208.74/1 | 25,883.76 |
| BDCS20C | 17564 | 4V MAX CORDLESS RECHARGEABLE SCREWDRIVER | 10 | 14.65/1 | 146.50 |
| DCD771C2 | 27452 | 20V MAX LI-ION COMPACT DRILL/DRIVER KIT | 200 | 128.04/1 | 25,608.00 |
| DW4809 | 29182 | 8IN 14TPI STGT BK BLD-5PK | 10 | 6.66/1 | 66.60 |
| DW4802-2 | 29192 | 6IN 6TPI TAPER BK BLD-2PK (disc) | 25 | 3.61/1 | 90.25 |
| DW4808-2 | 29193 | 6IN 14TPI STGT BK BLD-2PK | 25 | 3.09/1 | 77.25 |
| DW4811-2 | 29194 | 6IN 18TPI STGT BK BLD-2PK | 25 | 3.16/1 | 79.00 |
| DWPVTDRV3  G | 29947 | 3 PC MAG IMPACT READY PIVOT NUTSETTER | 10 | 9.01/1 | 90.10 |
| DW2541IR  G | 29950 | 1/4" HEX TO 1/4" SQ IMP READY SOCKT ADPT | 27 | 0.79/1 | 21.33 |
| DW2542IR  G | 29951 | 1/4" HEX TO 3/8" SQ IMP READY SOCKT ADPT | 45 | 0.89/1 | 40.05 |
| DW2547IR  G | 29952 | 1/4" HEX TO 1/2" SQ IMP READY SOCKT ADPT | 30 | 1.07/1 | 32.10 |
| DCB200-2 | 33191 | 20V MAX 3.0 AH Li-Ion BATTERY 2 PACK | 28 | 112.00/1 | 3,136.00 |
| DW4904 | 36620 | 6"CRIMP BENCH WIRE WHL,5/8-1/2 ARBOR,MED | 20 | 5.02/1 | 100.40 |
| DWA2T40IR | 44897 | 40 PC IMPCT RDY SCREW LOCK SCREWDRI | 50 | 18.52/1 | 926.00 |
| DWA3HLDIR-Z | 44906 | 3IN IMPCT RDY BIT TIP HOLDERS w/SS | 36 | 3.61/1 | 129.96 |
| DWA2FTS25IR-Z | 44907 | 25PC IR FLEX TORQ SET | 30 | 9.79/1 | 293.70 |
| DWA2T35IR | 45101 | 35 PC IMPCT RDY SCREWLK SCRWDRV SET | 30 | 16.48/1 | 494.40 |
| DWE402W | 49268 | 4-1/2 IN 11 AMP ANGLE GRINDER PADDLE | 24 | 75.11/1 | 1,802.64 |
| DWE6421K | 50325 | 5" RANDOM ORBIT H&L SANDER W/ BAG | 21 | 37.91/1 | 796.11 |
| DCK423D2 | 51334 | 20V MAX COMPACT 4-TOOL COMBO KIT | 31 | 319.20/1 | 9,895.20 |

FOB : ORIGIN

*** BACKORDERS ***
| | | | |
|---|---|---|---|
| DWE6411K | | 1/4 Sheet Finishing Sander | 29 |
| DW2097CS | | 14 PC DRIVE GUIDE SET | 160 |

*** FOLLOWING ITEMS CANCELLED ***

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

**PAGE**
2 of 2
**INVOICE NO**
9428673750

**INVOICE DATE**
09/17/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556179 D/609 | | 7025765322 | 09/17/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Fontana DC Black & Decker,Inc. / 164L0739120P | | | DART | | 164L0739120P | 4,349.475 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| DCF889HL1 | | 20V MAX 1/2IN HOG RING IMPACT WRENCH | | 56 | | |
| DCD777C2 | | 20V MAX COMPACT BRSHLS DRILL/DRIVE | | 200 | | |
| DCK240C2 | | 20V MAX LI-ION COMPACT 2-TOOL COMBO KIT | | 300 | | |

```
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                    00100288746455114680
```

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 77,946.59 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428662673

**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DR
JACKSONVILLE, FL 32218

**STORE NUMBER:** 0425                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 6047479 | 549121 D/609 | | 7025366619 | 09/17/2018 | COLLECT | | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | | **WEIGHT** |
| International Paper / 07534102666P | | | BACK | | 120487 | | LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| DWHPSEARS18 | 37613 | SHELL DW SEARS HP - Q3 2018 | | | 116 | 4,116.99/1 | 477,570.84 |

FOB : ORIGIN

*** BACKORDERS ***
   DWHPSEARS18                    SHELL DW SEARS HP - Q3 2018                28

STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 000097907
PROMOTIONAL NUMBER : 22
*** TRACKING IDs ***
BACK                                    00100288741323785641

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 477,570.84 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428672530

**INVOICE DATE**
09/18/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556172 D/609 | | 7025765301 | 09/18/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534104672P | | CTII | 55561597208 | | 3,345.540 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCF889HL1 | 10887 | 20V MAX 1/2IN HOG RING IMPACT WRENCH | 100 | 187.21/1 | 18,721.00 |
| DC9096-2 | 12011 | 18V  XRP BATTERY PACK COMBO | 24 | 109.70/1 | 2,632.80 |
| DCK280C2 | 17295 | 20V COMPACT DRILL / IMPACT DRIVER COMBO | 60 | 208.74/1 | 12,524.40 |
| BDCS20C | 17564 | 4V MAX CORDLESS RECHARGEABLE SCREWDRIVER | 10 | 14.65/1 | 146.50 |
| DW4898 | 22966 | 10 PC WOOD/ METAL CUTTING SET IN CASE | 60 | 12.23/1 | 733.80 |
| DWE304 | 26482 | 10AMP RECIPROCATING SAW | 10 | 74.69/1 | 746.90 |
| DW511 | 26910 | 1/2" HAMMER DRILL SINGLE SPEED | 15 | 77.19/1 | 1,157.85 |
| DCD771C2 | 27452 | 20V MAX LI-ION COMPACT DRILL/DRIVER KIT | 145 | 128.04/1 | 18,565.80 |
| DWD110K | 28370 | 3/8" VSR KEYLESS PISTOL GRIP DRILL KIT | 15 | 45.89/1 | 688.35 |
| DW4809 | 29182 | 8IN 14TPI STGT BK BLD-5PK | 20 | 6.66/1 | 133.20 |
| DW4802-2 | 29192 | 6IN 6TPI TAPER BK BLD-2PK (disc) | 25 | 3.61/1 | 90.25 |
| DW4808-2 | 29193 | 6IN 14TPI STGT BK BLD-2PK | 25 | 3.09/1 | 77.25 |
| DW1167 | 29340 | 17PC BLK OX DRILL BIT SET | 15 | 14.42/1 | 216.30 |
| DWPVTDRV3   G | 29947 | 3 PC MAG IMPACT READY PIVOT NUTSETTER | 10 | 9.01/1 | 90.10 |
| DW2547IR   G | 29952 | 1/4" HEX TO 1/2" SQ IMP READY SOCKT ADPT | 15 | 1.07/1 | 16.05 |
| GC960 | 30269 | 9.6V EPP DRILL DRIVER(NO OVERMOLD) | 26 | 22.31/1 | 580.06 |
| DCB200-2 | 33191 | 20V MAX 3.0 AH Li-Ion BATTERY 2 PACK | 24 | 112.00/1 | 2,688.00 |
| DWE575 | 3518 | 7-1/4" NEXT GEN CIRCULAR SAW | 10 | 95.07/1 | 950.70 |
| DW4903 | 36601 | 3" CRIMP FLAT BRUSH/CARB STL 1/4" STEM | 10 | 2.52/1 | 25.20 |
| DW4904 | 36620 | 6"CRIMP BENCH WIRE WHL,5/8-1/2 ARBOR,MED | 10 | 5.02/1 | 50.20 |
| DW4905 | 36720 | 6"CRIMP BENCH WIRE WHL,5/8-1/2 ARBOR,WID | 20 | 5.67/1 | 113.40 |
| PCPCMX | 36997 | CLEANING COMPOUND VARIETY 5 PK | 10 | 3.98/1 | 39.80 |
| DW4901 | 42684 | 1" CRIMP END BRUSH/CARB STL 1/4" STEM | 10 | 3.06/1 | 30.60 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| DCD777C2 | | 20V MAX COMPACT BRSHLS DRILL/DRIVE | 200 |
| 71-931 | | 18 PC HSS DRILL BIT SET | 10 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428672530
**INVOICE DATE**
09/18/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556172 D/609 | | 7025765301 | 09/18/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| FT. MILL BLACK & DECKER CORP, / 15534104672P | | | CTII | 55561597208 | | 3,345.540 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

```
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                        00100288750267032384

THANK YOU FOR YOUR ORDER.
```

| **PLEASE REMIT TO:** | **TERMS:** | **FREIGHT CHARGES** | **SALES TAX** | **TOTAL AMOUNT OF INVOICE** |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 61,018.51 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428672427

**INVOICE DATE**
09/18/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DR
JACKSONVILLE, FL 32218

STORE NUMBER: 0425                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|
| 6047479 | 555947 D/609 | 7025756765 | 09/18/2018 | COLLECT | | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534104678P | | CTII | 1 | | 772.000 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW715 | 23404 | 12" COMPOUND MITER SAW | 16 | 215.99/1 | 3,455.84 |

```
FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                          00100288750266689640

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 3,455.84 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428672520

**INVOICE DATE**
09/18/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

| STORE NUMBER: 0443 | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556917 D/620 | 7025806116 | 09/18/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534104672P | | CTII | 55561597208 | | 1,127.664 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 19150 | LTD EDITION CMPCT LITH HV – COBALT | 172 | 18.75/1 | 3,225.00 |
| HLVA320J26 | 29151 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 268 | 26.92/1 | 7,214.56 |

FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 620
VENDOR : 000097907
*** TRACKING IDs ***
CTII                           00100288750267032384

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 10,439.56 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428672518

**INVOICE DATE**
09/18/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556774 D/620 | 7025788986 | 09/18/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534104672P | CTII | 55561597208 | 301.180 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HLVA320J26 | 29151 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 110 | 26.92/1 | 2,961.20 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 620
VENDOR : 000097907
*** TRACKING IDs ***
CTII                           00100288750267032384

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 2,961.20 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428672514
**INVOICE DATE**
09/18/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556173 D/609 | 7025765221 | 09/18/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534104672P | | CTII | 55561597208 | 962.280 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW2235IR  G | 44798 | 5 PC MAG IMPACT READY NUTSETTER SET | 20 | 10.16/1 | 203.20 |
| DWA2T40IR | 44897 | 40 PC IMPCT RDY SCREW LOCK SCREWDRI | 65 | 18.52/1 | 1,203.80 |
| DWA2FTS25IR-Z | 44907 | 25PC IR FLEX TORQ SET | 10 | 9.79/1 | 97.90 |
| DWA2T35IR | 45101 | 35 PC IMPCT RDY SCREWLK SCRWDRV SET | 10 | 16.48/1 | 164.80 |
| DWE6421K | 50325 | 5" RANDOM ORBIT H&L SANDER W/ BAG | 40 | 37.91/1 | 1,516.40 |
| DCK423D2 | 51334 | 20V MAX COMPACT 4-TOOL COMBO KIT | 17 | 319.20/1 | 5,426.40 |
| DCF885C1 | 51362 | 20V MAX LITH ION 1/4IN IMPACT DRIVER | 51 | 128.04/1 | 6,530.04 |
| PC760R | 66000 | 9" PRUNING BLADE (3 PACK) | 50 | 6.18/1 | 309.00 |
| DW3760-5 | 80014 | 10TPI TG T-SHK COBALT JIG SAW BLD-5PK | 25 | 5.29/1 | 132.25 |
| DW3760H | 80018 | FINE CUT SMTH FIN JIG BLD | 25 | 4.96/1 | 124.00 |
| DW3791 | 80019 | 8PC JIG BLADE SET | 25 | 8.56/1 | 214.00 |

FOB : ORIGIN

*** BACKORDERS ***
DW2097CS                  14 PC DRIVE GUIDE SET          300

*** FOLLOWING ITEMS CANCELLED ***
DCK240C2              20V MAX LI-ION COMPACT 2-TOOL COMBO KIT    400

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                 00100288750267032384

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 15,921.79 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428672509

**INVOICE DATE**
09/18/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                   **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 555949 D/609 | | 7025756763 | 09/18/2018 | COLLECT | |

| SHIPPING POINT / BOL | | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534104672P | | | CTII | 55561597208 | | 772.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW715 | 23404 | 12" COMPOUND MITER SAW | 16 | 215.99/1 | 3,455.84 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                          00100288750267032384

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 3,455.84 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428672506

**INVOICE DATE**
09/18/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556614 D/671 | 7025781415 | 09/18/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534104672P | | CTII | 55561597208 | | 63.360 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| AF-100-3ZP   1 | 74196 | REPLACEMENT AUTO FEED SPOOL 3 PACK | 192 | 8.99/1 | 1,726.08 |
| SF-080 | 85645 | SINGLE LINE AFS REPLACE SPOOL .080IN | 40 | 3.78/1 | 151.20 |

FOB : ORIGIN

*** BACKORDERS ***
LHT321                            22IN 20V MAX POWERCOMMAND HEDGE TRMR          40

STORE NUMBER: ST 0443
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
CTII                              00100288750267032384

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,877.28 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428672504

**INVOICE DATE**
09/18/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 553029 D/609 | 7025607348 | 09/18/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534104672P | CTII | 55561597208 | 22.400 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4101 | 57595 | 8 PC 2X RECIP SET | 20 | 14.04/1 | 280.80 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                          00100288750267032384

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 280.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428672501

**INVOICE DATE**
09/18/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 555085 D/609 | 7025713796 | 09/18/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534104672P | | CTII | 55561597208 | 84.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4101 | 57595 | 8 PC 2X RECIP SET | 75 | 14.46/1 | 1,084.50 |

FOB : ORIGIN
Item 000180 DW4803  Z 15 Discontinued, No Substitution Allowed

*** BACKORDERS ***
DW4803                          9IN 6TPI TAPER BK BLD-5PK              50


STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                            00100288750267032384

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,084.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428672498
**INVOICE DATE**
09/18/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556873 D/609 | | 7025806236 | 09/18/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534104672P | | CTII | 55561597208 | | 18.600 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4894 | 57932 | 8 PC BI-METAL RECIP BLADE SET with CASE | 30 | 9.42/1 | 282.60 |

FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000050709
*** TRACKING IDs ***
CTII                          00100288750267032384

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 282.60 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428672496

**INVOICE DATE**
09/18/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|
| 6047479 | 549129 D/609 | 7025366716 | 09/18/2018 | COLLECT | | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| International Paper / 07534102656P | | BACK | 513945 | | LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWHPSEARS18 | 37613 | SHELL DW SEARS HP - Q3 2018 | 39 | 4,116.99/1 | 160,562.61 |

```
FOB : ORIGIN

*** BACKORDERS ***
   DWHPSEARS18              SHELL DW SEARS HP - Q3 2018          116


STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000097907
PROMOTIONAL NUMBER : 22
*** TRACKING IDs ***
BACK                        00100288741323783036

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 160,562.61 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428672434

**INVOICE DATE**
09/18/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DR
JACKSONVILLE, FL 32218

| STORE NUMBER: 0425 | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556169 D/609 | 7025765197 | 09/18/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534104680P | CTII | 55561597232 | 2,304.576 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCF889HL1 | 10887 | 20V MAX 1/2IN HOG RING IMPACT WRENCH | 100 | 187.21/1 | 18,721.00 |
| DCK280C2 | 17295 | 20V COMPACT DRILL / IMPACT DRIVER COMBO | 28 | 208.74/1 | 5,844.72 |
| DWE304 | 26482 | 10AMP RECIPROCATING SAW | 10 | 74.69/1 | 746.90 |
| DW511 | 26910 | 1/2" HAMMER DRILL SINGLE SPEED | 10 | 77.19/1 | 771.90 |
| DCD771C2 | 27452 | 20V MAX LI-ION COMPACT DRILL/DRIVER KIT | 40 | 128.04/1 | 5,121.60 |
| DWD110K | 28370 | 3/8" VSR KEYLESS PISTOL GRIP DRILL KIT | 20 | 45.89/1 | 917.80 |
| GC960 | 30269 | 9.6V EPP DRILL DRIVER(NO OVERMOLD) | 26 | 22.31/1 | 580.06 |
| DWE575 | 3518 | 7-1/4" NEXT GEN CIRCULAR SAW | 22 | 95.07/1 | 2,091.54 |
| DWE402W | 49268 | 4-1/2 IN 11 AMP ANGLE GRINDER PADDLE | 16 | 75.11/1 | 1,201.76 |
| DWE6421K | 50325 | 5" RANDOM ORBIT H&L SANDER W/ BAG | 20 | 37.91/1 | 758.20 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| DCD777C2 | | 20V MAX COMPACT BRSHLS DRILL/DRIVE | 200 |
|---|---|---|---|
| DCK240C2 | | 20V MAX LI-ION COMPACT 2-TOOL COMBO KIT | 290 |

STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                    00100288750267013000

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 36,755.48 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428672438
**INVOICE DATE**
09/18/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DR
JACKSONVILLE, FL 32218

STORE NUMBER: 0425                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556772 D/620 | | 7025788990 | 09/18/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534104678P | | CTII | 1 | | 476.412 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HLVA320J26 | 29151 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 174 | 26.92/1 | 4,684.08 |

```
FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 620
VENDOR : 000097907
*** TRACKING IDs ***
CTII                        00100288750266689640

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 4,684.08 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428672440

**INVOICE DATE**
09/18/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DR
JACKSONVILLE, FL 32218

STORE NUMBER: 0425 · DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556908 D/620 | 7025806088 | 09/18/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT | |
|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534104678P | | CTII | 1 | 460.584 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 19150 | LTD EDITION CMPCT LITH HV - COBALT | 72 | 18.75/1 | 1,350.00 |
| HLVA320J26 | 29151 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 108 | 26.92/1 | 2,907.36 |

FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 620
VENDOR : 000097907
*** TRACKING IDs ***
CTII                                    00100288750266689640

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 4,257.36 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428672448

**INVOICE DATE**
09/18/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                           DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 555821 D/671 | | 7025748140 | 09/18/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534104682P | | CTII | 55561597190 | 3.300 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWO1DT802 | 44891 | DEWALT TRIMMER LINE 0.080INX 225FT | 6 | 8.83/1 | 52.98 |

FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
CTII                              00100288750266684096

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 52.98 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

ORIGINAL INVOICE – SEE REMIT TO      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428672471

**INVOICE DATE**
09/18/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556912 D/620 | 7025806099 | 09/18/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534104682P | CTII | 55561597190 | 159.004 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HNV115B22 | 19150 | LTD EDITION CMPCT LITH HV - COBALT | 24 | 18.75/1 | 450.00 |
| HLVA320J26 | 29151 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 38 | 26.92/1 | 1,022.96 |

FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 620
VENDOR : 000097907
*** TRACKING IDs ***
CTII                           00100288750266684096

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,472.96 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428672466

**INVOICE DATE**
09/18/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 6047479 | 556773 D/620 | 7025788962 | 09/18/2018 | COLLECT |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534104682P | CTII | 55561597190 | 810.448 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| HLVA320J26 | 29151 | LITHIUM GEN9.5 2Ah HAND VAC CHILI RED | 296 | 26.92/1 | 7,968.32 |

FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 620
VENDOR : 000097907
*** TRACKING IDs ***
CTII                              00100288750266684096

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 7,968.32 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2

**INVOICE NO**
9428672458

**INVOICE DATE**
09/18/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440 | **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556170 D/609 | 7025765264 | 09/18/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534104682P | CTII | 55561597190 | 3,951.397 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCF889HL1 | 10887 | 20V MAX 1/2IN HOG RING IMPACT WRENCH | 100 | 187.21/1 | 18,721.00 |
| DCK280C2 | 17295 | 20V COMPACT DRILL / IMPACT DRIVER COMBO | 68 | 208.74/1 | 14,194.32 |
| BDCS20C | 17564 | 4V MAX CORDLESS RECHARGEABLE SCREWDRIVER | 10 | 14.65/1 | 146.50 |
| DW4898 | 22966 | 10 PC WOOD/ METAL CUTTING SET IN CASE | 35 | 12.23/1 | 428.05 |
| DWE304 | 26482 | 10AMP RECIPROCATING SAW | 14 | 74.69/1 | 1,045.66 |
| DCD771C2 | 27452 | 20V MAX LI-ION COMPACT DRILL/DRIVER KIT | 90 | 128.04/1 | 11,523.60 |
| DW4809 | 29182 | 8IN 14TPI STGT BK BLD-5PK | 10 | 6.66/1 | 66.60 |
| DW4802-2 | 29192 | 6IN 6TPI TAPER BK BLD-2PK (disc) | 25 | 3.61/1 | 90.25 |
| DW2541IR  G | 29950 | 1/4" HEX TO 1/4" SQ IMP READY SOCKT ADPT | 12 | 0.79/1 | 9.48 |
| DW2547IR  G | 29952 | 1/4" HEX TO 1/2" SQ IMP READY SOCKT ADPT | 12 | 1.07/1 | 12.84 |
| GC960 | 30269 | 9.6V EPP DRILL DRIVER(NO OVERMOLD) | 16 | 22.31/1 | 356.96 |
| DW4904 | 36620 | 6"CRIMP BENCH WIRE WHL,5/8-1/2 ARBOR,MED | 10 | 5.02/1 | 50.20 |
| DW4905 | 36720 | 6"CRIMP BENCH WIRE WHL,5/8-1/2 ARBOR,WID | 10 | 5.67/1 | 56.70 |
| DW4901 | 42684 | 1" CRIMP END BRUSH/CARB STL 1/4" STEM | 10 | 3.06/1 | 30.60 |
| DWA2T40IR | 44897 | 40 PC IMPCT RDY SCREW LOCK SCREWDRI | 25 | 18.52/1 | 463.00 |
| DWA2T35IR | 45101 | 35 PC IMPCT RDY SCREWLK SCRWDRV SET | 50 | 16.48/1 | 824.00 |
| DW2587 | 45113 | 80 PC PRO DRILLING / DRIVING SET | 100 | 26.78/1 | 2,678.00 |
| DCK423D2 | 51334 | 20V MAX COMPACT 4-TOOL COMBO KIT | 23 | 319.20/1 | 7,341.60 |
| DCF885C1 | 51362 | 20V MAX LITH ION 1/4IN IMPACT DRIVER | 45 | 128.04/1 | 5,761.80 |
| DWA4101 | 57595 | 8 PC 2X RECIP SET | 15 | 14.46/1 | 216.90 |
| DW3791 | 80019 | 8PC JIG BLADE SET | 25 | 8.56/1 | 214.00 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*

| | | | | |
|---|---|---|---|---|
| DW2097CS | | 14 PC DRIVE GUIDE SET | 160 | |

\*\*\* FOLLOWING ITEMS CANCELLED \*\*\*

| | | | | |
|---|---|---|---|---|
| DCD777C2 | | 20V MAX COMPACT BRSHLS DRILL/DRIVE | 100 | |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428672458

**INVOICE DATE**
09/18/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556170 D/609 | | 7025765264 | 09/18/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| FT. MILL BLACK & DECKER CORP, / 15534104682P | | | | CTII | 55561597190 | 3,951.397 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| DCK240C2 | | 20V MAX LI-ION COMPACT 2-TOOL COMBO KIT | | 300 | | |

```
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                          00100288750266684096

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 64,232.06 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428672463
**INVOICE DATE**
09/18/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

| STORE NUMBER: 0440 | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556872 D/609 | 7025806240 | 09/18/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| FT. MILL BLACK & DECKER CORP, / 15534104682P | | CTII | 55561597190 | | 21.700 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4894 | 57932 | 8 PC BI-METAL RECIP BLADE SET with CASE | 35 | 9.42/1 | 329.70 |

```
FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000050709
*** TRACKING IDs ***
CTII                          00100288750266684096

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
P.O. Box 223516
Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 329.70 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428684481

**INVOICE DATE**
09/19/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 6047479 | 549132 D/609 | | 7025366663 | 09/19/2018 | COLLECT | | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| International Paper / 07534102650P | | | | BACK | 84329 | | LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| DWHPSEARS18 | 37613 | SHELL DW SEARS HP - Q3 2018 | | | 116 | 4,116.99/1 | 477,570.84 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
PROMOTIONAL NUMBER : 22
*** TRACKING IDs ***
BACK                        00100288741323781643

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 477,570.84 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428684487

**INVOICE DATE**
09/19/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 6047479 | 556617 D/609 | | 7025781457 | 09/19/2018 | COLLECT | | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| International Paper / 07534102642P | | | | BACK | 933605 | | 8,352.000 LB |
| **CATALOG NO.** | **DIST INFO** | | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| DWHPSEARS18 | 37613 | | DW SEARS HP - Q3 2018 | | 29 | 4,116.99/1 | 119,392.71 |

FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
BACK                          00100288741323786402

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 119,392.71 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428684490

**INVOICE DATE**
09/19/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 6047479 | 549135 D/609 | | 7025366682 | 09/19/2018 | COLLECT | | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| International Paper / 07534102644P | | | | BACK | 933605 | | LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| DWHPSEARS18 | 37613 | SHELL DW SEARS HP - Q3 2018 | | | 49 | 4,116.99/1 | 201,732.51 |
| DWHPSEARS18 | 37613 | SHELL DW SEARS HP - Q3 2018 | | | 116 | 4,116.99/1 | 477,570.84 |

```
FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
PROMOTIONAL NUMBER : 22
*** TRACKING IDs ***
BACK                    00100288741323780417
BACK                    00100288741323778520

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 679,303.35 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428702010

**INVOICE DATE**
09/21/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DR
JACKSONVILLE, FL 32218

STORE NUMBER: 0425                          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556609 D/609 | | 7025781419 | 09/21/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| International Paper / 07534102660P | | BACK | 1120 | | 1,728.000 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|---|
| DWHPSEARS18 | 37613 | DW SEARS HP – Q3 2018 | | 6 | 4,116.99/1 | 24,701.94 |

```
FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
BACK                          00100288741323786785

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 24,701.94 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428702011

**INVOICE DATE**
09/21/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DR
JACKSONVILLE, FL 32218

**STORE NUMBER:** 0425      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|
| 6047479 | 549121 D/609 | 7025366619 | 09/21/2018 | COLLECT | | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| International Paper / 07534102662P | | BACK | 1120 | LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWHPSEARS18 | 37613 | SHELL DW SEARS HP - Q3 2018 | 28 | 4,116.99/1 | 115,275.72 |

```
FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 000097907
PROMOTIONAL NUMBER : 22
*** TRACKING IDs ***
BACK                          00100288741323784859

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 115,275.72 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**Stanley Black & Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428702015

**INVOICE DATE**
09/21/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                                DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 549129 D/609 | | 7025366716 | 09/21/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| International Paper / 07534102658P | | | | BACK | 278098 | LB |
| **CATALOG NO.** | **DIST INFO** | | **DESCRIPTION** | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| DWHPSEARS18 | 37613 | | SHELL DW SEARS HP - Q3 2018 | 116 | 4,116.99/1 | 477,570.84 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000097907
PROMOTIONAL NUMBER : 22
*** TRACKING IDs ***
BACK                        00100288741323784507

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 477,570.84 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428707628

**INVOICE DATE**
09/22/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440     DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 555948 D/609 | 7025756806 | 09/22/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0792894P | | CTII | 55561155650 | 39.160 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWMT70786L | 16415 | DW 3/8 REV DRILL-TRY ME PACK | 8 | 47.00/1 | 376.00 |
| DWMT70782L | 16431 | DW ANGLE GRINDER-TRY ME PACK | 4 | 50.00/1 | 200.00 |

FOB : ORIGIN

*** BACKORDERS ***

| | | |
|---|---|---|
| DC390B | 18V CIRCULAR SAW | 4 |
| DC411B | 18V CUTOFF TOOL | 4 |
| DC825B | 18V IMPACT DRIVER | 5 |
| DW735X | 13" PLANER w/EXTRA KNIVES AND TABLES | 2 |
| DCF813S2 | 12V MAX LITHM ION 3/8" IMPACT WRENCH KIT | 5 |
| DCD740B | 20V MAX RT ANGLE DRILL/DRVR (Tool Only) | 4 |
| DWE4011 | 4.5" SMALL ANGLE GRINDER SLIDE SWITCH | 4 |
| D26676 | 5.5 AMP PORTABLE HAND PLANER W/HSS BLADE | 2 |
| DCF883B | 20V MAX 3/8" WRENCH HOG RING (Tool Only) | 10 |
| DCK285C2 | 20V COMPACT HAMMERDRILL / IMPACT DRIVER | 4 |
| DWE575SB | 7-1/4" NEXT GEN CIRC SAW w/ BRAKE | 2 |
| DWS5026 | TRACK SAW TRACK CLAMP | 4 |
| DW840K | 7IN MEDIUM ANGLE GRINDER KIT | 4 |
| DWX725 | HEAVY DUTY WORK STAND | 2 |
| DCA1820 | 18V-20V BATTERY ADAPTER | 8 |
| BDCDHP220SB-2 | BLACK & DECKER 20V MAX 1/2IN DRILL/DRVR | 4 |
| BDH1220AV | 12V DUSTBUSTER AUTO HAND VAC | 1 |
| BDL170 | AUTO-LEVELING LASER W/PROTRACTOR | 2 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428707628

**INVOICE DATE**
09/22/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                                                 **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 6047479 | 555948 D/609 | | 7025756806 | 09/22/2018 | COLLECT | | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 703L0792894P | | | | CTII | 55561155650 | | 39.160 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
CTII                         00100761742034701744

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 576.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

**Stanley Black & Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 3
**INVOICE NO**
9428707630

**INVOICE DATE**
09/22/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440 · **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556910 D/609 | 7025806234 | 09/22/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703L0792894P | | CTII | | 55561155650 | 8.600 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWMT70782L | 16431 | DW ANGLE GRINDER-TRY ME PACK | 4 | 50.00/1 | 200.00 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*

| | | | |
|---|---|---|---|
| DWMT70784 | | CUT-OFF TOOL - DEWALT | 4 |
| DCGG570B | | 18V CORDLESS GREASE GUN (TOOL ONLY) | 1 |
| DW4898 | | 10 PC WOOD/ METAL CUTTING SET IN CASE | 55 |
| DW734 | | 12 1/2" THICKNESS PLANER | 8 |
| DWE304 | | 10AMP RECIPROCATING SAW | 10 |
| DCD771C2 | | 20V MAX LI-ION COMPACT DRILL/DRIVER KIT | 200 |
| DW4809 | | 8IN 14TPI STGT BK BLD-5PK | 10 |
| DW2541IR  G | | 1/4" HEX TO 1/4" SQ IMP READY SOCKT ADPT | 12 |
| DW2542IR  G | | 1/4" HEX TO 3/8" SQ IMP READY SOCKT ADPT | 12 |
| DW2547IR  G | | 1/4" HEX TO 1/2" SQ IMP READY SOCKT ADPT | 30 |
| GC960 | | 9.6V EPP DRILL DRIVER(NO OVERMOLD) | 12 |
| DC385B | | 18V RECIP SAW - BARE UNIT | 4 |
| DC411B | | 18V CUTOFF TOOL | 8 |
| DW735X | | 13" PLANER w/EXTRA KNIVES AND TABLES | 1 |
| DCF813S2 | | 12V MAX LITHM ION 3/8" IMPACT WRENCH KIT | 5 |
| DCD740B | | 20V MAX RT ANGLE DRILL/DRVR (Tool Only) | 4 |
| D26676 | | 5.5 AMP PORTABLE HAND PLANER W/HSS BLADE | 2 |
| DCF883B | | 20V MAX 3/8" WRENCH HOG RING (Tool Only) | 10 |
| DCF899B | | 20V BL 1/2 IN IMPACT WR W. DETENT (BARE) | 3 |
| DCF899HB | | BL 1/2IN IMPACT WRENCH W RING (BARE) | 3 |
| DWE575SB | | 7-1/4" NEXT GEN CIRC SAW w/ BRAKE | 2 |
| DW4901 | | 1" CRIMP END BRUSH/CARB STL 1/4" STEM | 10 |
| 382 | | 5" RANDOM ORBIT PALM GRIP SANDER | 4 |
| DCB102 | | 12-20V MAX DUAL PORT FAST CHARGER | 3 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 3
**INVOICE NO**
9428707630
**INVOICE DATE**
09/22/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                  **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556910 D/609 | | 7025806234 | 09/22/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0792894P | | CTII | | 55561155650 | | 8.600 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | |

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000097907

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
3 of 3
**INVOICE NO**
9428707630

**INVOICE DATE**
09/22/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                              **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556910 D/609 | | 7025806234 | 09/22/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 703L0792894P | | | CTII | 55561155650 | | 8.600 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

*** TRACKING IDs ***
CTII                                00100761742034701744

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 200.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428713799

**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 555092 D/609 | 7025713752 | 09/24/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0787868P | DART | 164L0787868P | 30.500 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4101 | 57595 | 8 PC 2X RECIP SET | 10 | 14.46/1 | 144.60 |
| DW4803 | 80327 | 9IN 6TPI TAPER BK BLD-5PK | 50 | 5.93/1 | 296.50 |

FOB : ORIGIN
Item 000210 DW4803  Z 15 Discontinued, No Substitution Allowed

*** FOLLOWING ITEMS CANCELLED ***
  DCF889HL1                        20V MAX 1/2IN HOG RING IMPACT WRENCH        23

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                              00100288746457554354

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 441.10 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428713801
**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556180 D/609 | | 7025765231 | 09/24/2018 | COLLECT | |

| SHIPPING POINT / BOL | | | CARRIER | | PRO # | WEIGHT |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0787868P | | | DART | | 164L0787868P | 22.400 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4101 | 57595 | 8 PC 2X RECIP SET | 20 | 14.46/1 | 289.20 |

FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                   00100288746457554354

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 289.20 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428713805

**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 548775 D/609 | 7025333275 | 09/24/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0787868P | | DART | 164L0787868P | 60.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW49008X | 36719 | SHELL 3X1/4 HP.014 CARBON FLARE | 240 | 3.09/1 | 741.60 |

FOB : ORIGIN

*** BACKORDERS ***
DW49003X                         SHELL 1"x1/4" HP.020 CARBONCRIMP ENDBR        240


STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                     00100288746457554354

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 741.60 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

**PAGE**
1 of 1
**INVOICE NO**
9428713808
**INVOICE DATE**
09/24/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449

**DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 552051 D/609 | 7025555070 | 09/24/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0787868P | | DART | 164L0787868P | 1,189.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCD777C2 | 12710 | 20V MAX COMPACT BRSHLS DRILL/DRIVE | 205 | 133.39/1 | 27,344.95 |

```
FOB : ORIGIN

*** BACKORDERS ***
DW2097CS                        14 PC DRIVE GUIDE SET              100


STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                    00100288746457554354

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 27,344.95 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428713811
**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                        DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 557872 D/609 | | 7025870958 | 09/24/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0787868P | | DART | 164L0787868P | 177.600 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCS391B | 34292 | 20V MAX 6-1/2" CIRCULAR SAW (Tool Only) | 24 | 91.05/1 | 2,185.20 |

```
FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                      00100288746457554354

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 2,185.20 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428713813

**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556927 D/671 | | 7025806114 | 09/24/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0787870P | | DART | 164L0787870P | | 14.890 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCBL790M1 | 44889 | DW 40V MAX LITH ION BATT BLOWER 4AH | 1 | 192.49/1 | 192.49 |

FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
DART                          00100288746457621902

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 192.49 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428713818

**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556416 D/609 | | 7025765147 | 09/24/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0787868P | | DART | 164L0787868P | | 210.320 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWE304 | 26482 | 10AMP RECIPROCATING SAW | 15 | 74.69/1 | 1,120.35 |
| DWD110K | 28370 | 3/8" VSR KEYLESS PISTOL GRIP DRILL KIT | 15 | 45.89/1 | 688.35 |
| DW1167 | 29340 | 17PC BLK OX DRILL BIT SET | 10 | 14.42/1 | 144.20 |

FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 183173020
*** TRACKING IDs ***
DART                    00100288746457554354

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,952.90 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428713825
**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556924 D/609 | 7025806177 | 09/24/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0787868P | DART | 164L0787868P | 2,713.530 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWE6421K | 50325 | 5" RANDOM ORBIT H&L SANDER W/ BAG | 46 | 37.91/1 | 1,743.86 |
| DCK423D2 | 51334 | 20V MAX COMPACT 4-TOOL COMBO KIT | 77 | 319.20/1 | 24,578.40 |
| DCF885C1 | 51362 | 20V MAX LITH ION 1/4IN IMPACT DRIVER | 116 | 128.04/1 | 14,852.64 |
| DWA4101 | 57595 | 8 PC 2X RECIP SET | 35 | 14.46/1 | 506.10 |
| PC760R | 66000 | 9" PRUNING BLADE (3 PACK) | 50 | 6.18/1 | 309.00 |
| DWA4169 | 66001 | 9 IN 6TPI 2X RECIP BLADE 5PK | 50 | 9.79/1 | 489.50 |
| DW3776-5 | 80002 | 3" 24 TPI T-SHK COBALT STEEL JS BLD-5PK | 25 | 6.03/1 | 150.75 |
| DW3774-5 | 80011 | 18TPI  T-SHK COBALT JS BLD-5 PK | 25 | 5.82/1 | 145.50 |
| DW4803 | 80327 | 9IN 6TPI TAPER BK BLD-5PK | 50 | 5.93/1 | 296.50 |

FOB : ORIGIN

*** BACKORDERS ***

| DCK240C2 | | 20V MAX LI-ION COMPACT 2-TOOL COMBO KIT | 512 | | |

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                     00100288746457554354

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 43,072.25 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428713830

**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

| STORE NUMBER: 0449 | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|---|
| 6047479 | 557837 D/609 | | 7025870834 | 09/24/2018 | COLLECT |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0787868P | | DART | 164L0787868P | 199.250 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4894 | 57932 | 8 PC BI-METAL RECIP BLADE SET with CASE | 10 | 9.42/1 | 94.20 |
| WM125 | 98364 | OPP WORKMATE 125 | 13 | 19.62/1 | 255.06 |

FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000050709
*** TRACKING IDs ***
DART                              00100288746457554354

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 349.26 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428713831

**INVOICE DATE**
09/24/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

| STORE NUMBER: 0449 | | | | | DUNS. 00-131-7189 |

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556619 D/671 | | 7025781395 | 09/24/2018 | COLLECT | |

| SHIPPING POINT / BOL | | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0787870P | | | DART | 164L0787870P | | 28.240 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCB404 | 8764 | DEWALT 40V MAX LITHIUM 4.0AH BATTERY | 8 | 151.99/1 | 1,215.92 |

```
FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
DART                         00100288746457621902

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,215.92 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428713834

**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 557333 D/609 | 7025806078 | 09/24/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0787868P | | DART | 164L0787868P | | 190.256 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWE304 | 26482 | 10AMP RECIPROCATING SAW | 12 | 74.69/1 | 896.28 |
| DW511 | 26910 | 1/2" HAMMER DRILL SINGLE SPEED | 15 | 77.19/1 | 1,157.85 |
| DW1167 | 29340 | 17PC BLK OX DRILL BIT SET | 10 | 14.42/1 | 144.20 |

FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 183173020
*** TRACKING IDs ***
DART                    00100288746457554354

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 2,198.33 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428713837
**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556926 D/671 | 7025806129 | 09/24/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0787870P | | DART | 164L0787870P | 8.640 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| SF-080 | 85645 | SINGLE LINE AFS REPLACE SPOOL .080IN | 60 | 3.78/1 | 226.80 |

```
FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 671
VENDOR : 000097907
*** TRACKING IDs ***
DART                          00100288746457621902

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 226.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428713847
**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556923 D/609 | 7025806239 | 09/24/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0787868P | | DART | 164L0787868P | | 4,098.260 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCF889HL1 | 10887 | 20V MAX 1/2IN HOG RING IMPACT WRENCH | 10 | 187.21/1 | 1,872.10 |
| DCK280C2 | 17295 | 20V COMPACT DRILL / IMPACT DRIVER COMBO | 72 | 208.74/1 | 15,029.28 |
| BDCS20C | 17564 | 4V MAX CORDLESS RECHARGEABLE SCREWDRIVER | 10 | 14.65/1 | 146.50 |
| DW2002B25 | 25924 | NO2 PHILLIPS 1IN BIT TIPBIT BOX OF 25 | 10 | 2.32/1 | 23.20 |
| DCD771C2 | 27452 | 20V MAX LI-ION COMPACT DRILL/DRIVER KIT | 330 | 128.04/1 | 42,253.20 |
| DW4809 | 29182 | 8IN 14TPI STGT BK BLD-5PK | 10 | 6.66/1 | 66.60 |
| DW4802-2 | 29192 | 6IN 6TPI TAPER BK BLD-2PK (disc) | 25 | 3.61/1 | 90.25 |
| DW4808-2 | 29193 | 6IN 14TPI STGT BK BLD-2PK | 25 | 3.09/1 | 77.25 |
| DWPVTDRV3  G | 29947 | 3 PC MAG IMPACT READY PIVOT NUTSETTER | 15 | 9.01/1 | 135.15 |
| DW2541IR  G | 29950 | 1/4" HEX TO 1/4" SQ IMP READY SOCKT ADPT | 36 | 0.79/1 | 28.44 |
| DW2542IR  G | 29951 | 1/4" HEX TO 3/8" SQ IMP READY SOCKT ADPT | 69 | 0.89/1 | 61.41 |
| DW2547IR  G | 29952 | 1/4" HEX TO 1/2" SQ IMP READY SOCKT ADPT | 30 | 1.07/1 | 32.10 |
| GC960 | 30269 | 9.6V EPP DRILL DRIVER(NO OVERMOLD) | 10 | 22.31/1 | 223.10 |
| DCB200-2 | 33191 | 20V MAX 3.0 Ah Li-Ion BATTERY 2 PACK | 56 | 112.00/1 | 6,272.00 |
| DWE575 | 3518 | 7-1/4" NEXT GEN CIRCULAR SAW | 10 | 95.07/1 | 950.70 |
| DWA2PH2IR5-Z | 4478 | 2.25IN PHILLIPS No2 IMPACT READY 5PK | 100 | 1.85/1 | 185.00 |
| DW2235IR  G | 44798 | 5 PC MAG IMPACT READY NUTSETTER SET | 20 | 10.16/1 | 203.20 |
| DWA2T40IR | 44897 | 40 PC IMPCT RDY SCREW LOCK SCREWDRI | 105 | 18.52/1 | 1,944.60 |
| DWA3HLDIR-Z | 44906 | 3IN IMPCT RDY BIT TIP HOLDERS w/SS | 36 | 3.61/1 | 129.96 |
| DWA2FTS25IR-Z | 44907 | 25PC IR FLEX TORQ SET | 25 | 9.79/1 | 244.75 |
| DWE402W | 49268 | 4-1/2 IN 11 AMP ANGLE GRINDER PADDLE | 56 | 75.11/1 | 4,206.16 |
| DWE6411K | 50324 | 1/4 Sheet Finishing Sander | 48 | 34.62/1 | 1,661.76 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | | | |
|---|---|---|---|---|---|
| DC9096-2 | | 18V  XRP BATTERY PACK COMBO | 16 | | |
| DCD777C2 | | 20V MAX COMPACT BRSHLS DRILL/DRIVE | 895 | | |
| DW4904 | | 6"CRIMP BENCH WIRE WHL,5/8-1/2 ARBOR,MED | 15 | | |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

ORIGINAL INVOICE – SEE REMIT TO     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428713847

**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

| | | | | | |
|---|---|---|---|---|---|
| **STORE NUMBER:** 0449 | | | | | **DUNS. 00-131-7189** |

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556923 D/609 | 7025806239 | 09/24/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0787868P | | DART | 164L0787868P | 4,098.260 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| *** FOLLOWING ITEMS CANCELLED *** | | | | | |
| DW2002B25 | | NO2 PHILLIPS 1IN BIT TIPBIT BOX OF 25 | 10 | | |

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                00100288746457554354

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 75,836.71 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428713732

**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

STORE NUMBER: 0447                                            DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 552047 D/609 | 7025555097 | 09/24/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0787871P | | DART | 164L0787871P | 754.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCD777C2 | 12710 | 20V MAX COMPACT BRSHLS DRILL/DRIVE | 130 | 133.39/1 | 17,340.70 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                        00100288746457621711

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 17,340.70 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# **Invoice**

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428713736

**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

STORE NUMBER: 0447                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 553845 D/609 | 7025656776 | 09/24/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0787871P | | DART | 164L0787871P | | 580.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCD777C2 | 12710 | 20V MAX COMPACT BRSHLS DRILL/DRIVE | 100 | 133.39/1 | 13,339.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                          00100288746457621711

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
P.O. Box 223516
Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 13,339.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428713742

**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

STORE NUMBER: 0447                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 555088 D/609 | | 7025713740 | 09/24/2018 | COLLECT | |

| SHIPPING POINT / BOL | | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0787871P | | | DART | 164L0787871P | | 28.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4101 | 57595 | 8 PC 2X RECIP SET | 25 | 14.46/1 | 361.50 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                          00100288746457621711

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 361.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428713745
**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                                      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556177 D/609 | | 7025765188 | 09/24/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0787871P | | DART | 164L0787871P | 22.400 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4101 | 57595 | 8 PC 2X RECIP SET | 20 | 14.46/1 | 289.20 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| DW3760-5 | | 10TPI TG T-SHK COBALT JIG SAW BLD-5PK | 20 |

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                          00100288746457621711

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 289.20 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428713749

**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                                        **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 548774 D/609 | | 7025333286 | 09/24/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0787871P | | DART | | 164L0787871P | | 20.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW49008X | 36719 | SHELL 3X1/4 HP.014 CARBON FLARE | 80 | 3.09/1 | 247.20 |

FOB : ORIGIN

*** BACKORDERS ***
DW49003X                           SHELL 1"x1/4" HP.020 CARBONCRIMP ENDBR        190

*** FOLLOWING ITEMS CANCELLED ***
DW49008X                           SHELL 3X1/4 HP.014 CARBON FLARE              112

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                               00100288746457621711

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 247.20 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428713753

**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

STORE NUMBER: 0447          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 557869 D/609 | 7025870770 | 09/24/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0787871P | | DART | 164L0787871P | 429.200 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCS391B | 34292 | 20V MAX 6-1/2" CIRCULAR SAW (Tool Only) | 58 | 91.05/1 | 5,280.90 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                        00100288746457621711

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 5,280.90 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428713765

**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556920 D/609 | 7025806216 | 09/24/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0787871P | DART | 164L0787871P | 6,758.336 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCD777C2 | 12710 | 20V MAX COMPACT BRSHLS DRILL/DRIVE | 285 | 133.39/1 | 38,016.15 |
| DCK280C2 | 17295 | 20V COMPACT DRILL / IMPACT DRIVER COMBO | 20 | 208.74/1 | 4,174.80 |
| DWE304 | 26482 | 10AMP RECIPROCATING SAW | 16 | 74.69/1 | 1,195.04 |
| DW511 | 26910 | 1/2" HAMMER DRILL SINGLE SPEED | 15 | 77.19/1 | 1,157.85 |
| DCD771C2 | 27452 | 20V MAX LI-ION COMPACT DRILL/DRIVER KIT | 260 | 128.04/1 | 33,290.40 |
| 71-931 | 28696 | 18 PC HSS DRILL BIT SET | 10 | 5.64/1 | 56.40 |
| DW4802-2 | 29192 | 6IN 6TPI TAPER BK BLD-2PK (disc) | 25 | 3.61/1 | 90.25 |
| DW4808-2 | 29193 | 6IN 14TPI STGT BK BLD-2PK | 25 | 3.09/1 | 77.25 |
| DW2541IR  G | 29950 | 1/4" HEX TO 1/4" SQ IMP READY SOCKT ADPT | 12 | 0.79/1 | 9.48 |
| DW2542IR  G | 29951 | 1/4" HEX TO 3/8" SQ IMP READY SOCKT ADPT | 18 | 0.89/1 | 16.02 |
| DW2547IR  G | 29952 | 1/4" HEX TO 1/2" SQ IMP READY SOCKT ADPT | 12 | 1.07/1 | 12.84 |
| GC960 | 30269 | 9.6V EPP DRILL DRIVER(NO OVERMOLD) | 10 | 22.31/1 | 223.10 |
| DCB200-2 | 33191 | 20V MAX 3.0 AH Li-Ion BATTERY 2 PACK | 28 | 112.00/1 | 3,136.00 |
| DWE575 | 3518 | 7-1/4" NEXT GEN CIRCULAR SAW | 21 | 95.07/1 | 1,996.47 |
| DW4901 | 42684 | 1" CRIMP END BRUSH/CARB STL 1/4" STEM | 10 | 3.06/1 | 30.60 |
| DWA2PH2IR5-Z | 4478 | 2.25IN PHILLIPS No2 IMPACT READY 5PK | 100 | 1.85/1 | 185.00 |
| DW2235IR  G | 44798 | 5 PC MAG IMPACT READY NUTSETTER SET | 20 | 10.16/1 | 203.20 |
| DWA2T40IR | 44897 | 40 PC IMPCT RDY SCREW LOCK SCREWDRI | 50 | 18.52/1 | 926.00 |
| DWA2FTS25IR-Z | 44907 | 25PC IR FLEX TORQ SET | 10 | 9.79/1 | 97.90 |
| DWE402W | 49268 | 4-1/2 in 11 AMP ANGLE GRINDER PADDLE | 20 | 75.11/1 | 1,502.20 |
| DWE6411K | 50324 | 1/4 Sheet Finishing Sander | 13 | 34.62/1 | 450.06 |
| DWE6421K | 50325 | 5" RANDOM ORBIT H&L SANDER W/ BAG | 28 | 37.91/1 | 1,061.48 |
| DCK240C2 | 50626 | 20V MAX LI-ION COMPACT 2-TOOL COMBO KIT | 186 | 164.72/1 | 30,637.92 |
| DCK423D2 | 51334 | 20V MAX COMPACT 4-TOOL COMBO KIT | 23 | 319.20/1 | 7,341.60 |

FOB : ORIGIN

*** BACKORDERS ***
DC9096-2                    18V  XRP BATTERY PACK COMBO           12

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428713765
**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447                                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6047479 | 556920 D/609 | | 7025806216 | 09/24/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Fontana DC Black & Decker,Inc. / 164L0787871P | | | DART | | 164L0787871P | 6,758.336 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                            00100288746457621711

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 125,888.01 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428713771

**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

| | | | | STORE NUMBER: 0447 | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 6047479 | 553846 D/609 | | 7025656718 | 09/24/2018 | COLLECT | | |

| SHIPPING POINT / BOL | | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0787871P | | | DART | | 164L0787871P | | 11.200 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWA4101 | 57595 | 8 PC 2X RECIP SET | 10 | 14.46/1 | 144.60 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                    00100288746457621711

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 144.60 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428713775

**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

**STORE NUMBER:** 0447 | **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 6047479 | 556921 D/609 | 7025806117 | 09/24/2018 | COLLECT |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0787871P | | DART | 164L0787871P | 448.020 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DCF885C1 | 51362 | 20V MAX LITH ION 1/4IN IMPACT DRIVER | 69 | 128.04/1 | 8,834.76 |
| DWA4101 | 57595 | 8 PC 2X RECIP SET | 10 | 14.46/1 | 144.60 |
| DWA4169 | 66001 | 9 IN 6TPI 2X RECIP BLADE 5PK | 50 | 9.79/1 | 489.50 |
| DW4803 | 80327 | 9IN 6TPI TAPER BK BLD-5PK | 50 | 5.93/1 | 296.50 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                        00100288746457621711

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 9,765.36 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428713779
**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0447
2775 W MILLER RD BLDG F
GARLAND, TX 75041

STORE NUMBER: 0447                                      DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 556415 D/609 | 7025765123 | 09/24/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0787871P | | DART | 164L0787871P | | 75.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DWD110K | 28370 | 3/8" VSR KEYLESS PISTOL GRIP DRILL KIT | 15 | 45.89/1 | 688.35 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 183173020
*** TRACKING IDs ***
DART                    00100288746457621711

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 688.35 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428713795
**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS NATL ACCTS PYBLE
ATTN: TIPS PROCESSING
P.O.Box 660200
DALLAS, TX 75266

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                                   DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6047479 | 553849 D/609 | 7025656676 | 09/24/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0787868P | | DART | 164L0787868P | 5.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DW49008X | 36719 | SHELL 3X1/4 HP.014 CARBON FLARE | 20 | 3.09/1 | 61.80 |

```
FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000097907
*** TRACKING IDs ***
DART                        00100288746457554354

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 61.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428431348

**INVOICE DATE**
08/13/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

**STORE NUMBER:** 0003947268305                 **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7071453 | 08305219895R | 7025490142 | 08/13/2018 | PREPAID |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703S0175325P | CTII | 55561144308 | 279.450 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STHT77403 | 001111309 | STUD SENSOR 100 | 24 | 6.23/1 | 149.52 |
| 42-468 | 001279893 | ST LEVL 24" FOAM CMP | 8 | 3.24/1 | 25.92 |
| 60-060 | 001899113 | 6 PC SC SET & RACK | 6 | 3.32/1 | 19.92 |
| 66-052 | 001976725 | ST SCD 6PC PRECISION | 24 | 2.26/1 | 54.24 |
| 60-020 | 002264441 | 2 PC SD SET & RACK | 24 | 1.39/1 | 33.36 |
| STHT33270 | 002847336 | ST TAPE CD 25FT 1IN LEVERLOCK MAG | 24 | 4.88/1 | 117.12 |
| 84-529 | 005823967 | FM 10+12GJ PLIER SET | 8 | 9.76/1 | 78.08 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 12 | 7.02/1 | 84.24 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 8 | 10.84/1 | 86.72 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 12 | 3.79/1 | 45.48 |
| 55-515 | 007210814 | ST PRYB 13" WNDRBAR | 24 | 5.14/1 | 123.36 |
| STHT71834 | 007422821 | STAPLES, HD, 5/16 IN, 1250 PC, PAPER | 15 | 1.45/1 | 21.75 |
| 84-113 | 007443949 | ST PLRS 8" LINESMAN | 24 | 4.33/1 | 103.92 |
| TR110 | 007461143 | ST STPLGUN STEEL | 6 | 10.00/1 | 60.00 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 6 | 4.33/1 | 25.98 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 8 | 9.76/1 | 78.08 |
| STHT71836 | 007882072 | STAPLES, HD, 3/8 IN, 1250 PC, PAPER | 15 | 1.45/1 | 21.75 |
| 42-480 | 029766811 | ST LEVL 48" PROF WRK | 3 | 8.47/1 | 25.41 |
| TR35 | 043305069 | OPP LD STAPLE GUN | 6 | 4.42/1 | 26.52 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 6 | 6.40/1 | 38.40 |
| 47-443 | 065310952 | ST CHLK BLUE W/LVL | 12 | 2.49/1 | 29.88 |
| STHT77404 | 065311237 | STUD SENSOR 150 | 12 | 10.84/1 | 130.08 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 6 | 6.50/1 | 39.00 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
| 68-012 | | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 24 | | |
| 60-040 | | 4 PC BASIC SD SET | 6 | | |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2

**INVOICE NO**
9428431348

**INVOICE DATE**
08/13/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

**STORE NUMBER:** 0003947268305          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08305219895R | | 7025490142 | 08/13/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703S0175325P | | CTII | 55561144308 | | 279.450 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STHT74938 | | STANLEY 6 IN WIRE STRIPPER | 8 | | |
| STHT71837 | | STAPLES, HD, 1/2 IN, 1250 PC, PAPER | 15 | | |

```
STORE NUMBER: ST 0003947268305
DEPARTMENT : 010
*** TRACKING IDs ***
CTII                     00100761742022970817

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,418.73 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428431350

**INVOICE DATE**
08/13/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

STORE NUMBER: 0003947268305                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08305219806R | | 7025490017 | 08/13/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703C1421169P | | UPS | | | 46.900 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | 6 | 5.00/1 | 30.00 |
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | 12 | 3.79/1 | 45.48 |
| 15-334 | 005241211 | STANLEY SAW 15" | 4 | 7.05/1 | 28.20 |
| 84-114 | 030157911 | ST PLRS 3PC SET | 12 | 6.17/1 | 74.04 |
| 15-090 | 045196611 | ST SAW NEST | 12 | 5.42/1 | 65.04 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
| | | | | |
|---|---|---|---|---|
| TR250 | | ST STPL BRAD GUN | 6 | |
| 16-150 | | ST WCHL 3PC SET | 30 | |

STORE NUMBER: ST 0003947268305
DEPARTMENT : 005
*** TRACKING IDs ***
UPS                              1Z10W2720325004115

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 242.76 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428439246

**INVOICE DATE**
08/14/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7071453 | 08289234520R | 7025490050 | 08/14/2018 | PREPAID |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 70334020411P | | CTII | 55561143896 | 123.310 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | 6 | 5.00/1 | 30.00 |
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | 12 | 3.79/1 | 45.48 |
| 33-425 | 005239811 | ST TAPE CD PL 251" | 24 | 8.07/1 | 193.68 |
| 15-334 | 005241211 | STANLEY SAW 15" | 4 | 7.05/1 | 28.20 |
| 57-522 | 026941411 | ST HMMR 18OZ SOFT | 15 | 5.42/1 | 81.30 |
| 10-788 | 028608911 | ST KNF CG QUICK RETR | 36 | 4.88/1 | 175.68 |
| 84-114 | 030157911 | ST PLRS 3PC SET | 12 | 6.17/1 | 74.04 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 16 | 9.11/1 | 145.76 |
| 15-090 | 045196611 | ST SAW NEST | 6 | 5.42/1 | 32.52 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| GR10 | | MINI GLUE GUN | 18 |
| TR250 | | ST STPL BRAD GUN | 6 |
| 84-097 | | ST PLRS 6inch SLIP JNT | 24 |

STORE NUMBER: ST 0003947268289
DEPARTMENT : 005
*** TRACKING IDs ***
CTII                        00100761742023102286

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 806.66 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# **Invoice**

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428439249
**INVOICE DATE**
08/14/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08289234613R | 7025490181 | 08/14/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 70334020411P | | CTII | 55561143896 | | 361.132 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-060 | 001899113 | 6 PC SC SET & RACK | 18 | 3.32/1 | 59.76 |
| 68-010 | 002123861 | ST SCD RATCHET 10BIT | 16 | 5.08/1 | 81.28 |
| 11-921 | 002126661 | ST BLD HD 5PK | 60 | 0.31/1 | 18.60 |
| 10-855 | 002398074 | KNF FIX FOLD BLK | 16 | 4.33/1 | 69.28 |
| STHT33270 | 002847336 | ST TAPE CD 25FT 1IN LEVERLOCK MAG | 24 | 4.88/1 | 117.12 |
| 84-519K | 005730870 | 12IN1MULTIW/HOLSTER | 12 | 7.77/1 | 93.24 |
| 84-529 | 005823967 | FM 10+12GJ PLIER SET | 16 | 9.76/1 | 156.16 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 8 | 7.02/1 | 56.16 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 8 | 10.84/1 | 86.72 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 12 | 3.79/1 | 45.48 |
| 55-515 | 007210814 | ST PRYB 13" WNDRBAR | 24 | 5.14/1 | 123.36 |
| 84-113 | 007443949 | ST PLRS 8" LINESMAN | 24 | 4.33/1 | 103.92 |
| TR110 | 007461143 | ST STPLGUN STEEL | 6 | 10.00/1 | 60.00 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 12 | 4.33/1 | 51.96 |
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 4 | 12.08/1 | 48.32 |
| STHT71836 | 007882072 | STAPLES, HD, 3/8 IN, 1250 PC, PAPER | 15 | 1.45/1 | 21.75 |
| 22-319 | 009060394 | 4PC FILE SET | 8 | 4.50/1 | 36.00 |
| 42-480 | 029766811 | ST LEVL 48" PROF WRK | 3 | 8.47/1 | 25.41 |
| 10-202 | 043301254 | 9/18MM S/O BONUS PK | 36 | 0.71/1 | 25.56 |
| TR35 | 043305069 | OPP LD STAPLE GUN | 6 | 4.42/1 | 26.52 |
| TRA200BN | 043318263 | ST STPL ASST LD | 20 | 2.12/1 | 42.40 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 6 | 6.40/1 | 38.40 |
| 47-443 | 065310952 | ST CHLK BLUE W/LVL | 6 | 2.49/1 | 14.94 |
| STHT77404 | 065311237 | STUD SENSOR 150 | 12 | 10.84/1 | 130.08 |
| 84-105 | 065311323 | ST PLRS 6" DIAGNL | 24 | 2.16/1 | 51.84 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 12 | 4.91/1 | 58.92 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 18 | 6.50/1 | 117.00 |

FOB : ORIGIN

| **PLEASE REMIT TO:** | **TERMS:** | **FREIGHT CHARGES** | **SALES TAX** | **TOTAL AMOUNT OF INVOICE** |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428439249
**INVOICE DATE**
08/14/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 7071453 | 08289234613R | | 7025490181 | 08/14/2018 | PREPAID | | |

| SHIPPING POINT / BOL | | | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|---|
| Kannapolis DC / 70334020411P | | | | CTII | 55561143896 | | 361.132 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| *** FOLLOWING ITEMS CANCELLED *** | | | | | |
| 68-012 | | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 24 | | |
| 60-040 | | 4 PC BASIC SD SET | 6 | | |
| STHT74938 | | STANLEY 6 IN WIRE STRIPPER | 8 | | |
| 46-067 | | ST SQRE QUICK W/INST | 9 | | |
| 60-100 | | 10 PC SC SET & RACK | 6 | | |

STORE NUMBER: ST 0003947268289
DEPARTMENT : 010
*** TRACKING IDs ***
CTII                               00100761742023102286

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,760.18 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2

**INVOICE NO**
9428439253

**INVOICE DATE**
08/14/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

**STORE NUMBER:** | **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08292255987R | | 7025490197 | 08/14/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 70334020413P | | | CTII | 55561143904 | | 542.354 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 42-468 | 001279893 | ST LEVL 24" FOAM CMP | 4 | 3.24/1 | 12.96 |
| 42-294 | 001366542 | ST LEVL 9" THRF TORP | 24 | 1.86/1 | 44.64 |
| 60-060 | 001899113 | 6 PC SC SET & RACK | 18 | 3.32/1 | 59.76 |
| 66-052 | 001976725 | ST SCD 6PC PRECISION | 24 | 2.26/1 | 54.24 |
| 68-010 | 002123861 | ST SCD RATCHET 10BIT | 8 | 5.08/1 | 40.64 |
| 10-855 | 002398074 | KNF FIX FOLD BLK | 32 | 4.33/1 | 138.56 |
| 84-519K | 005730870 | 12IN1MULTIW/HOLSTER | 12 | 7.77/1 | 93.24 |
| STHT55135 | 005732776 | STANLEY 3 PC BAR SET | 24 | 5.46/1 | 131.04 |
| 84-529 | 005823967 | FM 10+12GJ PLIER SET | 8 | 9.76/1 | 78.08 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 20 | 7.02/1 | 140.40 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 18 | 10.84/1 | 195.12 |
| GS20DT | 006556453 | ST GLUE 4" DT 24PK | 60 | 1.78/1 | 106.80 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 24 | 3.79/1 | 90.96 |
| STHT71834 | 007422821 | STAPLES, HD, 5/16 IN, 1250 PC, PAPER | 45 | 1.45/1 | 65.25 |
| TR110 | 007461143 | ST STPLGUN STEEL | 18 | 10.00/1 | 180.00 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 18 | 4.33/1 | 77.94 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 24 | 9.76/1 | 234.24 |
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 8 | 12.08/1 | 96.64 |
| STHT71836 | 007882072 | STAPLES, HD, 3/8 IN, 1250 PC, PAPER | 15 | 1.45/1 | 21.75 |
| 22-319 | 009060394 | 4PC FILE SET | 8 | 4.50/1 | 36.00 |
| 42-480 | 029766811 | ST LEVL 48" PROF WRK | 18 | 8.47/1 | 152.46 |
| TR35 | 043305069 | OPP LD STAPLE GUN | 6 | 4.42/1 | 26.52 |
| TRA200BN | 043318263 | ST STPL ASST LD | 20 | 2.12/1 | 42.40 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 6 | 6.40/1 | 38.40 |
| 47-443 | 065310952 | ST CHLK BLUE W/LVL | 6 | 2.49/1 | 14.94 |
| 60-100 | 065311116 | 10 PC SC SET & RACK | 6 | 5.09/1 | 30.54 |
| 84-105 | 065311323 | ST PLRS 6" DIAGNL | 24 | 2.16/1 | 51.84 |
| 84-808 | 065311460 | 7.4 CJ LOCK PLRS | 24 | 4.66/1 | 111.84 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 36 | 4.91/1 | 176.76 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 18 | 6.50/1 | 117.00 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428439253

**INVOICE DATE**
08/14/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

| STORE NUMBER: | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08292255987R | | 7025490197 | 08/14/2018 | PREPAID | |

| SHIPPING POINT / BOL | | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 70334020413P | | | CTII | 55561143904 | | 542.354 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|---|

FOB : ORIGIN

\*\*\* FOLLOWING ITEMS CANCELLED \*\*\*

| | | | | |
|---|---|---|---|---|
| 68-012 | | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 24 | |
| 60-040 | | 4 PC BASIC SD SET | 6 | |
| STHT74938 | | STANLEY 6 IN WIRE STRIPPER | 16 | |
| 46-067 | | ST SQRE QUICK W/INST | 18 | |
| 30-455 | | ST TAPE 251" | 72 | |

STORE NUMBER: ST 0003947268292
DEPARTMENT : 010
\*\*\* TRACKING IDs \*\*\*
CTII                        00100761742023102262

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,660.96 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428439255
**INVOICE DATE**
08/14/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

STORE NUMBER: | | | | DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08292255882R | | 7025490061 | 08/14/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 70334020413P | | CTII | 55561143904 | 188.860 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | 24 | 5.00/1 | 120.00 |
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | 6 | 3.79/1 | 22.74 |
| 33-425 | 005239811 | ST TAPE CD PL 251" | 24 | 8.07/1 | 193.68 |
| 15-334 | 005241211 | STANLEY SAW 15" | 4 | 7.05/1 | 28.20 |
| GS10DT | 005257911 | ST MINI GLUE 4" 24PK | 60 | 3.79/1 | 227.40 |
| 57-522 | 026941411 | ST HMMR 18OZ SOFT | 10 | 5.42/1 | 54.20 |
| 10-788 | 028608911 | ST KNF CG QUICK RETR | 36 | 4.88/1 | 175.68 |
| 60-002 | 029827611 | 2 PHIL. ON HANG TAG | 36 | 2.16/1 | 77.76 |
| 84-110 | 029973711 | ST PLRS 10inch GRVE JNT | 24 | 4.02/1 | 96.48 |
| 84-114 | 030157911 | ST PLRS 3PC SET | 12 | 6.17/1 | 74.04 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 8 | 9.11/1 | 72.88 |
| 30-485 | 045151111 | ST TAPE CD 121/2" | 36 | 1.95/1 | 70.20 |
| 15-090 | 045196611 | ST SAW NEST | 12 | 5.42/1 | 65.04 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
TR250                          ST STPL BRAD GUN                        6
84-097                         ST PLRS 6inch SLIP JNT                 24

STORE NUMBER: ST 0003947268292
DEPARTMENT : 005
*** TRACKING IDs ***
CTII                           00100761742023102262

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,278.30 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428439304

**INVOICE DATE**
08/14/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

| STORE NUMBER: | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08275298786R | | 7025490136 | 08/14/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Kannapolis DC / 70334020414P | | CTII | 55561143888 | | 758.587 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STHT77403 | 001111309 | STUD SENSOR 100 | 48 | 6.23/1 | 299.04 |
| 42-468 | 001279893 | ST LEVL 24" FOAM CMP | 8 | 3.24/1 | 25.92 |
| 42-294 | 001366542 | ST LEVL 9" THRF TORP | 24 | 1.86/1 | 44.64 |
| 60-060 | 001899113 | 6 PC SC SET & RACK | 42 | 3.32/1 | 139.44 |
| 66-052 | 001976725 | ST SCD 6PC PRECISION | 24 | 2.26/1 | 54.24 |
| 68-010 | 002123861 | ST SCD RATCHET 10BIT | 32 | 5.08/1 | 162.56 |
| 11-921 | 002126661 | ST BLD HD 5PK | 60 | 0.31/1 | 18.60 |
| 10-099 | 002227545 | ST KNF RETRACT BULK | 36 | 2.22/1 | 79.92 |
| 60-020 | 002264441 | 2 PC SD SET & RACK | 48 | 1.39/1 | 66.72 |
| 10-855 | 002398074 | KNF FIX FOLD BLK | 16 | 4.33/1 | 69.28 |
| STHT33270 | 002847336 | ST TAPE CD 25FT 1IN LEVERLOCK MAG | 72 | 4.88/1 | 351.36 |
| STHT55135 | 005732776 | STANLEY 3 PC BAR SET | 24 | 5.46/1 | 131.04 |
| 84-529 | 005823967 | FM 10+12GJ PLIER SET | 16 | 9.76/1 | 156.16 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 20 | 7.02/1 | 140.40 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 8 | 10.84/1 | 86.72 |
| GS20DT | 006556453 | ST GLUE 4" DT 24PK | 60 | 1.78/1 | 106.80 |
| GR20 | 006557603 | ST GLUE GUN TRGR | 18 | 4.23/1 | 76.14 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 36 | 3.79/1 | 136.44 |
| STHT71833 | 007031311 | STAPLES HD 1/4 IN 1250 PC PAPER | 15 | 1.45/1 | 21.75 |
| 55-515 | 007210814 | ST PRYB 13" WNDRBAR | 24 | 5.14/1 | 123.36 |
| STHT71834 | 007422821 | STAPLES, HD, 5/16 IN, 1250 PC, PAPER | 45 | 1.45/1 | 65.25 |
| 84-113 | 007443949 | ST PLRS 8" LINESMAN | 24 | 4.33/1 | 103.92 |
| TR110 | 007461143 | ST STPLGUN STEEL | 12 | 10.00/1 | 120.00 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 18 | 4.33/1 | 77.94 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 24 | 9.76/1 | 234.24 |
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 20 | 12.08/1 | 241.60 |
| 42-480 | 029766811 | ST LEVL 48" PROF WRK | 3 | 8.47/1 | 25.41 |
| 10-202 | 043301254 | 9/18MM S/O BONUS PK | 36 | 0.71/1 | 25.56 |
| TRA200BN | 043318263 | ST STPL ASST LD | 20 | 2.12/1 | 42.40 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 12 | 6.40/1 | 76.80 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428439304

**INVOICE DATE**
08/14/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

**STORE NUMBER:**                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7071453 | 08275298786R | 7025490136 | 08/14/2018 | PREPAID |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 70334020414P | | CTII | 55561143888 | 758.587 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-100 | 065311116 | 10 PC SC SET & RACK | 6 | 5.09/1 | 30.54 |
| STHT77404 | 065311237 | STUD SENSOR 150 | 12 | 10.84/1 | 130.08 |
| 84-105 | 065311323 | ST PLRS 6" DIAGNL | 24 | 2.16/1 | 51.84 |
| 84-808 | 065311460 | 7.4 CJ LOCK PLRS | 24 | 4.66/1 | 111.84 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 36 | 4.91/1 | 176.76 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 12 | 6.50/1 | 78.00 |

FOB : ORIGIN

\*\*\* FOLLOWING ITEMS CANCELLED \*\*\*

| | | | |
|---|---|---|---|
| 68-012 | | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 24 |
| 60-040 | | 4 PC BASIC SD SET | 6 |
| STHT74938 | | STANLEY 6 IN WIRE STRIPPER | 8 |
| STHT71837 | | STAPLES, HD, 1/2 IN, 1250 PC, PAPER | 15 |
| 30-455 | | ST TAPE 251" | 48 |

STORE NUMBER: ST 0003947268275
DEPARTMENT : 010
\*\*\* TRACKING IDs \*\*\*
CTII                          00100761742023115156

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 3,882.71 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428439310

**INVOICE DATE**
08/14/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

| STORE NUMBER: | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|---|
| 7071453 | 08275298674R | | 7025490186 | 08/14/2018 | PREPAID |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 70334020414P | | CTII | 55561143888 | 227.718 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | 18 | 5.00/1 | 90.00 |
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | 18 | 3.79/1 | 68.22 |
| 33-425 | 005239811 | ST TAPE CD PL 251" | 48 | 8.07/1 | 387.36 |
| 15-334 | 005241211 | STANLEY SAW 15" | 12 | 7.05/1 | 84.60 |
| GR10 | 005257211 | MINI GLUE GUN | 18 | 2.39/1 | 43.02 |
| 15-924A | 005278111 | ST SAW BLD HACK | 100 | 1.51/1 | 151.00 |
| 57-522 | 026941411 | ST HMMR 18OZ SOFT | 5 | 5.42/1 | 27.10 |
| 10-788 | 028608911 | ST KNF CG QUICK RETR | 36 | 4.88/1 | 175.68 |
| 60-002 | 029827611 | 2 PHIL. ON HANG TAG | 36 | 2.16/1 | 77.76 |
| 84-110 | 029973711 | ST PLRS 10inch GRVE JNT | 24 | 4.02/1 | 96.48 |
| 84-114 | 030157911 | ST PLRS 3PC SET | 12 | 6.17/1 | 74.04 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 20 | 9.11/1 | 182.20 |
| 30-485 | 045151111 | ST TAPE CD 121/2" | 36 | 1.95/1 | 70.20 |
| 15-090 | 045196611 | ST SAW NEST | 12 | 5.42/1 | 65.04 |

FOB : ORIGIN

\*\*\* FOLLOWING ITEMS CANCELLED \*\*\*

| 11-921L | | ST BLD DISP 50PK | 24 | | |
|---|---|---|---|---|---|
| TR250 | | ST STPL BRAD GUN | 6 | | |
| 16-150 | | ST WCHL 3PC SET | 30 | | |
| 84-097 | | ST PLRS 6inch SLIP JNT | 48 | | |

STORE NUMBER: ST 0003947268275
DEPARTMENT : 005

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428439310
**INVOICE DATE**
08/14/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

**STORE NUMBER:**      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08275298674R | | 7025490186 | 08/14/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Kannapolis DC / 70334020414P | | | CTII | | 55561143888 | 227.718 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

```
*** TRACKING IDs ***
CTII                          00100761742023115156

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,592.70 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428456982

**INVOICE DATE**
08/16/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08287240718R | | 7025490038 | 08/16/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434051661P | | CTII | 555 6202284 2 | | 148.680 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | 12 | 5.00/1 | 60.00 |
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | 6 | 3.79/1 | 22.74 |
| 15-334 | 005241211 | STANLEY SAW 15" | 16 | 7.05/1 | 112.80 |
| 42-193 | 005523611 | ST LEVL YELLOW PLSTC | 36 | 0.53/1 | 19.08 |
| 11-921T | 005545511 | ST BLD 10PK DSPENSR | 100 | 1.35/1 | 135.00 |
| 11-921L | 005545611 | ST BLD DISP 50PK | 24 | 3.25/1 | 78.00 |
| 16-150 | 026911811 | ST WCHL 3PC SET | 30 | 5.99/1 | 179.70 |
| 10-788 | 028608911 | ST KNF CG QUICK RETR | 36 | 4.88/1 | 175.68 |
| 84-114 | 030157911 | ST PLRS 3PC SET | 12 | 6.17/1 | 74.04 |
| 30-485 | 045151111 | ST TAPE CD 121/2" | 36 | 1.95/1 | 70.20 |
| 15-090 | 045196611 | ST SAW NEST | 12 | 5.42/1 | 65.04 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
| | | | | |
|---|---|---|---|---|
| 84-097 | | ST PLRS 6inch SLIP JNT | 24 | |
| 84-109 | | ST PLRS 8" GROOVE | 24 | |

STORE NUMBER: ST 0003947268287
DEPARTMENT : 005
*** TRACKING IDs ***
CTII                          00100288746447712634

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 992.28 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

| | |
|---|---|
| Stanley Black & Decker<br>701 East Joppa Rd<br>Towson MD 21286 | **PAGE**<br>1 of 2<br>**INVOICE NO**<br>9428456988<br>**INVOICE DATE**<br>08/16/2018 |

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08287240719R | 7025490162 | 08/16/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434051661P | CTII | 555 6202284 2 | 625.365 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 42-468 | 001279893 | ST LEVL 24" FOAM CMP | 4 | 3.24/1 | 12.96 |
| 42-294 | 001366542 | ST LEVL 9" THRF TORP | 24 | 1.86/1 | 44.64 |
| 60-060 | 001899113 | 6 PC SC SET & RACK | 12 | 3.32/1 | 39.84 |
| 66-052 | 001976725 | ST SCD 6PC PRECISION | 24 | 2.26/1 | 54.24 |
| 68-010 | 002123861 | ST SCD RATCHET 10BIT | 8 | 5.08/1 | 40.64 |
| 60-020 | 002264441 | 2 PC SD SET & RACK | 24 | 1.39/1 | 33.36 |
| STHT33270 | 002847336 | ST TAPE CD 25FT 1IN LEVERLOCK MAG | 48 | 4.88/1 | 234.24 |
| 84-519K | 005730870 | 12IN1MULTIW/HOLSTER | 12 | 7.77/1 | 93.24 |
| 84-529 | 005823967 | FM 10+12GJ PLIER SET | 8 | 9.76/1 | 78.08 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 30 | 7.02/1 | 210.60 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 8 | 10.84/1 | 86.72 |
| GS20DT | 006556453 | ST GLUE 4" DT 24PK | 60 | 1.78/1 | 106.80 |
| GR20 | 006557603 | ST GLUE GUN TRGR | 18 | 4.23/1 | 76.14 |
| 60-040 | 006849958 | 4 PC BASIC SD SET | 6 | 5.42/1 | 32.52 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 24 | 3.79/1 | 90.96 |
| STHT71833 | 007031311 | STAPLES HD 1/4 IN 1250 PC PAPER | 15 | 1.45/1 | 21.75 |
| 55-515 | 007210814 | ST PRYB 13" WNDRBAR | 24 | 5.14/1 | 123.36 |
| STHT71834 | 007422821 | STAPLES, HD, 5/16 IN, 1250 PC, PAPER | 45 | 1.45/1 | 65.25 |
| 84-113 | 007443949 | ST PLRS 8" LINESMAN | 24 | 4.33/1 | 103.92 |
| TR110 | 007461143 | ST STPLGUN STEEL | 12 | 10.00/1 | 120.00 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 18 | 4.33/1 | 77.94 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 16 | 9.76/1 | 156.16 |
| STHT71836 | 007882072 | STAPLES, HD, 3/8 IN, 1250 PC, PAPER | 45 | 1.45/1 | 65.25 |
| STHT71837 | 008873808 | STAPLES, HD, 1/2 IN, 1250 PC, PAPER | 15 | 1.45/1 | 21.75 |
| 22-319 | 009060394 | 4PC FILE SET | 8 | 4.50/1 | 36.00 |
| 42-480 | 029766811 | ST LEVL 48" PROF WRK | 3 | 8.47/1 | 25.41 |
| 10-202 | 043301254 | 9/18MM S/O BONUS PK | 36 | 0.71/1 | 25.56 |
| TR35 | 043305069 | OPP LD STAPLE GUN | 6 | 4.42/1 | 26.52 |
| TRA200BN | 043318263 | ST STPL ASST LD | 20 | 2.12/1 | 42.40 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 12 | 6.40/1 | 76.80 |

| PLEASE REMIT TO:<br>Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | TERMS:<br><br>1.75% 35 Days, NET 52 | FREIGHT<br>CHARGES | SALES<br>TAX | TOTAL AMOUNT OF<br>INVOICE<br><br>CONTINUED |
|---|---|---|---|---|

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428456988

**INVOICE DATE**
08/16/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08287240719R | 7025490162 | 08/16/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434051661P | | CTII | 555 6202284 2 | 625.365 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 46-067 | 065310934 | ST SQRE QUICK W/INST | 21 | 1.89/1 | 39.69 |
| 47-443 | 065310952 | ST CHLK BLUE W/LVL | 6 | 2.49/1 | 14.94 |
| 60-100 | 065311116 | 10 PC SC SET & RACK | 6 | 5.09/1 | 30.54 |
| 84-105 | 065311323 | ST PLRS 6" DIAGNL | 24 | 2.16/1 | 51.84 |
| 84-112 | 065311324 | ST PLRS 7IN  LINESMAN | 24 | 3.24/1 | 77.76 |
| 84-808 | 065311460 | 7.4 CJ LOCK PLRS | 24 | 4.66/1 | 111.84 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 36 | 4.91/1 | 176.76 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 18 | 6.50/1 | 117.00 |
| 30-455 | 065501381 | ST TAPE 251" | 24 | 3.43/1 | 82.32 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| 68-012 | | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 24 |
| 10-855 | | KNF FIX FOLD BLK | 32 |
| STHT74938 | | STANLEY 6 IN WIRE STRIPPER | 16 |

STORE NUMBER: ST 0003947268287
DEPARTMENT : 010
*** TRACKING IDs ***
CTII                          00100288746447712634

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,925.74 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2

**INVOICE NO**
9428470441

**INVOICE DATE**
08/18/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08289236184R | 7025567465 | 08/18/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 70334053769P | CTII | 55561145685 | 537.909 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STHT77403 | 001111309 | STUD SENSOR 100 | 72 | 6.23/1 | 448.56 |
| 42-468 | 001279893 | ST LEVL 24" FOAM CMP | 24 | 3.24/1 | 77.76 |
| 68-010 | 002123861 | ST SCD RATCHET 10BIT | 40 | 5.08/1 | 203.20 |
| 10-855 | 002398074 | KNF FIX FOLD BLK | 112 | 4.33/1 | 484.96 |
| STHT33270 | 002847336 | ST TAPE CD 25FT 1IN LEVERLOCK MAG | 24 | 4.88/1 | 117.12 |
| 84-519K | 005730870 | 12IN1MULTIW/HOLSTER | 24 | 7.77/1 | 186.48 |
| STHT55135 | 005732776 | STANLEY 3 PC BAR SET | 24 | 5.46/1 | 131.04 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 84 | 7.02/1 | 589.68 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 4 | 10.84/1 | 43.36 |
| STHT71833 | 007031311 | STAPLES HD 1/4 IN 1250 PC PAPER | 45 | 1.45/1 | 65.25 |
| STHT71834 | 007422821 | STAPLES, HD, 5/16 IN, 1250 PC, PAPER | 30 | 1.45/1 | 43.50 |
| TR110 | 007461143 | ST STPLGUN STEEL | 60 | 10.00/1 | 600.00 |
| 84-808 | 065311460 | 7.4 CJ LOCK PLRS | 72 | 4.66/1 | 335.52 |

FOB : ORIGIN

\*\*\* FOLLOWING ITEMS CANCELLED \*\*\*

| | | | |
|---|---|---|---|
| 60-040 | | 4 PC BASIC SD SET | 18 |
| STHT74938 | | STANLEY 6 IN WIRE STRIPPER | 8 |
| STHT71837 | | STAPLES, HD, 1/2 IN, 1250 PC, PAPER | 30 |
| 60-121 | | ST SCD 1 12PC MERCH | 48 |
| 60-123 | | ST 3" CAB 12PC MERCH | 48 |

STORE NUMBER: ST 0003947268289

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428470441

**INVOICE DATE**
08/18/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08289236184R | | 7025567465 | 08/18/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Kannapolis DC / 70334053769P | | CTII | 55561145685 | | 537.909 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|---|
| DEPARTMENT : 010 | | | | | | |
| *** TRACKING IDs *** | | | | | | |
| CTII | | 00100761742025172157 | | | | |

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 3,326.43 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2

**INVOICE NO**
9428470443

**INVOICE DATE**
08/18/2018

| BILL TO | SHIP TO |
|---|---|
| K-MART CORPORATION<br>P.O.Box 7066<br>TROY 48007-7066 | KMART DIST CTR 8289 MAN<br>333 S SPRUCE ST<br>MANTENO, IL 60950 |

**STORE NUMBER:** 0003947268289          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08289235847R | | 7025558426 | 08/18/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 70334053769P | | CTII | 55561145685 | 195.470 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE/PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-060 | 001899113 | 6 PC SC SET & RACK | 12 | 3.32/1 | 39.84 |
| 11-921 | 002126661 | ST BLD HD 5PK | 60 | 0.31/1 | 18.60 |
| 60-020 | 002264441 | 2 PC SD SET & RACK | 24 | 1.39/1 | 33.36 |
| 84-529 | 005823967 | FM 10+12GJ PLIER SET | 8 | 9.76/1 | 78.08 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 12 | 3.79/1 | 45.48 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 6 | 4.33/1 | 25.98 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 8 | 9.76/1 | 78.08 |
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 4 | 12.08/1 | 48.32 |
| 42-480 | 029766811 | ST LEVL 48" PROF WRK | 3 | 8.47/1 | 25.41 |
| 10-202 | 043301254 | 9/18MM S/O BONUS PK | 36 | 0.71/1 | 25.56 |
| TR35 | 043305069 | OPP LD STAPLE GUN | 6 | 4.42/1 | 26.52 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 6 | 6.40/1 | 38.40 |
| 46-067 | 065310934 | ST SQRE QUICK W/INST | 12 | 1.89/1 | 22.68 |
| 47-443 | 065310952 | ST CHLK BLUE W/LVL | 6 | 2.49/1 | 14.94 |
| STHT77404 | 065311237 | STUD SENSOR 150 | 12 | 10.84/1 | 130.08 |
| 84-105 | 065311323 | ST PLRS 6" DIAGNL | 24 | 2.16/1 | 51.84 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 12 | 4.91/1 | 58.92 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 12 | 6.50/1 | 78.00 |
| 30-455 | 065501381 | ST TAPE 25'1" | 24 | 3.43/1 | 82.32 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| 68-012 | | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 48 | | |
|---|---|---|---|---|---|

STORE NUMBER: ST 0003947268289
DEPARTMENT : 010

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428470443

**INVOICE DATE**
08/18/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 7071453 | 08289235847R | | 7025558426 | 08/18/2018 | PREPAID | | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 70334053769P | | | | CTII | 55561145685 | | 195.470 LB |
| **CATALOG NO.** | **DIST INFO** | | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

```
*** TRACKING IDs ***
CTII                              00100761742025172157

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 922.41 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428470448

**INVOICE DATE**
08/18/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08289235740R | | 7025558308 | 08/18/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 70334053769P | | CTII | | 55561145685 | | 45.090 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | 18 | 5.00/1 | 90.00 |
| 42-193 | 005523611 | ST LEVL YELLOW PLSTC | 36 | 0.53/1 | 19.08 |
| TR250 | 023033511 | ST STPL BRAD GUN | 6 | 10.19/1 | 61.14 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 4 | 9.11/1 | 36.44 |

FOB : ORIGIN

\*\*\* FOLLOWING ITEMS CANCELLED \*\*\*

30-485                          ST TAPE CD 121/2"                36

STORE NUMBER: ST 0003947268289
DEPARTMENT : 005
\*\*\* TRACKING IDs \*\*\*
CTII                          00100761742025172157

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 206.66 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428470451

**INVOICE DATE**
08/18/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

STORE NUMBER: 0003947268289                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08289236167R | 7025567394 | 08/18/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 70334053769P | | CTII | 55561145685 | 148.980 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | 66 | 3.79/1 | 250.14 |
| 15-334 | 005241211 | STANLEY SAW 15" | 24 | 7.05/1 | 169.20 |
| GR10 | 005257211 | MINI GLUE GUN | 90 | 2.39/1 | 215.10 |
| GS10DT | 005257911 | ST MINI GLUE 4" 24PK | 120 | 3.79/1 | 454.80 |
| 84-101 | 029819911 | ST PLRS 6" LONGNOSE | 24 | 2.45/1 | 58.80 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| 16-150 | | ST WCHL 3PC SET | 60 |
| 57-522 | | ST HMMR 18OZ SOFT | 10 |
| 84-109 | | ST PLRS 8" GROOVE | 48 |

STORE NUMBER: ST 0003947268289
DEPARTMENT : 005
*** TRACKING IDs ***
CTII                        00100761742025172157

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,148.04 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428470462

**INVOICE DATE**
08/18/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

**STORE NUMBER:**                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08292257105R | 7025558386 | 08/18/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 70334053758P | | CTII | 55561145412 | 132.360 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | 24 | 5.00/1 | 120.00 |
| 10-175 | 005997311 | 001PC KNIFE 10-175 | 36 | 1.02/1 | 36.72 |
| TR250 | 023033511 | ST STPL BRAD GUN | 24 | 10.19/1 | 244.56 |
| 84-097 | 029803611 | ST PLRS 6inch SLIP JNT | 24 | 1.57/1 | 37.68 |
| 84-114 | 030157911 | ST PLRS 3PC SET | 12 | 6.17/1 | 74.04 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 8 | 9.11/1 | 72.88 |
| 15-090 | 045196611 | ST SAW NEST | 6 | 5.42/1 | 32.52 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
11-921L                          ST BLD DISP 50PK                    72

STORE NUMBER: ST 0003947268292
DEPARTMENT : 005
*** TRACKING IDs ***
CTII                      00100761742025114171

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 618.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

**PAGE**
1 of 1
**INVOICE NO**
9428470465

**INVOICE DATE**
08/18/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

|  | | | STORE NUMBER: | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08292257559R | | 7025567402 | 08/18/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 70334053758P | | CTII | | 55561145412 | | 196.740 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | 78 | 3.79/1 | 295.62 |
| 15-334 | 005241211 | STANLEY SAW 15" | 52 | 7.05/1 | 366.60 |
| GR10 | 005257211 | MINI GLUE GUN | 90 | 2.39/1 | 215.10 |
| GS10DT | 005257911 | ST MINI GLUE 4" 24PK | 60 | 3.79/1 | 227.40 |
| 15-924A | 005278111 | ST SAW BLD HACK | 100 | 1.51/1 | 151.00 |
| 11-921T | 005545511 | ST BLD 10PK DSPENSR | 100 | 1.35/1 | 135.00 |
| 84-101 | 029819911 | ST PLRS 6" LONGNOSE | 48 | 2.45/1 | 117.60 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| 16-150 | | ST WCHL 3PC SET | 90 | | |
|---|---|---|---|---|---|
| 57-522 | | ST HMMR 18OZ SOFT | 40 | | |
| 84-109 | | ST PLRS 8" GROOVE | 72 | | |

STORE NUMBER: ST 0003947268292
DEPARTMENT : 005
*** TRACKING IDs ***
CTII                    00100761742025114171

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,508.32 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428470468

**INVOICE DATE**
08/18/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

| STORE NUMBER: | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|
| **CUSTOMER NO.** 7071453 | **CUSTOMER ORDER NO.** 08292257226R | | **SBD ORDER NO.** 7025558457 | **SHIP DATE** 08/18/2018 | **FREIGHT ALLOWED** PREPAID |
| **SHIPPING POINT / BOL** Kannapolis DC / 70334053758P | | | **CARRIER** CTII | **PRO #** 55561145412 | **WEIGHT** 255.350 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-060 | 001899113 | 6 PC SC SET & RACK | 6 | 3.32/1 | 19.92 |
| 11-921 | 002126661 | ST BLD HD 5PK | 60 | 0.31/1 | 18.60 |
| 60-020 | 002264441 | 2 PC SD SET & RACK | 48 | 1.39/1 | 66.72 |
| 84-529 | 005823967 | FM 10+12GJ PLIER SET | 8 | 9.76/1 | 78.08 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 12 | 3.79/1 | 45.48 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 24 | 4.33/1 | 103.92 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 8 | 9.76/1 | 78.08 |
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 4 | 12.08/1 | 48.32 |
| 42-480 | 029766811 | ST LEVL 48" PROF WRK | 6 | 8.47/1 | 50.82 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 6 | 6.40/1 | 38.40 |
| 46-067 | 065310934 | ST SQRE QUICK W/INST | 21 | 1.89/1 | 39.69 |
| 47-443 | 065310952 | ST CHLK BLUE W/LVL | 6 | 2.49/1 | 14.94 |
| 60-100 | 065311116 | 10 PC SC SET & RACK | 6 | 5.09/1 | 30.54 |
| STHT77404 | 065311237 | STUD SENSOR 150 | 12 | 10.84/1 | 130.08 |
| 84-105 | 065311323 | ST PLRS 6" DIAGNL | 24 | 2.16/1 | 51.84 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 24 | 6.50/1 | 156.00 |
| 30-455 | 065501381 | ST TAPE 251" | 48 | 3.43/1 | 164.64 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
68-012                         001PC CONTROL GRIP 6 WAY SCREWDRIVER              48

STORE NUMBER: ST 0003947268292
DEPARTMENT : 010

| PLEASE REMIT TO: Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | TERMS: 1.75% 35 Days, NET 52 | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE CONTINUED |
|---|---|---|---|---|

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428470468
**INVOICE DATE**
08/18/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

STORE NUMBER:                                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 7071453 | 08292257226R | | 7025558457 | 08/18/2018 | PREPAID | | |

| SHIPPING POINT / BOL | | | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|---|---|
| Kannapolis DC / 70334053758P | | | | CTII | | 55561145412 | | 255.350 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|---|
| *** TRACKING IDs *** | | | | | | |
| CTII | | 00100761742025114171 | | | | |

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,136.07 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428470472

**INVOICE DATE**
08/18/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

| STORE NUMBER: | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|---|
| 7071453 | 08292257577R | | 7025567475 | 08/18/2018 | PREPAID |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 70334053758P | | CTII | 55561145412 | | 843.750 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STHT77403 | 001111309 | STUD SENSOR 100 | 72 | 6.23/1 | 448.56 |
| 42-468 | 001279893 | ST LEVL 24" FOAM CMP | 36 | 3.24/1 | 116.64 |
| 68-010 | 002123861 | ST SCD RATCHET 10BIT | 56 | 5.08/1 | 284.48 |
| 10-855 | 002398074 | KNF FIX FOLD BLK | 160 | 4.33/1 | 692.80 |
| STHT33270 | 002847336 | ST TAPE CD 25FT 1IN LEVERLOCK MAG | 88 | 4.88/1 | 429.44 |
| 84-519K | 005730870 | 12IN1MULTIW/HOLSTER | 84 | 7.77/1 | 652.68 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 96 | 7.02/1 | 673.92 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 10 | 10.84/1 | 108.40 |
| STHT71833 | 007031311 | STAPLES HD 1/4 IN 1250 PC PAPER | 30 | 1.45/1 | 43.50 |
| STHT71834 | 007422821 | STAPLES, HD, 5/16 IN, 1250 PC, PAPER | 45 | 1.45/1 | 65.25 |
| 84-113 | 007443949 | ST PLRS 8" LINESMAN | 24 | 4.33/1 | 103.92 |
| TR110 | 007461143 | ST STPLGUN STEEL | 102 | 10.00/1 | 1,020.00 |
| TRA200BN | 043318263 | ST STPL ASST LD | 20 | 2.12/1 | 42.40 |
| 60-121 | 043343272 | ST SCD 1 12PC MERCH | 84 | 0.52/1 | 43.68 |
| 84-808 | 065311460 | 7.4 CJ LOCK PLRS | 96 | 4.66/1 | 447.36 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| 60-040 | | 4 PC BASIC SD SET | 18 |
| STHT74938 | | STANLEY 6 IN WIRE STRIPPER | 24 |
| STHT71837 | | STAPLES, HD, 1/2 IN, 1250 PC, PAPER | 30 |
| 60-121 | | ST SCD 1 12PC MERCH | 12 |
| 60-123 | | ST 3" CAB 12PC MERCH | 48 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**   10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428470472
**INVOICE DATE**
08/18/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

**STORE NUMBER:**                               **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08292257577R | | 7025567475 | 08/18/2018 | PREPAID | |

| SHIPPING POINT / BOL | | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 70334053758P | | | CTII | 55561145412 | | 843.750 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|---|

```
STORE NUMBER: ST 0003947268292
DEPARTMENT : 010
*** TRACKING IDs ***
CTII                          00100761742025114171

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 5,173.03 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2

**INVOICE NO**
9428470493

**INVOICE DATE**
08/18/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

**STORE NUMBER:**     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08275300072R | 7025558421 | 08/18/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 70334053740P | | CTII | 55561145487 | | 540.140 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-060 | 001899113 | 6 PC SC SET & RACK | 36 | 3.32/1 | 119.52 |
| 11-921 | 002126661 | ST BLD HD 5PK | 60 | 0.31/1 | 18.60 |
| 10-099 | 002227545 | ST KNF RETRACT BULK | 36 | 2.22/1 | 79.92 |
| 60-020 | 002264441 | 2 PC SD SET & RACK | 72 | 1.39/1 | 100.08 |
| 84-529 | 005823967 | FM 10+12GJ PLIER SET | 16 | 9.76/1 | 156.16 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 48 | 3.79/1 | 181.92 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 18 | 4.33/1 | 77.94 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 32 | 9.76/1 | 312.32 |
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 20 | 12.08/1 | 241.60 |
| 42-480 | 029766811 | ST LEVL 48" PROF WRK | 3 | 8.47/1 | 25.41 |
| 10-202 | 043301254 | 9/18MM S/O BONUS PK | 36 | 0.71/1 | 25.56 |
| TR35 | 043305069 | OPP LD STAPLE GUN | 12 | 4.42/1 | 53.04 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 6 | 6.40/1 | 38.40 |
| 46-067 | 065310934 | ST SQRE QUICK W/INST | 39 | 1.89/1 | 73.71 |
| 47-443 | 065310952 | ST CHLK BLUE W/LVL | 12 | 2.49/1 | 29.88 |
| 60-100 | 065311116 | 10 PC SC SET & RACK | 12 | 5.09/1 | 61.08 |
| STHT77404 | 065311237 | STUD SENSOR 150 | 12 | 10.84/1 | 130.08 |
| 84-105 | 065311323 | ST PLRS 6" DIAGNL | 24 | 2.16/1 | 51.84 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 36 | 4.91/1 | 176.76 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 42 | 6.50/1 | 273.00 |
| 30-455 | 065501381 | ST TAPE 251" | 96 | 3.43/1 | 329.28 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
68-012        001PC CONTROL GRIP 6 WAY SCREWDRIVER      192

STORE NUMBER: ST 0003947268275

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428470493
**INVOICE DATE**
08/18/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

**STORE NUMBER:**                                              **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08275300072R | | 7025558421 | 08/18/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Kannapolis DC / 70334053740P | | | CTII | | 55561145487 | 540.140 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

DEPARTMENT : 010
*** TRACKING IDs ***
CTII                                00100761742025171242

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,556.10 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

**PAGE**
1 of 2

**INVOICE NO**
9428470494

**INVOICE DATE**
08/18/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

| STORE NUMBER: | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|
| **CUSTOMER NO.** | **CUSTOMER ORDER NO.** | | **SBD ORDER NO.** | **SHIP DATE** | **FREIGHT ALLOWED** |
| 7071453 | 08275300435R | | 7025567410 | 08/18/2018 | PREPAID |
| **SHIPPING POINT / BOL** | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Kannapolis DC / 70334053740P | | CTII | | 55561145487 | 1,010.838 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STHT77403 | 001111309 | STUD SENSOR 100 | 96 | 6.23/1 | 598.08 |
| 42-468 | 001279893 | ST LEVL 24" FOAM CMP | 20 | 3.24/1 | 64.80 |
| 68-010 | 002123861 | ST SCD RATCHET 10BIT | 136 | 5.08/1 | 690.88 |
| 10-855 | 002398074 | KNF FIX FOLD BLK | 144 | 4.33/1 | 623.52 |
| STHT33270 | 002847336 | ST TAPE CD 25FT 1IN LEVERLOCK MAG | 56 | 4.88/1 | 273.28 |
| 84-519K | 005730870 | 12IN1MULTIW/HOLSTER | 36 | 7.77/1 | 279.72 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 166 | 7.02/1 | 1,165.32 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 8 | 10.84/1 | 86.72 |
| STHT71833 | 007031311 | STAPLES HD 1/4 IN 1250 PC PAPER | 30 | 1.45/1 | 43.50 |
| STHT71834 | 007422821 | STAPLES, HD, 5/16 IN, 1250 PC, PAPER | 30 | 1.45/1 | 43.50 |
| TR110 | 007461143 | ST STPLGUN STEEL | 126 | 10.00/1 | 1,260.00 |
| STHT71836 | 007882072 | STAPLES, HD, 3/8 IN, 1250 PC, PAPER | 30 | 1.45/1 | 43.50 |
| 60-121 | 043343272 | ST SCD 1 12PC MERCH | 144 | 0.52/1 | 74.88 |
| 60-123 | 043350900 | ST 3" CAB 12PC MERCH | 48 | 0.52/1 | 24.96 |
| 84-808 | 065311460 | 7.4 CJ LOCK PLRS | 96 | 4.66/1 | 447.36 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | | |
|---|---|---|---|---|
| 60-040 | | 4 PC BASIC SD SET | 6 | |
| STHT74938 | | STANLEY 6 IN WIRE STRIPPER | 24 | |

STORE NUMBER: ST 0003947268275
DEPARTMENT : 010

| **PLEASE REMIT TO:** | **TERMS:** | **FREIGHT CHARGES** | **SALES TAX** | **TOTAL AMOUNT OF INVOICE** |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428470494
**INVOICE DATE**
08/18/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

**STORE NUMBER:**                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08275300435R | | 7025567410 | 08/18/2018 | PREPAID | |

| SHIPPING POINT / BOL | | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 70334053740P | | | CTII | 55561145487 | | 1,010.838 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|---|

```
*** TRACKING IDs ***
CTII                          00100761742025171242

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 5,720.02 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428470496

**INVOICE DATE**
08/18/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

**STORE NUMBER:**                                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08275299949R | 7025558462 | 08/18/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 70334053740P | CTII | 55561145487 | 239.850 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | 12 | 5.00/1 | 60.00 |
| 33-425 | 005239811 | ST TAPE CD PL 251" | 48 | 8.07/1 | 387.36 |
| 42-193 | 005523611 | ST LEVL YELLOW PLSTC | 72 | 0.53/1 | 38.16 |
| 10-175 | 005997311 | 001PC KNIFE 10-175 | 36 | 1.02/1 | 36.72 |
| TR250 | 023033511 | ST STPL BRAD GUN | 66 | 10.19/1 | 672.54 |
| 84-097 | 029803611 | ST PLRS 6inch SLIP JNT | 24 | 1.57/1 | 37.68 |
| 60-002 | 029827611 | 2 PHIL. ON HANG TAG | 36 | 2.16/1 | 77.76 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 16 | 9.11/1 | 145.76 |
| 15-090 | 045196611 | ST SAW NEST | 12 | 5.42/1 | 65.04 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| 11-921L | | ST BLD DISP 50PK | 96 |
| 84-110 | | ST PLRS 10inch GRVE JNT | 24 |
| 30-485 | | ST TAPE CD 121/2" | 36 |

STORE NUMBER: ST 0003947268275
DEPARTMENT : 005
*** TRACKING IDs ***
CTII                                00100761742025171242

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,521.02 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1
**INVOICE NO**
9428470498

**INVOICE DATE**
08/18/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

| STORE NUMBER: | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|
| **CUSTOMER NO.** 7071453 | **CUSTOMER ORDER NO.** 08275300416R | | **SBD ORDER NO.** 7025567438 | **SHIP DATE** 08/18/2018 | **FREIGHT ALLOWED** PREPAID |
| **SHIPPING POINT / BOL** Kannapolis DC / 70334053740P | | | **CARRIER** CTII | **PRO #** 55561145487 | **WEIGHT** 407.448 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | 210 | 3.79/1 | 795.90 |
| 15-334 | 005241211 | STANLEY SAW 15" | 24 | 7.05/1 | 169.20 |
| GR10 | 005257211 | MINI GLUE GUN | 288 | 2.39/1 | 688.32 |
| GS10DT | 005257911 | ST MINI GLUE 4" 24PK | 240 | 3.79/1 | 909.60 |
| 84-101 | 029819911 | ST PLRS 6" LONGNOSE | 96 | 2.45/1 | 235.20 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| 16-150 | | ST WCHL 3PC SET | 120 |
| 57-522 | | ST HMMR 18OZ SOFT | 50 |
| 84-109 | | ST PLRS 8" GROOVE | 24 |

STORE NUMBER: ST 0003947268275
DEPARTMENT : 005
*** TRACKING IDs ***
CTII                    00100761742025171242

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,798.22 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2

**INVOICE NO**
9428481511

**INVOICE DATE**
08/20/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

STORE NUMBER: 0003947268273          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08273669313R | 7025567454 | 08/20/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 70334053812P | | RDWY | 7562056331 | 390.065 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STHT77403 | 001111309 | STUD SENSOR 100 | 24 | 6.23/1 | 149.52 |
| 42-468 | 001279893 | ST LEVL 24" FOAM CMP | 24 | 3.24/1 | 77.76 |
| 68-010 | 002123861 | ST SCD RATCHET 10BIT | 32 | 5.08/1 | 162.56 |
| 10-855 | 002398074 | KNF FIX FOLD BLK | 80 | 4.33/1 | 346.40 |
| STHT33270 | 002847336 | ST TAPE CD 25FT 1IN LEVERLOCK MAG | 32 | 4.88/1 | 156.16 |
| 84-519K | 005730870 | 12IN1MULTIW/HOLSTER | 12 | 7.77/1 | 93.24 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 36 | 7.02/1 | 252.72 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 20 | 10.84/1 | 216.80 |
| STHT71833 | 007031311 | STAPLES HD 1/4 IN 1250 PC PAPER | 15 | 1.45/1 | 21.75 |
| TR110 | 007461143 | ST STPLGUN STEEL | 48 | 10.00/1 | 480.00 |
| STHT71836 | 007882072 | STAPLES, HD, 3/8 IN, 1250 PC, PAPER | 15 | 1.45/1 | 21.75 |
| TRA200BN | 043318263 | ST STPL ASST LD | 20 | 2.12/1 | 42.40 |
| 84-808 | 065311460 | 7.4 CJ LOCK PLRS | 24 | 4.66/1 | 111.84 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | | |
|---|---|---|---|---|
| 60-040 | | 4 PC BASIC SD SET | 18 | |
| STHT74938 | | STANLEY 6 IN WIRE STRIPPER | 24 | |
| 60-123 | | ST 3" CAB 12PC MERCH | 48 | |

STORE NUMBER: ST 0003947268273
DEPARTMENT : 010

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2

**INVOICE NO**
9428481511

**INVOICE DATE**
08/20/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

**STORE NUMBER:** 0003947268273                                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 7071453 | 08273669313R | | 7025567454 | 08/20/2018 | PREPAID | | |

| SHIPPING POINT / BOL | | | | CARRIER | | PRO # | WEIGHT |
|---|---|---|---|---|---|---|---|
| Kannapolis DC / 70334053812P | | | | RDWY | | 7562056331 | 390.065 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|---|
| *** TRACKING IDs *** | | | | | | |
| RDWY | | 00100761742025299915 | | | | |

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,132.90 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428481514

**INVOICE DATE**
08/20/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

| STORE NUMBER: 0003947268305 | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|---|
| 7071453 | 08305221121R | | 7025558438 | 08/20/2018 | PREPAID |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 70334053811P | | RDWY | 7562056340 | 137.400 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-060 | 001899113 | 6 PC SC SET & RACK | 6 | 3.32/1 | 19.92 |
| 11-921 | 002126661 | ST BLD HD 5PK | 60 | 0.31/1 | 18.60 |
| 60-020 | 002264441 | 2 PC SD SET & RACK | 24 | 1.39/1 | 33.36 |
| 84-529 | 005823967 | FM 10+12GJ PLIER SET | 8 | 9.76/1 | 78.08 |
| GS20DT | 006556453 | ST GLUE 4" DT 24PK | 60 | 1.78/1 | 106.80 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 6 | 4.33/1 | 25.98 |
| 42-480 | 029766811 | ST LEVL 48" PROF WRK | 3 | 8.47/1 | 25.41 |
| 46-067 | 065310934 | ST SQRE QUICK W/INST | 9 | 1.89/1 | 17.01 |
| 47-443 | 065310952 | ST CHLK BLUE W/LVL | 6 | 2.49/1 | 14.94 |
| 60-100 | 065311116 | 10 PC SC SET & RACK | 6 | 5.09/1 | 30.54 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 12 | 4.91/1 | 58.92 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 6 | 6.50/1 | 39.00 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
68-012                          001PC CONTROL GRIP 6 WAY SCREWDRIVER           24

STORE NUMBER: ST 0003947268305
DEPARTMENT : 010
*** TRACKING IDs ***
RDWY                            00100761742025192780

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 468.56 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428481516

**INVOICE DATE**
08/20/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

STORE NUMBER: 0003947268305                              **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08305221435R | | 7025567455 | 08/20/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 70334053811P | | | RDWY | 7562056340 | | 127.992 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | 66 | 3.79/1 | 250.14 |
| 15-334 | 005241211 | STANLEY SAW 15" | 12 | 7.05/1 | 84.60 |
| GR10 | 005257211 | MINI GLUE GUN | 72 | 2.39/1 | 172.08 |
| GS10DT | 005257911 | ST MINI GLUE 4" 24PK | 60 | 3.79/1 | 227.40 |
| 84-101 | 029819911 | ST PLRS 6" LONGNOSE | 48 | 2.45/1 | 117.60 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| 16-150 | ST WCHL 3PC SET | 30 |
|---|---|---|
| 57-522 | ST HMMR 18OZ SOFT | 90 |
| 84-109 | ST PLRS 8" GROOVE | 48 |

STORE NUMBER: ST 0003947268305
DEPARTMENT : 005
*** TRACKING IDs ***
RDWY                    00100761742025192780

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 851.82 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428481517

**INVOICE DATE**
08/20/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

STORE NUMBER: 0003947268305    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08305221018R | | 7025558342 | 08/20/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 70334053811P | | RDWY | | 7562056340 | 95.910 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | 12 | 5.00/1 | 60.00 |
| 33-425 | 005239811 | ST TAPE CD PL 251" | 24 | 8.07/1 | 193.68 |
| 42-193 | 005523611 | ST LEVL YELLOW PLSTC | 36 | 0.53/1 | 19.08 |
| TR250 | 023033511 | ST STPL BRAD GUN | 30 | 10.19/1 | 305.70 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
| 11-921L | | ST BLD DISP 50PK | 24 | | |
| 84-110 | | ST PLRS 10inch GRVE JNT | 24 | | |

STORE NUMBER: ST 0003947268305
DEPARTMENT : 005
*** TRACKING IDs ***
RDWY                    00100761742025192780

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 578.46 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

**PAGE**
1 of 2

**INVOICE NO**
9428481519

**INVOICE DATE**
08/20/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

STORE NUMBER: 0003947268305          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08305221450R | 7025567419 | 08/20/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 70334053811P | | RDWY | 7562056340 | | 571.355 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STHT77403 | 001111309 | STUD SENSOR 100 | 24 | 6.23/1 | 149.52 |
| 42-468 | 001279893 | ST LEVL 24" FOAM CMP | 36 | 3.24/1 | 116.64 |
| 68-010 | 002123861 | ST SCD RATCHET 10BIT | 56 | 5.08/1 | 284.48 |
| 10-855 | 002398074 | KNF FIX FOLD BLK | 80 | 4.33/1 | 346.40 |
| STHT33270 | 002847336 | ST TAPE CD 25FT 1IN LEVERLOCK MAG | 16 | 4.88/1 | 78.08 |
| 84-519K | 005730870 | 12IN1MULTIW/HOLSTER | 36 | 7.77/1 | 279.72 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 84 | 7.02/1 | 589.68 |
| STHT71833 | 007031311 | STAPLES HD 1/4 IN 1250 PC PAPER | 45 | 1.45/1 | 65.25 |
| STHT71834 | 007422821 | STAPLES, HD, 5/16 IN, 1250 PC, PAPER | 75 | 1.45/1 | 108.75 |
| TR110 | 007461143 | ST STPLGUN STEEL | 84 | 10.00/1 | 840.00 |
| TRA200BN | 043318263 | ST STPL ASST LD | 40 | 2.12/1 | 84.80 |
| 60-121 | 043343272 | ST SCD 1 12PC MERCH | 48 | 0.52/1 | 24.96 |
| 60-123 | 043350900 | ST 3" CAB 12PC MERCH | 36 | 0.52/1 | 18.72 |
| 84-808 | 065311460 | 7.4 CJ LOCK PLRS | 48 | 4.66/1 | 223.68 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | | | |
|---|---|---|---|---|---|
| 60-040 | | 4 PC BASIC SD SET | 18 | | |
| STHT71837 | | STAPLES, HD, 1/2 IN, 1250 PC, PAPER | 45 | | |
| 60-123 | | ST 3" CAB 12PC MERCH | 12 | | |

STORE NUMBER: ST 0003947268305
DEPARTMENT : 010

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428481519
**INVOICE DATE**
08/20/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

**STORE NUMBER:** 0003947268305                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 7071453 | 08305221450R | | 7025567419 | 08/20/2018 | PREPAID | | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 70334053811P | | | | RDWY | 7562056340 | | 571.355 LB |
| **CATALOG NO.** | **DIST INFO** | | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

```
*** TRACKING IDs ***
RDWY                    00100761742025192780

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 3,210.68 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**         10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428481508

**INVOICE DATE**
08/20/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

STORE NUMBER: 0003947268273                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08273669291R | 7025567384 | 08/20/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 70334053812P | RDWY | 7562056331 | 78.816 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | 48 | 3.79/1 | 181.92 |
| GR10 | 005257211 | MINI GLUE GUN | 36 | 2.39/1 | 86.04 |
| GS10DT | 005257911 | ST MINI GLUE 4" 24PK | 60 | 3.79/1 | 227.40 |
| 84-101 | 029819911 | ST PLRS 6" LONGNOSE | 24 | 2.45/1 | 58.80 |

FOB : ORIGIN

\*\*\* FOLLOWING ITEMS CANCELLED \*\*\*

| 16-150 | | ST WCHL 3PC SET | 30 | | |
| 57-522 | | ST HMMR 18OZ SOFT | 20 | | |
| 84-109 | | ST PLRS 8" GROOVE | 48 | | |

STORE NUMBER: ST 0003947268273
DEPARTMENT : 005
\*\*\* TRACKING IDs \*\*\*
RDWY                              00100761742025299915

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 554.16 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# **Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428481504

**INVOICE DATE**
08/20/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

| | |
|---|---|
| STORE NUMBER: 0003947268273 | DUNS. 00-131-7189 |

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08273668755R | 7025558437 | 08/20/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 70334053812P | RDWY | 7562056331 | 78.300 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 42-193 | 005523611 | ST LEVL YELLOW PLSTC | 36 | 0.53/1 | 19.08 |
| TR250 | 023033511 | ST STPL BRAD GUN | 12 | 10.19/1 | 122.28 |
| 34-106 | 029767011 | ST TAPE CC 100 LONG | 36 | 5.98/1 | 215.28 |
| 84-114 | 030157911 | ST PLRS 3PC SET | 12 | 6.17/1 | 74.04 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 4 | 9.11/1 | 36.44 |

```
FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
11-921L                        ST BLD DISP 50PK               24
84-110                         ST PLRS 10inch GRVE JNT        24



STORE NUMBER: ST 0003947268273
DEPARTMENT : 005
*** TRACKING IDs ***
RDWY                   00100761742025299915

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 467.12 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428481506

**INVOICE DATE**
08/20/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

STORE NUMBER: 0003947268273     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08273668894R | 7025558401 | 08/20/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 70334053812P | | RDWY | 7562056331 | 112.280 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 42-294 | 001366542 | ST LEVL 9" THRF TORP | 24 | 1.86/1 | 44.64 |
| 60-060 | 001899113 | 6 PC SC SET & RACK | 6 | 3.32/1 | 19.92 |
| 11-921 | 002126661 | ST BLD HD 5PK | 60 | 0.31/1 | 18.60 |
| STMT74101 | 006403980 | 38PC STANLEY MIXED TOOL BAG | 2 | 14.85/1 | 29.70 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 6 | 4.33/1 | 25.98 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 8 | 9.76/1 | 78.08 |
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 4 | 12.08/1 | 48.32 |
| 42-480 | 029766811 | ST LEVL 48" PROF WRK | 3 | 8.47/1 | 25.41 |
| TR35 | 043305069 | OPP LD STAPLE GUN | 6 | 4.42/1 | 26.52 |
| 46-067 | 065310934 | ST SQRE QUICK W/INST | 3 | 1.89/1 | 5.67 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 6 | 6.50/1 | 39.00 |
| 30-455 | 065501381 | ST TAPE 251" | 24 | 3.43/1 | 82.32 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
68-012                          001PC CONTROL GRIP 6 WAY SCREWDRIVER          24

STORE NUMBER: ST 0003947268273
DEPARTMENT : 010
*** TRACKING IDs ***
RDWY                            00100761742025299915

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 444.16 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# **Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428512125

**INVOICE DATE**
08/23/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08287242241R | | 7025567451 | 08/23/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434074128P | | CENF | 841207517 | | 366.850 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | 120 | 3.79/1 | 454.80 |
| 15-334 | 005241211 | STANLEY SAW 15" | 48 | 7.05/1 | 338.40 |
| GS10DT | 005257911 | ST MINI GLUE 4" 24PK | 240 | 3.79/1 | 909.60 |
| 15-924A | 005278111 | ST SAW BLD HACK | 100 | 1.51/1 | 151.00 |
| 11-921T | 005545511 | ST BLD 10PK DSPENSR | 200 | 1.35/1 | 270.00 |
| 16-150 | 026911811 | ST WCHL 3PC SET | 60 | 5.99/1 | 359.40 |
| 57-522 | 026941411 | ST HMMR 18OZ SOFT | 55 | 5.42/1 | 298.10 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| GR10 | | MINI GLUE GUN | 162 |
|---|---|---|---|
| 84-101 | | ST PLRS 6" LONGNOSE | 96 |
| 84-109 | | ST PLRS 8" GROOVE | 96 |

STORE NUMBER: ST 0003947268287
DEPARTMENT : 005
*** TRACKING IDs ***
CENF                                    00100288746449532773

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,781.30 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428512127

**INVOICE DATE**
08/23/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

STORE NUMBER: 0003947268287                                          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08287242242R | 7025567404 | 08/23/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434074128P | | CENF | 841207517 | 864.720 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STHT77403 | 001111309 | STUD SENSOR 100 | 96 | 6.23/1 | 598.08 |
| 42-468 | 001279893 | ST LEVL 24" FOAM CMP | 36 | 3.24/1 | 116.64 |
| 68-010 | 002123861 | ST SCD RATCHET 10BIT | 88 | 5.08/1 | 447.04 |
| STHT33270 | 002847336 | ST TAPE CD 25FT 1IN LEVERLOCK MAG | 32 | 4.88/1 | 156.16 |
| 84-519K | 005730870 | 12IN1MULTIW/HOLSTER | 60 | 7.77/1 | 466.20 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 66 | 7.02/1 | 463.32 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 44 | 10.84/1 | 476.96 |
| 60-040 | 006849958 | 4 PC BASIC SD SET | 24 | 5.42/1 | 130.08 |
| STHT71834 | 007422821 | STAPLES, HD, 5/16 IN, 1250 PC, PAPER | 30 | 1.45/1 | 43.50 |
| TR110 | 007461143 | ST STPLGUN STEEL | 126 | 10.00/1 | 1,260.00 |
| TRA200BN | 043318263 | ST STPL ASST LD | 40 | 2.12/1 | 84.80 |
| 60-121 | 043343272 | ST SCD 1 12PC MERCH | 96 | 0.52/1 | 49.92 |
| 84-808 | 065311460 | 7.4 CJ LOCK PLRS | 72 | 4.66/1 | 335.52 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
10-855                              KNF FIX FOLD BLK                              144

STORE NUMBER: ST 0003947268287
DEPARTMENT : 010
*** TRACKING IDs ***
CENF                              00100288746449532773

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 4,628.22 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428512131

**INVOICE DATE**
08/23/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

| | | | | |
|---|---|---|---|---|
| | | **STORE NUMBER:** 0003947268287 | | **DUNS. 00-131-7189** |

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7071453 | 08287241997R | 7025558391 | 08/23/2018 | PREPAID |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434074128P | CENF | 841207517 | 159.540 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | 30 | 5.00/1 | 150.00 |
| 33-425 | 005239811 | ST TAPE CD PL 251" | 48 | 8.07/1 | 387.36 |
| 11-921L | 005545611 | ST BLD DISP 50PK | 24 | 3.25/1 | 78.00 |
| 10-175 | 005997311 | 001PC KNIFE 10-175 | 36 | 1.02/1 | 36.72 |
| 84-110 | 029973711 | ST PLRS 10inch GRVE JNT | 12 | 4.02/1 | 48.24 |
| 84-114 | 030157911 | ST PLRS 3PC SET | 12 | 6.17/1 | 74.04 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 12 | 9.11/1 | 109.32 |
| 15-090 | 045196611 | ST SAW NEST | 6 | 5.42/1 | 32.52 |

```
FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
 84-097                              ST PLRS 6inch SLIP JNT          24
 84-110                              ST PLRS 10inch GRVE JNT         36




STORE NUMBER: ST 0003947268287
DEPARTMENT : 005
*** TRACKING IDs ***
CENF                                00100288746449532773

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 916.20 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428512135
**INVOICE DATE**
08/23/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08287241998R | 7025558473 | 08/23/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434074128P | | CENF | 841207517 | | 295.520 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-060 | 001899113 | 6 PC SC SET & RACK | 24 | 3.32/1 | 79.68 |
| 68-012 | 001974859 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 24 | 1.89/1 | 45.36 |
| 11-921 | 002126661 | ST BLD HD 5PK | 60 | 0.31/1 | 18.60 |
| 10-099 | 002227545 | ST KNF RETRACT BULK | 36 | 2.22/1 | 79.92 |
| 60-020 | 002264441 | 2 PC SD SET & RACK | 48 | 1.39/1 | 66.72 |
| STMT74101 | 006403980 | 38PC STANLEY MIXED TOOL BAG | 8 | 14.85/1 | 118.80 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 24 | 3.79/1 | 90.96 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 12 | 4.33/1 | 51.96 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 8 | 9.76/1 | 78.08 |
| 42-480 | 029766811 | ST LEVL 48" PROF WRK | 3 | 8.47/1 | 25.41 |
| 10-202 | 043301254 | 9/18MM S/O BONUS PK | 36 | 0.71/1 | 25.56 |
| TR35 | 043305069 | OPP LD STAPLE GUN | 6 | 4.42/1 | 26.52 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 6 | 6.40/1 | 38.40 |
| 46-067 | 065310934 | ST SQRE QUICK W/INST | 39 | 1.89/1 | 73.71 |
| 47-443 | 065310952 | ST CHLK BLUE W/LVL | 6 | 2.49/1 | 14.94 |
| 60-100 | 065311116 | 10 PC SC SET & RACK | 6 | 5.09/1 | 30.54 |
| 84-105 | 065311323 | ST PLRS 6" DIAGNL | 24 | 2.16/1 | 51.84 |
| 84-112 | 065311324 | ST PLRS 7IN  LINESMAN | 24 | 3.24/1 | 77.76 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 12 | 4.91/1 | 58.92 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 18 | 6.50/1 | 117.00 |
| 30-455 | 065501381 | ST TAPE 251" | 24 | 3.43/1 | 82.32 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268287
DEPARTMENT : 010
*** TRACKING IDs ***
CENF                              00100288746449532773

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,253.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428520311

**INVOICE DATE**
08/24/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08287243226R | | 7025610324 | 08/24/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164C0610678P | | UPS | | | 46.200 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 20 | 12.08/1 | 241.60 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268287
DEPARTMENT : 010
*** TRACKING IDs ***
UPS                      1Z7996860324753820

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 241.60 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

| | |
|---|---|
| | **PAGE** |
| | 1 of 1 |
| | **INVOICE NO** |
| | 9428531922 |
| | **INVOICE DATE** |
| | 08/27/2018 |

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

STORE NUMBER: 0003947268273          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08273670399R | 7025610260 | 08/27/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703C1451646P | UPS | | 50.630 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 10-175 | 005997311 | 001PC KNIFE 10-175 | 36 | 1.02/1 | 36.72 |
| TR250 | 023033511 | ST STPL BRAD GUN | 6 | 10.19/1 | 61.14 |
| 34-106 | 029767011 | ST TAPE CC 100 LONG | 16 | 5.98/1 | 95.68 |
| 84-097 | 029803611 | ST PLRS 6inch SLIP JNT | 24 | 1.57/1 | 37.68 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 4 | 9.11/1 | 36.44 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268273
DEPARTMENT : 005
*** TRACKING IDs ***
UPS                          1Z10W2720325470513

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 267.66 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428531925
**INVOICE DATE**
08/27/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289                                              **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08289237091R | 7025610190 | 08/27/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703C1451921P | | UPS | | | 118.500 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | 12 | 5.00/1 | 60.00 |
| 10-175 | 005997311 | 001PC KNIFE 10-175 | 36 | 1.02/1 | 36.72 |
| TR250 | 023033511 | ST STPL BRAD GUN | 12 | 10.19/1 | 122.28 |
| 84-097 | 029803611 | ST PLRS 6inch SLIP JNT | 24 | 1.57/1 | 37.68 |
| 60-002 | 029827611 | 2 PHIL. ON HANG TAG | 36 | 2.16/1 | 77.76 |
| 84-110 | 029973711 | ST PLRS 10inch GRVE JNT | 24 | 4.02/1 | 96.48 |
| 84-114 | 030157911 | ST PLRS 3PC SET | 12 | 6.17/1 | 74.04 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 4 | 9.11/1 | 36.44 |
| 15-090 | 045196611 | ST SAW NEST | 6 | 5.42/1 | 32.52 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268289
DEPARTMENT : 005
*** TRACKING IDs ***
UPS                                      1Z10W2720325470620

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 573.92 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428531927

**INVOICE DATE**
08/27/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

STORE NUMBER: 0003947268289                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08289237174R | | 7025610270 | 08/27/2018 | PREPAID | |
| SHIPPING POINT / BOL | | | CARRIER | PRO # | | WEIGHT |
| Kannapolis DC / 703C1451922P | | | UPS | | | 156.840 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-060 | 001899113 | 6 PC SC SET & RACK | 18 | 3.32/1 | 59.76 |
| 68-012 | 001974859 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 24 | 1.89/1 | 45.36 |
| 66-052 | 001976725 | ST SCD 6PC PRECISION | 24 | 2.26/1 | 54.24 |
| 10-099 | 002227545 | ST KNF RETRACT BULK | 36 | 2.22/1 | 79.92 |
| 60-020 | 002264441 | 2 PC SD SET & RACK | 24 | 1.39/1 | 33.36 |
| 84-529 | 005823967 | FM 10+12GJ PLIER SET | 8 | 9.76/1 | 78.08 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 12 | 3.79/1 | 45.48 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 12 | 4.33/1 | 51.96 |
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 4 | 12.08/1 | 48.32 |
| TR35 | 043305069 | OPP LD STAPLE GUN | 6 | 4.42/1 | 26.52 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 6 | 6.40/1 | 38.40 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 12 | 6.50/1 | 78.00 |
| 30-455 | 065501381 | ST TAPE 251" | 24 | 3.43/1 | 82.32 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268289
DEPARTMENT : 010
*** TRACKING IDs ***
UPS                          1Z10W2720325470791

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 721.72 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428531933
**INVOICE DATE**
08/27/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

**STORE NUMBER:**                                                         **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08292258553R | | 7025610325 | 08/27/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703C1453645P | | | UPS | | | 32.285 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 68-010 | 002123861 | ST SCD RATCHET 10BIT | 16 | 5.08/1 | 81.28 |
| 60-040 | 006849958 | 4 PC BASIC SD SET | 6 | 5.42/1 | 32.52 |
| STHT71833 | 007031311 | STAPLES HD 1/4 IN 1250 PC PAPER | 15 | 1.45/1 | 21.75 |
| STHT71834 | 007422821 | STAPLES, HD, 5/16 IN, 1250 PC, PAPER | 15 | 1.45/1 | 21.75 |
| TRA200BN | 043318263 | ST STPL ASST LD | 20 | 2.12/1 | 42.40 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
STHT74938              STANLEY 6 IN WIRE STRIPPER              8
STHT71837              STAPLES, HD, 1/2 IN, 1250 PC, PAPER     15


STORE NUMBER: ST 0003947268292
DEPARTMENT : 010
*** TRACKING IDs ***
UPS                    1Z10W2720327594001

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 199.70 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# **Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428531936

**INVOICE DATE**
08/27/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

| STORE NUMBER: 0003947268305 | | | | | | DUNS. 00-131-7189 | |
|---|---|---|---|---|---|---|---|
| **CUSTOMER NO.** | **CUSTOMER ORDER NO.** | | **SBD ORDER NO.** | **SHIP DATE** | **FREIGHT ALLOWED** | | |
| 7071453 | 08305222352R | | 7025610284 | 08/27/2018 | PREPAID | | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** | |
| Kannapolis DC / 703C1453648P | | | UPS | | | 69.270 LB | |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** | |
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | | 12 | 5.00/1 | 60.00 | |
| 10-175 | 005997311 | 001PC KNIFE 10-175 | | 36 | 1.02/1 | 36.72 | |
| TR250 | 023033511 | ST STPL BRAD GUN | | 6 | 10.19/1 | 61.14 | |
| 84-114 | 030157911 | ST PLRS 3PC SET | | 12 | 6.17/1 | 74.04 | |
| 30-485 | 045151111 | ST TAPE CD 121/2" | | 36 | 1.95/1 | 70.20 | |
| 15-090 | 045196611 | ST SAW NEST | | 6 | 5.42/1 | 32.52 | |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268305
DEPARTMENT : 005
*** TRACKING IDs ***
UPS                          1Z10W2720327594074

THANK YOU FOR YOUR ORDER.
```

| **PLEASE REMIT TO:** | **TERMS:** | **FREIGHT CHARGES** | **SALES TAX** | **TOTAL AMOUNT OF INVOICE** |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 334.62 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428531939

**INVOICE DATE**
08/27/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

STORE NUMBER: 0003947268305          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08305222433R | | 7025610303 | 08/27/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703C1453641P | | | UPS | | | 28.470 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| 60-040 | 006849958 | 4 PC BASIC SD SET | | 6 | 5.42/1 | 32.52 |
| STHT71834 | 007422821 | STAPLES, HD, 5/16 IN, 1250 PC, PAPER | | 15 | 1.45/1 | 21.75 |
| 84-808 | 065311460 | 7.4 CJ LOCK PLRS | | 24 | 4.66/1 | 111.84 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
    STHT71837                    STAPLES, HD, 1/2 IN, 1250 PC, PAPER      30

STORE NUMBER: ST 0003947268305
DEPARTMENT : 010
*** TRACKING IDs ***
UPS                            1Z10W2720327593940

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 166.11 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428532065
**INVOICE DATE**
08/27/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287                 **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08287243332R | 7025610289 | 08/27/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164C0610800P | | UPS | | 38.529 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 10-855 | 002398074 | KNF FIX FOLD BLK | 32 | 4.33/1 | 138.56 |
| STHT71833 | 007031311 | STAPLES HD 1/4 IN 1250 PC PAPER | 15 | 1.45/1 | 21.75 |
| STHT71837 | 008873808 | STAPLES, HD, 1/2 IN, 1250 PC, PAPER | 45 | 1.45/1 | 65.25 |
| 60-123 | 043350900 | ST 3" CAB 12PC MERCH | 36 | 0.52/1 | 18.72 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| 60-123 | | ST 3" CAB 12PC MERCH | 12 | | |
| 84-808 | | 7.4 CJ LOCK PLRS | 24 | | |

STORE NUMBER: ST 0003947268287
DEPARTMENT : 010
*** TRACKING IDs ***
UPS                    1Z7996860324800662

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 244.28 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428551929

**INVOICE DATE**
08/29/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

**STORE NUMBER:**                                                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08292258552R | | 7025610304 | 08/29/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0629093P | | CTII | 55561147756 | | 326.440 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 42-294 | 001366542 | ST LEVL 9" THRF TORP | 24 | 1.86/1 | 44.64 |
| 60-060 | 001899113 | 6 PC SC SET & RACK | 12 | 3.32/1 | 39.84 |
| 68-012 | 001974859 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 48 | 1.89/1 | 90.72 |
| 66-052 | 001976725 | ST SCD 6PC PRECISION | 24 | 2.26/1 | 54.24 |
| 10-099 | 002227545 | ST KNF RETRACT BULK | 36 | 2.22/1 | 79.92 |
| 60-020 | 002264441 | 2 PC SD SET & RACK | 24 | 1.39/1 | 33.36 |
| 84-529 | 005823967 | FM 10+12GJ PLIER SET | 8 | 9.76/1 | 78.08 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 12 | 3.79/1 | 45.48 |
| 55-515 | 007210814 | ST PRYB 13" WNDRBAR | 24 | 5.14/1 | 123.36 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 6 | 4.33/1 | 25.98 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 16 | 9.76/1 | 156.16 |
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 4 | 12.08/1 | 48.32 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 6 | 6.40/1 | 38.40 |
| 47-443 | 065310952 | ST CHLK BLUE W/LVL | 6 | 2.49/1 | 14.94 |
| 60-100 | 065311116 | 10 PC SC SET & RACK | 6 | 5.09/1 | 30.54 |
| 84-105 | 065311323 | ST PLRS 6" DIAGNL | 24 | 2.16/1 | 51.84 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 12 | 4.91/1 | 58.92 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 24 | 6.50/1 | 156.00 |
| 30-455 | 065501381 | ST TAPE 251" | 96 | 3.43/1 | 329.28 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
46-067                              ST SQRE QUICK W/INST                    15

STORE NUMBER: ST 0003947268292
DEPARTMENT : 010

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428551929
**INVOICE DATE**
08/29/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

**STORE NUMBER:**                     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7071453 | 08292258552R | 7025610304 | 08/29/2018 | PREPAID |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0629093P | CTII | 55561147756 | 326.440 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|

\*\*\* TRACKING IDs \*\*\*
CTII                           00100761742027085295

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,500.02 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428551933
**INVOICE DATE**
08/29/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

**STORE NUMBER:**                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08292258456R | 7025610226 | 08/29/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0629093P | | CTII | 55561147756 | 134.130 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | 18 | 5.00/1 | 90.00 |
| 33-425 | 005239811 | ST TAPE CD PL 251" | 24 | 8.07/1 | 193.68 |
| TR250 | 023033511 | ST STPL BRAD GUN | 6 | 10.19/1 | 61.14 |
| 10-788 | 028608911 | ST KNF CG QUICK RETR | 36 | 4.88/1 | 175.68 |
| 84-097 | 029803611 | ST PLRS 6inch SLIP JNT | 48 | 1.57/1 | 75.36 |
| 84-110 | 029973711 | ST PLRS 10inch GRVE JNT | 24 | 4.02/1 | 96.48 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 4 | 9.11/1 | 36.44 |
| 15-090 | 045196611 | ST SAW NEST | 6 | 5.42/1 | 32.52 |

```
FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
  11-921L                    ST BLD DISP 50PK                  24


STORE NUMBER: ST 0003947268292
DEPARTMENT : 005
*** TRACKING IDs ***
CTII                         00100761742027085295

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 761.30 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428551974

**INVOICE DATE**
08/29/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

| | | |
|---|---|---|
| STORE NUMBER: | | DUNS. 00-131-7189 |

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08275301454R | 7025610301 | 08/29/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0629091P | CTII | 55561147731 | 605.410 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 42-294 | 001366542 | ST LEVL 9" THRF TORP | 24 | 1.86/1 | 44.64 |
| 60-060 | 001899113 | 6 PC SC SET & RACK | 66 | 3.32/1 | 219.12 |
| 68-012 | 001974859 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 24 | 1.89/1 | 45.36 |
| 66-052 | 001976725 | ST SCD 6PC PRECISION | 24 | 2.26/1 | 54.24 |
| 11-921 | 002126661 | ST BLD HD 5PK | 60 | 0.31/1 | 18.60 |
| 60-020 | 002264441 | 2 PC SD SET & RACK | 120 | 1.39/1 | 166.80 |
| 84-529 | 005823967 | FM 10+12GJ PLIER SET | 8 | 9.76/1 | 78.08 |
| GR20 | 006557603 | ST GLUE GUN TRGR | 18 | 4.23/1 | 76.14 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 60 | 3.79/1 | 227.40 |
| 55-515 | 007210814 | ST PRYB 13" WNDRBAR | 24 | 5.14/1 | 123.36 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 12 | 4.33/1 | 51.96 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 16 | 9.76/1 | 156.16 |
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 12 | 12.08/1 | 144.96 |
| 42-480 | 029766811 | ST LEVL 48" PROF WRK | 3 | 8.47/1 | 25.41 |
| TR35 | 043305069 | OPP LD STAPLE GUN | 6 | 4.42/1 | 26.52 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 6 | 6.40/1 | 38.40 |
| 47-443 | 065310952 | ST CHLK BLUE W/LVL | 6 | 2.49/1 | 14.94 |
| 60-100 | 065311116 | 10 PC SC SET & RACK | 6 | 5.09/1 | 30.54 |
| STHT77404 | 065311237 | STUD SENSOR 150 | 12 | 10.84/1 | 130.08 |
| 84-105 | 065311323 | ST PLRS 6" DIAGNL | 48 | 2.16/1 | 103.68 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 72 | 4.91/1 | 353.52 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 42 | 6.50/1 | 273.00 |
| 30-455 | 065501381 | ST TAPE 251" | 144 | 3.43/1 | 493.92 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| 46-067 | | ST SQRE QUICK W/INST | 6 | | |
|---|---|---|---|---|---|
| 84-112 | | ST PLRS 7IN  LINESMAN | 24 | | |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

18-23538-shl   Doc 479   Filed 11/05/18   Entered 11/05/18 17:02:39   Main Document
Pg 579 of 1459

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428551974
**INVOICE DATE**
08/29/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

STORE NUMBER:                                             DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08275301454R | 7025610301 | 08/29/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0629091P | | CTII | 55561147731 | 605.410 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|

```
STORE NUMBER: ST 0003947268275
DEPARTMENT : 010
*** TRACKING IDs ***
CTII                            00100761742027084236

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,896.83 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**   10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428551977

**INVOICE DATE**
08/29/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

**STORE NUMBER:** | **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08275301351R | | 7025610204 | 08/29/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0629091P | | CTII | 55561147731 | 233.010 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | 42 | 5.00/1 | 210.00 |
| 33-425 | 005239811 | ST TAPE CD PL 251" | 24 | 8.07/1 | 193.68 |
| 42-193 | 005523611 | ST LEVL YELLOW PLSTC | 36 | 0.53/1 | 19.08 |
| 10-175 | 005997311 | 001PC KNIFE 10-175 | 36 | 1.02/1 | 36.72 |
| TR250 | 023033511 | ST STPL BRAD GUN | 6 | 10.19/1 | 61.14 |
| 10-788 | 028608911 | ST KNF CG QUICK RETR | 36 | 4.88/1 | 175.68 |
| 84-097 | 029803611 | ST PLRS 6inch SLIP JNT | 96 | 1.57/1 | 150.72 |
| 84-114 | 030157911 | ST PLRS 3PC SET | 12 | 6.17/1 | 74.04 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 12 | 9.11/1 | 109.32 |
| 30-485 | 045151111 | ST TAPE CD 121/2" | 72 | 1.95/1 | 140.40 |
| 15-090 | 045196611 | ST SAW NEST | 12 | 5.42/1 | 65.04 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
11-921L                          ST BLD DISP 50PK                          24


STORE NUMBER: ST 0003947268275
DEPARTMENT : 005
*** TRACKING IDs ***
CTII                             00100761742027084236


THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,235.82 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# **Invoice**

**PAGE**
1 of 1
**INVOICE NO**
9428568670

**INVOICE DATE**
08/31/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

| STORE NUMBER: 0003947268287 | | | | | **DUNS. 00-131-7189** |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08287243331R | | 7025610311 | 08/31/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434090035P | | CENF | 841208507 | 107.550 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | 36 | 5.00/1 | 180.00 |
| 10-175 | 005997311 | 001PC KNIFE 10-175 | 36 | 1.02/1 | 36.72 |
| TR250 | 023033511 | ST STPL BRAD GUN | 6 | 10.19/1 | 61.14 |
| 10-788 | 028608911 | ST KNF CG QUICK RETR | 36 | 4.88/1 | 175.68 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 4 | 9.11/1 | 36.44 |
| 30-485 | 045151111 | ST TAPE CD 121/2" | 36 | 1.95/1 | 70.20 |

```
FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
84-097                          ST PLRS 6inch SLIP JNT          24
84-110                          ST PLRS 10inch GRVE JNT         24




STORE NUMBER: ST 0003947268287
DEPARTMENT : 005
*** TRACKING IDs ***
CENF                            00100288746451111027

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 560.18 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428568674

**INVOICE DATE**
08/31/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08287243333R | 7025610265 | 08/31/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434090035P | CENF | 841208507 | 701.650 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 42-294 | 001366542 | ST LEVL 9" THRF TORP | 24 | 1.86/1 | 44.64 |
| 60-060 | 001899113 | 6 PC SC SET & RACK | 30 | 3.32/1 | 99.60 |
| 68-012 | 001974859 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 24 | 1.89/1 | 45.36 |
| 66-052 | 001976725 | ST SCD 6PC PRECISION | 24 | 2.26/1 | 54.24 |
| 10-099 | 002227545 | ST KNF RETRACT BULK | 36 | 2.22/1 | 79.92 |
| 60-020 | 002264441 | 2 PC SD SET & RACK | 48 | 1.39/1 | 66.72 |
| 84-529 | 005823967 | FM 10+12GJ PLIER SET | 8 | 9.76/1 | 78.08 |
| STMT74101 | 006403980 | 38PC STANLEY MIXED TOOL BAG | 82 | 14.85/1 | 1,217.70 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 36 | 3.79/1 | 136.44 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 12 | 4.33/1 | 51.96 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 16 | 9.76/1 | 156.16 |
| 42-480 | 029766811 | ST LEVL 48" PROF WRK | 3 | 8.47/1 | 25.41 |
| 10-202 | 043301254 | 9/18MM S/O BONUS PK | 36 | 0.71/1 | 25.56 |
| TR35 | 043305069 | OPP LD STAPLE GUN | 12 | 4.42/1 | 53.04 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 12 | 6.40/1 | 76.80 |
| 46-067 | 065310934 | ST SQRE QUICK W/INST | 24 | 1.89/1 | 45.36 |
| 47-443 | 065310952 | ST CHLK BLUE W/LVL | 6 | 2.49/1 | 14.94 |
| 60-100 | 065311116 | 10 PC SC SET & RACK | 6 | 5.09/1 | 30.54 |
| STHT77404 | 065311237 | STUD SENSOR 150 | 12 | 10.84/1 | 130.08 |
| 84-105 | 065311323 | ST PLRS 6" DIAGNL | 24 | 2.16/1 | 51.84 |
| 84-112 | 065311324 | ST PLRS 7IN  LINESMAN | 24 | 3.24/1 | 77.76 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 36 | 4.91/1 | 176.76 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 24 | 6.50/1 | 156.00 |
| 30-455 | 065501381 | ST TAPE 251" | 24 | 3.43/1 | 82.32 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268287
DEPARTMENT : 010

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428568674
**INVOICE DATE**
08/31/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287                              **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08287243333R | | 7025610265 | 08/31/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Fontana DC Black & Decker,Inc. / 16434090035P | | | | CENF | 841208507 | 701.650 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

\*\*\* TRACKING IDs \*\*\*
CENF                              00100288746451111027

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,977.23 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428573608

**INVOICE DATE**
09/01/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

STORE NUMBER: 0003947268273                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7071453 | 08273670521R | 7025610192 | 09/01/2018 | PREPAID |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703C1472136P | UPS | | 94.980 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-060 | 001899113 | 6 PC SC SET & RACK | 6 | 3.32/1 | 19.92 |
| 66-052 | 001976725 | ST SCD 6PC PRECISION | 24 | 2.26/1 | 54.24 |
| 10-099 | 002227545 | ST KNF RETRACT BULK | 36 | 2.22/1 | 79.92 |
| 60-020 | 002264441 | 2 PC SD SET & RACK | 24 | 1.39/1 | 33.36 |
| 55-515 | 007210814 | ST PRYB 13" WNDRBAR | 24 | 5.14/1 | 123.36 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 6 | 4.33/1 | 25.98 |
| 10-202 | 043301254 | 9/18MM S/O BONUS PK | 36 | 0.71/1 | 25.56 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 12 | 4.91/1 | 58.92 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 6 | 6.50/1 | 39.00 |

FOB : ORIGIN

\*\*\* FOLLOWING ITEMS CANCELLED \*\*\*

| 46-067 | | ST SQRE QUICK W/INST | 3 | | |

STORE NUMBER: ST 0003947268273
DEPARTMENT : 010
\*\*\* TRACKING IDs \*\*\*
UPS                           1Z10W2720327849209

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 460.26 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428573611

**INVOICE DATE**
09/01/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

| STORE NUMBER: 0003947268305 | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7071453 | 08305222432R | 7025610236 | 09/01/2018 | PREPAID |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703C1472196P | UPS | | 124.530 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 42-294 | 001366542 | ST LEVL 9" THRF TORP | 24 | 1.86/1 | 44.64 |
| 60-060 | 001899113 | 6 PC SC SET & RACK | 6 | 3.32/1 | 19.92 |
| 68-012 | 001974859 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 48 | 1.89/1 | 90.72 |
| 66-052 | 001976725 | ST SCD 6PC PRECISION | 24 | 2.26/1 | 54.24 |
| 10-099 | 002227545 | ST KNF RETRACT BULK | 36 | 2.22/1 | 79.92 |
| 60-020 | 002264441 | 2 PC SD SET & RACK | 24 | 1.39/1 | 33.36 |
| 55-515 | 007210814 | ST PRYB 13" WNDRBAR | 24 | 5.14/1 | 123.36 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 6 | 4.33/1 | 25.98 |
| 42-480 | 029766811 | ST LEVL 48" PROF WRK | 3 | 8.47/1 | 25.41 |
| 47-443 | 065310952 | ST CHLK BLUE W/LVL | 6 | 2.49/1 | 14.94 |
| 84-105 | 065311323 | ST PLRS 6" DIAGNL | 24 | 2.16/1 | 51.84 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 6 | 6.50/1 | 39.00 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
TR35                          OPP LD STAPLE GUN                  6
46-067                        ST SQRE QUICK W/INST               9


STORE NUMBER: ST 0003947268305
DEPARTMENT : 010
*** TRACKING IDs ***
UPS                           1Z10W2720327849192

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 603.33 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428573613

**INVOICE DATE**
09/01/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

**STORE NUMBER:** 0003947268305                              **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08305223605R | | 7025659779 | 09/01/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703C1472197P | | UPS | | | 16.380 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 6 | 3.90/1 | 23.40 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 12 | 5.06/1 | 60.72 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| 68-012 | | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 24 |
| 84-529 | | FM 10+12GJ PLIER SET | 8 |
| 66-358 | | RACHETING STUBBY MB | 12 |
| 84-558 | | 4PC PLIER & ADJW SET | 8 |
| 42-470 | | ST LEVL 48" COMP IBM | 6 |
| 46-067 | | ST SQRE QUICK W/INST | 6 |
| 60-100 | | 10 PC SC SET & RACK | 6 |
| STHT77404 | | STUD SENSOR 150 | 12 |
| 84-112 | | ST PLRS 7IN  LINESMAN | 24 |
| 90-949 | | ST WREN 10" ADJUSTBL | 12 |

STORE NUMBER: ST 0003947268305
DEPARTMENT : 010

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428573613
**INVOICE DATE**
09/01/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

**STORE NUMBER:** 0003947268305          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08305223605R | | 7025659779 | 09/01/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703C1472197P | | UPS | | | | 16.380 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|

*** TRACKING IDs ***
UPS                              1Z10W2720327848013

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 84.12 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428579629

**INVOICE DATE**
09/04/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

| STORE NUMBER: 0003947268289 | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7071453 | 08289238324R | 7025659795 | 09/04/2018 | PREPAID |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703C1471689P | UPS | | 8.400 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 12 | 5.06/1 | 60.72 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| 60-060 | | 6 PC SC SET & RACK | 6 |
| 68-012 | | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 48 |
| 11-921G | | ST BLD HEAVY DUTY | 60 |
| 10-099 | | ST KNF RETRACT BULK | 36 |
| 84-529 | | FM 10+12GJ PLIER SET | 8 |
| 66-358 | | RACHETING STUBBY MB | 12 |
| 84-558 | | 4PC PLIER & ADJW SET | 8 |
| STHT60104 | | STANLEY 22PC SCREWDRIVER SET | 4 |
| 42-470 | | ST LEVL 48" COMP IBM | 6 |
| 46-067 | | ST SQRE QUICK W/INST | 18 |
| 47-443 | | ST CHLK BLUE W/LVL | 6 |
| 60-100 | | 10 PC SC SET & RACK | 6 |
| 84-105 | | ST PLRS 6" DIAGNL | 48 |
| 90-949 | | ST WREN 10" ADJUSTBL | 18 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428579629
**INVOICE DATE**
09/04/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

STORE NUMBER: 0003947268289        DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08289238324R | | 7025659795 | 09/04/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703C1471689P | | UPS | | | | 8.400 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|

```
STORE NUMBER: ST 0003947268289
DEPARTMENT : 010
*** TRACKING IDs ***
UPS                              1Z10W2720327824904

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 60.72 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428579631

**INVOICE DATE**
09/04/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

| STORE NUMBER: | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08292259698R | | 7025659791 | 09/04/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703C1471759P | | UPS | | 16.380 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 6 | 3.90/1 | 23.40 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 12 | 5.06/1 | 60.72 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | |
|---|---|---|
| 60-060 | 6 PC SC SET & RACK | 12 |
| 68-012 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 72 |
| 66-052 | ST SCD 6PC PRECISION | 24 |
| 11-921G | ST BLD HEAVY DUTY | 60 |
| 60-020 | 2 PC SD SET & RACK | 48 |
| 84-529 | FM 10+12GJ PLIER SET | 8 |
| GR20 | ST GLUE GUN TRGR | 18 |
| 66-358 | RACHETING STUBBY MB | 24 |
| STHT60104 | STANLEY 22PC SCREWDRIVER SET | 4 |
| 42-480 | ST LEVL 48" PROF WRK | 3 |
| TR35 | OPP LD STAPLE GUN | 6 |
| 42-470 | ST LEVL 48" COMP IBM | 6 |
| 46-067 | ST SQRE QUICK W/INST | 27 |
| 47-443 | ST CHLK BLUE W/LVL | 6 |
| 60-100 | 10 PC SC SET & RACK | 6 |
| 90-949 | ST WREN 10" ADJUSTBL | 12 |
| 30-455 | ST TAPE 251" | 48 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428579631

**INVOICE DATE**
09/04/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

STORE NUMBER:                                                                 DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08292259698R | 7025659791 | 09/04/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703C1471759P | | UPS | | 16.380 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

```
STORE NUMBER: ST 0003947268292
DEPARTMENT : 010
*** TRACKING IDs ***
UPS                          1Z10W2720327824986

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 84.12 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428579634
**INVOICE DATE**
09/04/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

| STORE NUMBER: | | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08275302644R | | 7025659773 | 09/04/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703C1471752P | | UPS | | 31.920 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 24 | 3.90/1 | 93.60 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | |
|---|---|---|
| 42-294 | ST LEVL 9" THRF TORP | 24 |
| 68-012 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 216 |
| 10-099 | ST KNF RETRACT BULK | 36 |
| 60-020 | 2 PC SD SET & RACK | 24 |
| 84-529 | FM 10+12GJ PLIER SET | 8 |
| 66-358 | RACHETING STUBBY MB | 48 |
| 84-558 | 4PC PLIER & ADJW SET | 16 |
| STHT60104 | STANLEY 22PC SCREWDRIVER SET | 16 |
| TR35 | OPP LD STAPLE GUN | 24 |
| 46-067 | ST SQRE QUICK W/INST | 6 |
| 60-100 | 10 PC SC SET & RACK | 6 |
| 84-105 | ST PLRS 6" DIAGNL | 24 |
| 90-949 | ST WREN 10" ADJUSTBL | 24 |
| 30-455 | ST TAPE 251" | 72 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428579634
**INVOICE DATE**
09/04/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

**STORE NUMBER:**    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08275302644R | | 7025659773 | 09/04/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703C1471752P | | UPS | | | | 31.920 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | |

```
STORE NUMBER: ST 0003947268275
DEPARTMENT : 010
*** TRACKING IDs ***
UPS                              1Z10W2720327824959

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 93.60 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

**PAGE**
1 of 2
**INVOICE NO**
9428589497
**INVOICE DATE**
09/05/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

STORE NUMBER: 0003947268287    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08287244533R | 7025659750 | 09/05/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164C0619044P | UPS | | 32.760 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 12 | 3.90/1 | 46.80 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 24 | 5.06/1 | 121.44 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | |
|---|---|---|
| 42-294 | ST LEVL 9" THRF TORP | 24 |
| 60-060 | 6 PC SC SET & RACK | 12 |
| 68-012 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 48 |
| 66-052 | ST SCD 6PC PRECISION | 48 |
| 11-921G | ST BLD HEAVY DUTY | 120 |
| 60-020 | 2 PC SD SET & RACK | 24 |
| 84-529 | FM 10+12GJ PLIER SET | 24 |
| STMT74101 | 38PC STANLEY MIXED TOOL BAG | 26 |
| 66-358 | RACHETING STUBBY MB | 36 |
| 55-515 | ST PRYB 13" WNDRBAR | 24 |
| 84-558 | 4PC PLIER & ADJW SET | 8 |
| 42-480 | ST LEVL 48" PROF WRK | 3 |
| 10-202 | 9/18MM S/O BONUS PK | 36 |
| TR35 | OPP LD STAPLE GUN | 12 |
| 42-470 | ST LEVL 48" COMP IBM | 6 |
| 46-067 | ST SQRE QUICK W/INST | 12 |
| 47-443 | ST CHLK BLUE W/LVL | 6 |
| 60-100 | 10 PC SC SET & RACK | 6 |
| 84-105 | ST PLRS 6" DIAGNL | 24 |
| 90-949 | ST WREN 10" ADJUSTBL | 18 |
| 30-455 | ST TAPE 251" | 24 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428589497
**INVOICE DATE**
09/05/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08287244533R | 7025659750 | 09/05/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164C0619044P | UPS | | 32.760 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

STORE NUMBER: ST 0003947268287
DEPARTMENT : 010
*** TRACKING IDs ***
UPS                            1Z7996860324927204

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 168.24 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428590825
**INVOICE DATE**
09/05/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

STORE NUMBER: 0003947268287          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08287243330R | | 7025610319 | 09/05/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703C1471707P | | | UPS | | | 20.640 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| 84-101 | 029819911 | ST PLRS 6" LONGNOSE | | 48 | 2.45/1 | 117.60 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268287
DEPARTMENT : 005
*** TRACKING IDs ***
UPS                         1Z10W2720327822264

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 117.60 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428606301
**INVOICE DATE**
09/07/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

**STORE NUMBER:** 0003947268305                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08305224675R | | 7025716649 | 09/07/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703C1475745P | | UPS | | | | 26.560 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | 6 | 3.90/1 | 23.40 |
| 15-334 | 005241211 | STANLEY SAW 15" | 16 | 7.26/1 | 116.16 |
| 15-924A | 005278111 | ST SAW BLD HACK | 100 | 1.56/1 | 156.00 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
  57-522                        ST HMMR 18OZ SOFT                    15

STORE NUMBER: ST 0003947268305
DEPARTMENT : 005
*** TRACKING IDs ***
UPS                            1Z10W2720327873450

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 295.56 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428611489

**INVOICE DATE**
09/08/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

**STORE NUMBER:**                                      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7071453 | 08292260856R | 7025716501 | 09/08/2018 | PREPAID |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0693585P | CTII | 55561151147 | 154.880 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-060 | 001899113 | 6 PC SC SET & RACK | 30 | 3.42/1 | 102.60 |
| 68-012 | 001974859 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 24 | 1.95/1 | 46.80 |
| 11-921G | 002126661 | ST BLD HEAVY DUTY | 60 | 0.32/1 | 19.20 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 12 | 3.90/1 | 46.80 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 8 | 10.05/1 | 80.40 |
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 4 | 12.44/1 | 49.76 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 6 | 6.59/1 | 39.54 |
| 60-100 | 065311116 | 10 PC SC SET & RACK | 6 | 5.24/1 | 31.44 |
| STHT77404 | 065311237 | STUD SENSOR 150 | 12 | 11.17/1 | 134.04 |
| 84-105 | 065311323 | ST PLRS 6" DIAGNL | 24 | 2.22/1 | 53.28 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 24 | 5.06/1 | 121.44 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 6 | 6.70/1 | 40.20 |
| 30-455 | 065501381 | ST TAPE 251" | 24 | 3.53/1 | 84.72 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| 60-020 | | 2 PC SD SET & RACK | 24 |
| 46-067 | | ST SQRE QUICK W/INST | 9 |
| 84-112 | | ST PLRS 7IN  LINESMAN | 24 |

STORE NUMBER: ST 0003947268292
DEPARTMENT : 010

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428611489
**INVOICE DATE**
09/08/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

STORE NUMBER:                                                        DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08292260856R | | 7025716501 | 09/08/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | WEIGHT | |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0693585P | | CTII | | 55561151147 | 154.880 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|

*** TRACKING IDs ***
CTII                                  00100761742030608139

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 850.22 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428611492
**INVOICE DATE**
09/08/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

**STORE NUMBER:**                                         **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08292260855R | 7025716575 | 09/08/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0693585P | | CTII | 55561151147 | 418.970 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 42-468 | 001279893 | ST LEVL 24" FOAM CMP | 8 | 3.34/1 | 26.72 |
| 68-010 | 002123861 | ST SCD RATCHET 10BIT | 16 | 5.23/1 | 83.68 |
| STHT33270 | 002847336 | ST TAPE CD 25FT 1IN LEVERLOCK MAG | 56 | 5.03/1 | 281.68 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 16 | 7.23/1 | 115.68 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 28 | 11.17/1 | 312.76 |
| 60-040 | 006849958 | 4 PC BASIC SD SET | 12 | 5.58/1 | 66.96 |
| STHT71833 | 007031311 | STAPLES HD 1/4 IN 1250 PC PAPER | 90 | 1.49/1 | 134.10 |
| STHT74938 | 007405468 | STANLEY 6 IN WIRE STRIPPER | 16 | 5.15/1 | 82.40 |
| TR110 | 007461143 | ST STPLGUN STEEL | 36 | 10.30/1 | 370.80 |
| STHT71837 | 008873808 | STAPLES, HD, 1/2 IN, 1250 PC, PAPER | 90 | 1.49/1 | 134.10 |
| TRA200BN | 043318263 | ST STPL ASST LD | 20 | 2.18/1 | 43.60 |
| 60-121 | 043343272 | ST SCD 1 12PC MERCH | 48 | 0.54/1 | 25.92 |
| 84-808 | 065311460 | 7.4 CJ LOCK PLRS | 48 | 4.80/1 | 230.40 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
60-123                        ST 3" CAB 12PC MERCH                   48

STORE NUMBER: ST 0003947268292
DEPARTMENT : 010
*** TRACKING IDs ***
CTII                          00100761742030608139

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,908.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428612488
**INVOICE DATE**
09/08/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

**STORE NUMBER:**                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08275303752R | | 7025716472 | 09/08/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703C1473432P | | UPS | | | | 110.348 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | 42 | 3.90/1 | 163.80 |
| 15-334 | 005241211 | STANLEY SAW 15" | 12 | 7.26/1 | 87.12 |
| GR10 | 005257211 | MINI GLUE GUN | 18 | 2.46/1 | 44.28 |
| GS10DT | 005257911 | ST MINI GLUE 4" 24PK | 60 | 3.90/1 | 234.00 |
| 11-921T | 005545511 | ST BLD 10PK DSPENSR | 100 | 1.39/1 | 139.00 |
| 16-150 | 026911811 | ST WCHL 3PC SET | 30 | 6.17/1 | 185.10 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | | |
|---|---|---|---|---|
| 57-522 | | ST HMMR 18OZ SOFT | 25 | |

STORE NUMBER: ST 0003947268275
DEPARTMENT : 005
*** TRACKING IDs ***
UPS                         1Z10W2720327886973

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 853.30 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1
**INVOICE NO**
9428612471

**INVOICE DATE**
09/09/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

| **STORE NUMBER:** | | | | | **DUNS. 00-131-7189** |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|---|
| 7071453 | 08292260761R | | 7025716596 | 09/09/2018 | PREPAID |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703C1475751P | | UPS | | | 50.120 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | 30 | 3.90/1 | 117.00 |
| GS10DT | 005257911 | ST MINI GLUE 4" 24PK | 60 | 3.90/1 | 234.00 |
| 11-921T | 005545511 | ST BLD 10PK DSPENSR | 100 | 1.39/1 | 139.00 |

```
FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
  57-522                        ST HMMR 18OZ SOFT                        5


STORE NUMBER: ST 0003947268292
DEPARTMENT : 005
*** TRACKING IDs ***
UPS                            1Z10W2720327873521

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 490.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**   10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428612480
**INVOICE DATE**
09/09/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

**STORE NUMBER:** 0003947268305          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08305224768R | 7025716606 | 09/09/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703C1475744P | UPS | | 103.220 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 68-010 | 002123861 | ST SCD RATCHET 10BIT | 16 | 5.23/1 | 83.68 |
| STHT33270 | 002847336 | ST TAPE CD 25FT 1IN LEVERLOCK MAG | 16 | 5.03/1 | 80.48 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 4 | 7.23/1 | 28.92 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 14 | 11.17/1 | 156.38 |
| 60-040 | 006849958 | 4 PC BASIC SD SET | 6 | 5.58/1 | 33.48 |
| STHT74938 | 007405468 | STANLEY 6 IN WIRE STRIPPER | 8 | 5.15/1 | 41.20 |
| STHT71836 | 007882072 | STAPLES, HD, 3/8 IN, 1250 PC, PAPER | 15 | 1.49/1 | 22.35 |

```
FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
  STHT71837                        STAPLES, HD, 1/2 IN, 1250 PC, PAPER      30

STORE NUMBER: ST 0003947268305
DEPARTMENT : 010
*** TRACKING IDs ***
UPS                              1Z10W2720327873370

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 446.49 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428625911

**INVOICE DATE**
09/10/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

**STORE NUMBER:** 0003947268273                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08273674237A | | 7025742070 | 09/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703C1486453P | | UPS | | | | 14.240 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 34-106 | 029767011 | ST TAPE CC 100 LONG | 16 | 6.16/1 | 98.56 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268273
DEPARTMENT : 005
*** TRACKING IDs ***
UPS                          1Z10W2720328048144

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 98.56 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428617507

**INVOICE DATE**
09/10/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

**STORE NUMBER:**                                                                       **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08275303861R | | 7025716608 | 09/10/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703L0693583P | | | CTII | | 55561151121 | 375.034 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 42-468 | 001279893 | ST LEVL 24" FOAM CMP | 12 | 3.34/1 | 40.08 |
| 68-010 | 002123861 | ST SCD RATCHET 10BIT | 48 | 5.23/1 | 251.04 |
| 10-855 | 002398074 | KNF FIX FOLD BLK | 32 | 4.46/1 | 142.72 |
| STHT33270 | 002847336 | ST TAPE CD 25FT 1IN LEVERLOCK MAG | 48 | 5.03/1 | 241.44 |
| 84-519K | 005730870 | 12IN1MULTIW/HOLSTER | 12 | 8.00/1 | 96.00 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 24 | 7.23/1 | 173.52 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 20 | 11.17/1 | 223.40 |
| 60-040 | 006849958 | 4 PC BASIC SD SET | 12 | 5.58/1 | 66.96 |
| STHT74938 | 007405468 | STANLEY 6 IN WIRE STRIPPER | 24 | 5.15/1 | 123.60 |
| STHT71834 | 007422821 | STAPLES, HD, 5/16 IN, 1250 PC, PAPER | 45 | 1.49/1 | 67.05 |
| 84-113 | 007443949 | ST PLRS 8" LINESMAN | 24 | 4.46/1 | 107.04 |
| TR110 | 007461143 | ST STPLGUN STEEL | 18 | 10.30/1 | 185.40 |
| TRA200BN | 043318263 | ST STPL ASST LD | 20 | 2.18/1 | 43.60 |
| 60-121 | 043343272 | ST SCD 1 12PC MERCH | 48 | 0.54/1 | 25.92 |
| 84-808 | 065311460 | 7.4 CJ LOCK PLRS | 48 | 4.80/1 | 230.40 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
60-123                          ST 3" CAB 12PC MERCH                          48

STORE NUMBER: ST 0003947268275
DEPARTMENT : 010
*** TRACKING IDs ***
CTII                            00100761742030741553

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,018.17 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# **Invoice**

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2

**INVOICE NO**
9428617504

**INVOICE DATE**
09/10/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

**STORE NUMBER:** | **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08275303862R | 7025716654 | 09/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0693583P | | CTII | 55561151121 | 403.700 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-060 | 001899113 | 6 PC SC SET & RACK | 6 | 3.42/1 | 20.52 |
| 68-012 | 001974859 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 24 | 1.95/1 | 46.80 |
| 11-921G | 002126661 | ST BLD HEAVY DUTY | 60 | 0.32/1 | 19.20 |
| 10-099 | 002227545 | ST KNF RETRACT BULK | 36 | 2.29/1 | 82.44 |
| STMT74101 | 006403980 | 38PC STANLEY MIXED TOOL BAG | 42 | 15.30/1 | 642.60 |
| GR20 | 006557603 | ST GLUE GUN TRGR | 18 | 4.36/1 | 78.48 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 60 | 3.90/1 | 234.00 |
| 55-515 | 007210814 | ST PRYB 13" WNDRBAR | 24 | 5.29/1 | 126.96 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 8 | 10.05/1 | 80.40 |
| TR35 | 043305069 | OPP LD STAPLE GUN | 12 | 4.55/1 | 54.60 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 6 | 6.59/1 | 39.54 |
| 60-100 | 065311116 | 10 PC SC SET & RACK | 6 | 5.24/1 | 31.44 |
| STHT77404 | 065311237 | STUD SENSOR 150 | 12 | 11.17/1 | 134.04 |
| 84-105 | 065311323 | ST PLRS 6" DIAGNL | 24 | 2.22/1 | 53.28 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 36 | 6.70/1 | 241.20 |
| 30-455 | 065501381 | ST TAPE 251" | 24 | 3.53/1 | 84.72 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| 60-020 | | 2 PC SD SET & RACK | 48 | | |
| 46-067 | | ST SQRE QUICK W/INST | 3 | | |
| 84-112 | | ST PLRS 7IN  LINESMAN | 24 | | |

STORE NUMBER: ST 0003947268275
DEPARTMENT : 010

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428617504

**INVOICE DATE**
09/10/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

| STORE NUMBER: | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08275303862R | | 7025716654 | 09/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0693583P | | CTII | 55561151121 | | 403.700 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|

```
*** TRACKING IDs ***
CTII                        00100761742030741553

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,970.22 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428617501

**INVOICE DATE**
09/10/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

| STORE NUMBER: | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08275303753R | | 7025716550 | 09/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0693583P | | CTII | 55561151121 | 114.900 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | 18 | 5.15/1 | 92.70 |
| 33-425 | 005239811 | ST TAPE CD PL 251" | 24 | 8.31/1 | 199.44 |
| 84-110 | 029973711 | ST PLRS 10inch GRVE JNT | 24 | 4.14/1 | 99.36 |
| 84-114 | 030157911 | ST PLRS 3PC SET | 12 | 6.36/1 | 76.32 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 8 | 9.38/1 | 75.04 |
| 30-485 | 045151111 | ST TAPE CD 121/2" | 36 | 2.01/1 | 72.36 |
| 15-090 | 045196611 | ST SAW NEST | 6 | 5.58/1 | 33.48 |

```
FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
11-921L                        ST BLD DISP 50PK              24


STORE NUMBER: ST 0003947268275
DEPARTMENT : 005
*** TRACKING IDs ***
CTII                   00100761742030741553

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 648.70 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428617492

**INVOICE DATE**
09/10/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

STORE NUMBER: 0003947268273                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08273673444R | 7025716486 | 09/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0677707P | | EXLA | 0109718679 | 114.722 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 10-855 | 002398074 | KNF FIX FOLD BLK | 16 | 4.46/1 | 71.36 |
| 84-519K | 005730870 | 12IN1MULTIW/HOLSTER | 12 | 8.00/1 | 96.00 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 18 | 7.23/1 | 130.14 |
| 60-040 | 006849958 | 4 PC BASIC SD SET | 6 | 5.58/1 | 33.48 |
| STHT71833 | 007031311 | STAPLES HD 1/4 IN 1250 PC PAPER | 30 | 1.49/1 | 44.70 |
| 84-113 | 007443949 | ST PLRS 8" LINESMAN | 24 | 4.46/1 | 107.04 |
| TRA200BN | 043318263 | ST STPL ASST LD | 20 | 2.18/1 | 43.60 |
| 60-121 | 043343272 | ST SCD 1 12PC MERCH | 48 | 0.54/1 | 25.92 |
| 84-808 | 065311460 | 7.4 CJ LOCK PLRS | 24 | 4.80/1 | 115.20 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268273
DEPARTMENT : 010
*** TRACKING IDs ***
EXLA                                00100761742030441972

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 667.44 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428617490

**INVOICE DATE**
09/10/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

| | | |
|---|---|---|
| **STORE NUMBER:** 0003947268273 | | **DUNS. 00-131-7189** |

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08273673320R | 7025716561 | 09/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0677707P | EXLA | 0109718679 | 248.048 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | 6 | 5.15/1 | 30.90 |
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | 6 | 3.90/1 | 23.40 |
| 33-430 | 005243911 | ST TAPE CD PL 301" | 168 | 10.60/1 | 1,780.80 |
| GR10 | 005257211 | MINI GLUE GUN | 18 | 2.46/1 | 44.28 |
| GS10DT | 005257911 | ST MINI GLUE 4" 24PK | 60 | 3.90/1 | 234.00 |
| 15-206 | 027260911 | ST SAW WALL | 18 | 2.32/1 | 41.76 |
| 34-106 | 029767011 | ST TAPE CC 100 LONG | 16 | 6.16/1 | 98.56 |
| 84-097 | 029803611 | ST PLRS 6inch SLIP JNT | 24 | 1.62/1 | 38.88 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 4 | 9.38/1 | 37.52 |

FOB : ORIGIN

\*\*\* FOLLOWING ITEMS CANCELLED \*\*\*
| | | | | | |
|---|---|---|---|---|---|
| 57-522 | | ST HMMR 18OZ SOFT | 5 | | |
| 30-485 | | ST TAPE CD 121/2" | 36 | | |

STORE NUMBER: ST 0003947268273
DEPARTMENT : 005
\*\*\* TRACKING IDs \*\*\*
EXLA                          00100761742030441972

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,330.10 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428625920
**INVOICE DATE**
09/11/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

STORE NUMBER: 0003947268305                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08305224769R | 7025716554 | 09/11/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703C1481801P | | UPS | | | 110.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 68-012 | 001974859 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 24 | 1.95/1 | 46.80 |
| 66-052 | 001976725 | ST SCD 6PC PRECISION | 24 | 2.33/1 | 55.92 |
| 11-921G | 002126661 | ST BLD HEAVY DUTY | 60 | 0.32/1 | 19.20 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 12 | 3.90/1 | 46.80 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 8 | 10.05/1 | 80.40 |
| 10-202 | 043301254 | 9/18MM S/O BONUS PK | 36 | 0.76/1 | 27.36 |
| TR35 | 043305069 | OPP LD STAPLE GUN | 12 | 4.55/1 | 54.60 |
| 60-100 | 065311116 | 10 PC SC SET & RACK | 6 | 5.24/1 | 31.44 |
| 84-105 | 065311323 | ST PLRS 6" DIAGNL | 24 | 2.22/1 | 53.28 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 24 | 5.06/1 | 121.44 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 18 | 6.70/1 | 120.60 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | | | |
|---|---|---|---|---|---|
| 60-020 | | 2 PC SD SET & RACK | 24 | | |
| 46-067 | | ST SQRE QUICK W/INST | 3 | | |

STORE NUMBER: ST 0003947268305
DEPARTMENT : 010
*** TRACKING IDs ***
UPS                    1Z10W2720327988498

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 657.84 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428625917

**INVOICE DATE**
09/11/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

STORE NUMBER: 0003947268305          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 7071453 | 08305224676R | | 7025716627 | 09/11/2018 | PREPAID | | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 703C1481800P | | | UPS | | | | 39.840 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | | | 12 | 5.15/1 | 61.80 |
| 60-002 | 029827611 | 2 PHIL. ON HANG TAG | | | 36 | 2.22/1 | 79.92 |
| 30-485 | 045151111 | ST TAPE CD 121/2" | | | 36 | 2.01/1 | 72.36 |
| 15-090 | 045196611 | ST SAW NEST | | | 6 | 5.58/1 | 33.48 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268305
DEPARTMENT : 005
*** TRACKING IDs ***
UPS                    1Z10W2720327988309

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 247.56 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428625915
**INVOICE DATE**
09/11/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08289239477R | 7025716513 | 09/11/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0693599P | EXLA | 0109718716 | 213.530 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 42-468 | 001279893 | ST LEVL 24" FOAM CMP | 12 | 3.34/1 | 40.08 |
| 60-060 | 001899113 | 6 PC SC SET & RACK | 12 | 3.42/1 | 41.04 |
| STHT33270 | 002847336 | ST TAPE CD 25FT 1IN LEVERLOCK MAG | 16 | 5.03/1 | 80.48 |
| 84-519K | 005730870 | 12IN1MULTIW/HOLSTER | 12 | 8.00/1 | 96.00 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 12 | 7.23/1 | 86.76 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 8 | 11.17/1 | 89.36 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 12 | 3.90/1 | 46.80 |
| 55-515 | 007210814 | ST PRYB 13" WNDRBAR | 24 | 5.29/1 | 126.96 |
| STHT74938 | 007405468 | STANLEY 6 IN WIRE STRIPPER | 8 | 5.15/1 | 41.20 |
| TR110 | 007461143 | ST STPLGUN STEEL | 6 | 10.30/1 | 61.80 |
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 4 | 12.44/1 | 49.76 |
| 42-480 | 029766811 | ST LEVL 48" PROF WRK | 3 | 8.72/1 | 26.16 |
| TR35 | 043305069 | OPP LD STAPLE GUN | 6 | 4.55/1 | 27.30 |
| 84-105 | 065311323 | ST PLRS 6" DIAGNL | 24 | 2.22/1 | 53.28 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 12 | 5.06/1 | 60.72 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 6 | 6.70/1 | 40.20 |
| 30-455 | 065501381 | ST TAPE 251" | 24 | 3.53/1 | 84.72 |

FOB : ORIGIN

\*\*\* FOLLOWING ITEMS CANCELLED \*\*\*
60-020                        2 PC SD SET & RACK                        24

STORE NUMBER: ST 0003947268289
DEPARTMENT : 010

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428625915
**INVOICE DATE**
09/11/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289                                         **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08289239477R | | 7025716513 | 09/11/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0693599P | | EXLA | 0109718716 | 213.530 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| *** TRACKING IDs *** | | | | | |
| EXLA | | 00100761742030800625 | | | |

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,052.62 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428625914

**INVOICE DATE**
09/11/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289              **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08289239389R | | 7025716571 | 09/11/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703C1476926P | | UPS | | | 82.900 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | 6 | 5.15/1 | 30.90 |
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | 6 | 3.90/1 | 23.40 |
| 33-425 | 005239811 | ST TAPE CD PL 251" | 24 | 8.31/1 | 199.44 |
| 15-334 | 005241211 | STANLEY SAW 15" | 16 | 7.26/1 | 116.16 |
| 10-788 | 028608911 | ST KNF CG QUICK RETR | 36 | 5.03/1 | 181.08 |
| 84-097 | 029803611 | ST PLRS 6inch SLIP JNT | 24 | 1.62/1 | 38.88 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 4 | 9.38/1 | 37.52 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| 57-522 | | ST HMMR 18OZ SOFT | 10 |
| 30-485 | | ST TAPE CD 121/2" | 36 |

STORE NUMBER: ST 0003947268289
DEPARTMENT : 005
*** TRACKING IDs ***
UPS                          1Z10W2720327936963

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 627.38 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428637339

**INVOICE DATE**
09/12/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

| STORE NUMBER: | | DUNS. 00-131-7189 |
|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08275305209R | | 7025767797 | 09/12/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0708772P | | CTII | 55561151873 | 438.782 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 42-468 | 001279893 | ST LEVL 24" FOAM CMP | 4 | 3.34/1 | 13.36 |
| 42-294 | 001366542 | ST LEVL 9" THRF TORP | 48 | 1.92/1 | 92.16 |
| 10-855 | 002398074 | KNF FIX FOLD BLK | 16 | 4.46/1 | 71.36 |
| 84-529 | 005823967 | FM 10+12GJ PLIER SET | 72 | 10.05/1 | 723.60 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 6 | 11.17/1 | 67.02 |
| 60-040 | 006849958 | 4 PC BASIC SD SET | 24 | 5.58/1 | 133.92 |
| STHT71833 | 007031311 | STAPLES HD 1/4 IN 1250 PC PAPER | 30 | 1.49/1 | 44.70 |
| STHT74938 | 007405468 | STANLEY 6 IN WIRE STRIPPER | 16 | 5.15/1 | 82.40 |
| STHT71834 | 007422821 | STAPLES, HD, 5/16 IN, 1250 PC, PAPER | 45 | 1.49/1 | 67.05 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 84 | 3.90/1 | 327.60 |
| STHT71836 | 007882072 | STAPLES, HD, 3/8 IN, 1250 PC, PAPER | 75 | 1.49/1 | 111.75 |
| STHT71837 | 008873808 | STAPLES, HD, 1/2 IN, 1250 PC, PAPER | 45 | 1.49/1 | 67.05 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268275
DEPARTMENT : 010
*** TRACKING IDs ***
CTII                          00100761742031352475

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,801.97 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428637334

**INVOICE DATE**
09/12/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

| STORE NUMBER: | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|---|
| 7071453 | 08275305103R | | 7025767624 | 09/12/2018 | PREPAID |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0708772P | | CTII | 55561151873 | 50.820 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 57-522 | 026941411 | ST HMMR 18OZ SOFT | 30 | 5.58/1 | 167.40 |
| 84-101 | 029819911 | ST PLRS 6" LONGNOSE | 24 | 2.52/1 | 60.48 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| 16-150 | | ST WCHL 3PC SET | 90 | | |
|---|---|---|---|---|---|
| 57-522 | | ST HMMR 18OZ SOFT | 10 | | |

STORE NUMBER: ST 0003947268275
DEPARTMENT : 005
*** TRACKING IDs ***
CTII                    00100761742031352475

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 227.88 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428637259

**INVOICE DATE**
09/12/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

**STORE NUMBER:**                                                        **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08292262037R | 7025767779 | 09/12/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0708773P | | CTII | 55561151881 | 24.936 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| GR10 | 005257211 | MINI GLUE GUN | 36 | 2.46/1 | 88.56 |
| 84-101 | 029819911 | ST PLRS 6" LONGNOSE | 24 | 2.52/1 | 60.48 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| 16-150 | | ST WCHL 3PC SET | 60 |
| 57-522 | | ST HMMR 18OZ SOFT | 30 |

STORE NUMBER: ST 0003947268292
DEPARTMENT : 005
*** TRACKING IDs ***
CTII                          00100761742031353540

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 149.04 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428637254
**INVOICE DATE**
09/12/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

**STORE NUMBER:**                                        **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08292262138R | | 7025767726 | 09/12/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0708773P | | CTII | | 55561151881 | | 316.058 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 42-294 | 001366542 | ST LEVL 9" THRF TORP | 48 | 1.92/1 | 92.16 |
| 10-855 | 002398074 | KNF FIX FOLD BLK | 64 | 4.46/1 | 285.44 |
| 84-529 | 005823967 | FM 10+12GJ PLIER SET | 40 | 10.05/1 | 402.00 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 8 | 11.17/1 | 89.36 |
| 60-040 | 006849958 | 4 PC BASIC SD SET | 36 | 5.58/1 | 200.88 |
| STHT74938 | 007405468 | STANLEY 6 IN WIRE STRIPPER | 24 | 5.15/1 | 123.60 |
| 84-113 | 007443949 | ST PLRS 8" LINESMAN | 24 | 4.46/1 | 107.04 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 60 | 3.90/1 | 234.00 |
| STHT71836 | 007882072 | STAPLES, HD, 3/8 IN, 1250 PC, PAPER | 30 | 1.49/1 | 44.70 |
| STHT71837 | 008873808 | STAPLES, HD, 1/2 IN, 1250 PC, PAPER | 15 | 1.49/1 | 22.35 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268292
DEPARTMENT : 010
*** TRACKING IDs ***
CTII                    00100761742031353540

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,601.53 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428654603
**INVOICE DATE**
09/14/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

STORE NUMBER: 0003947268305          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08305226039R | | 7025767711 | 09/14/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0708802P | | WARD | 0111708574 | 214.642 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 42-468 | 001279893 | ST LEVL 24" FOAM CMP | 8 | 3.34/1 | 26.72 |
| 42-294 | 001366542 | ST LEVL 9" THRF TORP | 24 | 1.92/1 | 46.08 |
| 10-855 | 002398074 | KNF FIX FOLD BLK | 16 | 4.46/1 | 71.36 |
| 84-529 | 005823967 | FM 10+12GJ PLIER SET | 24 | 10.05/1 | 241.20 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 4 | 11.17/1 | 44.68 |
| 60-040 | 006849958 | 4 PC BASIC SD SET | 24 | 5.58/1 | 133.92 |
| STHT74938 | 007405468 | STANLEY 6 IN WIRE STRIPPER | 16 | 5.15/1 | 82.40 |
| STHT71834 | 007422821 | STAPLES, HD, 5/16 IN, 1250 PC, PAPER | 15 | 1.49/1 | 22.35 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 24 | 3.90/1 | 93.60 |
| STHT71837 | 008873808 | STAPLES, HD, 1/2 IN, 1250 PC, PAPER | 120 | 1.49/1 | 178.80 |
| 60-121 | 043343272 | ST SCD 1 12PC MERCH | 48 | 0.54/1 | 25.92 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268305
DEPARTMENT : 010
*** TRACKING IDs ***
WARD                              00100761742031893930

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 967.03 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428654604
**INVOICE DATE**
09/14/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

**STORE NUMBER:** 0003947268305        **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08305225958R | | 7025767769 | 09/14/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0708802P | | WARD | 0111708574 | | 10.320 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 84-101 | 029819911 | ST PLRS 6" LONGNOSE | 24 | 2.52/1 | 60.48 |

```
FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
16-150                          ST WCHL 3PC SET          60
57-522                          ST HMMR 18OZ SOFT        40



STORE NUMBER: ST 0003947268305
DEPARTMENT : 005
*** TRACKING IDs ***
WARD                            00100761742031893930

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 60.48 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

**PAGE**
1 of 1
**INVOICE NO**
9428655061

**INVOICE DATE**
09/14/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

STORE NUMBER: 0003947268287                           DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08287245697R | | 7025716626 | 09/14/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164C0626911P | | UPS | | | 31.108 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 15-334 | 005241211 | STANLEY SAW 15" | 4 | 7.26/1 | 29.04 |
| GR10 | 005257211 | MINI GLUE GUN | 18 | 2.46/1 | 44.28 |
| 84-101 | 029819911 | ST PLRS 6" LONGNOSE | 48 | 2.52/1 | 120.96 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| 51-613 | | ST HMMR 7OZ CLW WOOD | 6 |
| GR10 | | MINI GLUE GUN | 126 |
| 84-109 | | ST PLRS 8" GROOVE | 120 |

STORE NUMBER: ST 0003947268287
DEPARTMENT : 005
*** TRACKING IDs ***
UPS                         1Z7996860325089216

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 194.28 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428657941
**INVOICE DATE**
09/15/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289              **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08289240725R | 7025767641 | 09/15/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0734730P | EXLA | 0109718811 | 195.734 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 42-294 | 001366542 | ST LEVL 9" THRF TORP | 48 | 1.92/1 | 92.16 |
| 68-010 | 002123861 | ST SCD RATCHET 10BIT | 8 | 5.23/1 | 41.84 |
| 10-855 | 002398074 | KNF FIX FOLD BLK | 32 | 4.46/1 | 142.72 |
| 84-529 | 005823967 | FM 10+12GJ PLIER SET | 32 | 10.05/1 | 321.60 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 6 | 11.17/1 | 67.02 |
| 60-040 | 006849958 | 4 PC BASIC SD SET | 30 | 5.58/1 | 167.40 |
| STHT71833 | 007031311 | STAPLES HD 1/4 IN 1250 PC PAPER | 30 | 1.49/1 | 44.70 |
| STHT74938 | 007405468 | STANLEY 6 IN WIRE STRIPPER | 8 | 5.15/1 | 41.20 |
| STHT71834 | 007422821 | STAPLES, HD, 5/16 IN, 1250 PC, PAPER | 15 | 1.49/1 | 22.35 |
| STHT71836 | 007882072 | STAPLES, HD, 3/8 IN, 1250 PC, PAPER | 15 | 1.49/1 | 22.35 |
| STHT71837 | 008873808 | STAPLES, HD, 1/2 IN, 1250 PC, PAPER | 15 | 1.49/1 | 22.35 |
| TRA200BN | 043318263 | ST STPL ASST LD | 20 | 2.18/1 | 43.60 |
| 60-121 | 043343272 | ST SCD 1 12PC MERCH | 48 | 0.54/1 | 25.92 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
STHT20138              12IN HACKSAW PLASTIC HANDLE              48

STORE NUMBER: ST 0003947268289
DEPARTMENT : 010
*** TRACKING IDs ***
EXLA              00100761742032533514

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,055.21 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428657943

**INVOICE DATE**
09/15/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08289240643R | 7025767678 | 09/15/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0734730P | | EXLA | 0109718811 | 64.788 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | 12 | 3.90/1 | 46.80 |
| GR10 | 005257211 | MINI GLUE GUN | 18 | 2.46/1 | 44.28 |
| 57-522 | 026941411 | ST HMMR 18OZ SOFT | 20 | 5.58/1 | 111.60 |
| 84-101 | 029819911 | ST PLRS 6" LONGNOSE | 48 | 2.52/1 | 120.96 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
| 16-150 | | ST WCHL 3PC SET | 60 | | |
| 84-109 | | ST PLRS 8" GROOVE | 24 | | |

STORE NUMBER: ST 0003947268289
DEPARTMENT : 005
*** TRACKING IDs ***
EXLA                          00100761742032533514

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 323.64 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428657947

**INVOICE DATE**
09/15/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08289240726R | | 7025767732 | 09/15/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 703L0734730P | | | EXLA | 0109718811 | | 159.760 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-060 | 001899113 | 6 PC SC SET & RACK | 6 | 3.42/1 | 20.52 |
| 66-052 | 001976725 | ST SCD 6PC PRECISION | 24 | 2.33/1 | 55.92 |
| 11-921G | 002126661 | ST BLD HEAVY DUTY | 120 | 0.32/1 | 38.40 |
| 60-020 | 002264441 | 2 PC SD SET & RACK | 24 | 1.43/1 | 34.32 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 12 | 3.90/1 | 46.80 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 16 | 10.05/1 | 160.80 |
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 4 | 12.44/1 | 49.76 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 12 | 6.59/1 | 79.08 |
| 47-443 | 065310952 | ST CHLK BLUE W/LVL | 6 | 2.56/1 | 15.36 |
| 60-100 | 065311116 | 10 PC SC SET & RACK | 6 | 5.24/1 | 31.44 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 24 | 5.06/1 | 121.44 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 30 | 6.70/1 | 201.00 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | | | |
|---|---|---|---|---|---|
| 46-067 | | ST SQRE QUICK W/INST | 21 | | |
| 84-105 | | ST PLRS 6" DIAGNL | 72 | | |

STORE NUMBER: ST 0003947268289
DEPARTMENT : 010
*** TRACKING IDs ***
EXLA                     00100761742032533514

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 854.84 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428657949
**INVOICE DATE**
09/15/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

STORE NUMBER: 0003947268289                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08289240644R | | 7025767521 | 09/15/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703L0734730P | | | EXLA | | 0109718811 | 58.620 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | | 30 | 5.15/1 | 154.50 |
| 60-002 | 029827611 | 2 PHIL. ON HANG TAG | | 36 | 2.22/1 | 79.92 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | | 4 | 9.38/1 | 37.52 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
84-097                          ST PLRS 6inch SLIP JNT                24


STORE NUMBER: ST 0003947268289
DEPARTMENT : 005
*** TRACKING IDs ***
EXLA                            00100761742032533514

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 271.94 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428664288
**INVOICE DATE**
09/17/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

**STORE NUMBER:** 0003947268273                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08273675026R | 7025767602 | 09/17/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703C1498066P | | UPS | | 151.540 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 42-294 | 001366542 | ST LEVL 9" THRF TORP | 24 | 1.92/1 | 46.08 |
| 84-519K | 005730870 | 12IN1MULTIW/HOLSTER | 12 | 8.00/1 | 96.00 |
| 84-529 | 005823967 | FM 10+12GJ PLIER SET | 32 | 10.05/1 | 321.60 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 2 | 11.17/1 | 22.34 |
| 60-040 | 006849958 | 4 PC BASIC SD SET | 24 | 5.58/1 | 133.92 |
| STHT71833 | 007031311 | STAPLES HD 1/4 IN 1250 PC PAPER | 30 | 1.49/1 | 44.70 |
| STHT74938 | 007405468 | STANLEY 6 IN WIRE STRIPPER | 8 | 5.15/1 | 41.20 |
| STHT71834 | 007422821 | STAPLES, HD, 5/16 IN, 1250 PC, PAPER | 30 | 1.49/1 | 44.70 |
| 60-123 | 043350900 | ST 3" CAB 12PC MERCH | 48 | 0.54/1 | 25.92 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
    STHT20138                    12IN HACKSAW PLASTIC HANDLE          18

STORE NUMBER: ST 0003947268273
DEPARTMENT : 010
*** TRACKING IDs ***
UPS                    1Z10W2720328222179

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 776.46 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428664359
**INVOICE DATE**
09/17/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

| STORE NUMBER: | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|---|
| 7071453 | 08275305210R | | 7025767713 | 09/17/2018 | PREPAID |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0734729P | | CTII | 55561153085 | 355.820 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-060 | 001899113 | 6 PC SC SET & RACK | 36 | 3.42/1 | 123.12 |
| 68-012 | 001974859 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 96 | 1.95/1 | 187.20 |
| 66-052 | 001976725 | ST SCD 6PC PRECISION | 24 | 2.33/1 | 55.92 |
| 10-099 | 002227545 | ST KNF RETRACT BULK | 36 | 2.29/1 | 82.44 |
| 60-020 | 002264441 | 2 PC SD SET & RACK | 48 | 1.43/1 | 68.64 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 12 | 3.90/1 | 46.80 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 8 | 10.05/1 | 80.40 |
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 28 | 12.44/1 | 348.32 |
| 10-202 | 043301254 | 9/18MM S/O BONUS PK | 36 | 0.76/1 | 27.36 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 6 | 6.59/1 | 39.54 |
| 47-443 | 065310952 | ST CHLK BLUE W/LVL | 6 | 2.56/1 | 15.36 |
| 60-100 | 065311116 | 10 PC SC SET & RACK | 12 | 5.24/1 | 62.88 |
| STHT77404 | 065311237 | STUD SENSOR 150 | 12 | 11.17/1 | 134.04 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 36 | 5.06/1 | 182.16 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 42 | 6.70/1 | 281.40 |
| 30-455 | 065501381 | ST TAPE 251" | 48 | 3.53/1 | 169.44 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
TR35                          OPP LD STAPLE GUN                    18

STORE NUMBER: ST 0003947268275
DEPARTMENT : 010
*** TRACKING IDs ***
CTII                          00100761742032535402

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,905.02 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# **Invoice**

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428664364
**INVOICE DATE**
09/17/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

| | **STORE NUMBER:** | | | | | | **DUNS. 00-131-7189** |

| **CUSTOMER NO.** | **CUSTOMER ORDER NO.** | | **SBD ORDER NO.** | **SHIP DATE** | **FREIGHT ALLOWED** | | |
|---|---|---|---|---|---|---|---|
| 7071453 | 08275305104R | | 7025767756 | 09/17/2018 | PREPAID | | |

| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | | **WEIGHT** |
|---|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0734729P | | | | CTII | 55561153085 | | 164.280 LB |

| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
|---|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | | 60 | 5.15/1 | 309.00 |
| 33-425 | 005239811 | ST TAPE CD PL 251" | | 24 | 8.31/1 | 199.44 |
| 10-175 | 005997311 | 001PC KNIFE 10-175 | | 72 | 1.05/1 | 75.60 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | | 16 | 9.38/1 | 150.08 |
| 30-485 | 045151111 | ST TAPE CD 121/2" | | 36 | 2.01/1 | 72.36 |
| 15-090 | 045196611 | ST SAW NEST | | 6 | 5.58/1 | 33.48 |

```
FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
11-921L                          ST BLD DISP 50PK              72
84-097                           ST PLRS 6inch SLIP JNT        24



STORE NUMBER: ST 0003947268275
DEPARTMENT : 005
*** TRACKING IDs ***
CTII                             00100761742032535402

THANK YOU FOR YOUR ORDER.
```

| **PLEASE REMIT TO:** | **TERMS:** | **FREIGHT CHARGES** | **SALES TAX** | **TOTAL AMOUNT OF INVOICE** |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 839.96 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428667602

**INVOICE DATE**
09/17/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

STORE NUMBER: 0003947268273        **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08273674914R | 7025767716 | 09/17/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703C1498845P | | UPS | | 39.570 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 15-924A | 005278111 | ST SAW BLD HACK | 100 | 1.56/1 | 156.00 |
| 57-522 | 026941411 | ST HMMR 18OZ SOFT | 15 | 5.58/1 | 83.70 |
| 84-101 | 029819911 | ST PLRS 6" LONGNOSE | 24 | 2.52/1 | 60.48 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| 16-150 | | ST WCHL 3PC SET | 30 | | |
| 84-109 | | ST PLRS 8" GROOVE | 48 | | |

STORE NUMBER: ST 0003947268273
DEPARTMENT : 005
*** TRACKING IDs ***
UPS                                1Z10W2720328223436

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 300.18 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428667603

**INVOICE DATE**
09/17/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

STORE NUMBER: 0003947268273                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08273674915R | | 7025767698 | 09/17/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703C1498846P | | UPS | | | | 56.800 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 10-788 | 028608911 | ST KNF CG QUICK RETR | 36 | 5.03/1 | 181.08 |
| 34-106 | 029767011 | ST TAPE CC 100 LONG | 44 | 6.16/1 | 271.04 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268273
DEPARTMENT : 005
*** TRACKING IDs ***
UPS                              1Z10W2720328223641

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 452.12 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428667604

**INVOICE DATE**
09/17/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

**STORE NUMBER:** 0003947268273          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08273675027R | 7025767665 | 09/17/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703C1498847P | | UPS | | 72.200 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 11-921G | 002126661 | ST BLD HEAVY DUTY | 60 | 0.32/1 | 19.20 |
| 60-020 | 002264441 | 2 PC SD SET & RACK | 24 | 1.43/1 | 34.32 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 12 | 3.90/1 | 46.80 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 8 | 10.05/1 | 80.40 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 6 | 6.59/1 | 39.54 |
| 47-443 | 065310952 | ST CHLK BLUE W/LVL | 6 | 2.56/1 | 15.36 |
| 60-100 | 065311116 | 10 PC SC SET & RACK | 6 | 5.24/1 | 31.44 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 12 | 5.06/1 | 60.72 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 6 | 6.70/1 | 40.20 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
| | | | |
|---|---|---|---|
| TR35 | | OPP LD STAPLE GUN | 6 |
| 46-067 | | ST SQRE QUICK W/INST | 12 |

STORE NUMBER: ST 0003947268273
DEPARTMENT : 010
*** TRACKING IDs ***
UPS                         1Z10W2720328223543

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 367.98 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428667605

**INVOICE DATE**
09/17/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

**STORE NUMBER:**                                                                                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08292262139R | 7025767656 | 09/17/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703C1499012P | | UPS | | 133.880 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-060 | 001899113 | 6 PC SC SET & RACK | 12 | 3.42/1 | 41.04 |
| 66-052 | 001976725 | ST SCD 6PC PRECISION | 24 | 2.33/1 | 55.92 |
| 60-020 | 002264441 | 2 PC SD SET & RACK | 48 | 1.43/1 | 68.64 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 24 | 3.90/1 | 93.60 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 8 | 10.05/1 | 80.40 |
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 4 | 12.44/1 | 49.76 |
| 47-443 | 065310952 | ST CHLK BLUE W/LVL | 6 | 2.56/1 | 15.36 |
| 60-100 | 065311116 | 10 PC SC SET & RACK | 6 | 5.24/1 | 31.44 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 12 | 5.06/1 | 60.72 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 36 | 6.70/1 | 241.20 |

```
FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
   46-067                        ST SQRE QUICK W/INST                30


STORE NUMBER: ST 0003947268292
DEPARTMENT : 010
*** TRACKING IDs ***
UPS                           1Z10W2720328224711

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 738.08 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428667606

**INVOICE DATE**
09/17/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

**STORE NUMBER:** 0003947268305          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08305225959R | 7025767749 | 09/17/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703C1499006P | | UPS | | 55.410 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | 18 | 5.15/1 | 92.70 |
| 10-175 | 005997311 | 001PC KNIFE 10-175 | 36 | 1.05/1 | 37.80 |
| TR250 | 023033511 | ST STPL BRAD GUN | 6 | 10.50/1 | 63.00 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 4 | 9.38/1 | 37.52 |
| 15-090 | 045196611 | ST SAW NEST | 6 | 5.58/1 | 33.48 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| 10-788 | | ST KNF CG QUICK RETR | 36 | | |
| 84-110 | | ST PLRS 10inch GRVE JNT | 24 | | |

STORE NUMBER: ST 0003947268305
DEPARTMENT : 005
*** TRACKING IDs ***
UPS                              1Z10W2720328224275

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 264.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428667607

**INVOICE DATE**
09/17/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

| STORE NUMBER: 0003947268305 | | | DUNS. 00-131-7189 |

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08305226040R | 7025767648 | 09/17/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703C1499007P | | UPS | | 69.330 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-020 | 002264441 | 2 PC SD SET & RACK | 24 | 1.43/1 | 34.32 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 12 | 3.90/1 | 46.80 |
| 42-480 | 029766811 | ST LEVL 48" PROF WRK | 3 | 8.72/1 | 26.16 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 6 | 6.59/1 | 39.54 |
| 60-100 | 065311116 | 10 PC SC SET & RACK | 12 | 5.24/1 | 62.88 |
| STHT77404 | 065311237 | STUD SENSOR 150 | 12 | 11.17/1 | 134.04 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 18 | 6.70/1 | 120.60 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| 46-067 | | ST SQRE QUICK W/INST | 15 | | |

STORE NUMBER: ST 0003947268305
DEPARTMENT : 010
*** TRACKING IDs ***
UPS                              1Z10W2720328224453

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 464.34 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428674087

**INVOICE DATE**
09/18/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08287245699R | 7025716581 | 09/18/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0734075P | | OAKH | 82283080 | 161.032 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 42-468 | 001279893 | ST LEVL 24" FOAM CMP | 8 | 3.34/1 | 26.72 |
| 10-855 | 002398074 | KNF FIX FOLD BLK | 176 | 4.46/1 | 784.96 |
| STHT33270 | 002847336 | ST TAPE CD 25FT 1IN LEVERLOCK MAG | 16 | 5.03/1 | 80.48 |
| 84-519K | 005730870 | 12IN1MULTIW/HOLSTER | 12 | 8.00/1 | 96.00 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 12 | 7.23/1 | 86.76 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 4 | 11.17/1 | 44.68 |
| 60-040 | 006849958 | 4 PC BASIC SD SET | 6 | 5.58/1 | 33.48 |
| STHT71833 | 007031311 | STAPLES HD 1/4 IN 1250 PC PAPER | 30 | 1.49/1 | 44.70 |
| STHT74938 | 007405468 | STANLEY 6 IN WIRE STRIPPER | 16 | 5.15/1 | 82.40 |
| STHT71834 | 007422821 | STAPLES, HD, 5/16 IN, 1250 PC, PAPER | 60 | 1.49/1 | 89.40 |
| STHT71836 | 007882072 | STAPLES, HD, 3/8 IN, 1250 PC, PAPER | 15 | 1.49/1 | 22.35 |
| TRA200BN | 043318263 | ST STPL ASST LD | 20 | 2.18/1 | 43.60 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268287
DEPARTMENT : 010
*** TRACKING IDs ***
OAKH                    00100288746454233436

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,435.53 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428674089

**INVOICE DATE**
09/18/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08287245700R | 7025716512 | 09/18/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0734075P | | OAKH | 82283080 | 305.320 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 11-921G | 002126661 | ST BLD HEAVY DUTY | 60 | 0.32/1 | 19.20 |
| 10-099 | 002227545 | ST KNF RETRACT BULK | 36 | 2.29/1 | 82.44 |
| STMT74101 | 006403980 | 38PC STANLEY MIXED TOOL BAG | 36 | 15.30/1 | 550.80 |
| GR20 | 006557603 | ST GLUE GUN TRGR | 18 | 4.36/1 | 78.48 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 24 | 3.90/1 | 93.60 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 16 | 10.05/1 | 160.80 |
| TR35 | 043305069 | OPP LD STAPLE GUN | 12 | 4.55/1 | 54.60 |
| 47-443 | 065310952 | ST CHLK BLUE W/LVL | 6 | 2.56/1 | 15.36 |
| 60-100 | 065311116 | 10 PC SC SET & RACK | 6 | 5.24/1 | 31.44 |
| STHT77404 | 065311237 | STUD SENSOR 150 | 12 | 11.17/1 | 134.04 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 12 | 5.06/1 | 60.72 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 18 | 6.70/1 | 120.60 |
| 30-455 | 065501381 | ST TAPE 251" | 24 | 3.53/1 | 84.72 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
60-020                          2 PC SD SET & RACK                    24

STORE NUMBER: ST 0003947268287
DEPARTMENT : 010
*** TRACKING IDs ***
OAKH                    00100288746454233436

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,486.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# **Invoice**

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428674091

**INVOICE DATE**
09/18/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08287245698R | 7025716614 | 09/18/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0734075P | | OAKH | 82283080 | 93.990 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 10-175 | 005997311 | 001PC KNIFE 10-175 | 36 | 1.05/1 | 37.80 |
| TR250 | 023033511 | ST STPL BRAD GUN | 6 | 10.50/1 | 63.00 |
| 84-097 | 029803611 | ST PLRS 6inch SLIP JNT | 48 | 1.62/1 | 77.76 |
| 60-002 | 029827611 | 2 PHIL. ON HANG TAG | 36 | 2.22/1 | 79.92 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 20 | 9.38/1 | 187.60 |
| 30-485 | 045151111 | ST TAPE CD 121/2" | 36 | 2.01/1 | 72.36 |
| 15-090 | 045196611 | ST SAW NEST | 12 | 5.58/1 | 66.96 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
84-110                          ST PLRS 10inch GRVE JNT            24

STORE NUMBER: ST 0003947268287
DEPARTMENT : 005
*** TRACKING IDs ***
OAKH              00100288746454233436

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 585.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428675354

**INVOICE DATE**
09/18/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

STORE NUMBER: 0003947268273          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08273676245R | | 7025808653 | 09/18/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703C1503011P | | UPS | | | 109.860 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 68-010 | 002123861 | ST SCD RATCHET 10BIT | 8 | 5.23/1 | 41.84 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 6 | 7.23/1 | 43.38 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 20 | 11.17/1 | 223.40 |
| TR110 | 007461143 | ST STPLGUN STEEL | 6 | 10.30/1 | 61.80 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268273
DEPARTMENT : 010
*** TRACKING IDs ***
UPS                          1Z10W2720328309577

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 370.42 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428675356
**INVOICE DATE**
09/18/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08289241693R | 7025808733 | 09/18/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703C1503013P | UPS | | 143.750 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STHT77403 | 001111309 | STUD SENSOR 100 | 24 | 6.42/1 | 154.08 |
| 68-010 | 002123861 | ST SCD RATCHET 10BIT | 8 | 5.23/1 | 41.84 |
| STHT33270 | 002847336 | ST TAPE CD 25FT 1IN LEVERLOCK MAG | 8 | 5.03/1 | 40.24 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 10 | 7.23/1 | 72.30 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 10 | 11.17/1 | 111.70 |
| STHT71833 | 007031311 | STAPLES HD 1/4 IN 1250 PC PAPER | 30 | 1.49/1 | 44.70 |
| TR110 | 007461143 | ST STPLGUN STEEL | 6 | 10.30/1 | 61.80 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 12 | 3.90/1 | 46.80 |
| STHT71837 | 008873808 | STAPLES, HD, 1/2 IN, 1250 PC, PAPER | 15 | 1.49/1 | 22.35 |
| 84-808 | 065311460 | 7.4 CJ LOCK PLRS | 24 | 4.80/1 | 115.20 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
84-529                    FM 10+12GJ PLIER SET              16

STORE NUMBER: ST 0003947268289
DEPARTMENT : 010
*** TRACKING IDs ***
UPS                       1Z10W2720328309728

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 711.01 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428675358

**INVOICE DATE**
09/18/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

| | | | | STORE NUMBER: | | | **DUNS. 00-131-7189** |
|---|---|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 7071453 | 08292262038R | | 7025767761 | 09/18/2018 | PREPAID | | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703C1499011P | | UPS | | | 52.740 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | 6 | 5.15/1 | 30.90 |
| 10-175 | 005997311 | 001PC KNIFE 10-175 | 36 | 1.05/1 | 37.80 |
| 60-002 | 029827611 | 2 PHIL. ON HANG TAG | 36 | 2.22/1 | 79.92 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 8 | 9.38/1 | 75.04 |
| 30-485 | 045151111 | ST TAPE CD 121/2" | 36 | 2.01/1 | 72.36 |
| 15-090 | 045196611 | ST SAW NEST | 12 | 5.58/1 | 66.96 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

11-921L                        ST BLD DISP 50PK                        48

STORE NUMBER: ST 0003947268292
DEPARTMENT : 005
*** TRACKING IDs ***
UPS                            1Z10W2720328224444

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 362.98 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428686198
**INVOICE DATE**
09/19/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08289241611R | | 7025808753 | 09/19/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703C1503012P | | UPS | | | | 34.728 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | 6 | 3.90/1 | 23.40 |
| GR10 | 005257211 | MINI GLUE GUN | 18 | 2.46/1 | 44.28 |
| 15-924A | 005278111 | ST SAW BLD HACK | 100 | 1.56/1 | 156.00 |
| 57-522 | 026941411 | ST HMMR 18OZ SOFT | 10 | 5.58/1 | 55.80 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268289
DEPARTMENT : 005
*** TRACKING IDs ***
UPS                    1Z10W2720328309620

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 279.48 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428703141
**INVOICE DATE**
09/21/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

**STORE NUMBER:**                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08292263045R | | 7025808636 | 09/21/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0751263P | | CTII | | 55561153796 | | 80.910 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | 12 | 3.90/1 | 46.80 |
| 57-522 | 026941411 | ST HMMR 18OZ SOFT | 45 | 5.58/1 | 251.10 |
| 84-101 | 029819911 | ST PLRS 6" LONGNOSE | 24 | 2.52/1 | 60.48 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
16-150                          ST WCHL 3PC SET                     60

STORE NUMBER: ST 0003947268292
DEPARTMENT : 005
*** TRACKING IDs ***
CTII                            00100761742033925776

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 358.38 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428703142

**INVOICE DATE**
09/21/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

**STORE NUMBER:**                                   **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08292263139R | | 7025808738 | 09/21/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0751263P | | CTII | 55561153796 | | 205.174 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 68-010 | 002123861 | ST SCD RATCHET 10BIT | 8 | 5.23/1 | 41.84 |
| 10-855 | 002398074 | KNF FIX FOLD BLK | 32 | 4.46/1 | 142.72 |
| 84-519K | 005730870 | 12IN1MULTIW/HOLSTER | 12 | 8.00/1 | 96.00 |
| 84-529 | 005823967 | FM 10+12GJ PLIER SET | 18 | 10.05/1 | 180.90 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 6 | 7.23/1 | 43.38 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 12 | 11.17/1 | 134.04 |
| 60-040 | 006849958 | 4 PC BASIC SD SET | 12 | 5.58/1 | 66.96 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 24 | 3.90/1 | 93.60 |
| 60-123 | 043350900 | ST 3" CAB 12PC MERCH | 96 | 0.54/1 | 51.84 |
| 84-808 | 065311460 | 7.4 CJ LOCK PLRS | 24 | 4.80/1 | 115.20 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
84-529                        FM 10+12GJ PLIER SET                    6

STORE NUMBER: ST 0003947268292
DEPARTMENT : 010
*** TRACKING IDs ***
CTII                          00100761742033925776

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 966.48 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

## Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428703144

**INVOICE DATE**
09/21/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

| STORE NUMBER: | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08292262254R | | 7025767553 | 09/21/2018 | PREPAID | |

| SHIPPING POINT / BOL | | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038L0783228P | | | CTII | 555-6254749-1 | | 590.320 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST22080 | 009400641 | 22IN HIVIZ YELLOW TOOLBOX | 94 | 12.36/1 | 1,161.84 |

```
FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
  STST22080                        22IN HIVIZ YELLOW TOOLBOX          135


STORE NUMBER: ST 0003947268292
DEPARTMENT : 010
*** TRACKING IDs ***
CTII                       00100288743804941034

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,161.84 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428703146

**INVOICE DATE**
09/21/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

STORE NUMBER: 0003947268305                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08305226139R | 7025767551 | 09/21/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Jackson - North DC / 038L0783227P | | CTII | 555-6254748-3 | 741.040 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST22080 | 009400641 | 22IN HIVIZ YELLOW TOOLBOX | 118 | 12.36/1 | 1,458.48 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268305
DEPARTMENT : 010
*** TRACKING IDs ***
CTII                      00100288743804927342

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,458.48 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428703184
**INVOICE DATE**
09/21/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

| STORE NUMBER: | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|---|
| 7071453 | 08275306264R | | 7025808747 | 09/21/2018 | PREPAID |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0751262P | | CTII | 55561153770 | 380.395 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 42-468 | 001279893 | ST LEVL 24" FOAM CMP | 4 | 3.34/1 | 13.36 |
| 42-294 | 001366542 | ST LEVL 9" THRF TORP | 24 | 1.92/1 | 46.08 |
| STHT33270 | 002847336 | ST TAPE CD 25FT 1IN LEVERLOCK MAG | 8 | 5.03/1 | 40.24 |
| 84-519K | 005730870 | 12IN1MULTIW/HOLSTER | 12 | 8.00/1 | 96.00 |
| 84-529 | 005823967 | FM 10+12GJ PLIER SET | 24 | 10.05/1 | 241.20 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 22 | 7.23/1 | 159.06 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 36 | 11.17/1 | 402.12 |
| 60-040 | 006849958 | 4 PC BASIC SD SET | 6 | 5.58/1 | 33.48 |
| STHT71833 | 007031311 | STAPLES HD 1/4 IN 1250 PC PAPER | 15 | 1.49/1 | 22.35 |
| TR110 | 007461143 | ST STPLGUN STEEL | 12 | 10.30/1 | 123.60 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 30 | 3.90/1 | 117.00 |
| 60-121 | 043343272 | ST SCD 1 12PC MERCH | 48 | 0.54/1 | 25.92 |
| 60-123 | 043350900 | ST 3" CAB 12PC MERCH | 48 | 0.54/1 | 25.92 |
| 84-808 | 065311460 | 7.4 CJ LOCK PLRS | 24 | 4.80/1 | 115.20 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268275
DEPARTMENT : 010
*** TRACKING IDs ***
CTII                         00100761742033846668

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,461.53 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428703186
**INVOICE DATE**
09/21/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

**STORE NUMBER:**                                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08275306154R | 7025808772 | 09/21/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0751262P | | CTII | 55561153770 | 136.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 15-334 | 005241211 | STANLEY SAW 15" | 4 | 7.26/1 | 29.04 |
| GS10DT | 005257911 | ST MINI GLUE 4" 24PK | 60 | 3.90/1 | 234.00 |
| 57-522 | 026941411 | ST HMMR 18OZ SOFT | 80 | 5.58/1 | 446.40 |
| 84-101 | 029819911 | ST PLRS 6" LONGNOSE | 24 | 2.52/1 | 60.48 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
| 16-150 | | ST WCHL 3PC SET | 120 | | |

STORE NUMBER: ST 0003947268275
DEPARTMENT : 005
*** TRACKING IDs ***
CTII                    00100761742033846668

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 769.92 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428703187

**INVOICE DATE**
09/21/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

**STORE NUMBER:**     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08275305339R | 7025767529 | 09/21/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Jackson - North DC / 038L0783226P | | CTII | 555-6254747-5 | 1,262.280 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST22080 | 009400641 | 22IN HIVIZ YELLOW TOOLBOX | 201 | 12.36/1 | 2,484.36 |

```
FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
  STST22080                          22IN HIVIZ YELLOW TOOLBOX        48


STORE NUMBER: ST 0003947268275
DEPARTMENT : 010
*** TRACKING IDs ***
CTII                          00100288743804939628

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,484.36 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# **Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428708535
**INVOICE DATE**
09/22/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289               **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08289241612R | | 7025808746 | 09/22/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0782550P | | EXLA | 0109718894 | 43.860 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | 6 | 5.15/1 | 30.90 |
| 10-175 | 005997311 | 001PC KNIFE 10-175 | 36 | 1.05/1 | 37.80 |
| 84-114 | 030157911 | ST PLRS 3PC SET | 12 | 6.36/1 | 76.32 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 4 | 9.38/1 | 37.52 |
| 15-090 | 045196611 | ST SAW NEST | 6 | 5.58/1 | 33.48 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268289
DEPARTMENT : 005
*** TRACKING IDs ***
EXLA                    00100761742034961421

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 216.02 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428708536
**INVOICE DATE**
09/22/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

STORE NUMBER: 0003947268289                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08289240090A | 7025742041 | 09/22/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0782550P | | EXLA | 0109718894 | 42.856 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | 18 | 3.90/1 | 70.20 |
| 15-334 | 005241211 | STANLEY SAW 15" | 4 | 7.26/1 | 29.04 |
| GR10 | 005257211 | MINI GLUE GUN | 36 | 2.46/1 | 88.56 |
| 84-101 | 029819911 | ST PLRS 6" LONGNOSE | 24 | 2.52/1 | 60.48 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268289
DEPARTMENT : 005
*** TRACKING IDs ***
EXLA                         00100761742034961421
```

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 248.28 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

PAGE
1 of 1
INVOICE NO
9428708537
INVOICE DATE
09/22/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289 **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7071453 | 08289240091A | 7025742026 | 09/22/2018 | PREPAID |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0782550P | EXLA | 0109718894 | 62.760 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 33-425 | 005239811 | ST TAPE CD PL 251" | 24 | 8.31/1 | 199.44 |
| 84-110 | 029973711 | ST PLRS 10inch GRVE JNT | 24 | 4.14/1 | 99.36 |
| 30-485 | 045151111 | ST TAPE CD 121/2" | 36 | 2.01/1 | 72.36 |
| 15-090 | 045196611 | ST SAW NEST | 12 | 5.58/1 | 66.96 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
16-150 ST WCHL 3PC SET 30

STORE NUMBER: ST 0003947268289
DEPARTMENT : 005
*** TRACKING IDs ***
EXLA 00100761742034961421

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 438.12 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO** 10% for inspection & repacking will be charged for goods authorized for return

# **Invoice**

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428708538
**INVOICE DATE**
09/22/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289       **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08289240099A | 7025741976 | 09/22/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0782550P | EXLA | 0109718894 | 98.320 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 42-468 | 001279893 | ST LEVL 24" FOAM CMP | 4 | 3.34/1 | 13.36 |
| 42-294 | 001366542 | ST LEVL 9" THRF TORP | 24 | 1.92/1 | 46.08 |
| 68-012 | 001974859 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 96 | 1.95/1 | 187.20 |
| 10-099 | 002227545 | ST KNF RETRACT BULK | 36 | 2.29/1 | 82.44 |
| 84-519K | 005730870 | 12IN1MULTIW/HOLSTER | 12 | 8.00/1 | 96.00 |
| 60-040 | 006849958 | 4 PC BASIC SD SET | 6 | 5.58/1 | 33.48 |
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 4 | 12.44/1 | 49.76 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 6 | 6.59/1 | 39.54 |
| 60-100 | 065311116 | 10 PC SC SET & RACK | 6 | 5.24/1 | 31.44 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| 84-529 | | FM 10+12GJ PLIER SET | 8 |
| STHT74938 | | STANLEY 6 IN WIRE STRIPPER | 16 |
| TR35 | | OPP LD STAPLE GUN | 6 |
| 46-067 | | ST SQRE QUICK W/INST | 6 |
| 30-455 | | ST TAPE 251" | 24 |

STORE NUMBER: ST 0003947268289
DEPARTMENT : 010

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428708538

**INVOICE DATE**
09/22/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289                              **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 7071453 | 08289240099A | | 7025741976 | 09/22/2018 | PREPAID | | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 703L0782550P | | | | EXLA | 0109718894 | | 98.320 LB |
| **CATALOG NO.** | **DIST INFO** | | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

\*\*\* TRACKING IDs \*\*\*
EXLA                          00100761742034961421

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 579.30 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428708539

**INVOICE DATE**
09/22/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289                                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08289240098A | | 7025742015 | 09/22/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0782550P | | EXLA | | 0109718894 | | 154.026 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 10-855 | 002398074 | KNF FIX FOLD BLK | 48 | 4.46/1 | 214.08 |
| STMT74101 | 006403980 | 38PC STANLEY MIXED TOOL BAG | 10 | 15.30/1 | 153.00 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 6 | 11.17/1 | 67.02 |
| GR20 | 006557603 | ST GLUE GUN TRGR | 18 | 4.36/1 | 78.48 |
| 84-113 | 007443949 | ST PLRS 8" LINESMAN | 24 | 4.46/1 | 107.04 |
| 10-202 | 043301254 | 9/18MM S/O BONUS PK | 36 | 0.76/1 | 27.36 |
| 60-121 | 043343272 | ST SCD 1 12PC MERCH | 48 | 0.54/1 | 25.92 |
| 47-443 | 065310952 | ST CHLK BLUE W/LVL | 6 | 2.56/1 | 15.36 |
| STHT77404 | 065311237 | STUD SENSOR 150 | 12 | 11.17/1 | 134.04 |
| 84-112 | 065311324 | ST PLRS 7IN  LINESMAN | 24 | 3.47/1 | 83.28 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
TRA200BN                          ST STPL ASST LD                          20

STORE NUMBER: ST 0003947268289
DEPARTMENT : 010
*** TRACKING IDs ***
EXLA                          00100761742034961421

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 905.58 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428708540
**INVOICE DATE**
09/22/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8289 MAN
333 S SPRUCE ST
MANTENO, IL 60950

**STORE NUMBER:** 0003947268289                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08289241694R | | 7025808679 | 09/22/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0782550P | | EXLA | 0109718894 | | 118.940 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-060 | 001899113 | 6 PC SC SET & RACK | 18 | 3.42/1 | 61.56 |
| 11-921G | 002126661 | ST BLD HEAVY DUTY | 60 | 0.32/1 | 19.20 |
| 10-099 | 002227545 | ST KNF RETRACT BULK | 36 | 2.29/1 | 82.44 |
| 60-020 | 002264441 | 2 PC SD SET & RACK | 48 | 1.43/1 | 68.64 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 12 | 3.90/1 | 46.80 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 8 | 10.05/1 | 80.40 |
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 4 | 12.44/1 | 49.76 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 6 | 6.59/1 | 39.54 |
| 47-443 | 065310952 | ST CHLK BLUE W/LVL | 6 | 2.56/1 | 15.36 |
| 84-105 | 065311323 | ST PLRS 6" DIAGNL | 24 | 2.22/1 | 53.28 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 12 | 5.06/1 | 60.72 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| TR35 | | OPP LD STAPLE GUN | 6 |
| 46-067 | | ST SQRE QUICK W/INST | 6 |

STORE NUMBER: ST 0003947268289
DEPARTMENT : 010
*** TRACKING IDs ***
EXLA                          00100761742034961421

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 577.70 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428708549

**INVOICE DATE**
09/22/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

**STORE NUMBER:**     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08275306155R | 7025808765 | 09/22/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0782532P | | CTII | 55561154877 | 102.180 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | 30 | 5.15/1 | 154.50 |
| 33-425 | 005239811 | ST TAPE CD PL 251" | 24 | 8.31/1 | 199.44 |
| 10-175 | 005997311 | 001PC KNIFE 10-175 | 36 | 1.05/1 | 37.80 |
| 60-002 | 029827611 | 2 PHIL. ON HANG TAG | 36 | 2.22/1 | 79.92 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 4 | 9.38/1 | 37.52 |
| 30-485 | 045151111 | ST TAPE CD 121/2" | 36 | 2.01/1 | 72.36 |
| 15-090 | 045196611 | ST SAW NEST | 6 | 5.58/1 | 33.48 |

```
FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
11-921L                          ST BLD DISP 50PK              24


STORE NUMBER: ST 0003947268275
DEPARTMENT : 005
*** TRACKING IDs ***
CTII                    00100761742034797518

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 615.02 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428708550
**INVOICE DATE**
09/22/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

| | | | | STORE NUMBER: | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 7071453 | 08275306265R | | 7025808691 | 09/22/2018 | PREPAID | | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0782532P | | CTII | | 55561154877 | | 230.570 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-060 | 001899113 | 6 PC SC SET & RACK | 42 | 3.42/1 | 143.64 |
| 68-012 | 001974859 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 24 | 1.95/1 | 46.80 |
| 66-052 | 001976725 | ST SCD 6PC PRECISION | 24 | 2.33/1 | 55.92 |
| 11-921G | 002126661 | ST BLD HEAVY DUTY | 60 | 0.32/1 | 19.20 |
| 10-099 | 002227545 | ST KNF RETRACT BULK | 36 | 2.29/1 | 82.44 |
| 60-020 | 002264441 | 2 PC SD SET & RACK | 96 | 1.43/1 | 137.28 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 36 | 3.90/1 | 140.40 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 8 | 10.05/1 | 80.40 |
| 42-480 | 029766811 | ST LEVL 48" PROF WRK | 3 | 8.72/1 | 26.16 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 6 | 6.59/1 | 39.54 |
| 60-100 | 065311116 | 10 PC SC SET & RACK | 6 | 5.24/1 | 31.44 |
| STHT77404 | 065311237 | STUD SENSOR 150 | 12 | 11.17/1 | 134.04 |
| 84-105 | 065311323 | ST PLRS 6" DIAGNL | 24 | 2.22/1 | 53.28 |
| 84-112 | 065311324 | ST PLRS 7IN  LINESMAN | 24 | 3.47/1 | 83.28 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 12 | 5.06/1 | 60.72 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 18 | 6.70/1 | 120.60 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| TR35 | | OPP LD STAPLE GUN | 12 | | |
|---|---|---|---|---|---|
| 46-067 | | ST SQRE QUICK W/INST | 6 | | |
| 30-455 | | ST TAPE 251" | 72 | | |

STORE NUMBER: ST 0003947268275
DEPARTMENT : 010

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428708550
**INVOICE DATE**
09/22/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

**STORE NUMBER:**                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08275306265R | | 7025808691 | 09/22/2018 | PREPAID | |

| SHIPPING POINT / BOL | | | CARRIER | | PRO # | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0782532P | | | CTII | | 55561154877 | 230.570 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|---|
| *** TRACKING IDs *** | | | | | | |
| CTII | | 00100761742034797518 | | | | |

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,255.14 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428708554

**INVOICE DATE**
09/22/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

| STORE NUMBER: | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7071453 | 08275304546A | 7025742012 | 09/22/2018 | PREPAID |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0782532P | CTII | 55561154877 | 236.200 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 42-468 | 001279893 | ST LEVL 24" FOAM CMP | 4 | 3.34/1 | 13.36 |
| 42-294 | 001366542 | ST LEVL 9" THRF TORP | 48 | 1.92/1 | 92.16 |
| 68-012 | 001974859 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 168 | 1.95/1 | 327.60 |
| 10-099 | 002227545 | ST KNF RETRACT BULK | 36 | 2.29/1 | 82.44 |
| 84-519K | 005730870 | 12IN1MULTIW/HOLSTER | 12 | 8.00/1 | 96.00 |
| 60-040 | 006849958 | 4 PC BASIC SD SET | 24 | 5.58/1 | 133.92 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 72 | 3.90/1 | 280.80 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 24 | 10.05/1 | 241.20 |
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 4 | 12.44/1 | 49.76 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 6 | 6.59/1 | 39.54 |
| 60-100 | 065311116 | 10 PC SC SET & RACK | 6 | 5.24/1 | 31.44 |
| 84-105 | 065311323 | ST PLRS 6" DIAGNL | 24 | 2.22/1 | 53.28 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| 84-529 | | FM 10+12GJ PLIER SET | 8 | | |
|---|---|---|---|---|---|
| STHT74938 | | STANLEY 6 IN WIRE STRIPPER | 32 | | |
| TR35 | | OPP LD STAPLE GUN | 18 | | |
| 46-067 | | ST SQRE QUICK W/INST | 33 | | |
| 30-455 | | ST TAPE 251" | 72 | | |

STORE NUMBER: ST 0003947268275
DEPARTMENT : 010

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428708554
**INVOICE DATE**
09/22/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

| STORE NUMBER: | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08275304546A | | 7025742012 | 09/22/2018 | PREPAID | |

| SHIPPING POINT / BOL | | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0782532P | | | CTII | 55561154877 | | 236.200 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|---|
| *** TRACKING IDs *** | | | | | | |
| CTII | | 00100761742034797518 | | | | |

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,441.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428708556

**INVOICE DATE**
09/22/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

**STORE NUMBER:** | **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08275304533A | 7025742050 | 09/22/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0782532P | | CTII | 55561154877 | 82.684 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | 36 | 3.90/1 | 140.40 |
| 15-334 | 005241211 | STANLEY SAW 15" | 4 | 7.26/1 | 29.04 |
| GR10 | 005257211 | MINI GLUE GUN | 54 | 2.46/1 | 132.84 |
| 84-101 | 029819911 | ST PLRS 6" LONGNOSE | 24 | 2.52/1 | 60.48 |
| 84-114 | 030157911 | ST PLRS 3PC SET | 12 | 6.36/1 | 76.32 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
10-788                          ST KNF CG QUICK RETR                 36

STORE NUMBER: ST 0003947268275
DEPARTMENT : 005
*** TRACKING IDs ***
CTII                            00100761742034797518

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 439.08 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428708557

**INVOICE DATE**
09/22/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

| STORE NUMBER: | | | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 7071453 | 08275304534A | | 7025742036 | 09/22/2018 | PREPAID | | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0782532P | | CTII | | 55561154877 | | 104.280 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | 12 | 5.15/1 | 61.80 |
| 33-425 | 005239811 | ST TAPE CD PL 251" | 24 | 8.31/1 | 199.44 |
| 84-097 | 029803611 | ST PLRS 6inch SLIP JNT | 24 | 1.62/1 | 38.88 |
| 84-110 | 029973711 | ST PLRS 10inch GRVE JNT | 30 | 4.14/1 | 124.20 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 4 | 9.38/1 | 37.52 |
| 30-485 | 045151111 | ST TAPE CD 121/2" | 36 | 2.01/1 | 72.36 |
| 15-090 | 045196611 | ST SAW NEST | 12 | 5.58/1 | 66.96 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
| | | | |
|---|---|---|---|
| 11-921L | | ST BLD DISP 50PK | 24 |
| 16-150 | | ST WCHL 3PC SET | 30 |
| 84-110 | | ST PLRS 10inch GRVE JNT | 18 |

STORE NUMBER: ST 0003947268275
DEPARTMENT : 005
*** TRACKING IDs ***
CTII                         00100761742034797518

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 601.16 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

**PAGE**
1 of 1
**INVOICE NO**
9428708559
**INVOICE DATE**
09/22/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8275 MOR
PENN WARNER PARK
1 KRESGE RD
FAIRLESS HILLS, PA 19030

**STORE NUMBER:** | **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08275304545A | 7025741962 | 09/22/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0782532P | | CTII | 55561154877 | | 393.480 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 66-052 | 001976725 | ST SCD 6PC PRECISION | 24 | 2.33/1 | 55.92 |
| 11-921G | 002126661 | ST BLD HEAVY DUTY | 60 | 0.32/1 | 19.20 |
| STMT74101 | 006403980 | 38PC STANLEY MIXED TOOL BAG | 58 | 15.30/1 | 887.40 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 6 | 11.17/1 | 67.02 |
| GR20 | 006557603 | ST GLUE GUN TRGR | 18 | 4.36/1 | 78.48 |
| 55-515 | 007210814 | ST PRYB 13" WNDRBAR | 24 | 5.29/1 | 126.96 |
| 84-113 | 007443949 | ST PLRS 8" LINESMAN | 24 | 4.46/1 | 107.04 |
| 42-480 | 029766811 | ST LEVL 48" PROF WRK | 3 | 8.72/1 | 26.16 |
| 60-121 | 043343272 | ST SCD 1 12PC MERCH | 48 | 0.54/1 | 25.92 |
| STHT77404 | 065311237 | STUD SENSOR 150 | 12 | 11.17/1 | 134.04 |
| 84-112 | 065311324 | ST PLRS 7IN  LINESMAN | 24 | 3.47/1 | 83.28 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
TRA200BN                        ST STPL ASST LD              20

STORE NUMBER: ST 0003947268275
DEPARTMENT : 010
*** TRACKING IDs ***
CTII                            00100761742034797518

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,611.42 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428710775

**INVOICE DATE**
09/23/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

STORE NUMBER: 0003947268287                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08287246991R | | 7025767737 | 09/23/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0783371P | | OAKH | 82283155 | | 463.703 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 42-468 | 001279893 | ST LEVL 24" FOAM CMP | 12 | 3.34/1 | 40.08 |
| 42-294 | 001366542 | ST LEVL 9" THRF TORP | 72 | 1.92/1 | 138.24 |
| 10-855 | 002398074 | KNF FIX FOLD BLK | 64 | 4.46/1 | 285.44 |
| 84-529 | 005823967 | FM 10+12GJ PLIER SET | 88 | 10.05/1 | 884.40 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 22 | 7.23/1 | 159.06 |
| 60-040 | 006849958 | 4 PC BASIC SD SET | 30 | 5.58/1 | 167.40 |
| STHT71833 | 007031311 | STAPLES HD 1/4 IN 1250 PC PAPER | 75 | 1.49/1 | 111.75 |
| STHT74938 | 007405468 | STANLEY 6 IN WIRE STRIPPER | 8 | 5.15/1 | 41.20 |
| STHT71834 | 007422821 | STAPLES, HD, 5/16 IN, 1250 PC, PAPER | 30 | 1.49/1 | 44.70 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 36 | 3.90/1 | 140.40 |
| STHT71836 | 007882072 | STAPLES, HD, 3/8 IN, 1250 PC, PAPER | 45 | 1.49/1 | 67.05 |
| STHT71837 | 008873808 | STAPLES, HD, 1/2 IN, 1250 PC, PAPER | 45 | 1.49/1 | 67.05 |
| TRA200BN | 043318263 | ST STPL ASST LD | 20 | 2.18/1 | 43.60 |

FOB : ORIGIN

\*\*\* FOLLOWING ITEMS CANCELLED \*\*\*
STMT74443                          SUSAN G KOMEN 32 PIECE SET                 52

STORE NUMBER: ST 0003947268287
DEPARTMENT : 010
\*\*\* TRACKING IDs \*\*\*
OAKH                          00100288746457473297

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,190.37 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428710776
**INVOICE DATE**
09/23/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

STORE NUMBER: 0003947268287                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08287246989R | | 7025767588 | 09/23/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0783371P | | OAKH | 82283155 | | 81.240 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 16-150 | 026911811 | ST WCHL 3PC SET | 30 | 6.17/1 | 185.10 |
| 57-522 | 026941411 | ST HMMR 18OZ SOFT | 20 | 5.58/1 | 111.60 |
| 84-101 | 029819911 | ST PLRS 6" LONGNOSE | 48 | 2.52/1 | 120.96 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268287
DEPARTMENT : 005
*** TRACKING IDs ***
OAKH                          00100288746457473297

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 417.66 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428710777

**INVOICE DATE**
09/23/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8287 ONT
5600 E AIRPORT DR
ONTARIO, CA 91761

**STORE NUMBER:** 0003947268287                     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08287246990R | 7025767766 | 09/23/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0783371P | | OAKH | 82283155 | 123.250 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | 18 | 5.15/1 | 92.70 |
| 10-175 | 005997311 | 001PC KNIFE 10-175 | 36 | 1.05/1 | 37.80 |
| TR250 | 023033511 | ST STPL BRAD GUN | 6 | 10.50/1 | 63.00 |
| 10-788 | 028608911 | ST KNF CG QUICK RETR | 36 | 5.03/1 | 181.08 |
| 84-097 | 029803611 | ST PLRS 6inch SLIP JNT | 38 | 1.62/1 | 61.56 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 12 | 9.38/1 | 112.56 |
| 30-485 | 045151111 | ST TAPE CD 121/2" | 36 | 2.01/1 | 72.36 |
| 15-090 | 045196611 | ST SAW NEST | 24 | 5.58/1 | 133.92 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| 11-921L | | ST BLD DISP 50PK | 24 | | |
|---|---|---|---|---|---|
| 84-097 | | ST PLRS 6inch SLIP JNT | 34 | | |

STORE NUMBER: ST 0003947268287
DEPARTMENT : 005
*** TRACKING IDs ***

OAKH                          00100288746457473297

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 754.98 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428718124

**INVOICE DATE**
09/24/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

STORE NUMBER: 0003947268305                                      DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08305226932R | | 7025808736 | 09/24/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0751494P | | WARD | | 0111708592 | | 79.058 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| GR10 | 005257211 | MINI GLUE GUN | 18 | 2.46/1 | 44.28 |
| 11-921T | 005545511 | ST BLD 10PK DSPENSR | 100 | 1.39/1 | 139.00 |
| 57-522 | 026941411 | ST HMMR 18OZ SOFT | 45 | 5.58/1 | 251.10 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
16-150                          ST WCHL 3PC SET                          60

STORE NUMBER: ST 0003947268305
DEPARTMENT : 005
*** TRACKING IDs ***
WARD                            00100761742034750711

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 434.38 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428718123

**INVOICE DATE**
09/24/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

**STORE NUMBER:** 0003947268305                                   **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08305227013R | | 7025808705 | 09/24/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0751494P | | WARD | 0111708592 | 229.680 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STHT33270 | 002847336 | ST TAPE CD 25FT 1IN LEVERLOCK MAG | 8 | 5.03/1 | 40.24 |
| 84-529 | 005823967 | FM 10+12GJ PLIER SET | 16 | 10.05/1 | 160.80 |
| STHT51238 | 006224428 | STANLEY 16 OZ HAMMER | 12 | 7.23/1 | 86.76 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 28 | 11.17/1 | 312.76 |
| TR110 | 007461143 | ST STPLGUN STEEL | 6 | 10.30/1 | 61.80 |
| STHT20138 | 007642306 | 12IN HACKSAW PLASTIC HANDLE | 24 | 3.90/1 | 93.60 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268305
DEPARTMENT : 010
*** TRACKING IDs ***
WARD                          00100761742034750711


THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 755.96 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428718120

**INVOICE DATE**
09/24/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

**STORE NUMBER:**      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08292261490A | 7025742071 | 09/24/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0782506P | | AVRT | 0309005036 | 149.340 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | 18 | 5.15/1 | 92.70 |
| 33-425 | 005239811 | ST TAPE CD PL 251" | 48 | 8.31/1 | 398.88 |
| 84-097 | 029803611 | ST PLRS 6inch SLIP JNT | 24 | 1.62/1 | 38.88 |
| 84-110 | 029973711 | ST PLRS 10inch GRVE JNT | 48 | 4.14/1 | 198.72 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 4 | 9.38/1 | 37.52 |
| 30-485 | 045151111 | ST TAPE CD 121/2" | 36 | 2.01/1 | 72.36 |
| 15-090 | 045196611 | ST SAW NEST | 6 | 5.58/1 | 33.48 |

```
FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
11-921L                      ST BLD DISP 50PK                    24
16-150                       ST WCHL 3PC SET                     30
57-522                       ST HMMR 18OZ SOFT                    5




STORE NUMBER: ST 0003947268292
DEPARTMENT : 005
*** TRACKING IDs ***
AVRT                         00100761742034796238

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 872.54 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428718126
**INVOICE DATE**
09/24/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

STORE NUMBER: 0003947268305

**DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 7071453 | 08305226933R | | 7025808728 | 09/24/2018 | PREPAID | | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|---|
| Kannapolis DC / 703C1512456P | | UPS | | | | 30.000 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 33-425 | 005239811 | ST TAPE CD PL 251" | 24 | 8.31/1 | 199.44 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 4 | 9.38/1 | 37.52 |
| 15-090 | 045196611 | ST SAW NEST | 6 | 5.58/1 | 33.48 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
11-921L                     ST BLD DISP 50PK                    24


STORE NUMBER: ST 0003947268305
DEPARTMENT : 005
*** TRACKING IDs ***
UPS                         1Z10W2720328458335

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 270.44 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428718127
**INVOICE DATE**
09/24/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

STORE NUMBER: 0003947268305                     DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08305227014R | 7025808645 | 09/24/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 703C1512458P | | UPS | | | 61.130 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-020 | 002264441 | 2 PC SD SET & RACK | 48 | 1.43/1 | 68.64 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 8 | 10.05/1 | 80.40 |
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 4 | 12.44/1 | 49.76 |
| 42-480 | 029766811 | ST LEVL 48" PROF WRK | 3 | 8.72/1 | 26.16 |
| 47-443 | 065310952 | ST CHLK BLUE W/LVL | 6 | 2.56/1 | 15.36 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 6 | 6.70/1 | 40.20 |

FOB : ORIGIN

\*\*\* FOLLOWING ITEMS CANCELLED \*\*\*
46-067                     ST SQRE QUICK W/INST            24


STORE NUMBER: ST 0003947268305
DEPARTMENT : 010
\*\*\* TRACKING IDs \*\*\*
UPS                        1Z10W2720328458415

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 280.52 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428718128

**INVOICE DATE**
09/24/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

STORE NUMBER: 0003947268305     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08305225392A | | 7025741929 | 09/24/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703C1512657P | | | | UPS | | 50.296 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | | 18 | 3.90/1 | 70.20 |
| 15-334 | 005241211 | STANLEY SAW 15" | | 4 | 7.26/1 | 29.04 |
| GR10 | 005257211 | MINI GLUE GUN | | 36 | 2.46/1 | 88.56 |
| 84-114 | 030157911 | ST PLRS 3PC SET | | 12 | 6.36/1 | 76.32 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268305
DEPARTMENT : 005
*** TRACKING IDs ***
UPS                          1Z10W2720328458522

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 264.12 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428718119
**INVOICE DATE**
09/24/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

STORE NUMBER:                                      DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|
| 7071453 | 08292261489A | 7025742082 | 09/24/2018 | PREPAID | | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0782506P | | AVRT | 0309005036 | | 72.364 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | 36 | 3.90/1 | 140.40 |
| 15-334 | 005241211 | STANLEY SAW 15" | 4 | 7.26/1 | 29.04 |
| GR10 | 005257211 | MINI GLUE GUN | 54 | 2.46/1 | 132.84 |
| 84-114 | 030157911 | ST PLRS 3PC SET | 12 | 6.36/1 | 76.32 |

```
FOB : ORIGIN
STORE NUMBER: ST 0003947268292
DEPARTMENT : 005
*** TRACKING IDs ***
AVRT                    00100761742034796238
```

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 378.60 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428718118

**INVOICE DATE**
09/24/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

| STORE NUMBER: | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|---|
| 7071453 | 08292261501A | | 7025742042 | 09/24/2018 | PREPAID |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0782506P | | AVRT | 0309005036 | 289.708 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 11-921G | 002126661 | ST BLD HEAVY DUTY | 120 | 0.32/1 | 38.40 |
| 10-855 | 002398074 | KNF FIX FOLD BLK | 64 | 4.46/1 | 285.44 |
| STMT74101 | 006403980 | 38PC STANLEY MIXED TOOL BAG | 26 | 15.30/1 | 397.80 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 10 | 11.17/1 | 111.70 |
| GR20 | 006557603 | ST GLUE GUN TRGR | 18 | 4.36/1 | 78.48 |
| 55-515 | 007210814 | ST PRYB 13" WNDRBAR | 24 | 5.29/1 | 126.96 |
| 84-113 | 007443949 | ST PLRS 8" LINESMAN | 24 | 4.46/1 | 107.04 |
| STHT71837 | 008873808 | STAPLES, HD, 1/2 IN, 1250 PC, PAPER | 15 | 1.49/1 | 22.35 |
| 10-202 | 043301254 | 9/18MM S/O BONUS PK | 36 | 0.76/1 | 27.36 |
| 60-121 | 043343272 | ST SCD 1 12PC MERCH | 48 | 0.54/1 | 25.92 |
| 47-443 | 065310952 | ST CHLK BLUE W/LVL | 6 | 2.56/1 | 15.36 |
| STHT77404 | 065311237 | STUD SENSOR 150 | 12 | 11.17/1 | 134.04 |
| 84-112 | 065311324 | ST PLRS 7IN  LINESMAN | 24 | 3.47/1 | 83.28 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
TRA200BN                    ST STPL ASST LD                    20


STORE NUMBER: ST 0003947268292
DEPARTMENT : 010
*** TRACKING IDs ***
AVRT                        00100761742034796238

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,454.13 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# **Invoice**

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428718117

**INVOICE DATE**
09/24/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

**STORE NUMBER:**                                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08292261502A | | 7025741994 | 09/24/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 703L0782506P | | | AVRT | 0309005036 | | 171.940 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 42-468 | 001279893 | ST LEVL 24" FOAM CMP | 8 | 3.34/1 | 26.72 |
| 42-294 | 001366542 | ST LEVL 9" THRF TORP | 24 | 1.92/1 | 46.08 |
| 68-012 | 001974859 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 120 | 1.95/1 | 234.00 |
| 10-099 | 002227545 | ST KNF RETRACT BULK | 36 | 2.29/1 | 82.44 |
| 84-519K | 005730870 | 12IN1MULTIW/HOLSTER | 24 | 8.00/1 | 192.00 |
| 60-040 | 006849958 | 4 PC BASIC SD SET | 6 | 5.58/1 | 33.48 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 12 | 3.90/1 | 46.80 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 8 | 10.05/1 | 80.40 |
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 4 | 12.44/1 | 49.76 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 24 | 6.59/1 | 158.16 |
| 60-100 | 065311116 | 10 PC SC SET & RACK | 6 | 5.24/1 | 31.44 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| 84-529 | | FM 10+12GJ PLIER SET | 8 | | |
|---|---|---|---|---|---|
| STHT74938 | | STANLEY 6 IN WIRE STRIPPER | 32 | | |
| TR35 | | OPP LD STAPLE GUN | 18 | | |
| 46-067 | | ST SQRE QUICK W/INST | 15 | | |
| 30-455 | | ST TAPE 251" | 96 | | |

STORE NUMBER: ST 0003947268292
DEPARTMENT : 010

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428718117
**INVOICE DATE**
09/24/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

| STORE NUMBER: | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|---|
| 7071453 | 08292261502A | | 7025741994 | 09/24/2018 | PREPAID |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0782506P | | AVRT | 0309005036 | 171.940 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|

```
*** TRACKING IDs ***
AVRT                           00100761742034796238

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 981.28 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428718116

**INVOICE DATE**
09/24/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

**STORE NUMBER:**                                            **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7071453 | 08292263140R | 7025808757 | 09/24/2018 | PREPAID |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0782506P | AVRT | 0309005036 | 117.890 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-060 | 001899113 | 6 PC SC SET & RACK | 12 | 3.42/1 | 41.04 |
| 60-020 | 002264441 | 2 PC SD SET & RACK | 24 | 1.43/1 | 34.32 |
| GR20 | 006557603 | ST GLUE GUN TRGR | 18 | 4.36/1 | 78.48 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 12 | 3.90/1 | 46.80 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 8 | 10.05/1 | 80.40 |
| 42-480 | 029766811 | ST LEVL 48" PROF WRK | 9 | 8.72/1 | 78.48 |
| 60-100 | 065311116 | 10 PC SC SET & RACK | 6 | 5.24/1 | 31.44 |
| 84-105 | 065311323 | ST PLRS 6" DIAGNL | 24 | 2.22/1 | 53.28 |
| 90-948 | 065311595 | ST WREN 8" ADJUSTBLE | 12 | 5.06/1 | 60.72 |
| 90-949 | 065311596 | ST WREN 10" ADJUSTBL | 18 | 6.70/1 | 120.60 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
46-067                          ST SQRE QUICK W/INST                    21

STORE NUMBER: ST 0003947268292
DEPARTMENT : 010
*** TRACKING IDs ***
AVRT                    00100761742034796238

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 625.56 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428718115
**INVOICE DATE**
09/24/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8292 OCA
655 SW 52ND AVE
OCALA, FL 34474

**STORE NUMBER:**                                       **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08292263046R | 7025808700 | 09/24/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0782506P | | AVRT | 0309005036 | 102.360 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 51-616 | 005218811 | ST HMMR 16OZ CRV CLW | 24 | 5.15/1 | 123.60 |
| 10-175 | 005997311 | 001PC KNIFE 10-175 | 36 | 1.05/1 | 37.80 |
| 84-110 | 029973711 | ST PLRS 10inch GRVE JNT | 24 | 4.14/1 | 99.36 |
| 84-114 | 030157911 | ST PLRS 3PC SET | 12 | 6.36/1 | 76.32 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | 4 | 9.38/1 | 37.52 |
| 30-485 | 045151111 | ST TAPE CD 121/2" | 36 | 2.01/1 | 72.36 |

```
FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
11-921L                          ST BLD DISP 50PK                    24


STORE NUMBER: ST 0003947268292
DEPARTMENT : 005
*** TRACKING IDs ***
AVRT                             00100761742034796238

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 446.96 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428718111

**INVOICE DATE**
09/24/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

STORE NUMBER: 0003947268273          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08273674248A | | 7025742027 | 09/24/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703C1512454P | | | UPS | | | 91.010 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-060 | 001899113 | 6 PC SC SET & RACK | 12 | 3.42/1 | 41.04 |
| STMT74101 | 006403980 | 38PC STANLEY MIXED TOOL BAG | 10 | 15.30/1 | 153.00 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 2 | 11.17/1 | 22.34 |
| GR20 | 006557603 | ST GLUE GUN TRGR | 18 | 4.36/1 | 78.48 |
| 10-202 | 043301254 | 9/18MM S/O BONUS PK | 36 | 0.76/1 | 27.36 |
| 60-121 | 043343272 | ST SCD 1 12PC MERCH | 48 | 0.54/1 | 25.92 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
TRA200BN                          ST STPL ASST LD                          20


STORE NUMBER: ST 0003947268273
DEPARTMENT : 010
*** TRACKING IDs ***
UPS                              1Z10W2720328458344

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 348.14 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428718129

**INVOICE DATE**
09/24/2018

**BILL TO**

K-MART CORPORATION
P.O. Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

**STORE NUMBER:** 0003947268305          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08305225403A | 7025742038 | 09/24/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703C1512658P | | UPS | | 131.920 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 42-468 | 001279893 | ST LEVL 24" FOAM CMP | 8 | 3.34/1 | 26.72 |
| 42-294 | 001366542 | ST LEVL 9" THRF TORP | 24 | 1.92/1 | 46.08 |
| 68-012 | 001974859 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 72 | 1.95/1 | 140.40 |
| 10-099 | 002227545 | ST KNF RETRACT BULK | 36 | 2.29/1 | 82.44 |
| 60-040 | 006849958 | 4 PC BASIC SD SET | 6 | 5.58/1 | 33.48 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 12 | 3.90/1 | 46.80 |
| STHT71833 | 007031311 | STAPLES HD 1/4 IN 1250 PC PAPER | 30 | 1.49/1 | 44.70 |
| STHT71834 | 007422821 | STAPLES, HD, 5/16 IN, 1250 PC, PAPER | 15 | 1.49/1 | 22.35 |
| 84-558 | 007668685 | 4PC PLIER & ADJW SET | 8 | 10.05/1 | 80.40 |
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 8 | 12.44/1 | 99.52 |
| 42-470 | 065310891 | ST LEVL 48" COMP IBM | 6 | 6.59/1 | 39.54 |
| 84-105 | 065311323 | ST PLRS 6" DIAGNL | 24 | 2.22/1 | 53.28 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| 84-529 | | FM 10+12GJ PLIER SET | 8 |
| STHT74938 | | STANLEY 6 IN WIRE STRIPPER | 16 |
| TR35 | | OPP LD STAPLE GUN | 12 |
| 30-455 | | ST TAPE 251" | 24 |

STORE NUMBER: ST 0003947268305
DEPARTMENT : 010

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428718129
**INVOICE DATE**
09/24/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

**STORE NUMBER:** 0003947268305          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08305225403A | | 7025742038 | 09/24/2018 | PREPAID | |

| SHIPPING POINT / BOL | | | CARRIER | | PRO # | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703C1512658P | | | UPS | | | 131.920 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| *** TRACKING IDs *** | | | | | |
| UPS | | 1Z10W2720328458862 | | | |

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 715.71 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428718130
**INVOICE DATE**
09/24/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

**STORE NUMBER:** 0003947268305                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08305225402A | 7025742005 | 09/24/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703C1512457P | | UPS | | 92.782 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 66-052 | 001976725 | ST SCD 6PC PRECISION | 24 | 2.33/1 | 55.92 |
| 11-921G | 002126661 | ST BLD HEAVY DUTY | 60 | 0.32/1 | 19.20 |
| 10-855 | 002398074 | KNF FIX FOLD BLK | 16 | 4.46/1 | 71.36 |
| STMT74101 | 006403980 | 38PC STANLEY MIXED TOOL BAG | 2 | 15.30/1 | 30.60 |
| STMT74443 | 006467117 | SUSAN G KOMEN 32 PIECE SET | 4 | 11.17/1 | 44.68 |
| 84-113 | 007443949 | ST PLRS 8" LINESMAN | 24 | 4.46/1 | 107.04 |
| STHT71837 | 008873808 | STAPLES, HD, 1/2 IN, 1250 PC, PAPER | 15 | 1.49/1 | 22.35 |
| 60-121 | 043343272 | ST SCD 1 12PC MERCH | 48 | 0.54/1 | 25.92 |
| 84-112 | 065311324 | ST PLRS 7IN  LINESMAN | 24 | 3.47/1 | 83.28 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
TRA200BN                        ST STPL ASST LD                    20


STORE NUMBER: ST 0003947268305
DEPARTMENT : 010
*** TRACKING IDs ***
UPS                         1Z10W2720328458639

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 460.35 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428718131
**INVOICE DATE**
09/24/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8305 WAR
541 PERKINS JONES RD NE
WARREN, OH 44483

**STORE NUMBER:** 0003947268305         **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7071453 | 08305225393A | 7025741968 | 09/24/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703C1512666P | | UPS | | | 48.840 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 33-425 | 005239811 | ST TAPE CD PL 251" | 24 | 8.31/1 | 199.44 |
| 84-110 | 029973711 | ST PLRS 10inch GRVE JNT | 24 | 4.14/1 | 99.36 |
| 15-090 | 045196611 | ST SAW NEST | 6 | 5.58/1 | 33.48 |

```
FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
11-921L                        ST BLD DISP 50PK              24
57-522                         ST HMMR 18OZ SOFT             5


STORE NUMBER: ST 0003947268305
DEPARTMENT : 005
*** TRACKING IDs ***
UPS                            1Z10W2720328458684

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 332.28 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428718109
**INVOICE DATE**
09/24/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

| STORE NUMBER: 0003947268273 | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7071453 | 08273674249A | 7025741996 | 09/24/2018 | PREPAID |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703C1512452P | UPS | | 63.760 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 42-468 | 001279893 | ST LEVL 24" FOAM CMP | 4 | 3.34/1 | 13.36 |
| 42-294 | 001366542 | ST LEVL 9" THRF TORP | 24 | 1.92/1 | 46.08 |
| 68-012 | 001974859 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 48 | 1.95/1 | 93.60 |
| 10-099 | 002227545 | ST KNF RETRACT BULK | 36 | 2.29/1 | 82.44 |
| 66-358 | 006970016 | RACHETING STUBBY MB | 12 | 3.90/1 | 46.80 |
| STHT60104 | 007805625 | STANLEY 22PC SCREWDRIVER SET | 4 | 12.44/1 | 49.76 |
| 84-105 | 065311323 | ST PLRS 6" DIAGNL | 24 | 2.22/1 | 53.28 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| 84-529 | | FM 10+12GJ PLIER SET | 8 | | |
|---|---|---|---|---|---|
| STHT74938 | | STANLEY 6 IN WIRE STRIPPER | 8 | | |
| TR35 | | OPP LD STAPLE GUN | 6 | | |
| 30-455 | | ST TAPE 251" | 24 | | |

STORE NUMBER: ST 0003947268273
DEPARTMENT : 010
*** TRACKING IDs ***
UPS                          1Z10W2720328458175

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 385.32 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428718105
**INVOICE DATE**
09/24/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

STORE NUMBER: 0003947268273                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08273674238A | | 7025742064 | 09/24/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703C1512453P | | | | UPS | | 34.908 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| 51-613 | 005219011 | ST HMMR 7OZ CLW WOOD | | 12 | 3.90/1 | 46.80 |
| GR10 | 005257211 | MINI GLUE GUN | | 18 | 2.46/1 | 44.28 |
| 84-114 | 030157911 | ST PLRS 3PC SET | | 12 | 6.36/1 | 76.32 |

FOB : ORIGIN
STORE NUMBER: ST 0003947268273
DEPARTMENT : 005
*** TRACKING IDs ***
UPS                          1Z10W2720328458166

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 167.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428718107

**INVOICE DATE**
09/24/2018

**BILL TO**

K-MART CORPORATION
P.O.Box 7066
TROY 48007-7066

**SHIP TO**

KMART DIST CTR 8273 LAW
2400 KRESGE RD
LAWRENCE, KS 66049

**STORE NUMBER:** 0003947268273    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7071453 | 08273674239A | | 7025742051 | 09/24/2018 | PREPAID | |
| SHIPPING POINT / BOL | | | CARRIER | | PRO # | WEIGHT |
| Kannapolis DC / 703C1512455P | | | UPS | | | 41.160 LB |
| CATALOG NO. | DIST INFO | DESCRIPTION | | QTY | UNIT PRICE / PER | NET AMOUNT |
| 84-097 | 029803611 | ST PLRS 6inch SLIP JNT | | 24 | 1.62/1 | 38.88 |
| 84-110 | 029973711 | ST PLRS 10inch GRVE JNT | | 24 | 4.14/1 | 99.36 |
| 84-079 | 030158511 | ST PLRS 6PC MINI SET | | 4 | 9.38/1 | 37.52 |

FOB : ORIGIN

\*\*\* FOLLOWING ITEMS CANCELLED \*\*\*
   11-921L                                  ST BLD DISP 50PK                                    24


STORE NUMBER: ST 0003947268273
DEPARTMENT : 005
\*\*\* TRACKING IDs \*\*\*
UPS                                        1Z10W2720328458317

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 175.76 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428325827

**INVOICE DATE**
07/27/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 548623 D/609 | 7025315637 | 07/27/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 70333944764P | | CTII | 55561141015 | 11.520 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STHT30812 | 39304 | ST TAPE CD 16FT 3/4IN LEVERLOCK | 24 | 3.25/1 | 78.00 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 66-344 | | ST SCD 4IN1 PCKET DR | 48 |
| STST14022 | | ST ORGANIZER SORTMASTER JR | 64 |
| FMST14820 | | FM DEEP PRO ORGANIZER | 21 |
| FMST14920 | | FM SHALLOW PRO ORG | 25 |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 24 |

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                              00100761742018950281

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 78.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428346808

**INVOICE DATE**
07/31/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DRIVE NORTH
JACKSONVILLE, FL 32218

**STORE NUMBER:** 0425        **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 549568 D/609 | | 7025366555 | 07/31/2018 | COLLECT | |
| SHIPPING POINT / BOL | | | CARRIER | | PRO # | WEIGHT |
| Jackson - North DC / 038S0007048P | | | UPS | | | 21.120 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST20061 | 10611 | FM 20" TOOLBOX METAL/PLASTIC | 4 | 18.00/1 | 72.00 |

FOB : ORIGIN

*** BACKORDERS ***
   FMST14820                          FM DEEP PRO ORGANIZER               3

*** FOLLOWING ITEMS CANCELLED ***
   FMST20061                          FM 20" TOOLBOX METAL/PLASTIC     24

STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                           1Z9A04590301561297

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 72.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

**PAGE**
1 of 1
**INVOICE NO**
9428388415
**INVOICE DATE**
08/06/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DRIVE NORTH
JACKSONVILLE, FL 32218

**STORE NUMBER:** 0425                                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 550669 D/609 | | 7025424651 | 08/06/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038S0007516P | | UPS | | | | 39.537 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST14028 | 11512 | MULTILEVEL ORGANIZER | 9 | 12.00/1 | 108.00 |

FOB : ORIGIN

*** BACKORDERS ***
FMST14820                         FM DEEP PRO ORGANIZER              24

STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                               1Z9A04590301578583

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 108.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428386362

**INVOICE DATE**
08/06/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK CO 1137
HANCOCK MALL
1000 E 41ST ST
AUSTIN, TX 78751

STORE NUMBER: 1137                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 495873 D/609 | | 7025453583 | 08/06/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16433989005P | | UPS | | | 19.920 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STHT60240 | 4613 | STANLEY HISPEED RATCHETING SCREWDRIVER | 24 | 12.25/1 | 294.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 1137
DEPARTMENT : 609
VENDOR : 178801403
CROSSDOCK NUMBER : 87447
*** TRACKING IDs ***
UPS                              1Z7996860324460431

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 294.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428431408

**INVOICE DATE**
08/13/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                                     DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 552473 D/609 | 7025554920 | 08/13/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 70334021026P | | CTII | 55561144092 | 100.020 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 66-344 | 13649 | ST SCD 4IN1 PCKET DR | 48 | 1.35/1 | 64.80 |
| FMHT33338 | 42199 | FM TAPE CD 25FT 1-1/4IN AUTOLOCK | 12 | 18.86/1 | 226.32 |
| 62-574 | 46136 | 20PC MULITBIT SD SET | 18 | 7.50/1 | 135.00 |
| 21-399 | 72698 | 001PC SURFORM 6IN POCKET PLANE | 12 | 3.66/1 | 43.92 |
| 33-835 | 72901 | ST TAPE CD PL 351" | 12 | 12.01/1 | 144.12 |
| 60-100 | 73272 | 10 PC SC SET & RACK | 12 | 5.40/1 | 64.80 |
| 33-425 | 97382 | ST TAPE CD PL 251" | 24 | 8.56/1 | 205.44 |

FOB : ORIGIN

*** BACKORDERS ***
028001L                        FM 28" TOOLSBOX STRUCTURAL FOAM            9

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                           00100761742022738615

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 884.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428431399

**INVOICE DATE**
08/13/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 551530 D/609 | 7025486261 | 08/13/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 70334021026P | | CTII | 55561144092 | 15.960 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 33-835 | 72901 | ST TAPE CD PL 351" | 12 | 12.01/1 | 144.12 |

FOB : ORIGIN

*** BACKORDERS ***

| 30-455 | | ST TAPE 251" | 24 | | |
|---|---|---|---|---|---|
| FMST14820 | | FM DEEP PRO ORGANIZER | 48 | | |
| 014710R | | ST DEEP PRO ORGANIZER | 4 | | |

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                        00100761742022738615

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 144.12 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428470478

**INVOICE DATE**
08/18/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 552476 D/609 | | 7025554997 | 08/18/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Kannapolis DC / 70334054231P | | | CTII | | 55561145834 | 268.476 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 10-779 | 72219 | 001PC UTILITY KNIFE 6IN | 36 | 2.50/1 | 90.00 |
| 028001L | 81357 | FM 28" TOOLSBOX STRUCTURAL FOAM | 24 | 20.00/1 | 480.00 |

FOB : ORIGIN

*** BACKORDERS ***
68-012                          001PC CONTROL GRIP 6 WAY SCREWDRIVER       24

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                            00100761742024694407

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 570.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 2

**INVOICE NO**
9428532112

**INVOICE DATE**
08/27/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

**STORE NUMBER:** 0447          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7070513 | 554313 D/609 | 7025656730 | 08/27/2018 | COLLECT |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434077279P | DART | 16434077279P | 330.968 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 10-778 | 31545 | FMX RETRACT KNIFE | 36 | 5.39/1 | 194.04 |
| 11-921A | 31914 | ST BLD DISP 100PK | 24 | 6.16/1 | 147.84 |
| 20-221 | 31922 | ST SAW 10" SHORT CUT | 12 | 7.44/1 | 89.28 |
| 33-725 | 39287 | FM TAPE CD 25 1/4" | 24 | 15.66/1 | 375.84 |
| 62-574 | 46136 | 20PC MULITBIT SD SET | 14 | 7.50/1 | 105.00 |
| STHT60103 | 46171 | STANLEY 16PC SCREWDRIVER SET | 8 | 8.90/1 | 71.20 |
| 10-099 | 72166 | ST KNF RETRACT BULK | 36 | 2.35/1 | 84.60 |
| 21-399 | 72698 | 001PC SURFORM 6IN POCKET PLANE | 48 | 3.66/1 | 175.68 |
| 30-485 | 72758 | ST TAPE CD 121/2" | 36 | 2.07/1 | 74.52 |
| 33-730 | 72897 | FM TAPE CD 301/4" | 24 | 17.65/1 | 423.60 |
| 33-835 | 72901 | ST TAPE CD PL 351" | 20 | 12.01/1 | 240.20 |
| 34-106 | 72906 | ST TAPE CC 100 LONG | 12 | 6.34/1 | 76.08 |
| 60-060 | 73270 | 6 PC SC SET & RACK | 6 | 3.32/1 | 19.92 |
| 60-100 | 73272 | 10 PC SC SET & RACK | 24 | 5.40/1 | 129.60 |
| 33-430 | 97385 | ST TAPE CD PL 301" | 72 | 10.92/1 | 786.24 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| FMST20061 | | FM 20" TOOLBOX METAL/PLASTIC | 64 |
| STST41001 | | PORTABLE STORAGE TOTE TRAY | 6 |
| STST14022 | | ST ORGANIZER SORTMASTER JR | 16 |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 21 |

STORE NUMBER: ST 0447

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428532112

**INVOICE DATE**
08/27/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

**STORE NUMBER:** 0447                                              **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 554313 D/609 | | 7025656730 | 08/27/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434077279P | | DART | 16434077279P | | 330.968 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DEPARTMENT : 609 | | | | | |
| VENDOR : 178801403 | | | | | |
| *** TRACKING IDs *** | | | | | |
| DART | | 00100288746450003972 | | | |

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,993.64 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1
**INVOICE NO**
9428532107

**INVOICE DATE**
08/27/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

**STORE NUMBER:** 0447    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 552475 D/609 | | 7025555007 | 08/27/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434077279P | | DART | | 16434077279P | | 28.400 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| TRE550Z | 72268 | ST STPL 2 IN 1 NAILER ELEC | 10 | 20.32/1 | 203.20 |

```
FOB : ORIGIN

*** BACKORDERS ***
FMST20061                      FM 20" TOOLBOX METAL/PLASTIC       24
FMST14820                      FM DEEP PRO ORGANIZER              15



STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
DART                           00100288746450003972

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 203.20 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428532102

**INVOICE DATE**
08/27/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449 — **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 554314 D/609 | 7025656724 | 08/27/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434077272P | | DART | 16434077272P | | 336.600 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 66-344 | 13649 | ST SCD 4IN1 PCKET DR | 48 | 1.35/1 | 64.80 |
| 10-778 | 31545 | FMX RETRACT KNIFE | 36 | 5.39/1 | 194.04 |
| 20-221 | 31922 | ST SAW 10" SHORT CUT | 12 | 7.44/1 | 89.28 |
| 33-735 | 39288 | FM TAPE CD 351/4" | 48 | 18.65/1 | 895.20 |
| STHT30812 | 39304 | ST TAPE CD 16FT 3/4IN LEVERLOCK | 24 | 3.25/1 | 78.00 |
| FMHT33338 | 42199 | FM TAPE CD 25FT 1-1/4IN AUTOLOCK | 12 | 18.86/1 | 226.32 |
| 62-574 | 46136 | 20PC MULITBIT SD SET | 8 | 7.50/1 | 60.00 |
| 10-099 | 72166 | ST KNF RETRACT BULK | 36 | 2.35/1 | 84.60 |
| 11-921G | 72250 | ST BLD HEAVY DUTY | 60 | 0.31/1 | 18.60 |
| 21-399 | 72698 | 001PC SURFORM 6IN POCKET PLANE | 32 | 3.66/1 | 117.12 |
| 33-730 | 72897 | FM TAPE CD 301/4" | 24 | 17.65/1 | 423.60 |
| 33-835 | 72901 | ST TAPE CD PL 351" | 12 | 12.01/1 | 144.12 |
| 34-106 | 72906 | ST TAPE CC 100 LONG | 12 | 6.34/1 | 76.08 |
| 60-100 | 73272 | 10 PC SC SET & RACK | 36 | 5.40/1 | 194.40 |
| 68-012 | 73409 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 24 | 2.73/1 | 65.52 |
| 33-430 | 97385 | ST TAPE CD PL 301" | 48 | 10.92/1 | 524.16 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*

| | | | |
|---|---|---|---|
| FMST20061 | | FM 20" TOOLBOX METAL/PLASTIC | 12 |
| FMHT10827 | | FM KNVE CD FOLDING | 36 |

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428532102
**INVOICE DATE**
08/27/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 554314 D/609 | | 7025656724 | 08/27/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434077272P | | DART | 16434077272P | | 336.600 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | |

```
*** TRACKING IDs ***
DART                              00100288746450004733

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 3,255.84 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428532095

**INVOICE DATE**
08/27/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

| | | | | STORE NUMBER: 0449 | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| 7077145 | 553426 D/609 | | 7025607388 | 08/27/2018 | COLLECT | | | |

| SHIPPING POINT / BOL | | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434077272P | | | DART | 16434077272P | | 9.960 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 68-012 | 73409 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 24 | 2.73/1 | 65.52 |

```
FOB : ORIGIN

*** BACKORDERS ***
  FMST14820                        FM DEEP PRO ORGANIZER              15


STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
DART                    00100288746450004733

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 65.52 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428532001
**INVOICE DATE**
08/27/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DRIVE NORTH
JACKSONVILLE, FL 32218

**STORE NUMBER:** 0425                                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 554310 D/609 | | 7025656656 | 08/27/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0627529P | | CTII | | 55561148192 | | 27.120 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMHT33338 | 42199 | FM TAPE CD 25FT 1-1/4IN AUTOLOCK | 12 | 18.86/1 | 226.32 |
| 34-106 | 72906 | ST TAPE CC 100 LONG | 12 | 6.34/1 | 76.08 |

FOB : ORIGIN

*** BACKORDERS ***

| FMST20061 | | FM 20" TOOLBOX METAL/PLASTIC | 40 |
|---|---|---|---|
| FMST14820 | | FM DEEP PRO ORGANIZER | 3 |

STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                              00100761742026766119

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 302.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428531998

**INVOICE DATE**
08/27/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DRIVE NORTH
JACKSONVILLE, FL 32218

**STORE NUMBER:** 0425                                              **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 554310 D/609 | | 7025656656 | 08/27/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038S0008954P | | UPS | | | | 260.940 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST14022 | 42225 | ST ORGANIZER SORTMASTER JR | 16 | 4.75/1 | 76.00 |
| FMST14920 | 46346 | FM SHALLOW PRO ORG | 35 | 12.00/1 | 420.00 |
| 028001L | 81357 | FM 28" TOOLSBOX STRUCTURAL FOAM | 9 | 20.00/1 | 180.00 |

FOB : ORIGIN

*** BACKORDERS ***
FMST20061                        FM 20" TOOLBOX METAL/PLASTIC        40
FMST14820                        FM DEEP PRO ORGANIZER               3

STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                              1Z9A04590301683272

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 676.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428531992
**INVOICE DATE**
08/27/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7070513 | 554312 D/609 | 7025656722 | 08/27/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0627527P | | CTII | 55561148176 | 323.456 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 20-221 | 31922 | ST SAW 10" SHORT CUT | 12 | 7.44/1 | 89.28 |
| 33-725 | 39287 | FM TAPE CD 25 1/4" | 48 | 15.66/1 | 751.68 |
| 33-735 | 39288 | FM TAPE CD 351/4" | 24 | 18.65/1 | 447.60 |
| STHT30810 | 39303 | ST TAPE CD 12FT 1/2IN LEVERLOCK | 24 | 3.07/1 | 73.68 |
| 62-574 | 46136 | 20PC MULITBIT SD SET | 6 | 7.50/1 | 45.00 |
| 21-399 | 72698 | 001PC SURFORM 6IN POCKET PLANE | 40 | 3.66/1 | 146.40 |
| 33-835 | 72901 | ST TAPE CD PL 351" | 24 | 12.01/1 | 288.24 |
| 34-106 | 72906 | ST TAPE CC 100 LONG | 12 | 6.34/1 | 76.08 |
| 60-060 | 73270 | 6 PC SC SET & RACK | 6 | 3.32/1 | 19.92 |
| 60-100 | 73272 | 10 PC SC SET & RACK | 84 | 5.40/1 | 453.60 |
| 33-430 | 97385 | ST TAPE CD PL 301" | 24 | 10.92/1 | 262.08 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| STST14028 | | MULTILEVEL ORGANIZER | 18 |
| STST14022 | | ST ORGANIZER SORTMASTER JR | 32 |
| FMST14820 | | FM DEEP PRO ORGANIZER | 6 |
| FMST14920 | | FM SHALLOW PRO ORG | 15 |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 33 |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

**PAGE**
2 of 2

**INVOICE NO**
9428531992

**INVOICE DATE**
08/27/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                  **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 554312 D/609 | | 7025656722 | 08/27/2018 | COLLECT | |

| SHIPPING POINT / BOL | | | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0627527P | | | | CTII | 55561148176 | | 323.456 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|---|
| *** TRACKING IDs *** | | | | | | |
| CTII | | 00100761742026765587 | | | | |

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,653.56 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428531987
**INVOICE DATE**
08/27/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 543745 D/609 | | 7025049344 | 08/27/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0627527P | | CTII | | 55561148176 | | 11.520 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMHT10827 | 36599 | FM KNVE CD FOLDING | 36 | 5.67/1 | 204.12 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                          00100761742026765587

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 204.12 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428531985

**INVOICE DATE**
08/27/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                           DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7070513 | 552474 D/609 | 7025554989 | 08/27/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0627527P | | CTII | 55561148176 | | 28.400 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| TRE550Z | 72268 | ST STPL 2 IN 1 NAILER ELEC | 10 | 20.32/1 | 203.20 |

FOB : ORIGIN

*** BACKORDERS ***
FMST14820                      FM DEEP PRO ORGANIZER                48

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                           00100761742026765587

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 203.20 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428531984

**INVOICE DATE**
08/27/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 547501 D/609 | | 7025274411 | 08/27/2018 | COLLECT | |

| SHIPPING POINT / BOL | | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0627527P | | | CTII | 55561148176 | | 11.520 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMHT10827 | 36599 | FM KNVE CD FOLDING | 36 | 5.67/1 | 204.12 |

FOB : ORIGIN

*** BACKORDERS ***
FMST20061                    FM 20" TOOLBOX METAL/PLASTIC          88
FMST14820                    FM DEEP PRO ORGANIZER                 24

*** FOLLOWING ITEMS CANCELLED ***
STHT30810                    ST TAPE CD 12FT 1/2IN LEVERLOCK       44

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                         00100761742026765587

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 204.12 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428531982
**INVOICE DATE**
08/27/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                            **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 546557 D/609 | | 7025226232 | 08/27/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0627527P | | CTII | 55561148176 | | 11.520 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMHT10827 | 36599 | FM KNVE CD FOLDING | 36 | 5.67/1 | 204.12 |

FOB : ORIGIN

*** BACKORDERS ***
   FMST20061                    FM 20" TOOLBOX METAL/PLASTIC              40

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                          00100761742026765587

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 204.12 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 2

**INVOICE NO**
9428531975

**INVOICE DATE**
08/27/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440              **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 554311 D/609 | 7025656709 | 08/27/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0627528P | | CTII | 55561148184 | 199.688 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 33-725 | 39287 | FM TAPE CD 25 1/4" | 24 | 15.66/1 | 375.84 |
| 16-401 | 43960 | BLY 5PC CHISEL POUCH | 4 | 51.62/1 | 206.48 |
| 11-921G | 72250 | ST BLD HEAVY DUTY | 60 | 0.31/1 | 18.60 |
| TRE550Z | 72268 | ST STPL 2 IN 1 NAILER ELEC | 10 | 20.32/1 | 203.20 |
| 21-399 | 72698 | 001PC SURFORM 6IN POCKET PLANE | 16 | 3.66/1 | 58.56 |
| 33-835 | 72901 | ST TAPE CD PL 351" | 12 | 12.01/1 | 144.12 |
| 34-106 | 72906 | ST TAPE CC 100 LONG | 12 | 6.34/1 | 76.08 |
| 60-100 | 73272 | 10 PC SC SET & RACK | 48 | 5.40/1 | 259.20 |
| 33-430 | 97385 | ST TAPE CD PL 301" | 24 | 10.92/1 | 262.08 |

FOB : ORIGIN

*** BACKORDERS ***

| FMST20061 | FM 20" TOOLBOX METAL/PLASTIC | 8 |
|---|---|---|
| STST14028 | MULTILEVEL ORGANIZER | 9 |
| FMST14820 | FM DEEP PRO ORGANIZER | 15 |
| 060864R | ST FOLDING SAWHORSE TWIN PACK | 12 |
| 97-126 | 011PC 12DR DEEP IMPACT SOCKET SET MM | 6 |
| STST19410 | ST 19" TOOLBOX | 4 |
| FMST14920 | FM SHALLOW PRO ORG | 25 |
| 028001L | FM 28" TOOLSBOX STRUCTURAL FOAM | 15 |

*** FOLLOWING ITEMS CANCELLED ***

| INV-SKU | F28WW | 3 |
|---|---|---|
| INV-SKU | N66C-1 | 1 |

STORE NUMBER: ST 0440

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428531975

**INVOICE DATE**
08/27/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 554311 D/609 | | 7025656709 | 08/27/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0627528P | | CTII | | 55561148184 | | 199.688 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|---|
| DEPARTMENT : 609 | | | | | | |
| VENDOR : 178801403 | | | | | | |
| *** TRACKING IDs *** | | | | | | |
| CTII | | 00100761742026733401 | | | | |

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,604.16 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428531970

**INVOICE DATE**
08/27/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

| | | | | STORE NUMBER: 0440 | | | DUNS. 00-131-7189 |

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 7077145 | 548617 D/609 | | 7025315557 | 08/27/2018 | COLLECT | | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0627528P | | CTII | | 55561148184 | | 3.840 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMHT10827 | 36599 | FM KNVE CD FOLDING | 12 | 5.67/1 | 68.04 |

```
FOB : ORIGIN

*** BACKORDERS ***
 FMHT10827                          FM KNVE CD FOLDING          24

*** FOLLOWING ITEMS CANCELLED ***
 INV-SKU                            F28WW                        1


STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                       00100761742026733401

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 68.04 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# **Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428531969

**INVOICE DATE**
08/27/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 546556 D/609 | | 7025226221 | 08/27/2018 | COLLECT | |

| SHIPPING POINT / BOL | | | CARRIER | | PRO # | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0627528P | | | CTII | | 55561148184 | 11.520 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMHT10827 | 36599 | FM KNVE CD FOLDING | 36 | 5.67/1 | 204.12 |

```
FOB : ORIGIN
Item 000130 PAA64 05 Discontinued, No Longer Available
Item 000140 PSS44 05 Discontinued, No Longer Available

*** FOLLOWING ITEMS CANCELLED ***
 INV-SKU                      US58                       1
 PAA64                        02886 AL RVT 15PK         10
 PSS44                        02900 ST RVT 20PK         10




STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                          00100761742026733401

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 204.12 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428531964

**INVOICE DATE**
08/27/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 554314 D/609 | 7025656724 | 08/27/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Jackson - North DC / 038S0008952P | | UPS | | | 277.620 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST14022 | 42225 | ST ORGANIZER SORTMASTER JR | 32 | 4.75/1 | 152.00 |
| FMST14920 | 46346 | FM SHALLOW PRO ORG | 40 | 12.00/1 | 480.00 |
| 028001L | 81357 | FM 28" TOOLSBOX STRUCTURAL FOAM | 6 | 20.00/1 | 120.00 |

FOB : ORIGIN

*** BACKORDERS ***
FMST20061                         FM 20" TOOLBOX METAL/PLASTIC        12
FMHT10827                         FM KNVE CD FOLDING                  36


STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                               1Z9A04590301683290

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 752.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# **Invoice**

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428569750

**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                                   **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 554312 D/609 | | 7025656722 | 08/31/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Jackson - North DC / 038C0019609P | | | UPS | | | 355.114 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| STST14028 | 11512 | MULTILEVEL ORGANIZER | | 18 | 12.00/1 | 216.00 |
| STST14022 | 42225 | ST ORGANIZER SORTMASTER JR | | 32 | 4.75/1 | 152.00 |
| FMST14920 | 46346 | FM SHALLOW PRO ORG | | 15 | 12.00/1 | 180.00 |
| 028001L | 81357 | FM 28" TOOLSBOX STRUCTURAL FOAM | | 15 | 20.00/1 | 300.00 |

```
FOB : ORIGIN

*** BACKORDERS ***
FMST14820                     FM DEEP PRO ORGANIZER                  6

*** FOLLOWING ITEMS CANCELLED ***
  028001L                     FM 28" TOOLSBOX STRUCTURAL FOAM       18


STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                         1Z9A04590301700878
UPS                         1Z9A04590301701153

THANK YOU FOR YOUR ORDER.
```

| **PLEASE REMIT TO:** | **TERMS:** | **FREIGHT CHARGES** | **SALES TAX** | **TOTAL AMOUNT OF INVOICE** |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 848.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428569749

**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 549570 D/609 | | 7025366629 | 08/31/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0665238P | | CTII | | 55561149984 | | 11.520 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMHT10827 | 36599 | FM KNVE CD FOLDING | 36 | 5.67/1 | 204.12 |

FOB : ORIGIN

*** BACKORDERS ***
    FMST20061                      FM 20" TOOLBOX METAL/PLASTIC       108

*** FOLLOWING ITEMS CANCELLED ***
    FMST14820                      FM DEEP PRO ORGANIZER            60

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                        00100761742028871514

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 204.12 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428569746

**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

**STORE NUMBER:** 0447      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 554313 D/609 | | 7025656730 | 08/31/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038C0019611P | | UPS | | | 41.300 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST41001 | 41787 | PORTABLE STORAGE TOTE TRAY | 6 | 5.00/1 | 30.00 |
| STST14022 | 42225 | ST ORGANIZER SORTMASTER JR | 16 | 4.75/1 | 76.00 |

FOB : ORIGIN

*** BACKORDERS ***

| FMST20061 | | FM 20" TOOLBOX METAL/PLASTIC | 64 | | |
|---|---|---|---|---|---|
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 21 | | |

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                          1Z9A04590301701920

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 106.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428569744

**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 554311 D/609 | | 7025656709 | 08/31/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038C0019607P | | UPS | | | 469.877 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST14028 | 11512 | MULTILEVEL ORGANIZER | 9 | 12.00/1 | 108.00 |
| 060864R | 4393 | ST FOLDING SAWHORSE TWIN PACK | 12 | 26.95/1 | 323.40 |
| STST19410 | 43954 | ST 19" TOOLBOX | 4 | 11.88/1 | 47.52 |
| FMST14920 | 46346 | FM SHALLOW PRO ORG | 25 | 12.00/1 | 300.00 |
| 028001L | 81357 | FM 28" TOOLSBOX STRUCTURAL FOAM | 15 | 20.00/1 | 300.00 |

FOB : ORIGIN

*** BACKORDERS ***
FMST20061                     FM 20" TOOLBOX METAL/PLASTIC          8
FMST14820                     FM DEEP PRO ORGANIZER               15
97-126                        011PC 12DR DEEP IMPACT SOCKET SET MM  6

*** FOLLOWING ITEMS CANCELLED ***
INV-SKU                       F28WW                                3
INV-SKU                       N66C-1                               1


STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                           1Z9A04590301700921
UPS                           1Z9A04590301702269

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,078.92 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428569743

**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 550670 D/609 | 7025424658 | 08/31/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0665237P | | CTII | 55561149976 | 11.520 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMHT10827 | 36599 | FM KNVE CD FOLDING | 36 | 5.67/1 | 204.12 |

FOB : ORIGIN

*** BACKORDERS ***
    FMST14820                         FM DEEP PRO ORGANIZER           30

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                          00100761742028871682

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 204.12 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428589630
**INVOICE DATE**
09/05/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

**STORE NUMBER:** 0447      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7070513 | 555523 D/609 | 7025713724 | 09/05/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Jackson - North DC / 03834091596P | | UPS | | 306.967 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST14028 | 11512 | MULTILEVEL ORGANIZER | 9 | 12.36/1 | 111.24 |
| STST41001 | 41787 | PORTABLE STORAGE TOTE TRAY | 12 | 5.15/1 | 61.80 |
| STST14022 | 42225 | ST ORGANIZER SORTMASTER JR | 16 | 4.89/1 | 78.24 |
| FMST14920 | 46346 | FM SHALLOW PRO ORG | 55 | 12.36/1 | 679.80 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| FMST14820 | | FM DEEP PRO ORGANIZER | 30 |
| 10-779 | | 001PC UTILITY KNIFE 6IN | 36 |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 24 |

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                              1Z9A04590301720294

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 931.08 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428589626

**INVOICE DATE**
09/05/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

| STORE NUMBER: 0440 | | | | | DUNS. 00-131-7189 |

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 555521 D/609 | 7025713723 | 09/05/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Jackson - North DC / 038S0009359P | | UPS | | 48.570 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST14022 | 42225 | ST ORGANIZER SORTMASTER JR | 16 | 4.89/1 | 78.24 |
| FMST14920 | 46346 | FM SHALLOW PRO ORG | 5 | 12.36/1 | 61.80 |

FOB : ORIGIN

*** BACKORDERS ***

| 33-735 | | FM TAPE CD 351/4" | 24 |
|---|---|---|---|
| STHT30810 | | ST TAPE CD 12FT 1/2IN LEVERLOCK | 24 |
| FMHT33338 | | FM TAPE CD 25FT 1-1/4IN AUTOLOCK | 18 |
| FMST14820 | | FM DEEP PRO ORGANIZER | 3 |
| 014710R | | ST DEEP PRO ORGANIZER | 8 |
| 97-126 | | 011PC 12DR DEEP IMPACT SOCKET SET MM | 6 |
| 16-401 | | BLY 5PC CHISEL POUCH | 2 |
| STHT60104 | | STANLEY 22PC SCREWDRIVER SET | 4 |
| FMST14920 | | FM SHALLOW PRO ORG | 15 |
| 33-835 | | ST TAPE CD PL 351" | 12 |
| 34-106 | | ST TAPE CC 100 LONG | 12 |
| 62-511 | | 009PC CONTROL GRIP 9 WAY SCREWDRIVER | 6 |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 6 |
| 33-425 | | ST TAPE CD PL 251" | 24 |

*** FOLLOWING ITEMS CANCELLED ***

| FMST20061 | | FM 20" TOOLBOX METAL/PLASTIC | 4 |
|---|---|---|---|
| INV-SKU | | US58 | 2 |
| INV-SKU | | N66C-1 | 2 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**Stanley Black & Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428589626
**INVOICE DATE**
09/05/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                                                 **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 555521 D/609 | | 7025713723 | 09/05/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038S0009359P | | UPS | | | 48.570 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

```
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                          1Z9A04590301720123

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 140.04 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428589623

**INVOICE DATE**
09/05/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 555524 D/609 | | 7025713718 | 09/05/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Jackson - North DC / 03834091598P | | UPS | | | 114.230 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST41001 | 41787 | PORTABLE STORAGE TOTE TRAY | 18 | 5.15/1 | 92.70 |
| STST14022 | 42225 | ST ORGANIZER SORTMASTER JR | 32 | 4.89/1 | 156.48 |
| FMST14920 | 46346 | FM SHALLOW PRO ORG | 5 | 12.36/1 | 61.80 |

FOB : ORIGIN

*** BACKORDERS ***
FMST14820                          FM DEEP PRO ORGANIZER            21

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                      1Z9A04590301720310

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 310.98 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428589513
**INVOICE DATE**
09/05/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

**STORE NUMBER:** 0447                              **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7070513 | 555523 D/609 | 7025713724 | 09/05/2018 | COLLECT |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434091971P | | DART | 16434091971P | 294.818 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 33-725 | 39287 | FM TAPE CD 25 1/4" | 24 | 15.66/1 | 375.84 |
| 33-735 | 39288 | FM TAPE CD 351/4" | 24 | 19.21/1 | 461.04 |
| STHT30810 | 39303 | ST TAPE CD 12FT 1/2IN LEVERLOCK | 24 | 3.16/1 | 75.84 |
| FMHT33338 | 42199 | FM TAPE CD 25FT 1-1/4IN AUTOLOCK | 21 | 19.43/1 | 408.03 |
| 62-574 | 46136 | 20PC MULITBIT SD SET | 14 | 9.38/1 | 131.32 |
| STHT60103 | 46171 | STANLEY 16PC SCREWDRIVER SET | 8 | 9.17/1 | 73.36 |
| 11-921G | 72250 | ST BLD HEAVY DUTY | 60 | 0.34/1 | 20.40 |
| 21-399 | 72698 | 001PC SURFORM 6IN POCKET PLANE | 12 | 3.78/1 | 45.36 |
| 33-835 | 72901 | ST TAPE CD PL 351" | 12 | 12.37/1 | 148.44 |
| 34-106 | 72906 | ST TAPE CC 100 LONG | 16 | 6.53/1 | 104.48 |
| 60-060 | 73270 | 6 PC SC SET & RACK | 12 | 3.42/1 | 41.04 |
| 60-100 | 73272 | 10 PC SC SET & RACK | 6 | 5.56/1 | 33.36 |
| 68-012 | 73409 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 24 | 2.81/1 | 67.44 |
| 33-425 | 97382 | ST TAPE CD PL 251" | 48 | 8.82/1 | 423.36 |
| 33-430 | 97385 | ST TAPE CD PL 301" | 48 | 11.25/1 | 540.00 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| FMST14820 | | FM DEEP PRO ORGANIZER | 30 |
| 10-779 | | 001PC UTILITY KNIFE 6IN | 36 |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 24 |

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 178801403

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428589513
**INVOICE DATE**
09/05/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

**STORE NUMBER:** 0447                                      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 555523 D/609 | | 7025713724 | 09/05/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Fontana DC Black & Decker,Inc. / 16434091971P | | | | DART | 16434091971P | 294.818 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

```
*** TRACKING IDs ***
DART                              00100288746451783606

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,949.31 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428589510

**INVOICE DATE**
09/05/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 555524 D/609 | 7025713718 | 09/05/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 16434091969P | DART | 16434091969P | 368.226 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 66-344 | 13649 | ST SCD 4IN1 PCKET DR | 96 | 1.39/1 | 133.44 |
| 20-221 | 31922 | ST SAW 10" SHORT CUT | 18 | 7.66/1 | 137.88 |
| 20-220 | 31923 | ST SAW CUSHGRIP MULT | 36 | 5.90/1 | 212.40 |
| 30-455 | 37443 | ST TAPE 251" | 24 | 3.75/1 | 90.00 |
| 33-725 | 39287 | FM TAPE CD 25 1/4" | 48 | 15.66/1 | 751.68 |
| 33-735 | 39288 | FM TAPE CD 351/4" | 24 | 19.21/1 | 461.04 |
| STHT30812 | 39304 | ST TAPE CD 16FT 3/4IN LEVERLOCK | 24 | 3.35/1 | 80.40 |
| FMHT33338 | 42199 | FM TAPE CD 25FT 1-1/4IN AUTOLOCK | 27 | 19.43/1 | 524.61 |
| TRE550Z | 72268 | ST STPL 2 IN 1 NAILER ELEC | 10 | 20.93/1 | 209.30 |
| 21-399 | 72698 | 001PC SURFORM 6IN POCKET PLANE | 12 | 3.78/1 | 45.36 |
| 34-106 | 72906 | ST TAPE CC 100 LONG | 32 | 6.53/1 | 208.96 |
| 60-100 | 73272 | 10 PC SC SET & RACK | 6 | 5.56/1 | 33.36 |
| 68-012 | 73409 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 24 | 2.81/1 | 67.44 |
| 33-425 | 97382 | ST TAPE CD PL 251" | 24 | 8.82/1 | 211.68 |
| 33-430 | 97385 | ST TAPE CD PL 301" | 72 | 11.25/1 | 810.00 |

FOB : ORIGIN

*** BACKORDERS ***

| FMST14820 | | FM DEEP PRO ORGANIZER | 21 | | |

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
DART                          00100288746451783187

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 3,977.55 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428611520

**INVOICE DATE**
09/08/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DRIVE NORTH
JACKSONVILLE, FL 32218

**STORE NUMBER:** 0425                                                        **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 555520 D/609 | 7025713666 | 09/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0692690P | | CTII | 55561151337 | | 27.120 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMHT33338 | 42199 | FM TAPE CD 25FT 1-1/4IN AUTOLOCK | 12 | 19.43/1 | 233.16 |
| 34-106 | 72906 | ST TAPE CC 100 LONG | 12 | 6.53/1 | 78.36 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*

| FMST14820 | | FM DEEP PRO ORGANIZER | 3 | | |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 6 | | |

STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 178801403
\*\*\* TRACKING IDs \*\*\*
CTII                         00100761742030277670

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 311.52 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428611515
**INVOICE DATE**
09/08/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                                                 DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 556099 D/609 | | 7025756754 | 09/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0692689P | | CTII | 55561151311 | 28.400 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| TRE550Z | 72268 | ST STPL 2 IN 1 NAILER ELEC | 10 | 20.93/1 | 209.30 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                          00100761742030246263

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 209.30 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428611511

**INVOICE DATE**
09/08/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                              **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7070513 | 555522 D/609 | 7025713731 | 09/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0692689P | | CTII | 55561151311 | 521.896 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 84-108 | 73514 | ST PLRS 7IN DIAGNL | 24 | 4.27/1 | 102.48 |
| 20-221 | 31922 | ST SAW 10" SHORT CUT | 18 | 7.66/1 | 137.88 |
| 33-725 | 39287 | FM TAPE CD 25 1/4" | 48 | 15.66/1 | 751.68 |
| 33-735 | 39288 | FM TAPE CD 351/4" | 24 | 19.21/1 | 461.04 |
| STHT30810 | 39303 | ST TAPE CD 12FT 1/2IN LEVERLOCK | 24 | 3.16/1 | 75.84 |
| FMHT33338 | 42199 | FM TAPE CD 25FT 1-1/4IN AUTOLOCK | 30 | 19.43/1 | 582.90 |
| 62-574 | 46136 | 20PC MULITBIT SD SET | 34 | 9.38/1 | 318.92 |
| 10-099 | 72166 | ST KNF RETRACT BULK | 36 | 2.42/1 | 87.12 |
| TRE550Z | 72268 | ST STPL 2 IN 1 NAILER ELEC | 16 | 20.93/1 | 334.88 |
| 33-730 | 72897 | FM TAPE CD 301/4" | 24 | 18.18/1 | 436.32 |
| 33-835 | 72901 | ST TAPE CD PL 351" | 16 | 12.37/1 | 197.92 |
| 34-106 | 72906 | ST TAPE CC 100 LONG | 24 | 6.53/1 | 156.72 |
| 60-060 | 73270 | 6 PC SC SET & RACK | 18 | 3.42/1 | 61.56 |
| 60-100 | 73272 | 10 PC SC SET & RACK | 42 | 5.56/1 | 233.52 |
| 68-012 | 73409 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 24 | 2.81/1 | 67.44 |
| 33-425 | 97382 | ST TAPE CD PL 251" | 24 | 8.82/1 | 211.68 |
| 33-430 | 97385 | ST TAPE CD PL 301" | 72 | 11.25/1 | 810.00 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| STST14028 | | MULTILEVEL ORGANIZER | 18 |
| STST14022 | | ST ORGANIZER SORTMASTER JR | 32 |
| FMST14820 | | FM DEEP PRO ORGANIZER | 9 |
| FMST14920 | | FM SHALLOW PRO ORG | 45 |
| 10-779 | | 001PC UTILITY KNIFE 6IN | 36 |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 33 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428611511
**INVOICE DATE**
09/08/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 555522 D/609 | | 7025713731 | 09/08/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Kannapolis DC  /  703L0692689P | | | CTII | | 55561151311 | 521.896 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

```
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                          00100761742030246263

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 5,027.90 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428611501

**INVOICE DATE**
09/08/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440            **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 556098 D/609 | 7025756786 | 09/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0692688P | | CTII | 55561151329 | | 36.180 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 16-401 | 43960 | BLY 5PC CHISEL POUCH | 6 | 51.62/1 | 309.72 |
| 10-789 | 81353 | XTME TWIN KNIFE | 24 | 7.28/1 | 174.72 |

```
FOB : ORIGIN
Item 000060 PAA610 05 Discontinued, No Longer Available

*** BACKORDERS ***
 060864R                          ST FOLDING SAWHORSE TWIN PACK        16
 014710R                          ST DEEP PRO ORGANIZER                 4
 97-126                           011PC 12DR DEEP IMPACT SOCKET SET MM  9

*** FOLLOWING ITEMS CANCELLED ***
 INV-SKU                          N66C-1                                1
 PAA610                           02882 AL RVT 10PK                    10


STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                             00100761742030234611

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 484.44 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428611499
**INVOICE DATE**
09/08/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 555521 D/609 | 7025713723 | 09/08/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0692688P | | CTII | 55561151329 | 138.740 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 33-735 | 39288 | FM TAPE CD 351/4" | 24 | 19.21/1 | 461.04 |
| STHT30810 | 39303 | ST TAPE CD 12FT 1/2IN LEVERLOCK | 24 | 3.16/1 | 75.84 |
| FMHT33338 | 42199 | FM TAPE CD 25FT 1-1/4IN AUTOLOCK | 18 | 19.43/1 | 349.74 |
| 16-401 | 43960 | BLY 5PC CHISEL POUCH | 2 | 51.62/1 | 103.24 |
| STHT60104 | 46172 | STANLEY 22PC SCREWDRIVER SET | 4 | 13.20/1 | 52.80 |
| 33-835 | 72901 | ST TAPE CD PL 351" | 12 | 12.37/1 | 148.44 |
| 34-106 | 72906 | ST TAPE CC 100 LONG | 12 | 6.53/1 | 78.36 |
| 33-425 | 97382 | ST TAPE CD PL 251" | 24 | 8.82/1 | 211.68 |
| 62-511 | 73288 | 009PC CONTROL GRIP 9 WAY SCREWDRIVER | 6 | 6.00/1 | 36.00 |

FOB : ORIGIN

*** BACKORDERS ***

| FMST14820 | | FM DEEP PRO ORGANIZER | 3 | | |
|---|---|---|---|---|---|
| 014710R | | ST DEEP PRO ORGANIZER | 8 | | |
| 97-126 | | 011PC 12DR DEEP IMPACT SOCKET SET MM | 6 | | |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 6 | | |

*** FOLLOWING ITEMS CANCELLED ***

| FMST20061 | | FM 20" TOOLBOX METAL/PLASTIC | 4 | | |
|---|---|---|---|---|---|
| INV-SKU | | US58 | 2 | | |
| INV-SKU | | N66C-1 | 2 | | |
| FMST14920 | | FM SHALLOW PRO ORG | 15 | | |

STORE NUMBER: ST 0440

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428611499

**INVOICE DATE**
09/08/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 555521 D/609 | | 7025713723 | 09/08/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703L0692688P | | | | CTII | 55561151329 | 138.740 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                                    00100761742030234611

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,517.14 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428616542

**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

STORE NUMBER: 0447                                      DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7070513 | 556413 D/609 | 7025765229 | 09/10/2018 | COLLECT |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0697307P | DART | 164L0697307P | 321.968 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 30-455 | 37443 | ST TAPE 251" | 24 | 3.75/1 | 90.00 |
| 33-725 | 39287 | FM TAPE CD 25 1/4" | 24 | 15.66/1 | 375.84 |
| STHT30810 | 39303 | ST TAPE CD 12FT 1/2IN LEVERLOCK | 24 | 3.16/1 | 75.84 |
| STHT30812 | 39304 | ST TAPE CD 16FT 3/4IN LEVERLOCK | 24 | 3.35/1 | 80.40 |
| FMHT33338 | 42199 | FM TAPE CD 25FT 1-1/4IN AUTOLOCK | 24 | 19.43/1 | 466.32 |
| 62-574 | 46136 | 20PC MULITBIT SD SET | 2 | 9.38/1 | 18.76 |
| 30-485 | 72758 | ST TAPE CD 121/2" | 36 | 2.13/1 | 76.68 |
| 33-730 | 72897 | FM TAPE CD 301/4" | 24 | 18.18/1 | 436.32 |
| 60-100 | 73272 | 10 PC SC SET & RACK | 18 | 5.56/1 | 100.08 |
| 66-052 | 73358 | ST SCD 6PC PRECISION | 24 | 2.47/1 | 59.28 |
| 68-012 | 73409 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 24 | 2.81/1 | 67.44 |
| 33-425 | 97382 | ST TAPE CD PL 251" | 96 | 8.82/1 | 846.72 |
| 33-430 | 97385 | ST TAPE CD PL 301" | 48 | 11.25/1 | 540.00 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| STST14028 | | MULTILEVEL ORGANIZER | 9 |
| FMHT10827 | | FM KNVE CD FOLDING | 36 |
| STST41001 | | PORTABLE STORAGE TOTE TRAY | 18 |
| STST14022 | | ST ORGANIZER SORTMASTER JR | 32 |
| FMST14820 | | FM DEEP PRO ORGANIZER | 12 |
| FMST14920 | | FM SHALLOW PRO ORG | 10 |
| 10-779 | | 001PC UTILITY KNIFE 6IN | 36 |
| 60-060 | | 6 PC SC SET & RACK | 6 |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 12 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428616542

**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

| | STORE NUMBER: 0447 | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 556413 D/609 | | 7025765229 | 09/10/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0697307P | | DART | | 164L0697307P | | 321.968 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
DART                              00100288746452847178

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 3,233.68 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428625971

**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                   **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 554311 D/609 | | 7025656709 | 09/11/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Jackson - North DC / 038C0020896P | | | UPS | | | 72.750 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | | 15 | 15.00/1 | 225.00 |

FOB : ORIGIN

*** BACKORDERS ***
FMST20061                          FM 20" TOOLBOX METAL/PLASTIC          8
97-126                             011PC 12DR DEEP IMPACT SOCKET SET MM  6

*** FOLLOWING ITEMS CANCELLED ***
INV-SKU                            F28WW                                 3
INV-SKU                            N66C-1                                1


STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                                1Z9A04590301760741

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 225.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428625970

**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                            DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 553423 D/609 | | 7025607381 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038C0020898P | | UPS | | | 58.200 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 12 | 15.00/1 | 180.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                          1Z9A04590301760796

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 180.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428625969

**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 555524 D/609 | | 7025713718 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038C0020442P | | UPS | | | | 101.850 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 21 | 15.45/1 | 324.45 |

```
FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                          1Z9A04590301761491

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 324.45 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428625973
**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 555521 D/609 | 7025713723 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Jackson - North DC / 038C0020897P | UPS | | 78.330 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 3 | 15.45/1 | 46.35 |
| 028001L | 81357 | FM 28" TOOLSBOX STRUCTURAL FOAM | 6 | 20.60/1 | 123.60 |

FOB : ORIGIN

*** BACKORDERS ***
| 014710R | | ST DEEP PRO ORGANIZER | 8 | | |
| 97-126 | | 011PC 12DR DEEP IMPACT SOCKET SET MM | 6 | | |

*** FOLLOWING ITEMS CANCELLED ***
| FMST20061 | | FM 20" TOOLBOX METAL/PLASTIC | 4 | | |
| INV-SKU | | US58 | 2 | | |
| INV-SKU | | N66C-1 | 2 | | |
| FMST14920 | | FM SHALLOW PRO ORG | 15 | | |

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                          1Z9A04590301763533

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 169.95 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428625974

**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 556411 D/609 | 7025765201 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Jackson - North DC / 038C0021078P | | UPS | | 112.307 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST14022 | 42225 | ST ORGANIZER SORTMASTER JR | 16 | 4.89/1 | 78.24 |
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 9 | 15.45/1 | 139.05 |
| STST14028 | 11512 | MULTILEVEL ORGANIZER | 9 | 12.36/1 | 111.24 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| FMST20061 | | FM 20" TOOLBOX METAL/PLASTIC | 32 |
| 10-778 | | FMX RETRACT KNIFE | 36 |
| 33-735 | | FM TAPE CD 351/4" | 24 |
| STHT30812 | | ST TAPE CD 16FT 3/4IN LEVERLOCK | 24 |
| FMHT33338 | | FM TAPE CD 25FT 1-1/4IN AUTOLOCK | 12 |
| FMST14920 | | FM SHALLOW PRO ORG | 5 |
| 30-485 | | ST TAPE CD 121/2" | 36 |
| 33-730 | | FM TAPE CD 301/4" | 24 |
| 60-100 | | 10 PC SC SET & RACK | 6 |
| 33-425 | | ST TAPE CD PL 251" | 72 |
| 33-430 | | ST TAPE CD PL 301" | 48 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428625974
**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 556411 D/609 | | 7025765201 | 09/11/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Jackson - North DC / 038C0021078P | | | | UPS | | 112.307 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

```
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                          1Z9A04590301761624
UPS                          1Z9A04590301766932

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 328.53 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428625978

**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

**STORE NUMBER:** 0447                                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 551532 D/609 | | 7025486258 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Jackson - North DC / 038C0020443P | | UPS | | | 43.650 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 9 | 15.00/1 | 135.00 |

FOB : ORIGIN

*** BACKORDERS ***
  FMST20061                          FM 20" TOOLBOX METAL/PLASTIC              12

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                                1Z9A04590301761535

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 135.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428625979
**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

**STORE NUMBER:** 0447                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 555523 D/609 | | 7025713724 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Jackson - North DC / 038C0020444P | | UPS | | 145.500 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 30 | 15.45/1 | 463.50 |

FOB : ORIGIN

*** BACKORDERS ***
10-779                          001PC UTILITY KNIFE 6IN          36
028001L                         FM 28" TOOLSBOX STRUCTURAL FOAM  24


STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                             1Z9A04590301761553

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 463.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428625980
**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

**STORE NUMBER:** 0447                                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 548621 D/609 | | 7025315543 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038C0020905P | | UPS | | | | 14.550 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 3 | 15.00/1 | 45.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                        1Z9A04590301760698

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 45.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428625982

**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

STORE NUMBER: 0447                                              DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 550672 D/609 | | 7025424641 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Jackson - North DC / 038C0020906P | | UPS | | 14.550 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 3 | 15.00/1 | 45.00 |

FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                                    1Z9A04590301760689

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 45.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428625983

**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

**STORE NUMBER:** 0447                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 552475 D/609 | | 7025555007 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038C0020907P | | UPS | | | | 72.750 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 15 | 15.00/1 | 225.00 |

FOB : ORIGIN

*** BACKORDERS ***

    FMST20061                    FM 20" TOOLBOX METAL/PLASTIC        24

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                        1Z9A04590301761071

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 225.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428625985
**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

**STORE NUMBER:** 0447                                      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 553425 D/609 | | 7025607374 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Jackson - North DC / 038C0020908P | | UPS | | 58.200 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 12 | 15.00/1 | 180.00 |

FOB : ORIGIN

*** BACKORDERS ***
FMST20061                        FM 20" TOOLBOX METAL/PLASTIC          24
FMHT10827                        FM KNVE CD FOLDING                    36


STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                              1Z9A04590301761115

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 180.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428625989
**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

**STORE NUMBER:** 0447                 **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 554313 D/609 | | 7025656730 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | WEIGHT | |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038C0020909P | | UPS | | | 223.230 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 028001L | 81357 | FM 28" TOOLSBOX STRUCTURAL FOAM | 9 | 20.00/1 | 180.00 |
| 028001L | 81357 | FM 28" TOOLSBOX STRUCTURAL FOAM | 12 | 20.00/1 | 240.00 |

FOB : ORIGIN

*** BACKORDERS ***
  FMST20061                    FM 20" TOOLBOX METAL/PLASTIC          64


STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                          1Z9A04590301763560
UPS                          1Z9A04590301763597

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 420.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428625991
**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 554312 D/609 | | 7025656722 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Jackson - North DC / 038C0020445P | | UPS | | | 29.100 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 6 | 15.00/1 | 90.00 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 18 |
|---|---|---|---|

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                           1Z9A04590301761240

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 90.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428626010
**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DRIVE NORTH
JACKSONVILLE, FL 32218

**STORE NUMBER:** 0425          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 554310 D/609 | | 7025656656 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | WEIGHT | |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038C0020902P | | UPS | | | 14.550 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 3 | 15.00/1 | 45.00 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*
  FMST20061            FM 20" TOOLBOX METAL/PLASTIC       40

STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 178801403
\*\*\* TRACKING IDs \*\*\*
UPS                   1Z9A04590301760652

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 45.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428626008

**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DRIVE NORTH
JACKSONVILLE, FL 32218

**STORE NUMBER:** 0425                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 551529 D/609 | | 7025486230 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Jackson - North DC / 038C0020901P | | UPS | | 43.650 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 9 | 15.00/1 | 135.00 |

FOB : ORIGIN

*** BACKORDERS ***
  FMST20061                    FM 20" TOOLBOX METAL/PLASTIC        32

STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                          1Z9A04590301760858

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 135.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428626007
**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DRIVE NORTH
JACKSONVILLE, FL 32218

**STORE NUMBER:** 0425                                                                  **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 549568 D/609 | 7025366555 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Jackson - North DC / 038C0020900P | | UPS | | 14.550 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 3 | 15.00/1 | 45.00 |

FOB : ORIGIN

\*\*\* FOLLOWING ITEMS CANCELLED \*\*\*

    FMST20061                                    FM 20" TOOLBOX METAL/PLASTIC                    24

STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 178801403
\*\*\* TRACKING IDs \*\*\*
UPS                                          1Z9A04590301760661

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 45.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428626004

**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DRIVE NORTH
JACKSONVILLE, FL 32218

**STORE NUMBER:** 0425                                                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 548615 D/609 | | 7025315519 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|---|
| Jackson - North DC / 038C0020903P | | | | UPS | | | 130.950 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 27 | 15.00/1 | 405.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                          1Z9A04590301761035

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 405.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428626003
**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DRIVE NORTH
JACKSONVILLE, FL 32218

STORE NUMBER: 0425                                       DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 552472 D/609 | | 7025554891 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Jackson - North DC / 038C0020899P | | UPS | | 43.650 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 9 | 15.00/1 | 135.00 |

```
FOB : ORIGIN

*** BACKORDERS ***
  FMST20061                        FM 20" TOOLBOX METAL/PLASTIC          16


STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                              1Z9A04590301760821


THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 135.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428625993

**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443        **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7070513 | 555522 D/609 | 7025713731 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Jackson - North DC / 038C0020446P | UPS | | 43.650 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 9 | 15.45/1 | 139.05 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*

| | | | |
|---|---|---|---|
| STST14028 | | MULTILEVEL ORGANIZER | 18 |
| STST14022 | | ST ORGANIZER SORTMASTER JR | 32 |
| FMST14920 | | FM SHALLOW PRO ORG | 45 |
| 10-779 | | 001PC UTILITY KNIFE 6IN | 36 |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 33 |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
\*\*\* TRACKING IDs \*\*\*
UPS                           1Z9A04590301761384

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 139.05 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428625994

**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                                           DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 553424 D/609 | | 7025607395 | 09/11/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Jackson - North DC / 038C0020911P | | | | UPS | | 101.850 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 21 | 15.00/1 | 315.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                              1Z9A04590301761893

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 315.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428625996
**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 556412 D/609 | | 7025765224 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Jackson - North DC / 038C0021079P | | UPS | | | 116.400 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 24 | 15.45/1 | 370.80 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*

| | | | |
|---|---|---|---|
| 11-921A | ST BLD DISP 100PK | 24 | |
| 20-221 | ST SAW 10" SHORT CUT | 18 | |
| 20-220 | ST SAW CUSHGRIP MULT | 36 | |
| 30-455 | ST TAPE 251" | 24 | |
| 33-725 | FM TAPE CD 25 1/4" | 72 | |
| 33-735 | FM TAPE CD 351/4" | 72 | |
| STHT30810 | ST TAPE CD 12FT 1/2IN LEVERLOCK | 48 | |
| STHT30812 | ST TAPE CD 16FT 3/4IN LEVERLOCK | 24 | |
| FMHT33338 | FM TAPE CD 25FT 1-1/4IN AUTOLOCK | 15 | |
| FMST14920 | FM SHALLOW PRO ORG | 5 | |
| 21-399 | 001PC SURFORM 6IN POCKET PLANE | 12 | |
| 30-485 | ST TAPE CD 121/2" | 72 | |
| 33-730 | FM TAPE CD 301/4" | 48 | |
| 33-835 | ST TAPE CD PL 351" | 16 | |
| 60-060 | 6 PC SC SET & RACK | 12 | |
| 60-100 | 10 PC SC SET & RACK | 18 | |
| 68-012 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 24 | |
| 028001L | FM 28" TOOLSBOX STRUCTURAL FOAM | 21 | |
| 33-425 | ST TAPE CD PL 251" | 120 | |
| 33-430 | ST TAPE CD PL 301" | 96 | |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428625996

**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 7070513 | 556412 D/609 | | 7025765224 | 09/11/2018 | COLLECT | | |
| SHIPPING POINT / BOL | | | | CARRIER | PRO # | | WEIGHT |
| Jackson - North DC / 038C0021079P | | | | UPS | | | 116.400 LB |
| CATALOG NO. | DIST INFO | DESCRIPTION | | | QTY | UNIT PRICE / PER | NET AMOUNT |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                                   1Z9A04590301761599

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 370.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428626001

**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DRIVE NORTH
JACKSONVILLE, FL 32218

STORE NUMBER: 0425                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 550669 D/609 | | 7025424651 | 09/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038C0020904P | | UPS | | | | 116.400 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 24 | 15.00/1 | 360.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                         1Z9A04590301760947

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 360.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428626000

**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DRIVE NORTH
JACKSONVILLE, FL 32218

STORE NUMBER: 0425                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 555520 D/609 | | 7025713666 | 09/11/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Jackson - North DC / 038C0020447P | | | UPS | | | 78.330 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | | 3 | 15.45/1 | 46.35 |
| 028001L | 81357 | FM 28" TOOLSBOX STRUCTURAL FOAM | | 6 | 20.60/1 | 123.60 |

FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                          1Z9A04590301761348
UPS                          1Z9A04590301763515

THANK YOU FOR YOUR ORDER.

| **PLEASE REMIT TO:** | **TERMS:** | **FREIGHT CHARGES** | **SALES TAX** | **TOTAL AMOUNT OF INVOICE** |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 169.95 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428645096
**INVOICE DATE**
09/13/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                                      DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 555522 D/609 | | 7025713731 | 09/13/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Jackson - North DC / 03834099713P | | CTII | 555-6254677-4 | 488.104 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST14028 | 11512 | MULTILEVEL ORGANIZER | 18 | 12.36/1 | 222.48 |
| STST14022 | 42225 | ST ORGANIZER SORTMASTER JR | 32 | 4.89/1 | 156.48 |
| 028001L | 81357 | FM 28" TOOLSBOX STRUCTURAL FOAM | 33 | 20.60/1 | 679.80 |

FOB : ORIGIN

*** BACKORDERS ***
FMST14920               FM SHALLOW PRO ORG           45
10-779                  001PC UTILITY KNIFE 6IN      36

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                    00100288743804609194

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,058.76 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428645095

**INVOICE DATE**
09/13/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                 DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 552474 D/609 | | 7025554989 | 09/13/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Jackson - North DC / 03834099713P | | CTII | | 555-6254677-4 | | 232.800 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | | 48 | 15.00/1 | 720.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                          00100288743804609194

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 720.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428645093

**INVOICE DATE**
09/13/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 547501 D/609 | | 7025274411 | 09/13/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Jackson - North DC / 03834099713P | | CTII | 555-6254677-4 | | 116.400 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 24 | 15.00/1 | 360.00 |

FOB : ORIGIN

*** BACKORDERS ***
    FMST20061                      FM 20" TOOLBOX METAL/PLASTIC             88

*** FOLLOWING ITEMS CANCELLED ***
    STHT30810                      ST TAPE CD 12FT 1/2IN LEVERLOCK         44

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                          00100288743804609194

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 360.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428645091

**INVOICE DATE**
09/13/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                            DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 550671 D/609 | | 7025424690 | 09/13/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Jackson - North DC / 03834099713P | | CTII | 555-6254677-4 | 421.950 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 87 | 15.00/1 | 1,305.00 |

FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                          00100288743804609194

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,305.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428645090

**INVOICE DATE**
09/13/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 548618 D/609 | | 7025315598 | 09/13/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Jackson - North DC / 03834099713P | | CTII | 555-6254677-4 | 116.400 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 24 | 15.00/1 | 360.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                          00100288743804609194

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 360.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428645087
**INVOICE DATE**
09/13/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 551530 D/609 | | 7025486261 | 09/13/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038S0009654P | | UPS | | | | 232.800 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 48 | 15.00/1 | 720.00 |

FOB : ORIGIN

*** BACKORDERS ***
 014710R                         ST DEEP PRO ORGANIZER          4

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                              1Z9A04590301775502

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 720.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428645086

**INVOICE DATE**
09/13/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **STORE NUMBER:** 0440 | | | | | | | **DUNS. 00-131-7189** |

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 7077145 | 550670 D/609 | | 7025424658 | 09/13/2018 | COLLECT | | |

| SHIPPING POINT / BOL | | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|---|
| Jackson - North DC / 038S0009652P | | | UPS | | | | 145.500 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 30 | 15.00/1 | 450.00 |

FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                                1Z9A04590301775593

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 450.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428645083
**INVOICE DATE**
09/13/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 553426 D/609 | | 7025607388 | 09/13/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038S0009662P | | UPS | | | | 72.750 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 15 | 15.00/1 | 225.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                          1Z9A04590301775039

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 225.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428645080
**INVOICE DATE**
09/13/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 548623 D/609 | | 7025315637 | 09/13/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038S0009660P | | UPS | | | | 101.850 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 21 | 15.00/1 | 315.00 |

FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                          1Z9A04590301775100

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 315.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428645077
**INVOICE DATE**
09/13/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                         DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 7077145 | 549572 D/609 | | 7025366613 | 09/13/2018 | COLLECT | | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|---|
| Jackson - North DC / 038S0009658P | | UPS | | | | 189.150 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 39 | 15.00/1 | 585.00 |

```
FOB : ORIGIN

*** BACKORDERS ***
FMST20061                    FM 20" TOOLBOX METAL/PLASTIC        116
FMHT10827                    FM KNVE CD FOLDING                  72


STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                          1Z9A04590301775235

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 585.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428645074
**INVOICE DATE**
09/13/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449        **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 547503 D/609 | | 7025274388 | 09/13/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT | |
|---|---|---|---|---|---|
| Jackson - North DC / 038S0009656P | | UPS | | 160.050 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 33 | 15.00/1 | 495.00 |

FOB : ORIGIN

*** BACKORDERS ***
    FMST20061              FM 20" TOOLBOX METAL/PLASTIC         68

*** FOLLOWING ITEMS CANCELLED ***
    FMHT10827              FM KNVE CD FOLDING                   32

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                        1Z9A04590301775342

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 495.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428654684

**INVOICE DATE**
09/14/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DRIVE NORTH
JACKSONVILLE, FL 32218

**STORE NUMBER:** 0425                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 557328 D/609 | 7025806076 | 09/14/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0734011P | | CTII | 55561153531 | 14.240 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 34-106 | 72906 | ST TAPE CC 100 LONG | 16 | 6.53/1 | 104.48 |

FOB : ORIGIN

*** BACKORDERS ***
FMST14820                     FM DEEP PRO ORGANIZER                  15
FMST14920                     FM SHALLOW PRO ORG                     30
028001L                       FM 28" TOOLSBOX STRUCTURAL FOAM        9


STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                          00100761742031896047

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 104.48 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428654682

**INVOICE DATE**
09/14/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DRIVE NORTH
JACKSONVILLE, FL 32218

**STORE NUMBER:** 0425                                           **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 556410 D/609 | | 7025765158 | 09/14/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0734011P | | CTII | | 55561153531 | | 28.770 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMHT33338 | 42199 | FM TAPE CD 25FT 1-1/4IN AUTOLOCK | 21 | 19.43/1 | 408.03 |

FOB : ORIGIN

*** BACKORDERS ***
| | | | |
|---|---|---|---|
| STST14028 | MULTILEVEL ORGANIZER | 15 | |
| STST14022 | ST ORGANIZER SORTMASTER JR | 32 | |
| FMST14820 | FM DEEP PRO ORGANIZER | 18 | |
| FMST14920 | FM SHALLOW PRO ORG | 5 | |
| 028001L | FM 28" TOOLSBOX STRUCTURAL FOAM | 18 | |

*** FOLLOWING ITEMS CANCELLED ***
| | | |
|---|---|---|
| STST14028 | MULTILEVEL ORGANIZER | 12 |

STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                          00100761742031896047

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 408.03 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428654677

**INVOICE DATE**
09/14/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

| STORE NUMBER: 0443 | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 556412 D/609 | | 7025765224 | 09/14/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0734010P | | CTII | 55561153523 | | 663.394 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 11-921A | 31914 | ST BLD DISP 100PK | 24 | 6.34/1 | 152.16 |
| 20-221 | 31922 | ST SAW 10" SHORT CUT | 18 | 7.66/1 | 137.88 |
| 30-455 | 37443 | ST TAPE 251" | 24 | 3.75/1 | 90.00 |
| 33-725 | 39287 | FM TAPE CD 25 1/4" | 72 | 15.66/1 | 1,127.52 |
| 33-735 | 39288 | FM TAPE CD 351/4" | 72 | 19.21/1 | 1,383.12 |
| STHT30810 | 39303 | ST TAPE CD 12FT 1/2IN LEVERLOCK | 48 | 3.16/1 | 151.68 |
| STHT30812 | 39304 | ST TAPE CD 16FT 3/4IN LEVERLOCK | 24 | 3.35/1 | 80.40 |
| FMHT33338 | 42199 | FM TAPE CD 25FT 1-1/4IN AUTOLOCK | 15 | 19.43/1 | 291.45 |
| 21-399 | 72698 | 001PC SURFORM 6IN POCKET PLANE | 12 | 3.78/1 | 45.36 |
| 30-485 | 72758 | ST TAPE CD 121/2" | 72 | 2.13/1 | 153.36 |
| 33-730 | 72897 | FM TAPE CD 301/4" | 48 | 18.18/1 | 872.64 |
| 33-835 | 72901 | ST TAPE CD PL 351" | 16 | 12.37/1 | 197.92 |
| 60-060 | 73270 | 6 PC SC SET & RACK | 12 | 3.42/1 | 41.04 |
| 60-100 | 73272 | 10 PC SC SET & RACK | 18 | 5.56/1 | 100.08 |
| 68-012 | 73409 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 24 | 2.81/1 | 67.44 |
| 33-425 | 97382 | ST TAPE CD PL 251" | 120 | 8.82/1 | 1,058.40 |
| 33-430 | 97385 | ST TAPE CD PL 301" | 96 | 11.25/1 | 1,080.00 |

FOB : ORIGIN

*** BACKORDERS ***
| | | | | | |
|---|---|---|---|---|---|
| 20-220 | | ST SAW CUSHGRIP MULT | 36 | | |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 21 | | |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428654677
**INVOICE DATE**
09/14/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                              **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 7070513 | 556412 D/609 | | 7025765224 | 09/14/2018 | COLLECT | | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 703L0734010P | | | | CTII | 55561153523 | | 663.394 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

\*\*\* TRACKING IDs \*\*\*
CTII                                    00100761742032050929

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 7,030.45 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428654667

**INVOICE DATE**
09/14/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                            **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7070513 | 557330 D/609 | 7025806161 | 09/14/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0734010P | | CTII | 55561153523 | 590.106 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMHT73560 | 29477 | FATMAX OFFSET RIGHT CUT SNIP | 8 | 8.50/1 | 68.00 |
| 10-778 | 31545 | FMX RETRACT KNIFE | 36 | 5.55/1 | 199.80 |
| 11-921A | 31914 | ST BLD DISP 100PK | 24 | 6.34/1 | 152.16 |
| 30-455 | 37443 | ST TAPE 251" | 48 | 3.75/1 | 180.00 |
| 33-735 | 39288 | FM TAPE CD 351/4" | 72 | 19.21/1 | 1,383.12 |
| STHT30810 | 39303 | ST TAPE CD 12FT 1/2IN LEVERLOCK | 24 | 3.16/1 | 75.84 |
| STHT30812 | 39304 | ST TAPE CD 16FT 3/4IN LEVERLOCK | 24 | 3.35/1 | 80.40 |
| FMHT33338 | 42199 | FM TAPE CD 25FT 1-1/4IN AUTOLOCK | 21 | 19.43/1 | 408.03 |
| STHT60103 | 46171 | STANLEY 16PC SCREWDRIVER SET | 12 | 9.17/1 | 110.04 |
| TRE550Z | 72268 | ST STPL 2 IN 1 NAILER ELEC | 10 | 20.93/1 | 209.30 |
| 30-485 | 72758 | ST TAPE CD 121/2" | 36 | 2.13/1 | 76.68 |
| 33-730 | 72897 | FM TAPE CD 301/4" | 48 | 18.18/1 | 872.64 |
| 33-835 | 72901 | ST TAPE CD PL 351" | 28 | 12.37/1 | 346.36 |
| 60-100 | 73272 | 10 PC SC SET & RACK | 12 | 5.56/1 | 66.72 |
| 66-052 | 73358 | ST SCD 6PC PRECISION | 24 | 2.47/1 | 59.28 |
| 33-425 | 97382 | ST TAPE CD PL 251" | 120 | 8.82/1 | 1,058.40 |
| 33-430 | 97385 | ST TAPE CD PL 301" | 48 | 11.25/1 | 540.00 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| STST14028 | | MULTILEVEL ORGANIZER | 9 |
| STST14022 | | ST ORGANIZER SORTMASTER JR | 48 |
| FMST14820 | | FM DEEP PRO ORGANIZER | 33 |
| FMST14920 | | FM SHALLOW PRO ORG | 50 |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 3 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428654667
**INVOICE DATE**
09/14/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                              **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 7070513 | 557330 D/609 | | 7025806161 | 09/14/2018 | COLLECT | | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 703L0734010P | | | | CTII | 55561153523 | | 590.106 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

```
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                          00100761742032050929

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 5,886.77 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428654663

**INVOICE DATE**
09/14/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 556412 D/609 | | 7025765224 | 09/14/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038L0736589P | | UPS | | | | 19.450 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14920 | 46346 | FM SHALLOW PRO ORG | 5 | 12.36/1 | 61.80 |

FOB : ORIGIN

*** BACKORDERS ***
| | | | |
|---|---|---|---|
| 20-220 | | ST SAW CUSHGRIP MULT | 36 |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 21 |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                    1Z9A04590301790165

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 61.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428654661

**INVOICE DATE**
09/14/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

| STORE NUMBER: 0440 | | DUNS. 00-131-7189 |
|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 557329 D/609 | 7025806136 | 09/14/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0734009P | | CTII | 55561153515 | 225.768 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 30-455 | 37443 | ST TAPE 251" | 24 | 3.75/1 | 90.00 |
| 33-725 | 39287 | FM TAPE CD 25 1/4" | 24 | 15.66/1 | 375.84 |
| 33-735 | 39288 | FM TAPE CD 351/4" | 24 | 19.21/1 | 461.04 |
| 97-126 | 43937 | 011PC 12DR DEEP IMPACT SOCKET SET MM | 6 | 14.08/1 | 84.48 |
| 16-401 | 43960 | BLY 5PC CHISEL POUCH | 2 | 51.62/1 | 103.24 |
| 62-574 | 46136 | 20PC MULITBIT SD SET | 4 | 9.38/1 | 37.52 |
| 33-730 | 72897 | FM TAPE CD 301/4" | 24 | 18.18/1 | 436.32 |
| 60-100 | 73272 | 10 PC SC SET & RACK | 12 | 5.56/1 | 66.72 |
| 33-425 | 97382 | ST TAPE CD PL 251" | 48 | 8.82/1 | 423.36 |

FOB : ORIGIN

*** BACKORDERS ***

| STST14028 | | MULTILEVEL ORGANIZER | 9 | | |
|---|---|---|---|---|---|
| STST19410 | | ST 19" TOOLBOX | 8 | | |
| FMST14920 | | FM SHALLOW PRO ORG | 30 | | |
| 10-789 | | XTME TWIN KNIFE | 24 | | |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 9 | | |

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**   10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428654661
**INVOICE DATE**
09/14/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                             **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 557329 D/609 | | 7025806136 | 09/14/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703L0734009P | | | CTII | | 55561153515 | 225.768 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

*** TRACKING IDs ***
CTII                              00100761742031899383

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,078.52 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428654656
**INVOICE DATE**
09/14/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 556411 D/609 | | 7025765201 | 09/14/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038L0736598P | | UPS | | | | 19.450 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14920 | 46346 | FM SHALLOW PRO ORG | 5 | 12.36/1 | 61.80 |

FOB : ORIGIN

*** BACKORDERS ***
  FMST20061                     FM 20" TOOLBOX METAL/PLASTIC            32

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                           1Z9A04590301790174

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 61.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428654652

**INVOICE DATE**
09/14/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                             **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 556098 D/609 | 7025756786 | 09/14/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0734009P | | CTII | 55561153515 | 54.450 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 97-126 | 43937 | 011PC 12DR DEEP IMPACT SOCKET SET MM | 9 | 14.08/1 | 126.72 |

```
FOB : ORIGIN
Item 000060 PAA610 05 Discontinued, No Longer Available

*** BACKORDERS ***
060864R                         ST FOLDING SAWHORSE TWIN PACK       16
014710R                         ST DEEP PRO ORGANIZER                4

*** FOLLOWING ITEMS CANCELLED ***
INV-SKU                         N66C-1                               1
PAA610                          02882 AL RVT 10PK                   10


STORE NUMBER : ST 0440
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                            00100761742031899383

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 126.72 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428654650

**INVOICE DATE**
09/14/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                        DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7077145 | 554311 D/609 | 7025656709 | 09/14/2018 | COLLECT |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0734009P | CTII | 55561153515 | 36.300 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 97-126 | 43937 | 011PC 12DR DEEP IMPACT SOCKET SET MM | 6 | 14.08/1 | 84.48 |

```
FOB : ORIGIN

*** BACKORDERS ***
FMST20061                        FM 20" TOOLBOX METAL/PLASTIC           8

*** FOLLOWING ITEMS CANCELLED ***
INV-SKU                          F28WW                                  3
INV-SKU                          N66C-1                                 1




STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                             00100761742031899383

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 84.48 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428654648

**INVOICE DATE**
09/14/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 555521 D/609 | | 7025713723 | 09/14/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0734009P | | CTII | 55561153515 | 36.300 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 97-126 | 43937 | 011PC 12DR DEEP IMPACT SOCKET SET MM | 6 | 14.08/1 | 84.48 |

FOB : ORIGIN

*** BACKORDERS ***
| 014710R | | ST DEEP PRO ORGANIZER | 8 | | |

*** FOLLOWING ITEMS CANCELLED ***
| FMST20061 | | FM 20" TOOLBOX METAL/PLASTIC | 4 | | |
| INV-SKU | | US58 | 2 | | |
| INV-SKU | | N66C-1 | 2 | | |
| FMST14920 | | FM SHALLOW PRO ORG | 15 | | |

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                    00100761742031899383

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 84.48 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428654645

**INVOICE DATE**
09/14/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 556411 D/609 | 7025765201 | 09/14/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703L0734009P | | | CTII | 55561153515 | 247.980 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 10-778 | 31545 | FMX RETRACT KNIFE | 36 | 5.55/1 | 199.80 |
| 33-735 | 39288 | FM TAPE CD 351/4" | 24 | 19.21/1 | 461.04 |
| STHT30812 | 39304 | ST TAPE CD 16FT 3/4IN LEVERLOCK | 24 | 3.35/1 | 80.40 |
| FMHT33338 | 42199 | FM TAPE CD 25FT 1-1/4IN AUTOLOCK | 12 | 19.43/1 | 233.16 |
| 30-485 | 72758 | ST TAPE CD 121/2" | 36 | 2.13/1 | 76.68 |
| 33-730 | 72897 | FM TAPE CD 301/4" | 24 | 18.18/1 | 436.32 |
| 60-100 | 73272 | 10 PC SC SET & RACK | 6 | 5.56/1 | 33.36 |
| 33-425 | 97382 | ST TAPE CD PL 251" | 72 | 8.82/1 | 635.04 |
| 33-430 | 97385 | ST TAPE CD PL 301" | 48 | 11.25/1 | 540.00 |

FOB : ORIGIN

*** BACKORDERS ***
  FMST20061                      FM 20" TOOLBOX METAL/PLASTIC          32


STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                    00100761742031899383

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,695.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428674122
**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

STORE NUMBER: 0447                                          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7070513 | 557331 D/609 | 7025806134 | 09/17/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0739125P | DART | 164L0739125P | 325.128 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 66-344 | 13649 | ST SCD 4IN1 PCKET DR | 48 | 1.39/1 | 66.72 |
| 20-221 | 31922 | ST SAW 10" SHORT CUT | 12 | 7.66/1 | 91.92 |
| 30-455 | 37443 | ST TAPE 251" | 24 | 3.75/1 | 90.00 |
| 33-725 | 39287 | FM TAPE CD 25 1/4" | 24 | 15.66/1 | 375.84 |
| 33-735 | 39288 | FM TAPE CD 351/4" | 48 | 19.21/1 | 922.08 |
| STHT30810 | 39303 | ST TAPE CD 12FT 1/2IN LEVERLOCK | 24 | 3.16/1 | 75.84 |
| FMHT33338 | 42199 | FM TAPE CD 25FT 1-1/4IN AUTOLOCK | 12 | 19.43/1 | 233.16 |
| 62-574 | 46136 | 20PC MULITBIT SD SET | 4 | 9.38/1 | 37.52 |
| STHT60103 | 46171 | STANLEY 16PC SCREWDRIVER SET | 4 | 9.17/1 | 36.68 |
| STHT60104 | 46172 | STANLEY 22PC SCREWDRIVER SET | 4 | 13.20/1 | 52.80 |
| 34-106 | 72906 | ST TAPE CC 100 LONG | 36 | 6.53/1 | 235.08 |
| 33-425 | 97382 | ST TAPE CD PL 251" | 72 | 8.82/1 | 635.04 |
| 33-430 | 97385 | ST TAPE CD PL 301" | 48 | 11.25/1 | 540.00 |

FOB : ORIGIN

*** BACKORDERS ***

| STST14022 | | ST ORGANIZER SORTMASTER JR | 16 |
|---|---|---|---|

*** FOLLOWING ITEMS CANCELLED ***

| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 6 |
|---|---|---|---|

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 178801403

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428674122
**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

**STORE NUMBER:** 0447                                        **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 557331 D/609 | | 7025806134 | 09/17/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Fontana DC Black & Decker,Inc. / 164L0739125P | | | | DART | 164L0739125P | 325.128 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

\*\*\* TRACKING IDs \*\*\*
DART                                        00100288746455114758

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 3,392.68 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428674118

**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7077145 | 557332 D/609 | 7025806140 | 09/17/2018 | COLLECT |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0739121P | DART | 164L0739121P | 383.508 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 20-220 | 31923 | ST SAW CUSHGRIP MULT | 36 | 5.90/1 | 212.40 |
| 30-455 | 37443 | ST TAPE 251" | 24 | 3.75/1 | 90.00 |
| 33-725 | 39287 | FM TAPE CD 25 1/4" | 24 | 15.66/1 | 375.84 |
| 33-735 | 39288 | FM TAPE CD 351/4" | 48 | 19.21/1 | 922.08 |
| STHT30812 | 39304 | ST TAPE CD 16FT 3/4IN LEVERLOCK | 48 | 3.35/1 | 160.80 |
| FMHT33338 | 42199 | FM TAPE CD 25FT 1-1/4IN AUTOLOCK | 18 | 19.43/1 | 349.74 |
| 62-574 | 46136 | 20PC MULITBIT SD SET | 6 | 9.38/1 | 56.28 |
| TRE550Z | 72268 | ST STPL 2 IN 1 NAILER ELEC | 10 | 20.93/1 | 209.30 |
| 33-730 | 72897 | FM TAPE CD 301/4" | 24 | 18.18/1 | 436.32 |
| 34-106 | 72906 | ST TAPE CC 100 LONG | 20 | 6.53/1 | 130.60 |
| 60-100 | 73272 | 10 PC SC SET & RACK | 18 | 5.56/1 | 100.08 |
| 33-425 | 97382 | ST TAPE CD PL 251" | 72 | 8.82/1 | 635.04 |
| 33-430 | 97385 | ST TAPE CD PL 301" | 24 | 11.25/1 | 270.00 |

FOB : ORIGIN

*** BACKORDERS ***

| STST14028 | | MULTILEVEL ORGANIZER | 18 |
|---|---|---|---|
| STST14022 | | ST ORGANIZER SORTMASTER JR | 32 |
| FMST14820 | | FM DEEP PRO ORGANIZER | 33 |
| FMST14920 | | FM SHALLOW PRO ORG | 35 |
| 10-779 | | 001PC UTILITY KNIFE 6IN | 36 |

STORE NUMBER: ST 0449

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428674118
**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                                        **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 557332 D/609 | | 7025806140 | 09/17/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0739121P | | DART | 164L0739121P | | 383.508 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DEPARTMENT : 609 | | | | | |
| VENDOR : 178801403 | | | | | |
| *** TRACKING IDs *** | | | | | |
| DART | | 00100288746455213703 | | | |

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 3,948.48 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

| | |
|---|---|
| Stanley Black & Decker<br>701 East Joppa Rd<br>Towson MD 21286 | **PAGE**<br>1 of 2<br>**INVOICE NO**<br>9428674116<br><br>**INVOICE DATE**<br>09/17/2018 |

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 7077145 | 556414 D/609 | 7025765233 | 09/17/2018 | COLLECT |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0739121P | DART | 164L0739121P | 473.658 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 10-778 | 31545 | FMX RETRACT KNIFE | 36 | 5.55/1 | 199.80 |
| 11-921A | 31914 | ST BLD DISP 100PK | 24 | 6.34/1 | 152.16 |
| 30-455 | 37443 | ST TAPE 251" | 24 | 3.75/1 | 90.00 |
| 33-725 | 39287 | FM TAPE CD 25 1/4" | 24 | 15.66/1 | 375.84 |
| 33-735 | 39288 | FM TAPE CD 351/4" | 48 | 19.21/1 | 922.08 |
| STHT30810 | 39303 | ST TAPE CD 12FT 1/2IN LEVERLOCK | 24 | 3.16/1 | 75.84 |
| FMHT33338 | 42199 | FM TAPE CD 25FT 1-1/4IN AUTOLOCK | 57 | 19.43/1 | 1,107.51 |
| 62-574 | 46136 | 20PC MULITBIT SD SET | 8 | 9.38/1 | 75.04 |
| 30-485 | 72758 | ST TAPE CD 121/2" | 36 | 2.13/1 | 76.68 |
| 33-730 | 72897 | FM TAPE CD 301/4" | 48 | 18.18/1 | 872.64 |
| 60-100 | 73272 | 10 PC SC SET & RACK | 12 | 5.56/1 | 66.72 |
| 66-052 | 73358 | ST SCD 6PC PRECISION | 24 | 2.47/1 | 59.28 |
| 33-425 | 97382 | ST TAPE CD PL 251" | 96 | 8.82/1 | 846.72 |
| 33-430 | 97385 | ST TAPE CD PL 301" | 24 | 11.25/1 | 270.00 |
| 33-835 | 72901 | ST TAPE CD PL 351" | 4 | 12.37/1 | 49.48 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| FMHT10827 | | FM KNVE CD FOLDING | 36 |
| STST14022 | | ST ORGANIZER SORTMASTER JR | 48 |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 27 |

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| 33-835 | | ST TAPE CD PL 351" | 28 |

STORE NUMBER: ST 0449
DEPARTMENT : 609

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428674116
**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                                      DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 556414 D/609 | | 7025765233 | 09/17/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Fontana DC Black & Decker,Inc. / 164L0739121P | | | | DART | 164L0739121P | 473.658 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

VENDOR : 178801403
*** TRACKING IDs ***
DART                          00100288746455213703

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 5,239.79 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428664352
**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DRIVE NORTH
JACKSONVILLE, FL 32218

**STORE NUMBER:** 0425          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 557328 D/609 | 7025806076 | 09/17/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Jackson - North DC / 038S0010008P | UPS | | 189.450 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 15 | 15.45/1 | 231.75 |
| FMST14920 | 46346 | FM SHALLOW PRO ORG | 30 | 12.36/1 | 370.80 |

FOB : ORIGIN

*** BACKORDERS ***
028001L                          FM 28" TOOLSBOX STRUCTURAL FOAM          9

STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                              1Z9A04590301792896

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 602.55 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428664350

**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DRIVE NORTH
JACKSONVILLE, FL 32218

STORE NUMBER: 0425                                          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 556410 D/609 | | 7025765158 | 09/17/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038S0010016P | | UPS | | | 363.985 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST14028 | 11512 | MULTILEVEL ORGANIZER | 15 | 12.36/1 | 185.40 |
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 18 | 15.45/1 | 278.10 |
| FMST14920 | 46346 | FM SHALLOW PRO ORG | 5 | 12.36/1 | 61.80 |
| 028001L | 81357 | FM 28" TOOLSBOX STRUCTURAL FOAM | 18 | 20.60/1 | 370.80 |

FOB : ORIGIN

*** BACKORDERS ***
STST14022                      ST ORGANIZER SORTMASTER JR                 32

*** FOLLOWING ITEMS CANCELLED ***
STST14028                      MULTILEVEL ORGANIZER                       12

STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                            1Z9A04590301793779
UPS                            1Z9A04590301795491

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 896.10 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428664341
**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                         **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 556412 D/609 | | 7025765224 | 09/17/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Jackson - North DC / 038S0010024P | | UPS | | 223.230 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 028001L | 81357 | FM 28" TOOLSBOX STRUCTURAL FOAM | 21 | 20.60/1 | 432.60 |

FOB : ORIGIN

*** BACKORDERS ***
20-220                          ST SAW CUSHGRIP MULT                 36

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                          1Z9A04590301795366

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 432.60 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428664339
**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 555522 D/609 | | 7025713731 | 09/17/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Jackson - North DC / 038S0010004P | | | | UPS | | 175.050 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| FMST14920 | 46346 | FM SHALLOW PRO ORG | | 45 | 12.36/1 | 556.20 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*
  10-779                          001PC UTILITY KNIFE 6IN                36

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
\*\*\* TRACKING IDs \*\*\*
UPS                          1Z9A04590301792805

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 556.20 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2

**INVOICE NO**
9428664335

**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

**STORE NUMBER:** 0447                              **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7070513 | 557331 D/609 | 7025806134 | 09/17/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Jackson - North DC / 038S0010012P | | UPS | | 268.320 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST41001 | 41787 | PORTABLE STORAGE TOTE TRAY | 12 | 5.15/1 | 61.80 |
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 24 | 15.45/1 | 370.80 |
| 028001L | 81357 | FM 28" TOOLSBOX STRUCTURAL FOAM | 12 | 20.60/1 | 247.20 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 66-344 | | ST SCD 4IN1 PCKET DR | 48 |
| 20-221 | | ST SAW 10" SHORT CUT | 12 |
| 30-455 | | ST TAPE 251" | 24 |
| 33-725 | | FM TAPE CD 25 1/4" | 24 |
| 33-735 | | FM TAPE CD 351/4" | 48 |
| STHT30810 | | ST TAPE CD 12FT 1/2IN LEVERLOCK | 24 |
| FMHT33338 | | FM TAPE CD 25FT 1-1/4IN AUTOLOCK | 12 |
| STST14022 | | ST ORGANIZER SORTMASTER JR | 16 |
| 62-574 | | 20PC MULITBIT SD SET | 4 |
| STHT60103 | | STANLEY 16PC SCREWDRIVER SET | 4 |
| STHT60104 | | STANLEY 22PC SCREWDRIVER SET | 4 |
| 34-106 | | ST TAPE CC 100 LONG | 36 |
| 33-425 | | ST TAPE CD PL 251" | 72 |
| 33-430 | | ST TAPE CD PL 301" | 48 |

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 6 |

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 178801403

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428664335
**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

**STORE NUMBER:** 0447                                         **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 557331 D/609 | | 7025806134 | 09/17/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038S0010012P | | UPS | | | | 268.320 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| *** TRACKING IDs *** | | | | | |
| UPS | | 1Z9A04590301793877 | | | |
| UPS | | 1Z9A04590301795464 | | | |

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 679.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**Stanley Black & Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428664333

**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

**STORE NUMBER:** 0447      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7070513 | 556413 D/609 | 7025765229 | 09/17/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Jackson - North DC / 038S0010014P | UPS | | 283.165 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST14028 | 11512 | MULTILEVEL ORGANIZER | 3 | 12.36/1 | 37.08 |
| STST41001 | 41787 | PORTABLE STORAGE TOTE TRAY | 18 | 5.15/1 | 92.70 |
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 12 | 15.45/1 | 185.40 |
| FMST14920 | 46346 | FM SHALLOW PRO ORG | 10 | 12.36/1 | 123.60 |
| STST14028 | 11512 | MULTILEVEL ORGANIZER | 2 | 12.36/1 | 24.72 |
| 028001L | 81357 | FM 28" TOOLSBOX STRUCTURAL FOAM | 12 | 20.60/1 | 247.20 |

FOB : ORIGIN

*** BACKORDERS ***

| FMHT10827 | | FM KNVE CD FOLDING | 36 |
|---|---|---|---|
| STST14022 | | ST ORGANIZER SORTMASTER JR | 32 |
| 10-779 | | 001PC UTILITY KNIFE 6IN | 36 |
| 60-060 | | 6 PC SC SET & RACK | 6 |

*** FOLLOWING ITEMS CANCELLED ***

| STST14028 | | MULTILEVEL ORGANIZER | 4 |
|---|---|---|---|

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS            1Z9A04590301793859
UPS            1Z9A04590301795419
UPS            1Z9A04590301796132

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 710.70 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1
**INVOICE NO**
9428664329

**INVOICE DATE**
09/17/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

| STORE NUMBER: 0440 | | | | | DUNS. 00-131-7189 |

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 557329 D/609 | 7025806136 | 09/17/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Jackson - North DC / 038S0010006P | | UPS | | | 157.500 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST19410 | 43954 | ST 19" TOOLBOX | 8 | 11.88/1 | 95.04 |
| FMST14920 | 46346 | FM SHALLOW PRO ORG | 30 | 12.36/1 | 370.80 |

FOB : ORIGIN

*** BACKORDERS ***

| STST14028 | | MULTILEVEL ORGANIZER | 9 | | |
| 10-789 | | XTME TWIN KNIFE | 24 | | |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 9 | | |

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                    1Z9A04590301796338

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 465.84 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428664325
**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 556414 D/609 | | 7025765233 | 09/17/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Jackson - North DC / 038S0010010P | | UPS | | | 175.717 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST14028 | 11512 | MULTILEVEL ORGANIZER | 9 | 12.36/1 | 111.24 |
| STST41001 | 41787 | PORTABLE CD STORAGE TOTE TRAY | 36 | 5.15/1 | 185.40 |
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 9 | 15.45/1 | 139.05 |
| FMST14920 | 46346 | FM SHALLOW PRO ORG | 5 | 12.36/1 | 61.80 |

FOB : ORIGIN

*** BACKORDERS ***

| | | |
|---|---|---|
| 10-778 | FMX RETRACT KNIFE | 36 |
| 11-921A | ST BLD DISP 100PK | 24 |
| FMHT10827 | FM KNVE CD FOLDING | 36 |
| 30-455 | ST TAPE 251" | 24 |
| 33-725 | FM TAPE CD 25 1/4" | 24 |
| 33-735 | FM TAPE CD 351/4" | 48 |
| STHT30810 | ST TAPE CD 12FT 1/2IN LEVERLOCK | 24 |
| FMHT33338 | FM TAPE CD 25FT 1-1/4IN AUTOLOCK | 57 |
| STST14022 | ST ORGANIZER SORTMASTER JR | 48 |
| 62-574 | 20PC MULITBIT SD SET | 8 |
| 30-485 | ST TAPE CD 121/2" | 36 |
| 33-730 | FM TAPE CD 301/4" | 48 |
| 33-835 | ST TAPE CD PL 351" | 4 |
| 60-100 | 10 PC SC SET & RACK | 12 |
| 66-052 | ST SCD 6PC PRECISION | 24 |
| 028001L | FM 28" TOOLSBOX STRUCTURAL FOAM | 27 |
| 33-425 | ST TAPE CD PL 251" | 96 |
| 33-430 | ST TAPE CD PL 301" | 24 |

*** FOLLOWING ITEMS CANCELLED ***

| | | |
|---|---|---|
| 33-835 | ST TAPE CD PL 351" | 28 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428664325
**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 556414 D/609 | 7025765233 | 09/17/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Jackson - North DC / 038S0010010P | | UPS | | | 175.717 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|

```
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                              1Z9A04590301793920

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 497.49 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428686220

**INVOICE DATE**
09/19/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DRIVE NORTH
JACKSONVILLE, FL 32218

STORE NUMBER: 0425                                                              DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 557328 D/609 | | 7025806076 | 09/19/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038L0742316P | | UPS | | | | 95.670 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 028001L | 81357 | FM 28" TOOLSBOX STRUCTURAL FOAM | 9 | 20.60/1 | 185.40 |

```
FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                          1Z9A04590301800500

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 185.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428695019
**INVOICE DATE**
09/20/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DRIVE NORTH
JACKSONVILLE, FL 32218

**STORE NUMBER:** 0425                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 558203 D/609 | | 7025870795 | 09/20/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038C0022805P | | UPS | | | | 97.250 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14920 | 46346 | FM SHALLOW PRO ORG | 25 | 12.36/1 | 309.00 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*
| | | | | |
|---|---|---|---|---|
| 34-106 | | ST TAPE CC 100 LONG | 28 | |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 15 | |

STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 178801403
\*\*\* TRACKING IDs \*\*\*
UPS                           1Z9A04590301808851

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 309.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428695017
**INVOICE DATE**
09/20/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                     DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 558205 D/609 | | 7025870852 | 09/20/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Jackson - North DC / 038C0022806P | | | UPS | | | 19.450 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| FMST14920 | 46346 | FM SHALLOW PRO ORG | | 5 | 12.36/1 | 61.80 |

FOB : ORIGIN

*** BACKORDERS ***

| | | |
|---|---|---|
| 20-221 | ST SAW 10" SHORT CUT | 18 |
| 20-220 | ST SAW CUSHGRIP MULT | 36 |
| 30-455 | ST TAPE 251" | 24 |
| 33-725 | FM TAPE CD 25 1/4" | 48 |
| 33-735 | FM TAPE CD 351/4" | 48 |
| STHT30812 | ST TAPE CD 16FT 3/4IN LEVERLOCK | 24 |
| STST14022 | ST ORGANIZER SORTMASTER JR | 16 |
| STHT60240 | STANLEY HISPEED RATCHETING SCREWDRIVER | 24 |
| TRE550Z | ST STPL 2 IN 1 NAILER ELEC | 10 |
| 33-835 | ST TAPE CD PL 351" | 20 |
| 66-052 | ST SCD 6PC PRECISION | 24 |
| 028001L | FM 28" TOOLSBOX STRUCTURAL FOAM | 18 |
| 33-425 | ST TAPE CD PL 251" | 48 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2

**INVOICE NO**
9428695017

**INVOICE DATE**
09/20/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|
| 7070513 | 558205 D/609 | 7025870852 | 09/20/2018 | COLLECT | | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038C0022806P | | UPS | | | | 19.450 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|

```
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                    1Z9A04590301808799

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 61.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**         10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428695014
**INVOICE DATE**
09/20/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

**STORE NUMBER:** 0447      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 558206 D/609 | | 7025870855 | 09/20/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Jackson - North DC / 038C0022985P | | | UPS | | | 19.450 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| FMST14920 | 46346 | FM SHALLOW PRO ORG | | 5 | 12.36/1 | 61.80 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*

| | | |
|---|---|---|
| STST14028 | MULTILEVEL ORGANIZER | 9 |
| 10-778 | FMX RETRACT KNIFE | 36 |
| 30-455 | ST TAPE 251" | 24 |
| 33-725 | FM TAPE CD 25 1/4" | 48 |
| STHT30812 | ST TAPE CD 16FT 3/4IN LEVERLOCK | 24 |
| FMHT33338 | FM TAPE CD 25FT 1-1/4IN AUTOLOCK | 21 |
| STST14022 | ST ORGANIZER SORTMASTER JR | 16 |
| STHT60103 | STANLEY 16PC SCREWDRIVER SET | 4 |
| 11-921G | ST BLD HEAVY DUTY | 60 |
| TRE550Z | ST STPL 2 IN 1 NAILER ELEC | 10 |
| 60-060 | 6 PC SC SET & RACK | 12 |
| 66-052 | ST SCD 6PC PRECISION | 48 |
| 68-012 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 24 |
| 028001L | FM 28" TOOLSBOX STRUCTURAL FOAM | 27 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428695014

**INVOICE DATE**
09/20/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

STORE NUMBER: 0447                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 558206 D/609 | | 7025870855 | 09/20/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Jackson - North DC / 038C0022985P | | | UPS | | | 19.450 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                           1Z9A04590301812275

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 61.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428695013
**INVOICE DATE**
09/20/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

**STORE NUMBER:** 0447                                                      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 555523 D/609 | | 7025713724 | 09/20/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038C0022808P | | UPS | | | | 255.120 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 028001L | 81357 | FM 28" TOOLSBOX STRUCTURAL FOAM | 24 | 20.60/1 | 494.40 |

FOB : ORIGIN

*** BACKORDERS ***
 10-779                        001PC UTILITY KNIFE 6IN                    36

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                           1Z9A04590301808100

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 494.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 2
**INVOICE NO**
9428695009

**INVOICE DATE**
09/20/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                         **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 558204 D/609 | | 7025870833 | 09/20/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038C0022803P | | UPS | | | | 14.550 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 3 | 15.45/1 | 46.35 |

FOB : ORIGIN

*** BACKORDERS ***

| | | |
|---|---|---|
| 11-921A | ST BLD DISP 100PK | 24 |
| 30-455 | ST TAPE 251" | 48 |
| 014710R | ST DEEP PRO ORGANIZER | 4 |
| 97-126 | 011PC 12DR DEEP IMPACT SOCKET SET MM | 6 |
| 16-401 | BLY 5PC CHISEL POUCH | 4 |
| TRE550Z | ST STPL 2 IN 1 NAILER ELEC | 10 |
| 66-052 | ST SCD 6PC PRECISION | 24 |
| 028001L | FM 28" TOOLSBOX STRUCTURAL FOAM | 18 |
| 33-425 | ST TAPE CD PL 251" | 24 |
| 33-430 | ST TAPE CD PL 301" | 24 |

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428695009
**INVOICE DATE**
09/20/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                                                 **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 558204 D/609 | | 7025870833 | 09/20/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Jackson - North DC / 038C0022803P | | | | UPS | | 14.550 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

```
*** TRACKING IDs ***
UPS                           1Z9A04590301810928

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 46.35 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428695008

**INVOICE DATE**
09/20/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 556098 D/609 | | 7025756786 | 09/20/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Jackson - North DC / 038C0022807P | | | UPS | | | 204.320 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| 060864R | 4393 | ST FOLDING SAWHORSE TWIN PACK | | 16 | 20.02/1 | 320.32 |

```
FOB : ORIGIN
Item 000060 PAA610 05 Discontinued, No Longer Available

*** BACKORDERS ***
  014710R                        ST DEEP PRO ORGANIZER                    4

*** FOLLOWING ITEMS CANCELLED ***
  INV-SKU                        N66C-1                                   1
  PAA610                         02882 AL RVT 10PK                       10




STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                             1Z9A04590301808753

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 320.32 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428695006
**INVOICE DATE**
09/20/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 558207 D/609 | | 7025870873 | 09/20/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Jackson - North DC / 038C0022804P | | UPS | | | 133.480 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST41001 | 41787 | PORTABLE STORAGE TOTE TRAY | 6 | 5.15/1 | 30.90 |
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 21 | 15.45/1 | 324.45 |
| FMST14920 | 46346 | FM SHALLOW PRO ORG | 5 | 12.36/1 | 61.80 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 30-455 | | ST TAPE 251" | 24 |
| 33-725 | | FM TAPE CD 25 1/4" | 24 |
| STHT30810 | | ST TAPE CD 12FT 1/2IN LEVERLOCK | 24 |
| STST14022 | | ST ORGANIZER SORTMASTER JR | 16 |
| 62-574 | | 20PC MULITBIT SD SET | 12 |
| 10-099 | | ST KNF RETRACT BULK | 36 |
| 21-399 | | 001PC SURFORM 6IN POCKET PLANE | 16 |
| 30-485 | | ST TAPE CD 121/2" | 36 |
| 33-730 | | FM TAPE CD 301/4" | 24 |
| 33-835 | | ST TAPE CD PL 351" | 48 |
| 33-425 | | ST TAPE CD PL 251" | 24 |
| 33-430 | | ST TAPE CD PL 301" | 24 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428695006
**INVOICE DATE**
09/20/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                              **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 558207 D/609 | | 7025870873 | 09/20/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Jackson - North DC / 038C0022804P | | | | UPS | | 133.480 LB |
| **CATALOG NO.** | **DIST INFO** | | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** **NET AMOUNT** |

```
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                        1Z9A04590301809547

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 417.15 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428695005

**INVOICE DATE**
09/20/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 557332 D/609 | 7025806140 | 09/20/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Jackson - North DC / 038C0023106P | UPS | | 296.200 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 33 | 15.45/1 | 509.85 |
| FMST14920 | 46346 | FM SHALLOW PRO ORG | 35 | 12.36/1 | 432.60 |

FOB : ORIGIN

*** BACKORDERS ***

| | | |
|---|---|---|
| STST14028 | MULTILEVEL ORGANIZER | 18 |
| STST14022 | ST ORGANIZER SORTMASTER JR | 32 |
| 10-779 | 001PC UTILITY KNIFE 6IN | 36 |

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                 1Z9A04590301812720

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 942.45 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428695003
**INVOICE DATE**
09/20/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 550673 D/609 | 7025424666 | 09/20/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Jackson - North DC / 038C0023107P | | UPS | | 276.450 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 57 | 15.00/1 | 855.00 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*
    FMST20061                    FM 20" TOOLBOX METAL/PLASTIC            4


STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403
\*\*\* TRACKING IDs \*\*\*
UPS                          1Z9A04590301812613

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 855.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428703162

**INVOICE DATE**
09/21/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                            **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7077145 | 558204 D/609 | 7025870833 | 09/21/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0783093P | CTII | 55561155528 | 161.640 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 11-921A | 31914 | ST BLD DISP 100PK | 24 | 6.34/1 | 152.16 |
| 16-401 | 43960 | BLY 5PC CHISEL POUCH | 4 | 51.62/1 | 206.48 |
| TRE550Z | 72268 | ST STPL 2 IN 1 NAILER ELEC | 10 | 20.93/1 | 209.30 |
| 66-052 | 73358 | ST SCD 6PC PRECISION | 24 | 2.47/1 | 59.28 |
| 33-425 | 97382 | ST TAPE CD PL 251" | 24 | 8.82/1 | 211.68 |
| 33-430 | 97385 | ST TAPE CD PL 301" | 24 | 11.25/1 | 270.00 |
| 30-455 | 37443 | ST TAPE 251" | 48 | 3.75/1 | 180.00 |

FOB : ORIGIN

*** BACKORDERS ***
| | | | | | |
|---|---|---|---|---|---|
| 014710R | | ST DEEP PRO ORGANIZER | 4 | | |
| 97-126 | | 011PC 12DR DEEP IMPACT SOCKET SET MM | 6 | | |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 18 | | |

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                    00100761742034324271

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,288.90 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428703164

**INVOICE DATE**
09/21/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

**STORE NUMBER:** 0447                                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 557331 D/609 | | 7025806134 | 09/21/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0783094P | | CTII | 55561155536 | 29.120 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST14022 | 42225 | ST ORGANIZER SORTMASTER JR | 16 | 4.89/1 | 78.24 |

```
FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
 028001L                        FM 28" TOOLSBOX STRUCTURAL FOAM        6


STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                    00100761742034359082

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 78.24 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428703166

**INVOICE DATE**
09/21/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

STORE NUMBER: 0447                                         DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 556413 D/609 | | 7025765229 | 09/21/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703L0783094P | | | CTII | | 55561155536 | 58.240 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST14022 | 42225 | ST ORGANIZER SORTMASTER JR | 32 | 4.89/1 | 156.48 |

FOB : ORIGIN

*** BACKORDERS ***

| | | |
|---|---|---|
| FMHT10827 | FM KNVE CD FOLDING | 36 |
| 10-779 | 001PC UTILITY KNIFE 6IN | 36 |
| 60-060 | 6 PC SC SET & RACK | 6 |

*** FOLLOWING ITEMS CANCELLED ***

| | | |
|---|---|---|
| STST14028 | MULTILEVEL ORGANIZER | 4 |

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                    00100761742034359082

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 156.48 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428703168

**INVOICE DATE**
09/21/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7070513 | 557330 D/609 | 7025806161 | 09/21/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Jackson - North DC / 038S0010432P | | UPS | | | 491.497 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST14022 | 42225 | ST ORGANIZER SORTMASTER JR | 36 | 4.89/1 | 176.04 |
| 028001L | 81357 | FM 28" TOOLSBOX STRUCTURAL FOAM | 3 | 20.60/1 | 61.80 |
| STST14028 | 11512 | MULTILEVEL ORGANIZER | 9 | 12.36/1 | 111.24 |
| FMST14820 | 43914 | FM DEEP PRO ORGANIZER | 33 | 15.45/1 | 509.85 |
| FMST14920 | 46346 | FM SHALLOW PRO ORG | 50 | 12.36/1 | 618.00 |

FOB : ORIGIN

*** BACKORDERS ***
STST14022                         ST ORGANIZER SORTMASTER JR         12

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
UPS                               1Z9A04590301814497
UPS                               1Z9A04590301814746

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,476.93 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428703170

**INVOICE DATE**
09/21/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
INDUSTRIAL PK
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7070513 | 558205 D/609 | 7025870852 | 09/21/2018 | COLLECT | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0783095P | CTII | 55561155544 | 300.136 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 20-221 | 31922 | ST SAW 10" SHORT CUT | 18 | 7.66/1 | 137.88 |
| 33-725 | 39287 | FM TAPE CD 25 1/4" | 48 | 15.66/1 | 751.68 |
| 33-735 | 39288 | FM TAPE CD 351/4" | 48 | 19.21/1 | 922.08 |
| STHT30812 | 39304 | ST TAPE CD 16FT 3/4IN LEVERLOCK | 24 | 3.35/1 | 80.40 |
| STHT60240 | 4613 | STANLEY HISPEED RATCHETING SCREWDRIVER | 24 | 12.62/1 | 302.88 |
| TRE550Z | 72268 | ST STPL 2 IN 1 NAILER ELEC | 10 | 20.93/1 | 209.30 |
| 33-835 | 72901 | ST TAPE CD PL 351" | 20 | 12.37/1 | 247.40 |
| 66-052 | 73358 | ST SCD 6PC PRECISION | 24 | 2.47/1 | 59.28 |
| 33-425 | 97382 | ST TAPE CD PL 251" | 48 | 8.82/1 | 423.36 |
| 30-455 | 37443 | ST TAPE 251" | 24 | 3.75/1 | 90.00 |

```
FOB : ORIGIN

*** BACKORDERS ***
20-220                          ST SAW CUSHGRIP MULT                    36
028001L                         FM 28" TOOLSBOX STRUCTURAL FOAM         18

*** FOLLOWING ITEMS CANCELLED ***
STST14022                       ST ORGANIZER SORTMASTER JR              16


STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                            00100761742034324134

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 3,224.26 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428703172

**INVOICE DATE**
09/21/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DRIVE NORTH
JACKSONVILLE, FL 32218

**STORE NUMBER:** 0425      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 556410 D/609 | | 7025765158 | 09/21/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0783096P | | CTII | 55561155551 | | 58.240 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST14022 | 42225 | ST ORGANIZER SORTMASTER JR | 32 | 4.89/1 | 156.48 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
  STST14028                   MULTILEVEL ORGANIZER             12

STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                        00100761742034358610

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 156.48 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428703174

**INVOICE DATE**
09/21/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0425
10512 BUSCH DRIVE NORTH
JACKSONVILLE, FL 32218

**STORE NUMBER:** 0425                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 558203 D/609 | | 7025870795 | 09/21/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0783096P | | CTII | 55561155551 | | 24.920 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 34-106 | 72906 | ST TAPE CC 100 LONG | 28 | 6.53/1 | 182.84 |

```
FOB : ORIGIN

*** BACKORDERS ***
 028001L                      FM 28" TOOLSBOX STRUCTURAL FOAM      15


STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                          00100761742034358610

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 182.84 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428708541

**INVOICE DATE**
09/22/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 556414 D/609 | | 7025765233 | 09/22/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0783092P | | CTII | 55561155445 | 87.360 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| STST14022 | 42225 | ST ORGANIZER SORTMASTER JR | 48 | 4.89/1 | 234.72 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| FMHT10827 | | FM KNVE CD FOLDING | 36 |
| 028001L | | FM 28" TOOLSBOX STRUCTURAL FOAM | 27 |

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| 33-835 | | ST TAPE CD PL 351" | 28 |

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                         00100761742034359556

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 234.72 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428708542

**INVOICE DATE**
09/22/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 557332 D/609 | | 7025806140 | 09/22/2018 | COLLECT | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703L0783092P | | | | CTII | 55561155445 | 58.240 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| STST14022 | 42225 | ST ORGANIZER SORTMASTER JR | | 32 | 4.89/1 | 156.48 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| STST14028 | | MULTILEVEL ORGANIZER | 18 |
| 10-779 | | 001PC UTILITY KNIFE 6IN | 36 |

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
CTII                      00100761742034359556

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 156.48 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428714463

**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS ROEBUCK & CO
ACCTS PAY DEPT 9
P.O.Box 660200
DALLAS 75266-0200

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

| STORE NUMBER: 0449 | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7077145 | 558207 D/609 | | 7025870873 | 09/24/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0787869P | | DART | 164L0787869P | | 140.048 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 30-455 | 37443 | ST TAPE 251" | 24 | 3.75/1 | 90.00 |
| 33-725 | 39287 | FM TAPE CD 25 1/4" | 24 | 15.66/1 | 375.84 |
| 62-574 | 46136 | 20PC MULITBIT SD SET | 12 | 9.38/1 | 112.56 |
| 10-099 | 72166 | ST KNF RETRACT BULK | 36 | 2.42/1 | 87.12 |
| 21-399 | 72698 | 001PC SURFORM 6IN POCKET PLANE | 16 | 3.78/1 | 60.48 |
| 30-485 | 72758 | ST TAPE CD 121/2" | 36 | 2.13/1 | 76.68 |
| 33-425 | 97382 | ST TAPE CD PL 251" | 24 | 8.82/1 | 211.68 |
| 33-430 | 97385 | ST TAPE CD PL 301" | 24 | 11.25/1 | 270.00 |

```
FOB : ORIGIN

*** BACKORDERS ***
 STHT30810                    ST TAPE CD 12FT 1/2IN LEVERLOCK    24
 33-730                       FM TAPE CD 301/4"                  24
 33-835                       ST TAPE CD PL 351"                 48

*** FOLLOWING ITEMS CANCELLED ***
 STST14022                    ST ORGANIZER SORTMASTER JR         16


STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
DART                          00100288746457636234

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,284.36 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428714467
**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

STORE NUMBER: 0447    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7070513 | 558206 D/609 | 7025870855 | 09/24/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0787872P | | DART | 164L0787872P | 212.146 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 10-778 | 31545 | FMX RETRACT KNIFE | 36 | 5.55/1 | 199.80 |
| 30-455 | 37443 | ST TAPE 251" | 24 | 3.75/1 | 90.00 |
| 33-725 | 39287 | FM TAPE CD 25 1/4" | 48 | 15.66/1 | 751.68 |
| STHT30812 | 39304 | ST TAPE CD 16FT 3/4IN LEVERLOCK | 24 | 3.35/1 | 80.40 |
| FMHT33338 | 42199 | FM TAPE CD 25FT 1-1/4IN AUTOLOCK | 21 | 19.43/1 | 408.03 |
| STHT60103 | 46171 | STANLEY 16PC SCREWDRIVER SET | 4 | 9.17/1 | 36.68 |
| 11-921G | 72250 | ST BLD HEAVY DUTY | 60 | 0.34/1 | 20.40 |
| TRE550Z | 72268 | ST STPL 2 IN 1 NAILER ELEC | 10 | 20.93/1 | 209.30 |
| 66-052 | 73358 | ST SCD 6PC PRECISION | 48 | 2.47/1 | 118.56 |
| 68-012 | 73409 | 001PC CONTROL GRIP 6 WAY SCREWDRIVER | 24 | 2.81/1 | 67.44 |
| 60-060 | 73270 | 6 PC SC SET & RACK | 12 | 3.42/1 | 41.04 |

FOB : ORIGIN

*** BACKORDERS ***
STST14028                    MULTILEVEL ORGANIZER              9
028001L                      FM 28" TOOLSBOX STRUCTURAL FOAM  27

*** FOLLOWING ITEMS CANCELLED ***
STST14022                    ST ORGANIZER SORTMASTER JR       16

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
DART                         00100288746457661151

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,023.33 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428714469
**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BLDG F & G
2775 W MILLER RD
GARLAND, TX 75041

**STORE NUMBER:** 0447                                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7070513 | 556413 D/609 | 7025765229 | 09/24/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0787872P | | DART | 164L0787872P | 6.420 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 60-060 | 73270 | 6 PC SC SET & RACK | 6 | 3.42/1 | 20.52 |

FOB : ORIGIN

*** BACKORDERS ***
| FMHT10827 | | FM KNVE CD FOLDING | 36 |
| 10-779 | | 001PC UTILITY KNIFE 6IN | 36 |

*** FOLLOWING ITEMS CANCELLED ***
| STST14028 | | MULTILEVEL ORGANIZER | 4 |

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 178801403
*** TRACKING IDs ***
DART                    00100288746457661151

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 20.52 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9427965771

**INVOICE DATE**
06/09/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 540842 D/609 | | 7024925789 | 06/09/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Kannapolis DC / 70333588368P | | CTII | 55561129044 | | 510.510 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| PRO-1450 | 15147 | PROZHOZE 1/4IN X 50F | 210 | 24.45/1 | 5,134.50 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 151641081
*** TRACKING IDs ***
CTII                        00100761742003895160

570-831-2025

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 5,134.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9427965770

**INVOICE DATE**
06/09/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 540841 D/609 | | 7024925783 | 06/09/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 70333588372P | | CTII | | 55561129069 | | 262.548 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| PRO-1450 | 15147 | PROZHOZE 1/4IN X 50F | 108 | 24.45/1 | 2,640.60 |

```
FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 151641081
*** TRACKING IDs ***
CTII                            00100761742003895146

815-468-2000

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 2,640.60 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9427965769

**INVOICE DATE**
06/09/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 536444 D/609 | | 7024672310 | 06/09/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 70333588372P | | CTII | | 55561129069 | | 0.072 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| BTFP72334 | 16832 | HOSE 3/8IN X50FTRU/PVC1/4 NPT(M)BT | 84 | 22.20/1 | 1,864.80 |

```
FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 151641081
*** TRACKING IDs ***
CTII                          00100761742003895146

815-468-2000

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,864.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428201742

**INVOICE DATE**
07/11/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                         **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 547490 D/609 | | 7025274331 | 07/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 70333818425P | | CTII | 55561136122 | 58.800 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| BTFP72334 | 16832 | HOSE 3/8IN X50FTRU/PVC1/4 NPT(M)BT | 12 | 22.20/1 | 266.40 |

```
FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 151641081
*** TRACKING IDs ***
CTII                          00100761742013855529

815-468-2000

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 266.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428201741

**INVOICE DATE**
07/11/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 546546 D/609 | | 7025226160 | 07/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 70333818425P | | CTII | | 55561136122 | | 78.400 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| BTFP72334 | 16832 | HOSE 3/8IN X50FTRU/PVC1/4 NPT(M)BT | 16 | 22.20/1 | 355.20 |

```
FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 151641081
*** TRACKING IDs ***
CTII                          00100761742013855529

815-468-2000

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
Dept CH 14231
Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 355.20 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428201739

**INVOICE DATE**
07/11/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 545588 D/609 | | 7025166733 | 07/11/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Kannapolis DC / 70333818425P | | CTII | 55561136122 | | 58.800 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| BTFP72334 | 16832 | HOSE 3/8IN X50FTRU/PVC1/4 NPT(M)BT | 12 | 22.20/1 | 266.40 |

```
FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 151641081
*** TRACKING IDs ***
CTII                        00100761742013855529

815-468-2000

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 266.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428654688
**INVOICE DATE**
09/14/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 7070513 | 557324 D/609 | 7025806046 | 09/14/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0734012P | | CTII | 55561153549 | 294.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| BTFP72334 | 16832 | HOSE 3/8IN X50FTRU/PVC1/4 NPT(M)BT | 60 | 22.20/1 | 1,332.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 151641081
*** TRACKING IDs ***
CTII                        00100761742031899376

815-468-2000

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 1,332.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428654686

**INVOICE DATE**
09/14/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 556405 D/609 | | 7025765124 | 09/14/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0734012P | | CTII | | 55561153549 | | 72.930 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| PRO-1450 | 15147 | PROZHOZE 1/4IN X 50F | 30 | 24.45/1 | 733.50 |

```
FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 151641081
*** TRACKING IDs ***
CTII                          00100761742031899376

815-468-2000

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 733.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428703175

**INVOICE DATE**
09/21/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                                              **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 558196 D/609 | | 7025870779 | 09/21/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0784891P | | CTII | 55561155452 | | 98.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| BTFP72334 | 16832 | HOSE 3/8IN X50FTRU/PVC1/4 NPT(M)BT | 20 | 22.20/1 | 444.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 151641081
*** TRACKING IDs ***
CTII                          00100761742034111055

815-468-2000

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 444.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428703178

**INVOICE DATE**
09/21/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0447
BUILDING F & G
2775 W MILLER RD
GARLAND, TX 75041

STORE NUMBER: 0447                                        **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 558197 D/609 | | 7025870783 | 09/21/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0784892P | | CTII | 55561155460 | 19.600 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| BTFP72334 | 16832 | HOSE 3/8IN X50FTRU/PVC1/4 NPT(M)BT | 4 | 22.20/1 | 88.80 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 151641081
*** TRACKING IDs ***
CTII                          00100761742034111116

214-565-2292

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>Dept CH 14231<br>Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 88.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428708545
**INVOICE DATE**
09/22/2018

**BILL TO**

SEARS ROEBUCK & CO.
4849 GREENVILLE AVE STE 1000
DALLAS, TX 75206

**SHIP TO**

SEARS ROEBUCK & CO 0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                      DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 7070513 | 558198 D/609 | | 7025870784 | 09/22/2018 | COLLECT | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0784893P | | CTII | 55561155478 | | 19.600 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| BTFP72334 | 16832 | HOSE 3/8IN X50FTRU/PVC1/4 NPT(M)BT | 4 | 22.20/1 | 88.80 |

FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 151641081
*** TRACKING IDs ***
CTII                          00100761742034111086

713-555-5555

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. Dept CH 14231 Palatine, IL 60055-4231 | 1.75% 35 Days, NET 52 | | | 88.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428103349
**INVOICE DATE**
06/26/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 541136 D/609 | 7024948726 | 06/26/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 70333650973P | CTII | 55561131057 | 20.880 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2011105 | 36264 | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 16 | 7.06/1 | 112.96 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                          00100761742009898967

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 112.96 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428103348

**INVOICE DATE**
06/26/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 535156 D/609 | | 7024619206 | 06/26/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Kannapolis DC / 70333650973P | | | | CTII | 55561131057 | 41.280 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| 2011105 | 36264 | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | | 32 | 7.06/1 | 225.92 |

FOB : ORIGIN

*** BACKORDERS ***
 4935497                        BAR CLMP 12" QG150 2PK              8

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                           00100761742009898967

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 225.92 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.
**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428103347

**INVOICE DATE**
06/26/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 531597 D/609 | 7024461830 | 06/26/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 70333650973P | | CTII | 55561131057 | 216.720 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2011105 | 36264 | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 168 | 7.06/1 | 1,186.08 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
    4935497                          BAR CLMP 12" QG150 2PK                        160

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                          00100761742009898967

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,186.08 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428103346

**INVOICE DATE**
06/26/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 532675 D/609 | | 7024519229 | 06/26/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Kannapolis DC / 70333650973P | | | CTII | | 55561131057 | 72.240 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| 2011105 | 36264 | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | | 56 | 7.06/1 | 395.36 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | | |
|---|---|---|---|---|
| 4935497 | | BAR CLMP 12" QG150 2PK | 16 | |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                        00100761742009898967

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 395.36 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428103344

**INVOICE DATE**
06/26/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                                                 DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 534006 D/609 | 7025068747 | 06/26/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 70333644166P | | CTII | 55561130877 | 24.060 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 1948801 | 52271 | IRWIN 8-PC PROTQ SCDR SET | 12 | 17.50/1 | 210.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 2654
DEPARTMENT : 609
VENDOR : 000109975
CROSSDOCK NUMBER : 87443
*** TRACKING IDs ***
CTII                          00100761742009901100

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 210.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428136514

**INVOICE DATE**
06/29/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 532674 D/609 | | 7024519213 | 06/29/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703C1316580P | | | UPS | | | 30.960 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| 2011105 | 36264 | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | | 24 | 7.06/1 | 169.44 |

```
FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                          1Z10W2720323039476

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 169.44 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428358321

**INVOICE DATE**
08/01/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 549147 D/609 | 7025366598 | 08/01/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164C0591994P | UPS | | 25.600 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 4935498 | 31410 | BAR CLMP 6" QG150 2PK | 16 | 9.00/1 | 144.00 |

FOB : ORIGIN

*** BACKORDERS ***
502L3                          PLIER LCKNG 10WR 10" CRVD JAW         20
323S                           LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN    25

*** FOLLOWING ITEMS CANCELLED ***
2011106                        15" CRAFTSMAN CARPENTER SAW-COARSE 9PT-      6

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                            1Z7996860324404680

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 144.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

ORIGINAL INVOICE – SEE REMIT TO     10% for inspection & repacking will be charged for goods authorized for return

**Stanley Black & Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428358319

**INVOICE DATE**
08/01/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                                      DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 549145 D/609 | 7025366621 | 08/01/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164C0591999P | | UPS | | 25.600 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 4935498 | 31410 | BAR CLMP 6" QG150 2PK | 16 | 9.00/1 | 144.00 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 20 | | CLMP LCKNG 11SP 11"/SW PAD | 25 |
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 35 |
| 1402L3 | | PLIER LCKNG 6LN 6" LNG NOSE | 50 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 25 |

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| 2011105 | | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 14 |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                         1Z7996860324405670

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 144.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428358239

**INVOICE DATE**
08/01/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 550249 D/609 | 7025424660 | 08/01/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 70333944774P | CTII | 55561140603 | 237.990 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078300 | 13352 | 8" SELF-ADJUSTING OVAL/FLAT WIRE STRIPPR | 10 | 13.00/1 | 130.00 |
| 2078709 | 14009 | 2PC GROOVELOCK PP CD SET-8" + 10" | 30 | 15.25/1 | 457.50 |
| 4935704 | 14161 | 1/4" QUICK CHANGE BIT HOLDER 6" OAL | 48 | 5.23/1 | 251.04 |
| 17 | 20600 | CLMP LCKNG 6R 6"/REG TIP | 35 | 5.90/1 | 206.50 |
| 4935351 | 29363 | PLIER 6" GROOVELOCK | 35 | 6.05/1 | 211.75 |
| 18 | 29367 | CLMP LCKNG 6SP 6"/SW PAD | 25 | 6.45/1 | 161.25 |
| 4935576 | 29368 | PLIER LCKNG 10CR 10" CRVD JAW | 15 | 7.48/1 | 112.20 |
| 102L3 | 45622 | PLIER LCKNG 10R 10" STRGHT JAW | 15 | 7.38/1 | 110.70 |
| 902L3 | 45624 | PLIER LCKNG 5WR 5" CRVD JAW | 25 | 6.70/1 | 167.50 |
| 702L3 | 45625 | PLIER LCKNG 7WR 7" CRVD JAW | 25 | 7.07/1 | 176.75 |
| 45715 | 45715 | LCKNG PLIERS 10R CRAFTSMAN FASTRELEASE | 25 | 7.38/1 | 184.50 |
| 1901245 | 47830 | 2" PLASTIC SPRING CLAMP | 48 | 1.44/1 | 69.12 |
| 2084100 | 94912 | UTILITY KNIFE BI METAL BLADE 5PK | 10 | 0.95/1 | 9.50 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 2011105 | | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 16 |
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 25 |
| 1402L3 | | PLIER LCKNG 6LN 6" LNG NOSE | 25 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 25 |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
P.O. Box 223516
Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428358239
**INVOICE DATE**
08/01/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                        **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 550249 D/609 | | 7025424660 | 08/01/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Kannapolis DC / 70333944774P | | | | CTII | 55561140603 | 237.990 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

*** TRACKING IDs ***
CTII                                    00100761742019535722

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 2,248.31 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428358237

**INVOICE DATE**
08/01/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 549145 D/609 | | 7025366621 | 08/01/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 70333944774P | | CTII | 55561140603 | 19.850 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 702L3 | 45625 | PLIER LCKNG 7WR 7" CRVD JAW | 25 | 7.07/1 | 176.75 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 20 | | CLMP LCKNG 11SP 11"/SW PAD | 25 |
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 35 |
| 1402L3 | | PLIER LCKNG 6LN 6" LNG NOSE | 50 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 25 |

*** FOLLOWING ITEMS CANCELLED ***

| | | |
|---|---|---|
| 2011105 | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 14 |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                         00100761742019535722

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
P.O. Box 223516
Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 176.75 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428358236

**INVOICE DATE**
08/01/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 547060 D/609 | 7025274407 | 08/01/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 70333944774P | | CTII | 55561140603 | | 19.850 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 702L3 | 45625 | PLIER LCKNG 7WR 7" CRVD JAW | 25 | 7.07/1 | 176.75 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 30 |
| 1402L3 | | PLIER LCKNG 6LN 6" LNG NOSE | 25 |
| 45716 | | LCKNG PLIERS 6LN CRAFTSMAN FASTRELEASE | 25 |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                    00100761742019535722

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 176.75 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428441615
**INVOICE DATE**
08/14/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 552062 D/609 | 7025554992 | 08/14/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 70334020205P | RDFS | 497356436 | 653.568 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078300 | 13352 | 8" SELF-ADJUSTING OVAL/FLAT WIRE STRIPPR | 20 | 13.00/1 | 260.00 |
| 17 | 20600 | CLMP LCKNG 6R 6"/REG TIP | 10 | 5.90/1 | 59.00 |
| 4935576 | 29368 | PLIER LCKNG 10CR 10" CRVD JAW | 10 | 7.48/1 | 74.80 |
| 4935096 | 29373 | 10" STRAIGHT JAW GROOVELOCK | 10 | 8.75/1 | 87.50 |
| 2011208 | 36263 | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 24 | 7.38/1 | 177.12 |
| 902L3 | 45624 | PLIER LCKNG 5WR 5" CRVD JAW | 25 | 6.70/1 | 167.50 |
| 45711 | 45711 | LCKNG PLIERS 7R CRAFTSMAN FASTRELEASE | 175 | 6.85/1 | 1,198.75 |
| 45712 | 45712 | LCKING PLIRS CRAFTSMAN 2PC FAST RELEASE | 100 | 13.61/1 | 1,361.00 |
| 45714 | 45714 | LCKNG PLIERS 10WR CRAFTSMAN FASTRELEASE | 25 | 7.85/1 | 196.25 |
| 45715 | 45715 | LCKNG PLIERS 10R CRAFTSMAN FASTRELEASE | 25 | 7.38/1 | 184.50 |
| 45717 | 45717 | LCKNG PLIERS 5WR CRAFTSMAN FASTRELEASE | 25 | 6.47/1 | 161.75 |
| 1901245 | 47830 | 2" PLASTIC SPRING CLAMP | 48 | 1.44/1 | 69.12 |
| 274001SM | 51671 | PIPE WRENCH 11" QUICK ADJUST | 10 | 19.00/1 | 190.00 |
| 52168 | 52168 | POWER-OUT SEARS 5-PIECE SET | 25 | 9.99/1 | 249.75 |
| 1948798 | 52272 | IRWIN 2-PC PROTQ DEMO SCDR SET | 36 | 6.00/1 | 216.00 |
| 2084100 | 94912 | UTILITY KNIFE BI METAL BLADE 5PK | 10 | 0.95/1 | 9.50 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 20 | | CLMP LCKNG 11SP 11"/SW PAD | 50 |
| 1964743 | | BAR CLAMP 6IN 15CM 2PK NEXT GEN MINI | 16 |
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 72 |
| 2011105 | | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 40 |
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 80 |
| 102L3 | | PLIER LCKNG 10R 10" STRGHT JAW | 20 |
| 702L3 | | PLIER LCKNG 7WR 7" CRVD JAW | 25 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 50 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428441615
**INVOICE DATE**
08/14/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 552062 D/609 | | 7025554992 | 08/14/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 70334020205P | | RDFS | 497356436 | 653.568 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

```
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
RDFS                              00100761742023186828

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 4,662.54 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428441614
**INVOICE DATE**
08/14/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 541670 D/609 | | 7024957565 | 08/14/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 70334020205P | | RDFS | 497356436 | 440.160 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 226100 | 47859 | BAND CLAMP 1" X 15FT | 420 | 9.09/1 | 3,817.80 |

FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
RDFS                    00100761742023186828

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 3,817.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428441613
**INVOICE DATE**
08/14/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443     DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 552058 D/609 | 7025555013 | 08/14/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 70334020178P | | CTII | 55561143714 | 300.352 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078300 | 13352 | 8" SELF-ADJUSTING OVAL/FLAT WIRE STRIPPR | 10 | 13.00/1 | 130.00 |
| 2078110 | 14007 | PLIER 10" GROOVELOCK | 50 | 9.44/1 | 472.00 |
| 17 | 20600 | CLMP LCKNG 6R 6"/REG TIP | 35 | 5.90/1 | 206.50 |
| 4935351 | 29363 | PLIER 6" GROOVELOCK | 20 | 6.05/1 | 121.00 |
| 18 | 29367 | CLMP LCKNG 6SP 6"/SW PAD | 15 | 6.45/1 | 96.75 |
| 4935576 | 29368 | PLIER LCKNG 10CR 10" CRVD JAW | 10 | 7.48/1 | 74.80 |
| 1932883 | 37703 | SPEEDLINE CHALK REEL + BLUE | 72 | 3.77/1 | 271.44 |
| 902L3 | 45624 | PLIER LCKNG 5WR 5" CRVD JAW | 25 | 6.70/1 | 167.50 |
| 45715 | 45715 | LCKNG PLIERS 10R CRAFTSMAN FASTRELEASE | 50 | 7.38/1 | 369.00 |
| 1901245 | 47830 | 2" PLASTIC SPRING CLAMP | 48 | 1.44/1 | 69.12 |
| 274001SM | 51671 | PIPE WRENCH 11" QUICK ADJUST | 10 | 19.00/1 | 190.00 |
| 52168 | 52168 | POWER-OUT SEARS 5-PIECE SET | 25 | 9.99/1 | 249.75 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 2078709 | | 2PC GROOVELOCK PP CD SET-8" + 10" | 60 |
| 20 | | CLMP LCKNG 11SP 11"/SW PAD | 50 |
| 1964743 | | BAR CLAMP 6IN 15CM 2PK NEXT GEN MINI | 24 |
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 24 |
| 2011105 | | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 40 |
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 85 |
| 102L3 | | PLIER LCKNG 10R 10" STRGHT JAW | 50 |
| 1402L3 | | PLIER LCKNG 6LN 6" LNG NOSE | 50 |
| 702L3 | | PLIER LCKNG 7WR 7" CRVD JAW | 25 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 100 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428441613

**INVOICE DATE**
08/14/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

| STORE NUMBER: 0443 | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 552058 D/609 | | 7025555013 | 08/14/2018 | PREPAID | |

| SHIPPING POINT / BOL | | | CARRIER | | PRO # | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 70334020178P | | | CTII | | 55561143714 | 300.352 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|---|

```
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                          00100761742023115729

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 2,417.86 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428441610

**INVOICE DATE**
08/14/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440     DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 552056 D/609 | 7025554944 | 08/14/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 70334020186P | CTII | 55561143664 | 374.032 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078300 | 13352 | 8" SELF-ADJUSTING OVAL/FLAT WIRE STRIPPR | 20 | 13.00/1 | 260.00 |
| 2078110 | 14007 | PLIER 10" GROOVELOCK | 25 | 9.44/1 | 236.00 |
| 4935351 | 29363 | PLIER 6" GROOVELOCK | 10 | 6.05/1 | 60.50 |
| 4935096 | 29373 | 10" STRAIGHT JAW GROOVELOCK | 25 | 8.75/1 | 218.75 |
| 45711 | 45711 | LCKNG PLIERS 7R CRAFTSMAN FASTRELEASE | 25 | 6.85/1 | 171.25 |
| 45712 | 45712 | LCKING PLIRS CRAFTSMAN 2PC FAST RELEASE | 25 | 13.61/1 | 340.25 |
| 45714 | 45714 | LCKNG PLIERS 10WR CRAFTSMAN FASTRELEASE | 75 | 7.85/1 | 588.75 |
| 45715 | 45715 | LCKNG PLIERS 10R CRAFTSMAN FASTRELEASE | 50 | 7.38/1 | 369.00 |
| 45717 | 45717 | LCKNG PLIERS 5WR CRAFTSMAN FASTRELEASE | 25 | 6.47/1 | 161.75 |
| 1948798 | 52272 | IRWIN 2-PC PROTQ DEMO SCDR SET | 36 | 6.00/1 | 216.00 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*

| | | | |
|---|---|---|---|
| 2078709 | | 2PC GROOVELOCK PP CD SET-8" + 10" | 15 |
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 24 |
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 10 |
| 102L3 | | PLIER LCKNG 10R 10" STRGHT JAW | 25 |
| 702L3 | | PLIER LCKNG 7WR 7" CRVD JAW | 25 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 125 |

STORE NUMBER: ST 0440
DEPARTMENT : 609

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2

**INVOICE NO**
9428441610

**INVOICE DATE**
08/14/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0440
1600 N BOUDREAU RD
MANTENO, IL 60950

| STORE NUMBER: 0440 | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 552056 D/609 | 7025554944 | 08/14/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 70334020186P | | CTII | 55561143664 | 374.032 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| VENDOR : 000109975 | | | | | |
| *** TRACKING IDs *** | | | | | |
| CTII | | 00100761742023100756 | | | |

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 2,622.25 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428441609

**INVOICE DATE**
08/14/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 551785 D/609 | 7025516250 | 08/14/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 70334020186P | | CTII | 55561143664 | | 9.420 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078316 | 3322 | 6" WIRE STRIPPER/CUTTER W/PROTOUCH GRIPS | 30 | 5.69/1 | 170.70 |

```
FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                           00100761742023100756

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 170.70 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428441607

**INVOICE DATE**
08/14/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0425
10512 BUSCH DRIVE
JACKSONVILLE, FL 32218

STORE NUMBER: 0425          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 6378402 | 552055 D/609 | | 7025554865 | 08/14/2018 | PREPAID | | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 703C1422126P | | | | UPS | | | 49.494 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| 2078709 | 14009 | 2PC GROOVELOCK PP CD SET-8" + 10" | | | 15 | 15.25/1 | 228.75 |
| 2011208 | 36263 | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | | | 24 | 7.38/1 | 177.12 |

FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                          1Z10W2720325023845

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 405.87 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428483728

**INVOICE DATE**
08/20/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0449
1700 SCHUSTER RD
DELANO, CA 93215

| | | | STORE NUMBER: 0449 | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|---|
| 6378402 | 542008 D/609 | | 7024984157 | 08/20/2018 | PREPAID |

| SHIPPING POINT / BOL | | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 70334060588P | | | RDFS | 497357822 | 1,274.950 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 1964741 | 50930 | BAR CLAMP 36IN 91CM NEXT GEN MD | 430 | 15.63/1 | 6,720.90 |

```
FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
RDFS                        00100761742025299236

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 6,720.90 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428495228

**INVOICE DATE**
08/21/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 541659 D/609 | | 7024957658 | 08/21/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703C1439127P | | UPS | | 2.920 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 59100CD | 47862 | HANDI CLMP 1.5" COUNTER DISPLY | 20 | 2.10/1 | 42.00 |

FOB : ORIGIN

*** BACKORDERS ***
  225108                   C-CLMP 8" - 100 SERIES            880

*** FOLLOWING ITEMS CANCELLED ***
  59100CD             HANDI CLMP 1.5" COUNTER DISPLY     860


STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                     1Z10W2720325271318

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 42.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.
**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428494476

**INVOICE DATE**
08/21/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                                         **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| 6378402 | 553037 D/609 | 7025607347 | 08/21/2018 | PREPAID |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703C1439454P | UPS | | 25.280 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 102L3 | 45622 | PLIER LCKNG 10R 10" STRGHT JAW | 20 | 7.38/1 | 147.60 |

FOB : ORIGIN

*** BACKORDERS ***

| | | |
|---|---|---|
| 2011106 | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 24 |
| 502L3 | PLIER LCKNG 10WR 10" CRVD JAW | 10 |
| 702L3 | PLIER LCKNG 7WR 7" CRVD JAW | 25 |

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                          1Z10W2720325278455

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 147.60 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428512102

**INVOICE DATE**
08/23/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0425
10512 BUSCH DRIVE
JACKSONVILLE, FL 32218

STORE NUMBER: 0425                                  DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 541996 D/609 | 7024984150 | 08/23/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 70334064571P | | CTII | 55561146519 | 432.890 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 1964741 | 50930 | BAR CLAMP 36IN 91CM NEXT GEN MD | 146 | 15.63/1 | 2,281.98 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| 1964741 | | BAR CLAMP 36IN 91CM NEXT GEN MD | 204 | |
|---|---|---|---|---|

STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                    00100761742025839746

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 2,281.98 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

| | |
|---|---|
| | **PAGE** 1 of 2 |
| | **INVOICE NO** 9428546008 |
| | **INVOICE DATE** 08/28/2018 |

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

**STORE NUMBER:** 0447          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 553858 D/609 | 7025656708 | 08/28/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 703L0629023P | | AVRT | 0309004506 | | 369.340 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078300 | 13352 | 8" SELF-ADJUSTING OVAL/FLAT WIRE STRIPPR | 10 | 13.00/1 | 130.00 |
| 2078110 | 14007 | PLIER 10" GROOVELOCK | 25 | 9.44/1 | 236.00 |
| 2078709 | 14009 | 2PC GROOVELOCK PP CD SET-8" + 10" | 15 | 15.25/1 | 228.75 |
| 2011208 | 36263 | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 120 | 7.38/1 | 885.60 |
| 1402L3 | 45623 | PLIER LCKNG 6LN 6" LNG NOSE | 25 | 7.54/1 | 188.50 |
| 702L3 | 45625 | PLIER LCKNG 7WR 7" CRVD JAW | 50 | 7.07/1 | 353.50 |
| 45711 | 45711 | LCKNG PLIERS 7R CRAFTSMAN FASTRELEASE | 25 | 6.85/1 | 171.25 |
| 45712 | 45712 | LCKING PLIRS CRAFTSMAN 2PC FAST RELEASE | 25 | 13.61/1 | 340.25 |
| 45714 | 45714 | LCKNG PLIERS 10WR CRAFTSMAN FASTRELEASE | 25 | 7.85/1 | 196.25 |
| 102L3 | 45622 | PLIER LCKNG 10R 10" STRGHT JAW | 10 | 7.38/1 | 73.80 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | | | |
|---|---|---|---|---|---|
| 1964743 | | BAR CLAMP 6IN 15CM 2PK NEXT GEN MINI | 16 | | |
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 48 | | |
| 2011105 | | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 16 | | |
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 40 | | |
| 274001SM | | PIPE WRENCH 11" QUICK ADJUST | 10 | | |

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000109975

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428546008
**INVOICE DATE**
08/28/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

**STORE NUMBER:** 0447                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 6378402 | 553858 D/609 | | 7025656708 | 08/28/2018 | PREPAID | | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 703L0629023P | | | | AVRT | 0309004506 | | 369.340 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

*** TRACKING IDs ***
AVRT                              00100761742027105931

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 2,803.90 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428546004

**INVOICE DATE**
08/28/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

STORE NUMBER: 0447                                                                 DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 553039 D/609 | 7025607377 | 08/28/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0629023P | AVRT | 0309004506 | 30.850 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 1402L3 | 45623 | PLIER LCKNG 6LN 6" LNG NOSE | 25 | 7.54/1 | 188.50 |
| 702L3 | 45625 | PLIER LCKNG 7WR 7" CRVD JAW | 25 | 7.07/1 | 176.75 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 144 |
| 2011105 | | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 40 |
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 15 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 25 |

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
AVRT                    00100761742027105931

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 365.25 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

| | |
|---|---|
| | **PAGE** |
| | 1 of 1 |
| | **INVOICE NO** |
| | 9428545994 |
| | **INVOICE DATE** |
| | 08/28/2018 |

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

STORE NUMBER: 0447                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 552060 D/609 | 7025555009 | 08/28/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703L0629023P | | | AVRT | 0309004506 | 60.560 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 20 | 20711 | CLMP LCKNG 11SP 11"/SW PAD | 25 | 11.37/1 | 284.25 |
| 102L3 | 45622 | PLIER LCKNG 10R 10" STRGHT JAW | 15 | 7.38/1 | 110.70 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 1964743 | | BAR CLAMP 6IN 15CM 2PK NEXT GEN MINI | 16 |
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 168 |
| 2011105 | | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 48 |
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 10 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 150 |

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
AVRT                            00100761742027105931

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 394.95 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428545993
**INVOICE DATE**
08/28/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

STORE NUMBER: 0447                                          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 547061 D/609 | 7025274372 | 08/28/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0629023P | | AVRT | 0309004506 | | 41.600 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 20 | 20711 | CLMP LCKNG 11SP 11"/SW PAD | 25 | 11.37/1 | 284.25 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
 37                              PLIER LCKNG ORIGINAL 2PC SET 10WR 5WR        25

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
AVRT                        00100761742027105931

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 284.25 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428545990

**INVOICE DATE**
08/28/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 552056 D/609 | | 7025554944 | 08/28/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | WEIGHT | |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703C1458642P | | UPS | | | 11.920 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 502L3 | 45621 | PLIER LCKNG 10WR 10" CRVD JAW | 10 | 7.58/1 | 75.80 |

FOB : ORIGIN

*** BACKORDERS ***
2011106                          15" CRAFTSMAN CARPENTER SAW-COARSE 9PT-    24
323S                             LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN    125


STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                              1Z10W2720327641610

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 75.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428554477

**INVOICE DATE**
08/29/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                                 **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 553038 D/609 | 7025607358 | 08/29/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0629088P | | CTII | 55561147707 | 164.460 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 1402L3 | 45623 | PLIER LCKNG 6LN 6" LNG NOSE | 25 | 7.54/1 | 188.50 |
| 702L3 | 45625 | PLIER LCKNG 7WR 7" CRVD JAW | 50 | 7.07/1 | 353.50 |
| 102L3 | 45622 | PLIER LCKNG 10R 10" STRGHT JAW | 90 | 7.38/1 | 664.20 |

```
FOB : ORIGIN

*** BACKORDERS ***
 2011106                    15" CRAFTSMAN CARPENTER SAW-COARSE 9PT-    48
 2011105                    20" CRAFTSMAN CARPENTER SAW-COARSE 9PT-    24


STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                        00100761742027084601

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,206.20 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# **Invoice**

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428554476

**INVOICE DATE**
08/29/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                              DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 552058 D/609 | 7025555013 | 08/29/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0629088P | | CTII | 55561147707 | 188.250 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 20 | 20711 | CLMP LCKNG 11SP 11"/SW PAD | 50 | 11.37/1 | 568.50 |
| 102L3 | 45622 | PLIER LCKNG 10R 10" STRGHT JAW | 50 | 7.38/1 | 369.00 |
| 1402L3 | 45623 | PLIER LCKNG 6LN 6" LNG NOSE | 50 | 7.54/1 | 377.00 |
| 702L3 | 45625 | PLIER LCKNG 7WR 7" CRVD JAW | 25 | 7.07/1 | 176.75 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 1964743 | | BAR CLAMP 6IN 15CM 2PK NEXT GEN MINI | 24 |
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 24 |
| 2011105 | | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 40 |
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 85 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 100 |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                          00100761742027084601

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,491.25 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428554475

**INVOICE DATE**
08/29/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 551078 D/609 | 7025486404 | 08/29/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0629088P | CTII | 55561147707 | 52.600 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 20 | 20711 | CLMP LCKNG 11SP 11"/SW PAD | 25 | 11.37/1 | 284.25 |
| 1402L3 | 45623 | PLIER LCKNG 6LN 6" LNG NOSE | 25 | 7.54/1 | 188.50 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*

| 1964743 | | BAR CLAMP 6IN 15CM 2PK NEXT GEN MINI | 16 |
|---|---|---|---|
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 48 |
| 2011105 | | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 32 |
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 20 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 50 |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
\*\*\* TRACKING IDs \*\*\*
CTII                    00100761742027084601

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
P.O. Box 223516
Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 472.75 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428554474

**INVOICE DATE**
08/29/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 550249 D/609 | 7025424660 | 08/29/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0629088P | | CTII | 55561147707 | 11.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 1402L3 | 45623 | PLIER LCKNG 6LN 6" LNG NOSE | 25 | 7.54/1 | 188.50 |

FOB : ORIGIN

*** BACKORDERS ***

| | | |
|---|---|---|
| 2011105 | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 16 |
| 502L3 | PLIER LCKNG 10WR 10" CRVD JAW | 25 |
| 323S | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 25 |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                          00100761742027084601

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 188.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428554473

**INVOICE DATE**
08/29/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 549145 D/609 | 7025366621 | 08/29/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0629088P | CTII | 55561147707 | 63.600 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 20 | 20711 | CLMP LCKNG 11SP 11"/SW PAD | 25 | 11.37/1 | 284.25 |
| 1402L3 | 45623 | PLIER LCKNG 6LN 6" LNG NOSE | 50 | 7.54/1 | 377.00 |

FOB : ORIGIN

*** BACKORDERS ***
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 35 |
|---|---|---|---|
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 25 |

*** FOLLOWING ITEMS CANCELLED ***
2011105                20" CRAFTSMAN CARPENTER SAW-COARSE 9PT-    14

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                00100761742027084601

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 661.25 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428554472
**INVOICE DATE**
08/29/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 548122 D/609 | 7025315595 | 08/29/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0629088P | | CTII | 55561147707 | 22.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 1402L3 | 45623 | PLIER LCKNG 6LN 6" LNG NOSE | 50 | 7.54/1 | 377.00 |

FOB : ORIGIN

*** BACKORDERS ***
502L3                              PLIER LCKNG 10WR 10" CRVD JAW          45

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                    00100761742027084601

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 377.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428554471

**INVOICE DATE**
08/29/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443      DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 546103 D/609 | | 7025226231 | 08/29/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0629088P | | CTII | | 55561147707 | | 41.600 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 20 | 20711 | CLMP LCKNG 11SP 11"/SW PAD | 25 | 11.37/1 | 284.25 |

```
FOB : ORIGIN

*** BACKORDERS ***
 502L3                           PLIER LCKNG 10WR 10" CRVD JAW          5
 323S                            LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN   25


STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                            00100761742027084601

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 284.25 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428564850

**INVOICE DATE**
08/30/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449

**DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 545199 D/609 | 7025166810 | 08/30/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0643184P | RDWY | 7562058614 | 23.840 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 502L3 | 45621 | PLIER LCKNG 10WR 10" CRVD JAW | 20 | 7.58/1 | 151.60 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*
| | | | |
|---|---|---|---|
| 37 | | PLIER LCKNG ORIGINAL 2PC SET 10WR 5WR | 150 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 25 |

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
\*\*\* TRACKING IDs \*\*\*
RDWY                    00100761742028343776

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 151.60 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428564849
**INVOICE DATE**
08/30/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                                      DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 553859 D/609 | | 7025656697 | 08/30/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0643184P | | RDWY | 7562058614 | | 8.970 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 274001SM | 51671 | PIPE WRENCH 11" QUICK ADJUST | 5 | 19.00/1 | 95.00 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| 274001SM | | PIPE WRENCH 11" QUICK ADJUST | 5 | | |
|---|---|---|---|---|---|

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
RDWY                        00100761742028343776

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 95.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428564848
**INVOICE DATE**
08/30/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 541671 D/609 | | 7024957597 | 08/30/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | WEIGHT | |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0643184P | | RDWY | | 7562058614 | 2,387.280 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 225108 | 14886 | C-CLMP 8" - 100 SERIES | 420 | 10.47/1 | 4,397.40 |

```
FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
RDWY                         00100761742028343776

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 4,397.40 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428564847
**INVOICE DATE**
08/30/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

**STORE NUMBER:** 0447    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 541665 D/609 | | 7024957614 | 08/30/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0643172P | | AVRT | 0309004565 | | 1,932.560 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 225108 | 14886 | C-CLMP 8" - 100 SERIES | 340 | 10.47/1 | 3,559.80 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
AVRT                        00100761742028456193

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 3,559.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428564846
**INVOICE DATE**
08/30/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                              **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 553857 D/609 | | 7025656723 | 08/30/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703C1461340P | | UPS | | | 43.492 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 1948798 | 52272 | IRWIN 2-PC PROTQ DEMO SCDR SET | 36 | 6.00/1 | 216.00 |
| 102L3 | 45622 | PLIER LCKNG 10R 10" STRGHT JAW | 10 | 7.38/1 | 73.80 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 2078300 | | 8" SELF-ADJUSTING OVAL/FLAT WIRE STRIPPR | 40 |
| 17 | | CLMP LCKNG 6R 6"/REG TIP | 15 |
| 18 | | CLMP LCKNG 6SP 6"/SW PAD | 15 |
| 4935576 | | PLIER LCKNG 10CR 10" CRVD JAW | 15 |
| 1964743 | | BAR CLAMP 6IN 15CM 2PK NEXT GEN MINI | 32 |
| 2011208 | | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 24 |
| 902L3 | | PLIER LCKNG 5WR 5" CRVD JAW | 25 |
| 702L3 | | PLIER LCKNG 7WR 7" CRVD JAW | 75 |
| 37 | | PLIER LCKNG ORIGINAL 2PC SET 10WR 5WR | 25 |
| 1901245 | | 2" PLASTIC SPRING CLAMP | 48 |
| 59100CD | | HANDI CLMP 1.5" COUNTER DISPLY | 360 |
| 52168 | | POWER-OUT SEARS 5-PIECE SET | 25 |
| 2084100 | | UTILITY KNIFE BI METAL BLADE 5PK | 10 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
P.O. Box 223516
Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428564846
**INVOICE DATE**
08/30/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 553857 D/609 | | 7025656723 | 08/30/2018 | PREPAID | |

| SHIPPING POINT / BOL | | | CARRIER | | PRO # | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703C1461340P | | | UPS | | | 43.492 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|

```
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                          1Z10W2720327719073
UPS                          1Z10W2720327719091

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 289.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428564845

**INVOICE DATE**
08/30/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 553856 D/609 | | 7025656691 | 08/30/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0643190P | | RDWY | 7562058679 | | 29.860 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 274001SM | 51671 | PIPE WRENCH 11" QUICK ADJUST | 10 | 19.00/1 | 190.00 |
| 502L3 | 45621 | PLIER LCKNG 10WR 10" CRVD JAW | 10 | 7.58/1 | 75.80 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 24 |
| 2088600 | | SAFETY KNIFE CARDED | 5 |
| 1078TRAY | | LKNG PLIERS ORIGINAL 10PC TRAY SET | 6 |

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
RDWY                        00100761742028455738
UPS                         1Z10W2720327706087

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 265.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428564844

**INVOICE DATE**
08/30/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                                          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 541653 D/609 | 7024957651 | 08/30/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0643190P | | RDWY | 7562058679 | 2,046.240 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 225108 | 14886 | C-CLMP 8" - 100 SERIES | 360 | 10.47/1 | 3,769.20 |

```
FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
RDWY                    00100761742028455738

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 3,769.20 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428568959

**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                                        DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 541658 D/609 | 7024957641 | 08/31/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0642775P | | CTII | 55561148242 | 628.800 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 226100 | 47859 | BAND CLAMP 1" X 15FT | 600 | 9.09/1 | 5,454.00 |

FOB : ORIGIN

*** BACKORDERS ***
 226100                          BAND CLAMP 1" X 15FT          280


STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                    00100761742028644194

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 5,454.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428568957

**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 553857 D/609 | 7025656723 | 08/31/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0642775P | CTII | 55561148242 | 287.546 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078300 | 13352 | 8" SELF-ADJUSTING OVAL/FLAT WIRE STRIPPR | 40 | 13.00/1 | 520.00 |
| 17 | 20600 | CLMP LCKNG 6R 6"/REG TIP | 15 | 5.90/1 | 88.50 |
| 18 | 29367 | CLMP LCKNG 6SP 6"/SW PAD | 15 | 6.45/1 | 96.75 |
| 4935576 | 29368 | PLIER LCKNG 10CR 10" CRVD JAW | 15 | 7.48/1 | 112.20 |
| 2011208 | 36263 | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 24 | 7.38/1 | 177.12 |
| 702L3 | 45625 | PLIER LCKNG 7WR 7" CRVD JAW | 75 | 7.07/1 | 530.25 |
| 37 | 45632 | PLIER LCKNG ORIGINAL 2PC SET 10WR 5WR | 25 | 13.08/1 | 327.00 |
| 1901245 | 47830 | 2" PLASTIC SPRING CLAMP | 48 | 1.44/1 | 69.12 |
| 59100CD | 47862 | HANDI CLMP 1.5" COUNTER DISPLY | 360 | 2.10/1 | 756.00 |
| 52168 | 52168 | POWER-OUT SEARS 5-PIECE SET | 25 | 9.99/1 | 249.75 |
| 2084100 | 94912 | UTILITY KNIFE BI METAL BLADE 5PK | 10 | 0.95/1 | 9.50 |
| 902L3 | 45624 | PLIER LCKNG 5WR 5" CRVD JAW | 25 | 6.70/1 | 167.50 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*

| 1964743 | | BAR CLAMP 6IN 15CM 2PK NEXT GEN MINI | 32 | | |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
\*\*\* TRACKING IDs \*\*\*
CTII                     00100761742028644194

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 3,103.69 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428568953

**INVOICE DATE**
08/31/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                 **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 541659 D/609 | 7024957658 | 08/31/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0642775P | | CTII | 55561148242 | 5,001.920 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 225108 | 14886 | C-CLMP 8" - 100 SERIES | 880 | 10.47/1 | 9,213.60 |

FOB : ORIGIN

\*\*\* FOLLOWING ITEMS CANCELLED \*\*\*
 59100CD                              HANDI CLMP 1.5" COUNTER DISPLY          860

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
\*\*\* TRACKING IDs \*\*\*
CTII                         00100761742028644194

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 9,213.60 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428575635

**INVOICE DATE**
09/01/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 545199 D/609 | | 7025166810 | 09/01/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0650173P | | CTII | 55561148655 | 249.300 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 37 | 45632 | PLIER LCKNG ORIGINAL 2PC SET 10WR 5WR | 150 | 13.08/1 | 1,962.00 |

FOB : ORIGIN

*** BACKORDERS ***

| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 25 |
|---|---|---|---|

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                    00100761742029252480

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,962.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428591537

**INVOICE DATE**
09/05/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0425
10512 BUSCH DRIVE
JACKSONVILLE, FL 32218

**STORE NUMBER:** 0425                                                                 **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 555099 D/609 | | 7025713651 | 09/05/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703C1471687P | | UPS | | | 25.944 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2011208 | 36263 | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 24 | 7.38/1 | 177.12 |

FOB : ORIGIN

*** BACKORDERS ***
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 24 | | |

STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                        1Z10W2720327822077

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 177.12 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428590106
**INVOICE DATE**
09/05/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 555101 D/609 | 7025713717 | 09/05/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164C0619035P | | UPS | | | 30.852 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 1948798 | 52272 | IRWIN 2-PC PROTQ DEMO SCDR SET | 36 | 5.56/1 | 200.16 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 2078300 | | 8" SELF-ADJUSTING OVAL/FLAT WIRE STRIPPR | 30 |
| 17 | | CLMP LCKNG 6R 6"/REG TIP | 25 |
| 23 | | CLMP LCKNG 8R 8" SHEET MTL | 25 |
| 18 | | CLMP LCKNG 6SP 6"/SW PAD | 20 |
| 4935576 | | PLIER LCKNG 10CR 10" CRVD JAW | 10 |
| 1964743 | | BAR CLAMP 6IN 15CM 2PK NEXT GEN MINI | 24 |
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 24 |
| 1402L3 | | PLIER LCKNG 6LN 6" LNG NOSE | 25 |
| 902L3 | | PLIER LCKNG 5WR 5" CRVD JAW | 25 |
| 702L3 | | PLIER LCKNG 7WR 7" CRVD JAW | 50 |
| 37 | | PLIER LCKNG ORIGINAL 2PC SET 10WR 5WR | 25 |
| 45712 | | LCKING PLIRS CRAFTSMAN 2PC FAST RELEASE | 25 |
| 45715 | | LCKNG PLIERS 10R CRAFTSMAN FASTRELEASE | 25 |
| 45716 | | LCKNG PLIERS 6LN CRAFTSMAN FASTRELEASE | 75 |
| 1901245 | | 2" PLASTIC SPRING CLAMP | 48 |
| 274001SM | | PIPE WRENCH 11" QUICK ADJUST | 10 |
| 52168 | | POWER-OUT SEARS 5-PIECE SET | 25 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428590106

**INVOICE DATE**
09/05/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                 **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 6378402 | 555101 D/609 | | 7025713717 | 09/05/2018 | PREPAID | | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** | |
| Fontana DC Black & Decker,Inc. / 164C0619035P | | | UPS | | | 30.852 LB | |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** | |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                              1Z7996860324932930

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 200.16 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428600302

**INVOICE DATE**
09/06/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                         **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 555100 D/609 | 7025713711 | 09/06/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0670808P | EXLA | 0109718653 | 283.942 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078300 | 13352 | 8" SELF-ADJUSTING OVAL/FLAT WIRE STRIPPR | 20 | 13.39/1 | 267.80 |
| 4935096 | 29373 | 10" STRAIGHT JAW GROOVELOCK | 10 | 9.01/1 | 90.10 |
| 2078925 | 35657 | 4-1/2" FLUSH DIAGONAL W/SPRING | 5 | 8.76/1 | 43.80 |
| 102L3 | 45622 | PLIER LCKNG 10R 10" STRGHT JAW | 10 | 7.60/1 | 76.00 |
| 1402L3 | 45623 | PLIER LCKNG 6LN 6" LNG NOSE | 25 | 7.77/1 | 194.25 |
| 45711 | 45711 | LCKNG PLIERS 7R CRAFTSMAN FASTRELEASE | 25 | 7.06/1 | 176.50 |
| 45712 | 45712 | LCKING PLIRS CRAFTSMAN 2PC FAST RELEASE | 25 | 14.02/1 | 350.50 |
| 45714 | 45714 | LCKNG PLIERS 10WR CRAFTSMAN FASTRELEASE | 25 | 8.09/1 | 202.25 |
| 1901245 | 47830 | 2" PLASTIC SPRING CLAMP | 48 | 1.44/1 | 69.12 |
| 226100 | 47859 | BAND CLAMP 1" X 15FT | 95 | 9.09/1 | 863.55 |
| 2084100 | 94912 | UTILITY KNIFE BI METAL BLADE 5PK | 10 | 0.98/1 | 9.80 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 4935576 | | PLIER LCKNG 10CR 10" CRVD JAW | 10 |
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 24 |
| 2011105 | | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 16 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 50 |
| 2088600 | | SAFETY KNIFE CARDED | 5 |
| 1078TRAY | | LKNG PLIERS ORIGINAL 10PC TRAY SET | 12 |

STORE NUMBER: ST 0440

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE** 2 of 2
**INVOICE NO** 9428600302
**INVOICE DATE** 09/06/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440   **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 555100 D/609 | 7025713711 | 09/06/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0670808P | EXLA | 0109718653 | 283.942 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
EXLA                    00100761742030003231

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 2,343.67 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**   10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428598746
**INVOICE DATE**
09/06/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 552058 D/609 | 7025555013 | 09/06/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164C0619034P | UPS | | 38.400 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 4935498 | 31410 | BAR CLMP 6" QG150 2PK | 24 | 9.00/1 | 216.00 |

FOB : ORIGIN

*** BACKORDERS ***
2011106          15" CRAFTSMAN CARPENTER SAW-COARSE 9PT-    24
2011105          20" CRAFTSMAN CARPENTER SAW-COARSE 9PT-    40
502L3            PLIER LCKNG 10WR 10" CRVD JAW             45
323S             LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN  100

*** FOLLOWING ITEMS CANCELLED ***
502L3            PLIER LCKNG 10WR 10" CRVD JAW             40

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS              1Z7996860324958001

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 216.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# **Invoice**

**PAGE**
1 of 1
**INVOICE NO**
9428598744

**INVOICE DATE**
09/06/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

| | STORE NUMBER: 0443 | | | | | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| 6378402 | 551078 D/609 | | 7025486404 | 09/06/2018 | PREPAID | | | |

| SHIPPING POINT / BOL | | | CARRIER | | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164C0619033P | | | UPS | | | | 25.600 LB | |

| CATALOG NO. | DIST INFO | | DESCRIPTION | | QTY | UNIT PRICE / PER | NET AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| 4935498 | 31410 | | BAR CLMP 6" QG150 2PK | | 16 | 9.00/1 | 144.00 | |

FOB : ORIGIN

*** BACKORDERS ***
| | | | |
|---|---|---|---|
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 48 |
| 2011105 | | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 32 |
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 20 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 50 |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                              1Z7996860324958038

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 144.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428607532

**INVOICE DATE**
09/07/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 553857 D/609 | | 7025656723 | 09/07/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164C0620061P | | UPS | | | | 51.200 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 4935498 | 31410 | BAR CLMP 6" QG150 2PK | 32 | 9.00/1 | 288.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                          1Z7996860324960810

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 288.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1

**INVOICE NO**
9428612257

**INVOICE DATE**
09/08/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

**STORE NUMBER:** 0447                                   **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 553858 D/609 | | 7025656708 | 09/08/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0688468P | | CTII | 555 6202694 2 | 43.540 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 4935498 | 31410 | BAR CLMP 6" QG150 2PK | 16 | 9.00/1 | 144.00 |
| 274001SM | 51671 | PIPE WRENCH 11" QUICK ADJUST | 10 | 19.00/1 | 190.00 |

```
FOB : ORIGIN

*** BACKORDERS ***
2011106                    15" CRAFTSMAN CARPENTER SAW-COARSE 9PT-    48
2011105                    20" CRAFTSMAN CARPENTER SAW-COARSE 9PT-    16
502L3                      PLIER LCKNG 10WR 10" CRVD JAW             40




STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                       00100288746452555196

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 334.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428612256

**INVOICE DATE**
09/08/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

STORE NUMBER: 0447                                                          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 552060 D/609 | 7025555009 | 09/08/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0688468P | CTII | 555 6202694 2 | 25.600 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 4935498 | 31410 | BAR CLMP 6" QG150 2PK | 16 | 9.00/1 | 144.00 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 168 |
| 2011105 | | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 48 |
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 10 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 150 |

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                        00100288746452555196

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 144.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428612255

**INVOICE DATE**
09/08/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

STORE NUMBER: 0447                                        DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 541666 D/609 | 7024957653 | 09/08/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0688468P | CTII | 555 6202694 2 | 771.400 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 223112 | 47667 | BAR CLMP 12" STEEL - 100 SERIES | 350 | 6.38/1 | 2,233.00 |

```
FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                           00100288746452555196

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. <br> P.O. Box 223516 <br> Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 2,233.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428612254

**INVOICE DATE**
09/08/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                              **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 541654 D/609 | | 7024957594 | 09/08/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0688475P | | EXLA | 2959548192 | | 771.400 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 223112 | 47667 | BAR CLMP 12" STEEL - 100 SERIES | 350 | 6.38/1 | 2,233.00 |

FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
EXLA                              00100288746452331813

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 2,233.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 2
**INVOICE NO**
9428611954

**INVOICE DATE**
09/08/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

STORE NUMBER: 0447                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 555102 D/609 | 7025713698 | 09/08/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0670780P | | CTII | 55561149711 | 263.568 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078300 | 13352 | 8" SELF-ADJUSTING OVAL/FLAT WIRE STRIPPR | 20 | 13.39/1 | 267.80 |
| 2078709 | 14009 | 2PC GROOVELOCK PP CD SET-8" + 10" | 15 | 15.71/1 | 235.65 |
| 17 | 20600 | CLMP LCKNG 6R 6"/REG TIP | 10 | 5.90/1 | 59.00 |
| 19 | 20611 | CLMP LCKNG 11R 11"/REG TIP | 25 | 10.22/1 | 255.50 |
| 2011208 | 36263 | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 72 | 7.38/1 | 531.36 |
| 45711 | 45711 | LCKNG PLIERS 7R CRAFTSMAN FASTRELEASE | 25 | 7.06/1 | 176.50 |
| 45715 | 45715 | LCKNG PLIERS 10R CRAFTSMAN FASTRELEASE | 25 | 7.60/1 | 190.00 |
| 45717 | 45717 | LCKNG PLIERS 5WR CRAFTSMAN FASTRELEASE | 25 | 6.66/1 | 166.50 |
| 1901245 | 47830 | 2" PLASTIC SPRING CLAMP | 48 | 1.44/1 | 69.12 |
| 2084100 | 94912 | UTILITY KNIFE BI METAL BLADE 5PK | 10 | 0.98/1 | 9.80 |
| 1948798 | 52272 | IRWIN 2-PC PROTQ DEMO SCDR SET | 12 | 5.56/1 | 66.72 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 4935576 | | PLIER LCKNG 10CR 10" CRVD JAW | 10 |
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 120 |
| 274001SM | | PIPE WRENCH 11" QUICK ADJUST | 10 |

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| 1948798 | | IRWIN 2-PC PROTQ DEMO SCDR SET | 24 |

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000109975

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428611954
**INVOICE DATE**
09/08/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

STORE NUMBER: 0447                                              DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 555102 D/609 | | 7025713698 | 09/08/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0670780P | | CTII | | 55561149711 | | 263.568 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| *** TRACKING IDs *** | | | | | |
| CTII | | 00100761742030318465 | | | |

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 2,027.95 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428611953
**INVOICE DATE**
09/08/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                  **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 555101 D/609 | 7025713717 | 09/08/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0670775P | CTII | 55561149943 | 215.332 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078300 | 13352 | 8" SELF-ADJUSTING OVAL/FLAT WIRE STRIPPR | 30 | 13.39/1 | 401.70 |
| 17 | 20600 | CLMP LCKNG 6R 6"/REG TIP | 25 | 5.90/1 | 147.50 |
| 23 | 20702 | CLMP LCKNG 8R 8" SHEET MTL | 25 | 10.48/1 | 262.00 |
| 18 | 29367 | CLMP LCKNG 6SP 6"/SW PAD | 20 | 6.45/1 | 129.00 |
| 1402L3 | 45623 | PLIER LCKNG 6LN 6" LNG NOSE | 25 | 7.77/1 | 194.25 |
| 45712 | 45712 | LCKING PLIRS CRAFTSMAN 2PC FAST RELEASE | 25 | 14.02/1 | 350.50 |
| 45715 | 45715 | LCKNG PLIERS 10R CRAFTSMAN FASTRELEASE | 25 | 7.60/1 | 190.00 |
| 1901245 | 47830 | 2" PLASTIC SPRING CLAMP | 48 | 1.44/1 | 69.12 |
| 52168 | 52168 | POWER-OUT SEARS 5-PIECE SET | 25 | 10.29/1 | 257.25 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 4935576 | | PLIER LCKNG 10CR 10" CRVD JAW | 10 |
| 1964743 | | BAR CLAMP 6IN 15CM 2PK NEXT GEN MINI | 24 |
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 24 |
| 902L3 | | PLIER LCKNG 5WR 5" CRVD JAW | 25 |
| 702L3 | | PLIER LCKNG 7WR 7" CRVD JAW | 50 |
| 37 | | PLIER LCKNG ORIGINAL 2PC SET 10WR 5WR | 25 |
| 45716 | | LCKNG PLIERS 6LN CRAFTSMAN FASTRELEASE | 75 |

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| 274001SM | | PIPE WRENCH 11" QUICK ADJUST | 10 |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428611953
**INVOICE DATE**
09/08/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 555101 D/609 | | 7025713717 | 09/08/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703L0670775P | | | | CTII | 55561149943 | 215.332 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

*** TRACKING IDs ***
CTII                              00100761742029702398

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 2,001.32 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428611952

**INVOICE DATE**
09/08/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                                  DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 541658 D/609 | 7024957641 | 09/08/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0670775P | | CTII | 55561149943 | 293.440 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 226100 | 47859 | BAND CLAMP 1" X 15FT | 280 | 9.09/1 | 2,545.20 |

```
FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                              00100761742029702398

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 2,545.20 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428611951

**INVOICE DATE**
09/08/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                                        DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 541660 D/609 | | 7024957540 | 09/08/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0670775P | | CTII | 55561149943 | 495.900 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 223112 | 47667 | BAR CLMP 12" STEEL - 100 SERIES | 225 | 6.38/1 | 1,435.50 |

```
FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***
 223112                          BAR CLMP 12" STEEL - 100 SERIES        655


STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                   00100761742029702398

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,435.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428618296

**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                                                 **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 550251 D/609 | | 7025424669 | 09/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | | | CARRIER | | PRO # | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0693618P | | | RDWY | | 7562061117 | 11.920 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 502L3 | 45621 | PLIER LCKNG 10WR 10" CRVD JAW | 10 | 7.58/1 | 75.80 |

```
FOB : ORIGIN

*** BACKORDERS ***
2011106              15" CRAFTSMAN CARPENTER SAW-COARSE 9PT-      24
2011105              20" CRAFTSMAN CARPENTER SAW-COARSE 9PT-      16
323S                 LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN      25




STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
RDWY                 00100761742030802308

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 75.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428618295
**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                              **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 548126 D/609 | | 7025315601 | 09/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0693618P | | RDWY | 7562061117 | 65.560 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 502L3 | 45621 | PLIER LCKNG 10WR 10" CRVD JAW | 55 | 7.58/1 | 416.90 |

FOB : ORIGIN

*** BACKORDERS ***
 323S                          LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN      25

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
RDWY                          00100761742030802308

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 416.90 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428618294

**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 549147 D/609 | | 7025366598 | 09/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0693618P | | RDWY | 7562061117 | 23.840 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 502L3 | 45621 | PLIER LCKNG 10WR 10" CRVD JAW | 20 | 7.58/1 | 151.60 |

```
FOB : ORIGIN

*** BACKORDERS ***
  323S                         LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN    25

*** FOLLOWING ITEMS CANCELLED ***
  2011106                      15" CRAFTSMAN CARPENTER SAW-COARSE 9PT-     6


STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
RDWY                         00100761742030802308

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 151.60 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428618293
**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 546105 D/609 | | 7025226229 | 09/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0693618P | | RDWY | 7562061117 | 23.840 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 502L3 | 45621 | PLIER LCKNG 10WR 10" CRVD JAW | 20 | 7.58/1 | 151.60 |

FOB : ORIGIN

*** BACKORDERS ***
  323S                              LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN      50

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
RDWY                        00100761742030802308

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 151.60 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428618292

**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449

**DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 555103 D/609 | 7025713697 | 09/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0693618P | | RDWY | 7562061117 | 295.774 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078300 | 13352 | 8" SELF-ADJUSTING OVAL/FLAT WIRE STRIPPR | 30 | 13.39/1 | 401.70 |
| 17 | 20600 | CLMP LCKNG 6R 6"/REG TIP | 10 | 5.90/1 | 59.00 |
| 19 | 20611 | CLMP LCKNG 11R 11"/REG TIP | 25 | 10.22/1 | 255.50 |
| 18 | 29367 | CLMP LCKNG 6SP 6"/SW PAD | 10 | 6.45/1 | 64.50 |
| 4935580 | 29369 | PLIER LCKNG ORIGINAL 3PC BLACK TRAY SET | 10 | 20.85/1 | 208.50 |
| 2011208 | 36263 | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 24 | 7.38/1 | 177.12 |
| 102L3 | 45622 | PLIER LCKNG 10R 10" STRGHT JAW | 10 | 7.60/1 | 76.00 |
| 1402L3 | 45623 | PLIER LCKNG 6LN 6" LNG NOSE | 25 | 7.77/1 | 194.25 |
| 45711 | 45711 | LCKNG PLIERS 7R CRAFTSMAN FASTRELEASE | 25 | 7.06/1 | 176.50 |
| 45712 | 45712 | LCKING PLIRS CRAFTSMAN 2PC FAST RELEASE | 25 | 14.02/1 | 350.50 |
| 45714 | 45714 | LCKNG PLIERS 10WR CRAFTSMAN FASTRELEASE | 25 | 8.09/1 | 202.25 |
| 52168 | 52168 | POWER-OUT SEARS 5-PIECE SET | 25 | 10.29/1 | 257.25 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*

| 702L3 | | PLIER LCKNG 7WR 7" CRVD JAW | 50 | | |
|---|---|---|---|---|---|

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
\*\*\* TRACKING IDs \*\*\*
RDWY                          00100761742030802308

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 2,423.07 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428618291

**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0449
1700 SCHUSTER RD
DELANO, CA 93215

| | | | | | |
|---|---|---|---|---|---|
| STORE NUMBER: 0449 | | | | | DUNS. 00-131-7189 |

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED |
|---|---|---|---|---|---|
| 6378402 | 542007 D/609 | | 7024984172 | 09/10/2018 | PREPAID |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0693618P | | RDWY | 7562061117 | 979.540 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 1964720 | 35655 | BAR CLAMP 24IN 61CM NEXT GEN MD | 430 | 14.23/1 | 6,118.90 |

FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
RDWY                          00100761742030802308

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 6,118.90 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428618290

**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

**STORE NUMBER:** 0447     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 555953 D/609 | 7025756800 | 09/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0693556P | AVRT | 0309004768 | 485.120 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078300 | 13352 | 8" SELF-ADJUSTING OVAL/FLAT WIRE STRIPPR | 20 | 13.39/1 | 267.80 |
| 2078110 | 14007 | PLIER 10" GROOVELOCK | 25 | 9.72/1 | 243.00 |
| 2078709 | 14009 | 2PC GROOVELOCK PP CD SET-8" + 10" | 75 | 15.71/1 | 1,178.25 |
| 17 | 20600 | CLMP LCKNG 6R 6"/REG TIP | 15 | 5.90/1 | 88.50 |
| 4935351 | 29363 | PLIER 6" GROOVELOCK | 20 | 6.23/1 | 124.60 |
| 18 | 29367 | CLMP LCKNG 6SP 6"/SW PAD | 15 | 6.45/1 | 96.75 |
| 102L3 | 45622 | PLIER LCKNG 10R 10" STRGHT JAW | 10 | 7.60/1 | 76.00 |
| 1402L3 | 45623 | PLIER LCKNG 6LN 6" LNG NOSE | 25 | 7.77/1 | 194.25 |
| 302L3 | 45626 | PLIER LCKNG 7R 7" STRGHT JAW | 25 | 6.82/1 | 170.50 |
| 45712 | 45712 | LCKING PLIRS CRAFTSMAN 2PC FAST RELEASE | 25 | 14.02/1 | 350.50 |
| 45714 | 45714 | LCKNG PLIERS 10WR CRAFTSMAN FASTRELEASE | 25 | 8.09/1 | 202.25 |
| 45715 | 45715 | LCKNG PLIERS 10R CRAFTSMAN FASTRELEASE | 100 | 7.60/1 | 760.00 |
| 52168 | 52168 | POWER-OUT SEARS 5-PIECE SET | 25 | 10.29/1 | 257.25 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | | | |
|---|---|---|---|---|---|
| 23 | | CLMP LCKNG 8R 8" SHEET MTL | 25 | | |
| 4935576 | | PLIER LCKNG 10CR 10" CRVD JAW | 20 | | |
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 60 | | |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 200 | | |

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000109975

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428618290
**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

**STORE NUMBER:** 0447                                               **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 6378402 | 555953 D/609 | | 7025756800 | 09/10/2018 | PREPAID | | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 703L0693556P | | | | AVRT | 0309004768 | | 485.120 LB |
| **CATALOG NO.** | **DIST INFO** | | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

\*\*\* TRACKING IDs \*\*\*
AVRT                          00100761742030668508

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 4,009.65 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428618289

**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

STORE NUMBER: 0447                                              DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 542004 D/609 | 7024984162 | 09/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0693556P | | AVRT | 0309004768 | | 785.910 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 1964720 | 35655 | BAR CLAMP 24IN 61CM NEXT GEN MD | 345 | 14.23/1 | 4,909.35 |

FOB : ORIGIN
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
AVRT                              00100761742030668508

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 4,909.35 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428618288

**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 552058 D/609 | 7025555013 | 09/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0693574P | | CTII | 55561151030 | 53.640 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 502L3 | 45621 | PLIER LCKNG 10WR 10" CRVD JAW | 45 | 7.58/1 | 341.10 |

```
FOB : ORIGIN

*** BACKORDERS ***
2011106                    15" CRAFTSMAN CARPENTER SAW-COARSE 9PT-    24
2011105                    20" CRAFTSMAN CARPENTER SAW-COARSE 9PT-    40
323S                       LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN   100

*** FOLLOWING ITEMS CANCELLED ***
502L3                      PLIER LCKNG 10WR 10" CRVD JAW              40


STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                       00100761742030741560

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 341.10 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.
**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428618287

**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                  DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 550249 D/609 | 7025424660 | 09/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0693574P | CTII | 55561151030 | 29.800 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 502L3 | 45621 | PLIER LCKNG 10WR 10" CRVD JAW | 25 | 7.58/1 | 189.50 |

FOB : ORIGIN

*** BACKORDERS ***
| | | | |
|---|---|---|---|
| 2011105 | | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 16 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 25 |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                          00100761742030741560

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 189.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428618286

**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                  **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 551078 D/609 | 7025486404 | 09/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0693574P | | CTII | 55561151030 | 23.840 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 502L3 | 45621 | PLIER LCKNG 10WR 10" CRVD JAW | 20 | 7.58/1 | 151.60 |

FOB : ORIGIN

*** BACKORDERS ***

| | | |
|---|---|---|
| 2011106 | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 48 |
| 2011105 | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 32 |
| 323S | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 50 |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                          00100761742030741560

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 151.60 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428618285

**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 549145 D/609 | 7025366621 | 09/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0693574P | | CTII | 55561151030 | 41.720 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 502L3 | 45621 | PLIER LCKNG 10WR 10" CRVD JAW | 35 | 7.58/1 | 265.30 |

```
FOB : ORIGIN

*** BACKORDERS ***
 323S                          LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN      25

*** FOLLOWING ITEMS CANCELLED ***
 2011105                       20" CRAFTSMAN CARPENTER SAW-COARSE 9PT-      14


STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                           00100761742030741560

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 265.30 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428618284
**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                           DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 542001 D/609 | 7024984163 | 09/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0693574P | | CTII | 55561151030 | 1,207.340 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 1964720 | 35655 | BAR CLAMP 24IN 61CM NEXT GEN MD | 530 | 14.23/1 | 7,541.90 |

FOB : ORIGIN
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                          00100761742030741560

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 7,541.90 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428618283

**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 555951 D/609 | 7025756791 | 09/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0693619P | RDWY | 7562061126 | 175.710 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078300 | 13352 | 8" SELF-ADJUSTING OVAL/FLAT WIRE STRIPPR | 10 | 13.39/1 | 133.90 |
| 2078709 | 14009 | 2PC GROOVELOCK PP CD SET-8" + 10" | 15 | 15.71/1 | 235.65 |
| 4935351 | 29363 | PLIER 6" GROOVELOCK | 10 | 6.23/1 | 62.30 |
| 18 | 29367 | CLMP LCKNG 6SP 6"/SW PAD | 10 | 6.45/1 | 64.50 |
| 2078316 | 3322 | 6" WIRE STRIPPER/CUTTER W/PROTOUCH GRIPS | 30 | 5.86/1 | 175.80 |
| 102L3 | 45622 | PLIER LCKNG 10R 10" STRGHT JAW | 10 | 7.60/1 | 76.00 |
| 45711 | 45711 | LCKNG PLIERS 7R CRAFTSMAN FASTRELEASE | 25 | 7.06/1 | 176.50 |
| 45714 | 45714 | LCKNG PLIERS 10WR CRAFTSMAN FASTRELEASE | 25 | 8.09/1 | 202.25 |
| 45715 | 45715 | LCKNG PLIERS 10R CRAFTSMAN FASTRELEASE | 25 | 7.60/1 | 190.00 |
| 52168 | 52168 | POWER-OUT SEARS 5-PIECE SET | 25 | 10.29/1 | 257.25 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 15 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 175 |
| 1078TRAY | | LKNG PLIERS ORIGINAL 10PC TRAY SET | 4 |

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
RDWY                              00100761742030803398

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,574.15 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428618282
**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                                      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 541998 D/609 | | 7024984131 | 09/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0693619P | | RDWY | | 7562061126 | | 785.910 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 1964720 | 35655 | BAR CLAMP 24IN 61CM NEXT GEN MD | 345 | 14.23/1 | 4,909.35 |

FOB : ORIGIN
STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
RDWY                          00100761742030803398

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 4,909.35 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428618281
**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0425
10512 BUSCH DRIVE
JACKSONVILLE, FL 32218

**STORE NUMBER:** 0425                               **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 555950 D/609 | 7025756762 | 09/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0693557P | | AVRT | 0309004769 | 23.550 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078709 | 14009 | 2PC GROOVELOCK PP CD SET-8" + 10" | 15 | 15.71/1 | 235.65 |

```
FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
AVRT                         00100761742030801233

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 235.65 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428618280

**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0425
10512 BUSCH DRIVE
JACKSONVILLE, FL 32218

**STORE NUMBER:** 0425    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 541995 D/609 | | 7024984135 | 09/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0693557P | | AVRT | 0309004769 | | 797.300 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 1964720 | 35655 | BAR CLAMP 24IN 61CM NEXT GEN MD | 350 | 14.23/1 | 4,980.50 |

```
FOB : ORIGIN
STORE NUMBER: ST 0425
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
AVRT                    00100761742030801233

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 4,980.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428616783

**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 553040 D/609 | 7025607382 | 09/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0688485P | | RETL | 32349799897 | 25.600 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 4935498 | 31410 | BAR CLMP 6" QG150 2PK | 16 | 9.00/1 | 144.00 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 2011106 | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 48 | |
| 2011105 | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 16 | |
| 502L3 | PLIER LCKNG 10WR 10" CRVD JAW | 40 | |

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
RETL                          00100288746452822342

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 144.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428616781

**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                        **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 551081 D/609 | | 7025486345 | 09/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0688485P | | RETL | | 32349799897 | | 25.600 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 4935498 | 31410 | BAR CLMP 6" QG150 2PK | 16 | 9.00/1 | 144.00 |

FOB : ORIGIN

*** BACKORDERS ***

| 2011105 | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 16 |
|---|---|---|
| 502L3 | PLIER LCKNG 10WR 10" CRVD JAW | 20 |
| 323S | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 25 |

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
RETL                        00100288746452822342

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 144.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428616778

**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 552062 D/609 | 7025554992 | 09/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0688485P | | RETL | 32349799897 | 25.600 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 4935498 | 31410 | BAR CLMP 6" QG150 2PK | 16 | 9.00/1 | 144.00 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 72 |
| 2011105 | | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 40 |
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 80 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 50 |

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
RETL                          00100288746452822342

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 144.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428616776

**INVOICE DATE**
09/10/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 541672 D/609 | 7024957675 | 09/10/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164L0688485P | | RETL | 32349799897 | 925.680 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 223112 | 47667 | BAR CLMP 12" STEEL - 100 SERIES | 420 | 6.38/1 | 2,679.60 |

FOB : ORIGIN
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
RETL                          00100288746452822342

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 2,679.60 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428632088

**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 556186 D/609 | 7025765170 | 09/11/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703C1485282P | | UPS | | | 93.480 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 4935704 | 14161 | 1/4" QUICK CHANGE BIT HOLDER 6" OAL | 48 | 5.39/1 | 258.72 |
| 4935498 | 31410 | BAR CLMP 6" QG150 2PK | 15 | 9.00/1 | 135.00 |
| 2011208 | 36263 | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 24 | 7.38/1 | 177.12 |
| 1949289 | 52273 | IRWIN 5-PC PROTQ PRCN SCDR SET | 48 | 6.75/1 | 324.00 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 1964743 | | BAR CLAMP 6IN 15CM 2PK NEXT GEN MINI | 17 |
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 144 |
| 274001SM | | PIPE WRENCH 11" QUICK ADJUST | 20 |
| 1948798 | | IRWIN 2-PC PROTQ DEMO SCDR SET | 36 |

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                              1Z10W2720328072902

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 894.84 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428632087
**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

**STORE NUMBER:** 0447                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 556185 D/609 | 7025765166 | 09/11/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703C1485091P | | UPS | | 120.004 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 4935704 | 14161 | 1/4" QUICK CHANGE BIT HOLDER 6" OAL | 48 | 5.39/1 | 258.72 |
| 4935498 | 31410 | BAR CLMP 6" QG150 2PK | 15 | 9.00/1 | 135.00 |
| 2011208 | 36263 | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 48 | 7.38/1 | 354.24 |
| 1949289 | 52273 | IRWIN 5-PC PROTQ PRCN SCDR SET | 48 | 6.75/1 | 324.00 |
| 2084100 | 94912 | UTILITY KNIFE BI METAL BLADE 5PK | 10 | 0.98/1 | 9.80 |

FOB : ORIGIN

*** BACKORDERS ***
| | | | | |
|---|---|---|---|---|
| 1964743 | | BAR CLAMP 6IN 15CM 2PK NEXT GEN MINI | 1 | |
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 648 | |
| 274001SM | | PIPE WRENCH 11" QUICK ADJUST | 10 | |
| 1948798 | | IRWIN 2-PC PROTQ DEMO SCDR SET | 36 | |

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                            1Z10W2720328072671

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,081.76 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428632086

**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

STORE NUMBER: 0447    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 555102 D/609 | | 7025713698 | 09/11/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703C1485090P | | | UPS | | | 17.940 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| 274001SM | 51671 | PIPE WRENCH 11" QUICK ADJUST | | 10 | 19.57/1 | 195.70 |

FOB : ORIGIN

*** BACKORDERS ***
4935576            PLIER LCKNG 10CR 10" CRVD JAW        10
2011106            15" CRAFTSMAN CARPENTER SAW-COARSE 9PT-    120

*** FOLLOWING ITEMS CANCELLED ***
1948798            IRWIN 2-PC PROTQ DEMO SCDR SET        24

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                1Z10W2720328052737

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 195.70 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428632085
**INVOICE DATE**
09/11/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 556184 D/609 | 7025765146 | 09/11/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703C1485263P | UPS | | 57.688 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 4935498 | 31410 | BAR CLMP 6" QG150 2PK | 15 | 9.00/1 | 135.00 |
| 59100CD | 47862 | HANDI CLMP 1.5" COUNTER DISPLY | 20 | 2.10/1 | 42.00 |
| 1949289 | 52273 | IRWIN 5-PC PROTQ PRCN SCDR SET | 48 | 6.75/1 | 324.00 |

```
FOB : ORIGIN

*** BACKORDERS ***
1964743                       BAR CLAMP 6IN 15CM 2PK NEXT GEN MINI        1
2011106                       15" CRAFTSMAN CARPENTER SAW-COARSE 9PT-    120
274001SM                      PIPE WRENCH 11" QUICK ADJUST               10



STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                           1Z10W2720328072840

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 501.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 1
**INVOICE NO**
9428638882

**INVOICE DATE**
09/12/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

STORE NUMBER: 0447                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|
| 6378402 | 555953 D/609 | 7025756800 | 09/12/2018 | PREPAID | | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT | |
|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164C0625553P | | UPS | | 29.050 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 23 | 20702 | CLMP LCKNG 8R 8" SHEET MTL | 25 | 10.48/1 | 262.00 |

FOB : ORIGIN

*** BACKORDERS ***

| | | |
|---|---|---|
| 4935576 | PLIER LCKNG 10CR 10" CRVD JAW | 20 |
| 502L3 | PLIER LCKNG 10WR 10" CRVD JAW | 60 |
| 323S | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 200 |

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                              1Z7996860325046664

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 262.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428649905
**INVOICE DATE**
09/13/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                                                 DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 6378402 | 556183 D/609 | | 7025765142 | 09/13/2018 | PREPAID | | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|---|
| Kannapolis DC / 703C1484866P | | UPS | | | | 13.392 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 1901245 | 47830 | 2" PLASTIC SPRING CLAMP | 48 | 1.44/1 | 69.12 |

FOB : ORIGIN

*** BACKORDERS ***

| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 120 |
| 274001SM | | PIPE WRENCH 11" QUICK ADJUST | 10 |

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                          1Z10W2720327999164

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 69.12 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428666242

**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 555101 D/609 | 7025713717 | 09/17/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0734723P | CTII | 55561153028 | 44.180 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 4935576 | 29368 | PLIER LCKNG 10CR 10" CRVD JAW | 5 | 7.70/1 | 38.50 |
| 4935498 | 31410 | BAR CLMP 6" QG150 2PK | 20 | 9.00/1 | 180.00 |
| 4935576 | 29368 | PLIER LCKNG 10CR 10" CRVD JAW | 5 | 7.70/1 | 38.50 |

```
FOB : ORIGIN

*** BACKORDERS ***
1964743                  BAR CLAMP 6IN 15CM 2PK NEXT GEN MINI        4
2011106                  15" CRAFTSMAN CARPENTER SAW-COARSE 9PT-     24
902L3                    PLIER LCKNG 5WR 5" CRVD JAW                 25
702L3                    PLIER LCKNG 7WR 7" CRVD JAW                 50
37                       PLIER LCKNG ORIGINAL 2PC SET 10WR 5WR       25
45716                    LCKNG PLIERS 6LN CRAFTSMAN FASTRELEASE      75

*** FOLLOWING ITEMS CANCELLED ***
274001SM                 PIPE WRENCH 11" QUICK ADJUST                10


STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                     00100761742032534887

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 257.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428666243

**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 555952 D/609 | 7025756801 | 09/17/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0734723P | CTII | 55561153028 | 245.090 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078300 | 13352 | 8" SELF-ADJUSTING OVAL/FLAT WIRE STRIPPR | 30 | 13.39/1 | 401.70 |
| 2078709 | 14009 | 2PC GROOVELOCK PP CD SET-8" + 10" | 23 | 15.71/1 | 361.33 |
| 18 | 29367 | CLMP LCKNG 6SP 6"/SW PAD | 10 | 6.45/1 | 64.50 |
| 4935096 | 29373 | 10" STRAIGHT JAW GROOVELOCK | 10 | 9.01/1 | 90.10 |
| 31 | 45638 | CLMP LCKNG 9SP 9"/SW PAD | 25 | 9.37/1 | 234.25 |
| 45710 | 45710 | LCKNG PLIERS 7WR CRAFTSMAN FASTRELEASE | 25 | 7.54/1 | 188.50 |
| 45711 | 45711 | LCKNG PLIERS 7R CRAFTSMAN FASTRELEASE | 25 | 7.06/1 | 176.50 |
| 45712 | 45712 | LCKING PLIRS CRAFTSMAN 2PC FAST RELEASE | 25 | 14.02/1 | 350.50 |
| 2078709 | 14009 | 2PC GROOVELOCK PP CD SET-8" + 10" | 22 | 15.71/1 | 345.62 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*

| 17 | | CLMP LCKNG 6R 6"/REG TIP | 15 | | |
|---|---|---|---|---|---|
| 4935576 | | PLIER LCKNG 10CR 10" CRVD JAW | 15 | | |
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 50 | | |
| 102L3 | | PLIER LCKNG 10R 10" STRGHT JAW | 40 | | |
| 1402L3 | | PLIER LCKNG 6LN 6" LNG NOSE | 25 | | |
| 902L3 | | PLIER LCKNG 5WR 5" CRVD JAW | 25 | | |
| 37 | | PLIER LCKNG ORIGINAL 2PC SET 10WR 5WR | 50 | | |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 375 | | |
| 45716 | | LCKNG PLIERS 6LN CRAFTSMAN FASTRELEASE | 25 | | |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428666243
**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 555952 D/609 | | 7025756801 | 09/17/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703L0734723P | | | | CTII | 55561153028 | 245.090 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

```
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                        00100761742032534887

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 2,213.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428666244

**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 556936 D/609 | 7025806160 | 09/17/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0734723P | | CTII | 55561153028 | 685.966 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078300 | 13352 | 8" SELF-ADJUSTING OVAL/FLAT WIRE STRIPPR | 40 | 13.39/1 | 535.60 |
| 4935096 | 29373 | 10" STRAIGHT JAW GROOVELOCK | 10 | 9.01/1 | 90.10 |
| 1932874 | 37701 | 100 SPEEDLINE CHALK REEL | 96 | 3.53/1 | 338.88 |
| 302L3 | 45626 | PLIER LCKNG 7R 7" STRGHT JAW | 25 | 6.82/1 | 170.50 |
| 45713 | 45713 | LCKING PLIRS CRAFTSMAN 3PC FAST RELEASE | 180 | 20.85/1 | 3,753.00 |
| 45715 | 45715 | LCKNG PLIERS 10R CRAFTSMAN FASTRELEASE | 25 | 7.60/1 | 190.00 |
| 45717 | 45717 | LCKNG PLIERS 5WR CRAFTSMAN FASTRELEASE | 25 | 6.66/1 | 166.50 |
| 52168 | 52168 | POWER-OUT SEARS 5-PIECE SET | 25 | 10.29/1 | 257.25 |
| 2084100 | 94912 | UTILITY KNIFE BI METAL BLADE 5PK | 15 | 0.98/1 | 14.70 |

FOB : ORIGIN

*** BACKORDERS ***

| 17 | | CLMP LCKNG 6R 6"/REG TIP | 10 | |
| 4935576 | | PLIER LCKNG 10CR 10" CRVD JAW | 25 | |
| 1964743 | | BAR CLAMP 6IN 15CM 2PK NEXT GEN MINI | 24 | |
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 24 | |
| 102L3 | | PLIER LCKNG 10R 10" STRGHT JAW | 65 | |
| 1402L3 | | PLIER LCKNG 6LN 6" LNG NOSE | 25 | |
| 902L3 | | PLIER LCKNG 5WR 5" CRVD JAW | 50 | |
| 37 | | PLIER LCKNG ORIGINAL 2PC SET 10WR 5WR | 25 | |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 50 | |
| 274001SM | | PIPE WRENCH 11" QUICK ADJUST | 10 | |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428666244
**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 556936 D/609 | | 7025806160 | 09/17/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0734723P | | CTII | 55561153028 | | 685.966 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|

```
STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                          00100761742032534887

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 5,516.53 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**       10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428666245
**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

STORE NUMBER: 0447                                           DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 549146 D/609 | 7025366633 | 09/17/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0734720P | | CTII | 55561152996 | | 16.048 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2011106 | 36261 | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 16 | 6.05/1 | 96.80 |

FOB : ORIGIN

*** FOLLOWING ITEMS CANCELLED ***

| | | | | |
|---|---|---|---|---|
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 56 | |

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                          00100761742032533996

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 96.80 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428666246

**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

STORE NUMBER: 0447                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 555102 D/609 | 7025713698 | 09/17/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0734720P | | CTII | 55561152996 | | 12.180 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 4935576 | 29368 | PLIER LCKNG 10CR 10" CRVD JAW | 10 | 7.70/1 | 77.00 |

```
FOB : ORIGIN

*** BACKORDERS ***
 2011106                        15" CRAFTSMAN CARPENTER SAW-COARSE 9PT-      120

*** FOLLOWING ITEMS CANCELLED ***
 1948798                        IRWIN 2-PC PROTQ DEMO SCDR SET       24


STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                           00100761742032533996

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 77.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428666247
**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

STORE NUMBER: 0447          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 556937 D/609 | 7025806149 | 09/17/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0734720P | | CTII | 55561152996 | 207.596 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078300 | 13352 | 8" SELF-ADJUSTING OVAL/FLAT WIRE STRIPPR | 30 | 13.39/1 | 401.70 |
| 4935351 | 29363 | PLIER 6" GROOVELOCK | 10 | 6.23/1 | 62.30 |
| 4935576 | 29368 | PLIER LCKNG 10CR 10" CRVD JAW | 15 | 7.70/1 | 115.50 |
| 4935096 | 29373 | 10" STRAIGHT JAW GROOVELOCK | 10 | 9.01/1 | 90.10 |
| 2011208 | 36263 | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 36 | 7.38/1 | 265.68 |
| 31 | 45638 | CLMP LCKNG 9SP 9"/SW PAD | 25 | 9.37/1 | 234.25 |
| 45714 | 45714 | LCKNG PLIERS 10WR CRAFTSMAN FASTRELEASE | 25 | 8.09/1 | 202.25 |
| 45715 | 45715 | LCKNG PLIERS 10R CRAFTSMAN FASTRELEASE | 25 | 7.60/1 | 190.00 |
| 52168 | 52168 | POWER-OUT SEARS 5-PIECE SET | 25 | 10.29/1 | 257.25 |

FOB : ORIGIN

*** BACKORDERS ***

| 17 | | CLMP LCKNG 6R 6"/REG TIP | 10 | | |
| 19 | | CLMP LCKNG 11R 11"/REG TIP | 25 | | |
| 20 | | CLMP LCKNG 11SP 11"/SW PAD | 25 | | |
| 1964743 | | BAR CLAMP 6IN 15CM 2PK NEXT GEN MINI | 8 | | |
| 102L3 | | PLIER LCKNG 10R 10" STRGHT JAW | 10 | | |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 50 | | |
| 225105 | | 5" C-CLAMP | 120 | | |
| 274001SM | | PIPE WRENCH 11" QUICK ADJUST | 10 | | |

*** FOLLOWING ITEMS CANCELLED ***

| 2011208 | | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 60 | | |

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000109975

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428666247
**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

**STORE NUMBER:** 0447                                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 6378402 | 556937 D/609 | | 7025806149 | 09/17/2018 | PREPAID | | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 703L0734720P | | | | CTII | 55561152996 | | 207.596 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

```
*** TRACKING IDs ***
CTII                          00100761742032533996

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,819.03 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428666248

**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 555954 D/609 | 7025756805 | 09/17/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0734759P | | RDWY | 7562062767 | 1,099.760 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078300 | 13352 | 8" SELF-ADJUSTING OVAL/FLAT WIRE STRIPPR | 20 | 13.39/1 | 267.80 |
| 2078110 | 14007 | PLIER 10" GROOVELOCK | 25 | 9.72/1 | 243.00 |
| 4935351 | 29363 | PLIER 6" GROOVELOCK | 10 | 6.23/1 | 62.30 |
| 18 | 29367 | CLMP LCKNG 6SP 6"/SW PAD | 25 | 6.45/1 | 161.25 |
| 4935580 | 29369 | PLIER LCKNG ORIGINAL 3PC BLACK TRAY SET | 10 | 20.85/1 | 208.50 |
| 4935096 | 29373 | 10" STRAIGHT JAW GROOVELOCK | 10 | 9.01/1 | 90.10 |
| 302L3 | 45626 | PLIER LCKNG 7R 7" STRGHT JAW | 25 | 6.82/1 | 170.50 |
| 45712 | 45712 | LCKING PLIRS CRAFTSMAN 2PC FAST RELEASE | 25 | 14.02/1 | 350.50 |
| 45713 | 45713 | LCKING PLIRS CRAFTSMAN 3PC FAST RELEASE | 275 | 20.85/1 | 5,733.75 |
| 45714 | 45714 | LCKNG PLIERS 10WR CRAFTSMAN FASTRELEASE | 25 | 8.09/1 | 202.25 |
| 45715 | 45715 | LCKNG PLIERS 10R CRAFTSMAN FASTRELEASE | 25 | 7.60/1 | 190.00 |
| 45717 | 45717 | LCKNG PLIERS 5WR CRAFTSMAN FASTRELEASE | 25 | 6.66/1 | 166.50 |
| 52168 | 52168 | POWER-OUT SEARS 5-PIECE SET | 25 | 10.29/1 | 257.25 |
| 2078709 | 14009 | 2PC GROOVELOCK PP CD SET-8" + 10" | 15 | 15.71/1 | 235.65 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | | | |
|---|---|---|---|---|---|
| 17 | | CLMP LCKNG 6R 6"/REG TIP | 20 | | |
| 4935576 | | PLIER LCKNG 10CR 10" CRVD JAW | 10 | | |
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 35 | | |
| 102L3 | | PLIER LCKNG 10R 10" STRGHT JAW | 15 | | |
| 1402L3 | | PLIER LCKNG 6LN 6" LNG NOSE | 25 | | |
| 902L3 | | PLIER LCKNG 5WR 5" CRVD JAW | 25 | | |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 225 | | |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428666248
**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                                        **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | | |
|---|---|---|---|---|---|---|---|
| 6378402 | 555954 D/609 | | 7025756805 | 09/17/2018 | PREPAID | | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 703L0734759P | | | | RDWY | 7562062767 | | 1,099.760 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

```
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
RDWY                          00100761742032536980

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 8,339.35 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428666249

**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                                                 DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 556186 D/609 | 7025765170 | 09/17/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0734759P | | RDWY | 7562062767 | | 24.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 4935498 | 31410 | BAR CLMP 6" QG150 2PK | 15 | 9.00/1 | 135.00 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 1964743 | | BAR CLAMP 6IN 15CM 2PK NEXT GEN MINI | 2 |
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 144 |
| 274001SM | | PIPE WRENCH 11" QUICK ADJUST | 20 |
| 1948798 | | IRWIN 2-PC PROTQ DEMO SCDR SET | 36 |

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
RDWY                          00100761742032536980

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 135.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

**Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428666250

**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 556938 D/609 | 7025806159 | 09/17/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0734759P | RDWY | 7562062767 | 704.810 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078300 | 13352 | 8" SELF-ADJUSTING OVAL/FLAT WIRE STRIPPR | 10 | 13.39/1 | 133.90 |
| 23 | 20702 | CLMP LCKNG 8R 8" SHEET MTL | 25 | 10.48/1 | 262.00 |
| 4935351 | 29363 | PLIER 6" GROOVELOCK | 20 | 6.23/1 | 124.60 |
| 18 | 29367 | CLMP LCKNG 6SP 6"/SW PAD | 15 | 6.45/1 | 96.75 |
| 4935576 | 29368 | PLIER LCKNG 10CR 10" CRVD JAW | 10 | 7.70/1 | 77.00 |
| 4935580 | 29369 | PLIER LCKNG ORIGINAL 3PC BLACK TRAY SET | 10 | 20.85/1 | 208.50 |
| 4935096 | 29373 | 10" STRAIGHT JAW GROOVELOCK | 10 | 9.01/1 | 90.10 |
| 45712 | 45712 | LCKING PLIRS CRAFTSMAN 2PC FAST RELEASE | 25 | 14.02/1 | 350.50 |
| 45713 | 45713 | LCKING PLIRS CRAFTSMAN 3PC FAST RELEASE | 160 | 20.85/1 | 3,336.00 |
| 45714 | 45714 | LCKNG PLIERS 10WR CRAFTSMAN FASTRELEASE | 25 | 8.09/1 | 202.25 |
| 45715 | 45715 | LCKNG PLIERS 10R CRAFTSMAN FASTRELEASE | 25 | 7.60/1 | 190.00 |
| 2084100 | 94912 | UTILITY KNIFE BI METAL BLADE 5PK | 35 | 0.98/1 | 34.30 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 2078709 | | 2PC GROOVELOCK PP CD SET-8" + 10" | 75 |
| 17 | | CLMP LCKNG 6R 6"/REG TIP | 15 |
| 19 | | CLMP LCKNG 11R 11"/REG TIP | 25 |
| 20 | | CLMP LCKNG 11SP 11"/SW PAD | 25 |
| 1964743 | | BAR CLAMP 6IN 15CM 2PK NEXT GEN MINI | 8 |
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 72 |
| 2011208 | | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 24 |
| 102L3 | | PLIER LCKNG 10R 10" STRGHT JAW | 30 |
| 1402L3 | | PLIER LCKNG 6LN 6" LNG NOSE | 25 |
| 902L3 | | PLIER LCKNG 5WR 5" CRVD JAW | 25 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 50 |
| 274001SM | | PIPE WRENCH 11" QUICK ADJUST | 10 |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
P.O. Box 223516
Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# StanleyBlack&Decker

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428666250

**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 556938 D/609 | | 7025806159 | 09/17/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0734759P | | RDWY | | 7562062767 | | 704.810 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

```
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
RDWY                        00100761742032536980

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 5,105.90 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428667884

**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 555100 D/609 | 7025713711 | 09/17/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703C1498769P | UPS | | 12.180 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 4935576 | 29368 | PLIER LCKNG 10CR 10" CRVD JAW | 10 | 7.70/1 | 77.00 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 2011106 | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 24 | |
| 2011105 | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 16 | |
| 323S | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 50 | |
| 2088600 | SAFETY KNIFE CARDED | 5 | |
| 1078TRAY | LKNG PLIERS ORIGINAL 10PC TRAY SET | 12 | |

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                                        1Z10W2720328218022

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 77.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428667885
**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                              **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 556935 D/609 | | 7025806120 | 09/17/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703C1498768P | | UPS | | | 120.960 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078300 | 13352 | 8" SELF-ADJUSTING OVAL/FLAT WIRE STRIPPR | 10 | 13.39/1 | 133.90 |
| 4935576 | 29368 | PLIER LCKNG 10CR 10" CRVD JAW | 25 | 7.70/1 | 192.50 |
| 2078316 | 3322 | 6" WIRE STRIPPER/CUTTER W/PROTOUCH GRIPS | 30 | 5.86/1 | 175.80 |
| 2078925 | 35657 | 4-1/2" FLUSH DIAGONAL W/SPRING | 5 | 8.76/1 | 43.80 |
| 45715 | 45715 | LCKNG PLIERS 10R CRAFTSMAN FASTRELEASE | 50 | 7.60/1 | 380.00 |

FOB : ORIGIN

*** BACKORDERS ***

| 2078709 | | 2PC GROOVELOCK PP CD SET-8" + 10" | 15 | | |
|---|---|---|---|---|---|
| 2011208 | | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 24 | | |
| 2011105 | | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 32 | | |
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 10 | | |
| 102L3 | | PLIER LCKNG 10R 10" STRGHT JAW | 10 | | |
| 1402L3 | | PLIER LCKNG 6LN 6" LNG NOSE | 25 | | |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 200 | | |
| 1078TRAY | | LKNG PLIERS ORIGINAL 10PC TRAY SET | 4 | | |

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000109975

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**   10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428667885
**INVOICE DATE**
09/17/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 556935 D/609 | 7025806120 | 09/17/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703C1498768P | | UPS | | 120.960 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|

\*\*\* TRACKING IDs \*\*\*
UPS                              1Z10W2720328227521

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 926.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428679598

**INVOICE DATE**
09/18/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440            **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 556935 D/609 | | 7025806120 | 09/18/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703C1501056P | | | UPS | | | 12.640 LB |
| **CATALOG NO.** | **DIST INFO** | | **DESCRIPTION** | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |
| 102L3 | 45622 | | PLIER LCKNG 10R 10" STRGHT JAW | 10 | 7.60/1 | 76.00 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | | |
|---|---|---|---|---|
| 2078709 | | 2PC GROOVELOCK PP CD SET-8" + 10" | 15 | |
| 2011208 | | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 24 | |
| 2011105 | | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 32 | |
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 10 | |
| 1402L3 | | PLIER LCKNG 6LN 6" LNG NOSE | 25 | |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 200 | |
| 1078TRAY | | LKNG PLIERS ORIGINAL 10PC TRAY SET | 4 | |

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                  1Z10W2720328321437

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 76.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428679599

**INVOICE DATE**
09/18/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                          DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 555954 D/609 | 7025756805 | 09/18/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703C1501131P | | UPS | | | 30.200 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 102L3 | 45622 | PLIER LCKNG 10R 10" STRGHT JAW | 15 | 7.60/1 | 114.00 |
| 17 | 20600 | CLMP LCKNG 6R 6"/REG TIP | 20 | 5.90/1 | 118.00 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 4935576 | | PLIER LCKNG 10CR 10" CRVD JAW | 10 |
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 35 |
| 1402L3 | | PLIER LCKNG 6LN 6" LNG NOSE | 25 |
| 902L3 | | PLIER LCKNG 5WR 5" CRVD JAW | 25 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 225 |

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                          1Z10W2720328323355
UPS                          1Z10W2720328323257

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 232.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428679600

**INVOICE DATE**
09/18/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0449
1700 SCHUSTER RD
DELANO, CA 93215

| | | |
|---|---|---|
| STORE NUMBER: 0449 | | DUNS. 00-131-7189 |

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 556938 D/609 | 7025806159 | 09/18/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703C1501132P | UPS | | 46.350 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 102L3 | 45622 | PLIER LCKNG 10R 10" STRGHT JAW | 30 | 7.60/1 | 228.00 |
| 17 | 20600 | CLMP LCKNG 6R 6"/REG TIP | 15 | 5.90/1 | 88.50 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 2078709 | | 2PC GROOVELOCK PP CD SET-8" + 10" | 75 |
| 19 | | CLMP LCKNG 11R 11"/REG TIP | 25 |
| 20 | | CLMP LCKNG 11SP 11"/SW PAD | 25 |
| 1964743 | | BAR CLAMP 6IN 15CM 2PK NEXT GEN MINI | 8 |
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 72 |
| 2011208 | | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 24 |
| 1402L3 | | PLIER LCKNG 6LN 6" LNG NOSE | 25 |
| 902L3 | | PLIER LCKNG 5WR 5" CRVD JAW | 25 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 50 |
| 274001SM | | PIPE WRENCH 11" QUICK ADJUST | 10 |

STORE NUMBER: ST 0449
DEPARTMENT : 609

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428679600

**INVOICE DATE**
09/18/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449        **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 556938 D/609 | | 7025806159 | 09/18/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | | **CARRIER** | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703C1501132P | | | | UPS | | 46.350 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

VENDOR : 000109975
*** TRACKING IDs ***
UPS                      1Z10W2720328323319
UPS                      1Z10W2720328323382

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 316.50 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428686644
**INVOICE DATE**
09/19/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                        DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 556935 D/609 | 7025806120 | 09/19/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164C0632419P | UPS | | 23.550 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078709 | 14009 | 2PC GROOVELOCK PP CD SET-8" + 10" | 15 | 15.71/1 | 235.65 |

FOB : ORIGIN

*** BACKORDERS ***
| | | | |
|---|---|---|---|
| 2011208 | | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 24 |
| 2011105 | | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 32 |
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 10 |
| 1402L3 | | PLIER LCKNG 6LN 6" LNG NOSE | 25 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 200 |
| 1078TRAY | | LKNG PLIERS ORIGINAL 10PC TRAY SET | 4 |

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                              1Z7996860325172554

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 235.65 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

**PAGE**
1 of 2

**INVOICE NO**
9428696367

**INVOICE DATE**
09/20/2018

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 556936 D/609 | 7025806160 | 09/20/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164C0632450P | | UPS | | 38.400 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 4935498 | 31410 | BAR CLMP 6" QG150 2PK | 24 | 9.00/1 | 216.00 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 17 | | CLMP LCKNG 6R 6"/REG TIP | 10 |
| 4935576 | | PLIER LCKNG 10CR 10" CRVD JAW | 25 |
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 24 |
| 102L3 | | PLIER LCKNG 10R 10" STRGHT JAW | 65 |
| 1402L3 | | PLIER LCKNG 6LN 6" LNG NOSE | 25 |
| 902L3 | | PLIER LCKNG 5WR 5" CRVD JAW | 50 |
| 37 | | PLIER LCKNG ORIGINAL 2PC SET 10WR 5WR | 25 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 50 |
| 274001SM | | PIPE WRENCH 11" QUICK ADJUST | 10 |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428696367
**INVOICE DATE**
09/20/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                                        **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 556936 D/609 | | 7025806160 | 09/20/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164C0632450P | | UPS | | | 38.400 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| *** TRACKING IDs *** | | | | | |
| UPS | | 1Z7996860325181884 | | | |

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 216.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428696369

**INVOICE DATE**
09/20/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                                                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 556938 D/609 | 7025806159 | 09/20/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164C0632422P | UPS | | 130.550 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078709 | 14009 | 2PC GROOVELOCK PP CD SET-8" + 10" | 75 | 15.71/1 | 1,178.25 |
| 4935498 | 31410 | BAR CLMP 6" QG150 2PK | 8 | 9.00/1 | 72.00 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 19 | | CLMP LCKNG 11R 11"/REG TIP | 25 |
| 20 | | CLMP LCKNG 11SP 11"/SW PAD | 25 |
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 72 |
| 2011208 | | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 24 |
| 1402L3 | | PLIER LCKNG 6LN 6" LNG NOSE | 25 |
| 902L3 | | PLIER LCKNG 5WR 5" CRVD JAW | 25 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 50 |
| 274001SM | | PIPE WRENCH 11" QUICK ADJUST | 10 |

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
P.O. Box 223516
Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# **Invoice**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428696369

**INVOICE DATE**
09/20/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449                        **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 556938 D/609 | | 7025806159 | 09/20/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | WEIGHT | |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164C0632422P | | UPS | | | 130.550 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | |

*** TRACKING IDs ***
UPS                              1Z7996860325182132

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 1,250.25 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

| | |
|---|---|
| Stanley Black & Decker<br>701 East Joppa Rd<br>Towson MD 21286 | **PAGE**<br>1 of 1<br>**INVOICE NO**<br>9428696368<br>**INVOICE DATE**<br>09/20/2018 |

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

**STORE NUMBER:** 0447  **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 556937 D/609 | | 7025806149 | 09/20/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT | |
|---|---|---|---|---|---|---|
| Fontana DC Black & Decker,Inc. / 164C0632428P | | UPS | | | 12.800 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 4935498 | 31410 | BAR CLMP 6" QG150 2PK | 8 | 9.00/1 | 72.00 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 17 | CLMP LCKNG 6R 6"/REG TIP | 10 | |
| 19 | CLMP LCKNG 11R 11"/REG TIP | 25 | |
| 20 | CLMP LCKNG 11SP 11"/SW PAD | 25 | |
| 102L3 | PLIER LCKNG 10R 10" STRGHT JAW | 10 | |
| 323S | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 50 | |
| 225105 | 5" C-CLAMP | 120 | |
| 274001SM | PIPE WRENCH 11" QUICK ADJUST | 10 | |

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| 2011208 | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 60 | |

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                          1Z7996860325182123

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO:<br>Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | TERMS:<br>1.75% 35 Days, NET 52 | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE<br>72.00 |
|---|---|---|---|---|

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2

**INVOICE NO**
9428710707

**INVOICE DATE**
09/22/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                                                DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 557881 D/609 | 7025870832 | 09/22/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0782561P | EXLA | 0109718905 | 517.690 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078300 | 13352 | 8" SELF-ADJUSTING OVAL/FLAT WIRE STRIPPR | 10 | 13.39/1 | 133.90 |
| 23 | 20702 | CLMP LCKNG 8R 8" SHEET MTL | 25 | 10.48/1 | 262.00 |
| 4935498 | 31410 | BAR CLMP 6" QG150 2PK | 15 | 9.00/1 | 135.00 |
| 2078925 | 35657 | 4-1/2" FLUSH DIAGONAL W/SPRING | 5 | 8.76/1 | 43.80 |
| 45712 | 45712 | LCKING PLIRS CRAFTSMAN 2PC FAST RELEASE | 25 | 14.02/1 | 350.50 |
| 45713 | 45713 | LCKING PLIRS CRAFTSMAN 3PC FAST RELEASE | 125 | 20.85/1 | 2,606.25 |
| 45714 | 45714 | LCKNG PLIERS 10WR CRAFTSMAN FASTRELEASE | 25 | 8.09/1 | 202.25 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 4935576 | | PLIER LCKNG 10CR 10" CRVD JAW | 10 |
| 1964743 | | BAR CLAMP 6IN 15CM 2PK NEXT GEN MINI | 1 |
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 24 |
| 2011105 | | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 32 |
| 102L3 | | PLIER LCKNG 10R 10" STRGHT JAW | 10 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 25 |
| 274001SM | | PIPE WRENCH 11" QUICK ADJUST | 10 |
| 1078TRAY | | LKNG PLIERS ORIGINAL 10PC TRAY SET | 4 |

STORE NUMBER: ST 0440

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428710707
**INVOICE DATE**
09/22/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440                                      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 557881 D/609 | | 7025870832 | 09/22/2018 | PREPAID | |

| SHIPPING POINT / BOL | | | CARRIER | PRO # | WEIGHT | |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0782561P | | | EXLA | 0109718905 | 517.690 LB | |

| CATALOG NO. | DIST INFO | DESCRIPTION | | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|---|
| DEPARTMENT : 609 | | | | | | |
| VENDOR : 000109975 | | | | | | |
| *** TRACKING IDs *** | | | | | | |
| EXLA | | 00100761742034776681 | | | | |

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 3,733.70 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# **Invoice**

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428709906
**INVOICE DATE**
09/22/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0440
1600 N BOUDREAU RD
MANTENO, IL 60950

**STORE NUMBER:** 0440      **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 556935 D/609 | | 7025806120 | 09/22/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0782561P | | EXLA | | 0109718905 | | 11.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 1402L3 | 45623 | PLIER LCKNG 6LN 6" LNG NOSE | 25 | 7.77/1 | 194.25 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 2011208 | | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 24 |
| 2011105 | | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 32 |
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 10 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 200 |
| 1078TRAY | | LKNG PLIERS ORIGINAL 10PC TRAY SET | 4 |

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
EXLA                      00100761742034776681

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 194.25 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428722662

**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS HOMETOWN - 30449
1700 SCHUSTER RD
DELANO, CA 93215

| STORE NUMBER: 0449 | DUNS. 00-131-7189 |
| --- | --- |

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
| --- | --- | --- | --- | --- | --- | --- |
| 6378402 | 557885 D/609 | | 7025870809 | 09/24/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
| --- | --- | --- | --- | --- |
| Kannapolis DC / 703L0782581P | | RDWY | 7562064444 | 15.980 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 52168 | 52168 | POWER-OUT SEARS 5-PIECE SET | 25 | 10.29/1 | 257.25 |
| 2084100 | 94912 | UTILITY KNIFE BI METAL BLADE 5PK | 10 | 0.98/1 | 9.80 |

FOB : ORIGIN

*** BACKORDERS ***
 274001SM                          PIPE WRENCH 11" QUICK ADJUST         35

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
RDWY                              00100761742034776919

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
| --- | --- | --- | --- | --- |
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 267.05 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428722661

**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS HOMETOWN - 30449
1700 SCHUSTER RD
DELANO, CA 93215

| | STORE NUMBER: 0449 | DUNS. 00-131-7189 |
|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 557884 D/609 | 7025870923 | 09/24/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0782581P | RDWY | 7562064444 | 509.654 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078300 | 13352 | 8" SELF-ADJUSTING OVAL/FLAT WIRE STRIPPR | 20 | 13.39/1 | 267.80 |
| 4935705 | 13705 | 1/4" QUICK CHANGE BIT HOLDER 12" OAL | 48 | 5.99/1 | 287.52 |
| 17 | 20600 | CLMP LCKNG 6R 6"/REG TIP | 10 | 5.90/1 | 59.00 |
| 23 | 20702 | CLMP LCKNG 8R 8" SHEET MTL | 50 | 10.48/1 | 524.00 |
| 4935351 | 29363 | PLIER 6" GROOVELOCK | 25 | 6.23/1 | 155.75 |
| 18 | 29367 | CLMP LCKNG 6SP 6"/SW PAD | 25 | 6.45/1 | 161.25 |
| 4935096 | 29373 | 10" STRAIGHT JAW GROOVELOCK | 10 | 9.01/1 | 90.10 |
| 4935498 | 31410 | BAR CLMP 6" QG150 2PK | 15 | 9.00/1 | 135.00 |
| 1932874 | 37701 | 100 SPEEDLINE CHALK REEL | 96 | 3.53/1 | 338.88 |
| 1932872 | 37702 | 100 CLASSIC CHALK REEL | 96 | 2.34/1 | 224.64 |
| 1932883 | 37703 | SPEEDLINE CHALK REEL + BLUE | 72 | 3.77/1 | 271.44 |
| 302L3 | 45626 | PLIER LCKNG 7R 7" STRGHT JAW | 25 | 6.82/1 | 170.50 |
| 45710 | 45710 | LCKNG PLIERS 7WR CRAFTSMAN FASTRELEASE | 25 | 7.54/1 | 188.50 |
| 45711 | 45711 | LCKNG PLIERS 7R CRAFTSMAN FASTRELEASE | 25 | 7.06/1 | 176.50 |
| 45712 | 45712 | LCKING PLIRS CRAFTSMAN 2PC FAST RELEASE | 25 | 14.02/1 | 350.50 |
| 45714 | 45714 | LCKNG PLIERS 10WR CRAFTSMAN FASTRELEASE | 25 | 8.09/1 | 202.25 |
| 45717 | 45717 | LCKNG PLIERS 5WR CRAFTSMAN FASTRELEASE | 25 | 6.66/1 | 166.50 |
| 1901245 | 47830 | 2" PLASTIC SPRING CLAMP | 48 | 1.44/1 | 69.12 |
| 4935576 | 29368 | PLIER LCKNG 10CR 10" CRVD JAW | 10 | 7.70/1 | 77.00 |

FOB : ORIGIN

\*\*\* BACKORDERS \*\*\*

| | | | | | |
|---|---|---|---|---|---|
| 2078709 | | 2PC GROOVELOCK PP CD SET-8" + 10" | 15 | | |
| 20 | | CLMP LCKNG 11SP 11"/SW PAD | 25 | | |
| 1964743 | | BAR CLAMP 6IN 15CM 2PK NEXT GEN MINI | 1 | | |
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 72 | | |
| 2011208 | | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 24 | | |
| 902L3 | | PLIER LCKNG 5WR 5" CRVD JAW | 50 | | |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428722661

**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS HOMETOWN - 30449
1700 SCHUSTER RD
DELANO, CA 93215

| | | STORE NUMBER: 0449 | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 557884 D/609 | | 7025870923 | 09/24/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0782581P | | RDWY | 7562064444 | 509.654 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 45713 | | LCKING PLIRS CRAFTSMAN 3PC FAST RELEASE | 195 | | |

```
STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                         1Z10W2720328468566
RDWY                        00100761742034776919

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 3,916.25 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**   10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1

**INVOICE NO**
9428722660

**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS HOMETOWN - 30449
1700 SCHUSTER RD
DELANO, CA 93215

STORE NUMBER: 0449                                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 556938 D/609 | 7025806159 | 09/24/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0782581P | RDWY | 7562064444 | 11.000 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 1402L3 | 45623 | PLIER LCKNG 6LN 6" LNG NOSE | 25 | 7.77/1 | 194.25 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 19 | | CLMP LCKNG 11R 11"/REG TIP | 25 |
| 20 | | CLMP LCKNG 11SP 11"/SW PAD | 25 |
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 72 |
| 2011208 | | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 24 |
| 902L3 | | PLIER LCKNG 5WR 5" CRVD JAW | 25 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 50 |
| 274001SM | | PIPE WRENCH 11" QUICK ADJUST | 10 |

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
RDWY                    00100761742034776919

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 194.25 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428722659

**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS HOMETOWN - 30449
1700 SCHUSTER RD
DELANO, CA 93215

**STORE NUMBER:** 0449          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 555954 D/609 | 7025756805 | 09/24/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0782581P | | RDWY | 7562064444 | 23.180 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 4935576 | 29368 | PLIER LCKNG 10CR 10" CRVD JAW | 10 | 7.70/1 | 77.00 |
| 1402L3 | 45623 | PLIER LCKNG 6LN 6" LNG NOSE | 25 | 7.77/1 | 194.25 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 35 |
| 902L3 | | PLIER LCKNG 5WR 5" CRVD JAW | 25 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 225 |

STORE NUMBER: ST 0449
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
RDWY            00100761742034776919

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 271.25 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428722658

**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

**STORE NUMBER:** 0447                                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 557883 D/609 | 7025870871 | 09/24/2018 | PREPAID | |

| SHIPPING POINT / BOL | CARRIER | PRO # | WEIGHT |
|---|---|---|---|
| Kannapolis DC / 703L0782520P | AVRT | 0309005045 | 454.280 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078300 | 13352 | 8" SELF-ADJUSTING OVAL/FLAT WIRE STRIPPR | 20 | 13.39/1 | 267.80 |
| 23 | 20702 | CLMP LCKNG 8R 8" SHEET MTL | 25 | 10.48/1 | 262.00 |
| 4935351 | 29363 | PLIER 6" GROOVELOCK | 10 | 6.23/1 | 62.30 |
| 18 | 29367 | CLMP LCKNG 6SP 6"/SW PAD | 10 | 6.45/1 | 64.50 |
| 4935498 | 31410 | BAR CLMP 6" QG150 2PK | 15 | 9.00/1 | 135.00 |
| 45713 | 45713 | LCKING PLIRS CRAFTSMAN 3PC FAST RELEASE | 105 | 20.85/1 | 2,189.25 |
| 45714 | 45714 | LCKNG PLIERS 10WR CRAFTSMAN FASTRELEASE | 25 | 8.09/1 | 202.25 |
| 45715 | 45715 | LCKNG PLIERS 10R CRAFTSMAN FASTRELEASE | 25 | 7.60/1 | 190.00 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | | | |
|---|---|---|---|---|---|
| 19 | | CLMP LCKNG 11R 11"/REG TIP | 25 | | |
| 4935576 | | PLIER LCKNG 10CR 10" CRVD JAW | 10 | | |
| 1964743 | | BAR CLAMP 6IN 15CM 2PK NEXT GEN MINI | 1 | | |
| 2011208 | | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 168 | | |
| 102L3 | | PLIER LCKNG 10R 10" STRGHT JAW | 10 | | |
| 902L3 | | PLIER LCKNG 5WR 5" CRVD JAW | 25 | | |
| 37 | | PLIER LCKNG ORIGINAL 2PC SET 10WR 5WR | 25 | | |
| 274001SM | | PIPE WRENCH 11" QUICK ADJUST | 15 | | |

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.
P.O. Box 223516
Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428722658
**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

**STORE NUMBER:** 0447                                  **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 557883 D/609 | | 7025870871 | 09/24/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | | **PRO #** | **WEIGHT** |
| Kannapolis DC / 703L0782520P | | | AVRT | | 0309005045 | 454.280 LB |
| **CATALOG NO.** | **DIST INFO** | **DESCRIPTION** | | **QTY** | **UNIT PRICE / PER** | **NET AMOUNT** |

```
STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
AVRT                          00100761742034791288

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 3,373.10 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428722657

**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

| | | STORE NUMBER: 0447 | | | DUNS. 00-131-7189 |
|---|---|---|---|---|---|

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 556937 D/609 | | 7025806149 | 09/24/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703L0782520P | | AVRT | 0309005045 | | 297.460 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 17 | 20600 | CLMP LCKNG 6R 6"/REG TIP | 10 | 5.90/1 | 59.00 |
| 225105 | 47977 | 5" C-CLAMP | 120 | 5.38/1 | 645.60 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 19 | | CLMP LCKNG 11R 11"/REG TIP | 25 |
| 20 | | CLMP LCKNG 11SP 11"/SW PAD | 25 |
| 102L3 | | PLIER LCKNG 10R 10" STRGHT JAW | 10 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 50 |
| 274001SM | | PIPE WRENCH 11" QUICK ADJUST | 10 |

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| 2011208 | | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 60 |

STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
AVRT                    00100761742034791288

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 704.60 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**Stanley Black & Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428722656
**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0447
2775 W MILLER ROAD BLD F & G
GARLAND, TX 75041

STORE NUMBER: 0447                                        DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 555953 D/609 | | 7025756800 | 09/24/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | | PRO # | | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0782520P | | AVRT | | 0309005045 | | 24.360 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 4935576 | 29368 | PLIER LCKNG 10CR 10" CRVD JAW | 20 | 7.70/1 | 154.00 |

FOB : ORIGIN

*** BACKORDERS ***
502L3                          PLIER LCKNG 10WR 10" CRVD JAW        60
323S                           LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN    200


STORE NUMBER: ST 0447
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
AVRT                           00100761742034791288

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 154.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**        10% for inspection & repacking will be charged for goods authorized for return

# **Invoice**

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 2
**INVOICE NO**
9428722655
**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

STORE NUMBER: 0443                                                **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 557882 D/609 | | 7025870892 | 09/24/2018 | PREPAID | |
| **SHIPPING POINT / BOL** | | | **CARRIER** | **PRO #** | | **WEIGHT** |
| Kannapolis DC / 703L0782547P | | | CTII | 55561154950 | | 286.892 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 2078300 | 13352 | 8" SELF-ADJUSTING OVAL/FLAT WIRE STRIPPR | 30 | 13.39/1 | 401.70 |
| 17 | 20600 | CLMP LCKNG 6R 6"/REG TIP | 15 | 5.90/1 | 88.50 |
| 23 | 20702 | CLMP LCKNG 8R 8" SHEET MTL | 25 | 10.48/1 | 262.00 |
| 1932883 | 37703 | SPEEDLINE CHALK REEL + BLUE | 72 | 3.77/1 | 271.44 |
| 45710 | 45710 | LCKNG PLIERS 7WR CRAFTSMAN FASTRELEASE | 25 | 7.54/1 | 188.50 |
| 45714 | 45714 | LCKNG PLIERS 10WR CRAFTSMAN FASTRELEASE | 50 | 8.09/1 | 404.50 |
| 1901245 | 47830 | 2" PLASTIC SPRING CLAMP | 48 | 1.44/1 | 69.12 |
| 52168 | 52168 | POWER-OUT SEARS 5-PIECE SET | 25 | 10.29/1 | 257.25 |
| 4935576 | 29368 | PLIER LCKNG 10CR 10" CRVD JAW | 35 | 7.70/1 | 269.50 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 2078709 | | 2PC GROOVELOCK PP CD SET-8" + 10" | 30 |
| 20 | | CLMP LCKNG 11SP 11"/SW PAD | 25 |
| 4935580 | | PLIER LCKNG ORIGINAL 3PC BLACK TRAY SET | 10 |
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 168 |
| 2011208 | | 15" CRAFTSMAN CARPENTER SAW-FINE 12PT- | 24 |
| 902L3 | | PLIER LCKNG 5WR 5" CRVD JAW | 75 |
| 37 | | PLIER LCKNG ORIGINAL 2PC SET 10WR 5WR | 25 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 25 |
| 45716 | | LCKNG PLIERS 6LN CRAFTSMAN FASTRELEASE | 25 |
| 274001SM | | PIPE WRENCH 11" QUICK ADJUST | 25 |

*** FOLLOWING ITEMS CANCELLED ***

| | | | |
|---|---|---|---|
| 45713 | | LCKING PLIRS CRAFTSMAN 3PC FAST RELEASE | 390 |

STORE NUMBER: ST 0443

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | CONTINUED |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
2 of 2
**INVOICE NO**
9428722655

**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443                          **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|---|
| 6378402 | 557882 D/609 | | 7025870892 | 09/24/2018 | PREPAID | |

| SHIPPING POINT / BOL | | | CARRIER | | PRO # | WEIGHT |
|---|---|---|---|---|---|---|
| Kannapolis DC / 703L0782547P | | | CTII | | 55561154950 | 286.892 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| DEPARTMENT : 609 | | | | | |
| VENDOR : 000109975 | | | | | |
| *** TRACKING IDs *** | | | | | |
| CTII | | 00100761742034947845 | | | |
| UPS | | 1Z10W2720328467236 | | | |

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc. P.O. Box 223516 Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 2,212.51 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**      10% for inspection & repacking will be charged for goods authorized for return

# **Invoice**

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428722654

**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443     **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 556936 D/609 | 7025806160 | 09/24/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0782547P | | CTII | 55561154950 | 47.070 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 17 | 20600 | CLMP LCKNG 6R 6"/REG TIP | 10 | 5.90/1 | 59.00 |
| 1402L3 | 45623 | PLIER LCKNG 6LN 6" LNG NOSE | 25 | 7.77/1 | 194.25 |
| 4935576 | 29368 | PLIER LCKNG 10CR 10" CRVD JAW | 25 | 7.70/1 | 192.50 |

```
FOB : ORIGIN

*** BACKORDERS ***
2011106                         15" CRAFTSMAN CARPENTER SAW-COARSE 9PT-      24
102L3                           PLIER LCKNG 10R 10" STRGHT JAW               65
902L3                           PLIER LCKNG 5WR 5" CRVD JAW                  50
37                              PLIER LCKNG ORIGINAL 2PC SET 10WR 5WR        25
323S                            LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN      50
274001SM                        PIPE WRENCH 11" QUICK ADJUST                 10




STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                            00100761742034947845
UPS                             1Z10W2720328467209

THANK YOU FOR YOUR ORDER.
```

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 445.75 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**     10% for inspection & repacking will be charged for goods authorized for return

# Invoice

**StanleyBlack&Decker**

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428722653

**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS ROEBUCK-0443
1055 HANOVER ST
HANOVER TOWNSHIP, PA 18706

**STORE NUMBER:** 0443    **DUNS. 00-131-7189**

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 555952 D/609 | 7025756801 | 09/24/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | WEIGHT |
|---|---|---|---|---|
| Kannapolis DC / 703L0782547P | | CTII | 55561154950 | 37.700 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 17 | 20600 | CLMP LCKNG 6R 6"/REG TIP | 15 | 5.90/1 | 88.50 |
| 4935576 | 29368 | PLIER LCKNG 10CR 10" CRVD JAW | 15 | 7.70/1 | 115.50 |
| 1402L3 | 45623 | PLIER LCKNG 6LN 6" LNG NOSE | 25 | 7.77/1 | 194.25 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 502L3 | | PLIER LCKNG 10WR 10" CRVD JAW | 50 |
| 102L3 | | PLIER LCKNG 10R 10" STRGHT JAW | 40 |
| 902L3 | | PLIER LCKNG 5WR 5" CRVD JAW | 25 |
| 37 | | PLIER LCKNG ORIGINAL 2PC SET 10WR 5WR | 50 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 375 |
| 45716 | | LCKNG PLIERS 6LN CRAFTSMAN FASTRELEASE | 25 |

STORE NUMBER: ST 0443
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
CTII                    00100761742034947845

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 398.25 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**    10% for inspection & repacking will be charged for goods authorized for return

# **StanleyBlack&Decker**

# Invoice

Stanley Black & Decker
701 East Joppa Rd
Towson MD 21286

**PAGE**
1 of 1
**INVOICE NO**
9428722652

**INVOICE DATE**
09/24/2018

**BILL TO**

SEARS ROEBUCK
P.O.Box 2254
OMAHA, NE 68103-2254

**SHIP TO**

SEARS HOMETOWN - 30440
1600 N BOUDREAU RD
MANTENO, IL 60950

STORE NUMBER: 0440                                    DUNS. 00-131-7189

| CUSTOMER NO. | CUSTOMER ORDER NO. | SBD ORDER NO. | SHIP DATE | FREIGHT ALLOWED | |
|---|---|---|---|---|---|
| 6378402 | 557881 D/609 | 7025870832 | 09/24/2018 | PREPAID | |

| SHIPPING POINT / BOL | | CARRIER | PRO # | | WEIGHT |
|---|---|---|---|---|---|
| Kannapolis DC / 703C1513964P | | UPS | | | 12.180 LB |

| CATALOG NO. | DIST INFO | DESCRIPTION | QTY | UNIT PRICE / PER | NET AMOUNT |
|---|---|---|---|---|---|
| 4935576 | 29368 | PLIER LCKNG 10CR 10" CRVD JAW | 10 | 7.70/1 | 77.00 |

FOB : ORIGIN

*** BACKORDERS ***

| | | | |
|---|---|---|---|
| 1964743 | | BAR CLAMP 6IN 15CM 2PK NEXT GEN MINI | 1 |
| 2011106 | | 15" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 24 |
| 2011105 | | 20" CRAFTSMAN CARPENTER SAW-COARSE 9PT- | 32 |
| 102L3 | | PLIER LCKNG 10R 10" STRGHT JAW | 10 |
| 323S | | LKNG PLIER ORIGINAL 3PC SET 10WR 7R 6LN | 25 |
| 274001SM | | PIPE WRENCH 11" QUICK ADJUST | 10 |
| 1078TRAY | | LKNG PLIERS ORIGINAL 10PC TRAY SET | 4 |

STORE NUMBER: ST 0440
DEPARTMENT : 609
VENDOR : 000109975
*** TRACKING IDs ***
UPS                          1Z10W2720328465550

THANK YOU FOR YOUR ORDER.

| PLEASE REMIT TO: | TERMS: | FREIGHT CHARGES | SALES TAX | TOTAL AMOUNT OF INVOICE |
|---|---|---|---|---|
| Black & Decker (U.S.) Inc.<br>P.O. Box 223516<br>Pittsburgh, PA 15251-2516 | 1.75% 35 Days, NET 52 | | | 77.00 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

**ORIGINAL INVOICE – SEE REMIT TO**          10% for inspection & repacking will be charged for goods authorized for return

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS GUAYAMA 2675
PLAZA GUAYAMA - ROAD 3 KM, L 34.7
00784 GUAYAMA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673099 | 09/21/2018 | 1262155 | 9820014594 | 09/26/2018 | 1804020427 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 30 | US | DW5348 80129 | 8207903085 | 10" SDS PLUS BULL POINT CHISEL 10" SDS PLUS BULL POINT CHISEL | 6 | 6.54 | 39.24 |
| 31 | CN | D25260K-B3 11845 | 8467290080 | 800W SDS PLUS HAMMER - 3 MODES D-HANDLE Rotomartillo SDS 3 Modos VVR | 1 | 160.00 | 160.00 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 7 | |
| SUB - TOTAL | | USD | 199.24 |
| TOTAL INVOICE | | USD | 199.24 |

# OF PACKAGES      : 2
GROSS WEIGHT      : 7.258 KG,  16 LB
ECCN        : EAR99
LICENSE NO : NLR-C33
CARRIER        : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the data of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 09/26/2018          *Invoice No: 9820014535          PO No: 182781

*Vendor No: 000390302             Terms Type: _____          Buyer Name: _____

Division No: _____           Terms Date: Invoice Date          *Buyer Store #: 8975

AFE No: _____               Term Net Days: 90                Remit To Name: Black  Decker (PR) LLC

*Dept No: 609                     Disc Percent: _____          *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act          Disc Days Due: _____          Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____                          Allow Amt: _____

Charge Type 1: _____              Charge Amt 1: _____          *No of Ln Items: 1

Charge Type 2: _____              Charge Amt 2: _____          *Tot Inv Amt: 21997.50

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|-------|----------------|-----------|--------------|------------|--------------|-----------|--------|-------------------|---------------------|---|
| 1 | 250 | Each | 87.99 | Buyer Item No | 21150 | UPC Code | 8859114 79523 | | | | | | 2 5 |

DIcentral Corp.

# OCEAN FREIGHT LINK
## BILL OF LADING

| | | | | | B/L # | **032258** |
|---|---|---|---|---|---|---|

**Date:** 9/28/2018    **Consol. #** 003219

**From / Shipper:**

BLACK & DECKER US INC
c/o
9850 PREMIER PKWY

MIRAMAR, FL 33025

**Shipper EIN#:** 521127357

**To / Consignee:**    **Tax Exempt #:** 00039607-0249

SEARS CUPEY BAJO
c/o #8975
CARR# 176, KM 0.5

CUPEY BAJO, PR 00926

**Consignee EIN#:** 66-0233626

**COD Information:** Mail To:

**COD Amount:** $0.00

**Notify Information:**

SEARS CUPEY BAJO

**Related Freight Bill =**

**Reference Numbers:**
PO# 182781 / INV# 9820014535

**- ACE ITN Number -**    **- SURI Number -**
20180928292361

SHIPPER DEC - REMAINDER OF SHIPMENT VALUED $2,500.00 OR LESS PER INDIVIDUAL SCHEDULE B NUMBER

| Booking # | Container # | Vessel | Voyage # | Seal # | Cntr. Size | Our Ship # |
|---|---|---|---|---|---|---|
| SSL000595557 | STRU880281-1 | PERLA DEL CARIBE | 6136 | 0001080 | 53' | 32258 |

**Port of Loading** JACKSONVILLE, FL    **Port of UnLoading** SAN JUAN, PR

| HM | Marks | No. Shiping Units | | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|---|---|---|---|---|---|---|
| | | 4 | PCS | TOOLS, NOI | 2,372 | 196 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSHIPPED AS HEREIN PROVIDED. THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN DURING THE PERIOD OF RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, AT THE POINT OF LOADING, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND OF THE PMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS GENERALLY IN USE. DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE THE GOODS ARE LOADED ON BOARD, CARRIED OR DISCHARGED FROM ANY VESSEL, AND DURING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND DURING THE TIME THE GOODS ARE ONCARRIED OR TRANSPORTED OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THE CARRIAGE SHALL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING. WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE AND FOR THE VALUE SPECIFIED ON THE FACE OF THE BILL OF LADING. OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID, SUBJECT TO CONDITIONS SET FORTH IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS, SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FOR HEREIN.

**Receivers Name**    **Receivers Signature**    **Date**

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 182781 | 09/14/2018 | 1262155 | 9820014535 | 09/26/2018 | 1804007012 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | DCD776PC2-B3 | 8467210070 | DCD776C2 PLUS DG5121 TALADRO PERCUTOR 20V 2 BATERIA | 250 | 87.99 | 21,997.50 |

INVOICE TOTAL QTY          PC     250

SUB - TOTAL                                    USD          21,997.50

TOTAL INVOICE                                  USO          21,997.50

\# OF PACKAGES           : 4
GROSS WEIGHT           : 1,075.922 KG, 2,371.98 LB
ECCN       : EAR99
LICENSE NO : NLR-C33
CARRIER                 : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) dias a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any other person other that the authorized ultimate consignee or end-user( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 09/26/2018          *Invoice No: 9820014534          PO No: 673174

*Vendor No: 000390302              Terms Type: _____           Buyer Name: _____

Division No: _____            Terms Date: Invoice Date          *Buyer Store #: 2355

AFE No: _____                 Term Net Days: 90                Remit To Name: Black  Decker (PR) LLC

*Dept No: 609                      Disc Percent: _____         *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act      Disc Days Due: _____        Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____             Allow Amt: _____

Charge Type 1: _____          Charge Amt 1: _____         *No of Ln Items: 2

Charge Type 2: _____          Charge Amt 2: _____         *Tot Inv Amt: 95.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 1.7 | Buyer Item No | 38475 | UPC Code | 0288740 52277 | | | | | | 0 |
| 2 | 100 | Each | 0.95 | Buyer Item No | 38707 | UPC Code | 0288773 21806 | | | | | | 9 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS HATILLO 2355
PLAZA DEL NORTE, 506 CALLE
TRUNCADO
00658-2709 HATILLO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673174 | 09/24/2018 | 1262155 | 9820014534 | 09/26/2018 | 1804023131 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | DE | DW8424 38707 | 6804221000 | 4-1/2X.045X7/8 THIN CUTTING WHEEL DCW 4-1/2X.045X7/8 THIN CUTTING WHEEL DCW | 100 | 0.95 | 95.00 |

INVOICE  TOTAL QTY          PC    100

SUB - TOTAL                          USD        95.00

TOTAL INVOICE                        USD        95.00

# OF PACKAGES        : 1
GROSS WEIGHT         : 3.629 KG,  8  LB
ECCN       : EAR99
LICENSE NO : NLR-C33
CARRIER              : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 09/26/2018 | *Invoice No: 9820014533 | PO No: 673844 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 1935 |
| AFE No: _____ | Term Net Days: 90 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____         Allow Amt: _____

Charge Type 1: _____        Charge Amt 1: _____        *No of Ln Items: 1

Charge Type 2: _____        Charge Amt 2: _____        *Tot Inv Amt: 389.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Each | 389 | Buyer Item No | 35162 | UPC Code | 8859112 10058 | | | | | | 3 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS MAYAGUEZ 1935
MAYAGUEZ MALL
00680 MAYAGUEZ
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673844 | 09/24/2018 | 1282155 | 9820014533 | 09/26/2018 | 1804023086 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CZ | D25851K 35162 | 8467290080 | Spline Chipping Hammer Kit Spline Chipping Hammer Kit | 1 | 389.00 | 389.00 |

INVOICE TOTAL QTY                                    PC        1

SUB - TOTAL                                              USD        389.00

TOTAL INVOICE                                          USD        389.00

\# OF PACKAGES        : 1
GROSS WEIGHT        : 10,433 KG,  23  LB
ECCN        : EAR99
LICENSE NO : NLR-C33
CARRIER        : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 09/26/2018 | *Invoice No: 9820014531 | PO No: 673721 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 1925 |
| AFE No: _____ | Term Net Days: 90 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____          Allow Amt: _____

Charge Type 1: _____          Charge Amt 1: _____          *No of Ln Items: 2

Charge Type 2: _____          Charge Amt 2: _____          *Tot Inv Amt: 160.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Each | 160 | Buyer Item No | 11845 | UPC Code | 8859113 87156 | | | | | | 1 |
| | | | | | | | | | | | | | 0 |
| 2 | 0 | Each | 10.2 | Buyer Item No | 80145 | UPC Code | 0288774 34469 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAROLINA 1925
PLAZA CAROLINA SHOPPING CENTER
00987 CAROLINA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673721 | 09/24/2018 | 1262155 | 9820014531 | 09/26/2018 | 1804023051 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | D25260K-B3 11845 | 8467290080 | 800W SDS PLUS HAMMER - 3 MODES D-HANDLE Rotomartillo SDS 3 Modos VVR | 1 | 160.00 | 160.00 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY | | PC | 1 |
| SUB - TOTAL | | USD | 160.00 |
| TOTAL INVOICE | | USD | 160.00 |

# OF PACKAGES          : 1
GROSS WEIGHT          : 4.990 KG, 11 LB
ECCN     : EAR99
LICENSE NO : NLR-C33
CARRIER          : SCOTT LOGISTICS CORP

_____
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  09/26/2018 | *Invoice No:  9820014530 | PO No:  184017 |
| *Vendor No:  000390302 | Terms Type:  _____ | Buyer Name:  _____ |
| Division No:  _____ | Terms Date:  Invoice Date | *Buyer Store #:  8975 |
| AFE No:  _____ | Term Net Days:  90 | Remit To Name:  Black   Decker (PR) LLC |
| *Dept No:  609 | Disc Percent:  _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due:  _____ | Contact Name:  _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #:  _____

| | | |
|---|---|---|
| Allow Type:  _____ | Allow Amt:  _____ | |
| Charge Type 1:  _____ | Charge Amt 1:  _____ | *No of Ln Items:  1 |
| Charge Type 2:  _____ | Charge Amt 2:  _____ | *Tot Inv Amt:  579.96 |

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | Each | 144.9 9 | Buyer Item No | 11850 | UPC Code | 8859113 57593 | | | | | | 5 0 |

DIcentral Corp.

## OCEAN FREIGHT LINK
### BILL OF LADING

| | | |
|---|---|---|
| **Date:** 9/28/2018 | **Consol. #** 003219 | **B/L #** 032260 |

| From / Shipper: | To / Consignee: | Tax Exempt #: 00039607-0249 |
|---|---|---|
| BLACK & DECKER US INC<br>c/o<br>9850 PREMIER PKWY<br><br>MIRAMAR, FL 33025 | SEARS CUPEY BAJO<br>c/o #8975<br>CARR# 176, KM 0.5<br><br>CUPEY BAJO, PR 00926 | |

| **Shipper EIN#:** 521127357 | **Consignee EIN#:** 66-0233626 |
|---|---|

| **COD Information:** Mail To: | **Notify Information:** |
|---|---|
| | SEARS CUPEY BAJO |
| **COD Amount:** $0.00 | **Related Freight Bill =** |

**Reference Numbers:**

PO# 184017 / INV# 9820014530

| - ACE ITN Number - | - SURI Number - |
|---|---|
| 20180928292361 | |

SHIPPER DEC - REMAINDER OF SHIPMENT VALUED $2,500.00 OR LESS PER INDIVIDUAL SCHEDULE B NUMBER

| Booking # | Container # | Vessel | Voyage # | Seal # | Cntr. Size | Our Ship # |
|---|---|---|---|---|---|---|
| SSL000595557 | STRU880281-1 | PERLA DEL CARIBE | 6136 | 0001080 | 53' | 32810 |

| Port of Loading | Port of Unloading |
|---|---|
| JACKSONVILLE, FL | SAN JUAN, PR |

| HM | Marks | No. Shipping Units | | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|---|---|---|---|---|---|---|
| | | 1 | PCS | TOOLS, NOI | 35 | 2 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSSHIPPED AS HEREIN PROVIDED. THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN. DURING THE PERIOD OF RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF LOADING, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THE INLAND CARRIER'S BILL OF LADING AND OF THE FMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS GENERALLY IN USE. DURING ALL OTHER PERIODS, INCLUDED THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE LOADED ON BOARD, CARRIED OR DISCHARGED FROM ANY VESSEL, AND DURING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND DURING THE TIME THE GOODS ARE CARRIED OR TRANSPORTED OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THIS CARRIAGE SHALL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING. WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE AND FOR THE VALUE SPECIFIED ON THE FACE OF THIS BILL OF LADING. OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID, SUBJECT TO CONDITIONS SET FORTH IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS, SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FOR HEREIN.

| Receivers Name | Receivers Signature | Date |
|---|---|---|
| | | |

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 184017 | 09/24/2018 | 1262155 | 9820014530 | 09/26/2018 | 1804023048 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | DCD776C2-B3 11850 | 8467210070 | 20V COMPACT HAMMER DRILL DRIVER Taladro Perculor 20V Compacto | 4 | 144.90 | 579.96 |

|  |  |  |
|---|---|---|
| INVOICE TOTAL QTY | PC | 4 |
| SUB - TOTAL |  | USD   579.96 |
| TOTAL INVOICE |  | USD   579.96 |

# OF PACKAGES      : 1
GROSS WEIGHT     : 15.876 KG,  35  LB
ECCN       : EAR90
LICENSE NO : NLR-C33
CARRIER            : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1       Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 09/26/2018 | *Invoice No: 9820014529 | PO No: 184018 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 8975 |
| AFE No: _____ | Term Net Days: 90 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 671 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

| | | |
|---|---|---|
| Allow Type: _____ | Allow Amt: _____ | |
| Charge Type 1: _____ | Charge Amt 1: _____ | *No of Ln Items: 1 |
| Charge Type 2: _____ | Charge Amt 2: _____ | *Tot Inv Amt: 160.00 |

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | Each | 40 | Buyer Item No | 36982 | UPC Code | 8859113 42568 | | | | | | 1 |
| | | | | | | | | | | | | | 0 |

DIcentral Corp.

# OCEAN FREIGHT LINK
## BILL OF LADING

**Date:** 9/28/2018    **Consol. #** 003219    **B/L #** 032259

**From / Shipper:**

BLACK & DECKER US INC
c/o
9850 PREMIER PKWY

MIRAMAR, FL 33025

**Shipper EIN#:** 521127357

**To / Consignee:**    **Tax Exempt #:** 00039607-0249

SEARS CUPEY BAJO
c/o #8975
CARR# 176, KM 0.5

CUPEY BAJO, PR 00926

**Consignee EIN#:** 66-0233626

**COD Information:    Mail To:**

**COD Amount:** $0.00

**Notify Information:**

SEARS CUPEY BAJO

**Related Freight Bill =**

**Reference Numbers:**
PO# 184018 / INV# 9820014629

**- ACE ITN Number -**    **- SURI Number -**
20180928292361

SHIPPER DEC - REMAINDER OF SHIPMENT VALUED $2,500.00 OR LESS PER INDIVIDUAL SCHEDULE B NUMBER

| Booking # | Container # | Vessel | Voyage # | Seal # | Cntr. Size | Our Ship # |
|---|---|---|---|---|---|---|
| SSL000595557 | STRU880281-1 | PERLA DEL CARIBE | 6136 | 0001080 | 53' | 32259 |

**Port of Loading**    **Port of Unloading**
JACKSONVILLE, FL    SAN JUAN, PR

| HM | Marks | No. Shipping Units | | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|---|---|---|---|---|---|---|
| | | 1 | PCS | TOOLS, NOI | 28 | 4 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSHIPPED AS HEREIN PROVIDED  THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN  DURING THE PERIOD OF RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF LOADING, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND OF THE FMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS GENERALLY IN USE  DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE LOADED ON BOARD, CARRIED OR DISCHARGED FROM ANY VESSEL, AND DURING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND DURING THE TIME THE GOODS ARE ONCARRIED OR TRANSPORTED OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THE CARRIAGE SHALL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING  WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE AND FOR THE VALUE SPECIFIED ON THE FACE OF THIS BILL OF LADING  OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID, SUBJECT TO CONDITIONS SET FORTH IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS  SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FOR HEREIN.

**Receivers Name**    **Receivers Signature**    **Date**

**Stanley Black&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS·ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 184018 | 09/24/2018 | 1262155 | 9820014529 | 09/26/2018 | 1804023047 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | GH900 36982 | 8467290070 | 6.5 AMP STRING TRIMMER 14In - 6.5 Amp String Trimmer | 4 | 40.00 | 160.00 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY | | PC | 4 |
| SUB - TOTAL | | USD | 160.00 |
| TOTAL INVOICE | | USD | 160.00 |

# OF PACKAGES        : 1
GROSS WEIGHT        : 12.701 KG,  28  LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER            : SCOTT LOGISTICS CORP

_____
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  09/26/2018 | *Invoice No:  9820014528 | PO No:  673305 |
| *Vendor No:  000390302 | Terms Type:  _____ | Buyer Name:  _____ |
| Division No:  _____ | Terms Date:  Invoice Date | *Buyer Store #:  1925 |
| AFE No:  _____ | Term Net Days:  90 | Remit To Name:  Black   Decker (PR) LLC |
| *Dept No:  609 | Disc Percent:  _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due:  _____ | Contact Name:  _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an…

| | | |
|---|---|---|
| Contact Phone #:  _____ | | |
| Allow Type:  _____ | Allow Amt:  _____ | |
| Charge Type 1:  _____ | Charge Amt 1:  _____ | *No of Ln Items:  2 |
| Charge Type 2:  _____ | Charge Amt 2:  _____ | *Tot Inv Amt:  598.80 |

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3 | Each | 199.6 | Buyer Item No | 41955 | UPC Code | 8859114 25520 | | | | | | 5 0 |
| 2 | 0 | Each | 1.81 | Buyer Item No | 72929 | UPC Code | 0761744 22870 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAROLINA 1925
PLAZA CAROLINA SHOPPING CENTER
00987 CAROLINA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673305 | 09/21/2018 | 1262155 | 9820014528 | 09/28/2018 | 1804020440 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | DCK287D2 | 8467290040 | 20V MAX XR BL COMPACT HD & IMPACT COMBO Combo T. Perculor y Ator. de I | 3 | 199.60 | 598.80 |

| | | |
|---|---|---|
| INVOICE TOTAL QTY | PC | 3 |
| SUB - TOTAL | USD | 598.80 |
| TOTAL INVOICE | USD | 598.80 |

# OF PACKAGES          : 1
GROSS WEIGHT          : 14.061 KG,  31 LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER          : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 09/26/2018                    *Invoice No: 9820014527              PO No: 673422

*Vendor No: 000390302                        Terms Type: _____             Buyer Name: _____

Division No: _____                     Terms Date: Invoice Date            *Buyer Store #: 1905

AFE No: _____                          Term Net Days: 90                   Remit To Name: Black  Decker (PR) LLC

*Dept No: 609                                Disc Percent: _____           *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act           Disc Days Due: _____          Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____                      Allow Amt: _____

Charge Type 1: _____                   Charge Amt 1: _____           *No of Ln Items: 4

Charge Type 2: _____                   Charge Amt 2: _____           *Tot Inv Amt: 69.36

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6 | Each | 11.56 | Buyer Item No | 80086 | UPC Code | 0288740 53496 | | | | | | 6 |
| 2 | 0 | Each | 2.92 | Buyer Item No | 80134 | UPC Code | 0288740 54035 | | | | | | 0 |
| 3 | 0 | Each | 10.2 | Buyer Item No | 80145 | UPC Code | 0288774 34469 | | | | | | 0 |
| 4 | 0 | Each | 6.91 | Buyer Item No | 80187 | UPC Code | 0288740 54240 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673422 | 09/20/2018 | 1262155 | 9820014527 | 09/26/2018 | 1804018552 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | TW | DW5349 80086 | 8207903085 | 1 1/2X10 SCALING CHISEL Cincel Espátula De 1-1/2 X 10 | 6 | 11.56 | 69.36 |

INVOICE  TOTAL QTY                    PC        6

SUB - TOTAL                                               USD           69.36

TOTAL INVOICE                                            USD           69.36

# OF PACKAGES          : 1
GROSS WEIGHT           : 2.268 KG,  5 LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER                       : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 09/26/2018          *Invoice No: 9820014526          PO No: 673096

*Vendor No: 000390302              Terms Type: _____          Buyer Name: _____

Division No: _____           Terms Date: Invoice Date          *Buyer Store #: 1085

AFE No: _____                Term Net Days: 90                 Remit To Name: Black   Decker (PR) LLC

*Dept No: 609                      Disc Percent: _____         *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act        Disc Days Due: _____         Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____                    Allow Amt: _____

Charge Type 1: _____                 Charge Amt 1: _____           *No of Ln Items: 1

Charge Type 2: _____                 Charge Amt 2: _____           *Tot Inv Amt: 419.98

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | Each | 209.99 | Buyer Item No | 36182 | UPC Code | 885911377584 | | | | | | 4 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAGUAS 2915
LAS CATALINAS MALL
00725 CAGUAS
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673096 | 09/21/2018 | 1282155 | 9820014526 | 09/26/2018 | 1804020462 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | DCF899P1 36182 | 8467290040 | 20V BL1/2IN IMPACT WRENCH KIT W PIN 20V Litio Sin Carb Llave Impac | 2 | 209.99 | 419.98 |

INVOICE TOTAL QTY                                    PC      2
SUB - TOTAL                                                         USD        419.98
TOTAL INVOICE                                                      USD        419.98

# OF PACKAGES        : 1
GROSS WEIGHT        : 9,979 KG,  22 LB
ECCN        : EAR99
LICENSE NO : NLR-C33
CARRIER        : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1       Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 09/26/2018          *Invoice No: 9820014525          PO No: 673172

*Vendor No: 000390302              Terms Type: _____          Buyer Name: _____

Division No: _____           Terms Date: Invoice Date          *Buyer Store #: 1925

AFE No: _____                Term Net Days: 90                 Remit To Name: Black   Decker (PR) LLC

*Dept No: 609                      Disc Percent: _____          *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act        Disc Days Due: _____          Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____            Allow Amt: _____

Charge Type 1: _____         Charge Amt 1: _____        *No of Ln Items: 1

Charge Type 2: _____         Charge Amt 2: _____        *Tot Inv Amt: 95.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|------|------|------|------|------|------|------|------|------|------|---|
| 1 | 100 | Each | 0.95 | Buyer Item No | 38707 | UPC Code | 0288773 21806 | | | | | | 9 |

Dicentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAROLINA 1925
PLAZA CAROLINA SHOPPING CENTER
00987 CAROLINA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673172 | 09/21/2018 | 1262155 | 9820014525 | 09/26/2018 | 1804020454 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | DE | DW8424 38707 | 6804221000 | 4-1/2X.045X7/8 THIN CUTTING WHEEL DCW 4-1/2X.045X7/8 THIN CUTTING WHEEL DCW | 100 | 0.95 | 95.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| INVOICE  TOTAL QTY | | PC | 100 | | | |
| SUB - TOTAL | | | | | USD | 95.00 |
| TOTAL INVOICE | | | | | USD | 95.00 |

# OF PACKAGES          : 1
GROSS WEIGHT           : 3.629 KG,  8  LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER                    : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir da la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

Those items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1     Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 09/26/2018     *Invoice No: 9820014524     PO No: 673176

*Vendor No: 000390302     Terms Type: _____     Buyer Name: _____

Division No: _____     Terms Date: Invoice Date     *Buyer Store #: 2675

AFE No: _____     Term Net Days: 90     Remit To Name: Black  Decker (PR) LLC

*Dept No: 609     Disc Percent: _____     *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act     Disc Days Due: _____     Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____     Allow Amt: _____

Charge Type 1: _____     Charge Amt 1: _____     *No of Ln Items: 1

Charge Type 2: _____     Charge Amt 2: _____     *Tot Inv Amt: 118.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|-----|-------|------|-----|--------|-----|----|----|----|----|---|
| 1 | 1 | Each | 118 | Buyer Item No | 4163 | UPC Code | 8859113 87125 | | | | | | 1 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS GUAYAMA 2675
PLAZA GUAYAMA - ROAD 3 KM. L 34.7
00784 GUAYAMA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673176 | 09/20/2018 | 1262155 | 9820014524 | 09/26/2018 | 1804018540 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | D25133K-B3 | 8467290080 | 800W SDS PLUS HAMMER - 3 MODES Rotomartillo comb SDS Plus 3 M | 1 | 118.00 | 118.00 |

INVOICE TOTAL QTY          PC        1

SUB - TOTAL                                    USD          118.00

TOTAL INVOICE                                 USD          118.00

# OF PACKAGES          : 1
GROSS WEIGHT          : 4.536 KG,  10  LB
ECCN          : EAR99
LICENSE NO : NLR-C33
CARRIER          : SCOTT LOGISTICS CORP

_____
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 09/26/2018     *Invoice No: 9820014523     PO No: 673127

*Vendor No: 000390302     Terms Type: _____     Buyer Name: _____

Division No: _____     Terms Date: Invoice Date     *Buyer Store #: 1925

AFE No: _____     Term Net Days: 90     Remit To Name: Black   Decker (PR) LLC

*Dept No: 609     Disc Percent: _____     *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act     Disc Days Due: _____     Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an...

Contact Phone #: _____

Allow Type: _____     Allow Amt: _____

Charge Type 1: _____     Charge Amt 1: _____     *No of Ln Items: 1

Charge Type 2: _____     Charge Amt 2: _____     *Tot Inv Amt: 129.43

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 1 | 1 | Each | 129.43 | Buyer Item No | 12582 | UPC Code | 8859110 48644 | | | | | | 1 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAROLINA 1925
PLAZA CAROLINA SHOPPING CENTER
00987 CAROLINA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673127 | 09/20/2018 | 1262155 | 9820014523 | 09/26/2018 | 1804018539 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | MX | DWD520K | 8467210070 | 1/2 2-SPEED PISTOL HAMMERDRILL KIT TALADRO PERCUTOR 1/2 10 AMP. | 1 | 129.43 | 129.43 |

|  |  |  |
|---|---|---|
| INVOICE  TOTAL QTY | PC | 1 |
| SUB - TOTAL | USD | 129.43 |
| TOTAL INVOICE | USD | 129.43 |

# OF PACKAGES          : 1
GROSS WEIGHT          : 4.990 KG,  11  LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER            : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 09/26/2018          *Invoice No: 9820014602          PO No: 672291

*Vendor No: 000390302             Terms Type: _____          Buyer Name: _____

Division No: _____           Terms Date: Invoice Date          *Buyer Store #: 1905

AFE No: _____                Term Net Days: 90               Remit To Name: Black  Decker (PR) LLC

*Dept No: 609                      Disc Percent: _____         *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act        Disc Days Due: _____          Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____              Allow Amt: _____

Charge Type 1: _____           Charge Amt 1: _____          *No of Ln Items: 4

Charge Type 2: _____           Charge Amt 2: _____          *Tot Inv Amt: 4.56

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|------|------|------|------|------|------|------|------|------|------|---|
| 1 | 0 | Each | 1.4 | Buyer Item No | 12602 | UPC Code | 0288741 69029 | | | | | | 0 |
| 2 | 0 | Each | 5.08 | Buyer Item No | 50964 | UPC Code | 7477528 70474 | | | | | | 0 |
| 3 | 12 | Each | 0.38 | Buyer Item No | 72703 | UPC Code | 0761742 81002 | | | | | | 4 |
| 4 | 0 | Each | 6.54 | Buyer Item No | 80129 | UPC Code | 0288740 53489 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

| BILL TO | SOLD TO | SHIP TO |
|---|---|---|
| SEARS | SEARS | SEARS PLAZA LAS AMERICAS1905 |
| DALLAS ACCTS. PAYABLE | DALLAS ACCTS. PAYABLE | PLAZA LAS AMERICAS MALL |
| 00752-6602 DALLAS | 00752-6602 DALLAS | 00936-7302 SAN JUAN |
| PUERTO RICO | PUERTO RICO | PUERTO RICO |

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 672291 | 09/14/2018 | 1262155 | 9820014602 | 09/26/2018 | 1804007060 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 30 | CN | 28-100 | 8205595510 | STANLEY MINI-RAZOR BLADE SCRA STANLEY MINI-RAZOR BLADE SCRA | 12 | 0.38 | 4.56 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  | INVOICE  TOTAL QTY | | | PC | 12 | |
|  |  | SUB - TOTAL | | | | USD | 4.56 |
|  |  | TOTAL INVOICE | | | | USD | 4.56 |

# OF PACKAGES        : 1
GROSS WEIGHT        : 0.454 KG,  1 LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER              : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 09/26/2018 | *Invoice No: 9820014532 | PO No: 673984 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 1945 |
| AFE No: _____ | Term Net Days: 90 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____          Allow Amt: _____

Charge Type 1: _____          Charge Amt 1: _____          *No of Ln Items:  4

Charge Type 2: _____          Charge Amt 2: _____          *Tot Inv Amt:  275.99

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Each | 275.99 | Buyer Item No | 12582 | UPC Code | 8859110 48644 | | | | | | 2 0 |
| 2 | 0 | Each | 1.81 | Buyer Item No | 72929 | UPC Code | 0761744 22870 | | | | | | 0 |
| 3 | 0 | Each | 2.79 | Buyer Item No | 80123 | UPC Code | 0288740 54011 | | | | | | 0 |
| 4 | 0 | Each | 7.96 | Buyer Item No | 80166 | UPC Code | 0288740 54400 | | | | | | 0 |

DIcentral Corp.

**Stanley Black & Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PONCE 1945
PLAZA DEL CARIBE MALL
00731 PONCE
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673984 | 09/24/2018 | 1262155 | 9820014532 | 09/26/2018 | 1804023080 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | MX | DWD520K | 8467210070 | 1/2 2-SPEED PISTOL HAMMERDRILL KIT<br>TALADRO PERCUTOR 1/2 10 AMP. | 1 | 275.99 | 275.99 |

INVOICE TOTAL QTY                                    PC    1

SUB - TOTAL                                                USD    275.99

TOTAL INVOICE                                             USD    275.99

\# OF PACKAGES            : 1
GROSS WEIGHT           : 4.990 KG,  11 LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER                    : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

Those items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 09/26/2018 | *Invoice No: 9820014605 | PO No: 673128 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 1935 |
| AFE No: _____ | Term Net Days: 90 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____          Allow Amt: _____

Charge Type 1: _____          Charge Amt 1: _____          *No of Ln Items: 2

Charge Type 2: _____          Charge Amt 2: _____          *Tot Inv Amt: 18.06

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6 | Each | 3.01 | Buyer Item No | 50962 | UPC Code | 7477528 90458 | | | | | | 1 |
| 2 | 0 | Each | 4.89 | Buyer Item No | 73007 | UPC Code | 0761744 53003 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS MAYAGUEZ 1935
MAYAGUEZ MALL
00680 MAYAGUEZ
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673128 | 09/21/2018 | 1262155 | 9820014605 | 09/26/2018 | 1804020431 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | 89-045LA 50961 | 8204120000 | 95IB89045 PHOSPHATE ADJ WRENCH 6 IN LLAVE AJUSTABLE NEGRA 6I | 6 | 3.01 | 18.06 |

| | | | |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 6 | |
| SUB - TOTAL | | USD | 18.06 |
| TOTAL INVOICE | | USD | 18.06 |

# OF PACKAGES        : 1
GROSS WEIGHT       : 1.361 KG,  3 LB
ECCN        : EAR99
LICENSE NO : NLR-C33
CARRIER        : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 09/26/2018          *Invoice No: 9820014604          PO No: 673173

*Vendor No: 000390302             Terms Type: _____          Buyer Name: _____

Division No: _____           Terms Date: Invoice Date        *Buyer Store #: 1935

AFE No: _____               Term Net Days: 90               Remit To Name: Black  Decker (PR) LLC

*Dept No: 609                     Disc Percent: _____         *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act     Disc Days Due: _____      Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____                    Allow Amt: _____

Charge Type 1: _____                 Charge Amt 1: _____          *No of Ln Items: 3

Charge Type 2: _____                 Charge Amt 2: _____          *Tot Inv Amt: 35.52

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|------|------------------|-------|-------------|-------------------|---|---|---|---|---|---|
| 1 | 0 | Each | 160 | Buyer Item No | 11845 | UPC Code | 8859113 87156 | | | | | | 0 |
| 2 | 6 | Each | 5.92 | Buyer Item No | 50959 | UPC Code | 7477528 76223 | | | | | | 3 |
| 3 | 0 | Each | 11.56 | Buyer Item No | 80086 | UPC Code | 0288740 53496 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS MAYAGUEZ 1935
MAYAGUEZ MALL
00680 MAYAGUEZ
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673173 | 09/21/2018 | 1262155 | 9820014604 | 09/26/2018 | 1804020439 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 20 | CN | 87-622 50958 | 8204120000 | PIPE WRENCHES 250MM PIPE WRENCHES 250MM | 6 | 5.92 | 35.52 |

| | | | |
|---|---|---|---|
| INVOICE TOTAL QTY | | PC | 6 |
| SUB - TOTAL | | USD | 35.52 |
| TOTAL INVOICE | | USD | 35.52 |

# OF PACKAGES          : 1
GROSS WEIGHT          : 5.443 KG,  12  LB
ECCN        : EAR99
LICENSE NO : NLR-C33
CARRIER                 : SCOTT LOGISTICS CORP

_____
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 09/27/2018          *Invoice No: 9820014607          PO No: 673099

*Vendor No: 000390302             Terms Type: _____          Buyer Name: _____

Division No: _____           Terms Date: Invoice Date          *Buyer Store #: 2675

AFE No: _____                Term Net Days: 90                 Remit To Name: Black  Decker (PR) LLC

*Dept No: 609                     Disc Percent: _____          *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act          Disc Days Due: _____          Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____           Allow Amt: _____

Charge Type 1: _____        Charge Amt 1: _____          *No of Ln Items: 4

Charge Type 2: _____        Charge Amt 2: _____          *Tot Inv Amt: 19.08

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|------|-------------------|--------|--------------|---------|------|------|------|------|------|---|
| 1 | 0 | Each | 160 | Buyer Item No | 11845 | UPC Code | 8859113 87156 | | | | | | 0 |
| 2 | 6 | Each | 3.18 | Buyer Item No | 46253 | UPC Code | 7477525 12718 | | | | | | 1 |
| 3 | 0 | Each | 6.54 | Buyer Item No | 80129 | UPC Code | 0288740 53489 | | | | | | 0 |
| 4 | 0 | Each | 2.92 | Buyer Item No | 80134 | UPC Code | 0288740 54035 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS GUAYAMA 2675
PLAZA GUAYAMA - ROAD 3 KM. L 34.7
00784 GUAYAMA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673099 | 09/21/2018 | 1262155 | 9820014607 | 09/27/2018 | 1804020427 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 20 | CN | 51-271 | 8205203000 | HAMMER WOOD HANDLE 16 OZS<br>HAMMER WOOD HANDLE 16 OZS | 6 | 3.18 | 19.08 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 6 | |
| SUB - TOTAL | | USD | 19.08 |
| TOTAL INVOICE | | USD | 19.08 |

# OF PACKAGES          : 1
GROSS WEIGHT          : 4.536 KG,  10  LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER                    : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/02/2018          *Invoice No: 9820014915          PO No: 673170

*Vendor No: 000390302             Terms Type: _____          Buyer Name: _____

Division No: _____           Terms Date: Invoice Date         *Buyer Store #: 1085

AFE No: _____                Term Net Days: 60                Remit To Name: Black  Decker (PR) LLC

*Dept No: 609                     Disc Percent: _____         *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act      Disc Days Due: _____       Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an-

Contact Phone #: _____

Allow Type: _____            Allow Amt: _____

Charge Type 1: _____         Charge Amt 1: _____        *No of Ln Items: 2

Charge Type 2: _____         Charge Amt 2: _____        *Tot Inv Amt: 10.20

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 129.4 | Buyer | | UPC | 8859110 | | | | | | 0 |
| 1 | 0 | Each | | 3 | 12582 | Code | 48644 | | | | | | |
| | | | | Buyer Item No | | UPC | 0288740 | | | | | | 1 |
| 2 | 5 | Each | 2.04 | Buyer Item No | 38469 | Code | 54028 | | | | | | |

DIcentral Corp.

**Stanley Black&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAGUAS 2915
OCFT
LAS CATALINAS MALL
00725 CAGUAS
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673170 | 09/18/2018 | 1262155 | 9820014915 | 10/02/2018 | 1804012261 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 20 | DE | DW5402 | 8207502030 | DEW SDS+NCHP DW5402 3/16X2X4 PO No 50<br>DEW SDS+NCHP DW5402 3/16X2X4 PO No 50 | 5 | 2.04 | 10.20 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 5 | |
| SUB - TOTAL | | USD | 10.20 |
| TOTAL INVOICE | | USD | 10.20 |

#OF PACKAGES: 1 CTN
GROSS WEIGHT: 1 lbs
CARRIER : averitt 0309685290

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/02/2018    *Invoice No: 9820014914    PO No: 673306

*Vendor No: 000390302    Terms Type: _____    Buyer Name: _____

Division No: _____    Terms Date: Invoice Date    *Buyer Store #: 2085

AFE No: _____    Term Net Days: 60    Remit To Name: Black Decker (PR) LLC

*Dept No: 609    Disc Percent: _____    *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act    Disc Days Due: _____    Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____    Allow Amt: _____

Charge Type 1: _____    Charge Amt 1: _____    *No of Ln Items: 3

Charge Type 2: _____    Charge Amt 2: _____    *Tot Inv Amt: 110.10

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 118 | Buyer Item No | 4163 | UPC Code | 8859113 87125 | | | | | | 0 |
| 2 | 6 | Each | 9.85 | Buyer Item No | 80125 | UPC Code | 0288740 57791 | | | | | | 5 |
| 3 | 5 | Each | 10.2 | Buyer Item No | 80145 | UPC Code | 0288774 34469 | | | | | | 5 |

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS FAJARDO 2085
OCFT
PLAZA DEL ESTE- STATE RD 3
00738 FAJARDO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673306 | 09/18/2018 | 1262155 | 9820014914 | 10/02/2018 | 1804012256 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 20 | US | DW5779 80125 | 8207903085 | 1X 12 COLD CHISEL De 7/8 X 12 Macho III/ Spline | 6 | 9.85 | 59.10 |
| 30 | CN | DW5205 80145 | 8207502030 | 5PC PERCUSSION SET W/TOUGH CASE 5PZ PERC ROCK CARB | 5 | 10.20 | 51.00 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 11 | |
| SUB - TOTAL | | USD | 110.10 |
| TOTAL INVOICE | | USD | 110.10 |

#OF PACKAGES: 1 CTN
GROSS WEIGHT: 16 lbs
CARRIER : averitt 0309685290

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  10/02/2018               *Invoice No:  9820014913          PO No:  673097

*Vendor No:  000390302                   Terms Type:  _____          Buyer Name:  _____

Division No:  _____                 Terms Date:  Invoice Date        *Buyer Store #:  1905

AFE No:  _____                      Term Net Days:  60               Remit To Name:  Black  Decker (PR) LLC

*Dept No:  609                           Disc Percent:  _____        *Remit To DUNS:  001317189

*Product Code:  Fair Labor Standards Act        Disc Days Due:  _____          Contact Name:  _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an-

Contact Phone #:  _____

Allow Type:  _____                  Allow Amt:  _____

Charge Type 1:  _____               Charge Amt 1:  _____        *No of Ln Items:  2

Charge Type 2:  _____               Charge Amt 2:  _____        *Tot Inv Amt:  10.20

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|---------------|------------|-------------|-----------------|---------------|----------------|--------------|----------------|--------------|--------------|----------------------|-------------------------|---|
| 1  | 0             | Each       | 160         | Buyer Item No   | 11845         | UPC Code       | 8859113 87156 |                |              |              |                      |                         | 0 |
| 2  | 1             | Each       | 10.2        | Buyer Item No   | 80145         | UPC Code       | 0288774 34469 |                |              |              |                      |                         | 1 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
OCFT
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673097 | 09/18/2018 | 1262155 | 9820014913 | 10/02/2018 | 1804012252 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 20 | CN | DW5205 80145 | 8207502030 | 5PC PERCUSSION SET W/TOUGH CASE 5PZ PERC ROCK CARB | 5 | 10.20 | 51.00 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  | INVOICE TOTAL QTY |  | PC | 5 |  |  |
|  |  | SUB - TOTAL |  |  |  | USD | 51.00 |
|  |  | TOTAL INVOICE |  |  |  | USD | 51.00 |

#OF PACKAGES: 1 CTN
GROSS WEIGHT: 7 lbs
CARRIER : averitt 0309685290

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  10/02/2018

*Vendor No:  000390302

Division No: _____

AFE No: _____

*Dept No:  609

*Product Code:  Fair Labor Standards Act

*Invoice No:  9820014912

Terms Type: _____

Terms Date:  Invoice Date

Term Net Days:  60

Disc Percent: _____

Disc Days Due: _____

PO No:  182983

Buyer Name: _____

*Buyer Store #:  8975

Remit To Name:  Black   Decker (PR) LLC

*Remit To DUNS:  001317189

Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____

Charge Type 1: _____

Charge Type 2: _____

Allow Amt: _____

Charge Amt 1: _____

Charge Amt 2: _____

*No of Ln Items:  2

*Tot Inv Amt:  336.30

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|-------|------------|-------|------|---------|------|------|------|------|------|----|
| 1 | 0 | Each | 18.82 | Buyer Item No | 10780 | UPC Code | 8859115 22625 | | | | | | 0 3 |
| 2 | 30 | Each | 11.21 | Buyer Item No | 29156 | UPC Code | 0288740 52079 | | | | | | 0 |

DIcentral Corp.

# OCEAN FREIGHT LINK
## BILL OF LADING

**B/L #  032340**

| Date: | 10/12/2018 | Consol. # | 003229 |
|-------|-----------|-----------|--------|

**From / Shipper:**

BLACK & DECKER US INC
c/o FT MILL
9850 PREMIER PKWY

MIRAMAR, FL 33025

**To / Consignee:**   **Tax Exempt #:**   00039607-0249

SEARS CUPEY BAJO
c/o #8975
CARR# 176, KM 0.5

CUPEY BAJO, PR 00926

**Shipper EIN#:**   521127357

**Consignee EIN#:**   66-0233626

**COD Information:**   **Mail To:**

**Notify Information:**

SEARS CUPEY BAJO

COD Amount:   **$0.00**

**Related Freight Bill =**

**Reference Numbers:**
PO# 182983 - INV 9820014912
PO# 182950 - INV 9820014911

**- ACE ITN Number -**          **- SURI Number -**
X20181012156148

SHIPPER DEC - REMAINDER OF SHIPMENT VALUED $2,500.00 OR LESS PER INDIVIDUAL SCHEDULE B NUMBER

| Booking # | Container # | Vessel | Voyage # | Seal # | Cntr. Size | Our Ship # |
|-----------|-------------|--------|----------|--------|-----------|------------|
| SSL000602398 | STRU881815-0 | ISLA BELLA | 5150 | 001071 | 53' | 32340 |

| Port of Loading | Port of Unloading |
|-----------------|-------------------|
| *    JACKSONVILLE, FL | SAN JUAN, PR |

| HM | Marks | No. Shiping Units | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|----|-------|-------------------|------------------------------------------------------|--------|----------|
|    |       | 2    PLTS | TOOLS, NOI | 65 | 7 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSSHIPPED AS HEREIN PROVIDED. THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN DURING THE PERIOD OF RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF LOADING. THIS CARRIAGE SHALL BE SUBJECT TO THE CONTRACT TERMS AND CONDITIONS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND OF THE FMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THIS CONTRACT TERMS AND CONDITIONS GENERALLY IN USE. DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE LOADED ON BOARD, CARRIED OR DISCHARGED FROM ANY VESSEL, AND DURING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND DURING THE TIME THE GOODS ARE ONCARRIED OR TRANSPORTED OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THIS CARRIAGE SHALL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING. WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE AND FOR THE VALUE SPECIFIED ON THE FACE OF THIS BILL OF LADING. OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID, SUBJECT TO CONDITIONS SET FORTH IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS. SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FOR HEREIN.

| Receivers Name | Receivers Signature | Date |
|----------------|---------------------|------|
|                |                     |      |

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
OCFT
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 182983 | 09/18/2018 | 1262155 | 9820014912 | 10/02/2018 | 1804012241 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 20 | DE | DW5207 Y | 8207502030 | 7PIECE SPEARPOINT MASONRY BIT SET SET 7 PZAS brocas | 30 | 11.21 | 336.30 |

| | | | |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 30 | |
| SUB - TOTAL | | USD | 336.30 |
| TOTAL INVOICE | | USD | 336.30 |

#OF PACKAGES: 1 CTN
GROSS WEIGHT: 18 lbs
CARRIER : averitt 0309685290

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  10/02/2018             *Invoice No:  9820014911          PO No:  182950

*Vendor No:  000390302                 Terms Type:  _____          Buyer Name:  _____

Division No:  _____               Terms Date:  Invoice Date        *Buyer Store #:  8975

AFE No:  _____                    Term Net Days:  60               Remit To Name:  Black   Decker (PR) LLC

*Dept No:  609                         Disc Percent:  _____        *Remit To DUNS:  001317189

*Product Code:  Fair Labor Standards Act        Disc Days Due:  _____        Contact Name:  _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #:  _____

Allow Type:  _____                Allow Amt:  _____

Charge Type 1:  _____                     Charge Amt 1:  _____          *No of Ln Items:  1

Charge Type 2:  _____                     Charge Amt 2:  _____          *Tot Inv Amt:  1107.00

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|------|------|------|------|------|------|------|------|------|------|---|
| | | | | | | | | | | | | | 1 |
| 1 | 150 | Each | 7.38 | Buyer Item No | 80133 | UPC Code | 0288740 52048 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
OCFT
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|----------|---------------|-------------|------------|----------|---------|------|-------------|------|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 182950 | 09/18/2018 | 1262155 | 9820014911 | 10/02/2018 | 1804012238 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|----|-----|--------------------------|---------------|-------------|-----|------------|------------|
| 10 | DE | DW5204  Y | 8207502030 | 4PIECE SPEARPOINT MASONRY BIT SET<br>SET 4 PZAS brocas | 150 | 7.38 | 1,107.00 |

|  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|
| INVOICE  TOTAL QTY | | | PC | 150 | | |
| SUB - TOTAL | | | | | USD | 1,107.00 |
| TOTAL INVOICE | | | | | USD | 1,107.00 |

#OF PACKAGES: 1 plts
GROSS WEIGHT: 47 lbs
CARRIER : averitt 0309685290

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/03/2018          *Invoice No: 9820014938          PO No: 671974

*Vendor No: 000390302             Terms Type: _____          Buyer Name: _____

Division No: _____            Terms Date: Invoice Date         *Buyer Store #: 1085

AFE No: _____                 Term Net Days: 60                Remit To Name: Black  Decker (PR) LLC

*Dept No: 671                      Disc Percent: _____         *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act      Disc Days Due: _____       Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an-

Contact Phone #: _____

Allow Type: _____                 Allow Amt: _____

Charge Type 1: _____              Charge Amt 1: _____          *No of Ln Items: 2

Charge Type 2: _____              Charge Amt 2: _____          *Tot Inv Amt: 73.40

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|-------|------|-------|------|-------|------|------|------|------|------|---|
| 1 | 5 | Each | 14.68 | Buyer Item No | 57963 | UPC Code | 6368934 03781 | | | | | | 7 |
| 2 | 0 | Each | 1.49 | Buyer Item No | 72476 | UPC Code | 0288773 72785 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAGUAS 2915
LAS CATALINAS MALL
00725 CAGUAS
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 671974 | 09/14/2018 | 1262155 | 9820014938 | 10/03/2018 | 1804007067 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | US | DXPA34ST | 8424909040 | 5 NOZZLES KIT3.0 UP TO 3400 PSI NARIZ KIT 5 PCS 3400 PSI | 5 | 14.68 | 73.40 |

|  |  |  |  |  |
|---|---|---|---|---|
| INVOICE  TOTAL QTY | | PC | 5 | |
| SUB - TOTAL | | | USD | 73.40 |
| TOTAL INVOICE | | | USD | 73.40 |

```
#OF PACKAGES: 1 CTN
GROSS WEIGHT: 2 lbs
CARRIER : UPS
```

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1     Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/08/2018

*Vendor No: 000390302

Division No: _____

AFE No: _____

*Dept No: 609

*Product Code: Fair Labor Standards Act

*Invoice No: 9820014961

Terms Type: _____

Terms Date: Invoice Date

Term Net Days: 60

Disc Percent: _____

Disc Days Due: _____

PO No: 673843

Buyer Name: _____

*Buyer Store #: 1905

Remit To Name: Black  Decker (PR) LLC

*Remit To DUNS: 001317189

Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____

Charge Type 1: _____

Charge Type 2: _____

Allow Amt: _____

Charge Amt 1: _____

Charge Amt 2: _____

*No of Ln Items: 3

*Tot Inv Amt: 92.25

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|------|------|------|------|------|------|------|------|------|------|---|
| 1 | 20 | Each | 1.8 | Buyer Item No | 38471 | UPC Code | 0288740 52239 | | | | | | 3 |
| 2 | 5 | Each | 1.05 | Buyer Item No | 38586 | UPC Code | 0288740 52246 | | | | | | 5 |
| 3 | 5 | Each | 10.2 | Buyer Item No | 80145 | UPC Code | 0288774 34469 | | | | | | 5 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
OCFT
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673843 | 09/24/2018 | 1262155 | 9820014961 | 10/08/2018 | 1804023146 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | DE | DW5223  Y | 8207502030 | BIT, SPEARPOINT, 3/16" x 6"<br>3/16X4X6 BROCA ROCK CARBIDE (S | 20 | 1.80 | 36.00 |
| 20 | DE | DW5224  Y | 8207502030 | BIT, SPEARPOINT, 1/4" x 4"<br>1/4X2X4 BROCA ROCK CARBIDE(SEN | 5 | 1.05 | 5.25 |
| 30 | CN | DW5205<br>80145 | 8207502030 | 5PC PERCUSSION SET W/TOUGH CASE<br>5PZ PERC ROCK CARB | 5 | 10.20 | 51.00 |

| | | | |
|---|---|---|---|
| INVOICE  TOTAL QTY | PC | 30 | |
| SUB - TOTAL | | USD | 92.25 |
| TOTAL INVOICE | | USD | 92.25 |

#OF PACKAGES: 1 CTNS
GROSS WEIGHT: 8 lbs
CARRIER : averitt 0309685573

---

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  10/08/2018          *Invoice No:  9820014960          PO No:  673982

*Vendor No:  000390302             Terms Type:  _____          Buyer Name:  _____

Division No:  _____            Terms Date:  Invoice Date          *Buyer Store #:  1925

AFE No:  _____                Term Net Days:  60               Remit To Name:  Black   Decker (PR) LLC

*Dept No:  609                      Disc Percent:  _____          *Remit To DUNS:  001317189

*Product Code:  Fair Labor Standards Act          Disc Days Due:  _____          Contact Name:  _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #:  _____

Allow Type:  _____            Allow Amt:  _____

Charge Type 1:  _____          Charge Amt 1:  _____          *No of Ln Items:  2

Charge Type 2:  _____          Charge Amt 2:  _____          *Tot Inv Amt:  120.75

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|------|-----------------|---------|------|---------|------|------|------|------|------|---|
| 1 | 25 | Each | 2.79 | Buyer Item No | 80123 | UPC Code | 0288740 54011 | | | | | | 6 |
| 2 | 5 | Each | 10.2 | Buyer Item No | 80145 | UPC Code | 0288774 34469 | | | | | | 5 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAROLINA 1925
OCFT
PLAZA CAROLINA SHOPPING CENTER
00987 CAROLINA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673982 | 09/24/2018 | 1262155 | 9820014960 | 10/08/2018 | 1804023141 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | DE | DW5401  Y | 8207502030 | BIT, SDS PLUS, 5/32" x 6-1/2"<br>5/32 X 4-1/2 X 6-1/2 | 25 | 2.79 | 69.75 |
| 20 | CN | DW5205<br>80145 | 8207502030 | 5PC PERCUSSION SET W/TOUGH CASE<br>5PZ PERC ROCK CARB | 5 | 10.20 | 51.00 |

|  |  |  |  |
|---|---|---|---|
| INVOICE  TOTAL QTY | PC | 30 |  |
| SUB - TOTAL |  | USD | 120.75 |
| TOTAL INVOICE |  | USD | 120.75 |

```
#OF PACKAGES: 1 CTNS
GROSS WEIGHT: 10 lbs
CARRIER : averitt 0309685573
```

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 10/08/2018 | *Invoice No: 9820014959 | PO No: 673983 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 1935 |
| AFE No: _____ | Term Net Days: 60 | Remit To Name: Black   Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____          Allow Amt: _____

Charge Type 1: _____          Charge Amt 1: _____          *No of Ln Items: 1

Charge Type 2: _____          Charge Amt 2: _____          *Tot Inv Amt: 69.75

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 25 | Each | 2.79 | Buyer Item No | 80123 | UPC Code | 0288740 54011 | | | | | | 6 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS MAYAGUEZ 1935
OCFT
MAYAGUEZ MALL
00680 MAYAGUEZ
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673983 | 09/24/2018 | 1262155 | 9820014959 | 10/08/2018 | 1804023137 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | DE | DW5401  Y | 8207502030 | BIT, SDS PLUS, 5/32" x 6-1/2" <br> 5/32 X 4-1/2 X 6-1/2 | 25 | 2.79 | 69.75 |

|  |  |  |  | INVOICE  TOTAL QTY | PC | 25 |  |  |
|---|---|---|---|---|---|---|---|---|

SUB - TOTAL                     USD          69.75

TOTAL INVOICE                   USD          69.75

#OF PACKAGES: 1 CTNS
GROSS WEIGHT: 3 lbs
CARRIER : averitt 0309685573

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1     Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 10/08/2018 | *Invoice No: 9820014958 | PO No: 673845 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name; _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 2355 |
| AFE No: _____ | Term Net Days: 60 | Remit To Name: Black Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____          Allow Amt: _____

Charge Type 1: _____          Charge Amt 1: _____          *No of Ln Items: 2

Charge Type 2: _____          Charge Amt 2: _____          *Tot Inv Amt: 74.95

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 12.15 | Buyer Item No | 37851 | UPC Code | 0761745 15053 | | | | | | 0 |
| 2 | 5 | Each | 14.99 | Buyer Item No | 80151 | UPC Code | 0288740 58033 | | | | | | 7 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS HATILLO 2355
OCFT
PLAZA DEL NORTE, 506 CALLE
TRUNCADO
00658-2709 HATILLO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673845 | 09/24/2018 | 1262155 | 9820014958 | 10/08/2018 | 1804023135 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 20 | DE | DW5803 80151 | 8207502030 | BIT, SDS MAX, 2 CUTTER, 1/2" x 13-1/2" BIT, SDS MAX, 2 CUTTER, 1/2" x 13-1/2" | 5 | 14.99 | 74.95 |
| | | | | INVOICE  TOTAL QTY     PC | 5 | | |
| | | | | SUB - TOTAL | | USD | 74.95 |
| | | | | TOTAL INVOICE | | USD | 74.95 |

#OF PACKAGES: 1 CTNS
GROSS WEIGHT: 4 lbs
CARRIER : averitt 0309685573

---

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  10/08/2018          *Invoice No:  9820014957          PO No:  673984

*Vendor No:  000390302              Terms Type:  _____          Buyer Name:  _____

Division No:  _____           Terms Date:  Invoice Date          *Buyer Store #:  1945

AFE No:  _____                Term Net Days:  60                 Remit To Name:  Black  Decker (PR) LLC

*Dept No:  609                      Disc Percent:  _____          *Remit To DUNS:  001317189

*Product Code:  Fair Labor Standards Act          Disc Days Due:  _____          Contact Name:  _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #:  _____

Allow Type:  _____            Allow Amt:  _____

Charge Type 1:  _____          Charge Amt 1:  _____          *No of Ln Items:  4

Charge Type 2:  _____          Charge Amt 2:  _____          *Tot Inv Amt:  109.55

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 129.43 | Buyer Item No | 12582 | UPC Code | 8859110 48644 | | | | | | 0 |
| 2 | 0 | Each | 1.81 | Buyer Item No | 72929 | UPC Code | 0761744 22870 | | | | | | 0 |
| 3 | 25 | Each | 2.79 | Buyer Item No | 80123 | UPC Code | 0288740 54011 | | | | | | 6 |
| 4 | 5 | Each | 7.96 | Buyer Item No | 80166 | UPC Code | 0288740 54400 | | | | | | 3 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PONCE 1945
OCFT
PLAZA DEL CARIBE MALL
00731 PONCE
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673984 | 09/24/2018 | 1262155 | 9820014957 | 10/08/2018 | 1804023084 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 30 | DE | DW5401  Y | 8207502030 | BIT, SDS PLUS, 5/32" x 6-1/2" 5/32 X 4-1/2 X 6-1/2 | 25 | 2.79 | 69.75 |
| 40 | DE | DW5440  Y | 8207502030 | BIT, SDS PLUS, 1/2" x 18" Broca/Mecha SDS Rock Carbide | 5 | 7.96 | 39.80 |

|  |  |  |  |
|---|---|---|---|
| INVOICE  TOTAL QTY | PC | 30 | |
| SUB - TOTAL | | USD | 109.55 |
| TOTAL INVOICE | | USD | 109.55 |

#OF PACKAGES: 1 CTNS
GROSS WEIGHT: 5 lbs
CARRIER : averitt 0309685573

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  10/08/2018 | *Invoice No:  9820014956 | PO No:  673721 |
| *Vendor No:  000390302 | Terms Type:  _____ | Buyer Name:  _____ |
| Division No:  _____ | Terms Date:  Invoice Date | *Buyer Store #:  1925 |
| AFE No:  _____ | Term Net Days:  60 | Remit To Name:  Black   Decker (PR) LLC |
| *Dept No:  609 | Disc Percent:  _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due:  _____ | Contact Name:  _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an-

Contact Phone #:  _____

| | | |
|---|---|---|
| Allow Type:  _____ | Allow Amt:  _____ | |
| Charge Type 1:  _____ | Charge Amt 1:  _____ | *No of Ln Items:  2 |
| Charge Type 2:  _____ | Charge Amt 2:  _____ | *Tot Inv Amt:  51.00 |

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 160 | Buyer Item No | 11845 | UPC Code | 8859113 87156 | | | | | | 0 |
| 2 | 5 | Each | 10.2 | Buyer Item No | 80145 | UPC Code | 0288774 34469 | | | | | | 5 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAROLINA 1925
OCFT
PLAZA CAROLINA SHOPPING CENTER
00987 CAROLINA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673721 | 09/24/2018 | 1262155 | 9820014956 | 10/08/2018 | 1804023052 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | DW5205 80145 | 8207502030 | 5PC PERCUSSION SET W/TOUGH CASE 5PZ PERC ROCK CARB | 5 | 10.20 | 51.00 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 5 | |
| SUB - TOTAL | | USD | 51.00 |
| TOTAL INVOICE | | USD | 51.00 |

#OF PACKAGES: 1 CTNS
GROSS WEIGHT: 7 lbs
CARRIER : averitt 0309685573

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/08/2018              *Invoice No: 9820014955          PO No: 673098

*Vendor No: 000390302                  Terms Type: _____          Buyer Name: _____

Division No: _____                Terms Date: Invoice Date        *Buyer Store #: 2085

AFE No: _____                     Term Net Days: 60               Remit To Name: Black  Decker (PR) LLC

*Dept No: 609                          Disc Percent: _____        *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act        Disc Days Due: _____        Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an-

Contact Phone #: _____

Allow Type: _____                 Allow Amt: _____

Charge Type 1: _____              Charge Amt 1: _____        *No of Ln Items: 3

Charge Type 2: _____              Charge Amt 2: _____        *Tot Inv Amt: 70.98

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 1 | 3 | Each | .82 | Buyer Item No | 12602 | UPC Code | 0288741 69029 | | | | | | 2 |
| 2 | 6 | Each | 2.92 | Buyer Item No | 80134 | UPC Code | 0288740 54035 | | | | | | 1 |
| 3 | 5 | Each | 10.2 | Buyer Item No | 80145 | UPC Code | 0288774 34469 | | | | | | 5 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS FAJARDO 2085
OCFT
PLAZA DEL ESTE- STATE RD 3
00738 FAJARDO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673098 | 09/21/2018 | 1262155 | 9820014955 | 10/08/2018 | 1804020461 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | 16902  S | 8207508000 | 1/4 X 2-1/4 GLASS/TILE DRILL BIT BROCA 1/4X2 1/4 | 3 | 0.82 | 2.46 |
| 20 | DE | DW5403 80134 | 8207502030 | DEW SDS+NCHP DW5403 3/16X4-1/2X6-1/2 DEW SDS+NCHP DW5403 3/16X4-1/2X6-1/2 | 6 | 2.92 | 17.52 |
| 30 | CN | DW5205 80145 | 8207502030 | 5PC PERCUSSION SET W/TOUGH CASE 5PZ PERC ROCK CARB | 5 | 10.20 | 51.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| INVOICE  TOTAL QTY | PC | 14 |  |  |
| SUB - TOTAL |  |  | USD | 70.98 |
| TOTAL INVOICE |  |  | USD | 70.98 |

#OF PACKAGES: 1 CTNS
GROSS WEIGHT: 8 lbs
CARRIER : averitt 0309685573

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 10/08/2018 | *Invoice No: 9820014954 | PO No: 673099 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 2675 |
| AFE No: _____ | Term Net Days: 60 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____    Allow Amt: _____

Charge Type 1: _____    Charge Amt 1: _____    *No of Ln Items: 4

Charge Type 2: _____    Charge Amt 2: _____    *Tot Inv Amt: 17.52

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 160 | Buyer Item No | 11845 | UPC Code | 8859113 87156 7477525 | | | | | | 0 |
| 2 | 0 | Each | 3.3 | Buyer Item No | 46253 | UPC Code | 12718 0288740 | | | | | | 0 |
| 3 | 0 | Each | 6.54 | Buyer Item No | 80129 | UPC Code | 53489 0288740 | | | | | | 0 |
| 4 | 6 | Each | 2.92 | Buyer Item No | 80134 | UPC Code | 54035 | | | | | | 1 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS GUAYAMA 2675
OCFT
PLAZA GUAYAMA - ROAD 3 KM. L 34.7
00784 GUAYAMA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673099 | 09/21/2018 | 1262155 | 9820014954 | 10/08/2018 | 1804020428 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 40 | DE | DW5403 80134 | 8207502030 | DEW SDS+NCHP DW5403 3/16X4-1/2X6-1/2 DEW SDS+NCHP DW5403 3/16X4-1/2X6-1/2 | 6 | 2.92 | 17.52 |

|  |  |  |  |
|---|---|---|---|
| INVOICE  TOTAL QTY | PC | 6 |  |
| SUB - TOTAL |  | USD | 17.52 |
| TOTAL INVOICE |  | USD | 17.52 |

```
#OF PACKAGES: 1 CTNS
GROSS WEIGHT: 1 lbs
CARRIER : averitt 0309685573
```

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 10/08/2018 | *Invoice No: 9820014953 | PO No: 673174 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 2355 |
| AFE No: _____ | Term Net Days: 60 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

| | |
|---|---|
| Allow Type: _____ | Allow Amt: _____ |
| Charge Type 1: _____ | Charge Amt 1: _____ | *No of Ln Items: 2 |
| Charge Type 2: _____ | Charge Amt 2: _____ | *Tot Inv Amt: 34.00 |

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 20 | Each | 1.7 | Buyer Item No | 38475 | UPC Code | 0288740 52277 | | | | | | 3 |
| 2 | 0 | Each | 0.95 | Buyer Item No | 38707 | UPC Code | 0288773 21806 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS HATILLO 2355
OCFT
PLAZA DEL NORTE, 506 CALLE
TRUNCADO
00658-2709 HATILLO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|----------|---------------|-------------|------------|----------|---------|------|-------------|------|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673174 | 09/21/2018 | 1262155 | 9820014953 | 10/08/2018 | 1804020426 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|----|-----|--------------------------|---------------|-------------|-----|------------|------------|
| 20 | DE | DW5227  Y | 8207502030 | BIT, SPEARPOINT, 5/32" x 6"<br>5/32X4X6 BROCA ROCK CARBIDE (S | 20 | 1.70 | 34.00 |

|  |  | INVOICE  TOTAL QTY | PC | 20 |  |  |
|--|--|--|--|--|--|--|
|  |  | SUB - TOTAL |  |  | USD | 34.00 |
|  |  | TOTAL INVOICE |  |  | USD | 34.00 |

#OF PACKAGES: 1 CTNS
GROSS WEIGHT: 1 lbs
CARRIER : averitt 0309685573

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1       Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  10/08/2018         *Invoice No:  9820014952         PO No:  673225

*Vendor No:  000390302             Terms Type:  _____          Buyer Name:  _____

Division No:  _____           Terms Date:  Invoice Date        *Buyer Store #:  1905

AFE No:  _____                Term Net Days:  60               Remit To Name:  Black   Decker (PR) LLC

*Dept No:  609                     Disc Percent:  _____        *Remit To DUNS:  001317189

*Product Code:  Fair Labor Standards Act       Disc Days Due:  _____       Contact Name:  _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an-

Contact Phone #:  _____

Allow Type:  _____            Allow Amt:  _____

Charge Type 1:  _____         Charge Amt 1:  _____        *No of Ln Items:  2

Charge Type 2:  _____         Charge Amt 2:  _____        *Tot Inv Amt:  76.45

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|------|------|------|------|------|------|------|------|------|------|---|
| 1 | 5 | Each | 9.5 | Buyer Item No Code | 1671 | UPC Code | 8859114 44439 | | | | | | 4 |
| 2 | 5 | Each | 5.79 | Buyer Item No | 38584 | UPC Code | 0288740 54301 | | | | | | 2 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
OCFT
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673225 | 09/21/2018 | 1262155 | 9820014952 | 10/08/2018 | 1804020421 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | DE | DW5430 Y | 8207502030 | BIT, SDS PLUS, 3/8" x 12" 3/8 X 10 X 12 | 5 | 5.79 | 28.95 |
| 20 | CN | BDA9228QCM | 8207906000 | 28PC QUICK CONNECT SD SET Juego Combinado Puntas y Broca | 5 | 9.50 | 47.50 |

| | | | |
|---|---|---|---|
| INVOICE  TOTAL QTY | PC | 10 | |
| SUB - TOTAL | | USD | 76.45 |
| TOTAL INVOICE | | USD | 76.45 |

#OF PACKAGES: 1 CTNS
GROSS WEIGHT: 6 lbs
CARRIER : averitt 0309685573

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1     Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  10/08/2018 | *Invoice No:  9820014951 | PO No:  673171 |
| *Vendor No:  000390302 | Terms Type:  _____ | Buyer Name:  _____ |
| Division No:  _____ | Terms Date:  Invoice Date | *Buyer Store #:  1905 |
| AFE No:  _____ | Term Net Days:  60 | Remit To Name:  Black  Decker (PR) LLC |
| *Dept No:  671 | Disc Percent:  _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due:  _____ | Contact Name:  _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an...

Contact Phone #:  _____

Allow Type:  _____        Allow Amt:  _____

Charge Type 1:  _____        Charge Amt 1:  _____        *No of Ln Items:  2

Charge Type 2:  _____        Charge Amt 2:  _____        *Tot Inv Amt:  73.26

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | Each | 3.75 | Buyer Item No | 53418 | UPC Code | 8859113 11601 | | | | | | 3 |
| 2 | 24 | Each | 1.49 | Buyer Item No | 72476 | UPC Code | 0288773 72785 | | | | | | 3 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
OCFT
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673171 | 09/21/2018 | 1262155 | 9820014951 | 10/08/2018 | 1804020406 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | RC-080-SF 53418 | 8467990190 | REPLACE CAP FOR SGLE FEED .080 Replacement Cap for GH3000 | 10 | 3.75 | 37.50 |
| 20 | CN | RC-100-P  1 | 8467990190 | REPCLMNT CAP(UNITS USING AF-100 SPOOL) Tapa para Orilladora | 24 | 1.49 | 35.76 |

| | | |
|---|---|---|
| INVOICE TOTAL QTY | PC | 34 |
| SUB - TOTAL | USD | 73.26 |
| TOTAL INVOICE | USD | 73.26 |

```
#OF PACKAGES: 1 CTNS
GROSS WEIGHT: 5 lbs
CARRIER : averitt 0309685573
```

———————————
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/08/2018          *Invoice No: 9820014950          PO No: 673422

*Vendor No: 000390302             Terms Type: _____          Buyer Name: _____

Division No: _____           Terms Date: Invoice Date          *Buyer Store #: 1905

AFE No: _____                Term Net Days: 60                Remit To Name: Black  Decker (PR) LLC

*Dept No: 609                     Disc Percent: _____          *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act          Disc Days Due: _____          Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an...

Contact Phone #: _____

Allow Type: _____            Allow Amt: _____

Charge Type 1: _____         Charge Amt 1: _____          *No of Ln Items: 4

Charge Type 2: _____         Charge Amt 2: _____          *Tot Inv Amt: 103.07

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|------|-------|-------|------|-------|------|------|------|------|------|---|
| 1 | 0 | Each | 11.56 | Buyer Item No | 80086 | UPC Code | 0288740 53496 | | | | | | 0 |
| 2 | 6 | Each | 2.92 | Buyer Item No | 80134 | UPC Code | 0288740 54035 | | | | | | 1 |
| 3 | 5 | Each | 10.2 | Buyer Item No | 80145 | UPC Code | 0288774 34469 | | | | | | 5 |
| 4 | 5 | Each | 6.91 | Buyer Item No | 80187 | UPC Code | 0288740 54240 | | | | | | 3 |

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
OCFT
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673422 | 09/20/2018 | 1262155 | 9820014950 | 10/08/2018 | 1804018556 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 20 | DE | DW5403 80134 | 8207502030 | DEW SDS+NCHP DW5403 3/16X4-1/2X6-1/2 DEW SDS+NCHP DW5403 3/16X4-1/2X6-1/2 | 6 | 2.92 | 17.52 |
| 30 | CN | DW5205 80145 | 8207502030 | 5PC PERCUSSION SET W/TOUGH CASE 5PZ PERC ROCK CARB | 5 | 10.20 | 51.00 |
| 40 | DE | DW5424  Y | 8207502030 | BIT, SDS PLUS, 5/16" x 6" 5/16 X 4 X 6 BROCA SDS ROCK | 5 | 6.91 | 34.55 |

|  |  | |
|---|---|---|
| INVOICE TOTAL QTY | PC | 16 |
| SUB - TOTAL | USD | 103.07 |
| TOTAL INVOICE | USD | 103.07 |

```
#OF PACKAGES: 1 CTNS
GROSS WEIGHT: 8 lbs
CARRIER : averitt 0309685573
```

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being jncorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/08/2018          *Invoice No: 9820014949          PO No: 673073

*Vendor No: 000390302             Terms Type: _____          Buyer Name: _____

Division No: _____          Terms Date: Invoice Date          *Buyer Store #: 1905

AFE No: _____               Term Net Days: 60                Remit To Name: Black  Decker (PR) LLC

*Dept No: 609                    Disc Percent: _____          *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act          Disc Days Due: _____          Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an-

Contact Phone #: _____

Allow Type: _____          Allow Amt: _____

Charge Type 1: _____          Charge Amt 1: _____          *No of Ln Items: 2

Charge Type 2: _____          Charge Amt 2: _____          *Tot Inv Amt: 91.74

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5 | Each | 13.5 | Buyer Item No | 80109 | UPC Code | 0288740 54646 | | | | | | 6 |
| 2 | 6 | Each | 4.04 | Buyer Item No | 80140 | UPC Code | 0288740 54042 | | | | | | 2 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673073 | 09/10/2018 | 1262155 | 9820014949 | 10/08/2018 | 1803996808 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | DE | DW5464  Y | 8207502030 | BIT, SDS PLUS, 1" x 10"<br>1 X 8 X 10 RBOCA SDS PUNTA | 5 | 13.50 | 67.50 |
| 20 | DE | DW5404  Y | 8207502030 | BIT, SDS PLUS, 3/16" x 8-1/2"<br>3/16 X 6-1/2 X 8-1/2 | 6 | 4.04 | 24.24 |

|  |  |  |  |  |
|---|---|---|---|---|
| INVOICE TOTAL QTY | PC | 11 |  |  |
| SUB - TOTAL |  |  | USD | 91.74 |
| TOTAL INVOICE |  |  | USD | 91.74 |

```
#OF PACKAGES: 1 CTNS
GROSS WEIGHT: 5 lbs
CARRIER : averitt 0309685573
```

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  10/10/2018

*Vendor No:  000390302

Division No: _____

AFE No: _____

*Dept No:  609

*Product Code:  Fair Labor Standards Act

*Invoice No:  9820014985

Terms Type: _____

Terms Date:  Invoice Date

Term Net Days:  60

Disc Percent: _____

Disc Days Due: _____

PO No:  674165

Buyer Name: _____

*Buyer Store #:  1905

Remit To Name:  Black  Decker (PR) LLC

*Remit To DUNS:  001317189

Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an...

Contact Phone #: _____

Allow Type: _____

Charge Type 1: _____

Charge Type 2: _____

Allow Amt: _____

Charge Amt 1: _____

Charge Amt 2: _____

*No of Ln Items:  4

*Tot Inv Amt:  56.25

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 1.4 | Buyer Item No | 12602 | UPC Code | 0288741 69029 | | | | | | 0 |
| 2 | 5 | Each | 1.05 | Buyer Item No | 38586 | UPC Code | 0288740 52246 | | | | | | 5 |
| 3 | 5 | Each | 10.2 | Buyer Item No | 80145 | UPC Code | 0288774 34469 | | | | | | 5 |
| 4 | 0 | Each | 134.25 | Buyer Item No | 91045 | UPC Code | 0288774 97372 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
OCFT
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674165 | 10/02/2018 | 1262155 | 9820014985 | 10/10/2018 | 1804039054 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | DE | DW5224  Y | 8207502030 | BIT, SPEARPOINT, 1/4" x 4" 1/4X2X4 BROCA ROCK CARBIDE(SEN | 5 | 1.05 | 5.25 |
| 20 | CN | DW5205 80145 | 8207502030 | 5PC PERCUSSION SET W/TOUGH CASE 5PZ PERC ROCK CARB | 5 | 10.20 | 51.00 |

|  |  |  |  | INVOICE  TOTAL QTY | PC | 10 |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  | SUB - TOTAL |  | USD | 56.25 |
|  |  |  |  | TOTAL INVOICE |  | USD | 56.25 |

```
#OF PACKAGES: 2 ctns
GROSS WEIGHT: 45 lbs
CARRIER  : UPS
```

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 10/10/2018 | *Invoice No: 9820014984 | PO No: 674167 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 1925 |
| AFE No: _____ | Term Net Days: 60 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____          Allow Amt: _____

Charge Type 1: _____          Charge Amt 1: _____          *No of Ln Items: 2

Charge Type 2: _____          Charge Amt 2: _____          *Tot Inv Amt: 51.00

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 63.75 | Buyer Item No | 41979 | UPC Code | 8859111 07617 | | | | | | 0 |
| 2 | 5 | Each | 10.2 | Buyer Item No | 80145 | UPC Code | 0288774 34469 | | | | | | 5 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAROLINA 1925
OCFT
PLAZA CAROLINA SHOPPING CENTER
00987 CAROLINA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674167 | 10/01/2018 | 1262155 | 9820014984 | 10/10/2018 | 1804035447 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | DW5205 80145 | 8207502030 | 5PC PERCUSSION SET W/TOUGH CASE 5PZ PERC ROCK CARB | 5 | 10.20 | 51.00 |
| | | | | INVOICE TOTAL QTY            PC | 5 | | |
| | | | | SUB - TOTAL | | USD | 51.00 |
| | | | | TOTAL INVOICE | | USD | 51.00 |

```
#OF PACKAGES: 1 CTN
GROSS WEIGHT: 7 lbs
CARRIER : UPS
```

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 10/11/2018 | *Invoice No: 9820015106 | PO No: 674451 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 1085 |
| AFE No: _____ | Term Net Days: 60 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____          Allow Amt: _____

Charge Type 1: _____          Charge Amt 1: _____          *No of Ln Items: 1

Charge Type 2: _____          Charge Amt 2: _____          *Tot Inv Amt: 129.43

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Each | 129.4 3 | Buyer Item No | 12582 | UPC Code | 8859110 48644 | | | | | | 1 0 |

Dicentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAGUAS 2915
LAS CATALINAS MALL
00725 CAGUAS
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674451 | 10/05/2018 | 1262155 | 9820015106 | 10/11/2018 | 1804040998 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | MX | DWD520K | 8467210070 | 1/2 2-SPEED PISTOL HAMMERDRILL KIT TALADRO PERCUTOR 1/2 10 AMP. | 1 | 129.43 | 129.43 |

| | | | |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 1 | |
| SUB - TOTAL | | USD | 129.43 |
| TOTAL INVOICE | | USD | 129.43 |

# OF PACKAGES      : 1
GROSS WEIGHT     : 4.990 KG,  11 LB
ECCN    : EAR99
LICENSE NO : NLR-C33
CARRIER           : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  10/11/2018 | *Invoice No:  9820015105 | PO No:  673616 |
| *Vendor No:  000390302 | Terms Type:  _____ | Buyer Name:  _____ |
| Division No:  _____ | Terms Date:  Invoice Date | *Buyer Store #:  1925 |
| AFE No:  _____ | Term Net Days:  90 | Remit To Name:  Black   Decker (PR) LLC |
| *Dept No:  609 | Disc Percent:  _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due:  _____ | Contact Name:  _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #:  _____

Allow Type:  _____          Allow Amt:  _____

Charge Type 1:  _____          Charge Amt 1:  _____          *No of Ln Items:  1

Charge Type 2:  _____          Charge Amt 2:  _____          *Tot Inv Amt:  249.25

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Each | 249.25 | Buyer Item No | 39935 | UPC Code | 8859113 20566 | | | | | | 2 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAROLINA 1925
PLAZA CAROLINA SHOPPING CENTER
00987 CAROLINA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 80 DAYS FROM INV DATE | 673616 | 10/05/2018 | 1262155 | 9020015105 | 10/11/2018 | 1804046995 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | US | DCD985M2 39935 | 8467210070 | 18VLI-IonPremlum3-SpeedHammerdrill(4.0ah 18VLI-IonPremlum3-SpeedHammerdrill(4.0ah | 1 | 249.25 | 249.25 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 1 |  |
| SUB - TOTAL |  | USD | 249.25 |
| TOTAL INVOICE |  | USD | 249.25 |

# OF PACKAGES      : 1
GROSS WEIGHT      : 4.990 KG,  11 LB
ECCN     : EAR99
LICENSE NO : NLR-C33
CARRIER                 : SCOTT LOGISTICS CORP

_____
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 10/11/2018 | *Invoice No: 9820015104 | PO No: 674168 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 1925 |
| AFE No: _____ | Term Net Days: 90 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

| | | |
|---|---|---|
| Allow Type: _____ | Allow Amt: _____ | |
| Charge Type 1: _____ | Charge Amt 1: _____ | *No of Ln Items: 49 |
| Charge Type 2: _____ | Charge Amt 2: _____ | *Tot Inv Amt: 130.25 |

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 6.97 | Buyer Item No | 12492 | UPC Code | 0247211 52305 | | | | | | 0 |
| 2 | 0 | Each | 19.28 | Buyer Item No | 12497 | UPC Code | 0247211 51872 | | | | | | 0 |
| 3 | 0 | Each | 23.07 | Buyer Item No | 12501 | UPC Code | 0247210 17147 | | | | | | 0 |
| 4 | 0 | Each | 3.11 | Buyer Item No | 12526 | European Article No | 7897095 026212 | | | | | | 0 |
| 5 | 0 | Each | 3.07 | Buyer Item No | 12538 | European Article No | 7897095 026281 | | | | | | 0 |
| 6 | 0 | Each | 3.09 | Buyer Item No | 12539 | European Article No | 7897095 026243 | | | | | | 0 |
| 7 | 0 | Each | 0.85 | Buyer Item No | 12625 | UPC Code | 6737650 13471 | | | | | | 0 |
| 8 | 0 | Each | 1.2 | Buyer Item No | 12626 | European Article No | 7897095 036082 | | | | | | 0 |
| 9 | 0 | Each | 1.26 | Buyer Item No | 12629 | European Article No | 7897095 036143 | | | | | | 0 |
| 10 | 0 | Each | 9.58 | Buyer Item No | 12631 | UPC Code | 8859113 59627 | | | | | | 0 |
| 11 | 0 | Each | 0.63 | Buyer Item No | 12641 | UPC Code | 6737650 13419 | | | | | | 0 |
| 12 | 0 | Each | 0.63 | Buyer Item No | 12643 | UPC Code | 6737650 13402 | | | | | | 0 |
| 13 | 0 | Each | 1.76 | Buyer Item No | 12656 | UPC Code | 6737650 12658 | | | | | | 0 |
| 14 | 0 | Each | 2.09 | Buyer Item No | 12744 | UPC Code | 6737650 12719 | | | | | | 0 |
| 15 | 0 | Each | 1.96 | Buyer Item No | 12769 | UPC Code | 6737650 12696 | | | | | | 0 |
| 16 | 0 | Each | 28.39 | Buyer Item No | 13002 | UPC Code | 0385480 99248 | | | | | | 0 |
| 17 | 0 | Each | 5.87 | Buyer Item No | 13176 | European Article No | 7897095 010952 | | | | | | 0 |
| 18 | 0 | Each | 0.92 | Buyer Item No | 13178 | UPC Code | 7897095 03660 | | | | | | 0 |
| 19 | 0 | Each | 1.14 | Buyer Item No | 1318 | European Article No | 7897095 036617 | | | | | | 0 |
| 20 | 0 | Each | 0.9 | Buyer Item No | 1329 | European Article No | 7897095 036518 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

| BILL TO | SOLD TO | SHIP TO |
|---|---|---|
| SEARS | SEARS | SEARS CAROLINA 1925 |
| DALLAS ACCTS. PAYABLE | DALLAS ACCTS. PAYABLE | PLAZA CAROLINA SHOPPING CENTER |
| 00752-6602 DALLAS | 00752-6602 DALLAS | 00987 CAROLINA |
| PUERTO RICO | PUERTO RICO | PUERTO RICO |

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674188 | 10/05/2018 | 1262155 | 9820015104 | 10/11/2018 | 1804046990 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 470 | PL | DW4306 X | 6805100000 | 5IN 220 GRIT 8 HOLE DISC PAPEL LIJA 5 PULG 8 HOYOS GRAN | 25 | 1.70 | 42.50 |
| 480 | PL | DW4301 X | 6805100000 | 5IN 80 GRIT 8 HOLE DISC (5 PACK) PAPEL LIJA DE 5 PULG 8 ORI. | 25 | 1.81 | 45.25 |
| 490 | PL | DW4304 X | 6805100000 | 5IN 150 GRIT 8 HOLE DISC PAPEL LIJA 5 PULG 8 HOYOS GRAN | 25 | 1.70 | 42.50 |

INVOICE TOTAL QTY                    PC        75

SUB - TOTAL                                              USD          130.25

TOTAL INVOICE                                          USD          130.25

# OF PACKAGES          : 1
GROSS WEIGHT          : 4.536 KG, 10 LB
ECCN          : EAR99
LICENSE NO : NLR-C33
CARRIER          : SCOTT LOGISTICS CORP

_____
AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/11/2018      *Invoice No: 9820015103      PO No: 674174

*Vendor No: 000390302      Terms Type: _____      Buyer Name: _____

Division No: _____      Terms Date: Invoice Date      *Buyer Store #: 2675

AFE No: _____      Term Net Days: 90      Remit To Name: Black  Decker (PR) LLC

*Dept No: 609      Disc Percent: _____      *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act      Disc Days Due: _____      Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____      Allow Amt: _____

Charge Type 1: _____      Charge Amt 1: _____      *No of Ln Items: 49

Charge Type 2: _____      Charge Amt 2: _____      *Tot Inv Amt: 130.25

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 6.97 | Buyer Item No | 12492 | UPC Code | 0247211 52305 | | | | | | 0 |
| 2 | 0 | Each | 19.28 | Buyer Item No | 12497 | UPC Code | 0247211 51872 | | | | | | 0 |
| 3 | 0 | Each | 23.07 | Buyer Item No | 12501 | UPC Code | 0247210 17147 | | | | | | 0 |
| 4 | 0 | Each | 3.11 | Buyer Item No | 12526 | European Article No | 7897095 026212 | | | | | | 0 |
| 5 | 0 | Each | 3.07 | Buyer Item No | 12538 | European Article No | 7897095 026281 | | | | | | 0 |
| 6 | 0 | Each | 3.09 | Buyer Item No | 12539 | European Article No | 7897095 026243 | | | | | | 0 |
| 7 | 0 | Each | 0.85 | Buyer Item No | 12625 | UPC Code | 6737650 13471 | | | | | | 0 |
| 8 | 0 | Each | 1.2 | Buyer Item No | 12626 | European Article No | 7897095 036082 | | | | | | 0 |
| 9 | 0 | Each | 1.26 | Buyer Item No | 12629 | European Article No | 7897095 036143 | | | | | | 0 |
| 10 | 0 | Each | 9.58 | Buyer Item No | 12631 | UPC Code | 8859113 59627 | | | | | | 0 |
| 11 | 0 | Each | 0.63 | Buyer Item No | 12641 | UPC Code | 6737650 13419 | | | | | | 0 |
| 12 | 0 | Each | 0.63 | Buyer Item No | 12643 | UPC Code | 6737650 13402 | | | | | | 0 |
| 13 | 0 | Each | 1.76 | Buyer Item No | 12656 | UPC Code | 6737650 12658 | | | | | | 0 |
| 14 | 00 | Each | 2.09 | Buyer Item No | 12744 | UPC Code | 6737650 12719 | | | | | | 0 |
| 15 | 0 | Each | 1.96 | Buyer Item No | 12769 | UPC Code | 6737650 12696 | | | | | | 0 |
| 16 | 0 | Each | 28.39 | Buyer Item No | 13002 | UPC Code | 0385480 99248 | | | | | | 0 |
| 17 | 0 | Each | 5.87 | Buyer Item No | 13176 | European Article No | 7897095 010952 | | | | | | 0 |
| 18 | 0 | Each | 0.92 | Buyer Item No | 13178 | UPC Code | 7897095 03660 | | | | | | 0 |
| 19 | 0 | Each | 1.14 | Buyer Item No | 1318 | European Article No | 7897095 036617 | | | | | | 0 |
| 20 | 0 | Each | 0.9 | Buyer Item No | 1329 | European Article No | 7897095 036518 | | | | | | 0 |

DIcentral Corp.



REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS GUAYAMA 2675
PLAZA GUAYAMA - ROAD 3 KM. L 34.7
00784 GUAYAMA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674174 | 10/05/2018 | 1262155 | 9820015103 | 10/11/2018 | 1804046986 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 470 | PL | DW4306  X | 6805100000 | 5IN 220 GRIT 8 HOLE DISC PAPEL LIJA 5 PULG 8 HOYOS GRAN | 25 | 1.70 | 42.50 |
| 480 | PL | DW4301  X | 6805100000 | 5IN 80 GRIT 8 HOLE DISC (5 PACK) PAPEL, LIJA DE 5 PULG 8 ORI. | 25 | 1.81 | 45.25 |
| 490 | PL | DW4304  X | 6805100000 | 5IN 150 GRIT 8 HOLE DISC PAPEL LIJA 5 PULG 8 HOYOS GRAN | 25 | 1.70 | 42.50 |

INVOICE  TOTAL QTY                     PC    75

SUB - TOTAL                                          USD        130.25

TOTAL INVOICE                                        USD        130.25

# OF PACKAGES          : 2
GROSS WEIGHT           : 4.082 KG,  9 LB
ECCN        : EAR99
LICENSE NO : NLR-C33
CARRIER                  : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 10/11/2018 | *Invoice No: 9820015102 | PO No: 184562 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 8975 |
| AFE No: _____ | Term Net Days: 60 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 671 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an-

Contact Phone #: _____

| | | |
|---|---|---|
| Allow Type: _____ | Allow Amt: _____ | |
| Charge Type 1: _____ | Charge Amt 1: _____ | *No of Ln Items: 1 |
| Charge Type 2: _____ | Charge Amt 2: _____ | *Tot Inv Amt: 200.00 |

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | 2 0 |
| 1 | 5 | Each | 40 | Buyer Item No | 36982 | UPC Code | 8859113 42568 | | | | | | |

DIcentral Corp.

## OCEAN FREIGHT LINK
## BILL OF LADING

**Date:** 10/12/2018 **Consol. #** 003229 **B/L #** 032498

**From / Shipper:** | **To / Consignee:** **Tax Exempt #:** 00039607-0249

BLACK & DECKER US INC
c/o
9850 PREMIER PKWY

MIRAMAR, FL 33025

SEARS CUPEY BAJO
c/o #8975
CARR# 176, KM 0.5

CUPEY BAJO, PR 00926

**Shipper EIN#:** 521127357

**Consignee EIN#:** 66-0233626

**COD Information:** Mail To:

**Notify Information:**

SEARS CUPEY BAJO

**COD Amount:** $0.00

**Related Freight Bill =**

**Reference Numbers:**
PO# 184562 - INV 9820015102

**- ACE ITN Number -** | **- SURI Number -**
X20181012156148

SHIPPER DEC - REMAINDER OF SHIPMENT VALUED $2,500.00 OR LESS PER INDIVIDUAL SCHEDULE B NUMBER

| Booking # | Container # | Vessel | Voyage # | Seal # | Ctnr. Size | Our Ship # |
|---|---|---|---|---|---|---|
| SSL000602398 | STRU881815-0 | ISLA BELLA | 5150 | 001071 | 53' | 32498 |

**Port of Loading** | **Port of UnLoading**
* JACKSONVILLE, FL | SAN JUAN, PR

| HM | Marks | No. Shiping Units | | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|---|---|---|---|---|---|---|
| | | 1 | PCS | TOOLS, NOI | 70 | 11 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSSHIPPED AS HEREIN PROVIDED. THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN. DURING THE PERIOD OF RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF LOADING, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND/OF THE FMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS GENERALLY IN USE. DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE LOADED ON BOARD, CARRIED OR DISCHARGED FROM ANY VESSEL, AND DURING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND DURING THE TIME THE GOODS ARE ONCARRIED OR TRANSPORTED OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THIS CARRIAGE SHALL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING. WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE AND FOR THE VALUE SPECIFIED ON THE FACE OF THIS BILL OF LADING. OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID, SUBJECT TO CONDITIONS SET FORTH IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS. SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FOR HEREIN

**Receivers Name** | **Receivers Signature** | **Date**

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 184562 | 10/05/2018 | 1262155 | 9820015102 | 10/11/2018 | 1804046978 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | GH900 36982 | 8467290070 | 6.5 AMP STRING TRIMMER 14in - 6.5 Amp String Trimmer | 5 | 40.00 | 200.00 |

INVOICE  TOTAL QTY          PC      5

SUB - TOTAL                                          USD        200.00

TOTAL INVOICE                                        USD        200.00

# OF PACKAGES        : 1
GROSS WEIGHT         : 31.752 KG,  70 LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER               : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) dias a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  10/11/2018          *Invoice No:  9820015101          PO No:  183921

*Vendor No:  000390302             Terms Type:  _____           Buyer Name:  _____

Division No:  _____           Terms Date:  Invoice Date        *Buyer Store #:  8975

AFE No:  _____                Term Net Days:  60                Remit To Name:  Black   Decker (PR) LLC

*Dept No:  671                     Disc Percent:  _____         *Remit To DUNS:  001317189

*Product Code:  Fair Labor Standards Act      Disc Days Due:  _____          Contact Name:  _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #:  _____

Allow Type:  _____            Allow Amt:  _____

Charge Type 1:  _____                  Charge Amt 1:  _____          *No of Ln Items:  1

Charge Type 2:  _____                  Charge Amt 2:  _____          *Tot Inv Amt:  120.00

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3 | Each | 40 | Buyer Item No | 36982 | UPC Code | 8859113 42568 | | | | | | 1 0 |

DIcentral Corp.

# OCEAN FREIGHT LINK
## BILL OF LADING

**Date:** 10/12/2018    **Consol. #** 003229    **B/L #** 032497

**To / Consignee:**    **Tax Exempt #:** 00039607-0249

| From / Shipper: | To / Consignee: |
|---|---|
| BLACK & DECKER US INC<br>c/o<br>9850 PREMIER PKWY<br><br>MIRAMAR, FL 33025 | SEARS CUPEY BAJO<br>c/o #8975<br>CARR# 176, KM 0.5<br><br>CUPEY BAJO, PR 00926 |

**Shipper EIN#:** 521127357    **Consignee EIN#:** 66-0233626

**COD Information:    Mail To:**

**Notify Information:**

SEARS CUPEY BAJO

**COD Amount:** $0.00    **Related Freight Bill =**

## Reference Numbers:
PO# 183921 - INV 9820015101

- ACE ITN Number -    - SURI Number -

X20181012156148

SHIPPER DEC - REMAINDER OF SHIPMENT VALUED $2,500.00 OR LESS PER INDIVIDUAL SCHEDULE B NUMBER

| Booking # | Container # | Vessel | Voyage # | Seal # | Ctnr. Size | Our Ship # |
|---|---|---|---|---|---|---|
| SSL000602398 | STRU881815-0 | ISLA BELLA | 5150 | 001071 | 53' | 32497 |

| Port of Loading | Port of UnLoading |
|---|---|
| * JACKSONVILLE, FL | SAN JUAN, PR |

| HM | Marks | No. Shiping Units | | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|---|---|---|---|---|---|---|
| | | 1 | PCS | TOOLS, NOI | 20 | 3 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSSHIPPED AS HEREIN PROVIDED. THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN. DURING THE PERIOD OF RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF LOADING, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND OF THE FMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS GENERALLY IN USE. DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE LOADED ON BOARD, CARRIED OR DISCHARGED FROM ANY VESSEL, AND DURING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND DURING THE TIME THE GOODS ARE ONCARRIED OR TRANSPORTED OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THIS CARRIAGE SHALL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING. WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE AND FOR THE VALUE SPECIFIED ON THE FACE OF THIS BILL OF LADING. OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID, SUBJECT TO CONDITIONS SET FORTH IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS. SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FORTH HEREIN

| Receivers Name | Receivers Signature | Date |
|---|---|---|
| | | |



REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 183921 | 10/05/2018 | 1262155 | 9820015101 | 10/11/2018 | 1804046976 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | GH900 36982 | 8467290070 | 6.5 AMP STRING TRIMMER 14In - 6.5 Amp String Trimmer | 3 | 40.00 | 120.00 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 3 | |
| SUB - TOTAL | | USD | 120.00 |
| TOTAL INVOICE | | USD | 120.00 |

# OF PACKAGES          : 1
GROSS WEIGHT          : 9.072 KG,  20 LB
ECCN          : EAR99
LICENSE NO : NLR-C33
CARRIER          : SCOTT LOGISTICS CORP

---

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 10/11/2018 | *Invoice No: 9820015100 | PO No: 183920 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 8975 |
| AFE No: _____ | Term Net Days: 60 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

| | | |
|---|---|---|
| Allow Type: _____ | Allow Amt: _____ | |
| Charge Type 1: _____ | Charge Amt 1: _____ | *No of Ln Items: 1 |
| Charge Type 2: _____ | Charge Amt 2: _____ | *Tot Inv Amt: 1487.55 |

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 15 | Each | 99.17 | Buyer Item No | 11719 | UPC Code | 8859115 10332 | | | | | | 1 5 |

# OCEAN FREIGHT LINK
## BILL OF LADING

**Date:** 10/12/2018    **Consol. #** 003229    **B/L #** 032496

**From / Shipper:**
BLACK & DECKER US INC
c/o
9850 PREMIER PKWY

MIRAMAR, FL 33025

**To / Consignee:**    **Tax Exempt #:** 00039607-0249
SEARS CUPEY BAJO
c/o #8975
CARR# 176, KM 0.5

CUPEY BAJO, PR 00926

**Shipper EIN#:** 521127357

**Consignee EIN#:** 66-0233626

**COD Information:**    **Mail To:**

**Notify Information:**
SEARS CUPEY BAJO

**COD Amount:** $0.00

**Related Freight Bill =**

**Reference Numbers:**
PO# 183920 - INV 9820015100

**- ACE ITN Number -**
X20181012156148

**- SURI Number -**

SHIPPER DEC - REMAINDER OF SHIPMENT VALUED $2,500.00 OR LESS PER INDIVIDUAL SCHEDULE B NUMBER

| Booking # | Container # | Vessel | Voyage # | Seal # | Cntr. Size | Our Ship # |
|---|---|---|---|---|---|---|
| SSL000602398 | STRU881815-0 | ISLA BELLA | 5150 | 001071 | 53' | 32496 |

**Port of Loading**
* JACKSONVILLE, FL

**Port of UnLoading**
SAN JUAN, PR

| HM | Marks | No. Shiping Units | | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|---|---|---|---|---|---|---|
| | | 1 | PCS | TOOLS, NOI | 685 | 48 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSSHIPPED AS HEREIN PROVIDED. THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN. DURING THE PERIOD OF THE GOODS AT AN INLAND POINT UNTIL THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND OF THE FMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS GENERALLY IN USE. DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE LOADED ON BOARD, CARRIED OR DISCHARGED FROM ANY VESSEL, AND DURING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND DURING THE TIME THE GOODS ARE ONCARRIED OR TRANSPORTED OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THIS CARRIAGE SHALL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING. WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE AND FOR THE VALUE SPECIFIED ON THE FACE OF THIS BILL OF LADING. OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID, SUBJECT TO CONDITIONS SET FORTH IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS. SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FOR HEREIN.

**Receivers Name**

**Receivers Signature**

**Date**

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
CARRERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 183920 | 10/05/2018 | 1262155 | 9820015100 | 10/11/2018 | 1804046974 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | SSC22-B3 | 8461508020 | STANLEY CHOPSAW TRONZADORA 2200W 355MM | 15 | 99.17 | 1,487.55 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  | INVOICE  TOTAL QTY | | PC | 15 | | |
|  |  | SUB - TOTAL | | | | USD | 1,487.55 |
|  |  | TOTAL INVOICE | | | | USD | 1,487.55 |

# OF PACKAGES        : 1
GROSS WEIGHT        : 310.711 KG,  684.99 LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER        : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días e partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  10/11/2018          *Invoice No:  9820015099          PO No:  183954

*Vendor No:  000390302             Terms Type:  _____         Buyer Name:  _____

Division No:  _____           Terms Date:  Invoice Date        *Buyer Store #:  8975

AFE No:  _____                Term Net Days:  60               Remit To Name:  Black  Decker (PR) LLC

*Dept No:  671                     Disc Percent:  _____        *Remit To DUNS:  001317189

*Product Code:  Fair Labor Standards Act        Disc Days Due:  _____            Contact Name:  _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an-

Contact Phone #:  _____

Allow Type:  _____            Allow Amt:  _____

Charge Type 1:  _____         Charge Amt 1:  _____        *No of Ln Items:  1

Charge Type 2:  _____         Charge Amt 2:  _____        *Tot Inv Amt:  200.00

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A 2 0 |
|----|---------------|-----------|-------------|-----------------|---------------|----------------|--------------|----------------|--------------|--------------|----------------------|------------------------|-------|
| 1  | 5             | Each      | 40          | Buyer Item No   | 36982         | UPC Code       | 8859113 42568 |                |              |              |                      |                        |       |

DIcentral Corp.

## OCEAN FREIGHT LINK
### BILL OF LADING

**Date:** 10/12/2018   **Consol. #** 003229

**B/L #** 032495

| From / Shipper: | To / Consignee: | Tax Exempt #: 00039607-0249 |
|---|---|---|
| BLACK & DECKER US INC<br>c/o<br>9850 PREMIER PKWY<br><br>MIRAMAR, FL 33025 | SEARS CUPEY BAJO<br>c/o #8975<br>CARR# 176, KM 0.5<br><br>CUPEY BAJO, PR 00926 | |

**Shipper EIN#:** 521127357   **Consignee EIN#:** 66-0233626

| COD Information: Mail To: | Notify Information: |
|---|---|
| | SEARS CUPEY BAJO |
| COD Amount: $0.00 | Related Freight Bill = |

**Reference Numbers:**
PO# 183954 - INV 9820015099

**- ACE ITN Number -** X20181012156148   **- SURI Number -**

SHIPPER DEC - REMAINDER OF SHIPMENT VALUED $2,500.00 OR LESS PER INDIVIDUAL SCHEDULE B NUMBER

| Booking # | Container # | Vessel | Voyage # | Seal # | Ctnr. Size | Our Ship # |
|---|---|---|---|---|---|---|
| SSL000602398 | STRU881815-0 | ISLA BELLA | 5150 | 001071 | 53' | 32495 |

| Port of Loading | Port of UnLoading |
|---|---|
| * JACKSONVILLE, FL | SAN JUAN, PR |

| HM | Marks | No. Shiping Units | | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|---|---|---|---|---|---|---|
| | | 1 | PCS | TOOLS, NOI | 70 | 14 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSSHIPPED AS HEREIN PROVIDED. THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN. DURING THE PERIOD OF RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND OF THE FMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS GENERALLY IN USE. DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE LOADED ON BOARD, CARRIED OR DISCHARGED FROM ANY VESSEL, AND DURING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND UNTIL DELIVERY THIS CARRIAGE SHALL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY. INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE AND FOR THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING. WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE AND FOR THE VALUE SPECIFIED ON THE FACE OF THIS BILL OF LADING. OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID, SUBJECT TO CONDITIONS SET FORTH IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS. SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FOR HEREIN.

| Receivers Name | Receivers Signature | Date |
|---|---|---|
| | | |



REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 183954 | 10/05/2018 | 1262155 | 9820015099 | 10/11/2018 | 1804046973 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | GH900 36982 | 8467290070 | 6.5 AMP STRING TRIMMER 14in - 6.5 Amp String Trimmer | 5 | 40.00 | 200.00 |

| | | | |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 5 | |
| SUB - TOTAL | | USD | 200.00 |
| TOTAL INVOICE | | USD | 200.00 |

# OF PACKAGES        : 1
GROSS WEIGHT       : 31.752 KG,  70  LB
ECCN       : EAR99
LICENSE NO : NLR-C33
CARRIER                    : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  10/11/2018 | *Invoice No:  9820015098 | PO No: 183975 |
| *Vendor No:  000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date:  Invoice Date | *Buyer Store #:  8975 |
| AFE No: _____ | Term Net Days:  60 | Remit To Name:  Black   Decker (PR) LLC |
| *Dept No:  630 | Disc Percent: _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an...

Contact Phone #: _____

Allow Type: _____          Allow Amt: _____

Charge Type 1: _____          Charge Amt 1: _____          *No of Ln Items:  1

Charge Type 2: _____          Charge Amt 2: _____          *Tot Inv Amt:  1100.00

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 20 | Each | 55.00 | Buyer Item No | 10003 | UPC Code | 8859115 12732 | | | | | | 1 |
| | | | | | | | | | | | | | 0 |

# OCEAN FREIGHT LINK
## BILL OF LADING

**Date:** 10/12/2018  **Consol. #** 003229   **B/L #** 032494

| From / Shipper: | To / Consignee: | Tax Exempt #: 00039607-0249 |
|---|---|---|
| BLACK & DECKER US INC<br>c/o<br>9850 PREMIER PKWY<br><br>MIRAMAR, FL 33025 | SEARS CUPEY BAJO<br>c/o #8975<br>CARR# 176. KM 0.5<br><br>CUPEY BAJO, PR 00926 | |

**Shipper EIN#:** 521127357        **Consignee EIN#:** 66-0233626

**COD Information:** Mail To:          **Notify Information:**

SEARS CUPEY BAJO

**COD Amount:** $0.00     **Related Freight Bill =**

**Reference Numbers:**
PO# 183975 - INV 9820015098

| - ACE ITN Number - | - SURI Number - |
|---|---|
| X20181012156148 | |

**SHIPPER DEC - REMAINDER OF SHIPMENT VALUED $2,500.00 OR LESS PER INDIVIDUAL SCHEDULE B NUMBER**

| Booking # | Container # | Vessel | Voyage # | Seal # | Ctnr. Size | Our Ship # |
|---|---|---|---|---|---|---|
| SSL000602398 | STRU881815-0 | ISLA BELLA | 5150 | 001071 | 53' | 32494 |

| Port of Loading | Port of UnLoading |
|---|---|
| * JACKSONVILLE, FL | SAN JUAN, PR |

| HM | Marks | No. Shiping Units | | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|---|---|---|---|---|---|---|
| | | 1 | PCS | TOOLS, NOI | 356 | 56 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSSHIPPED AS HEREIN PROVIDED. THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN. DURING THE PERIOD OF RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF LOADING, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND OF THE FMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS GENERALLY IN USE. DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE ON CARRIED OR TRANSPORTED DISCHARGED FROM ANY VESSEL, AND DURING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND DURING THE TIME THE GOODS ARE SUBJECT TO THE TERMS AND CONDITIONS OF THE OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THIS CARRIAGE SHALL BE SUBJECT TO THE TERMS AND CONDITIONS INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE AND FOR THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING. WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL, THE ISSUED OF THE TYPE AND FOR THE VALUE SPECIFIED ON THE FACE OF THIS BILL OF LADING. OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID, SUBJECT TO CONDITIONS SET FORTH IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS. SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FOR HEREIN.

| Receivers Name | Receivers Signature | Date |
|---|---|---|
| | | |

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 183975 | 10/05/2018 | 1282155 | 9820015098 | 10/11/2018 | 1804046972 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | BDPH1200-B3 | 8424209000 | 1200W ROLLING HVLP PAINT SPRAYER Pistola de Pintura 1200W | 20 | 55.00 | 1,100.00 |
| | | | | INVOICE  TOTAL QTY           PC | 20 | | |
| | | | | SUB - TOTAL | | USD | 1,100.00 |
| | | | | TOTAL INVOICE | | USD | 1,100.00 |

# OF PACKAGES          : 1
GROSS WEIGHT         : 161.479 KG,  356  LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER                      : SCOTT LOGISTICS CORP

_____
AUTHORIZED SIGNATURE

Reclamos deban ser recibidos dentro do un plazo de sesenta (60) dias a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 10/11/2018 | *Invoice No: 9820015097 | PO No: 184836 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 8975 |
| AFE No: _____ | Term Net Days: 60 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 671 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____                        Allow Amt: _____

Charge Type 1: _____                    Charge Amt 1: _____              *No of Ln Items: 5

Charge Type 2: _____                    Charge Amt 2: _____              *Tot Inv Amt: 56312.50

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 250 | Each | 128.69 | Buyer Item No | 20969 | UPC | 8859112 61111 | | | | | | 3 5 2 |
| 2 | 30 | Each | 90 | Buyer Item No | 36830 | UPC | 8859111 44247 | | | | | | 0 2 |
| 3 | 30 | Each | 98 | Buyer Item No | 36831 | UPC | 8859110 90377 | | | | | | 0 1 |
| 4 | 300 | Each | 40 | Buyer Item No | 36982 | UPC | 8859113 42568 | | | | | | 0 6 |
| 5 | 100 | Each | 65 | Buyer Item No | 42187 | UPC | 8859113 50228 | | | | | | 0 |

# OCEAN FREIGHT LINK
## BILL OF LADING

**Date:** 10/12/2018    **Consol. #** 003229

**B/L #** 032493

| From / Shipper: | To / Consignee: | Tax Exempt #: 00039607-0249 |
|---|---|---|
| BLACK & DECKER US INC<br>c/o<br>9850 PREMIER PKWY<br><br>MIRAMAR, FL 33025 | SEARS CUPEY BAJO<br>c/o #8975<br>CARR# 176, KM 0.5<br><br>CUPEY BAJO, PR 00926 | |

**Shipper EIN#:** 521127357    **Consignee EIN#:** 66-0233626

**COD Information:**    **Mail To:**

**Notify Information:**

SEARS CUPEY BAJO

**COD Amount:** $0.00

**Related Freight Bill =**

### Reference Numbers:
PO# 184836 - INV 9820015097

- ACE ITN Number -    - SURI Number -

X20181012156148

SHIPPER DEC - REMAINDER OF SHIPMENT VALUED $2,500.00 OR LESS PER INDIVIDUAL SCHEDULE B NUMBER

| Booking # | Container # | Vessel | Voyage # | Seal # | Ctnr. Size | Our Ship # |
|---|---|---|---|---|---|---|
| SSL000602398 | STRU881815-0 | ISLA BELLA | 5150 | 001071 | 53' | 32493 |

| Port of Loading | Port of UnLoading |
|---|---|
| * JACKSONVILLE, FL | SAN JUAN, PR |

| HM | Marks | No. Shiping Units | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|---|---|---|---|---|---|
| | | 39    PCS | TOOLS, NOI | 14,197 | 2774 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSSHIPPED AS HEREIN PROVIDED. THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN. DURING THE PERIOD OF RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF LOADING, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND OF THE FMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS GENERALLY IN USE. DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE LOADED ON BOARD, CARRIED OR DISCHARGED FROM ANY VESSEL, AND DURING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND DURING THE TIME THE GOODS ARE ONCARRIED OR TRANSPORTED OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THIS CARRIAGE SHALL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING. WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE AND FOR THE VALUE SPECIFIED ON THE FACE OF THIS BILL OF LADING. OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID, SUBJECT TO CONDITIONS SET FORTH IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS. SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FORTH HEREIN.

**Receivers Name**    **Receivers Signature**    **Date**



REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 184836 | 10/05/2018 | 1262155 | 9820015097 | 10/11/2018 | 1804046971 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | GST33-B3 | 8467895030 | 33CC GAS STRING TRIMMER - INTERCO<br>33CC GAS STRING TRIMMER - INTERCO | 250 | 128.69 | 32,172.50 |
| 20 | CN | GR3400-B3<br>36830 | 8433110010 | 34CM LAWN MOWER 1200W - INTERCO<br>CORTAGRAMA ELECT 14 1200W | 30 | 90.00 | 2,700.00 |
| 30 | CN | GR3800-B3 | 8433110010 | 38CM LAWN MOWER 1600W - INTERCO<br>CORTAGRAMA ELECTRICO 16 1600W | 30 | 98.00 | 2,940.00 |
| 40 | CN | GH900<br>36982 | 8467290070 | 6.5 AMP STRING TRIMMER<br>14In - 6.5 Amp String Trimmer | 300 | 40.00 | 12,000.00 |
| 50 | CN | GR1000-B3<br>42187 | 8433110010 | 1200W LAWN MOWER<br>1200W LAWN MOWER | 100 | 65.00 | 6,500.00 |

INVOICE TOTAL QTY                    PC    710

SUB - TOTAL                                                           USD          56,312.50

TOTAL INVOICE                                                        USD          56,312.50

# OF PACKAGES          : 39
GROSS WEIGHT          : 6,439.660 KG,  14,196.87 LB
ECCN     : EAR99
LICENSE NO : NLR-C33
CARRIER                     : SCOTT LOGISTICS CORP

---

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/11/2018          *Invoice No: 9820015096          PO No: 674166

*Vendor No: 000390302             Terms Type: _____          Buyer Name: _____

Division No: _____           Terms Date: Invoice Date           *Buyer Store #: 1905

AFE No: _____               Term Net Days: 90                Remit To Name: Black  Decker (PR) LLC

*Dept No: 609                     Disc Percent: _____          *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act        Disc Days Due: _____        Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____            Allow Amt: _____

Charge Type 1: _____         Charge Amt 1: _____         *No of Ln Items: 49

Charge Type 2: _____         Charge Amt 2: _____         *Tot Inv Amt: 130.25

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 6.97 | Buyer Item No | 12492 | UPC Code | 0247211 52305 | | | | | | 0 |
| 2 | 0 | Each | 19.28 | Buyer Item No | 12497 | UPC Code | 0247211 51872 | | | | | | 0 |
| 3 | 0 | Each | 23.07 | Buyer Item No | 12501 | UPC Code | 0247210 17147 | | | | | | 0 |
| 4 | 0 | Each | 3.11 | Buyer Item No | 12526 | European Article No | 7897095 026212 | | | | | | 0 |
| 5 | 0 | Each | 3.07 | Buyer Item No | 12538 | European Article No | 7897095 026281 | | | | | | 0 |
| 6 | 0 | Each | 3.09 | Buyer Item No | 12539 | European Article No | 7897095 026243 | | | | | | 0 |
| 7 | 0 | Each | 0.85 | Buyer Item No | 12625 | UPC Code | 6737650 13471 | | | | | | 0 |
| 8 | 0 | Each | 1.2 | Buyer Item No | 12626 | European Article No | 7897095 036082 | | | | | | 0 |
| 9 | 0 | Each | 1.26 | Buyer Item No | 12629 | European Article No | 7897095 036143 | | | | | | 0 |
| 10 | 0 | Each | 9.58 | Buyer Item No | 12631 | UPC Code | 8859113 59627 | | | | | | 0 |
| 11 | 0 | Each | 0.63 | Buyer Item No | 12641 | UPC Code | 6737650 13419 | | | | | | 0 |
| 12 | 0 | Each | 0.63 | Buyer Item No | 12643 | UPC Code | 6737650 13402 | | | | | | 0 |
| 13 | 0 | Each | 1.76 | Buyer Item No | 12656 | UPC Code | 6737650 12658 | | | | | | 0 |
| 14 | 0 | Each | 2.09 | Buyer Item No | 12744 | UPC Code | 6737650 12719 | | | | | | 0 |
| 15 | 0 | Each | 1.96 | Buyer Item No | 12769 | UPC Code | 6737650 12696 | | | | | | 0 |
| 16 | 0 | Each | 28.39 | Buyer Item No | 13002 | UPC Code | 0385480 99248 | | | | | | 0 |
| 17 | 0 | Each | 5.87 | Buyer Item No | 13176 | European Article No | 7897095 010952 | | | | | | 0 |
| 18 | 0 | Each | 0.92 | Buyer Item No | 13178 | UPC Code | 7897095 03660 | | | | | | 0 |
| 19 | 0 | Each | 1.14 | Buyer Item No | 1318 | European Article No | 7897095 036617 | | | | | | 0 |
| 20 | 0 | Each | 0.9 | Buyer Item No | 1329 | European Article No | 7897095 036518 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674166 | 10/05/2018 | 1262155 | 9020015096 | 10/11/2018 | 1804046988 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 20 | PL | DW4306 X | 6805100000 | 5IN 220 GRIT 8 HOLE DISC PAPEL LIJA 5 PULG 8 HOYOS GRAN | 25 | 1.70 | 42.50 |
| 30 | PL | DW4301 X | 6805100000 | 5IN 80 GRIT 8 HOLE DISC (5 PACK) PAPEL LIJA DE 5 PULG 8 ORI. | 25 | 1.81 | 45.25 |
| 40 | PL | DW4304 X | 6805100000 | 5IN 150 GRIT 8 HOLE DISC PAPEL LIJA 5 PULG 8 HOYOS GRAN | 25 | 1.70 | 42.50 |

INVOICE TOTAL QTY                    PC    75

SUB - TOTAL                                              USD        130.25

TOTAL INVOICE                                           USD        130.25

# OF PACKAGES        : 1
GROSS WEIGHT         : 4.082 KG;  9  LB
ECCN        : EAR99
LICENSE NO : NLR-C33
CARRIER                  : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) dias a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  10/11/2018 | *Invoice No:  9820015095 | PO No:  674240 |
| *Vendor No:  000390302 | Terms Type:  _____ | Buyer Name:  _____ |
| Division No:  _____ | Terms Date:  Invoice Date | *Buyer Store #:  1905 |
| AFE No:  _____ | Term Net Days:  90 | Remit To Name:  Black   Decker (PR) LLC |
| *Dept No:  609 | Disc Percent:  _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due:  _____ | Contact Name:  _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #:  _____

| | | |
|---|---|---|
| Allow Type:  _____ | Charge Amt 1:  _____ | |
| Charge Type 1:  _____ | | *No of Ln Items:  4 |
| Charge Type 2:  _____ | Charge Amt 2:  _____ | *Tot Inv Amt:  160.00 |

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Each | 160 | Buyer Item No | 11845 | UPC Code | 8859113 87156 | | | | | | 1 |
| 2 | 0 | Each | 7.99 | Buyer Item No | 80088 | UPC Code | 0288740 58347 | | | | | | 0 |
| 3 | 0 | Each | 7.99 | Buyer Item No | 80122 | UPC Code | 0288740 58323 | | | | | | 0 |
| 4 | 0 | Each | 10.2 | Buyer Item No | 80145 | UPC Code | 0288774 34469 | | | | | | 0 |

DIcentral Corp.



REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS 1905
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674240 | 10/05/2018 | 1262155 | 9820015095 | 10/11/2018 | 1804046963 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | D25260K-B3 11845 | 8467290080 | 800W SDS PLUS HAMMER - 3 MODES D-HANDLE Rotomartillo SDS 3 Modos VVR | 1 | 160.00 | 160.00 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY | | PC 1 | |
| SUB - TOTAL | | USD | 160.00 |
| TOTAL INVOICE | | USD | 160.00 |

# OF PACKAGES          : 1
GROSS WEIGHT           : 4.990 KG, 11 LB
ECCN       : EAR99
LICENSE NO : NLR-C33
CARRIER                : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/11/2018

*Invoice No: 9820015094

PO No: 673645

*Vendor No: 000390302

Terms Type: _____

Buyer Name: _____

Division No: _____

Terms Date: Invoice Date

*Buyer Store #: 1945

AFE No: _____

Term Net Days: 90

Remit To Name: Black  Decker (PR) LLC

*Dept No: 609

Disc Percent: _____

*Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act

Disc Days Due: _____

Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____

Allow Amt: _____

Charge Type 1: _____

Charge Amt 1: _____

*No of Ln Items: 1

Charge Type 2: _____

Charge Amt 2: _____

*Tot Inv Amt: 14.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 1 | 50 | Each | 0.28 | Buyer Item No | 12476 | UPC Code | 8859115 18543 | | | | | | 1 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PONCE 1945
PLAZA DEL CARIBE MALL
00731 PONCE
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673645 | 10/05/2018 | 1262155 | 9820015094 | 10/11/2018 | 1804046956 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | MX | DAS20080S | 6805301000 | SHEET STEARATED 80G 9X11<br>SHEET STEARATED 80G 9X11 | 50 | 0,28 | 14,00 |

|  |  |  |  | INVOICE  TOTAL QTY | PC    50 |  |  |
|---|---|---|---|---|---|---|---|

SUB - TOTAL                                    USD          14,00
TOTAL INVOICE                                 USD          14,00

# OF PACKAGES        : 1
GROSS WEIGHT        : 1.361 KG, 3 LB
ECCN        : EAR99
LICENSE NO : NLR-C33
CARRIER        : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sosenta (60) dies a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignae or end-users( s), either in their original ............. t first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1     Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/11/2018          *Invoice No: 9820015093          PO No: 674171

*Vendor No: 000390302             Terms Type: _____          Buyer Name: _____

Division No: _____           Terms Date: Invoice Date        *Buyer Store #: 1945

AFE No: _____                Term Net Days: 90               Remit To Name: Black  Decker (PR) LLC

*Dept No: 609                     Disc Percent: _____        *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act      Disc Days Due: _____      Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____            Allow Amt: _____

Charge Type 1: _____         Charge Amt 1: _____        *No of Ln Items: 49

Charge Type 2: _____         Charge Amt 2: _____        *Tot Inv Amt: 130.25

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 6.97 | Buyer Item No | 12492 | UPC Code | 0247211 52305 | | | | | | 0 |
| 2 | 0 | Each | 19.28 | Buyer Item No | 12497 | UPC Code | 0247211 51872 | | | | | | 0 |
| 3 | 0 | Each | 23.07 | Buyer Item No | 12501 | UPC Code | 0247210 17147 | | | | | | 0 |
| 4 | 0 | Each | 3.11 | Buyer Item No | 12526 | European Article No | 7897095 026212 | | | | | | 0 |
| 5 | 0 | Each | 3.07 | Buyer Item No | 12538 | European Article No | 7897095 026281 | | | | | | 0 |
| 6 | 0 | Each | 3.09 | Buyer Item No | 12539 | European Article No | 7897095 026243 | | | | | | 0 |
| 7 | 0 | Each | 0.85 | Buyer Item No | 12625 | UPC Code | 6737650 13471 | | | | | | 0 |
| 8 | 0 | Each | 1.2 | Buyer Item No | 12626 | European Article No | 7897095 036082 | | | | | | 0 |
| 9 | 0 | Each | 1.26 | Buyer Item No | 12629 | European Article No | 7897095 036143 | | | | | | 0 |
| 10 | 0 | Each | 9.58 | Buyer Item No | 12631 | UPC Code | 8859113 59627 | | | | | | 0 |
| 11 | 0 | Each | 0.63 | Buyer Item No | 12641 | UPC Code | 6737650 13419 | | | | | | 0 |
| 12 | 0 | Each | 0.63 | Buyer Item No | 12643 | UPC Code | 6737650 13402 | | | | | | 0 |
| 13 | 0 | Each | 1.76 | Buyer Item No | 12656 | UPC Code | 6737650 12658 | | | | | | 0 |
| 14 | 0 | Each | 2.09 | Buyer Item No | 12744 | UPC Code | 6737650 12719 | | | | | | 0 |
| 15 | 0 | Each | 1.96 | Buyer Item No | 12769 | UPC Code | 6737650 12696 | | | | | | 0 |
| 16 | 0 | Each | 28.39 | Buyer Item No | 13002 | UPC Code | 0385480 99248 | | | | | | 0 |
| 17 | 0 | Each | 5.87 | Buyer Item No | 13176 | European Article No | 7897095 010952 | | | | | | 0 |
| 18 | 0 | Each | 0.92 | Buyer Item No | 13178 | UPC Code | 7897095 03660 | | | | | | 0 |
| 19 | 0 | Each | 1.14 | Buyer Item No | 1318 | European Article No | 7897095 036617 | | | | | | 0 |
| 20 | 0 | Each | 0.9 | Buyer Item No | 1329 | European Article No | 7897095 036518 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PONCE 1945
PLAZA DEL CARIBE MALL
00731 PONCE
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674171 | 10/05/2018 | 1262155 | 9820015093 | 10/11/2018 | 1804046952 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 470 | PL | DW4306  X | 6805100000 | 5IN 220 GRIT 8 HOLE DISC PAPEL LIJA 5 PULG 8 HOYOS GRAN | 25 | 1.70 | 42.50 |
| 480 | PL | DW4301  X | 6805100000 | 5IN 80 GRIT 8 HOLE DISC (5 PACK) PAPEL LIJA DE 5 PULG 8 ORI. | 25 | 1.81 | 45.25 |
| 490 | PL | DW4304  X | 6805100000 | 5IN 150 GRIT 8 HOLE DISC PAPEL LIJA 5 PULG 8 HOYOS GRAN | 25 | 1.70 | 42.50 |

INVOICE  TOTAL QTY                           PC        75

SUB - TOTAL                                             USD             130.25

TOTAL INVOICE                                          USD             130.25

# OF PACKAGES            : 2
GROSS WEIGHT            : 4.082 KG,  9  LB
ECCN         : EAR99
LICENSE NO : NLR-C33
CARRIER                       : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/11/2018

*Vendor No: 000390302

Division No: _____

AFE No: _____

*Dept No: 609

*Product Code: Fair Labor Standards Act

*Invoice No: 9820015093

Terms Type: _____

Terms Date: Invoice Date

Term Net Days: 90

Disc Percent: _____

Disc Days Due: _____

PO No: 674171

Buyer Name: _____

*Buyer Store #: 1945

Remit To Name: Black  Decker (PR) LLC

*Remit To DUNS: 001317189

Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____

Charge Type 1: _____

Charge Type 2: _____

Allow Amt: _____

Charge Amt 1: _____

Charge Amt 2: _____

*No of Ln Items: 49

*Tot Inv Amt: 130.25

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|-------|--------------|-------|-----------------|---------|---|---|---|---|---|---|
| 1 | 0 | Each | 6.97 | Buyer Item No | 12492 | UPC Code | 0247211 52305 | | | | | | 0 |
| 2 | 0 | Each | 19.28 | Buyer Item No | 12497 | UPC Code | 0247211 51872 | | | | | | 0 |
| 3 | 0 | Each | 23.07 | Buyer Item No | 12501 | UPC Code | 0247210 17147 | | | | | | 0 |
| 4 | 0 | Each | 3.11 | Buyer Item No | 12526 | European Article No | 7897095 026212 | | | | | | 0 |
| 5 | 0 | Each | 3.07 | Buyer Item No | 12538 | European Article No | 7897095 026281 | | | | | | 0 |
| 6 | 0 | Each | 3.09 | Buyer Item No | 12539 | European Article No | 7897095 026243 | | | | | | 0 |
| 7 | 0 | Each | 0.85 | Buyer Item No | 12625 | UPC Code | 6737650 13471 | | | | | | 0 |
| 8 | 0 | Each | 1.2 | Buyer Item No | 12626 | European Article No | 7897095 036082 | | | | | | 0 |
| 9 | 0 | Each | 1.26 | Buyer Item No | 12629 | European Article No | 7897095 036143 | | | | | | 0 |
| 10 | 0 | Each | 9.58 | Buyer Item No | 12631 | UPC Code | 8859113 59627 | | | | | | 0 |
| 11 | 0 | Each | 0.63 | Buyer Item No | 12641 | UPC Code | 6737650 13419 | | | | | | 0 |
| 12 | 0 | Each | 0.63 | Buyer Item No | 12643 | UPC Code | 6737650 13402 | | | | | | 0 |
| 13 | 0 | Each | 1.76 | Buyer Item No | 12656 | UPC Code | 6737650 12658 | | | | | | 0 |
| 14 | 0 | Each | 2.09 | Buyer Item No | 12744 | UPC Code | 6737650 12719 | | | | | | 0 |
| 15 | 0 | Each | 1.96 | Buyer Item No | 12769 | UPC Code | 6737650 12696 | | | | | | 0 |
| 16 | 0 | Each | 28.39 | Buyer Item No | 13002 | UPC Code | 0385480 99248 | | | | | | 0 |
| 17 | 0 | Each | 5.87 | Buyer Item No | 13176 | European Article No | 7897095 010952 | | | | | | 0 |
| 18 | 0 | Each | 0.92 | Buyer Item No | 13178 | UPC Code | 7897095 03660 | | | | | | 0 |
| 19 | 0 | Each | 1.14 | Buyer Item No | 1318 | European Article No | 7897095 036617 | | | | | | 0 |
| 20 | 0 | Each | 0.9 | Buyer Item No | 1329 | European Article No | 7897095 036518 | | | | | | 0 |

DIcentral Corp.



REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PONCE 1945
PLAZA DEL CARIBE MALL
00731 PONCE
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674171 | 10/05/2018 | 1262155 | 9820015093 | 10/11/2018 | 1804046952 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 470 | PL | DW4306  X | 6805100000 | 5IN 220 GRIT 8 HOLE DISC PAPEL LIJA 5 PULG 8 HOYOS GRAN | 25 | 1.70 | 42.50 |
| 480 | PL | DW4301  X | 6805100000 | 5IN 80 GRIT 8 HOLE DISC (5 PACK) PAPEL LIJA DE 5 PULG 8 ORI. | 25 | 1.81 | 45.25 |
| 490 | PL | DW4304  X | 6805100000 | 5IN 150 GRIT 8 HOLE DISC PAPEL LIJA 5 PULG 8 HOYOS GRAN | 25 | 1.70 | 42.50 |

INVOICE TOTAL QTY     PC   75

SUB - TOTAL      USD    130.25

TOTAL INVOICE      USD    130.25

\# OF PACKAGES      : 2
GROSS WEIGHT      : 4.082 KG,  9  LB
ECCN    : EAR99
LICENSE NO : NLR-C33
CARRIER      : SCOTT LOGISTICS CORP

_____
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) dias a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-users( s), either in their original ... without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/11/2018

*Vendor No: 000390302

Division No: _____

AFE No: _____

*Dept No: 609

*Product Code: Fair Labor Standards Act

*Invoice No: 9820015092

Terms Type: _____

Terms Date: Invoice Date

Term Net Days: 90

Disc Percent: _____

Disc Days Due: _____

PO No: 674165

Buyer Name: _____

*Buyer Store #: 1905

Remit To Name: Black   Decker (PR) LLC

*Remit To DUNS: 001317189

Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____

Charge Type 1: _____

Charge Type 2: _____

Allow Amt: _____

Charge Amt 1: _____

Charge Amt 2: _____

*No of Ln Items: 4

*Tot Inv Amt: 134.25

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 1.4 | Buyer Item No | 12602 | UPC Code | 0288741 69029 | | | | | | 0 |
| 2 | 0 | Each | 1.37 | Buyer Item No | 38586 | UPC Code | 0288740 52246 | | | | | | 0 |
| 3 | 0 | Each | 10.2 | Buyer Item No | 80145 | UPC Code | 0288774 34469 | | | | | | 1 |
| 4 | 1 | Each | 134.25 | Buyer Item No | 91045 | UPC Code | 0288774 97372 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS 1905
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 80 DAYS FROM INV DATE | 674165 | 10/01/2018 | 1262155 | 9820015092 | 10/11/2018 | 1804035423 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| | | | | | 1 | 134.25 | 134.25 |
| 10 | MX | DW130V 91045 | 8467210050 | 1/2" (13mm) Spade Handle Drill 1/2" (13mm) Spade Handle Drill | | | |

| | | | | |
|---|---|---|---|---|
| INVOICE TOTAL QTY | | PC | 1 | |
| SUB - TOTAL | | | USD | 134.25 |
| TOTAL INVOICE | | | USD | 134.25 |

# OF PACKAGES        : 1
GROSS WEIGHT        : 3.629 KG,  8  LB
ECCN        : EAR99
LICENSE NO : NLR-C33
CARRIER        : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-users( s), either in their original ... into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  10/11/2018

*Vendor No:  000390302

Division No:  _____

AFE No:  _____

*Dept No:  671

*Product Code:  Fair Labor Standards Act

*Invoice No:  9820015091

Terms Type:  _____

Terms Date:  Invoice Date

Term Net Days:  60

Disc Percent:  _____

Disc Days Due:  _____

PO No:  184767

Buyer Name:  _____

*Buyer Store #:  8975

Remit To Name:  Black   Decker (PR) LLC

*Remit To DUNS:  001317189

Contact Name:  _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #:  _____

Allow Type:  _____

Charge Type 1:  _____

Charge Type 2:  _____

Allow Amt:  _____

Charge Amt 1:  _____

Charge Amt 2:  _____

*No of Ln Items:  1

*Tot Inv Amt: 2795.00

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A 2 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 43 | Each | 65 | Buyer Item No | 36985 | UPC Code | 8859115 36011 | | | | | | |

DIcentral Corp.

# OCEAN FREIGHT LINK
## BILL OF LADING

**B/L # 032492**

**Date:** 10/12/2018  **Consol. #** 003229

| From / Shipper: | To / Consignee: | Tax Exempt #: | 00039607-0249 |
|---|---|---|---|

**From / Shipper:**
BLACK & DECKER US INC
c/o
9850 PREMIER PKWY

MIRAMAR, FL 33025

**To / Consignee:**
SEARS CUPEY BAJO
c/o #8975
CARR# 176, KM 0.5

CUPEY BAJO, PR 00926

**Shipper EIN#:** 521127357

**Consignee EIN#:** 66-0233626

**COD Information:  Mail To:**

**Notify Information:**
SEARS CUPEY BAJO

**COD Amount:** $0.00

**Related Freight Bill =**

**Reference Numbers:**
PO# 184767 - INV 9820015091

- ACE ITN Number -
X20181012156148

- SURI Number -

**SHIPPER DEC - REMAINDER OF SHIPMENT VALUED $2,500.00 OR LESS PER INDIVIDUAL SCHEDULE B NUMBER**

| Booking # | Container # | Vessel | Voyage # | Seal # | Cntr. Size | Our Ship # |
|---|---|---|---|---|---|---|
| SSL000602398 | STRU881815-0 | ISLA BELLA | 5150 | 001071 | 53' | 32492 |

| Port of Loading | Port of UnLoading |
|---|---|
| * JACKSONVILLE, FL | SAN JUAN, PR |

| HM | Marks | No. Shiping Units | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|---|---|---|---|---|---|
| | | 3    PCS | TOOLS, NOI | 713 | 136 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSSHIPPED AS HEREIN PROVIDED.  THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN  DURING THE  PERIOD OF RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL  THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF LOADING, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND OF THE FMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS GENERALLY IN USE.  DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE LOADED ON BOARD, CARRIED OR DISCHARGED FROM ANY VESSEL, AND DURING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND DURING THE TIME THE GOODS ARE INCARRIED OR TRANSPORTED OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THIS CARRIAGE SHALL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING.  WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE AND FOR THE VALUE SPECIFIED ON THE FACE OF THIS BILL OF LADING. OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID, SUBJECT TO CONDITIONS SET FORTH IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS  SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FOR HEREIN.

| Receivers Name | Receivers Signature | Date |
|---|---|---|

Page: 1     Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  10/11/2018

*Vendor No:  000390302

Division No:  _____

AFE No:  _____

*Dept No:  609

*Product Code:  Fair Labor Standards Act

*Invoice No:  9820015090

Terms Type:  _____

Terms Date:  Invoice Date

Term Net Days:  60

Disc Percent:  _____

Disc Days Due:  _____

PO No:  184764

Buyer Name:  _____

*Buyer Store #:  8975

Remit To Name:  Black  Decker (PR) LLC

*Remit To DUNS:  001317189

Contact Name:  _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #:  _____

Allow Type:  _____

Charge Type 1:  _____

Charge Type 2:  _____

Allow Amt:  _____

Charge Amt 1:  _____

Charge Amt 2:  _____

*No of Ln Items:  1

*Tot Inv Amt: 2436.00

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A 2 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 24 | Each | 101.5 | Buyer Item No | 16342 | UPC Code | 8859114 82387 | | | | | | |

DIcentral Corp.

# OCEAN FREIGHT LINK
## BILL OF LADING

**Date:** 10/12/2018  **Consol. #** 003229  **B/L #** 032491

**From / Shipper:**
BLACK & DECKER US INC
c/o
9850 PREMIER PKWY

MIRAMAR. FL 33025

**Shipper EIN#:** 521127357

**To / Consignee:**  **Tax Exempt #:** 00039607-0249
SEARS CUPEY BAJO
c/o #8975
CARR# 176. KM 0.5

CUPEY BAJO. PR 00926

**Consignee EIN#:** 66-0233626

**COD Information:**  **Mail To:**

**Notify Information:**
SEARS CUPEY BAJO

**COD Amount:** $0.00

**Related Freight Bill =**

**Reference Numbers:**
PO# 184764 - INV 9820015090

- ACE ITN Number -          - SURI Number -
X20181012156148

SHIPPER DEC - REMAINDER OF SHIPMENT VALUED $2,500.00 OR LESS PER INDIVIDUAL SCHEDULE B NUMBER

| Booking # | Container # | Vessel | Voyage # | Seal # | Cntr. Size | Our Ship # |
|---|---|---|---|---|---|---|
| SSL000602398 | STRU881815-0 | ISLA BELLA | 5150 | 001071 | 53' | 32491 |

**Port of Loading**  **Port of UnLoading**
JACKSONVILLE, FL          SAN JUAN, PR

| HM | Marks | No. Shiping Units | | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|---|---|---|---|---|---|---|
| | | 1 | PCS | TOOLS, NOI | 268 | 27 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSSHIPPED AS HEREIN PROVIDED. THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN. DURING THE PERIOD OF RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND OF THE FMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS GENERALLY IN USE. DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE ONCARRIED OR TRANSPORTED DISCHARGED FROM ANY VESSEL. AND DURING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND DURING THE TIME THE GOODS ARE LOADED ON BOARD, CARRIED OR OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THIS CARRIAGE SHALL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING. WHERE SPECIFICALLY PROVIDED IN THE FACE OF THIS BILL OF LADING, TERMS AND CONDITIONS INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE AND/OR THE VALUE SPECIFIED ON THE FACE OF THIS BILL OF LADING. OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID. SUBJECT TO CONDITIONS SET FORTH IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS. SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FOR HEREIN

**Date:**

**Receivers Name**          **Receivers Signature**

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 184764 | 10/01/2018 | 1262155 | 9820015090 | 10/11/2018 | 1804035421 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | SHR263K-B3 | 8467210070 | 26MM 800W HIGH PERFORMANCE 3 MODE TRADES<br>800W ROTOMARTILLO 3 MODOS | 24 | 101.50 | 2,436.00 |

| | | | |
|---|---|---|---|
| INVOICE  TOTAL QTY | PC | 24 | |
| SUB - TOTAL | | USD | 2,436.00 |
| TOTAL INVOICE | | USD | 2,436.00 |

# OF PACKAGES            : 1
GROSS WEIGHT          : 121.563 KG,  268  LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER                    : SCOTT LOGISTICS CORP

_____
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  10/11/2018 | *Invoice No:  9820015089 | PO No:  184765 |
| *Vendor No:  000390302 | Terms Type:  _____ | Buyer Name:  _____ |
| Division No:  _____ | Terms Date:  Invoice Date | *Buyer Store #:  8975 |
| AFE No:  _____ | Term Net Days:  60 | Remit To Name:  Black  Decker (PR) LLC |
| *Dept No:  671 | Disc Percent:  _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due:  _____ | Contact Name:  _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #:  _____

| | | |
|---|---|---|
| Allow Type:  _____ | Charge Amt 1:  _____ | *No of Ln Items:  1 |
| Charge Type 1:  _____ | Charge Amt 2:  _____ | *Tot Inv Amt:  4550.00 |
| Charge Type 2:  _____ | | |

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 70 | Each | 65 | Buyer Item No | 42187 | UPC Code | 8859113 50228 | | | | | | 4 0 |

DIcentral Corp.

# OCEAN FREIGHT LINK
## BILL OF LADING

**Date:** 10/12/2018    **Consol. #** 003229

**B/L #** 032490

| From / Shipper: | To / Consignee: | Tax Exempt #: 00039607-0249 |
|---|---|---|
| BLACK & DECKER US INC<br>c/o<br>9850 PREMIER PKWY<br><br>MIRAMAR, FL 33025 | SEARS CUPEY BAJO<br>c/o #8975<br>CARR# 176, KM 0.5<br><br>CUPEY BAJO, PR 00926 | |

**Shipper EIN#:** 521127357

**Consignee EIN#:** 66-0233626

**COD Information:** Mail To:

**Notify Information:**

SEARS CUPEY BAJO

**Related Freight Bill =**

**COD Amount:** $0.00

### Reference Numbers:
PO# 184765 - INV 9820015089

- ACE ITN Number -
X20181012156148

- SURI Number -

SHIPPER DEC - REMAINDER OF SHIPMENT VALUED $2,500.00 OR LESS PER INDIVIDUAL SCHEDULE B NUMBER

| Booking # | Container # | Vessel | Voyage # | Seal # | Cntr. Size | Our Ship # |
|---|---|---|---|---|---|---|
| SSL000602398 | STRU881815-0 | ISLA BELLA | 5150 | 001071 | 53' | 32490 |

| Port of Loading | Port of UnLoading |
|---|---|
| * JACKSONVILLE, FL | SAN JUAN, PR |

| HM | Marks | No. Shiping Units | | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|---|---|---|---|---|---|---|
| | | 5 | PCS | TOOLS, NOI | 1,419 | 214 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSSHIPPED AS HEREIN PROVIDED. THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN. DURING THE PERIOD OF RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF LOADING, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND OF THE FMC UNIFORM B/L OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS GENERALLY IN USE. DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE LOADED ON BOARD, CARRIED OR DISCHARGED FROM ANY VESSEL, AND DURING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND DURING THE TIME THE GOODS ARE ON CARRIED OR TRANSPORTED OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THIS CARRIAGE SHALL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING. WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE AND FOR THE VALUE SPECIFIED ON THE FACE OF THIS BILL OF LADING. OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID, SUBJECT TO CONDITIONS SET FORTH IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS. SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FOR HEREIN.

| Receivers Name | Receivers Signature | Date |
|---|---|---|
| | | |

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 184765 | 10/01/2018 | 1262155 | 9820015089 | 10/11/2018 | 1804035420 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | GR1000-B3 42187 | 8433110010 | 1200W LAWN MOWER 1200W LAWN MOWER | 70 | 65.00 | 4,550.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| INVOICE  TOTAL QTY | | PC | 70 | |
| SUB - TOTAL | | | USD | 4,550.00 |
| TOTAL INVOICE | | | USD | 4,550.00 |

# OF PACKAGES          : 5
GROSS WEIGHT           : 643.649 KG,  1,418.99 LB
ECCN        : EAR99
LICENSE NO : NLR-C33
CARRIER                 : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/11/2018

*Vendor No: 000390302

Division No: _____

AFE No: _____

*Dept No: 671

*Product Code: Fair Labor Standards Act

*Invoice No: 9820015088

Terms Type: _____

Terms Date: Invoice Date

Term Net Days: 60

Disc Percent: _____

Disc Days Due: _____

PO No: 183976

Buyer Name: _____

*Buyer Store #: 8975

Remit To Name: Black  Decker (PR) LLC

*Remit To DUNS: 001317189

Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____

Charge Type 1: _____

Charge Type 2: _____

Allow Amt: _____

Charge Amt 1: _____

Charge Amt 2: _____

*No of Ln Items: 1

*Tot Inv Amt: 4204.95

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 1 | 5 | Each | 840.99 | Buyer Item No | 57957 | UPC Code | 6368934 03170 | | | | | | 4 5 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 183976 | 09/24/2018 | 1262155 | 9820015088 | 10/11/2018 | 1804023053 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | US | DXPW60604 | 8424309000 | FNA PRESSURE WASHER 3800 PSI 3.5 GPM | 5 | 840.99 | 4,204.95 |

| | | | |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 5 | |
| SUB - TOTAL | | USD | 4,204.95 |
| TOTAL INVOICE | | USD | 4,204.95 |

#OF PACKAGES: 3 plts
GROSS WEIGHT: 740 lbs
CARRIER : averitt 0981087584

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-users( s), either in their original*



**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PONCE 1945
PLAZA DEL CARIBE MALL
00731 PONCE
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674171 | 10/05/2018 | 1262155 | 9820015054 | 10/11/2018 | 1804046952 | 1 of 4 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 20 | CN | 15187 | 8202310000 | SAW BLD 10 80T CD LATIN AMERICA CONS/STEEL SAW BLADES | 10 | 16.00 | 160.00 |
| 30 | CN | 363017LA | 8202310000 | SAW BLD 184 X 48T X 30 MULTICORTE SAW BLD 184 X 48T X 30 MULTICORTE | 10 | 15.00 | 150.00 |
| 40 | CN | IW8943 | 6804210080 | DIAMOND BLADE 115MM 4.1/2IN - CON DISCO DIAM 4-1/2IN - CONTINUO | 10 | 3.11 | 31.10 |
| 60 | CN | IW8946 | 6804210080 | DIAMOND BLADE 115MM 4.1/2IN - SEG DISCO DIAM 4-1/2IN - SEGMENTADO | 4 | 3.09 | 12.36 |
| 100 | CN | 3520071C | 8207906000 | POWER BIT 2P 1-15/16INCH SCREWDRIVER BITS | 25 | 0.56 | 14.00 |
| 160 | BR | IW1473 | 8207502055 | HSS JL DRILL ANSI-J X 1/2I BRI HSS JL DRILL ANSI-J X 1/2I BRI | 1 | 3.89 | 3.89 |
| 170 | CN | IW14153 | 8207502030 | SDS PLUS HAMMER DRILL BIT 6 X 1/4 SDS PLUS | 10 | 1.70 | 17.00 |
| 230 | CN | IW14163 | 8207502030 | SDS PLUS HAMMER DRILL BIT 10 X 3/8 SDS PLUS | 5 | 2.50 | 12.50 |
| 240 | CN | IW14170 | 8207502030 | SDS PLUS HAMMER DRILL BIT 10 X 1/2 SDS PLUS | 10 | 1.50 | 15.00 |
| 250 | CN | IW14177 | 8207502030 | SDS PLUS HAMMER DRILL BIT 12X5/8 SDS PLUS | 12 | 3.89 | 46.68 |
| 260 | CN | 3016012 | 8207502055 | DRL BIT 3/16 X 3-1/2 COBALT ROUND SHANK METAL DRILLING | 24 | 0.78 | 18.72 |
| 270 | BR | IW2151 | 8207508000 | 8.00 MM GLASS DRILL BIT 8.00 MM GLASS DRILL BIT | 10 | 3.64 | 36.40 |
| 280 | BR | IW2149 | 8207508000 | 5.00 MM GLASS DRILL BIT BROCA DE VIDRIO 5.00MM | 1 | 2.77 | 2.77 |
| 300 | BR | IW2148 | 8207508000 | 4.00 GLASS DRILL BIT | 12 | 2.86 | 34.32 |

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PONCE 1945
PLAZA DEL CARIBE MALL
00731 PONCE
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674171 | 10/05/2018 | 1262155 | 9820015054 | 10/11/2018 | 1804046952 | 2 of 4 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| | | | | 4.00 GLASS DRILL BIT | | | |
| 310 | CN | 3016008 | 8207502055 | DRL BIT 1/8 X 2-3/4 COBALT ROUND SHANK METAL DRILLING | 24 | 0.53 | 12.72 |
| 320 | CN | 3016010 | 8207502055 | DRL BIT 5/32 X 3-1/8 COBALT ROUND SHANK METAL DRILLING | 24 | 0.64 | 15.36 |
| 330 | CN | 3016132 | 8207502055 | 1/2 COBALT 135 DEGREE-JOBBER LEN-CRD ROUND SHANK METAL DRILLING | 25 | 6.28 | 157.00 |
| 340 | BR | IW880 | 8207502030 | MASONRY DRILL BIT 75 X 3.50MM MASONRY DRILL BIT 75 X 3.50MM | 20 | 0.61 | 12.20 |
| 350 | BR | IW884 | 8207502030 | MASONRY DRILL BIT 100 X 6 MM BROCA CONCRETO 100 X 6.00MM | 20 | 0.61 | 12.20 |
| 370 | BR | IW887 | 8207502030 | MASONRY DRILL BIT 120 X 8.00MM 5/16IN BROCA MURO 5/16 FUNDA | 10 | 0.77 | 7.70 |
| 380 | BR | IW882 | 8207502030 | MASONRY DRILL BIT 90 X 5.00MM 3/16IN Broca para percusion 3/16 | 20 | 0.59 | 11.80 |
| 390 | BR | IW893 | 8207502030 | MASONRY DRILL BIT 150 X 13.00M MASONRY DRILL BIT 150 X 13.00M | 10 | 1.59 | 15.90 |
| 400 | CN | 3016016 | 8207502055 | DRL BIT 1/4 X 4 COBALT Broca de cobalto 1/4 | 24 | 1.45 | 34.80 |
| 410 | CN | 3016020 | 8207502055 | DRL BIT 5/16 X 4-1/2 COBALT ROUND SHANK METAL DRILLING | 25 | 2.24 | 56.00 |
| 420 | CN | 3016024 | 8207502055 | DRL BIT 3/8 X 5 COBALT Broca de cobalto 3/8 | 25 | 3.31 | 82.75 |
| 440 | CN | 14030 | 8202390070 | SAW BLD 7-1/4 24T TK | 10 | 7.79 | 77.90 |

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PONCE 1945
PLAZA DEL CARIBE MALL
00731 PONCE
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674171 | 10/05/2018 | 1262155 | 9820015054 | 10/11/2018 | 1804046952 | 3 of 4 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| | | | | SAW BLD 7-1/4 24T TK | | | |
| 441 | CN | 15230LA | 8202310000 | SAW BLD 7-1/4 40T CD LATIN AMERICA<br>SAW BLD 7-1/4 40T CD LATIN AMERICA | 10 | 6.50 | 65.00 |
| 442 | CN | 3520291C | 8207906000 | POWER BIT 3P 3-1/2<br>POWER BIT 3P 3-1/2 | 15 | 0.75 | 11.25 |
| 443 | CN | IW14056 | 8202990000 | JIGSAW-WOOD-T-10MM-10TPI HCS<br>JIGSAW-WOOD-T-10MM-10TPI HCS | 10 | 1.06 | 10.60 |
| 444 | CN | 3520031C | 8207906000 | POWER BIT 1P 1-15/16<br>POWER BIT 1P 1-15/16 | 10 | 0.56 | 5.60 |
| 445 | CN | 3547121C | 8204200000 | NUTSETTER GOLD SET 1/4X1-7/8 MAGNTC<br>NUTSETTER GOLD SET 1/4X1-7/8 MAGNTC | 10 | 1.56 | 15.60 |
| 446 | US | 3547721C | 8204200000 | NUTSETTER GOLD SET 7/16X1-7/8 MAGNTC<br>NUTSETTER GOLD SET 7/16X1-7/8 MAGNTC | 25 | 1.86 | 46.50 |
| 447 | US | 3547521C | 8204200000 | NUTSETTER GOLD SET 3/8"X1-7/8"<br>NUTSETTER GOLD SET 3/8"X1-7/8" | 25 | 1.74 | 43.50 |
| 448 | US | 10220CB | 8207502080 | STEP DRL COBALT 20 9/16-1 8 SZ<br>STEP DRL COBALT 20 9/16-1 8 SZ | 10 | 28.39 | 283.90 |
| 449 | CN | IW14144 | 8207502030 | SDS PLUS HAMMER DRILL BIT 6 X 5/32<br>SDS PLUS | 10 | 0.90 | 9.00 |
| 450 | DE | 331000 | 8207903085 | MOIL POINT 10<br>MOIL POINT 10 | 10 | 9.98 | 99.80 |
| 451 | DE | 331001 | 8207907585 | FLAT CHISEL 3/4 X 10<br>FLAT CHISEL 3/4 X 10 | 10 | 10.55 | 105.50 |

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PONCE 1945
PLAZA DEL CARIBE MALL
00731 PONCE
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674171 | 10/05/2018 | 1262155 | 9820015054 | 10/11/2018 | 1804046952 | 4 of 4 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 452 | US | 10233 | 8207502080 | STEP DRL 3 1/4-3/4 9 SZ<br>STEP DRL 3 1/4-3/4 9 SZ | 10 | 15.70 | 157.00 |
| 453 | CN | 314015 | 8207502055 | DRL BIT 15PC BLACK OXIDE SET<br>DRL BIT 15PC BLACK OXIDE SET | 18 | 14.90 | 268.20 |

|  |  |  |  |
|---|---|---|---|
| INVOICE  TOTAL QTY | PC | 554 | |
| SUB - TOTAL | | USD | 2,172.52 |
| TOTAL INVOICE | | USD | 2,172.52 |

# OF PACKAGES          : 2
GROSS WEIGHT        : 79.832 KG,  176  LB
ECCN        : EAR99
LICENSE NO : NLR-C33
CARRIER          : SCOTT LOGISTICS CORP

---

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-user( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

| BILL TO | SOLD TO | SHIP TO |
|---|---|---|
| SEARS | SEARS | SEARS PLAZA LAS AMERICAS1905 |
| DALLAS ACCTS. PAYABLE | DALLAS ACCTS. PAYABLE | PLAZA LAS AMERICAS MALL |
| 00752-6602 DALLAS | 00752-6602 DALLAS | 00936-7302 SAN JUAN |
| PUERTO RICO | PUERTO RICO | PUERTO RICO |

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674166 | 10/05/2018 | 1262155 | 9820015053 | 10/11/2018 | 1804046968 | 1 of 3 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 50 | CN | 15230LA | 8202310000 | SAW BLD 7-1/4 40T CD LATIN AMERICA SAW BLD 7-1/4 40T CD LATIN AMERICA | 10 | 6.50 | 65.00 |
| 120 | CN | IW14056 | 8202990000 | JIGSAW-WOOD-T-10MM-10TPI HCS JIGSAW-WOOD-T-10MM-10TPI HCS | 10 | 1.06 | 10.60 |
| 150 | CN | 3520031C | 8207906000 | POWER BIT 1P 1-15/16 POWER BIT 1P 1-15/16 | 10 | 0.56 | 5.60 |
| 160 | CN | 3547121C | 8204200000 | NUTSETTER GOLD SET 1/4X1-7/8 MAGNTC NUTSETTER GOLD SET 1/4X1-7/8 MAGNTC | 10 | 1.56 | 15.60 |
| 170 | US | 3547721C | 8204200000 | NUTSETTER GOLD SET 7/16X1-7/8 MAGNTC NUTSETTER GOLD SET 7/16X1-7/8 MAGNTC | 25 | 1.86 | 46.50 |
| 180 | US | 3547521C | 8204200000 | NUTSETTER GOLD SET 3/8"X1-7/8" NUTSETTER GOLD SET 3/8"X1-7/8" | 25 | 1.74 | 43.50 |
| 190 | US | 10220CB | 8207502080 | STEP DRL COBALT 20 9/16-1 8 SZ STEP DRL COBALT 20 9/16-1 8 SZ | 10 | 28.39 | 283.90 |
| 230 | CN | IW14144 | 8207502030 | SDS PLUS HAMMER DRILL BIT 6 X 5/32 SDS PLUS | 10 | 0.90 | 9.00 |
| 260 | DE | 331001 | 8207907585 | FLAT CHISEL 3/4 X 10 FLAT CHISEL 3/4 X 10 | 10 | 10.55 | 105.50 |
| 261 | CN | 15187 | 8202310000 | SAW BLD 10 80T CD LATIN AMERICA CONS/STEEL SAW BLADES | 10 | 16.00 | 160.00 |
| 262 | CN | 363017LA | 8202310000 | SAW BLD 184 X 48T X 30 MULTICORTE SAW BLD 184 X 48T X 30 MULTICORTE | 10 | 15.00 | 150.00 |
| 263 | CN | IW8943 | 6804210080 | DIAMOND BLADE 115MM 4.1/2IN - CON | 10 | 3.11 | 31.10 |



REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674166 | 10/05/2018 | 1262155 | 9820015053 | 10/11/2018 | 1804046968 | 3 of 3 |

CARRIER                    : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated data will not be processed.*

*These items are controlled by the U.S. government end authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law end regulations.*

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  10/11/2018 | *Invoice No:  9820015052 | PO No:  674534 |
| *Vendor No:  000390302 | Terms Type:  _____ | Buyer Name:  _____ |
| Division No:  _____ | Terms Date:  Invoice Date | *Buyer Store #:  1905 |
| AFE No:  _____ | Term Net Days:  90 | Remit To Name:  Black  Decker (PR) LLC |
| *Dept No:  609 | Disc Percent:  _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due:  _____ | Contact Name:  _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #:  _____

| | | | |
|---|---|---|---|
| Allow Type:  _____ | Allow Amt:  _____ | | |
| Charge Type 1:  _____ | Charge Amt 1:  _____ | *No of Ln Items:  2 | |
| Charge Type 2:  _____ | Charge Amt 2:  _____ | *Tot Inv Amt:  65.28 | |

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6 | Each | 5.92 | Buyer Item No | 50959 | UPC Code | 7477528 76223 | | | | | | 3 |
| 2 | 6 | Each | 4.96 | Buyer Item No | 50964 | UPC Code | 7477528 70474 | | | | | | 2 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674534 | 10/05/2018 | 1262155 | 9820015052 | 10/11/2018 | 1804046965 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | 87-622 50958 | 8204120000 | PIPE WRENCHES 250MM PIPE WRENCHES 250MM | 6 | 5.92 | 35.52 |
| 20 | CN | 87-047LA 50962 | 8204120000 | 95IB87047 PHOSPHATE ADJ WRENCH 10 IN LLAVE AJUSTABLE NEGRA 10I | 6 | 4.96 | 29.76 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 12 | |
| SUB - TOTAL | | USD | 65.28 |
| TOTAL INVOICE | | USD | 65.28 |

# OF PACKAGES        : 1
GROSS WEIGHT        : 8.165 KG,  18 LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER          : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro da un plazo de sesenta (60) dias a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/11/2018

*Vendor No: 000390302

Division No: _____

AFE No: _____

*Dept No: 609

*Product Code: Fair Labor Standards Act

*Invoice No: 9820015048

Terms Type: _____

Terms Date: Invoice Date

Term Net Days: 90

Disc Percent: _____

Disc Days Due: _____

PO No: 673643

Buyer Name: _____

*Buyer Store #: 1935

Remit To Name: Black   Decker (PR) LLC

*Remit To DUNS: 001317189

Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____

Charge Type 1: _____

Charge Type 2: _____

Allow Amt: _____

Charge Amt 1: _____

Charge Amt 2: _____

*No of Ln Items: 2

*Tot Inv Amt: 41.82

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|------|------|------|------|------|------|------|------|------|------|---|
| 1 | 6 | Each | 6.97 | Buyer Item No | 5096 | UPC Code | 7477528 76230 | | | | | | 4 |
| 2 | 0 | Each | 4.04 | Buyer Item No | 80140 | UPC Code | 0288740 54042 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS MAYAGUEZ 1935
MAYAGUEZ MALL
00680 MAYAGUEZ
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673643 | 10/06/2018 | 1262155 | 9820015048 | 10/11/2018 | 1804047205 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 20 | CN | 87-623 5096 | 8204120000 | PIPE WRENCHES 300MM PIPE WRENCHES 300MM | 6 | 6.97 | 41.82 |

INVOICE  TOTAL QTY          PC    6

SUB - TOTAL                                    USD          41.82

TOTAL INVOICE                                  USD          41.82

# OF PACKAGES          : 1
GROSS WEIGHT           : 7.257 KG,  16  LB
ECCN     : EAR99
LICENSE NO : NLR-C33
CARRIER                : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS MAYAGUEZ 1935
MAYAGUEZ MALL
00680 MAYAGUEZ
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674170 | 10/06/2018 | 1262155 | 9820015047 | 10/11/2018 | 1804047202 | 1 of 3 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | 15230LA | 8202310000 | SAW BLD 7-1/4 40T CD LATIN AMERICA<br>SAW BLD 7-1/4 40T CD LATIN AMERICA | 10 | 6.50 | 65.00 |
| 80 | CN | IW14056 | 8202990000 | JIGSAW-WOOD-T-10MM-10TPI HCS<br>JIGSAW-WOOD-T-10MM-10TPI HCS | 10 | 1.06 | 10.60 |
| 110 | CN | 3520031C | 8207906000 | POWER BIT 1P 1-15/16<br>POWER BIT 1P 1-15/16 | 10 | 0.56 | 5.60 |
| 120 | CN | 3547121C | 8204200000 | NUTSETTER GOLD SET 1/4X1-7/8 MAGNTC<br>NUTSETTER GOLD SET 1/4X1-7/8 MAGNTC | 10 | 1.56 | 15.60 |
| 140 | US | 3547521C | 8204200000 | NUTSETTER GOLD SET 3/8"X1-7/8"<br>NUTSETTER GOLD SET 3/8"X1-7/8" | 25 | 1.74 | 43.50 |
| 150 | US | 10220CB | 8207502080 | STEP DRL COBALT 20 9/16-1 8 SZ<br>STEP DRL COBALT 20 9/16-1 8 SZ | 10 | 28.39 | 283.90 |
| 190 | CN | IW14144 | 8207502030 | SDS PLUS HAMMER DRILL BIT 6 X 5/32<br>SDS PLUS | 10 | 0.90 | 9.00 |
| 430 | US | 10233 | 8207502080 | STEP DRL 3 1/4-3/4 9 SZ<br>STEP DRL 3 1/4-3/4 9 SZ | 10 | 15.70 | 157.00 |
| 431 | CN | 15187 | 8202310000 | SAW BLD 10 80T CD LATIN AMERICA<br>CONS/STEEL SAW BLADES | 10 | 16.00 | 160.00 |
| 432 | CN | 363017LA | 8202310000 | SAW BLD 184 X 48T X 30 MULTICORTE<br>SAW BLD 184 X 48T X 30 MULTICORTE | 10 | 15.00 | 150.00 |
| 433 | CN | IW8943 | 6804210080 | DIAMOND BLADE 115MM 4.1/2IN - CON<br>DISCO DIAM 4-1/2IN - CONTINUO | 10 | 3.11 | 31.10 |
| 434 | CN | 3520071C | 8207906000 | POWER BIT 2P 1-15/16INCH<br>SCREWDRIVER BITS | 25 | 0.56 | 14.00 |
| 435 | CN | IW14153 | 8207502030 | SDS PLUS HAMMER DRILL BIT 6 X 1/4 | 10 | 1.70 | 17.00 |



REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS MAYAGUEZ 1935
MAYAGUEZ MALL
00680 MAYAGUEZ
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674170 | 10/06/2018 | 1262155 | 9820015047 | 10/11/2018 | 1804047202 | 2 of 3 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| | | | | SDS PLUS | | | |
| 436 | CN | IW14170 | 8207502030 | SDS PLUS HAMMER DRILL BIT 10 X 1/2 | 10 | 1.50 | 15.00 |
| | | | | SDS PLUS | | | |
| 437 | CN | IW14177 | 8207502030 | SDS PLUS HAMMER DRILL BIT 12X5/8 | 12 | 3.89 | 46.68 |
| | | | | SDS PLUS | | | |
| 438 | CN | 3016012 | 8207502055 | DRL BIT 3/16 X 3-1/2 COBALT | 24 | 0.78 | 18.72 |
| | | | | ROUND SHANK METAL DRILLING | | | |
| 439 | BR | IW2151 | 8207508000 | 8.00 MM GLASS DRILL BIT | 10 | 3.64 | 36.40 |
| | | | | 8.00 MM GLASS DRILL BIT | | | |
| 440 | CN | 3016008 | 8207502055 | DRL BIT 1/8 X 2-3/4 COBALT | 24 | 0.53 | 12.72 |
| | | | | ROUND SHANK METAL DRILLING | | | |
| 441 | CN | 3016010 | 8207502055 | DRL BIT 5/32 X 3-1/8 COBALT | 24 | 0.64 | 15.36 |
| | | | | ROUND SHANK METAL DRILLING | | | |
| 442 | CN | 3016132 | 8207502055 | 1/2 COBALT 135 DEGREE-JOBBER LEN-CRD | 25 | 6.28 | 157.00 |
| | | | | ROUND SHANK METAL DRILLING | | | |
| 443 | BR | IW880 | 8207502030 | MASONRY DRILL BIT 75 X 3.50MM | 20 | 0.61 | 12.20 |
| | | | | MASONRY DRILL BIT 75 X 3.50MM | | | |
| 444 | BR | IW884 | 8207502030 | MASONRY DRILL BIT 100 X 6 MM | 20 | 0.61 | 12.20 |
| | | | | BROCA CONCRETO 100 X 6.00MM | | | |
| 445 | BR | IW887 | 8207502030 | MASONRY DRILL BIT 120 X 8.00MM 5/16IN | 10 | 0.77 | 7.70 |
| | | | | BROCA MURO 5/16 FUNDA | | | |
| 446 | BR | IW882 | 8207502030 | MASONRY DRILL BIT 90 X 5.00MM 3/16IN | 20 | 0.59 | 11.80 |
| | | | | BROCA MURO 3/16 FUNDA | | | |
| 447 | BR | IW893 | 8207502030 | MASONRY DRILL BIT 150 X 13.00M | 10 | 1.59 | 15.90 |

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS MAYAGUEZ 1935
MAYAGUEZ MALL
00680 MAYAGUEZ
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674170 | 10/06/2018 | 1262155 | 9820015047 | 10/11/2018 | 1804047202 | 3 of 3 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| | | | | MASONRY DRILL BIT 150 X 13.00M | | | |
| 448 | CN | 3016016 | 8207502055 | DRL BIT 1/4 X 4 COBALT ROUND SHANK METAL DRILLING | 24 | 1.45 | 34.80 |
| 449 | CN | 3016020 | 8207502055 | DRL BIT 5/16 X 4-1/2 COBALT ROUND SHANK METAL DRILLING | 25 | 2.24 | 56.00 |
| 450 | CN | 3016024 | 8207502055 | DRL BIT 3/8 X 5 COBALT ROUND SHANK METAL DRILLING | 25 | 3.31 | 82.75 |
| 451 | CN | 14030 | 8202390070 | SAW BLD 7-1/4 24T TK SAW BLD 7-1/4 24T TK | 10 | 7.79 | 77.90 |

INVOICE TOTAL QTY                PC      453

SUB - TOTAL                                          USD        1,575.43

TOTAL INVOICE                                        USD        1,575.43

# OF PACKAGES          : 2
GROSS WEIGHT           : 55.338 KG,  122  LB
ECCN          : EAR99
LICENSE NO : NLR-C33
CARRIER              : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

**anleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS HATILLO 2355
PLAZA DEL NORTE, 506 CALLE
TRUNCADO
00658-2709 HATILLO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674173 | 10/05/2018 | 1262155 | 9820015045 | 10/11/2018 | 1804047022 | 1 of 3 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | 15230LA | 8202310000 | SAW BLD 7-1/4 40T CD LATIN AMERICA SAW BLD 7-1/4 40T CD LATIN AMERICA | 10 | 6.50 | 65.00 |
| 80 | CN | IW14056 | 8202990000 | JIGSAW-WOOD-T-10MM-10TPI HCS JIGSAW-WOOD-T-10MM-10TPI HCS | 10 | 1.06 | 10.60 |
| 110 | CN | 3520031C | 8207906000 | POWER BIT 1P 1-15/16 POWER BIT 1P 1-15/16 | 10 | 0.56 | 5.60 |
| 120 | CN | 3547121C | 8204200000 | NUTSETTER GOLD SET 1/4X1-7/8 MAGNTC NUTSETTER GOLD SET 1/4X1-7/8 MAGNTC | 10 | 1.56 | 15.60 |
| 140 | US | 3547521C | 8204200000 | NUTSETTER GOLD SET 3/8"X1-7/8" NUTSETTER GOLD SET 3/8"X1-7/8" | 25 | 1.74 | 43.50 |
| 150 | US | 10220CB | 8207502080 | STEP DRL COBALT 20 9/16-1 8 SZ STEP DRL COBALT 20 9/16-1 8 SZ | 10 | 28.39 | 283.90 |
| 190 | CN | IW14144 | 8207502030 | SDS PLUS HAMMER DRILL BIT 6 X 5/32 SDS PLUS | 10 | 0.90 | 9.00 |
| 220 | DE | 331001 | 8207907585 | FLAT CHISEL 3/4 X 10 FLAT CHISEL 3/4 X 10 | 5 | 10.55 | 52.75 |
| 430 | US | 10233 | 8207502080 | STEP DRL 3 1/4-3/4 9 SZ STEP DRL 3 1/4-3/4 9 SZ | 10 | 15.70 | 157.00 |
| 431 | CN | 15187 | 8202310000 | SAW BLD 10 80T CD LATIN AMERICA CONS/STEEL SAW BLADES | 10 | 16.00 | 160.00 |
| 432 | CN | 363017LA | 8202310000 | SAW BLD 184 X 48T X 30 MULTICORTE SAW BLD 184 X 48T X 30 MULTICORTE | 10 | 15.00 | 150.00 |
| 433 | CN | IW8943 | 6804210080 | DIAMOND BLADE 115MM 4.1/2IN - CON DISCO DIAM 4-1/2IN - CONTINUO | 10 | 3.11 | 31.10 |
| 434 | CN | 3520071C | 8207906000 | POWER BIT 2P 1-15/16INCH | 25 | 0.56 | 14.00 |



REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS HATILLO 2355
PLAZA DEL NORTE, 506 CALLE
TRUNCADO
00658-2709 HATILLO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674173 | 10/05/2018 | 1262155 | 9820015045 | 10/11/2018 | 1804047022 | 2 of 3 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| | | | | SCREWDRIVER BITS | | | |
| 435 | CN | IW14153 | 8207502030 | SDS PLUS HAMMER DRILL BIT 6 X 1/4 SDS PLUS | 10 | 1.70 | 17.00 |
| 436 | CN | IW14170 | 8207502030 | SDS PLUS HAMMER DRILL BIT 10 X 1/2 SDS PLUS | 10 | 1.50 | 15.00 |
| 437 | CN | IW14177 | 8207502030 | SDS PLUS HAMMER DRILL BIT 12X5/8 SDS PLUS | 12 | 3.89 | 46.68 |
| 438 | CN | 3016012 | 8207502055 | DRL BIT 3/16 X 3-1/2 COBALT ROUND SHANK METAL DRILLING | 24 | 0.78 | 18.72 |
| 439 | BR | IW2151 | 8207508000 | 8.00 MM GLASS DRILL BIT 8.00 MM GLASS DRILL BIT | 10 | 3.64 | 36.40 |
| 440 | CN | 3016008 | 8207502055 | DRL BIT 1/8 X 2-3/4 COBALT ROUND SHANK METAL DRILLING | 24 | 0.53 | 12.72 |
| 441 | CN | 3016010 | 8207502055 | DRL BIT 5/32 X 3-1/8 COBALT ROUND SHANK METAL DRILLING | 24 | 0.64 | 15.36 |
| 442 | CN | 3016132 | 8207502055 | 1/2 COBALT 135 DEGREE-JOBBER LEN-CRD ROUND SHANK METAL DRILLING | 25 | 6.28 | 157.00 |
| 443 | BR | IW880 | 8207502030 | MASONRY DRILL BIT 75 X 3.50MM MASONRY DRILL BIT 75 X 3.50MM | 20 | 0.61 | 12.20 |
| 444 | BR | IW884 | 8207502030 | MASONRY DRILL BIT 100 X 6 MM BROCA CONCRETO 100 X 6.00MM | 20 | 0.61 | 12.20 |
| 445 | BR | IW887 | 8207502030 | MASONRY DRILL BIT 120 X 8.00MM 5/16IN BROCA MURO 5/16 FUNDA | 10 | 0.77 | 7.70 |
| 446 | BR | IW882 | 8207502030 | MASONRY DRILL BIT 90 X 5.00MM 3/16IN | 20 | 0.59 | 11.80 |

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS HATILLO 2355
PLAZA DEL NORTE, 506 CALLE
TRUNCADO
00658-2709 HATILLO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674173 | 10/05/2018 | 1262155 | 9820015045 | 10/11/2018 | 1804047022 | 3 of 3 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| | | | | BROCA MURO 3/16 FUNDA | | | |
| 447 | BR | IW893 | 8207502030 | MASONRY DRILL BIT 150 X 13.00M MASONRY DRILL BIT 150 X 13.00M | 10 | 1.59 | 15.90 |
| 448 | CN | 3016016 | 8207502055 | DRL BIT 1/4 X 4 COBALT ROUND SHANK METAL DRILLING | 24 | 1.45 | 34.80 |
| 449 | CN | 3016020 | 8207502055 | DRL BIT 5/16 X 4-1/2 COBALT ROUND SHANK METAL DRILLING | 25 | 2.24 | 56.00 |
| 450 | CN | 3016024 | 8207502055 | DRL BIT 3/8 X 5 COBALT ROUND SHANK METAL DRILLING | 25 | 3.31 | 82.75 |
| 451 | CN | 14030 | 8202390070 | SAW BLD 7-1/4 24T TK SAW BLD 7-1/4 24T TK | 10 | 7.79 | 77.90 |

INVOICE TOTAL QTY                          PC      458

SUB - TOTAL                                          USD      1,628.18

TOTAL INVOICE                                        USD      1,628.18

# OF PACKAGES          : 2
GROSS WEIGHT          : 57.153 KG,  126  LB
ECCN          : EAR99
LICENSE NO : NLR-C33
CARRIER          : SCOTT LOGISTICS CORP

---

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise required by U.S. law and regulations.*

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  10/11/2018

*Vendor No:  000390302

Division No:  _____

AFE No:  _____

*Dept No:  671

*Product Code:  Fair Labor Standards Act

*Invoice No:  9820015107

Terms Type:  _____

Terms Date:  Invoice Date

Term Net Days:  60

Disc Percent:  _____

Disc Days Due:  _____

PO No:  184821

Buyer Name:  _____

*Buyer Store #:  8975

Remit To Name:  Black   Decker (PR) LLC

*Remit To DUNS:  001317189

Contact Name:  _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an-

Contact Phone #:  _____

Allow Type:  _____

Charge Type 1:  _____

Charge Type 2:  _____

Allow Amt:  _____

Charge Amt 1:  _____

Charge Amt 2:  _____

*No of Ln Items:  1

*Tot Inv Amt:  160.00

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|------|------|------|------|------|------|------|------|------|------|---|
| 1 | 4 | Each | 40 | Buyer Item No | 36982 | UPC Code | 8859113 42568 | | | | | | 1 0 |

Dlcentral Corp.

**OCEAN FREIGHT LINK**
**BILL OF LADING**

**B/L #** 032499

Date: 10/12/2018 Consol. # 003229

| From / Shipper: | To / Consignee: Tax Exempt #: 00039607-0249 |
|---|---|
| BLACK & DECKER US INC c/o 9850 PREMIER PKWY MIRAMAR. FL 33025 | SEARS CUPEY BAJO c/o #8975 CARR# 176. KM 0.5 CUPEY BAJO, PR 00926 |

Shipper EIN#: 521127357

Consignee EIN#: 66-0233626

COD Information: Mail To:

Notify Information:

SEARS CUPEY BAJO

COD Amount: $0.00

Related Freight Bill =

Reference Numbers:
PO# 184821 - INV 9820015107

- ACE ITN Number -
X20181012156148

- SURI Number -

SHIPPER DEC - REMAINDER OF SHIPMENT VALUED $2,500.00 OR LESS PER INDIVIDUAL SCHEDULE B NUMBER

| Booking # | Container # | Vessel | Voyage # | Seal # | Ctnr. Size | Our Ship # |
|---|---|---|---|---|---|---|
| SSL000602398 | STRU881815-0 | ISLA BELLA | 5150 | 001071 | 53' | 32499 |

| Port of Loading | Port of UnLoading |
|---|---|
| * JACKSONVILLE, FL | SAN JUAN, PR |

| HM | Marks | No. Shiping Units | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|---|---|---|---|---|---|
| | | 1 PCS | TOOLS, NOI | 47 | 4 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSSHIPPED AS HEREIN PROVIDED THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN DURING THE PERIOD OF RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF LOADING, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND OF THE FMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS GENERALLY IN USE. DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE LOADED ON BOARD, CARRIED OR DISCHARGED FROM ANY VESSEL, AND DURING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND DURING THE TIME THE GOODS ARE ONCARRIED OR TRANSPORTED OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THIS CARRIAGE SHALL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL BE ISSUED OF THE TYPE AND FOR THE VALUE SPECIFIED ON THE FACE OF THIS BILL OF LADING, OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID, SUBJECT TO CONDITIONS SET FORTH IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS. SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FOR HEREIN.

| Receivers Name | Receivers Signature | Date |
|---|---|---|
| | | |

Page: 1       Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  10/11/2018          *Invoice No:  9820015126          PO No:  674713

*Vendor No:  000390302             Terms Type: _____          Buyer Name: _____

Division No: _____            Terms Date:  Invoice Date       *Buyer Store #:  1925

AFE No: _____                 Term Net Days:  90              Remit To Name:  Black   Decker (PR) LLC

*Dept No:  609                     Disc Percent: _____        *Remit To DUNS:  001317189

*Product Code:  Fair Labor Standards Act       Disc Days Due: _____       Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____             Allow Amt: _____

Charge Type 1: _____          Charge Amt 1: _____        *No of Ln Items:  2

Charge Type 2: _____          Charge Amt 2: _____        *Tot Inv Amt:  627.75

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|-------|-----------|-------|------------|------------|------|------|------|------|------|---|
| 1 | 1 | Each | 378.5 | Buyer Item No | 12590 | UPC Code | 8859112 09939 | | | | | | 3 0 2 |
| 2 | 1 | Each | 249.2 5 | Buyer Item No | 39935 | UPC Code | 8859113 20566 | | | | | | 0 2 0 |

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAROLINA 1925
PLAZA CAROLINA SHOPPING CENTER
00987 CAROLINA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674713 | 10/09/2018 | 1262155 | 9820015126 | 10/11/2018 | 1804052207 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CZ | D25553K 12590 | 8467290080 | 1-9/16" Spline Rotary Hammer Kit 1-9/16" Spline Rotary Hammer Kit | 1 | 378.50 | 378.50 |
| 20 | US | DCD985M2 39935 | 8467210070 | 18VLI-IonPremium3-SpeedHammerdrill(4.0ah 18VLI-IonPremium3-SpeedHammerdrill(4.0ah | 1 | 249.25 | 249.25 |

INVOICE  TOTAL QTY                                     PC       2

SUB - TOTAL                                                        USD          627.75

TOTAL INVOICE                                                     USD          627.75

# OF PACKAGES          : 1
GROSS WEIGHT          : 15.876 KG,  35  LB
ECCN     : EAR99
LICENSE NO : NLR-C33
CARRIER                      : SCOTT LOGISTICS CORP

_____
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/11/2018                *Invoice No: 9820015125          PO No: 674711

*Vendor No: 000390302                    Terms Type: _____         Buyer Name: _____

Division No: _____                 Terms Date:  Invoice Date      *Buyer Store #: 1905

AFE No: _____                      Term Net Days: 90              Remit To Name:  Black   Decker (PR) LLC

*Dept No: 609                            Disc Percent: _____      *Remit To DUNS: 001317189

*Product Code:  Fair Labor Standards Act       Disc Days Due: _____          Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____                  Allow Amt: _____

Charge Type 1: _____               Charge Amt 1: _____      *No of Ln Items:  1

Charge Type 2: _____               Charge Amt 2: _____      *Tot Inv Amt:  160.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Each | 160 | Buyer Item No | 11845 | UPC Code | 8859113 87156 | | | | | | 1 0 |

DIcentral Corp.



REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS 1905
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674711 | 10/09/2018 | 1262155 | 9820015125 | 10/11/2018 | 1804052206 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | D25260K-B3 11845 | 8467290080 | 600W SDS PLUS HAMMER - 3 MODES D-HANDLE Rotomartillo SDS 3 Modos VVR | 1 | 160.00 | 160.00 |

INVOICE  TOTAL QTY                                       PC        1

SUB - TOTAL                                                          USD        160.00

TOTAL INVOICE                                                       USD        160.00

# OF PACKAGES          : 1
GROSS WEIGHT           : 4.990 KG, 11 LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER                     : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 10/11/2018 | *Invoice No: 9820015124 | PO No: 185598 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 8975 |
| AFE No: _____ | Term Net Days: 60 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

| | | |
|---|---|---|
| Allow Type: _____ | Allow Amt: _____ | |
| Charge Type 1: _____ | Charge Amt 1: _____ | *No of Ln Items: 3 |
| Charge Type 2: _____ | Charge Amt 2: _____ | *Tot Inv Amt: 6712.02 |

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | Each | 93.13 | Buyer Item No | 11149 | European Article No | 5035048 | | | | | | 3 0 1 |
| 2 | 102 | Each | 15.25 | Buyer Item No | 14305 | UPC Code | 8859115 16037 | | | | | | 0 4 |
| 3 | 200 | Each | 23.92 | Buyer Item No | 38846 | UPC Code | 8859113 15128 | | | | | | 0 |

DIcentral Corp.

# OCEAN FREIGHT LINK
## BILL OF LADING

**B/L #** **032504**

Date: 10/12/2018    Consol. #: 003229    Tax Exempt #: 00039607-0249

| From / Shipper: | To / Consignee: |
|---|---|
| BLACK & DECKER US INC<br>c/o<br>9850 PREMIER PKWY<br><br>MIRAMAR, FL 33025 | SEARS CUPEY BAJO<br>c/o #8975<br>CARR# 176. KM 0.5<br><br>CUPEY BAJO, PR 00926 |
| Shipper EIN#: 521127357 | Consignee EIN#: 66-0233626 |

| COD Information:   Mail To: | Notify Information:<br><br>SEARS CUPEY BAJO |
|---|---|
| COD Amount:   $0.00 | Related Freight Bill = |

**Reference Numbers:**

PO# 185598 - INV 9820015124

| - ACE ITN Number - | - SURI Number - |
|---|---|
| X20181012156148 | |

SHIPPER DEC - REMAINDER OF SHIPMENT VALUED $2,500.00 OR LESS PER INDIVIDUAL SCHEDULE B NUMBER

| Booking # | Container # | Vessel | Voyage # | Seal # | Ctnr. Size | Our Ship # |
|---|---|---|---|---|---|---|
| SSL000602398 | STRU881815-0 | ISLA BELLA | 5150 | 001071 | 53' | 32504 |

| Port of Loading | Port of UnLoading |
|---|---|
| * JACKSONVILLE, FL | SAN JUAN, PR |

| HM | Marks | No. Shiping Units | | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|---|---|---|---|---|---|---|
| | | 4 | PCS | TOOLS, NOI | 2,458 | 182 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSSHIPPED AS HEREIN PROVIDED. THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSSHIPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN. DURING THE PERIOD OF RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF LOADING, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND OF THE FMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS GENERALLY IN USE. DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE LOADED ON BOARD, CARRIED OR DISCHARGED FROM ANY VESSEL, AND DURING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND DURING THE TIME THE GOODS ARE ON CARRIED OR TRANSPORTED OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THIS CARRIAGE SHALL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING. WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE AND FOR THE VALUE SPECIFIED ON THE FACE OF THIS BILL OF LADING. OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID, SUBJECT TO CONDITIONS SET FORTH IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS. SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FORTH HEREIN.

| Receivers Name | Receivers Signature | Date |
|---|---|---|
| | | |

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 10/11/2018 | *Invoice No: 9820015123 | PO No: 185599 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 8975 |
| AFE No: _____ | Term Net Days: 60 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 671 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

| | | |
|---|---|---|
| Allow Type: _____ | Allow Amt: _____ | |
| Charge Type 1: _____ | Charge Amt 1: _____ | *No of Ln Items: 1 |
| Charge Type 2: _____ | Charge Amt 2: _____ | *Tot Inv Amt: 50000.00 |

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 400 | Each | 125 | Buyer Item No | 29971 | UPC Code | 8859115 04294 | | | | | | 5 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 185599 | 10/09/2018 | 1262155 | 9820015123 | 10/11/2018 | 1804052201 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | SW21-B3 | 8424309000 | 2100W HIGH PRESSURE WASHER HIDROLAVADORA 2100W | 400 | 125.00 | 50,000.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| INVOICE  TOTAL QTY | | PC | 400 | |
| SUB - TOTAL | | | USD | 50,000.00 |
| TOTAL INVOICE | | | USD | 50,000.00 |

# OF PACKAGES       : 24
GROSS WEIGHT       : 7,514.227 KG,  16,565.86  LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER         : AVERITT EXPRESS

---

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/11/2018          *Invoice No: 9820015122          PO No: 185451

*Vendor No: 000390302              Terms Type: _____          Buyer Name: _____

Division No: _____           Terms Date: Invoice Date        *Buyer Store #: 8975

AFE No: _____                Term Net Days: 60               Remit To Name: Black  Decker (PR) LLC

*Dept No: 609                      Disc Percent: _____        *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act       Disc Days Due: _____      Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an-

Contact Phone #: _____

Allow Type: _____            Allow Amt: _____

Charge Type 1: _____         Charge Amt 1: _____        *No of Ln Items: 7

Charge Type 2: _____         Charge Amt 2: _____        *Tot Inv Amt: 43664.26

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|-------|------------------|-------|-------------|----------|--|--|--|--|--|--|
| 1 | 30 | Each | 58.01 | Buyer Item No | 11719 | UPC Code | 8859115 10332 | | | | | | 0 1 |
| 2 | 150 | Each | 93.50 | Buyer Item No | 11819 | UPC Code | 8859114 12247 | | | | | | 0 5 |
| 3 | 104 | Each | 48.99 | Buyer Item No | 14306 | UPC Code | 8859114 48048 | | | | | | 6 1 |
| 4 | 152 | Each | 89.5 | Buyer Item No | 20776 | UPC Code | 8859113 49311 | | | | | | 0 2 |
| 5 | 52 | Each | 50 | Buyer Item No | 37454 | UPC Code | 8859113 89631 | | | | | | 0 6 |
| 6 | 50 | Each | 132 | Buyer Item No | 41609 | European Article No | 5035048 452196 | | | | | | 0 |
| 7 | 0 | Each | 22.2 | Buyer Item No | 53874 | UPC Code | 8859113 45804 | | | | | | 0 |

# OCEAN FREIGHT LINK

## BILL OF LADING

**Date:** 10/12/2018  **Consol. #** 003229  **B/L #** 032502

**From / Shipper:**
BLACK & DECKER US INC
c/o
9850 PREMIER PKWY

MIRAMAR, FL 33025

**To / Consignee:**  **Tax Exempt #:** 00039607-0249
SEARS CUPEY BAJO
c/o #8975
CARR# 176, KM 0.5

CUPEY BAJO, PR 00926

**Shipper EIN#:** 521127357

**Consignee EIN#:** 66-0233626

**COD Information:**  **Mail To:**

**Notify Information:**
SEARS CUPEY BAJO

**COD Amount:** $0.00

**Related Freight Bill =**

**Reference Numbers:**
PO# 185451 - INV 9820015122

- ACE ITN Number -
X20181012156148

- SURI Number -

SHIPPER DEC - REMAINDER OF SHIPMENT VALUED $2,500.00 OR LESS PER INDIVIDUAL SCHEDULE B NUMBER

| Booking # | Container # | Vessel | Voyage # | Seal # | Ctnr. Size | Our Ship # |
|-----------|-------------|--------|----------|--------|------------|------------|
| SSL000602398 | STRU881815-0 | ISLA BELLA | 5150 | 001071 | 53' | 32502 |

**Port of Loading**
JACKSONVILLE, FL

**Port of UnLoading**
SAN JUAN, PR

| HM | Marks | No. Shiping Units | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|----|-------|-------------------|------------------------------------------------------|--------|----------|
| | | 14  PCS | TOOLS, NOI | 8,633 | 631 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSSHIPPED AS HEREIN PROVIDED. THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN. DURING THE PERIOD OF RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF LOADING, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND/OF THE FMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS GENERALLY IN USE. DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE ON CARRIED OR TRANSPORTED OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THIS CARRIAGE SHALL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING. WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL BE ISSUED OF THE TYPE AND FOR THE VALUE SPECIFIED ON THE FACE OF THIS BILL OF LADING. OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID, SUBJECT TO CONDITIONS SET FORTH IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FOR HEREIN.

**Receivers Name**

**Receivers Signature**

**Date**

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 185451 | 10/06/2018 | 1282155 | 9820015122 | 10/11/2018 | 1804047225 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | SSC22-B3 | 8461508020 | STANLEY CHOPSAW TRONZADORA 2200W 355MM | 30 | 58.01 | 1,740.30 |
| 20 | CN | STHR1232K-B3 11819 | 8467290080 | 1250W 32MM SDS + ROTARY HAMMER Rotomartillo SDS 1250W 32mm | 150 | 93.50 | 14,025.00 |
| 30 | CN | KS501-B3 | 8467220070 | 420W SINGLE SPEED JIGSAW Sierra Caladora de 420W | 104 | 48.99 | 5,094.96 |
| 40 | CN | SCH201C2K-B3 | 8467210070 | 20V LI -ION HMR DRILL DRVR-2 BATT-KITBOX Taladro Inal Ion-LI 20v, 2 bat | 152 | 89.50 | 13,604.00 |
| 50 | CN | D28720-B3 41609 | 8461508020 | 355mm 2300W CHOP SAW 355mm 2300W CHOP SAW | 50 | 132.00 | 6,600.00 |
| 70 | CN | STDH8013-B3 | 8467210070 | 800W 13MM HAMMER DRILL Taladro Percutor 1/2in 800W | 52 | 50.00 | 2,600.00 |

INVOICE TOTAL QTY              PC      538

SUB - TOTAL                                   USD      43,664.26

TOTAL INVOICE                                 USD      43,664.26

# OF PACKAGES        : 14
GROSS WEIGHT        : 3,915.866 KG,  8,632.92  LB
ECCN        : EAR99
LICENSE NO : NLR-C33
CARRIER                    : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/11/2018

*Vendor No: 000390302

Division No: _____

AFE No: _____

*Dept No: 609

*Product Code: Fair Labor Standards Act

*Invoice No: 9820015121

Terms Type: _____

Terms Date: Invoice Date

Term Net Days: 60

Disc Percent: _____

Disc Days Due: _____

PO No: 673639

Buyer Name: _____

*Buyer Store #: 1085

Remit To Name: Black  Decker (PR) LLC

*Remit To DUNS: 001317189

Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____

Charge Type 1: _____

Charge Type 2: _____

Allow Amt: _____

Charge Amt 1: _____

Charge Amt 2: _____

*No of Ln Items: 1

*Tot Inv Amt: 14.00

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|-----|------|------|------|------|------|------|------|------|------|---|
| 1 | 50 | Each | .28 | Buyer Item No | 12476 | UPC Code | 8859115 18543 | | | | | | 1 |

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAGUAS 2915
LAS CATALINAS MALL
00725 CAGUAS
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673639 | 10/06/2018 | 1262155 | 9820015121 | 10/11/2018 | 1804047223 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | MX | DAS20080S | 8805301000 | SHEET STEARATED 80G 9X11 SHEET STEARATED 80G 9X11 | 50 | 0.28 | 14.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| INVOICE TOTAL QTY | | PC | 50 | |
| SUB - TOTAL | | | USD | 14.00 |
| TOTAL INVOICE | | | USD | 14.00 |

\# OF PACKAGES        : 1
GROSS WEIGHT        : 1.361 KG,  3 LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER        : SCOTT LOGISTICS CORP

_____
AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) dias a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-user( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  10/11/2018          *Invoice No:  9820015120          PO No:  673615

*Vendor No:  000390302             Terms Type:  _____           Buyer Name:  _____

Division No:  _____           Terms Date:  Invoice Date          *Buyer Store #:  1905

AFE No:  _____                Term Net Days:  90                 Remit To Name:  Black  Decker (PR) LLC

*Dept No:  609                     Disc Percent:  _____          *Remit To DUNS:  001317189

*Product Code:  Fair Labor Standards Act      Disc Days Due:  _____          Contact Name:  _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #:  _____

Allow Type:  _____            Allow Amt:  _____

Charge Type 1:  _____         Charge Amt 1:  _____          *No of Ln Items:  3

Charge Type 2:  _____         Charge Amt 2:  _____          *Tot Inv Amt:  160.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|------|-----------------|--------|----------------|-----------|--|--|--|--|--|--|
| 1 | 1 | Each | 160 | Buyer Item No | 11845 | UPC Code | 8859113 87156 | | | | | | 1 |
| 2 | 0 | Each | 1.4 | Buyer Item No | 12602 | UPC Code | 0288741 69029 | | | | | | 0 |
| 3 | 0 | Each | 24.33 | Buyer Item No | 80112 | UPC Code | 0288775 63053 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673615 | 10/06/2018 | 1282155 | 9820015120 | 10/11/2018 | 1804047221 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | D26260K-B3 11845 | 8467290080 | 800W SDS PLUS HAMMER - 3 MODES D-HANDLE Rotomartillo SDS 3 Modos VVR | 1 | 160.00 | 160.00 |

| | | | |
|---|---|---|---|
| INVOICE  TOTAL QTY | PC | 1 | |
| SUB - TOTAL | | USD | 160.00 |
| TOTAL INVOICE | | USD | 160.00 |

# OF PACKAGES        : 1
GROSS WEIGHT       : 4.990 KG,  11  LB
ECCN       : EAR99
LICENSE NO : NLR-C33
CARRIER        : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1       Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/11/2018            *Invoice No: 9820015119            PO No: 673641

*Vendor No: 000390302               Terms Type: _____            Buyer Name: _____

Division No: _____             Terms Date: Invoice Date          *Buyer Store #: 1905

AFE No: _____                  Term Net Days: 90                 Remit To Name: Black Decker (PR) LLC

*Dept No: 609                       Disc Percent: _____          *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act      Disc Days Due: _____          Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____              Allow Amt: _____

Charge Type 1: _____           Charge Amt 1: _____          *No of Ln Items: 1

Charge Type 2: _____           Charge Amt 2: _____          *Tot Inv Amt: 14.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|------|------|------|------|------|------|------|------|------|------|---|
| 1 | 50 | Each | 0.28 | Buyer Item No | 12476 | UPC Code | 8859115 18543 | | | | | | 1 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673641 | 10/06/2018 | 1252155 | 9820015119 | 10/11/2018 | 1804047220 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | MX | DAS20080S | 6805301000 | SHEET STEARATED 80G 9X11 SHEET STEARATED 80G 9X11 | 50 | 0.28 | 14.00 |

INVOICE TOTAL QTY                                PC    50
SUB - TOTAL                                            USD            14.00
TOTAL INVOICE                                          USD            14.00

\# OF PACKAGES          : 1
GROSS WEIGHT           : 0.907 KG,  2 LB
ECCN       : EAR99
LICENSE NO : NLR-C33
CARRIER                 : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  10/11/2018 | *Invoice No:  9820015118 | PO No:  185452 |
| *Vendor No:  000390302 | Terms Type:  _____ | Buyer Name:  _____ |
| Division No:  _____ | Terms Date:  Invoice Date | *Buyer Store #:  8975 |
| AFE No:  _____ | Term Net Days:  60 | Remit To Name:  Black Decker (PR) LLC |
| *Dept No:  609 | Disc Percent:  _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due:  _____ | Contact Name:  _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an...

Contact Phone #:  _____

| | |
|---|---|
| Allow Type:  _____ | Allow Amt:  _____ |
| Charge Type 1:  _____ | Charge Amt 1:  _____ |
| Charge Type 2:  _____ | Charge Amt 2:  _____ |

*No of Ln Items:  1

*Tot Inv Amt:  5800.00

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A 5 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 100 | Each | 58 | Buyer Item No | 29206 | UPC Code | 8859111 46333 | | | | | | |

# OCEAN FREIGHT LINK
## BILL OF LADING

**B/L # 032501**

**Date:** 10/12/2018  **Consol. #** 003229

| From / Shipper: | To / Consignee: | Tax Exempt #: | 00039607-0249 |
|---|---|---|---|
| BLACK & DECKER US INC c/o 9850 PREMIER PKWY MIRAMAR, FL 33025 | SEARS CUPEY BAJO c/o #8975 CARR# 176, KM 0.5 CUPEY BAJO, PR 00926 | | |

**Shipper EIN#:** 521127357

**Consignee EIN#:** 66-0233626

**COD Information:** Mail To:

**Notify Information:**

SEARS CUPEY BAJO

**COD Amount:** $0.00

**Related Freight Bill =**

**Reference Numbers:**

PO# 185452 - INV 9820015118

**- ACE ITN Number -**   **- SURI Number -**

X20181012156148

SHIPPER DEC - REMAINDER OF SHIPMENT VALUED $2,500.00 OR LESS PER INDIVIDUAL SCHEDULE B NUMBER

| Booking # | Container # | Vessel | Voyage # | Seal # | Ctnr. Size | Our Ship # |
|---|---|---|---|---|---|---|
| SSL000602398 | STRU881815-0 | ISLA BELLA | 5150 | 001071 | 53' | 32501 |

| Port of Loading | Port of UnLoading |
|---|---|
| JACKSONVILLE, FL | SAN JUAN, PR |

| HM | Marks | No. Shiping Units | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|---|---|---|---|---|---|
| | | 1     PCS | TOOLS, NOI | 536 | 31 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSSHIPPED AS HEREIN PROVIDED  THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN  DURING THE PERIOD OR RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF LOADING, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND OF THE FMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS GENERALLY IN USE  DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE LOADED ON BOARD, CARRIED OR TRANSPORTED DISCHARGED FROM ANY VESSEL, AND DURING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND DURING THE TIME THE GOODS ARE ONCARRIED OR TRANSPORTED OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THIS CARRIAGE SHALL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING  WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE AND FOR THE VALUE SPECIFIED ON THE FACE OF THIS BILL OF LADING. OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID, SUBJECT TO CONDITIONS SET FORTH IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS. SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FOR HEREIN.

| Receivers Name | Receivers Signature | Date |
|---|---|---|
| | | |

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 80 DAYS FROM INV DATE | 185452 | 10/06/2018 | 1262155 | 9820015118 | 10/11/2018 | 1804047216 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | BR | DWD024-B3 20206 | 8467210070 | 13MM (1/2) 650W 0-2800 PERCUSSION DRILL <br> 13MM (1/2) 650W 0-2800 PERCUSSION DRILL | 100 | 58.00 | 5,800.00 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 100 |  |
| SUB - TOTAL |  | USO | 5,800.00 |
| TOTAL INVOICE |  | USD | 5,800.00 |

# OF PACKAGES        : 1
GROSS WEIGHT       : 243.126 KG,  536  LB
ECCN       : EAR99
LICENSE NO : NLR-C33
CARRIER              : SCOTT LOGISTICS CORP

_____
AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) dias a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/11/2018          *Invoice No: 9820015117          PO No: 674542

*Vendor No: 000390302             Terms Type: _____          Buyer Name: _____

Division No: _____          Terms Date: Invoice Date          *Buyer Store #: 2355

AFE No: _____               Term Net Days: 90                Remit To Name: Black  Decker (PR) LLC

*Dept No: 609                     Disc Percent: _____          *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act          Disc Days Due: _____          Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____            Allow Amt: _____

Charge Type 1: _____         Charge Amt 1: _____          *No of Ln Items: 2

Charge Type 2: _____         Charge Amt 2: _____          *Tot Inv Amt: 118.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Each | 118 | Buyer Item No | 4163 | UPC Code | 8859113 87125 | | | | | | 1 0 |
| 2 | 0 | Each | 13.52 | Buyer Item No | 80121 | UPC Code | 0288740 57746 | | | | | | 0 |

Dicentral Corp.



REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS HATILLO 2355
PLAZA DEL NORTE, 506 CALLE
TRUNCADO
00658-2709 HATILLO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674542 | 10/06/2018 | 1262155 | 9820015117 | 10/11/2018 | 1804047212 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | D25133K-B3 | 8467290080 | 800W SDS PLUS HAMMER - 3 MODES Rotomartillo comb SDS Plus 3 M | 1 | 118,00 | 118,00 |

INVOICE  TOTAL QTY                                    PC          1
SUB - TOTAL                                                                USD              118.00
TOTAL INVOICE                                                           USD              118.00

# OF PACKAGES          : 1
GROSS WEIGHT           : 4.536 KG,  10 LB
ECCN        : EAR99
LICENSE NO : NLR-C33
CARRIER                      : SCOTT LOGISTICS CORP

_____
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-user( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 10/11/2018 | *Invoice No: 9820015116 | PO No: 674172 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 2085 |
| AFE No: _____ | Term Net Days: 90 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

| | | |
|---|---|---|
| Allow Type: _____ | Charge Amt 1: _____ | *No of Ln Items: 49 |
| Charge Type 1: _____ | Charge Amt 2: _____ | *Tot Inv Amt: 130.25 |
| Charge Type 2: _____ | | |

Allow Amt: _____

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 6.97 | Buyer Item No | 12492 | UPC Code | 0247211 52305 | | | | | | 0 |
| 2 | 0 | Each | 19.28 | Buyer Item No | 12497 | UPC Code | 0247211 51872 | | | | | | 0 |
| 3 | 0 | Each | 23.07 | Buyer Item No | 12501 | UPC Code | 0247210 17147 | | | | | | 0 |
| 4 | 0 | Each | 3.11 | Buyer Item No | 12526 | European Article No | 7897095 026212 | | | | | | 0 |
| 5 | 0 | Each | 3.07 | Buyer Item No | 12538 | European Article No | 7897095 026281 | | | | | | 0 |
| 6 | 0 | Each | 3.09 | Buyer Item No | 12539 | European Article No | 7897095 026243 | | | | | | 0 |
| 7 | 0 | Each | 0.85 | Buyer Item No | 12625 | UPC Code | 6737650 13471 | | | | | | 0 |
| 8 | 0 | Each | 1.2 | Buyer Item No | 12626 | European Article No | 7897095 036082 | | | | | | 0 |
| 9 | 0 | Each | 1.26 | Buyer Item No | 12629 | European Article No | 7897095 036143 | | | | | | 0 |
| 10 | 0 | Each | 9.58 | Buyer Item No | 12631 | UPC Code | 8859113 59627 | | | | | | 0 |
| 11 | 0 | Each | 0.63 | Buyer Item No | 12641 | UPC Code | 6737650 13419 | | | | | | 0 |
| 12 | 0 | Each | 0.63 | Buyer Item No | 12643 | UPC Code | 6737650 13402 | | | | | | 0 |
| 13 | 0 | Each | 1.76 | Buyer Item No | 12656 | UPC Code | 6737650 12658 | | | | | | 0 |
| 14 | 0 | Each | 2.09 | Buyer Item No | 12744 | UPC Code | 6737650 12719 | | | | | | 0 |
| 15 | 0 | Each | 1.96 | Buyer Item No | 12769 | UPC Code | 6737650 12696 | | | | | | 0 |
| 16 | 0 | Each | 28.39 | Buyer Item No | 13002 | UPC Code | 0385480 99248 | | | | | | 0 |
| 17 | 0 | Each | 5.87 | Buyer Item No | 13176 | European Article No | 7897095 010952 | | | | | | 0 |
| 18 | 0 | Each | 0.92 | Buyer Item No | 13178 | UPC Code | 7897095 03660 | | | | | | 0 |
| 19 | 0 | Each | 1.14 | Buyer Item No | 1318 | European Article No | 7897095 036617 | | | | | | 0 |
| 20 | 0 | Each | 0.9 | Buyer Item No | 1329 | European Article No | 7897095 036518 | | | | | | 0 |

DIcentral Corp.



REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS FAJARDO 2085
PLAZA DEL ESTE- STATE RD 3
00738 FAJARDO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674172 | 10/06/2018 | 1262155 | 9820015116 | 10/11/2018 | 1804047207 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 470 | PL | DW4306 X | 6805100000 | 5IN 220 GRIT 8 HOLE DISC<br>PAPEL LIJA 5 PULG 8 HOYOS GRAN | 25 | 1.70 | 42.50 |
| 480 | PL | DW4301 X | 6805100000 | 5IN 80 GRIT 8 HOLE DISC (5 PACK)<br>PAPEL LIJA DE 5 PULG 8 ORI. | 25 | 1.81 | 45.25 |
| 490 | PL | DW4304 X | 6805100000 | 5IN 150 GRIT 8 HOLE DISC<br>PAPEL LIJA 5 PULG 8 HOYOS GRAN | 25 | 1.70 | 42.50 |

INVOICE TOTAL QTY                                    PC    75

SUB - TOTAL                                          USD         130.25

TOTAL INVOICE                                        USD         130.25

# OF PACKAGES        : 1
GROSS WEIGHT         : 4,536 KG,  10 LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER              : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  10/11/2018 | *Invoice No:  9820015115 | PO No:  673644 |
| *Vendor No:  000390302 | Terms Type:  _____ | Buyer Name:  _____ |
| Division No:  _____ | Terms Date:  Invoice Date | *Buyer Store #:  1935 |
| AFE No:  _____ | Term Net Days:  90 | Remit To Name:  Black   Decker (PR) LLC |
| *Dept No:  609 | Disc Percent:  _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due:  _____ | Contact Name:  _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #:  _____

Allow Type:  _____                     Allow Amt:  _____

Charge Type 1:  _____              Charge Amt 1:  _____        *No of Ln Items:  1

Charge Type 2:  _____              Charge Amt 2:  _____        *Tot Inv Amt:  14.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 50 | Each | 0.28 | Buyer Item No | 12476 | UPC Code | 8859115 18543 | | | | | | 1 |

DIcentral Corp.

**Stanley Black&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS MAYAGUEZ 1935
MAYAGUEZ MALL
00680 MAYAGUEZ
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673644 | 10/06/2018 | 1262155 | 9820015115 | 10/11/2018 | 1804047206 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | MX | DAS20080S | 6805301000 | SHEET STEARATED 80G 9X11<br>SHEET STEARATED 80G 9X11 | 50 | 0.28 | 14.00 |

INVOICE  TOTAL QTY      PC 50

SUB - TOTAL        USD 14.00

TOTAL INVOICE       USD 14.00

# OF PACKAGES  : 1
GROSS WEIGHT  : 1.361 KG, 3 LB
ECCN  : EAR99
LICENSE NO : NLR-C33
CARRIER    : SCOTT LOGISTICS CORP

_____
AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

| | |
|---|---|
| *Invoice Date: 10/11/2018 | |
| *Vendor No: 000390302 | |
| Division No: _____ | |
| AFE No: _____ | |
| *Dept No: 609 | |
| *Product Code: Fair Labor Standards Act | |

*Invoice No: 9820015114    PO No: 674170

Terms Type: _____    Buyer Name: _____

Terms Date: Invoice Date    *Buyer Store #: 1935

Term Net Days: 90    Remit To Name: Black  Decker (PR) LLC

Disc Percent: _____    *Remit To DUNS: 001317189

Disc Days Due: _____    Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____    Allow Amt: _____

Charge Type 1: _____    Charge Amt 1: _____    *No of Ln Items: 49

Charge Type 2: _____    Charge Amt 2: _____    *Tot Inv Amt: 130.25

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 6.97 | Buyer Item No | 12492 | UPC Code | 0247211 52305 | | | | | | 0 |
| 2 | 0 | Each | 19.28 | Buyer Item No | 12497 | UPC Code | 0247211 51872 | | | | | | 0 |
| 3 | 0 | Each | 23.07 | Buyer Item No | 12501 | UPC Code | 0247210 17147 | | | | | | 0 |
| 4 | 0 | Each | 3.11 | Buyer Item No | 12526 | European Article No | 7897095 026212 | | | | | | 0 |
| 5 | 0 | Each | 3.07 | Buyer Item No | 12538 | European Article No | 7897095 026281 | | | | | | 0 |
| 6 | 0 | Each | 3.09 | Buyer Item No | 12539 | European Article No | 7897095 026243 | | | | | | 0 |
| 7 | 0 | Each | 0.85 | Buyer Item No | 12625 | UPC Code | 6737650 13471 | | | | | | 0 |
| 8 | 0 | Each | 1.2 | Buyer Item No | 12626 | European Article No | 7897095 036082 | | | | | | 0 |
| 9 | 0 | Each | 1.26 | Buyer Item No | 12629 | European Article No | 7897095 036143 | | | | | | 0 |
| 10 | 0 | Each | 9.58 | Buyer Item No | 12631 | UPC Code | 8859113 59627 | | | | | | 0 |
| 11 | 0 | Each | 0.63 | Buyer Item No | 12641 | UPC Code | 6737650 13419 | | | | | | 0 |
| 12 | 0 | Each | 0.63 | Buyer Item No | 12643 | UPC Code | 6737650 13402 | | | | | | 0 |
| 13 | 0 | Each | 1.76 | Buyer Item No | 12656 | UPC Code | 6737650 12658 | | | | | | 0 |
| 14 | 0 | Each | 2.09 | Buyer Item No | 12744 | UPC Code | 6737650 12719 | | | | | | 0 |
| 15 | 0 | Each | 1.96 | Buyer Item No | 12769 | UPC Code | 6737650 12696 | | | | | | 0 |
| 16 | 0 | Each | 28.39 | Buyer Item No | 13002 | UPC Code | 0385480 99248 | | | | | | 0 |
| 17 | 0 | Each | 5.87 | Buyer Item No | 13176 | European Article No | 7897095 010952 | | | | | | 0 |
| 18 | 0 | Each | 0.92 | Buyer Item No | 13178 | UPC Code | 7897095 03660 | | | | | | 0 |
| 19 | 0 | Each | 1.14 | Buyer Item No | 1318 | European Article No | 7897095 036617 | | | | | | 0 |
| 20 | 0 | Each | 0.9 | Buyer Item No | 1329 | European Article No | 7897095 036518 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS MAYAGUEZ 1935
MAYAGUEZ MALL
00680 MAYAGUEZ
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674170 | 10/06/2018 | 1262155 | 9820015114 | 10/11/2018 | 1804047202 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 470 | PL | DW4306 X | 6805100000 | 5IN 220 GRIT 8 HOLE DISC<br>PAPEL LIJA 5 PULG 8 HOYOS GRAN | 25 | 1.70 | 42.50 |
| 480 | PL | DW4301 X | 6805100000 | 5IN 80 GRIT 8 HOLE DISC (5 PACK)<br>PAPEL LIJA DE 5 PULG 8 ORI. | 25 | 1.81 | 45.25 |
| 490 | PL | DW4304 X | 6805100000 | 5IN 150 GRIT 8 HOLE DISC<br>PAPEL LIJA 5 PULG 8 HOYOS GRAN | 25 | 1.70 | 42.50 |

INVOICE  TOTAL QTY                         PC      75

SUB - TOTAL                                          USD        130.25

TOTAL INVOICE                                        USD        130.25

# OF PACKAGES            : 1
GROSS WEIGHT             : 4.536 KG,  10  LB
ECCN        : EAR99
LICENSE NO : NLR-C33
CARRIER                      : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims
must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified.
They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original
form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/11/2018          *Invoice No: 9820015113          PO No: 673647

*Vendor No: 000390302              Terms Type: _____           Buyer Name: _____

Division No: _____            Terms Date: Invoice Date          *Buyer Store #: 2355

AFE No: _____                 Term Net Days: 90                Remit To Name: Black  Decker (PR) LLC

*Dept No: 609                      Disc Percent: _____          *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act          Disc Days Due: _____          Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____             Allow Amt: _____

Charge Type 1: _____          Charge Amt 1: _____          *No of Ln Items: 1

Charge Type 2: _____          Charge Amt 2: _____          *Tot Inv Amt: 14.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 50 | Each | 0.28 | Buyer Item No | 12476 | UPC Code | 8859115 18543 | | | | | | 1 |

DIcentral Corp.



REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS HATILLO 2355
PLAZA DEL NORTE, 506 CALLE
TRUNCADO
00658-2709 HATILLO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673647 | 10/06/2018 | 1262155 | 9820015113 | 10/11/2018 | 1804047199 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | MX | DAS20080S | 6805301000 | SHEET STEARATED 80G 9X11 SHEET STEARATED 80G 9X11 | 50 | 0,28 | 14.00 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  | INVOICE TOTAL QTY |  | PC | 50 |  |  |
|  |  | SUB - TOTAL |  |  |  | USD | 14.00 |
|  |  | TOTAL INVOICE |  |  |  | USD | 14.00 |

# OF PACKAGES        : 1
GROSS WEIGHT        : 1.361 KG, 3 LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER             : SCOTT LOGISTICS CORP

---
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 10/11/2018 | *Invoice No: 9820015112 | PO No: 179651 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 8975 |
| AFE No: _____ | Term Net Days: 60 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____          Allow Amt: _____

Charge Type 1: _____          Charge Amt 1: _____          *No of Ln Items: 1

Charge Type 2: _____          Charge Amt 2: _____          *Tot Inv Amt: 1050.00

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Buyer Item No | | UPC Code | 8859114 | | | | | | 1 |
| 1 | 30 | Each | 35 | | 53872 | | 53509 | | | | | | 0 |

DIcentral Corp.

# OCEAN FREIGHT LINK
## BILL OF LADING

**B/L #** 032503

**Date:** 10/12/2018    **Consol. #** 003229

**From / Shipper:**

BLACK & DECKER US INC
c/o
9850 PREMIER PKWY

MIRAMAR, FL 33025

**Shipper EIN#:** 521127357

**To / Consignee:**    **Tax Exempt #:** 00039607-0249

SEARS CUPEY BAJO
c/o #8975
CARR# 176, KM 0.5

CUPEY BAJO, PR 00926

**Consignee EIN#:** 66-0233626

**COD Information:    Mail To:**

**COD Amount:** $0.00

**Notify Information:**

SEARS CUPEY BAJO

**Related Freight Bill =**

**Reference Numbers:**
PO# 179651 - INV 9820015112

**- ACE ITN Number -**
X20181012156148

**- SURI Number -**

SHIPPER DEC - REMAINDER OF SHIPMENT VALUED $2,500.00 OR LESS PER INDIVIDUAL SCHEDULE B NUMBER

| Booking # | Container # | Vessel | Voyage # | Seal # | Ctnr. Size | Our Ship # |
|---|---|---|---|---|---|---|
| SSL000602398 | STRU881815-0 | ISLA BELLA | 5150 | 001071 | 53' | 32503 |

**Port of Loading**
JACKSONVILLE, FL

**Port of UnLoading**
SAN JUAN, PR

| HM | Marks | No. Shiping Units | | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|---|---|---|---|---|---|---|
| | | 1 | PCS | TOOLS, NOI | 386 | 30 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSSHIPPED AS HEREIN PROVIDED. THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSSHIPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN. DURING THE PERIOD OF RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINE, AT THE PORT OF LOADING, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND OF THE FMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS GENERALLY IN USE. DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE LOADED ON BOARD, CARRIED OR DISCHARGED FROM ANY VESSEL, AND OTHER PERIODS INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND DURING THE TIME THE GOODS ARE ONCARRIED OR TRANSPORTED OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THIS CARRIAGE SHALL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING. WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE AND FOR THE VALUE SPECIFIED ON THE FACE OF THIS BILL OF LADING. OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID. SUBJECT TO CONDITIONS SET FORTH IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS. SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FOR HEREIN

| Receivers Name | Receivers Signature | Date |
|---|---|---|
| | | |

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 179651 | 10/06/2018 | 1262155 | 9820015112 | 10/11/2018 | 1804047229 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | HD565K-B3 53872 | 8467210070 | 550W 13MM HAMMER DRILL KITBOX & TOOLS Taladro Percutor 550W 13mm con | 30 | 35.00 | 1,050.00 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| INVOICE  TOTAL QTY | | PC | 30 | | | | |
| SUB - TOTAL | | | | | | USD | 1,050.00 |
| TOTAL INVOICE | | | | | | USD | 1,050.00 |

# OF PACKAGES          : 1
GROSS WEIGHT        : 175.087 KG,  386 LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER                    : SCOTT LOGISTICS CORP

_____
AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/11/2018     *Invoice No: 9820015111     PO No: 674173

*Vendor No: 000390302     Terms Type: _____     Buyer Name: _____

Division No: _____     Terms Date: Invoice Date     *Buyer Store #: 2355

AFE No: _____     Term Net Days: 90     Remit To Name: Black  Decker (PR) LLC

*Dept No: 609     Disc Percent: _____     *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act     Disc Days Due: _____     Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____     Allow Amt: _____

Charge Type 1: _____     Charge Amt 1: _____     *No of Ln Items: 49

Charge Type 2: _____     Charge Amt 2: _____     *Tot Inv Amt: 130.25

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 6.97 | Buyer Item No | 12492 | UPC Code | 0247211 52305 | | | | | | 0 |
| 2 | 0 | Each | 19.28 | Buyer Item No | 12497 | UPC Code | 0247211 51872 | | | | | | 0 |
| 3 | 0 | Each | 23.07 | Buyer Item No | 12501 | UPC Code | 0247210 17147 | | | | | | 0 |
| 4 | 0 | Each | 3.11 | Buyer Item No | 12526 | European Article No | 7897095 026212 | | | | | | 0 |
| 5 | 0 | Each | 3.07 | Buyer Item No | 12538 | European Article No | 7897095 026281 | | | | | | 0 |
| 6 | 0 | Each | 3.09 | Buyer Item No | 12539 | European Article No | 7897095 026243 | | | | | | 0 |
| 7 | 0 | Each | 0.85 | Buyer Item No | 12625 | UPC Code | 6737650 13471 | | | | | | 0 |
| 8 | 0 | Each | 1.2 | Buyer Item No | 12626 | European Article No | 7897095 036082 | | | | | | 0 |
| 9 | 0 | Each | 1.26 | Buyer Item No | 12629 | European Article No | 7897095 036143 | | | | | | 0 |
| 10 | 0 | Each | 9.58 | Buyer Item No | 12631 | UPC Code | 8859113 59627 | | | | | | 0 |
| 11 | 0 | Each | 0.63 | Buyer Item No | 12641 | UPC Code | 6737650 13419 | | | | | | 0 |
| 12 | 0 | Each | 0.63 | Buyer Item No | 12643 | UPC Code | 6737650 13402 | | | | | | 0 |
| 13 | 0 | Each | 1.76 | Buyer Item No | 12656 | UPC Code | 6737650 12658 | | | | | | 0 |
| 14 | 0 | Each | 2.09 | Buyer Item No | 12744 | UPC Code | 6737650 12719 | | | | | | 0 |
| 15 | 0 | Each | 1.96 | Buyer Item No | 12769 | UPC Code | 6737650 12696 | | | | | | 0 |
| 16 | 0 | Each | 28.39 | Buyer Item No | 13002 | UPC Code | 0385480 99248 | | | | | | 0 |
| 17 | 0 | Each | 5.87 | Buyer Item No | 13176 | European Article No | 7897095 010952 | | | | | | 0 |
| 18 | 0 | Each | 0.92 | Buyer Item No | 13178 | UPC Code | 7897095 03660 | | | | | | 0 |
| 19 | 0 | Each | 1.14 | Buyer Item No | 1318 | European Article No | 7897095 036617 | | | | | | 0 |
| 20 | 0 | Each | 0.9 | Buyer Item No | 1329 | European Article No | 7897095 036518 | | | | | | 0 |

DIcentral Corp.

**Stanley Black & Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS HATILLO 2355
PLAZA DEL NORTE, 506 CALLE
TRUNCADO
00658-2709 HATILLO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674173 | 10/05/2018 | 1262155 | 9820015111 | 10/11/2018 | 1804047022 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 470 | PL | DW4306  X | 6805100000 | 5IN 220 GRIT 8 HOLE DISC PAPEL LIJA 5 PULG 8 HOYOS GRAN | 25 | 1.70 | 42.50 |
| 480 | PL | DW4301  X | 6805100000 | 5IN 80 GRIT 8 HOLE DISC (5 PACK) PAPEL LIJA DE 5 PULG 8 ORI. | 25 | 1.81 | 45.25 |
| 490 | PL | DW4304  X | 6805100000 | 5IN 150 GRIT 8 HOLE DISC PAPEL LIJA 5 PULG 8 HOYOS GRAN | 25 | 1.70 | 42.50 |

INVOICE  TOTAL QTY                     PC      75

SUB - TOTAL                                         USD        130.25

TOTAL INVOICE                                       USD        130.25

# OF PACKAGES        : 1
GROSS WEIGHT         : 4.536 KG, 10 LB
ECCN        : EAR99
LICENSE NO : NLR-C33
CARRIER                 : SCOTT LOGISTICS CORP

---

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/11/2018           *Invoice No: 9820015110           PO No: 674453

*Vendor No: 000390302              Terms Type: _____          Buyer Name: _____

Division No: _____           Terms Date: Invoice Date          *Buyer Store #: 2355

AFE No: _____                Term Net Days: 90                 Remit To Name: Black  Decker (PR) LLC

*Dept No: 609                      Disc Percent: _____         *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act      Disc Days Due: _____       Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____            Allow Amt: _____

Charge Type 1: _____         Charge Amt 1: _____        *No of Ln Items:  1

Charge Type 2: _____         Charge Amt 2: _____        *Tot Inv Amt: 69.36

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|-------|------|------|------|------|------|------|------|------|------|---|
| 1 | 6 | Each | 11.56 | Buyer Item No | 80086 | UPC Code | 0288740 53496 | | | | | | 6 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS HATILLO 2355
PLAZA DEL NORTE, 506 CALLE
TRUNCADO
00658-2709 HATILLO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674453 | 10/05/2018 | 1262155 | 9820015110 | 10/11/2018 | 1804047019 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | TW | DW5349 80086 | 8207903085 | 1 1/2X10 SCALING CHISEL Cincel Espátula De 1-1/2 X 10 | 6 | 11.56 | 69.36 |

INVOICE TOTAL QTY    PC    6
SUB - TOTAL    USD    69.36
TOTAL INVOICE    USD    69.36

# OF PACKAGES    : 1
GROSS WEIGHT    : 1.814 KG, 4 LB
ECCN    : EAR99
LICENSE NO : NLR-C33
CARRIER    : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/11/2018

*Vendor No: 000390302

Division No: _____

AFE No: _____

*Dept No: 609

*Product Code: Fair Labor Standards Act

*Invoice No: 9820015109

Terms Type: _____

Terms Date: Invoice Date

Term Net Days: 60

Disc Percent: _____

Disc Days Due: _____

PO No: 674164

Buyer Name: _____

*Buyer Store #: 1085

Remit To Name: Black  Decker (PR) LLC

*Remit To DUNS: 001317189

Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an...

Contact Phone #: _____

Allow Type: _____

Charge Type 1: _____

Charge Type 2: _____

Allow Amt: _____

Charge Amt 1: _____

Charge Amt 2: _____

*No of Ln Items: 49

*Tot Inv Amt: 130.25

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 6.97 | Buyer Item No | 12492 | UPC Code | 0247211 52305 | | | | | | 0 |
| 2 | 0 | Each | 19.28 | Buyer Item No | 12497 | UPC Code | 0247211 51872 | | | | | | 0 |
| 3 | 0 | Each | 23.07 | Buyer Item No | 12501 | UPC Code | 0247210 17147 | | | | | | 0 |
| 4 | 0 | Each | 3.11 | Buyer Item No | 12526 | European Article No | 7897095 026212 | | | | | | 0 |
| 5 | 0 | Each | 3.07 | Buyer Item No | 12538 | European Article No | 7897095 026281 | | | | | | 0 |
| 6 | 0 | Each | 3.09 | Buyer Item No | 12539 | European Article No | 7897095 026243 | | | | | | 0 |
| 7 | 0 | Each | 0.85 | Buyer Item No | 12625 | UPC Code | 6737650 13471 | | | | | | 0 |
| 8 | 0 | Each | 1.2 | Buyer Item No | 12626 | European Article No | 7897095 036082 | | | | | | 0 |
| 9 | 0 | Each | 1.26 | Buyer Item No | 12629 | European Article No | 7897095 036143 | | | | | | 0 |
| 10 | 0 | Each | 9.58 | Buyer Item No | 12631 | UPC Code | 8859113 59627 | | | | | | 0 |
| 11 | 0 | Each | 0.63 | Buyer Item No | 12641 | UPC Code | 6737650 13419 | | | | | | 0 |
| 12 | 0 | Each | 0.63 | Buyer Item No | 12643 | UPC Code | 6737650 13402 | | | | | | 0 |
| 13 | 0 | Each | 1.76 | Buyer Item No | 12656 | UPC Code | 6737650 12658 | | | | | | 0 |
| 14 | 0 | Each | 2.09 | Buyer Item No | 12744 | UPC Code | 6737650 12719 | | | | | | 0 |
| 15 | 0 | Each | 1.96 | Buyer Item No | 12769 | UPC Code | 6737650 12696 | | | | | | 0 |
| 16 | 0 | Each | 28.39 | Buyer Item No | 13002 | UPC Code | 0385480 99248 | | | | | | 0 |
| 17 | 0 | Each | 5.87 | Buyer Item No | 13176 | European Article No | 7897095 010952 | | | | | | 0 |
| 18 | 0 | Each | 0.92 | Buyer Item No | 13178 | UPC Code | 7897095 03660 | | | | | | 0 |
| 19 | 0 | Each | 1.14 | Buyer Item No | 1318 | European Article No | 7897095 036617 | | | | | | 0 |
| 20 | 0 | Each | 0.9 | Buyer Item No | 1329 | European Article No | 7897095 036518 | | | | | | 0 |

DIcentral Corp.

**Stanley Black&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAGUAS 2915
LAS CATALINAS MALL
00725 CAGUAS
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674164 | 10/05/2018 | 1262155 | 9920015109 | 10/11/2018 | 1804047013 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 470 | PL | DW4308  X | 6805100000 | 5IN 220 GRIT 8 HOLE DISC PAPEL LIJA 5 PULG 8 HOYOS GRAN | 25 | 1.70 | 42.50 |
| 480 | PL | DW4301  X | 6805100000 | 5IN 80 GRIT 8 HOLE DISC (5 PACK) PAPEL LIJA DE 5 PULG 8 ORI. | 25 | 1.81 | 45.25 |
| 490 | PL | DW4304  X | 6805100000 | 5IN 160 GRIT 8 HOLE DISC PAPEL LIJA 5 PULG 8 HOYOS GRAN | 25 | 1.70 | 42.50 |

INVOICE  TOTAL QTY                                    PC        75

SUB - TOTAL                                                      USD        130.25

TOTAL INVOICE                                                    USD        130.25

# OF PACKAGES        : 1
GROSS WEIGHT        : 4.536 KG,  10  LB
ECCN        : EAR99
LICENSE NO : NLR-C33
CARRIER        : SCOTT LOGISTICS CORP

_____
AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/11/2018          *Invoice No: 9820015108          PO No: 674142

*Vendor No: 000390302             Terms Type: _____          Buyer Name: _____

Division No: _____          Terms Date: Invoice Date          *Buyer Store #: 2085

AFE No: _____               Term Net Days: 90                Remit To Name: Black   Decker (PR) LLC

*Dept No: 609                     Disc Percent: _____         *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act          Disc Days Due: _____          Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____           Allow Amt: _____

Charge Type 1: _____        Charge Amt 1: _____        *No of Ln Items: 1

Charge Type 2: _____        Charge Amt 2: _____        *Tot Inv Amt: 95.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|------|------------------|--------|------------------|-------------|----------|------|------|------|------|---|
| 1 | 100 | Each | 0.95 | Buyer Item No | 38707 | UPC Code | 0288773 21806 | | | | | | 9 |

DIcentral Corp.



REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS FAJARDO 2085
PLAZA DEL ESTE- STATE RD 3
00738 FAJARDO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674142 | 10/05/2018 | 1262155 | 9820015108 | 10/11/2018 | 1804047001 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | DE | DW8424 38707 | 6804221000 | 4-1/2X.045X7/8 THIN CUTTING WHEEL DCW 4-1/2X.045X7/8 THIN CUTTING WHEEL DCW | 100 | 0.95 | 95.00 |

| | | | | | |
|---|---|---|---|---|---|
| INVOICE  TOTAL QTY | | | PC | 100 | |
| SUB - TOTAL | | | | USD | 95.00 |
| TOTAL INVOICE | | | | USD | 95.00 |

# OF PACKAGES        : 1
GROSS WEIGHT       : 3.829 KG,  8 LB
ECCN    : EAR99
LICENSE NO : NLR-C33
CARRIER             : SCOTT LOGISTICS CORP

_____
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  10/11/2018 | *Invoice No:  9820015009 | PO No:  674171 |
| *Vendor No:  000390302 | Terms Type:  _____ | Buyer Name:  _____ |
| Division No:  _____ | Terms Date:  Invoice Date | *Buyer Store #:  1945 |
| AFE No:  _____ | Term Net Days:  60 | Remit To Name:  Black  Decker (PR) LLC |
| *Dept No:  609 | Disc Percent:  _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due:  _____ | Contact Name:  _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an·

Contact Phone #:  _____

Allow Type:  _____        Allow Amt:  _____

Charge Type 1:  _____        Charge Amt 1:  _____        *No of Ln Items:  49

Charge Type 2:  _____        Charge Amt 2:  _____        *Tot Inv Amt:  47.90

| ID | *Qty Invoi… | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 6.97 | Buyer Item No | 12492 | UPC Code | 0247211 52305 | | | | | | 0 |
| 2 | 0 | Each | 19.28 | Buyer Item No | 12497 | UPC Code | 0247211 51872 | | | | | | 0 |
| 3 | 0 | Each | 23.07 | Buyer Item No | 12501 | UPC Code | 0247210 17147 | | | | | | 0 |
| 4 | 0 | Each | 3.11 | Buyer Item No | 12526 | European Article No | 7897095 026212 | | | | | | 0 |
| 5 | 0 | Each | 3.07 | Buyer Item No | 12538 | European Article No | 7897095 026281 | | | | | | 0 |
| 6 | 0 | Each | 3.09 | Buyer Item No | 12539 | European Article No | 7897095 026243 | | | | | | 0 |
| 7 | 0 | Each | 0.85 | Buyer Item No | 12625 | UPC Code | 6737650 13471 | | | | | | 0 |
| 8 | 0 | Each | 1.2 | Buyer Item No | 12626 | European Article No | 7897095 036082 | | | | | | 0 |
| 9 | 0 | Each | 1.26 | Buyer Item No | 12629 | European Article No | 7897095 036143 | | | | | | 0 |
| 10 | 5 | Each | 9.58 | Buyer Item No | 12631 | UPC Code | 8859113 59627 | | | | | | 4 |
| 11 | 0 | Each | 0.63 | Buyer Item No | 12641 | UPC Code | 6737650 13419 | | | | | | 0 |
| 12 | 0 | Each | 0.63 | Buyer Item No | 12643 | UPC Code | 6737650 13402 | | | | | | 0 |
| 13 | 0 | Each | 1.76 | Buyer Item No | 12656 | UPC Code | 6737650 12658 | | | | | | 0 |
| 14 | 0 | Each | 2.09 | Buyer Item No | 12744 | UPC Code | 6737650 12719 | | | | | | 0 |
| 15 | 0 | Each | 1.96 | Buyer Item No | 12769 | UPC Code | 6737650 12696 | | | | | | 0 |
| 16 | 0 | Each | 28.39 | Buyer Item No | 13002 | UPC Code | 0385480 99248 | | | | | | 0 |
| 17 | 0 | Each | 5.87 | Buyer Item No | 13176 | European Article No | 7897095 010952 | | | | | | 0 |
| 18 | 0 | Each | 0.92 | Buyer Item No | 13178 | UPC Code | 7897095 03660 | | | | | | 0 |
| 19 | 0 | Each | 1.14 | Buyer Item No | 1318 | European Article No | 7897095 036617 | | | | | | 0 |
| 20 | 0 | Each | 0.9 | Buyer Item No | 1329 | European Article No | 7897095 036518 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PONCE 1945
OCFT
PLAZA DEL CARIBE MALL
00731 PONCE
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674171 | 10/05/2018 | 1262155 | 9820015009 | 10/11/2018 | 1804046955 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 460 | US | DWA2SLS30 | 8207906000 | 30 PC MAXFIT SET W/ SCREW LOCK SLEEVE 30 PCS SCREW LOCK SET WITH SLE | 5 | 9.58 | 47.90 |

| | | | | |
|---|---|---|---|---|
| INVOICE  TOTAL QTY | | PC | 5 | |
| SUB - TOTAL | | | USD | 47.90 |
| TOTAL INVOICE | | | USD | 47.90 |

```
#OF PACKAGES: 1 plts
GROSS WEIGHT: 6 lbs
CARRIER : averitt 0309685792
```

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1       Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 10/11/2018 | *Invoice No: 9820015010 | PO No: 674452 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 1905 |
| AFE No: _____ | Term Net Days: 60 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an-

Contact Phone #: _____

Allow Type: _____          Allow Amt: _____

Charge Type 1: _____          Charge Amt 1: _____          *No of Ln Items: 1

Charge Type 2: _____          Charge Amt 2: _____          *Tot Inv Amt: 338.20

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Buyer Item No | | UPC Code | | | | | | | 3 |
| 1 | 4 | Each | 84.55 | | 20178 | | 8859113 19881 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
OCFT
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674452 | 10/05/2018 | 1262155 | 9820015010 | 10/11/2018 | 1804046958 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | PCE6430 20178 | 8467290055 | 4.5 AMP FIXED SPEED LAMINATE TRIMMER Laminadora de 1/4inch, 4.5AMP, | 4 | 84.55 | 338.20 |

|  |  |  |  |  |
|---|---|---|---|---|
| INVOICE TOTAL QTY | PC | 4 | | |
| SUB - TOTAL | | | USD | 338.20 |
| TOTAL INVOICE | | | USD | 338.20 |

```
#OF PACKAGES: 1 plts
GROSS WEIGHT: 20 lbs
CARRIER : averitt 0309685792
```

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*



REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS GUAYAMA 2675
PLAZA GUAYAMA - ROAD 3 KM. L 34.7
00784 GUAYAMA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674174 | 10/05/2018 | 1262155 | 9820015043 | 10/11/2018 | 1804046986 | 1 of 3 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | 15230LA | 8202310000 | SAW BLD 7-1/4 40T CD LATIN AMERICA SAW BLD 7-1/4 40T CD LATIN AMERICA | 10 | 6.50 | 65.00 |
| 80 | CN | IW14056 | 8202990000 | JIGSAW-WOOD-T-10MM-10TPI HCS JIGSAW-WOOD-T-10MM-10TPI HCS | 10 | 1.06 | 10.60 |
| 110 | CN | 3520031C | 8207906000 | POWER BIT 1P 1-15/16 POWER BIT 1P 1-15/16 | 10 | 0.56 | 5.60 |
| 120 | CN | 3547121C | 8204200000 | NUTSETTER GOLD SET 1/4X1-7/8 MAGNTC NUTSETTER GOLD SET 1/4X1-7/8 MAGNTC | 10 | 1.56 | 15.60 |
| 130 | US | 3547721C | 8204200000 | NUTSETTER GOLD SET 7/16X1-7/8 MAGNTC NUTSETTER GOLD SET 7/16X1-7/8 MAGNTC | 25 | 1.86 | 46.50 |
| 140 | US | 3547521C | 8204200000 | NUTSETTER GOLD SET 3/8"X1-7/8" NUTSETTER GOLD SET 3/8"X1-7/8" | 25 | 1.74 | 43.50 |
| 150 | US | 10220CB | 8207502080 | STEP DRL COBALT 20 9/16-1 8 SZ STEP DRL COBALT 20 9/16-1 8 SZ | 10 | 28.39 | 283.90 |
| 190 | CN | IW14144 | 8207502030 | SDS PLUS HAMMER DRILL BIT 6 X 5/32 SDS PLUS | 10 | 0.90 | 9.00 |
| 220 | DE | 331001 | 8207907585 | FLAT CHISEL 3/4 X 10 FLAT CHISEL 3/4 X 10 | 10 | 10.55 | 105.50 |
| 430 | US | 10233 | 8207502080 | STEP DRL 3 1/4-3/4 9 SZ STEP DRL 3 1/4-3/4 9 SZ | 10 | 15.70 | 157.00 |
| 431 | CN | 15187 | 8202310000 | SAW BLD 10 80T CD LATIN AMERICA CONS/STEEL SAW BLADES | 10 | 16.00 | 160.00 |
| 432 | CN | 363017LA | 8202310000 | SAW BLD 184 X 48T X 30 MULTICORTE | 10 | 15.00 | 150.00 |

anleyBlack&Decker

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS GUAYAMA 2675
PLAZA GUAYAMA - ROAD 3 KM. L 34.7
00784 GUAYAMA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674174 | 10/05/2018 | 1262155 | 9820015043 | 10/11/2018 | 1804046986 | 2 of 3 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 433 | CN | IW8943 | 6804210080 | SAW BLD 184 X 48T X 30 MULTICORTE DIAMOND BLADE 115MM 4.1/2IN - CON | | | |
| 434 | CN | 3520071C | 8207906000 | DISCO DIAM 4-1/2IN - CONTINUO POWER BIT 2P 1-15/16INCH | 10 | 3.11 | 31.10 |
| 435 | CN | IW14153 | 8207502030 | SCREWDRIVER BITS SDS PLUS HAMMER DRILL BIT 6 X 1/4 | 25 | 0.56 | 14.00 |
| 436 | CN | IW14170 | 8207502030 | SDS PLUS SDS PLUS HAMMER DRILL BIT 10 X 1/2 | 10 | 1.70 | 17.00 |
| 437 | CN | IW14177 | 8207502030 | SDS PLUS SDS PLUS HAMMER DRILL BIT 12X5/8 | 10 | 1.50 | 15.00 |
| 438 | CN | 3016012 | 8207502055 | SDS PLUS DRL BIT 3/16 X 3-1/2 COBALT | 12 | 3.89 | 46.68 |
| 439 | BR | IW2151 | 8207508000 | ROUND SHANK METAL DRILLING 8.00 MM GLASS DRILL BIT | 24 | 0.78 | 18.72 |
| 440 | CN | 3016008 | 8207502055 | 8.00 MM GLASS DRILL BIT DRL BIT 1/8 X 2-3/4 COBALT | 10 | 3.64 | 36.40 |
| 441 | CN | 3016010 | 8207502055 | ROUND SHANK METAL DRILLING DRL BIT 5/32 X 3-1/8 COBALT | 24 | 0.53 | 12.72 |
| 442 | CN | 3016132 | 8207502055 | ROUND SHANK METAL DRILLING 1/2 COBALT 135 DEGREE-JOBBER LEN-CRD | 24 | 0.64 | 15.36 |
| 443 | BR | IW880 | 8207502030 | ROUND SHANK METAL DRILLING MASONRY DRILL BIT 75 X 3.50MM | 25 | 6.28 | 157.00 |
| | BR | IW884 | 8207502030 | MASONRY DRILL BIT 75 X 3.50MM MASONRY DRILL BIT 100 X 6 MM | 20 | 0.61 | 12.20 |
| | BR | IW887 | 8207502030 | BROCA CONCRETO 100 X 6.00MM MASONRY DRILL BIT 120 X 8.00MM | 20 | 0.61 | 12.20 |
| | | | | | 10 | 0.77 | 7.70 |

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS GUAYAMA 2675
PLAZA GUAYAMA - ROAD 3 KM. L 34.7
00784 GUAYAMA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674174 | 10/05/2018 | 1262155 | 9820015043 | 10/11/2018 | 1804046986 | 3 of 3 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| | | | | 5/16IN BROCA MURO 5/16 FUNDA | | | |
| 446 | BR | IW882 | 8207502030 | MASONRY DRILL BIT 90 X 5.00MM 3/16IN BROCA MURO 3/16 FUNDA | 20 | 0.59 | 11.80 |
| 447 | BR | IW893 | 8207502030 | MASONRY DRILL BIT 150 X 13.00M MASONRY DRILL BIT 150 X 13.00M | 10 | 1.59 | 15.90 |
| 448 | CN | 3016016 | 8207502055 | DRL BIT 1/4 X 4 COBALT ROUND SHANK METAL DRILLING | 24 | 1.45 | 34.80 |
| 449 | CN | 3016020 | 8207502055 | DRL BIT 5/16 X 4-1/2 COBALT ROUND SHANK METAL DRILLING | 25 | 2.24 | 56.00 |
| 450 | CN | 3016024 | 8207502055 | DRL BIT 3/8 X 5 COBALT ROUND SHANK METAL DRILLING | 25 | 3.31 | 82.75 |
| 451 | CN | 14030 | 8202390070 | SAW BLD 7-1/4 24T TK SAW BLD 7-1/4 24T TK | 10 | 7.79 | 77.90 |

INVOICE  TOTAL QTY                          PC     488

SUB - TOTAL                                      USD        1,727.43

TOTAL INVOICE                                   USD        1,727.43

# OF PACKAGES        : 2
GROSS WEIGHT        : 58.514 KG,  129  LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER                     : SCOTT LOGISTICS CORP

---

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plezo de sesenta (60) dias e partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) deys from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to eny person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS FAJARDO 2085
PLAZA DEL ESTE- STATE RD 3
00738 FAJARDO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674172 | 10/06/2018 | 1262155 | 9820015042 | 10/11/2018 | 1804047207 | 1 of 3 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | 15230LA | 8202310000 | SAW BLD 7-1/4 40T CD LATIN AMERICA SAW BLD 7-1/4 40T CD LATIN AMERICA | 10 | 6.50 | 65.00 |
| 80 | CN | IW14056 | 8202990000 | JIGSAW-WOOD-T-10MM-10TPI HCS JIGSAW-WOOD-T-10MM-10TPI HCS | 10 | 1.06 | 10.60 |
| 110 | CN | 3520031C | 8207906000 | POWER BIT 1P 1-15/16 POWER BIT 1P 1-15/16 | 10 | 0.56 | 5.60 |
| 120 | CN | 3547121C | 8204200000 | NUTSETTER GOLD SET 1/4X1-7/8 MAGNTC NUTSETTER GOLD SET 1/4X1-7/8 MAGNTC | 10 | 1.56 | 15.60 |
| 140 | US | 3547521C | 8204200000 | NUTSETTER GOLD SET 3/8"X1-7/8" NUTSETTER GOLD SET 3/8"X1-7/8" | 25 | 1.74 | 43.50 |
| 150 | US | 10220CB | 8207502080 | STEP DRL COBALT 20 9/16-1 8 SZ STEP DRL COBALT 20 9/16-1 8 SZ | 10 | 28.39 | 283.90 |
| 190 | CN | IW14144 | 8207502030 | SDS PLUS HAMMER DRILL BIT 6 X 5/32 SDS PLUS | 10 | 0.90 | 9.00 |
| 430 | US | 10233 | 8207502080 | STEP DRL 3 1/4-3/4 9 SZ STEP DRL 3 1/4-3/4 9 SZ | 10 | 15.70 | 157.00 |
| 431 | CN | 15187 | 8202310000 | SAW BLD 10 80T CD LATIN AMERICA CONS/STEEL SAW BLADES | 10 | 16.00 | 160.00 |
| 432 | CN | 363017LA | 8202310000 | SAW BLD 184 X 48T X 30 MULTICORTE SAW BLD 184 X 48T X 30 MULTICORTE | 10 | 15.00 | 150.00 |
| 433 | CN | IW8943 | 6804210080 | DIAMOND BLADE 115MM 4.1/2IN - CON DISCO DIAM 4-1/2IN - CONTINUO | 10 | 3.11 | 31.10 |
| 434 | CN | 3520071C | 8207906000 | POWER BIT 2P 1-15/16INCH SCREWDRIVER BITS | 25 | 0.56 | 14.00 |
| 435 | CN | IW14153 | 8207502030 | SDS PLUS HAMMER DRILL BIT 6 X 1/4 | 10 | 1.70 | 17.00 |

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS FAJARDO 2085
PLAZA DEL ESTE- STATE RD 3
00738 FAJARDO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674172 | 10/06/2018 | 1262155 | 9820015042 | 10/11/2018 | 1804047207 | 2 of 3 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| | | | | SDS PLUS | | | |
| 436 | CN | IW14170 | 8207502030 | SDS PLUS HAMMER DRILL BIT 10 X 1/2 SDS PLUS | 10 | 1.50 | 15.00 |
| 437 | CN | IW14177 | 8207502030 | SDS PLUS HAMMER DRILL BIT 12X5/8 SDS PLUS | 12 | 3.89 | 46.68 |
| 438 | CN | 3016012 | 8207502055 | DRL BIT 3/16 X 3-1/2 COBALT ROUND SHANK METAL DRILLING | 24 | 0.78 | 18.72 |
| 439 | BR | IW2151 | 8207508000 | 8.00 MM GLASS DRILL BIT 8.00 MM GLASS DRILL BIT | 10 | 3.64 | 36.40 |
| 440 | CN | 3016008 | 8207502055 | DRL BIT 1/8 X 2-3/4 COBALT ROUND SHANK METAL DRILLING | 24 | 0.53 | 12.72 |
| 441 | CN | 3016010 | 8207502055 | DRL BIT 5/32 X 3-1/8 COBALT ROUND SHANK METAL DRILLING | 24 | 0.64 | 15.36 |
| 442 | CN | 3016132 | 8207502055 | 1/2 COBALT 135 DEGREE-JOBBER LEN-CRD ROUND SHANK METAL DRILLING | 25 | 6.28 | 157.00 |
| 443 | BR | IW880 | 8207502030 | MASONRY DRILL BIT 75 X 3.50MM MASONRY DRILL BIT 75 X 3.50MM | 20 | 0.61 | 12.20 |
| 444 | BR | IW884 | 8207502030 | MASONRY DRILL BIT 100 X 6 MM BROCA CONCRETO 100 X 6.00MM | 20 | 0.61 | 12.20 |
| 445 | BR | IW887 | 8207502030 | MASONRY DRILL BIT 120 X 8.00MM 5/16IN BROCA MURO 5/16 FUNDA | 10 | 0.77 | 7.70 |
| 446 | BR | IW882 | 8207502030 | MASONRY DRILL BIT 90 X 5.00MM 3/16IN BROCA MURO 3/16 FUNDA | 20 | 0.59 | 11.80 |
| 447 | BR | IW893 | 8207502030 | MASONRY DRILL BIT 150 X 13.00M | 10 | 1.59 | 15.90 |

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS FAJARDO 2085
PLAZA DEL ESTE- STATE RD 3
00738 FAJARDO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674172 | 10/06/2018 | 1262155 | 9820015042 | 10/11/2018 | 1804047207 | 3 of 3 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| | | | | MASONRY DRILL BIT 150 X 13.00M | | | |
| 448 | CN | 3016016 | 8207502055 | DRL BIT 1/4 X 4 COBALT ROUND SHANK METAL DRILLING | 24 | 1.45 | 34.80 |
| 449 | CN | 3016020 | 8207502055 | DRL BIT 5/16 X 4-1/2 COBALT ROUND SHANK METAL DRILLING | 25 | 2.24 | 56.00 |
| 450 | CN | 3016024 | 8207502055 | DRL BIT 3/8 X 5 COBALT ROUND SHANK METAL DRILLING | 25 | 3.31 | 82.75 |
| 451 | CN | 14030 | 8202390070 | SAW BLD 7-1/4 24T TK SAW BLD 7-1/4 24T TK | 10 | 7.79 | 77.90 |

INVOICE TOTAL QTY                                    PC     453

SUB - TOTAL                                              USD        1,575.43

TOTAL INVOICE                                          USD        1,575.43

# OF PACKAGES        : 2
GROSS WEIGHT        : 52.617 KG,  116 LB
ECCN        : EAR99
LICENSE NO : NLR-C33
CARRIER        : SCOTT LOGISTICS CORP

_____
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated data will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or and-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  10/11/2018 | *Invoice No:  9820015041 | PO No:  674714 |
| *Vendor No:  000390302 | Terms Type:  _____ | Buyer Name:  _____ |
| Division No:  _____ | Terms Date:  Invoice Date | *Buyer Store #:  1935 |
| AFE No:  _____ | Term Net Days:  90 | Remit To Name:  Black   Decker (PR) LLC |
| *Dept No:  609 | Disc Percent:  _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due:  _____ | Contact Name:  _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #:  _____

| | |
|---|---|
| Allow Type:  _____ | Allow Amt:  _____ |
| Charge Type 1:  _____ | Charge Amt 1:  _____ |  *No of Ln Items:  2 |
| Charge Type 2:  _____ | Charge Amt 2:  _____ |  *Tot Inv Amt:  349.25 |

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 200 | Each | 0.5 | Buyer Item No | 38706 | UPC Code | 0288775 35579 | | | | | | 1 0 |
| 2 | 1 | Each | 249.25 | Buyer Item No | 39935 | UPC Code | 8859113 20566 | | | | | | 2 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS MAYAGUEZ 1935
MAYAGUEZ MALL
00680 MAYAGUEZ
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674714 | 10/09/2018 | 1282155 | 9820015041 | 10/11/2018 | 1804052208 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 20 | US | DCD985M2 39935 | 8467210070 | 18VLI-IonPremium3-SpeedHammerdrill(4.0ah 18VLI-IonPremium3-SpeedHammerdrill(4.0ah | 1 | 249.25 | 249.25 |
| 21 | TW | DW44619 38706 | 6804221000 | THIN CUT 4 1/2. 1 MM TYPE 27 4 1/2X1.0MMX7/8 MET CUT | 200 | 0.50 | 100.00 |

INVOICE  TOTAL QTY                          PC    201

SUB - TOTAL                                              USD        349.25

TOTAL INVOICE                                          USD        349.25

# OF PACKAGES             : 2
GROSS WEIGHT            : 12.247 KG,  27  LB
ECCN                          : EAR99
LICENSE NO : NLR-C33
CARRIER                    : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  10/11/2018                *Invoice No:  9820015040              PO No:  184835

*Vendor No:  000390302                    Terms Type:  _____              Buyer Name:  _____

Division No:  _____                  Terms Date:  Invoice Date            *Buyer Store #:  8975

AFE No:  _____                       Term Net Days:  60                   Remit To Name:  Black  Decker (PR) LLC

*Dept No:  609                            Disc Percent:  _____            *Remit To DUNS:  001317189

*Product Code:  Fair Labor Standards Act       Disc Days Due:  _____           Contact Name:  _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #:  _____

Allow Type:  _____                   Allow Amt:  _____

Charge Type 1:  _____                Charge Amt 1:  _____            *No of Ln Items:  6

Charge Type 2:  _____                Charge Amt 2:  _____            *Tot Inv Amt:  29150.00

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 18.82 | Buyer Item No | 10780 | UPC Code | 8859115 22625 | | | | | | 0 7 |
| 2 | 200 | Each | 36.5 | Buyer Item No | 1668 | UPC Code | 8859114 60705 | | | | | | 0 1 |
| 3 | 50 | Each | 305 | Buyer Item No | 34307 | UPC Code | 8859114 54179 | | | | | | 0 |
| 4 | 0 | Each | 7.82 | Buyer Item No | 35984 | European Article No | 3253561 723742 | | | | | | 0 1 |
| 5 | 30 | Each | 35 | Buyer Item No | 53872 | UPC Code | 8859114 53509 | | | | | | 0 5 |
| 6 | 300 | Each | 18.5 | Buyer Item No | 53873 | UPC Code | 8859114 63300 | | | | | | 0 |

DIcentral Corp.

# OCEAN FREIGHT LINK
## BILL OF LADING

**Date:** 10/12/2018    **Consol. #** 003229

**B/L #** 032500

| From / Shipper: | To / Consignee: | Tax Exempt #: | 00039607-0249 |
|---|---|---|---|

**From / Shipper:**
BLACK & DECKER US INC
c/o
9850 PREMIER PKWY

MIRAMAR, FL 33025

**To / Consignee:**
SEARS CUPEY BAJO
c/o #8975
CARR# 176, KM 0.5

CUPEY BAJO, PR 00926

**Shipper EIN#:** 521127357

**Consignee EIN#:** 66-0233626

**COD Information:    Mail To:**

**Notify Information:**
SEARS CUPEY BAJO

**COD Amount:** $0.00

**Related Freight Bill =**

**Reference Numbers:**
PO# 184835 - INV 9820015040

**- ACE ITN Number -**
X20181012156148

**- SURI Number -**

SHIPPER DEC - REMAINDER OF SHIPMENT VALUED $2,500.00 OR LESS PER INDIVIDUAL SCHEDULE B NUMBER

| Booking # | Container # | Vessel | Voyage # | Seal # | Ctnr. Size | Our Ship # |
|---|---|---|---|---|---|---|
| SSL000602398 | STRU881815-0 | ISLA BELLA | 5150 | 001071 | 53' | 32500 |

| Port of Loading | Port of Unloading |
|---|---|
| JACKSONVILLE, FL | SAN JUAN, PR |

| HM | Marks | No. Shiping Units | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|---|---|---|---|---|---|
|  |  | 17    PCS | TOOLS, NOI | 5,968 | 762 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSSHIPPED AS HEREIN PROVIDED. THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN. DURING THE PERIOD OF RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF LOADING, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND OF THE FMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS GENERALLY IN USE. DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE LOADED ON BOARD, CARRIED OR DISCHARGED FROM ANY VESSEL, AND DURING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND DURING THE TIME THE GOODS ARE ONCARRIED OR TRANSPORTED OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THIS CARRIAGE SHALL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING. WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE AND FOR THE VALUE SPECIFIED IN THE FACE OF THIS BILL OF LADING. OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID, SUBJECT TO CONDITIONS SET FORTH IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FOR HEREIN.

| Receivers Name | Receivers Signature | Date |
|---|---|---|
|  |  |  |

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
CARRERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 184835 | 10/05/2018 | 1262155 | 9820015040 | 10/11/2018 | 1804046927 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Codo | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 20 | CN | RT18KA-B3 | 8467210070 | 180W ROTARY TOOL KIT<br>180W Herramienta Rotativa para | 200 | 36.50 | 7,300.00 |
| 50 | CN | TP555-B3<br>53872 | 8467210070 | 550W 10MM VARIABLE SPEED HAMMER DRILL<br>TALADRO ROTACIONAL 3/8PLG 550W | 300 | 18.50 | 5,550.00 |
| 60 | CN | HD565K-B3<br>53872 | 8467210070 | 550W 13MM HAMMER DRILL KITBOX & TOOLS<br>Taladro Percutor 550W 13mm con | 30 | 35.00 | 1,050.00 |
| 61 | TW | DCS7485T1 | 8465910078 | 60V MAX TABLE SAW W/BATTERY & CHARGER<br>SIERRA DE MESA | 50 | 305.00 | 15,250.00 |

INVOICE  TOTAL QTY                        PC      580

SUB - TOTAL                                          USD        29,150.00

TOTAL INVOICE                                        USD        29,150.00

# OF PACKAGES          : 17
GROSS WEIGHT          : 2,707.043 KG, 5,967.95 LB
ECCN          : EAR99
LICENSE NO : NLR-C33
CARRIER          : SCOTT LOGISTICS CORP

_____
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 10/11/2018 | *Invoice No: 9820015038 | PO No: 184835 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 8975 |
| AFE No: _____ | Term Net Days: 60 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____          Allow Amt: _____

Charge Type 1: _____          Charge Amt 1: _____          *No of Ln Items: 6

Charge Type 2: _____          Charge Amt 2: _____          *Tot Inv Amt: 2346.00

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 18.82 | Buyer Item No | 10780 | UPC Code | 8859115 22625 | | | | | | 0 |
| 2 | 0 | Each | 36.5 | Buyer Item No | 1668 | UPC Code | 8859114 60705 | | | | | | 0 |
| 3 | 0 | Each | 305 | Buyer Item No | 34307 | UPC Code | 8859114 54179 | | | | | | 0 |
| 4 | 300 | Each | 7.82 | Buyer Item No | 35984 | European Article No | 3253561 723742 | | | | | | 2 |
| 5 | 0 | Each | 35 | Buyer Item No | 53872 | UPC Code | 8859114 53509 | | | | | | 0 |
| 6 | 0 | Each | 18.5 | Buyer Item No | 53873 | UPC Code | 8859114 63300 | | | | | | 0 |

Dlcentral Corp.

# OCEAN FREIGHT LINK
## BILL OF LADING

**B/L #** 032521

**Date:** 10/12/2018    **Consol. #** 003229

| From / Shipper: | To / Consignee: | Tax Exempt #: | 00039607-0249 |
|---|---|---|---|

**From / Shipper:**
STANLEY BLACK & DECKER, INC.
c/o
9850 PREMIER PKWY

MIRAMAR, FL 33025

**To / Consignee:**
SEARS CUPEY BAJO
c/o #8975
CARR# 176, KM 0.5

CUPEY BAJO, PR 00926

**Shipper EIN#:** 06-0548860

**Consignee EIN#:** 66-0233626

**COD Information:    Mail To:**

**Notify Information:**
SEARS CUPEY BAJO

**Related Freight Bill =**

**COD Amount:** $0.00

**Reference Numbers:**
PO# 184835 - INV 9820015038

**- ACE ITN Number -**
X20181012156148

**- SURI Number -**

SHIPPER DEC - REMAINDER OF SHIPMENT VALUED $2,500.00 OR LESS PER INDIVIDUAL SCHEDULE B NUMBER

| Booking # | Container # | Vessel | Voyage # | Seal # | Ctnr. Size | Our Ship # |
|---|---|---|---|---|---|---|
| SSL000602398 | STRU881815-0 | ISLA BELLA | 5150 | 001071 | 53' | 32521 |

| Port of Loading | Port of UnLoading |
|---|---|
| * JACKSONVILLE, FL | SAN JUAN, PR |

| HM | Marks | No. Shiping Units | | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|---|---|---|---|---|---|---|
| | | 4 | PCS | TOOLS, NOI | 520 | 118 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSSHIPPED AS HEREIN PROVIDED.  THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN.  DURING THE  PERIOD OF RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF LOADING, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND OF THE FMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS GENERALLY IN USE.  DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE ON CARRIED OR TRANSPORTED DISCHARGED FROM ANY VESSEL, AND DURING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND DURING THE TIME THE GOODS ARE IN CUSTODY OF THE OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THIS INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE AND FOR THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING. WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE AND FOR THE VALUE SPECIFIED ON THE FACE OF THIS BILL OF LADING. OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID, SUBJECT TO CONDITIONS SET FORTH IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS. SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FOR HEREIN.

| Receivers Name | Receivers Signature | Date |
|---|---|---|



REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 184835 | 10/05/2018 | 1262155 | 9820015038 | 10/11/2018 | 1804046927 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 40 | CN | STST512114LA | 4202929100 | 12-INCH SOFT SIDE TOOL BAG BOLSA DE HERRAMIENTAS DE 12I | 300 | 7.82 | 2,346.00 |

INVOICE TOTAL QTY                                    PC    300

SUB - TOTAL                                                USD        2,346.00

TOTAL INVOICE                                              USD        2,346.00

# OF PACKAGES        : 4
GROSS WEIGHT         : 235.868 KG,  519.99  LB
ECCN                 : EAR99
LICENSE NO : NLR-C33
CARRIER              : SCOTT LOGISTICS CORP

---

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAROLINA 1925
PLAZA CAROLINA SHOPPING CENTER
00987 CAROLINA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674168 | 10/05/2018 | 1262155 | 9820015037 | 10/11/2018 | 1804046990 | 1 of 3 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | 15230LA | 8202310000 | SAW BLD 7-1/4 40T CD LATIN AMERICA | 10 | 6.50 | 65.00 |
| 80 | CN | IW14056 | 8202990000 | JIGSAW-WOOD-T-10MM-10TPI HCS | 10 | 1.06 | 10.60 |
| 110 | CN | 3520031C | 8207906000 | POWER BIT 1P 1-15/16 | 10 | 0.56 | 5.60 |
| 120 | CN | 3547121C | 8204200000 | NUTSETTER GOLD SET 1/4X1-7/8 MAGNTC | 10 | 1.56 | 15.60 |
| 130 | US | 3547721C | 8204200000 | NUTSETTER GOLD SET 7/16X1-7/8 MAGNTC | 25 | 1.86 | 46.50 |
| 140 | US | 3547521C | 8204200000 | NUTSETTER GOLD SET 3/8"X1-7/8" | 25 | 1.74 | 43.50 |
| 150 | US | 10220CB | 8207502080 | STEP DRL COBALT 20 9/16-1 8 SZ | 10 | 28.39 | 283.90 |
| 190 | CN | IW14144 | 8207502030 | SDS PLUS HAMMER DRILL BIT 6 X 5/32 | 10 | 0.90 | 9.00 |
| 20 | DE | 331001 | 8207907585 | FLAT CHISEL 3/4 X 10 | 10 | 10.55 | 105.50 |
| 30 | US | 10233 | 8207502080 | STEP DRL 3 1/4-3/4 9 SZ | 10 | 15.70 | 157.00 |
| 1 | CN | 15187 | 8202310000 | SAW BLD 10 80T CD LATIN AMERICA CONS/STEEL SAW BLADES | 10 | 16.00 | 160.00 |
| 2 | CN | 363017LA | 8202310000 | SAW BLD 184 X 48T X 30 MULTICORTE | 10 | 15.00 | 150.00 |

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAROLINA 1925
PLAZA CAROLINA SHOPPING CENTER
00987 CAROLINA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674168 | 10/05/2018 | 1262155 | 9820015037 | 10/11/2018 | 1804046990 | 2 of 3 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| | | | | SAW BLD 184 X 48T X 30 MULTICORTE | | | |
| 433 | CN | IW8943 | 6804210080 | DIAMOND BLADE 115MM 4.1/2IN - CON DISCO DIAM 4-1/2IN - CONTINUO | 10 | 3.11 | 31.10 |
| 434 | CN | 3520071C | 8207906000 | POWER BIT 2P 1-15/16INCH SCREWDRIVER BITS | 25 | 0.56 | 14.00 |
| 435 | CN | IW14153 | 8207502030 | SDS PLUS HAMMER DRILL BIT 6 X 1/4 SDS PLUS | 10 | 1.70 | 17.00 |
| 436 | CN | IW14170 | 8207502030 | SDS PLUS HAMMER DRILL BIT 10 X 1/2 SDS PLUS | 10 | 1.50 | 15.00 |
| 437 | CN | IW14177 | 8207502030 | SDS PLUS HAMMER DRILL BIT 12X5/8 SDS PLUS | 12 | 3.89 | 46.68 |
| 438 | CN | 3016012 | 8207502055 | DRL BIT 3/16 X 3-1/2 COBALT ROUND SHANK METAL DRILLING | 24 | 0.78 | 18.72 |
| 439 | BR | IW2151 | 8207508000 | 8.00 MM GLASS DRILL BIT 8.00 MM GLASS DRILL BIT | 10 | 3.64 | 36.40 |
| 440 | CN | 3016008 | 8207502055 | DRL BIT 1/8 X 2-3/4 COBALT ROUND SHANK METAL DRILLING | 24 | 0.53 | 12.72 |
| 441 | CN | 3016010 | 8207502055 | DRL BIT 5/32 X 3-1/8 COBALT ROUND SHANK METAL DRILLING | 24 | 0.64 | 15.36 |
| 442 | CN | 3016132 | 8207502055 | 1/2 COBALT 135 DEGREE-JOBBER LEN-CRD ROUND SHANK METAL DRILLING | 25 | 6.28 | 157.00 |
| 443 | BR | IW880 | 8207502030 | MASONRY DRILL BIT 75 X 3.50MM MASONRY DRILL BIT 75 X 3.50MM | 20 | 0.61 | 12.20 |
| 444 | BR | IW884 | 8207502030 | MASONRY DRILL BIT 100 X 6 MM BROCA CONCRETO 100 X 6.00MM | 20 | 0.61 | 12.20 |
| 445 | BR | IW887 | 8207502030 | MASONRY DRILL BIT 120 X 8.00MM | 10 | 0.77 | 7.70 |

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAROLINA 1925
PLAZA CAROLINA SHOPPING CENTER
00987 CAROLINA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674168 | 10/05/2018 | 1262155 | 9820015037 | 10/11/2018 | 1804046990 | 3 of 3 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| | | | | 5/16IN BROCA MURO 5/16 FUNDA | | | |
| 446 | BR | IW882 | 8207502030 | MASONRY DRILL BIT 90 X 5.00MM | 20 | 0.59 | 11.80 |
| | | | | 3/16IN BROCA MURO 3/16 FUNDA | | | |
| 447 | BR | IW893 | 8207502030 | MASONRY DRILL BIT 150 X 13.00M MASONRY DRILL BIT 150 X 13.00M | 10 | 1.59 | 15.90 |
| 448 | CN | 3016016 | 8207502055 | DRL BIT 1/4 X 4 COBALT ROUND SHANK METAL DRILLING | 24 | 1.45 | 34.80 |
| 449 | CN | 3016020 | 8207502055 | DRL BIT 5/16 X 4-1/2 COBALT ROUND SHANK METAL DRILLING | 25 | 2.24 | 56.00 |
| 450 | CN | 3016024 | 8207502055 | DRL BIT 3/8 X 5 COBALT ROUND SHANK METAL DRILLING | 25 | 3.31 | 82.75 |
| 451 | CN | 14030 | 8202390070 | SAW BLD 7-1/4 24T TK SAW BLD 7-1/4 24T TK | 10 | 7.79 | 77.90 |

INVOICE TOTAL QTY                    PC    488

SUB - TOTAL                                    USD      1,727.43

TOTAL INVOICE                               USD      1,727.43

\# OF PACKAGES        : 2
GROSS WEIGHT       : 70.760 KG,  156  LB
ECCN                      : EAR99
LICENSE NO : NLR-C33
CARRIER                : SCOTT LOGISTICS CORP

_____
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/11/2018

*Invoice No: 9820015036          PO No: 674164

*Vendor No: 000390302          Terms Type: _____          Buyer Name: _____

Division No: _____          Terms Date: Invoice Date          *Buyer Store #: 1085

AFE No: _____          Term Net Days: 90          Remit To Name: Black   Decker (PR) LLC

*Dept No: 609          Disc Percent: _____          *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act          Disc Days Due: _____          Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____          Allow Amt: _____

Charge Type 1: _____          Charge Amt 1: _____          *No of Ln Items: 49

Charge Type 2: _____          Charge Amt 2: _____          *Tot Inv Amt: 1727.13

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | Each | 6.50 | Buyer Item No | 12492 | UPC Code | 0247211 52305 | | | | | | 6 |
| 2 | 10 | Each | 16.00 | Buyer Item No | 12497 | UPC Code | 0247211 51872 | | | | | | 1 0 |
| 3 | 10 | Each | 15.00 | Buyer Item No | 12501 | UPC Code | 0247210 17147 | | | | | | 1 0 |
| 4 | 10 | Each | 3.11 | Buyer Item No | 12526 | European Article No | 7897095 026212 | | | | | | 3 |
| 5 | 0 | Each | 3.07 | Buyer Item No | 12538 | European Article No | 7897095 026281 | | | | | | 0 |
| 6 | 0 | Each | 3.09 | Buyer Item No | 12539 | European Article No | 7897095 026243 | | | | | | 0 |
| 7 | 0 | Each | 0.85 | Buyer Item No | 12625 | UPC Code | 6737650 13471 | | | | | | 0 |
| 8 | 10 | Each | 1.06 | Buyer Item No | 12626 | European Article No | 7897095 036082 | | | | | | 1 |
| 9 | 0 | Each | 1.26 | Buyer Item No | 12629 | European Article No | 7897095 036143 | | | | | | 0 |
| 10 | 0 | Each | 9.58 | Buyer Item No | 12631 | UPC Code | 8859113 59627 | | | | | | 0 |
| 11 | 25 | Each | 0.56 | Buyer Item No | 12641 | UPC Code | 6737650 13419 | | | | | | 1 |
| 12 | 10 | Each | 0.53 | Buyer Item No | 12643 | UPC Code | 6737650 13402 | | | | | | 5 |
| 13 | 10 | Each | 1.56 | Buyer Item No | 12656 | UPC Code | 6737650 12658 | | | | | | 1 |
| 14 | 25 | Each | 1.86 | Buyer Item No | 12744 | UPC Code | 6737650 12719 | | | | | | 4 |
| 15 | 25 | Each | 1.74 | Buyer Item No | 12769 | UPC Code | 6737650 12696 | | | | | | 4 |
| 16 | 10 | Each | 28.39 | Buyer Item No | 13002 | UPC Code | 0385480 99248 | | | | | | 2 0 |
| 17 | 0 | Each | 5.87 | Buyer Item No | 13176 | European Article No | 7897095 010952 | | | | | | 0 |
| 18 | 10 | Each | 1.70 | Buyer Item No | 13178 | UPC Code | 7897095 03660 | | | | | | 1 |
| 19 | 0 | Each | 1.14 | Buyer Item No | 1318 | European Article No | 7897095 036617 | | | | | | 0 |
| 20 | 10 | Each | 0.90 | Buyer Item No | 1329 | European Article No | 7897095 036518 | | | | | | 9 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

| BILL TO | SOLD TO | SHIP TO |
|---------|---------|---------|
| SEARS | SEARS | SEARS CAGUAS 2915 |
| DALLAS ACCTS. PAYABLE | DALLAS ACCTS. PAYABLE | LAS CATALINAS MALL |
| 00752-6602 DALLAS | 00752-6602 DALLAS | 00725 CAGUAS |
| PUERTO RICO | PUERTO RICO | PUERTO RICO |

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|----------|---------------|-------------|------------|----------|---------|------|-------------|------|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674164 | 10/05/2018 | 1262155 | 9820015036 | 10/11/2018 | 1804047013 | 1 of 3 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|----|-----|--------------------------|---------------|-------------|-----|------------|------------|
| 10 | CN | 15230LA _12492_ | 8202310000 | SAW BLD 7-1/4 40T CD LATIN AMERICA<br>SAW BLD 7-1/4 40T CD LATIN AMERICA | 10 | 6.50 | 65.00 |
| 80 | CN | IW14056 _12626_ | 8202990000 | JIGSAW-WOOD-T-10MM-10TPI HCS<br>JIGSAW-WOOD-T-10MM-10TPI HCS | 10 | 1.06 | 10.60 |
| 110 | CN | 3520031C _12643_ | 8207906000 | POWER BIT 1P 1-15/16<br>POWER BIT 1P 1-15/16 | 10 | 0.56 | 5.60 |
| 120 | CN | 3547121C _12656_ | 8204200000 | NUTSETTER GOLD SET 1/4X1-7/8 MAGNTC<br>NUTSETTER GOLD SET 1/4X1-7/8 MAGNTC | 10 | 1.56 | 15.60 |
| 130 | US | 3547721C _12744_ | 8204200000 | NUTSETTER GOLD SET 7/16X1-7/8 MAGNTC<br>NUTSETTER GOLD SET 7/16X1-7/8 MAGNTC | 25 | 1.86 | 46.50 |
| 140 | US | 3547521C _12769_ | 8204200000 | NUTSETTER GOLD SET 3/8"X1-7/8"<br>NUTSETTER GOLD SET 3/8"X1-7/8" | 25 | 1.74 | 43.50 |
| 150 | US | 10220CB _13002_ | 8207502080 | STEP DRL COBALT 20 9/16-1 8 SZ<br>STEP DRL COBALT 20 9/16-1 8 SZ | 10 | 28.39 | 283.90 |
| 190 | CN | IW14144 _1329_ | 8207502030 | SDS PLUS HAMMER DRILL BIT 6 X 5/32<br>SDS PLUS | 10 | 0.90 | 9.00 |
| 220 | DE | 331001 _13538_ | 8207907585 | FLAT CHISEL 3/4 X 10<br>FLAT CHISEL 3/4 X 10 | 10 | 10.55 | 105.50 |
| 430 | US | 10233 _17109_ | 8207502080 | STEP DRL 3 1/4-3/4 9 SZ<br>STEP DRL 3 1/4-3/4 9 SZ | 10 | 15.70 | 157.00 |
| 431 | CN | 15187 _12497_ | 8202310000 | SAW BLD 10 80T CD LATIN AMERICA<br>CONS/STEEL SAW BLADES | 10 | 16.00 | 160.00 |
| 432 | CN | 363017LA _12501_ | 8202310000 | SAW BLD 184 X 48T X 30 MULTICORTE | 10 | 15.00 | 150.00 |

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAGUAS 2915
LAS CATALINAS MALL
00725 CAGUAS
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674164 | 10/05/2018 | 1262155 | 9820015036 | 10/11/2018 | 1804047013 | 2 of 3 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| | | | | SAW BLD 184 X 48T X 30 MULTICORTE | | | |
| 433 | CN | IW8943 *12526* | 6804210080 | DIAMOND BLADE 115MM 4.1/2IN - CON DISCO DIAM 4-1/2IN - CONTINUO | 10 | 3.11 | 31.10 |
| 434 | CN | 3520071C *12641* | 8207906000 | POWER BIT 2P 1-15/16INCH SCREWDRIVER BITS | 25 | 0.56 | 14.00 |
| 435 | CN | IW14153 *1317V* | 8207502030 | SDS PLUS HAMMER DRILL BIT 6 X 1/4 SDS PLUS | 10 | 1.70 | 17.00 |
| 436 | CN | IW14170 *13566* | 8207502030 | SDS PLUS HAMMER DRILL BIT 10 X 1/2 SDS PLUS | 10 | 1.50 | 15.00 |
| 437 | CN | IW14177 *1357* | 8207502030 | SDS PLUS HAMMER DRILL BIT 12X5/8 SDS PLUS | 12 | 3.89 | 46.68 |
| 438 | CN | 3016012 *13573* | 8207502055 | DRL BIT 3/16 X 3-1/2 COBALT ROUND SHANK METAL DRILLING | 24 | 0.78 | 18.72 |
| 439 | BR | IW2151 *13580* | 8207508000 | 8.00 MM GLASS DRILL BIT 8.00 MM GLASS DRILL BIT | 10 | 3.64 | 36.40 |
| 440 | CN | 3016008 *1367* | 8207502055 | DRL BIT 1/8 X 2-3/4 COBALT ROUND SHANK METAL DRILLING | 24 | 0.53 | 12.72 |
| 441 | CN | 3016010 *13699* | 8207502055 | DRL BIT 5/32 X 3-1/8 COBALT ROUND SHANK METAL DRILLING | 24 | 0.64 | 15.36 |
| 442 | CN | 3016132 *17521* | 8207502055 | 1/2 COBALT 135 DEGREE-JOBBER LEN-CRD ROUND SHANK METAL DRILLING | 25 | 6.28 | 157.00 |
| 443 | BR | IW880 *17528* | 8207502030 | MASONRY DRILL BIT 75 X 3.50MM MASONRY DRILL BIT 75 X 3.50MM | 20 | 0.61 | 12.20 |
| 444 | BR | IW884 *17534* | 8207502030 | MASONRY DRILL BIT 100 X 6 MM BROCA CONCRETO 100 X 6.00MM | 20 | 0.61 | 12.20 |
| 445 | BR | IW887 *17670* | 8207502030 | MASONRY DRILL BIT 120 X 8.00MM | 10 | 0.77 | 7.70 |

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

| BILL TO | SOLD TO | SHIP TO |
|---------|---------|---------|
| SEARS | SEARS | SEARS CAGUAS 2915 |
| DALLAS ACCTS. PAYABLE | DALLAS ACCTS. PAYABLE | LAS CATALINAS MALL |
| 00752-6602 DALLAS | 00752-6602 DALLAS | 00725 CAGUAS |
| PUERTO RICO | PUERTO RICO | PUERTO RICO |

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|----------|---------------|-------------|------------|----------|---------|------|-------------|------|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674164 | 10/05/2018 | 1262155 | 9820015036 | 10/11/2018 | 1804047013 | 3 of 3 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|----|-----|--------------------------|---------------|-------------|-----|------------|------------|
| | | | | 5/16IN BROCA MURO 5/16 FUNDA | | | |
| 446 | BR | IW882  .17672 | 8207502030 | MASONRY DRILL BIT 90 X 5.00MM 3/16IN BROCA MURO 3/16 FUNDA | 20 | 0.59 | 11.80 |
| 447 | BR | IW893  17675 | 8207502030 | MASONRY DRILL BIT 150 X 13.00M MASONRY DRILL BIT 150 X 13.00M | 10 | 1.59 | 15.90 |
| 448 | CN | 3016016  17688 | 8207502055 | DRL BIT 1/4 X 4 COBALT ROUND SHANK METAL DRILLING | 24 | 1.45 | 34.80 |
| 449 | CN | 3016020  17689 | 8207502055 | DRL BIT 5/16 X 4-1/2 COBALT ROUND SHANK METAL DRILLING | 25 | 2.24 | 56.00 |
| 450 | CN | 3016024  17680 | 8207502055 | DRL BIT 3/8 X 5 COBALT ROUND SHANK METAL DRILLING | 25 | 3.31 | 82.75 |
| 451 | CN | 14030  17808 | 8202390070 | SAW BLD 7-1/4 24T TK SAW BLD 7-1/4 24T TK | 10 | 7.79 | 77.90 |

INVOICE TOTAL QTY                             PC   488
SUB - TOTAL                                            USD      1,727.43
TOTAL INVOICE                                        USD      1,727.43

# OF PACKAGES        : 2
GROSS WEIGHT        : 54.885 KG,  121 LB
ECCN                       : EAR99
LICENSE NO : NLR-C33
CARRIER                  : SCOTT LOGISTICS CORP

_____
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1     Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  10/11/2018 | *Invoice No:  9820015028 | PO No:  185451 |
| *Vendor No:  000390302 | Terms Type:  _____ | Buyer Name:  _____ |
| Division No:  _____ | Terms Date:  Invoice Date | *Buyer Store #:  8975 |
| AFE No:  _____ | Term Net Days:  60 | Remit To Name:  Black   Decker (PR) LLC |
| *Dept No:  609 | Disc Percent:  _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due:  _____ | Contact Name:  _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #:  _____

| | | | |
|---|---|---|---|
| Allow Type:  _____ | | Allow Amt:  _____ | |
| Charge Type 1:  _____ | Charge Amt 1:  _____ | *No of Ln Items:  7 | |
| Charge Type 2:  _____ | Charge Amt 2:  _____ | *Tot Inv Amt:  2500.00 | |

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 99.17 | Buyer Item No | 11719 | UPC Code | 8859115 10332 | | | | | | 0 |
| 2 | 0 | Each | 136 | Buyer Item No | 11819 | UPC Code | 8859114 12247 | | | | | | 0 |
| 3 | 0 | Each | 23.7 | Buyer Item No | 14306 | UPC Code | 8859114 48048 | | | | | | 0 |
| 4 | 0 | Each | 89.5 | Buyer Item No | 20776 | UPC Code | 8859114 49311 | | | | | | 0 |
| 5 | 0 | Each | 50 | Buyer Item No | 37454 | UPC Code | 8859113 89631 | | | | | | 0 |
| 6 | 0 | Each | 116.16 | Buyer Item No | 41609 | European Article No | 5035048 452196 | | | | | | 0 2 |
| 7 | 125 | Each | 20 | Buyer Item No | 53874 | UPC Code | 8859113 45804 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
OCFT
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 185451 | 10/06/2018 | 1262155 | 9820015028 | 10/11/2018 | 1804047226 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 60 | CN | BDEG400 53874 | 8467290010 | 4.5 IN ANGLE GRINDER 6.0 AMP Mini Esmeril 4 1/2 pulg 6.5 Am | 125 | 20.00 | 2,500.00 |
| | | | | INVOICE TOTAL QTY | PC | 125 | |
| | | | | SUB - TOTAL | | USD | 2,500.00 |
| | | | | TOTAL INVOICE | | USD | 2,500.00 |

```
#OF PACKAGES: 2 plts
GROSS WEIGHT: 637 lbs
CARRIER : averitt 0309685792
```

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/11/2018          *Invoice No: 9820015027          PO No: 674246

*Vendor No: 000390302             Terms Type: _____          Buyer Name: _____

Division No: _____          Terms Date:  Invoice Date          *Buyer Store #: 1945

AFE No: _____               Term Net Days:  60               Remit To Name:  Black   Decker (PR) LLC

*Dept No:  609                   Disc Percent: _____          *Remit To DUNS:  001317189

*Product Code:  Fair Labor Standards Act          Disc Days Due: _____          Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Typc: _____                    Allow Amt: _____

Charge Type 1: _____          Charge Amt 1: _____          *No of Ln Items: 4

Charge Type 2: _____          Charge Amt 2: _____          *Tot Inv Amt: 43.14

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|------|------|------|------|------|------|------|------|------|------|---|
| 1 | 0 | Each | 7.99 | Buyer Item No | 80088 | UPC Code | 0288740 58347 | | | | | | 0 |
| 2 | 0 | Each | 7.99 | Buyer Item No | 80122 | UPC Code | 0288740 58323 | | | | | | 0 |
| 3 | 6 | Each | 4.04 | Buyer Item No | 80140 | UPC Code | 0288740 54042 | | | | | | 2 |
| 4 | 5 | Each | 3.78 | Buyer Item No | 80152 | UPC Code | 0288740 54189 | | | | | | 1 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PONCE 1945
OCFT
PLAZA DEL CARIBE MALL
00731 PONCE
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674246 | 10/06/2018 | 1262155 | 9820015027 | 10/11/2018 | 1804047224 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 30 | DE | DW5404  Y | 8207502030 | BIT, SDS PLUS, 3/16" x 8-1/2" 3/16 X 6-1/2 X 8-1/2 | 6 | 4.04 | 24.24 |
| 40 | DE | DW5418  Y | 8207502030 | BIT, SDS PLUS, 1/4" x 8-1/2" 1/4X 6-1/2 X 8-1/2 BROCA SD | 5 | 3.78 | 18.90 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | INVOICE  TOTAL QTY | | | PC | 11 | |
| | | SUB - TOTAL | | | | USD | 43.14 |
| | | TOTAL INVOICE | | | | USD | 43.14 |

```
#OF PACKAGES: 1 plts
GROSS WEIGHT: 2 lbs
CARRIER : averitt 0309685792
```

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1     Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/11/2018          *Invoice No: 9820015026          PO No: 673615

*Vendor No: 000390302             Terms Type: _____          Buyer Name: _____

Division No: _____           Terms Date: Invoice Date        *Buyer Store #: 1905

AFE No: _____                Term Net Days: 60               Remit To Name: Black  Decker (PR) LLC

*Dept No: 609                     Disc Percent: _____         *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act     Disc Days Due: _____     Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____                    Allow Amt: _____

Charge Type 1: _____                 Charge Amt 1: _____        *No of Ln Items: 3

Charge Type 2: _____                 Charge Amt 2: _____        *Tot Inv Amt: 124.11

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 160 | Buyer Item No | 11845 | UPC Code | 8859113 87156 | | | | | | 0 |
| 2 | 3 | Each | .82 | Buyer Item No | 12602 | UPC Code | 0288741 69029 | | | | | | 2 1 |
| 3 | 5 | Each | 24.33 | Buyer Item No | 80112 | UPC Code | 0288775 63053 | | | | | | 0 |

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
OCFT
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673615 | 10/06/2018 | 1262155 | 9820015026 | 10/11/2018 | 1804047222 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 20 | CN | 16902  S | 8207508000 | 1/4 X 2-1/4 GLASS/TILE DRILL BIT BROCA 1/4X2 1/4 | 3 | 0.82 | 2.46 |
| 30 | CN | DW5366  Y | 8207906000 | 10 PC TAPCON SET 10 PC TAPCON SET | 5 | 24.33 | 121.65 |
| | | | | INVOICE  TOTAL QTY            PC        8 | | | |
| | | | | SUB - TOTAL | | USD | 124.11 |
| | | | | TOTAL INVOICE | | USD | 124.11 |

```
#OF PACKAGES: 1 plts
GROSS WEIGHT: 9 lbs
CARRIER : averitt 0309685792
```

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1     Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/11/2018    *Invoice No: 9820015025    PO No: 673640

*Vendor No: 000390302    Terms Type: _____    Buyer Name: _____

Division No: _____    Terms Date: Invoice Date    *Buyer Store #: 1905

AFE No: _____    Term Net Days: 60    Remit To Name: Black  Decker (PR) LLC

*Dept No: 609    Disc Percent: _____    *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act    Disc Days Due: _____    Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____    Allow Amt: _____

Charge Type 1: _____    Charge Amt 1: _____    *No of Ln Items: 1

Charge Type 2: _____    Charge Amt 2: _____    *Tot Inv Amt: 104.94

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6 | Each | 17.49 | Buyer Item No | 80108 | UPC Code | 0288740 57043 | | | | | | 1 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
OCFT
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|----------|---------------|-------------|------------|----------|---------|------|-------------|------|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673640 | 10/06/2018 | 1262155 | 9820015025 | 10/11/2018 | 1804047217 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|----|-----|--------------------------|---------------|-------------|-----|------------|------------|
| 10 | DE | DW5704 80108 | 8207502030 | BIT, SPLINE, 2 CUTTER, 1/2" x 16" BIT, SPLINE, 2 CUTTER, 1/2" x 16" | 6 | 17.49 | 104.94 |

|  |  |  |  |
|--|--|--|--|
| INVOICE TOTAL QTY | PC | 6 | |
| SUB - TOTAL | | USD | 104.94 |
| TOTAL INVOICE | | USD | 104.94 |

```
#OF PACKAGES: 1 plts
GROSS WEIGHT: 6 lbs
CARRIER : averitt 0309685792
```

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  10/11/2018

*Vendor No:  000390302

Division No:  _____

AFE No:  _____

*Dept No:  609

*Product Code:  Fair Labor Standards Act

*Invoice No:  9820015024

Terms Type:  _____

Terms Date:  Invoice Date

Term Net Days:  60

Disc Percent:  _____

Disc Days Due:  _____

PO No:  674541

Buyer Name:  _____

*Buyer Store #:  1905

Remit To Name:  Black   Decker (PR) LLC

*Remit To DUNS:  001317189

Contact Name:  _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an…

Contact Phone #:  _____

Allow Type:  _____

Charge Type 1:  _____

Charge Type 2:  _____

Allow Amt:  _____

Charge Amt 1:  _____

Charge Amt 2:  _____

*No of Ln Items:  5

*Tot Inv Amt:  141.63

| ID | *Qty Invoi… | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3 | Each | .82 | Buyer Item No | 12602 | UPC Code | 0288741 69029 | | | | | | 2 |
| 2 | 5 | Each | 24.33 | Buyer Item No | 80112 | UPC Code | 0288775 63053 | | | | | | 1 0 |
| 3 | 0 | Each | 6.54 | Buyer Item No | 80129 | UPC Code | 0288740 53489 | | | | | | 0 |
| 4 | 6 | Each | 2.92 | Buyer Item No | 80134 | UPC Code | 0288740 54035 | | | | | | 1 |
| 5 | 0 | Each | 330 | Buyer Item No | 81833 | UPC Code | 8859111 53331 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
OCFT
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674541 | 10/06/2018 | 1262155 | 9820015024 | 10/11/2018 | 1804047215 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | DE | DW5403 80134 | 8207502030 | DEW SDS+NCHP DW5403 3/16X4-1/2X6-1/2 DEW SDS+NCHP DW5403 3/16X4-1/2X6-1/2 | 6 | 2.92 | 17.52 |
| 30 | CN | DW5366 Y | 8207906000 | 10 PC TAPCON SET 10 PC TAPCON SET | 5 | 24.33 | 121.65 |
| 40 | CN | 16902 S | 8207508000 | 1/4 X 2-1/4 GLASS/TILE DRILL BIT BROCA 1/4X2 1/4 | 3 | 0.82 | 2.46 |

| | | | |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 14 | |
| SUB - TOTAL | | USD | 141.63 |
| TOTAL INVOICE | | USD | 141.63 |

#OF PACKAGES: 1 plts
GROSS WEIGHT: 9 lbs
CARRIER : averitt 0309685792

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1     Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  10/11/2018 | *Invoice No:  9820015023 | PO No:  674542 |
| *Vendor No:  000390302 | Terms Type:  _____ | Buyer Name:  _____ |
| Division No:  _____ | Terms Date:  Invoice Date | *Buyer Store #:  2355 |
| AFE No:  _____ | Term Net Days:  60 | Remit To Name:  Black  Decker (PR) LLC |
| *Dept No:  609 | Disc Percent:  _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due:  _____ | Contact Name:  _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an-

Contact Phone #:  _____

| | |
|---|---|
| Allow Type:  _____ | Allow Amt:  _____ |
| Charge Type 1:  _____ | Charge Amt 1:  _____ |
| Charge Type 2:  _____ | Charge Amt 2:  _____ |

*No of Ln Items:  2

*Tot Inv Amt:  81.12

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 118 | Buyer Item No | 4163 | UPC Code | 8859113 87125 | | | | | | 0 |
| 2 | 6 | Each | 13.52 | Buyer Item No | 80121 | UPC Code | 0288740 57746 | | | | | | 8 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS HATILLO 2355
OCFT
PLAZA DEL NORTE, 506 CALLE
TRUNCADO
00658-2709 HATILLO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674542 | 10/06/2018 | 1262155 | 9820015023 | 10/11/2018 | 1804047213 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 20 | US | DW5774 80121 | 8207903085 | 2 X 12 SCALING CHISEL 2 X 12 SCALING CHISEL | 6 | 13.52 | 81.12 |
| | | | | INVOICE  TOTAL QTY          PC | 6 | | |
| | | | | SUB - TOTAL | | USD | 81.12 |
| | | | | TOTAL INVOICE | | USD | 81.12 |

#OF PACKAGES: 1 plts
GROSS WEIGHT: 9 lbs
CARRIER : averitt 0309685792

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 10/11/2018 | *Invoice No: 9820015022 | PO No: 674248 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 2085 |
| AFE No: _____ | Term Net Days: 60 | Remit To Name: Black Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____          Allow Amt: _____

Charge Type 1: _____          Charge Amt 1: _____          *No of Ln Items: 4

Charge Type 2: _____          Charge Amt 2: _____          *Tot Inv Amt: 68.52

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 7.99 | Buyer Item No | 80088 | UPC Code | 0288740 58347 | | | | | | 0 |
| 2 | 0 | Each | 7.99 | Buyer Item No | 80122 | UPC Code | 0288740 58323 | | | | | | 0 |
| 3 | 6 | Each | 2.92 | Buyer Item No | 80134 | UPC Code | 0288740 54035 | | | | | | 1 |
| 4 | 5 | Each | 10.2 | Buyer Item No | 80145 | UPC Code | 0288774 34469 | | | | | | 5 |

DICentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS FAJARDO 2085
OCFT
PLAZA DEL ESTE- STATE RD 3
00738 FAJARDO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674248 | 10/06/2018 | 1262155 | 9820015022 | 10/11/2018 | 1804047210 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 30 | DE | DW5403 80134 | 8207502030 | DEW SDS+NCHP DW5403 3/16X4-1/2X6-1/2 DEW SDS+NCHP DW5403 3/16X4-1/2X6-1/2 | 6 | 2.92 | 17.52 |
| 40 | CN | DW5205 80145 | 8207502030 | 5PC PERCUSSION SET W/TOUGH CASE 5PZ PERC ROCK CARB | 5 | 10.20 | 51.00 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 11 |  |
| SUB - TOTAL |  | USD | 68.52 |
| TOTAL INVOICE |  | USD | 68.52 |

```
#OF PACKAGES: 1 plts
GROSS WEIGHT: 8 lbs
CARRIER : averitt 0309685792
```

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/11/2018

*Vendor No: 000390302

Division No: _____

AFE No: _____

*Dept No: 609

*Product Code: Fair Labor Standards Act

*Invoice No: 9820015021

Terms Type: _____

Terms Date: Invoice Date

Term Net Days: 60

Disc Percent: _____

Disc Days Due: _____

PO No: 674172

Buyer Name: _____

*Buyer Store #: 2085

Remit To Name: Black  Decker (PR) LLC

*Remit To DUNS: 001317189

Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____            Allow Amt: _____

Charge Type 1: _____        Charge Amt 1: _____        *No of Ln Items: 49

Charge Type 2: _____        Charge Amt 2: _____        *Tot Inv Amt: 47.90

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 6.97 | Buyer Item No | 12492 | UPC Code | 0247211 | | | | | | 0 |
| 2 | 0 | Each | 19.28 | Buyer Item No | 12497 | UPC Code | 52305 0247211 | | | | | | 0 |
| 3 | 0 | Each | 23.07 | Buyer Item No | 12501 | UPC Code | 51872 0247210 | | | | | | 0 |
| 4 | 0 | Each | 3.11 | Buyer Item No | 12526 | European Article No | 17147 7897095 | | | | | | 0 |
| 5 | 0 | Each | 3.07 | Buyer Item No | 12538 | European Article No | 026212 7897095 | | | | | | 0 |
| 6 | 0 | Each | 3.09 | Buyer Item No | 12539 | European Article No | 026281 7897095 | | | | | | 0 |
| 7 | 0 | Each | 0.85 | Buyer Item No | 12625 | UPC Code | 026243 6737650 | | | | | | 0 |
| 8 | 0 | Each | 1.2 | Buyer Item No | 12626 | European Article No | 13471 7897095 | | | | | | 0 |
| 9 | 0 | Each | 1.26 | Buyer Item No | 12629 | European Article No | 036082 7897095 | | | | | | 0 |
| 10 | 5 | Each | 9.58 | Buyer Item No | 12631 | UPC Code | 036143 8859113 | | | | | | 4 |
| 11 | 0 | Each | 0.63 | Buyer Item No | 12641 | UPC Code | 59627 6737650 | | | | | | 0 |
| 12 | 0 | Each | 0.63 | Buyer Item No | 12643 | UPC Code | 13419 6737650 | | | | | | 0 |
| 13 | 0 | Each | 1.76 | Buyer Item No | 12656 | UPC Code | 13402 6737650 | | | | | | 0 |
| 14 | 0 | Each | 2.09 | Buyer Item No | 12744 | UPC Code | 12658 6737650 | | | | | | 0 |
| 15 | 0 | Each | 1.96 | Buyer Item No | 12769 | UPC Code | 12719 6737650 | | | | | | 0 |
| 16 | 0 | Each | 28.39 | Buyer Item No | 13002 | UPC Code | 12696 0385480 | | | | | | 0 |
| 17 | 0 | Each | 5.87 | Buyer Item No | 13176 | European Article No | 99248 7897095 | | | | | | 0 |
| 18 | 0 | Each | 0.92 | Buyer Item No | 13178 | UPC Code | 010952 7897095 | | | | | | 0 |
| 19 | 0 | Each | 1.14 | Buyer Item No | 1318 | European Article No | 03660 7897095 | | | | | | 0 |
| 20 | 0 | Each | 0.9 | Buyer Item No | 1329 | European Article No | 036617 7897095 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS FAJARDO 2085
OCFT
PLAZA DEL ESTE- STATE RD 3
00738 FAJARDO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674172 | 10/06/2018 | 1262155 | 9820015021 | 10/11/2018 | 1804047208 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 460 | US | DWA2SLS30 | 8207906000 | 30 PC MAXFIT SET W/ SCREW LOCK SLEEVE<br>30 PCS SCREW LOCK SET WITH SLE | 5 | 9.58 | 47.90 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 5 | |
| SUB - TOTAL | | USD | 47.90 |
| TOTAL INVOICE | | USD | 47.90 |

#OF PACKAGES: 1 plts
GROSS WEIGHT: 6 lbs
CARRIER : averitt 0309685792

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

| | |
|---|---|
| *Invoice Date: 10/11/2018 | *Invoice No: 9820015020 |

*Invoice Date: 10/11/2018    *Invoice No: 9820015020    PO No: 673643

*Vendor No: 000390302    Terms Type: _____    Buyer Name: _____

Division No: _____    Terms Date:  Invoice Date    *Buyer Store #:  1935

AFE No: _____    Term Net Days:  60    Remit To Name: Black   Decker (PR) LLC

*Dept No:  609    Disc Percent: _____    *Remit To DUNS:  001317189

*Product Code:  Fair Labor Standards Act    Disc Days Due: _____    Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____    Allow Amt: _____

Charge Type 1: _____    Charge Amt 1: _____    *No of Ln Items:  2

Charge Type 2: _____    Charge Amt 2: _____    *Tot Inv Amt: 24.24

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 7.14 | Buyer Item No | 5096 | UPC Code | 7477528 76230 | | | | | | 0 |
| 2 | 6 | Each | 4.04 | Buyer Item No | 80140 | UPC Code | 0288740 54042 | | | | | | 2 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS MAYAGUEZ 1935
OCFT
MAYAGUEZ MALL
00680 MAYAGUEZ
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673643 | 10/06/2018 | 1262155 | 9820015020 | 10/11/2018 | 1804047204 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | DE | DW5404  Y | 8207502030 | BIT, SDS PLUS, 3/16" x 8-1/2" 3/16 X 6-1/2 X 8-1/2 | 6 | 4.04 | 24.24 |
| | | | | INVOICE  TOTAL QTY                    PC | 6 | | |
| | | | | SUB - TOTAL | | USD | 24.24 |
| | | | | TOTAL INVOICE | | USD | 24.24 |

```
#OF PACKAGES: 1 plts
GROSS WEIGHT: 1 lbs
CARRIER : averitt 0309685792
```

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1     Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 10/11/2018 | *Invoice No: 9820015019 | PO No: 674170 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date:  Invoice Date | *Buyer Store #: 1935 |
| AFE No: _____ | Term Net Days:  60 | Remit To Name: Black   Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____                    Allow Amt: _____

Charge Type 1: _____          Charge Amt 1: _____          *No of Ln Items: 49

Charge Type 2: _____          Charge Amt 2: _____          *Tot Inv Amt: 47.90

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 6.97 | Buyer Item No | 12492 | UPC Code | 0247211 52305 | | | | | | 0 |
| 2 | 0 | Each | 19.28 | Buyer Item No | 12497 | UPC Code | 0247211 51872 | | | | | | 0 |
| 3 | 0 | Each | 23.07 | Buyer Item No | 12501 | UPC Code | 0247210 17147 | | | | | | 0 |
| 4 | 0 | Each | 3.11 | Buyer Item No | 12526 | European Article No | 7897095 026212 | | | | | | 0 |
| 5 | 0 | Each | 3.07 | Buyer Item No | 12538 | European Article No | 7897095 026281 | | | | | | 0 |
| 6 | 0 | Each | 3.09 | Buyer Item No | 12539 | European Article No | 7897095 026243 | | | | | | 0 |
| 7 | 0 | Each | 0.85 | Buyer Item No | 12625 | UPC Code | 6737650 13471 | | | | | | 0 |
| 8 | 0 | Each | 1.2 | Buyer Item No | 12626 | European Article No | 7897095 036082 | | | | | | 0 |
| 9 | 0 | Each | 1.26 | Buyer Item No | 12629 | European Article No | 7897095 036143 | | | | | | 0 |
| 10 | 5 | Each | 9.58 | Buyer Item No | 12631 | UPC Code | 8859113 59627 | | | | | | 4 |
| 11 | 0 | Each | 0.63 | Buyer Item No | 12641 | UPC Code | 6737650 13419 | | | | | | 0 |
| 12 | 0 | Each | 0.63 | Buyer Item No | 12643 | UPC Code | 6737650 13402 | | | | | | 0 |
| 13 | 0 | Each | 1.76 | Buyer Item No | 12656 | UPC Code | 6737650 12658 | | | | | | 0 |
| 14 | 0 | Each | 2.09 | Buyer Item No | 12744 | UPC Code | 6737650 12719 | | | | | | 0 |
| 15 | 0 | Each | 1.96 | Buyer Item No | 12769 | UPC Code | 6737650 12696 | | | | | | 0 |
| 16 | 0 | Each | 28.39 | Buyer Item No | 13002 | UPC Code | 0385480 99248 | | | | | | 0 |
| 17 | 0 | Each | 5.87 | Buyer Item No | 13176 | European Article No | 7897095 010952 | | | | | | 0 |
| 18 | 0 | Each | 0.92 | Buyer Item No | 13178 | UPC Code | 7897095 03660 | | | | | | 0 |
| 19 | 0 | Each | 1.14 | Buyer Item No | 1318 | European Article No | 7897095 036617 | | | | | | 0 |
| 20 | 0 | Each | 0.9 | Buyer Item No | 1329 | European Article No | 036518 | | | | | | |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

| BILL TO | SOLD TO | SHIP TO |
|---|---|---|
| SEARS | SEARS | SEARS MAYAGUEZ 1935 |
| DALLAS ACCTS. PAYABLE | DALLAS ACCTS. PAYABLE | OCFT |
| 00752-6602 DALLAS | 00752-6602 DALLAS | MAYAGUEZ MALL |
| PUERTO RICO | PUERTO RICO | 00680 MAYAGUEZ |
| | | PUERTO RICO |

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674170 | 10/06/2018 | 1262155 | 9820015019 | 10/11/2018 | 1804047203 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 460 | US | DWA2SLS30 | 8207906000 | 30 PC MAXFIT SET W/ SCREW LOCK SLEEVE 30 PCS SCREW LOCK SET WITH SLE | 5 | 9.58 | 47.90 |

| | | | |
|---|---|---|---|
| INVOICE  TOTAL QTY | PC | 5 | |
| SUB - TOTAL | | USD | 47.90 |
| TOTAL INVOICE | | USD | 47.90 |

```
#OF PACKAGES: 1 plts
GROSS WEIGHT: 6 lbs
CARRIER : averitt 0309685792
```

_____
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  10/11/2018 | *Invoice No:  9820015018 | PO No:  674173 |
| *Vendor No:  000390302 | Terms Type:  _____ | Buyer Name:  _____ |
| Division No:  _____ | Terms Date:  Invoice Date | *Buyer Store #:  2355 |
| AFE No:  _____ | Term Net Days:  60 | Remit To Name:  Black  Decker (PR) LLC |
| *Dept No:  609 | Disc Percent:  _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due:  _____ | Contact Name:  _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #:  _____

Allow Type:  _____          Allow Amt:  _____

Charge Type 1:  _____          Charge Amt 1:  _____          *No of Ln Items:  49

Charge Type 2:  _____          Charge Amt 2:  _____          *Tot Inv Amt:  47.90

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 6.97 | Buyer Item No | 12492 | UPC Code | 0247211 52305 | | | | | | 0 |
| 2 | 0 | Each | 19.28 | Buyer Item No | 12497 | UPC Code | 0247211 51872 | | | | | | 0 |
| 3 | 0 | Each | 23.07 | Buyer Item No | 12501 | UPC Code | 0247210 17147 | | | | | | 0 |
| 4 | 0 | Each | 3.11 | Buyer Item No | 12526 | European Article No | 7897095 026212 | | | | | | 0 |
| 5 | 0 | Each | 3.07 | Buyer Item No | 12538 | European Article No | 7897095 026281 | | | | | | 0 |
| 6 | 0 | Each | 3.09 | Buyer Item No | 12539 | European Article No | 7897095 026243 | | | | | | 0 |
| 7 | 0 | Each | 0.85 | Buyer Item No | 12625 | UPC Code | 6737650 13471 | | | | | | 0 |
| 8 | 0 | Each | 1.2 | Buyer Item No | 12626 | European Article No | 7897095 036082 | | | | | | 0 |
| 9 | 0 | Each | 1.26 | Buyer Item No | 12629 | European Article No | 7897095 036143 | | | | | | 0 |
| 10 | 5 | Each | 9.58 | Buyer Item No | 12631 | UPC Code | 8859113 59627 | | | | | | 4 |
| 11 | 0 | Each | 0.63 | Buyer Item No | 12641 | UPC Code | 6737650 13419 | | | | | | 0 |
| 12 | 0 | Each | 0.63 | Buyer Item No | 12643 | UPC Code | 6737650 13402 | | | | | | 0 |
| 13 | 0 | Each | 1.76 | Buyer Item No | 12656 | UPC Code | 6737650 12658 | | | | | | 0 |
| 14 | 0 | Each | 2.09 | Buyer Item No | 12744 | UPC Code | 6737650 12719 | | | | | | 0 |
| 15 | 00 | Each | 1.96 | Buyer Item No | 12769 | UPC Code | 6737650 12696 | | | | | | 0 |
| 16 | 0 | Each | 28.39 | Buyer Item No | 13002 | UPC Code | 0385480 99248 | | | | | | 0 |
| 17 | 0 | Each | 5.87 | Buyer Item No | 13176 | European Article No | 7897095 010952 | | | | | | 0 |
| 18 | 0 | Each | 0.92 | Buyer Item No | 13178 | UPC Code | 7897095 03660 | | | | | | 0 |
| 19 | 0 | Each | 1.14 | Buyer Item No | 1318 | European Article No | 7897095 036617 | | | | | | 0 |
| 20 | 00 | Each | 0.9 | Buyer Item No | 1329 | European Article No | 7897095 036518 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS HATILLO 2355
OCFT
PLAZA DEL NORTE, 506 CALLE
TRUNCADO
00658-2709 HATILLO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674173 | 10/05/2018 | 1262155 | 9820015018 | 10/11/2018 | 1804047023 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 460 | US | DWA2SLS30 | 8207906000 | 30 PC MAXFIT SET W/ SCREW LOCK SLEEVE<br>30 PCS SCREW LOCK SET WITH SLE | 5 | 9.58 | 47.90 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 5 | |
| SUB - TOTAL | | USD | 47.90 |
| TOTAL INVOICE | | USD | 47.90 |

```
#OF PACKAGES: 1 plts
GROSS WEIGHT: 6 lbs
CARRIER : averitt 0309685792
```

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/11/2018                    *Invoice No: 9820015017          PO No: 674164

*Vendor No: 000390302          Terms Type: _____          Buyer Name: _____

Division No: _____          Terms Date: Invoice Date          *Buyer Store #: 1085

AFE No: _____          Term Net Days: 60          Remit To Name: Black  Decker (PR) LLC

*Dept No: 609          Disc Percent: _____          *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act          Disc Days Due: _____          Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____          Allow Amt: _____

Charge Type 1: _____          Charge Amt 1: _____          *No of Ln Items: 49

Charge Type 2: _____          Charge Amt 2: _____          *Tot Inv Amt: 47.90

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 6.97 | Buyer Item No | 12492 | UPC Code | 0247211 52305 | | | | | | 0 |
| 2 | 0 | Each | 19.28 | Buyer Item No | 12497 | UPC Code | 0247211 51872 | | | | | | 0 |
| 3 | 0 | Each | 23.07 | Buyer Item No | 12501 | UPC Code | 0247210 17147 | | | | | | 0 |
| 4 | 0 | Each | 3.11 | Buyer Item No | 12526 | European Article No | 7897095 026212 | | | | | | 0 |
| 5 | 0 | Each | 3.07 | Buyer Item No | 12538 | European Article No | 7897095 026281 | | | | | | 0 |
| 6 | 0 | Each | 3.09 | Buyer Item No | 12539 | European Article No | 7897095 026243 | | | | | | 0 |
| 7 | 0 | Each | 0.85 | Buyer Item No | 12625 | UPC Code | 6737650 13471 | | | | | | 0 |
| 8 | 0 | Each | 1.2 | Buyer Item No | 12626 | European Article No | 7897095 036082 | | | | | | 0 |
| 9 | 0 | Each | 1.26 | Buyer Item No | 12629 | European Article No | 7897095 036143 | | | | | | 0 |
| 10 | 5 | Each | 9.58 | Buyer Item No | 12631 | UPC Code | 8859113 59627 | | | | | | 4 |
| 11 | 0 | Each | 0.63 | Buyer Item No | 12641 | UPC Code | 6737650 13419 | | | | | | 0 |
| 12 | 0 | Each | 0.63 | Buyer Item No | 12643 | UPC Code | 6737650 13402 | | | | | | 0 |
| 13 | 0 | Each | 1.76 | Buyer Item No | 12656 | UPC Code | 6737650 12658 | | | | | | 0 |
| 14 | 0 | Each | 2.09 | Buyer Item No | 12744 | UPC Code | 6737650 12719 | | | | | | A |
| 15 | 0 | Each | 1.96 | Buyer Item No | 12769 | UPC Code | 6737650 12696 | | | | | | 0 |
| 16 | 0 | Each | 28.39 | Buyer Item No | 13002 | UPC Code | 0385480 99248 | | | | | | 0 |
| 17 | 0 | Each | 5.87 | Buyer Item No | 13176 | European Article No | 7897095 010952 | | | | | | 0 |
| 18 | 0 | Each | 0.92 | Buyer Item No | 13178 | UPC Code | 7897095 03660 | | | | | | 0 |
| 19 | 0 | Each | 1.14 | Buyer Item No | 1318 | European Article No | 7897095 036617 | | | | | | 0 |
| 20 | 0 | Each | 0.9 | Buyer Item No | 1329 | European Article No | 036518 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAGUAS 2915
ocft
LAS CATALINAS MALL
00725 CAGUAS
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674164 | 10/05/2018 | 1262155 | 9820015017 | 10/11/2018 | 1804047015 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 460 | US | DWA2SLS30 | 8207906000 | 30 PC MAXFIT SET W/ SCREW LOCK SLEEVE<br>30 PCS SCREW LOCK SET WITH SLE | 5 | 9.58 | 47.90 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 5 | |
| SUB - TOTAL | | USD | 47.90 |
| TOTAL INVOICE | | USD | 47.90 |

```
#OF PACKAGES: 1 plts
GROSS WEIGHT: 6 lbs
CARRIER : averitt 0309685792
```

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-users(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1     Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/11/2018          *Invoice No: 9820015016          PO No: 674009

*Vendor No: 000390302              Terms Type: _____          Buyer Name: _____

Division No: _____            Terms Date: Invoice Date          *Buyer Store #: 1085

AFE No: _____                 Term Net Days: 60                Remit To Name: Black  Decker (PR) LLC

*Dept No: 609                      Disc Percent: _____          *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act          Disc Days Due: _____          Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an-

Contact Phone #: _____

Allow Type: _____            Allow Amt: _____

Charge Type 1: _____          Charge Amt 1: _____          *No of Ln Items: 3

Charge Type 2: _____          Charge Amt 2: _____          *Tot Inv Amt: 121.65

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 1.4 | Buyer Item No | 12602 | UPC Code | 0288741 69029 | | | | | | 0 |
| 2 | 0 | Each | 9.5 | Buyer Item No | 1671 | UPC Code | 8859114 44439 | | | | | | 0 |
| 3 | 5 | Each | 24.33 | Buyer Item No | 80112 | UPC Code | 0288775 63053 | | | | | | 0 |

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAGUAS 2915
OCFT
LAS CATALINAS MALL
00725 CAGUAS
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674009 | 10/05/2018 | 1262155 | 9820015016 | 10/11/2018 | 1804047004 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | DW5366  Y | 8207906000 | 10 PC TAPCON SET 10 PC TAPCON SET | 5 | 24.33 | 121.65 |

| | | | | INVOICE  TOTAL QTY | PC | 5 | |
| | | | | SUB - TOTAL | | USD | 121.65 |
| | | | | TOTAL INVOICE | | USD | 121.65 |

#OF PACKAGES: 1 plts
GROSS WEIGHT: 9 lbs
CARRIER : averitt 0309685792

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the Invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  10/11/2018          *Invoice No:  9820015015          PO No:  674141

*Vendor No:  000390302             Terms Type:  _____          Buyer Name:  _____

Division No:  _____           Terms Date:  Invoice Date         *Buyer Store #:  1945

AFE No:  _____                Term Net Days:  60                Remit To Name:  Black  Decker (PR) LLC

*Dept No:  609                     Disc Percent:  _____         *Remit To DUNS:  001317189

*Product Code:  Fair Labor Standards Act      Disc Days Due:  _____          Contact Name:  _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an...

Contact Phone #:  _____

Allow Type:  _____            Allow Amt:  _____

Charge Type 1:  _____         Charge Amt 1:  _____        *No of Ln Items:  2

Charge Type 2:  _____         Charge Amt 2:  _____        *Tot Inv Amt:  263.25

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|-----|-----|-----|------|-------|------|--------|------|------|------|------|------|---|
| 1 | 10 | Each | 1.4 | Buyer Item No | 38468 | UPC Code | 0288740 52222 | | | | | | 1 |
| 2 | 1 | Each | 249.25 | Buyer Item No | 39935 | UPC Code | 8859113 20566 | | | | | | 2 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PONCE 1945
OCFT
PLAZA DEL CARIBE MALL
00731 PONCE
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674141 | 10/05/2018 | 1262155 | 9820015015 | 10/11/2018 | 1804047002 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | DE | DW5222  Y | 8207502030 | BIT, SPEARPOINT, 3/16" x 3" 3/16X2X3 BROCA ROCK CARBIDE (S | 10 | 1.40 | 14.00 |
| 20 | US | DCD985M2 39935 | 8467210070 | 18VLi-IonPremium3-SpeedHammerdrill(4.0ah 18VLi-IonPremium3-SpeedHammerdrill(4.0ah | 1 | 249.25 | 249.25 |

| | | | |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 11 | |
| SUB - TOTAL | | USD | 263.25 |
| TOTAL INVOICE | | USD | 263.25 |

#OF PACKAGES: 1 plts
GROSS WEIGHT: 12 lbs
CARRIER : averitt 0309685792

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1     Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 10/11/2018 | *Invoice No: 9820015014 | PO No: 674168 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 1925 |
| AFE No: _____ | Term Net Days: 60 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____          Allow Amt: _____

Charge Type 1: _____       Charge Amt 1: _____          *No of Ln Items: 49

Charge Type 2: _____       Charge Amt 2: _____          *Tot Inv Amt: 47.90

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 6.97 | Buyer Item No | 12492 | UPC Code | 0247211 52305 | | | | | | 0 |
| 2 | 0 | Each | 19.28 | Buyer Item No | 12497 | UPC Code | 0247211 51872 | | | | | | 0 |
| 3 | 0 | Each | 23.07 | Buyer Item No | 12501 | UPC Code | 0247210 17147 | | | | | | 0 |
| 4 | 0 | Each | 3.11 | Buyer Item No | 12526 | European Article No | 7897095 026212 | | | | | | 0 |
| 5 | 0 | Each | 3.07 | Buyer Item No | 12538 | European Article No | 7897095 026281 | | | | | | 0 |
| 6 | 0 | Each | 3.09 | Buyer Item No | 12539 | European Article No | 7897095 026243 | | | | | | 0 |
| 7 | 0 | Each | 0.85 | Buyer Item No | 12625 | UPC Code | 6737650 13471 | | | | | | 0 |
| 8 | 0 | Each | 1.2 | Buyer Item No | 12626 | European Article No | 7897095 036082 | | | | | | 0 |
| 9 | 0 | Each | 1.26 | Buyer Item No | 12629 | European Article No | 7897095 036143 | | | | | | 0 |
| 10 | 5 | Each | 9.58 | Buyer Item No | 12631 | UPC Code | 8859113 59627 | | | | | | 4 |
| 11 | 0 | Each | 0.63 | Buyer Item No | 12641 | UPC Code | 6737650 13419 | | | | | | 0 |
| 12 | 0 | Each | 0.63 | Buyer Item No | 12643 | UPC Code | 6737650 13402 | | | | | | 0 |
| 13 | 0 | Each | 1.76 | Buyer Item No | 12656 | UPC Code | 6737650 12658 | | | | | | 0 |
| 14 | 0 | Each | 2.09 | Buyer Item No | 12744 | UPC Code | 6737650 12719 | | | | | | 0 |
| 15 | 0 | Each | 1.96 | Buyer Item No | 12769 | UPC Code | 6737650 12696 | | | | | | 0 |
| 16 | 0 | Each | 28.39 | Buyer Item No | 13002 | UPC Code | 0385480 99248 | | | | | | 0 |
| 17 | 0 | Each | 5.87 | Buyer Item No | 13176 | European Article No | 7897095 010952 | | | | | | 0 |
| 18 | 0 | Each | 0.92 | Buyer Item No | 13178 | UPC Code | 7897095 03660 | | | | | | 0 |
| 19 | 0 | Each | 1.14 | Buyer Item No | 1318 | European Article No | 7897095 036617 | | | | | | 0 |
| 20 | 0 | Each | 0.9 | Buyer Item No | 1329 | European Article No | 036518 | | | | | | |

DIcentral Corp.

**Stanley Black&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAROLINA 1925
OCFT
PLAZA CAROLINA SHOPPING CENTER
00987 CAROLINA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 67416 8 | 10/05/2018 | 1262155 | 9820015014 | 10/11/2018 | 1804046991 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 460 | US | DWA2SLS30 | 8207906000 | 30 PC MAXFIT SET W/ SCREW LOCK SLEEVE 30 PCS SCREW LOCK SET WITH SLE | 5 | 9.58 | 47.90 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  | INVOICE TOTAL QTY |  | PC | 5 |  |
|  |  |  | SUB - TOTAL |  |  | USD | 47.90 |
|  |  |  | TOTAL INVOICE |  |  | USD | 47.90 |

```
#OF PACKAGES: 1 plts
GROSS WEIGHT: 6 lbs
CARRIER : averitt 0309685792
```

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 10/11/2018 | *Invoice No: 9820015013 | PO No: 674174 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 2675 |
| AFE No: _____ | Term Net Days: 60 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

| | | |
|---|---|---|
| Allow Type: _____ | Allow Amt: _____ | |
| Charge Type 1: _____ | Charge Amt 1: _____ | *No of Ln Items: 49 |
| Charge Type 2: _____ | Charge Amt 2: _____ | *Tot Inv Amt: 47.90 |

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 6.97 | Buyer Item No | 12492 | UPC Code | 0247211 52305 | | | | | | 0 |
| 2 | 0 | Each | 19.28 | Buyer Item No | 12497 | UPC Code | 0247211 51872 | | | | | | 0 |
| 3 | 0 | Each | 23.07 | Buyer Item No | 12501 | UPC Code | 0247210 17147 | | | | | | 0 |
| 4 | 0 | Each | 3.11 | Buyer Item No | 12526 | European Article No | 7897095 026212 | | | | | | 0 |
| 5 | 0 | Each | 3.07 | Buyer Item No | 12538 | European Article No | 7897095 026281 | | | | | | 0 |
| 6 | 0 | Each | 3.09 | Buyer Item No | 12539 | European Article No | 7897095 026243 | | | | | | 0 |
| 7 | 0 | Each | 0.85 | Buyer Item No | 12625 | UPC Code | 6737650 13471 | | | | | | 0 |
| 8 | 0 | Each | 1.2 | Buyer Item No | 12626 | European Article No | 7897095 036082 | | | | | | 0 |
| 9 | 0 | Each | 1.26 | Buyer Item No | 12629 | European Article No | 7897095 036143 | | | | | | 0 |
| 10 | 5 | Each | 9.58 | Buyer Item No | 12631 | UPC Code | 8859113 59627 | | | | | | 4 |
| 11 | 0 | Each | 0.63 | Buyer Item No | 12641 | UPC Code | 6737650 13419 | | | | | | 0 |
| 12 | 0 | Each | 0.63 | Buyer Item No | 12643 | UPC Code | 6737650 13402 | | | | | | 0 |
| 13 | 0 | Each | 1.76 | Buyer Item No | 12656 | UPC Code | 6737650 12658 | | | | | | 0 |
| 14 | 0 | Each | 2.09 | Buyer Item No | 12744 | UPC Code | 6737650 12719 | | | | | | 0 |
| 15 | 0 | Each | 1.96 | Buyer Item No | 12769 | UPC Code | 6737650 12696 | | | | | | 0 |
| 16 | 0 | Each | 28.39 | Buyer Item No | 13002 | UPC Code | 0385480 99248 | | | | | | 0 |
| 17 | 0 | Each | 5.87 | Buyer Item No | 13176 | European Article No | 7897095 010952 | | | | | | 0 |
| 18 | 0 | Each | 0.92 | Buyer Item No | 13178 | UPC Code | 7897095 03660 | | | | | | 0 |
| 19 | 0 | Each | 1.14 | Buyer Item No | 1318 | European Article No | 7897095 036617 | | | | | | 0 |
| 20 | 0 | Each | 0.9 | Buyer Item No | 1329 | European Article No | 036518 | | | | | | |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS GUAYAMA 2675
OCFT
PLAZA GUAYAMA - ROAD 3 KM. L 34.7
00784 GUAYAMA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674174 | 10/05/2018 | 1262155 | 9820015013 | 10/11/2018 | 1804046987 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 460 | US | DWA2SLS30 | 8207906000 | 30 PC MAXFIT SET W/ SCREW LOCK SLEEVE 30 PCS SCREW LOCK SET WITH SLE | 5 | 9.58 | 47.90 |

| | | | |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 5 | |
| SUB - TOTAL | | USD | 47.90 |
| TOTAL INVOICE | | USD | 47.90 |

#OF PACKAGES: 1 plts
GROSS WEIGHT: 6 lbs
CARRIER : averitt 0309685792

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1     Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/11/2018                    *Invoice No: 9820015012                    PO No: 674166

*Vendor No: 000390302                        Terms Type: _____                     Buyer Name: _____

Division No: _____                      Terms Date: Invoice Date                   *Buyer Store #: 1905

AFE No: _____                           Term Net Days: 60                          Remit To Name: Black  Decker (PR) LLC

*Dept No: 609                                Disc Percent: _____                   *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act      Disc Days Due: _____                  Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an...

Contact Phone #: _____

Allow Type: _____                       Allow Amt: _____

Charge Type 1: _____                    Charge Amt 1: _____                   *No of Ln Items: 49

Charge Type 2: _____                    Charge Amt 2: _____                   *Tot Inv Amt: 95.80

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|-------|------------------|-------|-------------------|---------|---|---|---|---|---|---|
| 1 | 0 | Each | 6.97 | Buyer Item No | 12492 | UPC Code | 0247211 52305 | | | | | | 0 |
| 2 | 0 | Each | 19.28 | Buyer Item No | 12497 | UPC Code | 0247211 51872 | | | | | | 0 |
| 3 | 0 | Each | 23.07 | Buyer Item No | 12501 | UPC Code | 0247210 17147 | | | | | | 0 |
| 4 | 0 | Each | 3.11 | Buyer Item No | 12526 | European Article No | 7897095 026212 | | | | | | 0 |
| 5 | 0 | Each | 3.07 | Buyer Item No | 12538 | European Article No | 7897095 026281 | | | | | | 0 |
| 6 | 0 | Each | 3.09 | Buyer Item No | 12539 | European Article No | 7897095 026243 | | | | | | 0 |
| 7 | 0 | Each | 0.85 | Buyer Item No | 12625 | UPC Code | 6737650 13471 | | | | | | 0 |
| 8 | 0 | Each | 1.2 | Buyer Item No | 12626 | European Article No | 7897095 036082 | | | | | | 0 |
| 9 | 0 | Each | 1.26 | Buyer Item No | 12629 | European Article No | 7897095 036143 | | | | | | 0 |
| 10 | 10 | Each | 9.58 | Buyer Item No | 12631 | UPC Code | 8859113 59627 | | | | | | 9 |
| 11 | 0 | Each | 0.63 | Buyer Item No | 12641 | UPC Code | 6737650 13419 | | | | | | 0 |
| 12 | 0 | Each | 0.63 | Buyer Item No | 12643 | UPC Code | 6737650 13402 | | | | | | 0 |
| 13 | 0 | Each | 1.76 | Buyer Item No | 12656 | UPC Code | 6737650 12658 | | | | | | 0 |
| 14 | 0 | Each | 2.09 | Buyer Item No | 12744 | UPC Code | 6737650 12719 | | | | | | 0 |
| 15 | 0 | Each | 1.96 | Buyer Item No | 12769 | UPC Code | 6737650 12696 | | | | | | 0 |
| 16 | 0 | Each | 28.39 | Buyer Item No | 13002 | UPC Code | 0385480 99248 | | | | | | 0 |
| 17 | 0 | Each | 5.87 | Buyer Item No | 13176 | European Article No | 7897095 010952 | | | | | | 0 |
| 18 | 0 | Each | 0.92 | Buyer Item No | 13178 | UPC Code | 7897095 03660 | | | | | | 0 |
| 19 | 0 | Each | 1.14 | Buyer Item No | 1318 | European Article No | 7897095 036617 | | | | | | 0 |
| 20 | 0 | Each | 0.9 | Buyer Item No | 1329 | European Article No | 036518 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
OCFT
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674166 | 10/05/2018 | 1262155 | 9820015012 | 10/11/2018 | 1804046969 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | US | DWA2SLS30 | 8207906000 | 30 PC MAXFIT SET W/ SCREW LOCK SLEEVE<br>30 PCS SCREW LOCK SET WITH SLE | 10 | 9.58 | 95.80 |

| | | | | |
|---|---|---|---|---|
| INVOICE TOTAL QTY | | PC | 10 | |
| SUB - TOTAL | | | USD | 95.80 |
| TOTAL INVOICE | | | USD | 95.80 |

#OF PACKAGES: 1 plts
GROSS WEIGHT: 12 lbs
CARRIER : averitt 0309685792

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 10/11/2018 | *Invoice No: 9820015011 | PO No: 674240 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 1905 |
| AFE No: _____ | Term Net Days: 60 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an-

Contact Phone #: _____

Allow Type: _____              Allow Amt: _____

Charge Type 1: _____              Charge Amt 1: _____          *No of Ln Items: 4

Charge Type 2: _____              Charge Amt 2: _____          *Tot Inv Amt: 51.00

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 160 | Buyer Item No | 11845 | UPC Code | 8859113 87156 | | | | | | 0 |
| 2 | 0 | Each | 7.99 | Buyer Item No | 80088 | UPC Code | 0288740 58347 | | | | | | 0 |
| 3 | 0 | Each | 7.99 | Buyer Item No | 80122 | UPC Code | 0288740 58323 | | | | | | 0 |
| 4 | 5 | Each | 10.2 | Buyer Item No | 80145 | UPC Code | 0288774 34469 | | | | | | 5 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
OCFT
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674240 | 10/05/2018 | 1262155 | 9820015011 | 10/11/2018 | 1804046961 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 40 | CN | DW5205 80145 | 8207502030 | 5PC PERCUSSION SET W/TOUGH CASE 5PZ PERC ROCK CARB | 5 | 10.20 | 51.00 |
| | | | | INVOICE  TOTAL QTY        PC      5 | | | |
| | | | | SUB - TOTAL | | USD | 51.00 |
| | | | | TOTAL INVOICE | | USD | 51.00 |

#OF PACKAGES: 1 plts
GROSS WEIGHT: 7 lbs
CARRIER : averitt 0309685792

---

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS HATILLO 2355
PLAZA DEL NORTE, 506 CALLE
TRUNCADO
00658-2709 HATILLO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673845 | 09/24/2018 | 1262155 | 9820015165 | 10/12/2018 | 1804023134 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | MX | 51-505 | 8205203000 | 16 OZ.CURVED CLAW HAMMER 16 OZ.CURVED CLAW HAMMER | 4 | 11.37 | 45.48 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY | | PC | 4 |
| SUB - TOTAL | | USD | 45.48 |
| TOTAL INVOICE | | USD | 45.48 |

# OF PACKAGES       : 1
GROSS WEIGHT       : 4.990 KG,  11 LB
ECCN       : EAR99
LICENSE NO : NLR-C33
CARRIER       : Customer Collection Route

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PONCE 1945
PLAZA DEL CARIBE MALL
00731 PONCE
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673984 | 09/24/2018 | 1262155 | 9820015164 | 10/12/2018 | 1804023083 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 20 | CN | 42-287 72929 | 9031808085 | LINE LEVEL LINE LEVEL | 6 | 1.77 | 10.62 |

INVOICE  TOTAL QTY                          PC          6

SUB - TOTAL                                              USD        10.62

TOTAL INVOICE                                          USD        10.62

\# OF PACKAGES              : 1
GROSS WEIGHT              : 0.907 KG,  2 LB
ECCN          : EAR99
LICENSE NO : NLR-C33
CARRIER                          : Customer Collection Route

---

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAROLINA 1925
PLAZA CAROLINA SHOPPING CENTER
00987 CAROLINA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673305 | 09/21/2018 | 1262155 | 9820015163 | 10/12/2018 | 1804020452 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 20 | CN | 42-287 72929 | 9031808085 | LINE LEVEL LINE LEVEL | 6 | 1.77 | 10.62 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  | INVOICE  TOTAL QTY |  | PC | 6 |  |  |
|  |  | SUB - TOTAL |  |  |  | USD | 10.62 |
|  |  | TOTAL INVOICE |  |  |  | USD | 10.62 |

# OF PACKAGES         : 1
GROSS WEIGHT         : 0.907 KG,  2 LB
ECCN        : EAR99
LICENSE NO : NLR-C33
CARRIER                     : Customer Collection Route

---

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 10/12/2018          *Invoice No: 9820015141          PO No: 674541

*Vendor No: 000390302             Terms Type: _____          Buyer Name: _____

Division No: _____          Terms Date: Invoice Date          *Buyer Store #: 1905

AFE No: _____               Term Net Days: 90                 Remit To Name: Black  Decker (PR) LLC

*Dept No: 609                     Disc Percent: _____          *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act      Disc Days Due: _____          Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____           Allow Amt: _____

Charge Type 1: _____        Charge Amt 1: _____          *No of Ln Items: 5

Charge Type 2: _____        Charge Amt 2: _____          *Tot Inv Amt: 369.24

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|-------|------|-------|------|---------|------|------|------|------|------|---|
| 1 | 0 | Each | 1.4 | Buyer Item No | 12602 | UPC Code | 0288741 69029 | | | | | | 0 |
| 2 | 0 | Each | 24.33 | Buyer Item No | 80112 | UPC Code | 0288775 63053 | | | | | | 0 |
| 3 | 6 | Each | 6.54 | Buyer Item No | 80129 | UPC Code | 0288740 53489 | | | | | | 3 |
| 4 | 0 | Each | 2.92 | Buyer Item No | 80134 | UPC Code | 0288740 54035 | | | | | | 0 |
| 5 | 1 | Each | 330 | Buyer Item No | 81833 | UPC Code | 8859111 53331 | | | | | | 3 0 |

DIcentral Corp.



REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 674541 | 10/06/2018 | 1262155 | 9820015141 | 10/12/2018 | 1804047214 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 50 | CZ | D25601K-B3 81833 | 8467290080 | 6kg Std. Featured SDS-Max Combination Ha 6kg Std. Featured SDS-Max Combination Ha | 1 | 330.00 | 330.00 |
| 51 | US | DW5348 80129 | 8207903085 | 10" SDS PLUS BULL POINT CHISEL 10" SDS PLUS BULL POINT CHISEL | 6 | 6.54 | 39.24 |

INVOICE TOTAL QTY           PC      7

SUB - TOTAL                                      USD        369.24

TOTAL INVOICE                                    USD        369.24

# OF PACKAGES        : 2
GROSS WEIGHT         : 12.247 KG,  27 LB
ECCN          : EAR99
LICENSE NO : NLR-C33
CARRIER                  : SCOTT LOGISTICS CORP

---

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) dies a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1       Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 10/12/2018 | *Invoice No: 9820015140 | PO No: 672653 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 1085 |
| AFE No: _____ | Term Net Days: 60 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 671 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____                    Allow Amt: _____

Charge Type 1: _____          Charge Amt 1: _____            *No of Ln Items: 1

Charge Type 2: _____          Charge Amt 2: _____            *Tot Inv Amt: 86.25

| ID | *Qty Invoi... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5 | Each | 17.25 | Buyer Item No | 57961 | UPC Code | 6368934 03798 | | | | | | 8 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAGUAS 2915
ocft
LAS CATALINAS MALL
00725 CAGUAS
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 672653 | 09/10/2018 | 1262155 | 9820015140 | 10/12/2018 | 1803997071 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | US | DXPA45ST | 8424909040 | 5 NOZZLES KIT4.0 UP TO 4500 PSI NARIZ KIT 5 PCS 4500 PSI | 5 | 17.25 | 86.25 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 5 |  |
| SUB - TOTAL |  | USD | 86.25 |
| TOTAL INVOICE |  | USD | 86.25 |

```
#OF PACKAGES: 1 ctn
GROSS WEIGHT: 2 lbs
CARRIER : UPS
```

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-user( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 06/06/2018          *Invoice No: 9820009372          PO No: 171398

*Vendor No: 000390302             Terms Type: _____          Buyer Name: _____

Division No: _____          Terms Date: Invoice Date          *Buyer Store #: 8975

AFE No: _____               Term Net Days: 90                Remit To Name: Black   Decker (PR) LLC

*Dept No: 671                      Disc Percent: _____         *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act      Disc Days Due: _____          Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____            Allow Amt: _____

Charge Type 1: _____         Charge Amt 1: _____          *No of Ln Items:  1

Charge Type 2: _____         Charge Amt 2: _____          *Tot Inv Amt: 6400.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 160 | Each | 40 | Buyer Item No | 36982 | UPC Code | 8859113 42568 | | | | | | 6 0 |

DIcentral Corp.

5284870779

# OCEAN FREIGHT LINK
## BILL OF LADING

| | | |
|---|---|---|
| Date: | 6/8/2018 | Consol. # 003141 |

**B/L #** 030414

| From / Shipper: | To / Consignee: | Tax Exempt #: 00039607-0249 |
|---|---|---|
| BLACK & DECKER US INC<br>c/o<br>9850 PREMIER PKWY<br><br>MIRAMAR, FL 33025 | SEARS CUPEY BAJO<br>c/o #8975<br>CARR# 176. KM 0.5<br><br>CUPEY BAJO, PR 00926 | |
| Shipper EIN#: 521127357 | Consignee EIN#: 66-0233626 | |

| COD Information:    Mail To: | Notify Information: |
|---|---|
| | SEARS CUPEY BAJO |
| | Related Freight Bill = |
| COD Amount:    $0.00 | |

### Reference Numbers:
PO-171398 / INV-9820009372

| ACE ITN Number - | SURI Number - |
|---|---|
| X20180608036365 | |

SHIPPER DEC - REMAINDER OF SHIPMENT VALUED $2,500.00 OR LESS PER INDIVIDUAL SCHEDULE B NUMBER

| Booking # | Container # | Vessel | Voyage # | Seal # | Ctnr. Size | Our Ship # |
|---|---|---|---|---|---|---|
| SSL000548333 | STRU880849-2 | PERLA DEL CARIBE | 6120 | 43230 | 53' | 30414 |

| Port of Loading | Port of UnLoading |
|---|---|
| * JACKSONVILLE, FL | SAN JUAN, PR |

| HM | Marks | No. Shiping Units | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|---|---|---|---|---|---|
| | | 4    PCS | TOOLS, NOI | 1,184 | 208 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSSHIPPED AS HEREIN PROVIDED. THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN. DURING THE PERIOD OF RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF LOADING, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND OF THE FMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS GENERALLY IN USE. DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE LOADED ON BOARD, CARRIED OR DISCHARGED FROM ANY VESSEL, AND DURING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND DURING THE TIME THE GOODS ARE ENCARRIED OR TRANSPORTED OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THIS CARRIAGE SHALL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING. WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE AND FOR THE VALUE SPECIFIED ON THE FACE OF THIS BILL OF LADING. OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID, SUBJECT TO CONDITIONS SET FORTH IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS. SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FOR HEREIN.

| Receivers Name | Receivers Signature | Date |
|---|---|---|
| | | |



REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST. NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 171398 | 05/29/2018 | 1262155 | 9820009372 | 06/06/2018 | 1803799467 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | GH900 36982 | 8467290070 | 6.5 AMP STRING TRIMMER 14in - 6.5 Amp String Trimmer | 160 | 40.00 | 6,400.00 |

INVOICE TOTAL QTY                              PC    160

SUB - TOTAL                                            USD    6,400.00

TOTAL INVOICE                                         USD    6,400.00

# OF PACKAGES        : 4
GROSS WEIGHT        : 537.054 KG,  1,183.99 LB
ECCN       : EAR99
LICENSE NO : NLR-C33
CARRIER              : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1       Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  06/06/2018 | *Invoice No:  9820009373 | PO No:  171397 |
| *Vendor No:  000390302 | Terms Type:  _____ | Buyer Name:  _____ |
| Division No:  _____ | Terms Date:  Invoice Date | *Buyer Store #:  8975 |
| AFE No:  _____ | Term Net Days:  90 | Remit To Name:  Black  Decker (PR) LLC |
| *Dept No:  609 | Disc Percent:  _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due:  _____ | Contact Name:  _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #:  _____

Allow Type:  _____        Allow Amt:  _____

Charge Type 1:  _____        Charge Amt 1:  _____        *No of Ln Items:  1

Charge Type 2:  _____        Charge Amt 2:  _____        *Tot Inv Amt:  1564.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 200 | Each | 7.82 | Buyer Item No | 35984 | European Article No | 3253561 723742 | | | | | | 1 0 |

DIcentral Corp.

5284870780

# OCEAN FREIGHT LINK
## BILL OF LADING

| Date: | 6/8/2018 | Consol. # | 003141 | | B/L # | 030383 |

**From / Shipper:**
STANLEY BLACK & DECKER, INC.
c/o
9850 PREMIER PKWY

MIRAMAR, FL 33025

**To / Consignee:**   **Tax Exempt #:**   00039607-0249
SEARS CUPEY BAJO
c/o #8975
CARR# 176, KM 0.5

CUPEY BAJO, PR 00926

**Shipper EIN#:**  06-0548860

**Consignee EIN#:**  66-0233626

**COD Information:  Mail To:**

**Notify Information:**

SEARS CUPEY BAJO

COD Amount:        $0.00

**Related Freight Bill =**

**Reference Numbers:**
PO-171397 / INV-9820009373

- ACE ITN Number -
X20180608036365

- SURI Number -

SHIPPER DEC  -  REMAINDER OF SHIPMENT VALUED $2,500.00 OR LESS PER INDIVIDUAL SCHEDULE B NUMBER

| Booking # | Container # | Vessel | Voyage # | Seal # | Ctnr. Size | Our Ship # |
|-----------|-------------|--------|----------|--------|------------|------------|
| SSL000548333 | STRU880849-2 | PERLA DEL CARIBE | 6120 | 43230 | 53' | 30383 |

| Port of Loading | Port of Unloading |
|-----------------|-------------------|
| JACKSONVILLE, FL | SAN JUAN, PR |

| HM | Marks | No. Shiping Units | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|----|-------|-------------------|------------------------------------------------------|--------|----------|
| | | 3     PCS | TOOLS, NOI | 364 | 84 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSHIPPED AS HEREIN PROVIDED. THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN. DURING THE PERIOD OF RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF LOADING, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THIS INITIAL CARRIER'S BILL OF LADING AND OF THE FMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS GENERALLY IN USE. DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE LOADED ON BOARD, CARRIED OR DISCHARGED FROM ANY VESSEL, AND DURING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND DURING THE TIME THE GOODS ARE ON CARRIED OR TRANSPORTED OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THIS CARRIAGE SHALL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING. WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE AND FOR THE VALUE SPECIFIED ON THE FACE OF THIS BILL OF LADING. OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID, SUBJECT TO CONDITIONS SET FORTH IN THIS OCEAN FREIGHT LINK, TERMS AND CONDITIONS. SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FOR HEREIN.

| Receivers Name | Receivers Signature | Date |
|----------------|---------------------|------|

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

| BILL TO | SOLD TO | SHIP TO |
|---------|---------|---------|
| SEARS | SEARS | SEARS CUPEY BAJO # 8975 |
| DALLAS ACCTS. PAYABLE | DALLAS ACCTS. PAYABLE | CARRETERERA #176 KM 0.3 |
| 00752-6602 DALLAS | 00752-6602 DALLAS | 00929 CUPEY BAJO |
| PUERTO RICO | PUERTO RICO | PUERTO RICO |

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|----------|---------------|-------------|------------|----------|---------|------|-------------|------|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 171397 | 05/29/2018 | 1262155 | 9820009373 | 06/06/2018 | 1803799468 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|----|-----|--------------------------|---------------|-------------|-----|------------|------------|
| 10 | CN | STST512114LA | 4202929100 | 12-INCH SOFT SIDE TOOL BAG BOLSA DE HERRAMIENTAS DE 12l | 200 | 7.82 | 1,564.00 |

| | | | |
|--|--|--|--|
| INVOICE TOTAL QTY | PC | 200 | |
| SUB - TOTAL | | USD | 1,564.00 |
| TOTAL INVOICE | | USD | 1,564.00 |

# OF PACKAGES        : 3
GROSS WEIGHT        : 165.107 KG,  363.99 LB
ECCN        : EAR99
LICENSE NO : NLR-C33
CARRIER        : SCOTT LOGISTICS CORP

_____
AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  06/06/2018          *Invoice No:  9820009374          PO No:  172548

*Vendor No:  000390302              Terms Type:  _____          Buyer Name:  _____

Division No:  _____           Terms Date:  Invoice Date           *Buyer Store #:  8975

AFE No:  _____                Term Net Days:  90                 Remit To Name:  Black   Decker (PR) LLC

*Dept No:  630                      Disc Percent:  _____          *Remit To DUNS:  001317189

*Product Code:  Fair Labor Standards Act        Disc Days Due:  _____          Contact Name:  _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #:  _____

Allow Type:  _____            Allow Amt:  _____

Charge Type 1:  _____         Charge Amt 1:  _____        *No of Ln Items:  1

Charge Type 2:  _____         Charge Amt 2:  _____        *Tot Inv Amt:  928.65

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|----------------|------------|-------------|-----------------|---------------|----------------|--------------|----------------|--------------|--------------|-----------------------|-------------------------|---|
| 1 | 15 | Each | 61.91 | Buyer Item No | 10003 | UPC Code | 8859115 12732 | | | | | | 9 0 |

DIcentral Corp.

52848F0809

# OCEAN FREIGHT LINK
## BILL OF LADING

| Date: | 6/8/2018 | Consol. # | 003141 | **B/L #** | **030434** |
|---|---|---|---|---|---|

| From / Shipper: | To / Consignee: | Tax Exempt #: | 00039607-0249 |
|---|---|---|---|

**From / Shipper:**
BLACK & DECKER US INC
c/o
9850 PREMIER PKWY

MIRAMAR, FL 33025

**To / Consignee:**
SEARS CUPEY BAJO
c/o #8975
CARR# 176, KM 0.5

CUPEY BAJO, PR 00926

| Shipper EIN#: | 521127357 | Consignee EIN#: | 66-0233626 |
|---|---|---|---|

**COD Information:    Mail To:**

**Notify Information:**
SEARS CUPEY BAJO

COD Amount:        $0.00

Related Freight Bill =

**Reference Numbers:**
PO-172548 / INV-9820009374

| - ACE ITN Number - | - SURI Number - |
|---|---|
| X20180608036365 | |

SHIPPER DEC  -  REMAINDER OF SHIPMENT VALUED $2,500.00 OR LESS PER INDIVIDUAL SCHEDULE B NUMBER

| Booking # | Container # | Vessel | Voyage # | Seal # | Ctnr. Size | Our Ship # |
|---|---|---|---|---|---|---|
| SSL000548333 | STRU880849-2 | PERLA DEL CARIBE | 6120 | 43230 | 53' | 30434 |

| Port of Loading | Port of Unloading |
|---|---|
| JACKSONVILLE, FL | SAN JUAN, PR |

| HM | Marks | No. Shiping Units | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|---|---|---|---|---|---|
| | | 1    PCS | TOOLS, NOI | 274 | 58 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSSHIPPED AS HEREIN PROVIDED. THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSSHIPMENT OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN. DURING THE PERIOD OF RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF LOADING, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND/OF THE FMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS GENERALLY IN USE. DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE LOADED ON BOARD, CARRIED OR DISCHARGED FROM ANY VESSEL, AND DURING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND DURING THE TIME THE GOODS ARE ONCARRIED OR TRANSPORTED OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THIS CARRIAGE SHALL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING. WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE, AND FOR THE VALUE SPECIFIED ON THE FACE OF THIS BILL OF LADING. OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID, SUBJECT TO CONDITIONS SET FORTH IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS. SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FOR HEREIN

| Receivers Name | Receivers Signature | Date |
|---|---|---|



REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 172548 | 06/01/2018 | 1262155 | 9820009374 | 06/06/2018 | 1803806529 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | BDPH1200-B3 | 8424209000 | 1200W ROLLING HVLP PAINT SPRAYER<br>Pistola de Pintura 1200W | 15 | 61.91 | 928.65 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  | INVOICE  TOTAL QTY | PC | 15 |  |  |
|  |  |  | SUB - TOTAL |  |  | USD | 928.65 |
|  |  |  | TOTAL INVOICE |  |  | USD | 928.65 |

# OF PACKAGES          : 1
GROSS WEIGHT          : 124.284 KG,  274  LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER                    : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

: 1     Turn Around Form: Not yet sent

...ars (810) Invoice

*Invoice Date: 06/06/2018

*Invoice No: 9820009375

*Vendor No: 000390302

Terms Type: _____

PO No: 172546

Division No: _____

Terms Date: Invoice Date

Buyer Name: _____

AFE No: _____

Term Net Days: 90

*Buyer Store #: 8975

*Dept No: 609

Disc Percent: _____

Remit To Name: Black  Decker (PR) LLC

*Product Code: Fair Labor Standards Act

Disc Days Due: _____

*Remit To DUNS: 001317189

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an...

Contact Phone #: _____

Contact Name: _____

Allow Type: _____

Charge Type 1: _____

Allow Amt: _____

Charge Type 2: _____

Charge Amt 1: _____

Charge Amt 2: _____

*No of Ln Items:  1

*Tot Inv Amt:  8188.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] |
|----|------|------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| 1 | 200 | Each | 40.94 | Buyer Item No | 10099 | UPC Code | 8859113 14282 | | | | | A 8 0 |

Dicentral Corp.

5284870810

# OCEAN FREIGHT LINK
## BILL OF LADING

| | | | |
|---|---|---|---|
| **Date:** 6/8/2018 | **Consol. #** 003141 | **B/L #** | **030435** |

**From / Shipper:**
BLACK & DECKER US INC
c/o
9850 PREMIER PKWY

MIRAMAR. FL 33025

**Shipper EIN#:** 521127357

**To / Consignee:** **Tax Exempt #:** 00039607-0249

SEARS CUPEY BAJO
c/o #8975
CARR# 176. KM 0.5

CUPEY BAJO. PR 00926

**Consignee EIN#:** 66-0233626

**COD Information:   Mail To:**

**Notify Information:**
SEARS CUPEY BAJO

**COD Amount:** $0.00

**Related Freight Bill =**

**Reference Numbers:**
PO-172546 / INV-9820009375

**- ACE ITN Number -**
X20180608036365

**- SURI Number -**

SHIPPER DEC - REMAINDER OF SHIPMENT VALUED $2,500.00 OR LESS PER INDIVIDUAL SCHEDULE B NUMBER

| Booking # | Container # | Vessel | Voyage # | Seal # | Ctnr. Size | Our Ship # |
|---|---|---|---|---|---|---|
| SSL000548333 | STRU880849-2 | PERLA DEL CARIBE | 6120 | 43230 | 53' | 30435 |

| Port of Loading | Port of UnLoading |
|---|---|
| JACKSONVILLE, FL | SAN JUAN, PR |

| HM | Marks | No. Shiping Units | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|---|---|---|---|---|---|
| | | 1    PCS | TOOLS, NOI | 589 | 56 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSSHIPPED AS HEREIN PROVIDED  THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN.  DURING THE  PERIOD OF RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF LOADING, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND OF THE FMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS GENERALLY IN USE. DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE LOADED ON BOARD, CARRIED OR DISCHARGED FROM ANY VESSEL , AND DURING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND DURING THE TIME THE GOODS ARE ONCARRIED OR TRANSPORTED OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THIS CARRIAGE SHALL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING.  WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE AND FOR THE VALUE SPECIFIED ON THE FACE OF THIS BILL OF LADING.  OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID, SUBJECT TO CONDITIONS SET FORTH IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS. SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FOR HEREIN.

| Receivers Name | Receivers Signature | Date |
|---|---|---|
| | | |

**Stanley Black&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

| BILL TO | SOLD TO | SHIP TO |
|---|---|---|
| SEARS | SEARS | SEARS CUPEY BAJO # 8975 |
| DALLAS ACCTS. PAYABLE | DALLAS ACCTS. PAYABLE | CARRETERERA #176 KM 0.3 |
| 00752-6602 DALLAS | 00752-6602 DALLAS | 00929 CUPEY BAJO |
| PUERTO RICO | PUERTO RICO | PUERTO RICO |

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 172546 | 06/01/2018 | 1262155 | 9820009375 | 06/06/2018 | 1803806531 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | PI750LA-B3 | 8504409570 | 750W POWER INVERTER INVERSOR DE CORRIENTE 750W | 200 | 40.94 | 8,188.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| INVOICE TOTAL QTY | | PC | 200 | |
| SUB - TOTAL | | | USD | 8,188.00 |
| TOTAL INVOICE | | | USD | 8,188.00 |

# OF PACKAGES        : 1
GROSS WEIGHT       : 267.166 KG,  588.99 LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER           : SCOTT LOGISTICS CORP

_____
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  06/06/2018 | *Invoice No:  9820009376 | PO No:  172547 |
| *Vendor No:  000390302 | Terms Type:  _____ | Buyer Name:  _____ |
| Division No:  _____ | Terms Date:  Invoice Date | *Buyer Store #:  8975 |
| AFE No:  _____ | Term Net Days:  90 | Remit To Name:  Black  Decker (PR) LLC |
| *Dept No:  609 | Disc Percent:  _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due:  _____ | Contact Name:  _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #:  _____

Allow Type:  _____          Allow Amt:  _____

Charge Type 1:  _____          Charge Amt 1:  _____          *No of Ln Items:  1

Charge Type 2:  _____          Charge Amt 2:  _____          *Tot Inv Amt:  6727.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 100 | Each | 67.27 | Buyer Item No | 10196 | UPC Code | 8859113 10932 | | | | | | 6 0 |

DIcentral Corp.

5284870811

## OCEAN FREIGHT LINK
### BILL OF LADING

| | | | | |
|---|---|---|---|---|
| **Date:** | 6/8/2018 | **Consol. #** | 003141 | **B/L #** 030436 |

| From / Shipper: | To / Consignee: | **Tax Exempt #:** 00039607-0249 |
|---|---|---|
| BLACK & DECKER US INC<br>c/o<br>9850 PREMIER PKWY<br><br>MIRAMAR, FL 33025 | SEARS CUPEY BAJO<br>c/o #8975<br>CARR# 176, KM 0.5<br><br>CUPEY BAJO, PR 00926 | |

| **Shipper EIN#:** 521127357 | **Consignee EIN#:** 66-0233626 |
|---|---|

| **COD Information:** Mail To: | **Notify Information:** |
|---|---|
| | SEARS CUPEY BAJO |

| **COD Amount:** $0.00 | **Related Freight Bill =** |
|---|---|

**Reference Numbers:**

PO-172547 / INV-9820009376

| - ACE ITN Number - | - SURI Number - |
|---|---|
| X20180608036365 | |

SHIPPER DEC - REMAINDER OF SHIPMENT VALUED $2,500.00 OR LESS PER INDIVIDUAL SCHEDULE B NUMBER

| Booking # | Container # | Vessel | Voyage # | Seal # | Cntr. Size | Our Ship # |
|---|---|---|---|---|---|---|
| SSL000548333 | STRU880849-2 | PERLA DEL CARIBE | 6120 | 43230 | 53' | 30436 |

| Port of Loading | Port of UnLoading |
|---|---|
| * JACKSONVILLE, FL | SAN JUAN, PR |

| HM | Marks | No. Shiping Units | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|---|---|---|---|---|---|
| | | 3  PCS | TOOLS, NOI | 1,810 | 110 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSSHIPPED AS HEREIN PROVIDED. THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN. DURING THE PERIOD OF RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF LOADING, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND OF THE FMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS GENERALLY IN USE. DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE LOADED ON BOARD, CARRIED OR DISCHARGED FROM ANY VESSEL, AND DURING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND DURING THE TIME THE GOODS ARE ONCARRIED OR TRANSPORTED OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THIS CARRIAGE SHALL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING. WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE AND FOR THE VALUE SPECIFIED ON THE FACE OF THIS BILL OF LADING. OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID, SUBJECT TO CONDITIONS SET FORTH IN THIS BILL OF LADING. OCEAN FREIGHT LINK, TERMS AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FOR HEREIN.

| Receivers Name | Receivers Signature | Date |
|---|---|---|
| | | |



REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 172547 | 06/01/2018 | 1262155 | 9820009376 | 06/06/2018 | 1803806532 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | JS500CC-B3 | 8504409530 | SLIM JUMP STARTER - 500 AMP W COMPRESSOR ARRANCADOR PORTATIL AUTO/CARRO 500 AMP | 100 | 67.27 | 6,727.00 |

|  |  |  |
|---|---|---|
| INVOICE TOTAL QTY | PC | 100 |
| SUB - TOTAL | USD | 6,727.00 |
| TOTAL INVOICE | USD | 6,727.00 |

# OF PACKAGES        : 3
GROSS WEIGHT        : 821.004 KG,  1,809.99 LB
ECCN       : EAR99
LICENSE NO : NLR-C33
CARRIER               : SCOTT LOGISTICS CORP

_____
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  06/06/2018 | *Invoice No:  9820009377 | PO No:  172527 |
| *Vendor No:  000390302 | Terms Type:  _____ | Buyer Name:  _____ |
| Division No:  _____ | Terms Date:  Invoice Date | *Buyer Store #:  8975 |
| AFE No:  _____ | Term Net Days:  90 | Remit To Name:  Black   Decker (PR) LLC |
| *Dept No:  609 | Disc Percent:  _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due:  _____ | Contact Name:  _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #:  _____

| | | |
|---|---|---|
| Allow Type:  _____ | Allow Amt:  _____ | |
| Charge Type 1:  _____ | Charge Amt 1:  _____ | *No of Ln Items:  1 |
| Charge Type 2:  _____ | Charge Amt 2:  _____ | *Tot Inv Amt:  3508.80 |

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 120 | Each | 29.24 | Buyer Item No | 12593 | UPC Code | 0288774 29960 | | | | | | 3 0 |

DIcentral Corp.

528487082/2

## OCEAN FREIGHT LINK
### BILL OF LADING

| | | |
|---|---|---|
| Date: 6/8/2018 | Consol. # 003141 | B/L # 030437 |

**From / Shipper:**
BLACK & DECKER US INC
c/o
9850 PREMIER PKWY

MIRAMAR. FL 33025

**To / Consignee:**  Tax Exempt #:  00039607-0249
SEARS CUPEY BAJO
c/o #8975
CARR# 176. KM 0.5

CUPEY BAJO, PR 00926

**Shipper EIN#:** 521127357

**Consignee EIN#:** 66-0233626

**COD Information:**  Mail To:

**Notify Information:**
SEARS CUPEY BAJO

COD Amount:  $0.00

Related Freight Bill =

**Reference Numbers:**
PO-172527 / INV-9820009377

| - ACE ITN Number - | - SURI Number - |
|---|---|
| X20180608036365 | |

SHIPPER DEC  -  REMAINDER OF SHIPMENT VALUED $2,500.00 OR LESS PER INDIVIDUAL SCHEDULE B NUMBER

| Booking # | Container # | Vessel | Voyage # | Seal # | Ctnr. Size | Our Ship # |
|---|---|---|---|---|---|---|
| SSL000548333 | STRU880849-2 | PERLA DEL CARIBE | 6120 | 43230 | 53' | 30437 |

| Port of Loading | Port of Unloading |
|---|---|
| JACKSONVILLE, FL | SAN JUAN, PR |

| HM | Marks | No. Shiping Units | | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|---|---|---|---|---|---|---|
| | | 1 | PCS | TOOLS, NOI | 920 | 74 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSFERED AND DELIVERED OR TRANSHIPPED AS HEREIN PROVIDED. THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSSHIPPING OF THIS GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN. DURING THE PERIOD OF RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL, THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF LOADING, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND OF THE FMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS GENERALLY IN USE. DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE LOADED ON BOARD, CARRIED OR DISCHARGED FROM ANY VESSEL, AND DURING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND DURING THE TIME THE GOODS ARE ONCARRIED OR TRANSPORTED OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THIS CARRIAGE SHALL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING. WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE AND FOR THE VALUE SPECIFIED ON THE FACE OF THIS BILL OF LADING. OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID, SUBJECT TO CONDITIONS SET FORTH IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS. SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FOR HEREIN.

| Receivers Name | Receivers Signature | Date |
|---|---|---|
| | | |

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST. NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 172527 | 06/01/2018 | 1262155 | 9820009377 | 06/06/2018 | 1803806533 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | G720K-B3 | 8467290010 | 800W SAG KIT-INTERCO Esmeril 4 1/2" ,eje 5/8" | 120 | 29.24 | 3,508.80 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 120 | |
| SUB - TOTAL | | USD | 3,508.80 |
| TOTAL INVOICE | | USD | 3,508.80 |

# OF PACKAGES          : 1
GROSS WEIGHT          : 417.305 KG,  919.99  LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER                  : SCOTT LOGISTICS CORP

---

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any other person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 06/06/2018 | *Invoice No: 9820009386 | PO No: 169516 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date:  Invoice Date | *Buyer Store #: 8975 |
| AFE No: _____ | Term Net Days:  90 | Remit To Name:  Black   Decker (PR) LLC |
| *Dept No:  671 | Disc Percent: _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____        Allow Amt: _____

Charge Type 1: _____        Charge Amt 1: _____        *No of Ln Items:  1

Charge Type 2: _____        Charge Amt 2: _____        *Tot Inv Amt:  5146.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 100 | Each | 51.46 | Buyer Item No | 74153 | UPC Code | 8859112 99084 | | | | | | 5 0 |

DIcentral Corp.

*5284873942*

| OCEAN FREIGHT LINK | | | | | B/L # | **030438** |
|---|---|---|---|---|---|---|

**BILL OF LADING** Date: 6/8/2018 Consol. # 003141

| From / Shipper: | To / Consignee: Tax Exempt #: 00039607-0249 |
|---|---|
| BLACK & DECKER US INC<br>c/o<br>9850 PREMIER PKWY<br><br>MIRAMAR, FL 33025 | SEARS CUPEY BAJO<br>c/o #8975<br>CARR# 176, KM 0.5<br><br>CUPEY BAJO, PR 00926 |
| Shipper EIN#: 521127357 | Consignee EIN#: 66-0233626 |
| COD Information: Mail To: | Notify Information:<br><br>SEARS CUPEY BAJO |
| COD Amount: $0.00 | Related Freight Bill = |

**Reference Numbers:**
PO-169516 / INV-9820009386

| - ACE ITN Number - | - SURI Number - |
|---|---|
| X201806080836365 | |

SHIPPER DEC - REMAINDER OF SHIPMENT VALUED $2,500.00 OR LESS PER INDIVIDUAL SCHEDULE B NUMBER

| Booking # | Container # | Vessel | Voyage # | Seal # | Ctnr. Size | Our Ship # |
|---|---|---|---|---|---|---|
| SSL000548333 | STRU880849-2 | PERLA DEL CARIBE | 6120 | 43230 | 53' | 30438 |

| Port of Loading | Port of UnLoading |
|---|---|
| JACKSONVILLE, FL | SAN JUAN, PR |

| HM | Marks | No. Shiping Units | | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|---|---|---|---|---|---|---|
| | | 4 | PCS | TOOLS, NOI | 948 | 148 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSSHIPPED AS HEREIN PROVIDED. THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN. DURING THE PERIOD OF RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF LOADING, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND OF THE FMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS GENERALLY IN USE. DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE LOADED ON BOARD, CARRIED OR DISCHARGED FROM ANY VESSEL, AND DURING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND DURING THE TIME THE GOODS ARE ONCARRIED OR TRANSPORTED OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THIS CARRIAGE SHALL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING. WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE AND FOR THE VALUE SPECIFIED ON THE FACE OF THIS BILL OF LADING. OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID. SUBJECT TO CONDITIONS SET FORTH IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS. SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FOR HEREIN.

| Receivers Name | Receivers Signature | Date |
|---|---|---|
| | | |



REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 169516 | 06/01/2018 | 1262155 | 9820009386 | 06/06/2018 | 1803806564 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | GH3000 74153 | 8467290070 | HIGH PERFORMANCE 7.5A STRING TRIMMER HIGH PERFORMANCE 7.5A STRING TRIMMER | 100 | 51.46 | 5,146.00 |

|  |  |  |  |
|---|---|---|---|
| INVOICE  TOTAL QTY | PC | 100 |  |
| SUB - TOTAL |  | USD | 5,146.00 |
| TOTAL INVOICE |  | USD | 5,146.00 |

# OF PACKAGES          : 4
GROSS WEIGHT          : 430.006 KG,  947.99  LB
ECCN          : EAR99
LICENSE NO : NLR-C33
CARRIER          : SCOTT LOGISTICS CORP

---

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  06/06/2018 | *Invoice No:  9820009389 | PO No:  661353 |
| *Vendor No:  000390302 | Terms Type:  _____ | Buyer Name:  _____ |
| Division No:  _____ | Terms Date:  Invoice Date | *Buyer Store #:  2675 |
| AFE No:  _____ | Term Net Days:  90 | Remit To Name:  Black   Decker (PR) LLC |
| *Dept No:  609 | Disc Percent:  _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due:  _____ | Contact Name:  _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #:  _____

| | | |
|---|---|---|
| Allow Type:  _____ | Allow Amt:  _____ | |
| Charge Type 1:  _____ | Charge Amt 1:  _____ | *No of Ln Items:  1 |
| Charge Type 2:  _____ | Charge Amt 2:  _____ | *Tot Inv Amt:  134.25 |

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Each | 134.25 | Buyer Item No | 91045 | UPC Code | 0288774 97372 | | | | | | 1 0 |

Dlcentral Corp.

**Stanley Black & Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS GUAYAMA 2675
PLAZA GUAYAMA - ROAD 3 KM. L 34.7
00784 GUAYAMA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 661363 | 06/01/2018 | 1262155 | 9820009389 | 06/06/2018 | 1803806568 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | MX | DW130V 91045 | 8467210050 | 1/2" (13mm) Spade Handle Drill | 1 | 134.25 | 134.25 |

INVOICE TOTAL QTY                                        PC        1

SUB - TOTAL                                                              USD        134.25

TOTAL INVOICE                                                          USD        134.25

\# OF PACKAGES          : 1
GROSS WEIGHT          : 3.629 KG,  8  LB
ECCN        : EAR99
LICENSE NO : NLR-C33
CARRIER                  : SCOTT LOGISTICS CORP

---
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1       Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  06/06/2018          *Invoice No:  9820009401          PO No:  662910

*Vendor No:  000390302             Terms Type:  _____          Buyer Name:  _____

Division No:  _____           Terms Date:  Invoice Date          *Buyer Store #:  1925

AFE No:  _____               Term Net Days:  90                Remit To Name:  Black  Decker (PR) LLC

*Dept No:  609                     Disc Percent:  _____          *Remit To DUNS:  001317189

*Product Code:  Fair Labor Standards Act          Disc Days Due:  _____          Contact Name:  _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #:  _____

Allow Type:  _____                 Allow Amt:  _____

Charge Type 1:  _____              Charge Amt 1:  _____          *No of Ln Items:  1

Charge Type 2:  _____              Charge Amt 2:  _____          *Tot Inv Amt:  134.25

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|----------------|------------|-------------|-----------------|---------------|----------------|--------------|----------------|--------------|--------------|------------------------|-------------------------|---|
| 1 | 1 | Each | 134.25 | Buyer Item No | 91045 | UPC Code | 0288774 97372 | | | | | | 1 0 |

DIcentral Corp.



REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAROLINA 1925
PLAZA CAROLINA SHOPPING CENTER
00987 CAROLINA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 662910 | 06/04/2018 | 1262155 | 9820009401 | 06/06/2018 | 1803808925 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | MX | DW130V 91045 | 8467210050 | 1/2" (13mm) Spade Handle Drill | 1 | 134.25 | 134.25 |

INVOICE  TOTAL QTY                                   PC        1

SUB - TOTAL                                                     USD        134.25

TOTAL INVOICE                                                  USD        134.25

# OF PACKAGES          : 1
GROSS WEIGHT          : 3.629 KG,  8  LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER               : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 06/08/2018 | *Invoice No: 9820009440 | PO No: 662969 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 1945 |
| AFE No: _____ | Term Net Days: 90 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____          Allow Amt: _____

Charge Type 1: _____          Charge Amt 1: _____          *No of Ln Items: 9

Charge Type 2: _____          Charge Amt 2: _____          *Tot Inv Amt: 3.94

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 3.77 | Buyer Item No | 46259 | UPC Code | 7477525 12749 | | | | | | 0 |
| 2 | 0 | Each | 5.78 | Buyer Item No | 46379 | UPC Code | 7477525 10714 | | | | | | 0 |
| 3 | 0 | Each | 6 | Buyer Item No | 50956 | UPC Code | 0761748 40216 | | | | | | 0 |
| 4 | 0 | Each | 5.75 | Buyer Item No | 50957 | UPC Code | 7477528 74489 | | | | | | 0 |
| 5 | 0 | Each | 5.99 | Buyer Item No | 50959 | UPC Code | 7477528 76223 | | | | | | 0 |
| 6 | 0 | Each | 9.15 | Buyer Item No | 50960 | UPC Code | 7477528 76247 | | | | | | 0 |
| 7 | 0 | Each | 13.35 | Buyer Item No | 50961 | UPC Code | 7477528 76254 | | | | | | 0 |
| 8 | 0 | Each | 3.08 | Buyer Item No | 50962 | UPC Code | 7477528 90458 | | | | | | 0 |
| 9 | 1 | Each | 3.94 | Buyer Item No | 80141 | UPC Code | 0288740 54370 | | | | | | 3 |



REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PONCE 1945
OCFT
PLAZA DEL CARIBE MALL
00731 PONCE
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 662969ftm | 06/05/2018 | 1262155 | 9820009440 | 06/08/2018 | 1803811274 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 100 | DE | DW5437 80140 | 8207502030 | DEW SDS+NCHP DW5437 1/2X4X6 PO No 507 | 1 | 3.94 | 3.94 |
| | | | | INVOICE TOTAL QTY | PC  1 | | |
| | | | | SUB - TOTAL | | USD | 3.94 |
| | | | | TOTAL INVOICE | | USD | 3.94 |

```
#OF PACKAGES: 1 CTN
GROSS WEIGHT: 38 LBS
CARRIER : UPS
```

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 06/11/2018 | *Invoice No: 9820009456 | PO No: 663027 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 1085 |
| AFE No: _____ | Term Net Days: 90 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an...

Contact Phone #: _____

Allow Type: _____        Allow Amt: _____

Charge Type 1: _____        Charge Amt 1: _____        *No of Ln Items: 4

Charge Type 2: _____        Charge Amt 2: _____        *Tot Inv Amt: 164.90

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 0.5 | Buyer Item No | 38706 | UPC Code | 0288775 35579 | | | | | | 0 |
| 2 | 5 | Each | 14.99 | Buyer Item No | 80151 | UPC Code | 0288740 58033 | | | | | | 7 |
| 3 | 5 | Each | 17.99 | Buyer Item No | 80160 | UPC Code | 0288740 58040 | | | | | | 8 |
| 4 | 0 | Each | 134.25 | Buyer Item No | 91045 | UPC Code | 0288774 97372 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAGUAS 2915
OCFT
LAS CATALINAS MALL
00725 CAGUAS
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 663027 | 06/01/2018 | 1262155 | 9820009456 | 06/11/2018 | 1803806535 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 20 | DE | DW5803 80151 | 8207502030 | BIT, SDS MAX, 2 CUTTER, 1/2" x 13-1/2" | 5 | 14.99 | 74.95 |
| 30 | DE | DW5804 80160 | 8207502030 | BIT, SDS MAX, 2 CUTTER, 1/2" x 21-1/2 | 5 | 17.99 | 89.95 |

| | | | | | | |
|---|---|---|---|---|---|---|
| INVOICE TOTAL QTY | | PC | 10 | | | |
| SUB - TOTAL | | | | | USD | 164.90 |
| TOTAL INVOICE | | | | | USD | 164.90 |

```
#OF PACKAGES: 2 CTN
GROSS WEIGHT: 47 LBS
CARRIER : UPS
```

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  06/13/2018 | *Invoice No:  9820009546 | PO No:  663029 |
| *Vendor No:  000390302 | Terms Type:  _____ | Buyer Name:  _____ |
| Division No:  _____ | Terms Date:  Invoice Date | *Buyer Store #:  1905 |
| AFE No:  _____ | Term Net Days:  90 | Remit To Name:  Black   Decker (PR) LLC |
| *Dept No:  609 | Disc Percent:  _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due:  _____ | Contact Name:  _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #:  _____

| | |
|---|---|
| Allow Type:  _____ | Allow Amt:  _____ |
| Charge Type 1:  _____ | Charge Amt 1:  _____ |
| Charge Type 2:  _____ | Charge Amt 2:  _____ |

*No of Ln Items:  2

*Tot Inv Amt:  82.30

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5 | Each | 1.47 | Buyer Item No | 38473 | UPC Code | 0288740 52284 | | | | | | 7 |
| 2 | 5 | Each | 14.99 | Buyer Item No | 80151 | UPC Code | 0288740 58033 | | | | | | 7 |

DIcentral Corp.

**Stanley Black & Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
OCFT
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 663029 | 06/04/2018 | 1262155 | 9820009546 | 06/13/2018 | 1803808884 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | DE | DW5228  Y | 8207502030 | BIT, SPEARPOINT, 5/16" x 6" 5/16X4X6 BROCA ROCK CARBIDE (S | 5 | 1.47 | 7.35 |
| 20 | DE | DW5803 80151 | 8207502030 | BIT, SDS MAX, 2 CUTTER, 1/2" x 13-1/2" | 5 | 14.99 | 74.95 |

|  |  |  |  |
|---|---|---|---|
| INVOICE  TOTAL QTY | PC | 10 |  |
| SUB - TOTAL |  | USD | 82.30 |
| TOTAL INVOICE |  | USD | 82.30 |

#OF PACKAGES: 1  CTN

GROSS WEIGHT: 5 LBS

CARRIER : avrt  0309682755

AUTHORIZED SIGNATURE

*Reclamos daben ser recibidos dentro de un plazo de sesenta (60) dias a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  06/13/2018 | *Invoice No:  9820009549 | PO No:  662602 |
| *Vendor No:  000390302 | Terms Type:  _____ | Buyer Name:  _____ |
| Division No:  _____ | Terms Date:  Invoice Date | *Buyer Store #:  1905 |
| AFE No:  _____ | Term Net Days:  90 | Remit To Name:  Black  Decker (PR) LLC |
| *Dept No:  609 | Disc Percent:  _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due:  _____ | Contact Name:  _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #:  _____

| | | |
|---|---|---|
| Allow Type:  _____ | Allow Amt:  _____ | |
| Charge Type 1:  _____ | Charge Amt 1:  _____ | *No of Ln Items:  4 |
| Charge Type 2:  _____ | Charge Amt 2:  _____ | *Tot Inv Amt:  137.85 |

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 389 | Buyer Item No | 35162 | UPC Code | 8859112 10058 | | | | | | 0 |
| 2 | 0 | Each | 7.45 | Buyer Item No | 38583 | UPC Code | 0288740 52444 | | | | | | 0 |
| 3 | 5 | Each | 24.33 | Buyer Item No | 80112 | UPC Code | 0288775 63053 | | | | | | 1 0 |
| 4 | 12 | Each | 1.35 | Buyer Item No | 80162 | UPC Code | 0288740 52215 | | | | | | 1 |

Dicentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
OCFT
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 662602 | 06/04/2018 | 1262155 | 9820009549 | 06/13/2018 | 1803808915 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 30 | CN | DW5366  Y | 8207906000 | 10 PC TAPCON SET<br>10 PC TAPCON SET | 5 | 24.33 | 121.65 |
| 40 | DE | DW5221  Y | 8207502030 | BIT, SPEARPOINT, 1/8" x 3"<br>1/8X2X3 broca | 12 | 1.35 | 16.20 |

|  |  |  |  |
|---|---|---|---|
| INVOICE  TOTAL QTY | PC | 17 |  |
| SUB - TOTAL |  |  | USD     137.85 |
| TOTAL INVOICE |  |  | USD     137.85 |

#OF PACKAGES: 1  CTN

GROSS WEIGHT: 9  LBS

CARRIER : avrt 0309682755

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  06/13/2018           *Invoice No:  9820009550          PO No:  662545

*Vendor No:  000390302              Terms Type:  _____         Buyer Name:  _____

Division No:  _____            Terms Date:  Invoice Date        *Buyer Store #:  1905

AFE No:  _____                 Term Net Days:  90               Remit To Name:  Black  Decker (PR) LLC

*Dept No:  609                      Disc Percent:  _____        *Remit To DUNS:  001317189

*Product Code:  Fair Labor Standards Act         Disc Days Due:  _____        Contact Name:  _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #:  _____

Allow Type:  _____             Allow Amt:  _____

Charge Type 1:  _____          Charge Amt 1:  _____        *No of Ln Items:  1

Charge Type 2:  _____          Charge Amt 2:  _____        *Tot Inv Amt:  598.80

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|-------|-------|-------|------|---------|------|------|------|------|------|---|
| 1 | 3 | Each | 199.6 | Buyer Item No | 41955 | UPC Code | 8859114 25520 | | | | | | 5 |
| | | | | | | | | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
OCFT
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 662545 | 06/04/2018 | 1262155 | 9820009550 | 06/13/2018 | 1803808917 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | DCK287D2 | 8467290040 | 20V MAX XR BL COMPACT HD & IMPACT COMBO Combo T. Percutor y Ator. de I | 3 | 199.60 | 598.80 |

|  |  |  |  |  |
|---|---|---|---|---|
| INVOICE TOTAL QTY | | PC | 3 | |
| SUB - TOTAL | | | USD | 598.80 |
| TOTAL INVOICE | | | USD | 598.80 |

#OF PACKAGES: 1 plt

GROSS WEIGHT: 31 LBS

CARRIER : avrt 0309682755

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  06/13/2018

*Vendor No:  000390302

Division No:  _____

AFE No:  _____

*Dept No:  609

*Product Code:  Fair Labor Standards Act

*Invoice No:  9820009551

Terms Type:  _____

Terms Date:  Invoice Date

Term Net Days:  90

Disc Percent:  _____

Disc Days Due:  _____

PO No:  662450

Buyer Name:  _____

*Buyer Store #:  1905

Remit To Name:  Black   Decker (PR) LLC

*Remit To DUNS:  001317189

Contact Name:  _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #:  _____

Allow Type:  _____

Charge Type 1:  _____

Charge Type 2:  _____

Allow Amt:  _____

Charge Amt 1:  _____

Charge Amt 2:  _____

*No of Ln Items:  2

*Tot Inv Amt:  24.24

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|------|-----------------|---------------|----------------|--------------|----------------|--------------|--------------|-----------------------|-------------------------|---|
| 1 | 6 | Each | 4.04 | Buyer Item No | 80140 | UPC Code | 0288740 54042 | | | | | | 2 |
| 2 | 0 | Each | 330 | Buyer Item No | 81833 | UPC Code | 8859111 53331 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
OCFT
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 662450 | 06/04/2018 | 1262155 | 9820009551 | 06/13/2018 | 1803808919 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | DE | DW5404  Y | 8207502030 | BIT, SDS PLUS, 3/16" x 8-1/2" 3/16 X 6-1/2 X 8-1/2 | 6 | 4.04 | 24.24 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | INVOICE TOTAL QTY | | | PC 6 | | |
| | | SUB - TOTAL | | | | USD | 24.24 |
| | | TOTAL INVOICE | | | | USD | 24.24 |

#OF PACKAGES: 1 CTN

GROSS WEIGHT: 1 LBS

CARRIER : avrt 0309682755

---

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  06/13/2018 | *Invoice No: 9820009552 | PO No: 662909 |
| *Vendor No: 000390302 | Terms Type:  _____ | Buyer Name:  _____ |
| Division No:  _____ | Terms Date:  Invoice Date | *Buyer Store #: 1905 |
| AFE No:  _____ | Term Net Days:  90 | Remit To Name:  Black  Decker (PR) LLC |
| *Dept No:  609 | Disc Percent:  _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due:  _____ | Contact Name:  _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #:  _____

| | |
|---|---|
| Allow Type:  _____ | Allow Amt:  _____ |
| Charge Type 1:  _____ | Charge Amt 1:  _____ |
| Charge Type 2:  _____ | Charge Amt 2:  _____ |

*No of Ln Items:  3

*Tot Inv Amt:  51.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 125.5 | Buyer Item No | 36193 | UPC Code | 8859112 39714 | | | | | | 0 |
| 2 | 0 | Each | 13.55 | Buyer Item No | 73273 | UPC Code | 0761746 02203 | | | | | | 0 |
| 3 | 5 | Each | 10.2 | Buyer Item No | 80145 | UPC Code | 0288774 34469 | | | | | | 5 |

DIcentral Corp.

**Stanley Black & Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
OCFT
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 662909 | 06/04/2018 | 1262155 | 9820009552 | 06/13/2018 | 1803808921 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 30 | CN | DW5205 80145 | 8207502030 | 5PC PERCUSSION SET W/TOUGH CASE 5PZ PERC ROCK CARB | 5 | 10.20 | 51.00 |

|  |  |  |  |
|---|---|---|---|
| INVOICE  TOTAL QTY | PC | 5 | |
| SUB - TOTAL | | USD | 51.00 |
| TOTAL INVOICE | | USD | 51.00 |

#OF PACKAGES: 1 CTN

GROSS WEIGHT: 7 LBS

CARRIER : avrt 0309682755

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*Thesa items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  06/13/2018 | *Invoice No:  9820009554 | PO No:  661491 |
| *Vendor No:  000390302 | Terms Type:  _____ | Buyer Name:  _____ |
| Division No:  _____ | Terms Date:  Invoice Date | *Buyer Store #:  2675 |
| AFE No:  _____ | Term Net Days:  90 | Remit To Name:  Black  Decker (PR) LLC |
| *Dept No:  609 | Disc Percent:  _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due:  _____ | Contact Name:  _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #:  _____

Allow Type:  _____          Allow Amt:  _____

Charge Type 1:  _____       Charge Amt 1:  _____        *No of Ln Items:  1

Charge Type 2:  _____       Charge Amt 2:  _____        *Tot Inv Amt:  135.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Each | 135.00 | Buyer Item No | 33184 | UPC Code | 8859112 09823 | | | | | | 1 0 |

DIcentral Corp.

**Stanley Black&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS GUAYAMA 2675
OCFT
PLAZA GUAYAMA - ROAD 3 KM. L 34.7
00784 GUAYAMA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 661491 | 06/05/2018 | 1262155 | 9820009554 | 06/13/2018 | 1803811228 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | US | DCD785C2 33184 | 8467210070 | 20V MAX LI-LION COMPACT HAMMERDRILL TAL PERCUTOR LI-ION DE 20V | 1 | 135.00 | 135.00 |

| | | |
|---|---|---|
| INVOICE  TOTAL QTY | PC | 1 |
| SUB - TOTAL | USD | 135.00 |
| TOTAL INVOICE | USD | 135.00 |

#OF PACKAGES: 1  CTN

GROSS WEIGHT:  6 LBS

CARRIER : avr  0309682755

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or es otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 06/13/2018          *Invoice No: 9820009555          PO No: 661522

*Vendor No: 000390302          Terms Type: _____          Buyer Name: _____

Division No: _____          Terms Date: Invoice Date          *Buyer Store #: 1905

AFE No: _____          Term Net Days: 90          Remit To Name: Black  Decker (PR) LLC

*Dept No: 609          Disc Percent: _____          *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act          Disc Days Due: _____          Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____          Allow Amt: _____

Charge Type 1: _____          Charge Amt 1: _____          *No of Ln Items: 1

Charge Type 2: _____          Charge Amt 2: _____          *Tot Inv Amt: 72.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|------|--------|-------|--------|--------|--------|--------|-------|--------|--------|---|
| 1 | 6 | Each | 12 | Buyer Item No | 80182 | UPC Code | 0288740 57715 | | | | | | 7 |

DIcentral Corp.

**Stanley Black&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
OCFT
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 661522 | 06/05/2018 | 1262155 | 9820009555 | 06/13/2018 | 1803811230 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | US | DW5771 | 8207502030 | 18 BULL POINT De 18 macho III/ Spline | 6 | 12.00 | 72.00 |

|  |  |  |  |
|---|---|---|---|
| INVOICE  TOTAL QTY | PC | 6 |  |
| SUB - TOTAL |  | USD | 72.00 |
| TOTAL INVOICE |  | USD | 72.00 |

#OF PACKAGES: 1  CTN

GROSS WEIGHT: 14 LBS

CARRIER : avn 0309682755

_____
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  06/13/2018          *Invoice No:  9820009558          PO No:  662970

*Vendor No:  000390302          Terms Type: _____          Buyer Name: _____

Division No: _____          Terms Date:  Invoice Date          *Buyer Store #:  2085

AFE No: _____          Term Net Days:  90          Remit To Name:  Black   Decker (PR) LLC

*Dept No:  609          Disc Percent: _____          *Remit To DUNS:  001317189

*Product Code:  Fair Labor Standards Act          Disc Days Due: _____          Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____          Allow Amt: _____

Charge Type 1: _____          Charge Amt 1: _____          *No of Ln Items:  3

Charge Type 2: _____          Charge Amt 2: _____          *Tot Inv Amt:  14.99

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|-------|----------------|--------|-------------|-----------------|----------|---------|-------|----------|-------------|---|
| 1  | 1 | Each | 14.99 | Buyer Item No | 12607 | UPC Code | 0288740 58064 | | | | | | 1 |
| 2  | 0 | Each | 3.77 | Buyer Item No | 46259 | UPC Code | 7477525 12749 | | | | | | 0 |
| 3  | 0 | Each | 5.78 | Buyer Item No | 46379 | UPC Code | 7477525 10714 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS FAJARDO 2085
OCFT
PLAZA DEL ESTE- STATE RD 3
00738 FAJARDO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 662970ftm | 06/05/2018 | 1262155 | 9820009558 | 06/13/2018 | 1803811269 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | DE | DW5806 12607 | 8207502030 | BIT, SDS MAX, 4 CUTTER, 5/8" x 13-1/2 | 1 | 14.99 | 14.99 |

| | | |
|---|---|---|
| INVOICE TOTAL QTY | PC | 1 |
| SUB - TOTAL | USD | 14.99 |
| TOTAL INVOICE | USD | 14.99 |

#OF PACKAGES: 1 CTN

GROSS WEIGHT: 1 LB

CARRIER : avrt 0309682755

---

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  06/14/2018

*Vendor No:  000390302

Division No: _____

AFE No: _____

*Dept No:  609

*Product Code:  Fair Labor Standards Act

*Invoice No:  9820009647

Terms Type: _____

Terms Date:  Invoice Date

Term Net Days:  90

Disc Percent: _____

Disc Days Due: _____

PO No:  661048

Buyer Name: _____

*Buyer Store #:  1905

Remit To Name:  Black   Decker (PR) LLC

*Remit To DUNS:  001317189

Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____

Charge Type 1: _____

Charge Type 2: _____

Allow Amt: _____

Charge Amt 1: _____

Charge Amt 2: _____

*No of Ln Items:  2

*Tot Inv Amt:  47.50

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5 | Each | 9.5 | Buyer Item No | 1671 | UPC Code | 8859114 44439 | | | | | | 4 |
| 2 | 0 | Each | 169 | Buyer Item No | 33184 | UPC Code | 8859112 09823 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
OCFT
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 661048ftm | 06/06/2018 | 1262155 | 9820009647 | 06/14/2018 | 1803813434 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | BDA9228QCM | 8207906000 | 28PC QUICK CONNECT SD SET Juego Combinado Puntas y Broca | 5 | 9.50 | 47.50 |

|  |  |  |  |
|---|---|---|---|
| INVOICE  TOTAL QTY | PC | 5 | |
| SUB - TOTAL | | USD | 47.50 |
| TOTAL INVOICE | | USD | 47.50 |

#OF PACKAGES: 1  CTN

GROSS WEIGHT: 5 LBS

CARRIER : avrt 0309682818

_____
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  06/14/2018 | *Invoice No:  9820009650 | PO No:  662997 |
| *Vendor No:  000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date:  Invoice Date | *Buyer Store #:  1935 |
| AFE No: _____ | Term Net Days:  90 | Remit To Name:  Black   Decker (PR) LLC |
| *Dept No:  609 | Disc Percent: _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____            Allow Amt: _____

Charge Type 1: _____            Charge Amt 1: _____            *No of Ln Items:  9

Charge Type 2: _____            Charge Amt 2: _____            *Tot Inv Amt:  159.42

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 5.25 | Buyer Item No | 12601 | UPC Code | 0288741 69111 | | | | | | 0 |
| 2 | 3 | Each | .82 | Buyer Item No | 12602 | UPC Code | 0288741 69029 | | | | | | 2 |
| 3 | 0 | Each | 3.3 | Buyer Item No | 15582 | European Article No | 7896525 089131 | | | | | | 0 |
| 4 | 0 | Each | 6.15 | Buyer Item No | 15585 | European Article No | 7896525 089186 | | | | | | 0 |
| 5 | 0 | Each | 6.25 | Buyer Item No | 15586 | European Article No | 7896525 089193 | | | | | | 0 |
| 6 | 12 | Each | 2.04 | Buyer Item No | 38469 | UPC Code | 0288740 54028 | | | | | | 2 |
| 7 | 24 | Each | 1.8 | Buyer Item No | 38471 | UPC Code | 0288740 52239 | | | | | | 4 |
| 8 | 12 | Each | 2.81 | Buyer Item No | 38579 | UPC Code | 0288740 52345 | | | | | | 3 |
| 9 | 12 | Each | 4.63 | Buyer Item No | 38582 | UPC Code | 0288740 52413 | | | | | | 5 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS MAYAGUEZ 1935
OCFT
MAYAGUEZ MALL
00680 MAYAGUEZ
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 662997 | 06/07/2018 | 1262155 | 9820009650 | 06/14/2018 | 1803815823 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 20 | CN | 16902  S | 8207508000 | 1/4 X 2-1/4 GLASS/TILE DRILL BIT BROCA 1/4X2 1/4 | 3 | 0.82 | 2.46 |
| 30 | DE | DW5402 | 8207502030 | DEW SDS+NCHP DW5402 3/16X2X4 PO No 50 | 12 | 2.04 | 24.48 |
| 40 | DE | DW5223  Y | 8207502030 | BIT, SPEARPOINT, 3/16" x 6" 3/16X4X6 BROCA ROCK CARBIDE (S | 24 | 1.80 | 43.20 |
| 50 | DE | DW5234  Y | 8207502030 | BIT, SPEARPOINT, 7/16" x 6" 7/16X4X6 broca | 12 | 2.81 | 33.72 |
| 60 | DE | DW5241  Y | 8207502030 | BIT, SPEARPOINT, 5/8" x 6" 5/8X4X6 broca | 12 | 4.63 | 55.56 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 63 | |
| SUB - TOTAL | | USD | 159.42 |
| TOTAL INVOICE | | USD | 159.42 |

#OF PACKAGES: 1 CTN

GROSS WEIGHT: 8 LBS

CARRIER : avrt 0309682818

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the Invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-users( s), either in their original

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 06/14/2018 | *Invoice No: 9820009652 | PO No: 663917 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 1925 |
| AFE No: _____ | Term Net Days: 90 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an...

Contact Phone #: _____

Allow Type: _____        Allow Amt: _____

Charge Type 1: _____        Charge Amt 1: _____        *No of Ln Items: 2

Charge Type 2: _____        Charge Amt 2: _____        *Tot Inv Amt: 78.60

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5 | Each | 3.9 | Buyer Item No | 38472 | UPC Code | 0288740 52291 | | | | | | 1 |
| 2 | 6 | Each | 9.85 | Buyer Item No | 80125 | UPC Code | 0288740 57791 | | | | | | 5 |

DIcentral Corp.

**Stanley Black & Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
OCFT
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 663917 | 06/11/2018 | 1262155 | 9820009652 | 06/14/2018 | 1803820064 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | DE | DW5229  Y | 8207502030 | BIT, SPEARPOINT, 5/16" x 12" 5/16X10X12 broca | 5 | 3.90 | 19.50 |
| 20 | US | DW5779 80125 | 8207903085 | 1X 12 COLD CHISEL De 7/8 X 12 Macho III/ Spline | 6 | 9.85 | 59.10 |

|  |  |  |  |  |
|---|---|---|---|---|
| INVOICE  TOTAL QTY | PC | 11 |  |  |
| SUB - TOTAL |  |  | USD | 78.60 |
| TOTAL INVOICE |  |  | USD | 78.60 |

**#OF PACKAGES:** 2 ctns

**GROSS WEIGHT:** 10 LBS

**CARRIER : UPS**

_____
AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 06/18/2018

*Invoice No: 9820009726

PO No: 662999

*Vendor No: 000390302

Terms Type: _____

Buyer Name: _____

Division No: _____

Terms Date: Invoice Date

*Buyer Store #: 1945

AFE No: _____

Term Net Days: 90

Remit To Name: Black   Decker (PR) LLC

*Dept No: 609

Disc Percent: _____

*Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act

Disc Days Due: _____

Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____

Allow Amt: _____

Charge Type 1: _____

Charge Amt 1: _____

*No of Ln Items: 11

Charge Type 2: _____

Charge Amt 2: _____

*Tot Inv Amt: 303.36

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 5.25 | Buyer Item No | 12601 | UPC Code | 0288741 69111 | | | | | | 0 |
| 2 | 3 | Each | .82 | Buyer Item No | 12602 | UPC Code | 0288741 69029 | | | | | | 2 |
| 3 | 0 | Each | 3.3 | Buyer Item No | 15582 | European Article No | 7896525 089131 | | | | | | 0 |
| 4 | 0 | Each | 6.15 | Buyer Item No | 15585 | European Article No | 7896525 089186 | | | | | | 0 |
| 5 | 0 | Each | 3.1 | Buyer Item No | 16464 | European Article No | 7896525 088479 | | | | | | 0 |
| 6 | 12 | Each | 2.04 | Buyer Item No | 38469 | UPC Code | 0288740 54028 | | | | | | 2 |
| 7 | 12 | Each | 2.3 | Buyer Item No | 38470 | UPC Code | 0288740 52307 | | | | | | 2 |
| 8 | 24 | Each | 1.8 | Buyer Item No | 38471 | UPC Code | 0288740 52239 | | | | | | 4 |
| 9 | 12 | Each | 3.44 | Buyer Item No | 38580 | UPC Code | 0288740 52352 | | | | | | 4 |
| 10 | 12 | Each | 4.95 | Buyer Item No | 38581 | UPC Code | 0288740 52369 | | | | | | 5 |
| 11 | 6 | Each | 17.49 | Buyer Item No | 80108 | UPC Code | 0288740 57043 | | | | | | 1 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PONCE 1945
PLAZA DEL CARIBE MALL
00731 PONCE
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 662999ftm | 06/05/2018 | 1262155 | 9820009726 | 06/18/2018 | 1803811277 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 20 | CN | 16902  S | 8207508000 | 1/4 X 2-1/4 GLASS/TILE DRILL BIT BROCA 1/4X2 1/4 | 3 | 0.82 | 2.46 |
| 40 | DE | DW5402 | 8207502030 | DEW SDS+NCHP DW5402 3/16X2X4 PO No 50 | 12 | 2.04 | 24.48 |
| 50 | DE | DW5230  Y | 8207502030 | BIT, SPEARPOINT, 3/8" x 6" 3/8X4X6 BROCA ROCK CARBIDE (SE | 12 | 2.30 | 27.60 |
| 60 | DE | DW5223  Y | 8207502030 | BIT, SPEARPOINT, 3/16" x 6" 3/16X4X6 BROCA ROCK CARBIDE (S | 24 | 1.80 | 43.20 |
| 70 | DE | DW5235  Y | 8207502030 | BIT, SPEARPOINT, 1/2" x 6" 1/2X4X6 BROCA ROCK CARBIDE (SE | 12 | 3.44 | 41.28 |
| 80 | DE | DW5236  Y | 8207502030 | BIT, SPEARPOINT, 1/2" x 12" 1/2X10X12 broca | 12 | 4.95 | 59.40 |
| 90 | DE | DW5704 80108 | 8207502030 | BIT, SPLINE, 2 CUTTER, 1/2" x 16" | 6 | 17.49 | 104.94 |

| | | | |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 81 | |
| SUB - TOTAL | | USD | 303.36 |
| TOTAL INVOICE | | USD | 303.36 |

#OF PACKAGES: 1  CTN

GROSS WEIGHT: 17 LBS

CARRIER : avrt  0309682818

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified.

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 06/19/2018 | *Invoice No: 9820009759 | PO No: 663089 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 1905 |
| AFE No: _____ | Term Net Days: 90 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____          Allow Amt: _____

Charge Type 1: _____          Charge Amt 1: _____          *No of Ln Items: 1

Charge Type 2: _____          Charge Amt 2: _____          *Tot Inv Amt: 389.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Each | 389 | Buyer Item No | 35162 | UPC Code | 8859112 10058 | | | | | | 3 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
OCFT
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 663089 | 06/04/2018 | 1262155 | 9820009759 | 06/19/2018 | 1803808882 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CZ | D25851K 35162 | 8467290080 | Spline Chipping Hammer Kit | 1 | 389.00 | 389.00 |

|  | INVOICE TOTAL QTY | PC | 1 |  |
|---|---|---|---|---|
|  | SUB - TOTAL |  | USD | 389.00 |
|  | TOTAL INVOICE |  | USD | 389.00 |

#OF PACKAGES: 1 CTN

GROSS WEIGHT: 23 LBS

CARRIER : avrt 0309682878

---

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified.

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  06/19/2018              *Invoice No:  9820009763              PO No:  661050

*Vendor No:  000390302                  Terms Type:  _____            Buyer Name:  _____

Division No:  _____               Terms Date:  Invoice Date           *Buyer Store #:  1925

AFE No:  _____                    Term Net Days:  90                  Remit To Name:  Black   Decker (PR) LLC

*Dept No:  609                          Disc Percent:  _____          *Remit To DUNS:  001317189

*Product Code:  Fair Labor Standards Act        Disc Days Due:  _____      Contact Name:  _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #:  _____

Allow Type:  _____                Allow Amt:  _____

Charge Type 1:  _____             Charge Amt 1:  _____         *No of Ln Items:  3

Charge Type 2:  _____             Charge Amt 2:  _____         *Tot Inv Amt:  82.92

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 1 | 0 | Each | 6.25 | Buyer Item No | 15586 | European Article No | 7896525 089193 | | | | | | 0 |
| 2 | 0 | Each | 3.94 | Buyer Item No | 50963 | UPC Code | 7477528 70467 | | | | | | 0 |
| 3 | 12 | Each | 6.91 | Buyer Item No | 80187 | UPC Code | 0288740 54240 | | | | | | 8 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAROLINA 1925
OCFT
PLAZA CAROLINA SHOPPING CENTER
00987 CAROLINA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 661050 | 06/06/2018 | 1262155 | 9820009763 | 06/19/2018 | 1803813430 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | DE | DW5424  Y | 8207502030 | BIT, SDS PLUS, 5/16" x 6" 5/16 X 4 X 6 BROCA SDS ROCK | 12 | 6.91 | 82.92 |

|  |  |  |  |  |
|---|---|---|---|---|
| INVOICE  TOTAL QTY | | PC | 12 | |
| SUB - TOTAL | | | USD | 82.92 |
| TOTAL INVOICE | | | USD | 82.92 |

#OF PACKAGES: 1 CTN

GROSS WEIGHT: 21 LBS

CARRIER : avrt  0309682878

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  06/19/2018          *Invoice No:  9820009770          PO No:  662994

*Vendor No:  000390302             Terms Type:  _____          Buyer Name:  _____

Division No:  _____           Terms Date:  Invoice Date         *Buyer Store #:  1905

AFE No:  _____                Term Net Days:  90                Remit To Name:  Black  Decker (PR) LLC

*Dept No:  609                     Disc Percent:  _____         *Remit To DUNS:  001317189

*Product Code:  Fair Labor Standards Act      Disc Days Due:  _____      Contact Name:  _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #:  _____

Allow Type:  _____            Allow Amt:  _____

Charge Type 1:  _____         Charge Amt 1:  _____        *No of Ln Items:  10

Charge Type 2:  _____         Charge Amt 2:  _____        *Tot Inv Amt:  74.08

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|------|-------------------|-------|------------------|---------|---|---|---|---|---|---|
| 1  | 0  | Each | 5.25 | Buyer Item No | 12601 | UPC Code | 0288741 69111 | | | | | | 0 |
| 2  | 3  | Each | .82  | Buyer Item No | 12602 | UPC Code | 0288741 69029 | | | | | | 2 |
| 3  | 0  | Each | 3.3  | Buyer Item No | 15582 | European Article No | 7896525 089131 | | | | | | 0 |
| 4  | 0  | Each | 6.15 | Buyer Item No | 15585 | European Article No | 7896525 089186 | | | | | | 0 |
| 5  | 0  | Each | 6.25 | Buyer Item No | 15586 | European Article No | 7896525 089193 | | | | | | 0 |
| 6  | 0  | Each | 16.4 | Buyer Item No | 1630  | European Article No | 7896525 089223 | | | | | | 0 |
| 7  | 0  | Each | 3.1  | Buyer Item No | 16464 | European Article No | 7896525 088479 | | | | | | 0 |
| 8  | 12 | Each | 2.04 | Buyer Item No | 38469 | UPC Code | 0288740 54028 | | | | | | 2 |
| 9  | 24 | Each | 1.8  | Buyer Item No | 38471 | UPC Code | 0288740 52239 | | | | | | 4 |
| 10 | 1  | Each | 3.94 | Buyer Item No | 80141 | UPC Code | 0288740 54370 | | | | | | 3 |

Dicentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
OCFT
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 662994ftm | 06/11/2018 | 1262155 | 9820009770 | 06/19/2018 | 1803820047 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 20 | CN | 16902  S | 8207508000 | 1/4 X 2-1/4 GLASS/TILE DRILL BIT BROCA 1/4X2 1/4 | 3 | 0.82 | 2.46 |
| 40 | DE | DW5402 | 8207502030 | DEW SDS+NCHP DW5402 3/16X2X4 PO No 50 | 12 | 2.04 | 24.48 |
| 50 | DE | DW5223  Y | 8207502030 | BIT, SPEARPOINT, 3/16" x 6" 3/16X4X6 BROCA ROCK CARBIDE (S | 24 | 1.80 | 43.20 |
| 60 | DE | DW5437 80140 | 8207502030 | DEW SDS+NCHP DW5437 1/2X4X6 PO No 507 | 1 | 3.94 | 3.94 |

INVOICE  TOTAL QTY                    PC    40

SUB - TOTAL                                        USD        74.08

TOTAL INVOICE                                      USD        74.08

#OF PACKAGES: 1  CTN

GROSS WEIGHT: 3  LBS

CARRIER : avrt  0309682878

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-users( s), either in their original*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  06/20/2018 | *Invoice No:  9820009800 | PO No:  662747 |
| *Vendor No:  000390302 | Terms Type:  _____ | Buyer Name:  _____ |
| Division No:  _____ | Terms Date:  Invoice Date | *Buyer Store #:  1085 |
| AFE No:  _____ | Term Net Days:  90 | Remit To Name:  Black  Decker (PR) LLC |
| *Dept No:  609 | Disc Percent:  _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due:  _____ | Contact Name:  _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #:  _____

| | | |
|---|---|---|
| Allow Type:  _____ | Allow Amt:  _____ | |
| Charge Type 1:  _____ | Charge Amt 1:  _____ | *No of Ln Items:  6 |
| Charge Type 2:  _____ | Charge Amt 2:  _____ | *Tot Inv Amt:  407.96 |

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | Each | 84.55 | Buyer Item No | 20178 | UPC Code | 8859113 19881 | | | | | | 3 |
| 2 | 0 | Each | 11.56 | Buyer Item No | 80086 | UPC Code | 0288740 53496 | | | | | | 0 |
| 3 | 6 | Each | 5.49 | Buyer Item No | 80126 | UPC Code | 0288740 54394 | | | | | | 3 |
| 4 | 2 | Each | 9.65 | Buyer Item No | 80127 | UPC Code | 0288740 57708 | | | | | | 1 |
| 5 | 0 | Each | 6.54 | Buyer Item No | 80129 | UPC Code | 0288740 53489 | | | | | | 0 |
| 6 | 6 | Each | 2.92 | Buyer Item No | 80134 | UPC Code | 0288740 54035 | | | | | | 1 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAGUAS 2915
OCFT
LAS CATALINAS MALL
00725 CAGUAS
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 662747ftm | 06/07/2018 | 1262155 | 9820009800 | 06/20/2018 | 1803815831 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | PCE6430 20178 | 8467290055 | 4.5 AMP FIXED SPEED LAMINATE TRIMMER Laminadora de 1/4inch, 4.5AMP, | 4 | 84.55 | 338.20 |
| 30 | DE | DW5439  Y | 8207502030 | BIT, SDS PLUS, 1/2" x 12" 1/2 X 10 X 12 BROCA SDS PUN | 6 | 5.49 | 32.94 |
| 40 | US | DW5770 80127 | 8207502030 | 12 BULL POINT De 12 macho III/ Spline | 2 | 9.65 | 19.30 |
| 60 | DE | DW5403 80134 | 8207502030 | DEW SDS+NCHP DW5403 3/16X4-1/2X6-1/2 | 6 | 2.92 | 17.52 |

INVOICE  TOTAL QTY                          PC      18

SUB - TOTAL                                                          USD        407.96

TOTAL INVOICE                                                      USD        407.96

#OF PACKAGES: 2 CTNS

GROSS WEIGHT: 25 LBS

CARRIER : avrt 0309682978

---

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified.

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 06/20/2018 | *Invoice No: 9820009803 | PO No: 662465 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 2085 |
| AFE No: _____ | Term Net Days: 90 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an...

Contact Phone #: _____

| | |
|---|---|
| Allow Type: _____ | Allow Amt: _____ |
| Charge Type 1: _____ | Charge Amt 1: _____ |
| Charge Type 2: _____ | Charge Amt 2: _____ |

*No of Ln Items: 2
*Tot Inv Amt: 14.99

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Each | 14.99 | Buyer Item No | 12607 | UPC Code | 0288740 58064 | | | | | | 1. |
| 2 | 0 | Each | 3.3 | Buyer Item No | 46253 | UPC Code | 7477525 12718 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS FAJARDO 2085
OCFT
PLAZA DEL ESTE- STATE RD 3
00738 FAJARDO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 662465ftm | 06/13/2018 | 1262155 | 9820009803 | 06/20/2018 | 1803824856 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | DE | DW5806 12607 | 8207502030 | BIT, SDS MAX, 4 CUTTER, 5/8" x 13-1/2 | 1 | 14.99 | 14.99 |

INVOICE  TOTAL QTY                                      PC       1

SUB - TOTAL                                                    USD       14.99

TOTAL INVOICE                                                 USD       14.99

#OF PACKAGES: 1 CTN

GROSS WEIGHT: 1 LB

CARRIER : avrt 0309682978

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 06/21/2018 | *Invoice No: 9820009843 | PO No: 652719 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 2675 |
| AFE No: _____ | Term Net Days: 90 | Remit To Name: Black Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____          Allow Amt: _____

Charge Type 1: _____       Charge Amt 1: _____          *No of Ln Items: 3

Charge Type 2: _____       Charge Amt 2: _____          *Tot Inv Amt: 160.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Each | 160 | Buyer Item No | 11845 | UPC Code | 8859113 87156 | | | | | | 1 0 |
| 2 | 0 | Each | 9.46 | Buyer Item No | 80126 | UPC Code | 0288740 54394 | | | | | | 0 |
| 3 | 0 | Each | 6.54 | Buyer Item No | 80129 | UPC Code | 0288740 53489 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS GUAYAMA 2675
PLAZA GUAYAMA - ROAD 3 KM. L 34.7
00784 GUAYAMA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 652719 | 06/06/2018 | 1262155 | 9820009843 | 06/21/2018 | 1803813436 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | D25260K-B3 11845 | 8467290080 | 800W SDS PLUS HAMMER - 3 MODES D-HANDLE Rotomartillo SDS 3 Modos VVR | 1 | 160.00 | 160.00 |

INVOICE  TOTAL QTY                         PC        1
SUB - TOTAL                                          USD        160.00
TOTAL INVOICE                                        USD        160.00

\# OF PACKAGES          : 1
GROSS WEIGHT          : 5.897 KG,  13 LB
ECCN        : EAR99
LICENSE NO : NLR-C33
CARRIER                 : SCOTT LOGISTICS CORP

_____
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original*

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 06/21/2018 | *Invoice No: 9820009846 | PO No: 652697 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 1085 |
| AFE No: _____ | Term Net Days: 90 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

| | | |
|---|---|---|
| Allow Type: _____ | Allow Amt: _____ | |
| Charge Type 1: _____ | Charge Amt 1: _____ | *No of Ln Items: 1 |
| Charge Type 2: _____ | Charge Amt 2: _____ | *Tot Inv Amt: 160.00 |

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Each | 160 | Buyer Item No | 11845 | UPC Code | 8859113 87156 | | | | | | 1 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAGUAS 2915
LAS CATALINAS MALL
00725 CAGUAS
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 652697 | 06/06/2018 | 1262155 | 9820009846 | 06/21/2018 | 1803813437 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | D25260K-B3 11845 | 8467290080 | 800W SDS PLUS HAMMER - 3 MODES D-HANDLE Rotomartillo SDS 3 Modos VVR | 1 | 160.00 | 160.00 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY | | PC | 1 |
| SUB - TOTAL | | USD | 160.00 |
| TOTAL INVOICE | | USD | 160.00 |

# OF PACKAGES        : 1
GROSS WEIGHT      : 5.443 KG,  12 LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER          : SCQTT LOGISTICS CORP

_____
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha indicada de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  06/21/2018 | *Invoice No:  9820009856 | PO No:  663599 |
| *Vendor No:  000390302 | Terms Type:  _____ | Buyer Name:  _____ |
| Division No:  _____ | Terms Date:  Invoice Date | *Buyer Store #:  1945 |
| AFE No:  _____ | Term Net Days:  90 | Remit To Name:  Black  Decker (PR) LLC |
| *Dept No:  609 | Disc Percent:  _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due:  _____ | Contact Name:  _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #:  _____

| | | |
|---|---|---|
| Allow Type:  _____ | Allow Amt:  _____ | |
| Charge Type 1:  _____ | Charge Amt 1:  _____ | *No of Ln Items:  1 |
| Charge Type 2:  _____ | Charge Amt 2:  _____ | *Tot Inv Amt:  129.43 |

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Each | 129.4 3 | Buyer Item No | 12582 | UPC Code | 8859110 48644 | | | | | | 1 0 |

DIcentral Corp.

**ley Black & Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS HATILLO 2355
PLAZA DEL NORTE, 506 CALLE
TRUNCADO
00658-2709 HATILLO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 663599 | 06/13/2018 | 1262155 | 9820009856 | 06/21/2018 | 1803824872 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | MX | DWD520K | 8467210070 | 1/2 2-SPEED PISTOL HAMMERDRILL KIT TALADRO PERCUTOR 1/2 10 AMP. | 1 | 129.43 | 129.43 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  | INVOICE  TOTAL QTY | PC | 1 |  |  |
|  |  |  | SUB - TOTAL |  |  | USD | 129.43 |
|  |  |  | TOTAL INVOICE |  |  | USD | 129.43 |

# OF PACKAGES          : 1
GROSS WEIGHT          : 4.990 KG,  11 LB
ECCN     : EAR99
LICENSE NO : NLR-C33
CARRIER              : SCOTT LOGISTICS CORP

---

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  06/21/2018            *Invoice No:  9820009908           PO No:  664428

*Vendor No:  000390302               Terms Type:  _____           Buyer Name:  _____

Division No:  _____             Terms Date:  Invoice Date          *Buyer Store #:  1945

AFE No:  _____                  Term Net Days:  90                 Remit To Name:  Black   Decker (PR) LLC

*Dept No:  671                       Disc Percent:  _____          *Remit To DUNS:  001317189

*Product Code:  Fair Labor Standards Act        Disc Days Due:  _____        Contact Name:  _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #:  _____

Allow Type:  _____              Allow Amt:  _____

Charge Type 1:  _____           Charge Amt 1:  _____          *No of Ln Items:  2

Charge Type 2:  _____           Charge Amt 2:  _____          *Tot Inv Amt:  35.76

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 1 | 0 | Each | 17.25 | Buyer Item No | 57961 | UPC Code | 6368934 03798 | | | | | | 0 |
| 2 | 24 | Each | 1.49 | Buyer Item No | 72476 | UPC Code | 0288773 72785 | | | | | | 3 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PONCE 1945
OCFT
PLAZA DEL CARIBE MALL
00731 PONCE
PUERTO RICO

| NCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 664428FTM | 06/18/2018 | 1262155 | 9820009908 | 06/21/2018 | 1803831714 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 20 | CN | RC-100-P 1 | 8467990190 | REPCLMNT CAP(UNITS USING AF-100 SPOOL) Tapa para Orilladora | 24 | 1.49 | 35.76 |

|  |  |  |
|---|---|---|
| INVOICE TOTAL QTY | PC 24 | |
| SUB - TOTAL | USD | 35.76 |
| TOTAL INVOICE | USD | 35.76 |

#OF PACKAGES: 1 CTN
GROSS WEIGHT: 2 LBS
CARRIER  : UPS

---

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  06/22/2018 | *Invoice No:  9820010007 | PO No:  161255 |
| *Vendor No:  000390302 | Terms Type:  _____ | Buyer Name:  _____ |
| Division No:  _____ | Terms Date:  Invoice Date | *Buyer Store #:  8975 |
| AFE No:  _____ | Term Net Days:  90 | Remit To Name:  Black  Decker (PR) LLC |
| *Dept No:  609 | Disc Percent:  _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due:  _____ | Contact Name:  _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #:  _____

Allow Type:  _____

Allow Amt:  _____

Charge Type 1:  _____          Charge Amt 1:  _____          *No of Ln Items:  1

Charge Type 2:  _____          Charge Amt 2:  _____          *Tot Inv Amt:  3000.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 150 | Each | 20.00 | Buyer Item No | 53874 | UPC Code | 8859113 45804 | | | | | | 3 0 |

Dicentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
OCFT
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| NCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 161255 | 06/15/2018 | 1262155 | 9820010007 | 06/22/2018 | 1803828643 | 1 of 1 |

| .N | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 0 | CN | BDEG400 53874 | 8467290010 | 4.5 IN ANGLE GRINDER 6.0 AMP Mini Esmeril 4 1/2 pulg 6.5 Am | 150 | 20.00 | 3,000.00 |
| | | | INVOICE TOTAL QTY | | PC 150 | | |
| | | | SUB - TOTAL | | | USD | 3,000.00 |
| | | | TOTAL INVOICE | | | USD | 3,000.00 |

```
#OF PACKAGES: 2 plt
GROSS WEIGHT: 765 LBS
CARRIER : avrt 0309683058
```

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  07/05/2018        *Invoice No:  982000771        PO No:  664670

*Vendor No:  000390302           Terms Type:  _____        Buyer Name:  _____

Division No:  _____          Terms Date:  Invoice Date        *Buyer Store #:  2675

AFE No:  _____              Term Net Days:  90             Remit To Name:  Black   Decker (PR) LLC

*Dept No:  609                   Disc Percent:  _____        *Remit To DUNS:  001317189

*Product Code:  Fair Labor Standards Act        Disc Days Due:  _____        Contact Name:  _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #:  _____

Allow Type:  _____          Allow Amt:  _____

Charge Type 1:  _____        Charge Amt 1:  _____        *No of Ln Items:  1

Charge Type 2:  _____        Charge Amt 2:  _____        *Tot Inv Amt:  160.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|---------------|-----------|------------|-----------------|---------------|----------------|--------------|----------------|--------------|--------------|----------------------|------------------------|---|
| 1 | 1 | Each | 160 | Buyer Item No | 11845 | UPC Code | 8859113 87156 | | | | | | 1 0 |

DIcentral Corp.

**...un...yBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

| BILL TO | SOLD TO | SHIP TO |
|---|---|---|
| SEARS | SEARS | SEARS GUAYAMA 2675 |
| DALLAS ACCTS. PAYABLE | DALLAS ACCTS. PAYABLE | PLAZA GUAYAMA - ROAD 3 KM. L 34.7 |
| 00752-6602 DALLAS | 00752-6602 DALLAS | 00784 GUAYAMA |
| PUERTO RICO | PUERTO RICO | PUERTO RICO |

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 664670 | 06/29/2018 | 1262155 | 9820010771 | 07/05/2018 | 1803855165 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | D25260K-B3 11845 | 8467290080 | 800W SDS PLUS HAMMER - 3 MODES D-HANDLE Rotomartillo SDS 3 Modos VVR | 1 | 160.00 | 160.00 |

| | | |
|---|---|---|
| INVOICE TOTAL QTY | PC 1 | |
| SUB - TOTAL | USD | 160.00 |
| TOTAL INVOICE | USD | 160.00 |

# OF PACKAGES         : 1
GROSS WEIGHT         : 4.990 KG,  11  LB
ECCN     : EAR99
LICENSE NO : NLR-C33
CARRIER              : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original*

Page: 1 Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 07/12/2018 *Invoice No: 9820010948 PO No: 665845

*Vendor No: 000390302 Terms Type: __________ Buyer Name: __________

Division No: __________ Terms Date: Invoice Date *Buyer Store #: 1935

AFE No: __________ Term Net Days: 90 Remit To Name: Black Decker (PR) LLC

*Dept No: 609 Disc Percent: __________ *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act Disc Days Due: __________ Contact Name: __________

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: __________

Allow Type: __________ Allow Amt: __________

Charge Type 1: __________ Charge Amt 1: __________ *No of Ln Items: 1

Charge Type 2: __________ Charge Amt 2: __________ *Tot Inv Amt: 59.10

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6 | Each | 9.85 | Buyer Item No | 80125 | UPC Code | 0288740 57791 | | | | | | 5 |

**StanleyBlack&Decker**

WUSLA

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS MAYAGUEZ 1935
OCFT
MAYAGUEZ MALL
00680 MAYAGUEZ
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 665845 | 07/03/2018 | 1262155 | 9820010948 | 07/12/2018 | 1803860374 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | US | DW5779 80125 | 8207903085 | 1X 12 COLD CHISEL De 7/8 X 12 Macho III/ Spline | 6 | 9.85 | 59.10 |

INVOICE  TOTAL QTY                          PC        6

SUB - TOTAL                                                          USD          59.10

TOTAL INVOICE                                                     USD          59.10

# OF PACKAGES              :
GROSS WEIGHT              : 0.000 KG,  0
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER                            :

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original*

Page: 1       Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  07/18/2018 | *Invoice No:  9820011102 | PO No:  666370 |
| *Vendor No:  000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date:  Invoice Date | *Buyer Store #:  2675 |
| AFE No: _____ | Term Net Days:  90 | Remit To Name:  Black   Decker (PR) LLC |
| *Dept No:  609 | Disc Percent: _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

| | | |
|---|---|---|
| Allow Type: _____ | Allow Amt: _____ | |
| Charge Type 1: _____ | Charge Amt 1: _____ | *No of Ln Items:  2 |
| Charge Type 2: _____ | Charge Amt 2: _____ | *Tot Inv Amt:  35.40 |

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5 | Each | 7.08 | Buyer Item No | 80147 | UPC Code | 0288740 52420 | | | | | | 3 |
| 2 | 0 | Each | 330 | Buyer Item No | 81833 | UPC Code | 8859111 53331 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS GUAYAMA 2675
OCFT
PLAZA GUAYAMA - ROAD 3 KM. L 34.7
00784 GUAYAMA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 666370 | 07/09/2018 | 1262155 | 9820011102 | 07/18/2018 | 1803873916 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | DE | DW5242 Y | 8207502030 | BIT, SPEARPOINT, 5/8" x 12" 5/8x12 broca | 5 | 7.08 | 35.40 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 5 | |
| SUB - TOTAL | | USD | 35.40 |
| TOTAL INVOICE | | USD | 35.40 |

#OF PACKAGES: 1 CTNS
GROSS WEIGHT: 4 LBS
CARRIER : AVRT 0309683559

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 07/18/2018          *Invoice No: 9820011129          PO No: 665065

*Vendor No: 000390302             Terms Type: _____         Buyer Name: _____

Division No: _____           Terms Date:  Invoice Date        *Buyer Store #: 1905

AFE No: _____                Term Net Days: 90               Remit To Name: Black  Decker (PR) LLC

*Dept No: 609                     Disc Percent: _____         *Remit To DUNS: 001317189

*Product Code:  Fair Labor Standards Act         Disc Days Due: _____         Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____           Allow Amt: _____

Charge Type 1: _____         Charge Amt 1: _____         *No of Ln Items:  2

Charge Type 2: _____         Charge Amt 2: _____         *Tot Inv Amt:  89.04

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|-------|------------------|--------|-------------|---------|--------|--------|------|------|------|---|
| 1 | 8 | Each | 11.13 | Buyer Item No | 73047 | UPC Code | 0761744 60537 | | | | | | 8 |
| 2 | 0 | Each | 2.57 | Buyer Item No | 80196 | UPC Code | 0288740 54271 | | | | | | 0 |

DIcentral Corp.

**Stanley Black&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 665065kan | 06/27/2018 | 1262155 | 9820011129 | 07/18/2018 | 1803851512 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | GB | 46-131 73053 | 9017208080 | COMBINATION SQ 16" ENGLISH BL COMBINATION SQ 16" ENGLISH BL | 8 | 11.13 | 89.04 |

INVOICE TOTAL QTY        PC    8

SUB - TOTAL

TOTAL INVOICE                                    USD      89.04
                                                 USD      89.04

# OF PACKAGES        : 1
GROSS WEIGHT         : 4.082 KG,  9 LB
ECCN       : EAR99
LICENSE NO : NLR-C33
CARRIER              : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1       Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 07/18/2018          *Invoice No: 9820011135          PO No: 666699

*Vendor No: 000390302             Terms Type: _____          Buyer Name: _____

Division No: _____           Terms Date: Invoice Date        *Buyer Store #: 1085

AFE No: _____                Term Net Days: 90               Remit To Name: Black  Decker (PR) LLC

*Dept No: 671                     Disc Percent: _____         *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act      Disc Days Due: _____      Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____            Allow Amt: _____

Charge Type 1: _____         Charge Amt 1: _____        *No of Ln Items: 2

Charge Type 2: _____         Charge Amt 2: _____        *Tot Inv Amt: 29.76

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|------|-------------|-------|-----------|-----------|---|---|---|---|---|---|
| 1 | 6 | Each | 4.96 | Buyer Item No | 57964 | UPC Code | 6368934 03804 | | | | | | 2 |
| 2 | 0 | Each | 1.49 | Buyer Item No | 72476 | UPC Code | 0288773 72785 | | | | | | 0 |

DIcentral Corp.

**Stanley Black&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAGUAS 2915
LAS CATALINAS MALL
00725 CAGUAS
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 666699 | 07/16/2018 | 1262155 | 9820011135 | 07/18/2018 | 1803889168 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART-NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | 87-047LA 50962 | 8204120000 | 95IB87047 PHOSPHATE ADJ WRENCH 10 IN LLAVE AJUSTABLE NEGRA 10l | 6 | 4.96 | 29.76 |

|  |  |  |  | INVOICE TOTAL QTY | PC | 6 |  |  |
|---|---|---|---|---|---|---|---|---|

SUB - TOTAL                                            USD         29.76

TOTAL INVOICE                                          USD         29.76

# OF PACKAGES          : 1
GROSS WEIGHT          : 3.175 KG,  7  LB
ECCN        : EAR99
LICENSE NO : NLR-C33
CARRIER                    : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 07/18/2018           *Invoice No: 9820011181        PO No: 667042

*Vendor No: 000390302              Terms Type: _____        Buyer Name: _____

Division No: _____           Terms Date: Invoice Date       *Buyer Store #: 1935

AFE No: _____               Term Net Days: 90               Remit To Name: Black   Decker (PR) LLC

*Dept No: 609                      Disc Percent: _____       *Remit To DUNS: 001317189

*Product Code:  Fair Labor Standards Act        Disc Days Due: _____        Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____            Allow Amt: _____

Charge Type 1: _____                 Charge Amt 1: _____         *No of Ln Items:  1

Charge Type 2: _____                 Charge Amt 2: _____         *Tot Inv Amt:  471.28

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|------|------|------|------|------|------|------|------|------|------|---|
| 1 | 4 | Each | 117.8 2 | Buyer Item No | 36193 | UPC Code | 8859112 39714 | | | | | | 4 0 |

DIcentral Corp.

**Stanley Black & Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

| BILL TO | SOLD TO | SHIP TO |
|---------|---------|---------|
| SEARS | SEARS | SEARS MAYAGUEZ 1935 |
| DALLAS ACCTS. PAYABLE | DALLAS ACCTS. PAYABLE | MAYAGUEZ MALL |
| 00752-6602 DALLAS | 00752-6602 DALLAS | 00680 MAYAGUEZ |
| PUERTO RICO | PUERTO RICO | PUERTO RICO |

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|----------|---------------|-------------|------------|----------|---------|------|-------------|------|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 667042 | 07/16/2018 | 1262155 | 9820011181 | 07/18/2018 | 1803889164 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|----|-----|--------------------------|---------------|-------------|-----|------------|------------|
| 10 | MX | DWP849X-B3 36193 | 8467290010 | 7 / 9 VARIABLE SPEED HPP POLISHER POLICHADORA 1000-3000 RP | 4 | 117.82 | 471.28 |
| | | | | INVOICE TOTAL QTY      PC    4 | | | |
| | | | | SUB - TOTAL | | USD | 471.28 |
| | | | | TOTAL INVOICE | | USD | 471.28 |

# OF PACKAGES        : 1
GROSS WEIGHT       : 24.948 KG,  55  LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER            : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1       Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  08/23/2018          *Invoice No:  9820011301          PO No:  665718

*Vendor No:  000390302              Terms Type:  _____          Buyer Name:  _____

Division No:  _____           Terms Date:  Invoice Date         *Buyer Store #:  1945

AFE No:  _____                Term Net Days:  90                Remit To Name:  Black   Decker (PR) LLC

*Dept No:  671                      Disc Percent:  _____        *Remit To DUNS:  001317189

*Product Code:  Fair Labor Standards Act     Disc Days Due:  _____        Contact Name:  _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #:  _____

Allow Type:  _____                    Allow Amt:  _____

Charge Type 1:  _____                 Charge Amt 1:  _____        *No of Ln Items:  1

Charge Type 2:  _____                 Charge Amt 2:  _____        *Tot Inv Amt:  115.90

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|---------------|-----------|-------------|-----------------|---------------|----------------|--------------|----------------|--------------|--------------|----------------------|-------------------------|---|
| 1  | 5             | Each      | 23.18       | Buyer Item No   | 57960         | UPC Code       | 6368934 03767 |                |              |              |                      |                         | 1 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PONCE 1945
PLAZA DEL CARIBE MALL
00731 PONCE
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 665718 | 07/03/2018 | 1262155 | 9820011301 | 07/23/2018 | 1803860378 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | US | DXPA34TN | 8424909040 | TURBO NOZZLE 3400 PSIW QC NARIZ TURBO 3400 PSI | 5 | 23.18 | 115.90 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 5 | |
| SUB - TOTAL | | USD | 115.90 |
| TOTAL INVOICE | | USD | 115.90 |

#OF PACKAGES: 1 CTNS      0
GROSS WEIGHT: 2 LBS
CARRIER : UPS

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 07/23/2018             *Invoice No: 9820011300          PO No: 665551

*Vendor No: 000390302                 Terms Type: _____         Buyer Name: _____

Division No: _____              Terms Date: Invoice Date        *Buyer Store #: 2675

AFE No: _____                   Term Net Days: 90               Remit To Name: Black  Decker (PR) LLC

*Dept No: 671                         Disc Percent: _____       *Remit To DUNS: 001317189

*Product Code:  Fair Labor Standards Act        Disc Days Due: _____                 Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____               Allow Amt: _____

Charge Type 1: _____            Charge Amt 1: _____              *No of Ln Items: 1

Charge Type 2: _____            Charge Amt 2: _____              *Tot Inv Amt: 73.40

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5 | Each | 14.68 | Buyer Item No | 57963 | UPC Code | 6368934 03781 | | | | | | 7 |

DIcentral Corp.

**Stanley Black & Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

| BILL TO | SOLD TO | SHIP TO |
|---|---|---|
| SEARS | SEARS | SEARS GUAYAMA 2675 |
| DALLAS ACCTS. PAYABLE | DALLAS ACCTS. PAYABLE | OCFT |
| 00752-6602 DALLAS | 00752-6602 DALLAS | PLAZA GUAYAMA - ROAD 3 KM. L 34.7 |
| PUERTO RICO | PUERTO RICO | 00784 GUAYAMA |
| | | PUERTO RICO |

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 665551 | 07/03/2018 | 1262155 | 9820011300 | 07/23/2018 | 1803860369 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | US | DXPA34ST | 8424909040 | 5 NOZZLES KIT3.0 UP TO 3400 PSI NARIZ KIT 5 PCS 3400 PSI | 5 | 14.68 | 73.40 |
| | | | | INVOICE  TOTAL QTY          PC | 5 | | |
| | | | | SUB - TOTAL | | USD | 73.40 |
| | | | | TOTAL INVOICE | | USD | 73.40 |

```
#OF PACKAGES: 1 CTNS
GROSS WEIGHT: 2 LBS
CARRIER : UPS
```

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 07/25/2018 | *Invoice No: 9820011448 | PO No: 666662 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 1925 |
| AFE No: _____ | Term Net Days: 90 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____        Allow Amt: _____

Charge Type 1: _____        Charge Amt 1: _____        *No of Ln Items: 1

Charge Type 2: _____        Charge Amt 2: _____        *Tot Inv Amt: 160.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Each | 160 | Buyer Item No | 11845 | UPC Code | 8859113 87156 | | | | | | 1 |
| | | | | | | | | | | | | | 0 |

DIcentral Corp.

**Stanley Black&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAROLINA 1925
PLAZA CAROLINA SHOPPING CENTER
00987 CAROLINA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 606662 | 07/17/2018 | 1262155 | 9820011448 | 07/25/2018 | 1803891944 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | D25260K-B3 11045 | 8467290080 | 800W SDS PLUS HAMMER – 3 MODES D-HANDLE Rolomartillo SDS 3 Modos VVR | 1 | 160.00 | 160.00 |

|  |  |  |  |
|---|---|---|---|
| INVOICE  TOTAL QTY | PC | 1 | |
| SUB - TOTAL | | USD | 160.00 |
| TOTAL INVOICE | | USD | 160.00 |

# OF PACKAGES          : 1
GROSS WEIGHT          : 4.990 KG,  11 LB
ECCN     : EAR99
LICENSE NO : NLR-C33
CARRIER          ; SCOTT LOGISTICS CORP

---

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 07/25/2018                *Invoice No: 9820011451              PO No: 666594

*Vendor No: 000390302                    Terms Type: _____              Buyer Name: _____

Division No: _____                 Terms Date: Invoice Date             *Buyer Store #: 1085

AFE No: _____                      Term Net Days: 90                    Remit To Name: Black  Decker (PR) LLC

*Dept No: 609                            Disc Percent: _____            *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act      Disc Days Due: _____           Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____                  Allow Amt: _____

Charge Type 1: _____               Charge Amt 1: _____            *No of Ln Items: 1

Charge Type 2: _____               Charge Amt 2: _____            *Tot Inv Amt: 127.50

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|----------------|------------|-------------|-----------------|---------------|----------------|--------------|----------------|--------------|--------------|-----------------------|-------------------------|---|
|    |                |            |             | Buyer           |               | UPC            | 8859111      |                |              |              |                       |                         | 1 |
| 1  | 2              | Each       | 63.75       | Item No         | 41979         | Code           | 07617        |                |              |              |                       |                         | 0 |

DIcentral Corp.

**Stanley Black&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAGUAS 2915
LAS CATALINAS MALL
00725 CAGUAS
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 666594 | 07/16/2018 | 1262155 | 9820011451 | 07/25/2018 | 1803889094 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | DW860B-B3 41979 | 8464900120 | TILE CUTTER 110MM WITH ACCESSORIES Cortador de Losa, 12,8 | 2 | 63.75 | 127.50 |

|  |  |  |
|---|---|---|
| INVOICE TOTAL QTY | PC | 2 |
| SUB - TOTAL | USD | 127.50 |
| TOTAL INVOICE | USD | 127.50 |

# OF PACKAGES        : 1
GROSS WEIGHT        : 8.618 KG,  19 LB
ECCN        : EAR99
LICENSE NO : NLR-C33
CARRIER        : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 03/20/2018                    *Invoice No: 9820005665              PO No: 655895

*Vendor No: 000390302                         Terms Type: _____             Buyer Name: _____

Division No: _____                        Terms Date: Invoice Date            *Buyer Store #: 1935

AFE No: _____                             Term Net Days: 90                   Remit To Name: Black   Decker (PR) LLC

*Dept No: 609                                  Disc Percent: _____            *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act              Disc Days Due: _____          Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____                         Allow Amt: _____

Charge Type 1: _____                       Charge Amt 1: _____            *No of Ln Items: 2

Charge Type 2: _____                       Charge Amt 2: _____            *Tot Inv Amt: 7.88

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | Each | 3.94 | Buyer Item No | 80141 | UPC Code | 0288740 54370 | | | | | | 7 |
| 2 | 0 | Each | 10.2 | Buyer Item No | 80145 | UPC Code | 0288774 34469 | | | | | | 0 |

DIcentral Corp.

**Stanley Black & Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS FAJARDO 2085
OCFT
PLAZA DEL ESTE- STATE RD 3
00738 FAJARDO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 655896 | 03/09/2018 | 1262155 | 9820005665 | 03/20/2018 | 1803661566 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | DE | DW5437 80140 | 8207502030 | DEW SDS+NCHP DW5437 1/2X4X6 PO No 507 | 2 | 3.94 | 7.88 |

|  |  |  |  |
|---|---|---|---|
| INVOICE  TOTAL QTY | PC | 2 | |
| SUB - TOTAL | | USD | 7.88 |
| TOTAL INVOICE | | USD | 7.88 |

\# OF PACKAGES            :
GROSS WEIGHT          : 0.000 KG,  0
ECCN        : EAR99
LICENSE NO : NLR-C33
CARRIER                     :

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1       Turn Around Form: Not yet sent          9820067916

Sears (810) Invoice

*Invoice Date: 04/09/2018          *Invoice No: 1803710954          PO No: 658435

*Vendor No: 000390302             Terms Type: _____          Buyer Name: _____

Division No: _____           Terms Date: Invoice Date        *Buyer Store #: 1935

AFE No: _____                Term Net Days: 90               Remit To Name: Black  Decker (PR) LLC

*Dept No: 609                     Disc Percent: _____         *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act    Disc Days Due: _____          Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an-

Contact Phone #: _____

Allow Type: _____            Allow Amt: _____

Charge Type 1: _____         Charge Amt 1: _____        *No of Ln Items: 2

Charge Type 2: _____         Charge Amt 2: _____        *Tot Inv Amt: 454.25

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | Each | 160 | Buyer Item No | 11845 | UPC Code | 8859113 87156 | | | | | | 3 |
| 2 | 1 | Each | 134.2 5 | Buyer Item No | 91045 | UPC Code | 0288774 97372 | | | | | | 0 1 0 |

Dicentral Corp.

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 04/18/2018 | *Invoice No: 9820006984 | PO No: 164300 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 8975 |
| AFE No: _____ | Term Net Days: 90 | *Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

| | | |
|---|---|---|
| Allow Type: _____ | Allow Amt: _____ | |
| Charge Type 1: _____ | Charge Amt 1: _____ | *No of Ln Items: 1 |
| Charge Type 2: _____ | Charge Amt 2: _____ | *Tot Inv Amt: 5600.00 |

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 200 | Each | 28 | Buyer Item No | 12593 | UPC Code | 0288774 29960 | | | | | | 5 0 |

DIcentral Corp.



REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 164300 | 04/12/2018 | 1262155 | 9820006984 | 04/18/2018 | 1803717399 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | G720K-B3 | 8467290010 | 800W SAG KIT-INTERCO Esmeril 4 1/2" ,eje 5/8" | 200 | 28.00 | 5,600.00 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 200 |  |
| SUB - TOTAL |  | USD | 5,600.00 |
| TOTAL INVOICE |  | USD | 5,600.00 |

# OF PACKAGES        : 2
GROSS WEIGHT       : 689.461 KG, 1,519.99 LB
ECCN        : EAR99
LICENSE NO : NLR-C33
CARRIER        : SCOTT LOGISTICS CORP

---

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  04/18/2018 | *Invoice No:  9820006985 | PO No:  164505 |
| *Vendor No:  000390302 | Terms Type:  _____ | Buyer Name:  _____ |
| Division No:  _____ | Terms Date:  Invoice Date | *Buyer Store #:  8975 |
| AFE No:  _____ | Term Net Days:  90 | Remit To Name:  Black  Decker (PR) LLC |
| *Dept No:  609 | Disc Percent:  _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due:  _____ | Contact Name:  _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #:  _____

| | | |
|---|---|---|
| Allow Type:  _____ | Allow Amt:  _____ | |
| Charge Type 1:  _____ | Charge Amt 1:  _____ | *No of Ln Items:  1 |
| Charge Type 2:  _____ | Charge Amt 2:  _____ | *Tot Inv Amt:  5649.50 |

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 50 | Each | 112.99 | Buyer Item No | 11719 | UPC Code | 8859115 10332 | | | | | | 5 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 164505 | 04/12/2018 | 1262155 | 9820006985 | 04/18/2018 | 1803717419 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | SSC22-B3 | 8461508020 | STANLEY CHOPSAW TRONZADORA 2200W 355MM | 50 | 112.99 | 5,649.50 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 50 | |
| SUB - TOTAL | | USD | 5,649.50 |
| TOTAL INVOICE | | USD | 5,649.50 |

# OF PACKAGES          : 5
GROSS WEIGHT        : 1,055.962 KG,  2,327.97 LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER                : SCOTT LOGISTICS CORP

_____
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 04/25/2018

*Invoice No: 9820007321

PO No: 659028

*Vendor No: 000390302

Terms Type: _____

Buyer Name: _____

Division No: _____

Terms Date:  Invoice Date

*Buyer Store #: 2355

AFE No: _____

Term Net Days: 90

Remit To Name:  Black  Decker (PR) LLC

*Dept No: 609

Disc Percent: _____

*Remit To DUNS: 001317189

*Product Code:  Fair Labor Standards Act

Disc Days Due: _____

Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____

Allow Amt: _____

Charge Type 1: _____

Charge Amt 1: _____

*No of Ln Items:  1

Charge Type 2: _____

Charge Amt 2: _____

*Tot Inv Amt:  45.48

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|-------|-------|-------|------|---------|------|------|------|------|------|---|
| 1 | 4 | Each | 11.37 | Buyer Item No | 37851 | UPC Code | 0761745 15053 | | | | | | 4 |

Dlcentral Corp.

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 04/25/2018          *Invoice No: 001317189          PO No: 659028

*Vendor No: 000390302          Terms Type: _____          Buyer Name: _____

Division No: _____          Terms Date: Invoice Date          *Buyer Store #: 2355

AFE No: _____          Term Net Days: 90          Remit To Name: Black   Decker (PR) LLC

*Dept No: 609          Disc Percent: _____          *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act          Disc Days Due: _____          Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____          Allow Amt: _____

Charge Type 1: _____          Charge Amt 1: _____          *No of Ln Items: 1

Charge Type 2: _____          Charge Amt 2: _____          *Tot Inv Amt: 45.48

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|-------|---------|-------|---------|---------|---------|-------|--------|------|------|---|
| 1 | 4 | Each | 11.37 | Buyer Item No | 37851 | UPC Code | 0761745 15053 | | | | | | 4 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS HATILLO 2355
PLAZA DEL NORTE, 506 CALLE
TRUNCADO
00658-2709 HATILLO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 659028kan | 04/12/2018 | 1262155 | 9820007321 | 04/25/2018 | 1803717475 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | MX | 51-505 | 8205203000 | 16 OZ.CURVED CLAW HAMMER<br>16 OZ.CURVED CLAW HAMMER | 4 | 11.37 | 45.48 |

| | | |
|---|---|---|
| INVOICE  TOTAL QTY | PC | 4 |
| SUB - TOTAL | USD | 45.48 |
| TOTAL INVOICE | USD | 45.48 |

# OF PACKAGES        : 1
GROSS WEIGHT      : 4.082 KG,  9 LB
ECCN        : EAR99
LICENSE NO : NLR-C33
CARRIER        : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 04/25/2018 | *Invoice No: 9820007331 | PO No: 659774 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 1925 |
| AFE No: _____ | Term Net Days: 90 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

| | | |
|---|---|---|
| Allow Type: _____ | Allow Amt: _____ | |
| Charge Type 1: _____ | Charge Amt 1: _____ | *No of Ln Items: 2 |
| Charge Type 2: _____ | Charge Amt 2: _____ | *Tot Inv Amt: 145.00 |

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 100 | Each | 0.5 | Buyer Item No | 38706 | UPC Code | 0288775 35579 | | | | | | 5 |
| 2 | 100 | Each | 0.95 | Buyer Item No | 38707 | UPC Code | 0288773 21806 | | | | | | 9 |

DIcentral Corp.

Page: 1     Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 04/25/2018          *Invoice No: 001317189          PO No: 659774

*Vendor No: 000390302          Terms Type: _____          Buyer Name: _____

Division No: _____          Terms Date: Invoice Date          *Buyer Store #: 1925

AFE No: _____          Term Net Days: 90          Remit To Name: Black   Decker (PR) LLC

*Dept No: 609          Disc Percent: _____          *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act          Disc Days Due: _____          Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____          Allow Amt: _____

Charge Type 1: _____          Charge Amt 1: _____          *No of Ln Items: 2

Charge Type 2: _____          Charge Amt 2: _____          *Tot Inv Amt: 145.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|------|------|------|------|------|------|------|------|------|------|---|
| 1 | 100 | Each | 0.5 | Buyer Item No | 38706 | UPC Code | 0288775 35579 | | | | | | 5 |
| 2 | 100 | Each | 0.95 | Buyer Item No | 38707 | UPC Code | 0288773 21806 | | | | | | 9 |

DIcentral Corp.

**Stanley Black&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS GUAYAMA 2675
PLAZA GUAYAMA - ROAD 3 KM. L 34.7
00784 GUAYAMA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 659774 | 04/20/2018 | 1262155 | 9820007331 | 04/25/2018 | 1803731886 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | TW | DW44619 38706 | 6804221000 | THIN CUT 4 1/2. 1 MM TYPE 27 4 1/2X1.0MMX7/8 MET CUT | 100 | 0.50 | 50.00 |
| 20 | DE | DW8424 38707 | 6804221000 | 4-1/2X.045X7/8 THIN CUTTING WHEEL DCW 4-1/2X.045X7/8 THIN CUTTING WHEEL DCW | 100 | 0.95 | 95.00 |

INVOICE  TOTAL QTY                           PC        200

SUB - TOTAL                                          USD          145.00

TOTAL INVOICE                                     USD          145.00

# OF PACKAGES        : 1
GROSS WEIGHT         : 7.257 KG,  16 LB
ECCN          : EAR99
LICENSE NO : NLR-C33
CARRIER              : SCOTT LOGISTICS CORP

_____
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other thet the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  05/10/2018          *Invoice No:  9820008141          PO No:  654912

*Vendor No:  000390302             Terms Type:  _____         Buyer Name:  _____

Division No:  _____          Terms Date:  Invoice Date       *Buyer Store #:  2355

AFE No:  _____               Term Net Days:  90               Remit To Name:  Black  Decker (PR) LLC

*Dept No:  609                     Disc Percent:  _____       *Remit To DUNS:  001317189

*Product Code:  Fair Labor Standards Act     Disc Days Due:  _____     Contact Name:  _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #:  _____

Allow Type:  _____                    Allow Amt:  _____

Charge Type 1:  _____         Charge Amt 1:  _____       *No of Ln Items:  5

Charge Type 2:  _____         Charge Amt 2:  _____       *Tot Inv Amt:  899.64

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|-------|-----------------|------|------------|-----------------|------|------|------|------|------|---|
| 1 | 0 | Each | 62 | Buyer Item No | 49268 | UPC Code | 8859113 55858 | | | | | | 0 |
| 2 | 3 | Each | 299.8 8 | Buyer Item No | 53761 | UPC Code | 8859113 96493 | | | | | | 8 0 |
| 3 | 0 | Each | 7.99 | Buyer Item No | 80088 | UPC Code | 0288740 58347 | | | | | | 0 |
| 4 | 0 | Each | 6.54 | Buyer Item No | 80117 | UPC Code | 0288740 53502 | | | | | | 0 |
| 5 | 0 | Each | 330 | Buyer Item No | 81833 | UPC Code | 8859111 53331 | | | | | | 0 |

DIcentral Corp.



REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS HATILLO 2355
PLAZA DEL NORTE, 506 CALLE
TRUNCADO
00658-2709 HATILLO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 654912 | 03/08/2018 | 1262155 | 9820008141 | 05/10/2018 | 1803659385 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 20 | CZ | DCH273P2 53761 | 8467290080 | DCH FACELIFT 18V DCH273P2 | 3 | 299.88 | 899.64 |

| | | | |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 3 | |
| SUB - TOTAL | | USD | 899.64 |
| TOTAL INVOICE | | USD | 899.64 |

# OF PACKAGES          :
GROSS WEIGHT          : 0.000 KG,  0
ECCN     : EAR99
LICENSE NO : NLR-C33
CARRIER                  :

---

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesente (60) días a partir de la fecha de la factura. Reclemos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1       Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  05/14/2018

*Vendor No:  000390302

Division No:  _____

AFE No:  _____

*Dept No:  609

*Product Code:  Fair Labor Standards Act

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

*Invoice No:  9820008230

Terms Type:  _____

Terms Date:  Invoice Date

Term Net Days:  90

Disc Percent:  _____

Disc Days Due:  _____

PO No:  660485

Buyer Name:  _____

*Buyer Store #:  1085

Remit To Name:  Black  Decker (PR) LLC

*Remit To DUNS:  001317189

Contact Name:  _____

Contact Phone #:  _____

Allow Type:  _____

Charge Type 1:  _____

Charge Type 2:  _____

Allow Amt:  _____

Charge Amt 1:  _____

Charge Amt 2:  _____

*No of Ln Items:  1

*Tot Inv Amt:  14.92

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 Buyer Item No | *Product ID 1 | Product Type 2 UPC Code | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 1 | 4 | Each | 3.73 | | 80137 | | 0288740 54462 | | | | | | 1. |

DIcentral Corp.



REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAGUAS 2915
LAS CATALINAS MALL
00725 CAGUAS
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 660485 | 05/08/2018 | 1262155 | 9820008230 | 05/14/2018 | 1803759954 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | DE | DW5446 80137 | 8207502030 | DEW SDS+NCHP DW5446 5/8X6X8 PO No 507 | 4 | 3.73 | 14.92 |

|  |  |  |  | INVOICE TOTAL QTY | PC | 4 | |
|  |  |  |  | SUB - TOTAL | | USD | 14.92 |
|  |  |  |  | TOTAL INVOICE | | USD | 14.92 |

# OF PACKAGES            :
GROSS WEIGHT          : 0.000 KG,  0
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER                     :

_____
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any other person than the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  05/15/2018              *Invoice No:  9820008302              PO No:  660888

*Vendor No:  000390302                 Terms Type:  _____               Buyer Name:  _____

Division No:  _____               Terms Date:  Invoice Date             *Buyer Store #:  1935

AFE No:  _____                    Term Net Days:  90                    Remit To Name:  Black   Decker (PR) LLC

*Dept No:  609                         Disc Percent:  _____             *Remit To DUNS:  001317189

*Product Code:  Fair Labor Standards Act        Disc Days Due:  _____              Contact Name:  _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #:  _____

Allow Type:  _____                Allow Amt:  _____

Charge Type 1:  _____                     Charge Amt 1:  _____             *No of Ln Items:  1

Charge Type 2:  _____                     Charge Amt 2:  _____             *Tot Inv Amt:  29.04

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|------|------|------|------|------|------|------|------|------|------|---|
| 1 | 24 | Each | 1.21 | Buyer Item No | 38586 | UPC Code | 0288740 52246 | | | | | | 2 |

DIcentral Corp.

**Stanley Black&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS MAYAGUEZ 1935
MAYAGUEZ MALL
00680 MAYAGUEZ
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 660888 | 05/08/2018 | 1262155 | 9820008302 | 05/15/2018 | 1803759956 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | DE | DW5224  Y | 8207502030 | BIT, SPEARPOINT, 1/4" x 4" 1/4X2X4 BROCA ROCK CARBIDE(SEN | 24 | 1.21 | 29.04 |

|  |  |  |  |
|---|---|---|---|
| INVOICE  TOTAL QTY | PC | 24 |  |
| SUB - TOTAL |  | USD | 29.04 |
| TOTAL INVOICE |  | USD | 29.04 |

# OF PACKAGES              :
GROSS WEIGHT              : 0.000 KG,  0
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER                  :

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s)*

Page: 1        Read Only Form

Sears (810) Invoice

*Invoice Date: 05/16/2018                *Invoice No: 9820008359              PO No: 659911

*Vendor No: 000390302                    Terms Type: _____            Buyer Name: _____

Division No: _____                 Terms Date: Invoice Date            *Buyer Store #: 2675

AFE No: _____                      Term Net Days: 90                   Remit To Name: BLACK  DECKER (PR) LLC

*Dept No: 609                            Disc Percent: _____           *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act              Disc Days Due: _____           Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____                  Allow Amt: _____

Charge Type 1: _____               Charge Amt 1: _____          *No of Ln Items: 3

Charge Type 2: _____               Charge Amt 2: _____          *Tot Inv Amt: 40.44

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 1 | 0 | Each | 103 | Buyer Item No | 27974 | UPC Code | 0288750 05050 | | | | | | 0 |
| 2 | 12 | Each | .47 | Buyer Item No | 72703 | UPC Code | 0761742 81002 | | | | | | 5 |
| 3 | 20 | Each | 1.74 | Buyer Item No | 72721 | UPC Code | 0761742 85000 | | | | | | 3 |

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS GUAYAMA 2675
PLAZA GUAYAMA - ROAD 3 KM. L 34.7
00784 GUAYAMA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 659911kan | 04/30/2018 | 1262155 | 9820008359 | 05/16/2018 | 1803745579 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | 28-100 | 8205595510 | STANLEY MINI-RAZOR BLADE SCRA | 12 | 0.47 | 5.64 |
| 20 | US | 28-500 | 8205595505 | RAZOR BLADE SCRAPER CUCHILLO 99E | 20 | 1.74 | 34.80 |

INVOICE TOTAL QTY       PC    32

SUB - TOTAL        USD    40.44

TOTAL INVOICE       USD    40.44

\# OF PACKAGES     : 1
GROSS WEIGHT      : 2.268 KG,  5 LB
ECCN    : EAR99
LICENSE NO : NLR-C33
CARRIER          : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date: 05/16/2018 | *Invoice No: 9820008366 | PO No: 656277 |
| *Vendor No: 000390302 | Terms Type: _____ | Buyer Name: _____ |
| Division No: _____ | Terms Date: Invoice Date | *Buyer Store #: 1935 |
| AFE No: _____ | Term Net Days: 90 | Remit To Name: Black  Decker (PR) LLC |
| *Dept No: 609 | Disc Percent: _____ | *Remit To DUNS: 001317189 |
| *Product Code: Fair Labor Standards Act | Disc Days Due: _____ | Contact Name: _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____           Allow Amt: _____

Charge Type 1: _____           Charge Amt 1: _____           *No of Ln Items: 2

Charge Type 2: _____           Charge Amt 2: _____           *Tot Inv Amt: 118.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Each | 118 | Buyer Item No | 4163 | UPC Code | 8859113 87125 | | | | | | 1 0 |
| 2 | 0 | Each | 10.2 | Buyer Item No | 80145 | UPC Code | 0288774 34469 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS MAYAGUEZ 1935
MAYAGUEZ MALL
00680 MAYAGUEZ
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 656277 | 05/08/2018 | 1262155 | 9820008366 | 05/16/2018 | 1803759820 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | D25133K-B3 | 8467290080 | 800W SDS PLUS HAMMER - 3 MODES Rotomartillo comb SDS Plus 3 M | 1 | 118.00 | 118.00 |

|  |  |  |  | INVOICE TOTAL QTY | PC | 1 | |
|  |  |  |  | SUB - TOTAL | | USD | 118.00 |
|  |  |  |  | TOTAL INVOICE | | USD | 118.00 |

# OF PACKAGES        : 1
GROSS WEIGHT      : 4.536 KG,  10  LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER            : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  05/16/2018 | *Invoice No:  9820008383 | PO No:  656113 |
| *Vendor No:  000390302 | Terms Type:  _____ | Buyer Name:  _____ |
| Division No:  _____ | Terms Date:  Invoice Date | *Buyer Store #:  1905 |
| AFE No:  _____ | Term Net Days:  90 | Remit To Name:  Black   Decker (PR) LLC |
| *Dept No:  609 | Disc Percent:  _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due:  _____ | Contact Name:  _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #:  _____

| | | |
|---|---|---|
| Allow Type:  _____ | Allow Amt:  _____ | |
| Charge Type 1:  _____ | Charge Amt 1:  _____ | *No of Ln Items:  4 |
| Charge Type 2:  _____ | Charge Amt 2:  _____ | *Tot Inv Amt:  29.76 |

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6 | Each | 4.96 | Buyer Item No | 50965 | UPC Code | 7477528 70481 | | | | | | 2 |
| 2 | 0 | Each | 3.49 | Buyer Item No | 50968 | UPC Code | 7477529 30338 | | | | | | 0 |
| 3 | 0 | Each | 3.94 | Buyer Item No | 80141 | UPC Code | 0288740 54370 | | | | | | 0 |
| 4 | 0 | Each | 10.2 | Buyer Item No | 80145 | UPC Code | 0288774 34469 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS 1905
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 656113 | 05/08/2018 | 1262155 | 9820008383 | 05/16/2018 | 1803760006 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | 87-047LA 50962 | 8204120000 | 95IB87047 PHOSPHATE ADJ WRENCH 10 IN LLAVE AJUSTABLE NEGRA 10I | 6 | 4.96 | 29.76 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 6 | |
| SUB - TOTAL | | USD | 29.76 |
| TOTAL INVOICE | | USD | 29.76 |

# OF PACKAGES        : 1
GROSS WEIGHT       : 3.175 KG,  7 LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER              : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

# OCEAN FREIGHT LINK
## BILL OF LADING

**Date:** 5/18/2018    **Consol. #** 003125    **B/L #** 030043

**From / Shipper:**

STANLEY BLACK & DECKER, INC.
c/o
9850 PREMIER PKWY

MIRAMAR, FL 33025

**To / Consignee:**   **Tax Exempt #:** 00039607-0249

SEARS PLAZA LAS AMERICAS
c/o #1905
AVD F D ROOSEVELT
PALZA LAS AMERICA MALL
HATO REY, PR 00918

**Shipper EIN#:** 06-0548860

**Consignee EIN#:** 66-0233626

**COD Information:** Mail To:

**Notify Information:**

SEARS PLAZA LAS AMERICAS

**COD Amount:** $0.00

**Related Freight Bill =**

## Reference Numbers:

PO-659904 / INV-9820008382
PO-656113 / INV-9820008383

- ACE ITN Number -     - SURI Number -

NOEEI FTR 30.37(a)

| Booking # | Container # | Vessel | Voyage # | Seal # | Ctnr. Size | Our Ship # |
|---|---|---|---|---|---|---|
| SSL000536922 | STRU880692-5 | PERLA DEL CARIBE | 6117 | 43025 | 53' | 30043 |

| Port of Loading | Port of UnLoading |
|---|---|
| *   JACKSONVILLE, FL | SAN JUAN, PR |

| HM | Marks | No. Shiping Units | | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|---|---|---|---|---|---|---|
| | | 2 | PCS | TOOLS, NOI | 12 | 1 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSSHIPPED AS HEREIN PROVIDED. THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN. DURING THE PERIOD OF RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF LOADING, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND OF THE FMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS GENERALLY IN USE. DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE LOADED ON BOARD, CARRIED OR DISCHARGED FROM ANY VESSEL, AND DURING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND DURING THE TIME THE GOODS ARE ON CARRIED OR TRANSPORTED OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THIS CARRIAGE SHALL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING. WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE AND FOR THE VALUE SPECIFIED ON THE FACE OF THIS BILL OF LADING. OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID, SUBJECT TO CONDITIONS SET FORTH IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS. SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FOR HEREIN.

| Receivers Name | Receivers Signature | Date |
|---|---|---|
| | | |

Page: 1       Read Only Form

Sears (810) Invoice

*Invoice Date: 05/16/2018          *Invoice No: 9820008384          PO No: 659903

*Vendor No: 000390302              Terms Type: _____          Buyer Name: _____

Division No: _____           Terms Date: Invoice Date          *Buyer Store #: 1085

AFE No: _____                Term Net Days: 90                 Remit To Name: BLACK  DECKER (PR) LLC

*Dept No: 609                       Disc Percent: _____         *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act          Disc Days Due: _____          Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____                          Allow Amt: _____

Charge Type 1: _____           Charge Amt 1: _____           *No of Ln Items: 2

Charge Type 2: _____           Charge Amt 2: _____           *Tot Inv Amt: 40.44

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|------|-------------------|-------|-------------|-----------------|---|---|---|---|---|---|
| 1 | 12 | Each | .47 | Buyer Item No | 72703 | UPC Code | 0761742 81002 | | | | | | 5 |
| 2 | 20 | Each | 1.74 | Buyer Item No | 72721 | UPC Code | 0761742 85000 | | | | | | 3 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAGUAS 2915
LAS CATALINAS MALL
00725 CAGUAS
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 659903 | 04/30/2018 | 1262155 | 9820008384 | 05/16/2018 | 1803745580 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | 28-100 | 8205595510 | STANLEY MINI-RAZOR BLADE SCRA | 12 | 0.47 | 5.64 |
| 20 | US | 28-500 | 8205595505 | RAZOR BLADE SCRAPER CUCHILLO 99E | 20 | 1.74 | 34.80 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 32 | |
| SUB - TOTAL | | USD | 40.44 |
| TOTAL INVOICE | | USD | 40.44 |

\# OF PACKAGES          : 1
GROSS WEIGHT        : 2.722 KG,  6  LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER              : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user( s), either in their original*

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 05/16/2018

*Vendor No: 000390302

Division No: _____

AFE No: _____

*Dept No: 609

*Product Code: Fair Labor Standards Act

*Invoice No: 9820008386

Terms Type: _____

Terms Date: Invoice Date

Term Net Days: 90

Disc Percent: _____

Disc Days Due: _____

PO No: 656112

Buyer Name: _____

*Buyer Store #: 1085

Remit To Name: Black  Decker (PR) LLC

*Remit To DUNS: 001317189

Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____

Charge Type 1: _____

Charge Type 2: _____

Allow Amt: _____

Charge Amt 1: _____

Charge Amt 2: _____

*No of Ln Items: 2

*Tot Inv Amt: 29.76

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 1 | 6 | Each | 4.96 | Buyer Item No | 50964 | UPC Code | 7477528 70474 | | | | | | 2 |
| 2 | 0 | Each | 3.78 | Buyer Item No | 80152 | UPC Code | 0288740 54189 | | | | | | 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAGUAS 2915
LAS CATALINAS MALL
00725 CAGUAS
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 656112 | 05/08/2018 | 1262155 | 9820008386 | 05/16/2018 | 1803760008 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | 87-047LA 50962 | 8204120000 | 95IB87047 PHOSPHATE ADJ WRENCH 10 IN LLAVE AJUSTABLE NEGRA 10I | 6 | 4.96 | 29.76 |

| | | | | |
|---|---|---|---|---|
| INVOICE  TOTAL QTY | | PC | 6 | |
| SUB - TOTAL | | | USD | 29.76 |
| TOTAL INVOICE | | | USD | 29.76 |

# OF PACKAGES        : 1
GROSS WEIGHT       : 3.175 KG,  7  LB
ECCN        : EAR99
LICENSE NO : NLR-C33
CARRIER        : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 05/17/2018          *Invoice No: 9820008394          PO No: 660843

*Vendor No: 000390302             Terms Type: _____          Buyer Name: _____

Division No: _____           Terms Date: Invoice Date          *Buyer Store #: 1945

AFE No: _____                Term Net Days: 90                 Remit To Name: Black Decker (PR) LLC

*Dept No: 671                     Disc Percent: _____          *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act          Disc Days Due: _____          Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____           Allow Amt: _____

Charge Type 1: _____        Charge Amt 1: _____         *No of Ln Items: 2

Charge Type 2: _____        Charge Amt 2: _____         *Tot Inv Amt: 86.25

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | 8 |
| 1 | 5 | Each | 17.25 | Buyer Item No | 57961 | UPC Code | 6368934 03798 | | | | | | |
| | | | | | | | | | | | | | 0 |
| 2 | 0 | Each | 1.49 | Buyer Item No | 72476 | UPC Code | 0288773 72785 | | | | | | |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PONCE 1945
OCFT
PLAZA DEL CARIBE MALL
00731 PONCE
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 660843 | 05/08/2018 | 1262155 | 9820008394 | 05/17/2018 | 1803759957 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | US | DXPA45ST | 8424909040 | 5 NOZZLES KIT4.0 UP TO 4500 PSI NARIZ KIT 5 PCS 4500 PSI | 5 | 17.25 | 86.25 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 5 | |
| SUB - TOTAL | | USD | 86.25 |
| TOTAL INVOICE | | USD | 86.25 |

```
#OF PACKAGES: 5 CTN
GROSS WEIGHT:  5 LBS
CARRIER : UPS
```

4SD1370193

---

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  05/17/2018

*Vendor No:  000390302

Division No: _____

AFE No: _____

*Dept No:  609

*Product Code:  Fair Labor Standards Act

*Invoice No:  9820008406

Terms Type: _____

Terms Date:  Invoice Date

Term Net Days:  90

Disc Percent: _____

Disc Days Due: _____

PO No:  656276

Buyer Name: _____

*Buyer Store #:  1085

Remit To Name:  Black   Decker (PR) LLC

*Remit To DUNS:  001317189

Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____

Charge Type 1: _____

Charge Type 2: _____

Allow Amt: _____

Charge Amt 1: _____

Charge Amt 2: _____

*No of Ln Items:  1

*Tot Inv Amt:  118.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 Buyer Item No | *Product ID 1 | Product Type 2 UPC Code | Product ID 2 8859113 87125 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A 1 0 |
|----|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 1 | 1 | Each | 118 | | 4163 | | 8859113 87125 | | | | | | |

DICentral Corp.



REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAGUAS 2915
LAS CATALINAS MALL
00725 CAGUAS
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 656276 | 05/08/2018 | 1262155 | 9820008406 | 05/17/2018 | 1803759819 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | D25133K-B3 | 8467290080 | 800W SDS PLUS HAMMER - 3 MODES Rotomartillo comb SDS Plus 3 M | 1 | 118.00 | 118.00 |

| | | | |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 1 | |
| SUB - TOTAL | | USD | 118.00 |
| TOTAL INVOICE | | USD | 118.00 |

# OF PACKAGES        : 1
GROSS WEIGHT        : 4.536 KG,  10  LB
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER           : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified.*

# OCEAN FREIGHT LINK
## BILL OF LADING

**Date:** 5/18/2018    **Consol. #** 003125

**B/L #** 030094

| From / Shipper: | To / Consignee: | Tax Exempt #: 00039607-0249 |
|---|---|---|
| **BLACK & DECKER US INC** c/o 9850 PREMIER PKWY MIRAMAR. FL 33025 | **SEARS CAGUAS 2915** c/o #1085 **LAS CATALINAS MALL** CAGUAS. PR 00725 | |

**Shipper EIN#:** 521127357

**Consignee EIN#:** 66-0233626

**COD Information:    Mail To:**

**Notify Information:**

**SEARS CAGUAS 2915**

**COD Amount:**    $0.00

**Related Freight Bill =**

### Reference Numbers:
PO-656276 / INV- 9820008406, PO-657582 / INV-9820008405

- ACE ITN Number -                                   - SURI Number -

NOEEI FTR 30.37(a)

| Booking # | Container # | Vessel | Voyage # | Seal # | Cntr. Size | Our Ship # |
|---|---|---|---|---|---|---|
| SSL000536922 | STRU880692-5 | PERLA DEL CARIBE | 6117 | 43025 | 53' | 30094 |

| Port of Loading | Port of UnLoading |
|---|---|
| * JACKSONVILLE, FL | SAN JUAN, PR |

| HM | Marks | No. Shiping Units | | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|---|---|---|---|---|---|---|
| | | 2 | PCS | TOOLS, NOI | 20 | 2 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSSHIPPED AS HEREIN PROVIDED. THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN. DURING THE PERIOD OF RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF LOADING, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND OF THE FMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS GENERALLY IN USE. DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE LOADED ON BOARD, CARRIED OR DISCHARGED FROM ANY VESSEL, AND DURING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND DURING THE TIME THE GOODS ARE ON CARRIED OR TRANSPORTED OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THIS CARRIAGE SHALL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING. WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE AND FOR THE VALUE SPECIFIED ON THE FACE OF THIS BILL OF LADING. OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID, SUBJECT TO CONDITIONS SET FORTH IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS, SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FOR HEREIN.

| Receivers Name | Receivers Signature | Date |
|---|---|---|
| | | |

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

| | | |
|---|---|---|
| *Invoice Date:  05/23/2018 | *Invoice No:  9820008543 | PO No:  661545 |
| *Vendor No:  000390302 | Terms Type:  _____ | Buyer Name:  _____ |
| Division No:  _____ | Terms Date:  Invoice Date | *Buyer Store #:  2355 |
| AFE No:  _____ | Term Net Days:  90 | Remit To Name:  Black   Decker (PR) LLC |
| *Dept No:  609 | Disc Percent:  _____ | *Remit To DUNS:  001317189 |
| *Product Code:  Fair Labor Standards Act | Disc Days Due:  _____ | Contact Name:  _____ |

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #:  _____

Allow Type:  _____          Allow Amt:  _____

Charge Type 1:  _____          Charge Amt 1:  _____          *No of Ln Items:  1

Charge Type 2:  _____          Charge Amt 2:  _____          *Tot Inv Amt:  338.20

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | Each | 84.55 | Buyer Item No | 20178 | UPC Code | 8859113 19881 | | | | | | 3 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS HATILLO 2355
OCFT
PLAZA DEL NORTE, 506 CALLE
TRUNCADO
00658-2709 HATILLO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 66145 | 05/18/2018 | 1262155 | 9820008543 | 05/23/2018 | 1803781915 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | PCE6430 20178 | 8467290055 | 4.5 AMP FIXED SPEED LAMINATE TRIMMER Laminadora de 1/4inch, 4.5AMP, | 4 | 84.55 | 338.20 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 4 |  |
| SUB - TOTAL |  | USD | 338.20 |
| TOTAL INVOICE |  | USD | 338.20 |

# OF PACKAGES           :
GROSS WEIGHT          : 0.000 KG,  0
ECCN          : EAR99
LICENSE NO : NLR-C33
CARRIER          :

COMMENTS:  OF PACKAGES: 1 PKGS
            : GROSS WEIGHT : 9 KGS
            : CARRIER     : UPS

_____
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 05/23/2018

*Vendor No: 000390302

Division No: _____

AFE No: _____

*Dept No: 609

*Product Code: Fair Labor Standards Act

*Invoice No: 9820008542

Terms Type: _____

Terms Date: Invoice Date

Term Net Days: 90

Disc Percent: _____

Disc Days Due: _____

PO No: 661543

Buyer Name: _____

*Buyer Store #: 1905

Remit To Name: Black  Decker (PR) LLC

*Remit To DUNS: 001317189

Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____

Charge Type 1: _____

Charge Type 2: _____

Allow Amt: _____

Charge Amt 1: _____

Charge Amt 2: _____

*No of Ln Items: 1

*Tot Inv Amt: 338.20

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 Buyer Item No | *Product ID 1 | Product Type 2 UPC Code | Product ID 2 8859113 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A 3 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | Each | 84.55 | | 20178 | | 19881 | | | | | | |

DIcentral Corp.

**anleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS PLAZA LAS AMERICAS1905 OCFT
PLAZA LAS AMERICAS MALL
00936-7302 SAN JUAN
PUERTO RICO

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 661543 | 05/18/2018 | 1262155 | 9820008542 | 05/23/2018 | 1803781897 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | PCE6430 20178 | 8467290055 | 4.5 AMP FIXED SPEED LAMINATE TRIMMER Laminadora de 1/4inch, 4.5AMP, | 4 | 84.55 | 338.20 |
| | | | | | PC    4 | | |

|  |  |  |
|---|---|---|
| INVOICE  TOTAL QTY | USD | 338.20 |
| SUB - TOTAL | USD | 338.20 |
| TOTAL INVOICE | | |

# OF PACKAGES          :
GROSS WEIGHT          : 0.000 KG, 0
ECCN      : EAR99
LICENSE NO : NLR-C33
CARRIER          :

COMMENTS: OF PACKAGES: 1 PKGS
    : GROSS WEIGHT : 9 KGS
    : CARRIER    : UPS

_____
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha indicada de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claim
must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identifie
disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their origin
authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  05/23/2018

*Vendor No:  000390302

Division No: _____

AFE No: _____

*Dept No:  609

*Product Code:  Fair Labor Standards Act

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____

Charge Type 1: _____

Charge Type 2: _____

*Invoice No:  9820008545

Terms Type: _____

Terms Date:  Invoice Date

Term Net Days:  90

Disc Percent: _____

Disc Days Due: _____

Allow Amt: _____

Charge Amt 1: _____

Charge Amt 2: _____

PO No:  661607

Buyer Name: _____

*Buyer Store #:  2675

Remit To Name:  Black   Decker (PR) LLC

*Remit To DUNS:  001317189

Contact Name: _____

*No of Ln Items:  1

*Tot Inv Amt:  82.92

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Buyer Item No | | UPC Code | 0288740 | | | | | | 8 |
| 1 | 12 | Each | 6.91 | | 80197 | | 54219 | | | | | | |

DICentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS GUAYAMA 2675
OCFT
PLAZA GUAYAMA - ROAD 3 KM. L 34.7
00784 GUAYAMA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 661607 | 05/18/2018 | 1262155 | 9820008545 | 05/23/2018 | 1803781913 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | DE | DW5421  Y | 8207502030 | BIT, SDS PLUS, 1/4" x 14" 1/4 X 12 X 14 | 12 | 6.91 | 82.92 |

INVOICE  TOTAL QTY                                    PC    12
SUB - TOTAL                                              USD        82.92
TOTAL INVOICE                                           USD        82.92

\# OF PACKAGES            :
GROSS WEIGHT            : 0.000 KG,  0
ECCN       : EAR99
LICENSE NO : NLR-C33
CARRIER                   :

COMMENTS:  OF PACKAGES: 1 PKGS
         : GROSS WEIGHT : 1 KGS
         : CARRIER     : UPS

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified.

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 05/23/2018

*Vendor No: 000390302

Division No: _____

AFE No: _____

*Dept No: 609

*Product Code: Fair Labor Standards Act

*Invoice No: 9820008606

Terms Type: _____

Terms Date: Invoice Date

Term Net Days: 90

Disc Percent: _____

Disc Days Due: _____

PO No: 661546

Buyer Name: _____

*Buyer Store #: 2675

Remit To Name: Black  Decker (PR) LLC

*Remit To DUNS: 001317189

Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____

Charge Type 1: _____

Charge Type 2: _____

Allow Amt: _____

Charge Amt 1: _____

Charge Amt 2: _____

*No of Ln Items: 1

*Tot Inv Amt: 135.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Each | 135.0 0 | Buyer Item No | 33184 | UPC Code | 8859112 09823 | | | | | | 1 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1160

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS GUAYAMA 2675
PLAZA GUAYAMA - ROAD 3 KM. L 34.7
00784 GUAYAMA
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 661646 | 05/18/2018 | 1262155 | 9820008608 | 05/23/2018 | 1803781912 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | US | DCD785C2 33184 | 8467210070 | 20V MAX LI-LION COMPACT HAMMERDRILL TAL PERCUTOR LI-ION DE 20V | 1 | 135.00 | 135.00 |

INVOICE TOTAL QTY     PC    1

SUB - TOTAL        USD    135.00

TOTAL INVOICE       USD    135.00

\# OF PACKAGES   : 1
GROSS WEIGHT   : 2.722 KG, 6 LB
ECCN   : EAR99
LICENSE NO : NLR-C33
CARRIER   : SCOTT LOGISTICS CORP

---
AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 05/23/2018

*Vendor No: 000390302

Division No: _____

AFE No: _____

*Dept No: 609

*Product Code: Fair Labor Standards Act

*Invoice No: 9820008611

Terms Type: _____

Terms Date: Invoice Date

Term Net Days: 90

Disc Percent: _____

Disc Days Due: _____

PO No: 170805

Buyer Name: _____

*Buyer Store #: 8975

Remit To Name: Black  Decker (PR) LLC

*Remit To DUNS: 001317189

Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____

Charge Type 1: _____

Charge Type 2: _____

Allow Amt: _____

Charge Amt 1: _____

Charge Amt 2: _____

*No of Ln Items: 1

*Tot Inv Amt: 3606.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 Buyer Item No | *Product ID 1 | Product Type 2 UPC Code | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A 3 0 |
|----|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 1 | 150 | Each | 24.04 | | 12593 | | 0288774 29960 | | | | | | |

DIcentral Corp.

## OCEAN FREIGHT LINK
### BILL OF LADING

**Date:** 5/25/2018 **Consol. #** 003131

**B/L #** 030219

**To / Consignee:** **Tax Exempt #:** 00039607-0249

**From / Shipper:**
BLACK & DECKER US INC
c/o
9850 PREMIER PKWY

MIRAMAR. FL 33025

SEARS CUPEY BAJO
c/o #8975
CARR# 176. KM 0.5

CUPEY BAJO. PR 00926

**Shipper EIN#:** 521127357

**Consignee EIN#:** 66-0233626

**COD Information:** Mall To:

**Notify Information:**
SEARS CUPEY BAJO

**COD Amount:** $0.00

**Related Freight Bill =**

**Reference Numbers:**
PO-170805 / INV-9820008611

- ACE ITN Number -
X20180525276924

- SURI Number -

SHIPPER DEC - REMAINDER OF SHIPMENT VALUED $2,500.00 OR LESS PER INDIVIDUAL SCHEDULE B NUMBER

| Booking # | Container # | Vessel | Voyage # | Seal # | Ctnr. Size | Our Ship # |
|---|---|---|---|---|---|---|
| SSL000548328 | STRU881378-1 | PERLA DEL CARIBE | 6119 | 43118 | 53' | 30219 |

| Port of Loading | Port of Unloading |
|---|---|
| JACKSONVILLE, FL | SAN JUAN, PR |

| HM | Marks | No. Shipping Units | | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|---|---|---|---|---|---|---|
| | | 1 | PCS | TOOLS, NOI | 1,126 | 69 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSSHIPPED AS HEREIN PROVIDED...

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 170805 | 05/21/2018 | 1262155 | 9820009611 | 05/23/2018 | 1803786081 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | G720K-B3 | 8467290010 | 600W SAG KIT-INTERCO Esmeril 4 1/2" ,eje 5/8" | 150 | 24.04 | 3,606.00 |

INVOICE TOTAL QTY      PC   150

SUB - TOTAL      USD    3,606.00

TOTAL INVOICE      USD    3,606.00

\# OF PACKAGES     : 1
GROSS WEIGHT     : 510.746 KG,  1,125.99  LB
ECCN     : EAR99
LICENSE NO : NLR-C33
CARRIER     : SCOTT LOGISTICS CORP

---
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) dias a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 06/05/2018            *Invoice No: 9820009320          PO No: 163431

*Vendor No: 000390302               Terms Type: _____          Buyer Name: _____

Division No: _____             Terms Date: Invoice Date          *Buyer Store #: 8975

AFE No: _____                  Term Net Days: 90                 *Remit To Name: Black  Decker (PR) LLC

*Dept No: 609                       Disc Percent: _____           *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act      Disc Days Due: _____          Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____              Allow Amt: _____

Charge Type 1: _____           Charge Amt 1: _____          *No of Ln Items: 4

Charge Type 2: _____           Charge Amt 2: _____          *Tot Inv Amt: 9672.60

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|-------|-------------------|-------|-------------|-----------|--|--|--|--|--|--|
| 1  | 200  | Each | 35    | Buyer Item No | 12091 | UPC Code | 8859114 79905 | | | | | | 7 0 |
| 2  | 60   | Each | 11.21 | Buyer Item No | 29156 | UPC Code | 0288740 52079 | | | | | | 6 0 |
| 3  | 0    | Each | 45.09 | Buyer Item No | 36157 | UPC Code | 8859114 78755 | | | | | | 0 |
| 4  | 100  | Each | 20.00 | Buyer Item No | 53874 | UPC Code | 8859113 45804 | | | | | | 2 0 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
OCFT
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 163431ftm | 04/24/2018 | 1262155 | 9820009320 | 06/05/2018 | 1803737545 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | BDECS300C | 8467220020 | 13A CORDED CIRCULAR SAW SIERRA CIRCULAR 13A | 200 | 35.00 | 7,000.00 |
| 20 | DE | DW5207  Y | 8207502030 | 7PIECE SPEARPOINT MASONRY BIT SET SET 7 PZAS brocas | 60 | 11.21 | 672.60 |
| 30 | CN | BDEG400 53874 | 8467290010 | 4.5 IN ANGLE GRINDER 6.0 AMP Mini Esmeril 4 1/2 pulg 6.5 Am | 100 | 20.00 | 2,000.00 |
| | | | | INVOICE TOTAL QTY                    PC | 360 | | |
| | | | | SUB - TOTAL | | USD | 9,672.60 |
| | | | | TOTAL INVOICE | | USD | 9,672.60 |

#OF PACKAGES: 7 plt
GROSS WEIGHT: 2896 LBS
CARRIER : avrt 03096825599

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 06/05/2018                *Invoice No: 9820009321              PO No: 169338

*Vendor No: 000390302                    Terms Type: _____              Buyer Name: _____

Division No: _____                  Terms Date: Invoice Date            *Buyer Store #: 8975

AFE No: _____                       Term Net Days: 90                   Remit To Name: Black  Decker (PR) LLC

*Dept No: 609                            Disc Percent: _____            *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act  Disc Days Due: _____           Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____                   Allow Amt: _____

Charge Type 1: _____                Charge Amt 1: _____            *No of Ln Items: 2

Charge Type 2: _____                Charge Amt 2: _____            *Tot Inv Amt: 7000.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|-------|-------|-------|------|---------|---|---|---|---|---|---|
| 1 | 0 | Each | 35.88 | Buyer Item No | 12084 | UPC Code | 8859114 54605 | | | | | | 0 |
| 2 | 200 | Each | 35 | Buyer Item No | 12091 | UPC Code | 8859114 79905 | | | | | | 7 0 |

DIcentral Corp.

*Amarillas*

# OCEAN FREIGHT LINK
## BILL OF LADING

**B/L #** **030373**

| Date: | 6/8/2018 | Consol. # | 003141 | Tax Exempt #: | 00039607-0249 |
|---|---|---|---|---|---|

**From / Shipper:**

BLACK & DECKER US INC
c/o
9850 PREMIER PKWY

MIRAMAR, FL 33025

Shipper EIN#:  521127357

**To / Consignee:**

SEARS CUPEY BAJO
c/o #8975
CARR# 176, KM 0.5

CUPEY BAJO, PR 00926

Consignee EIN#:  66-0233626

**COD Information:    Mail To:**

COD Amount:     $0.00

**Notify Information:**

SEARS CUPEY BAJO

Related Freight Bill =

**Reference Numbers:**

PO# 170771 - INV 9820009301
PO# 169338FTM - INV 9820009321
PO# 163431FTM - INV 9820009320

| - ACE ITN Number - | - SURI Number - |
|---|---|
| NOEEI FTR 30.37(a) | |

| Booking # | Container # | Vessel | Voyage # | Seal # | Cntr. Size | Our Ship # |
|---|---|---|---|---|---|---|
| SSL000548333 | STRU880849-2 | PERLA DEL CARIBE | 6120 | 43230 | 53' | 30373 |

| Port of Loading | Port of Unloading |
|---|---|
| JACKSONVILLE, FL | SAN JUAN, PR |

| HM | Marks | No. Shiping Units | | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|---|---|---|---|---|---|---|
| | | 13 | PCS | TOOLS, NOI | 4,815 | 693 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSSHIPPED AS HEREIN PROVIDED. THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN. DURING THE PERIOD OF RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF LOADING, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND OF THE FMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS GENERALLY IN USE. DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE LOADED ON BOARD, CARRIED OR DISCHARGED FROM ANY VESSEL, AND DURING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND DURING THE TIME THE GOODS ARE ON CARRIED OR TRANSPORTED OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THIS CARRIAGE SHALL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING  WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL BE ISSUED OF THIS TYPE AND FOR THE VALUE SPECIFIED ON THE FACE OF THIS BILL OF LADING. OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID, SUBJECT TO CONDITIONS SET FORTH IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS  SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FORTH HEREIN.

| Receivers Name | Receivers Signature | Date |
|---|---|---|

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
OCFT
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 169338FTM | 05/09/2018 | 1262155 | 9820009321 | 06/05/2018 | 1803762548 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 20 | CN | BDECS300C | 8467220020 | 13A CORDED CIRCULAR SAW SIERRA CIRCULAR 13A | 200 | 35.00 | 7,000.00 |

| | | | |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 200 | |
| SUB - TOTAL | | USD | 7,000.00 |
| TOTAL INVOICE | | USD | 7,000.00 |

```
#OF PACKAGES: 5 plt
GROSS WEIGHT: 2273 LBS
CARRIER : avrt 0309682598
```

AUTHORIZED SIGNATURE

Reclamos deben sar recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Read Only Form

# Sears (810) Invoice

## Header and Summary

**Invoice Date:** 06/05/2018

**Vendor No:** 000390302

**Division No:** ..........

**AFE No:** ..........

**Dept No:** 609

**Product Code:** Fair Labor Standards Act

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and finished goods containing these materials).:

**Contact Phone #:** ..........

**Allow Type:** ..........

**Charge Type 1:** ..........

**Charge Type 2:** ..........

**Invoice No:** 9820009322

**Terms Type:** ..........

**Terms Date:** Invoice Date

**Term Net Days:** 90

**Disc Percent:** ..........

**Disc Days Due:** ..........

**PO No:** 662600

**Buyer Name:** ..........

**Buyer Store #:** 1085

**Remit To Name:** BLACK DECKER (PR) LLC

**Remit To DUNS:** 001317189

**Contact Name:** ..........

**Contact Email:** ..........

**Charge Amt 1:** ..........

**Charge Amt 2:** ..........

**Allow Amt:** ..........

**No of Ln Items:** 3

**Tot Inv Amt:** 454.25

## Line Item Details

| ID | *Qty Invoiced | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | Amount |
|----|---------------|------------|-------------|-----------------|---------------|----------------|--------------|----------------|--------------|--------------|----------------------|------------------------|--------|
| 1 | 5 | Each | 61.34 | Buyer Item No | 80112 | UPC Code | 028877563053 | | | | | | 306.700 |
| 2 | 5 | Each | 29.51 | Buyer Item No | 80145 | UPC Code | 028877434469 | | | | | | 147.550 |
| 3 | 0 | Each | 356.26 | Buyer Item No | 81837 | UPC Code | 885911210034 | | | | | | 0.000 |

**Stanley Black & Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAGUAS 2915
OCFT
LAS CATALINAS MALL
00725 CAGUAS
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 662500 | 06/01/2018 | 1262155 | 9820009322 | 06/05/2018 | 1803806549 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | DW5366 | 8207906000 | 10 PC TAPCON SET 10 PC TAPCON SET | 5 | 61.34 | 306.70 |
| 20 | CN | DW5205 80145 | 8207502030 | 5PC PERCUSSION SET W/TOUGH CASE 5PZ PERC ROCK CARB | 5 | 29.51 | 147.55 |

| | | |
|---|---|---|
| INVOICE  TOTAL QTY | PC | 10 |
| SUB - TOTAL | USD | 454.25 |
| TOTAL INVOICE | USD | 454.25 |

#OF PACKAGES: 2 CTN
GROSS WEIGHT: 54 LBS
CARRIER : UPS

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1    Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  06/06/2018

*Vendor No:  000390302

Division No:  _____

AFE No:  _____

*Dept No:  609

*Product Code:  Fair Labor Standards Act

*Invoice No:  9820009341

Terms Type:  _____

Terms Date:  Invoice Date

Term Net Days:  90

Disc Percent:  _____

PO No:  662599

Buyer Name:  _____

*Buyer Store #:  1085

Remit To Name:  Black   Decker (PR) LLC

*Remit To DUNS:  001317189

Disc Days Due:  _____

Contact Name:  _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #:  _____

Allow Type:  _____

Charge Type 1:  _____

Charge Type 2:  _____

Allow Amt:  _____

Charge Amt 1:  _____

Charge Amt 2:  _____

*No of Ln Items:  8

*Tot Inv Amt:  117.36

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | Each | 160 | Buyer Item No | 11845 | UPC Code | 8859113 87156 | | | | | | 0 |
| 2 | 0 | Each | 209.99 | Buyer Item No | 36182 | UPC Code | 8859113 77584 | | | | | | 0 |
| 3 | 0 | Each | 118 | Buyer Item No | 4163 | UPC Code | 8859113 87125 | | | | | | 0 |
| 4 | 0 | Each | 199.6 | Buyer Item No | 41955 | UPC Code | 8859114 25520 | | | | | | 0 |
| 5 | 12 | Each | 3.78 | Buyer Item No | 80152 | UPC Code | 0288740 54189 | | | | | | 4 |
| 6 | 6 | Each | 12.00 | Buyer Item No | 80177 | UPC Code | 0288740 57050 | | | | | | 7 |
| 7 | 0 | Each | 12 | Buyer Item No | 80182 | UPC Code | 0288740 57715 | | | | | | 0 |
| 8 | 0 | Each | 134.25 | Buyer Item No | 91045 | UPC Code | 0288774 97372 | | | | | | 0 |



REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CAGUAS 2915
OCFT
LAS CATALINAS MALL
00725 CAGUAS
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 662599ftm | 06/01/2018 | 1262155 | 9820009341 | 06/06/2018 | 1803806548 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 50 | DE | DW5418 Y | 8207502030 | BIT, SDS PLUS, 1/4" x 8-1/2" 1/4X 6-1/2 X 8-1/2 BROCA SD | 12 | 3.78 | 45.36 |
| 60 | US | DW5771 80177 | 8207502030 | 18 BULL POINT De 18 macho III/ Spline | 6 | 12.00 | 72.00 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY |  | PC | 18 |
| SUB - TOTAL |  | USD | 117.36 |
| TOTAL INVOICE |  | USD | 117.36 |

#OF PACKAGES: 1 CTN
GROSS WEIGHT: 54 LBS
CARRIER : UPS

AUTHORIZED SIGNATURE

Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 06/06/2018

*Vendor No: 000390302

Division No: _____

AFE No: _____

*Dept No: 609

*Product Code: Fair Labor Standards Act

*Invoice No: 9820009340

Terms Type: _____

Terms Date: Invoice Date

Term Net Days: 90

Disc Percent: _____

PO No: 663001

Buyer Name: _____

*Buyer Store #: 2355

Remit To Name: Black  Decker (PR) LLC

*Remit To DUNS: 001317189

Contact Name: _____

Disc Days Due: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____

Charge Type 1: _____

Charge Type 2: _____

Allow Amt: _____

Charge Amt 1: _____

Charge Amt 2: _____

*No of Ln Items: 2

*Tot Inv Amt: 80.04

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12 | Each | 2.04 | Buyer Item No | 38469 | UPC Code | 0288740 54028 | | | | | | 2 |
| 2 | 12 | Each | 4.63 | Buyer Item No | 38582 | UPC Code | 0288740 52413 | | | | | | 5 |

DIcentral Corp.

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS HATILLO 2355
OCFT
PLAZA DEL NORTE, 506 CALLE
TRUNCADO
00658-2709 HATILLO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 663001 | 06/01/2018 | 1262155 | 9820009340 | 06/06/2018 | 1803806540 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | DE | DW5402 | 8207502030 | DEW SDS+NCHP DW5402 3/16X2X4 PO No 50 | 12 | 2.04 | 24.48 |
| 20 | DE | DW5241  Y | 8207502030 | BIT, SPEARPOINT, 5/8" x 6" 5/8X4X6 broca | 12 | 4.63 | 55.56 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | | INVOICE  TOTAL QTY | | | PC   24 | | |
| | | SUB - TOTAL | | | | USD | 80.04 |
| | | TOTAL INVOICE | | | | USD | 80.04 |

```
#OF PACKAGES: 1 CTN
GROSS WEIGHT: 43 LBS
CARRIER : UPS
```

_____
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  06/06/2018          *Invoice No:  9820009371          PO No:  171608

*Vendor No:  000390302             Terms Type:  _____          Buyer Name:  _____

Division No:  _____           Terms Date:  Invoice Date          *Buyer Store #:  8975

AFE No:  _____                Term Net Days:  90                Remit To Name:  Black   Decker (PR) LLC

*Dept No:  609                     Disc Percent:  _____          *Remit To DUNS:  001317189

*Product Code:  Fair Labor Standards Act          Disc Days Due:  _____          Contact Name:  _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #:  _____

Allow Type:  _____            Allow Amt:  _____

Charge Type 1:  _____          Charge Amt 1:  _____          *No of Ln Items:  2

Charge Type 2:  _____          Charge Amt 2:  _____          *Tot Inv Amt:  7462.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|------|-------|-------|----------|---------|------|------|------|------|------|---|
| 1 | 200 | Each | 9.56 | Buyer Item No | 35984 | European Article No | 3253561 723742 | | | | | | 1 0 5 |
| 2 | 300 | Each | 18.5 | Buyer Item No | 53873 | UPC Code | 8859114 63300 | | | | | | 0 |

DIcentral Corp.

## OCEAN FREIGHT LINK
## BILL OF LADING

| | | **B/L #** | **030380** |
|---|---|---|---|

Date: 6/8/2018    Consol. # 003141    Tax Exempt #: 00039607-0249

**From / Shipper:**
STANLEY BLACK & DECKER, INC.
c/o
9850 PREMIER PKWY

MIRAMAR, FL 33025

Shipper EIN#: 06-0548860

**To / Consignee:**
SEARS CUPEY BAJO
c/o #8975
CARR# 176, KM 0.5

CUPEY BAJO, PR 00926

Consignee EIN#: 66-0233626

**COD Information:    Mail To:**

COD Amount:    $0.00

**Notify Information:**
SEARS CUPEY BAJO

Related Freight Bill =

Reference Numbers:
PO-171608 / INV-9820009371

- ACE ITN Number -
X20180608036365

- SURI Number -

SHIPPER DEC - REMAINDER OF SHIPMENT VALUED $2,500.00 OR LESS PER INDIVIDUAL SCHEDULE B NUMBER

| Booking # | Container # | Vessel | Voyage # | Seal # | Ctnr. Size | Our Ship # |
|---|---|---|---|---|---|---|
| SSL000548333 | STRU880849-2 | PERLA DEL CARIBE | 6120 | 43230 | 53' | 30380 |

| Port of Loading | Port of UnLoading |
|---|---|
| * JACKSONVILLE, FL | SAN JUAN, PR |

| HM | Marks | No. Shiping Units | | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|---|---|---|---|---|---|---|
| | | 5 | PCS | TOOLS, NOI | 1,511 | 79 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSSHIPPED AS HEREIN PROVIDED. THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN. DURING THE PERIOD OF RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF LOADING, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND OF THE FMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS GENERALLY IN USE. DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE ONCARRIED OR TRANSPORTED DISCHARGED FROM ANY VESSEL, AND DURING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND DURING THE TIME THE GOODS ARE SUBJECT TO THE TERMS AND CONDITIONS OF THE OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THIS CARRIAGE SHALL BE SUBJECT TO THE ISSUED OF THE TYPE AND FOR THE OCEAN FREIGHT LINK. REGULAR STRAIGHT BILL OF LADING  WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE AND FOR THE VALUE SPECIFIED ON THE FACE OF THIS BILL OF LADING. OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID. SUBJECT TO CONDITIONS SET FORTH IN THIS OCEAN FREIGHT LINK, TERMS AND CONDITIONS. SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FOR HEREIN.

| Receivers Name | Receivers Signature | Date |
|---|---|---|
| | | |

**StanleyBlack&Decker**

REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 171608 | 05/29/2018 | 1262155 | 9820009371 | 06/06/2018 | 1803799464 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | STST512114LA | 4202929100 | 12-INCH SOFT SIDE TOOL BAG BOLSA DE HERRAMIENTAS DE 12l | 200 | 9.56 | 1,912.00 |
| 20 | CN | TP555-B3 | 8467210070 | 550W 10MM VARIABLE SPEED HAMMER DRILL TALADRO ROTACIONAL 3/8PLG 550W | 300 | 18.50 | 5,550.00 |

|  |  |  |  |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 500 |  |
| SUB - TOTAL |  | USD | 7,462.00 |
| TOTAL INVOICE |  | USD | 7,462.00 |

# OF PACKAGES       : 5
GROSS WEIGHT      : 685.378 KG,  1,510.98 LB
ECCN     : EAR99
LICENSE NO : NLR-C33
CARRIER             : SCOTT LOGISTICS CORP

_____
AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1       Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 06/06/2018          *Invoice No: 9820009370          PO No: 171399

*Vendor No: 000390302              Terms Type: _____          Buyer Name: _____

Division No: _____           Terms Date: Invoice Date          *Buyer Store #: 8975

AFE No: _____                Term Net Days: 90                Remit To Name: Black   Decker (PR) LLC

*Dept No: 671                      Disc Percent: _____         *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act          Disc Days Due: _____          Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - and

Contact Phone #: _____

Allow Type: _____            Allow Amt: _____

Charge Type 1: _____          Charge Amt 1: _____          *No of Ln Items: 1

Charge Type 2: _____          Charge Amt 2: _____          *Tot Inv Amt: 41000.00

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 Buyer Item No | *Product ID 1 | Product Type 2 UPC Code | Product ID 2 6964716 19331 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A 4 0 |
|----|------|------|-----|------|------|------|------|------|------|------|------|------|------|
| 1 | 50 | Each | 820 | | 57956 | | | | | | | | |

DIcentral Corp.

# OCEAN FREIGHT LINK
## BILL OF LADING

| | |
|---|---|
| **Date:** | 6/15/2018 |
| **Consol. #** | 003147 |

**B/L #** 030460

| From / Shipper: | To / Consignee: | Tax Exempt #: 00039607-0249 |
|---|---|---|
| **BLACK & DECKER US INC**<br>c/o **GENERAC**<br>**9850 PREMIER PKWY**<br><br>**MIRAMAR, FL 33025** | **SEARS CUPEY BAJO**<br>c/o **#8975**<br>**CARR# 176, KM 0.5**<br><br>**CUPEY BAJO, PR 00926** | |
| **Shipper EIN#:** 521127357 | **Consignee EIN#:** 66-0233626 | |

| COD Information:    Mail To: | Notify Information: |
|---|---|
| | **SEARS CUPEY BAJO** |

| COD Amount: | **$0.00** | Related Freight Bill = |
|---|---|---|

### Reference Numbers:
PO# 171399 - INV 9820009370

| - ACE ITN Number - | - SURI Number - |
|---|---|
| X20180615443439 | |

SHIPPER DEC - REMAINDER OF SHIPMENT VALUED $2,500.00 OR LESS PER INDIVIDUAL SCHEDULE B NUMBER

| Booking # | Container # | Vessel | Voyage # | Seal # | Ctnr. Size | Our Ship # |
|---|---|---|---|---|---|---|
| SSL000548338 | STRU880729-0 | PERLA DEL CARIBE | 6121 | 43361 | 53' | 30460 |

| Port of Loading | Port of Unloading |
|---|---|
| JACKSONVILLE, FL | SAN JUAN, PR |

| HM | Marks | No. Shiping Units | | Description of Article, Special Marks and Exceptions | Weight | Cubic Ft |
|---|---|---|---|---|---|---|
| | W/R 062161 | 9 | PLTS | TOOLS, NOI | 10,600 | 688 |

RECEIVED THE DESCRIBED GOODS OR PACKAGES OR CONTAINERS SAID TO CONTAIN GOODS IN APPARENT GOOD ORDER AND CONDITION UNLESS OTHERWISE INDICATED, TO BE TRANSPORTED AND DELIVERED OR TRANSSHIPPED AS HEREIN PROVIDED. THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING HEREIN. DURING THE PERIOD OF RECEIPT OF THE GOODS AT AN INLAND POINT UNTIL THE TIME THE GOODS ARE DELIVERED INTO THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF LOADING, THIS CARRIAGE SHALL BE GOVERNED BY AND SUBJECT TO THE TERMS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND OF THE FMC UNIFORM BILL OF LADING CONTRACT, WHICHEVER IS APPLICABLE, INCLUDING ALL OF THE CONTRACT TERMS AND CONDITIONS OF THE INITIAL CARRIER'S BILL OF LADING AND OF THE FMC UNIFORM BILL OF LADING CONTRACT, AND DURING THE TIME THE GOODS ARE LOADED ON BOARD, CARRIED ON GENERALLY IN USE. DURING ALL OTHER PERIODS, INCLUDING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AND DURING THE TIME THE GOODS ARE ON CARRIED OR TRANSPORTED DISCHARGED FROM ANY VESSEL, AND DURING THE TIME THE GOODS ARE IN THE CUSTODY OF OCEAN FREIGHT LINK, AT THE PORT OF DISCHARGE AND DURING THE TIME THE GOODS ARE ON CARRIED OR TRANSPORTED OR IN THE CUSTODY OF OCEAN FREIGHT LINK, ITS AGENTS OR ANY INDEPENDENT CONTRACTORS AFTER DISCHARGE AND UNTIL DELIVERY THIS CARRIAGE SHALL BE SUBJECT TO THE TERMS AND CONDITIONS OF THE OCEAN FREIGHT LINK, REGULAR STRAIGHT BILL OF LADING. WHERE SPECIFICALLY PROVIDED IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS INSURANCE COVERAGE WILL THE ISSUED OF THE TYPE AND FOR THE VALUE SPECIFIED ON THE FACE OF THIS BILL OF LADING. OCEAN FREIGHT LINK, WILL NOT PAY OVER $50.00 IN CASE OF ANY LOSS OR DAMAGE, UNLESS A GREATER VALUE IS DECLARED AND CHARGES FOR SUCH GREATER VALUE PAID, SUBJECT TO CONDITIONS SET FORTH IN THE OCEAN FREIGHT LINK, TERMS AND CONDITIONS, SHIPPER AND CONSIGNEE ACCEPT LIMITATIONS OF LIABILITY AS SET FOR HEREIN.

| Receivers Name | Receivers Signature | Date |
|---|---|---|
| | | |



REGIONAL DISTRIBUTION CENTER
BLACK&DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS CUPEY BAJO # 8975
CARRETERERA #176 KM 0.3
00929 CUPEY BAJO
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 171399 | 05/22/2018 | 1262155 | 9820009370 | 06/06/2018 | 1803787586 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | PM0167000.01 | 8501610000 | 7000W GAS GENERATOPREMIUN DEWALT ENGINE GENERADORES DEWALT 7,000 WATTS | 50 | 820.00 | 41,000.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| INVOICE TOTAL QTY | | PC | 50 | | |
| SUB - TOTAL | | | | USD | 41,000.00 |
| TOTAL INVOICE | | | | USD | 41,000.00 |

```
#OF PACKAGES: 9 PLTS
GROSS WEIGHT: 10,600 LBS
CARRIER : AVRT 8002516730
```

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated date will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

**SEARS HOLDINGS GLOBAL SOURCING LTD**

## Late Shipment Charge Report

**PERIOD:**        *3/11/2018 - 5/5/2018*

**VENDOR NAME:**        BLACK AND DECKER MACAO COMMERCIAL

**CLAIM NUMBER:**    KGS05181810143

| | CONTRACT | ITEM | PO | INVOICE | DESCRIPTION | DAYS LATE | LATE SHIPMENT CHARGE | FCR DATE |
|---|---|---|---|---|---|---|---|---|
| SRS | TH3179 | 060076681519 | 801 | 201818218825 | 1% LATE SHIPMENT CHARGE | 1 | $570.40 | 4/30/2018 |
| | | | CLAIM TOTAL: | | | | $570.40 | |

**VENODR TOTAL:**                                            $570.40

END OF DOCUMENT

# INVOICE

**StanleyBlack&Decker**

**Invoice:** 9610277729
**Invoice Date:** 08/24/2018

Page: 1   of   1

**Exporter:**
BLACK & DECKER MACAO COMMERCIAL
OFFSHORE LTD.
Nº43-53A AVENIDA INFANTE D. HENRIQUE
16º ANDAR, BLOCO A-D, MACAU SQUARE,
MACAU
TEL: (853) 28780633        FAX: (853) 28780635

**Shipper:**
BLACK & DECKER (SUZHOU) PRECISION
MANUFACTURING CO LTD.
NO. 200 SU HONG ROAD
EXPORT PROCESSING ZONE
SUZHOU INDUSTRIAL PARK
215021 SUZHOU
CHINA

**SOLD TO: SEAR**

SEARS.ROEBUCK AND CO.
3333 BEVERLY RD
HOFFMAN ESTATES IL   60179
UNITED STATES

**SHIP TO: SEAR**

SEARS.ROEBUCK AND CO.
3333 BEVERLY RD
HOFFMAN ESTATES IL   60179
UNITED STATES

**Ship Via:**        Suzhou-FOB
**Shipping Terms:**  FREE ON BOARD
**Container ID:**    CMAU8402417
MADE IN CHINA

**Ship ID No:**       61820400
**Payment Terms :**  NET 30 DAYS

**MARKINGS:**

2 7 AUG 2018

| Item Number | QTY Shipped | UM | Net Price | Ext Price |
|---|---|---|---|---|
| DWA4CASE122SR | 3600 | EA | 22.0000 | 79200.00 |

122 PC DRILL / DRIVE SET - FOB
PO NO: TJ7303

Currency:  USD        Total:        79200

This is a computer generated invoice.  No Signature is required.

**ORIGINAL**

**UPS Supply Chain Solutions** ℠ [UPS]

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)<br>BLACK AND DECKER MACAO COMMERCIAL<br>OFFSHORE LIMITED.<br>AVENIDA INFANTE D. HENRIQUE NO.43-53A<br>MACAU SQUARE 16 FLOOR ,BLOCK A-D MACAO<br>SAR, P.R.C. | B/L NO.<br>APCU104493397<br><br>EXPORT REFERENCES<br>AWB7182264727<br>CUST FEY<br>CUST FEY | F/CR NO.<br>7182264727<br><br>DATE OF RECEIPT OF CARGO<br>20-AUG-2018 |

CONSIGNEE (NON NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>SHANGHAI,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOYAGE)<br>PRESIDENT EISENHOWER 003 | PORT OF LOADING<br>SHANGHAI,CHINA | |
| PORT OF DISCHARGE<br>SAN PEDRO, CA | PLACE OF DELIVERY BY ON-CARRIER<br>WILMINGTON,CA | NO./OF ORIGINALS |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>CMAU8402417<br>SEALCODE1:<br>K5344332<br>MARKS & NO:<br>SEARS: TJ7303<br>ITEM: 130094165958<br>MADE IN : CHINA<br>CONTENTS: 5 PIECES<br>DIV: 609<br>ITEM/SKU: 21394/000 | 1 | 40' STANDARD CONTAINER 720 CARTON<br>SAID TO CONTAIN<br>22PC BIT DEWALT BITS<br>PO#TJ7303 DEPT#010 REF#801<br>ITEM#:21394<br>TOTAL SHIPPED QTY:3600PCS<br>THE ABOVE SHIPMENT DOES NOT CONTAIN ANY<br>SOLID WOOD PACKING MATERIAL<br>CODE: SHW/WILMINGTON,CA 90744 DOOR<br>FREIGHT COLLECT<br>SAILING DATE:22-AUG-2018<br>FCR DATE:20-AUG-2018 | 8280.000 KG<br>18254.270 LB | 57.397 M3<br>2026.888 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: | | | This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit. |
|---|---|---|---|
| Document List | Original | Copy | As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |
| COMMERCIAL INVOICE | 0 | 1 | |
| PACKING LIST | 0 | 1 | |

UPS-SCS (CHINA) LIMITED SHANGHAI BRANCH

SHANGHAI                    AS AGENT FOR
                    UPS SUPPLY CHAIN SOLUTIONS INC.

Issued by _____    Authorized Signature

Month  Aug    Day  23    Year  2018

# COMMERCIAL INVOICE

Page 1 of 2

DATE: August 10, 2018

INVOICE NO.: 201820487767

7414
BLACK AND DECKER MACAO COMMERCIAL
15C, EDIF. COMMERCIAL NAM TUNG
NO 517, AVENIDA PRAIA GRANDE
MACAU

Macao

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China    **SHIPPED TO:** Wilmington, CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| SEARS    TJ7303 | 122PC BIT DEWALT BITS | 720 CARTONS | 3,600 PIECES | 22.000 USD PIECES | 79,200.00 USD |

| | |
|---|---|
| ITEM: | 130094165958 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 5 PIECES |
| SEARS DIV | 609 |
| SEARS ITEM/SKU | 21394/000 |

GUIDE COMPACT MAG DRIVE DEWALT YELLOW X 1PCS
BIT SCDR 3.5IN PWR #2PH X 1PCS,BIT SCDR 3.5IN PWR #8SL X 1PCS
NUTSETTER, SHORT 5/16 X 1PCS,NUTSETTER, SHORT 1/4 X 1PCS,
BIT TIP PH NO.1 2IN X 2PCS,BIT TIP PH NO.3 2IN X 1PCS,
BIT SCDR 2IN PWR #1 SQCHINA X 2PCS,2IN T25 SD BIT X 2PCS,
2IN T20 SD BIT X 1PCS,BIT SCDR 1IN PH #1 X 6PCS,
BIT SCDR 1IN #3 PH X 6PCS,BIT,SCDR 1TIP SL#10 X 2PCS,
1IN T20 SD BIT X 1PCS,1IN T30 SD BIT X 1PCS,
1IN T25 SD BIT X 5PCS,BIT,SCDR TIP Q2 1 X 3PCS
BIT TIP HOLDER X 1PCS,BIT SCDR 1IN PH #1 X 2PCS,
BIT SCDR 1IN PH #2 X 6PCS,BIT SCDR 1IN #3 PH X 2PCS
BIT,SCDR TIP Q1 1 X 2PCS,BIT,SCDR TIP Q2 1 X 6PCS,
BIT,SCDR TIP Q31 X 2PCS,1IN T30 SD BIT X 1PCS,
BIT,SCDR 1TIP SL#8 X 1PCS,BIT,SCDR 1TIP SL#10 X 1PCS,
1IN T15 SD BIT X 1PCS,1IN T20 SD BIT X 2PCS,
1IN T25 SD BIT X 4PCS,BIT TIP PH NO.1 2IN X 2PCS
BIT, TIP PH2 CHINA X 3PCS,BIT TIP PH NO.3 2IN X 1PCS
BIT,SCDR TIP O2 2 X 2PCS,BIT SCDR 2IN SL #6 X 1PCS,
BIT SCDR 2 IN SL #8 X 1PCS,BIT,SCDR TIP O31 X 2PCS,
BIT SCDR 1IN TIP SL #6 X 2PCS,BIT,SCDR 1TIP SL#8 X 4PCS,
BIT,SCDR TIP Q1 1 X 4PCS,BIT,SCDR TIP O2 1 X 4PCS
BIT, DRILL BO TDC OT 1/16 DW X 2PCS,BIT, DRILL BO TDC OT 5/64 DW X 2PCS,
BIT, DRILL BO TDC OT 3/32 DW X 1PCS,BIT, DRILL BO TDC OT 7/64 DW X 1PCS
BIT, DRILL BO TDC OT 1/8 DW X 2PCS,BIT, DRILL BO TDC OT 3/8 DW X 1PCS
BIT, DRILL BO TDC OT 5/16 DW X 1PCS,BIT, DRILL BO TDC OT 1/4 DW X 1PCS
BIT, DRILL BO TDC OT 3/16 DW X 1PCS,BIT, DRILL BO TDC OT 5/32 DW X 1PCS
BIT, DRILL BO TDC OT 9/64 DW X 1PCS,BIT SCDR 1IN TIP #2 PH X 14PCS

| | | | |
|---|---|---|---|
| CONTRACT NO. | TJ7303 | REFERENCE NO. | 801 |
| DC CODE | SHW | DEPARTMENT NO. | 010 |
| DIVISION NO. | Division 2 | VENDOR NO. | 7414 |
| VENDOR ITEM CODE | DWA4CASE122S R | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

| | |
|---|---|
| FACTORY NO. | 023448 |

BLACK & DECKER (SUZHOU) PRECISION MANUFACTURING CO LTD
NO 200 SUHONG RD, EXP PROCESS ZN

SUZHOU INDUSTRIAL PARK

SUZHOU

JIANGSU

China

| | |
|---|---|
| FTY MID NO. | CNBLADEC200SUZ |

| | |
|---|---|
| PAYMENT TERM | Open Acct |
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |

# COMMERCIAL INVOICE

Page 2 of 2
**DATE:** August 10, 2018
**INVOICE NO.:** 201820487767

7414
BLACK AND DECKER MACAO
COMMERCIAL
15C, EDIF. COMMERCIAL NAM TUNG
NO 517, AVENIDA PRAIA GRANDE
MACAU

Macao

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China        **SHIPPED TO:**    Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 720 | 3,600 | PIECES | 79,200.00  USD |

TOTAL US DOLLARS SEVENTY-NINE THOUSAND TWO HUNDRED DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| BLACK AND DECKER MACAO COMMERCIAL | |
|---|---|
| EMPLOYEE NAME | WENDY |
| EMPLOYEE TITLE | |

# PACKING LIST

Page 1 of 1

**DATE:** August 10, 2018

**INVOICE NO.:** 201820487767

7414
BLACK AND DECKER MACAO COMMERCIAL
15C, EDIF. COMMERCIAL NAM TUNG
NO 517, AVENIDA PRAIA GRANDE
MACAU

Macao

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China          **SHIPPED TO:** Wilmington, CA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| SEARS | TJ7303 | 122PC BIT DEWALT BITS | | | | | | |
| ITEM: | 130094165958 | | | | | | | |
| MADE IN | CHINA (MAINLAND) | PER OUTER CARTON | | 5 | 0.080 | 11.500 | 11.000 | |
| CONTENTS | 5 PIECES | TOTAL | 720 | 3,600 | 57.397 | 8,280.000 | 7,920.000 | 0.000 |
| SEARS DIV | 609 | | | | | | | |
| SEARS ITEM/SKU | 21394/000 | | | | | | | |

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | TJ7303 | REFERENCE NO. | 801 | |
| DC CODE | SHW | DEPARTMENT NO. | 010 | |
| DIVISION NO. | Division 2 | VENDOR NO. | 7414 | |
| VENDOR ITEM CODE | DWA4CASE122SR | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |

**PACKING INSTRUCTIONS:**
1 PIECE PER MASTER

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 49.3 | 42.0 | 38.5 | 0.080 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| TOTAL PACKING LIST | 720 | 3,600 | 57.397 | 8,280.000 | 7,920.000 | 0.000 |

We hereby certify that this shipment does not contain solid wood packing material.

| BLACK AND DECKER MACAO COMMERCIAL | |
|---|---|
| EMPLOYEE NAME | WENDY |
| EMPLOYEE TITLE | |

| Vendor No. 7414 | | Cargo Delivery Number | | | Page 1 of 1 |
| Invoice No. 201820487767 | | Shipping Order Number | 201820487767 | | |
| | | Cargo Ready Date | 08/10/2018 | | |

| Shipper | Pickup Details | Pickup Details (Local Language) |
|---|---|---|
| BLACK AND DECKER MACAO COMMERCIAL | BLACK & DECKER (SUZHOU) PRECISION | |
| 15C, EDIF. COMMERCIAL NAM TUNG | MANUFACTURING CO LTD | |
| NO 517, AVENIDA PRAIA GRANDE | NO 200 SUHONG RD, EXP PROCESS ZN | |
| MACAU | SUZHOU INDUSTRIAL PARK | |
| Macao | SUZHOU | |
| | JIANGSU | |
| | China | |
| | Pickup Contact Name | |
| | Pickup Contact Phone | |
| | Pickup Contact Fax | |

| Customer | Consignee |
|---|---|
| Sears Holdings Corporation | SEARS ROEBUCK & CO. |
| 3333 Beverly Road | 3333 Beverly Road |
| Hoffman Estates, IL - 60179 | Hoffman Estates, IL |
| USA | 60179 |
| | United States |

| Load Type | CY | Equipment Required | 1 - 40' Standard Dry |
|---|---|---|---|
| Cargo Type | Flat | | |
| Ship Terms | Free on Board | Inland Carrier | None |
| Port of Loading | Shanghai, CN | Party Responsible for Local Charges | |
| Final Destination | SHW, Wilmington, CA, USA | Party Responsible for Local Charges (Local Language) | |
| Documents Cutoff Date | 08/10/2018 | Return Export Documents To (Local Language) | |
| Return Export Documents To | | USCI9132059478994939 4L  TEL: 0512-62587060 | |

| Marks and Numbers | |
|---|---|
| SEARS | TJ7303 |
| ITEM NO: | 130094165958 |
| MADE IN: | CHINA (MAINLAND) |
| CONTENTS: | 5  Pieces |
| SEARS DIV | 609 |
| SEARS ITEM/SKU | 21394/000 |

| Purchase Order | User Ref | Dept | Division | Freight Payment Terms | Letter of Credit | Item Number | Local Language Commodity Description | Commodity Description | Country of Origin | HTS Number | Quota Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TJ7303 | 801 | 010 | Division 2 | Collect | | 130094165958 | 电动工具用螺丝批头工具包 | 122PC BIT DEWALT BITS | CHINA (MAINLAND) | 8207.90.6000 | RNONE |
| | | | Quantity 3,600  Pieces | Cartons 720 | | Pieces 3,600 | | Gross Weight 8,280 KGS | | Volume 57.397000 CBMS | |

| SHIPPING TOTALS | | SHIPPING DECLARATIONS |
|---|---|---|
| Total Number of Cartons | 720 | We hereby certify that this shipment does not contain solid wood packing material. |
| Gross Weight | 8,280 KGS | |
| Volume | 57.397000 CBMS | |
| Comments | | |

SEARS ROEBUCK & CO.                                    **P U R C H A S E   O R D E R**                                    Page : 1

| ORDER DATE : 19-MAR-2018 | ORDER NO : TJ7303 | BUYER : CB4 CATHERINE BURTON |
|---|---|---|
| DIV : Division 2 | DEPT NO : 010 | |

**SEARS ROEBUCK & CO.**
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | BLACK AND DECKER MACAO COMMERCIAL. |
| ADDRESS | 15C, EDIF. COMMERCIAL NAM TUNG NO 517, AVENIDA PRAIA GRANDE MACAU |
| COUNTRY | Macao |
| EMAIL | amy.chow@sbdinc.com |
| VENDOR NBR | 7414 |
| TELEPHONE | 853 28760033 |
| DUNS NBR | 01000110742 |
| FDA REG # | |

**TOTAL COST OF ORDER USD**
$79,200.00

PAYMENT TO BE MADE BY :
( )    MULTIPLE PAYMENT TYPES
( X )    CHECK/WIRE TRANSFER
         Amount USD: 79,200.00
( )    FREE GOODS
         Amount USD: 0.00
( )    LETTER OF CREDIT
         Amount USD: 0.00
         LC #:
         TRANSFERABLE:
         BANK:

| PAYMENT TERMS: | 29 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1H |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 023448 |
|---|---|
| NAME | BLACK & DECKER (SUZHOU) PRECISION MANUFACTURING CO LTD |
| ADDRESS | NO 200 SUHONG RD, EXP PROCESS ZN SUZHOU INDUSTRIAL PARK SUZHOU JIANGSU |
| COUNTRY | China |
| TEL | 86-512-6258 1818 [6619] |
| EMAIL | qiu.qin.shen@bdk.com |
| MID | CNBLADEC200SUZ |

SEARS ROEBUCK & CO.                    P U R C H A S E   O R D E R                                    Page : 2

| ORDER DATE : 19-MAR-2018 | ORDER NO : TJ7303 | CB4  CATHERINE BURTON |
|---|---|---|

| | | | DESCRIPTION | | |
|---|---|---|---|---|---|
| ITEM CODE: 130094165958 | SEASON/YEAR: | 1-BASIC AND REPLENISHED | 122PC BIT DEWALT BITS | | |
| | SUB-SEASON: | 10-BASIC AND REPLENISHED | | | |
| 1 2OF 6/CARTON UPC: 4002687742479 | CAT/SUB-CAT: | 13/08 | | | |
| STYLE: OWA4CASE122SR | TRADEMARK: | NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: DEWALT | COPYRIGHT REG. NO.: | | 609 | 21394 | 000 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: | 001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $34.99 | 720 | 3,600 | $79,200.00 |
| $22.000 | $110.000 | | | | |

| PER CARTON | KGS: | 11.113 | CBM: | 0.078824 | EACHES PER INNER | 1 |
|---|---|---|---|---|---|---|
| | LBS: | 24.500 | CU. FT.: | 2.784 | INNERS PER OUTER CARTON | 5 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | EACHES PER MASTER SHIPPING CTN | 5 |
| L 19.5" X W 16.5" X H 14.95" | | | CASEPACK | | | |

| QUOTA CAT#: RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
1 PIECE PER MASTER

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 801 | SHW | SHW | Ocean | 14-AUG-2018 | 14-AUG-2018 | 13-OCT-2018 | X | 720 | 3,600 | W |

DETAIL DESCRIPTION-
GUIDE COMPACT MAG DRIVE DEWALT YELLOW X 1PCS
BIT SCDR 3.5IN PWR #2PH X 1PCS,BIT SCDR 3.5IN PWR #8SL X 1PCS
NUTSETTER, SHORT 5/16 X 1PCS,NUTSETTER, SHORT 1/4 X 1PCS,
BIT TIP PH NO.1 2IN X 2PCS,BIT TIP PH NO.3 2IN X 1PCS,
BIT SCDR 2IN PWR #1 SQCHINA X 2PCS,2IN T25 SD BIT X 2PCS,
2IN T20 SD BIT X 1PCS,BIT SCDR 1IN PH #1 X 6PCS,
BIT SCDR 1IN #3 PH X 6PCS,BIT,SCOR 1TIP SL#10 X 2PCS,
1IN T20 SD BIT X 1PCS,1IN T30 SD BIT X 1PCS,
1IN T25 SD BIT X 5PCS,BIT,SCDR TIP Q2 1 X 3PCS
BIT TIP HOLDER X 1PCS,BIT SCDR 1IN PH #1 X 2PCS,
BIT SCDR 1IN PH #2 X 6PCS,BIT SCDR 1IN #3 PH X 2PCS
BIT,SCDR TIP Q1 1 X 2PCS,BIT,SCDR TIP Q2 1 X 6PCS,
BIT,SCDR TIP Q31 X 2PCS,1IN T30 SD BIT X 1PCS,
BIT,SCDR 1TIP SL#8 X 1PCS,BIT,SCDR 1TIP SL#10 X 1PCS,
1IN T15 SD BIT X 1PCS,1IN T20 SD BIT X 2PCS,
1IN T25 SD BIT X 4PCS,BIT TIP PH NO.1 2IN X 2PCS
BIT, TIP PH2 CHINA X 3PCS,BIT TIP PH NO.3 2IN X 1PCS
BIT,SCDR TIP Q2 2 X 2PCS,BIT SCDR 2IN SL #6 X 1PCS,
BIT SCDR 2 IN SL #8 X 1PCS,BIT,SCDR TIP Q31 X 2PCS,
BIT SCDR 1IN TIP SL #6 X 2PCS,BIT,SCDR 1TIP SL#8 X 4PCS,
BIT,SCDR TIP Q1 1 X 4PCS,BIT,SCDR TIP Q2 1 X 4PCS
BIT, DRILL BO TDC OT 1/16 DW X 2PCS,BIT, DRILL BO TDC OT 5/64 DW X 2PCS,
BIT, DRILL BO TDC OT 3/32 DW X 1PCS,BIT, DRILL BO TDC QT 7/64 DW X 1PCS,
BIT, DRILL BO TDC OT 1/8 DW X 2PCS,BIT, DRILL BO TDC OT 3/8 DW X 1PCS
BIT, DRILL BO TDC OT 5/16 DW X 1PCS,BIT, DRILL BO TDC QT 1/4 DW X 1PCS

SEARS ROEBUCK & CO.                            **PURCHASE ORDER**                                    Page : 3

| ORDER DATE : 19-MAR-2018 | ORDER NO : TJ7303 | C84  CATHERINE BURTON |
|---|---|---|

**DETAIL DESCRIPTION-**

BIT, DRILL BO TDC OT 3/16 DW X 1PCS,BIT, DRILL BO TDC OT 5/32 DW X 1PCS
BIT, DRILL BO TDC OT 9/64 DW X 1PCS,BIT SCDR 1IN TIP #2 PH X 14PCS

OPC:                    5

SEARS ROEBUCK & CO.                                    **P U R C H A S E   O R D E R**                                    Page : 4

| ORDER DATE :  19-MAR-2018 | ORDER NO :  TJ7303 | CB4  CATHERINE BURTON |
|---|---|---|

ITEM CODE:   130094165958

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 21394-0 00 | | | | | | |

ITEM CODE: 130094165958                          ITEM: 122PC BIT DEWALT BITS

| SUB-ITEM DESCRIPTION | | SKU | COLOR | SIZE | | QTY | FOB SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|---|
| | | | TOTAL | | | 0 | | |

ADDITIONAL CONDITIONS

FOR ITEM 130094165958
VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED


PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES


VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR--
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
.
--------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
--------------------------------------

SEARS ROEBUCK & CO.                        **P U R C H A S E   O R D E R**                                    Page : 5

| ORDER DATE : 19-MAR-2018 | ORDER NO : TJ7303 | C84  CATHERINE BURTON |
|---|---|---|

**ANTIDUMPING CLAUSE:**
-----------------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
-----------------------------------------------------------
-----------------------------------------------------------
-----------------------------------------------------------
-----------------------------------------------------------

**INCREASE IN FREIGHT CHARGES:**
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
-----------------------------------------------------------

**LABEL APPROVALS:**
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

**QUANTITY DISCREPANCIES:**
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
-----------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
-----------------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

# INVOICE

**StanleyBlack&Decker**

**Invoice:** 9610277932
**Invoice Date:** 08/27/2018

Page: 1   of   1

**Exporter:**
BLACK & DECKER MACAO COMMERCIAL
OFFSHORE LTD.
Nº43-53A AVENIDA INFANTE D. HENRIQUE
16º ANDAR, BLOCO A-D, MACAU SQUARE,
MACAU
TEL: (853) 28780633          FAX: (853) 28780635

**Shipper:**
BLACK & DECKER (SUZHOU) PRECISION
MANUFACTURING CO LTD.
NO. 200 SU HONG ROAD
EXPORT PROCESSING ZONE
SUZHOU INDUSTRIAL PARK
215021 SUZHOU
CHINA

**SOLD TO: SEAR**

SEARS.ROEBUCK AND CO.
3333 BEVERLY RD
HOFFMAN ESTATES IL   60179
UNITED STATES

**SHIP TO: SEAR**

SEARS.ROEBUCK AND CO.
3333 BEVERLY RD
HOFFMAN ESTATES IL   60179
UNITED STATES

**Ship Via:**        Suzhou-FOB
**Shipping Terms:** FREE ON BOARD
**Container ID:**   GLDU9360415
MADE IN CHINA

**Ship ID No:**        41821585
**Payment Terms :**   NET 30 DAYS

**MARKINGS:**

3 1 AUG 2018

| Item Number | QTY Shipped | UM | Net Price | Ext Price |
|---|---|---|---|---|
| BCK267D2SE | 1249 | EA | 125.3400 | 156549.66 |

BD 20V CHAINSAW/SWEEPER
COMBO SET FOB
PO NO: ST1928

| | Currency: USD | Total: | 156549.66 |
|---|---|---|---|

This is a computer generated invoice.  No Signature is required.

COPY

**UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT**

UPS Supply Chain Solutions℠   (UPS)

OTI License No. 275F

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)<br>BLACK AND DECKER MACAO COMMERCIAL<br>OFFSHORE LIMITED.<br>AVENIDA INFANTE D. HENRIQUE NO.43-53A<br>MACAU SQUARE 16 FLOOR, BLOCK A-D MACAO<br>SAR, P.R.C. | BOOKING NO.<br>EGLV142852648229<br>EXPORT REFERENCES<br>AWB7182265134<br>CUST FEY<br>CUST FEY |
| CARGO RECEIPT NO.<br>7182265134<br>DATE OF RECEIPT OF CARGO<br>24-AUG-2018 | |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

**THIS IS NOT A DOCUMENT OF TITLE.
UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go order and condition from Shipper, the package(s) listed below are said to cont the goods hereinafter described. This receipt is not valid unless verified a signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles higher value is declared on this receipt and the extra charge paid, liability is limit to $0.50 per pound of goods lost or damaged. If COGSA governs with the force law, its limitation, described in paragraph 3 on the reverse hereof, controls unle a higher value is declared.
Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>SHANGHAI,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>EVER LIVING 0818-026E | PORT OF LOADING<br>SHANGHAI,CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES,CA | PLACE OF DELIVERY BY ON CARRIER<br>WILMINGTON,CA | NUMBER OF ORIGINALS<br>THREE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:EITU1201976<br>SEALCODE1:<br>EMCPMM8388 | 1 | 40' HIGH CUBE CONTAINER 1251 CARTON<br>SAID TO CONTAIN | 8131.500 KG<br>17926.880 LB | 65.437 M3<br>2310.680 F3 |
| CTRNO:<br>EMCU9834866<br>SEALCODE1:<br>EMCPMM8398 | 1 | 40' HIGH CUBE CONTAINER 1250 CARTON<br>SAID TO CONTAIN | 8125.000 KG<br>17912.550 LB | 65.384 M3<br>2308.709 F3 |
| CTRNO:<br>GLDU9360415<br>SEALCODE1:<br>EMCPMM8498<br>MARKS & NO:<br>SEARS:ST1928<br>ITEM:140030091391<br>MADE IN : CHINA | 1 | 40' HIGH CUBE CONTAINER 1249 CARTON<br>SAID TO CONTAIN<br>PO#ST1928<br>DEPT#028<br>REF#801<br>20V COMBO CHAINSAW BLOWER<br>ITEM#140030091391<br>TOTAL SHIPPED QTY:3750PCS | 8118.500 KG<br>17898.220 LB | 65.332 M3<br>2306.873 F3 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 02-Aug-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he and on the reverse of this document which are incorporated he by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit.
**As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.**

SHANGHAI

Issued by

Aug   30   2018
Month   Day   Year

UPS Supply Chain Solutions℠                    OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| | | |
|---|---|---|
| SHIPPER (PRINCIPAL AND FULL ADDRESS) | BOOKING NO. | FCR/B/L/RECEIPT NO. |
| BLACK AND DECKER (MACAU) COMMERCIAL OFFSHORE LIMITED. | EGLV142852648229 | 152285134 |
| AVENIDA INFANTE D. HENRIQUE NO.43-53A | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| MACAU SQUARE 16 FLOOR, BLOCK A-D MACAO | AWB7152285134 | 24-AUG-2018 |
| SAR, P.R.C. | CUST FEY | |
| | CUST FEY | |
| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | | |
| SEARS, ROEBUCK AND CO., | | |
| 3333 BEVERLY ROAD, | | |
| HOFFMAN ESTATES, IL 60179, USA | | THIS IS NOT A DOCUMENT OF TITLE. |

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

| | | |
|---|---|---|
| NOTIFY PARTY (NO RESPONSIBILITY FOR FAILURE TO NOTIFY) | | |
| UPS SUPPLY CHAIN SOLUTIONS | | |
| 19701 HAMILTON AVENUE | | |
| TORRANCE, CA 90502 | | |
| ATTN: MARY ELLEN WRATSCHKO | | |
| TEL :(310) 404-2792 FAX : (310) 404-2962 | | |
| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
| | SHANGHAI,CHINA | |
| EXPORT CARRIER (VESSEL/VOYAGE) | PORT OF LOADING | |
| EVER LIVING 0818 028E | SHANGHAI,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON-CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES,CA | WILMINGTON,CA | |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CONTENTS: 1 PIECES DIV: 671 ITEM/SKU:31 023/000 | | TOTAL SHIPPED QTY:3750PCS THE ABOVE SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL CODE: SHW/WILMINGTON,CA 90744 DOOR FREIGHT COLLECT SAILING DATE:29-AUG-2018 FCR DATE:24-AUG-2018 | | |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED SHANGHAI BRANCH

SHANGHAI

Issued by _____ UPS SUPPLY CHAIN SOLUTIONS, INC.

Aug          30          2018
Month _____ Day _____ Year _____

# COMMERCIAL INVOICE

Page 1 of 2

DATE: August 20, 2018

INVOICE NO.: 201621190071

7414
BLACK AND DECKER MACAO
COMMERCIAL
15C, EDIF. COMMERCIAL NAM TUNG
NO 517, AVENIDA PRAIA GRANDE
MACAU

Macao

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China        SHIPPED TO:  Wilmington , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| SEARS      ST1928 | 20V COMBO CHAINSAW&BLOWER | 3,750 CARTONS | 3,750 PIECES | 125.340 USD PIECES | 470,025.00 USD |

ITEM:          140030091391
MADE IN        CHINA (MAINLAND)
CONTENTS       1  PIECES
SEARS DIV      671
SEARS ITEM/SKU 31023/000

20V CHAINSAW&LEAF BLOWER COMBO KIT
material breakdown
ABS 25%
matel 20%
Battery 30%
Motor 15%
other 10%

CONTRACT NO.          ST1928          REFERENCE NO.         801
DC CODE               SHW             DEPARTMENT NO.        028
DIVISION NO.          Division 1      VENDOR NO.            7414
VENDOR ITEM CODE      BCK287C2SE      COUNTRY OF ORIGIN     CHINA (MAINLAND)
BINDING RULING # OR                   CATEGORY              RNONE
PRECLASS #

FACTORY NO.           023448

BLACK & DECKER (SUZHOU) PRECISION
MANUFACTURING CO LTD
NO 200 SUHONG RD, EXP PROCESS ZN

SUZHOU INDUSTRIAL PARK

SUZHOU

JIANGSU

China

FTY MID NO.           CNBLADEC200SUZ

PAYMENT TERM          Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER           OPEN ACCOUNT
LC#                   NO LC

| | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|---|
| TOTAL INVOICE | | 3,750 | 3,750 | PIECES | 470,025.00 USD |

TOTAL US DOLLARS FOUR HUNDRED SEVENTY THOUSAND TWENTY-FIVE DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 2 of 2

DATE: August 20, 2018

INVOICE NO.: 201821190071

7414
BLACK AND DECKER MACAO
COMMERCIAL
15C, EDIF. COMMERCIAL NAM TUNG
NO 517, AVENIDA PRAIA GRANDE
MACAU

Macao

TO:     SEARS ROEBUCK & CO.
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Shanghai, China

SHIPPED TO:   Wilmington , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| BLACK AND DECKER MACAO COMMERCIAL | |
|---|---|
| EMPLOYEE NAME | |
| EMPLOYEE TITLE | |

# PACKING LIST

Page 1 of 1

DATE: August 20, 2018

INVOICE NO.: 201821190071

7414
BLACK AND DECKER MACAO COMMERCIAL
15C, EDIF. COMMERCIAL NAM TUNG
NO 517, AVENIDA PRAIA GRANDE
MACAU

Macao

TO:    SEARS ROEBUCK & CO.

3333 Beverly Road

Hoffman Estates, IL 60179

US

SHIPPED FROM: Shanghai, China          SHIPPED TO: Wilmington, CA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| SEARS | ST1928 | 20V COMBO CHAINSAW&BLOWER | | | | | | |
| ITEM: | 140030091391 | | | | | | | |
| MADE IN | CHINA (MAINLAND ) | PER OUTER CARTON | | 1 | 0.052 | 6.500 | 6.000 | |
| CONTENTS | 1 PIECES | TOTAL | 3,750 | 3,750 | 196.153 | 24,375.000 | 22,500.000 | 0.000 |
| SEARS DIV | 671 | | | | | | | |
| SEARS ITEM/SKU | 31023/000 | | | | | | | |

| | | | |
|---|---|---|---|
| CONTRACT NO. | ST1928 | REFERENCE NO. | 801 |
| DC CODE | SHW | DEPARTMENT NO. | 028 |
| DIVISION NO. | Division 1 | VENDOR NO. | 7414 |
| VENDOR ITEM CODE | BCK267D2SE | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

PACKING INSTRUCTIONS:
NO SPECIAL INSTRUCTIONS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 70.0 | 30.5 | 24.5 | 0.052 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| TOTAL PACKING LIST | 3,750 | 3,750 | 196.153 | 24,375.000 | 22,500.000 | 0.000 |

We hereby certify that this shipment does not contain solid wood packing material.

| BLACK AND DECKER MACAO COMMERCIAL |
|---|
| EMPLOYEE NAME |
| EMPLOYEE TITLE |

Vendor No. 7414
Invoice No. 201521190071

Cargo Delivery Number
Shipping Order Number          201521190071
Cargo Ready Date               08/20/2018

Page 1 of 1

| Shipper | Pickup Details | Pickup Details (Local Language) |
|---|---|---|
| BLACK AND DECKER MACAO COMMERCIAL<br>15C, EDIF. COMMERCIAL NAM TUNG<br>NO 517, AVENIDA PRAIA GRANDE<br>MACAU<br>Macao | BLACK & DECKER (SUZHOU) PRECISION<br>MANUFACTURING CO LTD<br>NO 200 SUHONG RD, EXP PROCESS ZN<br>SUZHOU INDUSTRIAL PARK<br>SUZHOU<br>JIANGSU<br>China<br><br>Pickup Contact Name<br>Pickup Contact Phone<br>Pickup Contact Fax | |

| Customer | Consignee |
|---|---|
| Sears Holdings Corporation<br>3333 Beverly Road<br>Hoffman Estates, IL - 60179<br>USA | SEARS ROEBUCK & CO.<br>3333 Beverly Road<br>Hoffman Estates, IL<br>60179<br>United States |

| Load Type | CY | Equipment Required | 3 - 40' High Cube Dry |
|---|---|---|---|
| Cargo Type | Flat | | |
| Ship Terms | Free on Board | Inland Carrier | Vendor |
| Port of Loading | Shanghai, CN | Party Responsible for Local Charges | |
| Final Destination | SHW, Wilmington, CA, USA | Party Responsible for Local Charges (Local Language) | |
| Documents Cutoff Date | 08/20/2018 | Return Export Documents To (Local Language) | |
| Return Export Documents To | | USCI91320594788949394L TEL.:0512-62587245 | |

**Marks and Numbers**

| SEARS | ST1928 |
|---|---|
| ITEM NO: | 140030091391 |
| MADE IN: | CHINA (MAINLAND) |
| CONTENTS: | 1 Pieces |
| SEARS DIV | 671 |
| SEARS ITEM/SKU | 31023/000 |

| Purchase Order | User Ref | Dept | Division | Freight Payment Terms | Letter of Credit | Item Number | Local Language Commodity Description | Commodity Description | Country of Origin | HTS Number | Quota Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ST1928 | 801 | 028 | Division 1 | Collect | NO LC | 140030091391 | 二合一电动工具 | 20V COMBO CHAINSAW&BLOWER | CHINA (MAINLAND) | 8467.22.0040 | RNONE |
| | | Quantity 3,750 Pieces | | Cartons 3,750 | | Pieces 3,750 | | Gross Weight 24,375 KGS | | Volume 196.153000 CBMS | |

**SHIPPING TOTALS**

Total Number of Cartons    3750
Gross Weight               24,375 KGS
Volume                     196.153000 CBMS
Comments

**SHIPPING DECLARATIONS**

We hereby certify that this shipment does not contain solid wood packing material.

SEARS ROEBUCK & CO.

PURCHASE ORDER

Page : 1

| ORDER DATE : 26-JUL-2018 | ORDER NO : ST1928 | BUYER : AR3  AMY RUSSELL |
|---|---|---|
| DIV : Division 1 | DEPT NO : 026 | |

**SEARS ROEBUCK & CO.**

3333 Beverly Road

Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | BLACK AND DECKER MACAO COMMERCIAL |
| ADDRESS | 15C, EDIF. COMMERCIAL NAM TUNG |
| | NO 517, AVENIDA PRAIA GRANDE |
| | MACAU |
| COUNTRY | Macao |
| EMAIL | amy.chow@sbdinc.com |
| VENDOR NBR | 7414 |
| TELEPHONE | 853 28780633 |
| DUNS NBR | 01000110742 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | |
|---|---|
| $524,923.92 | |
| PAYMENT TO BE MADE BY : | |
| (  )    MULTIPLE PAYMENT TYPES | |
| ( X )   CHECK/WIRE TRANSFER | |
| Amount USD:  524,923.92 | |
| (  )    FREE GOODS | |
| Amount USD:  0.00 | |
| (  )    LETTER OF CREDIT | |
| Amount USD:  0.00 | |
| LC #: | |
| TRANSFERABLE: | |
| BANK: | |

| PAYMENT TERMS: | 29 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1H |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 023448 |
|---|---|
| NAME | BLACK & DECKER (SUZHOU) PRECISION |
| | MANUFACTURING CO LTD |
| ADDRESS | NO 200 SUHONG RD, EXP PROCESS ZN |
| | SUZHOU INDUSTRIAL PARK |
| | SUZHOU |
| | JIANGSU |
| COUNTRY | China |
| TEL | 86-512-6258 1818 [6619] |
| EMAIL | qiu.qin.shen@bdk.com |
| MID | CNBLADEC200SUZ |

SEARS ROEBUCK & CO.                              P U R C H A S E   O R D E R                                    Page : 2

| ORDER DATE : 26-JUL-2018 | ORDER NO : ST1928 | AR3  AMY RUSSELL |
|---|---|---|

|  |  | DESCRIPTION |  |  |  |
|---|---|---|---|---|---|
| ITEM CODE: 140030091391 | SEASON/YEAR: 9-BASIC - NOT REPLENISHED | 20V COMBO CHAINSAWBLOWER |  |  |  |
|  | SUB-SEASON: 90-BASIC - NOT REPLENISHED |  |  |  |  |
| I 2OF 6/CARTON UPC: 00885911620307 | CAT/SUB-CAT: 14/06 |  |  |  |  |
| STYLE: BCK287D2SE | TRADEMARK: NONE | SEARS DIV | SEARS ITEM |  | SEARS SKU |
| BRAND NAME: BLACK AND DECKER | COPYRIGHT REG. NO.: | 671 | 31023 |  | 000 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 |  |  |  |  |

| FOB PRICE |  | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $129.99 | 4,188 | 4,188 | $524,923.92 |
| $125.340 | $125.340 |  |  |  |  |

| PER CARTON | KGS:    6.169 | CBM:    0.053266 | EACHES PER INNER | 1 |
|---|---|---|---|---|
|  | LBS:    13.600 | CU. FT.:    1.881 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS |  | PACKING INSTRUCTION: | EACHES PER MASTER SHIPPING CTN | 1 |
| L 27.5" X W 9.85" X H 12.0" |  | CASEPACK |  |  |

| QUOTA CAT#:  RNONE |  | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: |  | ANTI-DUMPING: |  |  |
|  |  | COUNTERVAILING: |  |  |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

NO SPECIAL INSTRUCTIONS

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 801 | SHW | SHW | Ocean | 20-AUG-2018 | 20-AUG-2018 | 16-OCT-2018 | X | 4,188 | 4,188 | W |

DETAIL DESCRIPTION-

20V CHAINSAW/LEAF BLOWER COMBO KIT
material breakdown
ABS 25%
matel 20%
Battery 30%
Motor 15%
other 10%

OPC:            1

SEARS ROEBUCK & CO.                                    P U R C H A S E   O R D E R                                              Page : 3

| ORDER DATE : 26-JUL-2018 | ORDER NO : ST1928 | AR3  AMY RUSSELL |
|---|---|---|

ITEM CODE:  140030091391

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 31023-0 00 | | | | | | |

ITEM CODE: 140030091391                                    ITEM: 20V COMBO CHAINSAW&BLOWER

| SUB-ITEM DESCRIPTION | | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|---|
| | | | TOTAL | | 0 | | | |

ADDITIONAL CONDITIONS


PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES


VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-
-----------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
-----------------------------------

SEARS ROEBUCK & CO.                                    **P U R C H A S E   O R D E R**                                    Page : 4

| ORDER DATE :  26-JUL-2018 | ORDER NO :  ST1928 | AR3  AMY RUSSELL |
|---|---|---|

ANTIDUMPING CLAUSE:
--------------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW.THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
--------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
--------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
--------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

# INVOICE

**StanleyBlack&Decker**

**Invoice:** 9610277933
**Invoice Date:** 08/27/2018

Page: 1  of  1

**Exporter:**
BLACK & DECKER MACAO COMMERCIAL
OFFSHORE LTD.
Nº43-53A AVENIDA INFANTE D. HENRIQUE
16º ANDAR, BLOCO A-D, MACAU SQUARE,
MACAU
TEL: (853) 28780633        FAX: (853) 28780635

**Shipper:**
BLACK & DECKER (SUZHOU) PRECISION
MANUFACTURING CO LTD.
NO. 200 SU HONG ROAD
EXPORT PROCESSING ZONE
SUZHOU INDUSTRIAL PARK
215021 SUZHOU
CHINA

**SOLD TO: SEAR**

SEARS.ROEBUCK AND CO.
3333 BEVERLY RD
HOFFMAN ESTATES IL   60179
UNITED STATES

**SHIP TO: SEAR**

SEARS.ROEBUCK AND CO.
3333 BEVERLY RD
HOFFMAN ESTATES IL   60179
UNITED STATES

**Ship Via:**        Suzhou-FOB
**Shipping Terms:**  FREE ON BOARD
**Container ID:**    EMCU9834866
MADE IN CHINA

**Ship ID No:**        41821586
**Payment Terms :**   NET 30 DAYS

**MARKINGS:**

3 1 AUG 2018

| Item Number | QTY Shipped | UM | Net Price | Ext Price |
|---|---|---|---|---|
| BCK267D2SE | 1250 | EA | 125.3400 | 156675.00 |

BD 20V CHAINSAW/SWEEPER
COMBO SET FOB
PO NO: ST1928

| | Currency: USD | Total: | 156675 |
|---|---|---|---|

This is a computer generated invoice.   No Signature is required.

**COPY**



**UPS Supply Chain Solutions℠**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)<br>BLACK AND DECKER MACAO COMMERCIAL<br>OFFSHORE LIMITED.<br>AVENIDA INFANTE D. HENRIQUE NO.43-53A<br>MACAU SQUARE 18 FLOOR, BLOCK A-D MACAO<br>SAR, P.R.C. | BOOKING NO.<br>EGLV142852648229<br><br>EXPORT REFERENCES<br>AWB7182265134<br>CUST FEY<br>CUST FEY | CARGO RECEIPT NO.<br>182265134<br><br>DATE OF RECEIPT OF CARGO<br>24-AUG-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)<br>SEARS, ROEBUCK AND CO.,<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES, IL 60179, USA | |
|---|---|
| | **THIS IS NOT A DOCUMENT OF TITLE.**<br>**UPS SUPPLY CHAIN SOLUTIONS, INC.**<br>Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go<br>order and condition from Shipper, the package(s) listed below are said to conta<br>the goods hereinafter described. This receipt is not valid unless verified a<br>signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles<br>higher value is declared on this receipt and the extra charge paid, liability is limit<br>to $0.50 per pound of goods lost or damaged. If COGSA governs with the force<br>law, its limitation, described in paragraph 3 on the reverse hereof, controls unle<br>a higher value is declared.<br>Declared Value is: |
| NOTIFY PARTY (COMPLETE NAME AND ADDRESS)<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE<br>TORRANCE, CA 90502<br>ATTN: MARY ELLEN WRATSCHKO<br>TEL :(310) 404-2792 FAX : (310) 404 2962 | |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>SHANGHAI, CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOYAGE/FLAG)<br>EVER LIVING 0818-028E | PORT OF LOADING<br>SHANGHAI, CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES, CA | PLACE OF DELIVERY BY ON CARRIER<br>WILMINGTON, CA | NUMBER OF ORIGINALS<br>ONE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:EITU1201976<br>SEALCODE1:<br>EMCPMM8388 | 1 | 40' HIGH CUBE CONTAINER 1251 CARTON<br>SAID TO CONTAIN | 8131.500 KG<br>17926.880 LB | 65.437 M3<br>2310.580 F3 |
| CTRNO:<br>EMCU9834866<br>SEALCODE1:<br>EMCPMM8398 | 1 | 40' HIGH CUBE CONTAINER 1250 CARTON<br>SAID TO CONTAIN | 8125.000 KG<br>17912.550 LB | 65.384 M3<br>2308.709 F3 |
| CTRNO:<br>GLDU9360415<br>SEALCODE1:<br>EMCPMM8498<br>MARKS & NO:<br>SEARS:ST1928<br>ITEM:140030091391<br>MADE IN : CHINA | 1 | 40' HIGH CUBE CONTAINER 1249 CARTON<br>SAID TO CONTAIN<br>PO#ST1928<br>DEPT#028<br>REF#801<br>20V COMBO CHAINSAW BLOWER<br>ITEM#140030091391<br>TOTAL SHIPPED QTY:3750PCS | 8118.500 KG<br>17898.220 LB | 65.332 M3<br>2306.873 F3 |

*ORIGINAL* (watermark)

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: 02-Aug-2018 | | | This shipment will be handled subject to the terms set forth he<br>and on the reverse of this document which are incorporated he<br>by reference. These Terms limit or exclude UPS Supply Cha<br>Solutions liability and include certain indemnities to UPS Supp<br>Chain Solutions' benefit.<br>As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |
|---|---|---|---|
| Document List | Original | Copy | |
| CARGO RECEIPT | | | |
| COMMERCIAL INVOICE | 0 | 1 | |
| PACKING LIST | 0 | 1 | |

UPS SCS (CHINA) LIMITED SHANGHAI
SHANGHAI                    AS AGENT FOR

Issued by

Aug _____ 30 _____ 2018
Month _____ Day _____ Year

**UPS Supply Chain Solutions™**    (UPS)

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| | | |
|---|---|---|
| BLACK AND DECKER MACAO COMMERCIAL OFFSHORE LIMITED. AVENIDA INFANTE D. HENRIQUE NO.43-53A MACAU SQUARE 18 FLOOR, BLOCK A-D MACAO SAR, P.R.C. | EXPORT REFERENCES B/L NO. 42852648229 AWB B'152285134 CUST FEY CUST FEY | FORWARDER'S RECEIPT NO. 152285134 DATE OF RECEIPT OF CARGO 24-AUG-2018 |

CONSIGNED TO (IF "ORDER" IS USED, MUST ALSO BE CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is limit
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER SHANGHAI,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY.) EVER LIVING 0818 026E | PORT OF LOADING SHANGHAI,CHINA | |
| PORT OF DISCHARGE LOS ANGELES,CA | PLACE OF DELIVERY BY ON-CARRIER WILMINGTON,CA | NUMBER OF ORIGINALS |

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CONTENTS: 1 PIECES DIV: 671 ITEM/SKU:31023/000 | | TOTAL SHIPPED QTY:3760PCS THE ABOVE SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL CODE: SHW/WILMINGTON, CA 90744 DOOR FREIGHT COLLECT SAILING DATE:29-AUG-2018 FCR DATE:24-AUG-2018 | | |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 24-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED SHANGHAI BRANCH

SHANGHAI

Issued by _____ UPS SUPPLY CHAIN SOLUTIONS INC.

Aug        30        2018
Month ____ Day ____ Year ____

# COMMERCIAL INVOICE

Page 1 of 2

DATE: August 20, 2018

INVOICE NO.: 201821190071

7414
BLACK AND DECKER MACAO
COMMERCIAL
15C, EDIF. COMMERCIAL NAM TUNG
NO 517, AVENIDA PRAIA GRANDE
MACAU
Macao

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China       SHIPPED TO:   Wilmington , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| SEARS          ST1928 | 20V COMBO CHAINSAW/BLOWER | 3,750 CARTONS | 3,750 PIECES | 125.340  USD PIECES | 470,025.00  USD |

| | |
|---|---|
| ITEM: | 140030091391 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1  PIECES |
| SEARS DIV | 671 |
| SEARS ITEM/SKU | 31023/000 |

20V CHAINSAW/LEAF BLOWER COMBO KIT
material breakdown
ABS 25%
metal 20%
Battery 30%
Motor 15%
other 10%

| | | | |
|---|---|---|---|
| CONTRACT NO. | ST1928 | REFERENCE NO. | 801 |
| DC CODE | SHW | DEPARTMENT NO. | 028 |
| DIVISION NO. | Division 1 | VENDOR NO. | 7414 |
| VENDOR ITEM CODE | BCK267D2SE | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |
| FACTORY NO. | 023448 | | |

BLACK & DECKER (SUZHOU) PRECISION
MANUFACTURING CO LTD
NO 200 SUHONG RD, EXP PROCESS ZN
SUZHOU INDUSTRIAL PARK
SUZHOU
JIANGSU
China

| | |
|---|---|
| FTY MID NO. | CNBLADEC200SUZ |

| | |
|---|---|
| PAYMENT TERM | Open Acct |
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |
| LC# | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 3,750 | 3,750 | PIECES | 470,025.00  USD |

TOTAL US DOLLARS FOUR HUNDRED SEVENTY THOUSAND TWENTY-FIVE DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** August 20, 2018

**INVOICE NO.:** 201821190071

7414
BLACK AND DECKER MACAO
COMMERCIAL
16C, EDIF. COMMERCIAL NAM TUNG
NO 517, AVENIDA PRAIA GRANDE
MACAU

Macao

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China          **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| BLACK AND DECKER MACAO COMMERCIAL | |
|---|---|
| EMPLOYEE NAME | |
| EMPLOYEE TITLE | |

# PACKING LIST

Page 1 of 1

DATE: August 20, 2018

INVOICE NO.: 201821190071

7414
BLACK AND DECKER MACAO COMMERCIAL
15C, EDIF. COMMERCIAL NAM TUNG
NO 517, AVENIDA PRAIA GRANDE
MACAU

Macao

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China          SHIPPED TO: Wilmington, CA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| SEARS | ST1928 | 20V COMBO CHAINSAW&BLOWER | | | | | | |
| ITEM: | 140030091391 | | | | | | | |
| MADE IN | CHINA (MAINLAND ) | PER OUTER CARTON | | 1 | 0.052 | 6.500 | 6.000 | |
| CONTENTS | 1 PIECES | TOTAL | 3,750 | 3,750 | 196.153 | 24,375.000 | 22,500.000 | 0.000 |
| SEARS DIV | 671 | | | | | | | |
| SEARS ITEM/SKU | 31023/000 | | | | | | | |

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | ST1928 | REFERENCE NO. | 801 | PACKING INSTRUCTIONS: |
| DC CODE | SHW | DEPARTMENT NO. | 028 | NO SPECIAL INSTRUCTIONS |
| DIVISION NO. | Division 1 | VENDOR NO. | 7414 | |
| VENDOR ITEM CODE | BCK267D2SE | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 70.0 | 30.5 | 24.5 | 0.052 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| TOTAL PACKING LIST | 3,750 | 3,750 | 196.153 | 24,375.000 | 22,500.000 | 0.000 |

We hereby certify that this shipment does not contain solid wood packing material.

BLACK AND DECKER MACAO COMMERCIAL

EMPLOYEE NAME

EMPLOYEE TITLE

Vendor No. 7414
Invoice No. 201821190071

Cargo Delivery Number
Shipping Order Number   201821190071
Cargo Ready Date   08/20/2018

Page 1 of 1

| Shipper | Pickup Details | Pickup Details (Local Language) |
|---|---|---|
| BLACK AND DECKER MACAO COMMERCIAL<br>15C, EDIF. COMMERCIAL NAM TUNG<br>NO 517, AVENIDA PRAIA GRANDE<br>MACAU<br>Macao | BLACK & DECKER (SUZHOU) PRECISION<br>MANUFACTURING CO LTD<br>NO 200 SUHONG RD, EXP PROCESS ZN<br>SUZHOU INDUSTRIAL PARK<br>SUZHOU<br>JIANGSU<br>China | |
| | Pickup Contact Name<br>Pickup Contact Phone<br>Pickup Contact Fax | |

| Customer | Consignee |
|---|---|
| Sears Holdings Corporation<br>3333 Beverly Road<br>Hoffman Estates, IL - 60179<br>USA | SEARS ROEBUCK & CO.<br>3333 Beverly Road<br>Hoffman Estates, IL<br>60179<br>United States |

| Load Type | CY | Equipment Required | 3 - 40' High Cube Dry |
|---|---|---|---|
| Cargo Type | Flat | | |
| Ship Terms | Free on Board | Inland Carrier | Vendor |
| Port of Loading | Shanghai, CN | Party Responsible for Local Charges | |
| Final Destination | SHW, Wilmington, CA, USA | Party Responsible for Local Charges (Local Language) | |
| Documents Cutoff Date | 08/20/2018 | Return Export Documents To (Local Language) | |
| Return Export Documents To | | USCI913205947B9949394L  TEL:0512-62587245 | |

### Marks and Numbers

| SEARS | ST1928 |
|---|---|
| ITEM NO: | 140030091391 |
| MADE IN: | CHINA (MAINLAND) |
| CONTENTS: | 1 Pieces |
| SEARS DIV | 671 |
| SEARS ITEM/SKU | 31023/000 |

| Purchase Order | User Ref | Dept | Division | Freight Payment Terms | Letter of Credit | Item Number | Local Language Commodity Description | Commodity Description | Country of Origin | HTS Number | Quota Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ST1928 | 601 | 028 | Division 1 | Collect | NO LC | 140030091391 | 二合一电动工具 | 20V COMBO CHAINSAW&BLOWERLAND) | CHINA (MAI | 8467.22.0040 | RNONE |
| | | Quantity 3,750 Pieces | | Cartons 3,750 | | Pieces 3,750 | | Gross Weight 24,375 KGS | | Volume 196.153000 CBMS | |

### SHIPPING TOTALS

| | |
|---|---|
| Total Number of Cartons | 3750 |
| Gross Weight | 24,375 KGS |
| Volume | 196.153000 CBMS |
| Comments | |

### SHIPPING DECLARATIONS

We hereby certify that this shipment does not contain solid wood packing material.

PURCHASE ORDER

Page : 1

SEARS ROEBUCK & CO.

| | |
|---|---|
| ORDER DATE : 26-JUL-2018 | ORDER NO : ST1928 |
| DIV : Division 1 | DEPT NO : 028 |

BUYER : AR3  AMY RUSSELL

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | BLACK AND DECKER MACAO COMMERCIAL |
| ADDRESS | 15C, EDIF. COMMERCIAL NAM TUNG<br>NO 517, AVENIDA PRAIA GRANDE<br>MACAU |
| COUNTRY | Macao |
| EMAIL | amy.chow@sbdinc.com |
| VENDOR NBR | 7414 |
| TELEPHONE | 853 28780633 |
| DUNS NBR | 01000110742 |
| FDA REG # | |

TOTAL COST OF ORDER USD
$524,923.92

PAYMENT TO BE MADE BY :
( )   MULTIPLE PAYMENT TYPES
( X )   CHECK/WIRE TRANSFER
            Amount USD:  524,923.92
( )   FREE GOODS
            Amount USD:  0.00
( )   LETTER OF CREDIT
            Amount USD:  0.00
            LC #:
            TRANSFERABLE:
            BANK:

| PAYMENT TERMS: | 29 | (days) |
|---|---|---|

| | | |
|---|---|---|
| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| | |
|---|---|
| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1H |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

FACTORY DETAILS:

| | |
|---|---|
| FACTORY NBR: | 023448 |
| NAME | BLACK & DECKER (SUZHOU) PRECISION<br>MANUFACTURING CO LTD |
| ADDRESS | NO 200 SUHONG RD, EXP PROCESS ZN<br>SUZHOU INDUSTRIAL PARK<br>SUZHOU<br>JIANGSU |
| COUNTRY | China |
| TEL | 86-512-6258 1818 [6619] |
| EMAIL | qiu.qin.shen@bdk.com |
| MID | CNBLADEC200SUZ |

SEARS ROEBUCK & CO.                          PURCHASE ORDER                                     Page : 2

| ORDER DATE : 26-JUL-2018 | ORDER NO : ST1928 | AR3  AMY RUSSELL |
|---|---|---|

**DESCRIPTION**

20V COMBO CHAINSAW/BLOWER

| | |
|---|---|
| ITEM CODE: 140030091391 | SEASON/YEAR: 9-BASIC - NOT REPLENISHED |
| | SUB-SEASON: 90-BASIC - NOT REPLENISHED |
| I 2OF 5/CARTON UPC: 00885911620307 | CAT/SUB-CAT: 14/06 |
| STYLE: BCK267D2SE | TRADEMARK: NONE |
| BRAND NAME: BLACK AND DECKER | COPYRIGHT REG. NO.: |
| INTL COMMODY CODE: GOSM | MLTP CARTON IND: 001 |

SEARS DIV  671          SEARS ITEM  31023          SEARS SKU  000

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $129.99 | 4,188 | 4,188 | $524,923.92 |
| $125.340 | $125.340 | | | | |

| PER CARTON | KGS: 6.169 | CBM: 0.053266 | EACHES PER INNER 1 |
|---|---|---|---|
| | LBS: 13.600 | CU. FT.: 1.881 | INNERS PER OUTER CARTON 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | EACHES PER MASTER SHIPPING CTN 1 |
| L 27.5" X W 9.65" X H 12.0" | | CASEPACK | |

QUOTA CAT#: RNONE                      CASE #        FACTORY        EXPORTER
SPECIAL TRADE INDICATOR:        ANTI-DUMPING:
                                COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
NO SPECIAL INSTRUCTIONS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 801 | SHW | SHW | Ocean | 20-AUG-2018 | 20-AUG-2018 | 16-OCT-2018 | X | 4,188 | 4,188 | W |

DETAIL DESCRIPTION-
20V CHAINSAW/LEAF BLOWER COMBO KIT
material breakdown
ABS 25%
matel 20%
Battery 30%
Motor 15%
other 10%

OPC:        1

SEARS ROEBUCK & CO.                           PURCHASE ORDER                                              Page : 3

| ORDER DATE : 26-JUL-2018 | ORDER NO : ST1928 | AR3  AMY RUSSELL |
|---|---|---|

ITEM CODE:  140030091391

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 31023-0 00 | | | | | | |

ITEM CODE: 140030091391                      ITEM: 20V COMBO CHAINSAW/BLOWER

| SUB-ITEM DESCRIPTION | | SKU | COLOR | SIZE | | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|---|---|
| | | | TOTAL | | | 0 | | | |

ADDITIONAL CONDITIONS

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR--
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-

UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY,IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
-----------------------------------

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                    Page : 4

| ORDER DATE : 26-JUL-2018 | ORDER NO : ST1928 | AR3  AMY RUSSELL |
|---|---|---|

ANTIDUMPING CLAUSE:

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.

LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.

THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.

SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

# StanleyBlack&Decker

# INVOICE

**Invoice:** 9610277934
**Invoice Date:** 08/27/2018

Page: 1   of   1

**Exporter:**
BLACK & DECKER MACAO COMMERCIAL
OFFSHORE LTD.
Nº43-53A AVENIDA INFANTE D. HENRIQUE
16º ANDAR, BLOCO A-D, MACAU SQUARE,
MACAU
TEL: (853) 28780633      FAX: (853) 28780635

**Shipper:**
BLACK & DECKER (SUZHOU) PRECISION
MANUFACTURING CO LTD.
NO. 200 SU HONG ROAD
EXPORT PROCESSING ZONE
SUZHOU INDUSTRIAL PARK
215021 SUZHOU
CHINA

**SOLD TO: SEAR**

SEARS.ROEBUCK AND CO.
3333 BEVERLY RD
HOFFMAN ESTATES IL   60179
UNITED STATES

**SHIP TO: SEAR**

SEARS.ROEBUCK AND CO.
3333 BEVERLY RD
HOFFMAN ESTATES IL   60179
UNITED STATES

**Ship Via:**        Suzhou-FOB
**Shipping Terms:**  FREE ON BOARD
**Container ID:**    EITU1201976
MADE IN CHINA

**Ship ID No:**         41821587
**Payment Terms :**    NET 30 DAYS

**MARKINGS:**

3 1 AUG 2018

| Item Number | QTY Shipped | UM | Net Price | Ext Price |
|---|---|---|---|---|
| BCK267D2SE | 1251 | EA | 125.3400 | 156800.34 |

BD 20V CHAINSAW/SWEEPER
COMBO SET FOB
PO NO: ST1928

| | Currency: USD | Total: | 156800.34 |
|---|---|---|---|

This is a computer generated invoice.  No Signature is required.

**COPY**

**UPS Supply Chain Solutions℠** (UPS)

**UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| BLACK AND DECKER MACAO COMMERCIAL OFFSHORE LIMITED. AVENIDA INFANTE D. HENRIQUE NO.43-53A MACAU SQUARE 16 FLOOR, BLOCK A-D MACAO SAR, P.R.C. | EGLV142852648229 | 182265134 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | AWB7182265134 | 24-AUG-2018 |
| | CUST FEY | |
| | CUST FEY | |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go order and condition from Shipper, the package(s) listed below are said to cont the goods hereinafter described. This receipt is not valid unless verified a signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limit to $0.50 per pound of goods lost or damaged. If COGSA governs with the force law, its limitation, described in paragraph 3 on the reverse hereof, controls unle a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | SHANGHAI,CHINA | |
| EXPORT CARRIER (VESSEL/VOYAGE/FLAG) | PORT OF LOADING | |
| EVER LIVING 0818-028E | SHANGHAI,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES, CA | WILMINGTON,CA | NONE |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:EITU1201976 SEALCODE1: EMCPMM8388 | 1 | 40' HIGH CUBE CONTAINER 1251 CARTON SAID TO CONTAIN | 8131.500 KG 17926.880 LB | 65.437 M3 2310.580 F3 |
| CTRNO: EMCU9834866 SEALCODE1: EMCPMM8398 | 1 | 40' HIGH CUBE CONTAINER 1250 CARTON SAID TO CONTAIN | 8125.000 KG 17912.550 LB | 65.384 M3 2308.709 F3 |
| CTRNO: GLDU9360415 SEALCODE1: EMCPMM8498 MARKS & NO; SEARS:ST1928 ITEM:140030091391 MADE IN : CHINA | 1 | 40' HIGH CUBE CONTAINER 1249 CARTON SAID TO CONTAIN PO#ST1928 DEPT#028 REF#801 20V COMBO CHAINSAW BLOWER ITEM#140030091391 TOTAL SHIPPED QTY:3750PCS | 8118.500 KG 17898.220 LB | 65.332 M3 2306.873 F3 |

*ORIGINAL*

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 02-Aug-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | | |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he and on the reverse of this document which are incorporated he by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED SHANGHAI
SHANGHAI
AS AGENT FOR

Issued by _____

Month ___ Aug ___ Day ___ 30 ___ Year ___ 2018

# UPS Supply Chain Solutions ℠ 

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | | |
|---|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) BLACK AND DECKER MACAO COMMERCIAL OFFSHORE LIMITED. AVENIDA INFANTE D. HENRIQUE NO.43-53A MACAU SQUARE 16 FLOOR, BLOCK A-D MACAO SAR, P.R.C. | FCR/FCV #2852648229 | FORWARDER'S RECEIPT NO. 182285134 |
| | AWB7 182285134 | DATE OF RECEIPT OF CARGO 24-AUG-2018 |
| | CUST FEY | |
| | CUST FEY | |

CONSIGNEE (NON-NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared. Declared Value is: _____

NOTIFY PARTY (NON-NEGOTIABLE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER SHANGHAI,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| VESSEL/VOYAGE/FLAG EVER LIVING 0818 026E | PORT OF LOADING SHANGHAI,CHINA | |
| PORT OF DISCHARGE LOS ANGELES,CA | PLACE OF DELIVERY BY ON-CARRIER WILMINGTON,CA | NO. OF ORIGINALS |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CONTENTS: 1 PIECES DIV: 671 ITEM/SKU:31023/000 | | TOTAL SHIPPED QTY:3750PCS THE ABOVE SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL CODE: SHW/WILMINGTON, CA 90744 DOOR FREIGHT COLLECT SAILING DATE:29-AUG-2018 FCR DATE:24-AUG-2018 | | |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 24-Aug-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED SHANGHAI BRANCH

SHANGHAI

Issued by _____ UPS SUPPLY CHAIN SOLUTIONS INC.

Aug        30        2018
Month ____ Day ____ Year ____

# COMMERCIAL INVOICE

Page 1 of 2

**DATE:** August 20, 2018

**INVOICE NO.:** 201821190071

7414
BLACK AND DECKER MACAO
COMMERCIAL
15C, EDIF. COMMERCIAL NAM TUNG
NO 517, AVENIDA PRAIA GRANDE
MACAU

Macao

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China       **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| SEARS   ST1928 | 20V COMBO CHAINSAW&BLOWER | 3,750 CARTONS | 3,750 PIECES | 125.340 USD PIECES | 470,025.00 USD |
| ITEM:   140030091391 | | | | | |
| MADE IN   CHINA (MAINLAND) | | | | | |
| CONTENTS   1 PIECES | | | | | |
| SEARS DIV   671 | | | | | |
| SEARS ITEM/SKU   31023/000 | | | | | |

20V CHAINSAW/LEAF BLOWER COMBO KIT
material breakdown
ABS 25%
matel 20%
Battery 30%
Motor 15%
other 10%

| CONTRACT NO. | ST1928 | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | SHW | DEPARTMENT NO. | 028 |
| DIVISION NO. | Division 1 | VENDOR NO. | 7414 |
| VENDOR ITEM CODE | BCK267D2SE | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

**FACTORY NO.**   023448

BLACK & DECKER (SUZHOU) PRECISION
MANUFACTURING CO LTD
NO 200 SUHONG RD, EXP PROCESS ZN

SUZHOU INDUSTRIAL PARK

SUZHOU

JIANGSU

China

**FTY MID NO.**   CNBLADEC200SUZ

| PAYMENT TERM | Open Acct |
|---|---|
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |
| LC# | NO LC |

| | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|---|
| TOTAL INVOICE | | 3,750 | 3,750 PIECES | | 470,025.00 USD |

TOTAL US DOLLARS FOUR HUNDRED SEVENTY THOUSAND TWENTY-FIVE DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** August 20, 2018

**INVOICE NO.:** 201821190071

7414
BLACK AND DECKER MACAO
COMMERCIAL
15C, EDIF. COMMERCIAL NAM TUNG
NO 517, AVENIDA PRAIA GRANDE
MACAU

Macao

**TO:**     SEARS ROEBUCK & CO.

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Wilmington , CA

FOB China

| BLACK AND DECKER MACAO COMMERCIAL | |
|---|---|
| **EMPLOYEE NAME** | |
| **EMPLOYEE TITLE** | |

# PACKING LIST

Page 1 of 1

DATE: August 20, 2018

INVOICE NO.: 201821190071

7414
BLACK AND DECKER MACAO COMMERCIAL
15C, EDIF. COMMERCIAL NAM TUNG
NO 517, AVENIDA PRAIA GRANDE
MACAU

Macao

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China         SHIPPED TO: Wilmington, CA

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|
| SEARS          ST1928 | 20V COMBO CHAINSAW BLOWER | | | | | | |
| ITEM:          140030091391 | | | | | | | |
| MADE IN         CHINA (MAINLAND ) | PER OUTER CARTON | | 1 | 0.052 | 6.500 | 6.000 | |
| CONTENTS        1 PIECES | TOTAL | 3,750 | 3,750 | 196.153 | 24,375.000 | 22,500.000 | 0.000 |
| SEARS DIV       671 | | | | | | | |
| SEARS ITEM/SKU  31023/000 | | | | | | | |

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | ST1928 | REFERENCE NO. | 801 | |
| OC CODE | SHW | DEPARTMENT NO. | 028 | |
| DIVISION NO. | Division 1 | VENDOR NO. | 7414 | |
| VENDOR ITEM CODE | BCK267D2SE | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |

PACKING INSTRUCTIONS:
NO SPECIAL INSTRUCTIONS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 70.0 | 30.5 | 24.5 | 0.052 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| TOTAL PACKING LIST | 3,750 | 3,750 | 196.153 | 24,375.000 | 22,500.000 | 0.000 |

We hereby certify that this shipment does not contain solid wood packing material.

BLACK AND DECKER MACAO COMMERCIAL

EMPLOYEE NAME

EMPLOYEE TITLE

| | | |
|---|---|---|
| Vendor No. 7414 | Cargo Delivery Number | Page 1 of 1 |
| Invoice No. 201821190071 | Shipping Order Number | 201821190071 |
| | Cargo Ready Date | 09/20/2018 |

| Shipper | Pickup Details | Pickup Details (Local Language) |
|---|---|---|
| BLACK AND DECKER MACAO COMMERCIAL<br>15C, EDIF. COMMERCIAL NAM TUNG<br>NO 517, AVENIDA PRAIA GRANDE<br>MACAU<br>Macao | BLACK & DECKER (SUZHOU) PRECISION<br>MANUFACTURING CO LTD<br>NO 200 SUHONG RD, EXP PROCESS ZN<br>SUZHOU INDUSTRIAL PARK<br>SUZHOU<br>JIANGSU<br>China<br><br>Pickup Contact Name<br>Pickup Contact Phone<br>Pickup Contact Fax | |

| Customer | Consignee | |
|---|---|---|
| Sears Holdings Corporation<br>3333 Beverly Road<br>Hoffman Estates, IL - 60179<br>USA | SEARS ROEBUCK & CO.<br>3333 Beverly Road<br>Hoffman Estates, IL<br>60179<br>United States | |

| | | | | |
|---|---|---|---|---|
| Load Type | CY | Equipment Required | 3 - 40' High Cube Dry |
| Cargo Type | Flat | | |
| Ship Terms | Free on Board | Inland Carrier | Vendor |
| Port of Loading | Shanghai, CN | Party Responsible for Local Charges | |
| Final Destination | SHW, Wilmington, CA, USA | Party Responsible for Local Charges (Local Language) | |
| Documents Cutoff Date | 09/20/2018 | Return Export Documents To (Local Language) | |
| Return Export Documents To | | USCI91320594789949394L  TEL:0512-62587245 | |

| Marks and Numbers | |
|---|---|
| SEARS | ST1928 |
| ITEM NO: | 140030091391 |
| MADE IN: | CHINA (MAINLAND) |
| CONTENTS: | 1 Pieces |
| SEARS DIV | 671 |
| SEARS ITEM/SKU | 31023/000 |

| Purchase Order | User Ref | Dept | Division | Freight Payment Terms | Letter of Credit | Item Number | Local Language Commodity Description | Commodity Description | Country of Origin | HTS Number | Quota Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ST1928 | 801 | 028 | Division 1 | Collect | NO LC | 140030091391 | 二合一电动工具 | 20V COMBO CHAINSAW/BLOWER | CHINA (MAINLAND) | 8467.22.0040 | RNONE |
| | | Quantity 3,750 Pieces | | Cartons 3,750 | | Pieces 3,750 | | Gross Weight 24,375 KGS | | Volume 196.153000 CBMS | |

| SHIPPING TOTALS | | SHIPPING DECLARATIONS |
|---|---|---|
| Total Number of Cartons | 3750 | We hereby certify that this shipment does not contain solid wood packing material. |
| Gross Weight | 24,375 KGS | |
| Volume | 196.153000 CBMS | |
| Comments | | |

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 1

| ORDER DATE : 26-JUL-2018 | ORDER NO : ST1928 | BUYER : AR3  AMY RUSSELL |
|---|---|---|
| DIV : Division 1 | DEPT NO : 028 | |

**SEARS ROEBUCK & CO.**
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | BLACK AND DECKER MACAO COMMERCIAL |
| ADDRESS | 15C, EDIF. COMMERCIAL NAM TUNG NO 517, AVENIDA PRAIA GRANDE MACAU |
| COUNTRY | Macao |
| EMAIL | amy.chow@sbdinc.com |
| VENDOR NBR | 7414 |
| TELEPHONE | 853 28780833 |
| DUNS NBR | 01000110742 |
| FDA REG # | |

**TOTAL COST OF ORDER USD**
$524,923.92

PAYMENT TO BE MADE BY :
( )    MULTIPLE PAYMENT TYPES
( X )    CHECK/WIRE TRANSFER
Amount USD:  524,923.92
( )    FREE GOODS
Amount USD:  0.00
( )    LETTER OF CREDIT
Amount USD:  0.00
LC #:
TRANSFERABLE:
BANK:

| PAYMENT TERMS: | 29 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1H |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 023448 |
|---|---|
| NAME | BLACK & DECKER (SUZHOU) PRECISION MANUFACTURING CO LTD |
| ADDRESS | NO 200 SUHONG RD, EXP PROCESS ZN SUZHOU INDUSTRIAL PARK SUZHOU JIANGSU |
| COUNTRY | China |
| TEL | 86-512-0258 1818 [6619] |
| EMAIL | qiu.qin.shen@bdk.com |
| MID | CNBLADEC200SUZ |

SEARS ROEBUCK & CO.                     **P U R C H A S E   O R D E R**                                      Page : 2

| ORDER DATE : 26-JUL-2018 | ORDER NO : ST1928 | AR3  AMY RUSSELL |
|---|---|---|

**DESCRIPTION**
20V COMBO CHAINSAWBLOWER

ITEM CODE: 140030091391
SEASON/YEAR: 9-BASIC - NOT REPLENISHED
SUB-SEASON: 90-BASIC - NOT REPLENISHED
CAT/SUB-CAT: 14/06

I 2OF 6/CARTON UPC: 00885911620307
STYLE: BCK28702SE      TRADEMARK: NONE
BRAND NAME: BLACK AND DECKER      COPYRIGHT REG. NO.:
INTL COMMODY CODE: GDSM      MLTP CARTON IND: 001

| SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|
| 671 | 31023 | 000 |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $129.99 | 4,186 | 4,186 | $524,923.92 |
| $125.340 | $125.340 | | | | |

PER CARTON   KGS: 6.169   CBM: 0.053266   EACHES PER INNER: 1
LBS: 13.600   CU. FT.: 1.881   INNERS PER OUTER CARTON: 1
OUTER CARTON DIMENSIONS   PACKING INSTRUCTION:   EACHES PER MASTER SHIPPING CTN: 1
L 27.5" X W 9.85" X H 12.0"   CASEPACK

QUOTA CAT#: RNONE
SPECIAL TRADE INDICATOR:
ANTI-DUMPING:
COUNTERVAILING:

CASE #      FACTORY      EXPORTER

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
NO SPECIAL INSTRUCTIONS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 801 | SHW | SHW | Ocean | 20-AUG-2018 | 20-AUG-2018 | 16-OCT-2018 | X | 4,186 | 4,186 | W |

DETAIL DESCRIPTION-
20V CHAINSAW/LEAF BLOWER COMBO KIT
material breakdown
ABS 25%
matel 20%
Battery 30%
Motor 15%
other 10%

OPC:      1

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                                    Page : 3

| ORDER DATE : 26-JUL-2018 | ORDER NO : ST1928 | AR3  AMY RUSSELL |
|---|---|---|

ITEM CODE: 140030091391

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 31023-0 00 | | | | | | |

ITEM CODE: 140030091391                    ITEM: 20V COMBO CHAINSAW/BLOWER

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| | | TOTAL | | 0 | | | |

**ADDITIONAL CONDITIONS**

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR--
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "SEARS BRANDS"), CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-
-----------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
-----------------------------------------------

SEARS ROEBUCK & CO.                          **PURCHASE ORDER**                                        Page : 4

| ORDER DATE : 26-JUL-2018 | ORDER NO : ST1928 | AR3  AMY RUSSELL |
|---|---|---|

ANTIDUMPING CLAUSE:
--------------------------------------------------------------

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
--------------------------------------------------------------
--------------------------------------------------------------
--------------------------------------------------------------
--------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
--------------------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
--------------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
--------------------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

# INVOICE

**StanleyBlack&Decker**

**Invoice:** 9610277935
**Invoice Date:** 08/27/2018

Page: 1   of   1

**Exporter:**
BLACK & DECKER MACAO COMMERCIAL
OFFSHORE LTD.
Nº43-53A AVENIDA INFANTE D. HENRIQUE
16º ANDAR, BLOCO A-D, MACAU SQUARE,
MACAU
TEL: (853) 28780633        FAX: (853) 28780635

**Shipper:**
BLACK & DECKER (SUZHOU) PRECISION
MANUFACTURING CO LTD.
NO. 200 SU HONG ROAD
EXPORT PROCESSING ZONE
SUZHOU INDUSTRIAL PARK
215021 SUZHOU
CHINA

**SOLD TO:** SEAR

SEARS.ROEBUCK AND CO.
3333 BEVERLY RD
HOFFMAN ESTATES IL   60179
UNITED STATES

**SHIP TO:** SEAR

SEARS.ROEBUCK AND CO.
3333 BEVERLY RD
HOFFMAN ESTATES IL   60179
UNITED STATES

**Ship Via:**          Suzhou-FOB
**Shipping Terms:**   FREE ON BOARD
**Container ID:**     41821588
MADE IN CHINA

**Ship ID No:**          41821588
**Payment Terms :**   NET 30 DAYS

**MARKINGS:**
SHIP ID: 41821588
SHIP TO: SEAR
SHIP FROM: B & D SUZHOU
**MADE IN CHINA**

30 AUG 2018

| Item Number | QTY Shipped | UM | Net Price | Ext Price |
|---|---|---|---|---|
| BCK267D2SE | 438 | EA | 125.3400 | 54898.92 |

BD 20V CHAINSAW/SWEEPER
COMBO SET FOB
PO NO: ST1928

| Currency: USD | Total: | 54898.92 |
|---|---|---|

This is a computer generated invoice.  No Signature is required.

COPY



**UPS Supply Chain Solutions™**

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. GLV142852647986 | CARGO RECEIPT NO. 180200049 |
|---|---|---|
| BLACK AND DECKER MACAO COMMERCIAL OFFSHORE LIMITED. AVENIDA INFANTE D. HENRIQUE NO.43-53A MACAU SQUARE 16 FLOOR, BLOCK A-D MACAO SAR, P.R.C. | EXPORT REFERENCES AWB7180200049 CUST FEA CUST FEA | DATE OF RECEIPT OF CARGO 20-AUG-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good
order and condition from Shipper, the package(s) listed below are said to contain
the goods hereinafter described. This receipt is not valid unless verified and
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a
higher value is declared on this receipt and the extra charge paid, liability is limited
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of
law, its limitation, described in paragraph 3 on the reverse hereof, controls unless
a higher value is declared.
Declared Value is:

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX :(310) 404-2962

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER SHANGHAI, CHINA | EXPORT LICENSE NO |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) EVER LIVING 0818-028E | PORT OF LOADING SHANGHAI, CHINA | |
| PORT OF DISCHARGE LOS ANGELES, CA | PLACE OF DELIVERY BY ON CARRIER WILMINGTON, CA | NUMBER OF ORIGINALS NONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS /CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: EGHU8002656 SEAL.CODE1: EMCPNP0108 MARKS & NO: SEARS:ST1928 ITEM:140030091391 MADE IN : CHINA CONTENTS:1 PIECES DIV: 671 ITEM/SKU:31023/000 | 1 | 45' HIGH CUBE CONTAINER 438 CARTON SAID TO CONTAIN 20V COMBO CHAINSAW BLOWER PO#ST1928 DEPT#028 REF#801 ITEM#:31023 TOTAL SHIPPED QTY:438PCS THE ABOVE SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL CODE: SHW/WILMINGTON, CA 90744 DOOR FREIGHT COLLECT SAILING DATE:29-AUG-2018 FCR DATE:20-AUG-2018 | 2847.000 KG 6276.560 LB | 23.900 M3 843.909 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have
received the following documents from shipper
on: 02-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | | |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here
and on the reverse of this document which are incorporated here
by reference. These Terms limit or exclude UPS Supply Chain
Solutions liability and include certain indemnities to UPS Supply
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHANGHAI

Issued by

| Aug | 30 | 2018 |
|---|---|---|
| Month | Day | Year |

# COMMERCIAL INVOICE

Page 1 of 2

DATE: August 20, 2018

INVOICE NO.: 201821190297

7414
BLACK AND DECKER MACAO
COMMERCIAL
15C, EDIF. COMMERCIAL NAM TUNG
NO 517, AVENIDA PRAIA GRANDE
MACAU

Macao

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China          SHIPPED TO:  Wilmington , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| SEARS  ST1928 | 20V COMBO CHAINSAW/BLOWER | 438 | 438 | 125.340  USD | 54,898.92  USD |
|  |  | CARTONS | PIECES | PIECES |  |

ITEM:            140030091391
MADE IN        CHINA (MAINLAND)
CONTENTS     1 PIECES
SEARS DIV     671
SEARS ITEM/SKU  31023/000

20V CHAINSAW/LEAF BLOWER COMBO KIT
material breakdown
ABS 25%
matel 20%
Battery 30%
Motor 15%
other 10%

CONTRACT NO.          ST1928
DC CODE                    SHW
DIVISION NO.             Division 1
VENDOR ITEM CODE   BCK2670D2SE
BINDING RULING # OR
PRECLASS #

REFERENCE NO.        801
DEPARTMENT NO.      028
VENDOR NO.             7414
COUNTRY OF ORIGIN   CHINA (MAINLAND)
CATEGORY               RNONE

FACTORY NO.           023448
BLACK & DECKER (SUZHOU) PRECISION
MANUFACTURING CO LTD
NO 200 SUHONG RD, EXP PROCESS ZN

SUZHOU INDUSTRIAL PARK

SUZHOU

JIANGSU

China

FTY MID NO.       CNBLADEC200SUZ

PAYMENT TERM          Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER            OPEN ACCOUNT
LC#                             NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 438 | 438 PIECES | | 54,898.92  USD |

TOTAL US DOLLARS FIFTY-FOUR THOUSAND EIGHT HUNDRED NINETY-EIGHT DOLLARS AND NINETY-TWO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** August 20, 2018

**INVOICE NO.:** 201821190297

7414
BLACK AND DECKER MACAO
COMMERCIAL
15C, EDIF. COMMERCIAL NAM TUNG
NO 517, AVENIDA PRAIA GRANDE
MACAU

Macao

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Wilmington , CA

FOB China

| BLACK AND DECKER MACAO COMMERCIAL | |
|---|---|
| EMPLOYEE NAME | |
| EMPLOYEE TITLE | |

# PACKING LIST

Page 1 of 1

DATE: August 20, 2018

INVOICE NO.: 201821190297

7414
BLACK AND DECKER MACAO COMMERCIAL
15C, EDIF. COMMERCIAL NAM TUNG
NO 517, AVENIDA PRAIA GRANDE
MACAU

Macao

TO:      SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China          SHIPPED TO: Wilmington, CA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| SEARS | ST1928 | 20V COMBO CHAINSAW BLOWER | | | | | | |
| ITEM: | 140030091391 | | | | | | | |
| MADE IN | CHINA (MAINLAND) | PER OUTER CARTON | | 1 | 0.052 | 6.500 | 6.000 | |
| CONTENTS | 1 PIECES | TOTAL | 438 | 438 | 22.911 | 2,847.000 | 2,628.000 | 0.000 |
| SEARS DIV | 671 | | | | | | | |
| SEARS ITEM/SKU | 31023/000 | | | | | | | |

| CONTRACT NO. | ST1928 | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | SHW | DEPARTMENT NO. | 026 |
| DIVISION NO. | Division 1 | VENDOR NO. | 7414 |
| VENDOR ITEM CODE | BCK267D2SE | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

PACKING INSTRUCTIONS:
NO SPECIAL INSTRUCTIONS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 70.0 | 30.5 | 24.5 | 0.052 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| TOTAL PACKING LIST | 438 | 438 | 22.911 | 2,847.000 | 2,628.000 | 0.000 |

We hereby certify that this shipment does not contain solid wood packing material.

BLACK AND DECKER MACAO COMMERCIAL

EMPLOYEE NAME _____

EMPLOYEE TITLE _____

Vendor No. 7414
Invoice No. 201821190297

Cargo Delivery Number
Shipping Order Number          201821190297
Cargo Ready Date               08/20/2018

Page 1 of 1

| Shipper | Pickup Details | Pickup Details (Local Language) |
|---|---|---|
| BLACK AND DECKER MACAO COMMERCIAL<br>15C, EDIF. COMMERCIAL NAM TUNG<br>NO 517, AVENIDA PRAIA GRANDE<br>MACAU<br>Macao | BLACK & DECKER (SUZHOU) PRECISION<br>MANUFACTURING CO LTD<br>NO 200 SUHONG RD, EXP PROCESS ZN<br>SUZHOU INDUSTRIAL PARK<br>SUZHOU<br>JIANGSU<br>China<br>Pickup Contact Name<br>Pickup Contact Phone<br>Pickup Contact Fax | |

| Customer | Consignee |
|---|---|
| Sears Holdings Corporation<br>3333 Beverly Road<br>Hoffman Estates, IL - 60179<br>USA | SEARS ROEBUCK & CO.<br>3333 Beverly Road<br>Hoffman Estates, IL.<br>60179<br>United States |

| Load Type | CFS | Equipment Required | |
|---|---|---|---|
| Cargo Type | Flat | | |
| Ship Terms | Free on Board | Inland Carrier | Vendor |
| Port of Loading | Shanghai, CN | Party Responsible for Local Charges | |
| Final Destination | SHW, Wilmington, CA, USA | Party Responsible for Local Charges (Local Language) | |
| Documents Cutoff Date | 08/20/2018 | Return Export Documents To (Local Language) | |
| Return Export Documents To | | USCI91320594789949394L TEL: 0512-62587245 | |

Marks and Numbers

| SEARS | ST1928 |
|---|---|
| ITEM NO: | 140030091391 |
| MADE IN: | CHINA (MAINLAND) |
| CONTENTS: | 1 Pieces |
| SEARS DIV | 671 |
| SEARS ITEM/SKU | 31023/000 |

| Purchase Order | User Ref | Dept | Division | Freight Payment Terms | Letter of Credit | Item Number | Local Language Commodity Description | Commodity Description | Country of Origin | HTS Number | Quota Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ST1928 | 801 | 028 | Division 1 | Collect | NO LC | 140030091391 | 二合一电动工具 | 20V COMBO CHAINSAW&BLOWER | CHINA (MAINLAND) | 8467.22.0040 | RNONE |
| | | Quantity 438 Pieces | | Cartons 438 | | Pieces 438 | | Gross Weight 2,847 KGS | | Volume 22.911000 CBMS | |

SHIPPING TOTALS

Total Number of Cartons    438
Gross Weight               2,847 KGS
Volume                     22.911000 CBMS
Comments

SHIPPING DECLARATIONS

We hereby certify that this shipment does not contain solid wood packing material.

SEARS ROEBUCK & CO.                              **P U R C H A S E   O R D E R**                                         Page : 1

| ORDER DATE : 26-JUL-2018 | ORDER NO : ST1928 | BUYER : AR3  AMY RUSSELL |
|---|---|---|
| DIV : Division 1 | DEPT NO : 028 | |

**SEARS ROEBUCK & CO.**

3333 Beverly Road

Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | BLACK AND DECKER MACAO COMMERCIAL |
| ADDRESS | 15C, EDIF. COMMERCIAL NAM TUNG |
| | NO 517, AVENIDA PRAIA GRANDE |
| | MACAU |
| COUNTRY | Macao |
| EMAIL | amy.chow@sbdinc.com |
| VENDOR NBR | 7414 |
| TELEPHONE | 853 29780633 |
| DUNS NBR | 01000110742 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | |
|---|---|
| $524,923.92 | |

| PAYMENT TO BE MADE BY : | |
|---|---|
| ( )   MULTIPLE PAYMENT TYPES | |
| ( X )  CHECK/WIRE TRANSFER | |
| Amount USD:  524,923.92 | |
| ( )   FREE GOODS | |
| Amount USD:  0.00 | |
| ( )   LETTER OF CREDIT | |
| Amount USD:  0.00 | |
| LC #: | |
| TRANSFERABLE: | |
| BANK: | |
| PAYMENT TERMS: | 29 | (days) |

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1H |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 023448 |
|---|---|
| NAME | BLACK & DECKER (SUZHOU) PRECISION MANUFACTURING CO LTD |
| ADDRESS | NO 200 SUHONG RD, EXP PROCESS ZN |
| | SUZHOU INDUSTRIAL PARK |
| | SUZHOU |
| | JIANGSU |
| COUNTRY | China |
| TEL | 86-512-6258 1818 [6619] |
| EMAIL | qiu.qin.shan@bck.com |
| MID | CNBLADEC200SUZ |

SEARS ROEBUCK & CO.                                      **P U R C H A S E   O R D E R**                                      Page : 2

| ORDER DATE : 20-JUL-2018 | ORDER NO : ST1928 | AR3  AMY RUSSELL |
| --- | --- | --- |

**DESCRIPTION**

20V COMBO CHAINSAWBLOWER

| | |
| --- | --- |
| ITEM CODE: 140030091391 | SEASON/YEAR: 9-BASIC - NOT REPLENISHED |
| | SUB-SEASON: 90-BASIC - NOT REPLENISHED |
| I 2OF 5/CARTON UPC: 00885911820307 | CAT/SUB-CAT: 14/06 |
| STYLE: BCK267D2SE | TRADEMARK: NONE |
| BRAND NAME: BLACK AND DECKER | COPYRIGHT REG. NO.: |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 |

| | | SEARS DIV | SEARS ITEM | SEARS SKU |
| --- | --- | --- | --- | --- |
| | | 671 | 31023 | 000 |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
| --- | --- | --- | --- | --- | --- |
| PER EACHES | PER CARTON | $129.99 | 4,188 | 4,188 | $524,923.92 |
| $125.340 | $125.340 | | | | |

| | KGS: | 6.169 | CBM: | 0.053268 | EACHES PER INNER | 1 |
| --- | --- | --- | --- | --- | --- | --- |
| PER CARTON | LBS: | 13.600 | CU. FT.: | 1.881 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | EACHES PER MASTER SHIPPING CTN | 1 |
| L 27.5" X W 9.85" X H 12.0" | | | CASEPACK | | | |

| QUOTA CAT#: RNONE | | CASE # | FACTORY | EXPORTER |
| --- | --- | --- | --- | --- |
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | | |
| | COUNTERVAILING: | | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

NO SPECIAL INSTRUCTIONS

| SHIPPING SCHEDULE | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 801 | SHW | SHW | Ocean | 20-AUG-2018 | 20-AUG-2018 | 16-OCT-2018 | X | 4,188 | 4,188 | W |

DETAIL DESCRIPTION-

20V CHAINSAW/LEAF BLOWER COMBO KIT
material breakdown
ABS 25%
matel 20%
Battery 30%
Motor 15%
other 10%

OPC:            1

SEARS ROEBUCK & CO.                                    **P U R C H A S E   O R D E R**

| ORDER DATE : 26-JUL-2018 | ORDER NO : ST1926 | AR3  AMY RUSSELL |
|---|---|---|

ITEM CODE: 140030091391

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 31023-0 00 | | | | | | |

ITEM CODE: 140030091391                          ITEM: 20V COMBO CHAINSAW/BLOWER

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| | | TOTAL | | 0 | | | |

**ADDITIONAL CONDITIONS**

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-
-------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
-------------------------------------------------

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 4

| ORDER DATE : 26-JUL-2018 | ORDER NO : ST1928 | AR3  AMY RUSSELL |
|---|---|---|

ANTIDUMPING CLAUSE:
----------------------------------------------------------

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
----------------------------------------------------------
----------------------------------------------------------
----------------------------------------------------------
----------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
----------------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
----------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
----------------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

# INVOICE

**StanleyBlack&Decker**

**Invoice:** 9610280172
**Invoice Date:** 09/25/2018

Page: 1   of   1

**Exporter:**
BLACK & DECKER MACAO COMMERCIAL
OFFSHORE LTD.
Nº43-53A AVENIDA INFANTE D. HENRIQUE
16º ANDAR, BLOCO A-D, MACAU SQUARE,
MACAU
TEL: (853) 28780633        FAX: (853) 28780635

**Shipper:**
BLACK & DECKER (SUZHOU) PRECISION
MANUFACTURING CO LTD.
NO. 200 SU HONG ROAD
EXPORT PROCESSING ZONE
SUZHOU INDUSTRIAL PARK
215021 SUZHOU
CHINA

**SOLD TO: SEAR**

SEARS,ROEBUCK AND CO.
3333 BEVERLY RD
HOFFMAN ESTATES IL  60179
UNITED STATES

**SHIP TO: SEAR**

SEARS,ROEBUCK AND CO.
3333 BEVERLY RD
HOFFMAN ESTATES IL  60179
UNITED STATES

**Ship Via:**       Suzhou-FOB
**Shipping Terms:** FREE ON BOARD
**Container ID:**   61820422
MADE IN CHINA

**Ship ID No:**         61820422
**Payment Terms :**   NET 30 DAYS

**MARKINGS:**
SHIP ID: 61820422
SHIP TO: SEAR
SHIP FROM: B & D SUZHOU
MADE IN CHINA

1 0 OCT 2018

| Item Number | QTY Shipped | UM | Net Price | Ext Price |
|---|---|---|---|---|
| DWA4CASE122SR | 1100 | EA | 22.6600 | 24926.00 |

122 PC DRILL / DRIVE SET - FOB
PO NO: TJ8160

| | Currency: USD | Total: | 24926 |
|---|---|---|---|

This is a computer generated invoice.  No Signature is required.

**ORIGINAL**

# UPS Supply Chain Solutions™

UPS SUPPLY CHAIN SOLUTIONS, INC.
**FORWARDER'S CARGO RECEIPT**
OTI License No. 275F

| | |
|---|---|
| **SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**<br>BLACK AND DECKER MACAO COMMERCIAL<br>OFFSHORE LIMITED.<br>AVENIDA INFANTE D. HENRIQUE NO.43-53A<br>MACAU SQUARE 16 FLOOR, BLOCK A-D MACAO<br>SAR, P.R.C. | **BOOKING NO.** EGLV142853424057  **CARGO RECEIPT NO.** 7180200863<br>**EXPORT REFERENCES**<br>AWB 7180200863<br>CUST FEA<br>CUST FEA  **DATE OF RECEIPT OF CARGO** 17-SEP-2018 |

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is:

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

**EXPORT LICENSE NO.**

| | |
|---|---|
| **PRE-CARRIAGE BY** | **PLACE OF RECEIPT BY PRE-CARRIER** SHANGHAI,CHINA |
| **EXPORT CARRIER (VESSEL/VOY/FLAG)** EVER LADEN 0822-034E | **PORT OF LOADING** SHANGHAI,CHINA |
| **PORT OF DISCHARGE** LOS ANGELES,CA | **PLACE OF DELIVERY BY ON CARRIER** WILMINGTON,CA |
| | **NUMBER OF ORIGINALS** 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>EMCU9742292<br>SEALCFQ3157<br>EMCNFQ3157<br>MARKS & NO:<br>SEARS:TJ8160<br>ITEM:130094165958<br>MADE IN : CHINA<br>CONTENTS: 5PIECES<br>DIV:609<br>ITEM/SKU:21394/000 | 1 | 40' HIGH CUBE CONTAINER 220 CARTON<br>SAID TO CONTAIN<br>122PC BIT DEWALT BITS<br>PO#TJ8160<br>DEPT#010<br>REF#801<br>ITEM#21394<br>TOTAL SHIPPED QTY: 1100 PCS<br>THE ABOVE SHIPMENT DOES NOT CONTAIN ANY<br>SOLID WOOD PACKING MATERIAL<br>CODE: SHW/WILMINGTON,CA 90744 DOOR<br>FREIGHT COLLECT<br>SAILING DATE:25-SEP-2018<br>FCR DATE:17-SEP-2018 | 2530.000 KG<br>5577.680 LB | 17.538 M3<br>619.267 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: 28-Aug-2018 | | | This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit. |
|---|---|---|---|
| Document List | Original | Copy | As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |
| CARGO RECEIPT | 1 | 1 | |
| COMMERCIAL INVOICE | 0 | 1 | |
| PACKING LIST | 0 | 1 | |

UPS SCS (CHINA) LIMITED SHANGHAI BRANCH

SHANGHAI

**AS AGENT FOR**
Issued by   UPS SUPPLY CHAIN SOLUTIONS, INC.

Month   Sep   Day   27   Year   2018   Authorized Signatures

*SUZ*

# COMMERCIAL INVOICE

Page 1 of 2

DATE: September 17, 2018

INVOICE NO.: 201821738899

7414
BLACK AND DECKER MACAO
COMMERCIAL
15C, EDIF. COMMERCIAL NAM TUNG
NO 517, AVENIDA PRAIA GRANDE
MACAU

Macao

TO:     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China          SHIPPED TO: Wilmington , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| SEARS        TJ8160 | 122PC BIT DEWALT BITS | 220 CARTONS | 1,100 PIECES | 22.660  USD PIECES | 24,926.00  USD |

| | |
|---|---|
| ITEM: | 130094165958 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 5 PIECES |
| SEARS DIV | 609 |
| SEARS ITEM/SKU | 21394/000 |

GUIDE COMPACT MAG DRIVE DEWALT YELLOW X 1PCS
BIT SCDR 3.5IN PWR #2PH X 1PCS,BIT SCDR 3.5IN PWR #8SL X 1PCS
NUTSETTER,  SHORT 5/16 X 1PCS,NUTSETTER,  SHORT 1/4 X 1PCS,
BIT TIP PH NO.1 2IN X 2PCS,BIT TIP PH NO.3 2IN X 1PCS,
BIT SCDR 2IN PWR #1 SQCHINA X 2PCS,2IN T25 SD BIT X 2PCS,
2IN T20 SD BIT X 1PCS,BIT SCDR 1IN PH #1 X 6PCS,
BIT SCDR 1IN #3 PH X 6PCS,BIT,SCDR 1TIP SL#10 X 2PCS,
1IN T20 SD BIT X 1PCS,1IN T30 SD BIT X 1PCS,
1IN T25 SD BIT X 5PCS,BIT,SCDR TIP Q2 1 X 3PCS
BIT TIP HOLDER X 1PCS,BIT SCDR 1IN PH #1 X 2PCS,
BIT SCDR 1IN PH #2 X 6PCS,BIT SCDR 1IN #3 PH X 2PCS
BIT,SCDR TIP Q1 1 X 2PCS,BIT,SCDR TIP Q2 1 X 6PCS,
BIT,SCDR TIP Q31 X 2PCS,1IN T30 SD BIT X 1PCS,
BIT,SCDR 1TIP SL#8 X 1PCS,BIT,SCDR 1TIP SL#10 X 1PCS,
1IN T15 SD BIT X 1PCS,1IN T20 SD BIT X 2PCS,
1IN T25 SD BIT X 4PCS,BIT TIP PH NO.1 2IN X 2PCS
BIT, TIP PH2 CHINA X 3PCS,BIT TIP PH NO.3 2IN X 1PCS
BIT,SCDR TIP Q2 2 X 2PCS,BIT SCDR 2IN SL #6 X 1PCS,
BIT SCDR 2 IN SL #8 X 1PCS,BIT,SCDR TIP Q31 X 2PCS,
BIT SCDR 1IN TIP SL #6 X 2PCS,BIT,SCDR 1TIP SL#8 X 4PCS,
BIT,SCDR TIP Q1 1 X 4PCS,BIT,SCDR TIP Q2 1 X 4PCS
BIT, DRILL BO TDC OT 1/16 DW X 2PCS,BIT, DRILL BO TDC OT 5/64 DW X 2PCS,
BIT, DRILL BO TDC OT 3/32 DW X 1PCS,BIT, DRILL BO TDC OT 7/64 DW X 1PCS
BIT, DRILL BO TDC OT 1/8 DW X 2PCS,BIT, DRILL BO TDC OT 3/8 DW X 1PCS
BIT, DRILL BO TDC OT 5/16 DW X 1PCS,BIT, DRILL BO TDC OT 1/4 DW X 1PCS
BIT, DRILL BO TDC OT 3/16 DW X 1PCS,BIT, DRILL BO TDC OT 5/32 DW X 1PCS
BIT, DRILL BO TDC OT 9/64 DW X 1PCS,BIT SCDR 1IN TIP #2 PH X 14PCS

| | | | |
|---|---|---|---|
| CONTRACT NO. | TJ8160 | REFERENCE NO. | 801 |
| DC CODE | SHW | DEPARTMENT NO. | 010 |
| DIVISION NO. | Division 2 | VENDOR NO. | 7414 |
| VENDOR ITEM CODE | DWA4CASE122S R | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.    023448

BLACK & DECKER (SUZHOU) PRECISION
MANUFACTURING CO LTD
NO 200 SUHONG RD, EXP PROCESS ZN

SUZHOU INDUSTRIAL PARK

SUZHOU

JIANGSU

China

FTY MID NO.    CNBLADEC200SUZ

| | |
|---|---|
| PAYMENT TERM | Open Acct |
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |

# COMMERCIAL INVOICE

Page 2 of 2
**DATE:** September 17, 2018
**INVOICE NO.:** 201821738899

7414
BLACK AND DECKER MACAO
COMMERCIAL
15C, EDIF. COMMERCIAL NAM TUNG
NO 517, AVENIDA PRAIA GRANDE
MACAU

Macao

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China         **SHIPPED TO:**   Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 220 | 1,100 | PIECES | 24,926.00  USD |

TOTAL US DOLLARS TWENTY-FOUR THOUSAND NINE HUNDRED TWENTY-SIX DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| BLACK AND DECKER MACAO COMMERCIAL |
|---|
| EMPLOYEE NAME |
| EMPLOYEE TITLE |

# PACKING LIST

Page 1 of 1
DATE: September 17, 2018
INVOICE NO.: 201821738699

7414
BLACK AND DECKER MACAO COMMERCIAL
15C, EDIF. COMMERCIAL NAM TUNG
NO 517, AVENIDA PRAIA GRANDE
MACAU

Macao

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China          **SHIPPED TO:** Wilmington, CA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| SEARS | TJ8160 | 122PC BIT DEWALT BITS | | | | | | |
| ITEM: | 130094165958 | | | | | | | |
| MADE IN | CHINA (MAINLAND ) | PER OUTER CARTON | | 5 | 0.080 | 11.500 | 11.000 | |
| CONTENTS | 5 PIECES | TOTAL | 220 | 1,100 | 17.538 | 2,530.000 | 2,420.000 | 0.000 |
| SEARS DIV | 609 | | | | | | | |
| SEARS ITEM/SKU | 21394/000 | | | | | | | |

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | TJ8160 | REFERENCE NO. | 801 | PACKING INSTRUCTIONS: |
| DC CODE | SHW | DEPARTMENT NO. | 010 | 1 PIECE PER MASTER |
| DIVISION NO. | Division 2 | VENDOR NO. | 7414 | |
| VENDOR ITEM CODE | DWA4CASE122SR | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 49.3 | 42.0 | 38.5 | 0.080 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| TOTAL PACKING LIST | 220 | 1,100 | 17.538 | 2,530.000 | 2,420.000 | 0.000 |

We hereby certify that this shipment does not contain solid wood packing material.

BLACK AND DECKER MACAO COMMERCIAL

EMPLOYEE NAME _____

EMPLOYEE TITLE _____

Vendor No. 7414
Invoice No. 201821738899

Cargo Delivery Number
Shipping Order Number    201821738899
Cargo Ready Date    09/17/2018

Page 1 of 1

| Shipper | Pickup Details | Pickup Details (Local Language) |
|---|---|---|
| BLACK AND DECKER MACAO COMMERCIAL<br>15C, EDIF. COMMERCIAL NAM TUNG<br>NO 517, AVENIDA PRAIA GRANDE<br>MACAU<br>Macao | BLACK & DECKER (SUZHOU) PRECISION<br>MANUFACTURING CO LTD<br>NO 200 SUHONG RD, EXP PROCESS ZN<br>SUZHOU INDUSTRIAL PARK<br>SUZHOU<br>JIANGSU<br>China<br><br>Pickup Contact Name<br>Pickup Contact Phone<br>Pickup Contact Fax | |

| Customer | Consignee |
|---|---|
| Sears Holdings Corporation<br>3333 Beverly Road<br>Hoffman Estates, IL - 60179<br>USA | SEARS ROEBUCK & CO.<br>3333 Beverly Road<br>Hoffman Estates, IL.<br>60179<br>United States |

| | | |
|---|---|---|
| Load Type | CFS | Equipment Required |
| Cargo Type | Flat | |
| Ship Terms | Free on Board | Inland Carrier    Vendor |
| Port of Loading | Shanghai, CN | Party Responsible for Local Charges |
| Final Destination | SHW, Wilmington, CA, USA | Party Responsible for Local Charges (Local Language) |
| Documents Cutoff Date | 09/17/2018 | Return Export Documents To (Local Language) |
| Return Export Documents To | | USCI91320594786949394L  TEL:0512-62587245 |

Marks and Numbers

| SEARS | TJ8160 |
|---|---|
| ITEM NO: | 130094165958 |
| MADE IN: | CHINA (MAINLAND) |
| CONTENTS: | 5 Pieces |
| SEARS DIV | 809 |
| SEARS ITEM/SKU | 21394/000 |

| Purchase Order | User Ref | Dept | Division | Freight Payment Terms | Letter of Credit | Item Number | Local Language Commodity Description | Commodity Description | Country of Origin | HTS Number | Quota Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TJ8160 | 801 | 010 | Division 2 | Collect | | 130094165958 | 电动工具用螺丝批头工具包 | 122PC BIT DEWALT BITS | CHINA (MAINLAND) | 8207.90.6000 | RNONE |
| | | Quantity 1,100 Pieces | | Cartons 220 | | Pieces 1,100 | | Gross Weight 2,530 KGS | | Volume 17.538000 CBMS | |

SHIPPING TOTALS

| Total Number of Cartons | 220 |
|---|---|
| Gross Weight | 2,530 KGS |
| Volume | 17.538000 CBMS |
| Comments | |

SHIPPING DECLARATIONS

We hereby certify that this shipment does not contain solid wood packing material.

SEARS ROEBUCK & CO.                                    **P U R C H A S E   O R D E R**                                    Page : 1

| ORDER DATE : 19-JUL-2018 | ORDER NO : TJ8160 | BUYER : JS5  JIM SMITH |
|---|---|---|
| DIV :  Division 2 | DEPT NO :  010 | |

**SEARS ROEBUCK & CO.**
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | BLACK AND DECKER MACAO COMMERCIAL |
| ADDRESS | 15C, EDIF. COMMERCIAL NAM TUNG NO 517, AVENIDA PRAIA GRANDE MACAU |
| COUNTRY | Macao |
| EMAIL | amy.chow@sbdinc.com |
| VENDOR NBR | 7414 |
| TELEPHONE | 853 28780633 |
| DUNS NBR | 01000110742 |
| FOA REG # | |

| TOTAL COST OF ORDER USD | |
|---|---|
| $24,928.00 | |

**PAYMENT TO BE MADE BY:**
( )   MULTIPLE PAYMENT TYPES
( X )  CHECK/WIRE TRANSFER
      Amount USD:  24,928.00
( )   FREE GOODS
      Amount USD:  0.00
( )   LETTER OF CREDIT
      Amount USD:  0.00
      LC #:
      TRANSFERABLE:
      BANK:

| PAYMENT TERMS: | 29 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1H |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 023448 |
|---|---|
| NAME | BLACK & DECKER (SUZHOU) PRECISION MANUFACTURING CO LTD |
| ADDRESS | NO 200 SUHONG RD, EXP PROCESS ZN SUZHOU INDUSTRIAL PARK SUZHOU JIANGSU |
| COUNTRY | China |
| TEL | 86-512-6258 1818 [6819] |
| EMAIL | qiu.qin.shen@bdk.com |
| MID | CNBLADEC200SUZ |

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 2

| ORDER DATE : 19-JUL-2018 | ORDER NO : TJ8160 | JS5  JIM SMITH |
|---|---|---|

**DESCRIPTION**

122PC BIT DEWALT BITS

| | | |
|---|---|---|
| ITEM CODE: 130094165958 | SEASON/YEAR: | 1-BASIC AND REPLENISHED |
| | SUB-SEASON: | 10-BASIC AND REPLENISHED |
| 12OF 6/CARTON UPC: 40028877442470 | CAT/SUB-CAT: | 13/08 |
| STYLE: DWA4CASE122SR | TRADEMARK: NONE | |
| BRAND NAME: DEWALT | COPYRIGHT REQ. NO.: | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| | SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|---|
| | 609 | 21394 | 000 |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $34.00 | 220 | 1,100 | $24,926.00 |
| $22.660 | $113.300 | | | | |

| PER CARTON | KGS: 11.113 | CBM: 0.078824 | EACHES PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 24.500 | CU. FT.: 2.784 | INNERS PER OUTER CARTON | 5 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | EACHES PER MASTER SHIPPING CTN | 5 |
| L 19.5" X W 16.5" X H 14.95" | | CASEPACK | | |

| QUOTA CAT#: RNONE | CASE # | FACTORY | EXPORTER |
|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

1 PIECE PER MASTER

| | SHIPPING SCHEDULE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 801 | SHW | SHW | Ocean | 17-SEP-2018 | 17-SEP-2018 | 07-NOV-2018 | X | 220 | 1,100 | W |

DETAIL DESCRIPTION-

GUIDE COMPACT MAG DRIVE DEWALT YELLOW X 1PCS
BIT SCDR 3.5IN PWR #2PH X 1PCS,BIT SCDR 3.5IN PWR #8SL X 1PCS
NUTSETTER, SHORT 5/16 X 1PCS,NUTSETTER, SHORT 1/4 X 1PCS,
BIT TIP PH NO.1 2IN X 2PCS,BIT TIP PH NO.3 2IN X 1PCS,
BIT SCDR 2IN PWR #1 SQCHINA X 2PCS,2IN T25 SD BIT X 2PCS,
2IN T20 SD BIT X 1PCS,BIT SCDR 1IN PH #1 X 8PCS,
BIT SCDR 1IN #3 PH X 6PCS,BIT,SCDR 1TIP SL#10 X 2PCS,
1IN T20 SD BIT X 1PCS,1IN T30 SD BIT X 1PCS,
1IN T25 SD BIT X 5PCS,BIT,SCDR TIP Q2 1 X 3PCS
BIT TIP HOLDER X 1PCS,BIT SCDR 1IN PH #1 X 2PCS,
BIT SCDR 1IN PH #2 X 9PCS,BIT SCDR 1IN #3 PH X 2PCS
BIT,SCDR TIP Q1 1 X 2PCS,BIT,SCDR TIP Q2 1 X 6PCS,
BIT,SCDR TIP Q31 X 2PCS,1IN T30 SD BIT X 1PCS,
BIT,SCDR 1TIP SL#8 X 1PCS,BIT,SCDR 1TIP SL#10 X 1PCS,
1IN T15 SD BIT X 1PCS,1IN T20 SD BIT X 2PCS,
1IN T25 SD BIT X 4PCS,BIT TIP PH NO.1 2IN X 2PCS
BIT, TIP PH2 CHINA X 3PCS,BIT TIP PH NO.3 2IN X 1PCS
BIT,SCDR TIP Q2 2 X 2PCS,BIT SCDR 2IN SL #6 X 1PCS,
BIT SCDR 2 IN SL #8 X 1PCS,BIT,SCOR TIP Q31 X 2PCS,
BIT SCOR 1IN TIP SL #6 X 2PCS,BIT,SCDR 1TIP SL#8 X 4PCS,
BIT,SCDR TIP Q1 1 X 4PCS,BIT,SCDR TIP Q2 1 X 4PCS
BIT, DRILL BO TDC OT 1/16 DW X 2PCS,BIT, DRILL BO TDC OT 5/64 DW X 2PCS,
BIT, DRILL BO TDC OT 3/32 DW X 1PCS,BIT, DRILL BO TDC OT 7/64 DW X 1PCS
BIT, DRILL BO TDC OT 1/8 DW X 2PCS,BIT, DRILL BO TDC OT 3/8 DW X 1PCS
BIT, DRILL BO TDC OT 5/16 DW X 1PCS,BIT, DRILL BO TDC OT 1/4 DW X 1PCS

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                    Page : 3

| ORDER DATE : 19-JUL-2018 | ORDER NO : TJ8160 | JS5   JIM SMITH |
|---|---|---|

**DETAIL DESCRIPTION·**

BIT, DRILL BO TDC OT 3/18 DW X 1PCS,BIT, DRILL BO TDC OT 5/32 DW X 1PCS
BIT, DRILL BO TDC OT 9/64 DW X 1PCS,BIT SCDR 1IN TIP #2 PH X 14PCS

OPC:              5

SEARS ROEBUCK & CO.                                    **P U R C H A S E   O R D E R**                                                      Page : 4

| ORDER DATE : 19-JUL-2018 | ORDER NO : TJ8160 | JS5   JIM SMITH |
|---|---|---|

ITEM CODE:  130094165958

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 21394-0 00 | | | | | | |

ITEM CODE: 130094165958                          ITEM: 122PC BIT DEWALT BITS

| SUB-ITEM DESCRIPTION | | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|---|
| | | | TOTAL | | 0 | | | |

ADDITIONAL CONDITIONS

FOR ITEM 130094165958
VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED


PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES


VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-
------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE: 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSEO AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
------------------------------------------------

SEARS ROEBUCK & CO.                                 **P U R C H A S E   O R D E R**                                        Page : 5

| ORDER DATE : 19-JUL-2018 | ORDER NO : TJ8160 | JS5  JIM SMITH |
|---|---|---|

ANTIDUMPING CLAUSE:
---------------------------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
---------------------------------------------------------------------
---------------------------------------------------------------------
---------------------------------------------------------------------
---------------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
---------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTEO
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
---------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
---------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

Page: 1        Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date: 09/26/2018                *Invoice No: 9820014595            PO No: 673173

*Vendor No: 000390302                    Terms Type: _____            Buyer Name: _____

Division No: _____                  Terms Date: Invoice Date          *Buyer Store #: 1935

AFE No: _____                       Term Net Days: 90                 Remit To Name: Black  Decker (PR) LLC

*Dept No: 609                            Disc Percent: _____          *Remit To DUNS: 001317189

*Product Code: Fair Labor Standards Act          Disc Days Due: _____          Contact Name: _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #: _____

Allow Type: _____                   Allow Amt: _____

Charge Type 1: _____                        Charge Amt 1: _____          *No of Ln Items: 3

Charge Type 2: _____                        Charge Amt 2: _____          *Tot Inv Amt: 229.36

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|----|------|------|-------|--------------|-------|-------------|-----------|-----------|-----------|-------|---------|----------|---|
| 1 | 1 | Each | 160 | Buyer Item No | 11845 | UPC Code | 8859113 87156 | | | | | | 1 |
| | | | | | | | | | | | | | 0 |
| 2 | 0 | Each | 5.99 | Buyer Item No | 50959 | UPC Code | 7477528 76223 | | | | | | 0 |
| 3 | 6 | Each | 11.56 | Buyer Item No | 80086 | UPC Code | 0288740 53496 | | | | | | 6 |

DIcentral Corp.

**Stanley Black & Decker**

REGIONAL DISTRIBUTION CENTER
BLACK & DECKER (U.S.) INC.
9850 Premier Parkway
Miramar, Fl 33025
Phone: (954) 624-1100
Fax: (954) 624-1150

# INVOICE

**BILL TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SOLD TO**
SEARS
DALLAS ACCTS. PAYABLE
00752-6602 DALLAS
PUERTO RICO

**SHIP TO**
SEARS MAYAGUEZ 1935
MAYAGUEZ MALL
00680 MAYAGUEZ
PUERTO RICO

| INCOTERM | PAYMENT TERMS | CUST PO NO. | ORDER DATE | CUST NO. | INVOICE | DATE | OUR. REFER. | PAGE |
|---|---|---|---|---|---|---|---|---|
| CFR PUERTO RICO | 60 DAYS FROM INV DATE | 673173 | 09/21/2018 | 1262155 | 9820014595 | 09/26/2018 | 1804020439 | 1 of 1 |

| LN | COO | MATERIAL NO/CUST PART NO | Comm/HTS Code | DESCRIPTION | QTY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 10 | CN | D25260K-B3 11845 | 8467290080 | 800W SDS PLUS HAMMER - 3 MODES D-HANDLE Rotomartillo SDS 3 Modos VVR | 1 | 160.00 | 160.00 |
| 30 | TW | DW5349 80086 | 8207903085 | 1 1/2X10 SCALING CHISEL Cincel Espátula De 1-1/2 X 10 | 6 | 11.56 | 69.36 |

| | | | |
|---|---|---|---|
| INVOICE TOTAL QTY | PC | 7 | |
| SUB - TOTAL | | USD | 229.36 |
| TOTAL INVOICE | | USD | 229.36 |

\# OF PACKAGES        : 2
GROSS WEIGHT        : 7,258 KG,  16  LB
ECCN        : EAR99
LICENSE NO : NLR-C33
CARRIER        : SCOTT LOGISTICS CORP

AUTHORIZED SIGNATURE

*Reclamos deben ser recibidos dentro de un plazo de sesenta (60) días a partir de la fecha de la factura. Reclamos recibidos después de la fecha indicada no serán procesados. Claims must be received within sixty (60) days from the date of the invoice. Claims received after the indicated data will not be processed.*

*These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other that the authorized ultimate consignee or end-users( s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.*

Page: 1      Turn Around Form: Not yet sent

Sears (810) Invoice

*Invoice Date:  09/26/2018          *Invoice No:  9820014594          PO No:  673099

*Vendor No:  000390302              Terms Type:  _____          Buyer Name:  _____

Division No:  _____           Terms Date:  Invoice Date         *Buyer Store #:  2675

AFE No:  _____                Term Net Days:  90                Remit To Name:  Black   Decker (PR) LLC

*Dept No:  609                      Disc Percent:  _____        *Remit To DUNS:  001317189

*Product Code:  Fair Labor Standards Act        Disc Days Due:  _____        Contact Name:  _____

[1] Required for vendors that supply composite wood products (hardwood plywood - particle board - medium density fiberboard - thin medium density fiberboard - an

Contact Phone #:  _____

Allow Type:  _____            Allow Amt:  _____

Charge Type 1:  _____         Charge Amt 1:  _____       *No of Ln Items:  4

Charge Type 2:  _____         Charge Amt 2:  _____       *Tot Inv Amt:  199.24

| ID | *Qty Invoic... | *Unit Type | *Unit Price | *Product Type 1 | *Product ID 1 | Product Type 2 | Product ID 2 | Product Type 3 | Product ID 3 | Resale Price | Product Desc Code [1] | Product Description [1] | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Each | 160 | Buyer Item No | 11845 | UPC Code | 8859113 87156 | | | | | | 1 0 |
| 2 | 0 | Each | 3.3 | Buyer Item No | 46253 | UPC Code | 7477525 12718 | | | | | | 0 |
| 3 | 6 | Each | 6.54 | Buyer Item No | 80129 | UPC Code | 0288740 53489 | | | | | | 3 |
| 4 | 0 | Each | 2.92 | Buyer Item No | 80134 | UPC Code | 0288740 54035 | | | | | | 0 |

DIcentral Corp.

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2018, I electronically filed the annexed Notice of

Reclamation Demand of Stanley Black & Decker, Inc. and its affiliates on behalf of Stanley

Black & Decker, Inc. and its affiliates, using the ECF system, which will send notification of

such filing by operation of the Court's electronic systems. Parties may access this filing via the

Court's electronic system.

_____
Paul H. Zumbro
*Counsel for Stanley Black & Decker, Inc. and its affiliates*

[[3879797]]