**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, New York 10004
John R. Ashmead, Esq.
Arlene R. Alves, Esq.
Telephone:   (212) 574-1500
Facsimile:   (212) 480-8421

*Counsel for Wilmington Savings Fund Society, FSB, as Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Wilmington Savings Fund Society, FSB, in its capacity as trustee (solely in such capacity, the "Trustee") under the Indenture dated as of May 15, 1995, as amended and supplemented, between Sears Roebuck Acceptance Corp. and Trustee, relating to $101,927,019 aggregate principal amount of 7.00%/12.00% PIK-Toggle Notes due March 31, 2028 , by its counsel, Seward & Kissel LLP, hereby appears in the above-captioned chapter 11 cases (the "Cases") pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), as a creditor and party-in-interest with respect to the above-captioned debtors (the "Debtors").

PLEASE TAKE FURTHER NOTICE that the Trustee, as a party-in-interest, requests, pursuant to Bankruptcy Rules 2002, 7005, 9007 and 9010 and Sections 102(1), 342 and 1109(b) of chapter 11, title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in these Cases and all papers served or required to be served


in these Cases, including but not limited to all notices filed and served in all adversary proceedings in such cases, be given to and served upon the undersigned at the following office addresses, telephone numbers and e-mail addresses:

> John R. Ashmead, Esq.
> Arlene R. Alves, Esq.
> SEWARD & KISSEL LLP
> One Battery Park Plaza
> New York, New York 10004
> Tel.: (212) 574-1200
> Fax: (212) 480-8421
> E-mail: ashmead@sewkis.com
>             alves@sewkis.com

- and –

> Patrick J. Healy
> WILMINGTON SAVINGS FUND SOCIETY, FSB
> 501 Carr Road, Suite 100
> Wilmington, Delaware 19801
> (302) 888-7420 (Telephone)
> (302) 421-9137 (Facsimile)
> phealy@wsfsbank.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

PLEASE TAKE FURTHER NOTICE that, this Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of the Trustee's right (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these Cases or any case, controversy or

proceeding related to these Cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, setoffs or recoupments to which the Trustee is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Trustee expressly reserves.

Dated: November 5, 2018
       New York, New York

SEWARD & KISSEL LLP

By: /s/ *John R. Ashmead*
John R. Ashmead, Esq.
Arlene R. Alves, Esq.
One Battery Park Plaza
New York, New York 10004
Tel.: (212) 574-1200
Fax: (212) 480-8421
Email: ashmead@sewkis.com
      alves@sewkis.com
*Attorneys for Wilmington Savings Fund Society, FSB, as Trustee*