UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                               :
                                                    :   Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,               :
                                                    :   Case No. 18-23538 (RDD)
                                                    :
            Debtors.[1]                             :   (Jointly Administered)
------------------------------------------------------------x

## NOTICE OF SUBSTANTIAL SECURITY OWNERSHIP

PLEASE TAKE NOTICE that, pursuant to that certain *Interim Order Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Interests in, and Claims Against, the Debtors and Claiming Certain Worthless Stock Deductions*, dated October 16, 2018, Docket No. 109 (with all exhibits thereto, the "**Interim Order**"), ESL Partners, L.P. (the "**Filer**") hereby provides notice that, as of the date hereof, the Filer beneficially owns:

(i) ■■■■■■■ shares of Common Stock,[2]

(ii) ■■■■■■■ other interests in a Debtor treated as stock ("**Other Interests**"), and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in **Exhibit 1** to the Interim Order.

(iii) ▓▓▓ options to acquire SHC securities that constitute beneficial ownership of SHC securities under the Interim Order.[3]

PLEASE TAKE FURTHER NOTICE that the taxpayer identification number of the Filer is ▓▓▓

PLEASE TAKE FURTHER NOTICE that the following table sets forth the following information:

| Class | Name of Owner | Shares/Number of Interests Owned | Shares/Number of Interests Underlying Options Owned | Date(s) Acquired |
|---|---|---|---|---|
| Common Stock | ▓▓▓ | ▓▓▓ |  | ▓▓▓ |

For Common Stock, Other Interests and/or Options to acquire Common Stock that are owned directly by the Filer, the table above sets forth (a) the number of such shares, the number of such interests and/or the number of shares underlying Options beneficially owned by such Filer and (b) the date(s) on which such shares and/or Options were acquired (categorized by class, as applicable).

The Filer is represented by Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, (212) 225-2000, (Attn: Corey M. Goodman, William L. McRae).

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]



Respectfully submitted,

*[signature]*

ESL Partners, L.P.
RBS Partners LP, as General Partner
By: ESL Investments Inc., as General Partner

Name: Edward S Lampert, CEO

Address: 1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL
33154

Telephone: 305-702-2100

Facsimile: 305-864-1370

Date: 11/1/18