**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) | Case No. 18-23538 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

<u>**AFFIDAVIT OF SERVICE**</u>

   I, CHRISTIAN P. JENSEN, am over 18 years of age, not a party to the above-

captioned action, and caused to be served *Notice of Substantial Security Ownership* [Docket No.

471], by causing a true and correct copy to be delivered on November 5, 2018:

  1.  Via email to the parties listed on <u>Annex A</u>;

  2.  Via First Class mail to the parties listed on <u>Annex B</u>;

  3.  In unredacted form, via First Class mail to the parties listed on <u>Annex C</u>.

Dated: November 5, 2018
New York, New York

    */s/ Christian P. Jensen*
    Christian P. Jensen
    SULLIVAN & CROMWELL LLP
    125 Broad Street
    New York, New York 10004
    Telephone: (212) 558-4000
    Facsimile: (212) 558-3588

**<u>Annex A</u>**

**<u>Attached Below</u>**

In re: **Sears Holdings Corporation,** *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Proposed Counsel to Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner | One Bryant Park | | New York | NY | 10036 | | 212-872-1000 | 212-872-1002 | idizengoff@akingump.com pdublin@akingump.com aqureshi@akingump.com sbrauner@akingump.com |
| Counsel to Twentieth Century Fox Home Entertainment LLC | Alston & Bird LLP | Attn: James J. Vincequerra | 90 Park Avenue | | New York | NY | 10016-1387 | | 212-210-9400 | 212-210-9444 | James.Vincequerra@alston.com |
| Counsel to Twentieth Century Fox Home Entertainment LLC | Alston & Bird LLP | Attn: Leib M. Lerner | 333 South Hope Street | 16th Floor | Los Angeles | CA | 90071 | | 213-576-1000 | 213-576-1100 | leib.lerner@alston.com |
| Counsel to Sayville Menlo, LLC | Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Esq. | 365 Rifle Camp Road | | Woodland Park | NJ | 07424 | | 973-925-7357 | | ajd@ansellgrimm.com |
| Counsel to City Choice Limited | ASK LLP | Attn: Edward E. Neiger, Jennifer A. Christian | 151 West 46th Street | 4th Floor | New York | NY | 10036 | | 212-267-7342 | 212-918-3427 | eneiger@askllp.com jchristian@askllp.com |
| Counsel to Brixmor Property Group, Inc. and Federal Realty Investment Trust | Ballard Spahr LLP | Attn: David L. Pollack | 52nd Floor - Mellon Bank Center | 1735 Market Street | Philadelphia | PA | 19103 | | 215-864-8325 | 215-864-9473 | pollack@ballardspahr.com |
| Counsel to The Macerich Company, Starwood Retail Partners, LLC, Acadia Realty Limited Partnership, C.E. John Company, Inc., Centennial Real Estate Co., CenterCal Properties, LLC, GS Pacific ER, LLC, PGIM Real Estate, Vintage Real Estate, LLC, WBCMT 2007-C33 Independence Center, LLC, and White Plains Galleria Limited Partnership | Ballard Spahr LLP | Attn: Dustin P. Branch | 2029 Century Park East | Suite 800 | Los Angeles | CA | 90067-2909 | | 424-204-4400 | 424-204-4350 | branchd@ballardspahr.com |
| Counsel to Federal Realty Investment Trust, Acadia Realty Limited Partnership, PGIM Real Estate, Pacific Retail Group, WBCMT 2007-C33 Independence Center LLC, Starwood Retail Partners LLC, Kravco Company, Brixmor Property Group, Inc., Centennial Real Estate Co., CenterCal Properties, LLC, C. E. Johns Company, Inc., GEM Realty Capital, Inc., GS Pacific ER, LLC, The Macerich Company, Vintage Real Estate, LLC, and White Plains Galleria Limited Partnership | Ballard Spahr LLP | Attn: Leslie C. Heilman, Matthew G. Summers | 919 N. Market Street | 11th Floor | Wilmington | DE | 19801 | | 302-252-4465 | | heilmanl@ballardspahr.com summersm@ballardspahr.com |
| Counsel to C.J. Segerstrom & Sons, S-Tract LLC and FBA Holdings, Inc. | Ballard Spahr LLP | Attn: Paul E. Harner, Alyssa E. Kutner | 1675 Broadway | 19th Floor | New York | NY | 10019-5820 | | 646-346-8020 | 212-223-1942 | harnerp@ballardspahr.com kutnera@ballardspahr.com |
| Counsel to Aviation Mall NewCo, Holyoke Mall Company, L.P., JPMG Manassas Mall Owner LLC, Poughkeepsie Galleria LLC, Salmon Run Shopping Center, L.L.C., S&R Company of West Seneca NewCo, LLC, Washington Commons NewCo LLC, and DGI LS, LLC | Barclay Damon LLP | Attn: Kevin M. Newman | Barclay Damon Tower | 125 East Jefferson Street | Syracuse | NY | 13202 | | 315-413-7115 | 315-703-7349 | knewman@barclaydamon.com |
| Counsel to Retail Opportunity Investments Corp. | Bayard, P.A. | Attn: Evan T. Miller | 600 N. King Street | Suite 400 | Wilmington | DE | 19801 | | 302-655-5000 | 302-658-6395 | emiller@bayardlaw.com |
| Counsel to M&G Jewelers, Inc. | Bell Nunnally & Martin LLP | Attn: Russell W. Mills, R. Kent Love | 2323 Ross Avenue | Suite 1900 | Dallas | TX | 75201 | | 214-740-1400 | 214-740-1499 | rmills@bellnunnally.com klove@bellnunnally.com |
| Counsel to salesforce.com, Inc., Oath (Americas) Inc. | Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab, Thomas M. Gaa | 633 Menlo Ave. | Suite 100 | Menlo Park | CA | 94025 | | 650-857-9500 | 650-494-2738 | Tgaa@bbslaw.com |
| Counsel to Kin Properties, Inc.; Aleff LLC; Arcolo Limited Partnership; Cansan Company, LLC; Fairsan Company LLC; Floreff LLC; Fundamentals Co LLC; Greennich LLC; Hareff LLC; Hillsborough Associates; Jeffrey Sandelman, Alison Schreier and Tracey Brewer, Successor Co-Trustees of the Pasan Trust; Mantkin LLC; Musue LLC; Nathan Alison LLC; Sugencole LLC; Sugengran LLC; Sugengran LLC; and Sugensteve LLC | Blank Rome LLP | Attn: Jeffrey Rhodes | 1825 Eye Street NW | | Washington | DC | 20006 | | 202-420-3150 | 202-379-9367 | JRhodes@BlankRome.com |
| Counsel to Hansae Co. Ltd., Kin Properties, Inc.; Aleff LLC; Arcolo Limited Partnership; Cansan Company, LLC; Fairsan Company LLC; Floreff LLC; Fundamentals Co LLC; Greennich LLC; Hareff LLC; Hillsborough Associates; Jeffrey Sandelman, Alison Schreier and Tracey Brewer, Successor Co-Trustees of the Pasan Trust; Mantkin LLC; Musue LLC; Nathan Alison LLC; Sugencole LLC; Sugengran LLC; Sugengran LLC; and Sugensteve LLC | Blank Rome LLP | Attn: Stanley B. Tarr, Evan J. Zucker | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | 212-885-5001 | Tarr@BlankRome.com EZucker@BlankRome.com |

In re:  **Sears Holdings Corporation,** *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Sub-Zero Group, Inc., Sub-Zero Group West Inc., Sub-Zero Group Southwest LLC, Sub-Zero Group Southeast, Inc., Kenney Manfacturing Company | Borges & Associates, LLC | Attn: Wanda Borges, Esq., Sue L. Chin, Esq. | 575 Underhill Blvd. | Suite 118 | Syosset | NY | 11791 | | 516-677-8200x224 | 516-677-0806 | bankruptcy@borgeslawllc.com wborges@borgeslawllc.com schin@borgeslawllc.com |
| Counsel to iStar Jewelry LLC | Brach Eichler LLC | Attn: Anthony M. Rainone | 101 Eisenhower Parkway | | Roseland | NJ | 07068-1067 | | 973-228-5700 | 973-618-5972 | arainone@bracheichler.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | 55 Second Street | 17th Floor | San Francisco | CA | 94105-3493 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com |
| Counsel to the Marion Plaza, Inc. dba Eastwood Mall, Governor's Square Company dba Governor's Square Mall, Huntington Mall Company dba Huntington Mall, Meadowbrook Mall Company dba Meadowbrook Mall, Ohio Valley Mall Company dba Ohio Valley Mall, the Cafaro Northwest Partnership dba South Hill Mall, Spotsylvania Mall Company dba Spotsylvania Towne Centre and Howland Commons, LLC dba Howland Commons | Cafaro Management Company | Attn: Richard T. Davis | 5577 Youngstown-Warren Rd. | | Niles | OH | 44446 | | 330--747-2661 | 330-743-2902 | rdavis@cafarocompany.com |
| Counsel to SHLD Lendco, LLC | Cahill Gordon & Reindel LLP | Attn: Joel H. Levitin, Richard A. Stieglitz Jr. | Eighty Pine Street | | New York | NY | 10005 | | 212-701-3000 | 212-269-5420 | jlevitin@cahill.com rstieglitz@cahill.com |
| Local Counsel to BH North American Corporation | Carter Conboy Case Blackmore Maloney & Laird, P.C. | Attn: Michael J. Catalfimo, Esq., John R. Canney, IV, Esq. | 20 Corporate Woods Blvd. | Suite 500 | Albany | NY | 12211 | | 518-465-3484 | 518-465-1843 | mcatalfimo@carterconboy.com |
| Counsel to the Bank of New York Mellon Trust Company and the Chase Manhattan Bank, N.A., Successor Trustees for the SRAC Unsecured PIK Notes (Top 20 Unsecured Creditor), SRAC Unsecured Notes, and the SRAC Medium Term Notes (Top 5 Secured Creditor) | Carter Ledyard & Milburn LLP | Attn: James Gadsden, Esq. | 2 Wall Street | | New York | NY | 10005 | | 212-238-8607 | 212-732-3232 | gadsden@clm.com bankruptcy@clm.com Dennis.roemlein@bnymellon.com |
| Counsel to ZG Apparel Group LLC and Studio 1 Div. of Shazdeh Fashions | Certilman Balin Adler & Hyman, LLP | Attn: Richard J. McCord, Esq., Robert D. Nosek, Esq. | 90 Merrick Avenue | | East Meadow | NY | 11554 | | 516-296-7000 | 516-296-7111 | rmccord@certilmanbalin.com rnosek@certilmanbalin.com |
| United States Bankruptcy Court for the Southern District of New York | Chambers of Honorable Robert D. Drain | Sears Chambers Copy | US Bankruptcy Court SDNY | 300 Quarropas Street, Room 248 | White Plains | NY | 10601 | | 914-467-7250 | | |
| Counsel to WSSR, LLC | Chapman and Cutler LLP | Attn: Laura E. Appleby, Steven Wilamowsky | 1270 Avenue of the Americas | | New York | NY | 10020 | | 212-655-2532 | 212-655-3332 | appleby@chapman.com wilamowsky@chapman.com |
| Counsel to Cardinal Health 110, LLC, Cardinal Health 112, LLC, and Cardinal Health PR 120, Inc., subsidiaries and affiliates of Cardinal Health, Inc., an Ohio Corporation, Top 20 Unsecured Creditor | Chiesa Shahinian & Giantomasi PC | Attn: Beth J. Rotenberg, Scott A. Zuber | One Boland Drive | | West Orange | NJ | 07052 | | 973-530-2118, 973-530-2046 | 973-530-2318, 973-530-2246 | brotenberg@csglaw.com szuber@csglaw.com |
| Counsel to Wells Fargo Bank, National Association | Choate, Hall & Stewart LLP | Attn: Kevin J. Simard, Jonathan D. Marshall | Two International Place | | Boston | MA | 02110 | | 617-248-5000 | 617-248-4000 | ksimard@choate.com jmarshall@choate.com |
| Counsel to Winiadaewoo Electronics America, Inc. | Choi & Park, LLC | Attn: Hyun Suk Choi, Chull S. Park | 11 Broadway | Suite 615 | New York | NY | 10004 | | 212-695-0010 | 212-695-0015 | hchoi@choiandpark.com cpark@choiandpark.com |
| Counsel to MJ Holding Company, LLC | Chuhak & Tecson, P.C. | Attn: Miriam R. Stein | 30 South Wacker Drive | Suite 2600 | Chicago | IL | 60606 | | 312-444-9300 | | lkleist@chuhak.com mstein@chuhak.com |
| Counsel to Sakar International Inc., Eastern Prime Textiles Limited | CKR Law LLP | Attn: Edward L. Schnitzer | 1330 Avenue of the Americas | 14th Floor | New York | NY | 10019 | | 212-259-7300 | 212-259-8200 | eschnitzer@ckrlaw.com |
| Counsel to Epicor Software Corporation f/k/a Activant Solutions, Inc. | Clark Hill Strasburger | Attn: Duane J. Brescia | 720 Brazos | Suite 700 | Austin | TX | 78701 | | 512-499-3647 | 512-499-3660 | duane.brescia@clarkhillstrasburger.com |
| Counsel to Agree Limited Partnership, Lakewood Shopping Center, LLC, Crossroads Centre II, LLC, and Ramco Jackson Crossing SPE | Clark Hill, PLC | Attn: David M. Blau | 151 S. Old Woodward Ave. | Ste. 200 | Birmingham | MI | 48009 | | 248-988-1817 | 248-988-2336 | dblau@clarkhill.com |
| Counsel to JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility | Cleary, Gottlieb, Steen & Hamilton LLP | Attn: Sean A. O'Neal, James L. Bromley, Andrew Weaver | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2416, 212-225-2000 | 212-225-3999 | soneal@cgsh.com jbromley@cgsh.com aweaver@cgsh.com |
| Trustee for the Second Lien PIK Notes, the Holdings Unsecured Notes (8.00%), and the Holdings Unsecured PIK Notes (8.00%), and Top Creditor | Computershare Trust Company, N.A. | Attn: Michael A. Smith, Vice President – Corporate Trust | 2950 Express Drive South, Suite 210 | | Islandia | NY | 11749 | | 303-262-0707 | | Michael.smith2@computershare.com |
| Counsel to IRC Marketplace at Six Corners, L.L.C. and IRC Park Center Plaza, L.L.C. | Connolly Gallagher LLP | Attn: Karen C. Bifferato, Kelly M. Conlan, N. Christopher Griffiths | The Brandywine Building | 1000 West Street, Suite 1400 | Wilmington | DE | 19801 | | 302-757-7300 | 302-757-7299 | kbifferato@connollygallagher.com kconlan@connollygallagher.com cgriffiths@connollygallagher.com |
| Counsel to National Distribution Centers, LLC | Cozen O'Connor | Attn: Marl E. Felger | 1201 N. Market Street | Suite 1001 | Wilmington | DE | 19801 | | 302-295-2087 | 877-286-4528 | mfelger@cozen.com |
| Counsel to Stanley Black & Decker, Inc. and affiliated entities | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro | Worldwide Plaza | 825 Eighth Avenue | New York | NY | 10019 | | 212-474-1036 | 212-474-3700 | pzumbro@cravath.com |

In re: Sears Holdings Corporation, et al.
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Electronics for Imaging, Inc. | Davidoff Hutcher & Citron LLP | Attn: David H. Wander, Esq. | 605 Third Avenue | | New York | NY | 10158 | | 212-557-7200 | 212-286-1884 | dhw@dhclegal.com |
| Counsel to Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility | Davis Polk & Wardwell LLP | Attn: Marshall S. Huebner, Esq, Eli J. Vonnegut, Esq. | 450 Lexington Avenue | | New York | NY | 10017 | | 212-450-4099, 212-450-4000 | 212-701-5099, 212-701-5800 | marshall.huebner@davispolk.com eli.vonnegut@davispolk.com sears.service@davispolk.com |
| Counsel to Cascade Investment, L.L.C. and SL Agent, LLC | Debevoise & Plimpton LLP | Attn: Erica S. Weisgerber, My Chi To | 919 Third Avenue | | New York | NY | 10022 | | 212-909-6000 | 212-909-6836 | mcto@debevoise.com eweisgerber@debevoise.com |
| Environmental Protection Agency | Environmental Protection Agency | Attn: Matthew Leopold, General Counsel | Office of General Counsel 2310A | 1200 Pennsylvania Ave NW, 2310A | Washington | DC | 20460 | | | | Leopold.matt@Epa.gov |
| Counsel to Epicor Software Corporation f/k/a Activant Solutions, Inc. | Epicor Software Corporation | Attn: Larry Bercovich | Senior Legal Counsel | 4120 Dublin Blvd., Suite 300 | Dublin | CA | 94568 | | 925-241-3502 | | lbercovich@epicor.com |
| Counsel to the McClatchy Company and its Affiliates | Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Attn: Paul J. Pascuzzi | 400 Capitol Mall | Suite 1750 | Sacramento | CA | 95814 | | 916-329-7400 ext 222 | 916-329-7435 | ppascuzzi@ffwplaw.com |
| Counsel to Clover Technologies Group, LLC | FisherBroyles, LLP | Attn: Mark E. Wilson | 203 North LaSalle Street | Suite 2100 | Chicago | IL | 60601 | | 312-498-8078 | | mark.wilson@fisherbroyles.com |
| Counsel to Clover Technologies Group, LLC | FisherBroyles, LLP | Attn: Patricia B. Fugée | 27100 Oakmead Drive | #306 | Perrysburg | OH | 43553 | | 419-874-6859 | | patricia.fugee@fisherbroyles.com |
| Counsel to CenterPoint Properties Trust | Foley & Lardner LLP | Attn: Derek L. Wright | 90 Park Ave. | | New York | NY | 10016 | | 212-682-7474 | 212-687-2329 | dlwright@foley.com |
| Counsel to CenterPoint Properties Trust | Foley & Lardner LLP | Attn: Michael Small | 321 N. Clark Street | Suite 2800 | Chicago | IL | 60654 | | 312-832-4500 | 312-832-4700 | msmall@foley.com |
| Counsel to Hanesbrands, Inc. | Fox Rothschild LLP | Attn: Paul J. Labov | 101 Park Avenue | Suite 1700 | New York | NY | 10017 | | 212-878-7900 | 212-692-0940 | plabov@foxrothschild.com |
| Counsel to Hanesbrands, Inc. | Fox Rothschild LLP | Attn: Thomas M. Horan | 919 North Market Street | Suite 300 | Wilmington | DE | 19899-2323 | | 302-654-7444 | 302-656-8920 | thoran@foxrothschild.com |
| Counsel to Capref Burbank, LLC | Fox Rothschild, LLP | Attn: Mark E. Hall, Michael R. Herz | 49 Market Street | | Morristown | NJ | 07960 | | 973-992-4800 | 973-992-9125 | mhall@foxrothschild.com mherz@foxrothschild.com |
| Counsel to Seritage Growth Properties, Seritage SRC Finance LLC, and Seritage KMT Finance LLC | Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Brad Eric Scheler, Scott B. Luftglass, Peter B. Siroka | One New York Plaza | | New York | NY | 10004 | | 212-859-8000 | 212-859-4000 | brad.eric.scheler@friedfrank.com scott.luftglass@friedfrank.com peter.siroka@friedfrank.com |
| Counsel to Sitel Operating Corporation | Frost Brown Todd LLC | Attn: Edward M. King | 400 W Market St | Suite 3200 | Louisville | KY | 40202 | | 502-589-0359 | 502-581-1087 | tking@fbtlaw.com |
| Counsel to Washington Prime Group Inc. | Frost Brown Todd LLC | Attn: Ronald E. Gold & AJ Webb | 3300 Great American Tower | 301 East Fourth Street | Cincinnati | OH | 45202 | | 513-651-6800 | 513-651-6981 | rgold@fbtlaw.com awebb@fbtlaw.com |
| Counsel to Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances | Fultz Maddox Dickens PLC | Attn: Phillip A. Martin, Laura M. Brymer | 101 South Fifth Street | 27th Floor | Louisville | KY | 40202 | | 502-588-2000 | 502-588-2020 | pmartin@fmdlegal.com lbrymer@fmdlegal.com |
| Counsel to Yang Ming (America) Corp., and Yang Ming Marine Transport Corp. | Gellert Scali Busenkell & Brown LLC | Attn: Gary F. Seitz | 8 Penn Center | 1628 John F. Kennedy Blvd, Suite 1901 | Philadelphia | PA | 19103 | | 215-238-0011 | | gseitz@gsbblaw.com |
| Counsel to Henkel Corporation, American Lebanese Syrian Associated Charities, Inc. | Gibbons P.C. | Attn: Brett S. Theisen, Natasha M. Songonuga | One Pennsylvania Plaza | 37th Floor | New York | NY | 10119-3701 | | 212-613-2000 | 212-290-2018 | btheisen@gibbonslaw.com nsongonuga@gibbonslaw.com |
| Counsel to Henkel Corporation | Gibbons P.C. | Attn: Howard A. Cohen | 300 Delaware Avenue | Suite 1015 | Wilmington | DE | 19801-1671 | | 302-518-6324 | | hcohen@gibbonslaw.com |
| Counsel to A.O. Smith Corporation | Godfrey & Kahn, S.C. | Attn: Timothy F. Nixon | One East Main Street | Suite 500 | Madison | WI | 53703 | | 608-257-3911 | 608-257-0609 | tnixon@gklaw.com |
| Counsel to AMAV Enterprises Ltd. | Golenbock Eiseman Assor Bell & Peskoe LLP | Attn: Jonathan L. Flaxer, Esq., Michael S. Weinstein, Esq. | 711 Third Avenue | | New York | NY | 10017 | | 212-907-7300 | 212-754-0330 | jflaxer@golenbock.com mweinstein@golenbock.com |
| Counsel to Waste Management National Services, Inc. | Goodwin Procter LLP | Attn: Barry Z. Bazian | The New York Times Building | 620 Eighth Avenue | New York | NY | 10018 | | 212-813-8800 | 212-355-3333 | gfox@goodwinlaw.com bbazian@goodwinlaw.com |
| Counsel to Cape Town Plaza LLC, New Westgate Mall LLC, and STAG IV Cheektowaga, LLC | Goulston & Storrs PC | Attn: Douglas B. Rosner | 400 Atlantic Avenue | | Boston | MA | 02110-3333 | | 617-482-1776 | 617-574-4112 | drosner@goulstonstorrs.com |
| Counsel to Cape Town Plaza LLC, New Westgate Mall LLC, and STAG IV Cheektowaga, LLC | Goulston & Storrs PC | Attn: Trevor R. Hoffmann | 885 Third Avenue | 18th Floor | New York | NY | 10022 | | 212-878-5048 | 212-878-6911 | thoffmann@goulstonstorrs.com |
| Counsel to American National Insurance Company | Greer, Herz & Adams, LLP | Attn: Frederick Black, Tara B. Annweiler, Marc D. Young | One Moody Plaza | 18th Floor | Galveston | TX | 77550 | | 409-797-3200 | 409-766-6424 | tannweiler@greerherz.com |
| Counsel to Criteo S.A. | Hahn & Hessen LLP | Attn: Janine M. Figueiredo, Esq. | 488 Madison Avenue | 15th Floor | New York | NY | 10022 | | 212-478-7200 | 212-478-7400 | jfigueiredo@hahnhessen.com |
| Co-Counsel to Taubman Landlords and NW Properties Landlords | Halperin Battaglia Benzija, LLP | Attn: Donna H. Lieberman, Esq. | 40 Wall Street | 37th Floor | New York | NY | 10005 | | 212-765-9100 | | dlieberman@halperinlaw.net |
| Top 20 Unsecured Creditor | Hanesbrands Inc | Attn: Joia Johnson, Chief Administrative Officer and General Counsel | 1000 East Hanes Mill Road | | Winston Salem | NC | 27105 | | | | joia.johnson@hanes.com howard.upchurch@hanes.com |
| Counsel to Van Hook Service Co., Inc. | Harris Beach PLLC | Attn: Kevin Tompsett, Esq. | 99 Garnsey Road | | Pittsford | NY | 14534 | | 585-419-8800 | 585-419-8812 | ktompsett@harrisbeach.com |
| Counsel to RubyRed Garment Manufacturing S.A.E. (Jerseywear)/Egypt | Herrick, Feinstein LLP | Attn: Stephen B. Selbst | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1400 | | sselbst@herrick.com |
| Counsel to BH North American Corporation | Higgs Fletcher & Mack LLP | Attn: Martin A. Eliopulos, Esq. | 401 West A Street | Suite 2600 | San Diego | CA | 92101 | | 619-236-1551 | 619-696-1410 | elio@higgslaw.com |
| Counsel to Plaza las Americas, Inc. and Plaza del Caribe, S.E. | Holland & Knight LLP | Attn: Barbra R. Parlin | 31 West 52nd Street | | New York | NY | 10019 | | 212-513-3200 | 212-385-9010 | barbra.parlin@hklaw.com |
| Counsel to UBS AG, as lender for the Sparrow Term Loan maturing 2019 | Hunton Andrews Kurth LLP | Attn: Brett L. Gross | 200 Park Avenue | | New York | NY | 10166 | | 212-309-1264 | | bgross@HuntonAK.com |
| Counsel to WC Independence Center LLC, WC MRP Belleville Center, LLC | Husch Blackwell LLP | Attn: Lynn H. Butler | 111 Congress Avenue | Suite 1400 | Austin | TX | 78701 | | 512-479-9758 | 512-226-7318 | lynn.butler@huschblackwell.com |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market Street | | Philadelphia | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | Mimi.M.Wong@irscounsel.treas.gov |

In re: Sears Holdings Corporation, *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | Mimi.M.Wong@irscounsel.treas.gov |
| Counsel to Lennox International Inc. and Lennox National Account Services, LLC | Judith Elkin PLLC | Attn: Judith Elkin | 23 Malysana Lane | | New Rochelle | NY | 10805 | | 917-671-8062 | | elkinj@mac.com |
| Counsel to Computershare Turst Company, N.A., as Indenture Trustee | Kelley Drye & Warren LLP | Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., T. Charlie Liu, Esq. | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | KDWBankruptcyDepartment@KelleyDrye.com bfeder@kelleydrye.com cliu@kelleydrye.com |
| Counsel to Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances | Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Sean C. Southard, Lauren C. Kiss | 200 West 41st Street | 17th Floor | New York | NY | 10036-7203 | | 212-972-3000 | 212-972-2245 | ssouthard@klestadt.com lkiss@klestadt.com |
| Counsel to PREIT Services, LLC, BET Investments, and the Robbins Companies | Kurtzman \| Steady, LLC | Attn: Jeffrey Kurtzman | 401 S. 2nd Street | Suite 200 | Philadelphia | PA | 19147 | | 215-839-1222 | | kurtzman@kurtzmansteady.com |
| Counsel to Alatex, a Joint Venture, Papa Rochester, LP, Walters Investments, LP, Wal-Go Associates LLC | Langley & Banack, Incorporated | Attn: David S. Gragg | Trinity Plaza II, Ninth Floor | 745 E. Mulberry, Suite 900 | San Antonio | TX | 78212 | | 210-736-6600 | 210-735-6889 | dgragg@langleybanack.com |
| Counsel to Oster Yorktown Properties, LLC, U.S. Realty 86 Associates and Westmount Plaza Associates | Lasser Hochman, L.L.C. | Attn: Richard L. Zucker | 75 Eisenhower Parkway | | Roseland | NJ | 07068 | | 973-226-2700 | 973-226-0844 | rzucker@lasserhochman.com |
| Counsel to Simon Property Group | Latham & Watkins LLP | Attn: Marc A. Zelina | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | marc.zelina@lw.com |
| Counsel to Simon Property Group | Latham & Watkins LLP | Attn: Peter M. Gilhuly, Ted A. Dillman | 355 South Grand Ave | Ste. 100 | Los Angeles | CA | 90071-1560 | | | | peter.gilhuly@lw.com ted.dillman@lw.com |
| Counsel to Vandale Industries, Inc. | Law Office of Gilbert A. Lazarus, PLLC. | Attn: Gilbert A. Lazarus | 92-12 68th Avenue | | Forest Hills | NY | 11375 | | 917-417-3795 | | gillazarus@gmail.com |
| Counsel to NW Properties Landlords | Law Office of Kevin S. Neiman, PC | Attn: Kevin S. Neiman | 999 18th Street | Suite 1230 S | Denver | CO | 80202 | | 303-996-8637 | | kevin@ksnpc.com |
| Counsel to Cudlie Accessories LLC, Flatbush Center Parking LLC | Lazarus & Lazarus, P.C. | Attn: Harlan M. Lazarus | 240 Madison Avenue | 8th Floor | New York | NY | 10016 | | 212-889-7400 | 212-684-0314 | hlazarus@lazarusandlazarus.com harlan.lazarus@gmail.com |
| Counsel to Westfield, LLC and its affiliate, Annapolis Mall Owner LLC, Brandon Shopping Center Partners LTD, Broward Mall LLC, Citrus Park Mall Owner LLC, Countryside Mall LLC, Roseville Shoppingtown LLC, Meriden Square Partnership, Montgomery Mall Owner LLC, North County Fair LP and EWH Escondido Associates, L.P., Oakridge Mall LLC, WEA Palm Desert LLC, Sarasota Shoppingtown LLC, WEA Southcenter LLC, Sunrise Mall LLC, UTC Venture LLC, Valencia Town Center Venture, L.P., Wheaton Plaza Regional Shopping Center LLC, Beneson Capital Partners, LLC and its affiliate Brooks Shopping Centers, LLC | LeCrairRyan, PLLC | Attn: Ilan Markus and Niclas A. Ferland | 545 Long Wharf Drive | 9th Floor | New Haven | CT | 06511 | | 203-672-3212 | 203-672-3231 | ilan.markus@leclairryan.com niclas.ferland@leclairryan.com |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Attn: David G. Aelvoet | 711 Navarro Street | Ste 300 | San Antonio | TX | 78205 | | 210-225-6763 | 210-225-6410 | sanantonio.bankruptcy@publicans.com |
| Counsel to Tarrant County and Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75027 | | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@publicans.com |
| Counsel to Matagorda County, Angelina County, Cleveland ISD, Galveston County, Orange County, Cypress-Fairbanks ISD, Tyler County, Fort Bend County, Wharton Co Jr Coll Dist, Harris County, Jasper County, Houston CAD, Montgomery County, and Polk County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3400 | 713-844-3503 | houston_bankruptcy@publicans.com |
| Counsel to LTMAC Properties, LLC | Linowes and Blocher LLP | Attn: John T. Farnum, Esq. | 7200 Wisconsin Avenue | Suite 800 | Bethesda | MD | 20814 | | 301-961-5275 | 301-654-2801 | jfarnum@linowes-law.com |
| Counsel to Pension Benefit Guaranty Corporation | Locke Lord LLP | Attn: Brian A. Raynor, Aaron C. Smith, David W. Wirt | 111 South Wacker Drive | | Chicago | IL | 60606 | | 312-443-0219; 312-443-0460; 312-443-0700 | 312-443-0336 | braynor@lockelord.com asmith@lockelord.com dwirt@lockelord.com |
| Counsel to Active Media Services, Inc., d/b/a Active International | Lowenstein Sandler LLP | Attn: Bruce Buechler | One Lowenstein Drive | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | bbuechler@lowenstein.com |

In re: Sears Holdings Corporation, *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to the County of Anderson, Texas, Bastrop County Water Control and Improvement District #2, The County of Bastrop, Texas, Tax Appraisal District of Bell County, The County of Bosque, Texas, Bowie Central Appraisal District, The County of Brazos, Texas, Brown County Appraisal District, Burnet Central Appraisal District, Cherokee County Appraisal District, The County of Cherokee, Texas, The County of Comal, Texas, The County of Coryell, Texas, The County of Denton, Texas, Denton County Road Utility District #1, County of Erath, The County of Guadalupe, Texas, Harrison Central Appraisal District, The County of Harrison, Texas, The County of Hays, Texas, The County of Henderson, Texas, The County of Jasper, Texas, Groesbeck Independent School District, The City of Groesbeck, Texas, Mexia Independent School District, City of Waco and/or Waco Independent School District, Midland Central Appraisal District, Central Appraisal District of Taylor County, Terry County Appraisal District, The County of Wharton, Texas and The County of Williamson, Texas, (jointly "The Texas Ad Valorem Taxing Jurisdictions") | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Lee Gordon, Tara LeDay | P. O. Box 1269 | | Round Rock | TX | 78680 | | 512-323-3200 | 512-323-3205 | tleday@mvbalaw.com |
| Counsel to Automotive Rentals, Inc., and ARI Fleet LT | McGlinchey Stafford, PLLC | Attn: Brian S. McGrath, Kristen D. Romano | 112 West 34th Street | Suite 1515 | New York | NY | 10120 | | 646-362-4000; 646-362-4044 | 646-304-8363 | bmcgrath@mcglinchey.com; kromano@mcglinchey.com |
| Counsel to Automotive Rentals, Inc. and ARI Fleet LT | McGlinchey Stafford, PLLC | Attn: Mark J. Chaney, Esq., Richard A. Aguilar, Esq., Rudy J. Cerone, Esq. | 601 Poydras Street | 12th Floor | New Orleans | LA | 70130 | | 504-596-2784; 504-596-2884; 504-596-2786 | 504-910-9065; 504-910-8371; 504-910-9362 | mchaney@mcglinchey.com; raguilar@mcglinchey.com; rcerone@mcglinchey.com |
| Counsel to Missouri Department of Revenue | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther, Special Assistant Attorney General | 301 W. High Street, Room 670 | P.O. Box 475 | Jefferson City | MO | 65105-0475 | | 573-751-5531 | 573-751-7232 | sdnyecf@dor.mo.gov |
| Counsel to Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | Attn: Laura McCarthy | One Federal Street | 32nd Fl | Boston | MA | 02110-1726 | | 617-341-7716 | 617-341-7701 | laura.mccarthy@morganlewis.com |
| Counsel to Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | Attn: Neil E. Herman | 101 Park Avenue | | New York | NY | 10178-0600 | | 212-309-6000 | 212-309-6001 | neil.herman@morganlewis.com |
| Counsel to Net Lease Management Partners, L.L.C., Greensboro Lease Management, L.L.C., and Brighton Lease Management, L.L.C. | Morris James LLP | Attn: Stephen M. Miller | 500 Delaware Avenue, Suite 1500 | P.O. Box 2306 | Wilmington | DE | 19899-2306 | | 302-888-6853 | 302-571-1750 | smiller@morrisjames.com |
| Counsel to Lefmark Tamiami, Inc. | Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller, Joseph C. Barsalona II | 1201 North Market Street | P.O. Box 1347 | Wilmington | DE | 19899 | | 302-658-9200 | 302-658-3989 | cmiller@mnat.com; jbarsalona@mnat.com |
| Counsel to Allure Gems, LLC | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Robert K. Dakis | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8600 | 212-735-8708 | bankruptcy@morrisoncohen.com |
| Counsel to International Airport Center, Inc. | Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | 500 N. Akard Street | Suite 3800 | Dallas | TX | 75201-6659 | | 214-855-7500 | 214-855-7584 | dperry@munsch.com |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry | 1850 M St., NW | 12th Floor | Washington | DC | 20036 | | 202-326-6052 | 202-331-1427 | kcordry@naag.org |
| Counsel to Michelin North America, Inc. | Nelson Mullins Riley & Scarborough LLP | Attn: Jody A. Bedenbaugh | 1320 Main Street, 17th Floor | Post Office Box 11070 (29211) | Columbia | SC | 29201 | | 803-799-2000 | | jody.bedenbaugh@nelsonmullins.com |
| Counsel to Retail Opportunity Investments Corp. | Nelson Mullins Riley & Scarborough LLP | Attn: Shane G. Ramsey | 280 Park Avenue | 15th Floor West | New York | NY | 10017 | | 646-428-2600 | 646-428-2610 | shane.ramsey@nelsonmullins.com |
| Counsel to World Technologies, Inc. d/b/a Techtronic Industries Power Equipment | Norton Rose Fulbright US LLP | Attn: Howard Seife, Esq., & Christy Rivera, Esq. | 1301 Avenue of the Americas | | New York | NY | 10019-6022 | | 212-408-5100 | 212-541-5369 | howard.seife@nortonrosefulbright.com; christy.rivera@nortonrosefulbright.com |
| Counsel to the Comptroller of Public Accounts of the State of Texas | Office of the Texas Attorney General | Attn: Rachel R. Obaldo, Assistant Attorney General | Bankruptcy & Collections Division MC 008 | P.O. Box 12548 | Austin | TX | 78711-2548 | | 512-475-4551 | 512-936-1409 | rachel.obaldo@oag.texas.gov |
| United States Trustee Southern District of New York | Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey | 201 Varick St. | Ste. 1006 | New York | NY | 10014 | | 212-510-0500 | 212-668-2255 | richard.morrissey@usdoj.gov; paul.schwartzberg@usdoj.gov |
| Counsel to J.W. Mitchell Company, LLC | OKeefe & Associates Law Corporation, P.C. | Attn: Sean A. O'Keefe | 130 Newport Center Drive | Suite 140 | Newport Beach | CA | 92660 | | 949-735-5540 | 949-274-8639 | sokeefe@okeefelc.com |
| Top 20 Unsecured Creditor | Paco (China) Garment Ltd | Attn: Lily Wang | No 9 Yueyang Road, Building B | | Qingdao | Shandong | 266000 | China | | | lily@pacogarment.com |
| Counsel to Hangzhou GreatStar Industrial Co., Ltd | Parker Poe Adams & Bernstein LLP | Attn: Kiah T. Ford IV | 401 South Tryon Street | Suite 3000 | Charlotte | NC | 28202 | | 704-372-9000 | | chipford@parkerpoe.com |

In re: **Sears Holdings Corporation,** *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to GACP II, L.P. | Paul Hastings LLP | Attn: Leslie A. Plaskon, Esq., Andrew V. Tenzer, Esq., Shlomo Maza, Esq. | 200 Park Avenue | | New York | NY | 10166 | | 212-318-6000 | 212-319-4090 | leslieplaskon@paulhastings.com andrewtenzer@paulhastings.com shlomomaza@paulhastings.com |
| Counsel to Richardson ISD, City of Garland, Garland ISD, Carrollton-Farmers Branch ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Ebony Cobb | 500 E. Border Street | Suite 640 | Arlington | TX | 76010 | | 817-461-3344 | 817-860-6509 | ecobb@pbfcm.com |
| Counsel to Lubbock Central Appraisal District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | P.O. Box 817 | | Lubbock | TX | 79408 | | 806-744-5091 | 806-744-9953 | lmbkr@pbfcm.com |
| Counsel to Spring Branch Independent School District, et al | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik | 1235 North Loop West | Suite 600 | Houston | TX | 77008 | | 713-862-1860 | 713-862-1429 | osonik@pbfcm.com |
| Counsel to Norton Mailman Associates | Pick & Zabicki LLP | Attn: Douglas J. Pick | 369 Lexington Avenue | 12th Floor | New York | NY | 10017 | | 212-695-6000 | 212-695-6007 | dpick@picklaw.net |
| Counsel to the Marion Plaza, Inc. dba Eastwood Mall, Governor's Square Company dba Governor's Square Mall, Huntington Mall Company dba Huntington Mall, Meadowbrook Mall Company dba Meadowbrook Mall, Ohio Valley Mall Company dba Ohio Valley Mall, the Cafaro Northwest Partnership dba South Hill Mall, Spotsylvania Mall Company dba Spotsylvania Towne Centre and Howland Commons, LLC dba Howland Commons | Pierce McCoy, PLLC | Attn: Jonathan A. Grasso | 85 Broad Street | Suite 17-063 | New York | NY | 10004 | | 212-320-8393 | 757-257-0387 | jon@piercemccoy.com |
| Counsel to Tote, Inc. | Price Meese Shulman & D'Arminio, P.C. | Attn: Rick A. Steinberg | 50 Tice Boulevard | Suite 380 | Woodcliff Lake | NJ | 07677 | | 201-391-3737 | 201-391-9360 | rsteinberg@pricemeese.com |
| Claims Agent | Prime Clerk LLC | Attn: Herb Baer, Richard M. Allen | 830 3rd Avenue | 9th Floor | New York | NY | 10022 | | 212-257-5450 | 646-328-2851 | searsteam@primeclerk.com serviceqa@primeclerk.com |
| Counsel to MCS Hemet Valley Center LLC | Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy | 525 B Street | Suite 2200 | San Diego | CA | 92101 | | 619-238-1900 | 619-235-0398 | gerald.kennedy@procopio.com |
| Counsel to ABC Supply Co. Inc. | Pryor & Mandelup, L.L.P. | Attn: Robert L. Pryor | 675 Old Country Road | | Westbury | NY | 11590 | | 516-997-0999 | 516-333-7333 | rlp@pryormandelup.com |
| Counsel to Southhaven Associates LLC | Reid and Riege, P.C. | Attn: Charles J. Filardi, Jr. | One Financial Plaza | 21st Floor | Hartford | CT | 06103 | | 860-240-1076 | 860-240-1002 | cfilardi@rrlawpc.com |
| Counsel to Miele, Inc. | Reiss+Preuss LLP | Attn: Guy A. Reiss, Erik Tikkanen | 200 West 41st Street | 20th Floor | New York | NY | 10036 | | 646-731-2770 | | greiss@reisspreuss.com etikkanen@reisspreuss.com |
| Counsel to Miele, Inc. | Robert E. Michael & Associates PLLC | Attn: Robert E. Michael, Aaron Hume | 5911 Riverdale Avenue | | New York | NY | 10471 | | 212-758-4606 | | Robert.e.michael.esq@gmail.com Aron.hume@gmail.com |
| Counsel to East End Commons Associates LLC | Robinson Brog Leinwand Greene Genovese & Gluck P.C. | Attn: Fred B. Ringel, Esq. | 875 Third Avenue | 9th Floor | New York | NY | 10022 | | 212-603-6300 | | fbr@robinsonbrog.com |
| Counsel to Apex Tool Group, LLC | Ropes & Gray LLP | Attn: Gregg M. Galardi, Kimberly J. Kodis, Sam N. Ashuraey | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | | 212-596-9000 | 212-596-9090 | gregg.galardi@ropesgray.com kimberly.kodis@ropesgray.com sam.ashuraey@ropesgray.com |
| Counsel to Cross Country Home Services, Inc. | Ropes & Gray LLP | Attn: James M. Wilton, Patricia I. Chen | Prudential Tower | 800 Boylston Street | Boston | MA | 02199-3600 | | 617-951-7000 | 617-951-7050 | james.wilton@ropesgray.com patricia.chen@ropesgray.com |
| Counsel to Cranston/BVT Associates, LLP | Rosen & Associates, P.C. | Attn: Sanford P. Rosen, Esq. | 747 Third Avenue | | New York | NY | 10017-2803 | | 212-223-1100 | 212-223-1102 | srosen@rosenpc.com |
| Counsel to HRA Fountains LP | S&D Law | Attn: Steven W. Kelly | 1290 Broadway | Suite 1650 | Denver | CO | 80203 | | 303-399-3000 | | skelly@s-d.com |
| Counsel to Ray Padula Holdings, LLC | Sahn Ward Coschignano, PLLC | Attn: Robert A. Abiuso, Matthew C. McCann | 333 Earle Ovington Boulevard | Suite 601 | Uniondale | NY | 11553 | | 516-228-1300 | 516-228-0038 | mmccann@swc-law.com rabiuso@swc-law.com |
| Counsel to Sakar International Inc. | Sakar | Attn: Jay Weinblatt | 195 Carter Drive | | Edison | NJ | 08817 | | | | jweinblatt@sakar.com |
| Counsel to International Business Machines Corporation & Advance Magazine Publishers Inc. | Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Abigail Snow, Pamela Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com asnow@ssbb.com pbosswick@ssbb.com |
| Counsel to Invicta Watch Company of America, Inc. | Saul Ewing Arnstein & Lehr LLP | Attn: Dipesh Patel | 1270 Avenue of the Americas | Suite 2005 | New York | NY | 10020 | | 212-980-7200 | 973-286-6818 | dipesh.patel@saul.com |
| Counsel to Invicta Watch Company of America, Inc. | Saul Ewing Arnstein & Lehr LLP | Attn: Phillip M. Hudson III, Carmen Contreras-Martinez | 200 S. Biscayne Blvd. | Suite 3600 | Miami | FL | 33131 | | 305-428-4500 | 305-374-4744 | phil.hudson@saul.com carmen.contreras-martinez@saul.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | 100 F Street, NE | | Washington | DC | 20549 | | 202-942-8088 | | secbankruptcy@sec.gov NYROBankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | | 212-336-1100 | | bankruptcynoticeschr@sec.gov |
| Counsel to Wilmington Trust, National Association, as indeture trustee and collateral agent | Seyfarth Shaw LLP | Attn: Edward M. Fox | 620 8th Avenue | | New York | NY | 10018 | | 212-218-4646 | 914-344-1339 | emfox@seyfarth.com |
| Counsel to Sears Hometown and Outlet Stores, Inc. | Shearman & Sterling LLP | Attn: Fredric Sosnick, Sara Coelho | 599 Lexington Avenue | | New York | NY | 10022 | | 212-848-4000 | 646-848-7179 | fsosnick@shearman.com sara.coelho@shearman.com |
| Counsel for Everlast World's Boxing Headquarters Corp. | Sheppard Mullin Richter & Hampton, LLP | Attn: Alan M. Feld, Esq., Ted Cohen, Esq. | 333 S. Hope Street | 43rd Floor | Los Angeles | CA | 90071 | | | | afeld@sheppardmullin.com tcohen@sheppardmullin.com |
| Counsel to Manco Florida Associates, LLC | Shutts & Bowen LLP | Attn: Ryan C. Reinert, Esq. | 4301 W. Boy Scout Blvd | Suite 300 | Tampa | FL | 33607 | | 813-229-8900 | 813-229-8901 | rreinert@shutts.com |
| Counsel to Simon Property Group, L.P. | Simon Property Group, L.P. | Attn: Ronald M. Tucker, Esq. | 225 West Washington Street | | Indianapolis | IN | 46204 | | 317-263-2346 | 317-263-7901 | rtucker@simon.com |

In re:  Sears Holdings Corporation, *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Summit Portraits, LLC | Singer & Levick, P.C. | Attn: Michelle E. Shriro | 16200 Addison Road | Suite 140 | Addison | TX | 75001 | | 972-380-5533 | 972-380-5748 | mshriro@singerlevick.com |
| Counsel to Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | 155 N. Wacker Drive | | Chicago | IL | 60606 | | 212-735-3260, 212-735-3882 | 917-777-3260, 917-777-3882 | paul.leake@skadden.com shana.elberg@skadden.com george.howard@skadden.com |
| Counsel to Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | 4 Times Square | | New York | NY | 10036 | | 212-735-3000 | 212-735-2000 | Paul.Leake@skadden.com Shana.Elberg@skadden.com George.Howard@skadden.com |
| Counsel to Quest Resource Management Group, LLC | Skierski Jain PLLC | Attn: Doug Skierski, Kristin H. Jain | 400 N. St. Paul | Suite 510 | Dallas | TX | 75201 | | 214-446-0330 | 214-446-0322 | enotices@skijain.com |
| Counsel to Paco (China) Garment Ltd. | Smiley Wang-Ekvall, LLP | Attn: Lei Lei Wang Ekvall, Philip E. Strok | 3200 Park Center Drive | Suite 250 | Costa Mesa | CA | 92626 | | 714-445-1000 | 714-445-1002 | pstrok@swelawfirm.com |
| Counsel to Florida Self-Insurers Guaranty Association, Inc. | Sorenson Van Leuven, PLLC | Attn: James E. Sorenson | PO Box 3637 | | Tallahassee | FL | 32315-3637 | | 850-388-0500 | 850-391-6800 | bk@svllaw.com |
| Top 5 Secured Creditor | SRAC Medium Term Notes | Attn: Mary A. Callahan Vice President | The Bank of New York Mellon Trust Company | 2 N. LaSalle Street – Suite 700 | Chicago | IL | 60602 | | 312-827-8546 | | mary.callahan@bnymellon.com |
| Top 5 Secured Creditor | SRAC Unsecured Notes | Attn: Mary A. Callahan Vice President | The Bank of New York Mellon Trust Company | 2 N. LaSalle Street – Suite 700 | Chicago | IL | 60602 | | 312-827-8546 | | mary.callahan@bnymellon.com |
| Counsel to Levin Management Corporation, Phillips Edison & Company, Conopco Inc. dba Unilever | Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin | P.O. Box 5315 | | Princeton | NJ | 08543 | | 609-219-7458, 609-791-7022 | 609-896-0629, 609-896-0629 | tonder@stark-stark.com jlemkin@stark-stark.com |
| Counsel to East Penn Manufacturing Co. | Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | cp@stevenslee.com |
| Counsel to Dell Financial Services L.L.C | Streusand, Landon, Ozburn & Lemon, LLP | Attn: Sabrina L. Streusand | 1801 S. Mopac Expressway | Suite 320 | Austin | TX | 78746 | | 512-236-9901 | 512-236-9904 | streusand@slollp.com |
| Counsel to Fairholme Capital Management, LLC, and the Fairholme Funds, Inc. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Brian D. Glueckstein, David R. Zylberberg | 125 Broad Street | | New York | NY | 1004-2498 | | 212-558-1100 | 212-558-3588 | dietdericha@sullcrom.com zylberbergd@sullcrom.com |
| Counsel to Vertical Industrial Park Associates | Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Michael J. Riela | 900 Third Avenue | 13th Floor | New York | NY | 10022 | | 212-508-6700 | 212-371-1084 | Riela@thsh.com |
| Counsel to the Taubman Landlords | Taubman Landlords | Attn: Andrew S. Conway | 200 East Long Lake Road | Suite 300 | Bloomfield Hills | MI | 48304 | | 248-258-7427 | | aconway@taubman.com |
| Top 5 Secured Creditor and Pension Benefit Guaranty Corporation ("PBGC") | The Pension Benefit Guaranty Corporation (PBGC) | Attn: Judith Starr, Kartar S. Khalsa, William McCarron, Jr., & Adi Berger, Director | Office of the General Counsel | 1200 K Street, N.W. | Washington | DC | 20005-4026 | | 202-326-4400; 202-326-4020 | 202-326-4112 | Starr.Judith@pbgc.gov mccarron.william@pbgc.gov efile@pbgc.gov |
| Counsel to Virginia Surety Company, Inc. | Thompson Hine LLP | Attn: Curtis L. Tuggle | 3900 Key Center | 127 Public Square | Cleveland | OH | 44114-1291 | | 212-908-3994 | 212-344-6101 | Curtis.Tuggle@ThompsonHine.com |
| Top 20 Unsecured Creditor | TJ Tianxing Kesheng Leather Products Co Ltd | Attn: Power Wang | No. 2 Jianshe Road Baodi District | | Tianjin | Tianjin | 301200 | China | 86-22-29243522 | | powerwangtxks@vip.126.com |
| Counsel to the Tennessee Department of Revenue | TN Dept of Revenue | Attn: Herbert H. Slatery III, Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-741-1935 | 615-741-3334 | AGBankNewYork@ag.tn.gov |
| Indenture trustee for the KCD IP Asset Backed Notes | U.S. Bank National Association | Attn: Jose A Galarza, Vice President, Global Structured Finance | 190 S. LaSalle Street, 3rd Floor | MS: MK-IL-SL7M | Chicago | IL | 60603 | | 312-332-7453 | | jose.galarza@usbank.com |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division | 86 Chambers Street | 3rd Floor | New York | NY | 10007 | | 212-637-2200 | 212-637-2685 | David.Jones6@usdoj.gov Jeffrey.Oestericher@usdoj.gov Joseph.Cordaro@usdoj.gov Carina.Schoenberger@usdoj.gov Lawrence.Fogelman@usdoj.gov Peter.Aronoff@usdoj.gov Linda.Riffkin@usdoj.gov |
| Counsel to Agri-Fab, Inc. | Vedder Price P.C. | Attn: Kevin J. Etzel | 1633 Broadway | 31st Floor | New York | NY | 10019 | | 212-407-7789 | 212-407-7799 | ketzel@vedderprice.com |
| Counsel to NorthStar Group Services, Inc. | Vedder Price P.C. | Attn: Michael L. Schein | 1633 Broadway | 31st Floor | New York | NY | 10019 | | 212-407-7700 | 212-407-7799 | mschein@vedderprice.com |
| Counsel to Hanesbrands, Inc. | Waldrep LLP | Attn: Thomas W. Waldrep, Jr. | 101 S. Stratford Road | Suite 210 | Winston-Salem | NC | 27104 | | 336-717-1440 | 336-717-1340 | notice@waldrepllp.com |
| Counsel to Wolverine World Wide, Inc. and its affiliates, Chervon (HK), Ltd. | Warner Norcross + Judd LLP | Attn: Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, NW | Grand Rapids | MI | 49503 | | 616-752-2185 | 616-222-2185 | gtoering@wnj.com |
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny Singh | 767 Fifth Avenue | | New York | NY | 10153 | | 212-310-8000 | 212-310-8007 | ray.schrock@weil.com garrett.fail@weil.com jacqueline.marcus@weil.com sunny.singh@weil.com JeriLeigh.Miller@weil.com jessica.liou@weil.com Paloma.VanGroll@weil.com |
| Counsel to Lake Success Shopping Center LLC | Weiss Zarett Brofman Sonnenklar & Levy, P.C. | Attn: Michael D. Brofman, Esq. | 3333 New Hyde Park Road | Suite 211 | New Hyde Park | NY | 11042 | | 516-627-7000 | | mbrofman@weisszarett.com |
| Counsel to the J.M. Smucker Company and Ainsworth Pet Nutrition LLC | Whiteford, Taylor & Preston LLC | Attn: Stephen B. Gerald | The Renaissance Centre | 405 North King Street, Suite 500 | Wilmington | DE | 19801-3700 | | 410-347-8758 | | sgerald@wtplaw.com |
| Counsel to Capref Burbank, LLC | Williams Legal Advisory Group, LLC | Attn: Amy M. Williams | 169 Ramapo Valley Road | Suite 106 | Oakland | NJ | 07436 | | 888-475-5522 | | awilliams@williamsadvisors.com |

**In re: Sears Holdings Corporation, *et al.***
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Drayton Plains (MI), LLC | Willkie Farr & Gallagher LLP | Attn: Alan J. Lipkin, Gabriel Brunswick | 787 Seventh Avenue | | New York | NY | 10019 | | 212-728-8000 | 212-728-8111 | alipkin@willkie.com gbrunswick@willkie.com |
| Counsel to Wilmington Trust, National Association, as indeture trustee and collateral agent | Wilmington Trust, National Association | Attn: Steven Cimalore, Vice President | Rodney Square North | 1100  North Market Street | Wilmington | DE | 19890-0001 | | | 302-651-4149 | scimalore@wilmingtontrust.com |
| Counsel to Wolf Family Series LP d/b/a Series III, Ontario Enterprises of the Wolf Family Series LP | Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron | 11400 West Olympic Boulevard | 9th Floor | Los Angeles | CA | 90064-1582 | | 310-478-4100 | 310-479-1422 | saron@wrslawyers.com |
| Counsel to Fruit of the Loom, Inc., Vanity Fair Brands, LP and Russell Brands, LLC | Wyatt, Tarrant & Combs, LLP | Attn: Mary L. Fullington | 250 West Main Street | Suite 1600 | Lexington | KY | 40507-1746 | | 859-233-2012 | 859-259-0649 | mfullington@wyattfirm.com |

**<u>Annex B</u>**

**<u>Attached Below</u>**

In re:  Sears Holdings Corporation, *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Brookfield Proprty REIT Inc., as Agent | Brookfield Property REIT Inc. | Attn: Kristen N. Pate | 350 N. Orleans St. | Suite 300 | Chicago | IL | 60654-1607 | | 312-960-2940 | 312-442-6374 |
| Counsel to Aransas County, Bee County, Jim Wells CAD, Nueces County, City of Harlingen, Hidalgo County, Victoria County, Blanco CAD, Harlingen CISD, Cameron County | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane Wade Sanders | P.O. Box 17428 | | Austin | TX | 78760 | | 512-447-6675 | 512-443-5114 |
| Successor Trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes | The Bank of New York Mellon Trust Company | Attn: Corporate Trust Administration | 101 Barclay St., Floor 8W | | New York | NY | 10286 | | | |
| Counsel to Travis County | Travis County Attorney | Attn: David Escamilla | P.O. Box 1748 | | Austin | TX | 78767 | | 512-854-9092 | 512-854-9316 |
| Indenture Trustee for the Second Lien Notes | Wilmington Trust, National Association | Attn: Sears Holdings Corp. Administrator | Corporate Capital Markets | 50 South Sixth Street, Suite 1290 | Minneapolis | MN | 55402 | | | |
| Counsel to Eastview Mall, LLC, Greece Ridge, LLC & The Marketpalce | Wilmorite Management Group LLC | Attn: Donald C. Cowan, Jr. | 1265 Scottsville Road | | Rochester | NY | 14624 | | 585-464-9400 | 585-464-8419 |
| United States Bankruptcy Court for the Southern District of New York | Chambers of Honorable Robert D. Drain | Sears Chambers Copy | US Bankruptcy Court SDNY | 300 Quarropas Street, Room 248 | White Plains | NY | 10601 | | 914-467-7250 | |
| The U.S. Trustee | Office of the United States Trustee for Region 2 | Attn: Paul Schwartzberg, Esq. | 201 Varick Street | Suite 1006 | New York | NY | 10014 | | | |

Page 1 of 1

**Annex C**

Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Stephen Sitley Esq., and Luke J. Valentino, Esq.
Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garret A. Fail, Esq., and Sunny Singh, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153