# Exhibit A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD)(Jointly |
| Debtors.[1] | Administered) |

### ORDER PURSUANT TO FEDERAL RULE OF EVIDENCE 502(D)

Upon the motion, dated November 5, 2018 (the "Motion"), of the Official Committee of Unsecured Creditors of Sears Holding Corporation, *et al.* (the "Committee" or the "Movant"), for an order pursuant to Rule 502(d) of the Federal Rules of Evidence ("Rule 502(d) Order"); and

It appearing to the Court that entry of this Rule 502(d) Order will aid in the expeditious and efficient production of documents related to the investigation of Insider Transactions (as defined in the Motion) and other prepetition transactions involving the Debtors that the Committee is investigating (the "Prepetition Investigation"); and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

It further appearing to the Court that entry of this Rule 502(d) Order will limit further expenditure of time and resources by the Court, the Debtors, and other interested parties; and

After due deliberation, the Court having concluded that the Movant has established sufficient cause for the relief granted herein; and no additional notice being required except as specified herein; now, therefore, it is hereby ORDERED that:

1. The production of any document by any party in connection with the Prepetition Investigation shall not constitute a waiver of any privilege or protection with respect to those documents or their subject matter in this or any other proceeding.

2. This Order shall be interpreted to provide the greatest protection allowed by Federal Rule of Evidence 502, or otherwise permitted by law.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.


Dated: White Plains, New York


_____ \_\_, _____                    _____
                                                                    THE HONORABLE ROBERT D. DRAIN
                                                                    UNITED STATES BANKRUPTCY JUDGE