#040192611

THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 18-23538-rdd |
| | ) | |
| SEARS HOLDINGS CORPORATION | ) ) | CHAPTER 11 PROCEEDING |
| | ) | |
| Debtor | ) | JUDGE ROBERT D. DRAIN |

## **NOTICE OF APPEARANCE**

Please take notice that Weltman, Weinberg & Reis Co., L.P.A., 323 W. Lakeside Ave., Suite 200, Cleveland, Ohio 44113, has been retained as Attorney for Toyota Industries Commercial Finance, Inc., Creditor in the above-referenced Proceedings.

Copies of all further communications, pleadings, court notices, and other papers should be served on said Attorney as Attorney of Record.

WELTMAN, WEINBERG & REIS CO., L.P.A.

*/s/ Scott D. Fink*
Scott D. Fink
Agent for Toyota Industries Commercial Finance, Inc.
Weltman, Weinberg & Reis Co., L.P.A.
Lakeside Place, Suite 200
323 W. Lakeside Avenue
Cleveland, OH  44113-1099
216-739-5644
sfink@weltman.com

## **CERTIFICATE OF SERVICE**

A copy of the foregoing Notice of Appearance was mailed by ordinary United States Mail to the Attorney for the Debtors and the United States Trustee (Via e-mail) on the 6th day of November 2018.

Paul M. Basta Esq., Counselor for debtor at pbasta@paulweiss.com

Jacqueline Marcus, Counselor for debtor at jacqueline.marcus@weils.com

Ray C. Schrock, Counselor for debtor at ray.schrock@weil.com

Sunny Singh, Counselor for debtor at sunny.singh@weil.com

Adam M. Adler, Counselor for Claims and Noticing Agent at aadler@primeclerk.com

Ira S. Dizengoff, Counselor for Official Committee of Unsecured Creditors at idizengoff@akingump.com

Office of the United States Trustee at USTPRegion02.NYECF@USDOJ.GOV

and by regular U.S. Mail, postage prepaid, to:

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

*/s/ Scott D. Fink*
Scott D. Fink
Weltman, Weinberg & Reis Co., L.P.A.
Agent for Toyota Industries Commercial Finance, Inc.
323 W. Lakeside Avenue, Suite 200
Cleveland, OH 44113-1099