UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re:                                                         :        Chapter 11
                                                               :
Sears Holding Corporation, et al.,                             :        Case No. 18-23538-rdd
                                                               :
                              Debtors.                         :        (Jointly Administered)
                                                               :
---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Kevin L. Keeler to be admitted, *pro hac vice*, to represent Briggs & Stratton Corporation (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Wisconsin and the bar of the U.S. District Court for the Eastern District of Wisconsin, it is hereby,

**ORDERED**, that Kevin L. Keeler, Esq., is admitted to practice, *pro hac vice*, in the above referenced jointly administered cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       November 6, 2018

                                        /s/Robert D. Drain
                                        Robert D. Drain
                                        United States Bankruptcy Judge