ASHFORD – SCHAEL LLC
Courtney A. Schael, Esq. (CS-1295)
100 Quimby Street, Suite 1
Westfield, NJ  07090
(908) 232-5566
(908) 728-3113 telecopy
Counsel for Shinn Fu Company of America, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDING CORPORATION, *et al.*<br><br>                              Debtors. | Case No.:  18-23538 (RDD)<br><br>Chapter 11 |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE THAT** Shinn Fu Company of America, Inc. ("Shinn Fu"), hereby appears in the above-captioned case through its counsel, Ashford–Schael LLC. Ashford–Schael LLC enters its appearance on behalf of Shinn Fu pursuant to Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 9010(b), and hereby requests, pursuant to Bankruptcy Rules 2002 and 9007, and section 342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following:

Courtney A. Schael, Esq.
ASHFORD – SCHAEL LLC
100 Quimby Street, Suite 1
Westfield, NJ  07090
(908) 232-5566
(908) 728-3113 telecopy
Email: CSchael@AshfordNJLaw.com

**PLEASE TAKE FURTHER NOTICE THAT**, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes,

1

without limitation, any notice, including notice of rejection of leases, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, e-mail, hand delivery, telephone, telecopy or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE THAT** this Notice of Appearance and Request for Service of Papers is without prejudice to Shinn Fu's rights, remedies and claims against the Debtor and any other entities either in this case or in any other action, or any objection which may be made to the jurisdiction of the Court and shall not be deemed or construed to be a waiver of any objection thereto.  All rights, remedies and claims are hereby expressly reserved.

        **ASHFORD - SCHAEL, LLC**
        Counsel for Shinn Fu Company of America, Inc.

        By:    /s/ Courtney A. Schael
        Courtney A. Schael, Esq. (CS-1295)