IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(White Plains)

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.* | : | Bankruptcy No. 18-23538-RDD |
| | : | |
| Debtors | : | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

    Kindly enter my appearance on behalf of the Commonwealth of Pennsylvania, Department of Revenue, in the following cases:

| | |
|---|---|
| **Sears Holdings Corporation (Lead Case)** | **Case No. 18-23538-RDD** |
| **Sears, Roebuck and Co.** | **Case No. 18-23537-RDD** |
| **Kmart Operations, LLC** | **Case No. 18-23540-RDD** |
| **A & E Factory Service, LLC** | **Case No. 18-23543-RDD** |
| **A & E Lawn & Garden, LLC** | **Case No. 18-23545-RDD** |
| **Innovel Solutions, Inc.** | **Case No. 18-23548-RDD** |
| **Kmart Corporation** | **Case No. 18-23549-RDD** |
| **Private Brands, Ltd.** | **Case No. 18-23551-RDD** |
| **Sears Holdings Management Corporation** | **Case No. 18-23553-RDD** |
| **Sears Home & Business Franchises, Inc.** | **Case No. 18-23554-RDD** |
| **Sears Home Improvement Products, Inc.** | **Case No. 18-23555-RDD** |
| **Sears Insurance Services, LLC** | **Case No. 18-23556-RDD** |
| **Sears Procurement Services, Inc.** | **Case No. 18-23557-RDD** |
| **Sears Protection Company** | **Case No. 18-23558-RDD** |
| **Sears Roebuck Acceptance Corp.** | **Case No. 18-23560-RDD** |
| **MyGofer, LLC** | **Case No. 18-23573-RDD** |

    PLEASE TAKE NOTICE that the Commonwealth of Pennsylvania, Department of Revenue, respectfully requests that all notices given or required to be given in this case by the

Court and/or any other party to this case, be given to the Commonwealth by serving the undersigned counsel.

JOSH SHAPIRO
ATTORNEY GENERAL

DATED:   November 6, 2018        BY:   */s/ Carol E. Momjian*
Carol E. Momjian
Senior Deputy Attorney General
PA I.D. No. 49219
Office of Attorney General
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Tel: (215) 560-2128
Fax: (717) 772-4526
E-mail: cmomjian@attorneygeneral.gov