IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(White Plains)

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.* | : | Bankruptcy No. 18-23538-RDD |
| | : | |
| Debtors | : | |

## CERTIFICATE OF SERVICE

I, Carol E. Momjian, hereby certify that Notice of Appearance has been filed electronically on November 6, 2018, and is available for viewing and downloading from the Court's Electronic Case Filing System.

I further certify that I have this day served the foregoing document by first class mail, postage prepaid, on the following:  Not Applicable.

                                              JOSH SHAPIRO
                                              ATTORNEY GENERAL

DATED:  November 6, 2018          BY:   */s/ Carol E. Momjian*
                                                                  Carol E. Momjian
                                                                  Senior Deputy Attorney General
                                                                  PA I.D. No. 49219
                                                                  Office of Attorney General
                                                                  The Phoenix Building
                                                                  1600 Arch Street, Suite 300
                                                                  Philadelphia, PA 19103
                                                                  Tel: (215) 560-2128
                                                                  Fax: (717) 772-4526
                                                                  E-mail: cmomjian@attorneygeneral.gov