LAZARUS & LAZARUS, P.C.
240 Madison Avenue, 8th Floor
New York, New York 10016
*Attorneys for Creditor Ikeddi Imports LLC*
Harlan M. Lazarus, Esq.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re:

SEARS HOLDINGS CORPORATION., *et al.*　　　　Chapter 11

　　　　　　　　　　　　　　　　　　　　　　　Case No: 18-23538 (RDD)
　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)

　　　　　Debtor.

------------------------------------------------------------------x

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO THE MASTER SERVICE LIST

PLEASE TAKE NOTICE, that the firm of LAZARUS & LAZARUS, P.C., attorneys for Ikeddi Imports LLC hereby requests notice of all events relevant to the above-referenced bankruptcy proceeding, including all pleadings or documents filed in relation to any requests for hearings, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, any creditors committee and parties-in-interest and other notices as required by the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and/or Local Rules of the above-referenced Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE, that LAZARUS & LAZARUS, P.C., requests that for all notice purposes and for inclusion in the master mailing list in this case, the following addresses be used:

LAZARUS & LAZARUS, P.C.
HARLAN M. LAZARUS, ESQ.
240 MADISON AVENUE, 8TH. FLR.
NEW YORK, NEW YORK, 10016
212-889-7400 (Telephone)

1

212-684-0314 (Facsimile)
Harlan.lazarus@gmail.com
hlazarus@lazarusandlazarus.com

Neither this request nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party of:

a. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution;

b. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

c. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this matter.

Dated:    New York, New York
          November 6, 2018

Yours,
LAZARUS & LAZARUS, P.C.
*Attorneys for Ikeddi Imports LLC*

/S/ Harlan M. Lazarus, Esq.
Harlan M. Lazarus, Esq.
240 Madison Avenue, 8th. Flr.
New York, NY, 10016
Hlazarus@lazarusandlazarus.com
212-889-7400