Joseph D. Frank (IL 6216085)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60654
Phone: (312) 276-1400
Fax:     (312) 276-0035
jfrank@fgllp.com
*Counsel for Bottling Group, LLC and its affiliates and subsidiaries,*
*operating as Pepsi Beverages Company and Frito-Lay North America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | **Case No. 18-23538 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Joseph D. Frank, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Bottling Group, LLC and its affiliates and subsidiaries, operating as Pepsi Beverages Company and Frito-Lay North America, Inc. (collectively, "Pepsi") a Creditor in the above-referenced jointly administered cases.

I certify that I am a member in good standing of the bar in the State of Illinois and the bar of the U.S. District Court for the Northern District of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  November 6, 2018

BOTTLING GROUP, LLC, OPERATING COLLECTIVELY WITH AFFILIATES AND THEIR SUBSIDIARIES AS PEPSI BOTTLING COMPANY AND FRITO-LAY NORTH AMERICA, INC.

Respectfully submitted,

By:     */s/ Joseph D. Frank*
          One of their attorneys

{PBG/001/00055243.DOC/1}

Joseph D. Frank (IL 6216085)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60654
Telephone:     (312) 276-1400
Facsimile:     (312) 276-0035
jfrank@fgllp.com