**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | **Case No. 18-23538 (RDD)** |
| Debtors. | **(Jointly Administered)** |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Jeremy C. Kleinman, to be admitted, *pro hac vice*, to represent Bottling Group, LLC and Frito-Lay North America, Inc. (the "Creditors") in the above referenced case adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that Jeremy C. Kleinman, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Creditors, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____ __, 20__
        White Plains, New York

_____
UNITED STATES BANKRUPTCY JUDGE