**THOMPSON HINE LLP**
Jonathan S. Hawkins
10050 Innovation Dr. #400
Miamisburg, OH 45342
(937) 443-6860 *Telephone*
(937) 443-6615 *Facsimile*
Jonathan.Hawkins@ThompsonHine.com
*Counsel for Great Lakes Technologies, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :
                                                               :  Chapter 11
                                                               :
SEARS HOLDINGS CORPORATION, *et al.*,[1]                        :
                                                               :  Case No. 18-23538 (RDD)
                    Debtors.                                   :  (Jointly Administered)
                                                               :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF OHIO             )
                          ) ss:
COUNTY OF MONTGOMERY      )

    Jonathan S. Hawkins, being duly sworn, deposes and says:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1. I am over the age of 18, am not a party to this action, and am a partner with the law firm of Thompson Hine, LLP, 10050 Innovation Drive, Suite 400, Miamisburg, Ohio 45342.

2. On the 1st day of November, I served copies of:

- Notice of Reclamation Demand of Marsala Manufacturing Company and The Marfo Company [Docket No. 391]

- Notice of Reclamation Demand of Great Lakes Technologies, LLC [Docket No. 410]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within Ohio upon these parties listed on **Schedule A**.

3. On the 1st day of November, I served copies of:

- Notice of Reclamation Demand of Marsala Manufacturing Company and The Marfo Company [Docket No. 391]

- Notice of Reclamation Demand of Great Lakes Technologies, LLC [Docket No. 410]

by electronic mail upon these parties listed on **Schedule B**.

_____
Jonathan S. Hawkins

Sworn to and subscribed before me this
2nd day of November, 2018.

_____
Notary Public, State of Ohio

DIANE E. MacLEOD
NOTARY PUBLIC - STATE OF OHIO
MY COMMISSION EXPIRES 11-24-18

# SCHEDULE A

In re: Sears Holdings Corporation, *et al.*
Master Service List
Case No. 18-23538 (RDD)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner | One Bryant Park | | New York | NY | 10036 | |
| Alston & Bird LLP | Attn: James J. Vincequerra | 90 Park Avenue | | New York | NY | 10016-1387 | |
| Alston & Bird LLP | Attn: Leib M. Lerner | 333 South Hope Street | 16th Floor | Los Angeles | CA | 90071 | |
| Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Esq. | 365 Rifle Camp Road | | Woodland Park | NJ | 07424 | |
| ASK LLP | Attn: Edward E. Neiger, Jennifer A. Christian | 151 West 46th Street | 4th Floor | New York | NY | 10036 | |
| Ballard Spahr LLP | Attn: David L. Pollack | 52nd Floor - Mellon Bank Center | 1735 Market Street | Philadelphia | PA | 19103 | |
| Ballard Spahr LLP | Attn: Dustin P. Branch | 2029 Century Park East | Suite 800 | Los Angeles | CA | 90067-2909 | |
| Ballard Spahr LLP | Attn: Leslie C. Heilman, Matthew G. Summers | 919 N. Market Street | 11th Floor | Wilmington | DE | 19801 | |
| Ballard Spahr LLP | Attn: Paul E. Harner, Alyssa E. Kutner | 1675 Broadway | 19th Floor | New York | NY | 10019-5820 | |
| Barclay Damon LLP | Attn: Kevin M. Newman | Barclay Damon Tower | 125 East Jefferson Street | Syracuse | NY | 13202 | |
| Bayard, P.A. | Attn: Evan T. Miller | 600 N. King Street | Suite 400 | Wilmington | DE | 19801 | |
| Bell Nunnally & Martin LLP | Attn: Russell W. Mills, R. Kent Love | 2323 Ross Avenue | Suite 1900 | Dallas | TX | 75201 | |
| Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab, Thomas M. Gaa | 633 Menlo Ave. | Suite 100 | Menlo Park | CA | 94025 | |
| Blank Rome LLP | Attn: Jeffrey Rhodes | 1825 Eye Street NW | | Washington | DC | 20006 | |
| Blank Rome LLP | Attn: Stanley B. Tarr, Evan J. Zucker | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 | |
| Borges & Associates, LLC | Attn: Wanda Borges, Esq., Sue L. Chin, Esq. | 575 Underhill Blvd. | Suite 118 | Syosset | NY | 11791 | |
| Brach Eichler LLC | Attn: Anthony M. Rainone | 101 Eisenhower Parkway | | Roseland | NJ | 07068-1067 | |
| Brookfield Property REIT Inc. | Attn: Kristen N. Pate | 350 N. Orleans St. | Suite 300 | Chicago | IL | 60654-1607 | |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | 55 Second Street | 17th Floor | San Francisco | CA | 94105-3493 | |

In re: Sears Holdings Corporation, *et al.*
Master Service List
Case No. 18-23538 (RDD)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Cafaro Management Company | Attn: Richard T. Davis | 5577 Youngstown-Warren Rd. | | Niles | OH | 44446 | |
| Cahill Gordon & Reindel LLP | Attn: Joel H. Levitin, Richard A. Stieglitz Jr. | Eighty Pine Street | | New York | NY | 10005 | |
| Carter Conboy Case Blackmore Maloney & Laird, P.C. | Attn: Michael J. Catalfimo, Esq., John R. Canney, IV, Esq. | 20 Corporate Woods Blvd. | Suite 500 | Albany | NY | 12211 | |
| Carter Ledyard & Milburn LLP | Attn: James Gadsden, Esq. | 2 Wall Street | | New York | NY | 10005 | |
| Chambers of Honorable Robert D. Drain | Sears Chambers Copy | US Bankruptcy Court SDNY | 300 Quarropas Street, Room 248 | White Plains | NY | 10601 | |
| Chapman and Cutler LLP | Attn: Laura E. Appleby, Steven Wilamowsky | 1270 Avenue of the Americas | | New York | NY | 10020 | |
| Chiesa Shahinian & Giantomasi PC | Attn: Beth J. Rotenberg, Scott A. Zuber | One Boland Drive | | West Orange | NJ | 07052 | |
| Choate, Hall & Stewart LLP | Attn: Kevin J. Simard, Jonathan D. Marshall | Two International Place | | Boston | MA | 02110 | |
| Choi & Park, LLC | Attn: Hyun Suk Choi, Chull S. Park | 11 Broadway | Suite 615 | New York | NY | 10004 | |
| Chuhak & Tecson, P.C. | Attn: Miriam R. Stein | 30 South Wacker Drive | Suite 2600 | Chicago | IL | 60606 | |
| CKR Law LLP | Attn: Edward L. Schnitzer | 1330 Avenue of the Americas | 14th Floor | New York | NY | 10019 | |
| Clark Hill Strasburger | Attn: Duane J. Brescia | 720 Brazos | Suite 700 | Austin | TX | 78701 | |
| Clark Hill, PLC | Attn: David M. Blau | 151 S. Old Woodward Ave. | Ste. 200 | Birmingham | MI | 48009 | |
| Cleary, Gottlieb, Steen & Hamilton LLP | Attn: Sean A. O'Neal, James L. Bromley, Andrew Weaver | One Liberty Plaza | | New York | NY | 10006 | |
| Computershare Trust Company, N.A. | Attn: Michael A. Smith, Vice President – Corporate Trust | 2950 Express Drive South, Suite 210 | | Islandia | NY | 11749 | |
| Connolly Gallagher LLP | Attn: Karen C. Bifferato, Kelly M. Conlan, N. Christopher Griffiths | The Brandywine Building | 1000 West Street, Suite 1400 | Wilmington | DE | 19801 | |
| Cozen O'Connor | Attn: Marl E. Felger | 1201 N. Market Street | Suite 1001 | Wilmington | DE | 19801 | |
| Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro | Worldwide Plaza | 825 Eighth Avenue | New York | NY | 10019 | |
| Davidoff Hutcher & Citron LLP | Attn: David H. Wander, Esq. | 605 Third Avenue | | New York | NY | 10158 | |
| Davis Polk & Wardwell LLP | Attn: Marshall S. Huebner, Esq, Eli J. Vonnegut, Esq. | 450 Lexington Avenue | | New York | NY | 10017 | |
| Debevoise & Plimpton LLP | Attn: Erica S. Weisgerber, My Chi To | 919 Third Avenue | | New York | NY | 10022 | |
| Environmental Protection Agency | Attn: Matthew Leopold, General Counsel | Office of General Counsel 2310A | 1200 Pennsylvania Ave NW, 2310A | Washington | DC | 20460 | |
| Environmental Protection Agency Region 2 (NJ, NY, PR, VI) | Attn: Douglas Fischer, Ross Jacobowitz | 290 Broadway | | New York | NY | 10007 | |

In re: Sears Holdings Corporation, et al.
Master Service List
Case No. 18-23538 (RDD)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Epicor Software Corporation | Attn: Larry Bercovich | Senior Legal Counsel | 4120 Dublin Blvd., Suite 300 | Dublin | CA | 94568 | |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Attn: Paul J. Pascuzzi | 400 Capitol Mall | Suite 1750 | Sacramento | CA | 95814 | |
| FisherBroyles, LLP | Attn: Mark E. Wilson | 203 North LaSalle Street | Suite 2100 | Chicago | IL | 60601 | |
| FisherBroyles, LLP | Attn: Patricia B. Fugée | 27100 Oakmead Drive | #306 | Perrysburg | OH | 43553 | |
| Foley & Lardner LLP | Attn: Derek L. Wright | 90 Park Ave. | | New York | NY | 10016 | |
| Foley & Lardner LLP | Attn: Michael Small | 321 N. Clark Street | Suite 2800 | Chicago | IL | 60654 | |
| Fox Rothschild LLP | Attn: Paul J. Labov | 101 Park Avenue | Suite 1700 | New York | NY | 10017 | |
| Fox Rothschild LLP | Attn: Thomas M. Horan | 919 North Market Street | Suite 300 | Wilmington | DE | 19899-2323 | |
| Fox Rothschild, LLP | Attn: Mark E. Hall, Michael R. Herz | 49 Market Street | | Morristown | NJ | 07960 | |
| Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Brad Eric Scheler, Scott B. Luftglass, Peter B. Siroka | One New York Plaza | | New York | NY | 10004 | |
| Frost Brown Todd LLC | Attn: Edward M. King | 400 W Market St | Suite 3200 | Louisville | KY | 40202 | |
| Frost Brown Todd LLC | Attn: Ronald E. Gold & AJ Webb | 3300 Great American Tower | 301 East Fourth Street | Cincinnati | OH | 45202 | |
| Fultz Maddox Dickens PLC | Attn: Phillip A. Martin, Laura M. Brymer | 101 South Fifth Street | 27th Floor | Louisville | KY | 40202 | |
| Gellert Scali Busenkell & Brown LLC | Attn: Gary F. Seitz | 8 Penn Center | 1628 John F. Kennedy Blvd, Suite 1901 | Philadelphia | PA | 19103 | |
| Gibbons P.C. | Attn: Brett S. Theisen, Natasha M. Songonuga | One Pennsylvania Plaza | 37th Floor | New York | NY | 10119-3701 | |
| Gibbons P.C. | Attn: Howard A. Cohen | 300 Delaware Avenue | Suite 1015 | Wilmington | DE | 19801-1671 | |
| Goodwin Procter LLP | Attn: Barry Z. Bazian | The New York Times Building | 620 Eighth Avenue | New York | NY | 10018 | |
| Goulston & Storrs PC | Attn: Douglas B. Rosner | 400 Atlantic Avenue | | Boston | MA | 02110-3333 | |
| Goulston & Storrs PC | Attn: Trevor R. Hoffmann | 885 Third Avenue | 18th Floor | New York | NY | 10022 | |
| Greer, Herz & Adams, LLP | Attn: Frederick Black, Tara B. Annweiler, Marc D. Young | One Moody Plaza | 18th Floor | Galveston | TX | 77550 | |
| Hahn & Hessen LLP | Attn: Janine M. Figueiredo, Esq. | 488 Madison Avenue | 15th Floor | New York | NY | 10022 | |
| Halperin Battaglia Benzija, LLP | Attn: Donna H. Lieberman, Esq. | 40 Wall Street | 37th Floor | New York | NY | 10005 | |
| Hanesbrands Inc | Attn: Joia Johnson, Chief Administrative Officer and General Counsel | 1000 East Hanes Mill Road | | Winston Salem | NC | 27105 | |
| Harris Beach PLLC | Attn: Kevin Tompsett, Esq. | 99 Garnsey Road | | Pittsford | NY | 14534 | |
| Higgs Fletcher & Mack LLP | Attn: Martin A. Eliopulos, Esq. | 401 West A Street | Suite 2600 | San Diego | CA | 92101 | |
| Holland & Knight LLP | Attn: Barbra R. Parlin | 31 West 52nd Street | | New York | NY | 10019 | |
| Hunton Andrews Kurth LLP | Attn: Brett L. Gross | 200 Park Avenue | | New York | NY | 10166 | |
| Husch Blackwell LLP | Attn: Lynn H. Butler | 111 Congress Avenue | Suite 1400 | Austin | TX | 78701 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market Street | | Philadelphia | PA | 19104-5016 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Kelley Drye & Warren LLP | Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., T. Charlie Liu, Esq. | 101 Park Avenue | | New York | NY | 10178 | |
| Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Sean C. Southard, Lauren C. Kiss | 200 West 41st Street | 17th Floor | New York | NY | 10036-7203 | |
| Kurtzman \| Steady, LLC | Attn: Jeffrey Kurtzman | 401 S. 2nd Street | Suite 200 | Philadelphia | PA | 19147 | |
| Langley & Banack, Incorporated | Attn: David S. Gragg | Trinity Plaza II, Ninth Floor | 745 E. Mulberry, Suite 900 | San Antonio | TX | 78212 | |
| Lasser Hochman, L.L.C. | Attn: Richard L. Zucker | 75 Eisenhower Parkway | | Roseland | NJ | 07068 | |

In re: Sears Holdings Corporation, et al.
Master Service List
Case No. 18-23538 (RDD)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Latham & Watkins LLP | Attn: Marc A. Zelina | 885 Third Avenue | | New York | NY | 10022 | |
| Latham & Watkins LLP | Attn: Peter M. Gilhuly, Ted A. Dillman | 355 South Grand Ave | Ste. 100 | Los Angeles | CA | 90071-1560 | |
| Law Office of Gilbert A. Lazarus, PLLC. | Attn: Gilbert A. Lazarus | 92-12 68th Avenue | | Forest Hills | NY | 11375 | |
| Law Office of Kevin S. Neiman, PC | Attn: Kevin S. Neiman | 999 18th Street | Suite 1230 S | Denver | CO | 80202 | |
| Lazarus & Lazarus, P.C. | Attn: Harlan M. Lazarus | 240 Madison Avenue | 8th Floor | New York | NY | 10016 | |
| LeCrairRyan, PLLC | Attn: Ilan Markus and Niclas A. Ferland | 545 Long Wharf Drive | 9th Floor | New Haven | CT | 06511 | |
| Linebarger Goggan Blair & Sampson, LLP | Attn: David G. Aelvoet | 711 Navarro Street | Ste 300 | San Antonio | TX | 78205 | |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Diane Wade Sanders | P.O. Box 17428 | | Austin | TX | 78760 | |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75027 | |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | |
| Linowes and Blocher LLP | Attn: John T. Farnum, Esq. | 7200 Wisconsin Avenue | Suite 800 | Bethesda | MD | 20814 | |
| Locke Lord LLP | Attn: Brian A. Raynor, Aaron C. Smith, David W. Wirt | 111 South Wacker Drive | | Chicago | IL | 60606 | |
| Lowenstein Sandler LLP | Attn: Bruce Buechler | One Lowenstein Drive | | Roseland | NJ | 07068 | |
| McCreary, Veselka, Bragg & Allen, P.C. | Attn: Lee Gordon, Tara LeDay | P. O. Box 1269 | | Round Rock | TX | 78680 | |
| McGlinchey Stafford, PLLC | Attn: Brian S. McGrath, Kristen D. Romano | 112 West 34th Street | Suite 1515 | New York | NY | 10120 | |
| McGlinchey Stafford, PLLC | Attn: Mark J. Chaney, Esq., Richard A. Aguilar, Esq. | 601 Poydras Street | 12th Floor | New Orleans | LA | 70130 | |

In re: Sears Holdings Corporation, et al.
Master Service List
Case No. 18-23538 (RDD)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther, Special Assistant Attorney General | 301 W. High Street, Room 670 | P.O. Box 475 | Jefferson City | MO | 65105-0475 | |
| Morgan, Lewis & Bockius LLP | Attn: Laura McCarthy | One Federal Street | 32nd Fl | Boston | MA | 02110-1726 | |
| Morgan, Lewis & Bockius LLP | Attn: Neil E. Herman | 101 Park Avenue | | New York | NY | 10178-0600 | |
| Morris James LLP | Attn: Stephen M. Miller | 500 Delaware Avenue, Suite 1500 | P.O. Box 2306 | Wilmington | DE | 19899-2306 | |
| Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller, Joseph C. Barsalona II | 1201 North Market Street | P.O. Box 1347 | Wilmington | DE | 19899 | |
| Morrison Cohen LLP | Attn: Joseph T. Moldovan, Robert K. Dakis | 909 Third Avenue | | New York | NY | 10022 | |
| Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | 500 N. Akard Street | Suite 3800 | Dallas | TX | 75201-6659 | |
| National Association of Attorneys General | Attn: Karen Cordry | 1850 M St., NW | 12th Floor | Washington | DC | 20036 | |
| Nelson Mullins Riley & Scarborough LLP | Attn: Jody A. Bedenbaugh | 1320 Main Street, 17th Floor | Post Office Box 11070 (29211) | Columbia | SC | 29201 | |
| Nelson Mullins Riley & Scarborough LLP | Attn: Shane G. Ramsey | 280 Park Avenue | 15th Floor West | New York | NY | 10017 | |
| Office of the Texas Attorney General | Attn: Rachel R. Obaldo, Assistant Attorney General | Bankruptcy & Collections Division MC 008 | P.O. Box 12548 | Austin | TX | 78711-2548 | |
| Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey | 201 Varick St. | Ste. 1006 | New York | NY | 10014 | |
| Paco (China) Garment Ltd | Attn: Lily Wang | No 9 Yueyang Road, Building B | | Qingdao | Shandong | 266000 | China |
| Parker Poe Adams & Bernstein LLP | Attn: Kiah T. Ford IV | 401 South Tryon Street | Suite 3000 | Charlotte | NC | 28202 | |
| Paul Hastings LLP | Attn: Leslie A. Plaskon, Esq., Andrew V. Tenzer, Esq., Shlomo Maza, Esq. | 200 Park Avenue | | New York | NY | 10166 | |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Ebony Cobb | 500 E. Border Street | Suite 640 | Arlington | TX | 76010 | |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | P.O. Box 817 | | Lubbock | TX | 79408 | |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik | 1235 North Loop West | Suite 600 | Houston | TX | 77008 | |
| Pick & Zabicki LLP | Attn: Douglas J. Pick | 369 Lexington Avenue | 12th Floor | New York | NY | 10017 | |
| Pierce McCoy, PLLC | Attn: Jonathan A. Grasso | 85 Broad Street | Suite 17-063 | New York | NY | 10004 | |
| Price Meese Shulman & D'Arminio, P.C. | Attn: Rick A. Steinberg | 50 Tice Boulevard | Suite 380 | Woodcliff Lake | NJ | 07677 | |
| Prime Clerk LLC | Attn: Herb Baer, Richard M. Allen | 830 3rd Avenue | 9th Floor | New York | NY | 10022 | |
| Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy | 525 B Street | Suite 2200 | San Diego | CA | 92101 | |
| Pryor & Mandelup, L.L.P. | Attn: Robert L. Pryor | 675 Old Country Road | | Westbury | NY | 11590 | |
| Reid and Riege, P.C. | Attn: Charles J. Filardi, Jr. | One Financial Plaza | 21st Floor | Hartford | CT | 06103 | |
| Reiss+Preuss LLP | Attn: Guy A. Reiss, Erik Tikkanen | 200 West 41st Street | 20th Floor | New York | NY | 10036 | |
| Robert E. Michael & Associates PLLC | Attn: Robert E. Michael, Aaron Hume | 5911 Riverdale Avenue | | New York | NY | 10471 | |
| Robinson Brog Leinwand Greene Genovese & Gluck P.C. | Attn: Fred B. Ringel, Esq. | 875 Third Avenue | 9th Floor | New York | NY | 10022 | |

In re: Sears Holdings Corporation, et al.
Master Service List
Case No. 18-23538 (RDD)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Ropes & Gray LLP | Attn: Gregg M. Galardi, Kimberly J. Kodis, Sam N. Ashuraey | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | |
| Ropes & Gray LLP | Attn: James M. Wilton, Patricia I. Chen | Prudential Tower | 800 Boylston Street | Boston | MA | 02199-3600 | |
| Rosen & Associates, P.C. | Attn: Sanford P. Rosen, Esq. | 747 Third Avenue | | New York | NY | 10017-2803 | |
| S&D Law | Attn: Steven W. Kelly | 1290 Broadway | Suite 1650 | Denver | CO | 80203 | |
| Sahn Ward Coschignano, PLLC | Attn: Robert A. Abiuso, Matthew C. McCann | 333 Earle Ovington Boulevard | Suite 601 | Uniondale | NY | 11553 | |
| Sakar | Attn: Jay Weinblatt | 195 Carter Drive | | Edison | NJ | 08817 | |
| Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Abigail Snow, Pamela Bosswick | 230 Park Avenue | | New York | NY | 10169 | |
| Saul Ewing Arnstein & Lehr LLP | Attn: Dipesh Patel | 1270 Avenue of the Americas | Suite 2005 | New York | NY | 10020 | |
| Saul Ewing Arnstein & Lehr LLP | Attn: Phillip M. Hudson III, Carmen Contreras-Martinez | 200 S. Biscayne Blvd. | Suite 3600 | Miami | FL | 33131 | |
| Sears Holding Corporation | Attn: Stephen Sitley Esq., Luke J. Valentino, Esq | 3333 Beverly Road | | Hoffman Estates | IL | 60179 | |
| Securities & Exchange Commission | Attn: Secretary of the Treasury | 100 F Street, NE | | Washington | DC | 20549 | |
| Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | |
| Seyfarth Shaw LLP | Attn: Edward M. Fox | 620 8th Avenue | | New York | NY | 10018 | |
| Shearman & Sterling LLP | Attn: Fredric Sosnick, Sara Coelho | 599 Lexington Avenue | | New York | NY | 10022 | |
| Shutts & Bowen LLP | Attn: Ryan C. Reinert, Esq. | 4301 W. Boy Scout Blvd | Suite 300 | Tampa | FL | 33607 | |
| Simon Property Group, L.P. | Attn: Ronald M. Tucker, Esq. | 225 West Washington Street | | Indianapolis | IN | 46204 | |
| Singer & Levick, P.C. | Attn: Michelle E. Shriro | 16200 Addison Road | Suite 140 | Addison | TX | 75001 | |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | 155 N. Wacker Drive | | Chicago | IL | 60606 | |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | 4 Times Square | | New York | NY | 10036 | |
| Skierski Jain PLLC | Attn: Doug Skierski, Kristin H. Jain | 400 N. St. Paul | Suite 510 | Dallas | TX | 75201 | |
| Sorenson Van Leuven, PLLC | Attn: James E. Sorenson | PO Box 3637 | | Tallahassee | FL | 32315-3637 | |
| SRAC Medium Term Notes | Attn: Mary A. Callahan Vice President | The Bank of New York Mellon Trust Company | 2 N. LaSalle Street – Suite 700 | Chicago | IL | 60602 | |
| SRAC Unsecured Notes | Attn: Mary A. Callahan Vice President | The Bank of New York Mellon Trust Company | 2 N. LaSalle Street – Suite 700 | Chicago | IL | 60602 | |
| Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin | P.O. Box 5315 | | Princeton | NJ | 08543 | |
| Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | |
| Streusand, Landon, Ozburn & Lemon, LLP | Attn: Sabrina L. Streusand | 1801 S. Mopac Expressway | Suite 320 | Austin | TX | 78746 | |
| Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Brian D. Glueckstein, David R. Zylberberg | 125 Broad Street | | New York | NY | 1004-2498 | |
| Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Michael J. Riela | 900 Third Avenue | 13th Floor | New York | NY | 10022 | |
| Taubman Landlords | Attn: Andrew S. Conway | 200 East Long Lake Road | Suite 300 | Bloomfield Hills | MI | 48304 | |
| The Bank of New York Mellon Trust Company | Attn: Corporate Trust Administration | 101 Barclay St., Floor 8W | | New York | NY | 10286 | |
| The Pension Benefit Guaranty Corporation (PBGC) | Attn: Judith Starr, Kartar S. Khalsa, William McCarron, Jr., & Adi Berger, Director | Office of the General Counsel | 1200 K Street, N.W. | Washington | DC | 20005-4026 | |
| Thompson Hine LLP | Attn: Curtis L. Tuggle | 3900 Key Center | 127 Public Square | Cleveland | OH | 44114-1291 | |
| TJ Tianxing Kesheng Leather Products Co Ltd | Attn: Power Wang | No. 2 Jianshe Road Baodi District | | Tianjin | Tianjin | 301200 | China |

In re: Sears Holdings Corporation, et al.
Master Service List
Case No. 18-23538 (RDD)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| TN Dept of Revenue | Attn: Herbert H. Slatery III, Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | |
| Travis County Attorney | Attn: David Escamilla | P.O. Box 1748 | | Austin | TX | 78767 | |
| U.S. Bank National Association | Attn: Jose A Galarza, Vice President, Global Structured Finance | 190 S. LaSalle Street, 3rd Floor | MS: MK-IL-SL7M | Chicago | IL | 60603 | |
| US Attorney for Southern District of New York | Attn: Bankruptcy Division | 86 Chambers Street | 3rd Floor | New York | NY | 10007 | |
| Vedder Price P.C. | Attn: Michael L. Schein | 1633 Broadway | 31st Floor | New York | NY | 10019 | |
| Waldrep LLP | Attn: Thomas W. Waldrep, Jr. | 101 S. Stratford Road | Suite 210 | Winston-Salem | NC | 27104 | |
| Warner Norcross + Judd LLP | Attn: Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, NW | Grand Rapids | MI | 49503 | |
| Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny Singh | 767 Fifth Avenue | | New York | NY | 10153 | |
| Weiss Zarett Brofman Sonnenklar & Levy, P.C. | Attn: Michael D. Brofman, Esq. | 3333 New Hyde Park Road, Suite 211 | | New Hyde Park | NY | 11042 | |
| Whiteford, Taylor & Preston LLC | Attn: Stephen B. Gerald | The Renaissance Centre | 405 North King Street, Suite 500 | Wilmington | DE | 19801-3700 | |
| Williams Legal Advisory Group, LLC | Attn: Amy M. Williams | 169 Ramapo Valley Road | Suite 106 | Oakland | NJ | 07436 | |
| Willkie Farr & Gallagher LLP | Attn: Alan J. Lipkin, Gabriel Brunswick | 787 Seventh Avenue | | New York | NY | 10019 | |
| Wilmington Trust, National Association | Attn: Sears Holdings Corp. Administrator | Corporate Capital Markets | 50 South Sixth Street, Suite 1290 | Minneapolis | MN | 55402 | |
| Wilmington Trust, National Association | Attn: Steven Cimalore, Vice President | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890-0001 | |
| Wilmorite Management Group LLC | Attn: Donald C. Cowan, Jr. | 1265 Scottsville Road | | Rochester | NY | 14624 | |
| Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron | 11400 West Olympic Boulevard | 9th Floor | Los Angeles | CA | 90064-1582 | |

# SCHEDULE B

## **SCHEDULE B**

sanantonia.bankruptcy@publicans.com; jaimeagnew21@gmail.com; raguilar@mcglinchey.com; aparish@mcglinchey.com; tannweiller@greerherz.com; japplebaum@clarkhill.com; Appleby@chapman; saron@wrslawyers.com; jnarcise@wrslawyers.com; bbains@l-llp.com; ehyman@l-llp.com; ltemp@l-llp.com; baird.michael@pbgc.gov; efile@pbgc.gov; ebarnes@stites.com; mdennis@stites.com; docketclerk@stites.com; cbelmonte@ssbb.com; pbosswick@ssbb.com; managingclerk@ssbb.com; kbifferato@connollygallagher.com; jeff.bjork@lw.com; dblau@clarkhill.com; phillip.bohl@gpmlaw.com; ecfcasses@borgeslawllc.com; branchd@ballardspahr.com; carolod@ballardspahr.com;duane.brescia@clarkhillstrasburger.com; bkrtcynotices@clarkhillstrasburger.com; donna.krupa@clarkstrasburger.com; Kathi.Alexander@clarkhillstrasburger.com; bkecf@co.travis.tx.us; mbrofman@weisszarett.com; maofiling@cgsh.com; jbromley@cgsh.com; lynn.butler@huschblackwell.com; penny.keller@huschblackwell.com; christine.deacon@huschblackwell.com; dkm@renozahm.com; mcatalfimo@carterconboy.com; hmclenithan@carterconboy.com; rmcfee@carterconboy.com; jstein@carterconboy.com; jfigueiredo@hahnhessen.com; jfigueiredo@hahnhessen.com; rcerone@mcglinchey.com; mchaney@mcglinchey.com; aparish@mcglinchey.com; hchoi@choiandpark.com; ikleist@choiandpark.com; cpark@choiandpark.com; jpatten@choiandpark.com; schristianson@buchalter.com; cmcintire@buchalter.com; agbanknewyork@ag.tn.gov; ecobb@pbfcm.com; aconway@taubman.com; cusick.kelly@pbgc.gov; efile@pbgc.gov;f ajd@ansellgrimm.com; carols@ansellgrimm.com; merediths@ansellgrimm.com; rdakis@morrisoncohen.com; bankrupty@morrisoncohen.com; rdavis@cafarocompany.com; Andrew.devore@ropesgray.com; nova.alindogan@ropesgray.com; dietdericha@sullcrom.com; s&cmanagingclerk@sullcrom.com; Andrew-dietderich-6008@ecf.pacerpro.com; MAASSE@SULLCROM.COM; BAKERR@SULLCROM.COM; Houston_bankruptcy@publicans.com; idizengoff@akingump.com; afreeman@akingump.com; apreis@akingump.com; dkrasa-berstell@akingump.com; sdaddese@akingump.com; caroline.djang@bbklaw.com; lisa.spencer@bbklaw.com; Arthur.johnston@bbklaw.com; redwards@l-llp.com; ehyman@l-llp.com; ltemp@l-llp.com; cessenfeld@halperinlaw.net; emitchell@halperinlaw.net; ketzel@vedderprice.com; jfarnum@linowes-law.com; jcummings@linowes-law.com; afeld@sheppardmullin.com; MFelger@cozen.com; MBrickley@cozen.com; cfilardi@rrlawpc.com; abothwell@rrlawpc.com; jflaxer@golenbock.com; jsavitsky@golenbock.com; mweinstein@golenbock.com; kflorey@rsnlt.com; chipford@parkerpoe.com; emfox@seyfarth.com; gfox@goodwinprocter.com; friedman@chapman.com; iyassin@chapman.com; jfroehlich@lockelord.com; Patricia.Fugee@FisherBroyles.com; efc@cftechsolutions.com; tgaa@bbslaw.com; yessenia@bbslaw.com; bankruptcy@clm.com; greg.galardi@ropesgray.com; nova.alindogan@ropesgray.com; Agamza@mosessinger.com; dkick@mosessinger.com; jbonteque@mosessinger.com; kkolbig@mosessinger.com; rcorbi@mosessinger.com; sgerald@wtplaw.com; clano@wtplaw.com; peter.gilhuly@lw.com; peter-gilhuly-1776@ecf.pacerpro.com; sdnyecf@dor.mo.gov; rgold@fbtlaw.com; awebb@fbtlaw.com; bmparker@fbtlaw.com; eseverini@fbtlaw.com; egoodman@bakerlaw.com; cary.cain@mvbalaw.com; bankruptcy@mvbalaw.com; dgragg@langleybanack.com; cjohnston@langleybanack.com; jon@piercemccoy.com; mhall@foxrothschild.com; cbrown@foxrothschild.com; paul.harner@lw.com; jonathan.hawkins@thompsonhine.com;

THDaytonECF@thompsonhine.com; heilmanl@ballardspahr.com; lanoc@ballardspahr.com; Nherman@morganlewis.com; mherz@formanlaw.com; cbrown@formanlaw.com; ghofmann@cohnekinghorn.com; mparks@cohnekinghorn.com; joonhong@chapman.com; akatz@lockelord.com; skelly@s-d.com; Gerald.kennedy@procopio.com; Kristina.terlaga@procopio.com; Lenore.joseph@procopio.com; kimerin@pbgc.gov; efile@pbtgc.gov; tking@fbtlaw.com; lkiss@fbtlaw.com; john.knapp@millernash.com; lisa.petras@millernash.com; jkurtzma@klehr.com; kutnera@ballardspahr.com; plabov@foxrothschild.com; msteen@foxrothchild.com; klangley@l-llp.com; ehyman@ehyman@l-llp.com; pgentry@l-llp.com; gillazarus@gmail.com; hmllaw@att.net; hlazarus@lazarusandlazarus.com; wendy.lamanna@skadden.com; andrea.chouprouta@skadden.com; jlemkin@stark-stark.com; rlevin@jenner.com; llichtman@honigman.com; litdocket@honigan.com; alipkin@willkie.com; maosbny@willkie.com; Jacqueline.marcus@weil.com; Jessica.liou@weil.com; matthew.goren@weil.com; Candace.arthur@weil.com; ilan.markus@leclairryan.com; kim.knicely@leclairry.com; wendy.kane@leclairry.com; shlomomaza@paulhastings.com; mmccann@swc-law.com; mmccann@swc-law.com; mccarron.william@pbgc.gov; efile@pbgc.gov; RMcCord@CBAH.com; afollett@certilmanbalin.com; cfollett@certilmanbalin.com; cglick@certilmanbalin.com; rnosek@certilmanbalin.com; bmcgrath@mcglinchey.com; Michelson@mgfl-law.com; cmiller@mnat.com; aconway@mnat.com; smiller@morrisjames.com; wweller@morrisjames.com; jdawson@morrisjames.com; rmills@bellnunnally.com; nsummerville@bellnunnally.com; bankrupty@morrisoncohen.com; lmbkr@pbfcm.com; krobertson@ecf.inforuptcy.com; eneiger@askllp.com; lmiskowiec@askllp.com; knewman@barclaydamon.com; soneal@cgsh.com; maofiling@cgsh.com; bk-robaldo@oag.texas.gov; sherri.simpson@oag.texas.gov; tonder@stark-stark.com; Barbra.parlin@hklaw.com; elvin.ramos@hklaw.com; glenn.huzinec@hklaw.com; ppascuzzi@ffwplaw.com; bk@brookfieldpropertiesretail.com; dipesh.patel@saul.com; eperal@wilkauslander.com; dperry@munsch.com; dpick@picklaw.net; ezabicki@picklaw.net; Pollack@ballardspahr.com; cp@stevenslee.com; rlp@pryormandelup.com; arainone@bracheichler.com; jpmartin@bracheichler.com; shane.ramsey@nelsonmullins.com; Jennifer.murray@nelsonmullins.com; emiller@bayardlaw.com; SMacon@payardlaw.com; rreinert@shutts.com; juanitasanchez@shutts.com; greiss@reisspreuss.com; riela@thsh.com; fbr@robinsonbrog.com; brogers@berlawoffice.com; kromano@mcglinchey.com; srosen@rosenpc.com; rosensr81087@notify.bestcase.com; drosner@goulstonstorrs.com; brotenberg@bracheichler.com; dfamula@bracheichler.com; jpmartin@bracheichler.com; Austin.bankruptcy@lgbs.com; mschein@vedderprice.com; ecfnydocket@vedderprice.com; docketing-6992@ecf.pacepro.com; Michael-scheinmschein@vedderprice.com; ecfnydocket@vedderprice.com; eschmidt@cozen.com; Bradley.schneider@mto.com; eschnitzer@ckrlaw.com; ray.schrock@weil.com; matthew.goren@weil.com; Christopher.stauble@weil.com; gseitz@gsbblaw.com; gary.seitz@gmail.com; sselbst@herrick.com; courtnotices@herrick.com; yshaham@kahanafeld.com; mshakouri@goodkinlynch.com; mshriro@singerlevick.com; scotton@singerlevick.com; croute@singerlevick.com; ksimard@choate.com; sunny.singh@well.com; Andriana.Georgallas@weil.com; Paloma.VanGroll@weil.com; peter.siroka@friedfrank.com; aaron_rothman@friedfrank.com; alix.brozman@friedfrank.com; ManagingAttorneysDepartment@friedfrank.com; enotices@skijain.com;

asmith@lockelord.com; chicagodocket@lockelord.com; jcataldo@lockelord.com; nsmith@robbins-schwartz.com; nsongonuga@gibbonslaw.com; osonik@pbfcm.com; tpope@pbfcm.com; osonik@edf.inforuptcy.com; bk@svllaw.com; jim@svllaw.com; fsosnick@shearman.com; ssouthard@klestadt.com; mstein@chuhak.com; rsteinberg@pricemeese.com; RStieglitz@cahill.com; MMcLoughlin@cahill.com; ma@cahill.com; streusand@slollp.com; pretice@slollp.com; pstrok@swelawfirm.com; gcruz@swelawfirm.com; csheets@swelawfirm.com; jchung@swelawfirm.com; summersm@ballardspahr.com; tarr@blankrome.com; btheisen@debevoise.com; mao-bk-ecf@debevoise.com; amcedermott@debevoise.com; gtoering@dwnj.com; ktompsett@harrisbeach.com; frichenberg@harrisbeach.com; rtucker@simon.com; bankruptcy@simon.com; Curtis.tuggle@thompsonhine.com; ECFDocket@thompsonhine.com; NYECF@USDOJ.GOV; James.Vincequerra@alston.com; dhw@dhclegal.com; aweaver@cgsh.com; maofiling@cgsh.com; eweisgerber@debevoise.com; eweisgerber@debevoise.com; dallas.bankruptcy@publicans.com; Beth.weller@lgbs.com; Dora.Casiano-Perez@lgbs.com; KDWBankruptcyDepartment@Kelleydrye.com; MVicinanza@efc.inforuptcy.com; Wilson.garth@pbgc.gov; efile@pbgc.gov; dlwright@foley.com; ty@devacklaw.com; marc.zelina@lw.com; szuber@csglaw.com; ecf@csglaw.com; ezucker@blankrome.com; nybankruptcydocketing@blankrome.com; eDocketing@blankrome.com; rzucker@lasserhochman.com; pzumbro@cravath.com; mao@cravath.com