UNITED STATES BANKRTUPCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                              :

In re:                                        :      Chapter 11

SEARS HOLDINGS CORPORATION, *et al.*, :      Case No. 18-23538 (RDD)

               Debtors                    :      (Jointly Administered)
-----------------------------------------------------------

## NOTICE OF RECLAMATION CLAIM OF
## WICKED FASHIONS, INC.

**PLEASE TAKE NOTICE** that Wicked Fashions, Inc. ("WFI") hereby files this Notice of Reclamation Claim pursuant to 11 U.S.C. Section 546(c) and section 2-702 of the Uniform Commercial Code, and other applicable non-bankruptcy law, and gives notice that on October 29, 2018, WFI served a demand for reclamation of goods (the "Reclamation Demand") pursuant to Section 546(c) of the United States Bankruptcy Code. A copy of the Reclamation Demand (without enclosure) is attached as <u>Exhibit A.</u>

The Goods were sold by WFI in the ordinary course of business and delivered to the Debtors in the forty-five (45) days prior to the commencement of the Debtors' bankruptcy proceedings on October 15, 2018 (the "Petition Date"). WFI is informed and believes the Debtors were insolvent at the time they received delivery of the Goods. WFI incorporates by reference, and attaches as Exhibit A, a copy of the written demand for reclamation and list of invoices and related information for the Goods (the "Reclamation Demand").

**PLEASE TAKE FURTHER NOTICE** that WFI reserves all of its rights with respect to the Goods, including, without limitation, (i) its right to be paid in the ordinary course of business as a post-petition creditor of the Debtors to the extent the Goods were delivered to the Debtors

1

on or after October 15, 2018; (ii) its right to assert a 20-day administrative priority claim pursuant to 11 U.S.C. § 503(b)(9); (iii) its right to assert a "new value" defense to any preference demand pursuant to 11 U.S.C. § 547(c)(4); (iv) its right to file additional demands or claims, including without limitation, a proof of claim; and (v) its right to assert any other rights under applicable law. By filing this Notice, WFI does not consent to entry of final orders of the bankruptcy court on non-core issue and claims, and does not waive any jurisdictional defenses and reserves its rights to amend this Notice.

Dated: October 30, 2108

                                  Respectfully submitted,

                                  David Jeong
                                  Chief Financial Officer
                                  WICKED FASHIONS, INC.
                                  Tel:   201-242-5900 Ext 1388
                                  Fax:   201-242-8460
                                  Email: DavidJeong@southpole-usa.com

# SCHEDULE 1

# Wicked Fashions, Inc./South Pole

### BANKRUPTCY RECLAMATION DEMAND
### In re SEARS HOLDING CORPORATION

**October 29, 2018**

*VIA EMAIL and UPS*
Jacqueline Marcus, Esq.
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

*Via UPS*
Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

Re:   **In Re Sears Holdings Corporation. et al.Case No.: 18-23538 (RDD) (Bankr. S.D.N.Y.); Reclamation Demand by Wicked Fashions, Inc.**

Dear Sir or Madam:

Demand is hereby made upon you pursuant to § 2-702 of the Uniform Commercial Code, and/or §546(c)(1) of the United States Bankruptcy Code, for the return of all goods that the undersigned had sold to you and you had received within forty-five (45) days before your bankruptcy filing date of October 15, 2018. This demand specifically includes, but is not limited to, goods identified in Schedule 1 annexed hereto, and also include proceeds from the sale of such goods.

Please contact the undersigned for instructions in connection with the return of the goods. You are further notified that, except as otherwise required by applicable law, all goods subject to our right of reclamation must be protected and segregated by you and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the Bankruptcy Court or other court.

We make this demand for reclamation without prejudice to all other rights and remedies available to us, at law or in equity, including but not limited to, our right to an allowed administrative expense claim under § 503(b)(9) of the Bankruptcy Code for all goods received by you within twenty (20) days before the date of commencement of your bankruptcy case. We also reserve the right to amend and supplement this reclamation claim and to make additional reclamation and other claims that we may have in law or equity. This reclamation claim is not intended to be and shall not be construed as an election of

**Wicked Fashions, Inc.  222 Bridge Plaza South, Fort Lee, NJ 07024
TEL. (201) 242-5900  FAX. (201) 242-8466**

our remedies, a waiver of any past, present or future default or events of default by Sears or its affiliates, or a waiver or limitation of any rights or remedies.

          Very truly yours,

          WICKED FASHIONS, INC.

          By: _____
          David Jeong
          Chief Financial Officer
          *davidj@southpole-usa.com*

## SCHEDULE 1
## TO RECLAMATION DEMAND OF WICKED FASHIONS, INC.

### In SEARS HOLDINGS. et al.
### Case number: 18-23538 (RDD);

| Customer | Invoice No. | Invoice Amount |
|---|---|---|
| Sears Holdings Corporation | 06392382 | $144,912.00 |

 **WICKED FASHIONS, INC. DUNS# 785773813**
222 Bridge Plaza South
Fort Lee, NJ 07024 USA
201-242-5900

# INVOICE



| INVOICE DATE | NUMBER |
|---|---|
| 09/26/18 | 06392382 |

| BILL TO | | SHIP TO | |
|---|---|---|---|
| SEARS HOLDINGS CORPORATION<br>SEARS HOLDINGS CORPORATION<br>SEARS HOLDINGS ACCOUNTING<br>4849 GREENVILLE AVENUE SUITE 1000<br>DALLAS, TX 75206 USA | SETX001 | KMART DISTRIBUTION CENTER<br>SEARS HOLDINGS CORPORATION<br>WESTERN RSC # 8780 - MIL<br>3100 MILLKEN AVENUE<br>MIRA LOMA, CA 91752 USA | SETX001-8780 |

| CUST. P.O NO | DEPT NO. | STORE NO | SHIP VIA | TERMS | CURR. | SLSP | DUE DATE |
|---|---|---|---|---|---|---|---|
| 08780038381 | 034 | 8780 | INTERMODAL SALES CORPORAT | OTHERS    N30 | USD | HOUSE | 10/26/18 |

| STYLE | COLOR | DM/PK | DESCRIPTION | | | | QTY | SALES PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 18325-1454<br>PINTUCK BIKER T-SHIRT | BK | BB | S 2 | M 4 | L 4 | XL 2 | 1,560 | $5.50 | $8,580.00 |
| 18325-1454<br>PINTUCK BIKER T-SHIRT | WH | BB | S 2 | M 4 | L 4 | XL 2 | 1,572 | $5.50 | $8,646.00 |
| 18325-1518<br>COLOR BLOCK FLEECE FULL ZIP | GN | BB | S 2 | M 4 | L 4 | XL 2 | 1,044 | $11.00 | $11,484.00 |
| 18325-1518<br>COLOR BLOCK FLEECE FULL ZIP | HGY | BB | S 2 | M 4 | L 4 | XL 2 | 792 | $11.00 | $8,712.00 |
| 18325-1542<br>SIDE PANEL MARLED FLEECE FULL ZIP | MRBK | BB | S 2 | M 4 | L 4 | XL 2 | 1,800 | $11.00 | $19,800.00 |
| 18325-1542<br>SIDE PANEL MARLED FLEECE FULL ZIP | MRNY | BB | S 2 | M 4 | L 4 | XL 2 | 1,140 | $11.00 | $12,540.00 |
| 18325-1561<br>FLEECE PANT WITH SIDE STRIPE | BK | BB | S 2 | M 4 | L 4 | XL 2 | 2,100 | $7.50 | $15,750.00 |
| 18325-1561<br>FLEECE PANT WITH SIDE STRIPE | HGY | BB | S 2 | M 4 | L 4 | XL 2 | 1,260 | $7.50 | $9,450.00 |
| 9005-1590<br>FLEECE JOGGER | MRBK | BB | S 2 | M 4 | L 4 | XL 2 | 2,544 | $7.50 | $19,080.00 |
| 9005-1590<br>FLEECE JOGGER | MRNY | BB | S 2 | M 4 | L 4 | XL 2 | 2,544 | $7.50 | $19,080.00 |
| 9005-1590<br>FLEECE JOGGER | MROV | BB | S 2 | M 4 | L 4 | XL 2 | 1,572 | $7.50 | $11,790.00 |
| | | | | | | TOTAL | 17,928 | | $144,912.00 |

| PICK # | 11067907 | REMIT TO | SUB TOTAL | $144,912.00 |
|---|---|---|---|---|
| OUR ORDER # | 3591992 | | DISCOUNT | $0.00 |
| NO. CTNS. | 1494 | WICKED FASHIONS, INC | FREIGHT | $0.00 |
| WEIGHT | 14014.56 | | MISC. | |
| TRACKING # | | 222 BRIDGE PLAZA SOUTH | | |
| APPROVAL # | HC09192018 | | TOTAL AMOUNT | $144,912.00 |
| B/L # | 08839120101353581 | FORT LEE        NJ    07024 | | |

CREDITS DEDUCTIONS OR RETURNS WILL NOT BE ALLOWED ON THIS INVOICE UNLESS CLAIM IS MADE WITHIN TEN DAYS AFTER RECEIPT OF GOODS.
RETURNS WILL NOT ACCEPTED WITHOUT A WRITTEN AUTHORIZATION AND RETURN LABEL ON PACKAGE.
SHIPPERS RESPONSIBILITY IS LIMITED OF DELIVERY TO CARRIER.

10/17/2018 08:56:39 DANIELBAE 1                    1 of 1