# SCHEDULE A

**Affiliates of Westfield, LLC**

| Center Name | Landlord |
| --- | --- |
| Annapolis | Annapolis Mall Owner LLC |
| Brandon | Brandon Shopping Center Partners LTD. |
| Montgomery | Montgomery Mall Owner LLC |
| Southcenter | WEA Southcenter LLC |

**Affiliate of Benenson Capital Partners, LLC**

| | |
| --- | --- |
| Cross County Mall, Yonkers, NY | Brooks Shopping Center Partners, LLC |