UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br><u>CERTIFICATE OF SERVICE</u> |

I, Brendan Cyr, an attorney admitted to practice in the State of New York, and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 5th day of November, 2018, unredacted versions of the Notice of Substantial Security Ownership by ESL Partners, L.P. and the Notice of Substantial Security Ownership by Edward S. Lampert, with original signatures, were served by Federal Express upon:

>Sears Holdings Corporation
>3333 Beverly Road
>Hoffman Estates, IL  60179
>Attn:  Luke Valentino, Esq.
>
>Weil, Gotshal & Manges LLP
>767 Fifth Avenue
>New York, NY  10153
>Attn:  Ray C. Schrock, Esq.

2. On the 5th day of November 2018, true and correct copies of the aforesaid documents were served by Federal Express upon:

>Akin Gump Strauss Hauer & Feld LLP
>One Bryant Park, Bank of America Tower
>New York, NY  10036
>Attn:  Philip C. Dublin, Esq.

        Skadden, Arps, Slate, Meagher & Flom LLP
        4 Times Square
        New York, NY  10036
        Attn:  Paul D. Leake, Esq.

        Davis Polk & Wardell LLP
        450 Lexington Avenue
        New York, NY  10017
        Attn:   Marshall S. Huebner, Esq.
              Eli J. Vonnegut, Esq.

        Choate, Hall & Stewart LLP
        Two International Place
        Boston, MA  02110
        Attn:  Kevin J. Simard, Esq.

       3.  On the 5th day of November, 2018, the aforesaid documents were also served by email upon:

        Ray.schrock@weil.com
        Jacqueline.marcus@weil.com
        Garrett.fail@weil.com
        Sunny.singh@weil.com
        luke.valentino@searshc.com
        idizengoff@akingump.com
        pdublin@akingump.com
        sbrauner@akingump.com
        Paul.Leake@skadden.com
        Shana.Elberg@skadden.com
        George.Howard@skadden.com
        sears.service@davispolk.com
        ksimard@choate.com
        jmarshall@choate.com

Dated:  New York, New York
      November 7, 2018

                            /s/Brendan Cyr
                            Brendan Cyr