Ronald E. Gold, Esq.
Ohio Bar No. 0061351
**FROST BROWN TODD LLC**
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 651-6800
Facsimile: (513) 651-6981
Email: rgold@fbtlaw.com

**Counsel for Washington Prime Group Inc.**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>SEARS HOLDINGS CORPORATION, *et al*.,<br><br>Debtors. | CHAPTER 11<br><br>CASE NO. 18-23538-RDD<br><br>**(Jointly Administered)** |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Ronald E. Gold, Esq., request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Washington Prime Group Inc., a creditor in the above-referenced case.

I certify that I am a member in good standing of the bar in State of Ohio and the bars of the United States District Court for the Northern District of Illinois, the United States District Court for the Northern District of Ohio, the United States District Court for the Southern District of Ohio, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the Western District of Kentucky, the United States District Court for the District of Colorado, the United States District Court for the Northern District of Indiana, and the United States District Court for the Southern District of Indiana.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: November 7, 2018  
       Cincinnati, Ohio

Respectfully submitted,

**FROST BROWN TODD LLC**

*/s/ Ronald E. Gold*  
Ronald E. Gold, Esq.  
Ohio Bar No. 0061351  
3300 Great American Tower  
301 East Fourth Street  
Cincinnati, Ohio 45202  
Telephone: (513) 651-6800  
Facsimile: (513) 651-6981  
Email: rgold@fbtlaw.com

**Counsel for Washington Prime Group Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on November 7, 2018 upon all parties receiving CM/ECF noticing.

                                                                   */s/ Ronald E. Gold*
                                                                   Ronald E. Gold, Esq.

0028924.0656025   4825-6046-9370v2