Ronald E. Gold, Esq.
Ohio Bar No. 0061351
**FROST BROWN TODD LLC**
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 651-6800
Facsimile: (513) 651-6981
Email: rgold@fbtlaw.com

**Counsel for Washington Prime Group Inc.**


**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | **CASE NO. 18-23538-RDD** |
| Debtors. | **(Jointly Administered)** |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Ronald E. Gold, Esq., to be admitted, *pro hac vice*, to represent Washington Prime Group Inc. (the "Client"), a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and the bars of the United States District Court for the Northern District of Illinois, the United States District Court for the Northern District of Ohio, the United States District Court for the Southern District of Ohio, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the Western District of Kentucky, the United States District Court for the District of Colorado, the United States District Court for the Northern District of Indiana, and the United States District Court for the Southern District of Indiana, it is hereby

**ORDERED**, that Ronald E. Gold, Esq. is permitted to practice, *pro hac vice*, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: November ___, 2018           /s/_____
White Plains, New York              UNITED STATES BANKRUPTCY JUDGE

0028924.0656025   4818-2246-8474v1