UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re:                                                          :      Chapter 11
                                                                :
**SEARS HOLDINGS CORPORATION,** *et al.*,                       :      Case No. 18-23538 (RDD)
                                                                :
Debtors. [1]                                                    :      (Jointly Administered)
                                                                :
----------------------------------------------------------------x

## FIRST SUPPLEMENTAL DECLARATION OF
## PAUL M. BASTA IN SUPPORT OF DEBTORS' APPLICATION
## FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
## PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP AS ATTORNEYS
## FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

PAUL M. BASTA makes this supplemental declaration under 28 U.S.C. § 1746:

1.  I am a partner in the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss" or the "Firm"), an international law firm with its principal offices at 1285 Avenue of the Americas, New York, New York 10019.  I am a lead attorney from Paul, Weiss working on the above-captioned chapter 11 cases.  I am a member in good standing of the Bar of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

the State of New York and I have been admitted to practice in the United States District Court for the Southern District of New York.

2. I submit this first supplemental declaration (this "Declaration"), pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 329 of title 11 of the United States Code (the "Bankruptcy Code"), in support of the *Debtors' Application for an Order Authorizing the Retention and Employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Attorneys for the Debtors and Debtors in Possession* Nunc Pro Tunc *to the Petition Date* (the "Retention Application").[2] Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein. To the extent any information disclosed herein requires amendment or modification upon Paul, Weiss's completion of further review, or as additional party-in-interest information becomes available, a further supplemental declaration will be submitted to the Court reflecting such amended or modified information.

3. The following is provided in response to the request for additional information set forth in Paragraph D.1 of the *U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Fees Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective as of November 1, 2013 (the "Fee Guidelines").

> **Question: Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?**
>
> Response: Prior to filing its first interim fee application, Paul, Weiss shall develop and review a budget and staffing plan with the Restructuring Sub-Committee, consistent with the Fee Guidelines.

*[Remainder of page intentionally left blank]*

---

[2] Capitalized terms used, but not otherwise defined herein, have the meaning ascribed to them in the Retention Application.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 7, 2018

*/s/ Paul M. Basta*

Paul M. Basta
Partner
Paul, Weiss, Rifkind, Wharton & Garrison LLP