**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of M. Neal Smith to be admitted, ***pro hac vice***, to represent Community Unit School District 300 (the "Client") n the above referenced ☒ cases ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing in the bar in the State of Illinois and if applicable, the bar of the U.S. District for the Northern District of Illinois , it is hereby

**ORDERED**, that M. Neal Smith, Esq., is admitted to practice, *pro hac vice,* in the above referenced ☒ cases ☐ adversary proceeding to resent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Date: White Plains, New York
November 7, 2018

/s/Robert D. Drain
**UNITED STATES BANKRUPTCY JUDGE**

803803v1