**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------

| | |
|---|---|
| In re: | : Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | : Case No. 18-23538 (RDD) |
| Debtors. | : (Jointly Administered) |

---------------------------------------------------------

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Kenneth M. Florey to be admitted, ***pro hac vice***, to represent Community Unit School District 300 (the "Client") in the above referenced ☒ cases ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing in the bar in the State of Illinois and the bar of the U.S. District for the Northern District of Illinois, it is hereby

**ORDERED**, that Kenneth M. Florey, Esq., is admitted to practice, *pro hac vice,* in the above referenced ☒ cases ☐ adversary proceeding to resent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Date: White Plains, New York
       November 7, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/Robert D. Drain
　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES BANKRUPTCY JUDGE**

803802v1