UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

SEARS HOLDINGS CORPORATION, et al.,

Debtors.

Chapter 11
Case No.: 18-23538 (RDD)
(Jointly Administered)

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that Law Offices of Douglas T. Tabachnik, P.C., by Douglas T. Tabachnik, Esq., hereby appears as local counsel for Perdue Brandon Fielder Collins and Mott, LLP, Counsel to the Nolan County, City Sweetwater, Sweetwater Independent School District (ISD), Palo Pinto County, City Mineral Wells, Mineral Wells ISD, Johnson County, City Cleburne, Cleburne , ISD, Arlington ISD, Crowley ISD, Eagle Mountain-Saginaw ISD, City Grapevine, Grapevine-Colleyville ISD, Richardson ISD, Carrollton-Farmers Branch ISD, City of Garland, Lubbock Central Appraisal District, Midland County, Tyler ISD, Cass County, Houston County, Mineola ISD, Nacogdoches County, Austin County Appraisal District, Brazoria County Tax Office, Brazoria County Municipal Utility District (MUD) #35, Brazoria County Tax Office, Fort Bend ISD, Fort Bend County Levee Improvement District #2, First Colony MUD #10, Clear Creek ISD, Galveston County Mgmt. Dist. #1, Dickinson ISD, Interstate MUD, Clear Creek ISD, Galveston County Mgmt. Dist. #1, Dickinson ISD, Interstate MUD, Clear Creek ISD, City of Houston, Galena Park ISD, HC MUD 285, Clear Creek ISD, City of Houston, Galena Park ISD, Spring Branch ISD, Spring ISD, Alief ISD, Tomball ISD, City of Tomball, Midtown Mgmt. District, City of Jasper, City of Cleveland, Bay City ISD, Kerr County, Kendall County, Fayette County, Maverick County, Uvalde County, Weslaco City, Weslaco ISD, Randall County Tax Office, Potter County Tax Office, Gray County Tax Office (the "Certain Texas Taxing Entities"), and, pursuant to Rules 2002, 4001, 9007, and 9010 of the

Federal Rules of Bankruptcy Procedure, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned, as follows:

>Douglas T. Tabachnik, Esq.
>(Admitted in this District)
>Law Offices of Douglas T. Tabachnik, P.C.
>63 West Main Street, Suite C
>Freehold, NJ 07728
>Phone: (732) 780-2760
>Fax : (732) 780-2761
>E-mail: dtabachnik@dttlaw.com
>
>and
>
>Eboney Cobb, Esq.  (*Pro Hac Vice* application to be submitted)
>Perdue Brandon Fielder Collins and Mott, LLP
>500 East Border Street, Suite 640
>Arlington, TX 76010
>Tel: 817-461-3344
>Fax: 817-860-6509
>E-mail: ecobb@pbfcm.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, electronic mail or otherwise that (1) affects or seeks to affect in any way any rights or interests of the Debtor or party-in-interest in this case, with respect to: (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct.

2

Dated: November 7, 2018

                                        **LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C.**

                                        By:/s/   Douglas T. Tabachnik
                                               Douglas T. Tabachnik, Esq.
                                               (Admitted in this District)
                                             Law Offices of Douglas T. Tabachnik, P.C.
                                             63 West Main Street, Suite C
                                             Freehold, N.J. 07728
                                             Phone:  (732) 780-2760
                                             Fax :  (732) 780-2761
                                             E-mail: dtabachnik@dttlaw.com
                                             Local Counsel for the Certain Texas Taxing Entities