UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

SEARS HOLDINGS CORPORATION, et al.,

Debtors.

Chapter 11
Case No.: 18-23538 (RDD)

(Jointly Administered)

# CERTIFICATE OF SERVICE PURSUANT TO 28 U.S.C. §1746

Renée D'Alba hereby certifies that on this date she caused to be served a copy of the following documents on the parties listed on the Standard Parties and the 2002 Parties, as they are defined by the Master Service List as of November 5, 2018, pursuant to the Court's Administrative Procedures Order dated October 1, 2018 in the manner described on the attached service list:

1. Objection to the Debtors' Motion for Approval of Procedures for Store Closing Sales and Assumption of Liquidation Consulting Agreement.

Dated: November 8, 2018              /s/Renée D'Alba
                                     Renée D'Alba

**Standard Parties by First Class Mail**

| | | |
|---|---|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Court SDNY<br>300 Quarropas Street, Room 248<br>White Plains, New York 1060 | Sears Holdings Corporation<br>3333 Beverly Road<br>Hoffman Estates IL 60179<br>Attn: Stephen Sitley Esq.<br>Luke J. Valentino, Esq. | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Ray C. Schrock, P.C.<br>Jacqueline Marcus, Esq. Garret A. Fail, Esq. ,Sunny Singh, Esq. |
| Office of the United States Trustee<br>201 Varick Street, Suite 1006<br>New York, New York 10014<br>Attn: Paul Schwartzberg, Esq | Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036<br>Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq. | Davis Polk & Wardell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Marshall S. Huebner, Esq.<br>Eli J. Vonnegut, Esq. |
| Cleary, Gottlieb<br>One Liberty Plaza<br>New York, NY, 10006<br>Attn: Sean A. O'Neal, Esq. | Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., T. Charlie Liu, Esq. | Wilmington Trust, National Association, Corporate Capital Markets<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN 55402<br>Attn: Sears Holdings Corp. Administrator |
| Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10015<br>Attn: James Gadsden, Esq. | Locke Lord LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Attn: Brian A. Raynor, Esq. | Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner |

**2002 Parties by First Class Mail**

| | | |
|---|---|---|
| Brookfield Property REIT Inc.<br>Attn: Kristen N. Pate<br>350 N. Orleans St.<br>Chicago, IL 60654-1607 | Linebarger Goggan Blair & Sampson, LLP<br>Attn: Diane Wade Sanders<br>P.O. Box 17428<br>Austin, TX 78760 | Sears Holding Corporation<br>Attn: Stephen Sitley Esq., Luke J. Valentino, Esq<br>3333 Beverly Road<br>Hoffman Estates, IL 60179 |
| The Bank of New York Mellon Trust Company<br>Attn: Corporate Trust Administration<br>101 Barclay St., Floor 8W<br>New York NY 10286 | Travis County<br>Attn: David Escamilla<br>P.O. Box 1748<br>Austin, TX 78767 | Wilmington Trust, National Association<br>Attn: Sears Holdings Corp. Administrator<br>Corporate Capital Markets<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN 55402 |
| Wilmorite Management Group LLC<br>Attn: Donald C. Cowan, Jr.<br>1265 Scottsville Road<br>Rochester, NY 14624 | | |

2002 Parties by E-mail

| | |
|---|---|
| Abid Qureshi | aqureshi@akingump.com |
| AJ Webb | awebb@fbtlaw.com |
| Alyssa E. Kutner | kutnera@ballardspahr.com |
| Andrew Weaver | aweaver@cgsh.com |
| Anthony J. D'Artiglio, Esq. | ajd@ansellgrimm.com |
| Anthony M. Rainone | arainone@bracheichler.com |
| bankruptcy@borgeslawllc.com | bankruptcy@borgeslawllc.com |
| bankruptcy@clm.com | bankruptcy@clm.com |
| Beth J. Rotenberg | brotenberg@csglaw.com |
| Brad Eric Schele | brad.eric.scheler@friedfrank.com |
| Brett S. Theisen | btheisen@gibbonslaw.com |
| Christopher Griffiths | cgriffiths@connollygallagher.com |
| Chull S. Park | cpark@choiandpark.com |
| David H. Wander, Esq. | dhw@dhclegal.com |
| David L. Pollack | pollack@ballardspahr.com |
| David M. Blau | dblau@clarkhill.com |
| Dennis.roemlein@bnymellon.com | Dennis.roemlein@bnymellon.com |
| Derek L. Wright | dlwright@foley.com |
| Duane J. Brescia | duane.brescia@clarkhillstrasburger.com |
| Dustin P. Branch | branchd@ballardspahr.com |
| Edward E. Neiger | eneiger@askllp.com |
| Edward L. Schnitzer | eschnitzer@ckrlaw.com |
| Edward M. King | tking@fbtlaw.com |
| Eli J. Vonnegut, Esq. | eli.vonnegut@davispolk.com |
| Erica S. Weisgerber, | eweisgerber@debevoise.com |
| Evan J. Zucker | EZucker@BlankRome.com |
| Evan T. Miller | emiller@bayardlaw.com |
| Gary F. Seitz | gseitz@gsbblaw.com |
| Hyun Suk Choi | hchoi@choiandpark.com |
| Ira S. Dizengoff | idizengoff@akingump.com |
| James Gadsden, Esq. | gadsden@clm.com |
| James J. Vincequerra | James.Vincequerra@alston.com |
| James L. Bromley | jbromley@cgsh.com |
| Jeffrey Rhodes | JRhodes@BlankRome.com |
| Jennifer A. Christian | jchristian@askllp.com |
| Joel H. Levitin | jlevitin@cahill.com |
| Jonathan D. Marshall | jmarshall@choate.com |
| Karen C. Bifferato | kbifferato@connollygallagher.com |
| Kelly M. Conlan | kconlan@connollygallagher.com |
| Kevin J. Simard | ksimard@choate.com |
| Kevin M. Newman | knewman@barclaydamon.com |
| Larry Bercovich | lbercovich@epicor.com |
| Laura E. Appleby, | appleby@chapman.com |
| Laura M. Brymer | lbrymer@fmdlegal.com |

| | |
|---|---|
| Lawrence M. Schwab | Tgaa@bbslaw.com |
| Leib M. Lerner | leib.lerner@alston.com |
| Leslie C. Heilman | heilmanl@ballardspahr.com |
| lkleist@choiandpark.com | lkleist@choiandpark.com |
| Mark E. Hall | mhall@foxrothschild.com |
| Mark E. Wilson | mark.wilson@fisherbroyles.com |
| Marl E. Felger | mfelger@cozen.com |
| Marshall S. Huebner, Esq, | marshall.huebner@davispolk.com |
| Matthew G. Summers | summersm@ballardspahr.com |
| Matthew Leopold | Leopold.matt@Epa.gov |
| Michael A. Smith | Michael.smith2@computershare.com |
| Michael J. Catalfimo, Esq. | mcatalfimo@carterconboy.com |
| Michael R. Herz | mherz@foxrothschild.com |
| Michael Small | msmall@foley.com |
| Miriam R. Stein | mstein@chuhak.com |
| My Chi To | mcto@debevoise.com |
| Natasha M. Songonuga | nsongonuga@gibbonslaw.com |
| Patricia B. Fugée | patricia.fugee@fisherbroyles.com |
| Paul E. Harner | harnerp@ballardspahr.com |
| Paul H. Zumbro | pzumbro@cravath.com |
| Paul J. Labov | plabov@foxrothschild.com |
| Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| Peter B. Siroka | peter.siroka@friedfrank.com |
| Philip C. Dublin | dublin@akingump.com |
| Phillip A. Martin | pmartin@fmdlegal.com |
| R. Kent Love | klove@bellnunnally.com |
| Richard A. Stieglitz Jr. | rstieglitz@cahill.com |
| Richard J. McCord, Esq., | rmccord@certilmanbalin.com |
| Richard T. Davis | rdavis@cafarocompany.com |
| Robert D. Nosek, Esq. | rnosek@certilmanbalin.com |
| Ronald E. Gold | rgold@fbtlaw.com |
| Russell W. Mills | rmills@bellnunnally.com |
| Sara L. Brauner | sbrauner@akingump.com |
| Scott A. Zuber | szuber@csglaw.com |
| Scott B. Luftglass | scott.luftglass@friedfrank.com |
| Sean A. O'Neal | soneal@cgsh.com |
| sears.service@davispolk.com | sears.service@davispolk.com |
| Shawn M. Christianson | schristianson@buchalter.com |
| Stanley B. Tarr | Tarr@BlankRome.com |
| Steven Wilamowsky | wilamowsky@chapman.com |
| Sue L. Chin, Esq. | schin@borgeslawllc.com |
| Thomas M. Horan | thoran@foxrothschild.com |
| Wanda Borges, Esq. | wborges@borgeslawllc.com |

| | |
|---|---|
| Aaron C. Smith | asmith@lockelord.com |
| Aaron Hume | Aron.hume@gmail.com |
| Andrew V. Tenzer, Esq | andrewtenzer@paulhastings.com |
| Barbra R. Parlin | barbra.parlin@hklaw.com |
| Barry Z. Bazian | bbazian@goodwinlaw.com |
| Benjamin D. Feder | bfeder@kelleydrye.com |
| Brett L. Gross | bgross@HuntonAK.com |
| Brian A. Raynor | braynor@lockelord.com |
| Brian S. McGrath | bmcgrath@mcglinchey.com |
| Bruce Buechler | bbuechler@lowenstein.com |
| Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Charles J. Filardi, Jr. | cfilardi@rrlawpc.com |
| Christy Rivera, Esq. | christy.rivera@nortonrosefulbright.com |
| Curtis S. Miller | cmiller@mnat.com |
| David G. Aelvoet | sanantonio.bankruptcy@publicans.com |
| David S. Gragg | dgragg@langleybanack.com |
| David W. Wirt | dwirt@lockelord.com |
| Deborah M. Perry | dperry@munsch.com |
| Donna H. Lieberman, Esq. | dlieberman@halperinlaw.net |
| Douglas B. Rosner | drosner@goulstonstorrs.com |
| Douglas J. Pick | dpick@picklaw.net |
| Ebony Cobb | ecobb@pbfcm.com |
| Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Erik Tikkanen | etikkanen@reisspreuss.com |
| Fred B. Ringel, Esq. | fbr@robinsonbrog.com |
| Gerald P. Kennedy | gerald.kennedy@procopio.com |
| gfox@goodwinlaw.com | gfox@goodwinlaw.com |
| Gilbert A. Lazarus | gillazarus@gmail.com |
| Guy A. Reiss | greiss@reisspreuss.com |
| Harlan M. Lazarus | hlazarus@lazarusandlazarus.com |
| harlan.lazarus@gmail.com | harlan.lazarus@gmail.com |
| Herb Baer | searsteam@primeclerk.com |
| Howard A. Cohen | hcohen@gibbonslaw.com |
| Howard Seife, Esq. | howard.seife@nortonrosefulbright.com |
| howard.upchurch@hanes.com | howard.upchurch@hanes.com |
| Ilan Markus | ilan.markus@leclairryan.com |
| Janine M. Figueiredo, Esq. | jfigueiredo@hahnhessen.com |
| Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| Jody A. Bedenbaugh | jody.bedenbaugh@nelsonmullins.com |
| John P. Dillman | houston_bankruptcy@publicans.com |
| John T. Farnum, Esq. | jfarnum@linowes-law.com |
| joia johnson | joia.johnson@hanes.com |
| Jonathan A. Grasso | jon@piercemccoy.com |
| Jonathan L. Flaxer, Esq., | jflaxer@golenbock.com |

| | |
|---|---|
| Joseph C. Barsalona II | jbarsalona@mnat.com |
| Joseph T. Moldovan Robert K. Dakis | bankruptcy@morrisoncohen.com |
| Judith Elkin | elkinj@mac.com |
| Karen Cordry | kcordry@naag.org |
| KDWBankruptcyDepartment@KelleyDrye.com | KDWBankruptcyDepartment@KelleyDrye.com |
| Kevin S. Neiman | kevin@ksnpc.com |
| Kevin Tompsett, Esq. | ktompsett@harrisbeach.com |
| Kiah T. Ford IV | chipford@parkerpoe.com |
| Kristen D. Romano | kromano@mcglinchey.com |
| Laura J. Monroe | lmbkr@pbfcm.com |
| Laura McCarthy | laura.mccarthy@morganlewis.com |
| Lauren C. Kiss | lkiss@klestadt.com |
| Lee Gordon, Tara LeDay | tleday@mvbalaw.com |
| Leslie A. Plaskon, Esq., | leslieplaskon@paulhastings.com |
| Lily Wang | lily@pacogarment.com |
| Lynn H. Butler | lynn.butler@huschblackwell.com |
| Marc A. Zelina | marc.zelina@lw.com |
| Mark J. Chaney, Esq., | mchaney@mcglinchey.com |
| Martin A. Eliopulos, Esq. | elio@higgslaw.com |
| Michael S. Weinstein, Esq. | mweinstein@golenbock.com |
| Neil E. Herman | neil.herman@morganlewis.com |
| Niclas A. Ferland | niclas.ferland@leclairryan.com |
| Owen M. Sonik | osonik@pbfcm.com |
| Paul Schwartzberg | paul.schwartzberg@usdoj.gov |
| Peter M. Gilhuly | peter.gilhuly@lw.com |
| Rachel R. Obaldo, | rachel.obaldo@oag.texas.gov |
| Richard A. Aguilar, Esq | raguilar@mcglinchey.com |
| Richard L. Zucker | rzucker@lasserhochman.com |
| Richard M. Allen | serviceqa@primeclerk.com |
| Richard Morrissey | richard.morrissey@usdoj.gov |
| Rick A. Steinberg | rsteinberg@pricemeese.com |
| Robert E. Michael | Robert.e.michael.esq@gmail.com |
| Robert L. Pryor | rlp@pryormandelup.com |
| Rudy J. Cerone, Esq. | rcerone@mcglinchey.com |
| Sean A. O'Keefe | sokeefe@okeefelc.com |
| Sean C. Southard | ssouthard@klestadt.com |
| Shane G. Ramsey | shane.ramsey@nelsonmullins.com |
| Shlomo Maza, Esq. | shlomomaza@paulhastings.com |
| Stephen B. Selbst | sselbst@herrick.com |
| Stephen M. Miller | smiller@morrisjames.com |
| Steven A. Ginther | sdnyecf@dor.mo.gov |
| T. Charlie Liu, Esq. | cliu@kelleydrye.com |
| Tara B. Annweiler | tannweiler@greerherz.com |
| Ted A. Dillman | ted.dillman@lw.com |
| Timothy F. Nixon | tnixon@gklaw.com |
| Trevor R. Hoffmann | thoffmann@goulstonstorrs.com |

| | |
|---|---|
| Abigail Snow | asnow@ssbb.com |
| Alan J. Lipkin | alipkin@willkie.com |
| Alan M. Feld, Esq. | afeld@sheppardmullin.com |
| Amy M. Williams | awilliams@williamsadvisors.com |
| Andrew G. Dietderich, | dietdericha@sullcrom.com |
| Andrew S. Conway | aconway@taubman.com |
| Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| Carina.Schoenberger@usdoj.gov | Carina.Schoenberger@usdoj.gov |
| Carmen Contreras-Martinez | carmen.contreras-martinez@saul.com |
| Christopher R. Belmonte, | cbelmonte@ssbb.com |
| Constantine D. Pourakis | cp@stevenslee.com |
| Curtis L. Tuggle | Curtis.Tuggle@ThompsonHine.com |
| David R. Zylberberg | zylberbergd@sullcrom.com |
| David.Jones6@usdoj.gov | David.Jones6@usdoj.gov |
| Dipesh Patel | dipesh.patel@saul.com |
| Doug Skierski Kristin H. Jain | enotices@skijain.com |
| Edward M. Fox | emfox@seyfarth.com |
| efile@pbgc.gov | efile@pbgc.gov |
| Fredric Sosnick | fsosnick@shearman.com |
| Gabriel Brunswick | gbrunswick@willkie.com |
| Garrett A. Fail | garrett.fail@weil.com |
| George R. Howard | george.howard@skadden.com |
| Gordon J. Toering | gtoering@wnj.com |
| Gregg M. Galardi | gregg.galardi@ropesgray.com |
| Herbert H. Slatery III, Marvin E. Clements, Jr. | AGBankNewYork@ag.tn.gov |
| Jacqueline Marcus | jacqueline.marcus@weil.com |
| James E. Sorenson | bk@svllaw.com |
| James M. Wilton | james.wilton@ropesgray.com |
| Jay Weinblatt | jweinblatt@sakar.com |
| Jeffrey.Oestericher@usdoj.gov | Jeffrey.Oestericher@usdoj.gov |
| JeriLeigh.Miller@weil.com | JeriLeigh.Miller@weil.com |
| jessica.liou@weil.com | jessica.liou@weil.com |
| Jose A Galarza | jose.galarza@usbank.com |
| Joseph H. Lemkin | jlemkin@stark-stark.com |
| Joseph.Cordaro@usdoj.gov | Joseph.Cordaro@usdoj.gov |
| Judith Starr | Starr.Judith@pbgc.gov |
| Kevin J. Etzel | ketzel@vedderprice.com |
| Kimberly J. Kodis | kimberly.kodis@ropesgray.com |
| Lawrence.Fogelman@usdoj.gov | Lawrence.Fogelman@usdoj.gov |
| Lei Lei Wang Ekvall, Philip E. Strok | pstrok@swelawfirm.com |
| Linda.Riffkin@usdoj.gov | Linda.Riffkin@usdoj.gov |
| Mary A. Callahan | mary.callahan@bnymellon.com |
| Mary L. Fullington | mfullington@wyattfirm.com |
| Matthew C. McCann | mmccann@swc-law.com |

| | |
|---|---|
| Michael D. Brofman, Esq. | mbrofman@weisszarett.com |
| Michael J. Riela | Riela@thsh.com |
| Michael L. Schein | mschein@vedderprice.com |
| Michelle E. Shriro | mshriro@singerlevick.com |
| Paloma.VanGroll@weil.com | Paloma.VanGroll@weil.com |
| Pamela Bosswick | pbosswick@ssbb.com |
| Patricia I. Chen | patricia.chen@ropesgray.com |
| Paul Leake, Esq | paul.leake@skadden.com |
| Peter.Aronoff@usdoj.gov | Peter.Aronoff@usdoj.gov |
| Phillip M. Hudson III, | phil.hudson@saul.com |
| Power Wang | powerwangtxks@vip.126.com |
| Ray C. Schrock | ray.schrock@weil.com |
| Robert A. Abiuso | rabiuso@swc-law.com |
| Ronald M. Tucker, Esq. | rtucker@simon.com |
| Ryan C. Reinert, Esq. | rreinert@shutts.com |
| Sabrina L. Streusand | streusand@slollp.com |
| Sam N. Ashuraey | sam.ashuraey@ropesgray.com |
| Sanford P. Rosen, Esq. | srosen@rosenpc.com |
| Sara Coelho | sara.coelho@shearman.com |
| Secretary of the Treasury | secbankruptcy@sec.gov |
| Secretary of the Treasury | NYROBankruptcy@sec.gov |
| Shana Elberg, Esq. | shana.elberg@skadden.com |
| Simon Aron | saron@wrslawyers.com |
| Stephen B. Gerald | sgerald@wtplaw.com |
| Steven Cimalore | scimalore@wilmingtontrust.com |
| Steven W. Kelly | skelly@s-d.com |
| Sunny Singh | sunny.singh@weil.com |
| Ted Cohen, Esq. | tcohen@sheppardmullin.com |
| Thomas S. Onder | tonder@stark-stark.com |
| Thomas W. Waldrep, Jr. | notice@waldrepllp.com |
| William McCarron, Jr | mccarron.william@pbgc.gov |