IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**In Re:**

| | | |
|---|---|---|
| **SEARS HOLDINGS CORPORATION, et al.,** | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 18-23538-RDD |
| | : | |
| | : | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Vera N. Kanova, Assistant Counsel with the Commonwealth of Pennsylvania, Department of Environmental Protection, Central Office ("PADEP") respectfully requests admission *pro hac vice,* before the Honorable Robert D. Drain, to represent the PADEP in the above-captioned case.

I certify that I am a member in good standing of the bar in the State of Pennsylvania and, if applicable, the bar of the U.S. District Court for the Middle District of Pennsylvania.

I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Respectfully submitted,

*/s/ Vera N. Kanova*
Vera N. Kanova
Assistant Counsel
PA I.D. No. 316676
Office of Chief Counsel
400 Market Street
Harrisburg, PA  17101-2063
717-787-9370
verkanova@pa.gov

FOR THE COMMONWEALTH OF
PENNSYLVANIA, DEPARTMENT OF
ENVIRONMENTAL PROTECTION

Date:  November 8, 2018