**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**In Re:**

| | | |
|---|---|---|
| **SEARS HOLDINGS CORPORATION, et al.,** | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 18-23538-RDD |
| | : | |
| | : | (Jointly Administered) |

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Vera N. Kanova, to be admitted, *pro hac vice*, to represent Commonwealth of Pennsylvania, Department of Environmental Protection, ("PADEP") an interested party in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Pennsylvania and, if applicable, the bar of the U.S. District Court for the Middle District of Pennsylvania, it is hereby **ORDERED**, that Vera N. Kanova, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the PADEP, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____           /s/ _____
                                                                UNITED STATES BANKRUPTCY JUDGE