# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

**In Re:**

| | | |
|---|---|---|
| **SEARS HOLDINGS CORPORATION, et al.,** | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 18-23538-RDD |
| | : | |
| | : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Motion for *Pro Hac Vice* Admission has been served via the U.S. Bankruptcy Court's electronic filing system.

Respectfully submitted,

  */s/ Vera N. Kanova*
Vera N. Kanova
Assistant Counsel
PA I.D. No. 316676
Office of Chief Counsel
400 Market Street
Harrisburg, PA   17101-2063
717-787-9370
verkanova@pa.gov

FOR THE COMMONWEALTH OF
PENNSYLVANIA, DEPARTMENT OF
ENVIRONMENTAL PROTECTION

Date:   November 8, 2018