UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE:

SEARS HOLDING CORPORATION, et al.,   Case No. 18-23538 (RDD)

      Debtors.   Chapter 11
                                                       (Jointly Administered)

---

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

---

       The undersigned representative for BICO Associates GP, hereby requests, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, that all notices to be sent to creditors, committees of creditors, or equity security holders be served upon counsel at the following address:

       Russell W. Savory
       Beard & Savory, PLLC
       119 South Main Street, Suite 500
       Memphis, Tennessee 38103
       russ@bsavory.com

                                        Respectfully submitted,

                                        BEARD & SAVORY, PLLC

                                        /s/Russell W. Savory

                                        Russell W. Savory (Tenn. Bar. No. 12786)
                                        119 South Main Street, Suite 500
                                        Memphis, Tennessee  38103
                                        901-523-1110
                                        901-523-1139 (fax)
                                        russ@bsavory.com

CERTIFICATE OF SERVICE

I, Russell W. Savory, hereby certify that a true and genuine copy of the foregoing pleading was served upon Ray C. Schrock, Esq., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq., 767 Fifth Avenue New York, New York 10153 and Office of United States Trustee, 33 Whitehall St., 21st Floor, New York, NY 10004 by electronic delivery this 8th Day of November, 2018

/s/ Russell W. Savory
_____
Russell W. Savory