Donna H. Lieberman, Esq.  
HALPERIN BATTAGLIA BENZIJA, LLP  
40 Wall Street, 37th floor  
New York, New York 10005  
Telephone: (212) 765-9100  
dlieberman@halperinlaw.net  

   and  

Kevin S. Neiman, Esq.  
LAW OFFICES OF KEVIN S. NEIMAN, PC  
999 18th Street, Suite 1230 S  
Denver, CO  80202  
Telephone: (303) 996-8637  
kevin@ksnpc.com  

*Co-counsel to the NW Properties Landlords*

Hearing Date: November 15, 2018  
Time: 10:00 a.m.

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, *et al.*, | |
| | (Jointly Administered) |
| Debtors. | |

-------------------------------------------------------------x

**JOINDER OF THE NW PROPERTIES LANDLORDS TO LIMITED OBJECTION TO DEBTORS' MOTION FOR APPROVAL OF GLOBAL BIDDING PROCEDURES**

NW Cambridge Property Owner LLC, NW Centennial LLC, NW 51st Street LLC, NW Springs LLC, NW Northgate II LLC, NW Duluth LLC, and NW Gaithersburg LLC (together, the "NW Properties Landlords"), by and through their undersigned counsel, hereby file this joinder (the "Joinder") to the *Limited Objection by Westfield, LLC, Benenson Capital Company Inc., and Certain of Their Respective Affiliates, to Debtors' Motion for Approval of Global*

*Bidding Procedures [Doc. Id. 429]* (the "Objection"), whereby Westfield, LLC, Benenson Capital Company LLC, and certain of their respective affiliates (together, "Westfield") object on a limited basis to the *Debtors' Motion for Approval of Global Bidding Procedures* [D.N. 429] (the "Motion").

## BACKGROUND

1. On October 15, 2018, the above-captioned debtors and debtors-in-possession (together, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. The NW Properties Landlords are the lessors under seven leases with the Debtors (together, the "Leases"), at least six of which are "shopping center" leases as that term is used in section 365(b)(3) of the Bankruptcy Code. *See In re Joshua Slocum, Ltd.*, 922 F.2d 1081, 1086-87 (3d Cir. 1990).

3. The Leases are for premises at the following locations:

| Landlord | Leased Premises |
| --- | --- |
| NW Cambridge Property Owner LLC | Cambridge, MA |
| NW Centennial LLC | Centennial, CO |
| NW 51st Street LLC | Pittsburgh, PA |
| NW Springs LLC | Colorado Springs, CO |
| NW Northgate II LLC | Durham, NC |
| NW Duluth LLC | Duluth, GA |
| NW Gaithersburg LLC | Gaithersburg, MD |

4. By the Motion, the Debtors seek the Court's approval of certain procedures to govern the marketing, auction, and sale of their assets. Motion, ¶ 3.

**JOINDER**

5.      On November 7, 2018, Westfield filed the Objection, raising certain issues with regard to the Motion and sought relief. For the reasons, set forth therein, the NW Properties Landlords join in that Objection.

6.      Moreover, the NW Properties Landlords join in the objections to the Debtors' requested relief filed by other landlords and parties-in-interest to the extent they are not inconsistent with the Objection and this Joinder.

**RESERVATION OF RIGHTS**

7.      The NW Properties Landlords expressly reserve any and all rights to supplement or amend this Joinder and make any other objections to further relief sought by the Debtors, including in relation to any proposed rejection, assumption, assumption and assignment, or sale of any of the Leases.

**CONCLUSION**

WHEREFORE, the NW Properties Landlords respectfully request that this Court enter an order: (a) sustaining the Objection and this Joinder; (b) modifying the relief request by the Debtors to address the issues raised; and (c) granting the NW Properties Landlords such other and further relief as this Court deems just and appropriate under the circumstances.

Dated: November 8, 2018                               Respectfully submitted,

**HALPERIN BATTAGLIA BENZIJA, LLP**

/s/ *Donna H. Lieberman*
Donna H. Lieberman, Esq.
40 Wall Street, 37th Floor
New York, NY 10005
Telephone: (212) 765-9100
dlieberman@halperinlaw.net

- and-

Kevin S. Neiman, Esq.
**LAW OFFICES OF KEVIN S. NEIMAN, PC**
999 18th Street, Suite 1230 S
Denver, CO  80202
Telephone: (303) 996-8637
kevin@ksnpc.com

*Co-counsel to the NW Properties Landlords*