## CERTIFICATE OF SERVICE

I, Paul E. Harner, Esquire, do hereby certify that, on this 8th day of November 2018, I caused a true and correct copy of the foregoing *Amended Objection of The Macerich Company, Centennial Real Estate Management LLC, Woodbury Corporation, and Heidenberg Properties, LLC to The Omnibus Motion of Debtors to Reject Certain Unexpired Leases and Related Subleases of Nonresidential Real Property and Abandonment of Property in Connection Therewith* to be served (i) via the Court's CM/ECF system upon all parties requesting electronic notice of all filings in this case; and (ii) the following parties on the attached service list in the manner indicated.

Dated: November 8, 2018

/s/ *Paul E. Harner*
Paul E. Harner
BALLARD SPAHR LLP

| | |
|---|---|
| Debtors<br>Sears Holding Corporation<br>333 Beverly Road<br>Hoffman Estates, IL 60179<br>**First-Class Mail** | Honorable Robert D. Drain<br>United States Bankruptcy Court<br> for the Southern District of New York<br>300 Quarropas Street, Room 248<br>White Plains, NY 10601<br>**Overnight Mail** |
| Weil, Gotshal & Manges LLP<br>767 Firth Avenue<br>New York, NY 10153<br>Attn: Ray C. Schrock, P.C.<br>Jacqueline Marcus, Esq.<br>Garret A. Fail, Esq.<br>Sunny Singh, Esq.<br>**First-Class Mail** | Office of the United States Trustee<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br>Attn: Paul Schwartzsberg, Esq.<br>Richard Morrissey, Esq.<br>**First-Class Mail** |
| Skadden Arps Slate Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036<br>Attn: Paul D. Leake, Esq.<br>Shana A. Elberg, Esq.<br>George R. Howard, Esq.<br>**First-Class Mail** | Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Attn: Ira S. Dizengoff, Esq.<br>Philip C. Dublin, Esq.<br>Aid Qureshi, Esq.<br>Joseph L. Sorkin, Esq.<br>**First-Class Mail** |

DMEAST #35932879 v1