Allen G. Kadish
Lance A. Schildkraut
ARCHER & GREINER, P.C.
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Email: akadish@archerlaw.com
      lschildkraut@archerlaw.com

    and

Kenneth M. Florey
M. Neal Smith
ROBBINS, SCHWARTZ, NICHOLAS,
LIFTON & TAYLOR, LTD.
631 E. Boughton Road, Suite 200
Bolingbrook, Illinois 60440
Tel: (630) 929-3639
Email: kflorey@robbins-schwartz.com
      nsmith@robbins-schwartz.com

    and

Matthew T. Gensburg
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Tel: (312) 263-2200
Email: mgensburg@gcklegal.com

*Attorneys for Community Unit School District 300*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) | Case No. 18-23538 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that ARCHER & GREINER, P.C., ROBBINS, SCHWARTZ, NICHOLAS, LIFTON & TAYLOR, LTD., and GENSBURG CALANDRIELLO & KANTER, P.C., appear as attorneys for COMMUNITY UNIT SCHOOL DISTRICT 300, an

Illinois school district (the "**School District**"), pursuant to Rules 2002, 3017(a), 9007, 9019(b), 9013 and 9027 of the Federal Rules of Bankruptcy Procedure and section 1109(b) of Title 11 of the United States Code, and request that all notices be given to and served upon:

ARCHER & GREINER, P.C.
Attn:  Allen G. Kadish, Esq.
Attn:  Lance A. Schildkraut, Esq.
630 Third Avenue
New York, New York 10017
Telephone: (212) 682-4940
Email: akadish@archerlaw.com
Email: lschildkraut@archerlaw.com

ROBBINS, SCHWARTZ, NICHOLAS,
LIFTON & TAYLOR, LTD.
Attn:  Kenneth M. Florey
Attn:  M. Neal Smith
631 E. Boughton Road, Suite 200
Bolingbrook, Illinois 60440
Telephone: (630) 929-3639
Email: kflorey@robbins-schwartz.com
Email: nsmith@robbins-schwartz.com

GENSBURG CALANDRIELLO & KANTER, P.C.
Attn:  Matthew T. Gensburg
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Telephone: (312) 263-2200
Email: mgensburg@gcklegal.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, personal delivery, telephone, e-mail or otherwise, which affect the School District and/or the above-captioned Debtors or their property.

PLEASE TAKE FURTHER NOTICE that demand is also made that the School District and the undersigned be added to the notice list of all contested matters, adversary proceedings, and other proceedings in the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall be construed to waive (a) any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, or (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, defenses, setoffs or recoupments whether under agreements, in law or in equity or otherwise, all of which are expressly reserved.

| | |
|---|---|
| Dated: New York, New York<br>November 8, 2018 | ARCHER & GREINER, P.C.<br><br>By:    s/ Allen G. Kadish<br>    Allen G. Kadish<br>    Lance A. Schildkraut<br>630 Third Avenue<br>New York, New York 10017<br>Tel: (212) 682-4940<br>Email: akadish@archerlaw.com<br>       lschildkraut@archerlaw.com<br><br>and<br><br>Kenneth M. Florey<br>M. Neal Smith<br>ROBBINS, SCHWARTZ, NICHOLAS,<br>LIFTON & TAYLOR, LTD.<br>631 E. Boughton Road, Suite 200<br>Bolingbrook, Illinois 60440<br>Tel: (630) 929-3639<br>Email: kflorey@robbins-schwartz.com<br>       nsmith@robbins-schwartz.com<br><br>and<br><br>Matthew T. Gensburg<br>GENSBURG CALANDRIELLO & KANTER, P.C.<br>200 West Adams Street, Suite 2425<br>Chicago, Illinois 60606<br>Tel: (312) 263-2200<br>Email: mgensburg@gcklegal.com<br><br>*Attorneys for Community Unit School District 300* |