McGlinchey Stafford, PLLC
Richard A. Aguilar, Esq. (Admitted *Pro Hac Vice*)
Rudy J. Cerone, Esq. (Admitted *Pro Hac Vice*)
Mark J. Chaney, Esq. (Admitted *Pro Hac Vice*)
12th Floor, 601 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800
*Attorneys for*
*Automotive Rentals, Inc. and ARI Fleet LT*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| **SEARS HOLDINGS CORPORATION,** *et al.* | * | CASE NO. 18-23538 (RDD) |
| | * | |
| Debtors.[1] | * | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Richard A. Aguilar, certify that on November 8, 2018, I caused to be served a copy of

the following documents on the parties listed on the Standard Parties and the 2002 Parties, as they

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

The Debtors also include SHC Licensed Business LLC (3718), filed as Case No. 18-23616 and SHC Promotions LLC (9626), filed as Case No. 18-23630 (the "**Additional Debtors**"). The Additional Debtors each filed a motion in their respective chapter 11 case requesting joint administration with the Debtors for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

1

are defined by the Master Service List, pursuant to the Court's Administrative Procedures Order dated October 1, 2018 in the manner described on the attached service list:

1. Limited Objection by Automotive Rentals, Inc. and ARI Fleet LT to Debtors' Motion for Entry of an Order Authorizing and Establishing Procedures for De Minimis Asset Sales and De Minis Asset Abandonments [ECF Doc. No. 427];

2. Limited Objection by Automotive Rentals, Inc. and ARI Fleet LT to Debtors' Motion for Approval of Global Bidding Procedures [ECF Doc. 429]

3. Limited Objection by Automotive Rentals, Inc. and ARI Fleet LT to Debtors' Motion for Entry of Order (I)(A) Approving Bidding Procedures for Sale of Sears Home Improvement Business, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for and Hearing to Approval Sale of Sears Home Improvement Business, (D) Approving Form and Manner of Notice Improvement Business, (E) Approving Assumption and Assignment Procedures, (II) Approving the Sale of Sears Home Improvement Business in Accordance with the Stalking Horse Agreement, and (III) Granting Related Relief [ECF Doc. 450].

Respectfully submitted, this 8th day of November, 2018.

        MCGLINCHEY STAFFORD, PLLC

        */s/ Richard A. Aguilar*
        Richard A. Aguilar, Esq. (Admitted *Pro Hac Vice*)
        Rudy J. Cerone, Esq. (Admitted *Pro Hac Vice*)
        Mark J. Chaney, Esq. (Admitted *Pro Hac Vice*)
        12th Floor, 601 Poydras Street
        New Orleans, Louisiana  70130
        Telephone:  (504) 586-1200
        Facsimile: (504) 596-2800

        Attorney for
        Automotive Rentals, Inc. and ARI Fleet LT

2187789.1

Standard Parties by First Class Mail

| | | |
|---|---|---|
| Honorable Robert D. Drain<br>USBC, SDNY<br>300 Quarropas Street, Room 248<br>White Plains, New York 1060 | Sears Holdings Corporation<br>3333 Beverly Road<br>Hoffman Estates IL 60179<br>Attn: Stephen Sitley Esq.<br>Luke J. Valentino, Esq. | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Ray C. Schrock, P.C.<br>Jacqueline Marcus, Esq. Garret A. Fail, Esq. ,Sunny Singh, Esq. |
| Office of the United States Trustee<br>201 Varick Street, Suite 1006<br>New York, New York 10014<br>Attn: Paul Schwartzberg, Esq | Skadden, Arps, Slate, Meagher<br>& Flom, LLP<br>4 Times Square<br>New York, NY 10036<br>Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq. | Davis Polk & Wardell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Marshall S. Huebner, Esq.<br>Eli J. Vonnegut, Esq. |
| Cleary, Gottlieb<br>One Liberty Plaza<br>New York, NY, 10006<br>Attn: Sean A. O'Neal, Esq. | Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., T. Charlie Liu, Esq. | Wilmington Trust, NA<br>Corporate Capital Markets<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN 55402<br>Attn: Sears Holdings Corp. Administrator |
| Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10015<br>Attn: James Gadsden, Esq. | Locke Lord LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Attn: Brian A. Raynor, Esq. | Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi,<br>Sara L. Brauner |

2002 Parties by First Class Mail

| | | |
|---|---|---|
| Brookfield Property REIT Inc.<br>Attn: Kristen N. Pate<br>350 N. Orleans St.<br>Chicago, IL 60654-1607 | Linebarger Goggan Blair<br>& Sampson, LLP<br>Attn: Diane Wade Sanders<br>P.O. Box 17428<br>Austin, TX 78760 | Sears Holding Corporation<br>Attn: Stephen Sitley Esq., Luke J. Valentino, Esq<br>3333 Beverly Road<br>Hoffman Estates, IL 60179 |
| The Bank of New York Mellon Trust<br>Attn: Corporate Trust Administration<br>101 Barclay St., Floor 8W<br>New York NY 10286 | Travis County<br>Attn: David Escamilla<br>P.O. Box 1748<br>Austin, TX 78767 | Wilmington Trust, NA<br>Attn: Sears Holdings Corp. Administrator<br>Corporate Capital Markets<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN 55402 |
| Wilmorite Management Group LLC<br>Attn: Donald C. Cowan, Jr.<br>1265 Scottsville Road<br>Rochester, NY 14624 | | |

<u>2002 Parties by E-mail</u>

| | |
|---|---|
| Abid Qureshi | aqureshi@akingump.com |
| AJ Webb | awebb@fbtlaw.com |
| Alyssa E. Kutner | kutnera@ballardspahr.com |
| Andrew Weaver | aweaver@cgsh.com |
| Anthony J. D'Artiglio, Esq. | ajd@ansellgrimm.com |
| Anthony M. Rainone | arainone@bracheichler.com |
| bankruptcy@borgeslawllc.com | bankruptcy@borgeslawllc.com |
| bankruptcy@clm.com | bankruptcy@clm.com |
| Beth J. Rotenberg | brotenberg@csglaw.com |
| Brad Eric Scheler | brad.eric.scheler@friedfrank.com |
| Brett S. Theisen | btheisen@gibbonslaw.com |
| Christopher Griffiths | cgriffiths@connollygallagher.com |
| Chull S. Park | cpark@choiandpark.com |
| David H. Wander, Esq. | dhw@dhclegal.com |
| David L. Pollack | pollack@ballardspahr.com |
| David M. Blau | dblau@clarkhill.com |
| Dennis Roemlein | Dennis.roemlein@bnymellon.com |
| Derek L. Wright | dlwright@foley.com |
| Duane J. Brescia | duane.brescia@clarkhillstrasburger.com |
| Dustin P. Branch | branchd@ballardspahr.com |
| Edward E. Neiger | eneiger@askllp.com |
| Edward L. Schnitzer | eschnitzer@ckrlaw.com |
| Edward M. King | tking@fbtlaw.com |
| Eli J. Vonnegut, Esq. | eli.vonnegut@davispolk.com |
| Erica S. Weisgerber | eweisgerber@debevoise.com |
| Evan J. Zucker | EZucker@BlankRome.com |
| Evan T. Miller | emiller@bayardlaw.com |
| Gary F. Seitz | gseitz@gsbblaw.com |
| Hyun Suk Choi | hchoi@choiandpark.com |
| Ira S. Dizengoff | idizengoff@akingump.com |
| James Gadsden, Esq. | gadsden@clm.com |
| James J. Vincequerra | James.Vincequerra@alston.com |
| James L. Bromley | jbromley@cgsh.com |
| Jeffrey Rhodes | JRhodes@BlankRome.com |
| Jennifer A. Christian | jchristian@askllp.com |
| Joel H. Levitin | jlevitin@cahill.com |
| Jonathan D. Marshall | jmarshall@choate.com |
| Karen C. Bifferato | kbifferato@connollygallagher.com |
| Kelly M. Conlan | kconlan@connollygallagher.com |
| Kevin J. Simard | ksimard@choate.com |
| Kevin M. Newman | knewman@barclaydamon.com |
| Larry Bercovich | lbercovich@epicor.com |
| Laura E. Appleby | appleby@chapman.com |
| Laura M. Brymer | lbrymer@fmdlegal.com |
| Lawrence M. Schwab | Tgaa@bbslaw.com |
| Leib M. Lerner | leib.lerner@alston.com |

| | |
|---|---|
| Leslie C. Heilman | heilmanl@ballardspahr.com |
| | lkleist@choiandpark.com |
| Mark E. Hall | mhall@foxrothschild.com |
| Mark E. Wilson | mark.wilson@fisherbroyles.com |
| Marl E. Felger | mfelger@cozen.com |
| Marshall S. Huebner, Esq | marshall.huebner@davispolk.com |
| Matthew G. Summers | summersm@ballardspahr.com |
| Matthew Leopold | Leopold.matt@Epa.gov |
| Michael A. Smith | Michael.smith2@computershare.com |
| Michael J. Catalfimo, Esq. | mcatalfimo@carterconboy.com |
| Michael R. Herz | mherz@foxrothschild.com |
| Michael Small | msmall@foley.com |
| Miriam R. Stein | mstein@chuhak.com |
| My Chi To | mcto@debevoise.com |
| Natasha M. Songonuga | nsongonuga@gibbonslaw.com |
| Patricia B. Fugée | patricia.fugee@fisherbroyles.com |
| Paul E. Harner | harnerp@ballardspahr.com |
| Paul H. Zumbro | pzumbro@cravath.com |
| Paul J. Labov | plabov@foxrothschild.com |
| Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| Peter B. Siroka | peter.siroka@friedfrank.com |
| Philip C. Dublin | dublin@akingump.com |
| Phillip A. Martin | pmartin@fmdlegal.com |
| R. Kent Love | klove@bellnunnally.com |
| Richard A. Stieglitz Jr. | rstieglitz@cahill.com |
| Richard J. McCord, Esq. | rmccord@certilmanbalin.com |
| Richard T. Davis | rdavis@cafarocompany.com |
| Robert D. Nosek, Esq. | rnosek@certilmanbalin.com |
| Ronald E. Gold | rgold@fbtlaw.com |
| Russell W. Mills | rmills@bellnunnally.com |
| Sara L. Brauner | sbrauner@akingump.com |
| Scott A. Zuber | szuber@csglaw.com |
| Scott B. Luftglass | scott.luftglass@friedfrank.com |
| Sean A. O'Neal | soneal@cgsh.com |
| | sears.service@davispolk.com |
| Shawn M. Christianson | schristianson@buchalter.com |
| Stanley B. Tarr | Tarr@BlankRome.com |
| Steven Wilamowsky | wilamowsky@chapman.com |
| Sue L. Chin, Esq. | schin@borgeslawllc.com |
| Thomas M. Horan | thoran@foxrothschild.com |
| Wanda Borges, Esq. | [wborges@borgeslawllc.com](mailto:wborges@borgeslawllc.com) |
| Aaron C. Smith | asmith@lockelord.com |
| Aaron Hume | Aron.hume@gmail.com |
| Andrew V. Tenzer, Esq | andrewtenzer@paulhastings.com |
| Barbra R. Parlin | barbra.parlin@hklaw.com |
| Barry Z. Bazian | bbazian@goodwinlaw.com |
| Benjamin D. Feder | bfeder@kelleydrye.com |
| Brett L. Gross | bgross@HuntonAK.com |

| | |
|---|---|
| Brian A. Raynor | braynor@lockelord.com |
| Brian S. McGrath | bmcgrath@mcglinchey.com |
| Bruce Buechler | bbuechler@lowenstein.com |
| Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Charles J. Filardi, Jr. | cfilardi@rrlawpc.com |
| Christy Rivera, Esq. | christy.rivera@nortonrosefulbright.com |
| Curtis S. Miller | cmiller@mnat.com |
| David G. Aelvoet | sanantonio.bankruptcy@publicans.com |
| David S. Gragg | dgragg@langleybanack.com |
| David W. Wirt | dwirt@lockelord.com |
| Deborah M. Perry | dperry@munsch.com |
| Donna H. Lieberman, Esq. | dlieberman@halperinlaw.net |
| Douglas B. Rosner | drosner@goulstonstorrs.com |
| Douglas J. Pick | dpick@picklaw.net |
| Ebony Cobb | ecobb@pbfcm.com |
| Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Erik Tikkanen | etikkanen@reisspreuss.com |
| Fred B. Ringel, Esq. | fbr@robinsonbrog.com |
| Gerald P. Kennedy | gerald.kennedy@procopio.com |
| | gfox@goodwinlaw.com |
| Gilbert A. Lazarus | gillazarus@gmail.com |
| Guy A. Reiss | greiss@reisspreuss.com |
| Harlan M. Lazarus | hlazarus@lazarusandlazarus.com |
| | harlan.lazarus@gmail.com |
| Herb Baer | searsteam@primeclerk.com |
| Howard A. Cohen | hcohen@gibbonslaw.com |
| Howard Seife, Esq. | howard.seife@nortonrosefulbright.com |
| | howard.upchurch@hanes.com |
| Ilan Markus | ilan.markus@leclairryan.com |
| Janine M. Figueiredo, Esq. | jfigueiredo@hahnhessen.com |
| Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| Jody A. Bedenbaugh | jody.bedenbaugh@nelsonmullins.com |
| John P. Dillman | houston_bankruptcy@publicans.com |
| John T. Farnum, Esq. | jfarnum@linowes-law.com |
| joia johnson | joia.johnson@hanes.com |
| Jonathan A. Grasso | jon@piercemccoy.com |
| Jonathan L. Flaxer, Esq. | jflaxer@golenbock.com |
| Joseph C. Barsalona II | jbarsalona@mnat.com |
| Joseph T. Moldovan Robert K. Dakis | bankruptcy@morrisoncohen.com |
| Judith Elkin | elkinj@mac.com |
| Karen Cordry | kcordry@naag.org |
| | KDWBankruptcyDepartment@KelleyDrye.com |
| Kevin S. Neiman | kevin@ksnpc.com |
| Kevin Tompsett, Esq. | ktompsett@harrisbeach.com |
| Kiah T. Ford IV | chipford@parkerpoe.com |
| Kristen D. Romano | kromano@mcglinchey.com |
| Laura J. Monroe | lmbkr@pbfcm.com |
| Laura McCarthy | laura.mccarthy@morganlewis.com |

| | |
|---|---|
| Lauren C. Kiss | lkiss@klestadt.com |
| Lee Gordon, Tara LeDay | tleday@mvbalaw.com |
| Leslie A. Plaskon, Esq. | leslieplaskon@paulhastings.com |
| Lily Wang | lily@pacogarment.com |
| Lynn H. Butler | lynn.butler@huschblackwell.com |
| Marc A. Zelina | marc.zelina@lw.com |
| Mark J. Chaney, Esq. | mchaney@mcglinchey.com |
| Martin A. Eliopulos, Esq. | elio@higgslaw.com |
| Michael S. Weinstein, Esq. | mweinstein@golenbock.com |
| Neil E. Herman | neil.herman@morganlewis.com |
| Niclas A. Ferland | niclas.ferland@leclairryan.com |
| Owen M. Sonik | osonik@pbfcm.com |
| Paul Schwartzberg | paul.schwartzberg@usdoj.gov |
| Peter M. Gilhuly | peter.gilhuly@lw.com |
| Rachel R. Obaldo | rachel.obaldo@oag.texas.gov |
| Richard A. Aguilar, Esq | raguilar@mcglinchey.com |
| Richard L. Zucker | rzucker@lasserhochman.com |
| Richard M. Allen | serviceqa@primeclerk.com |
| Richard Morrissey | richard.morrissey@usdoj.gov |
| Rick A. Steinberg | rsteinberg@pricemeese.com |
| Robert E. Michael | Robert.e.michael.esq@gmail.com |
| Robert L. Pryor | rlp@pryormandelup.com |
| Rudy J. Cerone, Esq. | rcerone@mcglinchey.com |
| Sean A. O'Keefe | sokeefe@okeefelc.com |
| Sean C. Southard | ssouthard@klestadt.com |
| Shane G. Ramsey | shane.ramsey@nelsonmullins.com |
| Shlomo Maza, Esq. | shlomomaza@paulhastings.com |
| Stephen B. Selbst | sselbst@herrick.com |
| Stephen M. Miller | smiller@morrisjames.com |
| Steven A. Ginther s | dnyecf@dor.mo.gov |
| T. Charlie Liu, Esq. | cliu@kelleydrye.com |
| Tara B. Annweiler | tannweiler@greerherz.com |
| Ted A. Dillman | ted.dillman@lw.com |
| Timothy F. Nixon | tnixon@gklaw.com |
| Trevor R. Hoffmann | thoffmann@goulstonstorrs.com |
| Abigail Snow | asnow@ssbb.com |
| Alan J. Lipkin | alipkin@willkie.com |
| Alan M. Feld, Esq. | afeld@sheppardmullin.com |
| Amy M. Williams | awilliams@williamsadvisors.com |
| Andrew G. Dietderich | dietdericha@sullcrom.com |
| Andrew S. Conway | aconway@taubman.com |
| Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| | Carina.Schoenberger@usdoj.gov |
| Carmen Contreras-Martinez | carmen.contreras-martinez@saul.com |
| Christopher R. Belmonte | cbelmonte@ssbb.com |
| Constantine D. Pourakis | cp@stevenslee.com |
| Curtis L. Tuggle | Curtis.Tuggle@ThompsonHine.com |
| David R. Zylberberg | zylberbergd@sullcrom.com |

|  |  |
|---|---|
|  | David.Jones6@usdoj.gov |
| Dipesh Patel | dipesh.patel@saul.com |
| Doug Skierski Kristin H. Jain | enotices@skijain.com |
| Edward M. Fox | emfox@seyfarth.com |
|  | efile@pbgc.gov |
| Fredric Sosnick | fsosnick@shearman.com |
| Gabriel Brunswick | gbrunswick@willkie.com |
| Garrett A. Fail | garrett.fail@weil.com |
| George R. Howard | george.howard@skadden.com |
| Gordon J. Toering | gtoering@wnj.com |
| Gregg M. Galardi | gregg.galardi@ropesgray.com |
| Herbert H. Slatery III, Marvin E. Clements, Jr. | AGBankNewYork@ag.tn.gov |
| Jacqueline Marcus | jacqueline.marcus@weil.com |
| James E. Sorenson | bk@svllaw.com |
| James M. Wilton | james.wilton@ropesgray.com |
| Jay Weinblatt | jweinblatt@sakar.com |
|  | Jeffrey.Oestericher@usdoj.gov |
|  | JeriLeigh.Miller@weil.com |
|  | jessica.liou@weil.com |
| Jose A Galarza | jose.galarza@usbank.com |
| Joseph H. Lemkin | jlemkin@stark-stark.com |
|  | Joseph.Cordaro@usdoj.gov |
| Judith Starr | Starr.Judith@pbgc.gov |
| Kevin J. Etzel | ketzel@vedderprice.com |
| Kimberly J. Kodis | kimberly.kodis@ropesgray.com |
|  | Lawrence.Fogelman@usdoj.gov |
| Lei Lei Wang Ekvall, Philip E. Strok | pstrok@swelawfirm.com |
|  | Linda.Riffkin@usdoj.gov |
| Mary A. Callahan | mary.callahan@bnymellon.com |
| Mary L. Fullington | mfullington@wyattfirm.com |
| Matthew C. McCann | mmccann@swc-law.com |
| Michael D. Brofman, Esq. | mbrofman@weisszarett.com |
| Michael J. Riela | Riela@thsh.com |
| Michael L. Schein | mschein@vedderprice.com |
| Michelle E. Shriro | mshriro@singerlevick.com |
|  | Paloma.VanGroll@weil.com |
| Pamela Bosswick | pbosswick@ssbb.com |
| Patricia I. Chen | patricia.chen@ropesgray.com |
| Paul Leake, Esq | paul.leake@skadden.com |
|  | Peter.Aronoff@usdoj.gov |
| Phillip M. Hudson III | phil.hudson@saul.com |
| Power Wang | powerwangtxks@vip.126.com |
| Ray C. Schrock | ray.schrock@weil.com |
| Robert A. Abiuso | rabiuso@swc-law.com |
| Ronald M. Tucker, Esq. | rtucker@simon.com |
| Ryan C. Reinert, Esq. | rreinert@shutts.com |
| Sabrina L. Streusand | streusand@slollp.com |
| Sam N. Ashuraey | sam.ashuraey@ropesgray.com |

| | |
|---|---|
| Sanford P. Rosen, Esq. | srosen@rosenpc.com |
| Sara Coelho | sara.coelho@shearman.com |
| Secretary of the Treasury | secbankruptcy@sec.gov |
| Secretary of the Treasury | NYROBankruptcy@sec.gov |
| Shana Elberg, Esq. | shana.elberg@skadden.com |
| Simon Aron | saron@wrslawyers.com |
| Stephen B. Gerald | sgerald@wtplaw.com |
| Steven Cimalore | scimalore@wilmingtontrust.com |
| Steven W. Kelly | skelly@s-d.com |
| Sunny Singh | sunny.singh@weil.com |
| Ted Cohen, Esq. | tcohen@sheppardmullin.com |
| Thomas S. Onder | tonder@stark-stark.com |
| Thomas W. Waldrep, Jr. | notice@waldrepllp.com |
| William McCarron, Jr | mccarron.william@pbgc.gov |