# Exhibit A

**Reclamation Demand**



November 5, 2018

**BY OVERNIGHT DELIVERY**

Sears Holdings Management Corporation
Attn: General Counsel
3333 Beverly Road
Hoffman Estates, IL 60179

Re:  *In re Sears Holdings Corp., et al.* **(No. 18-23538) (Bankr. S.D.N.Y.)**
     **Reclamation Demand**

To Whom It May Concern:

Reference is made to that letter dated October 13, 2018 (the "October 13 Letter") from Everett Smith of ICON Health & Fitness, Inc. ("ICON") to Dean Schwartz of Sears Holdings Corporation, a copy of which is attached hereto as **Exhibit 1** and incorporated by reference as if fully set forth herein.

By the October 13 Letter, ICON made a written demand (the "Reclamation Demand") to reclaim all goods (the "Goods") received by the Debtors within forty-five days of October 15, 2018 (the "Reclamation Period") pursuant to section 2-702 of the Uniform Commercial Code and section 546(c) of the United States Bankruptcy Code. Attached hereto as **Exhibit 2** and incorporated by reference as if fully set forth herein is a list of invoices relating to the Goods, which have a value of at least $11,615,317.84.

Please be advised that the Reclamation Demand does not constitute a demand for payment of the Debtors' pre-petition indebtedness to ICON, nor is it in any fashion a violation of the automatic stay provided for in Section 362 of the Bankruptcy Code. It is intended to be the type of notice provided for in section 546(c) of the Bankruptcy Code and does not waive any rights that ICON has under section 503(b)(9) of the Bankruptcy Code.

Please be further advised that all correspondence or other notices related to the Reclamation Demand should be directed to outside counsel, Jennifer Marines, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019.

Very truly yours,

Everett Smith, General Counsel and Secretary
ICON Health & Fitness, Inc.

435.750.5000

ICON Health & Fitness
1500 South 1000 West
Logan, Utah 84321

iconfitness.com