

## Exhibit 1

## October 13 Letter

435.750.5000

ICON Health & Fitness
1500 South 1000 West
Logan, Utah 84321

iconfitness.com



## Reclamation Demand Letter

Saturday, October 13, 2018

Dean Schwartz
Group Business Leader President--Hardlines
Sears
3333 Beverly Rd.
Hoffman Estates, IL 60179

**VIA EMAIL**

Re: Reclamation Demand to Sears

Dear Mr. Schwartz,

In accordance with section 2-702 of the Uniform Commercial Code and section 546(c) of the US Bankruptcy Code, this letter constitutes a notice of demand for the return of all goods received by Sears from ICON Health & Fitness, Inc. on or after August 30, 2018. We reserve the right to modify a schedule after further investigation, specifically includes, but does not limit, the goods subject to our reclamation claim.

Further, we demand that the goods currently in your possession be protected and segregated by you and not be used for any purpose whatsoever, except by agreement of the parties or following notice or a hearing by the Bankruptcy Court or other court of competent jurisdiction. You may not sell, dissipate, or commingle the goods with any other goods.

This reclamation demand is made without prejudice to any other rights or remedies available to us, at law or in equity, including, but not limited to, our right to an administrative expense claim under section 503(b)(9) of the Bankruptcy Code for all goods received by you on or after September 23rd. Please contact me immediately for instructions regarding the return of the goods. If you do not authorize the return of the goods promptly, we will take further appropriate measures.

Sincerely,

Everett Smith
General Counsel and Secretary

CC: timothyj.paddock@searshc.com and kfacer@iconfitness.com

435 750 5000

ICON Health & Fitness
1500 South 1000 West
Logan, Utah 84321
USA
iconfitness.com