

**Exhibit 2**

**Invoices**

435.750.5000

ICON Health & Fitness
1500 South 1000 West
Logan, Utah 84321

iconfitness.com

SEARS / KMART 45 DAY RECLAMATION INFORMATION

**ICON HEALTH & FITNESS, INC.**        **Vendor # 348334**    **DUNS#: 83922229**

| INVOICE DATE | INVOICE NUMBER | INVOICE TYPE | PURCHASE ORDER# | DUE DATE | AMOUNT DUE |
|---|---|---|---|---|---|
| SEARS DIRECT | | | | | |
| 8/31/18 | 397701 | INVOICE | SU1629-801SHW | 9/30/18 | 1,675,800.00 |
| 8/31/18 | 397702 | INVOICE | ST1652-801SHW | 9/30/18 | 3,034,240.00 |
| 8/31/18 | 397703 | INVOICE | SR1887-802SHW | 9/30/18 | 57,060.80 |
| 9/1/18 | 399489 | INVOICE | SR1540-801SHW | 10/1/18 | 33,792.75 |
| 9/1/18 | 399491 | INVOICE | SU1601-801SHW | 10/1/18 | 386.00 |
| 9/7/18 | 408625 | INVOICE | SR1537-801SHW | 10/7/18 | 16,667.50 |
| 9/7/18 | 408626 | INVOICE | SQ1531-803SHW | 10/7/18 | 72,072.00 |
| 9/7/18 | 408627 | INVOICE | SR1532-801SHW | 10/7/18 | 60,692.80 |
| 9/7/18 | 408628 | INVOICE | SQ1527-802SHW | 10/7/18 | 61,200.00 |
| 9/7/18 | 408629 | INVOICE | SP1522-802SHW | 10/7/18 | 43,232.00 |
| 9/7/18 | 408630 | INVOICE | SU1600-801SHW | 10/7/18 | 129,024.00 |
| 9/7/18 | 408632 | INVOICE | SU1629-803SHW | 10/7/18 | 616,140.00 |
| 9/10/18 | 411066 | INVOICE | SR1539-801SHW | 10/10/18 | 32,538.00 |
| 9/10/18 | 411067 | INVOICE | SR1535-801SHW | 10/10/18 | 49,600.00 |
| 9/12/18 | 416503 | INVOICE | SU1545-801SHW | 10/12/18 | 3,832.00 |
| 9/14/18 | 419001 | INVOICE | SP1530-802SHW | 10/14/18 | 129,024.00 |
| 9/14/18 | 419002 | INVOICE | SQ1531-804SHW | 10/14/18 | 72,072.00 |
| 9/14/18 | 419003 | INVOICE | SQ1526-801SHW | 10/14/18 | 72,100.00 |
| 9/14/18 | 419004 | INVOICE | SP1530-807SHW | 10/14/18 | 129,024.00 |
| 9/14/18 | 419005 | INVOICE | SQ1523-801SHW | 10/14/18 | 49,500.00 |
| 9/14/18 | 419006 | INVOICE | SR1532-801SHW | 10/14/18 | 60,692.80 |
| 9/14/18 | 419007 | INVOICE | SV1557-801SHW | 10/14/18 | 153,920.00 |
| 9/14/18 | 419008 | INVOICE | SV1554-803SHW | 10/14/18 | 76,000.00 |
| 9/14/18 | 419009 | INVOICE | SP1522-803SHW | 10/14/18 | 86,464.00 |
| 9/14/18 | 419011 | INVOICE | SU1600-802SHW | 10/14/18 | 129,024.00 |
| 9/14/18 | 419013 | INVOICE | SV1554-804SHW | 10/14/18 | 76,000.00 |
| 9/14/18 | 419015 | INVOICE | SU1629-802SHW | 10/14/18 | 1,367,100.00 |
| 9/19/18 | 426421 | INVOICE | ST1652-803SHW | 10/19/18 | 1,103,360.00 |
| 9/21/18 | 429106 | INVOICE | SQ1527-803SHW | 10/21/18 | 61,200.00 |
| 9/21/18 | 429107 | INVOICE | SP1522-804SHW | 10/21/18 | 43,232.00 |
| 9/21/18 | 429109 | INVOICE | SN2489-803SHW | 10/21/18 | 19,087.20 |
| 9/26/18 | 437726 | INVOICE | SP1530-808SHW | 10/26/18 | 129,024.00 |
| 9/26/18 | 437727 | INVOICE | SP1519-801SHW | 10/26/18 | 45,432.00 |
| 9/26/18 | 437728 | INVOICE | SQ1523-802SHW | 10/26/18 | 49,500.00 |
| 9/26/18 | 437729 | INVOICE | SQ1520-801SHW | 10/26/18 | 36,735.00 |
| 9/26/18 | 437730 | INVOICE | SQ1518-801SHW | 10/26/18 | 31,050.00 |
| 9/26/18 | 437731 | INVOICE | SP1522-805SHW | 10/26/18 | 86,464.00 |
| 9/27/18 | 438589 | INVOICE | SP1524-801SHW | 10/27/18 | 31,050.00 |

SEARS DOMESTIC

| 8/31/18 | 399462 | INVOICE | 554827#AAA | 10/30/18 | 150,804.00 |
| 8/31/18 | 399463 | INVOICE | 554828#AAA | 10/30/18 | 92,394.00 |
| 8/31/18 | 399464 | INVOICE | 554829#AAA | 10/30/18 | 144,963.00 |
| 8/31/18 | 399465 | INVOICE | 554826#AAA | 10/30/18 | 81,243.00 |
| 9/1/18 | 400831 | INVOICE | 554825#AAA | 10/31/18 | 88,146.00 |
| 9/1/18 | 399586 | INVOICE | 831001 | 10/31/18 | 37,260.00 |
| 9/1/18 | 399590 | INVOICE | 831002 | 10/31/18 | 41,715.00 |
| 9/1/18 | 399591 | INVOICE | 831004 | 10/31/18 | 46,575.00 |
| 9/1/18 | 400832 | INVOICE | 831003 | 10/31/18 | 68,040.00 |
| 9/1/18 | 400875 | INVOICE | 831005 | 10/31/18 | 73,305.00 |
| 9/13/18 | 416614 | INVOICE | 549023#RAA | 11/12/18 | 201.84 |
| 9/13/18 | 416615 | INVOICE | 551932#SAA | 11/12/18 | 741.20 |
| 9/13/18 | 416616 | INVOICE | 551932#TAA | 11/12/18 | 797.79 |
| 9/13/18 | 416617 | INVOICE | 552943#AAA | 11/12/18 | 130.95 |
| 9/13/18 | 416618 | INVOICE | 552943#BAA | 11/12/18 | 40.80 |
| 9/13/18 | 416619 | INVOICE | 552943#DAA | 11/12/18 | 142.56 |
| 9/13/18 | 416620 | INVOICE | 552943#EAA | 11/12/18 | 107.31 |
| 9/13/18 | 416621 | INVOICE | 552943#HAA | 11/12/18 | 71.64 |
| 9/13/18 | 416622 | INVOICE | 552943#IAA | 11/12/18 | 41.04 |
| 9/13/18 | 416623 | INVOICE | 552943#JAA | 11/12/18 | 27.36 |
| 9/13/18 | 416624 | INVOICE | 552943#KAA | 11/12/18 | 623.70 |
| 9/13/18 | 416625 | INVOICE | 552943#LAA | 11/12/18 | 36.72 |
| 9/13/18 | 416626 | INVOICE | 552943#NAA | 11/12/18 | 161.73 |
| 9/13/18 | 416627 | INVOICE | 552943#SAA | 11/12/18 | 35.52 |
| 9/13/18 | 416628 | INVOICE | 552943#TAA | 11/12/18 | 287.49 |
| 9/13/18 | 416629 | INVOICE | 552943#UAA | 11/12/18 | 27.63 |
| 9/13/18 | 416630 | INVOICE | 552943#VAA | 11/12/18 | 36.84 |
| 9/13/18 | 416631 | INVOICE | 552943#WAA | 11/12/18 | 75.72 |
| 9/13/18 | 416632 | INVOICE | 552943#XAA | 11/12/18 | 237.80 |
| 9/13/18 | 416633 | INVOICE | 552943#YAA | 11/12/18 | 630.02 |
| 9/13/18 | 416634 | INVOICE | 552944#AAA | 11/12/18 | 341.91 |
| 9/13/18 | 416635 | INVOICE | 552944#BAA | 11/12/18 | 58.40 |
| 9/13/18 | 416636 | INVOICE | 552944#CAA | 11/12/18 | 323.96 |
| 9/13/18 | 416637 | INVOICE | 552944#DAA | 11/12/18 | 79.04 |
| 9/13/18 | 416638 | INVOICE | 552944#EAA | 11/12/18 | 118.50 |
| 9/13/18 | 416639 | INVOICE | 552944#FAA | 11/12/18 | 35.24 |
| 9/13/18 | 416640 | INVOICE | 552944#GAA | 11/12/18 | 28.96 |
| 9/13/18 | 416641 | INVOICE | 552944#HAA | 11/12/18 | 21.14 |
| 9/13/18 | 416642 | INVOICE | 552944#IAA | 11/12/18 | 352.64 |
| 9/13/18 | 416643 | INVOICE | 552944#JAA | 11/12/18 | 269.64 |
| 9/13/18 | 416644 | INVOICE | 549031#GAA | 11/12/18 | 1,076.48 |
| 9/13/18 | 416645 | INVOICE | 551943#WAA | 11/12/18 | 336.40 |
| 9/13/18 | 416646 | INVOICE | 551944#FAA | 11/12/18 | 778.26 |
| 9/13/18 | 416647 | INVOICE | 551944#GAA | 11/12/18 | 1,975.48 |
| 9/13/18 | 416648 | INVOICE | 552950#AAA | 11/12/18 | 244.44 |
| 9/13/18 | 416649 | INVOICE | 552950#BAA | 11/12/18 | 183.60 |
| 9/13/18 | 416650 | INVOICE | 552950#CAA | 11/12/18 | 226.98 |
| 9/13/18 | 416651 | INVOICE | 552950#DAA | 11/12/18 | 1,075.59 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/13/18 | 416652 | INVOICE | 552950#EAA | 11/12/18 | 114.60 |
| 9/13/18 | 416653 | INVOICE | 552950#HAA | 11/12/18 | 39.96 |
| 9/13/18 | 416654 | INVOICE | 552950#JAA | 11/12/18 | 224.28 |
| 9/13/18 | 416655 | INVOICE | 552950#KAA | 11/12/18 | 324.00 |
| 9/13/18 | 416656 | INVOICE | 552950#LAA | 11/12/18 | 398.58 |
| 9/13/18 | 416657 | INVOICE | 552950#NAA | 11/12/18 | 262.68 |
| 9/13/18 | 416658 | INVOICE | 552950#OAA | 11/12/18 | 191.52 |
| 9/13/18 | 416659 | INVOICE | 552950#PAA | 11/12/18 | 177.84 |
| 9/13/18 | 416660 | INVOICE | 552950#SAA | 11/12/18 | 113.44 |
| 9/13/18 | 416661 | INVOICE | 552950#TAA | 11/12/18 | 40.80 |
| 9/13/18 | 416662 | INVOICE | 552950#VAA | 11/12/18 | 125.79 |
| 9/13/18 | 416663 | INVOICE | 552950#WAA | 11/12/18 | 19.14 |
| 9/13/18 | 416664 | INVOICE | 552951#AAA | 11/12/18 | 941.92 |
| 9/13/18 | 416665 | INVOICE | 552951#DAA | 11/12/18 | 123.21 |
| 9/13/18 | 416666 | INVOICE | 552951#EAA | 11/12/18 | 27.63 |
| 9/13/18 | 416667 | INVOICE | 552951#GAA | 11/12/18 | 85.96 |
| 9/13/18 | 416668 | INVOICE | 552951#HAA | 11/12/18 | 454.32 |
| 9/13/18 | 416669 | INVOICE | 552951#IAA | 11/12/18 | 411.88 |
| 9/13/18 | 416670 | INVOICE | 552951#JAA | 11/12/18 | 998.76 |
| 9/13/18 | 416671 | INVOICE | 552951#KAA | 11/12/18 | 370.60 |
| 9/13/18 | 416672 | INVOICE | 552951#LAA | 11/12/18 | 265.93 |
| 9/13/18 | 416673 | INVOICE | 552951#MAA | 11/12/18 | 44.40 |
| 9/13/18 | 416674 | INVOICE | 552951#NAA | 11/12/18 | 740.48 |
| 9/13/18 | 416675 | INVOICE | 552951#OAA | 11/12/18 | 421.76 |
| 9/13/18 | 416676 | INVOICE | 552951#QAA | 11/12/18 | 933.84 |
| 9/13/18 | 416677 | INVOICE | 552951#RAA | 11/12/18 | 1,183.68 |
| 9/13/18 | 416678 | INVOICE | 552951#SAA | 11/12/18 | 1,757.75 |
| 9/13/18 | 416679 | INVOICE | 552951#VAA | 11/12/18 | 79.64 |
| 9/13/18 | 416680 | INVOICE | 552951#WAA | 11/12/18 | 67.20 |
| 9/13/18 | 416681 | INVOICE | 552951#XAA | 11/12/18 | 84.56 |
| 9/13/18 | 416682 | INVOICE | 552951#YAA | 11/12/18 | 705.28 |
| 9/13/18 | 416683 | INVOICE | 549026#EAA | 11/12/18 | 100.92 |
| 9/13/18 | 416684 | INVOICE | 551935#UAA | 11/12/18 | 605.52 |
| 9/13/18 | 416685 | INVOICE | 551936#CAA | 11/12/18 | 1,853.00 |
| 9/13/18 | 416686 | INVOICE | 551936#DAA | 11/12/18 | 1,709.55 |
| 9/13/18 | 416687 | INVOICE | 552945#AAA | 11/12/18 | 253.17 |
| 9/13/18 | 416688 | INVOICE | 552945#BAA | 11/12/18 | 367.20 |
| 9/13/18 | 416689 | INVOICE | 552945#CAA | 11/12/18 | 139.68 |
| 9/13/18 | 416690 | INVOICE | 552945#DAA | 11/12/18 | 695.97 |
| 9/13/18 | 416691 | INVOICE | 552945#EAA | 11/12/18 | 30.56 |
| 9/13/18 | 416692 | INVOICE | 552945#FAA | 11/12/18 | 52.44 |
| 9/13/18 | 416693 | INVOICE | 552945#GAA | 11/12/18 | 153.18 |
| 9/13/18 | 416694 | INVOICE | 552945#HAA | 11/12/18 | 13.32 |
| 9/13/18 | 416695 | INVOICE | 552945#IAA | 11/12/18 | 299.04 |
| 9/13/18 | 416696 | INVOICE | 552945#KAA | 11/12/18 | 194.40 |
| 9/13/18 | 416697 | INVOICE | 552945#OAA | 11/12/18 | 191.04 |
| 9/13/18 | 416698 | INVOICE | 552945#PAA | 11/12/18 | 109.44 |
| 9/13/18 | 416699 | INVOICE | 552945#QAA | 11/12/18 | 226.80 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/13/18 | 416700 | INVOICE | 552945#SAA | 11/12/18 | 56.72 |
| 9/13/18 | 416701 | INVOICE | 552945#TAA | 11/12/18 | 16.32 |
| 9/13/18 | 416702 | INVOICE | 552945#VAA | 11/12/18 | 53.91 |
| 9/13/18 | 416703 | INVOICE | 552945#WAA | 11/12/18 | 133.98 |
| 9/13/18 | 416704 | INVOICE | 552946#BAA | 11/12/18 | 605.52 |
| 9/13/18 | 416705 | INVOICE | 552946#DAA | 11/12/18 | 71.04 |
| 9/13/18 | 416706 | INVOICE | 552946#EAA | 11/12/18 | 119.73 |
| 9/13/18 | 416707 | INVOICE | 552946#FAA | 11/12/18 | 208.76 |
| 9/13/18 | 416708 | INVOICE | 552946#GAA | 11/12/18 | 98.24 |
| 9/13/18 | 416709 | INVOICE | 552946#HAA | 11/12/18 | 50.48 |
| 9/13/18 | 416710 | INVOICE | 552946#IAA | 11/12/18 | 56.76 |
| 9/13/18 | 416711 | INVOICE | 552946#JAA | 11/12/18 | 58.84 |
| 9/13/18 | 416712 | INVOICE | 552946#KAA | 11/12/18 | 95.12 |
| 9/13/18 | 416713 | INVOICE | 552946#LAA | 11/12/18 | 296.48 |
| 9/13/18 | 416714 | INVOICE | 552946#MAA | 11/12/18 | 1,063.72 |
| 9/13/18 | 416715 | INVOICE | 552946#NAA | 11/12/18 | 44.40 |
| 9/13/18 | 416716 | INVOICE | 552946#OAA | 11/12/18 | 29.20 |
| 9/13/18 | 416717 | INVOICE | 552946#PAA | 11/12/18 | 370.24 |
| 9/13/18 | 416718 | INVOICE | 552946#QAA | 11/12/18 | 500.84 |
| 9/13/18 | 416719 | INVOICE | 552946#RAA | 11/12/18 | 138.32 |
| 9/13/18 | 416720 | INVOICE | 552946#SAA | 11/12/18 | 181.58 |
| 9/13/18 | 416721 | INVOICE | 552946#TAA | 11/12/18 | 164.40 |
| 9/13/18 | 416722 | INVOICE | 552946#UAA | 11/12/18 | 513.50 |
| 9/13/18 | 416723 | INVOICE | 552946#XAA | 11/12/18 | 28.96 |
| 9/13/18 | 416724 | INVOICE | 552946#YAA | 11/12/18 | 174.72 |
| 9/13/18 | 416725 | INVOICE | 552947#AAA | 11/12/18 | 42.28 |
| 9/13/18 | 416726 | INVOICE | 552947#BAA | 11/12/18 | 264.48 |
| 9/13/18 | 416727 | INVOICE | 552947#CAA | 11/12/18 | 1,707.72 |
| 9/13/18 | 416728 | INVOICE | 549028#QAA | 11/12/18 | 571.88 |
| 9/13/18 | 416729 | INVOICE | 551940#PAA | 11/12/18 | 269.12 |
| 9/13/18 | 416730 | INVOICE | 551940#XAA | 11/12/18 | 481.78 |
| 9/13/18 | 416731 | INVOICE | 551940#YAA | 11/12/18 | 607.84 |
| 9/13/18 | 416732 | INVOICE | 552948#AAA | 11/12/18 | 98.88 |
| 9/13/18 | 416733 | INVOICE | 552948#BAA | 11/12/18 | 209.52 |
| 9/13/18 | 416734 | INVOICE | 552948#CAA | 11/12/18 | 20.40 |
| 9/13/18 | 416735 | INVOICE | 552948#DAA | 11/12/18 | 843.60 |
| 9/13/18 | 416736 | INVOICE | 552948#GAA | 11/12/18 | 59.94 |
| 9/13/18 | 416737 | INVOICE | 552948#HAA | 11/12/18 | 19.98 |
| 9/13/18 | 416738 | INVOICE | 552948#IAA | 11/12/18 | 137.06 |
| 9/13/18 | 416739 | INVOICE | 552948#KAA | 11/12/18 | 155.52 |
| 9/13/18 | 416740 | INVOICE | 552948#LAA | 11/12/18 | 168.63 |
| 9/13/18 | 416741 | INVOICE | 552948#MAA | 11/12/18 | 63.30 |
| 9/13/18 | 416742 | INVOICE | 552948#PAA | 11/12/18 | 170.10 |
| 9/13/18 | 416743 | INVOICE | 552948#RAA | 11/12/18 | 99.26 |
| 9/13/18 | 416744 | INVOICE | 552948#SAA | 11/12/18 | 57.12 |
| 9/13/18 | 416745 | INVOICE | 552948#TAA | 11/12/18 | 53.91 |
| 9/13/18 | 416746 | INVOICE | 552948#UAA | 11/12/18 | 57.42 |
| 9/13/18 | 416747 | INVOICE | 552948#WAA | 11/12/18 | 672.80 |

| | | | | | |
|---|---|---|---|---|---|
| 9/13/18 | 416748 | INVOICE | 552949#AAA | 11/12/18 | 369.63 |
| 9/13/18 | 416749 | INVOICE | 552949#BAA | 11/12/18 | 46.05 |
| 9/13/18 | 416750 | INVOICE | 552949#DAA | 11/12/18 | 110.52 |
| 9/13/18 | 416751 | INVOICE | 552949#EAA | 11/12/18 | 98.24 |
| 9/13/18 | 416752 | INVOICE | 552949#FAA | 11/12/18 | 14.19 |
| 9/13/18 | 416753 | INVOICE | 552949#GAA | 11/12/18 | 29.42 |
| 9/13/18 | 416754 | INVOICE | 552949#HAA | 11/12/18 | 142.68 |
| 9/13/18 | 416755 | INVOICE | 552949#IAA | 11/12/18 | 333.54 |
| 9/13/18 | 416756 | INVOICE | 552949#JAA | 11/12/18 | 113.97 |
| 9/13/18 | 416757 | INVOICE | 552949#KAA | 11/12/18 | 146.00 |
| 9/13/18 | 416758 | INVOICE | 552949#LAA | 11/12/18 | 185.12 |
| 9/13/18 | 416759 | INVOICE | 552949#MAA | 11/12/18 | 52.72 |
| 9/13/18 | 416760 | INVOICE | 552949#NAA | 11/12/18 | 79.04 |
| 9/13/18 | 416761 | INVOICE | 552949#OAA | 11/12/18 | 285.34 |
| 9/13/18 | 416762 | INVOICE | 552949#PAA | 11/12/18 | 361.68 |
| 9/13/18 | 416763 | INVOICE | 552949#QAA | 11/12/18 | 118.50 |
| 9/13/18 | 416764 | INVOICE | 552949#SAA | 11/12/18 | 42.28 |
| 9/13/18 | 416765 | INVOICE | 552949#TAA | 11/12/18 | 1,410.56 |
| 9/13/18 | 416766 | INVOICE | 552949#UAA | 11/12/18 | 494.34 |
| 9/13/18 | 416767 | INVOICE | 549021#HAA | 11/12/18 | 1,278.32 |
| 9/13/18 | 416768 | INVOICE | 551929#LAA | 11/12/18 | 667.08 |
| 9/13/18 | 416769 | INVOICE | 551929#MAA | 11/12/18 | 2,469.35 |
| 9/13/18 | 416770 | INVOICE | 552941#AAA | 11/12/18 | 618.00 |
| 9/13/18 | 416771 | INVOICE | 552941#BAA | 11/12/18 | 104.76 |
| 9/13/18 | 416772 | INVOICE | 552941#CAA | 11/12/18 | 316.35 |
| 9/13/18 | 416773 | INVOICE | 552941#DAA | 11/12/18 | 38.20 |
| 9/13/18 | 416774 | INVOICE | 552941#EAA | 11/12/18 | 174.80 |
| 9/13/18 | 416775 | INVOICE | 552941#FAA | 11/12/18 | 30.72 |
| 9/13/18 | 416776 | INVOICE | 552941#HAA | 11/12/18 | 39.96 |
| 9/13/18 | 416777 | INVOICE | 552941#IAA | 11/12/18 | 39.96 |
| 9/13/18 | 416778 | INVOICE | 552941#KAA | 11/12/18 | 61.32 |
| 9/13/18 | 416779 | INVOICE | 552941#NAA | 11/12/18 | 287.28 |
| 9/13/18 | 416780 | INVOICE | 552941#OAA | 11/12/18 | 1,053.36 |
| 9/13/18 | 416781 | INVOICE | 552941#RAA | 11/12/18 | 85.08 |
| 9/13/18 | 416782 | INVOICE | 552941#SAA | 11/12/18 | 57.12 |
| 9/13/18 | 416783 | INVOICE | 552941#UAA | 11/12/18 | 53.91 |
| 9/13/18 | 416784 | INVOICE | 552941#VAA | 11/12/18 | 38.28 |
| 9/13/18 | 416785 | INVOICE | 552942#BAA | 11/12/18 | 123.21 |
| 9/13/18 | 416786 | INVOICE | 552942#CAA | 11/12/18 | 349.98 |
| 9/13/18 | 416787 | INVOICE | 552942#DAA | 11/12/18 | 724.52 |
| 9/13/18 | 416788 | INVOICE | 552942#EAA | 11/12/18 | 319.28 |
| 9/13/18 | 416789 | INVOICE | 552942#FAA | 11/12/18 | 151.44 |
| 9/13/18 | 416790 | INVOICE | 552942#GAA | 11/12/18 | 56.76 |
| 9/13/18 | 416791 | INVOICE | 552942#HAA | 11/12/18 | 47.56 |
| 9/13/18 | 416792 | INVOICE | 552942#IAA | 11/12/18 | 333.54 |
| 9/13/18 | 416793 | INVOICE | 552942#JAA | 11/12/18 | 310.80 |
| 9/13/18 | 416794 | INVOICE | 552942#KAA | 11/12/18 | 462.80 |
| 9/13/18 | 416795 | INVOICE | 552942#LAA | 11/12/18 | 500.84 |

| | | | | | |
|---|---|---|---|---|---|
| 9/13/18 | 416796 | INVOICE | 552942#MAA | 11/12/18 | 414.96 |
| 9/13/18 | 416797 | INVOICE | 552942#NAA | 11/12/18 | 648.50 |
| 9/13/18 | 416798 | INVOICE | 552942#OAA | 11/12/18 | 493.75 |
| 9/13/18 | 416799 | INVOICE | 552942#PAA | 11/12/18 | 264.30 |
| 9/13/18 | 416800 | INVOICE | 552942#QAA | 11/12/18 | 53.76 |
| 9/13/18 | 416801 | INVOICE | 552942#RAA | 11/12/18 | 147.98 |

SEARS.COM

| | | | | | |
|---|---|---|---|---|---|
| 8/31/18 | 397458 | INVOICE | 274934748 | 10/30/18 | 559.25 |
| 8/31/18 | 397476 | INVOICE | 275679894 | 10/30/18 | 1,120.00 |
| 8/31/18 | 398211 | INVOICE | 275536554 | 10/30/18 | 1,163.31 |
| 9/1/18 | 399637 | INVOICE | 275899932 | 10/31/18 | 513.40 |
| 9/1/18 | 400702 | INVOICE | 275888916 | 10/31/18 | 790.00 |
| 9/1/18 | 400703 | INVOICE | 275901549 | 10/31/18 | 706.90 |
| 9/6/18 | 404712 | INVOICE | 276094452 | 11/5/18 | 586.55 |
| 9/6/18 | 404729 | INVOICE | 276255771 | 11/5/18 | 572.23 |
| 9/6/18 | 404740 | INVOICE | 276312798 | 11/5/18 | 447.28 |
| 9/6/18 | 404782 | INVOICE | 276141864 | 11/5/18 | 790.00 |
| 9/6/18 | 404785 | INVOICE | 276232635 | 11/5/18 | 1,000.00 |
| 9/6/18 | 404786 | INVOICE | 276278919 | 11/5/18 | 790.00 |
| 9/6/18 | 404792 | INVOICE | 276285849 | 11/5/18 | 492.07 |
| 9/6/18 | 405389 | INVOICE | 275982297 | 11/5/18 | 715.00 |
| 9/6/18 | 405399 | INVOICE | 276246660 | 11/5/18 | 126.04 |
| 9/6/18 | 405402 | INVOICE | 276180975 | 11/5/18 | 1,350.00 |
| 9/6/18 | 405403 | INVOICE | 276314067 | 11/5/18 | 715.00 |
| 9/6/18 | 405414 | INVOICE | 276057270 | 11/5/18 | 1,035.58 |
| 9/6/18 | 405417 | INVOICE | 276279093 | 11/5/18 | 708.76 |
| 9/6/18 | 405418 | INVOICE | 276114648 | 11/5/18 | 872.08 |
| 9/6/18 | 405893 | INVOICE | 276269628 | 11/5/18 | 1,375.00 |
| 9/6/18 | 405896 | INVOICE | 276470463 | 11/5/18 | 715.00 |
| 9/7/18 | 407068 | INVOICE | 276518547 | 11/6/18 | 572.31 |
| 9/7/18 | 407325 | INVOICE | 275800800 | 11/6/18 | 1,000.00 |
| 9/7/18 | 408617 | INVOICE | 276120813 | 11/6/18 | 1,050.00 |
| 9/7/18 | 408619 | INVOICE | 276523380 | 11/6/18 | 715.00 |
| 9/10/18 | 409605 | INVOICE | 276906048 | 11/9/18 | 715.00 |
| 9/10/18 | 409750 | INVOICE | 275912910 | 11/9/18 | 1,000.00 |
| 9/10/18 | 409751 | INVOICE | 276213030 | 11/9/18 | 1,000.00 |
| 9/12/18 | 414597 | INVOICE | 277239873 | 11/11/18 | 790.00 |
| 9/12/18 | 414600 | INVOICE | 277245489 | 11/11/18 | 790.00 |
| 9/12/18 | 414605 | INVOICE | 276811662 | 11/11/18 | 715.00 |
| 9/12/18 | 414614 | INVOICE | 277286481 | 11/11/18 | 790.00 |
| 9/13/18 | 416579 | INVOICE | 277298814 | 11/12/18 | 1,050.00 |
| 9/13/18 | 417218 | INVOICE | 277146150 | 11/12/18 | 715.00 |
| 9/13/18 | 417243 | INVOICE | 277156269 | 11/12/18 | 857.31 |
| 9/14/18 | 418474 | INVOICE | 277512318 | 11/13/18 | 492.07 |
| 9/14/18 | 418868 | INVOICE | 277185798 | 11/13/18 | 790.00 |
| 9/14/18 | 418874 | INVOICE | 277232478 | 11/13/18 | 1,000.00 |
| 9/17/18 | 419999 | INVOICE | 276959307 | 11/16/18 | 715.00 |

| | | | | | |
|---|---|---|---|---|---|
| 9/17/18 | 420001 | INVOICE | 277228800 | 11/16/18 | 790.00 |
| 9/17/18 | 420002 | INVOICE | 277230864 | 11/16/18 | 790.00 |
| 9/17/18 | 420007 | INVOICE | 277455900 | 11/16/18 | 790.00 |
| 9/17/18 | 420040 | INVOICE | 277170576 | 11/16/18 | 1,375.00 |
| 9/17/18 | 420082 | INVOICE | 277151868 | 11/16/18 | 1,050.00 |
| 9/17/18 | 420084 | INVOICE | 277216461 | 11/16/18 | 1,000.00 |
| 9/17/18 | 420085 | INVOICE | 277234356 | 11/16/18 | 1,000.00 |
| 9/17/18 | 420086 | INVOICE | 277245129 | 11/16/18 | 1,000.00 |
| 9/17/18 | 420087 | INVOICE | 277250586 | 11/16/18 | 1,000.00 |
| 9/17/18 | 421837 | INVOICE | 276282657 | 11/16/18 | 1,375.00 |
| 9/18/18 | 421959 | INVOICE | 277794906 | 11/17/18 | 790.00 |
| 9/18/18 | 422261 | INVOICE | 278101092 | 11/17/18 | 1,050.00 |
| 9/19/18 | 424260 | INVOICE | 277910622 | 11/18/18 | 565.86 |
| 9/19/18 | 425003 | INVOICE | 277945152 | 11/18/18 | 572.23 |
| 9/20/18 | 426815 | INVOICE | 277236819 | 11/19/18 | 1,375.00 |
| 9/20/18 | 426820 | INVOICE | 277820601 | 11/19/18 | 1,000.00 |
| 9/20/18 | 426822 | INVOICE | 277925958 | 11/19/18 | 1,000.00 |
| 9/21/18 | 428622 | INVOICE | 278053296 | 11/20/18 | 1,000.00 |
| 9/21/18 | 428650 | INVOICE | 278255453 | 11/20/18 | 790.00 |
| 9/24/18 | 430504 | INVOICE | 278667563 | 11/23/18 | 1,120.00 |
| 9/24/18 | 430542 | INVOICE | 278034105 | 11/23/18 | 1,000.00 |
| 9/24/18 | 430543 | INVOICE | 278100708 | 11/23/18 | 1,000.00 |
| 9/24/18 | 430545 | INVOICE | 278182446 | 11/23/18 | 1,000.00 |
| 9/24/18 | 430546 | INVOICE | 278186652 | 11/23/18 | 1,000.00 |
| 9/24/18 | 430726 | INVOICE | 278627075 | 11/23/18 | 597.61 |
| 9/24/18 | 432367 | INVOICE | 278702273 | 11/23/18 | 810.00 |
| 9/25/18 | 432582 | INVOICE | 279085859 | 11/24/18 | 810.00 |
| 9/25/18 | 432585 | INVOICE | 278238326 | 11/24/18 | 790.00 |
| 9/25/18 | 432587 | INVOICE | 278833223 | 11/24/18 | 790.00 |
| 9/25/18 | 432660 | INVOICE | 278008734 | 11/24/18 | 1,000.00 |
| 9/25/18 | 432666 | INVOICE | 278145456 | 11/24/18 | 1,000.00 |
| 9/25/18 | 432667 | INVOICE | 278492564 | 11/24/18 | 1,000.00 |
| 9/25/18 | 432685 | INVOICE | 278615036 | 11/24/18 | 1,000.00 |
| 9/25/18 | 433382 | INVOICE | 278724851 | 11/24/18 | 550.42 |
| 9/26/18 | 435492 | INVOICE | 279064259 | 11/25/18 | 1,375.00 |
| 9/26/18 | 435493 | INVOICE | 279070673 | 11/25/18 | 1,375.00 |
| 9/26/18 | 435920 | INVOICE | 279119669 | 11/25/18 | 710.97 |
| 9/26/18 | 435923 | INVOICE | 279094718 | 11/25/18 | 590.95 |
| 9/27/18 | 438201 | INVOICE | 278936852 | 11/26/18 | 790.00 |
| 9/27/18 | 438202 | INVOICE | 279243923 | 11/26/18 | 1,375.00 |
| 9/28/18 | 439965 | INVOICE | 278927879 | 11/27/18 | 1,000.00 |
| 9/28/18 | 439968 | INVOICE | 278979062 | 11/27/18 | 1,000.00 |
| 9/28/18 | 440295 | INVOICE | 278914694 | 11/27/18 | 1,000.00 |
| 9/28/18 | 440447 | INVOICE | 279313844 | 11/27/18 | 858.40 |
| 9/28/18 | 440471 | INVOICE | 279076508 | 11/27/18 | 1,375.00 |
| 9/28/18 | 440496 | INVOICE | 279462281 | 11/27/18 | 573.02 |
| 9/29/18 | 442129 | INVOICE | 279799880 | 11/28/18 | 1,350.00 |
| 9/29/18 | 442263 | INVOICE | 279421265 | 11/28/18 | 477.07 |

| | | | | | |
|---|---|---|---|---|---|
| 9/29/18 | 442513 | INVOICE | 279384218 | 11/28/18 | 1,375.00 |
| 9/29/18 | 442518 | INVOICE | 279465065 | 11/28/18 | 1,000.00 |
| 9/29/18 | 442729 | INVOICE | 278804129 | 11/28/18 | 572.23 |
| 10/2/18 | 445760 | INVOICE | 279328727 | 12/1/18 | 1,375.00 |
| 10/2/18 | 445777 | INVOICE | 280119311 | 12/1/18 | 790.00 |
| 10/3/18 | 446758 | INVOICE | 279379910 | 12/2/18 | 715.00 |
| 10/3/18 | 446779 | INVOICE | 279926264 | 12/2/18 | 715.00 |
| 10/3/18 | 446782 | INVOICE | 280011491 | 12/2/18 | 577.30 |
| 10/3/18 | 446783 | INVOICE | 280035602 | 12/2/18 | 1,050.00 |
| 10/3/18 | 446784 | INVOICE | 280062014 | 12/2/18 | 810.00 |
| 10/3/18 | 446785 | INVOICE | 280068476 | 12/2/18 | 559.25 |
| 10/3/18 | 446788 | INVOICE | 279932015 | 12/2/18 | 537.67 |
| 10/4/18 | 448058 | INVOICE | 280243292 | 12/3/18 | 529.55 |
| 10/4/18 | 448701 | INVOICE | 280136402 | 12/3/18 | 1,029.25 |
| 10/4/18 | 448709 | INVOICE | 280405706 | 12/3/18 | 563.84 |
| 10/4/18 | 448714 | INVOICE | 280055531 | 12/3/18 | 790.00 |
| 10/5/18 | 450048 | INVOICE | 279942266 | 12/4/18 | 790.00 |
| 10/5/18 | 450050 | INVOICE | 280257428 | 12/4/18 | 790.00 |
| 10/5/18 | 450058 | INVOICE | 275996196 | 12/4/18 | 550.42 |
| 10/5/18 | 450493 | INVOICE | 280554605 | 12/4/18 | 2,700.00 |
| 10/5/18 | 450616 | INVOICE | 280348292 | 12/4/18 | 1,350.00 |
| 10/8/18 | 452101 | INVOICE | 280262822 | 12/7/18 | 790.00 |
| 10/9/18 | 453230 | INVOICE | 280851815 | 12/8/18 | 585.15 |
| 10/9/18 | 455265 | INVOICE | 280731254 | 12/8/18 | 715.00 |
| 10/9/18 | 455337 | INVOICE | 280424048 | 12/8/18 | 715.00 |
| 10/10/18 | 457409 | INVOICE | 280674593 | 12/9/18 | 1,050.00 |
| 10/10/18 | 457411 | INVOICE | 280700612 | 12/9/18 | 790.00 |
| 10/10/18 | 457417 | INVOICE | 280765244 | 12/9/18 | 790.00 |
| 10/10/18 | 457422 | INVOICE | 280864835 | 12/9/18 | 790.00 |
| 10/10/18 | 457425 | INVOICE | 280896770 | 12/9/18 | 790.00 |
| 10/10/18 | 457426 | INVOICE | 280903907 | 12/9/18 | 790.00 |
| 10/11/18 | 457554 | INVOICE | 280816970 | 12/10/18 | 810.00 |
| 10/11/18 | 458596 | INVOICE | 279816302 | 12/10/18 | 556.04 |
| 10/12/18 | 460030 | INVOICE | 280811516 | 12/11/18 | 790.00 |
| 10/15/18 | 461666 | INVOICE | 280879607 | 12/14/18 | 1,000.00 |
| 10/15/18 | 461714 | INVOICE | 280604711 | 12/14/18 | 1,000.00 |
| 10/15/18 | 461715 | INVOICE | 280646792 | 12/14/18 | 1,375.00 |
| 10/15/18 | 461717 | INVOICE | 280692080 | 12/14/18 | 1,375.00 |
| 10/15/18 | 461718 | INVOICE | 280711541 | 12/14/18 | 1,000.00 |
| 10/15/18 | 462127 | INVOICE | 280832810 | 12/14/18 | 1,050.00 |
| 8/30/18 | 393393 | INVOICE | 275541585 | 10/29/18 | 430.00 |
| 8/30/18 | 393396 | INVOICE | 275550726 | 10/29/18 | 275.00 |
| 8/30/18 | 394438 | INVOICE | 274896756 | 10/29/18 | 275.00 |
| 8/30/18 | 394787 | INVOICE | 274492116 | 10/29/18 | 430.00 |
| 8/30/18 | 394958 | INVOICE | 274387425 | 10/29/18 | 430.00 |
| 8/30/18 | 395494 | INVOICE | 275851542 | 10/29/18 | 430.00 |
| 8/31/18 | 398874 | INVOICE | 275691741 | 10/30/18 | 430.00 |
| 8/31/18 | 399057 | INVOICE | 275888142 | 10/30/18 | 430.00 |

| | | | | | |
|---|---|---|---|---|---|
| 8/31/18 | 399160 | INVOICE | 275598342 | 10/30/18 | 430.00 |
| 9/1/18 | 399584 | INVOICE | 276003237 | 10/31/18 | 275.00 |
| 9/1/18 | 399679 | INVOICE | 275896500 | 10/31/18 | 415.00 |
| 9/1/18 | 400400 | INVOICE | 275523528 | 10/31/18 | 85.00 |
| 9/1/18 | 400407 | INVOICE | 275526801 | 10/31/18 | 85.00 |
| 9/5/18 | 402702 | INVOICE | 276032166 | 11/4/18 | 430.00 |
| 9/5/18 | 402703 | INVOICE | 276086415 | 11/4/18 | 430.00 |
| 9/5/18 | 402704 | INVOICE | 276209652 | 11/4/18 | 275.00 |
| 9/5/18 | 402705 | INVOICE | 276230166 | 11/4/18 | 430.00 |
| 9/5/18 | 402706 | INVOICE | 276337911 | 11/4/18 | 275.00 |
| 9/5/18 | 402707 | INVOICE | 276353676 | 11/4/18 | 275.00 |
| 9/5/18 | 402708 | INVOICE | 276419424 | 11/4/18 | 275.00 |
| 9/5/18 | 402709 | INVOICE | 276428712 | 11/4/18 | 275.00 |
| 9/5/18 | 402710 | INVOICE | 276433350 | 11/4/18 | 430.00 |
| 9/5/18 | 404637 | INVOICE | 276241272 | 11/4/18 | 315.00 |
| 9/6/18 | 404702 | INVOICE | 276058773 | 11/5/18 | 430.00 |
| 9/6/18 | 404715 | INVOICE | 276106326 | 11/5/18 | 415.00 |
| 9/6/18 | 404765 | INVOICE | 276440037 | 11/5/18 | 430.00 |
| 9/6/18 | 405329 | INVOICE | 276869586 | 11/5/18 | 275.00 |
| 9/6/18 | 405650 | INVOICE | 273983835 | 11/5/18 | 320.00 |
| 9/6/18 | 405651 | INVOICE | 276445938 | 11/5/18 | 85.00 |
| 9/6/18 | 406976 | INVOICE | 276795156 | 11/5/18 | 105.00 |
| 9/7/18 | 407202 | INVOICE | 276881010 | 11/6/18 | 430.00 |
| 9/7/18 | 407203 | INVOICE | 276891837 | 11/6/18 | 85.00 |
| 9/7/18 | 407948 | INVOICE | 276523221 | 11/6/18 | 415.00 |
| 9/10/18 | 409997 | INVOICE | 276723522 | 11/9/18 | 275.00 |
| 9/10/18 | 409998 | INVOICE | 276816612 | 11/9/18 | 430.00 |
| 9/11/18 | 411098 | INVOICE | 277010706 | 11/10/18 | 105.00 |
| 9/11/18 | 411139 | INVOICE | 277113276 | 11/10/18 | 430.00 |
| 9/11/18 | 411142 | INVOICE | 277121481 | 11/10/18 | 430.00 |
| 9/11/18 | 413135 | INVOICE | 277442658 | 11/10/18 | 430.00 |
| 9/11/18 | 413315 | INVOICE | 277317195 | 11/10/18 | 105.00 |
| 9/12/18 | 414029 | INVOICE | 277227966 | 11/11/18 | 85.00 |
| 9/12/18 | 414030 | INVOICE | 277239855 | 11/11/18 | 415.00 |
| 9/12/18 | 414031 | INVOICE | 277254480 | 11/11/18 | 415.00 |
| 9/12/18 | 414678 | INVOICE | 277465608 | 11/11/18 | 315.00 |
| 9/12/18 | 414685 | INVOICE | 277495023 | 11/11/18 | 315.00 |
| 9/12/18 | 414809 | INVOICE | 277333314 | 11/11/18 | 430.00 |
| 9/12/18 | 414823 | INVOICE | 277397805 | 11/11/18 | 430.00 |
| 9/12/18 | 414828 | INVOICE | 277201419 | 11/11/18 | 430.00 |
| 9/14/18 | 418362 | INVOICE | 277765161 | 11/13/18 | 85.00 |
| 9/14/18 | 419041 | INVOICE | 277885806 | 11/13/18 | 275.00 |
| 9/18/18 | 422100 | INVOICE | 277865769 | 11/17/18 | 275.00 |
| 9/18/18 | 422424 | INVOICE | 277937184 | 11/17/18 | 275.00 |
| 9/18/18 | 422426 | INVOICE | 277998873 | 11/17/18 | 105.00 |
| 9/18/18 | 423406 | INVOICE | 278342189 | 11/17/18 | 85.00 |
| 9/18/18 | 423774 | INVOICE | 277916433 | 11/17/18 | 430.00 |
| 9/18/18 | 423813 | INVOICE | 278168124 | 11/17/18 | 105.00 |

| 9/18/18 | 423821 | INVOICE | 278180121 | 11/17/18 | 430.00 |
| 9/18/18 | 423840 | INVOICE | 278294423 | 11/17/18 | 430.00 |
| 9/18/18 | 423859 | INVOICE | 277946493 | 11/17/18 | 430.00 |
| 9/19/18 | 426185 | INVOICE | 278369753 | 11/18/18 | 430.00 |
| 9/19/18 | 426361 | INVOICE | 278576378 | 11/18/18 | 430.00 |
| 9/20/18 | 426535 | INVOICE | 278239004 | 11/19/18 | 85.00 |
| 9/20/18 | 426544 | INVOICE | 278025543 | 11/19/18 | 430.00 |
| 9/20/18 | 427335 | INVOICE | 278656091 | 11/19/18 | 430.00 |
| 9/20/18 | 427336 | INVOICE | 278661995 | 11/19/18 | 430.00 |
| 9/20/18 | 427364 | INVOICE | 278677349 | 11/19/18 | 105.00 |
| 9/21/18 | 430006 | INVOICE | 278730422 | 11/20/18 | 315.00 |
| 9/21/18 | 430028 | INVOICE | 278795513 | 11/20/18 | 430.00 |
| 9/24/18 | 430473 | INVOICE | 278713301 | 11/23/18 | 315.00 |
| 9/24/18 | 430864 | INVOICE | 278633294 | 11/23/18 | 105.00 |
| 9/24/18 | 432331 | INVOICE | 278808617 | 11/23/18 | 430.00 |
| 9/24/18 | 432334 | INVOICE | 278937800 | 11/23/18 | 105.00 |
| 9/24/18 | 432343 | INVOICE | 279021500 | 11/23/18 | 430.00 |
| 9/24/18 | 432344 | INVOICE | 279050669 | 11/23/18 | 430.00 |
| 9/24/18 | 432351 | INVOICE | 279077972 | 11/23/18 | 430.00 |
| 9/24/18 | 432355 | INVOICE | 279103532 | 11/23/18 | 275.00 |
| 9/25/18 | 435385 | INVOICE | 279167063 | 11/24/18 | 85.00 |
| 9/26/18 | 435984 | INVOICE | 278845040 | 11/25/18 | 85.00 |
| 9/26/18 | 435988 | INVOICE | 278923121 | 11/25/18 | 415.00 |
| 9/26/18 | 435989 | INVOICE | 278950445 | 11/25/18 | 320.00 |
| 9/26/18 | 437125 | INVOICE | 279401609 | 11/25/18 | 85.00 |
| 9/26/18 | 437136 | INVOICE | 279343082 | 11/25/18 | 275.00 |
| 9/26/18 | 437137 | INVOICE | 279347561 | 11/25/18 | 430.00 |
| 9/26/18 | 437218 | INVOICE | 279396050 | 11/25/18 | 430.00 |
| 9/27/18 | 437880 | INVOICE | 279210161 | 11/26/18 | 275.00 |
| 9/27/18 | 437881 | INVOICE | 279184727 | 11/26/18 | 105.00 |
| 9/27/18 | 438372 | INVOICE | 279406220 | 11/26/18 | 275.00 |
| 9/27/18 | 438436 | INVOICE | 279435470 | 11/26/18 | 85.00 |
| 9/27/18 | 438437 | INVOICE | 279447710 | 11/26/18 | 415.00 |
| 9/27/18 | 438438 | INVOICE | 279453314 | 11/26/18 | 415.00 |
| 9/27/18 | 438508 | INVOICE | 279490415 | 11/26/18 | 275.00 |
| 9/28/18 | 440031 | INVOICE | 279410615 | 11/27/18 | 85.00 |
| 9/28/18 | 440054 | INVOICE | 279499067 | 11/27/18 | 275.00 |
| 9/28/18 | 440746 | INVOICE | 279794600 | 11/27/18 | 430.00 |
| 9/28/18 | 440764 | INVOICE | 279844859 | 11/27/18 | 85.00 |
| 9/29/18 | 442723 | INVOICE | 278799029 | 11/28/18 | 85.00 |
| 9/29/18 | 442774 | INVOICE | 279448166 | 11/28/18 | 320.00 |
| 9/29/18 | 442779 | INVOICE | 279815111 | 11/28/18 | 430.00 |
| 9/29/18 | 442803 | INVOICE | 279855206 | 11/28/18 | 105.00 |
| 10/2/18 | 445473 | INVOICE | 279903479 | 12/1/18 | 275.00 |
| 10/2/18 | 445474 | INVOICE | 279962504 | 12/1/18 | 85.00 |
| 10/2/18 | 445475 | INVOICE | 279982649 | 12/1/18 | 275.00 |
| 10/2/18 | 445476 | INVOICE | 279991604 | 12/1/18 | 430.00 |
| 10/2/18 | 445477 | INVOICE | 280001183 | 12/1/18 | 430.00 |

| 10/2/18 | 445478 | INVOICE | 280022519 | 12/1/18 | 415.00 |
| 10/2/18 | 445479 | INVOICE | 280047578 | 12/1/18 | 430.00 |
| 10/2/18 | 445480 | INVOICE | 280089806 | 12/1/18 | 430.00 |
| 10/2/18 | 445550 | INVOICE | 280153712 | 12/1/18 | 275.00 |
| 10/2/18 | 445551 | INVOICE | 280160789 | 12/1/18 | 430.00 |
| 10/2/18 | 445552 | INVOICE | 280178606 | 12/1/18 | 105.00 |
| 10/3/18 | 446011 | INVOICE | 280214324 | 12/2/18 | 430.00 |
| 10/3/18 | 446012 | INVOICE | 280276817 | 12/2/18 | 430.00 |
| 10/3/18 | 446302 | INVOICE | 280232237 | 12/2/18 | 275.00 |
| 10/3/18 | 446659 | INVOICE | 280037306 | 12/2/18 | 85.00 |
| 10/3/18 | 446660 | INVOICE | 280104272 | 12/2/18 | 320.00 |
| 10/4/18 | 448820 | INVOICE | 280359929 | 12/3/18 | 430.00 |
| 10/4/18 | 448821 | INVOICE | 280384343 | 12/3/18 | 275.00 |
| 10/4/18 | 448822 | INVOICE | 280408127 | 12/3/18 | 430.00 |
| 10/5/18 | 451039 | INVOICE | 280450766 | 12/4/18 | 275.00 |
| 10/5/18 | 451084 | INVOICE | 280529105 | 12/4/18 | 275.00 |
| 10/9/18 | 453123 | INVOICE | 280620641 | 12/8/18 | 275.00 |
| 10/9/18 | 453771 | INVOICE | 280649840 | 12/8/18 | 275.00 |
| 10/9/18 | 453794 | INVOICE | 280673297 | 12/8/18 | 275.00 |
| 10/9/18 | 453875 | INVOICE | 280765745 | 12/8/18 | 275.00 |
| 10/9/18 | 453925 | INVOICE | 280848866 | 12/8/18 | 415.00 |
| 10/9/18 | 453953 | INVOICE | 280898453 | 12/8/18 | 430.00 |
| 10/9/18 | 455383 | INVOICE | 280741433 | 12/8/18 | 275.00 |
| 10/9/18 | 455384 | INVOICE | 280744235 | 12/8/18 | 415.00 |
| 10/11/18 | 459868 | INVOICE | 280891307 | 12/10/18 | 430.00 |

KMART DOMESTIC

| 9/1/18 | 399525 | INVOICE | 8273642870 | 10/31/18 | 6,664.00 |
| 9/12/18 | 413859 | INVOICE | 8273671123 | 11/11/18 | 614.31 |
| 9/12/18 | 413860 | INVOICE | 8275301954 | 11/11/18 | 3,922.19 |
| 9/12/18 | 413861 | INVOICE | 8275301955 | 11/11/18 | 15,710.17 |
| 9/12/18 | 413862 | INVOICE | 8275301956 | 11/11/18 | 6,747.45 |
| 9/12/18 | 413863 | INVOICE | 8289237638 | 11/11/18 | 632.79 |
| 9/12/18 | 413864 | INVOICE | 8289237639 | 11/11/18 | 4,670.15 |
| 9/12/18 | 413865 | INVOICE | 8292259025 | 11/11/18 | 6,295.06 |
| 9/12/18 | 413866 | INVOICE | 8292259026 | 11/11/18 | 15,380.09 |
| 9/12/18 | 413867 | INVOICE | 8292259027 | 11/11/18 | 7,609.87 |
| 9/12/18 | 413868 | INVOICE | 8305222914 | 11/11/18 | 857.04 |
| 9/12/18 | 413869 | INVOICE | 8305222915 | 11/11/18 | 4,254.33 |
| 9/12/18 | 413870 | INVOICE | 8305222916 | 11/11/18 | 1,404.49 |
| 9/14/18 | 418426 | INVOICE | 8289237640 | 11/13/18 | 1,510.41 |
| 9/17/18 | 420065 | INVOICE | 8287243713 | 11/16/18 | 9,819.71 |
| 9/17/18 | 420066 | INVOICE | 8287243714 | 11/16/18 | 4,073.47 |
| 9/17/18 | 420112 | INVOICE | 8287243712 | 11/16/18 | 2,238.62 |
| 9/18/18 | 422353 | INVOICE | 8273671121 | 11/17/18 | 194.98 |
| 9/18/18 | 422354 | INVOICE | 8273671122 | 11/17/18 | 1,451.77 |
| 9/21/18 | 428601 | INVOICE | 8275300679 | 11/20/18 | 788.82 |
| 9/28/18 | 440476 | INVOICE | 8287242452 | 11/27/18 | 410.76 |

| 9/28/18 | 440477 | INVOICE | 8305221691 | 11/27/18 | 198.48 |
|---|---|---|---|---|---|

**KMART DIRECT**

| 9/5/18 | 404671 | INVOICE | B2Y1A-801WCD | 11/4/18 | 26,700.00 |
| 9/12/18 | 416502 | INVOICE | B2Y15-803WCD | 11/11/18 | 131,040.00 |
| 9/12/18 | 416504 | INVOICE | B2Y0R-801WCD | 11/11/18 | 3,880.00 |
| 9/13/18 | 418277 | INVOICE | B2Y14-801WCD | 11/12/18 | 16,885.80 |

**SAL TECHNICAL SERVICE (UTS)**

| 10/9/18 | 72221 | INVOICE | Sep-18 | 12/8/18 | 260,921.67 |

**TOTAL    ndor # 348334                                11,496,086.60**

**ICON FIT ELEMENTS        Vendor # 962384855            DUNS#: 83922229**

| INVOICE DATE | INVOICE NUMBER | INVOICE TYPE | PURCHASE ORDER# | DUE DATE | AMOUNT DUE |
|---|---|---|---|---|---|
| **SEARS DIRECT** | | | | | |
| 9/14/18 | 499040 | INVOICE | SN2492-801SHW | 10/14/18 | 1,751.04 |
| 9/14/18 | 499041 | INVOICE | SN2510-801SHW | 10/14/18 | 1,824.00 |
| 9/14/18 | 499042 | INVOICE | SN2513-802SHW | 10/14/18 | 9,778.56 |
| 9/14/18 | 499043 | INVOICE | SM2512-802SHW | 10/14/18 | 7,905.60 |
| 9/14/18 | 499044 | INVOICE | SN2491-801SHW | 10/14/18 | 1,944.00 |
| 9/14/18 | 499045 | INVOICE | SN2493-801SHW | 10/14/18 | 3,888.00 |
| 9/14/18 | 499046 | INVOICE | SN2511-801SHW | 10/14/18 | 3,217.50 |
| 9/21/18 | 499057 | INVOICE | SN2497-803SHW | 10/21/18 | 4,657.60 |
| 9/21/18 | 499058 | INVOICE | SM2502-802SHW | 10/21/18 | 21,850.56 |
| 9/21/18 | 499059 | INVOICE | SN2508-802SHW | 10/21/18 | 7,224.56 |
| 9/21/18 | 499060 | INVOICE | SN2507-801SHW | 10/21/18 | 4,428.00 |
| 9/21/18 | 499061 | INVOICE | SN2500-802SHW | 10/21/18 | 5,895.36 |
| 9/21/18 | 499062 | INVOICE | SM2504-801SHW | 10/21/18 | 813.96 |
| **SEARS DOMESTIC** | | | | | |
| 9/13/18 | 499003 | INVOICE | 551909#BAA | 11/12/18 | 583.48 |
| 9/13/18 | 499004 | INVOICE | 551910#CAA | 11/12/18 | 120.72 |
| 9/13/18 | 499005 | INVOICE | 552891#AAA | 11/12/18 | 165.06 |
| 9/13/18 | 499006 | INVOICE | 552891#BAA | 11/12/18 | 32.76 |
| 9/13/18 | 499007 | INVOICE | 552891#CAA | 11/12/18 | 44.80 |
| 9/13/18 | 499008 | INVOICE | 552891#DAA | 11/12/18 | 120.72 |
| 9/13/18 | 499009 | INVOICE | 552892#AAA | 11/12/18 | 43.68 |
| 9/13/18 | 499010 | INVOICE | 552892#BAA | 11/12/18 | 28.00 |
| 9/13/18 | 499011 | INVOICE | 552892#CAA | 11/12/18 | 181.08 |
| 9/13/18 | 499012 | INVOICE | 551912#FAA | 11/12/18 | 40.24 |
| 9/13/18 | 499013 | INVOICE | 552894#AAA | 11/12/18 | 82.53 |
| 9/13/18 | 499014 | INVOICE | 552894#BAA | 11/12/18 | 65.52 |
| 9/13/18 | 499015 | INVOICE | 552894#CAA | 11/12/18 | 54.60 |
| 9/13/18 | 499016 | INVOICE | 552894#DAA | 11/12/18 | 174.76 |

| 9/13/18 | 499017 | INVOICE | 552894#EAA | 11/12/18 | 251.46 |
| 9/13/18 | 499018 | INVOICE | 552894#FAA | 11/12/18 | 25.20 |
| 9/13/18 | 499019 | INVOICE | 552894#GAA | 11/12/18 | 140.84 |
| 9/13/18 | 499020 | INVOICE | 552895#CAA | 11/12/18 | 109.20 |
| 9/13/18 | 499021 | INVOICE | 551913#GAA | 11/12/18 | 321.92 |
| 9/13/18 | 499022 | INVOICE | 552895#AAA | 11/12/18 | 58.95 |
| 9/13/18 | 499023 | INVOICE | 552895#BAA | 11/12/18 | 360.36 |
| 9/13/18 | 499024 | INVOICE | 552895#DAA | 11/12/18 | 51.40 |
| 9/13/18 | 499025 | INVOICE | 552895#EAA | 11/12/18 | 419.10 |
| 9/13/18 | 499026 | INVOICE | 552895#FAA | 11/12/18 | 39.20 |
| 9/13/18 | 499027 | INVOICE | 552895#GAA | 11/12/18 | 201.20 |
| 9/14/18 | 499028 | INVOICE | 551911#GAA | 11/13/18 | 60.36 |
| 9/14/18 | 499029 | INVOICE | 552893#AAA | 11/13/18 | 70.74 |
| 9/14/18 | 499030 | INVOICE | 552893#BAA | 11/13/18 | 229.32 |
| 9/14/18 | 499031 | INVOICE | 552893#CAA | 11/13/18 | 109.20 |
| 9/14/18 | 499032 | INVOICE | 552893#DAA | 11/13/18 | 113.08 |
| 9/14/18 | 499033 | INVOICE | 552893#EAA | 11/13/18 | 922.02 |
| 9/14/18 | 499034 | INVOICE | 552893#FAA | 11/13/18 | 64.40 |
| 9/14/18 | 499035 | INVOICE | 552893#GAA | 11/13/18 | 40.24 |
| 9/14/18 | 499036 | INVOICE | 710199#AAA | 11/13/18 | 10.92 |
| 9/14/18 | 499037 | INVOICE | 710199#BAA | 11/13/18 | 10.92 |
| 9/14/18 | 499038 | INVOICE | 710199#CAA | 11/13/18 | 10.28 |

**KMART DIRECT**

| 9/7/18 | 498976 | INVOICE | B2YZB-805WCD | 10/7/18 | 5,904.00 |
| 9/7/18 | 498977 | INVOICE | B2YZD-804WCD | 10/7/18 | 4,926.00 |
| 9/7/18 | 498978 | INVOICE | B2YZR-805WCD | 10/7/18 | 1,977.60 |
| 9/14/18 | 499039 | INVOICE | B2YZE-805WCD | 10/14/18 | 3,697.20 |
| 9/14/18 | 499047 | INVOICE | B1SHU-801WCD | 10/14/18 | 4,780.80 |
| 9/14/18 | 499048 | INVOICE | B1SHT-801WCD | 10/14/18 | 6,988.80 |
| 9/14/18 | 499049 | INVOICE | B1SHV-801WCD | 10/14/18 | 3,993.60 |
| 9/14/18 | 499050 | INVOICE | B1SHR-801WCD | 10/14/18 | 1,041.60 |
| 9/21/18 | 499054 | INVOICE | B2YZP-803WCD | 10/21/18 | 1,003.20 |
| 9/21/18 | 499055 | INVOICE | B2YZK-804WCD | 10/21/18 | 2,246.40 |
| 9/21/18 | 499056 | INVOICE | B2YZN-804WCD | 10/21/18 | 2,135.04 |

**TOTAL**     **Vendor # 962384855**                    **119,231.24**