N. Neville Reid
FOX SWIBEL LEVIN & CARROLL LLP
200 West Madison Street, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 224-1200
Facsimile: (312) 224-1201
nreid@foxswibel.com

*Counsel for The Chamberlain Group, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al.[1] | **Case No. 18-23538** |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Fox Swibel Levin & Carroll LLP hereby appears as

counsel for The Chamberlain Group, Inc. (**"Chamberlain"**), pursuant to section 1109(b) of title

11 of the United States Code (as amended, the "**Bankruptcy Code**"), Rules 2002, 3017(a), 9007,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "**Bankruptcy Rules**"), and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

> **FOX SWIBEL LEVIN & CARROLL LLP**
> 200 West Madison Street
> Suite 3000
> Chicago, IL 60606
> Telephone:  (312) 224-1200
> Facsimile:  (312) 224-1201
> Email: nreid@foxswibel.com

**PLEASE TAKE FURTHER NOTICE** that, in accordance with 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand (collectively, the "**Filings**"), whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopy, or otherwise which affect or seek to affect in any way any rights or interests of Chamberlain.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance shall not constitute (a) a waiver of the right of Chamberlain to contest service of any Filing; (b) a waiver of rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (c) a waiver of rights to trial by jury in any proceeding as to any and all matters so triable; (d) a waiver of rights to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; (e) a waiver of any rights, claims, actions, defenses, setoffs, or recoupments all of which Chamberlain expressly reserves; or (f) a consent by Chamberlain to the

3163646 v2 - 06942 / 001

jurisdiction of the United States Bankruptcy Court for the Southern District of New York with respect to any proceeding commenced in this case against or otherwise involving Chamberlain.

| | |
|---|---|
| Dated: New York, New York<br>November 8, 2018 | FOX SWIBEL LEVIN & CARROLL, LLP<br><br>/s/ N. Neville Reid<br><br>Telephone:<br>Facsimile:<br>Email:<br><br>*Counsel for The Chamberlain Group, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November, 2018, I caused a true and correct copy of the foregoing Notice of Appearance and Request for Service of Notices and Papers to be filed and served through ECF notification upon all parties who receive notice in this matter pursuant to the Court's ECF filing system.

                                                  /s/ N.Neville Reid
                                                  N. Neville Reid

3163646 v2 - 06942 / 001