Allen G. Kadish
Lance A. Schildkraut
ARCHER & GREINER, P.C.
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Email: akadish@archerlaw.com
      lschildkraut@archerlaw.com

    and

Kenneth M. Florey
M. Neal Smith
ROBBINS, SCHWARTZ, NICHOLAS,
LIFTON & TAYLOR, LTD.
631 E. Boughton Road, Suite 200
Bolingbrook, Illinois 60440
Tel: (630) 929-3639
Email: kflorey@robbins-schwartz.com
      nsmith@robbins-schwartz.com

    and

Matthew T. Gensburg
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Tel: (312) 263-2200
Email: mgensburg@gcklegal.com

*Attorneys for Community Unit School District 300*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.,* | Case No. 18-23538 (RDD) |
| | (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

    Harrison H.D. Breakstone, being duly admitted to practice in New York State and before the Southern District of New York, certifies that, on November 8, 2018, I caused to be served true and correct copies of the *Limited Objection of Community Unit School District 300 to Debtors' Motion for Authority to (a) Obtain Postpetition Financing, (b) Use Cash Collateral, (c) Grant Certain Protections to Prepetition Secured Parties, and (d) Schedule Second Interim Hearing and*

*Final Hearing* [Docket No. 557] by email, on the parties identified on the service list attached as Exhibit A and by regular mail on the parties identified on the service list attached as Exhibit B.

Dated: November 8, 2018
      New York, New York

                                                                s/ Harrison H.D. Breakstone
                                                                  Harrison H.D. Breakstone

## Exhibit A

ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com
JeriLeigh.Miller@weil.com
jessica.liou@weil.com
Paloma.VanGroll@weil.com
richard.morrissey@usdoj.gov
paul.schwartzberg@usdoj.gov
paul.leake@skadden.com
shana.elberg@skadden.com
george.howard@skadden.com
marshall.huebner@davispolk.com
eli.vonnegut@davispolk.com
sears.service@davispolk.com
soneal@cgsh.com
jbromley@cgsh.com
aweaver@cgsh.com
KDWBankruptcyDepartment@KelleyDrye.com
bfeder@kelleydrye.com
cliu@kelleydrye.com
emfox@seyfarth.com
gadsden@clm.com
bankruptcy@clm.com
Dennis.roemlein@bnymellon.com
braynor@lockelord.com
asmith@lockelord.com
dwirt@lockelord.com
idizengoff@akingump.com
pdublin@akingump.com
aqureshi@akingump.com
sbrauner@akingump.com

**Exhibit B**

Sears Holdings Corporation
Attn:   Stephen Sitley, Esq.
        Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, IL 60179

Sears Holdings Corporation
c/o Weil, Gotshal & Manges LLP
Attn:   Ray C. Schrock, P.C.
        Jacqueline Marcus, Esq.
        Garret A. Fail, Esq.
        Sunny Singh, Esq.
767 Fifth Avenue
New York, New York 10153

Office of the United States Trustee
Attn: Paul Schwartzberg, Esq.
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:   Paul D. Leake, Esq.
Shana A. Elberg, Esq.
George R. Howard, Esq.
4 Times Square
New York, NY 10036

Davis Polk & Wardell LLP
Attn:   Marshall S. Huebner, Esq.
        Eli J. Vonnegut, Esq.
450 Lexington Avenue
New York, NY, 10017

Cleary, Gottlieb
Attn:   Sean A. O'Neal, Esq.
One Liberty Plaza
New York, NY 10006

Kelley Drye & Warren LLP
Attn:   Eric R. Wilson, Esq.
        Benjamin D. Feder, Esq.
        T. Charlie Liu, Esq.
101 Park Avenue
New York, NY 10178

Seyfarth Shaw LLP
Attn:   Edward M. Fox, Esq.
620 Eighth Avenue
New York, NY 10018

Carter Ledyard & Milburn LLP
Attn: James Gadsden, Esq.
2 Wall Street
New York, NY 10015

Locke Lord LLP
Attn:   Brian A. Raynor, Esq.
111 South Wacker Drive
Chicago, IL 60606

Akin Gump Strauss Hauer & Feld LLP
Attn:   Philip C. Dublin, Esq.
        Ira Dizengoff, Esq.
        Sara Lynne Brauner, Esq.
One Bryant Park
New York, NY 10036

215469369v1