# EXHIBIT 2

# SEARS HOLDINGS CORPORATION

James B. Terrell
Vice President Real Estate

Sears Holdings Management Corporation
3333 Beverly Rd. BC-104B
Hoffman Estates, IL 60179

October 10, 2012

*Via Certified Mail Return*
*Receipt Requested and E-mail*

Mr. Steven P. Brown
Farmingville Associates
C/O Midwood Investment & Development
430 Park Avenue – Suite 505
New York, NY 10022

RE:   Kmart #4871 – 2280 North Ocean Ave. – Expressway Plaza – Farmingville, NY 11738

Lease dated December 20, 1991 by and between Farmingville Associates ("Landlord"), and Kmart Corporation ("Tenant"), as amended and assigned (the "Lease").

Dear Mr. Brown:

This letter of agreement is to acknowledge that Landlord and Tenant agree that Tenant, pursuant to Article 30 of the Lease, has exercised the option to perform the Common Area maintenance on the Demised Premises, as defined in the Lease, since the commencement of the Lease and intends to continue to perform said Common Area maintenance on the Demised Premises, unless otherwise notified by Tenant in writing to Landlord.

Thank you for your cooperation.

Sincerely,

James B. Terrell
Vice President Real Estate