# EXHIBIT 4

## TEN (10) DAY NOTICE OF LEASE TERMINATION

<u>By Certified Mail Return Receipt Requested</u>
To:         KMART CORPORATION
            333 Beverly Road
            Hoffman Estate, Illinois 60179
            Attn: Divisional Vice President – Real Estate Department 824E

            KMART CORPORATION
            3100 West Big Beaver Road
            Troy, Michigan 48084

Premises:   2280 North Ocean Avenue
            Expressway Plaza
            Farmingville, New York 11738

Tenant of the above-referenced Premises:

**PLEASE TAKE NOTICE** that the undersigned, the landlord of the Premises identified above, hereby elects to terminate the lease (the "Lease"), executed on or about December 20, 1991 between Kmart Corporation as Tenant ("Tenant") and Farmingville Associates as Landlord, and as assigned to Expressway Plaza I LLC and Farmingville Associates Phase 1, LLC by assignment dated October 20, 2016, ("Landlord"), as amended and extended, because you have defaulted in fulfilling covenants of the Lease and, having been previously served with a Fifteen Day Notice to Cure, a copy of which is annexed hereto as Exhibit "A", have nevertheless failed to remedy the defaults alleged in the Fifteen Day Notice to Cure Defaults within the applicable cure period.

**PLEASE TAKE FURTHER NOTICE** that unless you remove yourself and your possessions from the Premises described above on or before the expiration of ten (10) days of service of this Notice upon you, the Landlord will commence summary proceedings to evict you from the Premises and obtain a money judgment against you for any sums due and owing to the Landlord.

                Expressway Plaza I, LLC and
                Farmingville Associates Phase 1, LLC
                as Tenants in Common

                By: _____
                Midwood Management Corp., as agent
                John Usdan, Chief Executive Officer

**FF Client:** Midwood Managing Corp.
(20588.114)

**Project Address:** 2280 North Ocean Avenue
Expressway Plaza
Farmingdale, New York 11738

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NASSAU      )

I, Theresa M. Spano, being duly sworn, depose and say: I am not a party to the action, am over 18 years of age and reside in Nassau County, New York.

On October 11, 2018, I served the within **Ten (10) Day Notice of Lease Termination** by Certified Mail return receipt requested, depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person(s) at the last known address set forth after the name:

KMART CORPORATION
3100 West Big Beaver Road
Troy, Michigan 48084
Tracking No.: 70173380000107442348

KMART CORPORATION
333 Beverly Road
Hoffman Estate, Illinois 60179
Attn: Divisional Vice President – Real Estate Department 824E
Tracking No.: 70173380000107442331

Theresa M. Spano

Sworn to before me this
11th day of October, 2018

Notary Public
MAURA EDNIE
NOTARY PUBLIC, State of New York
No. 01ED4971404
Qualified in Nassau County
Commission Expires September 4, 20 22

FF\7798499.1

**FF Client:**        **Midwood Managing Corp.**
              **(20588.114)**

**Project Address:**    2280 North Ocean Avenue
              Expressway Plaza
              Farmingdale, New York 11738

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                ) ss.:
COUNTY OF NASSAU        )

    I, Theresa M. Spano, being duly sworn, depose and say: I am not a party to the action, am over 18 years of age and reside in Nassau County, New York.

    On October 11, 2018, I served the within **Ten (10) Day Notice of Lease Termination** by Certified Mail return receipt requested, depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person(s) at the last known address set forth after the name:

    KMART CORPORATION
    3100 West Big Beaver Road
    Troy, Michigan 48084
    Tracking No.: 70173380000107442348

    KMART CORPORATION
    333 Beverly Road
    Hoffman Estate, Illinois 60179
    Attn: Divisional Vice President – Real Estate Department 824E
    Tracking No.: 70173380000107442331

                                 Theresa M. Spano

Sworn to before me this
11th day of October, 2018

_____
Notary Public
MAURA EDNIE
NOTARY PUBLIC, State of New York
No. 01ED4971404
Qualified in Nassau County
Commission Expires September 4, 20 22

FF\7798499.1

## CERTIFIED MAIL RETURN RECEIPT

| TO: | KMART CORPORATION<br>333 Beverly Road<br>Hoffman Estate, Illinois 60179<br>Attn: Divisional Vice President – Real Estate Department 824E | 10/11/18 |
|---|---|---|
| CLIENT | 20588/114 | |
| CERT # | 70173380000107442331 | |

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $

Total Postage and Fees
Sent To: KMART Corporation
Street and Apt. No.: 333 Beverly Road
City, State, ZIP+4: Hoffman Estate, IL 60179
Attn: Divisional Vice President
- Real Estate Dept. 824E

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KMART Corporation
333 Beverly Road
Hoffman Estate, IL 60179
Attn: Divisional Vice President
    - Real Estate Dept. 824E

9590 9402 3733 7335 1350 94

2. Article Number (Transfer from service label)
7017 3380 0001 0744 2331

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _C. cu_   ☐ Agent
             ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
C CONWAY

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    20588-114    Domestic Return Receipt

FF\7798207.1

## CERTIFIED MAIL RETURN RECEIPT

| TO: | KMART CORPORATION<br>3100 West Big Beaver Road<br>Troy, Michigan 48084 | 10/11/18 |
|---|---|---|
| CLIENT | 20588/114 | |
| CERT # | 70173380000107442348 | |

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7017 3380 0001 0744 2348

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

20588-114  TMS

Sent To  KMART Corporation
Street and Apt. No.  3100 West Big Beaver Road
City, State, ZIP+4  Troy, MI  48084

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

FF\7798207.1

