Objection Deadline: November 19, 2018 at 4:00 p.m. (Eastern Time)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                                       :    Chapter 11
:
**SEARS HOLDINGS CORPORATION**, *et al.*,                   :    Case No. 18-23538 (RDD)
:
Debtors.[1]                                                 :    (Jointly Administered)
:
------------------------------------------------------------x

## NOTICE OF INTENT TO CONDUCT STORE CLOSING SALES

PLEASE TAKE NOTICE THAT:

1. On October 15, 2018 and continuing thereafter, Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), each commenced with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") a voluntary case under chapter 11 of title 11 of the United States Code.

2. On October 26, 2018, the Bankruptcy Court entered an order (ECF No. 337) (the "**Store Closing Order**")[2] approving certain procedures (the "**Store Closing Procedures**") that may be used by the Debtors to sell the inventory, furniture, fixtures, and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Store Closing Order.

equipment at any of their stores (such sales, the "**Store Closing Sales**"). An electronic copy of the Store Closing Order can be found at: https://restructuring.primeclerk.com/sears/.

3.   Pursuant to the Store Closing Order, the Debtors may conduct Store Closing Sales pursuant to the Store Closing Procedures without further order of the Bankruptcy Court by filing and serving by email or overnight mail on the Notice Parties with this notice of intent (the "**Notice of Intent**") and a copy of the Store Closing Order. The Notice Parties and affected parties have ten (10) calendar days' notice (the "**Objection Deadline**") from the filing and serving of this Notice of Intent to object to the terms of the Store Closing Procedures and request a hearing on the objection. If no objection is filed, the Debtors may conduct Store Closing Sales at such locations in accordance with the terms of the Store Closing Order.

4.   **The Debtors hereby provide notice** that they will commence Store Closing Sales at the store locations listed on **Exhibit A** attached hereto on or after the Objection Deadline. Such sales will be conducted in accordance with the Store Closing Order and the Store Closing Procedures.

Dated: November 8, 2018
     New York, New York

    /s/ Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Sunny Singh
Jacqueline Marcus
Garrett Fail

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

**Closing Stores**

| | STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|---|
| 1. | 3371 | AGC Addison, LLC dba AGC Addison Owner, LLC<br>c/o Angelo, Gordon & Co., L.P.<br>245 Park Avenue, 24th Floor<br>New York NY 10167 | AGC Addison Owner, LLC, c/o Angelo, Gordon & Co LP<br>Attn: Olive Garden<br>245 Park Ave; 24th Floor<br>New York NY 10167 | Kmart Corporation | 3443 W Addison<br>Chicago, IL 60618-4249 |
| 2. | 1484 | Berkshire Mall LLC, C/O Allied Properties<br>1665 State Hill Road<br>Wyomissing PA 19610 | N/A | Sears, Roebuck and Co. | Warren St Bypass & Bern Rd<br>Reading, PA 19610- |
| 3. | 1755 | Boynton Beach Mall LLC, c/o Washington Prime Group, Inc.<br>Attn: General Counsel, 180 East Broad Street<br>Columbus OH 43215 | N/A | Sears, Roebuck and Co. | 801 N Congress Ave<br>Boynton Beach, FL 33426-3315 |
| 4. | 1828 | CAGLV, LLC, c/o AVG Partners<br>Attn:  Ms. Kammie Kay, 9595 Wilshire Blvd., Suite 700<br>Beverly Hills CA 90212 | N/A | Sears Grand, LLC | 4355 Grand Canyon Dr<br>Las Vegas, NV 89147- |
| 5. | 4490 | Caparra Center Associates LLC<br>P O Box 9506<br>San Juan PR 00968-0506 | N/A | Kmart Corporation | Caparra Hgts - San Patricio S/C Roosevelt & San Patricio Avenues<br>San Juan, PR 00920-2680 |
| 6. | 2156 | CHM Foothills 7, LLC, c/o Hunter Development Company<br>5731 Lyons View Pike, Suite 225<br>Knoxville TN 37919 | N/A | Sears, Roebuck and Co. | 198 Foothills Mall<br>Maryville, TN 37801-2310 |
| 7. | 2421 | Conestoga Realty LLC, c/o Namdar Realty Group, LLC<br>150 Great Neck Road, Suite 304<br>Great Neck NY 11021 | N/A | Sears, Roebuck and Co. | 175 Conestoga Mall<br>Grand Island, NE 68803-2397 |
| 8. | 3896 | Gator Oeste Owner, LLC, c/o Gator Investments<br>7850 NW 146th Street, 4th Floor<br>Miami Lakes FL 33016 | N/A | Kmart Corporation | Castro Perez Ave (Pr 122)<br>San German, PR 00683- |
| 9. | 2278 | GGP LP LLC, d/b/a Grand Teton Mall LLC<br>Attn: Law/Lease Administration Department<br>350 N. Orleans Street, Suite 300<br>Chicago IL 606541607 | N/A | Sears, Roebuck and Co. | 2300 E 17Th St<br>Idaho Falls, ID 83404-6504 |
| 10. | 2807 | JTL Rock Hill LLC, c/o SRS Real Estate Partners<br>Attn:  General Counsel, 8343 Douglas Avenue, Suite 200<br>Dallas TX 75225 | N/A | Sears, Roebuck and Co. | 2197 Dave Lyle Blvd<br>Rock Hill, SC 29730- |
| 11. | 3828 | KIR Temecula, LP, c/o Kimco Realty Corporation<br>3333 New Hyde Park Road, Suite 100, P. O. Box 5020<br>New Hyde Park NY 11042-0020 | N/A | Kmart Corporation | 26471 Ynez Road<br>Temecula, CA 92591-4654 |
| 12. | 2138 | Macerich La Cumbre LP, c/o The Macerich Company<br>Attn: Legal Department, 401 Wilshire Boulevard, 700<br>Santa Monica CA 90401 | Lands' End, Inc.<br>Attn: Sr. Vice President & General Counsel<br>5 Lands' End Lane<br>Dodgeville, WI 53595<br><br>Sprint PCS Assets, LLC<br>Attn: Samantha Dang<br>6391 Sprint Parkway<br>Overland Park KS 66251 | Sears, Roebuck and Co. | 3845 State St<br>Santa Barbara, CA 93105-3111 |
| 13. | 2557 | Mall at Longview, LLC, c/o Washington Prime Group Inc.<br>Chase Tower, 111 Monument Circle<br>Indianapolis IN 46204 | N/A | Sears, Roebuck and Co. | 3510 Mccann Rd<br>Longview, TX 75605-4420 |
| 14. | 2001 | MIDAMCO, C/O MID-AMERICA MNGT CORPORATION<br>3333 RICHMOND ROAD , SUITE 350<br>BEACHWOOD OH 44122 | N/A | Sears, Roebuck and Co. | 987 E Ash St Ste 170<br>Piqua, OH 45356-4198 |

| | STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|---|
| 15. | 1424 | Montgomery Mall Buyer, LLC, c/o Westfield Corporation<br>Attn: Office of Legal Counsel, 2049 Century Park East, 41st Floor<br>Los Angeles CA 90067 | Lands' End, Inc.<br>Attn: Sr. Vice President & General Counsel<br>5 Lands' End Lane<br>Dodgeville, WI 53595 | SRC O.P. LLC | 7103 Democracy Blvd<br>Bethesda, MD 20817-1007 |
| 16. | 3527 | Pennsee, LLC, c/o John C Strougo<br>350 Lexington Ave, Suite 204<br>New York NY 10016 | N/A | Kmart Corporation | 7101 Roosevelt Blvd<br>Philadelphia, PA 19149-1431 |
| 17. | 4064 | Riverview Plaza Associates, LP, c/o The First City Company<br>Three Gateway Center, 401 Liberty Avenue, Suite 200<br>Pittsburgh PA 15222 | Burger King Corporation, Attn: M. Molina<br>P O Box 02083<br>Miami FL 33192 | Kmart Corporation | 1901 Lincoln Hwy<br>North Versailles, PA 15137-2736 |
| 18. | 1130 | RockStep Janesville, LLC, c/o RockStep Management - Janesville, LLC<br>1445 North Loop West, Suite 625<br>Houston TX 77008 | N/A | Sears, Roebuck and Co. | 2500 Milton Ave<br>Janesville, WI 53545-0477 |
| 19. | 1166 | Rockstep Meridian, LLC, c/o Rockstep Management<br>1445 North Loop West, Suite 625<br>Houston TX 77008 | N/A | SRC Facilities LLC | 1740 Bonita Lakes Cir<br>Meridian, MS 39301-6955 |
| 20. | 2683 | Salmon Run Shopping Center, LLC, c/o Pyramid Management Group, LLC<br>The Clinton Exchange, 4 Clinton Square<br>Syracuse NY 13202-1078 | N/A | Sears, Roebuck and Co. | I-81 & Arsenal Rt 3<br>Watertown, NY 13601- |
| 21. | 4395 | SHC Owned | Sears Outlet Stores, LLC, Attn: GeneralCounsel<br>5500 Trillium Blvd., Suite 501<br>Hoffman Estates IL 60192 | Kmart Corporation | 6077 S Packard Avenue<br>Cudahy, WI 53110-3027 |
| 22. | 4048 | SHC Owned | Rent-A-Center East, Inc., Rent-Way Inc.<br>5501 Headquarters Drive<br>Plano TX 75024 | Kmart Stores of Illinois, LLC | 3250 Clear Lake Rd<br>Springfield, IL 62702-6208 |
| 23. | 2819 | SHC Owned | N/A | SRC Facilities LLC | 3115 Airport Way<br>Fairbanks, AK 99709-4755 |
| 24. | 2290 | SHC Owned | First Source Bank<br>Attn: Ingrid Mathias-Leuthold, Asst V-P<br>100 North Michigan Avenue, P.O. Box 1602<br>South Bend IN 46634 | SRC Facilities LLC | 3901 Franklin St<br>Michigan City, IN 46360-7314 |
| 25. | 2040 | SHC Owned | N/A | SRC Facilities LLC | 5575 B Drive N<br>Battle Creek, MI 49015- |
| 26. | 1375 | SHC Owned | Lands' End, Inc.<br>Attn: Sr. Vice President & General Counsel<br>5 Lands' End Lane<br>Dodgeville, WI 53595 | SRC Facilities LLC | 3320 Silas Creek Pkwy<br>Winston Salem, NC 27103-3031 |
| 27. | 1315 | SHC Owned | N/A | SRC Facilities LLC | 401 Northgate Mall<br>Chattanooga, TN 37415-6943 |
| 28. | 1216 | SHC Owned | N/A | Sears, Roebuck and Co. | 1200 Southland Mall<br>Memphis/Southland, TN 38116-7808 |
| 29. | 1065 | SHC Owned | N/A | Sears, Roebuck and Co. | 10101 Brook Rd<br>Glen Allen, VA 23059-4225 |
| 30. | 1043 | SHC Owned | Lands' End, Inc.<br>Attn: Sr. Vice President & General Counsel<br>5 Lands' End Lane<br>Dodgeville, WI 53595 | SRC Facilities LLC | 470 Lewis Ave<br>Meriden, CT 06451-2103 |
| 31. | 1027 | SHC Owned | N/A | SRC Real Estate (TX), LLC | 750 Sunland Park Dr<br>El Paso/Sunland Pk, TX 79912-6709 |
| 32. | 2226 | Sterling Value Add Investments II, dba SVAP II Stones River, LLC<br>c/o Sterling Retail Services, Inc. Attn: Gregory Moross<br>340 Royal Poinciana Way, Suite 316<br>Palm Beach FL 33480 | N/A | Sears, Roebuck and Co. | 1720 Old Fort Pkwy<br>Murfreesboro, TN 37129-3352 |

| | STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|---|
| 33. | 2074 | Stroud Mall, LLC, C/O CBL & Associates Management, Inc. Attn: General Counsel, 2030 Hamilton Place Blvd., Suite 500 Chattanooga TN 37421 | N/A | Sears, Roebuck and Co. | 344 Stroud Mall Stroudsburg, PA 18360- |
| 34. | 2315 | Treasure Coast - JCP Associates, Ltd., c/o Simon Property Group 225 West Washington Street Indianapolis IN 46204 | N/A | Sears, Roebuck and Co. | 3342 Nw Federal Hwy Us 1 Jensen Bch(Stuart), FL 34957- |
| 35. | 2106 | TUP 130, LLC, c/o Brookfield Properties ( R ) LLC Attn: Legal Department, 200 Vesey Street, 25th Floor New York NY 10281 | N/A | Sears, Roebuck and Co. | 1001 Barnes Crossing Rd Tupelo, MS 38804-0916 |
| 36. | 4858 | Urban Edge Properties LP dba Urban Edge Caguas LP 210 Route 4 East Paramus NJ 07652 | N/A | Kmart Corporation | Calle Betances Final #400 Caguas, PR 00726-0517 |
| 37. | 9381 | Urban Edge Properties LP, c/o UE 839 New York Avenue LLC 210 Route 4 East Paramus NJ 07652 | N/A | Kmart Corporation | 839 New York Ave Huntington, NY 11743-4412 |
| 38. | 3380 | Waterville Shopping Trust, c/o Maine Crossroads LLC P O Box 1534, Waterville ME 04903 | N/A | Kmart Corporation | 18 Elm Plaza Waterville, ME 04901-4936 |
| 39. | 1768 | Westcor Realty Limited Partnership, dba Paradise Valley Mall SPE LLC 11411 North Tatum Blvd. Phoenix AZ 85028 | N/A | Sears, Roebuck and Co. | 4604 E Cactus Rd Paradise Vly, AZ 85032-7704 |
| 40. | 2173 | Wilton Mall, LLC, c/o The Macerich Company Attn: Legal Department, 401 Wilshire Blvd., Suite 700 Santa Monica CA 90401 | Lands' End, Inc. Attn: Sr. Vice President & General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 3065 Route 50 Saratoga, NY 12866-2960 |