**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

SEARS HOLDINGS CORPORATION,
*et al.*,

Debtors.

Chapter 11
Case No. 18-23538 (RDD)
(Jointly Adminstered)

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Allen J. Guon to be admitted, ***pro hac vice***, to represent the

SHERTHAL, LLC (the "Client") in the above referenced ☑ cases ☐ adversary proceeding, and

upon the movant's certification that the movant is a member in good standing of the bar of the

State of Illinois, and admitted to practice before the United States District Court for the Northern

District of Illinois and the United States Court of Appeals for the Seventh and Eighth Circuits, it

is hereby

**ORDERED**, that Allen J. Guon, Esq., is admitted to practice, ***pro hac vice***, in the above

referenced ☑ cases ☐ adversary proceeding to represent the Client in the United States

Bankruptcy Court for the Southern District of New York, provided that the filing fee has been

paid.

Dated: November 8, 2018
    White Plains, New York

        /s/Robert D. Drain
        HONORABLE ROBERT D. DRAIN
        UNITED STATES BANKRUPTCY JUDGE