**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Jeremy C. Kleinman to be admitted, *pro hac vice*, to represent Bottling Group, LLC and Frito-Lay North America, Inc. (the "Clients") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that Jeremy C. Kleinman, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: November 8, 2018
       White Plains, New York

                                      /s/Robert D. Drain
                                      UNITED STATES BANKRUPTCY JUDGE