**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | **(Jointly Administered)** |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Joseph D. Frank to be admitted, *pro hac vice*, to represent Bottling Group, LLC and Frito-Lay North America, Inc. (the "Clients") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that Joseph D. Frank, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: November 8, 2018
White Plains, New York

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE