**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------X

| | |
|---|---|
| In re: | Case No.: 18-23538(RDD) |
| **SEARS HOLDINGS CORPORATION, et al.** | Chapter 11 |
| Debtors | (Jointly Administered) |

----------------------------------------------------------X

### ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of **Carl J. Soranno** to be admitted, *pro hac vice*, to represent **iStar Jewelry LLC** (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New Jersey and the bar of the U.S. District Court for the District of New Jersey, it is hereby

**ORDERED**, that **Carl J. Soranno**, **Esq.**, is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
November 8, 2018

/s/Robert D. Drain
HON. ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

BE:10023309.1/CHE228-270469