**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION, et al.

Debtor

-----------------------------------------------------------x

Plaintiff

v.

Defendant

-----------------------------------------------------------x

Case No.: 18-23538-rdd

Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Matthew T. Gensburg, request admission, *pro hac vice*, before the Honorable _____, to represent Community Unit School District 300, a Creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the _____ District of _____.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 11/5/2018

_____, New York

/s/ Matthew T. Gensburg

*Mailing Address:*

Gensburg Calandriello & Kanter, P.C.

200 West Adams Street, Suite 2425

Chicago, Illinois 60606

*E-mail address:* mgensburg@gcklegal.c

*Telephone number:* (312) 263-2200

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION,     Case No.: <u>18-23538</u>-rdd
       et al.

                     Chapter <u>11</u>

                     Debtor

------------------------------------------------------------x

                     Adversary Proceeding No.: _____

                     Plaintiff

                     v.

                     Defendant

------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

        Upon the motion of <u>Matthew T. Gensburg</u>, to be admitted, *pro hac vice*, to represent <u>Community Unit School District 300</u>, (the "Client") a <u>Creditor</u> in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>Illinois</u> and, if applicable, the bar of the U.S. District Court for the _____ District of _____, it is hereby

        **ORDERED**, that <u>Matthew T. Gensburg</u>, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York         /s/ _____
                                           UNITED STATES BANKRUPTCY JUDGE



WRITER'S DIRECT E-MAIL:
MGENSBURG@GCKLEGAL.COM

November 5, 2018

**VIA FEDERAL EXPRESS MAIL**

US Bankruptcy Court
Southern District of New York
300 Quarropas Street
Room 248
White Plains, NY 10601

Re:  Matthew T. Gensburg Motion and Proposed Order for Admission to Practice, Pro Hac Vice; Case No. 18-23538-RDD

To Whom It May Concern:

In connection with the above referenced matter, I have enclosed one (1) Motion for Admission to Practice, Pro Hac Vice, one (1) proposed Order Granting Admission to Practice, Pro Hac Vice, and a flash drive that contains the Motion and Proposed Order in PDF and Word Format. I have also enclosed a check made payable to "Clerk, US Bankruptcy Court, SDNY" in the amount of two hundred dollars ($200) to cover your fee.

Thank you and please contact me with any questions or concerns.

Very truly yours,

GENSBURG CALANDRIELLO & KANTER, P.C.

By: _____
Matthew T. Gensburg

Encl(s)
P:\Alexis\Bar App\S.D. of N.Y\ltr to Clerk of Ct. - motion & order (Matt).docx