**ROBINSON BROG LEINWAND GREENE**
 **GENOVESE & GLUCK P.C.**
*Counsel for Rockaway Realty Assocs., LP*
875 Third Avenue, 9th Floor
New York, New York 10022
Tel: No.: 212-603-6300
**Robert M. Sasloff**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **SEARS HOLDING CORP., ET AL.,** | Case No. 18-23538-rdd |
| Debtors. | **AFFIDAVIT OF SERVICE** |

---------------------------------------------------------X

STATE OF NEW YORK     )
                                            ss.:
COUNTY OF NEW YORK   )

**TINA FOGEL**, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and reside in New York, NY.

2. On the **8th** day of **November, 2018**, I served *Limited Objection To Omnibus Motion of Debtor's To Reject Certain Unexpired Leases And Related Subleases of Nonresidential Real Property And Abandonment Of Property In Connection Therewith* via FIRST CLASS MAIL upon: **ALL PARTIES ON THE ANNEXED SERVICE LIST** by depositing true copies of same enclosed in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

| | |
|---|---|
| Sworn to before me this | /s/**TINA FOGEL** |
| **8th day** of **November, 2018** | TINA FOGEL |

/S/ Robert M. Sasloff
Notary Public, State of New York
No. 02SA4966401
Qualified in Kings County
Commission Expires 5-7-22

{00968174.DOCX;1 }968174

**SEARS SERVICE LIST as of 11/8/18**

**Stephen Sitley, Esq. and Luke J. Valentino, Esq.**
**c/o Sears Holdings Corporation**
**3333 Beverly Road**
**Hoffman Estates, IL 60179**

**Ray C. Schrock, P.C., Jacqueline Marcus, Esq.,**
**Garret A. Fail, Esq., and Sunny Singh, Esq.**
**Weil, Gotshal & Manges LLP**
**767 Fifth Avenue**
**New York, New York 10153**

**Paul Schwartzberg, Esq.**
**Office of the U.S. Trustee**
**201 Varick Street, Suite 1006**
**New York, New York 10014**

**Paul D. Leake, Esq./Shana A. Elberg, Esq./George R. Howard, Esq.**
**Skadden Arps Slate Meagher & Flom LLP**
**4 Times Square**
**New York, New York 10036**

**Marshall S. Huebner, Esq.**
**and Eli J. Vonnegut, Esq.**
**Davis Polk & Wardell LLP**
**450 Lexington Avenue**
**New York, NY 10017**

**Sean A. O'Neal, Esq.**
**Cleary, Gottlieb**
**One Liberty Plaza**
**New York, NY 10006**

**Eric R. Wilson, Esq./Benjamin D. Feder, Esq./T. Charlie Liu, Esq.**
**Kelley Drye & Warren LLP**
**101 Park Avenue**
**New York, New York 10178**

**Edward M. Fox, Esq.**
**Seyfarth Shaw LLP**
**620 Eighth Avenue**
**New York, NY 10018**

**James Gadsden, Esq.**
**Carter Ledyard & Milburn LLP**
**2 Wall Street**
**New York, NY 10015**

**Brian A. Raynor, Esq.**
**Locke Lord LLP**
**111 South Wacker Drive**
**Chicago, IL 60606**

**Phillip C. Dublin, Esq./Ira Dizengoff, Esq./Sara Lynne Brauner, Esq.**
**Akin Gump Strauss Hauer & Feld LLP**
**One Bryant Park**
**New York, New York 10036**

{00968174.DOCX;1 }968174