**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:  Sears Holdings Corporation, et al.

                      Debtor

Case No.: 18-23538

Chapter 11

---------------------------------------------------------------x

                      Plaintiff

v.

                      Defendant

Adversary Proceeding No.: _____

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, N. Neville Reid, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent The Chamberlain Group, Inc., a creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 11.9.18
New York, New York

N. Neville Reid
*Mailing Address*:
200 West Madison Street
Suite 3000
Chicago, IL 60606
*E-mail address*: nreid@foxswibel.com
*Telephone number*: (312) 224-1200