**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION,
    et al.

                                Debtors

-----------------------------------------------------------x

Case No.: 18-23538-rdd

Chapter 11
(Jointly Administered)


**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

      Upon the motion of E. Philip Groben to be admitted, *pro hac vice*, to represent Community Unit School District 300 (the "Client") in the above referenced ☑ cases ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois, it is hereby

      **ORDERED**, that E, Philip Groben, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ cases ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       November 8, 2018

                                            /s/Robert D. Drain
                                            HON. ROBERT D. DRAIN
                                            UNITED STATES BANKRUPTCY JUDGE