ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Gregg M. Galardi
Sam N. Ashuraey
Kimberly J. Kodis

*Attorneys for Apex Tool Group, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
In re                                                      :    Chapter 11
                                                           :
**SEARS HOLDING CORPORATION,** *et al.*,[1]                :    Case No. 18-23538 (RDD)
                                                           :
           Debtors.                                        :    (Jointly Administered)
-----------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                            )    s.s.:
COUNTY OF NEW YORK          )

NOVA A. ALINDOGAN, being duly sworn, deposes and says:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1. Deponent is not a party to this action, is over eighteen years of age, and resides in Queens County, State of New York.

2. On November 8, 2018, I served a true and correct copy of the *Response and Limited Objection of Apex Tool Group, LLC to the Motion of Debtors for Interim and Final Authority to (I) Pay Prepetition Claims of (A) Shippers, Warehousemen, and Other Non-Merchandise Lien Claimants and (B) Holders of PACA/PASA Claims, and (II) Confirm Administrative Expense Priority for Prepetition Orders Delivered to the Debtors Postpetition, and Satisfy Such Obligations in the Ordinary Course of Business* [Docket No. 558]

   (i) on the parties requesting ECF notifications via the Court's CM/ECF case notification system;

   (ii) via regular, first class mail upon the parties on the attached **Service List A**;

   (iii) via electronic mail upon the parties on the attached **Service List B**; and

   (iv) on all other parties requesting notice pursuant to Rule 2002 and in accordance with with this Court's *Amended Order Implementing Certain Notice and Case Management Procedures* entered on November 1, 2018 (Docket No. 405).

                                                          /s/ Nova A. Alindogan
                                                          Nova A. Alindogan

Sworn to before me this
9th day of November, 2018.

/s/ Jill L. Niederman
Notary Public, State of New York;
No. 01N16192670, Qualified in New York County
Commission Expires: September 2, 2020

# SERVICE LIST A

**Chambers Copy**
Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY  10601

**Debtors**
Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: Stephen Sitley Esq.
Luke J. Valentino, Esq.

**Office of the United States Trustee**
Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY  10014
Attn: Paul Schwartzberg, Esq.

# SERVICE LIST B

**Debtors' Counsel**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attn: Ray C. Schrock, P.C.
Jacqueline Marcus, Esq.
Garret A. Fail, Esq.
Sunny Singh, Esq.
ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com

**Attorneys for Bank of America, N.A.,
administrative agent under the
First Lien Credit Facility and the DIP ABL Agent**
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY  10036
Attn: Paul D. Leake, Esq.
Shana A. Elberg, Esq.
George R. Howard, Esq.
paul.leake@skadden.com
shana.elberg@skadden.com
george.howard@skadden.com

**Attorneys for Citibank, N.A., as administrative agent
under the Stand-Alone L/C Facility**
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY 10017
Attn: Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
marshall.huebner@davispolk.com
eli.vonnegut@davispolk.com

**Attorneys for JPP, LLC, as agent under the
Second Lien Credit Facility, IP/Ground Lease Term Loan Facility,
and the Consolidated Secured Loan Facility**
Cleary, Gottlieb
One Liberty Plaza
New York, NY 10006
Attn: Sean A. O'Neal, Esq.
soneal@cgsh.com

**Attorneys for Computershare Trust Company, N.A.,
as trustee for the Second Lien PIK Notes, the Holdings
<u>Unsecured PIK Notes, and the Holdings Unsecured Notes</u>**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
T. Charlie Liu, Esq.
ewilson@kelleydrye.com
bfeder@kelleydrye.com
cliu@kelleydrye.com

**Attorneys for Wilmington Trust, National Association,
<u>as indenture trustee for the Second Lien Notes</u>**
Seyfarth Shaw, LLP
620 Eighth Avenue
New York, NY 10018
Attn: Edward M. Fox, Esq.
emfox@seyfarth.com

**Attorneys for The Bank of New York Mellon Trust Company,
as successor trustee for the SRAC Unsecured PIK Notes,
<u>SRAC Unsecured Notes, and the SRAC Medium Term Notes</u>**
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10015
Attn: James Gadsden, Esq.
gadsden@clm.com

**<u>Attorneys for the Pension Benefit Guaranty Corporation</u>**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Attn: Brian A. Raynor, Esq.
braynor@lockelord.com

**Attorneys for the Official Committee of Unsecured Creditors**
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Attn: Philip C. Dublin, Esq.
Ira Dizengoff, Esq.
Sara Lynne Brauner, Esq.
pdublin@akingump.com
idizengoff@akingump.com
sbrauner@akingump.com

**Unions**
IBEW Local 8
Attn: Eric Grossweiler
egross@ibew8.org

IBT 150
Attn: Marty Crandall
mwcibt150@gmail.com

IBT 174
Attn: Pete Lamb
PLamb@teamsters174.org

IBT Local 348
Attn: Gerard Colant
gerardcolant@sbcglobal.net

IUOE Local 399
Attn: Mike Materson
mmasterson@iuoe399.com

IUOE Local 70
Attn: Drew Brodeen
d.brodeen@iuoe70.org

Steelworkers Local 5852-28
Attn: Rick Benson
rbenson@usw.org

Teamsters 243
Attn: Cinci
cinci@teamsters243.org

Teamsters 705
Attn: Joe Bakes
jbakes@l705ibt.org

Teamsters Local 107
Attn: Shawn Dougherty
sdougherty@teamsters107.com

Teamsters Local 243
Attn: Jim "Cinci"
Cianciola cinci@teamsters243.org

Teamsters Local 688
Attn: Chris Tongay
ctongay@688online.com

UAW 1112
Attn: Ben Strickland
bstrickland@uaw.net

UAW 8275
Attn: Kieran Martin
mkieran7@gmail.com

UFCW Local 880
Attn: Michael Martino
mmartino@ufcwlocal880.com

UFCW Local 881
Attn: Jeffrey Collier
Jeffreycollier@local881ufcw.org

UFCW Local 881
Attn: Jeffrey Collier
Paul Schaefer
Jeffreycollier@local881ufcw.org;
PaulSchaefer@Local881UFCW.org

Workers United SEIU Local 196
Attn: Tanita Williams
tanitawilliams40@yahoo.com

Workers United SEIU Local 512
Attn: Evely Zepada
ezepeda@wsrjb.org

**Securities and Exchange Commission**
secbankruptcy@sec.gov
NYROBankruptcy@sec.gov
bankruptcynoticeschr@sec.gov

**Internal Revenue Service**
Mimi.M.Wong@irscounsel.treas.gov