**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION,
    et al.

                        Debtors

-------------------------------------------------------------x

Case No.: 18-23538-rdd

Chapter 11
(Jointly Administered)

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

    Upon the motion of Matthew T. Gensburg to be admitted, *pro hac vice*, to represent Community Unit School District 300 (the "Client") in the above referenced ☑ cases ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois, it is hereby

    **ORDERED**, that Matthew T. Gensburg, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ cases ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       November 8, 2018

                                          /s/Robert D. Drain
                                          HON. ROBERT D. DRAIN
                                          UNITED STATES BANKRUPTCY JUDGE