```
 1   UNITED STATES BANKRUPTCY COURT

 2   SOUTHERN DISTRICT OF NEW YORK

 3   Case No. 18-23538-rdd

 4   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

 5   In the Matter of:

 6

 7   SEARS HOLDINGS CORPORATION,

 8

 9            Debtor.

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11

12                    United States Bankruptcy Court

13                    300 Quarropas Street, Room 248

14                    White Plains, NY 10601

15

16                    November 1, 2018

17                    2:04 PM

18

19

20

21   B E F O R E :

22   HON ROBERT D. DRAIN

23   U.S. BANKRUPTCY JUDGE

24

25   ECRO:   JUSTIN
```

1  HEARING re notice of Agenda of Matters Scheduled for Hearing
2  on November 1, 2018 at 2:00 p.m.
3  Motion to Approve / Motion of Debtors Requesting Entry of an
4  Order (I) Approving Debtors Proposed Form of Adequate
5  Assurance of Payment to Utility Providers, (II) Establishing
6  Procedures for Determining Adequate Assurance of Payment for
7  Future Utility Services, and (III) Prohibiting Utility
8  Providers from Altering, Refusing, or Discontinuing Utility
9  Service
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  Transcribed by:  Sonya Ledanski Hyde

Page 3

```
 1   A P P E A R A N C E S :

 2

 3   AKIN GUMP STRAUSS HAUER & FELD LLP

 4       Attorneys for the Creditors Committee

 5       One Bryant Park

 6       Bank of America Tower

 7       New York, NY 10036

 8

 9   BY:  PHILIP C. DUBLIN (TELEPHONICALLY)

10        SARA L. BRAUNER (TELEPHONICALLY)

11

12   SKADDEN, ARPS, SLADE, MEAGHER & FLOM LLP

13       Attorneys for the DIP ABL Agents

14       4 Times Square

15       New York, NY 10036

16

17   BY:  SHANA A. ELBERG (TELEPHONICALLY)

18

19   SEYFARTH SHAW LLP

20       Attorneys for Wilmington Trust National Association

21       620 Eighth Avenue

22       New York, NY 10018

23

24   BY:  EDWARD M. FOX (TELEPHONICALLY)

25
```

1  WEIL, GOTSHAL & MANGES LLP
2       Attorneys for the Debtor
3       767 Fifth Avenue
4       New York, NY 10153
5
6  BY:   SUNNY SINGH (TELEPHONICALLY)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1  ALSO PRESENT TELEPHONICALLY:

 2

 3  NEGISA BALLUKU

 4  PATRICIA CHEN

 5  BRYAN M. CIMALA

 6  JONATHAN COVIN

 7  ANDREW DIAZ

 8  JASON DIBATTISTA

 9  TED A. DILLMAN

10  ROBERT E. FITZGERALD

11  SCOTT FLEISCHER

12  KIMBERLY B. GIANIS

13  TAYLOR B. HARRISON

14  TERESA LII

15  MICHELLE M. MCGREAL

16  MICHAEL MITTELMAN

17  THOMAS ONDER

18  LILLIAN A. RIZZO

19  CHRISTOPHER SAFAYA

20  JASON B. SANJANA

21  JOSH F. SAUL

22  CHRIS STAUBLE

23  MY CHI TO

24

25
```

Page 6

1                     P R O C E E D I N G S
2              THE COURT:  Okay.  Good afternoon.  In re Sears
3     Holding Corporation, et al?
4              MR. SINGH:  Good afternoon, Your Honor.  Sunny
5     Singh, Weil Gotschal, on behalf of the Debtors.
6              THE COURT:  Good afternoon.
7              MR. SINGH:  Your Honor, the only motion on for
8     today's calendar is the Debtors' utilities motion.  And
9     before I start, thank you, Your Honor, for allowing me to
10    appear telephonically.
11             The motion was filed on the 18th of October and
12    served on all of the relevant utility providers.  We did
13    file a affidavit of service at ECF 261.  Your Honor, pretty
14    standard relief.  We had proposed a two-week deposit to be
15    retained or separately segregated -- excuse me -- with the
16    Debtors allocable to the utility providers.
17             We did receive some informal comments, no formal
18    objections.  We resolved those comments through certain
19    modifications and adjustments to the schedule.
20             Your Honor, we did file an amended order last
21    night, and the only change in there, really, is to make
22    clear, at the request of -- at our primary utility service
23    provider, that we will continue and have the authority to
24    continue to pay their fees in the ordinary course
25    (indiscernible).  Your Honor, they handle all of the

1    company's utility billing, et cetera, and services.  So, you

2    know, it's important, obviously, that they get paid.  We

3    believe it's in the ordinary course, but they were looking

4    for some covered language, so we did include it.  And that's

5    the only change in the revision.

6               The other change, Your Honor, in the schedule is

7    the aggregate dollar amount.  There was just an incorrect

8    calculation in the schedule, which said $10.1 million.  The

9    actual number is closer to $9.3 million.  We've made that

10   adjustment in the schedule.  And that number was correctly

11   reflected in the motion filed with the Court, and so we've

12   corrected that as well.  There's been no other changes, Your

13   Honor.

14              THE COURT:  So, there are no changes to the

15   individual amounts for each utility?

16              MR. SINGH:  That's right, Judge.  There's no

17   changes.  There was just -- a number of utilities have LCs

18   or deposits, and they were in -- to the extent they were in

19   excess of the prepetition amount owed, we're deducting them

20   from the two-week bill.

21              THE COURT:  Right.

22              MR. SINGH:  And a number of them were showing up

23   as negatives in the filed version of the schedule, and so

24   the amount just got screwed up with that negative

25   calculation.

1               THE COURT:  Okay.  But the deductions was already

2     reflected in the procedures, in the --

3               MR. SINGH:  That's right.

4               THE COURT:  Right.

5               MR. SINGH:  That's right, Judge.  Yep.

6               THE COURT:  Okay.  Does anyone have anything to

7     say on this motion?  Okay.  I didn't expect anything because

8     there were no objections to it.

9               I'll grant the motion.  I had a couple of changes

10    to the procedures, in light of the order, which I don't

11    think -- I can just harmonize it with the order.  Namely,

12    Paragraph 11 has a material address change in it, and I just

13    added a reference to Paragraph 11 and Paragraph 6 of the

14    order.

15              And I also, in Paragraph 7 of the procedures,

16    added the phrase at the end, "subject to the utility

17    provider's right to seek emergency relief under the case

18    management order."

19              So, with those changes or clarifications, I will

20    grant the motion and enter the proposed order that will have

21    the procedures attached.  So, you can email those to the

22    Court.  You should email the procedures in Word so that I

23    can make those changes.

24              MR. SINGH:  Absolutely, Your Honor.  We'll take

25    care of that.  Thank you.

1         THE COURT:  Okay.  But the procedures are
2    consistent with procedures that I and my colleagues have
3    approved in many cases and are, importantly, consistent
4    with, I think, the controlling opinion in this area by Judge
5    Seibel in the A&P case, which is referenced in the motion.
6    So, it's granted.
7         MR. SINGH:  Thank you, Your Honor.  Your Honor,
8    that's it for today's agenda.  Just two housekeeping
9    matters, if I could just bring them to your attention?
10        THE COURT:  Okay.
11        MR. SINGH:  Your Honor, we did file two additional
12   entities for Chapter 11 after the initial first hearing --
13        THE COURT:  Right.
14        MR. SINGH:  And that was SHC Licensed Business
15   LLC, and SHC Promotions LLC.  They actually stand out on the
16   redline in the footnote.
17        THE COURT:  Right.
18        MR. SINGH:  Your Honor, we've filed a joint
19   administration motion and an all orders motion basically
20   applying the orders the Court has entered as to those
21   entities on the docket, and we were hoping that we can
22   submit those to chambers for entry, as they are just
23   procedural in nature.
24        THE COURT:  Right.  That's fine.
25        MR. SINGH:  Okay.  Your Honor, we will submit

1  those to you.  And we do expect, as I think we've mentioned

2  before, Your Honor, there may be potentially additional

3  debtor entities that we may need to file, and if we do, if

4  it's okay with Your Honor, we'll follow the same process.

5           THE COURT:  Okay.  Very well.  Thank you.

6           MR. SINGH:  Thank you, Your Honor.  That's it for

7  today's agenda on Sears.

8           THE COURT:  Okay.  Thanks.

9           (Whereupon these proceedings were concluded at

10  2:10 PM)

```
                           I N D E X


                            RULINGS

                                              Page      Line


   Utility Motion Granted                      8         9
```

1           C E R T I F I C A T I O N

2

3       I, Sonya Ledanski Hyde, certified that the foregoing

4   transcript is a true and accurate record of the proceedings.

5

6   Sonya Ledanski Hyde

7   *Digitally signed by Sonya Ledanski Hyde*
    *DN: cn=Sonya Ledanski Hyde, o, ou, email=digital1@veritext.com, c=US*
    *Date: 2018.11.07 14:14:42 -05'00'*

8   **Sonya Ledanski Hyde**

9

10

11

12

13

14

15

16

17

18

19

20   **Veritext Legal Solutions**

21   **330 Old Country Road**

22   **Suite 300**

23   **Mineola, NY 11501**

24

25   **Date:**