CHOI & ITO
Attorneys at Law

CHUCK C. CHOI    #6435
ALLISON A. ITO   #8152
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813
Tel: (808) 566-1877
Fax: (808) 566-6900
Email: cchoi@hibklaw.com

Attorneys for HAWAII INTERCONTINENTAL CORPORATION

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
In re:                                          : Case No. 7:18-bk-23538-rdd

Sears Holdings Corporation, *et al.*,           : Chapter 11

         Debtors.                               : (Jointly Administered)

-----------------------------------------------------------------X

**NOTICE OF RECLAMATION DEMAND BY
HAWAII INTERCONTINENTAL CORPORATION**

**TO THE DEBTORS AND ALL INTERESTED PARTIES:**

HAWAII INTERCONTINENTAL CORPORATION ("HIC") by and through its undersigned counsel, hereby gives notice that it served a demand for reclamation of goods (the "Reclamation Demand") pursuant to Section 546(c) of the United States Bankruptcy Code, 11 U.S.C. §101, *et seq.* on November 2, 2018.



79747

1

A copy of the Reclamation Demand (without enclosures/exhibits) is attached as <u>Exhibit 1</u>.

Dated: November 2, 2018                CHOI & ITO, Attorneys At Law

                                       /s/ Allison A. Ito
                                       Chuck C. Choi
                                       Allison A. Ito
                                       Counsel for HAWAII
                                       INTERCONTINENTAL CORPORATION

2

79747

# EXHIBIT 1

Chuck C. Choi

Allison A. Ito

Topa Financial Center, Bishop Street Tower
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813

**CHOI & ITO**
ATTORNEYS AT LAW

Phone: (808) 533-1877
Fax: (808) 566-6900
Email: aito@hibklaw.com

November 2, 2018

<u>Via E-mail and U.S Mail, First Class Postage Prepaid</u>
Ray C. Schrock, P.C. (email: ray.schrock@weil.com)
Jaqueline Marcus (email: jacqueline.marcus@weil.com)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue New York, NY 10153

<u>Via U.S Mail, First Class Postage Prepaid</u>
Robert A. Reicker
Chief Financial Officer Sears Holding, Corp.
3333 Beverly Road
Hoffman Estates, IL 60179

    Re:    **Sears Holding Corporation, et al., (collectively the "Debtors"), Case No. 18-23538, Demand for Reclamation of Goods Pursuant to Bankruptcy Code § 546(c) and U.C.C. § 2-702 on behalf of Hawaii Intercontinental Corporation**

Dear Mr. Schrock, Ms. Marcus, and Mr. Reicker:

    Our firm represents Hawaii Intercontinental Corporation ("HIC").

    HIC sold certain goods (collectively, the "Prepetition Invoiced Goods") to the Debtors, including, but not limited to Kmart Corporation.

    The Prepetition Invoiced Goods were sold to the Debtors on credit and received by the Debtors while they were insolvent, which insolvency is evidenced, in whole or in part, by the Debtors' filing of Petitions for Relief under Chapter 11 of the United States Code, 11 U.S.C. §101, *et seq.* (the "Bankruptcy Code") on October 15, 2018 (the "Petition Date"). The Debtors received the Prepetition Invoiced Goods, shipped by HIC, in the 45-day period preceding petition date, or between August 31, 2018, and October 15, 2018 (the "Reclamation Period"). The value of the outstanding invoices related to the Prepetition Invoiced Goods is $65,555.84. A copy of the underlying invoices for the Prepetition Invoiced Goods is enclosed as <u>Exhibit A</u>.

    Demand is hereby made pursuant to 11 U.S.C. § 546(c) and U.C.C. § 2-7012 (and the applicable U.C.C. provisions in the states where the bulk of the goods were delivered), for return of the Prepetition Invoiced Goods. HIC demands the immediate return of the Prepetition Goods. In the interim, HIC demands that the Debtors immediately segregate the Prepetition Invoiced Goods. Please take notice that these goods are not to be sold, used or otherwise transferred except with our written consent or by order of the court of competent jurisdiction entered upon prior notice to Niagara.

79741

November 2, 2018
Page 2

   This demand is made without prejudice to HIC'S rights to (a) seek an 11 U.S.C. § 546(b)(9) administrative claim with respect to any portion of the Prepetition Invoiced Goods that were received by the Debtors within twenty (20) days before the Petition Date, (b) assert any lien rights with respect to the Prepetition Invoiced Goods, and (c) seek an 11 U.S.C. § 546(b)(1) administrative claim with respect to any portion of the Prepetition Invoiced Goods that were received by the Debtors after the Petition Date.

   If you have any questions regarding the relevant goods or invoices, please do not hesitate to contact the undersigned.

              Sincerely,

              Allison A. Ito

Encls.