**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SEARS HOLDINGS CORPORATION, et al.,<br><br>    Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |



### MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Brent R. Wilson, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Jore Corporation, a Creditor in the above-referenced case.

I certify that I am a member in good standing of the bar in the States of Illinois and Idaho, and the bar of the U.S. District Court for the Northern District of Illinois and the U.S. District Court for the District of Idaho.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

DATED THIS 8th day of November, 2018.

_____
Brent R. Wilson
Hawley Troxell Ennis & Hawley LLP
877 Main Street, Suite 1000
Boise, Idaho 83702
bwilson@hawleytroxell.com
208-388-4852

Attorneys for Jore Corporation

MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE - 1

56341.0001.11475229.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SEARS HOLDINGS CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Brent R. Wilson, to be admitted, *pro hac vice*, to represent Jore Corporation, (the "Client") a Creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the States of Illinois and Idaho and, the bar of the U.S. District Court for the Northern District of Illinois and the U.S. District Court for the District of Idaho, it is hereby

**ORDERED**, that Brent R. Wilson, Esq., is admitted to practice *pro hac vice*, in the above referenced case to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

DATED_____

_____, New York

_____
The Honorable Robert D. Drain

ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE - 1

56341.0001.11475285.1