**Exhibit A**

**List of Premises**

| # | Location | State | Owner |
|---|---|---|---|
| 1 | Brea Mall | California | Simon |
| 2 | Stoneridge Shopping Center | California | Simon |
| 3 | Dover Mall | Delaware | Simon |
| 4 | The Avenues | Florida | Simon |
| 5 | Treasure Coast Square | Florida | Simon |
| 6 | Gurnee Mills | Illinois | Simon |
| 7 | Greenwood Park Mall | Indiana | Simon |
| 8 | Tippecanoe Mall | Indiana | Simon |
| 9 | Towne East Square | Kansas | Simon |
| 10 | Prien Lake Mall | Louisiana | Simon |
| 11 | Cape Cod Mall | Massachusetts | Simon |
| 12 | Northshore Mall | Massachusetts | Simon |
| 13 | Auburn Mall | Massachusetts | Simon |
| 14 | South Shore Plaza | Massachusetts | Simon |
| 15 | Newport Centre | New Jersey | Simon |
| 16 | South Hills Village | New York | Simon |
| 17 | Oxford Valley Mall | Pennsylvania | Simon |
| 18 | Ross Park Mall | Pennsylvania | Simon |
| 19 | Montgomery Mall | Pennsylvania | Simon |
| 20 | Empire Mall | South Dakota | Simon |
| 21 | West Town Mall | Tennessee | Simon |
| 22 | Broadway Square | Texas | Simon |
| 23 | Apple Blossom Mall | Virginia | Simon |
| 24 | Tacoma Mall | Washington | Simon |
| 25 | Columbia Center | Washington | Simon |
| 26 | Coral Square | Florida | Sears |
| 27 | Florida Mall | Florida | Sears |
| 28 | Town Center at Cobb | Georgia | Sears |
| 29 | White Oaks Mall | Illinois | Sears |
| 30 | Woodfield Mall | Illinois | Sears |
| 31 | Castleton Square | Indiana | Sears |
| 32 | University Park Mall | Indiana | Sears |
| 33 | St. Charles Town Center | Maryland | Sears |
| 34 | Emerald Square | Massachusetts | Sears |
| 35 | Solomon Pond Mall | Massachusetts | Sears |
| 36 | Miller Hill Mall | Minnesota | Sears |
| 37 | Battlefield Mall | Missouri | Sears |
| 38 | Quaker Bridge | New Jersey | Sears |
| 39 | Livingston Mall | New Jersey | Sears |
| 40 | Rockaway Townsquare | New Jersey | Sears |

| # | Location | State | Owner |
|---|---|---|---|
| 41 | Smith Haven Mall | New York | Sears |
| 42 | The Mall at Tuttle Crossing | Ohio | Sears |
| 43 | Haywood Mall | South Carolina | Sears |
| 44 | Lakeline Mall | Texas | Sears |
| 45 | North East Mall | Texas | Sears |
| 46 | Santa Rosa Plaza | California | Seritage JV |
| 47 | Briarwood Mall | Michigan | Seritage JV |
| 48 | Shops @ Nanuet | New York | Seritage JV |
| 49 | Woodland Hills Mall | Oklahoma | Seritage JV |
| 50 | Barton Creek | Texas | Seritage JV |
| 51 | McCain Mall | Arkansas | Seritage |
| 52 | Crystal Mall | Connecticut | Seritage |
| 53 | Miami International Mall | Florida | Seritage |
| 54 | Town Center at Boca Raton | Florida | Seritage |
| 55 | Orland Square | Illinois | Seritage |
| 56 | Square One Mall | Massachusetts | Seritage |
| 57 | Meadowood Mall | Nevada | Seritage |
| 58 | Rockingham Park | New Hampshire | Seritage |
| 59 | Pheasant Lane | New Hampshire | Seritage |
| 60 | The Mall of New Hampshire | New Hampshire | Seritage |
| 61 | Plaza Carolina | Puerto Rico | Seritage |
| 62 | Wolfchase Galleria | Tennessee | Seritage |
| 63 | Ingram Park Mall | Texas | Seritage |
| 64 | Del Amo Fashion Center | California | Third Party |
| 65 | Cielo Vista | Texas | Third Party |

| Owner | # of locations |
|---|---|
| Simon | 25 |
| Sears | 20 |
| Seritage | 13 |
| Seritage JV | 5 |
| Third Party | 2 |
| **Total** | **65** |