**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | CASE NO. 18-23538-RDD |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Cooley LLP hereby appears in the above-captioned cases pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as local counsel to Washington Prime Group Inc., and requests, pursuant to Bankruptcy Rules 2002, 9007, and 9010 and sections 342 and 1109(b) of chapter 11, title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address, telephone numbers and e-mail addresses:

> Seth Van Aalten, Esq.
> Sarah Carnes, Esq.
> Cooley LLP
> 1114 Avenue of the Americas
> New York, NY 10036
> Telephone: (212) 479-6000
> Facsimile: (212) 479-6275
> Email: svanaalten@cooley.com
>         scarnes@cooley.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether

transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

| | |
|---|---|
| Date: November 9, 2018<br>New York, New York | By: */s/ Seth Van Aalten*<br>Seth Van Aalten, Esq.<br>Sarah Carnes, Esq.<br>**COOLEY LLP**<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 479-6000<br>Facsimile: (212) 479-6275<br>Email: svanaalten@cooley.com<br>           scarnes@cooley.com<br><br>-and-<br><br>Ronald E. Gold, Esq.<br>(*Pro hac vice* admission pending)<br>**FROST BROWN TODD LLC**<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, Ohio 45202<br>Telephone: (513) 651-6800<br>Facsimile: (513) 651-6981<br>Email: rgold@fbtlaw.com<br><br>**Counsel for Washington Prime Group Inc.** |