UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br>(Jointly Administered)<br><br>CERTIFICATE OF SERVICE |

I, Richard V. Conza, an attorney admitted to practice in the State of New York, and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 8th day of November, 2018, ESL's Preliminary Response to the Motion of the Official Committee of Unsecured Creditors with Exhibit was served by email upon:

> jacqueline.marcus@weil.com
> ray.schrock@weil.com
> sunny.singh@weil.com
> garrett.fail@weil.com
> luke.valentino@searshc.com
> stephen.sitley@searshc.com
> paul.schwartzberg@usdoj.gov
> paul.leake@skadden.com
> shana.elberg@skadden.com
> george.howard@skadden.com
> eli.vonnegut@davispolk.com
> marshall.huebner@davispolk.com
> ewilson@kelleydrye.com
> bfeder@kelleydrye.com
> emfox@seyfarth.com
> gadsden@clm.com
> braynor@lockelord.com
> idizengoff@akingump.com
> aqureshi@akingump.com
> sbrauner@akingump.com
> pdublin@akingump.com

2. On the 9th day of November 2018, a true and correct copy of the aforementioned document was served by Federal Express upon:

Honorable Judge Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn:   Stephen Sitley, Esq.
        Luke J. Valentino, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Ray C. Schrock, Esq.
        Jacqueline Marcus, Esq.
        Garrett A. Fail, Esq.
        Sunny Singh, Esq.

Office of the United States Trustee For Region 2
201 Varick Street, Suite 1006
New York, NY 10014
Attn:   Paul Schwartzberg, Esq.

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn:   Paul D. Leake, Esq.
        Shana A. Elberg, Esq.
        George R. Howard, Esq.

Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY 10017
Attn:   Marshall S. Huebner, Esq.
        Eli J. Vonnegut, Esq.

Kelly Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn:   Eric R. Wilson, Esq.
        Benjamin D. Feder, Esq.
        T. Charlie Liu, Esq.

Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
Attn:   Edward M. Fox, Esq.

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Attn:   James Gadsden, Esq.

Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Attn:   Brian A. Raynor, Esq.

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Attn:   Philip C. Dublin, Esq.
        Ira Dizengoff, Esq.
        Sara Lynne Brauner, Esq.

Dated:  New York, New York
        November 9, 2018

                                                            Richard V. Conza