## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of November, 2018, I caused a true and correct copy of the foregoing Notice of Appearance and Demand for Service of Papers to be filed and served through ECF notification upon all parties who receive notice in this matter pursuant to the Court's ECF filing system.

    */s/ Michael J. Barrie*
Michael J. Barrie