<u>Hearing Date and Time</u>: **November 15, 2018 at 10:00 a.m. (Eastern Time)**
<u>Objection Date and Time</u>: **November 9, 2018 at 4:00 p.m. (Eastern Time)*** *(Extended for Cardtronics)*

Joseph N. Froehlich
Locke Lord LLP
Brookfield Place
200 Vesey Street, 20th Floor
New York, New York 10281
(212) 415-8600
jfroehlich@lockelord.com
-and-
W. Steven Bryant *(pro hac vice motion to be filed)*
Locke Lord LLP
600 Congress Avenue, Ste. 2200
Austin, Texas 78701
(512) 305-4726
sbryant@lockelord.com
*Counsel for Cardtronics USA, Inc.*

UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors.[1] | Jointly Administered |

**LIMITED RESPONSE AND RESERVATION OF RIGHTS OF CARDTRONICS USA, INC. TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING AND ESTABLISHING PROCEDURES FOR DE MINIMIS ASSET SALES AND DE MINIMIS ASSET ABANDONMENTS**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SRC Sparrow 1 LLC (None); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); SRC Sparrow 2 LLC (None); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); SRC O.P. LLC (None); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); SRC Facilities LLC (None); SRC Real Estate (TX), LLC (None); SHC Licensed Business LLC (3718); and SHC Promotions LLC (9626). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

Cardtronics USA, Inc. ("Cardtronics"), by and through their attorneys Locke Lord LLP, hereby submit this *Limited Response and Reservation of Rights* (the "Response") to the *Motion of Debtors for Entry of an Order Authorizing and Establishing Procedures for De Minimis Asset Sales and De Minimis Asset Abandonments* [D.I. 427] (the "Motion") filed on November 1, 2018 (the "Petition Date") in the above-styled, jointly administered bankruptcy cases (the "Bankruptcy Cases").

1.  On or about September 14, 2012, WSILC, LLC d/b/a Welch ATM ("Welch ATM") entered into that certain *ATM Placement Agreement* (the "ATM Agreement") with Kmart Corporation ("Kmart"). Under the ATM Agreement, Kmart licensed to Welch ATM the right to place and operate automated teller machines ("ATMs") owned by Welch ATM in various Kmart stores around the United States. Under the ATM Agreement, Welch ATM remained the owner of the ATMs as well as of the vault cash inside them. In exchange for this privilege, Welch ATM paid Kmart certain specified licensing fees, while Kmart, in turn, paid certain additional fees to Welch ATM.

2.  Welch ATM subsequently assigned all its rights under the ATM Agreement and the affected ATM machines (and their cash) to Cardtronics. Since 2012, the ATM Agreement has also been amended to, among other things, modify the fees charged and the stores affected. Kmart subsequently assigned the ATM Agreement to SHC Licensed Businesses LLC ("SHC"), an affiliate of Kmart and of Sears Holdings Management Corp. ("Sears Management").[2] Sears Management acts as the agent for SHC. At all times under the ATM Agreement, Cardtronics continues to own the ATM machines (and the vault cash inside them). Under the ATM Agreement, the Debtors do not have any ownership interest at all in these machines or the cash.

---

[2] Upon information and belief, the Debtor "SHC Licensed Business LLC" (3718) and SHC are the same entity.

2

3. On the Petition Date, Sears Holdings Corp., Sears Management, and the other Debtors commenced the Bankruptcy Cases in this Court under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtors remain as debtors and debtors-in-possession in these Bankruptcy Cases. An Official Committee of Unsecured Creditors (the "Committee") was appointed in these Bankruptcy Cases on October 24, 2018.

4. On November 1, 2018, the Debtors filed the Motion seeking to establish certain procedures for the future sale and/or abandonment of so-called "de minimis" assets while these Bankruptcy Cases remain pending. The Motion divides these de minimis asset sales into two categories: (1) sales to a single buyer or related group in which the proposed transaction (or related transactions) has a selling price of $2,500,000 or less ("Category-1 Sales"), and (2) sales to a single buyer or related group in which the proposed transaction (or related transactions) has a selling price from between $2,500,001 to $15,000,000 ("Category-2 Sales"). (Motion, D.I. 427, ¶ 13). For Category-1 Sales, the Debtors seek to sell those assets, subject to the Debtors' business judgment, without further order of the Court and without notice to any party, free and clear of liens, claims, and encumbrances. (*Id.*). By contrast, assets in proposed Category-2 Sales may be sold only after the Debtors serve a written "De Minimis Asset Sale Notice" on certain "De Minimis Asset Notice Parties" identified in the Motion (which include, among others, the U.S. Trustee and counsel for the Committee and the Debtors' debtor-in-possession lenders.) Finally, the Motion also describes a procedure for the abandonment by the Debtors of de minimis assets after notice to the De Minimis Asset Notice Parties. (*Id.* ¶ 15). The Debtors justify the relief sought in the Motion on the basis that "[o]btaining Court approval for each De Minimis Asset Sale would be administratively burdensome to the Court and costly to the Debtors' estates and could eliminate or

3

substantially undermine the economic benefit that would be realized from such sales by the Debtors' estates." (*Id.* ¶ 10).

5.      Having reviewed the Motion, Cardtronics does not object *in principle* to the relief sought in the Motion. Cardtronics appreciates the Debtors' need to establish streamlined procedures for selling and abandoning small blocks of assets in light of, *inter alia*, the very large number of Sears and Kmart stores operated by the Debtors and the variegated assets located in them. However, in order to protect its ownership interest in the ATM machines (and the vault cash inside them), Cardtronics *must* receive notice of any asset sales that the Debtors wish to conduct so that Cardtronics can ensure that its ATM machines (and their vault cash) are not inadvertently sold as part of any of these proposed sales. For that reason, Cardtronics requests that it be designated as one of the De Minimis Asset Notice Parties identified in the Motion so that it can receive advance notice of any Category-2 Sales and be empowered to object to such Category-2 Sales, if necessary.

6.      Furthermore, Cardtronics also requests that that the Debtors give Cardtronics seven (7) business days' advance notice of any proposed Category-1 Sales—again so that Cardtronics can prevent its ATM machines (and their vault cash) from being sold inadvertently. In the latter instance, if Cardtronics determines that the Debtors are attempting to sell its property, then Cardtronics agrees to file an objection to the proposed Category-1 Sale. After the filing of any such objection, the parties will proceed with respect to the proposed Category-1 Sale according to the procedures applicable to Category-2 Sales—i.e., Cardtronics' objection will be deemed a request for hearing, the objection will be heard at the next scheduled omnibus hearing, and the sale will not proceed absent the withdrawal of Cardtronics' objection or the entry of an order by this Court approving the proposed sale. These proposed revisions to the Motion's de minimis sales

4

procedures will ensure that Cardtronics' rights in its property are protected while still providing the Debtors with substantially all the relief they are seeking in the Motion.

7.  As of today's date, counsel for the Debtors and Cardtronics have discussed Cardtronics' concerns, and the Debtors intend to add additional language to the proposed order accompanying the Motion to address them. Before the hearing on the Motion (which is currently set for November 15, 2018), Cardtronics expects to review the Debtors' proposed language and believes that an agreement will likely be reached that will enable Cardtronics to withdraw this Response. Nevertheless, until that agreed language has been finalized and included in the proposed order granting the Motion, Cardtronics objects to the Motion and reserves all rights with respect to the Motion. Cardtronics further reserves the right to be heard before the Court with regard to the issues raised in this Response and the Motion generally.

WHEREFORE, for the reasons set forth in this Response, Cardtronics respectfully requests that this Court consider the issues raised in this Response and include in any order granting the Motion language acceptable to Cardtronics that resolves its concerns as outlined in this Response. Cardtronics additionally requests such other relief as the Court deems just and proper.

Dated: November 9, 2018  
      New York, New York

Respectfully Submitted,

By: */s/ Joseph N. Froehlich*
Joseph N. Froehlich
Locke Lord LLP
Brookfield Place
200 Vesey Street, 20th Floor
New York, New York 10281
(212) 415-8600
jfroehlich@lockelord.com

-and-

W. Steven Bryant *(pro hac vice motion to be filed)*
Locke Lord LLP
600 Congress Avenue, Ste. 2200
Austin, Texas 78701
(512) 305-4726
sbryant@lockelord.com
*Counsel for Cardtronics USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Response* was served via ECF upon all parties registered to receive service via ECF in these Bankruptcy Cases on this 9th day of November, 2018, and on the following additional parties as reflected below.

*/s/ Joseph N. Froehlich*
Joseph N. Froehlich

**VIA FIRST CLASS MAIL:**

Chambers of the Honorable Judge Robert D. Drain,
United States Bankruptcy Court for the Southern District of New York,
300 Quarropas Street, Room 248,
White Plains, New York 10601;

Sears Holdings Corporation,
Attn: Stephen Sitley Esq., and Luke J. Valentino, Esq 3333 Beverly Road, Hoffman
Estates IL 60179
**The Debtors**

Weil, Gotshal & Manges LLP,
Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garret A. Fail, Esq., and Sunny Singh, Esq.
767 Fifth Avenue,
New York, New York 10153
**Proposed Counsel for the Debtors**

Office of the United States Trustee for Region 2
Attn: Paul Schwartzberg, Esq.
201 Varick Street, Suite 1006,
New York, New York 10014

Skadden, Arps, Slate, Meagher & Flom LLP,
Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq.
4 Times Square,
New York, NY 10036
**Attorneys for Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent**

Davis Polk & Wardell LLP,
Attn: Marshall S. Huebner, and Eli J. Vonnegut,
450 Lexington Avenue
New York, NY, 10017
**Attorneys for Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility;**

Cleary, Gottlieb,
Attn: Sean A. O'Neal, Esq.
One Liberty Plaza,
New York, NY, 10006
**Attorneys for JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility**

Kelley Drye & Warren LLP,
Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., and T. Charlie Liu, Esq.
101 Park Avenue,
New York, NY 10178
**Attorneys for Computershare Trust Company, N.A., as trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes**

Wilmington Trust, National Association,
Corporate Capital Markets,
Attn: Sears Holdings Corp. Administrator
50 South Sixth Street, Suite 1290,
Minneapolis, MN 55402
**As Indenture Trustee for the Second Lien Notes**

Carter Ledyard & Milburn LLP,
Attn: James Gadsden, Esq.
2 Wall Street,
New York, NY 10015
**Attorneys for The Bank of New York Mellon Trust Company, as successor trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes**

Locke Lord LLP,
Attn: Brian A. Raynor, Esq.
111 South Wacker Drive,
Chicago, IL 60606
**Attorneys for the Pension Benefit Guaranty Corporation**

Akin Gump Strauss Hauer & Feld LLP
Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi & Sara Brauner
One Bryant Park
New York, New York 10036
**Attorneys for the Official Committee of Unsecured Creditors**

Brookfield Property REIT Inc.
Attn: Kristen N. Pate
350 N. Orleans St.
Chicago, IL 60654-1607

Linebarger Goggan Blair & Sampson, LLP
Attn: Diane Wade Sanders
P.O. Box 17428
Austin, TX 78760

The Bank of New York Mellon Trust
Attn: Corporate Trust Administration
101 Barclay St., Floor 8W
New York NY 10286

Travis County
Attn: David Escamilla
P.O. Box 1748
Austin, TX 78767

Wilmorite Management Group LLC
Attn: Donald C. Cowan, Jr.
1265 Scottsville Road
Rochester, NY 14624

**VIA ELECTRONIC MAIL:**

Abid Qureshi   aqureshi@akingump.com
AJ Webb   awebb@fbtlaw.com
Alyssa E. Kutner   kutnera@ballardspahr.com
Andrew Weaver   aweaver@cgsh.com
Anthony J. D'Artiglio, Esq.   ajd@ansellgrimm.com
Anthony M. Rainone   arainone@bracheichler.com
bankruptcy@borgeslawllc.com
bankruptcy@clm.com
Beth J. Rotenberg   brotenberg@csglaw.com
Brad Eric Schele   brad.eric.scheler@friedfrank.com
Brett S. Theisen   btheisen@gibbonslaw.com
Christopher Griffiths   cgriffiths@connollygallagher.com
Chull S. Park   cpark@choiandpark.com
David H. Wander, Esq.   dhw@dhclegal.com
David L. Pollack   pollack@ballardspahr.com
David M. Blau   dblau@clarkhill.com
Dennis Roemlein   Dennis.roemlein@bnymellon.com
Derek L. Wright   dlwright@foley.com
Duane J. Brescia   duane.brescia@clarkhillstrasburger.com
Dustin P. Branch   branchd@ballardspahr.com
Edward E. Neiger   eneiger@askllp.com
Edward L. Schnitzer   eschnitzer@ckrlaw.com
Edward M. King   tking@fbtlaw.com
Eli J. Vonnegut, Esq.   eli.vonnegut@davispolk.com
Erica S. Weisgerber   eweisgerber@debevoise.com
Evan J. Zucker   EZucker@BlankRome.com
Evan T. Miller   emiller@bayardlaw.com
Gary F. Seitz   gseitz@gsbblaw.com
Hyun Suk Choi   hchoi@choiandpark.com
Ira S. Dizengoff   idizengoff@akingump.com
James Gadsden, Esq.   gadsden@clm.com
James J. Vincequerra   James.Vincequerra@alston.com
James L. Bromley   jbromley@cgsh.com
Jeffrey Rhodes   JRhodes@BlankRome.com
Jennifer A. Christian   jchristian@askllp.com
Joel H. Levitin   jlevitin@cahill.com
Jonathan D. Marshall   jmarshall@choate.com
Karen C. Bifferato   kbifferato@connollygallagher.com
Kelly M. Conlan   kconlan@connollygallagher.com
Kevin J. Simard   ksimard@choate.com
Kevin M. Newman   knewman@barclaydamon.com
Larry Bercovich   lbercovich@epicor.com
Laura E. Appleby   appleby@chapman.com
Laura M. Brymer   lbrymer@fmdlegal.com
Lawrence M. Schwab   Tgaa@bbslaw.com
Leib M. Lerner   leib.lerner@alston.com
Leslie C. Heilman   heilmanl@ballardspahr.com
lkleist@choiandpark.com
Mark E. Hall   mhall@foxrothschild.com
Mark E. Wilson   mark.wilson@fisherbroyles.com
Marl E. Felger   mfelger@cozen.com
Marshall S. Huebner, Esq   marshall.huebner@davispolk.com
Matthew G. Summers   summersm@ballardspahr.com
Matthew Leopold   Leopold.matt@Epa.gov
Michael A. Smith   Michael.smith2@computershare.com
Michael J. Catalfimo, Esq.   mcatalfimo@carterconboy.com
Michael R. Herz   mherz@foxrothschild.com
Michael Small   msmall@foley.com
Miriam R. Stein   mstein@chuhak.com
My Chi To   mcto@debevoise.com
Natasha M. Songonuga   nsongonuga@gibbonslaw.com
Patricia B. Fugée   patricia.fugee@fisherbroyles.com
Paul E. Harner   harnerp@ballardspahr.com
Paul H. Zumbro   pzumbro@cravath.com
Paul J. Labov   plabov@foxrothschild.com
Paul J. Pascuzzi   ppascuzzi@ffwplaw.com
Peter B. Siroka   peter.siroka@friedfrank.com

Philip C. Dublin   dublin@akingump.com
Phillip A. Martin   pmartin@fmdlegal.com
R. Kent Love   klove@bellnunnally.com
Richard A. Stieglitz Jr.   rstieglitz@cahill.com
Richard J. McCord, Esq.   rmccord@certilmanbalin.com
Richard T. Davis   rdavis@cafarocompany.com
Robert D. Nosek, Esq.   rnosek@certilmanbalin.com
Ronald E. Gold   rgold@fbtlaw.com
Russell W. Mills   rmills@bellnunnally.com
Sara L. Brauner   sbrauner@akingump.com
Scott A. Zuber   szuber@csglaw.com
Scott B. Luftglass   scott.luftglass@friedfrank.com
Sean A. O'Neal   soneal@cgsh.com
sears.service@davispolk.com
Shawn M. Christianson   schristianson@buchalter.com
Stanley B. Tarr   Tarr@BlankRome.com
Steven Wilamowsky   wilamowsky@chapman.com
Sue L. Chin, Esq.   schin@borgeslawllc.com
Thomas M. Horan   thoran@foxrothschild.com
Wanda Borges, Esq.   wborges@borgeslawllc.com
Aaron C. Smith   asmith@lockelord.com
Aaron Hume   Aron.hume@gmail.com
Andrew V. Tenzer, Esq   andrewtenzer@paulhastings.com
Barbra R. Parlin   barbra.parlin@hklaw.com
Barry Z. Bazian   bbazian@goodwinlaw.com
Benjamin D. Feder   bfeder@kelleydrye.com
Brett L. Gross   bgross@HuntonAK.com
Brian A. Raynor   braynor@lockelord.com
Brian S. McGrath   bmcgrath@mcglinchey.com
Bruce Buechler   bbuechler@lowenstein.com
Mimi.M.Wong@irscounsel.treas.gov
Charles J. Filardi, Jr.   cfilardi@rrlawpc.com
Christy Rivera, Esq.   christy.rivera@nortonrosefulbright.com
Curtis S. Miller   cmiller@mnat.com
David G. Aelvoet   sanantonio.bankruptcy@publicans.com
David S. Gragg   dgragg@langleybanack.com
David W. Wirt   dwirt@lockelord.com
Deborah M. Perry   dperry@munsch.com
Donna H. Lieberman, Esq.   dlieberman@halperinlaw.net
Douglas B. Rosner   drosner@goulstonstorrs.com
Douglas J. Pick   dpick@picklaw.net
Ebony Cobb   ecobb@pbfcm.com
Elizabeth Weller   dallas.bankruptcy@publicans.com
Erik Tikkanen   etikkanen@reisspreuss.com
Fred B. Ringel, Esq.   fbr@robinsonbrog.com
Gerald P. Kennedy   gerald.kennedy@procopio.com
gfox@goodwinlaw.com
Gilbert A. Lazarus   gillazarus@gmail.com
Guy A. Reiss   greiss@reisspreuss.com
Harlan M. Lazarus   hlazarus@lazarusandlazarus.com;
harlan.lazarus@gmail.com
Herb Baer   searsteam@primeclerk.com
Howard A. Cohen   hcohen@gibbonslaw.com
Howard Seife, Esq.   howard.seife@nortonrosefulbright.com
howard.upchurch@hanes.com
Ilan Markus   ilan.markus@leclairryan.com
Janine M. Figueiredo, Esq.   jfigueiredo@hahnhessen.com
Jeffrey Kurtzman   kurtzman@kurtzmansteady.com
Jody A. Bedenbaugh   jody.bedenbaugh@nelsonmullins.com
John P. Dillman   houston_bankruptcy@publicans.com
John T. Farnum, Esq.   jfarnum@linowes-law.com
joia johnson   joia.johnson@hanes.com
Jonathan A. Grasso   jon@piercemccoy.com
Jonathan L. Flaxer, Esq.   jflaxer@golenbock.com
Joseph C. Barsalona II   jbarsalona@mnat.com
Robert K. Dakis bankruptcy@morrisoncohen.com
Judith Elkin   elkinj@mac.com
Karen Cordry   kcordry@naag.org
KDWBankruptcyDepartment@KelleyDrye.com
Kevin S. Neiman   kevin@ksnpc.com

8

Pg 9 of 9

| | |
|---|---|
| Kevin Tompsett, Esq.    ktompsett@harrisbeach.com | jessica.liou@weil.com |
| Kiah T. Ford IV    chipford@parkerpoe.com | Jose A Galarza    jose.galarza@usbank.com |
| Kristen D. Romano    kromano@mcglinchey.com | Joseph H. Lemkin    jlemkin@stark-stark.com |
| Laura J. Monroe    lmbkr@pbfcm.com | Joseph.Cordaro@usdoj.gov |
| Laura McCarthy    laura.mccarthy@morganlewis.com | Judith Starr    Starr.Judith@pbgc.gov |
| Lauren C. Kiss    lkiss@klestadt.com | Kevin J. Etzel    ketzel@vedderprice.com |
| Lee Gordon, Tara LeDay    tleday@mvbalaw.com | Kimberly J. Kodis    kimberly.kodis@ropesgray.com |
| Leslie A. Plaskon, Esq.    leslieplaskon@paulhastings.com | Lawrence.Fogelman@usdoj.gov |
| Lily Wang    lily@pacogarment.com | Lei Lei Wang Ekvall, Philip E. Strok    pstrok@swelawfirm.com |
| Lynn H. Butler    lynn.butler@huschblackwell.com | Linda.Riffkin@usdoj.gov |
| Marc A. Zelina    marc.zelina@lw.com | Mary A. Callahan    mary.callahan@bnymellon.com |
| Mark J. Chaney, Esq.    mchaney@mcglinchey.com | Mary L. Fullington    mfullington@wyattfirm.com |
| Martin A. Eliopulos, Esq.    elio@higgslaw.com | Matthew C. McCann    mmccann@swc-law.com |
| Michael S. Weinstein, Esq.    mweinstein@golenbock.com | Michael D. Brofman, Esq.    mbrofman@weisszarett.com |
| Neil E. Herman    neil.herman@morganlewis.com | Michael J. Riela    Riela@thsh.com |
| Niclas A. Ferland    niclas.ferland@leclairryan.com | Michael L. Schein    mschein@vedderprice.com |
| Owen M. Sonik    osonik@pbfcm.com | Michelle E. Shriro    mshriro@singerlevick.com |
| Paul Schwartzberg    paul.schwartzberg@usdoj.gov | Paloma.VanGroll@weil.com |
| Peter M. Gilhuly    peter.gilhuly@lw.com | Pamela Bosswick    pbosswick@ssbb.com |
| Rachel R. Obaldo    rachel.obaldo@oag.texas.gov | Patricia I. Chen    patricia.chen@ropesgray.com |
| Richard A. Aguilar, Esq    raguilar@mcglinchey.com | Paul Leake, Esq    paul.leake@skadden.com |
| Richard L. Zucker    rzucker@lasserhochman.com | Peter.Aronoff@usdoj.gov |
| Richard M. Allen    serviceqa@primeclerk.com | Phillip M. Hudson III    phil.hudson@saul.com |
| Richard Morrissey    richard.morrissey@usdoj.gov | Power Wang    powerwangtxks@vip.126.com |
| Rick A. Steinberg    rsteinberg@pricemeese.com | Ray C. Schrock    ray.schrock@weil.com |
| Robert E. Michael    Robert.e.michael.esq@gmail.com | Robert A. Abiuso    rabiuso@swc-law.com |
| Robert L. Pryor    rlp@pryormandelup.com | Ronald M. Tucker, Esq.    rtucker@simon.com |
| Rudy J. Cerone, Esq.    rcerone@mcglinchey.com | Ryan C. Reinert, Esq.    rreinert@shutts.com |
| Sean A. O'Keefe    sokeefe@okeefelc.com | Sabrina L. Streusand    streusand@slollp.com |
| Sean C. Southard    ssouthard@klestadt.com | Sam N. Ashuraey    sam.ashuraey@ropesgray.com |
| Shane G. Ramsey    shane.ramsey@nelsonmullins.com | Sanford P. Rosen, Esq.    srosen@rosenpc.com |
| Shlomo Maza, Esq.    shlomomaza@paulhastings.com | Sara Coelho    sara.coelho@shearman.com |
| Stephen B. Selbst    sselbst@herrick.com | Secretary of the Treasury    secbankruptcy@sec.gov |
| Stephen M. Miller    smiller@morrisjames.com | Secretary of the Treasury    NYROBankruptcy@sec.gov |
| Steven A. Ginther s    dnyecf@dor.mo.gov | Shana Elberg, Esq.    shana.elberg@skadden.com |
| T. Charlie Liu, Esq.    cliu@kelleydrye.com | Simon Aron    saron@wrslawyers.com |
| Tara B. Annweiler    tannweiler@greerherz.com | Stephen B. Gerald    sgerald@wtplaw.com |
| Ted A. Dillman    ted.dillman@lw.com | Steven Cimalore    scimalore@wilmingtontrust.com |
| Timothy F. Nixon    tnixon@gklaw.com | Steven W. Kelly    skelly@s-d.com |
| Trevor R. Hoffmann    thoffmann@goulstonstorrs.com | Sunny Singh    sunny.singh@weil.com |
| Abigail Snow    asnow@ssbb.com | Ted Cohen, Esq.    tcohen@sheppardmullin.com |
| Alan J. Lipkin    alipkin@willkie.com | Thomas S. Onder    tonder@stark-stark.com |
| Alan M. Feld, Esq.    afeld@sheppardmullin.com | Thomas W. Waldrep, Jr.    notice@waldrepllp.com |
| Amy M. Williams    awilliams@williamsadvisors.com | William McCarron, Jr    mccarron.william@pbgc.gov |
| Andrew G. Dietderich    dietdericha@sullcrom.com | |
| Andrew S. Conway    aconway@taubman.com | |
| Bankruptcy Department    bankruptcynoticeschr@sec.gov | |
| Carina.Schoenberger@usdoj.gov | |
| Carmen Contreras-Martinez    carmen.contreras-martinez@saul.com | |
| Christopher R. Belmonte    cbelmonte@ssbb.com | |
| Constantine D. Pourakis    cp@stevenslee.com | |
| Curtis L. Tuggle    Curtis.Tuggle@ThompsonHine.com | |
| David R. Zylberberg    David.Jones6@usdoj.gov | |
| Dipesh Patel    dipesh.patel@saul.com | |
| Doug Skierski Kristin H. Jain    enotices@skijain.com | |
| Edward M. Fox    emfox@seyfarth.com    efile@pbgc.gov | |
| Fredric Sosnick    fsosnick@shearman.com | |
| Gabriel Brunswick    gbrunswick@willkie.com | |
| Garrett A. Fail    garrett.fail@weil.com | |
| George R. Howard    george.howard@skadden.com | |
| Gordon J. Toering    gtoering@wnj.com | |
| Gregg M. Galardi    gregg.galardi@ropesgray.com | |
| Herbert H. Slatery III, Marvin E. Clements, Jr. AGBankNewYork@ag.tn.gov | |
| Jacqueline Marcus    jacqueline.marcus@weil.com | |
| James E. Sorenson    bk@svllaw.com | |
| James M. Wilton    james.wilton@ropesgray.com | |
| Jay Weinblatt    jweinblatt@sakar.com | |
| Jeffrey.Oestericher@usdoj.gov | |
| JeriLeigh.Miller@weil.com | |