**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

In re:  Sears Holdings Corporation,

                               Debtor

-------------------------------------------------------x

                           Plaintiff

               v.

                           Defendant

-------------------------------------------------------x

Case No.: 18-23538

Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I,  Aaron J. Scheinfield , request admission, *pro hac vice*, before the Honorable  Robert D. Drain , to represent  Alliance Material Handling Corp. , a Creditor  in the above-referenced ☑case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of  Michigan  and, if applicable, the bar of the U.S. District Court for the Eastern District of  Michigan  .

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 11/5/2018
Southfield, Michigan

*Mailing Address*:

4000 Town Center, Suite 1200

Southfield, MI 48075

_____

*E-mail address*: aaron@bk-lawyer.net

*Telephone number*: (248 ) 355-5300