**HERRICK, FEINSTEIN LLP**
Stephen B. Selbst
2 Park Avenue
New York, NY 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
sselbst@herrick.com

*Counsel to Ruby Red Garment Manufacturing S.A.E.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

<u>NOTICE OF RECLAMATION CLAIM</u>

    **PLEASE TAKE NOTICE** that RubyRed Garment Manufacturing S.A.E. ("RubyRed"),

by and through undersigned counsel, files this Notice of Reclamation Claim pursuant to 11 U.S.C.

§ 546(c), 11 U.C.C. § 2-702 and applicable non-bankruptcy law, on the above-captioned

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179

debtors and debtors-in-possession (collectively, the "Debtors"), to reclaim certain assets (the "Goods") that are subject to reclamation. The Goods were sold in the ordinary course of business and received by Debtors in the forty-five (45) days prior to the filing of the Debtors' bankruptcy petition on October 15, 2018. RubyRed believes the Debtors were insolvent at the time they received delivery of the Goods. RubyRed incorporates by reference and attaches as **Exhibit A**, a copy of the written demand for reclamation (the "Reclamation Demand") pursuant to 11 U.S.C. § 546(c).

**PLEASE TAKE FURTHER NOTICE** that RubyRed reserves all of its rights with respect to the Goods, including, without limitation, (a) its right to be paid in the ordinary course of business as a post-petition creditor of the Debtors to the extent the Goods were delivered to the Debtors on or after October 15, 2018; (b) its right to assert a 20-day administrative priority claim pursuant to 11 U.S.C. §503(b)(9); (c) its right to assert a "new value" defense to any preference demand pursuant to 11 U.S.C. §547(c)(4); (d) its right to demand payment of any portion of this invoice as a "cure" payment in connection with the Debtors' assumption of any executory contract, if any, pursuant to 11 U.S.C. § 365; (e) its right to seek payment of its prepetition invoices from any non-debtor parties that are co-obligors; (1) its right to file additional demands or claims, including without limitation, a proof of claim; and/or (g) its right to assert any other rights under applicable law. By filing this Notice, RubyRed does not consent to entry of final orders of the bankruptcy court on non-core issue and claims, does not waive any jurisdictional defenses, and reserves its rights to amend this Notice.

2

Dated:  November 9, 2018
New York, NY

Respectfully submitted,

**HERRICK, FEINSTEIN LLP**

_/s/  Stephen B. Selbst_
Stephen B. Selbst
2 Park Avenue
New York, NY 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
sselbst@herrick.com

_Attorneys for RubyRed Garment
Manufacturing S.A.E._

3

## Exhibit A

**Reclamation Demand**

 **HERRICK**

**Stephen B. Selbst**
**Partner**
Phone: 212.592.1405
Fax: 212.545.2313
sselbst@herrick.com

November 9, 2018

<u>VIA FEDERAL EXPRESS</u>

Sears Holdings Management Corporation
Attn:  General Counsel
3333 Beverly Road
Hoffman Estates, IL 60179

Re:    In re Sears Holding Corp., et al. (No. 18-23538) (Bankr. S.D.N.Y.) Reclamation Demand

To Whom It May Concern

We represent RubyRed Garment Manufacturing S.A.E. ("<u>RubyRed</u>"), which hereby makes demand (the "<u>Reclamation Demand</u>") to reclaim all goods the "<u>Goods</u>") received by the Debtors within forty-five days of October 15, 2018 (the "Reclamation Period") pursuant to Section 2-702 of the Uniform Commercial Code and Section 546(c) of the United States Bankruptcy Code. Attached hereto as **Exhibit 1** and incorporated by reference as if fully set forth herein is a list of invoices relating to the Goods, which have a value of at least $129,104.64.

Please be advised that the Reclamation Demand does not constitute a demand for payment of the Debtors' pre-petition indebtedness to RubyRed, nor is it in any fashion a violation of the automatic stay provided for in Section 362 of the Bankruptcy Code.  It is intended to be the type of notice provided for in Section 546(c) of the Bankruptcy Code and does not waive any rights that RubyRed has under Section 503(b)(9) of the Bankruptcy Code.

Very truly yours,

Stephen B. Selbst

SBS/jr

Enclosure

## COMMERCIAL INVOICE

Page 1 of 6
DATE: September 10, 2018
INVOICE NO.: 201821861193

2451
RUBYRED GARMENT MANUFACTURING
SAE
4TH IND ZN, BLK14, PLOTS 1-2-13-14
FREE ZONE, AL AMRYA , BORG AL-ARAB
ALEXANDRIA

Egypt
23512

TO:　　KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 6O179
US

SHIPPED FROM: Damietta, Egypt　　SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Egypt

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | ZC473 | 3 PK TEE BLACK | 84 | 84 | 38.100 USD | 3,200.40 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 310095043881 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

"STYLE NO." GU8BE31010BG
"STYLE DESCRIPTION" GIRLS 3 PK TEES " SET OF TEE & BOTTOM , NO POCKET
BODY LENGTH- TEE REACHES TO WAIST , BOTTOM REACHES TO ANKLE
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - " EGYPT -EGYPT
FABRIC CONTENT - SINGLE JERSEY 60% COTTON 40%POLYESTER - 170 GSM
NUMBER OF STITCHES OF PER CM HORIZONTAL - 11 & VERTICAL -15
NON-REUSABLE HANGER CODE 3T136

| | | | |
|---|---|---|---|
| CONTRACT NO. | ZC473 | REFERENCE NO. | 803 |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2451 |
| VENDOR ITEM CODE | GU8BE31010BG | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.　　104893
RUBYRED GARMENT MANUFACTURING SAE
4TH IND ZONE,BLOCK 14,PLOT1-2-13-14
PRIVATE FREE ZONE, BORG AL-ARAB
ALEXANDRIA
Egypt
FTY MID NO.　　EGRUBGAR1213ALE

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| KMART | ZC473 | 3 PK TEE BLACK | 37 | 37 | 38.100 USD | 1,409.70 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 310095043972 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

"STYLE NO." GU8BE31010BG
"STYLE DESCRIPTION" GIRLS 3 PK TEES " SET OF TEE & BOTTOM , NO POCKET
BODY LENGTH- TEE REACHES TO WAIST , BOTTOM REACHES TO ANKLE
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - " EGYPT -EGYPT
FABRIC CONTENT - SINGLE JERSEY 60% COTTON 40%POLYESTER - 170 GSM
NUMBER OF STITCHES OF PER CM HORIZONTAL - 11 & VERTICAL -15
NON-REUSABLE HANGER CODE 3T136

| | | | |
|---|---|---|---|
| CONTRACT NO. | ZC473 | REFERENCE NO. | 803 |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2451 |
| VENDOR ITEM CODE | GU8BE31010BG | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.　　104893
RUBYRED GARMENT MANUFACTURING SAE
4TH IND ZONE,BLOCK 14,PLOT1-2-13-14
PRIVATE FREE ZONE, BORG AL-ARAB
ALEXANDRIA

# COMMERCIAL INVOICE

Page 2 of 6
DATE: September 10, 2018
INVOICE NO.: 201821861193

2451
RUBYRED GARMENT MANUFACTURING SAE
4TH IND ZN, BLK14, PLOTS 1-2-13-14
FREE ZONE, AL AMRYA , BORG AL-ARAB
ALEXANDRIA
Egypt
23512

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Egypt

Egypt
FTY MID NO.    EGRUBGAR1213ALE

| KMART | ZC473 | 3 PK TEE BLACK | | 151 | 151 | 38.100 USD | 5,753.10 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM:    310095044160
MADE IN    EGYPT
CONTENTS    1 ASSORTMENT

"STYLE NO." GU8BE31010BG
"STYLE DESCRIPTION" GIRLS 3 PK TEES " SET OF TEE & BOTTOM , NO POCKET
BODY LENGTH- TEE REACHES TO WAIST , BOTTOM REACHES TO ANKLE
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - " EGYPT -EGYPT
FABRIC CONTENT - SINGLE JERSEY 60% COTTON 40%POLYESTER - 170 GSM
NUMBER OF STITCHES OF PER CM HORIZONTAL - 11 & VERTICAL -15
NON-REUSABLE HANGER CODE 3T136

| CONTRACT NO. | ZC473 | REFERENCE NO. | 803 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2451 |
| VENDOR ITEM CODE | GU8BE31010BG | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    104893
RUBYRED GARMENT MANUFACTURING SAE
4TH IND ZONE,BLOCK 14,PLOT1-2-13-14
PRIVATE FREE ZONE, BORG AL-ARAB
ALEXANDRIA
Egypt
FTY MID NO.    EGRUBGAR1213ALE

| KMART | ZC473 | 3 PK TEE JESTER RED | | 105 | 105 | 38.100 USD | 4,000.50 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM:    310095045076
MADE IN    EGYPT
CONTENTS    1 ASSORTMENT

"STYLE NO." GU8BE31010BG
"STYLE DESCRIPTION" GIRLS 3 PK TEES " SET OF TEE & BOTTOM , NO POCKET
BODY LENGTH- TEE REACHES TO WAIST , BOTTOM REACHES TO ANKLE
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - " EGYPT -EGYPT
FABRIC CONTENT - SINGLE JERSEY 60% COTTON 40%POLYESTER - 170 GSM
NUMBER OF STITCHES OF PER CM HORIZONTAL - 11 & VERTICAL -15
NON-REUSABLE HANGER CODE 3T136

| CONTRACT NO. | ZC473 | REFERENCE NO. | 803 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2451 |
| VENDOR ITEM CODE | GU8BE31010BG | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    104893

# COMMERCIAL INVOICE

Page 3 of 6

**DATE:** September 10, 2018

**INVOICE NO.:** 201821861193

2451
RUBYRED GARMENT MANUFACTURING SAE
4TH IND ZN, BLK14, PLOTS 1-2-13-14
FREE ZONE, AL AMRYA , BORG AL-ARAB
ALEXANDRIA

Egypt
23512

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 6O179
US

**SHIPPED FROM:** Damietta, Egypt
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Chambersburg , PA

FOB Egypt

RUBYRED GARMENT MANUFACTURING SAE

4TH IND ZONE,BLOCK 14,PLOT1-2-13-14

PRIVATE FREE ZONE, BORG AL-ARAB

ALEXANDRIA

Egypt

FTY MID NO.        EGRUBGAR1213ALE

| KMART | ZC473 | 3 PK TEE JESTER RED | 40 CARTONS | 40 AST | 38.100 USD AST | 1,524.00 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 310095045829 | | | | | |
| **MADE IN** | EGYPT | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

"STYLE NO." GU8BE31010BG
"STYLE DESCRIPTION" GIRLS 3 PK TEES " SET OF TEE & BOTTOM , NO POCKET
BODY LENGTH- TEE REACHES TO WAIST , BOTTOM REACHES TO ANKLE
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - " EGYPT -EGYPT
FABRIC CONTENT - SINGLE JERSEY  60% COTTON 40%POLYESTER - 170 GSM
NUMBER OF STITCHES OF PER CM HORIZONTAL - 11 & VERTICAL -15
NON-REUSABLE HANGER CODE 3T136

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ZC473 | **REFERENCE NO.** | 803 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 049 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2451 | |
| **VENDOR ITEM CODE** | GU8BE31010BG | **COUNTRY OF ORIGIN** | EGYPT | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339 | |

**FACTORY NO.**        104893

RUBYRED GARMENT MANUFACTURING SAE

4TH IND ZONE,BLOCK 14,PLOT1-2-13-14

PRIVATE FREE ZONE, BORG AL-ARAB

ALEXANDRIA

Egypt

FTY MID NO.        EGRUBGAR1213ALE

| KMART | ZC473 | 3 PK TEE JESTER RED | 180 CARTONS | 180 AST | 38.100 USD AST | 6,858.00 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 310095072005 | | | | | |
| **MADE IN** | EGYPT | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

"STYLE NO." GU8BE31010BG
"STYLE DESCRIPTION" GIRLS 3 PK TEES " SET OF TEE & BOTTOM , NO POCKET
BODY LENGTH- TEE REACHES TO WAIST , BOTTOM REACHES TO ANKLE
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - " EGYPT -EGYPT
FABRIC CONTENT - SINGLE JERSEY  60% COTTON 40%POLYESTER - 170 GSM
NUMBER OF STITCHES OF PER CM HORIZONTAL - 11 & VERTICAL -15
NON-REUSABLE HANGER CODE 3T136

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ZC473 | **REFERENCE NO.** | 803 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 049 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2451 | |
| **VENDOR ITEM CODE** | GU8BE31010BG | **COUNTRY OF ORIGIN** | EGYPT | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339 | |

# COMMERCIAL INVOICE

**DATE:** September 10, 2018
**INVOICE NO.:** 201821861193

2451
RUBYRED GARMENT MANUFACTURING
SAE
4TH IND ZN, BLK14, PLOTS 1-2-13-14
FREE ZONE, AL AMRYA , BORG AL-ARAB
ALEXANDRIA

Egypt
23512

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Chambersburg , PA

FOB Egypt

| | | |
|---|---|---|
| **FACTORY NO.** | 104893 | |
| RUBYRED GARMENT MANUFACTURING SAE | | |
| 4TH IND ZONE,BLOCK 14,PLOT1-2-13-14 | | |
| PRIVATE FREE ZONE, BORG AL-ARAB | | |
| ALEXANDRIA | | |
| Egypt | | |
| **FTY MID NO.** | EGRUBGAR1213ALE | |

| KMART | ZC473 | 3 PK TEE MEDIEVAL BLUE | 115 CARTONS | 115 AST | 38.100 USD AST | 4,381.50 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 310095073755 | | | | | |
| **MADE IN** | EGYPT | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

"STYLE NO." GU8BE31010BG
"STYLE DESCRIPTION" GIRLS 3 PK TEES " SET OF TEE & BOTTOM , NO POCKET
BODY LENGTH- TEE REACHES TO WAIST , BOTTOM REACHES TO ANKLE
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - " EGYPT -EGYPT
FABRIC CONTENT - SINGLE JERSEY  60% COTTON 40%POLYESTER - 170 GSM
NUMBER OF STITCHES OF PER CM HORIZONTAL - 11 & VERTICAL -15
NON-REUSABLE HANGER CODE 3T136

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ZC473 | **REFERENCE NO.** | 803 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 049 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2451 | |
| **VENDOR ITEM CODE** | GU8BE31010BG | **COUNTRY OF ORIGIN** | EGYPT | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339 | |

| | | |
|---|---|---|
| **FACTORY NO.** | 104893 | |
| RUBYRED GARMENT MANUFACTURING SAE | | |
| 4TH IND ZONE,BLOCK 14,PLOT1-2-13-14 | | |
| PRIVATE FREE ZONE, BORG AL-ARAB | | |
| ALEXANDRIA | | |
| Egypt | | |
| **FTY MID NO.** | EGRUBGAR1213ALE | |

| KMART | ZC473 | 3 PK TEE MEDIEVAL BLUE | 18 CARTONS | 18 AST | 38.100 USD AST | 685.80 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 310095073813 | | | | | |
| **MADE IN** | EGYPT | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

"STYLE NO." GU8BE31010BG
"STYLE DESCRIPTION" GIRLS 3 PK TEES " SET OF TEE & BOTTOM , NO POCKET
BODY LENGTH- TEE REACHES TO WAIST , BOTTOM REACHES TO ANKLE
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - " EGYPT -EGYPT
FABRIC CONTENT - SINGLE JERSEY  60% COTTON 40%POLYESTER - 170 GSM
NUMBER OF STITCHES OF PER CM HORIZONTAL - 11 & VERTICAL -15
NON-REUSABLE HANGER CODE 3T136

# COMMERCIAL INVOICE

Page 5 of 6
DATE: September 10, 2018
INVOICE NO.: 201821861193

2451
RUBYRED GARMENT MANUFACTURING SAE
4TH IND ZN, BLK14, PLOTS 1-2-13-14
FREE ZONE, AL AMRYA , BORG AL-ARAB
ALEXANDRIA
Egypt
23512

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Egypt

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | ZC473 | REFERENCE NO. | 803 | |
| DC CODE | PCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 2451 | |
| VENDOR ITEM CODE | GU8BE31010BG | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.    104893
RUBYRED GARMENT MANUFACTURING SAE
4TH IND ZONE, BLOCK 14, PLOT 1-2-13-14
PRIVATE FREE ZONE, BORG AL-ARAB
ALEXANDRIA
Egypt
FTY MID NO.    EGRUBGAR1213ALE

| KMART | ZC473 | 3 PK TEE MEDIEVAL BLUE | 91 CARTONS | 91 AST | 38.100 USD AST | 3,467.10 USD |
|---|---|---|---|---|---|---|

ITEM:    310095074555
MADE IN    EGYPT
CONTENTS    1 ASSORTMENT

"STYLE NO." GU8BE31010BG
"STYLE DESCRIPTION" GIRLS 3 PK TEES " SET OF TEE & BOTTOM , NO POCKET
BODY LENGTH- TEE REACHES TO WAIST , BOTTOM REACHES TO ANKLE
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - " EGYPT -EGYPT
FABRIC CONTENT - SINGLE JERSEY 60% COTTON 40% POLYESTER - 170 GSM
NUMBER OF STITCHES OF PER CM HORIZONTAL - 11 & VERTICAL -15
NON-REUSABLE HANGER CODE 3T136

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | ZC473 | REFERENCE NO. | 803 | |
| DC CODE | PCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 2451 | |
| VENDOR ITEM CODE | GU8BE31010BG | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.    104893
RUBYRED GARMENT MANUFACTURING SAE
4TH IND ZONE, BLOCK 14, PLOT 1-2-13-14
PRIVATE FREE ZONE, BORG AL-ARAB
ALEXANDRIA
Egypt
FTY MID NO.    EGRUBGAR1213ALE

PAYMENT TERM    Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER    OPEN ACCOUNT
LC#    NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 821 | 821 | ASSORTMENTS | 31,280.10 USD |

TOTAL US DOLLARS THIRTY-ONE THOUSAND TWO HUNDRED EIGHTY DOLLARS AND TEN CENTS ONLY.

# COMMERCIAL INVOICE

Page 6 of 6

**DATE:** September 10, 2018

**INVOICE NO.:** 201821861193

2451
RUBYRED GARMENT MANUFACTURING
SAE
4TH IND ZN, BLK14, PLOTS 1-2-13-14
FREE ZONE, AL AMRYA , BORG AL-ARAB
ALEXANDRIA

Egypt
23512

**TO:**    KMART CORPORATION

3333 Beverly Road

Hoffman Estates, IL 6O179

US

**SHIPPED FROM:** Damietta, Egypt

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**   Chambersburg , PA

FOB Egypt

We hereby certify that this shipment does not contain solid wood packing material.

| RUBYRED GARMENT MANUFACTURING SAE | |
|---|---|
| **EMPLOYEE NAME** | |
| **EMPLOYEE TITLE** | |

# COMMERCIAL INVOICE

Page 1 of 8

**DATE:** September 03, 2018

**INVOICE NO.:** 201821741234

2451
RUBYRED GARMENT MANUFACTURING
SAE
4TH IND ZN, BLK14, PLOTS 1-2-13-14
FREE ZONE, AL AMRYA , BORG AL-ARAB
ALEXANDRIA

Egypt
23512

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt         **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | ZC47Q | PEACHED FRENCH TERRYMARITIME BLUE | 11 | 11 | 55.700 USD | 612.70 USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 530010286946 | | | | | |
| **MADE IN** | EGYPT | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE NO  WF8BE53714MI
STYLE DESCRIPTION  PEACHED FRENCH TERRY LEGGING
 STYLE DESCRIPTION BASIC CAPRI LEGGING WITH ELASTIC AT WAIST BAND  NO POCKET
BODY LENGTH FROM WAIST TO ANKLE
COUNTRY OF ORGIN FABRIC  CUTTING AND GARMENT  ASSEMBLY -  EGYPT  -EGYPT
FABRIC CONTENT - KNITTING  SOLID  94% COTTON 6%ELASTAIN
NUMBER OF STITCHES OF PER CM HORIZONTAL -  22 AND  VERTICAL - 31
HANGER PACK - CODE 6012B WITH COST $ 0.107

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ZC47Q | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2451 | |
| **VENDOR ITEM CODE** | WF8BE53714MI | **COUNTRY OF ORIGIN** | EGYPT | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 348 | |

**FACTORY NO.**    104893
RUBYRED GARMENT MANUFACTURING SAE
4TH IND ZONE,BLOCK 14,PLOT1-2-13-14
PRIVATE FREE ZONE, BORG AL-ARAB
ALEXANDRIA
Egypt
**FTY MID NO.**    EGRUBGAR1213ALE

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | ZC47Q | PEACHED FRENCH TERRYMARITIME BLUE | 97 | 97 | 50.130 USD | 4,862.61 USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 530010286953 | | | | | |
| **MADE IN** | EGYPT | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE NO WF8BE53714MI
STYLE DESCRIPTION  PEACHED FRENCH TERRY LEGGING
 STYLE DESCRIPTION BASIC CAPRI LEGGING WITH ELASTIC AT WAIST BAND  NO POCKET
BODY LENGTH FROM WAIST TO ANKLE
COUNTRY OF ORGIN FABRIC  CUTTING AND GARMENT  ASSEMBLY -  EGYPT  -EGYPT
FABRIC CONTENT - KNITTING  SOLID  94% COTTON 6%ELASTAIN
NUMBER OF STITCHES OF PER CM HORIZONTAL -  22 AND  VERTICAL - 31
HANGER PACK - CODE 6012B WITH COST $ 0.107

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ZC47Q | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2451 | |
| **VENDOR ITEM CODE** | WF8BE53714MI | **COUNTRY OF ORIGIN** | EGYPT | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 348 | |

**FACTORY NO.**    104893

# COMMERCIAL INVOICE

Page 2 of 8

DATE: September 03, 2018

INVOICE NO.: 201821741234

2451
RUBYRED GARMENT MANUFACTURING SAE
4TH IND ZN, BLK14, PLOTS 1-2-13-14
FREE ZONE, AL AMRYA , BORG AL-ARAB
ALEXANDRIA

Egypt
23512

**TO:**  KMART CORPORATION

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Damietta, Egypt

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB Egypt

RUBYRED GARMENT MANUFACTURING SAE

4TH IND ZONE, BLOCK 14, PLOT 1-2-13-14

PRIVATE FREE ZONE, BORG AL-ARAB

ALEXANDRIA

Egypt

**FTY MID NO.**    EGRUBGAR1213ALE

| KMART | ZC47Q | PEACHED FRENCH TERRYWINETASTING | 11 | 11 | 55.700 USD | 612.70 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 530010286979 | | | | | |
| **MADE IN** | EGYPT | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE NO  WF8BE53714MI
STYLE DESCRIPTION  PEACHED FRENCH TERRY LEGGING
 STYLE DESCRIPTION BASIC CAPRI LEGGING WITH ELASTIC AT WAIST BAND   NO POCKET
BODY LENGTH FROM WAIST TO ANKLE
COUNTRY OF ORGIN FABRIC  CUTTING AND GARMENT  ASSEMBLY -  EGYPT -EGYPT
FABRIC CONTENT - KNITTING  SOLID  94% COTTON 6%ELASTAIN
NUMBER OF STITCHES OF PER CM HORIZONTAL - 22 AND  VERTICAL - 31
HANGER PACK - CODE 6012B WITH COST $ 0.107

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | ZC47Q | **REFERENCE NO.** | 801 | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2451 | | |
| **VENDOR ITEM CODE** | WF8BE53714MI | **COUNTRY OF ORIGIN** | EGYPT | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 348 | | |

**FACTORY NO.**    104893

RUBYRED GARMENT MANUFACTURING SAE

4TH IND ZONE, BLOCK 14, PLOT 1-2-13-14

PRIVATE FREE ZONE, BORG AL-ARAB

ALEXANDRIA

Egypt

**FTY MID NO.**    EGRUBGAR1213ALE

| KMART | ZC47Q | PEACHED FRENCH TERRYWINETASTING | 212 | 212 | 44.560 USD | 9,446.72 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 530010287043 | | | | | |
| **MADE IN** | EGYPT | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE NO  WF8BE53714MI
STYLE DESCRIPTION  PEACHED FRENCH TERRY LEGGING
 STYLE DESCRIPTION BASIC CAPRI LEGGING WITH ELASTIC AT WAIST BAND   NO POCKET
BODY LENGTH FROM WAIST TO ANKLE
COUNTRY OF ORGIN FABRIC  CUTTING AND GARMENT  ASSEMBLY -  EGYPT -EGYPT
FABRIC CONTENT - KNITTING  SOLID  94% COTTON 6%ELASTAIN
NUMBER OF STITCHES OF PER CM HORIZONTAL - 22 AND  VERTICAL - 31
HANGER PACK - CODE 6012B WITH COST $ 0.107

# COMMERCIAL INVOICE

Page 3 of 8

DATE: September 03, 2018

INVOICE NO.: 201821741234

2451
RUBYRED GARMENT MANUFACTURING SAE
4TH IND ZN, BLK14, PLOTS 1-2-13-14
FREE ZONE, AL AMRYA , BORG AL-ARAB
ALEXANDRIA

Egypt
23512

TO:     KMART CORPORATION

3333 Beverly Road

Hoffman Estates, IL 60179

US

SHIPPED FROM: Damietta, Egypt

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Egypt

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | ZC47Q | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 2451 | |
| VENDOR ITEM CODE | WF8BE53714MI | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 348 | |

FACTORY NO.     104893

RUBYRED GARMENT MANUFACTURING SAE

4TH IND ZONE,BLOCK 14,PLOT1-2-13-14

PRIVATE FREE ZONE, BORG AL-ARAB

ALEXANDRIA

Egypt

FTY MID NO.     EGRUBGAR1213ALE

| KMART | ZC47Q | PEACHED FRENCH TERRYBLACK ONYX | 238 CARTONS | 238 AST | 44.560 USD AST | 10,605.28 USD |
|---|---|---|---|---|---|---|
| ITEM: | 530098823511 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NO  WF8BE53714MI
STYLE DESCRIPTION  PEACHED FRENCH TERRY LEGGING
STYLE DESCRIPTION BASIC CAPRI LEGGING WITH ELASTIC AT WAIST BAND   NO POCKET
BODY LENGTH FROM WAIST TO ANKLE
COUNTRY OF ORGIN FABRIC  CUTTING AND GARMENT  ASSEMBLY -  EGYPT -EGYPT
FABRIC CONTENT - KNITTING  SOLID  94% COTTON 6%ELASTAIN
NUMBER OF STITCHES OF PER CM HORIZONTAL - 22 AND  VERTICAL - 31
HANGER PACK - CODE 6012B WITH COST $ 0.107

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | ZC47Q | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 2451 | |
| VENDOR ITEM CODE | WF8BE53714MI | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 348 | |

FACTORY NO.     104893

RUBYRED GARMENT MANUFACTURING SAE

4TH IND ZONE,BLOCK 14,PLOT1-2-13-14

PRIVATE FREE ZONE, BORG AL-ARAB

ALEXANDRIA

Egypt

FTY MID NO.     EGRUBGAR1213ALE

| KMART | ZC47Q | PEACHED FRENCH TERRYBLACK ONYX | 145 CARTONS | 145 AST | 50.130 USD AST | 7,268.85 USD |
|---|---|---|---|---|---|---|
| ITEM: | 530099067944 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NO  WF8BE53714MI
STYLE DESCRIPTION  PEACHED FRENCH TERRY LEGGING
STYLE DESCRIPTION BASIC CAPRI LEGGING WITH ELASTIC AT WAIST BAND   NO POCKET
BODY LENGTH FROM WAIST TO ANKLE
COUNTRY OF ORGIN FABRIC  CUTTING AND GARMENT  ASSEMBLY -  EGYPT -EGYPT
FABRIC CONTENT - KNITTING  SOLID  94% COTTON 6%ELASTAIN

# COMMERCIAL INVOICE

Page 4 of 8

**DATE:** September 03, 2018

**INVOICE NO.:** 201821741234

2451
RUBYRED GARMENT MANUFACTURING
SAE
4TH IND ZN, BLK14, PLOTS 1-2-13-14
FREE ZONE, AL AMRYA , BORG AL-ARAB
ALEXANDRIA

Egypt
23512

**TO:**  KMART CORPORATION

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Damietta, Egypt

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Chambersburg , PA

FOB Egypt

NUMBER OF STITCHES OF PER CM HORIZONTAL - 22 AND VERTICAL - 31
HANGER PACK - CODE 6012B WITH COST $ 0.107

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ZC47Q | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2451 | |
| **VENDOR ITEM CODE** | WF8BE53714MI | **COUNTRY OF ORIGIN** | EGYPT | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 348 | |

**FACTORY NO.**      104893

RUBYRED GARMENT MANUFACTURING SAE

4TH IND ZONE,BLOCK 14,PLOT1-2-13-14

PRIVATE FREE ZONE, BORG AL-ARAB

ALEXANDRIA

Egypt

**FTY MID NO.**      EGRUBGAR1213ALE

| KMART | ZC47Q | PEACHED FRENCH TERRYBLACK ONYX | 91 CARTONS | 91 AST | 38.990 USD AST | 3,546.09 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 530099067951 | | | | | |
| **MADE IN** | EGYPT | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE NO  WF8BE53714MI
STYLE DESCRIPTION  PEACHED FRENCH TERRY LEGGING
STYLE DESCRIPTION BASIC CAPRI LEGGING WITH ELASTIC AT WAIST BAND  NO POCKET
BODY LENGTH FROM WAIST TO ANKLE
COUNTRY OF ORGIN FABRIC  CUTTING AND GARMENT  ASSEMBLY -  EGYPT -EGYPT
FABRIC CONTENT - KNITTING  SOLID  94% COTTON 6%ELASTAIN
NUMBER OF STITCHES OF PER CM HORIZONTAL -  22 AND VERTICAL - 31
HANGER PACK - CODE 6012B WITH COST $ 0.107

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ZC47Q | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2451 | |
| **VENDOR ITEM CODE** | WF8BE53714MI | **COUNTRY OF ORIGIN** | EGYPT | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 348 | |

**FACTORY NO.**      104893

RUBYRED GARMENT MANUFACTURING SAE

4TH IND ZONE,BLOCK 14,PLOT1-2-13-14

PRIVATE FREE ZONE, BORG AL-ARAB

ALEXANDRIA

Egypt

**FTY MID NO.**      EGRUBGAR1213ALE

| KMART | ZC47Q | PEACHED FRENCH TERRYBLACK ONYX | 176 CARTONS | 176 AST | 33.420 USD AST | 5,881.92 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 530099067969 | | | | | |
| **MADE IN** | EGYPT | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE NO  WF8BE53714MI

# COMMERCIAL INVOICE

Page 5 of 8

DATE: September 03, 2018

INVOICE NO.: 201821741234

2451
RUBYRED GARMENT MANUFACTURING SAE
4TH IND ZN, BLK14, PLOTS 1-2-13-14
FREE ZONE, AL AMRYA , BORG AL-ARAB
ALEXANDRIA

Egypt
23512

**TO:** KMART CORPORATION

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Damietta, Egypt

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB Egypt

STYLE DESCRIPTION  PEACHED FRENCH TERRY LEGGING
STYLE DESCRIPTION BASIC CAPRI LEGGING WITH ELASTIC AT WAIST BAND   NO POCKET
BODY LENGTH FROM WAIST TO ANKLE
COUNTRY OF ORGIN FABRIC  CUTTING AND GARMENT  ASSEMBLY -   EGYPT -EGYPT
FABRIC CONTENT - KNITTING  SOLID  94% COTTON 6%ELASTAIN
NUMBER OF STITCHES OF PER CM HORIZONTAL -  22 AND  VERTICAL - 31
HANGER PACK - CODE 6012B WITH COST $ 0.107

| CONTRACT NO. | ZC47Q | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2451 |
| VENDOR ITEM CODE | WF8BE53714MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 348 |

FACTORY NO.        104893

RUBYRED GARMENT MANUFACTURING SAE

4TH IND ZONE, BLOCK 14, PLOT1-2-13-14

PRIVATE FREE ZONE, BORG AL-ARAB

ALEXANDRIA

Egypt

FTY MID NO.        EGRUBGAR1213ALE

| KMART | ZC47Q | PEACHED FRENCH TERRYMARITIME BLUE | | 212 | 212 | 44.560 USD | 9,446.72 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 530099068033 | | | | | | |
| MADE IN | EGYPT | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NO  WF8BE53714MI
STYLE DESCRIPTION  PEACHED FRENCH TERRY LEGGING
STYLE DESCRIPTION BASIC CAPRI LEGGING WITH ELASTIC AT WAIST BAND   NO POCKET
BODY LENGTH FROM WAIST TO ANKLE
COUNTRY OF ORGIN FABRIC  CUTTING AND GARMENT  ASSEMBLY -   EGYPT -EGYPT
FABRIC CONTENT - KNITTING  SOLID  94% COTTON 6%ELASTAIN
NUMBER OF STITCHES OF PER CM HORIZONTAL -  22 AND  VERTICAL - 31
HANGER PACK - CODE 6012B WITH COST $ 0.107

| CONTRACT NO. | ZC47Q | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2451 |
| VENDOR ITEM CODE | WF8BE53714MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 348 |

FACTORY NO.        104893

RUBYRED GARMENT MANUFACTURING SAE

4TH IND ZONE, BLOCK 14, PLOT1-2-13-14

PRIVATE FREE ZONE, BORG AL-ARAB

ALEXANDRIA

Egypt

FTY MID NO.        EGRUBGAR1213ALE

# COMMERCIAL INVOICE

Page 6 of 8
DATE: September 03, 2018
INVOICE NO.: 201821741234

2451
RUBYRED GARMENT MANUFACTURING SAE
4TH IND ZN, BLK14, PLOTS 1-2-13-14
FREE ZONE, AL AMRYA , BORG AL-ARAB
ALEXANDRIA

Egypt
23512

TO:    KMART CORPORATION
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Damietta, Egypt
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg, PA

FOB Egypt

| KMART | ZC47Q | PEACHED FRENCH TERRYMARITIME BLUE | 159 CARTONS | 159 AST | 33.420 USD AST | 5,313.78 USD |
|---|---|---|---|---|---|---|
| ITEM: | 530099068058 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NO  WF8BE53714MI
STYLE DESCRIPTION  PEACHED FRENCH TERRY LEGGING
 STYLE DESCRIPTION BASIC CAPRI LEGGING WITH ELASTIC AT WAIST BAND  NO POCKET
BODY LENGTH FROM WAIST TO ANKLE
COUNTRY OF ORGIN FABRIC  CUTTING AND GARMENT  ASSEMBLY -  EGYPT -EGYPT
FABRIC CONTENT - KNITTING  SOLID  94% COTTON 6%ELASTAIN
NUMBER OF STITCHES OF PER CM HORIZONTAL - 22 AND  VERTICAL - 31
HANGER PACK - CODE 6012B WITH COST $ 0.107

| CONTRACT NO. | ZC47Q | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2451 |
| VENDOR ITEM CODE | WF8BE53714MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 348 |

FACTORY NO.    104893
RUBYRED GARMENT MANUFACTURING SAE
4TH IND ZONE,BLOCK 14,PLOT1-2-13-14
PRIVATE FREE ZONE, BORG AL-ARAB
ALEXANDRIA
Egypt
FTY MID NO.       EGRUBGAR1213ALE

| KMART | ZC47Q | PEACHED FRENCH TERRYWINETASTING | 97 CARTONS | 97 AST | 50.130 USD AST | 4,862.61 USD |
|---|---|---|---|---|---|---|
| ITEM: | 530099068207 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NO  WF8BE53714MI
STYLE DESCRIPTION  PEACHED FRENCH TERRY LEGGING
 STYLE DESCRIPTION BASIC CAPRI LEGGING WITH ELASTIC AT WAIST BAND  NO POCKET
BODY LENGTH FROM WAIST TO ANKLE
COUNTRY OF ORGIN FABRIC  CUTTING AND GARMENT  ASSEMBLY -  EGYPT -EGYPT
FABRIC CONTENT - KNITTING  SOLID  94% COTTON 6%ELASTAIN
NUMBER OF STITCHES OF PER CM HORIZONTAL - 22 AND  VERTICAL - 31
HANGER PACK - CODE 6012B WITH COST $ 0.107

| CONTRACT NO. | ZC47Q | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2451 |
| VENDOR ITEM CODE | WF8BE53714MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 348 |

FACTORY NO.    104893
RUBYRED GARMENT MANUFACTURING SAE
4TH IND ZONE,BLOCK 14,PLOT1-2-13-14
PRIVATE FREE ZONE, BORG AL-ARAB
ALEXANDRIA

# COMMERCIAL INVOICE

Page 7 of 8

DATE: September 03, 2018

INVOICE NO.: 2018217441234

2451
RUBYRED GARMENT MANUFACTURING SAE
4TH IND ZN, BLK14, PLOTS 1-2-13-14
FREE ZONE, AL AMRYA , BORG AL-ARAB
ALEXANDRIA
Egypt
23512

TO:    KMART CORPORATION

3333 Beverly Road

Hoffman Estates, IL 60179

US

SHIPPED FROM: Damietta, Egypt

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Egypt

Egypt

FTY MID NO.        EGRUBGAR1213ALE

| KMART | ZC47Q | PEACHED FRENCH TERRYWINETASTING | 159 | 159 | 33.420 USD | 5,313.78 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 530099068256 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NO  WF8BE53714MI
STYLE DESCRIPTION  PEACHED FRENCH TERRY LEGGING
STYLE DESCRIPTION BASIC CAPRI LEGGING WITH ELASTIC AT WAIST BAND  NO POCKET
BODY LENGTH FROM WAIST TO ANKLE
COUNTRY OF ORGIN FABRIC  CUTTING AND GARMENT  ASSEMBLY -  EGYPT -EGYPT
FABRIC CONTENT - KNITTING  SOLID  94% COTTON 6%ELASTAIN
NUMBER OF STITCHES OF PER CM HORIZONTAL - 22  AND  VERTICAL - 31
HANGER PACK - CODE 6012B WITH COST $ 0.107

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | ZC47Q | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 2451 | |
| VENDOR ITEM CODE | WF8BE53714MI | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 348 | |

FACTORY NO.        104893

RUBYRED GARMENT MANUFACTURING SAE

4TH IND ZONE,BLOCK 14,PLOT1-2-13-14

PRIVATE FREE ZONE, BORG AL-ARAB

ALEXANDRIA

Egypt

FTY MID NO.        EGRUBGAR1213ALE

PAYMENT TERM        Open Acct

ORDER PAYMENT TERMS

DRAWN UNDER        OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 1,608 | 1,608 | ASSORTMENTS | 67,775.76 USD |

TOTAL US DOLLARS SIXTY-SEVEN THOUSAND SEVEN HUNDRED SEVENTY-FIVE DOLLARS AND SEVENTY-SIX CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 8 of 8
**DATE:** September 03, 2018
**INVOICE NO.:** 201821741234

2451
RUBYRED GARMENT MANUFACTURING
SAE
4TH IND ZN, BLK14, PLOTS 1-2-13-14
FREE ZONE, AL AMRYA , BORG AL-ARAB
ALEXANDRIA

Egypt
23512

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Chambersburg , PA

FOB Egypt

| RUBYRED GARMENT MANUFACTURING SAE | |
|---|---|
| **EMPLOYEE NAME** | |
| **EMPLOYEE TITLE** | |

# COMMERCIAL INVOICE

Page 1 of 6

DATE: September 02, 2018

INVOICE NO.: 201821741030

3024
RUBYRED GARMENT MANUFACTURING
SAE
4TH IND ZN, BLK14, PLOTS 1-2-13-14
FREE ZONE, AL AMRYA , BORG AL-ARAB
ALEXANDRIA

Egypt
23512

**TO:**   SEARS ROEBUCK & CO.

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Damietta, Egypt     **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| **SEARS** | SJ8552 | YD FLEECE BLACK ONYX | 33 | 33 | 55.020  USD | 1,815.66  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 190099157521 | | | | | |
| **MADE IN** | EGYPT | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| **SEARS DIV** | 607 | | | | | |
| **SEARS ITEM/SKU** | 61832/ | | | | | |

STYLE NO WH8LS78415MI
STYLE DESCRIPTION  YD FLEECE ZIP MOCK
STYLE DESCRIPTION  YD FLEECE ZIP MOCK PULLOVER WITH ZIPPER
WITH LONG SLEEVE , NO POCKET, NO ELASTIC
BODY LENGTH  REACHES TO WAIST
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY EGYPT   EGYPT
FABRIC CONTENT - YARN DYED POLAR FLEECE 100 % POLYESTER 280 GSM .
NUMBER OF STITCHES OF PER CM HORIZONTAL  22  & VERTICAL  31
HANGER PACK CODE 3328B WITH COST $ 0.105

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8552 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 3024 | |
| **VENDOR ITEM CODE** | WH8LS78415MI | **COUNTRY OF ORIGIN** | EGYPT | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE | |

**FACTORY NO.**   104893

RUBYRED GARMENT MANUFACTURING SAE

4TH IND ZONE,BLOCK 14,PLOT1-2-13-14

PRIVATE FREE ZONE, BORG AL-ARAB

ALEXANDRIA

Egypt

**FTY MID NO.**   EGRUBGAR1213ALE

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| **SEARS** | SJ8552 | YD FLEECE BLACK ONYX | 54 | 54 | 70.740  USD | 3,819.96  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 190099157539 | | | | | |
| **MADE IN** | EGYPT | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| **SEARS DIV** | 607 | | | | | |
| **SEARS ITEM/SKU** | 61832/ | | | | | |

STYLE NO WH8LS78415MI
STYLE DESCRIPTION  YD FLEECE ZIP MOCK
STYLE DESCRIPTION  YD FLEECE ZIP MOCK PULLOVER WITH ZIPPER
WITH LONG SLEEVE , NO POCKET, NO ELASTIC
BODY LENGTH  REACHES TO WAIST
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY EGYPT   EGYPT
FABRIC CONTENT - YARN DYED POLAR FLEECE 100 % POLYESTER 280 GSM .
NUMBER OF STITCHES OF PER CM HORIZONTAL  22  & VERTICAL  31
HANGER PACK CODE 3328B WITH COST $ 0.105

# COMMERCIAL INVOICE

Page 2 of 6

DATE: September 02, 2018

INVOICE NO.: 201821741030

3024
RUBYRED GARMENT MANUFACTURING
SAE
4TH IND ZN, BLK14, PLOTS 1-2-13-14
FREE ZONE, AL AMRYA , BORG AL-ARAB
ALEXANDRIA

Egypt
23512

TO:    SEARS ROEBUCK & CO.

3333 Beverly Road

Hoffman Estates, IL 60179

US

SHIPPED FROM: Damietta, Egypt

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Egypt

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SJ8552 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 3024 | |
| VENDOR ITEM CODE | WH8LS78415MI | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.    104893

RUBYRED GARMENT MANUFACTURING SAE

4TH IND ZONE, BLOCK 14, PLOT1-2-13-14

PRIVATE FREE ZONE, BORG AL-ARAB

ALEXANDRIA

Egypt

FTY MID NO.    EGRUBGAR1213ALE

| SEARS | SJ8552 | YD FLEECE WINTER BLOOM | | 66 | 66 | 55.020 USD | 3,631.32 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 190099157588 | | | | | | |
| MADE IN | EGYPT | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 61834/ | | | | | | |

STYLE NO WH8LS78415MI
STYLE DESCRIPTION  YD FLEECE ZIP MOCK
STYLE DESCRIPTION  YD FLEECE ZIP MOCK PULLOVER WITH ZIPPER
WITH LONG SLEEVE , NO POCKET, NO ELASTIC
BODY LENGTH  REACHES TO WAIST
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY EGYPT  EGYPT
FABRIC CONTENT - YARN DYED POLAR FLEECE 100 % POLYESTER 280 GSM .
NUMBER OF STITCHES OF PER CM HORIZONTAL  22  & VERTICAL  31
HANGER PACK CODE 3328B WITH COST $ 0.105

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SJ8552 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 3024 | |
| VENDOR ITEM CODE | WH8LS78415MI | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.    104893

RUBYRED GARMENT MANUFACTURING SAE

4TH IND ZONE, BLOCK 14, PLOT1-2-13-14

PRIVATE FREE ZONE, BORG AL-ARAB

ALEXANDRIA

Egypt

FTY MID NO.    EGRUBGAR1213ALE

| SEARS | SJ8552 | YD FLEECE WINTER BLOOM | | 54 | 54 | 70.740 USD | 3,819.96 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 190099157596 | | | | | | |
| MADE IN | EGYPT | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |

# COMMERCIAL INVOICE

DATE: September 02, 2018

INVOICE NO.: 201821741030

3024
RUBYRED GARMENT MANUFACTURING
SAE
4TH IND ZN, BLK14, PLOTS 1-2-13-14
FREE ZONE, AL AMRYA , BORG AL-ARAB
ALEXANDRIA

Egypt
23512

**TO:**   SEARS ROEBUCK & CO.

3333 Beverly Road

Hoffman Estates, IL 60179

US

SHIPPED FROM: Damietta, Egypt      SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Egypt

**SEARS ITEM/SKU** | 61834/

STYLE NO WH8LS78415MI
STYLE DESCRIPTION  YD FLEECE ZIP MOCK
STYLE DESCRIPTION  YD FLEECE ZIP MOCK PULLOVER WITH ZIPPER
WITH LONG SLEEVE , NO POCKET, NO ELASTIC
BODY LENGTH  REACHES TO WAIST
COUNTRY OF ORIGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY EGYPT   EGYPT
FABRIC CONTENT - YARN DYED POLAR FLEECE 100 % POLYESTER 280 GSM .
NUMBER OF STITCHES OF PER CM HORIZONTAL  22  & VERTICAL  31
HANGER PACK CODE 3328B WITH COST $ 0.105

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8552 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 3024 |
| **VENDOR ITEM CODE** | WH8LS78415MI | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.**      104893

RUBYRED GARMENT MANUFACTURING SAE

4TH IND ZONE,BLOCK 14,PLOT1-2-13-14

PRIVATE FREE ZONE, BORG AL-ARAB

ALEXANDRIA

Egypt

**FTY MID NO.**      EGRUBGAR1213ALE

| **SEARS** | SJ8552 | YD FLEECE QUAIL | 43 | 43 | 62.880 USD | 2,703.84 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 190099157646 | | | | | |
| **MADE IN** | EGYPT | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |
| **SEARS DIV** | 607 | | | | | |
| **SEARS ITEM/SKU** | 61840/ | | | | | |

STYLE NO WH8LS78415MI
STYLE DESCRIPTION  YD FLEECE ZIP MOCK
STYLE DESCRIPTION  YD FLEECE ZIP MOCK PULLOVER WITH ZIPPER
WITH LONG SLEEVE , NO POCKET, NO ELASTIC
BODY LENGTH  REACHES TO WAIST
COUNTRY OF ORIGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY EGYPT   EGYPT
FABRIC CONTENT - YARN DYED POLAR FLEECE 100 % POLYESTER 280 GSM .
NUMBER OF STITCHES OF PER CM HORIZONTAL  22  & VERTICAL  31
HANGER PACK CODE 3328B WITH COST $ 0.105

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8552 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 3024 |
| **VENDOR ITEM CODE** | WH8LS78415MI | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.**      104893

RUBYRED GARMENT MANUFACTURING SAE

4TH IND ZONE,BLOCK 14,PLOT1-2-13-14

PRIVATE FREE ZONE, BORG AL-ARAB

ALEXANDRIA

Egypt

**FTY MID NO.**      EGRUBGAR1213ALE

# COMMERCIAL INVOICE

Page 4 of 6

**DATE:** September 02, 2018

**INVOICE NO.:** 201821741030

3024
RUBYRED GARMENT MANUFACTURING
SAE
4TH IND ZN, BLK14, PLOTS 1-2-13-14
FREE ZONE, AL AMRYA , BORG AL-ARAB
ALEXANDRIA
Egypt
23512

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt          **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| SEARS | SJ8552 | YD FLEECE QUAIL | 110 | 110 | 55.020 USD | 6,052.20 USD |
|-------|--------|-----------------|-----|-----|-----------|--------------|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| ITEM: | 190099157653 |
| MADE IN | EGYPT |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61840/ |

STYLE NO WH8LS78415MI
STYLE DESCRIPTION  YD FLEECE ZIP MOCK
STYLE DESCRIPTION  YD FLEECE ZIP MOCK PULLOVER WITH ZIPPER
WITH LONG SLEEVE , NO POCKET, NO ELASTIC
BODY LENGTH  REACHES TO WAIST
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY EGYPT   EGYPT
FABRIC CONTENT - YARN DYED POLAR FLEECE 100 % POLYESTER 280 GSM .
NUMBER OF STITCHES OF PER CM HORIZONTAL  22  & VERTICAL  31
HANGER PACK CODE 3328B WITH COST $ 0.105

| | | | |
|---|---|---|---|
| CONTRACT NO. | SJ8552 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 3024 |
| VENDOR ITEM CODE | WH8LS78415MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

**FACTORY NO.** 104893

RUBYRED GARMENT MANUFACTURING SAE

4TH IND ZONE,BLOCK 14,PLOT1-2-13-14

PRIVATE FREE ZONE, BORG AL-ARAB

ALEXANDRIA

Egypt

**FTY MID NO.** EGRUBGAR1213ALE

| SEARS | SJ8552 | YD FLEECE LYON | 43 | 43 | 62.880 USD | 2,703.84 USD |
|-------|--------|----------------|-----|-----|-----------|--------------|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| ITEM: | 190099157703 |
| MADE IN | EGYPT |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61841/ |

STYLE NO WH8LS78415MI
STYLE DESCRIPTION  YD FLEECE ZIP MOCK
STYLE DESCRIPTION  YD FLEECE ZIP MOCK PULLOVER WITH ZIPPER
WITH LONG SLEEVE , NO POCKET, NO ELASTIC
BODY LENGTH  REACHES TO WAIST
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY EGYPT   EGYPT
FABRIC CONTENT - YARN DYED POLAR FLEECE 100 % POLYESTER 280 GSM .
NUMBER OF STITCHES OF PER CM HORIZONTAL  22  & VERTICAL  31
HANGER PACK CODE 3328B WITH COST $ 0.105

| | | | |
|---|---|---|---|
| CONTRACT NO. | SJ8552 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 3024 |
| VENDOR ITEM CODE | WH8LS78415MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

**FACTORY NO.** 104893

# COMMERCIAL INVOICE

DATE: September 02, 2018
INVOICE NO.: 201821741030

3024
RUBYRED GARMENT MANUFACTURING
SAE
4TH IND ZN, BLK14, PLOTS 1-2-13-14
FREE ZONE, AL AMRYA , BORG AL-ARAB
ALEXANDRIA
Egypt
23512

TO:     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 6O179
US

SHIPPED FROM: Damietta, Egypt
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Egypt

RUBYRED GARMENT MANUFACTURING SAE

4TH IND ZONE, BLOCK 14, PLOT1-2-13-14

PRIVATE FREE ZONE, BORG AL-ARAB

ALEXANDRIA

Egypt

FTY MID NO.         EGRUBGAR1213ALE

| SEARS | SJ8552 | YD FLEECE LYON | | 100 | 100 | 55.020 USD | 5,502.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 190099157711 | | | CARTONS | AST | AST | |
| MADE IN | EGYPT | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 61841/ | | | | | | |

STYLE NO WH8LS78415MI
STYLE DESCRIPTION  YD FLEECE ZIP MOCK
STYLE DESCRIPTION  YD FLEECE ZIP MOCK PULLOVER WITH ZIPPER
WITH LONG SLEEVE , NO POCKET, NO ELASTIC
BODY LENGTH  REACHES TO WAIST
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY EGYPT   EGYPT
FABRIC CONTENT - YARN DYED POLAR FLEECE 100 % POLYESTER 280 GSM .
NUMBER OF STITCHES OF PER CM HORIZONTAL  22  & VERTICAL  31
HANGER PACK CODE 3328B WITH COST $ 0.105

| CONTRACT NO. | SJ8552 | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 3024 |
| VENDOR ITEM CODE | WH8LS78415MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.          104893

RUBYRED GARMENT MANUFACTURING SAE

4TH IND ZONE, BLOCK 14, PLOT1-2-13-14

PRIVATE FREE ZONE, BORG AL-ARAB

ALEXANDRIA

Egypt

FTY MID NO.          EGRUBGAR1213ALE

| PAYMENT TERM | Open Acct |
|---|---|
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |
| LC# | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 503 | 503 | ASSORTMENTS | 30,048.78  USD |

TOTAL US DOLLARS THIRTY THOUSAND FORTY-EIGHT DOLLARS AND SEVENTY-EIGHT CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 6 of 6

DATE: September 02, 2018

INVOICE NO.: 201821741030

3024
RUBYRED GARMENT MANUFACTURING
SAE
4TH IND ZN, BLK14, PLOTS 1-2-13-14
FREE ZONE, AL AMRYA , BORG AL-ARAB
ALEXANDRIA

Egypt
23512

**TO:**      SEARS ROEBUCK & CO.

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Damietta, Egypt

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Chambersburg , PA

FOB Egypt

---

**RUBYRED GARMENT MANUFACTURING SAE**

**EMPLOYEE NAME** _____

**EMPLOYEE TITLE** _____