**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------

In re:                                                                                              Chapter 11
                                                                                                             Case No. 18-23538-rdd
SEARS HOLDING CORPORATION, *et al.*                                       Jointly Administered

                        Debtors.

---------------------------------------------------------------

## AFFIDAVIT OF SERVICE

*STATE OF NEW YORK*     )
*COUNTY OF ONONDAGA*  ) *ss.:*

      **DEBORAH S. MILLER**, being duly sworn, deposes and says:

      1.    That she is in the employ of Barclay Damon LLP, attorneys for *Aviation Mall NewCo, LLC, Holyoke Mall Company, L.P., JPMG Manassas Mall Owner LLC, Poughkeepsie Galleria LLC, Salmon Run Shopping Center, L.L.C., S&R Company of West Seneca NewCo LLC, and DGI LS, LLC* in the above-captioned bankruptcy cases.

      2.    That on the 9th day of November, 2018, she electronically filed with the Clerk of the Bankruptcy Court for the Southern District of New York using the CM/ECF system, which sent notification of such filing to all counsel of record the following:

      a.    *Limited Objection of Aviation Mall NewCo LLC, Holyoke Mall Company L.P., JPMG Manassas Mall Owner LLC, Poughkeepsie Galleria LLC, Salmon Run Shopping Center L.L.C., S&R Company of West Seneca NewCo LLC and DGI LS, LLC to the Motion of Debtors for Entry of an Order Authorizing and Establishing Procedures for De Minimis Asset Sales and De Minimis Asset Abandonments* (Dkt. 600)

      b.    *Limited Objection of Aviation Mall NewCo LLC, Holyoke Mall Company L.P., JPMG Manassas Mall Owner LLC, Poughkeepsie Galleria LLC, Salmon Run Shopping Center L.L.C., S&R Company of West Seneca NewCo LLC and DGI LS, LLC to the Debtors' Motion for Authority to (a) Obtain Postpetition Financing, (b) Use Cash Collateral, (c) Grant Certain Protections to Prepetition Secured Parties, and (d) Schedule Second Interim Hearing and Final Hearing (with Respect to the Senior and Junior DIP Financing)* (Dkt. 610)

      c.    *Objection of Aviation Mall NewCo LLC, Holyoke Mall Company L.P., JPMG Manassas Mall Owner LLC, Poughkeepsie Galleria LLC, Salmon Run Shopping Center L.L.C., S&R Company of West Seneca NewCo LLC and DGI LS, LLC to Debtors' Motion for Approval of Global Bidding Procedures* (Dkt. 628)

      3.    That on the 9th day of November, 2018, she served a copy of the documents listed in 2a, 2b, and 2c above upon the parties set forth on the attached **Service List A** via electronic mail by transmitting copies of same to their designated respective email addresses.

      4.      That on the 9th day of November, 2018, she served a copy of the documents listed in 2a, 2b, and 2c above upon the parties set forth on the attached **Service List B** via first class mail by depositing copies of same in a properly addressed, postage paid envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                              */s/Deborah S. Miller*
                                                               DEBORAH S. MILLER

Sworn to before me this
9th day of November, 2018.

*/s/Audrey A. Vrooman*
Notary Public, State of New York
Qual. In Onondaga Cty No. 01VR4762616
Commission Expires July 31, 2022

## Service List A

| NOTICE NAME | EMAIL |
|---|---|
| Ira S. Dizengoff, | idizengoff@akingump.com |
| Philip C. Dublin, | pdublin@akingump.com |
| Abid Qureshi, | aqureshi@akingump.com |
| Sara L. Brauner | sbrauner@akingump.com |
| James J. Vincequerra | James.Vincequerra@alston.com |
| Leib M. Lerner | leib.lerner@alston.com |
| Anthony J. D'Artiglio, Esq. | ajd@ansellgrimm.com |
| Edward E. Neiger, | eneiger@askllp.com |
| Jennifer A. Christian | jchristian@askllp.com |
| David L. Pollack | pollack@ballardspahr.com |
| Dustin P. Branch | branchd@ballardspahr.com |
| Leslie C. Heilman, | heilmanl@ballardspahr.com |
| Matthew G. Summers | summersm@ballardspahr.com |
| Paul E. Harner, | harnerp@ballardspahr.com |
| Alyssa E. Kutner | kutnera@ballardspahr.com |
| Evan T. Miller | emiller@bayardlaw.com |
| Russell W. Mills, | rmills@bellnunnally.com |
| R. Kent Love | klove@bellnunnally.com |
| Lawrence M. Schwab, Thomas M. Gaa | Tgaa@bbslaw.com |
| Jeffrey Rhodes | JRhodes@BlankRome.com |
| Stanley B. Tarr, | Tarr@BlankRome.com |
| Evan J. Zucker | EZucker@BlankRome.com |
| Wanda Borges, Esq., | bankruptcy@borgeslawllc.com |
| Sue L. Chin, Esq. | wborges@borgeslawllc.com |
|  | schin@borgeslawllc.com |
| Anthony M. Rainone | arainone@bracheichler.com |
| Shawn M. Christianson | schristianson@buchalter.com |
| Richard T. Davis | rdavis@cafarocompany.com |
| Joel H. Levitin, | jlevitin@cahill.com |
| Richard A. Stieglitz Jr. | rstieglitz@cahill.com |
| Michael J. Catalfimo, Esq., John R. Canney, IV, Esq. | mcatalfimo@carterconboy.com |
| James Gadsden, Esq. | gadsden@clm.com |
|  | bankruptcy@clm.com |
|  | Dennis.roemlein@bnymellon.com |
| Richard J. McCord, Esq., | rmccord@certilmanbalin.com |
| Robert D. Nosek, Esq. | rnosek@certilmanbalin.com |
| Laura E. Appleby, | appleby@chapman.com |
| Steven Wilamowsky | wilamowsky@chapman.com |
| Beth J. Rotenberg, | brotenberg@csglaw.com |
| Scott A. Zuber | szuber@csglaw.com |
| Kevin J. Simard, | ksimard@choate.com |
| Jonathan D. Marshall | jmarshall@choate.com |
| Hyun Suk Choi, | hchoi@choiandpark.com |
| Chull S. Park | cpark@choiandpark.com |
|  | lkleist@choiandpark.com |
| Miriam R. Stein | mstein@chuhak.com |
| Edward L. Schnitzer | eschnitzer@ckrlaw.com |

| | |
|---|---|
| Duane J. Brescia | duane.brescia@clarkhillstrasburger.com |
| David M. Blau | dblau@clarkhill.com |
| Sean A. O'Neal, | soneal@cgsh.com |
| James L. Bromley, | jbromley@cgsh.com |
| Andrew Weaver | aweaver@cgsh.com |
| Michael A. Smith, Vice President – Corporate Trust | Michael.smith2@computershare.com |
| Karen C. Bifferato, | kbifferato@connollygallagher.com |
| Kelly M. Conlan, | kconlan@connollygallagher.com |
| N. Christopher Griffiths | cgriffiths@connollygallagher.com |
| Marl E. Felger | mfelger@cozen.com |
| Paul H. Zumbro | pzumbro@cravath.com |
| David H. Wander, Esq. | dhw@dhclegal.com |
| Marshall S. Huebner, Esq, | marshall.huebner@davispolk.com |
| Eli J. Vonnegut, Esq. | eli.vonnegut@davispolk.com |
| | sears.service@davispolk.com |
| Erica S. Weisgerber, | mcto@debevoise.com |
| My Chi To | eweisgerber@debevoise.com |
| Matthew Leopold, General Counsel | Leopold.matt@Epa.gov |
| Larry Bercovich | lbercovich@epicor.com |
| Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| Mark E. Wilson | mark.wilson@fisherbroyles.com |
| Patricia B. Fugée | patricia.fugee@fisherbroyles.com |
| Derek L. Wright | dlwright@foley.com |
| Michael Small | msmall@foley.com |
| Paul J. Labov | plabov@foxrothschild.com |
| Thomas M. Horan | thoran@foxrothschild.com |
| Mark E. Hall, | mhall@foxrothschild.com |
| Michael R. Herz | mherz@foxrothschild.com |
| Brad Eric Scheler, | brad.eric.scheler@friedfrank.com |
| Scott B. Luftglass, | scott.luftglass@friedfrank.com |
| Peter B. Siroka | peter.siroka@friedfrank.com |
| Edward M. King | tking@fbtlaw.com |
| Ronald E. Gold | rgold@fbtlaw.com |
| AJ Webb | awebb@fbtlaw.com |
| Phillip A. Martin, | pmartin@fmdlegal.com |
| Laura M. Brymer | lbrymer@fmdlegal.com |
| Gary F. Seitz | gseitz@gsbblaw.com |
| Brett S. Theisen, | btheisen@gibbonslaw.com |
| Natasha M. Songonuga | nsongonuga@gibbonslaw.com |
| Howard A. Cohen | hcohen@gibbonslaw.com |
| Timothy F. Nixon | tnixon@gklaw.com |
| Jonathan L. Flaxer, Esq., | jflaxer@golenbock.com |
| Michael S. Weinstein, Esq. | mweinstein@golenbock.com |
| Barry Z. Bazian | gfox@goodwinlaw.com |
| | bbazian@goodwinlaw.com |
| Douglas B. Rosner | drosner@goulstonstorrs.com |
| Trevor R. Hoffmann | thoffmann@goulstonstorrs.com |
| Frederick Black, Tara B. Annweiler, Marc D. Young | tannweiler@greerherz.com |
| Janine M. Figueiredo, Esq. | jfigueiredo@hahnhessen.com |
| Donna H. Lieberman, Esq. | dlieberman@halperinlaw.net |
| Joia Johnson, Chief Administrative Officer and General | joia.johnson@hanes.com |

| | |
|---|---|
| Counsel | howard.upchurch@hanes.com |
| Kevin Tompsett, Esq. | ktompsett@harrisbeach.com |
| Stephen B. Selbst | sselbst@herrick.com |
| Martin A. Eliopulos, Esq. | elio@higgslaw.com |
| Barbra R. Parlin | barbra.parlin@hklaw.com |
| Brett L. Gross | bgross@HuntonAK.com |
| Lynn H. Butler | lynn.butler@huschblackwell.com |
| Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Judith Elkin | elkinj@mac.com |
| Eric R. Wilson, Esq., | KDWBankruptcyDepartment@KelleyDrye.com |
| Benjamin D. Feder, Esq., | bfeder@kelleydrye.com; |
| T. Charlie Liu, Esq. | cliu@kelleydrye.com |
| Sean C. Southard, | ssouthard@klestadt.com |
| Lauren C. Kiss | lkiss@klestadt.com |
| Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| David S. Gragg | dgragg@langleybanack.com |
| Richard L. Zucker | rzucker@lasserhochman.com |
| Marc A. Zelina | marc.zelina@lw.com |
| Peter M. Gilhuly, | peter.gilhuly@lw.com |
| Ted A. Dillman | ted.dillman@lw.com |
| Gilbert A. Lazarus | gillazarus@gmail.com |
| Kevin S. Neiman | kevin@ksnpc.com |
| Harlan M. Lazarus | hlazarus@lazarusandlazarus.com |
| | harlan.lazarus@gmail.com |
| Ilan Markus | ilan.markus@leclairryan.com |
| Niclas A. Ferland | niclas.ferland@leclairryan.com |
| David G. Aelvoet | sanantonio.bankruptcy@publicans.com |
| Elizabeth Weller | dallas.bankruptcy@publicans.com |
| John P. Dillman | houston_bankruptcy@publicans.com |
| John T. Farnum, Esq. | jfarnum@linowes-law.com |
| Brian A. Raynor, | braynor@lockelord.com |
| Aaron C. Smith, | asmith@lockelord.com |
| David W. Wirt | dwirt@lockelord.com |
| Bruce Buechler | bbuechler@lowenstein.com |
| Lee Gordon, Tara LeDay | tleday@mvbalaw.com |
| Brian S. McGrath, | bmcgrath@mcglinchey.com |
| Kristen D. Romano | kromano@mcglinchey.com |
| Mark J. Chaney, Esq., | mchaney@mcglinchey.com |
| Richard A. Aguilar, Esq., | raguilar@mcglinchey.com |
| Rudy J. Cerone, Esq. | rcerone@mcglinchey.com |
| Steven A. Ginther, Special Assistant Attorney General | sdnyecf@dor.mo.gov |
| Laura McCarthy | laura.mccarthy@morganlewis.com |
| Neil E. Herman | neil.herman@morganlewis.com |
| Stephen M. Miller | smiller@morrisjames.com |
| Curtis S. Miller, | cmiller@mnat.com |
| Joseph C. Barsalona II | jbarsalona@mnat.com |
| Joseph T. Moldovan, Robert K. Dakis | bankruptcy@morrisoncohen.com |
| Deborah M. Perry | dperry@munsch.com |
| Karen Cordry | kcordry@naag.org |
| Jody A. Bedenbaugh | jody.bedenbaugh@nelsonmullins.com |
| Shane G. Ramsey | shane.ramsey@nelsonmullins.com |

| | |
|---|---|
| Howard Seife, Esq., | howard.seife@nortonrosefulbright.com |
| Christy Rivera, Esq. | christy.rivera@nortonrosefulbright.com |
| Rachel R. Obaldo, Assistant Attorney General | rachel.obaldo@oag.texas.gov |
| Paul Schwartzberg, | richard.morrissey@usdoj.gov |
| Richard Morrissey | paul.schwartzberg@usdoj.gov |
| Sean A. O'Keefe | sokeefe@okeefelc.com |
| Lily Wang | lily@pacogarment.com |
| Kiah T. Ford IV | chipford@parkerpoe.com |
| Leslie A. Plaskon, Esq., | leslieplaskon@paulhastings.com |
| Andrew V. Tenzer, Esq., | andrewtenzer@paulhastings.com |
| Shlomo Maza, Esq. | shlomomaza@paulhastings.com |
| Ebony Cobb | ecobb@pbfcm.com |
| Laura J. Monroe | lmbkr@pbfcm.com |
| Owen M. Sonik | osonik@pbfcm.com |
| Douglas J. Pick | dpick@picklaw.net |
| Jonathan A. Grasso | jon@piercemccoy.com |
| Rick A. Steinberg | rsteinberg@pricemeese.com |
| Herb Baer, | searsteam@primeclerk.com |
| Richard M. Allen | serviceqa@primeclerk.com |
| Gerald P. Kennedy | gerald.kennedy@procopio.com |
| Robert L. Pryor | rlp@pryormandelup.com |
| Charles J. Filardi, Jr. | cfilardi@rrlawpc.com |
| Guy A. Reiss, | greiss@reisspreuss.com |
| Erik Tikkanen | etikkanen@reisspreuss.com |
| Robert E. Michael, | Robert.e.michael.esq@gmail.com |
| Aaron Hume | Aron.hume@gmail.com |
| Fred B. Ringel, Esq. | fbr@robinsonbrog.com |
| Gregg M. Galardi, | gregg.galardi@ropesgray.com |
| Kimberly J. Kodis, | kimberly.kodis@ropesgray.com |
| Sam N. Ashuraey | sam.ashuraey@ropesgray.com |
| James M. Wilton, | james.wilton@ropesgray.com |
| Patricia I. Chen | patricia.chen@ropesgray.com |
| Sanford P. Rosen, Esq. | srosen@rosenpc.com |
| Steven W. Kelly | skelly@s-d.com |
| Robert A. Abiuso, | mmccann@swc-law.com |
| Matthew C. McCann | rabiuso@swc-law.com |
| Jay Weinblatt | jweinblatt@sakar.com |
| Christopher R. Belmonte, | cbelmonte@ssbb.com |
| Abigail Snow, | asnow@ssbb.com |
| Pamela Bosswick | pbosswick@ssbb.com |
| Dipesh Patel | dipesh.patel@saul.com |
| Phillip M. Hudson III, | phil.hudson@saul.com |
| Carmen Contreras-Martinez | carmen.contreras-martinez@saul.com |
| Secretary of the Treasury | secbankruptcy@sec.gov |
| | NYROBankruptcy@sec.gov |
| Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| Edward M. Fox | emfox@seyfarth.com |
| Fredric Sosnick, | fsosnick@shearman.com |
| Sara Coelho | sara.coelho@shearman.com |
| Alan M. Feld, Esq., | afeld@sheppardmullin.com |

| | |
|---|---|
| Ted Cohen, Esq. | tcohen@sheppardmullin.com |
| Ryan C. Reinert, Esq. | rreinert@shutts.com |
| Ronald M. Tucker, Esq. | rtucker@simon.com |
| Michelle E. Shriro | mshriro@singerlevick.com |
| Paul Leake, Esq., | paul.leake@skadden.com |
| Shana Elberg, Esq., | shana.elberg@skadden.com |
| George R. Howard, Esq. | george.howard@skadden.com |
| Paul Leake, Esq., | Paul.Leake@skadden.com |
| Shana Elberg, Esq., | Shana.Elberg@skadden.com |
| George R. Howard, Esq. | George.Howard@skadden.com |
| Doug Skierski, Kristin H. Jain | enotices@skijain.com |
| Lei Lei Wang Ekvall, Philip E. Strok | pstrok@swelawfirm.com |
| James E. Sorenson | bk@svllaw.com |
| Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| Thomas S. Onder, | tonder@stark-stark.com |
| Joseph H. Lemkin | jlemkin@stark-stark.com |
| Constantine D. Pourakis | cp@stevenslee.com |
| Sabrina L. Streusand | streusand@slollp.com |
| Andrew G. Dietderich, | dietdericha@sullcrom.com |
| Brian D. Glueckstein, David R. Zylberberg | zylberbergd@sullcrom.com |
| Michael J. Riela | Riela@thsh.com |
| Andrew S. Conway | aconway@taubman.com |
| Judith Starr, | Starr.Judith@pbgc.gov |
| Kartar S. Khalsa, | mccarron.william@pbgc.gov |
| William McCarron, Jr., & Adi Berger, Director | efile@pbgc.gov |
| Curtis L. Tuggle | Curtis.Tuggle@ThompsonHine.com |
| Power Wang | powerwangtxks@vip.126.com |
| Herbert H. Slatery III, Marvin E. Clements, Jr. | AGBankNewYork@ag.tn.gov |
| Jose A Galarza, Vice President, Global Structured Finance | jose.galarza@usbank.com |
| Bankruptcy Division | David.Jones6@usdoj.gov |
| | Jeffrey.Oestericher@usdoj.gov |
| | Joseph.Cordaro@usdoj.gov |
| | Carina.Schoenberger@usdoj.gov |
| | Lawrence.Fogelman@usdoj.gov |
| | Peter.Aronoff@usdoj.gov |
| | Linda.Riffkin@usdoj.gov |
| Kevin J. Etzel | ketzel@vedderprice.com |
| Michael L. Schein | mschein@vedderprice.com |
| Thomas W. Waldrep, Jr. | notice@waldrepllp.com |
| Gordon J. Toering | gtoering@wnj.com |
| Ray C. Schrock, P.C., | ray.schrock@weil.com |
| Jacqueline Marcus, | garrett.fail@weil.com |
| Garrett A. Fail, | jacqueline.marcus@weil.com |
| Sunny Singh | sunny.singh@weil.com |
| | JeriLeigh.Miller@weil.com |
| | jessica.liou@weil.com |
| | Paloma.VanGroll@weil.com |
| Michael D. Brofman, Esq. | mbrofman@weisszarett.com |
| Stephen B. Gerald | sgerald@wtplaw.com |
| Amy M. Williams | awilliams@williamsadvisors.com |
| Alan J. Lipkin, | alipkin@willkie.com |

| | |
|---|---|
| Gabriel Brunswick | gbrunswick@willkie.com |
| Steven Cimalore, Vice President | scimalore@wilmingtontrust.com |
| Simon Aron | saron@wrslawyers.com |
| Mary L. Fullington | mfullington@wyattfirm.com |

## Service List B

United States Bankruptcy Court for
the Southern District of New York
Honorable Judge Robert D. Drain
300 Quarropas Street, Room 248
White Plains, New York 10601

Office of the United States Trustee for
Region 2
U.S. Federal Office Building
Attn: Paul Schwartzberg, Esq.
201 Varick Street, Room 1006
New York, New York 10014

Brookfield Property REIT Inc.
Attn: Kristen N. Pate
350 N. Orleans St., Suite 300
Chicago, IL 60654-1607

Linebarger Goggan Blair & Sampson, LLP
Attn: Diane Wade Sanders
PO Box 17428
Austin, TX 78760

Sears Holding Corporation
Attn: Stephen Sitley Esq., Luke J.
Valentino, Esq.
3333 Beverly Road
Hoffman Estates, IL 60179

The Bank of New York Mellon Trust
Company
Attn: Corporate Trust Administration
101 Barclay St., Floor 8W
New York, NY 10286

Travis County Attorney
Attn: David Escamilla
PO Box 1748
Austin, TX 78767

Wilmington Trust, National Association
Attn: Sears Holdings Corp. Administrator
Corporate Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

Wilmorite Management Group LLC
Attn: Donald C. Cowan, Jr.
1265 Scottsville Road
Rochester, NY 14624