Peter M. Gilhuly, Esq.
Jeffrey E. Bjork, Esq.
Ted A. Dillman, Esq.
355 South Grand Ave, Ste. 100
Los Angeles, CA  90071-1560
and
Marc A. Zelina, Esq.
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Tel:    (212) 906-1200
Fax:    (212) 751-4864

*Attorneys for Simon Property Group, L.P.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| **SEARS HOLDINGS CORPORATION.,** *et al.,* | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**<u>AFFIDAVIT OF SERVICE</u>**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

The Debtors also include SHC Licensed Business LLC (3718), filed as Case No. 18-23616 and SHC Promotions LLC (9626), filed as Case No. 18-23630 (the "**Additional Debtors**"). The Additional Debtors each filed a motion in their respective chapter 11 cases requesting joint administration with the Debtors for procedural purposes only pursuant to Rule 1015(b) of the Bankruptcy Rules.

1. I, Elizabeth Arnold, am not a party to this action, am over 18 years of age and am employed by the law firm of LATHAM & WATKINS LLP, 330 N. Wabash Ave., Ste. 2800, Chicago, IL 60611.

2. On November 9, 2018, I caused true and correct copies of the 1) Limited Objection and Reservation of Rights of Simon Property Group, L.P. to the Debtors' Motion for Approval of Bidding Procedures (Docket No. 627); and 2) Limited Objection and Reservation of Rights of Simon Property Group, L.P. to the Debtors' Motion for Approval of Debtor-In-Possession Financing (Docket No. 608) to be served upon the parties identified in Exhibit A via Federal Express. Additionally, I caused the above referenced documents to be served electronically on notice parties via the Court's Case Management/Electronic Case Filing (CM/ECF) system.

Dated: November 9, 2018

_____
Elizabeth Arnold

Sworn to before me this 9th
Day of November 2018.

_____
Notary Public
My commission expires: 11/9/18

LISA OGARA
Official Seal
Notary Public - State of Illinois
My Commission Expires Jul 17, 2022

**SERVICE LIST**

| | |
|---|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Court<br>Southern District of New York<br>300 Quarropas Street, Room 248<br>White Plains, NY 10601 | Cleary, Gottlieb<br>Attn: Sean A. O'Neal, Esq.<br>One Liberty Plaza<br>New York, NY 1006<br>*Attorneys for JPP, LLC* |
| Sears Holdings Corporation<br>3333 Beverly Road<br>Hoffman Estates, IL 60179<br>Attn: Stephen Sitley Esq.,<br>and Luke J. Valentino, Esq.<br>*Debtors* | Kelley Drye & Warren LLP<br>Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq. and T. Charlie Liu, Esq.<br>101 Park Ave.<br>New York, NY 10178<br>*Attorneys for Computershare Trust Comp.* |
| Weil, Gotshal & Manges LLP<br>Attn: Ray C. Schrock, Esq., Jacqueline Marcus, Esq., Garrett A. Fail, Esq. and Sunny Singh, Esq.<br>767 Fifth Avenue<br>New York, NY 10153<br>*Proposed Attorneys for the Debtors* | Wilmington Trust, National Association, Corporate Capital Markets<br>Attn: Sears Holdings Corp. Administrator<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN 55402<br>*Trustee for Second Lien Notes* |
| Office of the U.S. Trustee<br>Attn: Paul Schwartzsberg,<br>Esq. 201 Varick Street, Suite<br>1006 New York, NY 10014 | Carter Ledyard & Millburn LLP<br>Attn: James Gadsden, Esq.<br>2 Wall Street<br>New York, NY 10015<br>*Attorneys for The Bank of New York Mellon Trust Company* |
| Skadden, Arps, Slate Meagher & Flom LLP<br>Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq. and George R. Howard, Esq.<br>4 Times Square<br>New York, NY 10036<br>*Attorneys for Bank of America, N.A.* | Locke Lord LLP<br>Attn: Brian A. Raynor, Esq.<br>111 South Wacker Drive<br>Chicago, IL 60606<br>*Attorneys for Pension Benefit Guaranty Corporation* |
| Davis Polk & Wardell LLP<br>Attn: Marshall S. Huebner, Esq. and Eli J. Vonnegut, Esq.<br>450 Lexington Ave.<br>New York, NY 10017<br>*Attorneys for Citibank, N.A.* | |