## CERTIFICATE OF SERVICE

I, Paul E. Harner, Esquire, do hereby certify that, on this 9th day of November 2018, I caused a true and correct copy of the foregoing *Limited Objection of Federal Realty Investment Trust, Acadia Realty Limited Partnership, PGIM Real Estate, Pacific Retail Group, WBCMT 2007-C33 Independence Center LLC, Starwood Retail Partners LLC, Kravco Company, Brixmor Operating Partnership, L.P., Weitzman, Helios IV, LLC, Passco Hanford Mall, LLC, Centennial Real Estate Co., C. E. Johns Company, Inc., Gem Realty Capital, Inc., GS Pacific ER, LLC, The Macerich Company, Vintage Real Estate, LLC, White Plains Galleria Limited Partnership, C.J. Segerstrom & Sons, Heidenberg Properties, S-Tract LLC, and FBA Holdings, Inc to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing and to Use Cash Collateral, (II) Granting Adequate Protection to Pre-Petition Lenders, (III) Scheduling a Final Hearing and (IV) Granting Related Relief* to be served (i) via the Court's CM/ECF system upon all parties requesting electronic notice of all filings in this case; and (ii) the following parties on the attached service list in the manner indicated.

Dated: November 9, 2018

/s/ *Paul E. Harner*
Paul E. Harner
BALLARD SPAHR LLP

| | |
|---|---|
| Debtors<br>Sears Holding Corporation<br>333 Beverly Road<br>Hoffman Estates, IL 60179<br>Attn: Stephen Sitley, Esq.<br>Luke J. Valentino, Esq.<br>**First-Class Mail** | Honorable Robert D. Drain<br>United States Bankruptcy Court<br>  for the Southern District of New York<br>300 Quarropas Street, Room 248<br>White Plains, NY 10601<br>**Overnight Mail** |
| Weil, Gotshal & Manges LLP<br>767 Firth Avenue<br>New York, NY 10153<br>Attn: Ray C. Schrock, P.C.<br>Jacqueline Marcus, Esq.<br>Garret A. Fail, Esq.<br>Sunny Singh, Esq.<br>**First-Class Mail** | Office of the United States Trustee<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br>Attn: Paul Schwartzberg, Esq.<br>Richard Morrissey, Esq.<br>**First-Class Mail** |
| Skadden Arps Slate Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036<br>Attn: Paul D. Leake, Esq.<br>Shana A. Elberg, Esq.<br>George R. Howard, Esq.<br>**First-Class Mail** | Davis Polk & Wardell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Marshall S. Huebner, Esq.<br>Eli J. Vonnegut, Esq.<br>**First-Class Mail** |
| Cleary Gottlieb<br>One Liberty Plaza<br>New York, NY 10178<br>Attn: Eric R. Wilson, Esq.<br>Benjamin D. Feder, Esq.<br>T. Charlie Liu, Esq.<br>**First-Class Mail** | Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>Attn: Eric R. Wilson, Esq.<br>Benjamin D. Feder, Esq.<br>T. Charlie Liu, Esq.<br>**First-Class Mail** |
| Wilmington Trust, National Association<br>Corporate Capital Markets<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN 55402<br>Attn: Sears Holdings Corp Administrator<br>**First-Class Mail** | Seyfarth Shaw LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>Attn: Edward M. Fox, Esq.<br>**First-Class Mail** |
| Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10015<br>Attn: James Gadsden, Esq.<br>**First-Class Mail** | Locke Lord LLP<br>111 South Wacker Driver<br>Chicago, IL 60606<br>Attn: Brian A. Raynor, Esq.<br>**First-Class Mail** |

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Attn: Ira S. Dizengoff, Esq.
Philip C. Dublin, Esq.
Aid Qureshi, Esq.
Joseph L. Sorkin, Esq.
**First-Class Mail**