GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
Tel:   (617) 482-1776
Fax:   (617) 574-4112
Douglas B. Rosner, Esq.

885 Third Avenue, 18th Floor
New York, New York 10022
Tel:   (212) 878-6900
Fax:   (212) 878-6911
Trevor R. Hoffmann, Esq.

*Counsel to Cape Town Plaza LLC,
New Westgate Mall LLC, STAG IV
Cheektowaga, LLC, OND Property, LLC,
R.K. Hooksett, LLC and R.K. Associates #5, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Joint Administration Pending) |

**JOINDER OF CAPE TOWN PLAZA LLC,
NEW WESTGATE MALL LLC, STAG IV CHEEKTOWAGO, LLC,
OND PROPERTY, LLC, R.K. HOOKSETT, LLC AND
R.K. ASSOCIATES #5, INC. TO LANDLORD OBJECTIONS TO
DEBTORS' MOTION FOR APPROVAL OF GLOBAL BIDDING PROCEDURES**

Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, OND Property, LLC, R.K. Hooksett, LLC and R.K. Associates #5, Inc. (collectively, the "Landlords"), hereby submit this joinder (the "Joinder") to *Objection of Greensboro Lease Management, L.L.C. to the Debtors' Motion for Approval of Global Bidding Procedures [Doc. Id. 542]* and *Objection of Benderson Development Company LLC, Brookfield Properties Retail Group, Gregory Greenfield & Associates, Ltd., LBA Realty LLC, Nassimi Realty LLC, Radiant*

*Partners LLC, Realty Income Corp., Regency Centers Corp., Shopcore Properties, L.P., Site Centers Corp., Sun Valley, Ltd., TLM Realty Corp., and Weingarten Realty Investors to Debtors' Motion for Approval of Global Bidding Procedures [Doc. Id. 617]* (the "Objections"), whereby certain landlords object to the *Debtors' Motion for Approval of Global Bidding Procedures* [D.N. 429] (the "Motion").

## BACKGROUND

1.  On October 15, 2018 (the "Petition Date"), the Debtors filed their petitions for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Debtors are operating their business and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.  The Landlords are (i) Cape Town Plaza LLC, landlord of the Kmart store located at Cape Town Plaza, Hyannis, Massachusetts; (ii) New Westgate Mall LLC, landlord of the Sears store located at Westgate Mall, Brockton, Massachusetts; (iii) STAG IV Cheektowaga, LLC, landlord of the Sears distribution facility located at 60 Industrial Parkway, Cheektowaga, New York; (iv) OND Property, LLC, landlord of the Sears office space located at One North Dearborn, Chicago, Illinois; (v) R.K. Hooksett, LLC, landlord of the Kmart store located at 1265-1271 Hooksett Road, Hooksett, New Hampshire; (vi) R.K. Associates #5, Inc., landlord of the Sears store located at 901 N. Federal Highway, Ft. Lauderdale, Florida; and (vii) R.K. Associates #5, Inc., landlord of the Sears store located at 3655 SW 22nd Street, Miami, FL. For the purposes of this Joinder, the leases for the above-referenced premises are defined, collectively, as the "Leases".

3. All of the Leases other than the one in Cheektowaga, New York and Chicago, Illinois are leases of real property located within a "shopping center" within the meaning of Bankruptcy Code section 365(b)(3).

## JOINDER

4. By the Motion, the Debtors seek the Court's approval of procedures to govern the marketing, auction, and sale of certain of their assets, including a going concern sale of approximately 400 stores in the Debtors' portfolio. The Motion contemplates a compressed timeline which will deprive landlords of sufficient time to evaluate, negotiate and, if necessary, object to, cure costs and adequate assurance proposed by unknown bidders with unspecified plans for the use of unspecified leased premises. These concerns are heightened in the shopping center context, where tenant mix, radius, location, use and exclusivity provisions must be carefully considered. The Landlords require a commercially reasonable amount of time to review, analyze and respond to the proposed sale and/or assumption and assignment of their Leases. The Landlords hereby join in the Objections, as well as the objections filed by other landlords and parties-in-interest to the extent they are not inconsistent with the Objections and this Joinder.

## RESERVATION OF RIGHTS

5. The Landlords expressly reserve any and all rights to supplement or amend this Joinder and make any other objections to further relief sought by the Debtors, including in relation to any proposed rejection, assumption, assumption and assignment, or sale of any of the Leases.

4827-0722-1626

## CONCLUSION

WHEREFORE, the Landlords respectfully request that this Court enter an order: (a) sustaining the Objections and this Joinder; (b) modifying the relief request by the Debtors to address the issues raised; and (c) granting the Landlords such other and further relief as this Court deems just and appropriate under the circumstances.

Dated: November 9, 2018

/s/ Douglas B. Rosner
Douglas B. Rosner, Esq.
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, MA  02110-3333
Tel:  (617) 482-1776
drosner@goulstonstorrs.com

Trevor R. Hoffmann
GOULSTON & STORRS PC
885 Third Avenue, 18th Floor
New York, New York 10022
Tel:    (212) 878-6900
Fax:    (212) 878-6911
thoffman@goulstonstorrs.com

*Counsel to Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, OND Property, LLC, R.K. Hooksett, LLC and R.K. Associates #5, Inc.*

4827-0722-1626

GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, Massachusetts  02110-3333
Tel:    (617) 482-1776
Fax:    (617) 574-4112
Douglas B. Rosner, Esq.

885 Third Avenue, 18th Floor
New York, New York 10022
Tel:    (212) 878-6900
Fax:    (212) 878-6911
Trevor R. Hoffmann, Esq.

*Counsel to Cape Town Plaza LLC, New Westgate Mall LLC,*
*STAG IV Cheektowaga, LLC, OND Property, LLC,*
*R.K. Hooksett, LLC and R.K. Associates #5, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Joint Administration Pending) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2018, I caused a copy of the foregoing pleading to be served via (i) overnight delivery to Chambers of the Honorable Judge Robert D. Drain, the United States Trustee's Office and the Debtors and (ii) electronic means via email or the Court's ECF system to all parties on the attached service list.

/s/ Douglas B. Rosner
Douglas B. Rosner, Esq.
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, MA  02110-3333
Tel:  (617) 482-1776
drosner@goulstonstorrs.com

4827-0722-1626

## Service List

Brandon K. Bains on behalf of Interested Party Liberty Mutual Insurance Company
bbains@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com

Michael I. Baird on behalf of Creditor Pension Benefit Guaranty Corporation
baird.michael@pbgc.gov, efile@pbgc.gov

Kay Diebel Brock on behalf of Creditor Travis County
bkecf@co.travis.tx.us

James L. Bromley on behalf of Creditor ESL Investments, Inc.
maofiling@cgsh.com, jbromley@cgsh.com

Eboney Cobb on behalf of Creditor Carrollton-Farmers Branch ISD
ecobb@pbfcm.com

Andrew S. Conway on behalf of Creditor Taubman Landlords
aconway@taubman.com

Kelly Rose Cusick on behalf of Creditor Pension Benefit Guaranty Corporation
cusick.kelly@pbgc.gov, efile@pbgc.gov

Andrew G. Dietderich on behalf of Creditor Fairholme Capital Management, LLC and Fairholme Funds, Inc.
dietdericha@sullcrom.com, s&cmanagingclerk@sullcrom.com;andrew-dietderich-6008@ecf.pacerpro.com;MAASSE@SULLCROM.COM;BAKERR@SULLCROM.COM

Rachel E. Edwards on behalf of Interested Party Liberty Mutual Insurance Company
redwards@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com

Gregory W. Fox on behalf of Creditor Waste Management National Services, Inc. and its affiliates
gfox@goodwinprocter.com

Steven A. Ginther on behalf of Creditor Missouri department of revenue
sdnyecf@dor.mo.gov

Ronald Eric Gold on behalf of Creditor Washington Prime Group Inc.
rgold@fbtlaw.com, awebb@fbtlaw.com;bmparker@fbtlaw.com;eseverini@fbtlaw.com

Eric R Goodman on behalf of Creditor American Greetings Corporation
egoodman@bakerlaw.com

Alan H Katz on behalf of Creditor Pension Benefit Guaranty Corporation
akatz@lockelord.com

1

Erin C. Kim on behalf of Creditor Pension Benefit Guaranty Corporation
kim.erin@pbgc.gov, efile@pbgc.gov

Jeffrey Kurtzman on behalf of Creditor BET Investments
jkurtzma@klehr.com

Keith A Langley on behalf of Interested Party Liberty Mutual Insurance Company
klangley@l-llp.com, ehyman@l-llp.com;pgentry@l-llp.com

Paul D. Leake on behalf of Interested Party Bank of America, N.A.
wendy.lamanna@skadden.com;andrea.chouprouta@skadden.com

Joseph H. Lemkin on behalf of Creditor Levin Management Corporation
jlemkin@stark-stark.com

Jacqueline Marcus on behalf of Debtor Sears Holdings Corporation
jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Ilan Markus on behalf of Creditor Benenson Capital Partners, LLC and Brooks Shopping Centers, LLC
ilan.markus@leclairryan.com, kim.knicely@leclairryan.com;wendy.kane@leclairryan.com

Sean A. O'Neal on behalf of Creditor ESL Investments, Inc.
soneal@cgsh.com, maofiling@cgsh.com

Thomas S. Onder on behalf of Creditor Levin Management Corporation
tonder@stark-stark.com

Kristen N. Pate on behalf of Creditor Brookfield Property REIT Inc.
bk@brookfieldpropertiesretail.com

David L. Pollack on behalf of Creditor Brixmor Property Group, Inc.
pollack@ballardspahr.com

Ray C Schrock on behalf of Debtor Sears Holdings Corporation
ray.schrock@weil.com, matthew.goren@weil.com;christopher.stauble@weil.com

Gary F Seitz on behalf of Creditor Yang Ming (America) Corp.
gseitz@gsbblaw.com, gary.seitz@gmail.com

Owen M. Sonik on behalf of Creditor Spring Branch Independent School District, et al.
osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com

-2-

4827-0722-1626

Richard A. Stieglitz, Jr. on behalf of Creditor SHLD Lendco, LLC
RStieglitz@cahill.com, MMcLoughlin@cahill.com;ma@cahill.com

Sabrina L. Streusand on behalf of Creditor Dell Financial Services L.L.C.
streusand@slollp.com, prentice@slollp.com

Ronald M. Tucker on behalf of Unknown Simon Property Group, L.P.
rtucker@simon.com, bankruptcy@simon.com

United States Trustee
USTPRegion02.NYECF@USDOJ.GOV

Andrew W. Weaver on behalf of Creditor ESL Investments, Inc.
aweaver@cgsh.com, maofiling@cgsh.com

Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Garth D. Wilson on behalf of Creditor Pension Benefit Guaranty Corporation
wilson.garth@pbgc.gov, efile@pbgc.gov

Marc A. Zelina on behalf of Unknown Simon Property Group, L.P.
marc.zelina@lw.com