Ronald E. Gold, Esq.
(Admitted *pro hac vice*)
A.J. Webb, Esq.
(*Pro hac vice* admission pending)
**FROST BROWN TODD LLC**
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 651-6800
Facsimile:  (513) 651-6981
Email: rgold@fbtlaw.com
      awebb@fbtlaw.com

-and-

Seth Van Aalten, Esq.
Sarah Carnes, Esq.
**COOLEY LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 479-6000
Facsimile:  (212) 479-6275
Email: svanaalten@cooley.com
      scarnes@cooley.com

*Counsel for Washington Prime Group Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | **CASE NO. 18-23538-RDD** |
| Debtors. | **(Jointly Administered)** |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Adam J. (A.J.) Webb, Esq., request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Washington Prime Group Inc., a creditor in the above-referenced case.

I certify that I am a member in good standing of the bar in State of Ohio and the bars of the United States District Court for the Southern District of Ohio, the United States District Court for the Northern District of Ohio, the United States District Court for the Southern District of Indiana, and the United States District Court for the Northern District of Indiana.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: November 12, 2018         Respectfully submitted,
    Cincinnati, Ohio

**FROST BROWN TODD LLC**

*/s/ A.J. Webb*
Ronald E. Gold, Esq.
(Admitted *pro hac vice*)
A.J. Webb, Esq.
Ohio Bar No. 0093655
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 651-6800
Facsimile: (513) 651-6981
Email: rgold@fbtlaw.com
        awebb@fbtlaw.com

-and-

Seth Van Aalten, Esq.
Sarah Carnes, Esq.
**COOLEY LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: svanaalten@cooley.com
        scarnes@cooley.com

*Counsel for Washington Prime Group Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on November 12, 2018 upon all parties receiving CM/ECF noticing.

>*/s/ A.J. Webb*
> A.J. Webb, Esq.

0028924.0656025   4838-7632-9082v1