**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.***,** | CASE NO. 18-23538-RDD |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of A.J. Webb, Esq., to be admitted, *pro hac vice*, to represent Washington Prime Group Inc. (the "Client"), a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and the bars of the United States District Court for the Southern District of Ohio, the United States District Court for the Northern District of Ohio, the United States District Court for the Southern District of Indiana, and the United States District Court for the Northern District of Indiana, it is hereby

**ORDERED**, that A.J. Webb, Esq. is permitted to practice, *pro hac vice*, in the above-referenced case to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: November ___, 2018  /s/ _____
White Plains, New York    UNITED STATES BANKRUPTCY JUDGE