**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                    :
                                                         :        **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.*,                :
                                                         :        **Case No. 18-23538 (RDD)**
                                                         :
            Debtors.[1]                                  :        **(Jointly Administered)**
------------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Jordan, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 7, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Motion of Debtors for Authority to (I) Maintain Certain Trust Fund Programs, (II) Release Certain Funds Held in Trust, and (III) Continue to Perform and Honor Related Obligations [Docket No. 15]

- Order Authorizing the Debtors to (I) Maintain Certain Trust Fund Programs, (II) Release Certain Funds Held in Trust, and (III) Continue to Perform and Honor Related Obligations [Docket No. 167]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

On November 7, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit B**:

- Motion of Debtors for Authority to Pay Certain Prepetition Taxes and Fees [Docket No. 19]

- Interim Order Authorizing Debtors to Pay Certain Prepetition Taxes and Fees [Docket No. 116]

- Notice of Omnibus Hearing on November 15, 2018 at 10:00 a.m. (Eastern Time) [Docket No. 250] (the "*Notice of Omnibus Hearing*")

On November 7, 2018, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Omnibus Hearing to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit C**.

Dated: November 12, 2018

_____
Stephanie Jordan

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 12, 2018, by Stephanie Jordan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

MARK M BROWN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02BR6305738
Qualified in New York County
My Commission Expires June 09, 2018 22

**Exhibit A**

Exhibit A
Supplemental Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| Coviello, Gucciardo, Egan, Mark | Coviello Services, LLC | 23 Malcolm St. | Suite 2 | Morristown | NJ | 07960-4268 |
| Miller, Cameron | SeaTac Garage Solutions, LLC | 5 Wallace Road | | Summit | NJ | 07901-1610 |

**<u>Exhibit B</u>**

Exhibit B

Supplemental Service List

Served via First Class Mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|
| MESA COUNTY TREASURER | PO BOX 20000 | GRAND JCT | CO | 81502-5001 |
| MUNISERVICES LLC | 373 EAST SHAW AVENUE #367 | FRESNO | CA | 93710 |
| TOWN OF FRANKLIN | PO BOX 1479 | FRANKLIN | NC | 28744-1479 |
| VILLAGE OF CALEDONIA | 5043 CHESTER LN | RACINE | WI | 53402-2414 |

**Exhibit C**

# Exhibit C

Supplemental Service List

Served via First Class Mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|
| Mesa County Treasurer | PO Box 20000 | Grand Jct | CO | 81502-5001 |
| The Town Of Kiawah Island | 4475 Betsy Kerrison Pkwy | Johns Island | SC | 29455-7126 |