WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                        :
In re                                   :        **Chapter 11**
                                        :
**SEARS HOLDINGS CORPORATION**, *et al.*, :      **Case No. 18-23538 (RDD)**
                                        :
            Debtors.[1]                 :        **(Jointly Administered)**
                                        :
---------------------------------------------------------------x

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**CERTIFICATE OF NO OBJECTION
REGARDING MOTION OF DEBTORS FOR AUTHORIZATION
TO (I) CONTINUE, MAINTAIN, AND RENEW THEIR INSURANCE
POLICIES AND WORKERS' COMPENSATION PROGRAMS; (II) HONOR ALL
OBLIGATIONS RESPECT THERETO; AND (III) MODIFY THE AUTOMATIC
STAY WITH RESPECT TO THE WORKERS' COMPENSATION PROGRAMS**

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746 and Rule 9075-2 of the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), the undersigned hereby certifies as follows:

1.      Beginning on October 15, 2018 (the "**Commencement Date**") and continuing thereafter, each of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code.  On October 15, 2018, the Debtors filed the *Motion of Debtors For Authorization to (I) Continue, Maintain, and Renew Their Insurance Policies and Workers' Compensation Programs; (II) Honor All Obligations with Respect Thereto; and (III) Modify the Automatic Stay with Respect to the Workers' Compensation Programs* (ECF No. 17) (the "**Motion**").

2.      On October 16, 2018, the Court entered an order granting the relief requested in the Motion on an interim basis (ECF No. 141) (the "**Interim Order**").

3.      The Debtors served the Motion and Interim Order as reflected in the affidavits of service filed at ECF Nos. 261 and 342.

4.      The Interim Order established a deadline (the "**Objection Deadline**") for parties to object or file responses to the Motion of November 8, 2018 at 4:00 p.m. (prevailing Eastern Time).  The Objection Deadline was extended for certain parties in interest.  The

*Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**") provides that a motion or application may be granted without a hearing, provided that no objections or other responsive pleadings have been filed after the passage of the Objection Deadline and the attorney for the entity who filed the pleadings complies with the terms of the Amended Case Management Order.

5.      The Objection Deadline has passed and, to the best of my knowledge, no objection, responsive pleading, or request for a hearing with respect to the Motion has been (a) filed with the Court on the docket of the above-captioned case or (b) served on counsel to the Debtors.

6.      Accordingly, the Debtors respectfully request that the proposed order granting the relief requested in the Motion on a final basis, annexed hereto as **<u>Exhibit A</u>** (the "**Proposed Final Order**"), be entered in accordance with the Amended Case Management Order.  The Proposed Final Order reflects comments received from the Creditors' Committee, the DIP Lenders, and Chubb (as defined in the Proposed Final Order).  A redline of the Proposed Final Order marked against the Interim Order entered by the Court is annexed hereto as **<u>Exhibit B</u>**.

[remainder of page left intentionally blank]

I declare that the foregoing is true and correct.

Dated: November 12, 2018
       New York, New York

/s/ Sunny Singh_____

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

## Exhibit A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

In re                                                    :

                                                         :          **Chapter 11**

**SEARS HOLDINGS CORPORATION,** *et al.*,                 :

                                                         :          **Case No. 18-23538 (RDD)**

                                                         :

          Debtors.[1]                                    :          **(Jointly Administered)**

-------------------------------------------------------------------x

### FINAL ORDER AUTHORIZING DEBTORS TO
### (I) CONTINUE, MAINTAIN, AND RENEW THEIR INSURANCE POLICIES AND
### WORKERS' COMPENSATION PROGRAMS; (II) HONOR ALL OBLIGATIONS
### WITH RESPECT THERETO; AND (III) MODIFY THE AUTOMATIC
### STAY WITH RESPECT TO THE WORKERS' COMPENSATION PROGRAMS

Upon the motion (the "**Motion**")[2] of Sears Holdings Corporation and its debtor

affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases

(collectively, the "**Debtors**"), pursuant to sections 105(a) and 363(b) of title 11 of the United States

Code (the "**Bankruptcy Code**"), for an order authorizing but not directing the Debtors to (i)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

continue, maintain, and renew their Insurance Policies and Workers' Compensation Programs,
including the Debtors' Premium Financing Agreements; (ii) honor their Insurance Obligations and
Workers' Compensation Obligations in the ordinary course of business during the administration
of these chapter 11 cases; (iii) pay any prepetition Insurance Obligations and Workers'
Compensation Obligations; (iv) modify the automatic stay if necessary to permit the Debtors'
employees to proceed with any claims they may have under the Workers' Compensation Program;
and (v) grant related relief all as more fully set forth in the Motion; and the Court having
jurisdiction to decide the Motion and the relief, requested therein pursuant to 28 U.S.C. §§ 157(a)-
(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012
(Preska, C.J.); and consideration of the Motion and the requested relief being a core proceeding
pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§
1408 and 1409; and due and proper notice of the relief sought in the Motion and the Final Hearing
(defined below) having been provided in accordance with the Amended Case Management Order
and as set forth in the affidavit of service filed with respect thereto (ECF No. 58), such notice
having been adequate and appropriate under the circumstances, and it appearing that no other or
further notice need be provided of the relief granted herein; and the Court having held a hearing
on October 15, 2018 to consider the relief requested in the Motion on an interim basis (the
"**Interim Hearing**"); and the Court having entered an order granting the relief requested in the
motion on an interim basis (ECF No. 141) (the "**Interim Order**") and scheduling a final hearing
on the Motion on November 15, 2018 (the "**Final Hearing**"); and the Final Hearing having been
held to consider the relief requested in the Motion on a final basis; and upon the record of and
representations made at the Interim Hearing and the Final Hearing; and the Court having
determined that the legal and factual bases set forth in the Motion establish just cause for the relief

WEIL:\96796722\1\73217.0004

granted herein; and it appearing that the relief requested provides a net benefit to the Debtors and their estates after taking into account the Bankruptcy Code's priority scheme, and is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

## IT IS HEREBY ORDERED THAT:

1.      The Motion is granted on a final basis to the extent set forth herein.

2.      The Debtors are authorized, but not directed, to pay, in the ordinary course of business, all Insurance Obligations (including, without limitations payments under Premium Financing Agreements and the Service Provider's Fees) arising under or relating to the Insurance Policies (the definition of which shall, for the avoidance of doubt, include all insurance policies issued or providing coverage to the Debtors, whether current or expired, and all agreements related thereto) including, without limitation, any new Insurance Policies, and whether or not such Insurance Policies are listed on **Exhibit 1**[3] to this Order, regardless of whether accruing or relating to the period before or after the Commencement Date.[4]

3.      The Debtors are authorized, but not directed, to honor the terms of their existing Premium Financing Agreements, and to renew the Premium Financing Agreements, and to enter into new premium financing agreements in the ordinary course of business; *provided*, *however*, that the Debtors shall provide counsel to the official committee of unsecured creditors (the "**Creditors' Committee**") and counsel to the DIP ABL Agents (together with the Creditors' Committee, the "**Consultation Parties**") five (5) business days' advance notice prior to renewal

---

[3] The premium amounts listed in Exhibit 1 to this Order are based upon the Debtors' books and records, but these amounts may differ from the premium amounts reflected in the Insurers' records.

[4] For the avoidance of doubt, the term "Insurance Obligations" shall include, without limitation, all of the Debtors' obligations under any of the Insurance Policies.

WEIL:\96796722\1\73217.0004

of any Premium Financing Agreement, which notice shall include such information reasonably sufficient to support the decision to renew any such Premium Financing Agreement.

4.      The Debtors are further authorized, but not directed, to maintain their Insurance Policies in accordance with practices and procedures that were in effect before the Commencement Date.

5.      The Debtors are further authorized, but not directed, to revise, extend, supplement or otherwise modify their insurance coverage as needed, including without limitation, through the purchase or renewal of new or existing insurance policies or through entering into or renewing new or existing premium financing agreements; *provided*, *however*, that the Debtors shall provide the Consultation Parties five (5) business days' advance notice prior to the purchase or renewal of any insurance policy with an aggregate annual premium in excess of $100,000.00, which notice shall include such information reasonably sufficient to support the decision to purchase or renew any such policy.

6.      The Debtors are authorized, but not directed, to pay all Workers' Compensation Obligations, including, without limitation, any Workers' Compensation Obligations related to any new Workers' Compensation Programs, regardless of whether accruing or relating to the period before or after the Commencement Date.[5]

7.      The Debtors are authorized, but not directed, to maintain the Workers' Compensation Programs (the definition of which shall, for the avoidance of doubt, include all insurance policies issued or providing workers' compensation coverage to the Debtors, whether

---

[5] For the avoidance of doubt, the term "Workers' Compensation Obligations" shall include, without limitation, all of the Debtors' obligations under the Workers' Compensation Programs, including but not limited to any legacy or current self-insured state Workers' Compensation Programs or state approved occupational injury benefit plans.

current or expired, and all agreements related thereto) in accordance with practices and procedures that were in effect before the Commencement Date.

8.      The Debtors are authorized, but not directed, to revise, extend, supplement or otherwise modify their workers' compensation coverage as needed, including, without limitation, through the purchase of new or renewal of existing Workers' Compensation Programs.

9.      Nothing in the Motion, the Interim Order, or this Order alters or amends (i) the terms and conditions of any Insurance Policies or Workers' Compensation Programs or relieves the Debtors of any of their obligations under the Insurance Policies or Workers' Compensation Programs regardless of when such obligations arise or become liquidated, or (ii) the right, if any, of any Insurer to draw on and apply collateral in accordance with the terms of the Insurance Policies and Workers' Compensation Programs.

10.      Notwithstanding anything in the Motion, the Interim Order, or this Order to the contrary, the Debtors and ACE American Insurance Company and ACE Fire Underwriters Insurance Company (together with each of their affiliates and each of their and their affiliates' successors, "**Chubb**") have the authority and, to the extent applicable, relief from the automatic stay set forth in section 362(a) of the Bankruptcy Code, (i) to handle, administer, defend, settle and/or pay: (a) workers' compensation claims, whether arising prior to or subsequent to the Commencement Date, (b) any claim where a claimant asserts a direct claim against Chubb under applicable law, and (c) any claim for which an order has been entered by the Bankruptcy Court granting the claimant relief from the automatic stay to proceed with its claim; and (ii) to pay any and all costs in relation to each of the foregoing in accordance with the Insurance Policies; and (iii) to the extent the Debtors fail to pay and/or reimburse Chubb for any of the amounts due after the Commencement Date, Chubb shall have the right, if any, to draw on and apply collateral and/or

5

security provided by or on behalf of the Debtors therefor in accordance with the terms of the Insurance Policies and the Workers' Compensation Programs.

11.     This Order shall bind the Debtors, their successors in interest and assigns, including, without limitation, any trustee appointed pursuant to the Bankruptcy Code.

12.     Notwithstanding anything in the Motion, the Interim Order, or this Order to the contrary, any payment made or action taken by any of the Debtors pursuant to the authority granted herein, as well as the exercise of any and all other rights and authorizations granted or approved hereunder, shall be subject in all respects to, as applicable:  (i) the orders approving the Debtors' use of cash collateral and/or post-petition debtor-in-possession financing facilities (collectively, the "**DIP Orders**"); (ii) the other documentation governing the Debtors' use of cash collateral and postpetition financing facilities; and (iii) the Approved Budget (as defined in the DIP Orders).

13.     To the extent there is any inconsistency between the terms of any of the DIP Orders or this Order, the terms of the DIP Order (or DIP Orders, as applicable) shall control.

14.     Nothing contained in the Motion, the Interim Order, or this Order or any payment made pursuant to the authority granted by this Order is intended to be or shall be construed as (i) an admission as to the validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any claim against the Debtors; (iii) a waiver of any claims or causes of action that may exist against any creditor or interest holder; or (iv) an approval, assumption, adoption, or rejection of any agreement, contract, lease, program, or policy between the Debtors and any third party under section 365 of the Bankruptcy Code.

WEIL:\96796722\1\73217.0004

15.     Notwithstanding entry of this Order, nothing herein shall create, nor is intended to create, any rights in favor of or enhance the status of any claim held by any party.

16.     Under the circumstances of these chapter 11 cases, notice of the Motion is adequate under Bankruptcy Rule 6004(a).

17.     Notwithstanding Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry.

18.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

19.     The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: _____, 2018
          White Plains, New York

                                        _____
                                        THE HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE

WEIL:\96796722\1\73217.0004

**Exhibit 1**

**Insurance Schedule**

WEIL:\96796722\1\73217.0004

| | Type of Coverage | Insurer | Policy Number | Policy Term | Premium |
|---|---|---|---|---|---|
| 1. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | ACE American Insurance Company | RLOD3739824A011 | 06/01/2018 - 06/01/2019 | $440,679.61 |
| 2. | Primary Casualty | ACE American Insurance Company | WLR C65226236 | 08/01/2018 - 01/01/2019 | $1,690,069.00 |
| 3. | Primary Casualty | ACE American Insurance Company | WCU C65226273 | 08/01/2018 - 01/01/2019 | $42,956.00 |
| 4. | Primary Casualty | ACE American Insurance Company | ISA H25159895 | 08/01/2018 - 01/01/2019 | $15,208.00 |
| 5. | Primary Casualty | ACE American Insurance Company | ISA H25159871 | 08/01/2018 - 01/01/2019 | $96,494.00 |
| 6. | Primary Casualty | ACE American Insurance Company | ISA H25159883 | 08/01/2018 - 01/01/2019 | $5,000.00 |
| 7. | Primary Casualty | ACE American Insurance Company | CGO G71097778 | 08/01/2018 - 01/01/2019 | $22,000.00 |
| 8. | Primary Casualty | ACE American Insurance Company | HDO G71097614 | 08/01/2018 - 01/01/2019 | $124,886.00 |
| 9. | Primary Casualty | ACE American Insurance Company | HDO G71097730 | 08/01/2018 - 01/01/2019 | $97,794.00 |
| 10. | Primary Casualty | ACE American Insurance Company | HDO G71097651 | 08/01/2018 - 01/01/2019 | $74,626.00 |
| 11. | Primary Casualty | ACE American Insurance Company | HDO G71097699 | 08/01/2018 - 01/01/2019 | $62,061.00 |
| 12. | Miscellaneous Programs | ACE American Insurance Company | PHF D42183659 002 | 08/01/2018 - 08/01/2019 | $40,000.00 |
| 13. | Environmental | ACE American Insurance Company | G71136553 001 | 05/30/2018 - 05/30/2019 | $692.13 |
| 14. | Primary Casualty | ACE Fire Underwriters Insurance Company | SCF C65226315 | 08/01/2018 - 01/01/2019 | $175,800.00 |
| 15. | FSG Program | ACE Fire Underwriters Insurance Compa | G2823708A 002 | 08/01/2018 - 08/01/2019 | $20,325.00 |
| 16. | Umbrella / Excess Liability | ACE Property and Casualty Insurance Company | XOO G28144799 003 | 08/01/2018 - 08/01/2019 | $1,344,874.00 |
| 17. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | AIG Europe Limited | PTNAM1802875 | 06/01/2018 - 06/01/2019 | $559,151.00 |
| 18. | FSG Program | Allianz Global Risks US Insurance Company | USF00087418 | 05/15/2018 - 05/15/2019 | $1,101,000.00 |
| 19. | Umbrella / Excess Liability | Allied World Assurance Co. Ltd. | C018491/006 | 08/01/2018 - 08/01/2019 | $252,875.00 |
| 20. | Umbrella / Excess Liability | Allied World Assurance Co. Ltd. | C005782/013 | 08/01/2018 - 08/01/2019 | $57,375.00 |

| | Type of Coverage | Insurer | Policy Number | Policy Term | Premium |
|---|---|---|---|---|---|
| 21. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Allied World Assurance Company | P003839/015 | 06/01/2018 - 06/01/2019 | $766,648.00 |
| 22. | Environmental | Allied World Assurance Company | 0310-5748 | 04/01/2017 - 04/01/2020 | $14,683.20 |
| 23. | FSG Program | Argo Re Ltd. | ARGO-ASIDE-17-001041.1 | 05/15/2018 - 05/15/2019 | $412,500.00 |
| 24. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Aspen Specialty Insurance Company | PXAA52818 | 06/01/2018 - 06/01/2019 | $86,792.00 |
| 25. | Miscellaneous Programs | AXA Insurance Company | 01-334-12-17-00034 | 01/15/2018 - 01/15/2019 | $13,000.00 |
| 26. | FSG Program | AXIS Insurance Company | MCN738227/01/2017 | 05/15/2018 - 05/15/2019 | $522,000.00 |
| 27. | FSG Program | AXIS Insurance Company | MCN793165012018 | 03/31/2018 - 03/31/2019 | $157,296.00 |
| 28. | Umbrella / Excess Liability | Berkshire Hathaway Specialty Insurance Company | 47-XSF-302809-03 | 08/01/2018 - 08/01/2019 | $101,150.00 |
| 29. | Umbrella / Excess Liability | Bunker Hill International Insurance Bermuda | 748901 | 08/01/2018 - 08/01/2019 | $10,115.00 |
| 30. | Umbrella / Excess Liability | Chubb Bermuda Insurance Ltd. | SHLD-0221/BSF03 | 08/01/2018 - 08/01/2019 | $92,500.00 |
| 31. | Umbrella / Excess Liability | Chubb Bermuda Insurance Ltd. | SHLD-PD/18 | 08/01/2018 - 08/01/2019 | $134,487.00 |
| 32. | Miscellaneous Programs | Chubb Insurance Hong Kong Limited | HCP0573325 | 11/01/2018 - 10/31/2019 | per rate schedule |
| 33. | FSG Program | Continental Casualty Company | 596686796 | 05/15/2018 - 05/15/2019 | $864,000.00 |
| 34. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Crum & Forster | PPP-910258 | 06/01/2018 - 06/01/2019 | $101,959.00 |
| 35. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Endurance Worldwide Insurance Ltd. | PTNAM1802912 | 06/01/2018 - 06/01/2019 | $468,563.00 |
| 36. | Umbrella / Excess Liability | Everest National Insurance Company | XC5EX00224-181 | 08/01/2018 - 08/01/2019 | $101,150.00 |
| 37. | FSG Program | Federal Insurance Company | 82472277 | 03/31/2018 - 03/31/2019 | $80,000.00 |

| | Type of Coverage | Insurer | Policy Number | Policy Term | Premium |
|---|---|---|---|---|---|
| 38. | Miscellaneous Programs | Federal Insurance Company (Chubb) | 76401454 | 02/01/2018 - 02/01/2019 | $106,049.00 |
| 39. | Miscellaneous Programs | Global Aerospace, Inc. | 13000678 | 02/26/2018 - 02/26/2019 | $14,500.00 |
| 40. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Great Lakes Insurance SE | PTNAM1802903 | 06/01/2018 - 06/01/2019 | $104,125.00 |
| 41. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Hamilton Re, Ltd. | PX18-4217-01 | 06/01/2018 - 06/01/2019 | $287,500.00 |
| 42. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | HDI Global Insurance Company | XPD1488701 | 06/01/2018 - 06/01/2019 | $136,068.91 |
| 43. | FSG Program | Hiscox $2M / ACT $3M | FSUSC1802479 | 05/15/2018 - 05/15/2019 | $587,207.10 |
| 44. | FSG Program | Hiscox Insurance Company Inc. | UKA3001668.16 | 09/01/2016 - 09/01/2019 | $27,396.00 |
| 45. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Hudson Specialty Insurance Company | HCS102360 | 06/01/2018 - 06/01/2019 | $36,444.00 |
| 46. | FSG Program | Illinois National Insurance Company (AIG) | 01-423-04-29 | 05/15/2018 - 05/15/2019 | $340,000.00 |
| 47. | FSG Program | Illinois National Insurance Company (AIG) | 01-423-10-78 | 05/15/2018 - 05/15/2019 | $1,133,333.00 |
| 48. | Environmental | Illinois Union Insurance Company (ACE) | PPLG24882688 001 | 11/01/2009 - 11/01/2019 | $73,675.00 |
| 49. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Ironshore Specialty Insurance Company | 000423109 | 06/01/2018 - 06/01/2019 | $170,245.00 |
| 50. | Umbrella / Excess Liability | Iron-Starr Excess Agency Ltd. | IS0004392 | 08/01/2018 - 08/01/2019 | $57,375.00 |
| 51. | Property-Specific Programs | Lexington Insurance Company | 060437348-00 | 05/17/2018 - 05/17/2019 | $11,248.80 |

| | Type of Coverage | Insurer | Policy Number | Policy Term | Premium |
|---|---|---|---|---|---|
| 52. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Liberty Mutual Fire Insurance Company | MJ2L9L426774038 | 06/01/2018 - 06/01/2019 | $287,499.00 |
| 53. | FSG Program | Lloyd's of London (AIG 80% / ACT 20%) | FSUSC1801090 | 05/15/2018 - 05/15/2019 | $176,163.00 |
| 54. | FSG Program | Lloyd's of London (Beazley 37.5% / Aspen 15% / ACT 20% / StartPoint 12.5% / AIG 15% (UK)) | FSUSC1801088 | 05/15/2018 - 05/15/2019 | $704,650.00 |
| 55. | FSG Program | Lloyd's of London (Beazley) | FSUSC1800413 | 05/15/2018 - 05/15/2019 | $901,330.00 |
| 56. | FSG Program | Lloyd's of London (Hiscox 50% / AIG 30% / ACT 20% (UK)) | FSUSC1800971 | 05/15/2018 - 05/15/2019 | $676,322.00 |
| 57. | FSG Program | Lloyd's of London (StartPoint 50% / Aspen 30% / ACT 20% (UK)) | FSUSC1800410 | 05/15/2018 - 05/15/2019 | $1,253,863.00 |
| 58. | Environmental | Lloyd's Syndicates 623/2623 | W18A4D150101 | 05/29/2015 - 05/29/2025 | $130,847.00 |
| 59. | Environmental | Lloyd's Syndicates 623/2623 | W18BF6150101 | 06/12/2015 - 06/12/2025 | $113,940.02 |
| 60. | Environmental | Lloyd's Syndicates 623/2623 | W18DCF150101 | 06/30/2015 - 06/30/2025 | $100,481.71 |
| 61. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Lloyd's Syndicate No. 1183 (TAL, BRT) | PTNAM1802913 | 06/01/2018 - 06/01/2019 | $309,773.00 |
| 62. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Lloyd's Syndicate No. 1414 (ASC) | PTNAM1802914 | 06/01/2018 - 06/01/2019 | $355,327.00 |
| 63. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Lloyd's Syndicate No. 1955 (Barbican) | 042768061812 | 06/01/2018 - 06/01/2019 | $200,442.00 |

| | Type of Coverage | Insurer | Policy Number | Policy Term | Premium |
|---|---|---|---|---|---|
| 64. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Lloyd's Syndicate No. 1955 (Barbican) | 042768061808 | 06/01/2018 - 06/01/2019 | $27,919.00 |
| 65. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Lloyd's Syndicate No. 2468 (Neon) | BNPD18AA158Z | 06/01/2018 - 06/01/2019 | $156,188.00 |
| 66. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Lloyd's Syndicate No. 318 (MSP) | PTNAM1801122 | 06/01/2018 - 06/01/2019 | $569,434.00 |
| 67. | Umbrella / Excess Liability | Magna Carta Insurance Limited | MCEV204734 | 08/01/2018 - 08/01/2019 | $10,115.00 |
| 68. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Markel Bermuda Ltd. | 1374862-9606-PRMAN-2018 | 06/01/2018 - 06/01/2019 | $175,000.00 |
| 69. | Miscellaneous Programs | National Casualty Company | KEO0007542100 | 08/01/2018 - 08/01/2019 | $2,966.25 - quarterly |
| 70. | Miscellaneous Programs | National Casualty Company | XKO0007542300 | 08/01/2018 - 08/01/2019 | $6,847.25 - quarterly |
| 71. | Miscellaneous Programs | National Union Fire Ins Co of Pittsburgh, PA | GTP9129594 | 01/31/2016 - 01/31/2019 | $53,230.00 |
| 72. | Environmental | Navigators Specialty Insurance Company | CH17ESP0BHJV2NC | 09/01/2017 - 09/01/2020 | $61,704.00 |
| 73. | Property-Specific Programs | North American Elite Insurance Company | NAP200246800 | 04/15/2018 - 04/15/2019 | $57,999.00 |
| 74. | FSG Program | North American Specialty Insurance Company | DAX 2000102 00 | 05/15/2018 - 05/15/2019 | $1,023,435.00 |
| 75. | FSG Program | Old Republic Insurance Company | ORPRO 39488 | 05/15/2018 - 05/15/2019 | $170,000.00 |

| | Type of Coverage | Insurer | Policy Number | Policy Term | Premium |
|---|---|---|---|---|---|
| 76. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | PartnerRe Ireland Insurance da | PTNAM1802911 | 06/01/2018 - 06/01/2019 | $72,888.00 |
| 77. | Primary Casualty | Scottsdale Insurance Company | BCS0037278 | 08/14/2018 - 08/14/2019 | $61,920.00 |
| 78. | Primary Casualty | Scottsdale Insurance Company | XLS0107980 | 08/14/2018 - 08/14/2019 | $4,495.39 |
| 79. | Property - Stock Throughput | Starr Indemnity & Liability Company | MASICNY0264US18 | 06/01/2018 - 06/01/2019 | $2,900,000.00 |
| 80. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Starr Surplus Lines Insurance Company | SLSTPTY11075718 | 06/01/2018 - 06/01/2019 | $312,427.00 |
| 81. | FSG Program | Stratford Insurance Company (Validus) | PDX0000018 | 05/15/2018 - 05/15/2019 | $170,000.00 |
| 82. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Tokio Marine America Insurance Compar | LCP648016707 | 06/01/2018 - 06/01/2019 | $255,174.00 |
| 83. | FSG Program | Underwriters at Lloyds | MPL1732387.18 | 07/30/2018 - 07/30/2019 | $56,800.00 |
| 84. | FSG Program | Underwriters at Lloyds | MPL2078696.18 | 10/10/2018 - 10/10/2019 | $6,633.00 |
| 85. | Environmental | Underwriters at Lloyds | PEM10062-02 | 08/01/2018 - 08/01/2019 | $32,597.25 |
| 86. | Environmental | Virginia Surety Company Inc | 2722 | 02/01/2018 - 02/01/2019 | $700,000.00 |
| 87. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Westport Insurance Corporation | NAP045210506 | 06/01/2018 - 06/01/2019 | $411,026.00 |
| 88. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | XL Bermuda Ltd. | XL PRP 714637 18 | 06/01/2018 - 06/01/2019 | $75,000.00 |
| 89. | FSG Program | XL Specialty Insurance Company | ELU149912-17 | 05/15/2018 - 05/15/2019 | $935,000.00 |

|  | Type of Coverage | Insurer | Policy Number | Policy Term | Premium |
|---|---|---|---|---|---|
| 90. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Zurich American Insurance Company | XPP926068011 | 06/01/2018 - 06/01/2019 | $620,493.19 |
| 91. | Property - Sabotage & Terrorism (Location Specific) | XL Catlin (Lloyds Syndicate 2003) | CMCTR1802826 | 03/09/2018 - 03/19/2019 | $31,937.50 |
| 92. | Property - Deductible Buy Down (Location Specific) | Allied World Assurance Company | P043866/001 | 3/3/2018 - 3/13/2019 | $870,588 |

## Exhibit B

**Redline**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                              :
                                                   :        **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.,*          :
                                                   :        **Case No. 18-23538 (RDD)**
                                                   :
Debtors.[1]                                         :        **(Jointly Administered)**
-------------------------------------------------------------x

~~**INTERIM**~~**FINAL** ORDER AUTHORIZING DEBTORS TO
(I) CONTINUE, MAINTAIN, AND RENEW THEIR INSURANCE POLICIES AND
WORKERS' COMPENSATION PROGRAMS; (II) HONOR ALL OBLIGATIONS
WITH RESPECT THERETO; AND (III) MODIFY THE AUTOMATIC
STAY WITH RESPECT TO THE WORKERS' COMPENSATION PROGRAMS

Upon the motion (the "**Motion**")[2] of Sears Holdings Corporation and its debtor

affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases

(collectively, the "**Debtors**"), pursuant to sections 105(a) and 363(b) of title 11 of the United

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

States Code (the "**Bankruptcy Code**"), for an order authorizing but not directing the Debtors to (i) continue, maintain, and renew their Insurance Policies and Workers' Compensation Programs (each as defined herein), including the Debtors' Premium Financing Agreements; (ii) and honor their Insurance Obligations and Workers' Compensation Obligations (each as defined herein) in the ordinary course of business during the administration of these chapter 11 cases; (iii) pay any prepetition Insurance Obligations and Workers' Compensation Obligations; (iv) modify the automatic stay if necessary to permit the Debtors' employees to proceed with any claims they may have under the Workers' Compensation Program; and (v) grant related relief all as more fully set forth in the Motion; and the Court having jurisdiction to decide the Motion and the relief, requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the interim relief requestedsought in the Motion and the Final Hearing (defined below) having been given as provided in the Motionaccordance with the Amended Case Management Order and as set forth in the affidavit of service filed with respect thereto (ECF No. 58), such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided of the relief granted herein; and the Court having held a hearing on October 15, 2018 to consider the relief requested in the Motion on an interim basis on October 15, 2018 (the "**Interim Hearing**"); and upon the Riecker Declaration filed contemporaneously with the Motion, Court having entered an order granting the relief requested in the motion on an interim basis (ECF No. 141) (the "**Interim Order**") and scheduling a final hearing on the Motion on November 15, 2018 (the "**Final Hearing**"); and the Final Hearing

WEIL:\96796722\1\73217.0004
WEIL:\96794435\1\73219.0006

having been held to consider the relief requested in the Motion on a final basis; and upon the record of and representations made at the Interim Hearing, and upon all of the proceedings had before the Court the Final Hearing; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is necessary to avoid immediate and irreparable harm to the Debtors and their estates as contemplated by Bankruptcy Rule 6003, provides a net benefit to the Debtors and their estates after taking into account the Bankruptcy Code's priority scheme, and is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.     The Motion is granted on an interim a final basis to the extent set forth herein.

2.     The Debtors are authorized, but not directed, to pay, in the ordinary course of business, all Insurance Obligations (including, without limitations payments under Premium Financing Agreements and the Service Provider's Fees) arising under or relating to the Insurance Policies (the definition of which shall, for the avoidance of doubt, include all insurance policies issued or providing coverage to the Debtors, whether current or expired, and all agreements related thereto) including, without limitation, any new Insurance Policies, and whether or not such Insurance Policies are listed on **Exhibit 1**[3] to this Interim Order, regardless of whether accruing or relating to the period before or after the Commencement Date; *provided*

---

[3] The premium amounts listed in Exhibit 1 to this Order are based upon the Debtors' books and records, but these amounts may differ from the premium amounts reflected in the Insurers' records.

WEIL:\96796722\1\73217.0004
WEIL:\96794435\1\73219.0006

~~*that*, the Debtors are authorized, but not directed, to pay only amounts due and payable as of the Commencement Date and amounts that are or become due and payable between the Commencement Date and the date that a final order on the Motion is entered, unless otherwise ordered by the Court.~~,[4]

3.      The Debtors are authorized, but not directed, to honor the terms of their existing Premium Financing Agreements, and to renew the Premium Financing Agreements, and to enter into new premium financing agreements in the ordinary course of business~~.~~; *provided, however,* that the Debtors shall provide counsel to the official committee of unsecured creditors (the "**Creditors' Committee**") and counsel to the DIP ABL Agents (together with the Creditors' Committee, the "**Consultation Parties**") five (5) business days' advance notice prior to renewal of any Premium Financing Agreement, which notice shall include such information reasonably sufficient to support the decision to renew any such Premium Financing Agreement.

4.      The Debtors are further authorized, but not directed, to maintain their Insurance Policies in accordance with practices and procedures that were in effect before the Commencement Date.

5.      The Debtors are further authorized, but not directed, to revise, extend, supplement or otherwise modify their insurance coverage as needed, including without limitation, through the purchase or renewal of new or existing insurance policies or through entering into or renewing new or existing premium financing agreements~~.~~; *provided, however,* that the Debtors shall provide the Consultation Parties five (5) business days' advance notice prior to the purchase

---

[4] For the avoidance of doubt, the term "Insurance Obligations" shall include, without limitation, all of the Debtors' obligations under any of the Insurance Policies.

or renewal of any insurance policy with an aggregate annual premium in excess of $100,000.00, which notice shall include such information reasonably sufficient to support the decision to purchase or renew any such policy.

6.    The Debtors are authorized, but not directed, to pay all Workers' Compensation Obligations, including, without limitation, any Workers' Compensation Obligations related to any new Workers' Compensation Programs, regardless of whether accruing or relating to the period before or after the Commencement Date; *provided that*, the Debtors are authorized, but not directed, to pay only amounts due and payable as of the Commencement Date and amounts that are or become due and payable between the Commencement Date and the date that a final order on the Motion is entered, unless otherwise ordered by the Court.[5]

7.    The Debtors are authorized, but not directed, to maintain the Workers' Compensation Programs (the definition of which shall, for the avoidance of doubt, include all insurance policies issued or providing workers' compensation coverage to the Debtors, whether current or expired, and all agreements related thereto) in accordance with practices and procedures that were in effect before the Commencement Date.

8.    The Debtors are authorized, but not directed, to revise, extend, supplement or otherwise modify their workers' compensation coverage as needed, including, without limitation, through the purchase of new or renewal of existing Workers' Compensation Programs.

---

[5] For the avoidance of doubt, the term "Workers' Compensation Obligations" shall include, without limitation, all of the Debtors' obligations under the Workers' Compensation Programs, including but not limited to any legacy or current self-insured state Workers' Compensation Programs or state approved occupational injury benefit plans.

WEIL:\96796722\1\73217.0004
WEIL:\96794435\1\73219.0006

9. ~~Nothing in the Motion or this Interim Order shall be deemed to authorize the Debtors to accelerate any payments not otherwise due prior to the date of the hearing to consider entry of an order granting the relief requested in the Motion on a final basis (the **"Final Hearing"**).~~

9.      Nothing in the Motion, the Interim Order, or this Order alters or amends (i) the terms and conditions of any Insurance Policies or Workers' Compensation Programs or relieves the Debtors of any of their obligations under the Insurance Policies or Workers' Compensation Programs regardless of when such obligations arise or become liquidated, or (ii) the right, if any, of any Insurer to draw on and apply collateral in accordance with the terms of the Insurance Policies and Workers' Compensation Programs.

10.     Notwithstanding anything in the Motion, the Interim Order, or this Order to the contrary, the Debtors and ACE American Insurance Company and ACE Fire Underwriters Insurance Company (together with each of their affiliates and each of their and their affiliates' successors, "**Chubb**") have the authority and, to the extent applicable, relief from the automatic stay set forth in section 362(a) of the Bankruptcy Code, (i) to handle, administer, defend, settle and/or pay: (a) workers' compensation claims, whether arising prior to or subsequent to the Commencement Date, (b) any claim where a claimant asserts a direct claim against Chubb under applicable law, and (c) any claim for which an order has been entered by the Bankruptcy Court granting the claimant relief from the automatic stay to proceed with its claim; and (ii) to pay any and all costs in relation to each of the foregoing in accordance with the Insurance Policies; and (iii) to the extent the Debtors fail to pay and/or reimburse Chubb for any of the amounts due after the Commencement Date, Chubb shall have the right, if any, to draw on and apply collateral

6

and/or security provided by or on behalf of the Debtors therefor in accordance with the terms of the Insurance Policies and the Workers' Compensation Programs.

11.     This Order shall bind the Debtors, their successors in interest and assigns, including, without limitation, any trustee appointed pursuant to the Bankruptcy Code.

12.     10. Notwithstanding anything in the Motion, the Interim Order, or this Interim Order to the contrary, any payment made or action taken by any of the Debtors pursuant to the authority granted herein, as well as the exercise of any and all other rights and authorizations granted or approved hereunder, shall be subject in all respects to, as applicable: (i) the orders approving the Debtors' use of cash collateral and/or post-petition debtor-in-possession financing facilities (collectively, the "**DIP Orders**"); (ii) the other documentation governing the Debtors' use of cash collateral and postpetition financing facilities; and (iii) the Approved Budget (as defined in the DIP Orders).

13.     11. To the extent there is any inconsistency between the terms of any of the DIP Orders andor this Interim Order, the terms of the DIP Order (or DIP Orders, as applicable) shall control.

14.     12. Nothing contained in the Motion, the Interim Order, or this Interim Order or any payment made pursuant to the authority granted by this Interim Order is intended to be or shall be construed as (i) an admission as to the validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any claim against the Debtors; (iii) a waiver of any claims or causes of action that may exist against any creditor or interest holder; or (iv) an approval, assumption, adoption, or rejection of any agreement, contract, lease, program, or policy between the Debtors and any third party under section 365 of the Bankruptcy Code.

WEIL:\96796722\1\73217.0004
WEIL:\96794435\1\73219.0006

15.   13. Notwithstanding entry of this Interim Order, nothing herein shall create, nor is intended to create, any rights in favor of or enhance the status of any claim held by, any party.

14. The requirements of Bankruptcy Rule 6003(b) have been satisfied.

16.   15. Under the circumstances of these chapter 11 cases, notice of the Motion is adequate under Bankruptcy Rule 6004(a).

17.   16. Notwithstanding Bankruptcy Rule 6004(h), this Interim Order shall be immediately effective and enforceable upon its entry.

17. This Interim Order is effective only from the date of entry through this Court's disposition of the Motion on a final basis; *provided that*, the Court's ultimate disposition of the Motion on a final basis shall not impair or otherwise affect any action taken pursuant to this Interim Order.

18.   The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Interim Order.

19.   The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Interim Order.

20. The Final Hearing on the Motion shall be held on **November 15, 2018, at 10:00 a.m. (Prevailing Eastern Time)**, and any objections or responses to the Motion shall be filed and served in accordance with the Case Management Order so as to be received no later than **4:00 p.m. (Prevailing Eastern Time) on November 8, 2018**.

Dated: _____, 2018
         White Plains, New York

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

8

**Exhibit 1**

**Insurance Schedule**

WEIL:\96796722\1\73217.0004
WEIL:\96794435\1\73219.0006

| | Type of Coverage | Insurer | Policy Number | Policy Term | Premium |
|---|---|---|---|---|---|
| 1. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | ACE American Insurance Company | RLOD3739824A011 | 06/01/2018 - 06/01/2019 | $440,679.61 |
| 2. | Primary Casualty | ACE American Insurance Company | WLR C65226236 | 08/01/2018 - 01/01/2019 | $1,690,069.00 |
| 3. | Primary Casualty | ACE American Insurance Company | WCU C65226273 | 08/01/2018 - 01/01/2019 | $42,956.00 |
| 4. | Primary Casualty | ACE American Insurance Company | ISA H25159895 | 08/01/2018 - 01/01/2019 | $15,208.00 |
| 5. | Primary Casualty | ACE American Insurance Company | ISA H25159871 | 08/01/2018 - 01/01/2019 | $96,494.00 |
| 6. | Primary Casualty | ACE American Insurance Company | ISA H25159883 | 08/01/2018 - 01/01/2019 | $5,000.00 |
| 7. | Primary Casualty | ACE American Insurance Company | CGO G71097778 | 08/01/2018 - 01/01/2019 | $22,000.00 |
| 8. | Primary Casualty | ACE American Insurance Company | HDO G71097614 | 08/01/2018 - 01/01/2019 | $124,886.00 |
| 9. | Primary Casualty | ACE American Insurance Company | HDO G71097730 | 08/01/2018 - 01/01/2019 | $97,794.00 |
| 10. | Primary Casualty | ACE American Insurance Company | HDO G71097651 | 08/01/2018 - 01/01/2019 | $74,626.00 |
| 11. | Primary Casualty | ACE American Insurance Company | HDO G71097699 | 08/01/2018 - 01/01/2019 | $62,061.00 |
| 12. | Miscellaneous Programs | ACE American Insurance Company | PHF D42183659 002 | 08/01/2018 - 08/01/2019 | $40,000.00 |
| 13. | Environmental | ACE American Insurance Company | G71136553 001 | 05/30/2018 - 05/30/2019 | $692.13 |
| 14. | Primary Casualty | ACE Fire Underwriters Insurance Company | SCF C65226315 | 08/01/2018 - 01/01/2019 | $175,800.00 |
| 15. | FSG Program | ACE Fire Underwriters Insurance Compar | G2823708A 002 | 08/01/2018 - 08/01/2019 | $20,325.00 |
| 16. | Umbrella / Excess Liability | ACE Property and Casualty Insurance Company | XOO G28144799 003 | 08/01/2018 - 08/01/2019 | $1,344,874.00 |
| 17. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | AIG Europe Limited | PTNAM1802875 | 06/01/2018 - 06/01/2019 | $559,151.00 |
| 18. | FSG Program | Allianz Global Risks US Insurance Company | USF00087418 | 05/15/2018 - 05/15/2019 | $1,101,000.00 |
| 19. | Umbrella / Excess Liability | Allied World Assurance Co. Ltd. | C018491/006 | 08/01/2018 - 08/01/2019 | $252,875.00 |
| 20. | Umbrella / Excess Liability | Allied World Assurance Co. Ltd. | C005782/013 | 08/01/2018 - 08/01/2019 | $57,375.00 |

| | Type of Coverage | Insurer | Policy Number | Policy Term | Premium |
|---|---|---|---|---|---|
| 21. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Allied World Assurance Company | P003839/015 | 06/01/2018 - 06/01/2019 | $766,648.00 |
| 22. | Environmental | Allied World Assurance Company | 0310-5748 | 04/01/2017 - 04/01/2020 | $14,683.20 |
| 23. | FSG Program | Argo Re Ltd. | ARGO-ASIDE-17-001041.1 | 05/15/2018 - 05/15/2019 | $412,500.00 |
| 24. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Aspen Specialty Insurance Company | PXAA52818 | 06/01/2018 - 06/01/2019 | $86,792.00 |
| 25. | Miscellaneous Programs | AXA Insurance Company | 01-334-12-17-00034 | 01/15/2018 - 01/15/2019 | $13,000.00 |
| 26. | FSG Program | AXIS Insurance Company | MCN738227/01/2017 | 05/15/2018 - 05/15/2019 | $522,000.00 |
| 27. | FSG Program | AXIS Insurance Company | MCN793165012018 | 03/31/2018 - 03/31/2019 | $157,296.00 |
| 28. | Umbrella / Excess Liability | Berkshire Hathaway Specialty Insurance Company | 47-XSF-302809-03 | 08/01/2018 - 08/01/2019 | $101,150.00 |
| 29. | Umbrella / Excess Liability | Bunker Hill International Insurance Bermuda | 748901 | 08/01/2018 - 08/01/2019 | $10,115.00 |
| 30. | Umbrella / Excess Liability | Chubb Bermuda Insurance Ltd. | SHLD-0221/BSF03 | 08/01/2018 - 08/01/2019 | $92,500.00 |
| 31. | Umbrella / Excess Liability | Chubb Bermuda Insurance Ltd. | SHLD-PD/18 | 08/01/2018 - 08/01/2019 | $134,487.00 |
| 32. | Miscellaneous Programs | Chubb Insurance Hong Kong Limited | HCP0573325 | 11/01/2017~8 - 10/31/2018~9 | per rate schedule |
| 33. | FSG Program | Continental Casualty Company | 596686796 | 05/15/2018 - 05/15/2019 | $864,000.00 |
| 34. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Crum & Forster | PPP-910258 | 06/01/2018 - 06/01/2019 | $101,959.00 |
| 35. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Endurance Worldwide Insurance Ltd. | PTNAM1802912 | 06/01/2018 - 06/01/2019 | $468,563.00 |
| 36. | Umbrella / Excess Liability | Everest National Insurance Company | XC5EX00224-181 | 08/01/2018 - 08/01/2019 | $101,150.00 |
| 37. | FSG Program | Federal Insurance Company | 82472277 | 03/31/2018 - 03/31/2019 | $80,000.00 |

| | Type of Coverage | Insurer | Policy Number | Policy Term | Premium |
|---|---|---|---|---|---|
| 38. | Miscellaneous Programs | Federal Insurance Company (Chubb) | 76401454 | 02/01/2018 - 02/01/2019 | $106,049.00 |
| 39. | Miscellaneous Programs | Global Aerospace, Inc. | 13000678 | 02/26/2018 - 02/26/2019 | $14,500.00 |
| 40. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Great Lakes Insurance SE | PTNAM1802903 | 06/01/2018 - 06/01/2019 | $104,125.00 |
| 41. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Hamilton Re, Ltd. | PX18-4217-01 | 06/01/2018 - 06/01/2019 | $287,500.00 |
| 42. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | HDI Global Insurance Company | XPD1488701 | 06/01/2018 - 06/01/2019 | $136,068.91 |
| 43. | FSG Program | Hiscox $2M / ACT $3M | FSUSC1802479 | 05/15/2018 - 05/15/2019 | $587,207.10 |
| 44. | FSG Program | Hiscox Insurance Company Inc. | UKA3001668.16 | 09/01/2016 - 09/01/2019 | $27,396.00 |
| 45. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Hudson Specialty Insurance Company | HCS102360 | 06/01/2018 - 06/01/2019 | $36,444.00 |
| 46. | FSG Program | Illinois National Insurance Company (AIG) | 01-423-04-29 | 05/15/2018 - 05/15/2019 | $340,000.00 |
| 47. | FSG Program | Illinois National Insurance Company (AIG) | 01-423-10-78 | 05/15/2018 - 05/15/2019 | $1,133,333.00 |
| 48. | Environmental | Illinois Union Insurance Company (ACE) | PPLG24882688 001 | 11/01/2009 - 11/01/2019 | $73,675.00 |
| 49. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Ironshore Specialty Insurance Company | 000423109 | 06/01/2018 - 06/01/2019 | $170,245.00 |
| 50. | Umbrella / Excess Liability | Iron-Starr Excess Agency Ltd. | IS0004392 | 08/01/2018 - 08/01/2019 | $57,375.00 |
| 51. | Property-Specific Programs | Lexington Insurance Company | 060437348-00 | 05/17/2018 - 05/17/2019 | $11,248.80 |

| | Type of Coverage | Insurer | Policy Number | Policy Term | Premium |
|---|---|---|---|---|---|
| 52. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Liberty Mutual Fire Insurance Company | MJ2L9L426774038 | 06/01/2018 - 06/01/2019 | $287,499.00 |
| 53. | FSG Program | Lloyd's of London (AIG 80% / ACT 20%) | FSUSC1801090 | 05/15/2018 - 05/15/2019 | $176,163.00 |
| 54. | FSG Program | Lloyd's of London (Beazley 37.5% / Aspen 15% / ACT 20% / StartPoint 12.5% / AIG 15% (UK)) | FSUSC1801088 | 05/15/2018 - 05/15/2019 | $704,650.00 |
| 55. | FSG Program | Lloyd's of London (Beazley) | FSUSC1800413 | 05/15/2018 - 05/15/2019 | $901,330.00 |
| 56. | FSG Program | Lloyd's of London (Hiscox 50% / AIG 30% / ACT 20% (UK)) | FSUSC1800971 | 05/15/2018 - 05/15/2019 | $676,322.00 |
| 57. | FSG Program | Lloyd's of London (StartPoint 50% / Aspen 30% / ACT 20% (UK)) | FSUSC1800410 | 05/15/2018 - 05/15/2019 | $1,253,863.00 |
| 58. | Environmental | Lloyd's Syndicates 623/2623 | W18A4D150101 | 05/29/2015 - 05/29/2025 | $130,847.00 |
| 59. | Environmental | Lloyd's Syndicates 623/2623 | W18BF6150101 | 06/12/2015 - 06/12/2025 | $113,940.02 |
| 60. | Environmental | Lloyd's Syndicates 623/2623 | W18DCF150101 | 06/30/2015 - 06/30/2025 | $100,481.71 |
| 61. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Lloyd's Syndicate No. 1183 (TAL, BRT) | PTNAM1802913 | 06/01/2018 - 06/01/2019 | $309,773.00 |
| 62. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Lloyd's Syndicate No. 1414 (ASC) | PTNAM1802914 | 06/01/2018 - 06/01/2019 | $355,327.00 |
| 63. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Lloyd's Syndicate No. 1955 (Barbican) | 042768061812 | 06/01/2018 - 06/01/2019 | $200,442.00 |

| | Type of Coverage | Insurer | Policy Number | Policy Term | Premium |
|---|---|---|---|---|---|
| 64. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Lloyd's Syndicate No. 1955 (Barbican) | 042768061808 | 06/01/2018 - 06/01/2019 | $27,919.00 |
| 65. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Lloyd's Syndicate No. 2468 (Neon) | BNPD18AA158Z | 06/01/2018 - 06/01/2019 | $156,188.00 |
| 66. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Lloyd's Syndicate No. 318 (MSP) | PTNAM1801122 | 06/01/2018 - 06/01/2019 | $569,434.00 |
| 67. | Umbrella / Excess Liability | Magna Carta Insurance Limited | MCEV204734 | 08/01/2018 - 08/01/2019 | $10,115.00 |
| 68. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Markel Bermuda Ltd. | 1374862-9606-PRMAN-2018 | 06/01/2018 - 06/01/2019 | $175,000.00 |
| 69. | Miscellaneous Programs | National Casualty Company | KEO0007542100 | 08/01/2018 - 08/01/2019 | $2,966.25 - quarterly |
| 70. | Miscellaneous Programs | National Casualty Company | XKO0007542300 | 08/01/2018 - 08/01/2019 | $6,847.25 - quarterly |
| 71. | Miscellaneous Programs | National Union Fire Ins Co of Pittsburgh, PA | GTP9129594 | 01/31/2016 - 01/31/2019 | $53,230.00 |
| 72. | Environmental | Navigators Specialty Insurance Company | CH17ESP0BHJV2NC | 09/01/2017 - 09/01/2020 | $61,704.00 |
| 73. | Property-Specific Programs | North American Elite Insurance Company | NAP200246800 | 04/15/2018 - 04/15/2019 | $57,999.00 |
| 74. | FSG Program | North American Specialty Insurance Company | DAX 2000102 00 | 05/15/2018 - 05/15/2019 | $1,023,435.00 |
| 75. | FSG Program | Old Republic Insurance Company | ORPRO 39488 | 05/15/2018 - 05/15/2019 | $170,000.00 |

| | Type of Coverage | Insurer | Policy Number | Policy Term | Premium |
|---|---|---|---|---|---|
| 76. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | PartnerRe Ireland Insurance da | PTNAM1802911 | 06/01/2018 - 06/01/2019 | $72,888.00 |
| 77. | Primary Casualty | Scottsdale Insurance Company | BCS0037278 | 08/14/2018 - 08/14/2019 | $61,920.00 |
| 78. | Primary Casualty | Scottsdale Insurance Company | XLS0107980 | 08/14/2018 - 08/14/2019 | $4,495.39 |
| 79. | Property - Stock Throughput | Starr Indemnity & Liability Company | MASICNY0264US18 | 06/01/2018 - 06/01/2019 | $2,900,000.00 |
| 80. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Starr Surplus Lines Insurance Company | SLSTPTY11075718 | 06/01/2018 - 06/01/2019 | $312,427.00 |
| 81. | FSG Program | Stratford Insurance Company (Validus) | PDX0000018 | 05/15/2018 - 05/15/2019 | $170,000.00 |
| 82. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Tokio Marine America Insurance Compan | LCP648016707 | 06/01/2018 - 06/01/2019 | $255,174.00 |
| 83. | FSG Program | Underwriters at Lloyds | MPL1732387.18 | 07/30/2018 - 07/30/2019 | $56,800.00 |
| 84. | FSG Program | Underwriters at Lloyds | MPL2078696.18 | 10/10/2018 - 10/10/2019 | $6,633.00 |
| 85. | Environmental | Underwriters at Lloyds | PEM10062-02 | 08/01/2018 - 08/01/2019 | $32,597.25 |
| 86. | Environmental | Virginia Surety Company Inc | 2722 | 02/01/2018 - 02/01/2019 | $700,000.00 |
| 87. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Westport Insurance Corporation | NAP045210506 | 06/01/2018 - 06/01/2019 | $411,026.00 |
| 88. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | XL Bermuda Ltd. | XL PRP 714637 18 | 06/01/2018 - 06/01/2019 | $75,000.00 |
| 89. | FSG Program | XL Specialty Insurance Company | ELU149912-17 | 05/15/2018 - 05/15/2019 | $935,000.00 |

|     | Type of Coverage | Insurer | Policy Number | Policy Term | Premium |
|-----|------------------|---------|---------------|-------------|---------|
| 90. | Property - Domestic Property, Boiler & Machinery and Stock Throughput | Zurich American Insurance Company | XPP926068011 | 06/01/2018 - 06/01/2019 | $620,493.19 |
| 91. | Property - Sabotage & Terrorism (Location Specific) | XL Catlin (Lloyds Syndicate 2003) | CMCTR1802826 | 03/09/2018 - 03/19/2019 | $31,937.50 |
| 92. | Property - Deductible Buy Down (Location Specific) | Allied World Assurance Company | P043866/001 | 3/3/2018 - 3/13/2019 | $870,588 |