Gregory G. Hesse (to be admitted *pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
Fountain Place
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202-2799
(214) 979-3000
ghesse@huntonak.com

Michael S. Legge
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, New York 10166
(212) 309-1000
mlegge@huntonak.com

*Attorneys for McLane Company, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | Case No. 18-23538 (RDD) |
| Debtors. | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

I, Gregory G. Hesse, request admission in accordance with Local Bankruptcy Rule 2090-1(b), *pro hac vice*, before the Honorable Robert D. Drain, to represent McLane Company, Inc., a creditor in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the States of Texas and Delaware, and, the bar of the U.S. District Courts for the Districts of Delaware, Colorado and the Northern, Western, Southern, and Eastern Districts of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: November 13, 2018
New York, New York

/s/ Gregory G. Hesse
Gregory G. Hesse (to be admitted *pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
Fountain Place
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202-2799
(214) 979-3000
ghesse@huntonak.com

*Attorneys for McLane Company, Inc.*

2