Gregory G. Hesse (admission *pro hac vice* pending)
**HUNTON ANDREWS KURTH LLP**
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
(214) 468-3335
ghesse@huntonak.com

Michael S. Legge
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, New York 10166
(212) 309-1000
mlegge@huntonak.com

*Attorneys for McLane Company, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | Case No. 18-23538 (RDD) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

STATE OF NEW YORK        )
                         ): SS
COUNTY OF NEW YORK   )

Constance Andonian, being duly sworn, deposes and says:

1. I am not a party to this action, am over the age of eighteen years and am employed by Hunton Andrews Kurth LLP. My business address is 200 Park Avenue, New York, New York 10166.

2. On November 13, 2018, the *Notice of Appearance and Request for Service of Papers* [Docket No. 667] (the "Notice") was filed via the Court's CM/ECF system which caused all parties receiving CM/ECF notices in this case to receive to the Objection.

2. On November 13, 2018, I served true and complete copies of the Notice by U.S. Postal Service First Class Mail to all parties listed in **Exhibit A** annexed hereto.

Dated: November 13, 2018
       New York, New York

*[signature]*
Constance Andonian

Sworn to before me on this
13th day of November 2018

*[signature]*
Notary Public

MICHAEL SKOY LEGGE
Notary Public, State of New York
Reg. No. 02LE6322093
Qualified in New York County
My Commission Expires 3-30-2019

2

67519.001540 EMF_US 70083067v1

# EXHIBIT A

Brookfield Property REIT, Inc.
350 N. Orleans St., Suite 300
Chicago, IL 60654-1607
Attn: Kristen N. Pate

Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760
Attn: Diane Wade Sanders

Sears Holding Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: Stephen Sitley Esq. and Luke J. Valentino, Esq.

The Bank of New York Mellon Trust Company
101 Barclay St., Floor 8W
New York, NY 10286
Attn: Corporate Trust Administration

Travis County Attorney
P.O. Box 1748
Austin, TX 78767
Attn: David Escamilla

Wilmington Trust, National Association
Corporate Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402
Attn: Sears Holding Corp. Administrator

Wilmorite Management Group LLC
1265 Scottsville Road
Rochester, NY 14624
Attn: Donald C. Cowan, Jr.