**HOLLAND & KNIGHT LLP**
31 West 52nd Street
New York, New York 10019
Telephone: (212) 513-3200
Facsimile: (212) 385-9010
Arthur E. Rosenberg, Esq.
Marc L. Antonecchia, Esq.
*Attorneys for Cushman & Wakefield Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                                                            :
In re                                                                        :
                                                                        : Chapter 11
SEARS HOLDINGS CORPORATION., *et al*.,  :
                                                                        : Case No. 18-23538 (RDD)
                          Debtors.                        :
                                                                        : Jointly Administered
-----------------------------------------------------------x

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Rules 2002, 9007 and 9010(b) of the Rules of Bankruptcy Procedure, and 11 U.S.C. §1102(1) and §1109(b), the undersigned attorney appears as counsel for Cushman & Wakefield Inc., a party-in-interest in this proceeding, and requests that all notice given or required to be given in this action and all related actions, be given and served upon:

                Holland & Knight LLP
                31 West 52nd Street
                New York, New York 10019
                Attn:  Arthur E. Rosenberg, Esq
                        Marc L. Antonecchia, Esq.
                Telephone:  (212) 513-3200
                Facsimile:  (212) 385-9010
                Email: arthur.rosenberg@hklaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers, whether formal or informal, *ex parte* or on notice, written or oral, referred to in the Bankruptcy Rules and Code sections specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affect or seek to affect in any way any rights or interests of the Debtors.

Dated: New York, New York
November 12, 2018

                                              HOLLAND & KNIGHT LLP

                                              By: /s/ *Arthur E. Rosenberg*
                                                  Arthur E. Rosenberg, Esq.
                                                  Marc L. Antonecchia, Esq.
                                            31 West 52nd Street
                                            New York, New York 10019
                                            Telephone: (212) 513-3200
                                            Facsimile: (212) 385-9010
                                            *Attorneys for Cushman & Wakefield Inc.*

#61754635_v1