Standard Parties by First Class Mail

Honorable Robert D. Drain
USBC, SDNY
300 Quarropas Street, Room 248
White Plains, New York 1060

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates IL 60179
Attn: Stephen Sitley Esq.
Luke J. Valentino, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Ray C. Schrock, P.C.
Jacqueline Marcus, Esq. Garret A. Fail, Esq. ,Sunny Singh, Esq.

Office of the United States Trustee
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Paul Schwartzberg, Esq

Skadden, Arps, Slate, Meagher
 & Flom, LLP
4 Times Square
New York, NY 10036
Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq.

Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY 10017
Attn: Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.

Cleary, Gottlieb
One Liberty Plaza
New York, NY, 10006
Attn: Sean A. O'Neal, Esq.

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., T. Charlie Liu, Esq.

Wilmington Trust, NA
Corporate Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402
Attn: Sears Holdings Corp. Administrator

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10015
Attn: James Gadsden, Esq.

Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Attn: Brian A. Raynor, Esq.

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi,
Sara L. Brauner

2002 Parties by First Class Mail

Brookfield Property REIT Inc.
Attn: Kristen N. Pate
350 N. Orleans St.
Chicago, IL 60654-1607

Linebarger Goggan Blair
 & Sampson, LLP
Attn: Diane Wade Sanders
P.O. Box 17428
Austin, TX 78760

Sears Holding Corporation
Attn: Stephen Sitley Esq., Luke J. Valentino, Esq
3333 Beverly Road
Hoffman Estates, IL 60179

The Bank of New York Mellon Trust
Attn: Corporate Trust Administration
101 Barclay St., Floor 8W
New York NY 10286

Travis County
Attn: David Escamilla
P.O. Box 1748
Austin, TX 78767

Wilmington Trust, NA
Attn: Sears Holdings Corp. Administrator
Corporate Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

Wilmorite Management Group LLC
Attn: Donald C. Cowan, Jr.
1265 Scottsville Road
Rochester, NY 14624

2002 Parties by E-mail

| | |
|---|---|
| Abid Qureshi | aqureshi@akingump.com |
| AJ Webb | awebb@fbtlaw.com |
| Alyssa E. Kutner | kutnera@ballardspahr.com |
| Andrew Weaver | aweaver@cgsh.com |
| Anthony J. D'Artiglio, Esq. | ajd@ansellgrimm.com |
| Anthony M. Rainone | arainone@bracheichler.com |
| bankruptcy@borgeslawllc.com | bankruptcy@borgeslawllc.com |
| bankruptcy@clm.com | bankruptcy@clm.com |
| Beth J. Rotenberg | brotenberg@csglaw.com |
| Brad Eric Scheler | brad.eric.scheler@friedfrank.com |
| Brett S. Theisen | btheisen@gibbonslaw.com |
| Christopher Griffiths | cgriffiths@connollygallagher.com |
| Chull S. Park | cpark@choiandpark.com |
| David H. Wander, Esq. | dhw@dhclegal.com |
| David L. Pollack | pollack@ballardspahr.com |
| David M. Blau | dblau@clarkhill.com |
| Dennis Roemlein | Dennis.roemlein@bnymellon.com |
| Derek L. Wright | dlwright@foley.com |
| Duane J. Brescia | duane.brescia@clarkhillstrasburger.com |
| Dustin P. Branch | branchd@ballardspahr.com |
| Edward E. Neiger | eneiger@askllp.com |
| Edward L. Schnitzer | eschnitzer@ckrlaw.com |
| Edward M. King | tking@fbtlaw.com |
| Eli J. Vonnegut, Esq. | eli.vonnegut@davispolk.com |
| Erica S. Weisgerber | eweisgerber@debevoise.com |
| Evan J. Zucker | EZucker@BlankRome.com |
| Evan T. Miller | emiller@bayardlaw.com |
| Gary F. Seitz | gseitz@gsbblaw.com |
| Hyun Suk Choi | hchoi@choiandpark.com |
| Ira S. Dizengoff | idizengoff@akingump.com |
| James Gadsden, Esq. | gadsden@clm.com |
| James J. Vincequerra | James.Vincequerra@alston.com |
| James L. Bromley | jbromley@cgsh.com |
| Jeffrey Rhodes | JRhodes@BlankRome.com |
| Jennifer A. Christian | jchristian@askllp.com |
| Joel H. Levitin | jlevitin@cahill.com |
| Jonathan D. Marshall | jmarshall@choate.com |
| Karen C. Bifferato | kbifferato@connollygallagher.com |
| Kelly M. Conlan | kconlan@connollygallagher.com |
| Kevin J. Simard | ksimard@choate.com |
| Kevin M. Newman | knewman@barclaydamon.com |
| Larry Bercovich | lbercovich@epicor.com |
| Laura E. Appleby | appleby@chapman.com |
| Laura M. Brymer | lbrymer@fmdlegal.com |
| Lawrence M. Schwab | Tgaa@bbslaw.com |
| Leib M. Lerner | leib.lerner@alston.com |

| | |
|---|---|
| Leslie C. Heilman | heilmanl@ballardspahr.com |
| | lkleist@choiandpark.com |
| Mark E. Hall | mhall@foxrothschild.com |
| Mark E. Wilson | mark.wilson@fisherbroyles.com |
| Marl E. Felger | mfelger@cozen.com |
| Marshall S. Huebner, Esq | marshall.huebner@davispolk.com |
| Matthew G. Summers | summersm@ballardspahr.com |
| Matthew Leopold | Leopold.matt@Epa.gov |
| Michael A. Smith | Michael.smith2@computershare.com |
| Michael J. Catalfimo, Esq. | mcatalfimo@carterconboy.com |
| Michael R. Herz | mherz@foxrothschild.com |
| Michael Small | msmall@foley.com |
| Miriam R. Stein | mstein@chuhak.com |
| My Chi To | mcto@debevoise.com |
| Natasha M. Songonuga | nsongonuga@gibbonslaw.com |
| Patricia B. Fugée | patricia.fugee@fisherbroyles.com |
| Paul E. Harner | harnerp@ballardspahr.com |
| Paul H. Zumbro | pzumbro@cravath.com |
| Paul J. Labov | plabov@foxrothschild.com |
| Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| Peter B. Siroka | peter.siroka@friedfrank.com |
| Philip C. Dublin | dublin@akingump.com |
| Phillip A. Martin | pmartin@fmdlegal.com |
| R. Kent Love | klove@bellnunnally.com |
| Richard A. Stieglitz Jr. | rstieglitz@cahill.com |
| Richard J. McCord, Esq. | rmccord@certilmanbalin.com |
| Richard T. Davis | rdavis@cafarocompany.com |
| Robert D. Nosek, Esq. | rnosek@certilmanbalin.com |
| Ronald E. Gold | rgold@fbtlaw.com |
| Russell W. Mills | rmills@bellnunnally.com |
| Sara L. Brauner | sbrauner@akingump.com |
| Scott A. Zuber | szuber@csglaw.com |
| Scott B. Luftglass | scott.luftglass@friedfrank.com |
| Sean A. O'Neal | soneal@cgsh.com |
| | sears.service@davispolk.com |
| Shawn M. Christianson | schristianson@buchalter.com |
| Stanley B. Tarr | Tarr@BlankRome.com |
| Steven Wilamowsky | wilamowsky@chapman.com |
| Sue L. Chin, Esq. | schin@borgeslawllc.com |
| Thomas M. Horan | thoran@foxrothschild.com |
| Wanda Borges, Esq. | wborges@borgeslawllc.com |
| Aaron C. Smith | asmith@lockelord.com |
| Aaron Hume | Aron.hume@gmail.com |
| Andrew V. Tenzer, Esq | andrewtenzer@paulhastings.com |
| Barbra R. Parlin | barbra.parlin@hklaw.com |
| Barry Z. Bazian | bbazian@goodwinlaw.com |
| Benjamin D. Feder | bfeder@kelleydrye.com |
| Brett L. Gross | bgross@HuntonAK.com |

| | |
|---|---|
| Brian A. Raynor | braynor@lockelord.com |
| Brian S. McGrath | bmcgrath@mcglinchey.com |
| Bruce Buechler | bbuechler@lowenstein.com |
| Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Charles J. Filardi, Jr. | cfilardi@rrlawpc.com |
| Christy Rivera, Esq. | christy.rivera@nortonrosefulbright.com |
| Curtis S. Miller | cmiller@mnat.com |
| David G. Aelvoet | sanantonio.bankruptcy@publicans.com |
| David S. Gragg | dgragg@langleybanack.com |
| David W. Wirt | dwirt@lockelord.com |
| Deborah M. Perry | dperry@munsch.com |
| Donna H. Lieberman, Esq. | dlieberman@halperinlaw.net |
| Douglas B. Rosner | drosner@goulstonstorrs.com |
| Douglas J. Pick | dpick@picklaw.net |
| Ebony Cobb | ecobb@pbfcm.com |
| Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Erik Tikkanen | etikkanen@reisspreuss.com |
| Fred B. Ringel, Esq. | fbr@robinsonbrog.com |
| Gerald P. Kennedy | gerald.kennedy@procopio.com |
| | gfox@goodwinlaw.com |
| Gilbert A. Lazarus | gillazarus@gmail.com |
| Guy A. Reiss | greiss@reisspreuss.com |
| Harlan M. Lazarus | hlazarus@lazarusandlazarus.com |
| | harlan.lazarus@gmail.com |
| Herb Baer | searsteam@primeclerk.com |
| Howard A. Cohen | hcohen@gibbonslaw.com |
| Howard Seife, Esq. | howard.seife@nortonrosefulbright.com |
| | howard.upchurch@hanes.com |
| Ilan Markus | ilan.markus@leclairryan.com |
| Janine M. Figueiredo, Esq. | jfigueiredo@hahnhessen.com |
| Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| Jody A. Bedenbaugh | jody.bedenbaugh@nelsonmullins.com |
| John P. Dillman | houston_bankruptcy@publicans.com |
| John T. Farnum, Esq. | jfarnum@linowes-law.com |
| joia johnson | joia.johnson@hanes.com |
| Jonathan A. Grasso | jon@piercemccoy.com |
| Jonathan L. Flaxer, Esq. | jflaxer@golenbock.com |
| Joseph C. Barsalona II | jbarsalona@mnat.com |
| Joseph T. Moldovan Robert K. Dakis | bankruptcy@morrisoncohen.com |
| Judith Elkin | elkinj@mac.com |
| Karen Cordry | kcordry@naag.org |
| | KDWBankruptcyDepartment@KelleyDrye.com |
| Kevin S. Neiman | kevin@ksnpc.com |
| Kevin Tompsett, Esq. | ktompsett@harrisbeach.com |
| Kiah T. Ford IV | chipford@parkerpoe.com |
| Kristen D. Romano | kromano@mcglinchey.com |
| Laura J. Monroe | lmbkr@pbfcm.com |
| Laura McCarthy | laura.mccarthy@morganlewis.com |

| | |
|---|---|
| Lauren C. Kiss | lkiss@klestadt.com |
| Lee Gordon, Tara LeDay | tleday@mvbalaw.com |
| Leslie A. Plaskon, Esq. | leslieplaskon@paulhastings.com |
| Lily Wang | lily@pacogarment.com |
| Lynn H. Butler | lynn.butler@huschblackwell.com |
| Marc A. Zelina | marc.zelina@lw.com |
| Mark J. Chaney, Esq. | mchaney@mcglinchey.com |
| Martin A. Eliopulos, Esq. | elio@higgslaw.com |
| Michael S. Weinstein, Esq. | mweinstein@golenbock.com |
| Neil E. Herman | neil.herman@morganlewis.com |
| Niclas A. Ferland | niclas.ferland@leclairryan.com |
| Owen M. Sonik | osonik@pbfcm.com |
| Paul Schwartzberg | paul.schwartzberg@usdoj.gov |
| Peter M. Gilhuly | peter.gilhuly@lw.com |
| Rachel R. Obaldo | rachel.obaldo@oag.texas.gov |
| Richard A. Aguilar, Esq | raguilar@mcglinchey.com |
| Richard L. Zucker | rzucker@lasserhochman.com |
| Richard M. Allen | serviceqa@primeclerk.com |
| Richard Morrissey | richard.morrissey@usdoj.gov |
| Rick A. Steinberg | rsteinberg@pricemeese.com |
| Robert E. Michael | Robert.e.michael.esq@gmail.com |
| Robert L. Pryor | rlp@pryormandelup.com |
| Rudy J. Cerone, Esq. | rcerone@mcglinchey.com |
| Sean A. O'Keefe | sokeefe@okeefelc.com |
| Sean C. Southard | ssouthard@klestadt.com |
| Shane G. Ramsey | shane.ramsey@nelsonmullins.com |
| Shlomo Maza, Esq. | shlomomaza@paulhastings.com |
| Stephen B. Selbst | sselbst@herrick.com |
| Stephen M. Miller | smiller@morrisjames.com |
| Steven A. Ginther s | dnyecf@dor.mo.gov |
| T. Charlie Liu, Esq. | cliu@kelleydrye.com |
| Tara B. Annweiler | tannweiler@greerherz.com |
| Ted A. Dillman | ted.dillman@lw.com |
| Timothy F. Nixon | tnixon@gklaw.com |
| Trevor R. Hoffmann | thoffmann@goulstonstorrs.com |
| Abigail Snow | asnow@ssbb.com |
| Alan J. Lipkin | alipkin@willkie.com |
| Alan M. Feld, Esq. | afeld@sheppardmullin.com |
| Amy M. Williams | awilliams@williamsadvisors.com |
| Andrew G. Dietderich | dietdericha@sullcrom.com |
| Andrew S. Conway | aconway@taubman.com |
| Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| | Carina.Schoenberger@usdoj.gov |
| Carmen Contreras-Martinez | carmen.contreras-martinez@saul.com |
| Christopher R. Belmonte | cbelmonte@ssbb.com |
| Constantine D. Pourakis | cp@stevenslee.com |
| Curtis L. Tuggle | Curtis.Tuggle@ThompsonHine.com |
| David R. Zylberberg | zylberbergd@sullcrom.com |

| | |
|---|---|
| | David.Jones6@usdoj.gov |
| Dipesh Patel | dipesh.patel@saul.com |
| Doug Skierski Kristin H. Jain | enotices@skijain.com |
| Edward M. Fox | emfox@seyfarth.com |
| | efile@pbgc.gov |
| Fredric Sosnick | fsosnick@shearman.com |
| Gabriel Brunswick | gbrunswick@willkie.com |
| Garrett A. Fail | garrett.fail@weil.com |
| George R. Howard | george.howard@skadden.com |
| Gordon J. Toering | gtoering@wnj.com |
| Gregg M. Galardi | gregg.galardi@ropesgray.com |
| Herbert H. Slatery III, Marvin E. Clements, Jr. | AGBankNewYork@ag.tn.gov |
| Jacqueline Marcus | jacqueline.marcus@weil.com |
| James E. Sorenson | bk@svllaw.com |
| James M. Wilton | james.wilton@ropesgray.com |
| Jay Weinblatt | jweinblatt@sakar.com |
| | Jeffrey.Oestericher@usdoj.gov |
| | JeriLeigh.Miller@weil.com |
| | jessica.liou@weil.com |
| Jose A Galarza | jose.galarza@usbank.com |
| Joseph H. Lemkin | jlemkin@stark-stark.com |
| | Joseph.Cordaro@usdoj.gov |
| Judith Starr | Starr.Judith@pbgc.gov |
| Kevin J. Etzel | ketzel@vedderprice.com |
| Kimberly J. Kodis | kimberly.kodis@ropesgray.com |
| | Lawrence.Fogelman@usdoj.gov |
| Lei Lei Wang Ekvall, Philip E. Strok | pstrok@swelawfirm.com |
| | Linda.Riffkin@usdoj.gov |
| Mary A. Callahan | mary.callahan@bnymellon.com |
| Mary L. Fullington | mfullington@wyattfirm.com |
| Matthew C. McCann | mmccann@swc-law.com |
| Michael D. Brofman, Esq. | mbrofman@weisszarett.com |
| Michael J. Riela | Riela@thsh.com |
| Michael L. Schein | mschein@vedderprice.com |
| Michelle E. Shriro | mshriro@singerlevick.com |
| | Paloma.VanGroll@weil.com |
| Pamela Bosswick | pbosswick@ssbb.com |
| Patricia I. Chen | patricia.chen@ropesgray.com |
| Paul Leake, Esq | paul.leake@skadden.com |
| | Peter.Aronoff@usdoj.gov |
| Phillip M. Hudson III | phil.hudson@saul.com |
| Power Wang | powerwangtxks@vip.126.com |
| Ray C. Schrock | ray.schrock@weil.com |
| Robert A. Abiuso | rabiuso@swc-law.com |
| Ronald M. Tucker, Esq. | rtucker@simon.com |
| Ryan C. Reinert, Esq. | rreinert@shutts.com |
| Sabrina L. Streusand | streusand@slollp.com |
| Sam N. Ashuraey | sam.ashuraey@ropesgray.com |

| | |
|---|---|
| Sanford P. Rosen, Esq. | srosen@rosenpc.com |
| Sara Coelho | sara.coelho@shearman.com |
| Secretary of the Treasury | secbankruptcy@sec.gov |
| Secretary of the Treasury | NYROBankruptcy@sec.gov |
| Shana Elberg, Esq. | shana.elberg@skadden.com |
| Simon Aron | saron@wrslawyers.com |
| Stephen B. Gerald | sgerald@wtplaw.com |
| Steven Cimalore | scimalore@wilmingtontrust.com |
| Steven W. Kelly | skelly@s-d.com |
| Sunny Singh | sunny.singh@weil.com |
| Ted Cohen, Esq. | tcohen@sheppardmullin.com |
| Thomas S. Onder | tonder@stark-stark.com |
| Thomas W. Waldrep, Jr. | notice@waldrepllp.com |
| William McCarron, Jr | mccarron.william@pbgc.gov |