**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | **CASE NO. 18-23538-RDD** |
| Debtors. | **(Jointly Administered)** |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of A.J. Webb to be admitted, *pro hac vice*, to represent Washington Prime Group Inc. (the "Client") in the above-referenced cases; and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and the bars of the United States District Court for the Southern District of Ohio, the United States District Court for the Northern District of Ohio, the United States District Court for the Southern District of Indiana, and the United States District Court for the Northern District of Indiana, it is hereby

**ORDERED**, that A.J. Webb, Esq. is permitted to practice, *pro hac vice*, in the above-referenced cases to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: November 13, 2018        /s/Robert D. Drain
       White Plains, New York        UNITED STATES BANKRUPTCY JUDGE