**ROPES & GRAY LLP**
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Joshua Y. Sturm
Stephen Moeller-Sally *(pro hac admission
  pending)*

**ROPES & GRAY LLP**
191 North Wacker Drive
32nd Floor
Chicago, IL  60606-4302
Telephone: (312) 845-1200
Facsimile: (312) 845-5500
Nicholas M. Berg *(pro hac admission pending)*
Timothy Farrell *(pro hac admission pending)*

*Attorneys for Duff & Phelps, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **SEARS HOLDING CORPORATION, et al.,[1]** | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

--------------------------------------------------------------x

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Duff & Phelps, LLC ("<u>Duff & Phelps</u>"), a party-in-interest

in the above-captioned cases (these "<u>Cases</u>"), hereby appears by and through its undersigned

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

counsel pursuant to Section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 - 1532 (the "Bankruptcy Code"), and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").    Pursuant to Bankruptcy Rule 2002(g) and the *Order Implementing Certain Notice and Case Management Procedures* [Docket No. 139], Duff & Phelps hereby requests that copies of all notices and pleadings given or filed in these Cases be delivered to and served upon the following counsel at the following addresses, telephone numbers and email addresses:

**ROPES & GRAY LLP**
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Stephen Moeller-Sally
Joshua Y. Sturm
ssally@ropesgray.com
joshua.sturm@ropesgray.com

**ROPES & GRAY LLP**
191 North Wacker Drive
32nd Floor
Chicago, IL  60606-4302
Telephone: (312) 845-1200
Facsimile: (312) 845-5500
Nicholas M. Berg
Timothy Farrell
nicholas.berg@ropesgray.com
timothy.farrell@ropesgray.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request filed or otherwise made with regard to these Cases and the proceedings therein, whether formal or informal, whether written or oral, whether transmitted or conveyed by regular mail, electronic mail, facsimile, delivery service or some other means.    Further, this request includes copies of any disclosure statements to be submitted prior to approval and any and all plans of reorganization.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers (this "Notice") shall not constitute a submission by Duff & Phelps to the jurisdiction of the United States Bankruptcy Court for the Southern District of New York (the

"Bankruptcy Court"). This Notice and any subsequent appearance, pleading, proof of claim, claim, or suit is not intended, nor shall be deemed, to waive any of Duff & Phelps' substantive or procedural rights, including, without limitation: (i) the right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) the right to trial by jury in any proceedings triable in these Cases or in any case, controversy or proceeding related to these Cases; (iii) the right to have the reference withdrawn by the United States District Court for this district in any matter subject to mandatory or discretionary withdrawal or the right to seek abstention in favor of any state court; (iv) any election of remedy; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which Duff & Phelps is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: November 13, 2018
     Boston, MA

**ROPES & GRAY LLP**

   */s/  Joshua Y. Sturm*
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Joshua Y. Sturm
Stephen Moeller-Sally *(pro hac admission pending)*
joshua.sturm@ropesgray.com
ssally@ropesgray.com

*Attorneys for Duff & Phelps, LLC*