| | |
|---|---|
| **ROPES & GRAY LLP** | **ROPES & GRAY LLP** |
| Prudential Tower, 800 Boylston Street | 191 North Wacker Drive |
| Boston, MA 02199-3600 | 32nd Floor |
| Telephone: (617) 951-7000 | Chicago, IL  60606-4302 |
| Facsimile: (617) 951-7050 | Telephone: (312) 845-1200 |
| Joshua Y. Sturm | Facsimile: (312) 845-5500 |
| Stephen Moeller-Sally *(pro hac admission pending)* | Nicholas M. Berg *(pro hac admission pending)* |
| | Timothy R. Farrell *(pro hac admission pending)* |

*Attorneys for Duff & Phelps, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                              :    Chapter 11
                                                   :
**SEARS HOLDING CORPORATION,** *et al.,*[1]    :    Case No. 18-23538 (RDD)
                                                   :
        Debtors.                                   :    (Jointly Administered)
------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Stephen Moeller-Sally, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Duff & Phelps LLC, a party-in-interest in the above-captioned chapter 11

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

cases.

*I certify that I am a member in good standing* of the Bar of the Commonwealth of Massachusetts and the Bar of the State of New York, and am admitted to practice before the U.S. Court of Appeals for the First Circuit, the U.S. District Court for the District of Massachusetts, and the U.S. District Court for the Eastern District of Michigan.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: November 13, 2018
New York, New York

                                                */s/ Stephen Moeller-Sally*
Stephen Moeller-Sally
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
ssally@ropesgray.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                                         :    Chapter 11
                                                              :
**SEARS HOLDING CORPORATION,** *et al.,*[1]   :    Case No. 18-23538 (RDD)
                                                              :
Debtors.                                              :    (Jointly Administered)
------------------------------------------------------------ x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Stephen Moeller-Sally (the "Movant"), to be admitted, ***pro hac vice***, to represent Duff & Phelps, LLC, a party-in-interest in the above-captioned chapter 11 cases, and upon the Movant's certification that the Movant is a member in good standing of the Bar of the Commonwealth of Massachusetts and the Bar of the State of New York, and is admitted to practice before the U.S. Court of Appeals for the First Circuit, the U.S. District Court for the District of Massachusetts, and the U.S. District Court for the Eastern District of Michigan, it is hereby

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2

**ORDERED**, that Stephen Moeller-Sally is admitted to practice, *pro hac vice*, in the above-referenced case to represent Duff & Phelps, LLC in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: November ___, 2018
       New York, New York

                              HONORABLE ROBERT D. DRAIN
                              UNITED STATES BANKRUPTCY JUDGE