UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re:                                                     :
                                                           :   Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,                      :
                                                           :   Case No. 18-23538 (RDD)
                                                           :
           Debtors.                                        :   Jointly Administered
                                                           :
-----------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Sawnie A. McEntire, request admission, ***pro hac vice***, to represent Cushman & Wakefield Inc., a party in interest in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Northern District of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  November 13, 2018                      */s/ Sawnie A. McEntire*

                                               Parsons McEntire McCleary PLLC
                                               1700 Pacific Avenue, Ste. 4400
                                               Dallas, TX  75201
                                               E-mail address:  smcentire@pmmlaw.com
                                               Telephone number:  (214) 237-4300