**FOX ROTHSCHILD LLP**
49 Market Street
Morristown, New Jersey 07960
Telephone: (973) 992-4800
Facsimile: (973) 992-9125
Mark E. Hall, Esq.

*Attorneys for CAPREF Burbank LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE REGARDING JOINDER OF
CAPREF BURBANK LLC TO LANDLORD OBJECTIONS TO (I) DEBTORS'
MOTION FOR APPROVAL OF GLOBAL BIDDING PROCEDURES; AND (II)
DEBTORS' MOTION FOR APPROVAL OF DEBTOR-IN-POSSESSION FINANCING**

MARCIA L. STEEN, of full age, hereby certifies as follows:

1.  I am a paralegal employed by the firm of Fox Rothschild LLP. My business address is 1980 Festival Plaza Drive, Suite 700, Las Vegas, NV 89135. Fox Rothschild LLP is counsel to CAPREF Burbank LLC in connection with the above-referenced cases.

2.  On November 12, 2018, I electronically filed the Joinder of CAPREF Burbank LLC to Landlord Objections to (i) Debtors' Motion for Approval of Global Bidding Procedures; and (ii) Debtors' Motion for Approval of Debtor-In-Possession Financing (the "Joinder") with the United States Bankruptcy Court for the Southern District of New York, thereby causing the parties entitled to receive notice via the Court's ECF system to be served.

3.  In addition, on that date I caused copies of the Joinder to be served upon the parties on the attached service list as noted thereon.

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ Marcia L. Steen
MARCIA L. STEEN

Dated: November 13, 2018

Service List

**Served Via Overnight Mail On 11/13/18**

The Honorable Judge Robert D. Drain
United States Bankruptcy Court
for the Southern District of New York
300 Quarropas Street, Room No. 248
White Plains, NY 10601

**Served Via Email On 11/12/18 & Overnight Mail on 11/13/18**

Ray C. Schrock, P.C.
Jacqueline Marcus, Esq.
Garrett A. Fail, Esq.
Sunny Singh, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
E-mail: ray.schrock@weil.com
E-mail: jacqueline.marcus@weil.com
E-mail: garrett.fail@weil.com
E-mail: sunny.singh@weil.com

**Served Via Email Only On 11/12/13**

Paul Schwartzberg, Esq.
Office of the United States Trustee
for Region 2
201 Varick Street, Suite 1006
New York, NY 10014
E-mail: paul.schwartzberg@usdoj.gov


Paul D. Leake, Esq.
Shana A. Elberg, Esq.
George R. Howard, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
E-mail: paul.leake@skadden.com
E-mail: shana.elberg@skadden.com
E-mail: george.howard@skadden.com

Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY 10017
E-mail: marshall.huebner@davispolk.com
E-mail: eli.vonnegut@davispolk.com


Sean A. O'Neal, Esq.
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
E-mail: soneal@cgsh.com


Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
T. Charlie Liu, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
E-mail: KDWBankruptcyDepartment@KelleyDrye.com
E-mail: bfeder@kelleydrye.com
E-mail: cliu@kelleydrye.com


Edward M. Fox, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
E-mail: emfox@seyfarth.com


James Gadsden, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10015
E-mail: gadsden@clm.com


Brian A. Raynor, Esq.
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
E-mail: braynor@lockelord.com

Philip C. Dublin, Esq.
Ira Dizengoff, Esq.
Sara Lynne Brauner, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
E-mail: pdublin@akingump.com
E-mail: idizengoff@akingump.com
E-mail: sbrauner@akingump.com

**Served Via Regular Mail On 11/13/18**

Sears Holdings Corporation
Attn: Stephen Sitley Esq.
Attn: Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, IL 60179