**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: Sears Holding Corporation, et al.

Case No.: 18-23538-rdd

Chapter 11

Debtor

---------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Casey Cantrell Swartz, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent CIVF V-OH1M03, LLC, a creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Ohio and, if applicable, the bar of the U.S. District Court for the Southern District of Ohio.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 11/14/2018

_____, New York

/s/ Casey Cantrell Swartz

*Mailing Address*:

Taft, Stettinius & Hollister, LLP

425 Walnut St., Suite 1800

Cincinnati, Ohio 45202

*E-mail address*: cswartz@taftlaw.com

*Telephone number*: (513-) 357-9452