**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: Sears Holding Corporation, et al.

Case No.: 18-23538-rdd

Chapter 11

Debtor

---------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

---------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of  Casey Cantrell Swartz                , to be admitted, ***pro hac vice***, to represent  CIVF V-OH1M03, LLC              , (the "Client") a  creditor                            in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Ohio                   and, if applicable, the bar of the U.S. District Court for the  Southern     District of  Ohio                   ,  it is hereby

**ORDERED**, that  Casey Cantrell Swartz            , Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York          /s/ _____

UNITED STATES BANKRUPTCY JUDGE