UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 18-23538 (RDD) |
| | ) | |
| Sears Holdings Corporation, *et. al.*, | ) | CHAPTER 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, George B. Cauthen, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Michelin North America, Inc., a Creditor in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the States of South Carolina and Florida and the bar of the U.S. District Courts for the U.S. District Courts for the District of South Carolina, Southern District of Florida, Middle District of Florida and Northern District of Florida.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: November 1, 2018
Columbia, South Carolina

*/s/ George B. Cauthen*
George B. Cauthen
NELSON MULLINS RILEY & SCARBOROUGH L.L.P.
E-Mail: george.cauthen@nelsonmullins.com
1320 Main Street/ 17th Floor
Post Office Box 11070 (29211)
Columbia, SC  29201
(803) 799-2000
Attorneys for Michelin North America, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In Re: | ) | CASE NO. 18-23538 (RDD) |
|---|---|---|
| | ) | |
| Sears Holdings Corporation, *et. al.*, | ) | CHAPTER 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of George B. Cauthen, to be admitted, *pro hac vice*, to represent Michelin North America, Inc., (the "Client") a Creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the States of South Carolina and Florida and the bar of the U.S. District Courts for the District of South Carolina, Southern District of Florida, Middle District of Florida and Northern District of Florida, it is hereby

**ORDERED**, that George B. Cauthen, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York        /s/ _____
                                    UNITED STATES BANKRUPTCY JUDGE