UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 18-23538 (RDD) |
| | ) | |
| Sears Holdings Corporation, *et. al.*, | ) | CHAPTER 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jody A. Bedenbaugh, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Michelin North America, Inc., a Creditor in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of South Carolina and the bar of the U.S. District Court for the District of South Carolina.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated: November 1, 2018
Columbia, South Carolina

_____
Jody A. Bedenbaugh
NELSON MULLINS RILEY & SCARBOROUGH L.L.P.
E-Mail: jody.bedenbaugh@nelsonmullins.com
1320 Main Street/ 17th Floor
Post Office Box 11070 (29211)
Columbia, SC 29201
(803) 799-2000
Attorneys for Michelin North America, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 18-23538 (RDD) |
| | ) | |
| Sears Holdings Corporation, *et. al.*, | ) | CHAPTER 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jody A. Bedenbaugh, to be admitted, *pro hac vice*, to represent Michelin North America, Inc., (the "Client") a Creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of South Carolina and the bar of the U.S. District Court for the District of South Carolina, it is hereby

**ORDERED**, that Jody A. Bedenbaugh, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE