Devon J. Eggert, Esq.
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone:  312.360.6000
Facsimile:   312.360.6520
deggert@freeborn.com

*Counsel for True Value Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re:                                                            :    Chapter 11
                                                                  :
SEARS HOLDINGS CORPORATION, *et al.*,    :    Case No. 18-23538 (RDD)
                                                                  :
                                                                  :    (Jointly Administered)
                     Debtors.                                 :
                                                                  :
------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Devon J. Eggert, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent True Value Company, in the above-referenced chapter 11 cases.

I certify that I am a member in good standing of the bar in the State of Illinois and am admitted to practice before the U.S. District Courts for the Northern District of Illinois, Central District of Illinois, District of Colorado, Eastern District of Michigan, Western District of Michigan, Northern District of Ohio, Eastern District of Wisconsin, and the Western District of Wisconsin.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

| | |
|---|---|
| Dated:  November 14, 2018<br>Chicago, Illinois | **FREEBORN & PETERS LLP**<br><br>By: /s/ Devon J. Eggert<br><br>Devon J. Eggert, Esq.<br>FREEBORN & PETERS LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, Illinois 60606<br>Telephone:  312.360.6000<br>Facsimile:   312.360.6520<br><br>*Counsel for True Value Company* |