UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                :

In re:                                                :    Chapter 11

SEARS HOLDINGS CORPORATION, *et al.*,    :    Case No. 18-23538 (RDD)

                                                :    (Jointly Administered)
                    Debtors.               :

-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I, Devon J. Eggert, an attorney, hereby certify that a true and correct copy of the foregoing *Motion for Admission to Practice, Pro Hac Vice* has been served upon those parties receiving the Court's ECF e-mail notification in this proceeding on this 14th day of November, 2018.

                                                                  /s/ Devon J. Eggert