UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                         :

In re:                                        :    Chapter 11

SEARS HOLDINGS CORPORATION, *et al.*,    :    Case No. 18-23538 (RDD)

                                                      :    (Jointly Administered)
                      Debtors.

---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Devon J. Eggert to be admitted *pro hac vice,* to represent True Value Company, in the above- referenced chapter 11 cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois, the U.S. District Courts for the Northern District of Illinois, Central District of Illinois, District of Colorado, Eastern District of Michigan, Western District of Michigan, Northern District of Ohio, Eastern District of Wisconsin, and the Western District of Wisconsin.

ORDERED that Devon J. Eggert is admitted to practice, *pro hac vice*, in the above-referenced chapter 11 cases, in the United State Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: November 14, 2018
New York, New York

                                                                       _____
                                                                       UNITED STATES BANKRUPTCY JUDGE