UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
:
In re:                                                       :
                                                             :   Chapter 11
SEARS HOLDINGS CORPORATION, *et al*.,                        :
                                                             :   Case No. 18-23538 (RDD)
                                                             :
             Debtors.                                        :   Jointly Administered
                                                             :
-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Robert M. Rosen, request admission, *pro hac vice,* to represent Cushman & Wakefield Inc., a party in interest in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Northern District of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.


Dated:  November 14, 2018                     */s/ Robert M. Rosen*

                                              Parsons McEntire McCleary PLLC
                                              1700 Pacific Avenue, Ste. 4400
                                              Dallas, TX  75201
                                              E-mail address:  rrosen@pmmlaw.com
                                              Telephone number:  (214) 237-4300

#61754336_v1