UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br>(Jointly Administered)<br><br><u>CERTIFICATE OF SERVICE</u> |

I, Richard V. Conza, an attorney admitted to practice in the State of New York, and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 13th day of November, 2018, the Limited Response to the Preliminary Objection of the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al., to Debtors' Motion for Approval of Global Bidding Procedures with Exhibits was served by email upon:

> jacqueline.marcus@weil.com
> ray.schrock@weil.com
> sunny.singh@weil.com
> garrett.fail@weil.com
> luke.valentino@searshc.com
> stephen.sitley@searshc.com
> paul.schwartzberg@usdoj.gov
> paul.leake@skadden.com
> shana.elberg@skadden.com
> george.howard@skadden.com
> eli.vonnegut@davispolk.com
> marshall.huebner@davispolk.com
> ewilson@kelleydrye.com
> bfeder@kelleydrye.com
> emfox@seyfarth.com
> gadsden@clm.com
> braynor@lockelord.com
> idizengoff@akingump.com
> aqureshi@akingump.com
> sbrauner@akingump.com
> pdublin@akingump.com

2. On the 13th day of November 2018, a true and correct copy of the aforementioned document was also served by Federal Express upon:

>Honorable Judge Robert D. Drain
>United States Bankruptcy Court
>Southern District of New York
>300 Quarropas Street, Room 248
>White Plains, NY 10601
>
>Sears Holdings Corporation
>3333 Beverly Road
>Hoffman Estates, IL 60179
>Attn: Stephen Sitley, Esq.
>　　　Luke J. Valentino, Esq.
>
>Weil, Gotshal & Manges LLP
>767 Fifth Avenue
>New York, NY 10153
>Attn: Ray C. Schrock, Esq.
>　　　Jacqueline Marcus, Esq.
>　　　Garrett A. Fail, Esq.
>　　　Sunny Singh, Esq.
>
>Office of the United States Trustee For Region 2
>201 Varick Street, Suite 1006
>New York, NY 10014
>Attn: Paul Schwartzberg, Esq.
>
>Skadden, Arps, Slate, Meagher & Flom LLP
>4 Times Square
>New York, NY 10036
>Attn: Paul D. Leake, Esq.
>　　　Shana A. Elberg, Esq.
>　　　George R. Howard, Esq.
>
>Davis Polk & Wardell LLP
>450 Lexington Avenue
>New York, NY 10017
>Attn: Marshall S. Huebner, Esq.
>　　　Eli J. Vonnegut, Esq.

Kelly Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn:   Eric R. Wilson, Esq.
        Benjamin D. Feder, Esq.

Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
Attn:   Edward M. Fox, Esq.

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Attn:   James Gadsden, Esq.

Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Attn:   Brian A. Raynor, Esq.

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Attn:   Philip C. Dublin, Esq.
        Ira Dizengoff, Esq.
        Sara Lynne Brauner, Esq.

Dated:  New York, New York
        November 14, 2018

_____
Richard V. Conza