Hearing Date: November 15, 2018 @ 10:00 a.m.

Patrick Collins
Veronique A. Urban
FARRELL FRITZ, P.C.
400 RXR Plaza
Uniondale, New York 11556
Tel:   (516) 227-0700
Fax:   (516) 227-0777

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | (Jointly Administered) |
| Debtors. | : | |

----------------------------------------------------------------x

# NOTICE OF WITHDRAWAL OF OBJECTION
# TO MOTION OF DEBTORS FOR AUTHORITY TO
# EXTEND THE TIME TO ASSUME OR REJECT UNEXPIRED
# LEASE AND SUBLEASES OF NONRESIDENTIAL REAL PROPERTY

Midwood Management Corp., as agent for Expressway Plaza I, LLC and Farmingville Associates Phase 1, LLC as tenants in common, hereby withdraws its objection [Docket No.573] to the *Motion of Debtors for Authority to Extend the Time to Assume or Reject Unexpired Lease and Subleases of Nonresidential Real Property* [Docket No. 426].

Dated:  Uniondale, New York
        November 14, 2018          FARRELL FRITZ, P.C.

                         By:    /s/ *Patrick Collins*
                                Patrick Collins
                                Veronique A. Urban
                                400 RXR Plaza
                                Uniondale, New York 11556
                                Tel:   (516) 227-0700
                                Fax:   (516) 227-0777

                                *Attorneys for Midwood Management Corp., as agent for Expressway Plaza I, LLC and Farmingville Associates Phase 1, LLC as tenants in common*

FF\7902994.1