Ivan M. Gold, Esq.
Allen Matkins Leck Gamble Mallory & Natsis LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Tel: (415) 837-1515
Fax: (415) 837-1516
Email: igold@allenmatkins.com

Attorney for LBA Realty LLC and Weingarten Realty Investors landlords

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Ivan M. Gold, request admission in accordance with Local Bankruptcy Rule 2090-1(b), *pro hac vice*, before the Honorable Robert D. Drain, to represent landlords affiliated with LBA Realty LLC and Weingarten Realty Investors, creditors in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of California and the United States District Courts for the Northern, Southern, Eastern and Central Districts of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  November 13, 2018

                                                /s/ Ivan M. Gold
Ivan M. Gold, Esq.
Allen Matkins Leck Gamble Mallory & Natsis LLP
Three Embarcadero Center, 12th Floor,
San Francisco, CA 94111-4074
Tel: (415) 837-1515
Fax: (415) 837-1516
Email: igold@allenmatkins.com

Attorney for LBA Realty LLC and
Weingarten Realty Investors landlords

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | ) Case No. 18-23538 (RDD) |
| Debtors. | ) (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Ivan M. Gold, to be admitted, *pro hac vice*, to represent landlords affiliated with LBA Realty LLC and Weingarten Realty Investors, creditors in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the United States District Courts for the Northern, Southern, Eastern and Central Districts of California, it is hereby

**ORDERED**, that Ivan M. Gold is permitted to practice, *pro hac vice*, in the above-referenced case to represent landlords affiliated with LBA Realty LLC and Weingarten Realty Investors in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
White Plains, New York

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

4827-0599-1546v.2