**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, et al.,<br><br>Debtors | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, John R. Fifarek, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent 4th Street South II, LLC, a Michigan limited liability company a creditor and party-in-interest (landlord of certain property located at 3131 E. Michigan Ave., Lansing, Michigan pursuant to lease with Sears, Roebuck and Co.) in the above-referenced cases.

***I certify that I am a member in good standing*** of the bar in the State of Michigan and the bar of the United States District Courts serving the Eastern and Western Districts of the State of Michigan.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: November 13, 2018

Respectfully Submitted

Lasky Fifarek, PC

By: _____
John R. Fifarek
Michigan Bar No. P-35518
Lasky Fifarek, PC
120 N Washington Square
Suite 625
Lansing, MI 48933
P: 517-267-2226
F: 517-267-2230
E: jfifarek@laskyfifarek.com

*Counsel to 4th Street South II, LLC,*
*a Michigan limited liability company*