Allen G. Kadish
Lance A. Schildkraut
ARCHER & GREINER, P.C.
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Email: akadish@archerlaw.com
      lschildkraut@archerlaw.com

    and

Kenneth M. Florey
M. Neal Smith
ROBBINS, SCHWARTZ, NICHOLAS,
LIFTON & TAYLOR, LTD.
631 E. Boughton Road, Suite 200
Bolingbrook, Illinois 60440
Tel: (630) 929-3639
Email: kflorey@robbins-schwartz.com
      nsmith@robbins-schwartz.com

    and

Matthew T. Gensburg
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Tel: (312) 263-2200
Email: mgensburg@gcklegal.com

Hearing Date: December 20, 2018
Hearing Time: 10:00 A.M.

*Attorneys for Community Unit School District 300*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

    Harrison H.D. Breakstone, being duly admitted to practice in New York State and before the Southern District of New York, hereby certifies that he caused to be served true and correct copies of the *Motion of Community Unit School District 300 for Relief from the Automatic Stay or, in the Alternative, for Abstention* [Docket No. 652], with the Notice of Motion, Proposed Order and Exhibits A and B (but with Exhibits 1 – 6 to Exhibit A withheld from service, and notice provided that they are available upon request) as follows:

- On November 12, 2018, by email upon the parties identified on the service list attached as Exhibit A; and
- On November 14, 2018, by regular mail upon the parties identified on the service list attached as Exhibit B.

Dated: New York, New York
       November 14, 2018                                                  s/ Harrison H.D. Breakstone
                                                                                Harrison H.D. Breakstone

**Exhibit A**

idizengoff@akingump.com
pdublin@akingump.com
aqureshi@akingump.com
sbrauner@akingump.com
bnkatty@aldineisd.org
jarnold@aldridgepite.com
James.Vincequerra@alston.com
leib.lerner@alston.com
ajd@ansellgrimm.com
ajd@ansellgrimm.com
akadish@archerlaw.com
lschildkraut@archerlaw.com
CSchael@AshfordNJLaw.com
eneiger@askllp.com
jchristian@askllp.com
pollack@ballardspahr.com
branchd@ballardspahr.com
heilmanl@ballardspahr.com
summersm@ballardspahr.com
harnerp@ballardspahr.com
kutnera@ballardspahr.com
knewman@barclaydamon.com
emiller@bayardlaw.com
russ@bsavory.com
rmills@bellnunnally.com
klove@bellnunnally.com
mbarrie@beneschlaw.com
kcapuzzi@beneschlaw.com
Tgaa@bbslaw.com
JRhodes@BlankRome.com
Tarr@BlankRome.com
EZucker@BlankRome.com
bankruptcy@borgeslawllc.com
wborges@borgeslawllc.com
schin@borgeslawllc.com
arainone@bracheichler.com
schristianson@buchalter.com
rdavis@cafarocompany.com
jlevitin@cahill.com
rstieglitz@cahill.com
mcatalfimo@carterconboy.com
gadsden@clm.com
bankruptcy@clm.com
Dennis.roemlein@bnymellon.com

appleby@chapman.com
wilamowsky@chapman.com
brotenberg@csglaw.com
szuber@csglaw.com
ksimard@choate.com
jmarshall@choate.com
hchoi@choiandpark.com
cpark@choiandpark.com
lkleist@choiandpark.com
mstein@chuhak.com
eschnitzer@ckrlaw.com
duane.brescia@clarkhillstrasburger.com
dblau@clarkhill.com
soneal@cgsh.com
jbromley@cgsh.com
aweaver@cgsh.com
rmukhi@cgsh.com
jkpark@cgsh.com
rseltzer@cwsny.com
Michael.smith2@computershare.com
kbifferato@connollygallagher.com
kconlan@connollygallagher.com
cgriffiths@connollygallagher.com
svanaalten@cooley.com
scarnes@cooley.com
dcoffino@cov.com
aclark@cov.com
mfelger@cozen.com
pzumbro@cravath.com
dhw@dhclegal.com
marshall.huebner@davispolk.com
eli.vonnegut@davispolk.com
sears.service@davispolk.com
mcto@debevoise.com
eweisgerber@debevoise.com
WMSimkulak@duanemorris.com
Cheitzenrater@duanemorris.com
Leopold.matt@Epa.gov
lbercovich@epicor.com
ppascuzzi@ffwplaw.com
mark.wilson@fisherbroyles.com
patricia.fugee@fisherbroyles.com
dlwright@foley.com
msmall@foley.com

rmccord@certilmanbalin.com
rnosek@certilmanbalin.com
mhall@foxrothschild.com
mherz@foxrothschild.com
nreid@foxswibel.com
jfrank@fgllp.com, jkleinman@fgllp.com
brad.eric.scheler@friedfrank.com
scott.luftglass@friedfrank.com
peter.siroka@friedfrank.com
tking@fbtlaw.com
rgold@fbtlaw.com
awebb@fbtlaw.com
pmartin@fmdlegal.com
lbrymer@fmdlegal.com
gseitz@gsbblaw.com
mgensburg@gcklegal.com
btheisen@gibbonslaw.com
nsongonuga@gibbonslaw.com
hcohen@gibbonslaw.com
tnixon@gklaw.com
jflaxer@golenbock.com
mweinstein@golenbock.com
gfox@goodwinlaw.com
bbazian@goodwinlaw.com
drosner@goulstonstorrs.com
thoffmann@goulstonstorrs.com
tannweiler@greerherz.com
jfigueiredo@hahnhessen.com
dlieberman@halperinlaw.net
joia.johnson@hanes.com
howard.upchurch@hanes.com
ktompsett@harrisbeach.com
sselbst@herrick.com
elio@higgslaw.com
barbra.parlin@hklaw.com
jose.casal@hklaw.com
jjalemany@hklaw.com
bgross@HuntonAK.com
lynn.butler@huschblackwell.com
taxcollector@co.imperial.ca.us
Mimi.M.Wong@irscounsel.treas.gov
Mimi.M.Wong@irscounsel.treas.gov
Bankruptcy2@ironmountain.com
elkinj@mac.com
KDWBankruptcyDepartment@KelleyDrye.com
bfeder@kelleydrye.com

plabov@foxrothschild.com
thoran@foxrothschild.com
kurtzman@kurtzmansteady.com
dgragg@langleybanack.com
rzucker@lasserhochman.com
marc.zelina@lw.com
peter.gilhuly@lw.com
ted.dillman@lw.com
gillazarus@gmail.com
kevin@ksnpc.com
william.fennell@fennelllaw.com
luralene.schultz@fennelllaw.com
office@fennelllaw.com
dtabachnik@dttlaw.com
hlazarus@lazarusandlazarus.com
harlan.lazarus@gmail.com
ilan.markus@leclairryan.com
niclas.ferland@leclairryan.com
sanantonio.bankruptcy@publicans.com
dallas.bankruptcy@publicans.com
houston_bankruptcy@publicans.com
jfarnum@linowes-law.com
braynor@lockelord.com
asmith@lockelord.com
dwirt@lockelord.com
jfroehlich@lockelord.com
sbryant@lockelord.com
bbuechler@lowenstein.com
tleday@mvbalaw.com
bmcgrath@mcglinchey.com
kromano@mcglinchey.com
mchaney@mcglinchey.com
raguilar@mcglinchey.com
rcerone@mcglinchey.com
hjschwartz@mckoolsmith.com
nkenworthy@mrrlaw.net
sdnyecf@dor.mo.gov
laura.mccarthy@morganlewis.com
neil.herman@morganlewis.com
smiller@morrisjames.com
cmiller@mnat.com
jbarsalona@mnat.com
jmarines@mofo.com
bbutterfield@mofo.com
bankruptcy@morrisoncohen.com
mro@prbankruptcy.com

ssouthard@klestadt.com
lkiss@klestadt.com
jody.bedenbaugh@nelsonmullins.com
shane.ramsey@nelsonmullins.com
dsklar@nixonpeabody.com
howard.seife@nortonrosefulbright.com
christy.rivera@nortonrosefulbright.com
cmomjian@attorneygeneral.gov
rachel.obaldo@oag.texas.gov
richard.morrissey@usdoj.gov
paul.schwartzberg@usdoj.gov
apetrakov@offitkurman.com
smetz@offitkurman.com
sokeefe@okeefelc.com
lily@pacogarment.com
chipford@parkerpoe.com
leslieplaskon@paulhastings.com
andrewtenzer@paulhastings.com
shlomomaza@paulhastings.com
ecobb@pbfcm.com
ecobb@pbfcm.com
lmbkr@pbfcm.com
osonik@pbfcm.com
dpick@picklaw.net
jon@piercemccoy.com
rsteinberg@pricemeese.com
searsteam@primeclerk.com
serviceqa@primeclerk.com
gerald.kennedy@procopio.com
rlp@pryormandelup.com
cfilardi@rrlawpc.com
greiss@reisspreuss.com
etikkanen@reisspreuss.com
kflorey@robbins-schwartz.com
nsmith@robbins-schwartz.com
Robert.e.michael.esq@gmail.com
Aron.hume@gmail.com
fbr@robinsonbrog.com
gregg.galardi@ropesgray.com
kimberly.kodis@ropesgray.com
sam.ashuraey@ropesgray.com
james.wilton@ropesgray.com
patricia.chen@ropesgray.com
srosen@rosenpc.com
skelly@s-d.com
mmccann@swc-law.com

dperry@munsch.com
kcordry@naag.org
cbelmonte@ssbb.com
asnow@ssbb.com
pbosswick@ssbb.com
dipesh.patel@saul.com
phil.hudson@saul.com
carmen.contreras-martinez@saul.com
secbankruptcy@sec.gov
NYROBankruptcy@sec.gov
bankruptcynoticeschr@sec.gov
ashmead@sewkis.com
alves@sewkis.com
emfox@seyfarth.com
fsosnick@shearman.com
sara.coelho@shearman.com
afeld@sheppardmullin.com
tcohen@sheppardmullin.com
rreinert@shutts.com
rtucker@simon.com
mshriro@singerlevick.com
paul.leake@skadden.com
shana.elberg@skadden.com
george.howard@skadden.com
Paul.Leake@skadden.com
Shana.Elberg@skadden.com
George.Howard@skadden.com
enotices@skijain.com
pstrok@swelawfirm.com
bk@svllaw.com
mary.callahan@bnymellon.com
mary.callahan@bnymellon.com
tonder@stark-stark.com
jlemkin@stark-stark.com
cp@stevenslee.com
streusand@slollp.com
dietdericha@sullcrom.com
zylberbergd@sullcrom.com
Riela@thsh.com
aconway@taubman.com
Starr.Judith@pbgc.gov
mccarron.william@pbgc.gov
efile@pbgc.gov
joe@sarscheklawfirm.com
Curtis.Tuggle@ThompsonHine.com
powerwangtxks@vip.126.com

rabiuso@swc-law.com
jweinblatt@sakar.com
David.Jones6@usdoj.gov
Jeffrey.Oestericher@usdoj.gov
Joseph.Cordaro@usdoj.gov
Carina.Schoenberger@usdoj.gov
Lawrence.Fogelman@usdoj.gov
Peter.Aronoff@usdoj.gov
Linda.Riffkin@usdoj.gov
ketzel@vedderprice.com
mschein@vedderprice.com
marva.m.levine@verizon.com
notice@waldrepllp.com
sfalanga@walsh.law
gtoering@wnj.com
ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com
JeriLeigh.Miller@weil.com
jessica.liou@weil.com
Paloma.VanGroll@weil.com
Jared.Friedmann@weil.com
Jessie.Mishkin@weil.com
mbrofman@weisszarett.com
sfink@weltman.com
sgerald@wtplaw.com
awilliams@williamsadvisors.com
alipkin@willkie.com
gbrunswick@willkie.com
phealy@wsfsbank.com
scimalore@wilmingtontrust.com
saron@wrslawyers.com
mfullington@wyattfirm.com
AGBankNewYork@ag.tn.gov
jose.galarza@usbank.com

**Exhibit B**

Freeborn & Peters LLP
Attn: Devon J. Eggert, Esq.
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

Office of the United States Trustee for Region 2
Attn: Paul Schwartzberg, Esq.
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014

Schiff Hardin LLP
Attn: Louis T. DeLucia, Esq.
Attn: Alyson M. Fielder, Esq.
666 Fifth Avenue, Suite 1700
New York, NY 10103

Sears Holdings Corporation
Attn: Stephen Sitley Esq.
Attn: Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates Illinois 60179

The Bank of New York Mellon Trust Company
c/o Successor Trustee for the SRAC Unsecured
PIK Notes, SRAC Unsecured Notes, and the
SRAC Medium Term Notes
Attn: Corporate Trust Administration
101 Barclay St., Floor 8W
New York, New York 10286

Travis County Attorney
Attn: David Escamilla
P.O. Box 1748
Austin, Texas 78767

Vedder Price
Attn: Michael Schein, Esq.
Attn: Joshua Dunn, Esq.
1633 Broadway, 31st Floor
New York, NY 10019

Wilmington Trust, National Association
c/o Indenture Trustee for the Second Lien Notes
Attn: Sears Holdings Corp. Administrator
Corporate Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, Minnesota 55402

Wilmorite Management Group LLC
Attn: Donald C. Cowan, Jr.
c/o Counsel to Eastview Mall, LLC,
Greece Ridge, LLC & The Marketplace
1265 Scottsville Road
Rochester, New York 14624

215501957v1