Brian J. Lohan, Esq.
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, Illinois 60602
Telephone:   (312) 583-2403
Facsimile:    (312) 583-2360
brian.lohan@arnoldporter.com
ginger.clements@arnoldporter.com

James W. Grudus, Esq.
One AT&T Way, Room 3A115
Bedminster, NJ 07921
Telephone:   (908) 234-3318
Facsimile:    (832) 213-0157
Jg5786@att.com

*Counsel for AT&T and Turner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SRC Sparrow 1 LLC (None); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); SRC Sparrow 2 LLC (None); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); SRC O.P. LLC (None); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); SRC Facilities LLC (None); and SRC Real Estate (TX), LLC (None). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that AT&T ("AT&T") and Turner Broadcasting Sales, Inc. ("Turner") hereby enter their appearance by and through their undersigned counsel, Arnold & Porter Kaye Scholer LLP and AT&T Services Legal Department, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**PLEASE TAKE FURTHER NOTICE** that, such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned chapter 11 cases be given to and served upon the following counsel:

| | |
|---|---|
| Brian J. Lohan, Esq. | James W. Grudus, Esq. |
| Ginger Clements, Esq. | One AT&T Way, Room 3A115 |
| ARNOLD & PORTER KAYE SCHOLER LLP | Bedminster, New Jersey 07921 |
| 70 West Madison Street, Suite 4200 | Telephone: (908) 234-3318 |
| Chicago, Illinois 60602 | Facsimile: (832) 213-0157 |
| Telephone: (312) 583-2403 | Email: Jg5786@att.com |
| Facsimile: (312) 583-2360 | |
| Email: : brian.lohan@arnoldporter.com | |
| ginger.clements@arnoldporter.com | |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile, or otherwise filed or made with regard to the referenced cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that filing of this *Notice of Appearance and Request for Notices* shall not be deemed or construed to constitute a waiver of any

substantive or procedural right of AT&T and Turner including, without limitation: (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the Southern District of New York (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which AT&T or Turner is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. Unless and until AT&T or Turner expressly states otherwise, neither AT&T nor Turner consents to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

[*Remainder of page intentionally left blank.*]

Dated: November 14, 2018           Respectfully submitted,
      Chicago, Illinois

*/s/ Brian J. Lohan*
Brian J. Lohan, Esq.
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, Illinois 60602
Telephone:  (312) 583-2403
Facsimile:   (312) 583-2360
Email: :       brian.lohan@arnoldporter.com
              ginger.clements@arnoldporter.com

-and -

James W. Grudus, Esq.
One AT&T Way, Room 3A115
Bedminster, NJ 07921
Telephone:  (908) 234-3318
Facsimile:   (832) 213-0157
Email:         Jg5786@att.com

*Counsel for AT&T and Turner*

## CERTIFICATE OF SERVICE

I, Brian J. Lohan, do hereby certify that on the 14th day of November, 2018, I caused a copy of the foregoing *Notice of Appearance and Request for Notices* to be served upon all parties requesting service via ECF notification.

/s/ Brian J. Lohan
Brian J. Lohan