**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:  Sears Holdings Corporation, et al.,

        Case No.: 18-23538

        Chapter 11

        Debtor

---------------------------------------------------------------x

        Adversary Proceeding No.: _____

        Plaintiff

v.

        Defendant

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, H. Elizabeth Weller, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent See Attached Exhibit A, a Creditors in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Northern District of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 11/14/2018

White Plains, New York

H. Elizabeth Weller

*Mailing Address*:

Linebarger Goggan Blair & Sampson

277 N. Stemmons Freeway, Suite 1000

Dallas, Texas 75207

*E-mail address*: bethw@lgbs.com

*Telephone number*: (469) 221-5075