# EXHIBIT C



**Sears Roebuck Acceptance Corp.**
3711 Kennett Pike
Greenville, DE 19807

Keith E. Trost
President

**April 26, 2006**

BNY MidWest Trust Company
Ms. Mary Callahan
Asst. Vice President
2 N. LaSalle Street, Suite 1020
Chicago, IL 60602

RE:  SRAC MTN Series B – Increase Availability

Dear Ms. Callahan:

Confirming your telephone conversation today with Jodie Quinn, please accept this letter as your authorization to increase the availability on the SRAC MTN B Series by $1B to a total of $2B.

Please acknowledge your agreement to this increase of the availability by signing and returning, a copy is enclosed for your files.

Please contact me at 302.434.3114 if you have any questions.

Sincerely,

*[signature]*

KET:mak

Agreed and Accepted: *Mary Callahan*    Dated: 5/1/06 A-D 4/26/06