# EXHIBIT D



Sears Roebuck Acceptance Corp.
3711 Kennett Pike
Greenville, DE 19807

Nancy Houghton-Lynch
Vice President, Working Capital

January 29, 2009

BNY MidWest Trust Company
Ms. Mary Callahan
Asst. Vice President
2 N. LaSalle Street, Suite 1020
Chicago, IL 60602

RE: SRAC MTN Series B – Increase Availability

Dear Ms. Callahan:

Confirming your telephone conversation today with Jodie Quinn, please accept this letter as your authorization to increase the availability on the SRAC MTN B Series by $1B to a total of $3B.

Please acknowledge your agreement to this increase of the availability by signing and returning, a copy is enclosed for your files.

Please contact me at 302.434.3155 if you have any questions.

Sincerely,

*[signature: Nancy Houghton-Lynch]*

NHL:jq

Agreed and Accepted: __*Mary Callahan*__ Dated: __1/29/09__