Thomas R. Kreller (*pro hac vice admission pending*)
Eric R. Reimer (*pro hac vice admission pending*)
MILBANK, TWEED, HADLEY & McCLOY LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA  90067
Telephone:  (424) 386-4000

Craig M. Price
MILBANK, TWEED, HADLEY & McCLOY LLP
28 Liberty Street
New York, New York 10005-1413
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

*Counsel to Cyrus Capital Partners, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) Case No. 18-23538 (RDD) ) |
| Debtors. | ) (Jointly Administered) ) |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Thomas R. Kreller, request admission, *pro hac vice*, before the Honorable Robert D. Drain, United States Bankruptcy Judge, to represent Cyrus Capital Partners, L.P. in the above-referenced case.

I certify that I am a member in good standing before the bars of the State of California, the Central, Eastern, Northern and Southern Districts of California, and the Ninth Circuit Court of Appeals.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: November 14, 2018
      Los Angeles, CA

**MILBANK, TWEED, HADLEY & M$^c$CLOY LLP**

By: /s/ *Thomas R. Kreller*
    Thomas R. Kreller
    2029 Century Park East, 33rd Floor
    Los Angeles, CA  90067
    Telephone:  (424) 386-4000
    Email:  TKreller@milbank.com

*Counsel to Cyrus Capital Partners, L.P.*

3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 18-23538 (RDD)<br>)<br>) (Jointly Administered)<br>)<br>) |

**ORDER GRANTING ADMISSION TO PRACTICE**
***PRO HAC VICE* OF THOMAS R. KRELLER**

Upon the motion of Thomas R. Kreller to be admitted, *pro hac vice*, to represent Cyrus Capital Partners in the above-referenced case, and upon the movant's certification that the movant is in good standing in the bars of the State of California, the Central, Eastern, Northern and Southern Districts of California, and the Ninth Circuit Court of Appeals., it is hereby

**ORDERED,** that Thomas R. Kreller, is admitted to practice, *pro hac vice,* in the above-captioned chapter 11 case to represent Cyrus Capital Partners L.P. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
       November ___, 2018

HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE