| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **SOUTHERN DISTRICT OF NEW YORK** | ) <br> ) <br> ) <br> ) |
| | )    CASE NO. 18-23538-RDD |
| IN RE: | ) |
| | )    CHAPTER 11 |
| SEARS HOLDINGS CORPORATION, *et al*., | ) |
| | ) |
| Debtors. | ) |
| | ) |

**LIMITED OBJECTION AND JOINDER BY SERTA SIMMONS
BEDDING, LLC, SERTA, INC., SIMMONS BEDDING COMPANY, LLC
AND SSB MANUFACTURING COMPANY TO CROSS COUNTRY
HOME SERVICES, INC'S OBJECTION TO DEBTORS' MOTION FOR
AUTHORITY TO (A) OBTAIN POSTPETITION FINANCING, (B) USE
CASH COLLATERAL, (C) GRANT CERTAIN PROTECTIONS TO
PREPETITION SECURED PARTIES, AND (D) SCHEDULE SECOND
<u>INTERIM HEARING AND FINAL HEARING</u>**

Serta Simmons Bedding, LLC, Serta, Inc., Simmons Bedding Company, LLC and SSB

Manufacturing Company (collectively, "Simmons") hereby submits this Objection ("the

"Objection") to the *Debtors' Motion for Authority to (A) Obtain Postpetition Financing, (B)*

*Use Cash Collateral, (C) Grant Certain Protections to Prepetition Secured Parties, and (D)*

*Schedule Second Interim Hearing and Final Hearing* (Doc. No. 7) (the "Motion").  In support of

the Objection, Simmons respectfully states as follows:

    1.  Simmons is a creditor of Debtors due to certain goods that Debtors received from

Simmons in the ordinary course of business for which Simmons has not received payment.

    2.  Simmons has filed a Notice of Filing Reclamation Demand of Serta Simmons Bedding,

LLC, Serta, Inc., Simmons Bedding Company, LLC and SSB Manufacturing Company [Doc.

No. 411] on November 1, 2018.

    3.  Simmons hereby joins the Limited Objection of Cross Country Home Services, Inc. [Doc. No. 532]("Cross Country Objection") to the Motion.

    4.  Simmons reserves their rights to amend and/or supplement this Objection and to raise any additional objections to the Motion at the hearing to consider the Motion.

**WHEREFORE**, Simmons requests that the Court (i) deny the Motion unless the final order granting the Motion is modified as requested herein and in the Cross Country Objection; and (ii) granting such other and further relief as this Court deems just and proper.


This 14th day of November, 2018.

                                                      **ROGERS LAW OFFICES**

                    By: */s/Beth E. Rogers*
                        Beth E. Rogers
                        Georgia Bar No. 612092
                        The Equitable Building
                        100 Peachtree Street, Ste. 1950
                        Atlanta, Georgia 30303
                        770-685-6320 phone
                        678-990-9959 fax
                        brogers@berlawoffice.com
                        *Attorney for Simmons*

**UNITED STATES BANKRUPTCY COURT**　　　　**X**
**SOUTHERN DISTRICT OF NEW YORK**　　　　**)**
　　　　　　　　　　　　　　　　　　　　　　　　**)**
　　　　　　　　　　　　　　　　　　　　　　　　**)**
　　　　　　　　　　　　　　　　　　　　　　　　**)**　CASE NO. 18-23538-RDD
IN RE:　　　　　　　　　　　　　　　　　　　　**)**
　　　　　　　　　　　　　　　　　　　　　　　　**)**　CHAPTER 11
SEARS HOLDINGS CORPORATION, *et al*.,　**)**
　　　　　　　　　　　　　　　　　　　　　　　　**)**
　　　　　　Debtors.　　　　　　　　　　　　**)**
　　　　　　　　　　　　　　　　　　　　　　　　**)**
　　　　　　　　　　　　　　　　　　　　　　　　**X**

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the following as counsel of record in the foregoing matter, with a copy of the within and foregoing **LIMITED OBJECTION AND JOINDER BY SERTA SIMMONS BEDDING, LLC, SERTA, INC., SIMMONS BEDDING COMPANY, LLC AND SSB MANUFACTURING COMPANY TO CROSS COUNTRY HOME SERVICES, INC'S OBJECTION TO DEBTORS' MOTION FOR AUTHORITY TO (A) OBTAIN POSTPETITION FINANCING, (B) USE CASH COLLATERAL, (C) GRANT CERTAIN PROTECTIONS TO PREPETITION SECURED PARTIES, AND (D) SCHEDULE SECOND INTERIM HEARING AND FINAL HEARING** by filing with the Clerk of Court using the CM/ECF system which will automatically send an email notification of such filing to

the following:

Ray C Schrock
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
*Counsel for Debtors*

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Jacqueline Marcus
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
*Counsel for Debtors*

        Dated: November 14, 2018.

                                     */s/ Beth E. Rogers*
                                     Beth E. Rogers
                                     Georgia Bar No. 612092
                                     *Attorney for Simmons*