John C. Allerding, Esq.
(*Pro hac vice* admission pending)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291
Telephone: 216.566.5500
Facsimile: 216.566.5800
Email: John.Allerding@ThompsonHine.com

*Counsel for Luxottica Retail North America Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE:** | Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.* | Case No. 18-23538-RDD |
| **Debtors.** | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, John C. Allerding, Esq., request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Luxottica Retail North America Inc. in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Ohio and the bars of the United States District Court for the Northern District of Ohio and the United States District Court for the Southern District of Ohio.

I have submitted the filing fee of $200.00 with this Motion for Admission to Practice, *Pro Hac Vice*.

                                                      Respectfully submitted,

                                                      **THOMPSON HINE LLP**

Dated:   November 15, 2018                 /s/ John C. Allerding
           Cleveland, Ohio                     John C. Allerding (OH Bar No. 0074744)
                                                       (*Pro Hac Vice Application Pending*)
                                                    3900 Key Center
                                                    127 Public Square
                                                    Cleveland, Ohio 44114-1291
                                                    Telephone: 216.566.5500
                                                    Facsimile:  216.566.5800
                                                    John.Allerding@ThompsonHine.com

                                                    *Counsel for Luxottica Retail North America Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on November 15, 2018 upon all parties receiving CM/ECF noticing.


/s/ John C. Allerding
John C. Allerding, Esq.