Marshall C. Turner, Esq.  
Husch Blackwell LLP  
190 Carondelet Plaza, Suite 600  
St. Louis, Missouri 63105  
Telephone: 314.480.1768  
Facsimile: 302.480.1505  
Email: marshall.turner@huschblackwell.com

Hearing Date: November 15, 2018 at 10:00 a.m.

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| **In re** | **Chapter 11** |
| SEARS HOLDINGS CORPORATION *et al.*, | **Case No. 18-23538 (RDD)** |
| **Debtors**[1] | **Jointly Administered** |
| | **Related to Docket No. 720** |

------------------------------------------------------------x

## SUPPLEMENTAL CERTIFICATE OF SERVICE

The undersigned certifies that on this 15th day of November, 2018, a true and exact copy

of *CBL & Associates Management, Inc.'s Objection to Debtor's Motion to (A) Obtain*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

CHD-690870-1

*Postpetition Financing, (B) Use Cash Collateral, (C) Grant Certain Protections to Prepetition Secured Parties, and (D) Schedule Second Interim Hearing and Final Hearing* has been served by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and via electronic mail to the parties listed below:

Proposed Counsel to Official Committee of
Unsecured Creditors
Ira S. Dizengoff, Esq.
Philip C. Dublin, Esq.
Abid Qureshi, Esq.
Sara L. Brauner, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
idizengoff@akingump.com
pdublin@akingump.com
aqureshi@akingump.com
sbrauner@akingump.com

Counsel to Debtors
Ray C. Schrock, P.C.
Jacqueline Marcus, Esq.
Garrett A. Fail, Esq.
Sunny Singh, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
ray.schrock@weil.com
jacqueline.marcus@weil.com
garrett.fail@weil.com
sunny.singh@weil.com

United States Trustee, Southern District of
New York
Paul Schwartzberg
Richard Morrissey
201 Varick St., Ste. 1006
New York, NY 10014
richard.morrissey@usdoj.gov
paul.schwartzberg@usdoj.gov

Counsel to Bank of America, N.A.,
administrative agent under the First Lien
Credit Facility and the DIP ABL Agent
Paul Leake, Esq.
Shana Elberg, Esq.
George R. Howard, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL 60606
Paul.Leake@skadden.com
Shana.Elberg@skadden.com
George.Howard@skadden.com

And Via First Class Mail to:

United States Bankruptcy Court for the
Southern District of New York
Sears Chambers Copy
US Bankruptcy Court SDNY
300 Quarropas Street, Room 248
White Plains, NY 10601
Chambers of the Honorable Robert D. Drain

Sears Holdings Corporation Headquarters
3333 Beverly Road
Hoffman Estates, IL 60179

/s/ *Marshall C. Turner*
Marshall C. Turner

2

Dated: November 15, 2018
New York, New York

                    Respectfully submitted,

                    HUSCH BLACKWELL LLP

                    */s/Marshall C. Turner*
                    Marshall C. Turner
                    190 Carondelet Plaza, Suite 600
                    St. Louis, Missouri 63105
                    Telephone: 314.480.1768
                    Facsimile: 302.480.1505
                    Email: marshall.turner@huschblackwell.com

                    *Attorneys for CBL & Associates*
                    *Management, Inc.*