UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION

                                        Debtor

-----------------------------------------------------------x

                                        Plaintiff

v.

                                        Defendant

-----------------------------------------------------------x

Case No.: 18-23538

Chapter 11

Adversary Proceeding No.:

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, __EBONEY COBB__, request admission, *pro hac vice*, before the Honorable __ROBER D. DRAIN__, to represent __Certain Texas Taxing Entities__, a __Creditor__ in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of __TEXAS__ and, if applicable, the bar of the U.S. District Court for the __NORTHERN__ District of __TEXAS__.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: November 15, 2018
Arlington, TX

/s/ EBONEY COBB

Mailing Address:

Perdue, Brandon Fielder Collins & Mott

500 East Border Street, Suite 640

Arlington, TX 76010

E-mail address: ecobb@pbfcm.com

Telephone number: (817) 461-3344

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION          Case No.: 18-23538
                                           Chapter ___

                      Debtor

-----------------------------------------------------------x

                                           Adversary Proceeding No.: _____

                      Plaintiff

           v.

                      Defendant

-----------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of  EBONEY COBB                , to be admitted, *pro hac vice*, to represent  Certain Texas Taxing Entities      , (the "Client") a  Creditor                  in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Texas            and, if applicable, the bar of the U.S. District Court for the  Northern   District of  Texas              , it is hereby

**ORDERED**, that  EBONEY COBB            , Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York       /s/ _____
                                   UNITED STATES BANKRUPTCY JUDGE