# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br>(Jointly Administered)<br><br>Re: Docket No. 7<br><br>Obj. Deadline: November 15, 2018 at 4:00 p.m. (ET)<br>(extended by agreement with Debtors' counsel)<br>Hearing Date: November 27, 2018 at 1:30 p.m. (ET) |

**LIMITED OBJECTION OF BENDERSON DEVELOPMENT COMPANY LLC, BROOKFIELD PROPERTIES RETAIL GROUP, GREGORY GREENFIELD & ASSOCIATES, LTD., LBA REALTY LLC, NASSIMI REALTY LLC, RADIANT PARTNERS LLC, REALTY INCOME CORP., REGENCY CENTERS CORP., SHOPCORE PROPERTIES, L.P., SITE CENTERS CORP., SUN VALLEY, LTD., TLM REALTY CORP., AND WEINGARTEN REALTY INVESTORS TO DEBTORS' MOTION FOR AUTHORITY TO (A) OBTAIN POSTPETITION FINANCING, (B) USE CASH COLLATERAL, (C) GRANT CERTAIN PROTECTIONS TO PREPETITION SECURED PARTIES, AND (D) SCHEDULE SECOND INTERIM HEARING AND FINAL HEARING**

Benderson Development Company, LLC, Brookfield Properties Retail Group, Gregory

Greenfield & Associates, Ltd., LBA Realty LLC, Nassimi Realty LLC, Radiant Partners LLC,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); SHC Licensed Business LLC (3718); and SHC Promotions LLC (9626). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Realty Income Corp., Regency Centers Corp., Shopcore Properties, L.P., SITE Centers Corp., Sun Valley, Ltd., TLM Realty Corp., and Weingarten Realty Investors (collectively, the "Landlords") submit this limited objection (the "Limited Objection") to the above-captioned debtors' *Motion for Authority to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Certain Protections to Prepetition Secured Parties, and (D) Schedule Second Interim Hearing and Final Hearing* [Docket No. 7] (the "DIP Motion"),[2] and respectfully state as follows:

## PRELIMINARY STATEMENT

1. The Landlords support the Debtors' efforts to obtain post-petition financing but object to any attempt to grant liens directly on the Debtors' leasehold interests unless such liens are expressly permitted under the terms of a given lease or on security deposits or prepaid rent held by a Landlord.

2. The terms of the Leases must control. Where the provisions of a lease clearly prohibit granting of liens on leasehold interests, the liens should only extend to the proceeds of the sale or disposition of the leases. There is no basis under state law to avoid bargained-for anti-lien provisions in the Leases and section 364 of the Bankruptcy Code does not authorize the Debtors to invalidate these provisions in connection with DIP financing arrangements.

3. Similarly, the DIP ABL Agents are not the tenants under the Leases and are not entitled to unfettered access to the leased premises. Secured lender access and occupancy rights in the event of a default by the Debtors under the DIP facility should be limited to (a) existing written agreement with the applicable landlord, (b) applicable non-bankruptcy law,

---

[2] Capitalized terms used but not defined in this Limited Objection shall have the meanings ascribed to them in the DIP Motion.

including the Leases, and (c) further Order of the Court on motion with appropriate notice to all affected parties.

4. Although the Debtors and DIP ABL Lenders have shared through counsel proposed language that attempts to resolve the Landlord concerns with the proposed Final DIP Order, this Limited Objection is filed out of an abundance of caution in the event that final terms are not agreed upon before the adjourned hearing on DIP financing.[3]

## BACKGROUND

5. The Landlords are the owners, affiliates or managing agents of the owners of numerous shopping centers and distribution centers located throughout the United States where the Debtors either (i) lease retail space or distribution centers pursuant to written leases (each, a "Lease," and collectively, the "Leases") for the stores or distribution centers at the locations listed on the attached Exhibit A (collectively, the "Leased Premises"), or (ii) own property adjacent to the Debtors' or third parties' fee-owned parties and are counterparties to reciprocal easement or similar agreements. With the exception of the distribution centers leased from the Landlords affiliated with LBA Realty LLC, most or all of the Leased Premises are located in shopping centers as that term is used in section 365(b)(3) of the Bankruptcy Code. *See In re Joshua Slocum, Ltd.*, 922 F.2d 1081 (3d Cir. 1990).

6. On October 15, 2018 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors remain in possession of their properties and continue to manage their businesses as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

---

[3] Docket No. 624.

7.      On October 15, 2018, the Debtors filed the DIP Motion seeking entry of interim and final orders authorizing the Debtors to obtain post-petition secured financing (the "DIP Financing").  By the DIP Motion, the Debtors request that DIP Financing be secured by, among other things, DIP ABL Liens on the ABL Collateral, which excludes the Debtors' interests in leaseholds and real properties.

8.      Following the hearing on the DIP Motion, the Court entered an order (the "Interim Order") granting the DIP Motion on an interim basis [Docket No. 101].  The Interim Order provides that "the DIP ABL Liens extend only to the proceeds of leased real property unless such liens are expressly permitted pursuant to the underlying lease documents."[4]  However, the Interim Order also notes that "the Final Order may provide for the grant of liens on real property leases."[5]

## OBJECTION

### A. There is No Authority to Render Provisions in the Leases Unenforceable in Connection with Post-Petition Financing

#### (i) Liens on Leasehold Interests

9.      The grant of a security interest in a Lease is governed by the terms of the Lease.  There is no basis in applicable non-bankruptcy law or the Bankruptcy Code to grant liens on the Leases that would violate the bargained-for terms of the Leases.  The Landlords acknowledge that the DIP ABL Lenders may be granted liens if the Leases expressly contemplate leasehold mortgages or authorize the tenant to finance its leasehold interest.  Similarly, if a Lease provides that no liens or security interests may be granted, that should end the inquiry.

---

[4] Interim DIP Order, ¶ 12.

[5] *Id.*

4

10. Anti-lien provisions in leases are enforceable under state law (*i.e.*, applicable non-bankruptcy law) and bargained for at arm's-length. These provisions are critical to a landlord's ability to prevent a tenant from encumbering its lease when the landlord's mortgage or loan documents prohibit such liens.

11. Moreover, the Bankruptcy Code does not nullify the lease terms that prevent the granting of a lien. Section 365 of the Bankruptcy Code mandates that the Debtors must "timely perform all of the obligations" under the Leases until such time that the Debtors assume or reject the Leases.[6] Accordingly, where the Debtors have not yet assumed or rejected the Leases, the Debtors must continue to comply with negative lien covenants and refrain from granting leasehold mortgages on such Leases.

12. In addition, the imposition of direct liens on the Leases runs counter to the provisions in the Leases that subordinate the Leases and any related liens to any existing or potential liens granted by the Landlords against the Leased Premises. There is no authority that would authorize the Court to render any lease provision unenforceable, including lease subordination or anti-lien language. It is settled law that a trustee "takes the contracts of the debtor subject to their terms and conditions." *Thompson v. Texas Mexican Railway Co.*, 328 U.S. 134, 141 (1946). Accordingly, to the extent the Leases contain subordination clauses, any new liens granted by the Proposed Final Order must be subordinated to any existing or potential liens against the affected Leased Premises.

13. Further, although section 365(f)(1) of the Bankruptcy Code authorizes a bankruptcy court to invalidate certain lease provisions that prohibit, restrict or condition an assignment of a lease, that section only applies when a debtor is attempting to assume or assign a

---

[6] 11 U.S.C. § 365(d)(3).

5

lease pursuant to the terms of section 365 of the Bankruptcy Code. Here, the Debtors are not seeking to assume or assign the Leases under section 365, and section 364 – which governs a request for post-petition financing – contains no similar provision.

14. Although the Landlords object to granting the DIP ABL Lenders liens or security interests that are prohibited by the Leases, the Landlords do not object to granting the DIP ABL Lenders a lien on the proceeds of the sale or disposition of the Leases.

15. Accordingly, where direct liens are prohibited by the Lease, the DIP ABL Lenders may only be granted liens on the proceeds of the sale, assignment or disposition of the Leases. This provides the Lenders with a lien on what they desire – the economic value of the Leases – and does not otherwise prejudice the Debtors or the Landlords.

**(ii)    Liens on Pre-Paid Rent/Security Deposits**

16. At some of the Leased Premises, the Debtors pre-pay rent to the Landlord. Under applicable non-bankruptcy law, these amounts are earned upon receipt and the Landlord applies those funds to the Debtors' obligations under the respective Lease. Under the laws of some states, prepaid rent is treated as a security deposit. Just as the DIP ABL Lenders may not be granted liens directly on leasehold interests, similarly, they may not be granted direct liens on any prepaid rent or deposits, but may be entitled to a lien on the proceeds of the sale, assignment, or disposition of any leases which should include a credit from the purchaser for the pre-paid rent or security deposit in the possession of the landlord.

**B.    The Lenders' Access Rights Must be Limited**

17. The terms of the Proposed Final Order should not create uncertainty when the use and occupancy rights are defined by the Lease terms. The DIP ABL Lenders are not the tenants under the Leases and do not have the right to use the Leased Premises to liquidate their collateral without complying with all of the obligations under the Leases. The Debtors provide

6

no authority that would support such a request. At a minimum, in the event the Court authorizes the Lenders to access the Leased Premises, the Lenders must timely perform all of the obligations arising under the Leases going forward as required by section 365(d)(3) of the Bankruptcy Code, and cure all existing defaults as required by sections 365(b)(1) and (b)(3) of the Bankruptcy Code when a Lease is assumed and assigned.

18. Accordingly, the Lenders' authorization to use and occupancy of the Leased Premises in the event of a default should be limited to (a) existing rights under applicable non-bankruptcy law, including rights under the Leases; (b) express written consent of the Landlords; or (c) further Order of this Court on motion and notice to the Landlords appropriate under the circumstances.

## **CONCLUSION**

WHEREFORE, the Landlords respectfully request that the Court condition approval of the relief requested in the Motion by (a) limiting any lien relating to the Leases or prepaid rent to the proceeds of the sale of the Leases, and not the Leases themselves or prepaid rent/deposit funds, and (ii) limiting the remedies of DIP ABL Lenders in the event of a default by the Debtors as set forth above; and (b) grant such other and further relief as this Court deems just and proper.

Dated:  November 15, 2018
         New York, New York

KELLEY DRYE & WARREN LLP

 */s/  Robert L. LeHane*
Robert L. LeHane, Esq.
Scott L. Fleischer, Esq.
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

*Attorneys for the Landlords*

7

# EXHIBIT A

## BENDERSON DEVELOPMENT COMPANY, LLC

| Shopping Center | Location |
|---|---|
| K-Mart | 10500 Wichlow Way<br>Jackson, CA |
| K-Mart Plaza | 215 W. Hanford Armona Road<br>Lemoore, CA |
| K-Mart | 910 North China Lake Road<br>Ridgecrest, CA |
| K-Mart | 93 West Campbell Road<br>Schenectady, NY |
| K-Mart Plaza | 1105 N. Court Street<br>Medina, OH |
| Cherrywood Plaza | 1460-1490 Blackwood<br>Clementon, NJ |
| Delaware Hertel Plaza | 1001 Hertel Avenue<br>Buffalo, NY |
| K-Mart Plaza | 175 S. Maag Avenue<br>Oakdale, CA |
| Sears | Transit & Wehrle Regal Center<br>Lancaster, NY |
| K-Mart | 3701 N. 23rd Street<br>McAllen, TX |
| K-Mart Plaza | 8943 University Avenue, NE<br>Blaine, MN |
| K-Mart Plaza | Winona, MN |
| K-Mart - SubTenant | 1105 N. Court Street<br>Medina, OH |
| K-Mart Plaza | Topeka, KS |
| K-Mart Plaza | Englewood, OH |
| K-Mart Plaza | 3110 Belvidere Road<br>Waukegan, IL |
| Parkway Plaza | 4945-5065 Golden Gate Pkwy<br>Naples, FL |
| K-Mart | 26996 US Highway 19N<br>Clearwater, FL |
| K-Mart | 2055 Walden Avenue<br>Cheektowaga, NY |
| K-Mart | Sarasota, FL |
| South Meadow Marketplace | 744 South Meadow Street<br>Ithaca, NY |
| K-Mart | Brook Ridge<br>Brooklyn, OH |

**BROOKFIELD PROPERTIES RETAIL GROUP**

| Shopping Center | Location |
|---|---|
| North Point Mall (Sears-Debtor) | Alpharetta, GA |
| Oakwood Hills Mall (Sears-Debtor) | Eau Claire, WI |
| Silver Lake Mall (Sears-Debtor | Eau Claire, WI |
| Kapiolani Retail | Chicago, IL |
| Baybrook Mall | Friendswood, TX |
| Alderwood Mall | Lynnwood, WA |
| Columbia Mall MO | Columbia, MO |
| Crossroads Center (MN) | St. Cloud, MN |
| Brass Mill Center | Waterbury, CT |
| Coastland Center GSPH 2017 | Naples, FL |
| Cumberland Mall GSPH 2017 | Atlanta, GA |
| Altamonte Mall GSPH 2017 | Altamonte Springs, FL |
| Oakwood Mall WI | Eau Claire, WI |
| Boise Town Mall (Sears Operation-Debtor) | Boise, ID |
| Carolina Place (Sears-Debtor) | Pineville, NC |
| Coronado Center (Sears-Debtor) | Albuquerque, NM |
| Greenwood Mall (Sears-Debtor) | Bowling Green, KY |
| Lakeland Mall (Sears Operation-Debtor) | Lakeland, FL |
| Mall in Columbia (Sears-Debtor) | Columbia, MN |
| Natick Mall (Sears-Debtor) | Natick, MA |
| Neshaminy Mall (Sears-Debtor) | Bensalem, PA |
| Ridgedale Center (Sears-Debtor) | Minnetonka, MN |
| Sierra Vista Mall (Sears Operation-Debtor) | Sierra Vista, GA |
| Sooner Mall (Sears-Debtor) | Norman, OK |
| Stonebriar Center (Sears-Debtor) | Frisco, TX |
| Valley Plaza (Sears-Debtor) | Bakersfield, CA |
| Eastridge Mall (Sears-Debtor) | Casper, WY |
| Oxmoor Center | Louisville, KY |
| Oakbrook Anchor Acquisition II | Oak Brook, IL |
| Paramus Park | Paramus, NJ |
| Park Place | Tucson, AZ |
| Pecanland Mall | Monroe, LA |
| North Point Mall | Alpharetta, GA |
| Oak View Mall | Omaha, NE |
| Woodbridge Center | Woodbridge , NJ |
| Animas Valley Mall (Sears) | Farmington, NM |
| Augusta Mall | Augusta, GA |
| Bayshore Mall (Sears) | Eureka, CA |

2

| | |
|---|---|
| Boise Towne Square | Boise, ID |
| Carolina Place | Pineville, NC |
| Chesterfield Towne Center (Sears) | Richmond, VA |
| Chula Vista Center (Sears) | Chula Vista (San Diego), CA |
| Clackamas Town Center | Portland, OR |
| Coronado Center Sears Anchor | Albuquerque, NM |
| Deerbrook Mall | Humble, TX |
| Florence Mall | Florence, KY |
| Fox River Mall | Appleton, WI |
| Fox River Mall | Appleton, WI |
| Glenbrook Square | Ft. Wayne, IN |
| Governors Square | Tallahassee, Florida |
| Grand Teton Mall | Idaho Falls, ID |
| Greenwood Mall | Bowling Green, KY |
| Hulen Mall | Fort Worth, TX |
| Mall of Louisiana | Columbia, MD |
| Mall St. Vincent (Sears) | Shreveport-Bossier City, LA |
| Meadows Mall | Las Vegas, NV |
| Natick Mall Sears Anchor | Natick, MA |
| Neshaminy Anchor Acquisition | Bensalem, PA |
| Newpark Mall (Sears) | Newark (San Francisco), CA |
| Northridge Fashion Center GSPH | Northridge, CA |
| NorthTown Mall | Spokane, WA |
| Oglethorpe Mall | Savannah, GA |
| Park City Center | Lancaster, PA |
| Pembroke Lakes Sears Anchor | Pembroke Pines, FL |
| Pierre Bossier Mall (Sears) | Bossier City (Shreveport), LA |
| Prince Kuhio Plaza | Hilo, HI |
| Ridgedale Center Sears Anchor | Minnetonka, MN |
| Riverchase Galleria | Hoover, AL |
| Rivertown Crossings | Chicago, IL |
| Shoppes at Carlsbad (Sears) | Carlsbad, CA |
| Silver Lake Mall (Sears Auto Center) | Coeur D' Alene, ID |
| Sooner Mall Sears Anchor | Norman, OK |
| Southland Mall (Sears) | Hayward, CA |
| Southwest Plaza | Littleton, CO |
| Spokane Valley Mall | Spokane, WA |
| Spring Hill Mall (Sears) | West Dundee (Chicago), IL |
| Staten Island Mall Sears Anc | Staten Island, NY |
| Stonebriar Centre Sears Anchor | Frisco, TX |

3

| | |
|---|---|
| The Centre at Salisbury (Sears) | Salisbury, MD |
| The Crossroads MI | Portage, MI |
| The Maine Mall | South Portland, ME |
| The Mall at Barnes Crossing (Sears) | Tupelo, MS |
| The Mall in Columbia Sears Anc | Columbia, MD |
| The Oaks Mall | Gainesville, FL |
| The Parks Mall at Arlington | Arlington, TX |
| The Shoppes at Buckland Hills | Manchester, CT |
| The Streets at Southpoint | Durham, NC |
| Town East Mall | Mesquite, TX |
| Tucson Mall | Tuscon, AZ |
| Valley Hills Mall (Sears) | Hickory, NC |
| Valley Plaza Mall Sears Anchor | Bakersfield, CA |
| West Valley Mall (Sears) | Tracy (San Francisco), CA |
| White Marsh Mall | Baltimore, MD |
| Willowbrook Mall TX | Houston, TX |
| Willowbrook NJ GSPH 2017 | Wayne, NJ |

**GREGORY GREENFIELD & ASSOCIATES, LTD.**

| Shopping Center | Location |
|---|---|
| Central Mall (Sears) | Fort Smith |
| Westgate | Amarillo, TX |
| Southpark Mall | San Antonio, TX |

**LBA REALTY LLC**

| Distribution Center | Location |
|---|---|
| Sears Outlet | 500 West Warner Avenue<br>Santa Ana, CA |
| Sears Outlet | 960 Sherman Street<br>San Diego, CA |
| Sears | 1600 Roe Street<br>Dallas, TX |
| Sears | 2065 George Street<br>Melrose Park, IL |
| Sears | 3825 Forsyth Road<br>Winter Park, FL |
| Sears | 1 Imeson Park Blvd.<br>Jacksonville, FL |
| Sears | 1055 Hanover Street<br>Wilkes Barre, PA |

**NASSIMI REALTY LLC**

| Shopping Center | Location |
|---|---|
| Market Street Square | Elizabethtown, PA |

## RADIANT PARTNERS, LLC

| Shopping Center | Location |
|---|---|
| Alexandria Mall | Alexandria, LA |
| Mall of Abilene | Abilene, TX |
| Santa Rosa Mall | Mary Esther, FL |

## REALTY INCOME CORP.

| Shopping Center | Location |
|---|---|
| K-Mart | 2505 El Camino Real Tustin, CA |

## REGENCY CENTERS CORP.

| Shopping Center | Location |
|---|---|
| Newbury Square (K-Mart-Debtor) | 900 NW 76 Blvd Gainesville, FL |
| Hancock Center (K-Mart-Debtor) | 1000 E 42st Street Austin, TX |

## SHOPCORE PROPERTIES, L.P.

| Shopping Center | Location |
|---|---|
| The Promenade (Living Spaces) | Scottsdale, AZ |
| Great Southwest Crossing (Appliance Showroom) | Grand Prairie, TX |

## SITE CENTERS CORP.

| Shopping Center | Location |
|---|---|
| Plaza Rio Hondo (K-Mart) | Bayamon, PR (Rio Hondo) |
| Plaza Del Atlantico (K-Mart) | Arecibo, PR (Atlantico) |
| Plaza Del Norte | Hatillo, PR (Plaza Del Norte) |

## SUN VALLEY, LTD.

| Shopping Center | Location |
|---|---|
| Twelve Mile Crossing at Fountain Walk (Sears Outlet) | Novi, MI |
| Griffith Park Plaza | Griffith, IN |

## TLM REALTY, CORP.

| Shopping Center | Location |
|---|---|
| K-Mart | Cleveland, OH |
| Sears | Bay City, MI |
| K-Mart | Spanish Fork, UT |
| Willow Grove Mall | Willow Grove, PA |

## WEINGARTEN REALTY INVESTORS

| Shopping Center | Location |
|---|---|
| Prospector's Plaza (Kmart) | 3968-A Missouri Flat Rd. Placerville, CA 95667 |
| Six Forks Station (Kmart) | 8711-102 Six Forks Road Raleigh, NC 27615 |

# CERTIFICATE OF SERVICE

I, Scott L. Fleischer, do hereby certify that I am not less than 18 years of age and that on the 15th day of November 2018, I caused a copy of the foregoing *LIMITED OBJECTION OF BENDERSON DEVELOPMENT COMPANY LLC, BROOKFIELD PROPERTIES RETAIL GROUP, GREGORY GREENFIELD & ASSOCIATES, LTD., LBA REALTY LLC, NASSIMI REALTY LLC, RADIANT PARTNERS LLC, REALTY INCOME CORP., REGENCY CENTERS CORP., SHOPCORE PROPERTIES, L.P., SITE CENTERS CORP., SUN VALLEY, LTD., TLM REALTY CORP., AND WEINGARTEN REALTY INVESTORS TO MOTION OF DEBTORS FOR APPROVAL OF GLOBAL BIDDING PROCEDURES* to be filed electronically through the Court's CM-ECF system, and served upon the parties listed below in the manner indicated.

*/s/ Scott L. Fleischer*
Scott L. Fleischer

**Via Email**

| Proposed Counsel to Official Committee of Unsecured Creditors<br>Ira S. Dizengoff, Esq.<br>Philip C. Dublin, Esq.<br>Abid Qureshi, Esq.<br>Sara L. Brauner, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>idizengoff@akingump.com<br>pdublin@akingump.com<br>aqureshi@akingump.com<br>sbrauner@akingump.com | Counsel to Debtors<br>Ray C. Schrock, P.C.<br>Jacqueline Marcus, Esq.<br>Garrett A. Fail, Esq.<br>Sunny Singh, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>ray.schrock@weil.com<br>jacqueline.marcus@weil.com<br>garrett.fail@weil.com<br>sunny.singh@weil.com |
|---|---|
| United States Trustee, Southern District of New York<br>Paul Schwartzberg<br>Richard Morrissey<br>201 Varick St.<br>Ste. 1006<br>New York, NY 10014<br>richard.morrissey@usdoj.gov<br>paul.schwartzberg@usdoj.gov | Counsel to Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent<br>Paul Leake, Esq.<br>Shana Elberg, Esq.<br>George R. Howard, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 N. Wacker Drive<br>Chicago, IL 60606<br>Paul.Leake@skadden.com<br>Shana.Elberg@skadden.com<br>George.Howard@skadden.com |

**Via First Class Mail**

| United States Bankruptcy Court for the Southern District of New York Sears Chambers Copy US Bankruptcy Court SDNY 300 Quarropas Street, Room 248 White Plains, NY 10601 Chambers of the Honorable Robert D. Drain | Sears Holdings Corporation Headquarters 3333 Beverly Road Hoffman Estates, IL 60179 |
|---|---|