UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                                    :        Chapter 11
                                                          :
SEARS HOLDINGS CORPORATION, et al.,                       :        Case No. 18-23538 (RDD)
                              *Debtors*                   :        (Jointly Administered)

---

### NOTICE OF APPEARANCE
### AND REQUEST FOR NOTICES

Dana S. Plon, Esquire hereby enters her appearance for Pennsee, LLC and in accordance with Federal Rule of Bankruptcy Procedure 2002(g), respectfully requests that all notices, pleadings and other papers filed in the above-captioned proceeding be served upon her at the following address:

Dana S. Plon, Esquire
Sirlin Lesser & Benson, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA  19109
dplon@sirlinlaw.com

DANA S. PLON, ESQUIRE
PA Identification No. 80361

Sirlin Lesser & Benson, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA  19109
(215) 864-9700
dplon@sirlinlaw.com

November 15, 2018