Holland & Knight LLP
Barbra R. Parlin, Esq.
31 West 52nd Street
New York, New York 10019
Telephone No.: (212) 513-3200
Facsimile No.: (212) 385-9010

HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Telephone: (305) 789-7763
Facsimile: (305) 789-7799
Jose A. Casal, Esq.
Joaquin J. Alemany, Esq.
*Attorneys for Garda CL Great Lakes, Inc.*
*(Pro Hac Vice forthcoming)*

*Attorneys for Garda CL Great Lakes, Inc*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) **Case No. 18-23538 (RDD)** ) |
| Debtor. | ) Jointly Administered ) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**
**UNDER F.R.B.P. 2002(g) AND (i)**

PLEASE TAKE NOTICE that b **Garda CL Great Lakes, Inc.**, by and through its attorneys, Holland & Knight LLP, hereby enters their appearance in the above-captioned case and request under F.R.B.P. 2002(g) that all notices be served upon the following at the address indicated below:

        Garda CL Great Lakes, Inc.
        c/o Barbra R. Parlin, Esq.
        Holland & Knight LLP
        31 West 52nd Street
        New York, New York 10019

      Telephone No.:  (212) 513-3200
      Facsimile No.:  (212) 385-9010
      Email: barbra.parlin@hklaw.com

      Garda CL Great Lakes, Inc.
      Attn: Jose A. Casal, Esq.
      Joaquin J. Alemany, Esq.
      Holland & Knight LLP
      701 Brickell Avenue, Suite 3300
      Miami, Florida 33131
      jose.casal@hklaw.com
      jjalemany@hklaw.com

Dated:  November 15, 2018.

      HOLLAND & KNIGHT LLP

      By: /s/   Barbra R. Parlin
      Barbra R. Parlin, Esq.
      31 West 52nd Street
      New York, New York 10019
      Telephone:  (212) 513-3200
      Facsimile:   (212) 385-9010
      Email: barbra.parlin@hklaw.com

Garda CL Great Lakes, Inc.
c/o Jose A. Casal, Esq.
c/o Joaquin J. Alemany, Esq.
*Pro hac vice forthcoming*
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, Florida
Telephone: (305) 789-7713
Facsimile:  (305) 789-7799
E-Mail: jose.casal@hklaw.com
E-mail: jjalemany@hklaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of November, 2018, a true and correct copy of the foregoing was served via electronic transmission on all CM/ECF registered users for this case.

HOLLAND & KNIGHT LLP

By: /s/   Barbra R. Parlin
Barbra R. Parlin, Esq.
31 West 52nd Street
New York, New York 10019
Telephone:  (212) 513-3200
Facsimile:  (212) 385-9010
Email: barbra.parlin@hklaw.com