UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
|
In re:                                          |    Chapter 11
                                                |    Case No. 18-23538 (RDD)
SEARS HOLDINGS CORPORATION, *et al.*,           |
                                                |    (Joint Administration Requested)
                    Debtors.                    |
                                                |
---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Relator Carl Ireland, Administrator of the Estate of James Garbe (the "Relator"), by and through its undersigned counsel, hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code, as amended (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, as amended (the "Bankruptcy Rules"), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of any and all notices and papers filed or entered in the above-captioned case be given and served upon the following:

> Alan D. Halperin, Esq.
> Ligee Gu, Esq.
> HALPERIN BATTAGLIA BENZIJA, LLP
> 40 Wall Street, 37th Floor
> New York, NY  10005
> Telephone: (212) 765-9100
> ahalperin@halperinlaw.net
> lgu@halperinlaw.net

**PLEASE TAKE FURTHER NOTICE**, that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral,

and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise which affects or seeks to affect in any way, any of the rights or interests of the Relator.

Dated: New York, New York
     November 15, 2018          HALPERIN BATTAGLIA BENZIJA, LLP

                                                */s/  Ligee Gu*
                                                Alan D. Halperin, Esq.
                                                Walter Benzija, Esq.
                                                40 Wall Street, 37th Floor
                                                New York, NY  10005
                                                Telephone: (212) 765-9100
                                                ahalperin@halperinlaw.net
                                                lgu@halperinlaw.net

                                                *Counsel to Relator Carl Ireland, Administrator*
                                                 *the Estate of James Garbe*