AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
Ira S. Dizengoff
Philip C. Dublin
Abid Qureshi

*Proposed Counsel to The Official Committee of Unsecured
Creditors of Sears Holdings Corporation, et al.,*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

BRENDA KEMP

1.  I am employed in the County of Dallas, State of Texas. I am over the age of 18 and not a party to the within action; my business address is: 1700 Pacific Avenue, Suite 4100, Dallas, TX 75201.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2. I certify that on November 14, 2018, I caused a true and correct copy of the *Omnibus Objection of the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. to the Debtors' DIP Financing Motion and Cash Management Motion* [ECF No. 740] (the "DIP Objection"), to be served via email on the parties listed on the annexed **Exhibit A**.

3. I certify that on November 15, 2018, I caused a true and correct copy of the DIP Objection to be served via first-class mail, postage prepaid on the parties listed on the annexed **Exhibit B**.

Dallas, Texas

Dated: November 15, 2018

*Brenda Kemp*

Brenda Kemp

# EXHIBIT A

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Alston & Bird LLP | Attn: James J. Vincequerra | James.Vincequerra@alston.com |
| Alston & Bird LLP | Attn: Leib M. Lerner | leib.lerner@alston.com |
| Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Esq. | ajd@ansellgrimm.com |
| ASK LLP | Attn: Edward E. Neiger, Jennifer A. Christian | eneiger@askllp.com<br>jchristian@askllp.com |
| Ballard Spahr LLP | Attn: Dustin P. Branch | branchd@ballardspahr.com |
| Ballard Spahr LLP | Attn: Paul E. Harner, Alyssa E. Kutner | harnerp@ballardspahr.com<br>kutnera@ballardspahr.com |
| Ballard Spahr LLP | Attn: Leslie C. Heilman, Matthew G. Summers | heilmanl@ballardspahr.com<br>summersm@ballardspahr.com |
| Ballard Spahr LLP | Attn: David L. Pollack | pollack@ballardspahr.com |
| Barclay Damon LLP | Attn: Kevin M. Newman | knewman@barclaydamon.com |
| Bayard, P.A. | Attn: Evan T. Miller | emiller@bayardlaw.com |
| Bell Nunnally & Martin LLP | Attn: Russell W. Mills, R. Kent Love | rmills@bellnunnally.com<br>klove@bellnunnally.com |
| Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab, Thomas M. Gaa | Tgaa@bbslaw.com |
| Blank Rome LLP | Attn: Jeffrey Rhodes | JRhodes@BlankRome.com |
| Blank Rome LLP | Attn: Stanley B. Tarr, Evan J. Zucker | Tarr@BlankRome.com<br>EZucker@BlankRome.com |
| Borges & Associates, LLC | Attn: Wanda Borges, Esq., Sue L. Chin, Esq. | bankruptcy@borgeslawllc.com<br>wborges@borgeslawllc.com<br>schin@borgeslawllc.com |
| Brach Eichler LLC | Attn: Anthony M. Rainone | arainone@bracheichler.com |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |

1

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Cafaro Management Company | Attn: Richard T. Davis | rdavis@cafarocompany.com |
| Cahill Gordon & Reindel LLP | Attn: Joel H. Levitin, Richard A. Stieglitz Jr. | jlevitin@cahill.com<br>rstieglitz@cahill.com |
| Carter Conboy Case Blackmore Maloney & Laird, P.C. | Attn: Michael J. Catalfimo, Esq., John R. Canney, IV, Esq. | mcatalfimo@carterconboy.com |
| Carter Ledyard & Milburn LLP | Attn: James Gadsden, Esq. | gadsden@clm.com<br>bankruptcy@clm.com<br>Dennis.roemlein@bnymellon.com |
| Certilman Balin Adler & Hyman, LLP | Attn: Richard J. McCord, Esq., Robert D. Nosek, Esq. | rmccord@certilmanbalin.com<br>rnosek@certilmanbalin.com |
| Chapman and Cutler LLP | Attn: Laura E. Appleby, Steven Wilamowsky | appleby@chapman.com<br>wilamowsky@chapman.com |
| Chiesa Shahinian & Giantomasi PC | Attn: Beth J. Rotenberg, Scott A. Zuber | brotenberg@csglaw.com<br>szuber@csglaw.com |
| Choate, Hall & Stewart LLP | Attn: Kevin J. Simard, Jonathan D. Marshall | ksimard@choate.com<br>jmarshall@choate.com |
| Choi & Park, LLC | Attn: Hyun Suk Choi, Chull S. Park | hchoi@choiandpark.com<br>cpark@choiandpark.com<br>lkleist@choiandpark.com |
| Chuhak & Tecson, P.C. | Attn: Miriam R. Stein | mstein@chuhak.com |
| CKR Law LLP | Attn: Edward L. Schnitzer | eschnitzer@ckrlaw.com |
| Clark Hill Strasburger | Attn: Duane J. Brescia | duane.brescia@clarkhillstrasburger.com |
| Clark Hill, PLC | Attn: David M. Blau | dblau@clarkhill.com |
| Cleary, Gottlieb, Steen & Hamilton LLP | Attn: Sean A. O'Neal, James L. Bromley, Andrew Weaver | soneal@cgsh.com<br>jbromley@cgsh.com<br>aweaver@cgsh.com |
| Computershare Trust Company, N.A. | Attn: Michael A. Smith, Vice President – Corporate Trust | Michael.smith2@computershare.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Connolly Gallagher LLP | Attn: Karen C. Bifferato, Kelly M. Conlan, N. Christopher Griffiths | kbifferato@connollygallagher.com<br>kconlan@connollygallagher.com<br>cgriffiths@connollygallagher.com |
| Cozen O'Connor | Attn: Marl E. Felger | mfelger@cozen.com |
| Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro | pzumbro@cravath.com |
| Davidoff Hutcher & Citron LLP | Attn: David H. Wander, Esq. | dhw@dhclegal.com |
| Davis Polk & Wardwell LLP | Attn: Marshall S. Huebner, Esq, Eli J. Vonnegut, Esq. | marshall.huebner@davispolk.com<br>eli.vonnegut@davispolk.com<br>sears.service@davispolk.com |
| Debevoise & Plimpton LLP | Attn: Erica S. Weisgerber, My Chi To | mcto@debevoise.com<br>eweisgerber@debevoise.com |
| Environmental Protection Agency | Attn: Matthew Leopold, General Counsel | Leopold.matt@Epa.gov |
| Epicor Software Corporation | Attn: Larry Bercovich | lbercovich@epicor.com |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Attn: Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| FisherBroyles, LLP | Attn: Mark E. Wilson | mark.wilson@fisherbroyles.com |
| FisherBroyles, LLP | Attn: Patricia B. Fugée | patricia.fugee@fisherbroyles.com |
| Foley & Lardner LLP | Attn: Derek L. Wright | dlwright@foley.com |
| Foley & Lardner LLP | Attn: Michael Small | msmall@foley.com |
| Fox Rothschild LLP | Attn: Paul J. Labov | plabov@foxrothschild.com |
| Fox Rothschild LLP | Attn: Thomas M. Horan | thoran@foxrothschild.com |
| Fox Rothschild, LLP | Attn: Mark E. Hall, Michael R. Herz | mhall@foxrothschild.com<br>mherz@foxrothschild.com |
| Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Brad Eric Scheler, Scott B. Luftglass, Peter B. Siroka | brad.eric.scheler@friedfrank.com<br>scott.luftglass@friedfrank.com<br>peter.siroka@friedfrank.com |
| Frost Brown Todd LLC | Attn: Ronald E. Gold & AJ Webb | rgold@fbtlaw.com<br>awebb@fbtlaw.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Frost Brown Todd LLC | Attn: Edward M. King | tking@fbtlaw.com |
| Fultz Maddox Dickens PLC | Attn: Phillip A. Martin, Laura M. Brymer | pmartin@fmdlegal.com<br>lbrymer@fmdlegal.com |
| Gellert Scali Busenkell & Brown LLC | Attn: Gary F. Seitz | gseitz@gsbblaw.com |
| Gibbons P.C. | Attn: Brett S. Theisen, Natasha M. Songonuga | btheisen@gibbonslaw.com<br>nsongonuga@gibbonslaw.com |
| Gibbons P.C. | Attn: Howard A. Cohen | hcohen@gibbonslaw.com |
| Godfrey & Kahn, S.C. | Attn: Timothy F. Nixon | tnixon@gklaw.com |
| Golenbock Eiseman Assor Bell & Peskoe LLP | Attn: Jonathan L. Flaxer, Esq., Michael S. Weinstein, Esq. | jflaxer@golenbock.com<br>mweinstein@golenbock.com |
| Goodwin Procter LLP | Attn: Barry Z. Bazian | gfox@goodwinlaw.com<br>bbazian@goodwinlaw.com |
| Goulston & Storrs PC | Attn: Douglas B. Rosner | drosner@goulstonstorrs.com |
| Goulston & Storrs PC | Attn: Trevor R. Hoffmann | thoffmann@goulstonstorrs.com |
| Greer, Herz & Adams, LLP | Attn: Frederick Black, Tara B. Annweiler, Marc D. Young | tannweiler@greerherz.com |
| Hahn & Hessen LLP | Attn: Janine M. Figueiredo, Esq. | jfigueiredo@hahnhessen.com |
| Halperin Battaglia Benzija, LLP | Attn: Donna H. Lieberman, Esq. | dlieberman@halperinlaw.net |
| Hanesbrands Inc | Attn: Joia Johnson, Chief Administrative Officer and General Counsel | joia.johnson@hanes.com<br>howard.upchurch@hanes.com |
| Harris Beach PLLC | Attn: Kevin Tompsett, Esq. | ktompsett@harrisbeach.com |
| Herrick, Feinstein LLP | Attn: Stephen B. Selbst | sselbst@herrick.com |
| Higgs Fletcher & Mack LLP | Attn: Martin A. Eliopulos, Esq. | elio@higgslaw.com |
| Holland & Knight LLP | Attn: Barbra R. Parlin | barbra.parlin@hklaw.com |
| Hunton Andrews Kurth LLP | Attn: Brett L. Gross | bgross@HuntonAK.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Husch Blackwell LLP | Attn: Lynn H. Butler | lynn.butler@huschblackwell.com |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Judith Elkin PLLC | Attn: Judith Elkin | elkinj@mac.com |
| Kelley Drye & Warren LLP | Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., T. Charlie Liu, Esq. | KDWBankruptcyDepartment@KelleyDrye.com<br>bfeder@kelleydrye.com<br>cliu@kelleydrye.com |
| Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Sean C. Southard, Lauren C. Kiss | ssouthard@klestadt.com<br>lkiss@klestadt.com |
| Kurtzman \| Steady, LLC | Attn: Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| Langley & Banack, Incorporated | Attn: David S. Gragg | dgragg@langleybanack.com |
| Lasser Hochman, L.L.C. | Attn: Richard L. Zucker | rzucker@lasserhochman.com |
| Latham & Watkins LLP | Attn: Marc A. Zelina | marc.zelina@lw.com |
| Latham & Watkins LLP | Attn: Peter M. Gilhuly, Ted A. Dillman | peter.gilhuly@lw.com<br>ted.dillman@lw.com |
| Law Office of Gilbert A. Lazarus, PLLC. | Attn: Gilbert A. Lazarus | gillazarus@gmail.com |
| Law Office of Kevin S. Neiman, PC | Attn: Kevin S. Neiman | kevin@ksnpc.com |
| Lazarus & Lazarus, P.C. | Attn: Harlan M. Lazarus | hlazarus@lazarusandlazarus.com<br>harlan.lazarus@gmail.com |
| LeCrairRyan, PLLC | Attn: Ilan Markus and Niclas A. Ferland | ilan.markus@leclairryan.com<br>niclas.ferland@leclairryan.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | houston_bankruptcy@publicans.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Linebarger Goggan Blair & Sampson, LLP | Attn: David G. Aelvoet | sanantonio.bankruptcy@publicans.com |
| Linowes and Blocher LLP | Attn: John T. Farnum, Esq. | jfarnum@linowes-law.com |
| Locke Lord LLP | Attn: Brian A. Raynor, Aaron C. Smith, David W. Wirt | braynor@lockelord.com<br>asmith@lockelord.com<br>dwirt@lockelord.com |
| Lowenstein Sandler LLP | Attn: Bruce Buechler | bbuechler@lowenstein.com |
| McCreary, Veselka, Bragg & Allen, P.C. | Attn: Lee Gordon, Tara LeDay | tleday@mvbalaw.com |
| McGlinchey Stafford, PLLC | Attn: Brian S. McGrath, Kristen D. Romano | bmcgrath@mcglinchey.com<br>kromano@mcglinchey.com |
| McGlinchey Stafford, PLLC | Attn: Mark J. Chaney, Esq., Richard A. Aguilar, Esq., Rudy J. Cerone, Esq. | mchaney@mcglinchey.com<br>raguilar@mcglinchey.com<br>rcerone@mcglinchey.com |
| Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther, Special Assistant Attorney General | sdnyecf@dor.mo.gov |
| Morgan, Lewis & Bockius LLP | Attn: Laura McCarthy | laura.mccarthy@morganlewis.com |
| Morgan, Lewis & Bockius LLP | Attn: Neil E. Herman | neil.herman@morganlewis.com |
| Morris James LLP | Attn: Stephen M. Miller | smiller@morrisjames.com |
| Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller, Joseph C. Barsalona II | cmiller@mnat.com<br>jbarsalona@mnat.com |
| Morrison Cohen LLP | Attn: Joseph T. Moldovan, Robert K. Dakis | bankruptcy@morrisoncohen.com |
| Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | dperry@munsch.com |
| National Association of Attorneys General | Attn: Karen Cordry | kcordry@naag.org |
| Nelson Mullins Riley & Scarborough LLP | Attn: Jody A. Bedenbaugh | jody.bedenbaugh@nelsonmullins.com |
| Nelson Mullins Riley & Scarborough LLP | Attn: Shane G. Ramsey | shane.ramsey@nelsonmullins.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Norton Rose Fulbright US LLP | Attn: Howard Seife, Esq., & Christy Rivera, Esq. | howard.seife@nortonrosefulbright.com christy.rivera@nortonrosefulbright.com |
| Office of the Texas Attorney General | Attn: Rachel R. Obaldo, Assistant Attorney General | rachel.obaldo@oag.texas.gov |
| Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey | richard.morrissey@usdoj.gov paul.schwartzberg@usdoj.gov |
| OKeefe & Associates Law Corporation, P.C. | Attn: Sean A. O'Keefe | sokeefe@okeefelc.com |
| Paco (China) Garment Ltd | Attn: Lily Wang | lily@pacogarment.com |
| Parker Poe Adams & Bernstein LLP | Attn: Kiah T. Ford IV | chipford@parkerpoe.com |
| Paul Hastings LLP | Attn: Leslie A. Plaskon, Esq., Andrew V. Tenzer, Esq., Shlomo Maza, Esq. | leslieplaskon@paulhastings.com andrewtenzer@paulhastings.com shlomomaza@paulhastings.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Ebony Cobb | ecobb@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | lmbkr@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik | osonik@pbfcm.com |
| Pick & Zabicki LLP | Attn: Douglas J. Pick | dpick@picklaw.net |
| Pierce McCoy, PLLC | Attn: Jonathan A. Grasso | jon@piercemccoy.com |
| Price Meese Shulman & D'Arminio, P.C. | Attn: Rick A. Steinberg | rsteinberg@pricemeese.com |
| Prime Clerk LLC | Attn: Herb Baer, Richard M. Allen | searsteam@primeclerk.com serviceqa@primeclerk.com |
| Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy | gerald.kennedy@procopio.com |
| Pryor & Mandelup, L.L.P. | Attn: Robert L. Pryor | rlp@pryormandelup.com |
| Reid and Riege, P.C. | Attn: Charles J. Filardi, Jr. | cfilardi@rrlawpc.com |

7

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Reiss+Preuss LLP | Attn: Guy A. Reiss, Erik Tikkanen | greiss@reisspreuss.com<br>etikkanen@reisspreuss.com |
| Robert E. Michael & Associates PLLC | Attn: Robert E. Michael, Aaron Hume | Robert.e.michael.esq@gmail.com<br>Aron.hume@gmail.com |
| Robinson Brog Leinwand Greene Genovese & Gluck P.C. | Attn: Fred B. Ringel, Esq. | fbr@robinsonbrog.com |
| Ropes & Gray LLP | Attn: Gregg M. Galardi, Kimberly J. Kodis, Sam N. Ashuraey | gregg.galardi@ropesgray.com<br>kimberly.kodis@ropesgray.com<br>sam.ashuraey@ropesgray.com |
| Ropes & Gray LLP | Attn: James M. Wilton, Patricia I. Chen | james.wilton@ropesgray.com<br>patricia.chen@ropesgray.com |
| Rosen & Associates, P.C. | Attn: Sanford P. Rosen, Esq. | srosen@rosenpc.com |
| S&D Law | Attn: Steven W. Kelly | skelly@s-d.com |
| Sahn Ward Coschignano, PLLC | Attn: Robert A. Abiuso, Matthew C. McCann | mmccann@swc-law.com<br>rabiuso@swc-law.com |
| Sakar | Attn: Jay Weinblatt | jweinblatt@sakar.com |
| Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Abigail Snow, Pamela Bosswick | cbelmonte@ssbb.com<br>asnow@ssbb.com<br>pbosswick@ssbb.com |
| Saul Ewing Arnstein & Lehr LLP | Attn: Dipesh Patel | dipesh.patel@saul.com |
| Saul Ewing Arnstein & Lehr LLP | Attn: Phillip M. Hudson III, Carmen Contreras-Martinez | phil.hudson@saul.com<br>carmen.contreras-martinez@saul.com |
| Securities & Exchange Commission | Attn: Secretary of the Treasury | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov |
| Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| Seyfarth Shaw LLP | Attn: Edward M. Fox | emfox@seyfarth.com |
| Shearman & Sterling LLP | Attn: Fredric Sosnick, Sara Coelho | fsosnick@shearman.com<br>sara.coelho@shearman.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Sheppard Mullin Richter & Hampton, LLP | Attn: Alan M. Feld, Esq., Ted Cohen, Esq. | afeld@sheppardmullin.com<br>tcohen@sheppardmullin.com |
| Shutts & Bowen LLP | Attn: Ryan C. Reinert, Esq. | rreinert@shutts.com |
| Simon Property Group, L.P. | Attn: Ronald M. Tucker, Esq. | rtucker@simon.com |
| Singer & Levick, P.C. | Attn: Michelle E. Shriro | mshriro@singerlevick.com |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | paul.leake@skadden.com<br>shana.elberg@skadden.com<br>george.howard@skadden.com |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | Paul.Leake@skadden.com<br>Shana.Elberg@skadden.com<br>George.Howard@skadden.com |
| Skierski Jain PLLC | Attn: Doug Skierski, Kristin H. Jain | enotices@skijain.com |
| Smiley Wang-Ekvall, LLP | Attn: Lei Wang Ekvall, Philip E. Strok | pstrok@swelawfirm.com |
| Sorenson Van Leuven, PLLC | Attn: James E. Sorenson | bk@svllaw.com |
| SRAC Medium Term Notes | Attn: Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| SRAC Unsecured Notes | Attn: Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin | tonder@stark-stark.com<br>jlemkin@stark-stark.com |
| Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | cp@stevenslee.com |
| Streusand, Landon, Ozburn & Lemon, LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Brian D. Glueckstein, David R. Zylberberg | dietdericha@sullcrom.com<br>zylberbergd@sullcrom.com |
| Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Michael J. Riela | Riela@thsh.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Taubman Landlords | Attn: Andrew S. Conway | aconway@taubman.com |
| The Pension Benefit Guaranty Corporation (PBGC) | Attn: Judith Starr, Kartar S. Khalsa, William McCarron, Jr., & Adi Berger, Director | Starr.Judith@pbgc.gov<br>mccarron.william@pbgc.gov<br>efile@pbgc.gov |
| Thompson Hine LLP | Attn: Curtis L. Tuggle | Curtis.Tuggle@ThompsonHine.com |
| TJ Tianxing Kesheng Leather Products Co Ltd | Attn: Power Wang | powerwangtxks@vip.126.com |
| TN Dept of Revenue | Attn: Herbert H. Slatery III, Marvin E. Clements, Jr. | AGBankNewYork@ag.tn.gov |
| U.S. Bank National Association | Attn: Jose A Galarza, Vice President, Global Structured Finance | jose.galarza@usbank.com |
| US Attorney for Southern District of New York | Attn: Bankruptcy Division | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov<br>Lawrence.Fogelman@usdoj.gov<br>Peter.Aronoff@usdoj.gov<br>Linda.Riffkin@usdoj.gov |
| Vedder Price P.C. | Attn: Kevin J. Etzel | ketzel@vedderprice.com |
| Vedder Price P.C. | Attn: Michael L. Schein | mschein@vedderprice.com |
| Waldrep LLP | Attn: Thomas W. Waldrep, Jr. | notice@waldrepllp.com |
| Warner Norcross + Judd LLP | Attn: Gordon J. Toering | gtoering@wnj.com |
| Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny Singh | ray.schrock@weil.com<br>garrett.fail@weil.com<br>jacqueline.marcus@weil.com<br>sunny.singh@weil.com<br>JeriLeigh.Miller@weil.com<br>jessica.liou@weil.com<br>Paloma.VanGroll@weil.com |
| Weiss Zarett Brofman Sonnenklar & Levy, P.C. | Attn: Michael D. Brofman, Esq. | mbrofman@weisszarett.com |
| Whiteford, Taylor & Preston LLC | Attn: Stephen B. Gerald | sgerald@wtplaw.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Williams Legal Advisory Group, LLC | Attn: Amy M. Williams | awilliams@williamsadvisors.com |
| Willkie Farr & Gallagher LLP | Attn: Alan J. Lipkin, Gabriel Brunswick | alipkin@willkie.com<br>gbrunswick@willkie.com |
| Wilmington Trust, National Association | Attn: Steven Cimalore, Vice President | scimalore@wilmingtontrust.com |
| Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron | saron@wrslawyers.com |
| Wyatt, Tarrant & Combs, LLP | Attn: Mary L. Fullington | mfullington@wyattfirm.com |

# EXHIBIT B

Brookfield Property REIT Inc.
Attn: Kristen N. Pate
350 N. Orleans St., Suite 300
Chicago, IL 60654-1607

*Via First Class Mail*

United States Bankruptcy Court for the Southern District of New York
Chambers of Honorable Robert D. Drain
300 Quarropas Street, Room 248
White Plains, NY 10601

*Via Overnight Delivery*

Internal Revenue Service
Attn: Centralized Insolvency Operation
2970 Market Street
Philadelphia, PA 19104-5016

*Via First Class Mail*

Internal Revenue Service
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

*Via First Class Mail*

Counsel to Aransas County, et al.,
Linebarger Goggan Blair & Sampson, LLP
Attn: Diane Wade Sanders
P.O. Box 17428
Austin, TX 78760

*Via First Class Mail*

Missouri Department of Revenue, Bankruptcy Unit
Attn: Steven A. Ginther,
Special Assistant Attorney General
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475

*Via First Class Mail*

Office of The United States Trustee for Region 2
Attn: Paul Schwartzberg, Richard Morrissey
201 Varick St., Ste. 1006
New York, NY 10014

*Via Overnight Delivery
and First Class Mail*

Sears Holding Corporation
Attn: Stephen Sitley Esq., Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, IL 60179

*Via First Class Mail*

1

| | |
|---|---|
| Securities & Exchange Commission<br>Attn: Secretary of the Treasury<br>100 F Street, NE<br>Washington, DC 20549<br><br>*Via First Class Mail* | Securities & Exchange Commission – NY Office<br>Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York, NY 10281-1022<br><br>*Via First Class Mail* |
| The Bank of New York Mellon Trust Company<br>Attn: Corporate Trust Administration<br>101 Barclay St., Floor 8W<br>New York, NY 10286<br><br>*Via First Class Mail* | TN Dept of Revenue<br>Attn: Herbert H. Slatery III, Marvin E. Clements, Jr.<br>c/o TN Attorney General's Office, Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-0207<br><br>*Via First Class Mail* |
| Travis County Attorney<br>Attn: David Escamilla<br>P.O. Box 1748<br>Austin, TX 78767<br><br>*Via First Class Mail* | US Attorney for Southern District of New York<br>Attn: Bankruptcy Division<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007<br><br>*Via First Class Mail* |
| Wilmington Trust, National Association<br>Attn: Sears Holdings Corp. Administrator<br>Corporate Capital Markets<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN 55402<br><br>*Via First Class Mail* | Wilmorite Management Group LLC<br>Attn: Donald C. Cowan, Jr.<br>1265 Scottsville Road<br>Rochester, NY 14624<br><br>*Via First Class Mail* |