Eric R. Goodman
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio  44114
Telephone:  (216) 621-0200
Facsimile:  (216) 696-0740

       -and-

Ferve Khan
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201

Counsel to American Greetings Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- x
In re:                                                    :
                                                                     : Chapter 11
SEARS HOLDINGS CORPORATION,                               :
*et al.*,                                                 : Case No. 18-23538 (RDD)
                                                                     :
                Debtors.                                   : Jointly Administered
                                                                     :
--------------------------------------------------------- x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

     PLEASE TAKE NOTICE that Ferve Khan, Esq., and the law firm of Baker & Hostetler LLP hereby enter their appearance as counsel to American Greetings Corporation and request that copies of all pleadings and other papers (however designated) filed in this case, as well as notices given or required to be given in this case, be given and served upon the undersigned at the address listed below.

     In addition, it is respectfully requested that, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the following be added to the Court's Mailing Matrix:

Ferve Khan, Esq.
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589.4200
Facsimile: (212) 589.4201
E-mail: fkhan@bakerlaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telecopier or otherwise.

FURTHER, if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

| | |
|---|---|
| Dated: November 15, 2018<br>New York, New York | Respectfully submitted,<br><br>BAKER & HOSTETLER LLP<br><br>By: */s/ Ferve Khan*<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>Email: fkhan@bakerlaw.com<br><br>*Attorney for American Greetings Corporation* |