Lasky Fifarek, P.C.
John R. Fifarek, Esq.
120 N. Washington Square, Ste. 625
Lansing, Michigan 48933
Telephone: (517) 267-2222
Facsimile: (517) 267-2230
jfifarek@laskyfifarek.com

*Attorney for*
*4th Street South II, LLC, a Michigan limited liability company*

---

**UNITED STATE BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **SEARS HOLDINGS CORPORATION, *et al.*** | **CASE NO. 18-23538 (RDD)** |
| **Debtor,** | **Jointly Administered** |

---

## CERTIFICATE OF SERVICE

Kjirsten Nelson deposes and says that she is employed by the law firm of Lasky Fifarek, P.C., and that on the 15th day of November, 2018, she served 4th Street South II, LLC's Notice of Appearance and Request for Notice, through the Court's ECF system and by U.S. Mail on the attorneys and parties listed on the attached Service List.


_____
Kjirsten Nelson

## SERVICE LIST

### Electronic Mail Notice List

Robin S. Abramowitz on behalf of Creditor U.S. Nonwovens Corp.
abramowitz@larypc.com, fox@larypc.com

David G. Aelvoet on behalf of Creditor Bexar County
sanantonio.bankruptcy@publicans.com

Jaime Agnew on behalf of Creditor Joyce Franklin
jaimeagnew21@gmail.com

Richard A. Aguilar on behalf of Creditor ARI Fleet LT
raguilar@mcglinchey.com, aparish@mcglinchey.com

Arlene Rene Alves on behalf of Creditor Wilmington Savings Fund Society, FSB, as Trustee
alves@sewkis.com

Tara B. Annweiler on behalf of Creditor American National Insurance Company
tannweiler@greerherz.com

Joel D. Applebaum on behalf of Creditor Milton Manufacturing, LLC
japplebaum@clarkhill.com

Laura E. Appleby on behalf of Creditor WSSR, LLC
appleby@chapman.com

Jenelle C Arnold on behalf of Creditor Bayview Loan Servicing, LLC
bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com

Simon Aron on behalf of Creditor Wolf Family Series LP d/b/a Series III, Ontario Enterprises of
the Wolf Family Series LP
saron@wrslawyers.com, jnarcise@wrslawyers.com

Brandon K. Bains on behalf of Interested Party Liberty Mutual Insurance Company
bbains@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com

Michael I. Baird on behalf of Creditor Pension Benefit Guaranty Corporation
baird.michael@pbgc.gov, efile@pbgc.gov

Erika R. Barnes on behalf of Creditor Whitmor, Inc.
ebarnes@stites.com, mdennis@stites.com;docketclerk@stites.com

Michael Jason Barrie on behalf of Creditor PREP Hanover Real Estate LLC

mbarrie@beneschlaw.com, debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com

Paul M. Basta on behalf of Debtor Sears Holdings Corporation
pbasta@paulweiss.com

Christopher Robert Belmonte on behalf of Interested Party Advance Magazine Publishers Inc.
cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com

Richard J. Bernard on behalf of Unknown Briggs & Stratton Corporation
rbernard@foley.com

Karen C. Bifferato on behalf of Creditor IRC Marketplace at Six Corners, L.L.C.
kbifferato@connollygallagher.com

Jeffrey E Bjork on behalf of Unknown Simon Property Group, L.P.
jeff.bjork@lw.com

David M. Blau on behalf of Creditor AGREE LIMITED PARTNERSHIP
dblau@clarkhill.com

Phillip W. Bohl on behalf of Unknown Blueline Foodservice Distribution, Inc.
phillip.bohl@gpmlaw.com

Wanda Borges on behalf of Creditor Kenney Manufacturing Company
ecfcases@borgeslawllc.com

Dustin Parker Branch on behalf of Creditor Acadia Realty Limited Partnership
branchd@ballardspahr.com, carolod@ballardspahr.com

Duane Brescia on behalf of Creditor Epicor Software Corporation
duane.brescia@clarkhillstrasburger.com,
bkrtcynotices@clarkhillstrasburger.com;donna.krupa@clarkhillstrasburger.com;Kathi.Alexander
@clarkhillstrasburger.com

Kay Diebel Brock on behalf of Creditor Travis County
bkecf@co.travis.tx.us

Michael D. Brofman on behalf of Creditor Lake Success Shopping Center LLC
mbrofman@weisszarett.com

James L. Bromley on behalf of Creditor ESL Investments, Inc.
maofiling@cgsh.com, jbromley@cgsh.com

Lynn Hamilton Butler on behalf of Creditor WC Independence Center LLC
lynn.butler@huschblackwell.com,
penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com

Jamie S. Cassel on behalf of Creditor Graco Children's Products Inc.
dkm@renozahm.com

Michael J. Catalfimo on behalf of Creditor BH North American Corporation
mcatalfimo@carterconboy.com,
hmclenithan@carterconboy.com;rmcfee@carterconboy.com;jstein@carterconboy.com

George B. Cauthen on behalf of Creditor Michelin North America, Inc.
george.cauthen@nelsonmullins.com,
Linnea.hann@nelsonmullins.com;joan.kishline@nelsonmullins.com

Rocco A. Cavaliere on behalf of Creditor Alpine Creations Ltd.
rcavaliere@tarterkrinsky.com, snobles@tarterkrinsky.com

Janine M. Cerbone on behalf of Creditor Criteo S.A.
jfigueiredo@hahnhessen.com, jfigueiredo@hahnhessen.com

Rudy J Cerone on behalf of Creditor Automotive Rentals, Inc.
rcerone@mcglinchey.com

Mark J Chaney, III on behalf of Creditor Automotive Rentals, Inc.
mchaney@mcglinchey.com, aparish@mcglinchey.com

Hyun Suk Choi on behalf of Unknown Winiadaewoo Electronics America, Inc.
hchoi@choiandpark.com,
lkleist@choiandpark.com;cpark@choiandpark.com;jpatten@choiandpark.com

Shawn M. Christianson on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

Ronald Alexander Clark, Jr. on behalf of Creditor NCC Key Company
aclark@cov.com

Marvin E. Clements, Jr. on behalf of Creditor TN Dept of Revenue
agbanknewyork@ag.tn.gov

Eboney Cobb on behalf of Creditor Carrollton-Farmers Branch ISD
ecobb@pbfcm.com

Patrick Collins on behalf of Creditor Midwood Management Corp.
pcollins@farrellfritz.com

Andrew S. Conway on behalf of Creditor Taubman Landlords
aconway@taubman.com

Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, LLC
bankruptcy2@ironmountain.com

Kelly Rose Cusick on behalf of Creditor Pension Benefit Guaranty Corporation
cusick.kelly@pbgc.gov, efile@pbgc.gov

Anthony J D'Artiglio on behalf of Creditor Allen ISD
ajd@ansellgrimm.com, carols@ansellgrimm.com;merediths@ansellgrimm.com

Robert K. Dakis on behalf of Creditor Allure Gems, LLC
rdakis@morrisoncohen.com, bankruptcy@morrisoncohen.com

Richard T. Davis on behalf of Creditor Cafaro Management Company
rdavis@cafarocompany.com

Louis Thomas DeLucia on behalf of Creditor Ciuffo Family Trust
ldelucia@schiffhardin.com

Andrew Devore on behalf of Interested Party Cross Country Home Services, Inc.
andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com

Andrew G. Dietderich on behalf of Creditor Fairholme Capital Management, LLC and Fairholme
Funds, Inc.
dietdericha@sullcrom.com, s&cmanagingclerk@sullcrom.com;andrew-dietderich-
6008@ecf.pacerpro.com;MAASSE@SULLCROM.COM;BAKERR@SULLCROM.COM

John P. Dillman on behalf of Creditor Angelina County
houston_bankruptcy@publicans.com

Ted A. Dillman on behalf of Unknown Simon Property Group, L.P.
ted.dillman@lw.com

Ira S. Dizengoff on behalf of Creditor Committee Official Committee of Unsecured Creditors of
Sears Holdings Corporation, et al.
idizengoff@akingump.com, afreeman@akingump.com;apreis@akingump.com;dkrasa-
berstell@akingump.com;sdaddese@akingump.com

Caroline R. Djang on behalf of Creditor Niagra Bottling, LLC
caroline.djang@bbklaw.com, lisa.spencer@bbklaw.com;arthur.johnston@bbklaw.com

Rachel E. Edwards on behalf of Interested Party Liberty Mutual Insurance Company
redwards@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com

Devon Eggert on behalf of Interested Party True Value Company
deggert@freeborn.com, bkdocketing@freeborn.com

Judith Elkin on behalf of Creditor Lenox International, Inc.
judith.elkin@haynesboone.com

Carrie Essenfeld on behalf of Creditor Taubman Landlords
cessenfeld@halperinlaw.net, cmitchell@halperinlaw.net

Kevin J Etzel on behalf of Creditor Agri-Fab, Inc.
ketzel@vedderprice.com

Garrett A. Fail on behalf of Debtor Sears Holdings Corporation
garrett.fail@weil.com, Paloma.VanGroll@weil.com

Stephen Vincent Falanga on behalf of Creditor Schindler Elevator Corporation
sfalanga@walsh.law, mvargas@walsh.law

John T. Farnum on behalf of Creditor LTMAC Properties, LLC
jfarnum@linowes-law.com, jcummings@linowes-law.com

Alan Feld on behalf of Creditor Everlast World's Boxing Headquarters Corp.
afeld@sheppardmullin.com

Mark E. Felger on behalf of Creditor National Distribution Centers, LLC
MFelger@cozen.com, MBrickley@cozen.com

William P Fennell on behalf of Creditor Dart Warehouse Corporation
william.fennell@fennelllaw.com,
luralene.schultz@fennelllaw.com,charles.bethel@fennelllaw.com,mblackburnjoniaux@fennellla
w.com

John R. Fifarek on behalf of Creditor 4th South Street II, LLC
knelson@laskyfifarek.com

Charles J. Filardi, Jr. on behalf of Creditor Southhaven Associates LLC
cfilardi@rrlawpc.com, abothwell@rrlawpc.com

Scott D. Fink on behalf of Creditor Toyota Industries Commercial Finance, Inc.
brodellecf@weltman.com

Jonathan L. Flaxer on behalf of Creditor AMAV Enterprises Ltd.
jflaxer@golenbock.com, jsavitsky@golenbock.com;mweinstein@golenbock.com

Ken Florey on behalf of Creditor Community Unit School District 300
kflorey@rsnlt.com

Kiah T Ford, IV on behalf of Creditor Hangzhou GreatStar Industrial Co., Ltd
chipford@parkerpoe.com

Edward M. Fox on behalf of Unknown Wilmington Trust, National Association
emfox@seyfarth.com

Gregory W. Fox on behalf of Creditor Waste Management National Services, Inc. and its
affiliates
gfox@goodwinprocter.com

Joseph D. Frank on behalf of Creditor Bottling Group, LLC operating as Pepsi Beverages
Company
jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Michael Friedman on behalf of Creditor 4207602 Canada Inc. (dba Cameo Knitting)
friedman@chapman.com, iyassin@chapman.com

Joseph Froehlich on behalf of Unknown Cardtronics USA, Inc.
jfroehlich@lockelord.com

Patricia B. Fugee on behalf of Unknown Clover Technologies Group, LLC
Patricia.Fugee@FisherBroyles.com, ecf@cftechsolutions.com

Mary L. Fullington on behalf of Creditor Fruit of the Loom, Inc.
mfullington@wyattfirm.com, lexbankruptcy@wyattfirm.com

Thomas M. Gaa on behalf of Creditor Oath (Americas) Inc.
tgaa@bbslaw.com, yessenia@bbslaw.com

James Gadsden on behalf of Sucessor Trustee The Bank of New York Mellon Trust Company,
N.A, as Successor Trustee
bankruptcy@clm.com

Gregg M. Galardi on behalf of Interested Party Apex Tool Group, LLC
gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com

Alan E. Gamza on behalf of Creditor Rosy Blue, Inc.
Agamza@mosessinger.com,
dkick@mosessinger.com;jbonteque@mosessinger.com;kkolbig@mosessinger.com;rcorbi@mose
ssinger.com

Stephen B. Gerald on behalf of Interested Party The J.M. Smucker Company, Ainsworth Pet
Nutrition LLC
sgerald@wtplaw.com, clano@wtplaw.com

Peter M. Gilhuly on behalf of Unknown Simon Property Group, L.P.
peter.gilhuly@lw.com, peter-gilhuly-1776@ecf.pacerpro.com

Steven A. Ginther on behalf of Creditor Missouri department of revenue
sdnyecf@dor.mo.gov

Ronald Eric Gold on behalf of Creditor Washington Prime Group Inc.
rgold@fbtlaw.com, awebb@fbtlaw.com;bmparker@fbtlaw.com;eseverini@fbtlaw.com

Eric R Goodman on behalf of Creditor American Greetings Corporation
egoodman@bakerlaw.com

Leon B Gordon on behalf of Creditor Anderson County et al
cary.cain@mvbalaw.com, bankruptcy@mvbalaw.com

David S. Gragg on behalf of Creditor Alatex, A Joint Venture
dgragg@langleybanack.com, cjohnston@langleybanack.com

Jonathan Adam Grasso on behalf of Creditor Dell Marketing, L.P.
jon@piercemccoy.com

Mark E. Hall on behalf of Creditor CAPREF Burbank LLC A Delaware LLC
mhall@foxrothschild.com, cbrown@foxrothschild.com

Paul E. Harner on behalf of Creditor Acadia Realty Limited Partnership
paul.harner@lw.com

Jonathan Scott Hawkins on behalf of Interested Party Great Lakes Technologies, LLC
jonathan.hawkins@thompsonhine.com, THDaytonECF@thompsonhine.com

Leslie C. Heilman on behalf of Creditor Acadia Realty Limited Partnership
heilmanl@ballardspahr.com, lanoc@ballardspahr.com

Neil E. Herman on behalf of Creditor Kimco Realty Corporation
Nherman@morganlewis.com

Michael R. Herz on behalf of Creditor CAPREF Burbank LLC A Delaware LLC
mherz@formanlaw.com, cbrown@formanlaw.com

George Bernard Hofmann on behalf of Creditor Propel Trampolines LLC
ghofmann@cohnekinghorn.com, mparks@cohnekinghorn.com

Joon P. Hong on behalf of Creditor Thanh Cong Textile Garment Investment Trading Joint Stock
Company
joonhong@chapman.com

Allison Akiko Ito on behalf of Unknown Hawaii Intercontinental Corporation
aito@hibklaw.com

Dwight Jefferson on behalf of Creditor DAVID DEEDS
djefferson@coatsrose.com

Christian Paul Jensen on behalf of Stockholder Thomas Tisch
jensenc@sullcrom.com

Allen G. Kadish on behalf of Creditor Community Unit School District 300
akadish@archerlaw.com,
lschildkraut@archerlaw.com;chansen@archerlaw.com;hbreakstone@archerlaw.com

Vera N Kanova on behalf of Creditor Commonwealth of PA Dept. of Environmental Protection
verkanova@pa.gov

Alan H Katz on behalf of Creditor Pension Benefit Guaranty Corporation
akatz@lockelord.com

Steven W. Kelly on behalf of Creditor HRA Fountains LP
skelly@s-d.com

Gerald P. Kennedy on behalf of Creditor MCS Hemet Valley Center LLC
gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com

Erin C. Kim on behalf of Creditor Pension Benefit Guaranty Corporation
kim.erin@pbgc.gov, efile@pbgc.gov

Alan M Kindred on behalf of Creditor Beauty 21 Cosmetics, Inc.
akindred@leechtishman.com, dtomko@leechtishman.com;ghauswirth@leechtishman.com

Edward M. King on behalf of Creditor Sitel Operating Corporation
tking@fbtlaw.com

Lauren Catherine Kiss on behalf of Creditor Haier U.S. Appliance Solutions, Inc. d/b/a GE
Appliances
lkiss@klestadt.com

Jeremy C. Kleinman on behalf of Attorney Jeremy C. Kleinman
jkleinman@fgllp.com

John R. Knapp, Jr. on behalf of Creditor PeopleReady, Inc.
john.knapp@millernash.com, lisa.petras@millernash.com

Lawrence J. Kotler on behalf of Creditor Riskonnect, Inc.
ljkotler@duanemorris.com

Jeffrey Kurtzman on behalf of Creditor BET Investments
jkurtzma@klehr.com

Alyssa E. Kutner on behalf of Creditor C.J. Segerstrom & Sons
kutnera@ballardspahr.com

Paul J. Labov on behalf of Creditor Hanesbrands, Inc.
plabov@foxrothschild.com, msteen@foxrothschild.com

Keith A Langley on behalf of Interested Party Liberty Mutual Insurance Company
klangley@l-llp.com, ehyman@l-llp.com;pgentry@l-llp.com

Vincent Edward Lazar on behalf of Creditor Electrolux Home Care Products, Inc.
vlazar@jenner.com

Gilbert A. Lazarus on behalf of Creditor Vandale Industries, Inc.
gillazarus@gmail.com

Harlan Mitchell Lazarus on behalf of Creditor Cudlie Accessories LLC
hmllaw@att.net, hlazarus@lazarusandlazarus.com

Robert L. LeHane on behalf of Creditor Benderson Development Company LLC
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Paul D. Leake on behalf of Interested Party Bank of America, N.A.
wendy.lamanna@skadden.com;andrea.chouprouta@skadden.com

Michael Skoy Legge on behalf of Creditor McLane Company, Inc.
mlegge@huntonak.com, tkracht@huntonak.com;rphair@huntonak.com;ghesse@huntonak.com

Joseph H. Lemkin on behalf of Creditor Conopco, Inc. dba Unilever
jlemkin@stark-stark.com

Richard B. Levin on behalf of Unknown Reynolds Consumer Products LLC
rlevin@jenner.com

Lawrence A. Lichtman on behalf of Creditor Aaron Gershenson Family Properties, LLC
llichtman@honigman.com, litdocket@honigman.com

Alan Jay Lipkin on behalf of Creditor Drayton Plains (MI), LLC
alipkin@willkie.com, maosbny@willkie.com

Jacqueline Marcus on behalf of Debtor A&E Factory Service, LLC
jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jennifer L. Marines on behalf of Creditor ICON Health & Fitness, Inc.
jmarines@mofo.com, docketny@mofo.com;jennifer-marines-1173@ecf.pacerpro.com

Ilan Markus on behalf of Creditor Benenson Capital Partners, LLC and Brooks Shopping Centers, LLC
ilan.markus@leclairryan.com, kim.knicely@leclairryan.com;wendy.kane@leclairryan.com

Jonathan D. Marshall on behalf of Creditor Wells Fargo Bank, National Association
jmarshall@choate.com

Shlomo Maza on behalf of Creditor GACP II, L.P.
shlomomaza@paulhastings.com

Matthew McCann on behalf of Creditor Ray Padula Holdings, LLC
mmccann@swc-law.com, mmccann@swc-law.com

William McCarron, Jr. on behalf of Creditor Pension Benefit Guaranty Corporation
mccarron.william@pbgc.gov, efile@pbgc.gov

Richard J. McCord on behalf of Creditor Studio 1 Div. of Shazdeh Fashions
RMcCord@CBAH.com,
afollett@certilmanbalin.com;cfollett@certilmanbalin.com;cglick@certilmanbalin.com;rnosek@certilmanbalin.com

Sawnie A. McEntire on behalf of Interested Party Cushman & Wakefield Inc.
smcentire@pmmlaw.com

Brian S. McGrath on behalf of Creditor ARI Fleet LT
bmcgrath@mcglinchey.com

Deborah Jill Michelson on behalf of Unknown Arca Industrial (NJ), Inc.
michelson@mgfl-law.com

Curtis S. Miller on behalf of Interested Party LEFMARK Tamiami, Inc.
cmiller@mnat.com, aconway@mnat.com

Stephen M. Miller on behalf of Interested Party Brighton Lease Management, L.L.C.
smiller@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Russell W. Mills on behalf of Creditor M&G Jewelers, Inc.
rmills@bellnunnally.com, nsummerville@bellnunnally.com

Joseph Thomas Moldovan on behalf of Creditor Allure Gems, LLC
bankruptcy@morrisoncohen.com

Carol E. Momjian on behalf of Creditor Commonwealth of Pennsylvania, Department of Revenue
cmomjian@attorneygeneral.gov

Laura J. Monroe on behalf of Creditor Lubbock Central Appraisal District
lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com

Rahul Mukhi on behalf of Creditor ESL Investments, Inc.
rmukhi@cgsh.com, maofiling@cgsh.com

Klaus Peter Muthig, I on behalf of Creditor Maricopa County Treasurer
muthigk@mcao.maricopa.gov

Edward E. Neiger on behalf of Creditor City Choice Limited
eneiger@askllp.com, lmiskowiec@askllp.com

Kevin Michael Newman on behalf of Creditor Aviation Mall NewCo, LLC
knewman@barclaydamon.com

Timothy F. Nixon on behalf of Creditor A.O. Smith Corporation
tnixon@gklaw.com, kboucher@gklaw.com;pbrellenthin@gklaw.com

Sean A. O'Neal on behalf of Creditor ESL Investments, Inc.
soneal@cgsh.com, maofiling@cgsh.com

Sean A. OKeefe on behalf of Unknown J.W. Mitchell Company, LLC
sokeefe@okeefelc.com, seanaokeefe@msn.com

Rachel R Obaldo on behalf of Creditor Texas Comptroller of Public Accounts
bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov

Thomas S. Onder on behalf of Creditor Levin Management Corporation
tonder@stark-stark.com

Jennifer Kennedy Park on behalf of Creditor ESL Investments, Inc.
jkpark@cgsh.com

Richard J. Parks on behalf of Creditor Sun Industrial, Inc.
rjp@pietragallo.com, ms@pietragallo.com;jk@pietragallo.com

Barbra R. Parlin on behalf of Creditor Plaza del Caribe, S.E.
barbra.parlin@hklaw.com, elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com

Paul J. Pascuzzi on behalf of Creditor The McClatchy Company
ppascuzzi@ffwplaw.com

Kristen N. Pate on behalf of Creditor Brookfield Property REIT Inc.
bk@brookfieldpropertiesretail.com

Dipesh Patel on behalf of Creditor Invicta Watch Company of America, Inc.
dipesh.patel@saul.com

Eloy A Peral on behalf of Unknown Lake Plaza Shopping Center LLC
eperal@wilkauslander.com

Deborah M Perry on behalf of Creditor International Airport Center, Inc.
dperry@munsch.com

Albena Petrakov on behalf of Unknown Saul Subsidiary I, LP
apetrakov@offitkurman.com

Douglas J. Pick on behalf of Creditor Norton Mailman Associates
dpick@picklaw.net, ezabicki@picklaw.net

David L. Pollack on behalf of Creditor Acadia Realty Limited Partnership
pollack@ballardspahr.com

Constantine Dean Pourakis on behalf of Unknown East Penn Manufacturing Co.
cp@stevenslee.com

Robert L. Pryor on behalf of Creditor ABC Supply Co. Inc.
rlp@pryormandelup.com

Anthony M. Rainone on behalf of Creditor iStar Jewelry, LLC
arainone@bracheichler.com, jpmartin@bracheichler.com

Shane Ramsey on behalf of Creditor Retail Opportunity Investments Corp.
shane.ramsey@nelsonmullins.com,
jennifer.murray@nelsonmullins.com;emiller@bayardlaw.com;SMacon@bayardlaw.com

Norman Neville Reid on behalf of Creditor Chamberlain Group, Inc.
nreid@foxswibel.com

Ryan C. Reinert on behalf of Creditor Manco Florida Associates, LLC
rreinert@shutts.com, juanitasanchez@shutts.com

Guy A. Reiss on behalf of Creditor Miele, Inc.
greiss@reisspreuss.com

Michael J. Riela on behalf of Creditor Vertical Industrial Park Associates
riela@thsh.com

Fred B. Ringel on behalf of Creditor East End Commons Associates LLC
fbr@robinsonbrog.com

Christy Rivera on behalf of Creditor One World Technologies, Inc. d/b/a Techtronic Industries
Power Equipment
christy.rivera@nortonrosefulbright.com

Beth Ellen Rogers on behalf of Creditor Serta Simmons Bedding, LLC
brogers@berlawoffice.com

Laurel D. Roglen on behalf of Interested Party Magformers, LLC
roglenl@ballardspahr.com, lanoc@ballardspahr.com

Kristen D Romano on behalf of Creditor ARI Fleet LT
kromano@mcglinchey.com

Robert M. Rosen on behalf of Interested Party Cushman & Wakefield Inc.
rrosen@pmmlaw.com

Sanford Philip Rosen on behalf of Creditor Cranston/BVT Associates, LLP
srosen@rosenpc.com;rosensr81087@notify.bestcase.com

Arthur E. Rosenberg on behalf of Interested Party Cushman & Wakefield Inc.
arthur.rosenberg@hklaw.com

Douglas B. Rosner on behalf of Creditor Cape Town Plaza LLC
drosner@goulstonstorrs.com

Beth J. Rotenberg on behalf of Unknown Cardinal Health 110 LLC
brotenberg@csglaw.com, ecf@csglaw.com

Myrna Ruiz-Olmo on behalf of Creditor Puerto Rico Supplies Group, Inc.
mro@prbankruptcy.com, tbp@prbankruptcy.com,lsg@prbankruptcy.com

CARL JOSEPH SORANNO on behalf of Creditor iStar Jewelry, LLC
csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com

Diane W. Sanders on behalf of Creditor Aransas county
austin.bankruptcy@lgbs.com

Joseph E. Sarachek on behalf of Creditor Mien Co., Ltd.
joe@saracheklawfirm.com, jon@saracheklawfirm.com

Robert M. Sasloff on behalf of Interested Party Rockaway Realty Assocs., LP
rms@robinsonbrog.com

Russell W. Savory on behalf of Creditor BICO Associates GP
russ@bsavory.com

Courtney A Schael on behalf of Unknown Shinn Fu Company of America, Inc.
cschael@ashfordnjlaw.com, mrogers@ashfordnjlaw.com

Michael L. Schein on behalf of Creditor NorthStar Group Services, Inc.
mschein@vedderprice.com, ecfnydocket@vedderprice.com;docketing-
6992@ecf.pacerpro.com;michael-schein-3874@ecf.pacerpro.com

Frederick E. Schmidt on behalf of Creditor Scents of Worth, Inc.
eschmidt@cozen.com

Bradley Schneider on behalf of Creditor Whirlpool Corporation
bradley.schneider@mto.com

Edward L. Schnitzer on behalf of Attorney Edward L. Schnitzer
eschnitzer@ckrlaw.com

Ray C Schrock on behalf of Debtor Kmart Holding Corporation
ray.schrock@weil.com, matthew.goren@weil.com

H. Jeffrey Schwartz on behalf of Creditor Winners Industry Co., Ltd.
hjschwartz@mckoolsmith.com, hjschwartz@mckoolsmith.com

Gary F Seitz on behalf of Creditor Yang Ming (America) Corp.
gseitz@gsbblaw.com, gary.seitz@gmail.com

Stephen B. Selbst on behalf of Creditor RubyRed Garment Manufacturing S.A.E.
(Jerseywear)/Egypt
sselbst@herrick.com, courtnotices@herrick.com

Richard M. Seltzer on behalf of Creditor International Union, UAW
rseltzer@cwsny.com, ecf@cwsny.com

Yaron Shaham on behalf of Creditor Panache International LLC
yshaham@kahanafeld.com

Michael Abtin Shakouri on behalf of Creditor Niagara Realty LLC
mshakouri@goodkinlynch.com

Michelle E. Shriro on behalf of Creditor Summit Portraits, LLC
mshriro@singerlevick.com, scotton@singerlevick.com;croote@singerlevick.com

Kevin J. Simard on behalf of Creditor Wells Fargo Bank, National Association
ksimard@choate.com

Wendy M. Simkulak on behalf of Creditor Chubb Companies
wmsimkulak@duanemorris.com

Sunny Singh on behalf of Debtor Sears Holdings Corporation
sunny.singh@weil.com, Andriana.Georgallas@weil.com;Paloma.VanGroll@weil.com

Peter B. Siroka on behalf of Interested Party Seritage Growth Properties
peter.siroka@friedfrank.com,
aaron_rothman@friedfrank.com;alix.brozman@friedfrank.com;ManagingAttorneysDepartment
@friedfrank.com

Doug Skierski on behalf of Creditor Quest Resource Management Group LLC
enotices@skijain.com

Daniel W. Sklar on behalf of Creditor 266 Route 125, LLC
dsklar@nixonpeabody.com, ccarlin@nixonpeabody.com

Aaron C. Smith on behalf of Creditor Pension Benefit Guaranty Corporation
asmith@lockelord.com, chicagodocket@lockelord.com;jcataldo@lockelord.com

Neal Smith on behalf of Creditor Community Unit School District 300
nsmith@robbins-schwartz.com

Natasha M. Songonuga on behalf of Creditor American Lebanese Syrian Associated Charities,
Inc.
nsongonuga@gibbonslaw.com

Owen M. Sonik on behalf of Creditor Spring Branch Independent School District, et al.
osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com

James E. Sorenson on behalf of Creditor Florida Self-Insurers Guaranty Association, Inc.
bk@svllaw.com, jim@svllaw.com

Fredric Sosnick on behalf of Interested Party Sears Hometown and Outlet Stores, Inc.
fsosnick@shearman.com

Sean C. Southard on behalf of Creditor Haier U.S. Appliance Solutions, Inc. d/b/a GE
Appliances
ssouthard@klestadt.com

Miriam R Stein on behalf of Creditor MJ Holding Company, LLC
mstein@chuhak.com

Rick Aaron Steinberg on behalf of Interested Party TOTE, Inc.
rsteinberg@pricemeese.com

Richard A. Stieglitz, Jr. on behalf of Creditor SHLD Lendco, LLC
RStieglitz@cahill.com, MMcLoughlin@cahill.com;ma@cahill.com

Sabrina L. Streusand on behalf of Creditor Dell Financial Services L.L.C.
streusand@slollp.com, prentice@slollp.com

Philip E. Strok on behalf of Creditor Paco (China) Garment Ltd.
pstrok@swelawfirm.com,
gcruz@swelawfirm.com;csheets@swelawfirm.com;jchung@swelawfirm.com

Joshua Sturm on behalf of Interested Party Duff & Phelps, LLC
joshua.sturm@ropesgray.com

Matthew G. Summers on behalf of Creditor Acadia Realty Limited Partnership
summersm@ballardspahr.com

Casey Cantrell Swartz on behalf of Creditor CIVF V-OH1M03, LLC
cswartz@taftlaw.com

Douglas T. Tabachnik on behalf of Creditor Certain Texas Taxing Entities
dtabachnik@dttlaw.com, rdalba@dttlaw.com

Stanley B. Tarr on behalf of Creditor Hansae Co. Ltd.
tarr@blankrome.com

Brett S. Theisen on behalf of Creditor Henkel Corporation
btheisen@gibbonslaw.com

My Chi To on behalf of Creditor Cascade Investment, L.L.C. & SL Agent, LLC
mcto@debevoise.com

Gordon J. Toering on behalf of Creditor Chervon (HK), Ltd.
gtoering@wnj.com

Kevin Tompsett on behalf of Creditor Van Hook Service Co., Inc.
ktompsett@harrisbeach.com, frichenberg@harrisbeach.com

Ronald M. Tucker on behalf of Unknown Simon Property Group, L.P.
rtucker@simon.com, bankruptcy@simon.com

Curtis Lee Tuggle on behalf of Creditor Virginia Surety Company, Inc.
curtis.tuggle@thompsonhine.com, ECFDocket@thompsonhine.com

Marshall C. Turner on behalf of Creditor CBL & Associates Management Inc.
marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com

United States Trustee
USTPRegion02.NYECF@USDOJ.GOV

Seth Van Aalten on behalf of Creditor Washington Prime Group Inc.
svanaalten@cooley.com, efiling-notice@ecf.pacerpro.com

James J. Vincequerra on behalf of Creditor Cupid Foundations, Inc.
James.Vincequerra@alston.com

Kaitlin R. Walsh on behalf of Creditor Suzhou Chunju Electric Co. Ltd.
KRWalsh@mintz.com, docketing@mintz.com

David H. Wander on behalf of Creditor Electronics for Imaging, Inc.
dhw@dhclegal.com

Andrew W. Weaver on behalf of Creditor ESL Investments, Inc.
aweaver@cgsh.com, maofiling@cgsh.com

Adam J. Webb on behalf of Creditor Washington Prime Group Inc.
awebb@fbtlaw.com

William P. Weintraub on behalf of Unknown Wicked Audio, Inc.
wweintraub@goodwinprocter.com, gfox@goodwinprocter.com

Erica Weisgerber on behalf of Creditor Cascade Investment, L.L.C. & SL Agent, LLC
eweisgerber@debevoise.com, eweisgerber@debevoise.com

Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Eric R. Wilson on behalf of Creditor Computershare Trust Company, N.A.
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Garth D. Wilson on behalf of Creditor Pension Benefit Guaranty Corporation
wilson.garth@pbgc.gov, efile@pbgc.gov

Melissa S. Woods on behalf of Creditor International Union, UAW
mwoods@cwsny.com, ecf@cwsny.com

Derek L. Wright on behalf of Unknown CenterPoint Properties Trust
dlwright@foley.com

Thomas Yanega on behalf of Unknown Beauty Gem, Inc.
ty@devacklaw.com

Marc A. Zelina on behalf of Unknown Simon Property Group, L.P.
marc.zelina@lw.com

Matthew C. Ziegler on behalf of Interested Party Fanatics Licensed Sports Group, LLC F/K/A
VF Licensed Sports Group, LLC
matthew.ziegler@morganlewis.com

Scott A. Zuber on behalf of Unknown Cardinal Health 110 LLC
szuber@csglaw.com, ecf@csglaw.com

Evan J. Zucker on behalf of Creditor Aleff LLC
ezucker@blankrome.com,
nybankruptcydocketing@blankrome.com;eDocketing@blankrome.com

Richard L. Zucker on behalf of Creditor Oster Yorktown Properties, LLC
rzucker@lasserhochman.com

Paul H. Zumbro on behalf of Creditor Stanley Black & Decker, Inc.
pzumbro@cravath.com, mao@cravath.com


**Service Via First Class Mail**


Adam M. Adler on behalf of Claims and Noticing Agent Prime Clerk, LLC
Prime Clerk LLC
830 Third Avenue
9th Floor
New York, NY 10022

Jody A. Bedenbaugh on behalf of Creditor Michelin North America, Inc.
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
P.O. Box 11070 (29211)
Columbia, SC 29201

Body Flex Sports, Inc.
Attn: Frank Chang, General Manager
21717 Ferrero Parkway
Walnut, CA 91789

Bruce Buechler on behalf of Interested Party Active Media Services, Inc. d/b/a Active
International
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
bbuechler@lowenstein.com

Joseph Frank
FrankGecker LLP
325 N. LaSalle
Suite 625
Chicago, IL 60654

Matthew Gensburg on behalf of Creditor Community Unit School District 300
Gensburg Calandriello & Kanter, P.C.
200 West Adams Street, Suite 2425
Chicago, NY 60606

E. Philip Groben on behalf of Creditor Community Unit School District 300
Gensburg Calandriello & Kanter, P.C.
200 West Adams Street, Suite 2425
Chicago, NY 60606

Jarrod B. Martin on behalf of Creditor Direct Energy Business, LLC
McDowell Hetherington LLP
1001 Fannin Street
Suite 2700
Houston, TX 77002

Janusz Muszak
P.O. Box 516535
Rockledge, FL 32956

Cynthia L Pollick on behalf of Creditor Karen Smith
363 Laurel Street
Pittston, PA 18640

Aaron J. Scheinfield on behalf of Creditor Alliance Material Handling Corp.
Goldstein Bershad & Fried PC
4000 Town Center, Suite 1200
Southfield, MI 48075

Eli J. Vonnegut on behalf of Creditor Citibank, N.A.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Brent R. Wilson on behalf of Creditor Jore Corporation
Hawley Troxell Ennis & Hawley LLP
877 Main Strett, Suite 1000
Boise, ID 83702

Megan N. Young on behalf of Creditor Direct Energy Business, LLC
McDowell Hetherington LLP
1001 Fannin Street
Suite 2700
Houston, TX 77002