ICE MILLER LLP
Daniel R. Swetnam (OH 0011022)
250 West Street, Suite 700
Columbus, OH  43215
Telephone:  (614) 462-2225
Facsimile:   (614) 224-3568

*Attorney for 5330 Crosswind, LLC*
(*pro hac vice* admission pending)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **SEARS HOLDING CORPORATION, et al.**, | Case No. 18-23538 (RDD) |
| | Jointly Administered |
| Debtors. | |

**MOTION FOR**
**ADMISSION TO PRACTICE *PRO HAC VICE***

I, Daniel R. Swetnam, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent 5330 Crosswind, LLC, a creditor in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Ohio and the United States District Courts for the Southern District of Ohio, Northern District of Ohio and various other courts.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: Columbus, Ohio
       November 16, 2018

Respectfully submitted,

ICE MILLER LLP

*/s/ Daniel R. Swetnam*
Daniel R. Swetnam                    (OH0011022)
250 West Street, Suite 700
Columbus, OH  43215
(614) 462-2225; Fax:  (614) 224-3568
Email: Daniel.Swetnam@icemiller.com

*Counsel for 5330 Crosswind, LLC*

CO\5972103.1