**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| **SEARS HOLDING CORPORATION, et al.,** | Case No. 18-23538 (RDD) |
|  | Jointly Administered |
| Debtors. |  |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Daniel R. Swetnam, to be admitted, *pro hac vice*, to represent 5330 Crosswind, LLC, an interested party in the above-referenced case, and upon the movant's certification that the movant is a member of good standing of the bar in the State of Ohio and, the United States District Courts for the Southern District of Ohio, Northern District of Ohio and various other courts, it is hereby,

**ORDERED**, that Daniel R. Swetnam, Esq., is admitted to practice, *pro hac vice*, in the above-referenced jointly administered cases to represent 5330 Crosswind, LLC in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: November ___, 2018
White Plains, New York

_____
Robert D. Drain
United States Bankruptcy Judge

CO\5972120.1