**NIXON PEABODY, LLP**
Daniel W. Sklar, Esq.
900 Elm Street
Manchester, NH 03101
Telephone: (603) 628-4000
Fax: (603) 628-4040

*Attorney for Coral Reef Asia Pacific Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re:* | Chapter 11 |
| SEARS HOLDING CORPORATION, et al, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**JOINDER OF CORAL REEF ASIA PACIFIC LTD. TO OBJECTIONS OF RECLAMATION CLAIMANTS TO DEBTORS' MOTION FOR AUTHORITY TO (A) OBTAIN POSTPETITION FINANCING, (B) USE CASH COLLATERAL, AND (C) GRANT CERTAIN PROTECTIONS TO PREPETITION SECURED PARTIES**

Coral Reef Asia Pacific Ltd. ("Coral Reef Asia Pacific") by and through its undersigned counsel, hereby joins in and fully incorporates by reference, the various objections filed by Reclamation Claimants to *the Debtors' Motion For Authority To (A) Obtain Postpetition Financing, (B) Use Cash Collateral, [and](C) Grant Certain Protections To Prepetition Secured Parties dated October 15, 2018.*

WHEREFORE, for the reasons set forth in the Objection, the Court should enter an order (i) denying the DIP Motion unless the Debtors agree to language that preserves and protects the Reclamation Interests, and (ii) granting such other relief as is just and proper.

1

Dated: November 16, 2018                      Respectfully submitted,
                                              CORAL REEF ASIA PACIFIC LTD.

                                              By and through its attorneys,

                                              NIXON PEABODY LLP

                                              By: */s/ Daniel W. Sklar*
                                                  Daniel W. Sklar, Esquire
                                                  Nixon Peabody LLP
                                                  900 Elm Street
                                                  Manchester, NH  03101
                                                  Phone: (603) 628-4000
                                                  Fax: (603) 628-4040
                                                  dsklar@nixonpeabody.com