**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.* | Case No. 18-23538-RDD |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of John C. Allerding (the "Movant") to be admitted, *pro hac vice*, to represent Luxottica Retail North America Inc. ("Luxottica") in the above-referenced cases, and upon the Movant's certification that the Movant is a member in good standing of the bar in the State of Ohio and the bars of the United States District Court for the Northern District of Ohio and the United States District Court for the Southern District of Ohio, it is hereby

**ORDERED**, that the Movant is permitted to practice, *pro hac vice*, in the above-captioned cases to represent Luxottica in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:   November 15, 2018         /s/Robert D. Drain
         White Plains, New York    HONORABLE ROBERT D. DRAIN
                                   UNITED STATES BANKRUPTCY JUDGE