**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 18-23538 (RDD)<br>)<br>) (Jointly Administered)<br>)<br>) |

**ORDER GRANTING ADMISSION TO PRACTICE**
***PRO HAC VICE* OF THOMAS R. KRELLER**

Upon the motion of Thomas R. Kreller to be admitted, *pro hac vice*, to represent Cyrus Capital Partners in the above-referenced case, and upon the movant's certification that the movant is in good standing in the bars of the State of California, the Central, Eastern, Northern and Southern Districts of California, and the Ninth Circuit Court of Appeals., it is hereby

**ORDERED,** that Thomas R. Kreller, Esq. is admitted to practice, *pro hac vice,* in the above-captioned chapter 11 case to represent Cyrus Capital Partners L.P. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       November 15, 2018

/s/Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE