**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, et al.,<br><br><br>Debtors | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administrated) |

ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of John R. Fifarek to be admitted, *pro hac vice*, to represent 4th Street South II, LLC, a Michigan limited liability company (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan and the bar of the United States District Courts serving the Eastern and Western Districts of the State of Michigan, it is hereby

ORDERED, that John R. Fifarek, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
        November 15, 2018

                            //s/Robert D. Drain
                            United States Bankruptcy Judge