UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                              :
In re:                                                        :
                                                              :  Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,                         :
                                                              :  Case No. 18-23538 (RDD)
                                                              :
          Debtors.                                            :  Jointly Administered
                                                              :
-----------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion [Doc. 708] of Robert M. Rosen to be admitted, *pro hac vice*, to represent Cushman & Wakefield Inc. (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and the bar of the U.S. District Court for the Northern District of Texas, it is hereby

**ORDERED**, that Robert M. Rosen, Esq. is admitted to practice, *pro hac vice*, in the above-referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, Provided that the filing fee has been paid.

Dated: White Plains, New York
       November 15, 2018

                                                    /s/Robert D. Drain
                                                    United States Bankruptcy Judge

#61754787_v1