**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | * | |
| | | **Chapter 11** |
| **SEARS HOLDING CORPORATION,** *et al.,* | * | **Case No.: 18-23538-RDD** |
| | | **(Jointly administered)** |
| | * | |
| Debtors. | | |
| | * | |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Stephen B. Gerald to be admitted, *pro hac vice*, to represent The J.M. Smucker Company, Smucker Retail Foods Inc. and Ainsworth Pet Nutrition LLC (the "Clients") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Delaware and the bar of the State of Maryland and admitted to practice in the United States District Court for the District of Delaware and the United States District Court for the District of Maryland, it is hereby

**ORDERED**, that Stephen B. Gerald, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
November 16, 2018

/s/Robert D. Drain
Honorable Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

10017099v2