UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                              :
In re:                                                        :
                                                              :  Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,                         :
                                                              :  Case No. 18-23538 (RDD)
                                                              :
                     Debtors.                                 :  Jointly Administered
                                                              :
-----------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion [Doc. 690] of Sawnie A. McEntire to be admitted, *pro hac vice*, to represent Cushman & Wakefield Inc. (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and the bar of the U.S. District Court for the Northern District of Texas, it is hereby

**ORDERED**, that Sawnie A. McEntire is admitted to practice, ***pro hac vice***, in the above-referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, Provided that the filing fee has been paid.

Dated:  White Plains, New York
        November 15 2018

                                                          /s/Robert D. Drain
                                                          United States Bankruptcy Judge

#61754787_v1