**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-bk-23538 (RDD)<br><br>(Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Peter M. Gilhuly to be admitted, *pro hac vice*, to represent Simon Property Group in the above referenced bankruptcy cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the bar of the U.S. District Courts for the Northern, Central, and Southern Districts of California and the U.S. Court of Appeals for the Ninth Circuit, it is hereby

ORDERED, that Peter M. Gilhuly, Esq., is admitted to practice, *pro hac vice*, in the above referenced bankruptcy cases to represent Simon Property Group, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
　　　　November 15, 2018

　　　　　　　　　　　　　　　　　　　　　　　　/s/Robert D. Drain
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE