**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al*., | Case No. 18-bk-23538 (RDD) |
| Debtors. | (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Ted A. Dillman to be admitted, *pro hac vice*, to represent Simon

Property Group in the above referenced cases, and upon the movant's certification that the

movant is a member in good standing of the bar in the State of California and the bar of the U.S.

District Courts for the Northern, Central, Southern, and Eastern Districts of California and the

U.S. Court of Appeals for the Ninth Circuit, it is hereby

ORDERED, that Ted A. Dillman, Esq., is admitted to practice, *pro hac vice*, in the above

referenced cases to represent Simon Property Group, in the United States Bankruptcy Court for

the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       November 15, 2018

/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE