**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                                : 
                                                                           :          **Chapter 11**
**SEARS HOLDINGS CORPORATION, *et al*.,**     :
                                                                           :          **Case No. 18-23538 (RDD)**
                                                                           :
              Debtors.[1]                                         :          **(Jointly Administered)**
---------------------------------------------------------------x

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Daniel Kounin, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 13, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the on the Licensed Business Parties Service List attached hereto as **Exhibit A**:

- Notice of Intent to Conduct Store Closing Sales [Docket No. 576]

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden,LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: November 16, 2018

*[signature]*
Daniel Kounin

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 16, 2018, by Daniel Kounin, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *[signature]*

ROBERT J. RUBEL JR.
NOTARY PUBLIC OF NEW JERSEY
Comm. # 50070782
My Commission Expires 10/25/2022

**<u>Exhibit A</u>**

Exhibit A
Licensed Businness Parties Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| Action Time, Inc | Williams, Larry | 20283 SR 7 | Suite 300 | Mission Bay Office Plaza | Boca Raton | FL | 33498 | acttime@aol.com | First Class Mail and Email |
| Avis Budget Car Rental LLC | Kinerk, Beth | 7 Sylvan Way | | | Parsippany | NJ | 07054 | | First Class Mail |
| Cardtronics USA, Inc | Muscarello, Tony | 3250 Briarpark Drive | Suite 400 | | Houston | TX | 77042 | tmuscarello@cardtronics.com | First Class Mail and Email |
| CCPR Services, Inc | Torres, Maria | 103 Ortegon St | | | Guaynabo | PR | 00966 | | First Class Mail |
| Coinstar, Inc | | 1800 114th Ave S.E. | | | Bellevue | WA | 98004 | | First Class Mail |
| Consumer Source, Inc | Barton, Rodney | 3110 Campus Drive | | | Norcross | GA | 30071 | rbarton@consumersource.com | First Class Mail and Email |
| Easy Method, Inc | Simtob, Richard | 1026 E Eleven Mile Rd | | | Royal Oak | MI | 48067 | richard@simtob.com | First Class Mail and Email |
| iCan Benefit Group, LLC | Tucker, Steven | 5300 broken Sounds Blvd | Suite 200 | | Boca Raton | FL | 33487 | steve@icanbenefit.com | First Class Mail and Email |
| Ignazio Lanzafame | Lanzafame, Ignazio | 10355 Borah Park Circle | | | Las Vegas | NV | 89178 | catania6222@ymail.com | First Class Mail and Email |
| JDM Structures, Ltd | Miller, Daniel | 5840 CR 201 | | | Millersburg | OH | 44654 | coblentz.cindy@gmal.com | First Class Mail and Email |
| KeyMe, Inc | Tomlinson, Michael | 5 Penn Plaza | Floor 10 | Suite KeyMe | New York | NY | 10001 | mt@key.me | First Class Mail and Email |
| Luxottica Retail | Ruth, Chris | 4000 Luxottica Place | | | Mason | OH | 45040 | cruth@luxotticaretail.com | First Class Mail and Email |
| MCS Advantage, Inc | Schaffer, David | MCS Plaza, 1 er piso | Suite 105 | 255 Avenue Ponce de Leon | San Juan | PR | 00916 | davids@medicalcardsystem.com | First Class Mail and Email |
| Mini Gold, Inc | Chang, Elizabeth | Road #2 | Cond. Alborada Apt 1821 | | Bayamon | PR | 00961 | hansenlayliz@yahoo.com | First Class Mail and Email |
| National Entertainment Network, LLC | Flaherty, Edward | 325 Interlocken Pkwy, B | | | Broomfield | CO | 80021 | | First Class Mail |
| Puerto Rico Telephone Company, Inc | Cotto Escalera, Ana | 1513 Roosevelt Ave | 10th Floor | | Guaynabo | PR | 00920 | acotto@claropr.com | First Class Mail and Email |
| TJ&H Chilluns, Ltd | Hayth, Thomas | 4900 North Weir Drive | | | Muncie | IN | 47304 | tomhayth@dacraglass.com | First Class Mail and Email |
| Triple-S Management Corp | Perez Fernandez, Gustavo | PO Box 11320 | 1441 FD Roosevelt Ave | | San Juan | PR | 00922 | gustavo.perez@ssspr.com | First Class Mail and Email |
| Universal Money Centers, Inc | Glenn, Pam | 6800 Squibb Rd | | | Shawnee Mission | KS | 66202 | pglenn@universalmoney.com | First Class Mail and Email |
| Universal Vending Management, LLC | Marano, Rudy | 425 North Avenue East | PO Box 130 | | Westfield | NJ | 07091 | rmarano@uvweb.com | First Class Mail and Email |
| US Vision, Inc | | 1 Harmon Drive | | | Glendora | NJ | 08029 | | First Class Mail |
| Western Union Finncial Services, Inc | Drab, Karen | 12500 East Belford Ave | | | Englewood | CO | 80112 | karen.drab@westernunion.com | First Class Mail and Email |
| YF Puerto Rico, Inc | Lopez Jimenez, Alfredo | PMB 654 Box 4956 | | | Caguas | PR | 00726 | alopez@aljpapr.com | First Class Mail and Email |

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

Page 1 of 1