**Hearing Date and Time: November 15, 2018 at 10:00 am (Eastern)**
**Objection Date and Time: November 8, 2018 at 4:00 pm (Eastern)**

COHNE KINGHORN, P.C.
George Hofmann
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378

*Attorneys for Propel Trampolines LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SEARS HOLDING CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD) |

**NOTICE OF WITHDRAWAL OF**
**LIMITED OBJECTION OF PROPEL TRAMPOLINES LLC**
**TO DEBTORS' MOTION FOR AUTHORITY TO (A) OBTAIN**
**POSTPETITION FINANCING, (B) USE CASH COLLATERAL, AND (C) GRANT**
**CERTAIN PROTECTIONS TO PREPETITION SECURED PARTIES**

Propel Trampolines LLC ("**Propel**") hereby withdraws its limited objection [Dkt. No. 771] (the "**Objection**") to the *Debtors' Motion For Authority To (A) Obtain Postpetition Financing, (B) Use Cash Collateral, [and](C) Grant Certain Protections To Prepetition Secured Parties dated October 15, 2018 (Dkt. No. 7)* (the "**Motion**") filed by the above-captioned debtors (the "**Debtors**").

{00412673.DOCX /}

Dated: November 16, 2018  COHNE KINGHORN, P.C.

/s/ George Hofmann
George Hofmann
COHNE KINGHORN, P.C.
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378