UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, et al.<br><br>　　　　　Debtors. | Chapter 11<br><br>**Case No. 18-23538 (RDD)**<br><br>(Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Norman Neville Reid to be admitted, *pro hac vice*, to represent Chamberlain Group, Inc. (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois, it is hereby,

**ORDERED**, that Norman Neville Reid, Esq., is admitted to practice *pro hac vice*, in the above referenced jointly administered cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:　White Plains, New York
　　　　　November 19, 2018

　　　　　　　　　　　　　　　　　　　　　　　　/s/Robert D. Drain
　　　　　　　　　　　　　　　　　　　　　　　　Robert D. Drain
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

3179821 v1 - 06942 / 001