**NIXON PEABODY, LLP**
Daniel W. Sklar, Esq.
900 Elm Street
Manchester, NH 03101
Telephone: (603) 628-4000
Fax: (603) 628-4040

*Attorney for Coral Reef Asia Pacific Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re:* | Chapter 11 |
| SEARS HOLDING CORPORATION, et al, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF JOINDER OF CORAL REEF ASIA PACIFIC LTD. TO OBJECTIONS OF RECLAMATION CLAIMANTS TO DEBTORS' MOTION FOR AUTHORITY TO (A) OBTAIN POSTPETITION FINANCING, (B) USE CASH COLLATERAL, AND (C) GRANT CERTAIN PROTECTIONS TO <u>PREPETITION SECURED PARTIES</u>**

Coral Reef Asia Pacific Ltd. ("Coral Reef Asia Pacific") by and through its undersigned counsel, hereby withdraws its *Joinder to the Reclamation Claimants' Objections to the Debtors' Motion For Authority To (A) Obtain Postpetition Financing, (B) Use Cash Collateral, [and](C) Grant Certain Protections To Prepetition Secured Parties* [Dkt. No. 773].

1

Dated: November 19, 2018                    Respectfully submitted,
                                            CORAL REEF ASIA PACIFIC LTD.

                                            By and through its attorneys,

                                            NIXON PEABODY LLP

                                            By: */s/ Daniel W. Sklar*
                                                Daniel W. Sklar, Esquire
                                                Nixon Peabody LLP
                                                900 Elm Street
                                                Manchester, NH  03101
                                                Phone: (603) 628-4000
                                                Fax: (603) 628-4040
                                                dsklar@nixonpeabody.com