## Exhibit A

**Non-Renewal Notices**

**ACE AMERICAN INSURANCE COMPANY**

**525 W. MONROE STREET**

**SUITE 700**

**CHICAGO IL 60661**

# NOTICE OF NONRENEWAL OF INSURANCE

Named Insured & Mailing Address:

**SEARS HOLDINGS CORPORATION**
**3333 BEVERLY ROAD, RISK**
**MANAGEMENT- E3- 262B**
**HOFFMAN ESTATES IL 60179**

Producer: 174016

AON RISK SERVICES CENTRAL INC.
200 E. RANDOLPH ST., 13TH FLOOR
CHICAGO IL 60601

| | |
|---|---|
| Policy No.: | HDO G71097651 |
| Type of Policy: | General Liability |
| Date of Inception: | 08/01/2018 12:01 A.M. Local Time at the mailing address of the Named Insured |
| Date of Expiration: | 01/01/2019 12:01 A.M. Local Time at the mailing address of the Named Insured |

We will not renew this policy when it expires.  Your insurance will cease on the Expiration Date shown above.

We are not renewing this policy because, where permitted by law, we reevaluate all underwriting risks each year in light of changing conditions in the insurance market.  In order to be in full compliance with our regulatory and statutory rules we must send this non-renewal notice.

In addition, if we choose to offer a new policy to you in replacement of and not in renewal of this policy, the premium, terms, conditions and exclusions for that new policy may be different than the premium, terms, conditions and exclusions of this expiring policy.  We may include new exclusions based on our underwriting of your exposures and changing legal and regulatory developments.  Finally, the policy may be issued by a different member of the ACE Group of Insurance Companies than your expiring policy, including but not limited to Agri General Insurance Company.

Enclosed is information concerning losses under this policy or previous policies which we have written for you, not to exceed three years. This information gives you details of closed claims, open claims and reserves, and occurrences which may not yet be concluded as a claim. Should you require additional information, we will, upon receipt of your written request, provide pertinent additional information within 20 days of receipt of your request.

If you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 122 S. Michigan Ave., 19th Floor, Chicago, IL 60603 and in Springfield at 320 West Washington St., Springfield, IL 62767. You may also contact the Illinois Department of Insurance at http://insurance.illinois.gov or at 312.814-2420 or 217-782-4515.

We value your business and shall strive to remain responsive to your needs.  We may discuss renewal with your agent/broker and offer new policies when appropriate.  Please contact your agent/broker to determine if a new policy will be offered.

Named Insured

**SEARS HOLDINGS CORPORATION**
**3333 BEVERLY ROAD, RISK**
**MANAGEMENT**
**HOFFMAN ESTATES IL 60179**

Date Mailed:
September 13, 2018

*Richard Sica*

Richard Sica,  Exec. Vice President

# ACE AMERICAN INSURANCE COMPANY

## 525 W. MONROE STREET
## SUITE 700
## CHICAGO IL 60661

# NOTICE OF NONRENEWAL OF INSURANCE

Named Insured & Mailing Address:

SEARS HOLDINGS CORPORATION
3333 BEVERLY ROAD, RISK
MANAGEMENT- E3- 262B
HOFFMAN ESTATES IL 60179

Producer: 174016

AON RISK SERVICES CENTRAL INC.
200 E. RANDOLPH ST., 13TH FLOOR
CHICAGO IL 60601

| | |
|---|---|
| Policy No.: | HDO G71097699 |
| Type of Policy: | General Liability |
| Date of Inception: | 08/01/2018 12:01 A.M. Local Time at the mailing address of the Named Insured |
| Date of Expiration: | 01/01/2019 12:01 A.M. Local Time at the mailing address of the Named Insured |

We will not renew this policy when it expires.  Your insurance will cease on the Expiration Date shown above.

We are not renewing this policy because, where permitted by law, we reevaluate all underwriting risks each year in light of changing conditions in the insurance market.  In order to be in full compliance with our regulatory and statutory rules we must send this non-renewal notice.

In addition, if we choose to offer a new policy to you in replacement of and not in renewal of this policy, the premium, terms, conditions and exclusions for that new policy may be different than the premium, terms, conditions and exclusions of this expiring policy.  We may include new exclusions based on our underwriting of your exposures and changing legal and regulatory developments.  Finally, the policy may be issued by a different member of the ACE Group of Insurance Companies than your expiring policy, including but not limited to Agri General Insurance Company.

Enclosed is information concerning losses under this policy or previous policies which we have written for you, not to exceed three years. This information gives you details of closed claims, open claims and reserves, and occurrences which may not yet be concluded as a claim. Should you require additional information, we will, upon receipt of your written request, provide pertinent additional information within 20 days of receipt of your request.

If you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 122 S. Michigan Ave., 19th Floor, Chicago, IL 60603 and in Springfield at 320 West Washington St., Springfield, IL 62767. You may also contact the Illinois Department of Insurance at http://insurance.illinois.gov or at 312.814-2420 or 217-782-4515.

We value your business and shall strive to remain responsive to your needs.  We may discuss renewal with your agent/broker and offer new policies when appropriate.  Please contact your agent/broker to determine if a new policy will be offered.

Named Insured

SEARS HOLDINGS CORPORATION
3333 BEVERLY ROAD, RISK
MANAGEMENT
HOFFMAN ESTATES IL 60179

Date Mailed:
September 13, 2018

_Richard Sica_

Richard Sica,  Exec. Vice President

# NOTICE OF NONRENEWAL OF INSURANCE

ACE AMERICAN INSURANCE COMPANY
**525 W. MONROE STREET**
**SUITE 700**
**CHICAGO IL 60661**

Named Insured & Mailing Address:

SEARS HOLDINGS CORPORATION
3333 BEVERLY ROAD, RISK
MANAGEMENT- E3- 262B
HOFFMAN ESTATES IL 60179

Producer: 174016

AON RISK SERVICES CENTRAL INC.
200 E. RANDOLPH ST., 13TH FLOOR
CHICAGO IL 60601

| | |
|---|---|
| Policy No.: | HDO G71097730 |
| Type of Policy: | General Liability |
| Date of Inception: | 08/01/2018 12:01 A.M. Local Time at the mailing address of the Named Insured |
| Date of Expiration: | 01/01/2019 12:01 A.M. Local Time at the mailing address of the Named Insured |

We will not renew this policy when it expires.  Your insurance will cease on the Expiration Date shown above.

We are not renewing this policy because, where permitted by law, we reevaluate all underwriting risks each year in light of changing conditions in the insurance market.  In order to be in full compliance with our regulatory and statutory rules we must send this non-renewal notice.

In addition, if we choose to offer a new policy to you in replacement of and not in renewal of this policy, the premium, terms, conditions and exclusions for that new policy may be different than the premium, terms, conditions and exclusions of this expiring policy.  We may include new exclusions based on our underwriting of your exposures and changing legal and regulatory developments.  Finally, the policy may be issued by a different member of the ACE Group of Insurance Companies than your expiring policy, including but not limited to Agri General Insurance Company.

Enclosed is information concerning losses under this policy or previous policies which we have written for you, not to exceed three years. This information gives you details of closed claims, open claims and reserves, and occurrences which may not yet be concluded as a claim. Should you require additional information, we will, upon receipt of your written request, provide pertinent additional information within 20 days of receipt of your request.

If you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 122 S. Michigan Ave., 19th Floor, Chicago, IL 60603 and in Springfield at 320 West Washington St., Springfield, IL 62767. You may also contact the Illinois Department of Insurance at http://insurance.illinois.gov or at 312.814-2420 or 217-782-4515.

We value your business and shall strive to remain responsive to your needs.  We may discuss renewal with your agent/broker and offer new policies when appropriate.  Please contact your agent/broker to determine if a new policy will be offered.

Named Insured

SEARS HOLDINGS CORPORATION
3333 BEVERLY ROAD, RISK
MANAGEMENT
HOFFMAN ESTATES IL 60179

Date Mailed:
September 13, 2018

Richard Sica,  Exec. Vice President

Page 1 of 1

**ACE AMERICAN INSURANCE COMPANY**

**525 W. MONROE STREET**

**SUITE 700**

**CHICAGO IL 60661**

# NOTICE OF NONRENEWAL OF INSURANCE

Named Insured & Mailing Address:

SEARS HOLDINGS CORPORATION
3333 BEVERLY ROAD, RISK
MANAGEMENT- E3- 262B
HOFFMAN ESTATES IL 60179

Producer: 174016

AON RISK SERVICES CENTRAL INC.
200 E. RANDOLPH ST., 13TH FLOOR
CHICAGO IL 60601

| | |
|---|---|
| Policy No.: | ISA H25159883 |
| Type of Policy: | Automobile Liability |
| Date of Inception: | 08/01/2018 12:01 A.M. Local Time at the mailing address of the Named Insured |
| Date of Expiration: | 01/01/2019 12:01 A.M. Local Time at the mailing address of the Named Insured |

We will not renew this policy when it expires.  Your insurance will cease on the Expiration Date shown above.

We are not renewing this policy because, where permitted by law, we reevaluate all underwriting risks each year in light of changing conditions in the insurance market.  In order to be in full compliance with our regulatory and statutory rules we must send this non-renewal notice.

In addition, if we choose to offer a new policy to you in replacement of and not in renewal of this policy, the premium, terms, conditions and exclusions for that new policy may be different than the premium, terms, conditions and exclusions of this expiring policy.  We may include new exclusions based on our underwriting of your exposures and changing legal and regulatory developments.  Finally, the policy may be issued by a different member of the ACE Group of Insurance Companies than your expiring policy, including but not limited to Agri General Insurance Company.

Enclosed is information concerning losses under this policy or previous policies which we have written for you, not to exceed three years. This information gives you details of closed claims, open claims and reserves, and occurrences which may not yet be concluded as a claim. Should you require additional information, we will, upon receipt of your written request, provide pertinent additional information within 20 days of receipt of your request.

If you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 122 S. Michigan Ave., 19th Floor, Chicago, IL 60603 and in Springfield at 320 West Washington St., Springfield, IL 62767. You may also contact the Illinois Department of Insurance at http://insurance.illinois.gov or at 312.814-2420 or 217-782-4515.

We value your business and shall strive to remain responsive to your needs.  We may discuss renewal with your agent/broker and offer new policies when appropriate.  Please contact your agent/broker to determine if a new policy will be offered.

Named Insured

SEARS HOLDINGS CORPORATION
3333 BEVERLY ROAD, RISK
MANAGEMENT
HOFFMAN ESTATES IL 60179

Date Mailed:
September 13, 2018

Ricard Sica,  Exec. Vice President

## ACE AMERICAN INSURANCE COMPANY
### 525 W. MONROE STREET
### SUITE 700
### CHICAGO IL 60661

# NOTICE OF NONRENEWAL OF INSURANCE

Named Insured & Mailing Address:

SEARS HOLDINGS CORPORATION
3333 BEVERLY ROAD, RISK
MANAGEMENT- E3- 262B
HOFFMAN ESTATES IL 60179

Producer: 174016

AON RISK SERVICES CENTRAL INC.
200 E. RANDOLPH ST., 13TH FLOOR
CHICAGO IL 60601

| | |
|---|---|
| Policy No.: | ISA H25159871 |
| Type of Policy: | Automobile Liability |
| Date of Inception: | 08/01/2018 12:01 A.M. Local Time at the mailing address of the Named Insured |
| Date of Expiration: | 01/01/2019 12:01 A.M. Local Time at the mailing address of the Named Insured |

We will not renew this policy when it expires.  Your insurance will cease on the Expiration Date shown above.

We are not renewing this policy because, where permitted by law, we reevaluate all underwriting risks each year in light of changing conditions in the insurance market.  In order to be in full compliance with our regulatory and statutory rules we must send this non-renewal notice.

In addition, if we choose to offer a new policy to you in replacement of and not in renewal of this policy, the premium, terms, conditions and exclusions for that new policy may be different than the premium, terms, conditions and exclusions of this expiring policy.  We may include new exclusions based on our underwriting of your exposures and changing legal and regulatory developments.  Finally, the policy may be issued by a different member of the ACE Group of Insurance Companies than your expiring policy, including but not limited to Agri General Insurance Company.

Enclosed is information concerning losses under this policy or previous policies which we have written for you, not to exceed three years. This information gives you details of closed claims, open claims and reserves, and occurrences which may not yet be concluded as a claim. Should you require additional information, we will, upon receipt of your written request, provide pertinent additional information within 20 days of receipt of your request.

If you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 122 S. Michigan Ave., 19th Floor, Chicago, IL 60603 and in Springfield at 320 West Washington St., Springfield, IL 62767. You may also contact the Illinois Department of Insurance at http://insurance.illinois.gov or at 312.814-2420 or 217-782-4515.

We value your business and shall strive to remain responsive to your needs.  We may discuss renewal with your agent/broker and offer new policies when appropriate.  Please contact your agent/broker to determine if a new policy will be offered.

Named Insured

SEARS HOLDINGS CORPORATION
3333 BEVERLY ROAD, RISK
MANAGEMENT
HOFFMAN ESTATES IL 60179

Date Mailed:
September 13, 2018

*Ricard Sica*

Ricard Sica,  Exec. Vice President

**ACE AMERICAN INSURANCE COMPANY**

**525 W. MONROE STREET**

**SUITE 700**

**CHICAGO IL 60661**

# NOTICE OF NONRENEWAL OF INSURANCE

| | |
|---|---|
| Named Insured & Mailing Address: | Producer: 174016 |
| **SEARS HOLDINGS CORPORATION**<br>**3333 BEVERLY ROAD, RISK**<br>**MANAGEMENT- E3- 262B**<br>**HOFFMAN ESTATES IL 60179** | AON RISK SERVICES CENTRAL INC.<br>200 E. RANDOLPH ST., 13TH FLOOR<br>CHICAGO IL 60601 |

Policy No.:      ISA H25159895
Type of Policy:    Automobile Liability
Date of Inception:    08/01/2018 12:01 A.M. Local Time at the mailing address of the Named Insured
Date of Expiration:    01/01/2019 12:01 A.M. Local Time at the mailing address of the Named Insured

We will not renew this policy when it expires.  Your insurance will cease on the Expiration Date shown above.

We are not renewing this policy because, where permitted by law, we reevaluate all underwriting risks each year in light of changing conditions in the insurance market.  In order to be in full compliance with our regulatory and statutory rules we must send this non-renewal notice.

In addition, if we choose to offer a new policy to you in replacement of and not in renewal of this policy, the premium, terms, conditions and exclusions for that new policy may be different than the premium, terms, conditions and exclusions of this expiring policy.  We may include new exclusions based on our underwriting of your exposures and changing legal and regulatory developments.  Finally, the policy may be issued by a different member of the ACE Group of Insurance Companies than your expiring policy, including but not limited to Agri General Insurance Company.

Enclosed is information concerning losses under this policy or previous policies which we have written for you, not to exceed three years. This information gives you details of closed claims, open claims and reserves, and occurrences which may not yet be concluded as a claim. Should you require additional information, we will, upon receipt of your written request, provide pertinent additional information within 20 days of receipt of your request.

If you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 122 S. Michigan Ave., 19th Floor, Chicago, IL 60603 and in Springfield at 320 West Washington St., Springfield, IL 62767. You may also contact the Illinois Department of Insurance at http://insurance.illinois.gov or at 312.814-2420 or 217-782-4515.

We value your business and shall strive to remain responsive to your needs.  We may discuss renewal with your agent/broker and offer new policies when appropriate.  Please contact your agent/broker to determine if a new policy will be offered.

Named Insured

SEARS HOLDINGS CORPORATION
3333 BEVERLY ROAD, RISK
MANAGEMENT
HOFFMAN ESTATES IL 60179

Date Mailed:
September 13, 2018

*Ricard Sica*

Ricard Sica,  Exec. Vice President

ACE AMERICAN INSURANCE COMPANY

**525 W. MONROE STREET**

**SUITE 700**

**CHICAGO IL 60661**

# NOTICE OF NONRENEWAL OF INSURANCE

Named Insured & Mailing Address:                        Producer: 174016

SEARS HOLDINGS CORPORATION                    AON RISK SERVICES CENTRAL INC.
3333 BEVERLY ROAD, RISK                                    200 E. RANDOLPH ST., 13TH FLOOR
MANAGEMENT- E3- 262B                                        CHICAGO IL 60601
HOFFMAN ESTATES IL 60179

| | |
|---|---|
| Policy No.: | SCF C65226315 |
| Type of Policy: | Workers Compensation |
| Date of Inception: | 08/01/2018 12:01 A.M. Local Time at the mailing address of the Named Insured |
| Date of Expiration: | 01/01/2019 12:01 A.M. Local Time at the mailing address of the Named Insured |

We will not renew this policy when it expires.  Your insurance will cease on the Expiration Date shown above.

We are not renewing this policy because, where permitted by law, we reevaluate all underwriting risks each year in light of changing conditions in the insurance market.  In order to be in full compliance with our regulatory and statutory rules we must send this non-renewal notice.

In addition, if we choose to offer a new policy to you in replacement of and not in renewal of this policy, the premium, terms, conditions and exclusions for that new policy may be different than the premium, terms, conditions and exclusions of this expiring policy.  We may include new exclusions based on our underwriting of your exposures and changing legal and regulatory developments.  Finally, the policy may be issued by a different member of the ACE Group of Insurance Companies than your expiring policy, including but not limited to Agri General Insurance Company.

Enclosed is information concerning losses under this policy or previous policies which we have written for you, not to exceed three years. This information gives you details of closed claims, open claims and reserves, and occurrences which may not yet be concluded as a claim. Should you require additional information, we will, upon receipt of your written request, provide pertinent additional information within 20 days of receipt of your request.

If you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 122 S. Michigan Ave., 19th Floor, Chicago, IL 60603 and in Springfield at 320 West Washington St., Springfield, IL 62767. You may also contact the Illinois Department of Insurance at http://insurance.illinois.gov or at 312.814-2420 or 217-782-4515.

We value your business and shall strive to remain responsive to your needs.  We may discuss renewal with your agent/broker and offer new policies when appropriate.  Please contact your agent/broker to determine if a new policy will be offered.

Named Insured

SEARS HOLDINGS CORPORATION
3333 BEVERLY ROAD, RISK
MANAGEMENT
HOFFMAN ESTATES IL 60179

Date Mailed:
September 13, 2018

*Richard Sica*

Richard Sica, Exec. Vice President

## ACE AMERICAN INSURANCE COMPANY

### 525 W. MONROE STREET
### SUITE 700
### CHICAGO IL 60661

# NOTICE OF NONRENEWAL OF INSURANCE

Named Insured & Mailing Address:

Producer: 174016

SEARS HOLDINGS CORPORATION
3333 BEVERLY ROAD, RISK
MANAGEMENT – E3-262B
HOFFMAN ESTATES IL 60179

AON RISK SERVICES CENTRAL INC.
200 E. RANDOLPH ST., 13TH FLOOR
CHICAGO IL 60601

| | |
|---|---|
| Policy No.: | WCU C65226273 |
| Type of Policy: | Excess Workers Compensation |
| Date of Inception: | 08/01/2018 12:01 A.M. Local Time at the mailing address of the Named Insured |
| Date of Expiration: | 01/01/2019 12:01 A.M. Local Time at the mailing address of the Named Insured |

We will not renew this policy when it expires.  Your insurance will cease on the Expiration Date shown above.

We are not renewing this policy because, where permitted by law, we reevaluate all underwriting risks each year in light of changing conditions in the insurance market.  In order to be in full compliance with our regulatory and statutory rules we must send this non-renewal notice.

In addition, if we choose to offer a new policy to you in replacement of and not in renewal of this policy, the premium, terms, conditions and exclusions for that new policy may be different than the premium, terms, conditions and exclusions of this expiring policy.  We may include new exclusions based on our underwriting of your exposures and changing legal and regulatory developments.  Finally, the policy may be issued by a different member of the ACE Group of Insurance Companies than your expiring policy, including but not limited to Agri General Insurance Company.

Enclosed is information concerning losses under this policy or previous policies which we have written for you, not to exceed three years. This information gives you details of closed claims, open claims and reserves, and occurrences which may not yet be concluded as a claim. Should you require additional information, we will, upon receipt of your written request, provide pertinent additional information within 20 days of receipt of your request.

If you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 122 S. Michigan Ave., 19th Floor, Chicago, IL 60603 and in Springfield at 320 West Washington St., Springfield, IL 62767. You may also contact the Illinois Department of Insurance at http://insurance.illinois.gov or at 312.814-2420 or 217-782-4515.

We value your business and shall strive to remain responsive to your needs.  We may discuss renewal with your agent/broker and offer new policies when appropriate.  Please contact your agent/broker to determine if a new policy will be offered.

Named Insured

SEARS HOLDINGS CORPORATION
3333 BEVERLY ROAD, RISK
MANAGEMENT
HOFFMAN ESTATES IL 60179

Date Mailed:
September 13, 2018

*Richard Sica*

Richard Sica, Exec. Vice President

**ACE AMERICAN INSURANCE COMPANY**

**525 W. MONROE STREET**

**SUITE 700**

**CHICAGO IL 60661**

# NOTICE OF NONRENEWAL OF INSURANCE

Named Insured & Mailing Address:                                    Producer: 174016

SEARS HOLDINGS CORPORATION
3333 BEVERLY ROAD, RISK                         AON RISK SERVICES CENTRAL INC.
MANAGEMENT- E3- 262B                            200 E. RANDOLPH ST., 13TH FLOOR
HOFFMAN ESTATES IL 60179                         CHICAGO IL 60601

---

Policy No.:          WLR C65226236
Type of Policy:      Workers Compensation
Date of Inception:   08/01/2018 12:01 A.M. Local Time at the mailing address of the Named Insured
Date of Expiration:  01/01/2019 12:01 A.M. Local Time at the mailing address of the Named Insured

We will not renew this policy when it expires.  Your insurance will cease on the Expiration Date shown above.

---

We are not renewing this policy because, where permitted by law, we reevaluate all underwriting risks each year in light of changing conditions in the insurance market.  In order to be in full compliance with our regulatory and statutory rules we must send this non-renewal notice.

In addition, if we choose to offer a new policy to you in replacement of and not in renewal of this policy, the premium, terms, conditions and exclusions for that new policy may be different than the premium, terms, conditions and exclusions of this expiring policy.  We may include new exclusions based on our underwriting of your exposures and changing legal and regulatory developments.  Finally, the policy may be issued by a different member of the ACE Group of Insurance Companies than your expiring policy, including but not limited to Agri General Insurance Company.

Enclosed is information concerning losses under this policy or previous policies which we have written for you, not to exceed three years. This information gives you details of closed claims, open claims and reserves, and occurrences which may not yet be concluded as a claim. Should you require additional information, we will, upon receipt of your written request, provide pertinent additional information within 20 days of receipt of your request.

If you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 122 S. Michigan Ave., 19th Floor, Chicago, IL 60603 and in Springfield at 320 West Washington St., Springfield, IL 62767. You may also contact the Illinois Department of Insurance at http://insurance.illinois.gov or at 312.814-2420 or 217-782-4515.

We value your business and shall strive to remain responsive to your needs.  We may discuss renewal with your agent/broker and offer new policies when appropriate.  Please contact your agent/broker to determine if a new policy will be offered.

Named Insured                                          Date Mailed:
                                                       September 13, 2018

SEARS HOLDINGS CORPORATION
3333 BEVERLY ROAD, RISK
MANAGEMENT                                             _Richard Sica_
HOFFMAN ESTATES IL 60179                               ─────────────────────────
                                                       Richard Sica, Exec. Vice President

**ACE AMERICAN INSURANCE COMPANY**

**525 W. MONROE STREET**

**SUITE 700**

**CHICAGO IL 60661**

# NOTICE OF NONRENEWAL OF INSURANCE

Named Insured & Mailing Address:                     Producer: 174016

SEARS HOLDINGS CORPORATION
3333 BEVERLY ROAD, RISK                      AON RISK SERVICES CENTRAL INC.
MANAGEMENT- E3- 262B                         200 E. RANDOLPH ST., 13TH FLOOR
HOFFMAN ESTATES IL 60179                      CHICAGO IL 60601

| | |
|---|---|
| Policy No.: | CGO G71097778 |
| Type of Policy: | General Liability |
| Date of Inception: | 08/01/2018 12:01 A.M. Local Time at the mailing address of the Named Insured |
| Date of Expiration: | 01/01/2019 12:01 A.M. Local Time at the mailing address of the Named Insured |

We will not renew this policy when it expires.  Your insurance will cease on the Expiration Date shown above.

We are not renewing this policy because, where permitted by law, we reevaluate all underwriting risks each year in light of changing conditions in the insurance market.  In order to be in full compliance with our regulatory and statutory rules we must send this non-renewal notice.

In addition, if we choose to offer a new policy to you in replacement of and not in renewal of this policy, the premium, terms, conditions and exclusions for that new policy may be different than the premium, terms, conditions and exclusions of this expiring policy.  We may include new exclusions based on our underwriting of your exposures and changing legal and regulatory developments.  Finally, the policy may be issued by a different member of the ACE Group of Insurance Companies than your expiring policy, including but not limited to Agri General Insurance Company.

Enclosed is information concerning losses under this policy or previous policies which we have written for you, not to exceed three years. This information gives you details of closed claims, open claims and reserves, and occurrences which may not yet be concluded as a claim. Should you require additional information, we will, upon receipt of your written request, provide pertinent additional information within 20 days of receipt of your request.

If you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 122 S. Michigan Ave., 19th Floor, Chicago, IL 60603 and in Springfield at 320 West Washington St., Springfield, IL 62767. You may also contact the Illinois Department of Insurance at http://insurance.illinois.gov or at 312.814-2420 or 217-782-4515.

We value your business and shall strive to remain responsive to your needs.  We may discuss renewal with your agent/broker and offer new policies when appropriate.  Please contact your agent/broker to determine if a new policy will be offered.

Named Insured

SEARS HOLDINGS CORPORATION
3333 BEVERLY ROAD, RISK
MANAGEMENT
HOFFMAN ESTATES IL 60179

| |
|---|
| Date Mailed: |
| September 13, 2018 |

*Richard Sica*

Richard Sica,  Exec. Vice President

**ACE AMERICAN INSURANCE COMPANY**

**525 W. MONROE STREET**

**SUITE 700**

**CHICAGO IL 60661**

# NOTICE OF NONRENEWAL OF INSURANCE

Named Insured & Mailing Address:

SEARS HOLDINGS CORPORATION
3333 BEVERLY ROAD, RISK
MANAGEMENT- E3- 262B
HOFFMAN ESTATES IL 60179

Producer: 174016

AON RISK SERVICES CENTRAL INC.
200 E. RANDOLPH ST., 13TH FLOOR
CHICAGO IL 60601

| | |
|---|---|
| Policy No.: | HDO G71097614 |
| Type of Policy: | General Liability |
| Date of Inception: | 08/01/2018 12:01 A.M. Local Time at the mailing address of the Named Insured |
| Date of Expiration: | 01/01/2019 12:01 A.M. Local Time at the mailing address of the Named Insured |

We will not renew this policy when it expires.  Your insurance will cease on the Expiration Date shown above.

We are not renewing this policy because, where permitted by law, we reevaluate all underwriting risks each year in light of changing conditions in the insurance market.  In order to be in full compliance with our regulatory and statutory rules we must send this non-renewal notice.

In addition, if we choose to offer a new policy to you in replacement of and not in renewal of this policy, the premium, terms, conditions and exclusions for that new policy may be different than the premium, terms, conditions and exclusions of this expiring policy.  We may include new exclusions based on our underwriting of your exposures and changing legal and regulatory developments.  Finally, the policy may be issued by a different member of the ACE Group of Insurance Companies than your expiring policy, including but not limited to Agri General Insurance Company.

Enclosed is information concerning losses under this policy or previous policies which we have written for you, not to exceed three years. This information gives you details of closed claims, open claims and reserves, and occurrences which may not yet be concluded as a claim. Should you require additional information, we will, upon receipt of your written request, provide pertinent additional information within 20 days of receipt of your request.

If you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 122 S. Michigan Ave., 19th Floor, Chicago, IL 60603 and in Springfield at 320 West Washington St., Springfield, IL 62767. You may also contact the Illinois Department of Insurance at http://insurance.illinois.gov or at 312.814-2420 or 217-782-4515.

We value your business and shall strive to remain responsive to your needs.  We may discuss renewal with your agent/broker and offer new policies when appropriate.  Please contact your agent/broker to determine if a new policy will be offered.

Named Insured

SEARS HOLDINGS CORPORATION
3333 BEVERLY ROAD, RISK
MANAGEMENT
HOFFMAN ESTATES IL 60179

Date Mailed:
September 13, 2018

*Richard Sica*

Richard Sica,  Exec. Vice President