Pg 1 of 2

# Exhibit B

**Delivery Confirmation For Non-Renewal Notices**

