**Exhibit 1**

**Closing Stores**

| | STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|---|
| 1. | 4455 | Beaverton Mart Co, c/o Chotiner & Gumbiner Realty Co., Inc.<br>P.O. Box 6474<br>Beverly Hills, CA 90212-1474 | Glowing Greens, LLC<br>Raymond Latocki, 2629 SW 180th Terrace<br>Beaverton, OR 97005 | Kmart Corporation | 3955 S W Murray Blvd<br>Beaverton, OR 97005-2316 |
| 2. | 3982 | Benderson-LeMoore Associates, LP, c/o Benderson Development Company, LLC<br>7978 Cooper Creek Blvd., Suite 100<br>University Park, FL 34201 | N/A | Kmart Corporation | 215 W Hanford/Armona Rd<br>Lemoore, CA 93245-2302 |
| 3. | 3978 | Braelinn Village 1752, LLC, c/o Kimco Realty Corporation<br>3333 New Hyde Park Road, Suite 100, P. O. Box 5020<br>New Hyde Park, NY 11042-0020 | N/A | Kmart Corporation | 400 Crosstown Road<br>Peachtree City, GA 30269-2915 |
| 4. | 3713 | Brixmor Operating Partnership LP dba Brixmor Covington Gallery Owner, LLC, c/o Brixmor Property Group<br>450 Lexington Avenue, 13th Floor<br>New York, NY 10170 | N/A | Kmart Corporation | 6239 Turner Lake Road<br>Covington, GA 30014-2064 |
| 5. | 3808 | Broad Street Station Shopping Center, LLC, c/o Collett & Associates, Inc<br>P O Box 36799<br>Charlotte, NC 28236-6799 | N/A | Kmart Corporation | 1530 East Broad Street<br>Statesville, NC 28625-4302 |
| 6. | 9438 | BT Pleasant Hills, LP, c/o BET Investments, Inc.<br>200 Dryden Road, Suite 2000<br>Dresher, PA 19025 | N/A | Kmart Corporation | 720 Clairton Blvd/Rte 51<br>Pleasant Hills, PA 15236-4517 |
| 7. | 7209 | Calcutta Realty Associates, LLC<br>508 Allegheny River Blvd., Suite 200<br>Oakmont, PA 15139 | N/A | Kmart Corporation | 15891 State Rt 170<br>East Liverpool, OH 43920-9633 |
| 8. | 2225 | Capitol Funds, Inc. dba Berkeley Mall LLC, Attn: David Royster, III<br>Via Overnight address: 720 South LaFayette Street, Via US Mail: P.O. Box 146,<br>Shelby, NC 28151<br>Shelby, NC 28150 | N/A | Sears, Roebuck and Co. | 703 N Berkeley Blvd<br>Goldsboro, NC 27534-3444 |
| 9. | 1646 | Carolina Place LLC, c/o Carolina Place<br>Attn: Law/Lease Administration Department, 350 N. Orleans Street, Suite 300<br>Chicago, IL 60654-1607 | Lands' End, Inc.<br>Attn: Sr.Vice President & General Counsel, 5 Lands' End Lane<br>Dodgeville, WI 53595 | Sears, Roebuck and Co. | 11033 Carolina Place Pkwy<br>Pineville, NC 28134-8370 |
| 10. | 2600 | CBL & Associates Limited Partnership, dba Honey Creek Mall LLC c/o CBL & Assoc. Properties<br>Attn: Chief Legal Officer, 2030 Hamilton Place Blvd., Suite 500<br>Chattanooga, TN 37421 | N/A | Sears, Roebuck and Co. | 3401 S Us Highway 41<br>Terre Haute, IN 47802-4154 |
| 11. | 4433 | Certified Capital LP, c/o Pomerantz, Kavinoky & Co., CPA's<br>6351 Owensmouth Avenue, Suite 203<br>Woodland Hills, CA 91367-2209 | Ruby Tuesday<br>Dave Windham, RT MIDWEST HOLDINGS, LLC, PO Box 664<br>Chanhassen, MN 55317 | Kmart Stores of Illinois, LLC | 3701 Broadway St<br>Quincy, IL 62301-3721 |
| 12. | 4150 | CF Altoona LLC (50%) & Altoona Associates LP (50%), c/o David S. Cohen<br>2000 S. Ocean Blvd., Apt. 11K<br>Boca Raton, FL 33432 | N/A | Kmart Corporation | 528 W Plank Road<br>Altoona, PA 16602-2802 |
| 13. | 3820 | Charlevoix Commons Investments, LLC, c/o First Commercial Realty & Development Co., Inc.<br>27600 Northwestern Highway, Suite 200<br>Southfield, MI 48034 | N/A | Kmart of Michigan, Inc. | 06600 M-66 North<br>Charlevoix, MI 49720-9505 |
| 14. | 2584 | Chautauqua Mall LLC, c/o Washington Prime Group, Inc.<br>Attn: General Counsel, 180 East Broad Street<br>Columbus, OH 43215 | N/A | Sears, Roebuck and Co. | Rt 394 & Hunt Blvd<br>Lakewood, NY 14750- |
| 15. | 7229 | CM Grayson, LLC, c/o Colony Mill Enterprises LLC<br>102 N E 2nd Street, #141<br>Boca Raton, FL 33432 | N/A | Kmart Corporation | 600 C W Stevens Blvd<br>Grayson, KY 41143-1190 |
| 16. | 2963 | Cranberry Mall Properties LLC (In Receivership), c/o The Woodmont Company, as Receiver<br>Attn: Kim Welborn, 2100 W. 27th Street<br>Fort Worth, TX 76107 | N/A | Sears, Roebuck and Co. | 400 N Center St<br>Westminster, MD 21157-5140 |

| | STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|---|
| 17. | 1405 | Cross Creek Anchor S, LP, c/o CBL & Associates Management, Inc. Attn: Chief Legal Officer, 2030 Hamilton Place Blvd., Suite 500 Chattanooga, TN 37421 | N/A | Sears, Roebuck and Co. | 400 Cross Creek Mall Fayetteville, NC 28303-7244 |
| 18. | 9354 | El Centro Mall, Ltd., c/o Spigel Properties, Inc. 70 NE Loop 410, Suite 185 San Antonio, TX 78216 | El Centro Mall, Ltd 70 NE Loop 410, Suite 185 San Antonio, TX 78216 | Kmart Corporation | 430 W Ridge Rd Griffith, IN 46319-1095 |
| 19. | 3097 | Fifth Generation Investments, LLC 1805 Zenith Drive Sioux City, IA 51103 | N/A | Kmart Corporation | 2803 E Kanesville Blvd Council Bluffs, IA 51503-1004 |
| 20. | 9222 | Fifth Generation Investments, LLC 1805 Zenith Drive Sioux City, IA 51103 | N/A | Kmart Corporation | 1111 N 2Nd Cherokee, IA 51012-1287 |
| 21. | 3361 | Floreff LLC and Nathan Alison LLC (a 50% undivided interest each), c/o Kin Properties, Inc. 185 NW Spanish River Blvd., Suite 100 Boca Raton, FL 33431-4230 | Floreff LLC & Nathan & Alison LLC General Counsel, c/o Kin Properties  185 N.W. Spanish River Blvd. Suite 100 Boca Raton, FL 33431 | Kmart Corporation | 1502 South Fourth St Allentown, PA 18103-4949 |
| 22. | 3807 | Fox Run Limited Partnership, c/o Brixmor Property Group 450 Lexington Avenue, 13th Floor New York, NY 10017 | N/A | Kmart Corporation | 835 Solomons Island Rd N Prince Frederick, MD 20678-3912 |
| 23. | 2306 | Gadsden Mall Associates, LLC, c/o Farrallon Capital Management, LLC c/o Nick Carbone, One Maritime Plaza, Suite 2100 San Francisco, CA 94111 | N/A | Sears, Roebuck and Co. | 1001 Rainbow Dr Gadsden, AL 35901-5376 |
| 24. | 7169 | Gardena Memorial Medical Plaza, LLC, c/o Elite Property Management LLC 3191 W. Casitas Avenue, Unit 130 Los Angeles, CA 90039 | N/A | Kmart Corporation | 400 South Broadway Salina, KS 67401-4005 |
| 25. | 2124 | Gemini Management Company, LLC (In Receivership), c/o C-III Asset Management LLC Attn: Chris Brantley, VP Special Servicing, 5221 N. O'connor Blvd., Suite 800 Irving, TX 75039 | N/A | Sears, Roebuck and Co. | 5522 Shaffer Rd Ste 129 Dubois, PA 15801-3304 |
| 26. | 2341 | GGP LP LLC  , dba PDC - Eastridge Mall LLC Attn: Law-Lease Administration Department, 350 N. Orleans Street, Suite 300 Chicago, IL 60654-1607 | N/A | Sears, Roebuck and Co. | 701 Se Wyoming Blvd Casper, WY 82609-4213 |
| 27. | 7223 | GGS, LLC d/b/a Magnolia Shopping Center 201 St. Charles Avenue, Suite 3201 New Orleans, LA 70170 | N/A | Kmart Corporation | 7000 Veterans Memorial Metairie, LA 70003-4497 |
| 28. | 2335 | Governor's Square Company, c/o The Cafaro Company Attn: Legal Department, 5577 Youngstown-Warren Road Niles, OH 4446 | N/A | Sears, Roebuck and Co. | 2801 Wilma Rudolph Blvd Clarksville, TN 37040-5011 |
| 29. | 9409 | Greenways LP, c/o 422 Realty LP 1055 Westlakes Drive, Suite 170 Berwyn, PA 19312 | N/A | Kmart Corporation | 1000 Nutt Rd Phoenixville, PA 19460-2200 |
| 30. | 2546 | Greenwood Mall LLC, c/o GGP, Inc. Attn: Law / Lease Administration Department, 110 North Wacker Drive Chicago, IL 60606 | N/A | Sears, Roebuck and Co. | 2625 Scottsville Rd Bowling Green, KY 42104-4477 |
| 31. | 2311 | GS Portfolio Holdings LLC, Attn: Law/Lease Administration Department Sooner Mall Sears Anchor, 350 N. Orleans Street, Suite 300 Chicago, IL 60654-1607 | N/A | Sears, Roebuck and Co. | 3201 W Main St Norman, OK 73072-4847 |
| 32. | 1287 | GS Portfolio Holdings LLC, dba Coronado Center Sears Anchor Attn: Law/Lease Administration Department, 350 N. Orleans Street, Suite 300 Chicago, IL 60654-1607 | N/A | Sears, Roebuck and Co. | 6600 Menaul Blvd Ne Ste 700 Coronado, NM 87110-3447 |
| 33. | 1080 | GS Portfolio Holdings LLC, dba Stonebriar Centre Sears Anchor Attn: Law/Lease Administration Department, 350 N. Orleans Street, Suite 300 Chicago, IL 60654-1607 | N/A | Sears, Roebuck and Co. | 2605 Preston Rd Frisco, TX 75034-9434 |

| | STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|---|
| 34. | 1403 | GS Portfolio Holdings LLC, Natick Mall Sears Anchor<br>Attn: Law/Lease Administration Department, 350 N. Orleans Street, Suite 300<br>Chicago, IL 60654-1607 | Lands' End, Inc.<br>Attn: Sr.Vice President & General Counsel, 5 Lands' End Lane<br>Dodgeville, WI 53595 | Sears, Roebuck and Co. | 1235 Worcester Rd &<br>Natick, MA 01760- |
| 35. | 1112 | GS Portfolio Holdings LLC, Ridgedale Center Sears Anchor<br>Attn: Law/Lease Administration Department, 350 N. Orleans Street, Suite 300<br>Chicago, IL 60654-1605 | Lands' End, Inc.<br>Attn: Sr.Vice President & General Counsel, 5 Lands' End Lane<br>Dodgeville, WI 53595 | Sears, Roebuck and Co. | 12431 Wayzata Blvd<br>Minnetonka, MN 55305-1925 |
| 36. | 1844 | GS Portfolio Holdings LLC, The Mall in Columbia Sears ANC<br>Attn: Law/Lease Administration Department, 350 N. Orleans Street, Suite 300<br>Chicago, IL 60654-1607 | Lands' End, Inc.<br>Attn: Sr.Vice President & General Counsel, 5 Lands' End Lane<br>Dodgeville, WI 53595 | Sears, Roebuck and Co. | 10300 Little Patuxent Pkwy<br>Columbia, MD 21044-3341 |
| 37. | 1318 | GS Portfolio Holdings LLC, Valley Plaza Mall Sears Anchor<br>Attn: Law/Lease Administration Department, 350 N. Orleans Street, Suite 300<br>Chicago, IL 60654-1607 | N/A | Sears, Roebuck and Co. | 3001 Ming Ave<br>Bakersfield, CA 93304-4145 |
| 38. | 1115 | Hamilton Place Anchor S, LLC, c/o CBL & Associates Management, Inc.<br>Attn: Chief Legal Officer, 2030 Hamilton Place Blvd., Suite 500<br>Chattanooga, TN 37421 | N/A | Sears, Roebuck and Co. | 2100 Hamilton Place Blvd<br>Chattanooga, TN 37421-6006 |
| 39. | 3941 | Hauppauge Properties, LLC<br>1975 Hempstead Turnpike, Suite 309<br>East Meadow, NY 11554 | N/A | Kmart Corporation | Northridge S/C Us Hwy 127<br>Russell Springs, KY 42642-4559 |
| 40. | 7470 | Hershey Square 2014, L.P., c/o Heidenberg Properties Group<br>234 Closter Dock Road<br>Closter, NJ 07624 | N/A | Kmart Corporation | 1170 Mae Street<br>Hummelstown, PA 17036-9185 |
| 41. | 3823 | Jasper Station, LLC, c/o Phillips Edison Group LLC<br>11501 Northlake Drive<br>Cincinnati, OH 45249-1669 | N/A | Kmart Corporation | 723 3Rd Ave<br>Jasper, IN 47546-3639 |
| 42. | 1790 | Jefferson Anchor S, LLC, c/o CBL & Associates Management, Inc.<br>Attn: Chief Legal Officer, 2030 Hamilton Place Blvd., Suite 500<br>Chattanooga, TN 37421 | N/A | Sears, Roebuck and Co. | 4807 Outer Loop<br>Louisville-Okolona, KY 40219-3200 |
| 43. | 2537 | JPMCC 2007-LDP12 South Expressway 83, LLC, c/o ProEquity Asset Management Corp.<br>4980 Hillside Circle, Suite A<br>El Dorado Hills, CA 95762 | N/A | Sears, Roebuck and Co. | 2002 S Expy 83<br>Harlingen, TX 78552- |
| 44. | 3793 | KBTS - Tamiami, Ltd., c/o Federal Construction, Inc.<br>1550 De Maisonneuve Blvd. West, Suite 1010<br>Montreal, Quebec, CA H3G 1N2 | Goodwill<br>Harry Jordan, 2121 NW 21st Street<br>Miami, FL 33142-7382 | Kmart Corporation | 12350 Sw 8Th Street<br>Miami, FL 33184-1510 |
| 45. | 3133 | Kimco PK, Inc. d/b/a PK II Sunset Square, LLC, c/o Kimco Realty Corporation<br>3333 New Hyde Park Road, Suite 100, P. O. Box 5020<br>New Hyde Park, NY 11042-0020 | N/A | Kmart of Washington LLC | 1001 E Sunset Drive<br>Bellingham, WA 98226-3510 |
| 46. | 1998 | KIR Montebello, L.P., c/o Kimco Realty Corp. Attn: Legal Department<br>3333 New Hyde Park Road, Suite 100, P. O. Box 5020<br>New Hyde Park, NY 11042 | N/A | Sears, Roebuck and Co. | 1401 N Montebello Blvd<br>Montebello, CA 90640-2584 |
| 47. | 3393 | KR Collegetown, LLC, c/o Brixmor Property Group<br>450 Lexington Avenue, 13th Floor<br>New York, NY 10017 | N/A | Kmart Corporation | 779 Delsea Dr N<br>Glassboro, NJ 08028-1435 |
| 48. | 3308 | Lake Orion Plaza LLC, c/o The Boutrous Companies<br>596 N. Lapeer Road<br>Lake Orion, MI 48362 | N/A | Kmart of Michigan, Inc. | 1025 M-24<br>Lake Orion, MI 48360-1429 |
| 49. | 9415 | Lake Plaza Shopping Center LLC, c/o Heidenberg Properties LLC<br>234 Closter Dock Road<br>Closter, NJ 07624 | N/A | Kmart Corporation | 987 Route 6<br>Mahopac, NY 10541-1709 |
| 50. | 2119 | Landcaster Development Company, LLC, c/o C.E. John Company, Inc.<br>Attn: Property Manager, 1701 SE Columbia River Drive<br>Vancouver, WA 98661 | N/A | Sears, Roebuck and Co. | 827 Lancaster Dr Ne<br>Salem(Lancaster), OR 97301-2929 |

| | STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|---|
| 51. | 7259 | Lawrence Kadish , c/o Lawrence Kadish Real Estate<br>135 Jericho Turnpike<br>Old Westbury, NY 11568 | New Oriental Crafts, LLC<br>Attn: Feng Zhao, 407 Spinnaker Way<br>Williamsburg, VA 23185 | Kmart Corporation | 118 Waller Mill Rd<br>Williamsburg, VA 23185-2946 |
| 52. | 1064 | Lincoln Plaza Center, LP, c/o Simon Property Group<br>Attn: General Counsel, 225 West Washington Street<br>Indianapolis, IN 46204 | Lands' End, Inc.<br>Attn: Sr.Vice President & General Counsel, 5 Lands' End Lane<br>Dodgeville, WI 53595 | Sears, Roebuck and Co. | 2300 E Lincoln Hwy<br>Langhrn/Oxford Vly, PA 19047-1824 |
| 53. | 4257 | Manlaw Investment Company, Ltd., c/o EMMCO Realty Group<br>3681 S. Green Road, Suite 201<br>Beachwood, OH 44122 | N/A | Kmart Corporation | 17840 Bagley Rd<br>Middleburg Heights, OH 44130-3401 |
| 54. | 1564 | Marion Plaza, Inc. d/b/a Eastwood Mall, c/o The Cafaro Company<br>Attn: Legal Department, 5577 Youngstown-Warren Road<br>Niles, OH 44446 | N/A | Sears, Roebuck and Co. | 5320 Youngstown Rd<br>Niles, OH 44446- |
| 55. | 4026 | Mart Plaza, LLC, c/o GJ Realty<br>49 West 37th Street, 9th Floor<br>New York, NY 10018-6257 | N/A | Kmart Corporation | 2901-5 N Belt Hwy<br>St. Joseph, MO 64506-2006 |
| 56. | 7274 | Mauldin at Butler, LLC, c/o Hughes Real Estate<br>304 N. Church St., P O Drawer 2567 (Zip 29602)<br>Greenville, SC 29601 | Mauldin at Butler, LLC (Hughes Development)<br>Jayne McCall, P.O. Box 2567<br>Greenville, SC 29601 | Kmart Corporation | 129 West Butler Avenue<br>Mauldin, SC 29662-2534 |
| 57. | 7460 | Maynardville Pike LP, c/o Lippes Mathias Wexler Friedman LLP<br>50 Fountain Plaza, Suite 1700<br>Buffalo, NY 14202-2216 | N/A | Kmart Corporation | 6909 Maynardville Pike Ne<br>Knoxville, TN 37918-5325 |
| 58. | 7415 | MFS-Springfield, LLC, c/o Finmarc Management, Inc.<br>7200 Wisconsin Avenue, Suite 1100<br>Bethesda, MD 20814 | N/A | Kmart Corporation | 6364 Springfield Plaza<br>Springfield, VA 22150-3431 |
| 59. | 2304 | Morgantown Mall Associates LP, c/o Washington Prime Group, Inc.<br>Attn: General Counsel, 180 East Broad Street<br>Columbus, OH 43215 | N/A | Sears, Roebuck and Co. | 9520 Mall Rd<br>Westover/Morgantown, WV 26501-8524 |
| 60. | 1518 | MS Portfolio LLC, c/o Macerich Company, Attn: Edward C. Coppola<br>8214 Westchester Drive, Suite 500<br>Dallas, TX 75225 | N/A | Sears, Roebuck and Co. | 100 Los Cerritos Mall<br>Cerritos, CA 90703-5421 |
| 61. | 1079 | MS Portfolio LLC, c/o Macerich Company, Attn: Edward C. Coppola<br>8214 Westchester Drive, Suite 500<br>Dallas, TX 75225 | Lands' End, Inc.<br>Attn: Sr.Vice President & General Counsel, 5 Lands' End Lane<br>Dodgeville, WI 53595 | Sears, Roebuck and Co. | 9800 Sw Washington Square Rd<br>Washington Sq, OR 97223-4455 |
| 62. | 1464 | MS Portfolio LLC, c/o Macerich Company, Attn: Edward C. Coppola<br>8214 Westchester Drive, Suite 500<br>Dallas, TX 75225 | Lands' End, Inc.<br>Attn: Sr.Vice President & General Counsel, 5 Lands' End Lane<br>Dodgeville, WI 53595 | Sears, Roebuck and Co. | 1750 Deptford Center Rd<br>Deptford, NJ 08096-5282 |
| 63. | 1169 | MS Portfolio LLC, c/o Macerich Company, Attn: Edward C. Coppola<br>8214 Westchester Drive, Suite 500<br>Dallas, TX 75225 | N/A | Sears, Roebuck and Co. | 3177 Chandler Village Dr<br>Chandler, AZ 85226- |
| 64. | 1247 | MS Portfolio LLC, c/o Macerich Company, Attn: Edward C. Coppola<br>8214 Westchester Drive, Suite 500<br>Dallas, TX 75225 | N/A | Sears, Roebuck and Co. | 6002 Slide Rd<br>Lubbock, TX 79414-8555 |
| 65. | 1618 | MS Portfolio LLC, c/o Macerich Company, Attn: Edward C. Coppola<br>8214 Westchester Drive, Suite 500<br>Dallas, TX 75225 | N/A | Sears, Roebuck and Co. | 100 Vintage Faire Mall<br>Modesto, CA 95356-0559 |
| 66. | 1454 | Neshaminy Anchor Acquisition, LLC, Attn: Law/Lease Administration Department<br>350 N. Orleans Street, Suite 300<br>Chicago, IL 60654-1607 | N/A | Sears, Roebuck and Co. | 100 Neshaminy Mall<br>Bensalem/Crnwls Hts, PA 19020-1607 |
| 67. | 4123 | Niagara Realty, LLC, c/o Edwin P. Yates<br>3224 Club Drive<br>Los Angeles, CA 90064 | N/A | Kmart Corporation | 2590 Military Rd<br>Niagara Falls, NY 14304-1506 |

| | STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|---|
| 68. | 3239 | North K I-29 2004, LLC<br>605 West 47th Street, Suite 200<br>Kansas City, MO 64112 | Zeller Auto Repair<br>Ken Zeller, 7090 NW Prairie View Rd.<br>Kansas City, MO 64151 | Kmart Corporation | 7100 Nw Prairie View Rd<br>Kansas City, MO 64151-1630 |
| 69. | 1131 | Northwood Investors , dba NW Centennial LLC<br>575 Fifth Avenue, 23rd Floor<br>New York, NY 10170 | Lands' End, Inc.<br>Attn: Sr.Vice President &  General Counsel, 5 Lands' End Lane<br>Dodgeville, WI 53595 | Sears, Roebuck and Co. | 7001 S University Blvd<br>Centennial, CO 80122-1599 |
| 70. | 3345 | Oryom Ventures, LLC (as to an undivided 2/3 interest) & DoYa Ventures, LLC<br>Oryom Ventures, LLC (as to an undivided 1/3 interest), Re: Kmart - Ceres<br>633 Erskine Drive<br>Pacific Palisades, CA 90272 | N/A | Kmart Corporation | 1351 E Hatch Rd<br>Modesto, CA 95351-5010 |
| 71. | 3600 | RB 1993-1 Trust- Robinson, c/o KM-SC, LLC, First Berkshire Properties, LLC<br>7978 Cooper Creek Blvd., Suite 100<br>University Park, FL 34201 | N/A | Kmart Corporation | 93 West Campbell Rd<br>Schenectady, NY 12306-6800 |
| 72. | 3424 | Regency Centers, L.P., c/o Regency Centers<br>1 Independent Drive, Suite 114<br>Jacksonville, FL 32202 | N/A | Kmart Corporation | 900 N W 76 Boulevard<br>Gainesville, FL 32606-6747 |
| 73. | 1137 | Regency Centers, LP<br>Attn: Lease Administration, One Independent Drive, Suite 114<br>Jacksonville, FL 32202 | N/A | Sears, Roebuck and Co. | 1000 E 41St<br>Austin, TX 78751-4859 |
| 74. | 4706 | Riverside Retail Investors, LLC<br>770 Township Line Rd., Suite 150<br>Yardley, PA 19067 | N/A | Kmart Corporation | 375 E Alessandro Blvd<br>Riverside, CA 92508-2463 |
| 75. | 3654 | Rivertowne Center Acquisition, LLC, c/o Wharton Realty Group, Inc.<br>8 Industrial Way East, 2nd Floor<br>Eatontown, NJ 07724 | N/A | Kmart Corporation | 6163 Oxon Hill Road<br>Oxon Hill, MD 20745-3108 |
| 76. | 4054 | Riverview Plaza Associates, LP, c/o The Zappala Group, Attn:  Mark Zappala<br>521 Thorn Street, P.O. Box 597<br>Sewickley, PA 15143 | N/A | Kmart Corporation | 100 Tarentum Rd<br>New Kensington, PA 15068-4670 |
| 77. | 9761 | RREF II-WPG Visalia, LLC, c/o Waypoint Property Group, LLC<br>567 San Nicolas Drive, Suite 270,<br>Newport Beach, CA 92660 | N/A | Kmart Corporation | 3247 W Noble Ave<br>Visalia, CA 93277-1841 |
| 78. | 9392 | Inc.<br>The Clinton Exchange, 4 Clinton Square<br>Syracuse, NY 13202-1078 | N/A | Kmart Corporation | 349 Orchard Park Rd<br>West Seneca, NY 14224-2634 |
| 79. | 9309 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Kmart Operations LLC | 2307 Superior<br>Webster City, IA 50595-3165 |
| 80. | 3945 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Kmart Operations LLC | 912 County Line Rd<br>Delano, CA 93215-3823 |
| 81. | 4304 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Kmart Operations LLC | 1 Flower Valley Shp Ctr<br>Florissant, MO 63033-1644 |
| 82. | 7746 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Kmart Operations LLC | 1180 Walnut Bottom Rd<br>Carlisle, PA 17013-9160 |

| | STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|---|
| 83. | 4297 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Kmart Operations LLC | 5000 23Rd Ave<br>Moline, IL 61265-4599 |
| 84. | 4188 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Kmart Operations LLC | 1701 4Th Ave W<br>Charleston, WV 25387-2415 |
| 85. | 9711 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Kmart Operations LLC | 2821 East Main St<br>Russellville, AR 72801-9801 |
| 86. | 7043 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Kmart Operations LLC | 2302 Cherry Rd<br>Rock Hill, SC 29732-2165 |
| 87. | 9521 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Kmart Operations LLC | 417 Main Street<br>Madawaska, ME 04756-1197 |
| 88. | 4736 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Kmart Operations LLC | 4000 East 2Nd Street<br>Casper, WY 82609-2385 |
| 89. | 1988 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing, 500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Sears Operations LLC | 3751 S Dogwood Ave<br>El Centro, CA 92243- |
| 90. | 2663 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing, 500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Lands' End, Inc.<br>Attn: Sr.Vice President & General Counsel, 5 Lands' End Lane<br>Dodgeville, WI 53595 | Sears Operations LLC | 50 Fox Run Rd Ste 74<br>Portsmouth, NH 03801-2858 |
| 91. | 1574 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>Attn: Executive VP, Operations & Leasing, 500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Lands' End, Inc.<br>Attn: Sr.Vice President & General Counsel, 5 Lands' End Lane<br>Dodgeville, WI 53595 | Sears Operations LLC | 1500 Highway 35<br>Middletown, NJ 07748-1831 |
| 92. | 1277 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>Attn: Executive VP, Operations & Leasing, 500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Sears Operations LLC | 6301 Nw Loop 410<br>Ingram, TX 78238-3824 |
| 93. | 1740 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>Attn: Executive VP, Operations & Leasing, 500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Sears Operations LLC | 3340 Mall Loop Dr<br>Joliet, IL 60431-1057 |
| 94. | 1071 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>Attn: Executive VP, Operations & Leasing, 500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Sears Operations LLC | 10785 W Colfax Ave<br>Lakewood, CO 80215-3807 |
| 95. | 1052 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing, 500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Sears Operations LLC | 425 Rice St<br>St Paul, MN 55103-2123 |

| | STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|---|
| 96. | 1193 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>Attn: Executive VP, Operations & Leasing, 500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Lands' End, Inc.<br>Attn: Sr.Vice President & General Counsel, 5 Lands' End Lane<br>Dodgeville, WI 53595 | Sears Operations LLC | 850 Hartford Tnpk<br>Waterford, CT 06385- |
| 97. | 1708 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>Attn: Executive VP, Operations & Leasing, 500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Sears Operations LLC | 7611 W Thomas Rd<br>Phoenix-Desert Sky, AZ 85033-5433 |
| 98. | 2034 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>Attn: Executive VP, Operations & Leasing, 500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Sears Operations LLC | 15700 Emerald Way<br>Bowie, MD 20716-2200 |
| 99. | 1146 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>Attn: Executive VP, Operations & Leasing, 500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Lands' End, Inc.<br>Attn: Sr.Vice President & General Counsel, 5 Lands' End Lane<br>Dodgeville, WI 53595 | Sears Operations LLC | 2800 N Germantown Prkway<br>Cordova, TN 38133- |
| 100. | 1250 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>Attn: Executive VP, Operations & Leasing, 500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Sears Operations LLC | 2100 Southfield Rd<br>Lincoln Park, MI 48146-2250 |
| 101. | 1078 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>Attn: Executive VP, Operations & Leasing, 500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Sears Operations LLC | 6515 E Southern Ave<br>Mesa/East, AZ 85206-3711 |
| 102. | 2805 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>Attn: Executive VP, Operations & Leasing, 500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Sears Operations LLC | 733 N Highway 231<br>Panama City, FL 32405-5302 |
| 103. | 2245 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>Attn: Executive VP, Operations & Leasing, 500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Sears Operations LLC | 1050 S Babcock St<br>Melbourne, FL 32901-3022 |
| 104. | 1229 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>Attn: Executive VP, Operations & Leasing, 500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Sears Operations LLC | 460 N Milwaukee St<br>Boise, ID 83704-9122 |
| 105. | 1575 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>Attn: Executive VP, Operations & Leasing, 500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Sears Operations LLC | 100 Newmarket Fair Mall<br>Hampton, VA 23605-1406 |
| 106. | 1006 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>Attn: Executive VP, Operations & Leasing, 500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Sears Operations LLC | 3100 Sw College Rd Ste 300<br>Ocala, FL 34474-8449 |
| 107. | 1227 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>Attn: Executive VP, Operations & Leasing, 500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Sears Operations LLC | 3450 W Camp Wisdom Rd<br>Southwest Ctr, TX 75237-2504 |
| 108. | 1944 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>Attn: Executive VP, Operations & Leasing, 500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Sears Operations LLC | 600 Lee Blvd<br>Yorktown Hts, NY 10598-1142 |

| | STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|---|
| 109. | 2298 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>Attn: Executive VP, Operations & Leasing, 500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Sears Operations LLC | 1011 W Olive Ave<br>Merced, CA 95348-2422 |
| 110. | 1408 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>Attn: Executive VP, Operations & Leasing, 500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Sears Operations LLC | 5901 Florin Rd<br>Florin, CA 95823-2302 |
| 111. | 2078 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>Attn: Executive VP, Operations & Leasing, 500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Sears Operations LLC | 3150 S 4Th Ave<br>Yuma, AZ 85364-8104 |
| 112. | 2047 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>Attn: Executive VP, Operations & Leasing, 500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Sears Operations LLC | 2250 El Mercado Loop<br>Sierra Vista, AZ 85635-5204 |
| 113. | 1955 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>Attn: Executive VP, Operations & Leasing, 500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Sears Operations LLC | 3800 Us Highway 98 N Ste 500<br>Lakeland, FL 33809-3824 |
| 114. | 2565 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>Attn: Executive VP, Operations & Leasing, 500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Sears Operations LLC | 303 Us Hwy 301 Blvd W<br>Bradenton, FL 34205-7991 |
| 115. | 2147 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC, c/o Seritage Growth Properties<br>Attn: Executive VP, Operations & Leasing, 500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | N/A | Sears Operations LLC | 2501 Irving Mall<br>Irving, TX 75062-5161 |
| 116. | 4010 | Department<br>The Times Building, 336 Fourth Avenue<br>Pittsburgh, PA 15222 | N/A | Kmart Corporation | 880 Butler Street<br>Pittsburgh, PA 15223-1319 |
| 117. | 3251 | Sheldon J. Mandell<br>2441 N. Leavitt Street<br>Chicago, IL 60647-2005 | N/A | Kmart Corporation | 6780 W Washington St<br>Indianapolis, IN 46241-2999 |
| 118. | 1470 | Simon Property Group, L.P., dba Greenwood Park Mall, LLC<br>Attn: Sr. VP Development, 225 West Washington Street<br>Indianapolis, IN 46204 | N/A | Sears, Roebuck and Co. | 1251 Us Highway 31 N<br>Greenwood, IN 46142-4503 |
| 119. | 1019 | SPG-FCM II LLC dba Stoneridge S&S, LLC, c/o Simon Property Group<br>Attn: Executive VP - Development Operations, 225 West Washington Street<br>Indianapolis, IN 46204 | Lands' End, Inc.<br>Attn: Sr.Vice President & General Counsel, 5 Lands' End Lane<br>Dodgeville, WI 53595 | Sears, Roebuck and Co. | 1700 Stoneridge Dr<br>Pleasanton, CA 94588- |
| 120. | 1658 | SPS Portfolio Holdings II, LLC, c/o Simon Property Group<br>Attn: General Counsel, 225 West Washington Street<br>Indianapolis, IN 46204 | Lands' End, Inc.<br>Attn: Sr.Vice President & General Counsel, 5 Lands' End Lane<br>Dodgeville, WI 53595 | Sears, Roebuck and Co. | 100 Santa Rosa Plz<br>Santa Rosa, CA 95401-6381 |
| 121. | 1414 | SPS Portfolio Holdings II, LLC, c/o Simon Property Group<br>Attn: General Counsel, 225 West Washington Street<br>Indianapolis, IN 46204 | Lands' End, Inc.<br>Attn: Sr.Vice President & General Counsel, 5 Lands' End Lane<br>Dodgeville, WI 53595 | Sears, Roebuck and Co. | 75 W Route 59 Ste 100<br>Nanuet, NY 10954-2701 |
| 122. | 1151 | SPS Portfolio Holdings II, LLC, c/o Simon Property Group<br>Attn: General Counsel, 225 West Washington Street<br>Indianapolis, IN 46204 | N/A | Sears, Roebuck and Co. | 6929 S Memorial Dr<br>Tulsa Woodland Hls, OK 74133-2035 |
| 123. | 1390 | SPS Portfolio Holdings II, LLC, c/o Simon Property Group<br>Attn: General Counsel, 225 West Washington Street<br>Indianapolis, IN 46204 | Lands' End, Inc.<br>Attn: Sr.Vice President & General Counsel, 5 Lands' End Lane<br>Dodgeville, WI 53595 | Sears, Roebuck and Co. | 900 Briarwood Cir<br>Ann Arbor, MI 48108-1618 |

| | STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|---|
| 124. | 1357 | SPS Portfolio Holdings II, LLC, c/o Simon Property Group<br>Attn: General Counsel, 225 West Washington Street<br>Indianapolis, IN 46204 | N/A | Sears, Roebuck and Co. | 2901 S Capitol Of Texas Hwy<br>Austin/Barton Creek, TX 78746-8101 |
| 125. | 2056 | SRM-SPE, LLC dba Santa Rosa Mall, c/o Radiant Partners LLC<br>145 West 45th Street, 10th Floor<br>New York, NY 10036 | N/A | Sears, Roebuck and Co. | 300 Mary Esther Blvd<br>Mry Est/Ft Wltn Bch, FL 32569-1693 |
| 126. | 1004 | Steel 1111, LLC, c/o Steel Equities<br>999 South Oyster Bay Road, Suite 200<br>Bethpage, NY 11714 | Lands' End, Inc.<br>Attn: Sr.Vice President & General Counsel, 5 Lands' End Lane<br>Dodgeville, WI 53595 | Sears, Roebuck and Co. | 1111 Franklin Ave<br>Garden City, NY 11530-1617 |
| 127. | 1388 | S-TRACT LLC, C/O SOUTH COAST PLAZA<br>3315 FAIRVIEW ROAD<br>COSTA MESA, CA 92626 | Lands' End, Inc.<br>Attn: Sr.Vice President & General Counsel, 5 Lands' End Lane<br>Dodgeville, WI 53595 | Sears, Roebuck and Co. | 3333 Bristol St<br>Costa Mesa, CA 92626-1811 |
| 128. | 2330 | The Cafaro Northwest Partnership dba South Hill Mall, c/o The Cafaro Company<br>Attn: Legal Department, 5577 Youngstown-Warren Road<br>Niles, OH 44446 | N/A | Sears, Roebuck and Co. | 3500 S Meridian Ste 900<br>Puyallup, WA 98373-3722 |
| 129. | 4215 | The Ciuffo Family Trust A, dated 5/16/80, c/o Arthur Ciuffo, Trustee<br>P O Box 2352<br>Fulton, TX 78358 | Xiao Jun Song And Liu Y Lin<br>7818 State Ave.<br>Kansas City, KS 66112 | Kmart Corporation | 7836 State Ave<br>Kansas City, KS 66112-2417 |
| 130. | 4112 | The Estate of Walter R. Samuel & Marilyn Joy Samuels, as Tenants-in-Common dba Nineteenth Asheville Properties, c/o J & W Management Corporation<br>505 Park Avenue, Suite 302<br>New York, NY 10022 | N/A | Kmart Corporation | 1001 Patton Ave<br>Asheville, NC 28806-3643 |
| 131. | 9539 | University Center Associates, c/o Metropolitan Management Corporation<br>230 Windsor Avenue, P O Box 446<br>Narberth, PA 19072 | N/A | Kmart Corporation | 3205 Lincoln Hwy<br>Thorndale, PA 19372-1012 |
| 132. | 1134 | US Centennial Malls JV LLC, dba The Connecticut Post LP<br>c/o Centennial Real Estate Mgmt. LLC Attn: Chief Operating Officer, 8750 N. Central Expressway, Suite 1740<br>Dallas, TX 75231 | Lands' End, Inc.<br>Attn: Sr.Vice President & General Counsel, 5 Lands' End Lane<br>Dodgeville, WI 53595 | Sears, Roebuck and Co. | 1201 Boston Post Rd Sp 2095<br>Milford, CT 06460- |
| 133. | 2617 | Victoria Mall LP, ATTN: James M. Hull, c/o Hull Storey Gibson Companies, LLC<br>1190 Interstate Parkway<br>Augusta, GA 30909 | N/A | Sears, Roebuck and Co. | 7508 N Navarro St<br>Victoria, TX 77904-2654 |
| 134. | 1395 | West Town S&S LLC, c/o Simon Property Group<br>Attn: Executive VP - Development Operations, 225 West Washington Street<br>Indianapolis, IN 46204 | Lands' End, Inc.<br>Attn: Sr.Vice President & General Counsel, 5 Lands' End Lane<br>Dodgeville, WI 53595 | Sears, Roebuck and Co. | 7600H Kingston Pike<br>West Town, TN 37919-5604 |
| 135. | 3884 | Westfall Town Center JV, c/o Metro Commercial Management Services, Inc.<br>307 Fellowship Road, Suite 300<br>Mt. Laurel, NJ 08054 | N/A | Kmart Corporation | 111 Hulst Dr, Ste 722<br>Matamoras, PA 18336-2115 |
| 136. | 7717 | William J. Wade, Owner / Trustee uta #1995-4, c/o Wilmington Trust Company Corporate Trust Administration, Rodney Square North, 1100 N. Market Street<br>Wilmington, DE 19890 | N/A | Kmart Corporation | 2712 W Main St<br>Waynesboro, VA 22980-1618 |
| 137. | 4741 | William J. Wade, Owner / Trustee uta #1995-4, c/o Wilmington Trust Company Corporate Trust Administration, Rodney Square North, 1100 N. Market Street<br>Wilmington, DE 19890 | N/A | Kmart Corporation | 8363 Lewiston Road<br>Batavia, NY 14020-1236 |
| 138. | 9348 | Wilson Norridge, LLC, c/o AmCap, Inc.<br>333 Ludlow Street, 8th Floor<br>Stamford, CT 06902 | Darden/Longhorn Steakhouse<br>Ashley Powell, 1000 Darden Center Drive<br>Orlando, FL 32837 | Kmart Stores of Illinois, LLC | 4210 N Harlem Ave<br>Norridge, IL 60706-1277 |
| 139. | 3483 | Wolf Family Series LP dba Series III, Ontario Enterprises of the Wolf Family Series LP, c/o Wolf and Associates<br>115 North Doheny Drive, Suite 1<br>Los Angeles, CA 90048 | Wolf Family Series LP<br>c/o Wolf & Wolf, 115 North Doheny Drive, Suite 1<br>Los Angeles, CA 90048 | Kmart Corporation | 2530 S Euclid Ave<br>Ontario, CA 91762-6619 |

| | STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|---|
| 140. | 7471 | WRI Golden State, LLC, c/o Weingarten Realty Management Co. P O Box 924133, 2600 Citadel Plaza Drive, Suite 125, Houston, TX 77008 Houston, TX 77292-4133 | N/A | Kmart Corporation | 3968-A Missouri Flat Road Placerville, CA 95667-5240 |
| 141. | 1709 | WSSR LLC, c/o Lee Chiang, Manager 1479 Torrijos Court Shenandoah, TX 77384 | N/A | Sears, Roebuck and Co. | 1245 W Warm Springs Rd Henderson, NV 89014-8740 |
| 142. | 4450 | away 1015 Ashes Drive, Suite 205 Wilmington, NC 28405 | Choice Auto Repair Leonard Wood, 205 Black Court Creek Willow Springs, NC 27592 | Kmart Corporation | 4500 Western Blvd Raleigh, NC 27606-1814 |