PEPPER HAMILTON LLP
Vincent J. Torna
Deborah Kovsky-Apap
The New York Times Building
620 8th Ave., 37th Floor
New York, NY 10018-1405

Henry J. Jaffe (DE Bar No. 2987) (*pro hac vice pending*)
Hercules Plaza
Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

And

Robert R. Kinas, Esq. (*pro hac vice pending*)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, #1100
Las Vegas, NV 89169-5958
(702) 784-5203

*Counsel for Red Bull North America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

#50863766 v1

## MOTION FOR ADMISSION TO PRACTICE
## *PRO HAC VICE* OF HENRY J. JAFFE, ESQUIRE

I, Henry J. Jaffe, Esquire, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Red Bull North America, Inc. in the above-captioned bankruptcy cases.

I certify that I am a member in good standing of the bars of the State of Delaware and the Commonwealth of Pennsylvania and the bars of the United States District Court for the District of Delaware, the United States District Court for the Eastern District of Pennsylvania and the United States District Court for the Middle District of Pennsylvania.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: November 19, 2018
New York, New York

PEPPER HAMILTON LLP
Vincent J. Torna
Deborah Kovsky-Apap
The New York Times Building
620 8th Ave., 37th Floor
New York, NY 10018-1405

And

/s/ Henry J. Jaffe
Henry J. Jaffe (DE Bar No. 2987) (*pro hac vice pending*)
Hercules Plaza
Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

And

Robert R. Kinas, Esq. (*pro hac vice pending*)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, #1100
Las Vegas, NV 89169-5958
(702) 784-5203

*Counsel for Red Bull North America, Inc.*

-2-

#50863766 v1