PEPPER HAMILTON LLP
Vincent J. Torna
Deborah Kovsky-Apap
The New York Times Building
620 8th Ave., 37th Floor
New York, NY 10018-1405

Henry J. Jaffe (DE Bar No. 2987) (*pro hac vice pending*)
Hercules Plaza
Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

And

Robert R. Kinas, Esq. (*pro hac vice pending*)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, #1100
Las Vegas, NV 89169-5958
(702) 784-5203

*Counsel for Red Bull North America, Inc.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

#50864762 v1

## MOTION FOR ADMISSION TO PRACTICE
### *PRO HAC VICE* OF ROBERT R. KINAS, ESQUIRE

I, Robert R. Kinas, Esquire, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Red Bull North America, Inc. in the above-captioned bankruptcy cases.

I certify that I am a member in good standing of the bars of the states of Arizona, California and Nevada.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: November 19, 2018
New York, New York

PEPPER HAMILTON LLP
Vincent J. Torna
Deborah Kovsky-Apap
The New York Times Building
620 8th Ave., 37th Floor
New York, NY 10018-1405

Henry J. Jaffe (DE Bar No. 2987) (*pro hac vice pending*)
Hercules Plaza
Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

And

/s/ Robert R. Kinas
Robert R. Kinas, Esq. (*pro hac vice pending*)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, #1100
Las Vegas, NV  89169-5958
(702) 784-5203

*Counsel for Red Bull North America, Inc.*

-2-

#50864762 v1