# UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In RE: | ) | Chapter 11 Case Number 18-23538 |
| | ) | |
| Sears Holdings Corporation | ) | JUDGE: ROBERT D. DRAIN |
| Debtor(s) | ) | |
| Joyce Franklin | ) | **NOTICE OF HEARING** |
| Plaintiff | ) | |
| v. | ) | |
| Kmart Corporation, et. al., | ) | Lucas County Court of Common Pleas |
| Defendant(s) | ) | Case No.: G-4801-CI-0201803819-000 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I, Jaime L. Agnew, Esq., request that a hearing on Plaintiff/Creditor's Motion for Relief from Stay **[ECF No. 383]** be set on **December 20, 2018 at 10:00am.** The motion was filed October 31, 2018 with no responsive motions being filed as of the date of this notice.

The location of the hearing is the United States Bankruptcy Court for the Southern District of New York before the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601.

Counsel for the Plaintiff/Creditor will register with court solutions to appear at the hearing via telephone conference, pending approval by the Honorable Robert D. Drain.

Dated:_____

Respectfully submitted,

*/s/ Jaime L. Agnew, Esq.*
Jaime L. Agnew (0081919)
**AGNEW Law Office, LLC**
Attorney for Movant
1144 S. Detroit #140215
Toledo, OH 43614
P: (419) 944-0880
F: (419) 382-1916
jaimeagnew21@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon the following parties by electronic

notice on this 19th day of November, 2018.


***By Electronic Notice***:

**Attorney For Defendant (Lucas County Common Pleas):**
Keith A. Savidge, Esq. (0014242)
Terese M. Fennell, Esq. (0070871)
Seeley, Savidge, Ebert, & Gourash Co., L.P.A.
26600 Detroit Rd.
Cleveland, OH 44145-2397
(216) 566-8200; (216) 566-0213
Ksavidge@sseg-law.com
tfennell@sseg-law.com

**Attorney For Debtor (Southern District New York):**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, New York 10153
(212) 310-8000; (212) 310-8007
Ray C. Schrock P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh


*/s/ Jaime L. Agnew, Esq.*
Jaime L. Agnew (0081919)