Allen G. Kadish  
Lance A. Schildkraut  
ARCHER & GREINER, P.C.  
630 Third Avenue  
New York, New York 10017  
Tel: (212) 682-4940  
Email: akadish@archerlaw.com  
       lschildkraut@archerlaw.com  

    and  

Kenneth M. Florey  
M. Neal Smith  
ROBBINS, SCHWARTZ, NICHOLAS,  
LIFTON & TAYLOR, LTD.  
631 E. Boughton Road, Suite 200  
Bolingbrook, Illinois 60440  
Tel: (630) 929-3639  
Email: kflorey@robbins-schwartz.com  
       nsmith@robbins-schwartz.com  

    and  

Matthew T. Gensburg  
GENSBURG CALANDRIELLO & KANTER, P.C.  
200 West Adams Street, Suite 2425  
Chicago, Illinois 60606  
Tel: (312) 263-2200  
Email: mgensburg@gcklegal.com  

Hearing Date: November 27, 2018  
Hearing Time: 1:30 A.M.

*Attorneys for Community Unit School District 300*

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
|        Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

      Harrison H.D. Breakstone, being duly admitted to practice in New York State and before the Southern District of New York, hereby certifies that he caused to be served true and correct copies of the *Supplement to Limited Objection of Community Unit School District 300 to Debtors Motion for Authority to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Certain Protections to Prepetition Secured Parties, and (D) Schedule Second Interim Hearing and Final Hearing* [Docket No. 805] as follows:

- On November 16, 2018, by email upon the parties identified on the service list attached as Exhibit A; and
- On November 19, 2018, by regular mail upon the parties identified on the service list attached as Exhibit B.

Dated: New York, New York
      November 19, 2018                           s/ Harrison H.D. Breakstone
                                                           Harrison H.D. Breakstone

## Exhibit A

ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com
JeriLeigh.Miller@weil.com
jessica.liou@weil.com
Paloma.VanGroll@weil.com
richard.morrissey@usdoj.gov
paul.schwartzberg@usdoj.gov
paul.leake@skadden.com
shana.elberg@skadden.com
george.howard@skadden.com
marshall.huebner@davispolk.com
eli.vonnegut@davispolk.com
sears.service@davispolk.com
soneal@cgsh.com
jbromley@cgsh.com
aweaver@cgsh.com
KDWBankruptcyDepartment@KelleyDrye.com
bfeder@kelleydrye.com
cliu@kelleydrye.com
emfox@seyfarth.com
gadsden@clm.com
bankruptcy@clm.com
Dennis.roemlein@bnymellon.com
braynor@lockelord.com
asmith@lockelord.com
dwirt@lockelord.com
idizengoff@akingump.com
pdublin@akingump.com
aqureshi@akingump.com
sbrauner@akingump.com

**Exhibit B**

Sears Holdings Corporation
Attn: Stephen Sitley Esq.
Attn: Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates Illinois 60179

Office of the United States Trustee for Region 2
Attn: Paul Schwartzberg, Esq.
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014