**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re:  SEARS HOLDING CORPORATION        Case No.: 18-23538

                                                                     Chapter 11

                           Debtor

-------------------------------------x

                                                                     Adversary Proceeding No.:

                         Plaintiff

v.

                         Defendant

                             x

-------------------------------------

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Tara LeDay, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the Texas Taxing Jurisdictions (See Attached Exhibit A), Creditors in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Western District of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 11/20/2018
White Plains, New York

                                          Tara LeDay
                                          *Mailing Address*
                                          McCreary, Veselka, Bragg & Allen P.C.
                                          P.O. Box 1269
                                          Round Rock, TX 78680-1269
                                          *E-mail address:* tleday@mvbalaw.com
                                          *Telephone number:* (512) 323-3200

**Exhibit A**

# Creditors: Texas Taxing Jurisdictions

Anderson County, Texas

Bell County Tax Appraisal District

Bowie Central Appraisal District

Brazos County, Texas

Burnet Central Appraisal District

Cherokee County, Texas

Cherokee Central Appraisal District

Comal County, Texas

Coryell County, Texas

Denton County, Texas

Guadalupe County, Texas

Harrison County, Texas

Harrison Central Appraisal District

Hays County, Texas

Henderson County, Texas

Mexia Independent School District

Midland Central Appraisal District

Taylor County Central Appraisal District

Terry County Appraisal District

City of Waco, Texas et al

Williamson County, Texas

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In re: SEARS HOLDING CORPORATION | Case No.: 18-23538 |
| | Chapter 11 |
| Debtor | |

--------------------------------------x

| | |
|---|---|
| | Adversary Proceeding No.: |
| Plaintiff | |
| v. | |
| Defendant | |
| x | |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Tara LeDay, to be admitted, *pro hac vice*, to represent, the Texas Taxing Jurisdictions (the "Client") in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Western District of Texas, it is hereby

**ORDERED**, that Tara LeDay, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: 11/20/2018
White Plains, New York                    /s/_____
                                          UNITED STATES BANKRUPTCY JUDGE