**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re: Sears Holding Corporation,

                              Debtor

------------------------------------------------------------x

Case No.: 18-23538-rdd

Chapter 11

Adversary Proceeding No.: _____

                              Plaintiff

                            v.

                            Defendant

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Michael T. Eversden, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Pearl Global Industries, Ltd., a Creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Nebraska and, if applicable, the bar of the U.S. District Court for the _____ District of Nebraska.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 11/20/2018
White Plains, New York

/s/ Michael T. Eversden
*Mailing Address*:

McGrath North Mullin& Kratz, PCLLO
1601 Dodge Street, Suite 3700
Omaha, NE 68102
*E-mail address*: meversden@mcgrathno
*Telephone number*: (402) 341-3070