**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

In re: SEARS HOLDING CORPORATION, et al.     Case No.: 18-23538 (RDD)

                                                                                                        Chapter 11

                                        Debtors     (Jointly Administered)

-------------------------------,--------------.

**ORDER GRANTING ADMISSION TO PRACTICE,** ***PRO HAC VICE***

      Upon the motion of Tara LeDay to be admitted, ***pro hac vice***, to represent the Texas Taxing Jurisdictions, as defined in the Motion (the "Clients") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and if applicable the bar of the U.S. District Court for the Western District of Texas, it is hereby

      **ORDERED**, that Tara LeDay, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: November 20, 2018
      White Plains, New York               /s/Robert D. Drain_____
                                                             UNITED STATES BANKRUPTCY JUDGE