**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re: Sears Holding Corporation, et al.          Case No.: 18-23538-rdd

                                                                                          Chapter 11
                                    Debtors.          (Jointly Administered)

------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Michael T. Eversden to be admitted, *pro hac vice*, to represent Pearl Global Industries, LTD. (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Nebraska and the bar of the U.S. District Court for the District of Nebraska, it is hereby

**ORDERED**, that Michael T. Eversden, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       November 20, 2018

                                                                 /s/Robert D. Drain
                                                                UNITED STATES BANKRUPTCY JUDGE