**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

| | |
|---|---|
| In re: | Case No.: 18-23538 (RDD) |
|     Sears Holdings Corporation, et al. | Chapter 11 |
|                        Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

      Upon the motion of H. Elizabeth Weller, to be admitted, ***pro hac vice***, to represent the clients listed on the attached Exhibit A (the "Clients") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and the bar of the U.S. District Court for the Northern District of Texas, it is hereby

      **ORDERED**, that H. Elizabeth Weller, Esq., is admitted to practice, ***pro hac vice***, in the above referenced cases to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
      November 20, 2018                    /s/Robert D. Drain
                                                      UNITED STATES BANKRUPTCY JUDGE