UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re: Sears Holding Corporation, et al.        Case No.: 18-23538 (RDD)
                                                Chapter 11
                            Debtors.            (Jointly Administered)

---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Aaron J. Scheinfield to be admitted, **pro hac vice**, to represent Alliance Material Handling Corp. (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan and the bar of the U.S. District Court for the Eastern District of Michigan, it is hereby

**ORDERED**, that Aaron J. Scheinfield, Esq., is admitted to practice, **pro hac vice**, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.


Dated: White Plains, New York        /s/Robert D. Drain
       November 20, 2018             UNITED STATES BANKRUPTCY JUDGE