Kai Ning Leather Products Co., Ltd.
Room B-12 2/F, Morlite Bldg.
40 Hung To Road, Kung Tong
Hong Kong

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――― x
In re                                              :    Chapter 11

SEARS HOLDINGS CORPORATION, et al.,[1]  :    Case No. 18-23538 (RDD)

         Debtors.                              :    (Jointly Administration Requested)

―――――――――――――――――――――― x

# NOTICE OF RECLAMATION DEMAND
# OF KAI NING LEATHER PRODUCTS CO., LTD.

**PLEASE TAKE NOTICE** that Kai Ning Leather Products Co., Ltd. ("Claimant") hereby files this notice of the delivery of written demand letters dated October 24, and 31, 2018, respectively, pursuant to 11 U.S.C. § 546(c), 11 U.C.C. § 2-702, and applicable non-bankruptcy law, on the above captioned debtors and debtors in possession (the "Debtors") to reclaim certain goods

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

236274

(the "Goods") which were sold by Claimant to the Debtors in the ordinary course of business, and which were received by the Debtors during the 45 days prior to the filing of the Debtors' chapter 11 bankruptcy cases, in the amount of $ 200,428.56, plus Goods received by the Debtors post-petition in the amount of $699,645.60, for a total of $900,074.16. Claimant incorporates herein by reference a copy of its formal reclamation demand letters attached as Exhibits 1 and 2, respectively, which has been delivered to the Debtors and counsel by overnight mail and electronic mail.

PLEASE TAKE FURTHER NOTICE that Claimant reserves all of its rights with respect to the Goods, including, without limitation, (i) its right to be paid in the ordinary course of business as a post-petition creditor of the Debtors to the extent the Goods were delivered to the Debtors on or after October 15, 2018; (ii) its right to assert a 20-day administrative priority claim pursuant to 11 U.S.C. §503(b)(9); (iii) its right to assert a "new value" defense to any preference demand pursuant to 11 U.S.C. §547(c)(4); (iv) its right to demand payment of any portion of these invoices as a "cure" payment in connection with the Debtors' assumption of any executory contract, if any, pursuant to 11 U.S.C. § 365; (v) its right to seek payment of its prepetition invoices from any non-debtor parties that are co-obligors; (vi) its right to file additional demands or claims, including without limitation, a proof of claim; and/or (vii) its right to assert any other rights under applicable law.

Dated: November 2, 2018                                **Kai Ning Leather Products Co., Ltd.**

_____
Lisa Lo, Owner and Managing Director

# EXHIBIT 1

# Kai Ning Leather Products Company Ltd

B-12, 2/F., Morlite Bldg., 40 Hung To Road, Kwun Tong, Kowloon, H.K..
Tel:852-22646820    Fax:852-27877380

October 24, 2018

**VIA FEDERAL EXPRESS
AND EMAIL**

Ray C. Schrock, P.C. (ray.schrock@weil.com)
Jacqueline Marcus – (Jacqueline.marcus@weil.com)
Garrett A. Fail – (garrett.fail@weil.com)
Sunny Singh – (sunny.singh@weil.com)
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

**VIA FEDERAL EXPRESS**
Robert A. Reicker
Chief Financial Officer
Sears Holding Corp.
3333 Beverly Road
Hoffman Estates, IL 60179

**Re: In re Sears Holdings Corporation, et al., 18-23538 (RDD) (Bankr. S.D.N.Y.),
Demand for Reclamation of Goods Pursuant to 11 U.S.C. § 546(c) and U.C.C.
§ 2-702 on behalf of Kai Ning Leather Products Co., Ltd.**

Dear Sirs and Madam:

Kai Ning Leather Products Co., Ltd. ("Claimant"), is a supplier of goods and creditor in the above-referenced bankruptcy cases of Sears Holdings Corporation and its affiliates (collectively, the "Debtors").

As set forth in the summaries attached as Exhibit A, Claimant sold certain goods (collectively the "Pre-petition Goods") to several Debtors including, but not limited to, Sears and Kmart. Copies of the underlying invoices are attached as Exhibit B. The Pre-petition Goods were sold to the Debtors on credit and received by the Debtors while they were insolvent, which insolvency is evidenced, in whole or in part, by the Debtors' filing of Petitions for Relief under Chapter 11 of United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code") on October 15, 2018 (the "Petition Date"). The Debtors

received the Pre-petition Goods, shipped by Claimant, in the 45-day period preceding the Petition Date, or between August 31, 2018, and October 15, 2018 (the "Reclamation Period").

Pursuant to Uniform Commercial Code § 2-702 and 11 U.S.C. § 546(c), Claimant hereby makes demands on the Debtors for the reclamation and return of all goods that were shipped to the Debtors by Claimant, where such goods were received by the Debtors within the Reclamation Period. During the Reclamation Period, Claimant delivered goods to Kmart and Sears having an agreed price and reasonable value totaling $200,428.56; resulting in a Reclamation Claim in the same amount. Moreover, certain goods were shipped by Claimant, and received by the Debtors within twenty (20) days preceding the commencement of the Debtors' bankruptcy cases, totaling $16,622.22, giving rise to an administrative claim in the same amount under 11 U.S.C. § 503(b)(9). All relevant details concerning this amount are provided on the attached summaries.

Claimant demands that all goods subject to Claimant's reclamation rights, including goods received during the Reclamation Period but not referenced herein, be immediately returned to Claimant. In the interim, Claimant demands that such goods be segregated and protected by you from any other goods in your possession and that you provide an immediate accounting of all such goods on-hand and their present location(s). Such goods shall not be used for any purpose whatsoever except those specifically authorized by the Bankruptcy Court following notice and a hearing thereon.

Claimant makes this demand for reclamation without prejudice to all other rights and remedies available to it, at law or in equity, including, but not limited to, its right to an allowed administrative expense claim under 11 U.S.C. §§ 503(b)(1) and 503(b)(9), or any other provision of the Bankruptcy Code and/or its right to amend and supplement this demand and to serve and file additional demands or claims.

Please forward all communications concerning the matters discussed herein to my attention. Should you have any questions, please do not hesitate to contact me.

Very, truly yours,

Mrs. Lisa Lo

| BL# | Invoice | PO# | Consignee | Carrier S/O# | QTY (PCS) | Total amount (USD) | FCR | ETD | ETA | Remark | Sears | Kmart |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KAI NING (CHINA) DELIVERY TO KMART & SEARS (SUMMERY) JULY - AUGUST |
| 7795360793 | 201820261401 | SL6567,SL6568 SL6570 | SEARS | SHC/CCD7795360793 | 4,914 | 19,952.10 | 7/2/2018 | 7/9/2018 | 8/1/2018 | LCL | $19,952.10 | |
| 7795351872 | 201820233936 | B2YQB,B2YQC B2YYG,B2YYH | KMART | SHC/CCD7795351872 | 4,068 | 16,528.50 | 7/2/2018 | 7/9/2018 | 8/1/2018 | LCL | | $16,528.50 |
| 7795351850 | 201820233853 | SL6567,SL6568 SL6570 | SEARS | SHC/PCD7795351850 | 5,118 | 20,779.80 | 7/2/2018 | 7/8/2018 | 8/15/2018 | LCL | $20,779.80 | |
| 7795351839 | 201820233789 | B2YQB,B2YQC B2YYG,B2YYH | KMART | SHC/PCD7795351839 | 4,218 | 17,137.50 | 7/2/2018 | 7/8/2018 | 8/15/2018 | LCL | | $17,137.50 |
| 7795488624 | 201820449260 | SL6571,SL6587 SL6588 | SEARS | 149802471764 PCD | 8,268 | 53,964.90 | 7/12/2018 | 7/23/2018 | 8/15/2018 | TCLU4928069 | $53,964.90 | |
| 7795488305 | 201820449196 | SL6587,SL6588 | SEARS | 965549939 CCD | 6,810 | 51,301.38 | 7/12/2018 | 7/16/2018 | 8/6/2018 | MRKU2620410 | $51,301.38 | |
| 7795436726 | 201920449285 | B2YYG,B2YYH | KMART | SHC/CCD7795436726 | 2,946 | 14,317.56 | 7/12/2018 | 7/23/2018 | 8/15/2018 | LCL | | $14,317.56 |
| 7795436704 | 201820449299 | B2YYG,B2YYH | KMART | SHC/PCD7795436704 | 3,060 | 14,871.60 | 7/12/2018 | 7/22/2018 | 8/28/2018 | LCL | | $14,871.60 |
| 7795436671 | 201820449215 | SL6570,SL6571 SL6587 | SEARS | SHC/CCD7795436671 | 4,518 | 23,183.64 | 7/12/2018 | 7/23/2018 | 8/15/2018 | LCL | $23,183.64 | |
| 7795436660 | 201820449277 | SL6570,SL6587 | SEARS | SHC/PCD7795436660 | 3,510 | 23,466.24 | 7/12/2018 | 7/22/2018 | 8/28/2018 | LCL | $23,466.24 | |
| 7795607050 | 201820732105 | B2YA1,B2YA2 | KMART | 149802720926 PCD | 12,300 | 85,293.42 | 7/27/2018 | 8/5/2018 | 9/4/2018 | TGHU8602887 | | $85,293.42 |
| 7795607413 | 201820754987 | B2YA1,B2YA2 | KMART | 965722837 CCD | 12,762 | 86,771.58 | 7/27/2018 | 7/30/2018 | 8/20/2018 | MRSU3039044 | | $86,771.58 |
| 7795534703 | 201820755292 | B2YA2 | KMART | SHC/CCD7795534703 | 888 | 4,395.60 | 7/27/2018 | 8/6/2018 | 8/29/2018 | LCL | | $4,395.60 |
| 779553466T | 201820755373 | B2YA2 | KMART | SHC/PCD779553466T | 1,830 | 9,058.50 | 7/27/2018 | 8/5/2018 | 9/11/2018 | LCL | | $9,058.50 |
| 779566545T | 201820878940 | SL6575,SL6576 | SEARS | 965759566 CCD | 9,120 | 70,539.36 | 8/3/2018 | 8/6/2018 | 8/27/2018 | MSKU6902369 PONU1557510 | $70,539.36 | |
| 7795665284 | 201820881119 | SL6575,SL6576 | SEARS | 149802772985 PCD | 9,480 | 73,328.64 | 8/3/2018 | 8/5/2018 | 9/4/2018 | TCLU8769617 DRYU9897371 | $73,328.64 | |
| 7795731042 | 201821261510 | B2YA2 | KMART | SHC/CCD7795731042 | 2,364 | 16,125.78 | 8/17/2018 | 8/27/2018 | 9/19/2018 | LCL | | $16,125.78 |
| 7795731108 | 201821261163 | B2YA2 | KMART | SHC/PCD7795731108 | 2,436 | 16,622.22 | 8/17/2018 | 8/26/2018 | 10/2/2018 | LCL | | $16,622.22 |
| | | | | TOTAL | 98,610 | 617,638.32 | | | (A) | | $336,516.06 | $281,122.26 |

# EXHIBIT 2

# Kai Ning Leather Products Company Ltd

B-12, 2/F., Morlite Bldg., 40 Hung To Road, Kwun Tong, Kowloon, H.K..
Tel:852-22646820    Fax:852-27877380

THE LETTER AS REVISED AS DATED ON

October 31, 2018

**VIA FEDERAL EXPRESS**
**AND EMAIL**

Ray C. Schrock, P.C. (ray.schrock@weil.com)
Jacqueline Marcus – (Jacqueline.marcus@weil.com)
Garrett A. Fail – (garrett.fail@weil.com)
Sunny Singh – (sunny.singh@weil.com)
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

**VIA FEDERAL EXPRESS**
Robert A. Reicker
Chief Financial Officer
Sears Holding Corp.
3333 Beverly Road
Hoffman Estates, IL 60179

Re: **In re Sears Holdings Corporation, et al., 18-23538 (RDD) (Bankr. S.D.N.Y.), Demand for Reclamation of Goods Pursuant to 11 U.S.C. § 546(c) and U.C.C. § 2-702 on behalf of Kai Ning Leather Products Co., Ltd.**

Dear Sirs and Madam:

Kai Ning Leather Products Co., Ltd. ("Claimant"), is a supplier of goods and creditor in the above-referenced bankruptcy cases of Sears Holdings Corporation and its affiliates (collectively, the "Debtors").

As set forth in the summaries attached as Exhibit A, Claimant sold certain goods (collectively the "Pre-petition Goods") to several Debtors including, but not limited to, Sears and Kmart. Copies of the underlying invoices are attached as Exhibit B. The Pre-petition Goods were sold to the Debtors on credit and received by the Debtors while they were insolvent, which insolvency is evidenced, in whole or in part, by the Debtors' filing of Petitions for Relief under Chapter 11 of United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code") on October 15, 2018 (the "Petition Date"). The Debtors

received the Pre-petition Goods, shipped by Claimant, in the 45-day period preceding the Petition Date, or between August 31, 2018, and October 15, 2018 (the "Reclamation Period").

Pursuant to Uniform Commercial Code § 2-702 and 11 U.S.C. § 546(c), Claimant hereby makes demands on the Debtors for the reclamation and return of all goods that were shipped to the Debtors by Claimant, where such goods were received by the Debtors within the Reclamation Period. During the Reclamation Period, Claimant delivered goods to Kmart and Sears having an agreed price and reasonable value totaling $200,428.56; resulting in a Reclamation Claim in the same amount. Moreover, certain goods were shipped by Claimant, and received by the Debtors within twenty (20) days preceding the commencement of the Debtors' bankruptcy cases, totaling $16,622.22, giving rise to an administrative claim in the same amount under 11 U.S.C. § 503(b)(9). All relevant details concerning this amount are provided on the attached summaries.

Claimant demands that all goods subject to Claimant's reclamation rights, including goods received during the Reclamation Period but not referenced herein, be immediately returned to Claimant. In the interim, Claimant demands that such goods be segregated and protected by you from any other goods in your possession and that you provide an immediate accounting of all such goods on-hand and their present location(s). Such goods shall not be used for any purpose whatsoever except those specifically authorized by the Bankruptcy Court following notice and a hearing thereon.

Claimant makes this demand for reclamation without prejudice to all other rights and remedies available to it, at law or in equity, including, but not limited to, its right to an allowed administrative expense claim under 11 U.S.C. §§ 503(b)(1) and 503(b)(9), or any other provision of the Bankruptcy Code and/or its right to amend and supplement this demand and to serve and file additional demands or claims.

Please forward all communications concerning the matters discussed herein to my attention. Should you have any questions, please do not hesitate to contact me.

Very, truly yours,

Mrs. Lisa Lo

## KAI NING FOR KMART&SEARS SHIPMENT LIST (Cambodia delivery for Sept - Oct 2018)

| BL# | BOOKING#/INVOICE# | PO# | CONSIGNEE | Carrier S/O# | QTY (PCS) | AMOUNT (USD) | FCR | ETD | ETA | Remark | Sears | Kmart |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7162455432 | 201821932622 | B2WY1,B2WWF,B2WV6,B2WT1,B2WT2,B2WXV,B2WWB,B2WV7 | KMART | 966050051 | 12,588 | 96,836.16 | | | 10/28/2018 | MRKU3563866 MRKU5944922 | | 96,836.16 |
| 7162455421 | SO#201821963845 INV#KM001/18 | SL6609,SL6646 | SEARS | Carrier BL# MAEU966050051 | 2,652 | 18,657.84 | 9/19/2018 | 9/23/2018 | | MRKU3421028 | 18,657.84 | |
| 7162455553 | 201822986005 | SL6610,SL6625,SL6626,SL6647 | SEARS | Carrier BL# MAEU578905455 | 4,656 | 32,419.68 | | | 11/7/2018 | MSKU6735826 | 32,419.68 | |
| 7162455443 | 201821935053 | B2WY1,B2WWF,B2WV6,B2WT1,B2WT2,B2WXV,B2WWB,B2WV7 | KMART | APLU027995669 | 13,050 | 100,407.12 | 9/25/2018 | 9/30/2018 | 11/5/2018 | GESU5833982 APHU7363914 APHU7332261 GESU6208526 | | 100,407.12 |
| 7162455454 | 201821964909 | SL6609,SL6646,SL6610,SL6625,SL6626,SL6647 | SEARS | | 7,578 | 52,970.70 | | | | | 52,970.70 | |
| 7162455498 | 201822049476 | B2WUT,B2WV6,B2WUS,B2XEA,B2XE9 | KMART | 96672200 | 14,778 | 71,660.58 | 9/26/2018 | 9/30/2018 | 11/18/2018 | MRKU6159890 MRKU0054280 | | 71,660.58 |
| 7162455487 | 201822050403 | SL6621,SL6596,SL6640,SL6641,SL6633,SL6634,SL6635,SL6636,SL6638,SL6622 | SEARS | | 14,676 | 73,653.54 | | | | | 73,653.54 | |
| 7162455465 | 201822052175 | B2WUT,B2WV6,B2WUS,B2XEA,B2XE9 | KMART | APLU027993209 | 15,330 | 74,337.36 | 9/26/2018 | 9/30/2018 | 11/5/2018 | CRXU9501634 TRLU9465958 | | 74,337.36 |
| 7162455476 | 201822052844 | SL6621,SL6596,SL6640,SL6641,SL6633,SL6634,SL6635,SL6636,SL6638,SL6622 | SEARS | | 14,850 | 74,741.70 | | | | | 74,741.70 | |
| 7162455509 | 201822207222 | B2WV7,B2WV6,B2WXW | KMART | 578407467 | 7,194 | 43,876.80 | 10/3/2018 | 10/7/2018 | 11/11/2018 | MRKU0870025 | | 43,876.80 |
| 716245551T | 201822207737 | SL6644,SL6643 | SEARS | | 582 | 6,343.80 | | | | | 6,343.80 | |
| 7162455520 | 201822209142 | B2WV7,B2WV6,B2WXW | KMART | APLU027995782 | 7,458 | 45,440.16 | 10/3/2018 | 10/7/2018 | 11/12/2018 | CMAU4425672 | | 45,440.16 |
| 7162455531 | 201822209355 | SL6644,SL6643,SL6635,SL6636 | SEARS | | 984 | 8,300.16 | | | | | 8,300.16 | |
| | | | | TOTAL | 116,376 | 699,645.60 | | | | | 267,087.42 | 432,558.18 |

EXHIBIT 2, PAGE 8

## KAI NING (CHINA) DELIVERY TO KMART & SEARS (SUMMERY) JULY - AUGUST

| BL# | Invoice | PO# | Consignee | Carrier S/O# | QTY (PCS) | Total amount (USD) | FCR | ETD | ETA | Remark | Sears | Kmart |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7795360793 | 201820261401 | SL6567,SL6568 SL6570 | SEARS | SHC/CCD7795360793 | 4,914 | 19,952.10 | 7/2/2018 | 7/9/2018 | 8/1/2018 | LCL | $19,952.10 | |
| 7795351872 | 201820233936 | B2YQB,B2YQC B2YYG,B2YYH | KMART | SHC/CCD7795351872 | 4,068 | 16,528.50 | 7/2/2018 | 7/9/2018 | 8/1/2018 | LCL | | $16,528.50 |
| 7795351850 | 201820233853 | SL6567,SL6568 SL6570 | SEARS | SHC/PCD7795351850 | 5,118 | 20,779.80 | 7/2/2018 | 7/8/2018 | 8/15/2018 | LCL | $20,779.80 | |
| 7795351839 | 201820233789 | B2YQB,B2YQC B2YYG,B2YYH | KMART | SHC/PCD7795351839 | 4,218 | 17,137.50 | 7/2/2018 | 7/8/2018 | 8/15/2018 | LCL | | $17,137.50 |
| 7795488624 | 201820449260 | SL6571,SL6587 SL6588 | SEARS | 149802471764 PCD | 8,268 | 53,964.90 | 7/12/2018 | 7/23/2018 | 8/15/2018 | TCLU4928069 | $53,964.90 | |
| 7795488305 | 201820449196 | SL6587,SL6588 | SEARS | 965549939 CCD | 6,810 | 51,301.38 | 7/12/2018 | 7/16/2018 | 8/6/2018 | MRKU2620410 | $51,301.38 | |
| 7795436726 | 201920449285 | B2YYG,B2YYH | KMART | SHC/CCD7795436726 | 2,946 | 14,317.56 | 7/12/2018 | 7/23/2018 | 8/15/2018 | LCL | | $14,317.56 |
| 7795436704 | 201820449299 | B2YYG,B2YYH | KMART | SHC/PCD7795436704 | 3,060 | 14,871.60 | 7/12/2018 | 7/22/2018 | 8/28/2018 | LCL | | $14,871.60 |
| 7795436671 | 201820449215 | SL6570,SL6571 SL6587 | SEARS | SHC/CCD7795436671 | 4,518 | 23,183.64 | 7/12/2018 | 7/23/2018 | 8/15/2018 | LCL | $23,183.64 | |
| 7795436660 | 201820449277 | SL6570,SL6587 | SEARS | SHC/PCD7795436660 | 3,510 | 23,466.24 | 7/12/2018 | 7/22/2018 | 8/28/2018 | LCL | $23,466.24 | |
| 7795607050 | 201820732105 | B2YA1,B2YA2 | KMART | 149802720926 PCD | 12,300 | 85,293.42 | 7/27/2018 | 8/5/2018 | 9/4/2018 | TGHU8602887 | | $85,293.42 |
| 7795607413 | 201820754987 | B2YA1,B2YA2 | KMART | 965722837 CCD | 12,762 | 86,771.58 | 7/27/2018 | 7/30/2018 | 8/20/2018 | MRSU3039044 | | $86,771.58 |
| 7795534703 | 201820755292 | B2YA2 | KMART | SHC/CCD7795534703 | 888 | 4,395.60 | 7/27/2018 | 8/6/2018 | 8/29/2018 | LCL | | $4,395.60 |
| 779553466T | 201820755373 | B2YA2 | KMART | SHC/PCD779553466T | 1,830 | 9,058.50 | 7/27/2018 | 8/5/2018 | 9/11/2018 | LCL | | $9,058.50 |
| 779566545T | 201820878940 | SL6575,SL6576 | SEARS | 965759566 CCD | 9,120 | 70,539.36 | 8/3/2018 | 8/6/2018 | 8/27/2018 | MSKU6902369 PONU1557510 | $70,539.36 | |
| 7795665284 | 201820881119 | SL6575,SL6576 | SEARS | 149802772985 PCD | 9,480 | 73,328.64 | 8/3/2018 | 8/5/2018 | 9/4/2018 | TCLU8769617 DRYU9897371 | $73,328.64 | |
| 7795731042 | 201821261510 | B2YA2 | KMART | SHC/CCD7795731042 | 2,364 | 16,125.78 | 8/17/2018 | 8/27/2018 | 9/19/2018 | LCL | | $16,125.78 |
| 7795731108 | 201821261163 | B2YA2 | KMART | SHC/PCD7795731108 | 2,436 | 16,622.22 | 8/17/2018 | 8/26/2018 | 10/2/2018 | LCL | | $16,622.22 |
| | | | | TOTAL | 98,610 | 617,638.32 | | | (A) | | $336,516.06 | $281,122.26 |



# WINTHROP COUCHOT GOLUBOW HOLLANDER

1301 Dove Street, Suite 500
Newport Beach, California 92660
T 949.720.4100
F 949.720.4111
www.wcghlaw.com

Paul J. Couchot*
Richard H. Golubow
Garrick A. Hollander
Alastair M. Gesmundo

Peter W. Lianides
Sean A. O'Keefe*
Robert E. Opera
Marc J. Winthrop

*Of Counsel

**To:** US Bankruptcy Court
Southern District of New York
Attn: Clerk of the Court – Filing/Intake Documents
300 Quarropas Street
Room 248
White Plains, NY 10601

**From:** Jeannie Martinez, on behalf of Peter W. Lianides, Esq.

**Date:** November 6, 2018

**Subject:** Sears – Case No. 18-23538 (RDD) – Kai Ning Leather Products

Please find enclosed the following document to be filed with the Court:

- Notice of Reclamation Demand of Kai Ning Leather Products Co., Ltd.

Please file with the court and return a conformed copy in the self-addressed stamped envelope provided.

Should you have any questions, please give me a call.

Thank you,

Jeannie Martinez

☐ For Your Approval
☒ Please File and Return a Conformed Copy In The Envelope Provided
☐ Please Sign and Return to Me
☐ Please Review and Comment
☐ Please Handle

☒ Please Call Me If You Have Questions
☐ Please Read and Advise Me How To Reply
☐ Please Acknowledge Receipt
☐ For Your Files
☐ In Accordance with Your Request

MAINDOCS-#236333-v1-Sears-K_Ning-MemoNYBK-FileReclamation