**Hearing Date:  December 20, 2018 at 10:00 a.m.**
**Objection Deadline:  December 13, 2018 at 4:00 p.m.**

FORMAN HOLT
Michael J. Connolly, Esq.
66 Route 17 North
Paramus, NJ 07652
Phone:  (201) 845-1000
Fax:      (201) 655-6650
Email:   mconnolly@formanlaw.com

Attorneys for Margaret and Michael Reheis

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re                                                          :
                                                               :   Chapter 11
SEARS HOLDINGS CORPORATION, et al.,                            :
                                                               :   Case No. 18-23538 (RDD)
                                                               :
          Debtors. :                                           :   (Jointly Administered)
                                                               :
                                                               :
--------------------------------------------------------------x

## NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that a hearing on the annexed motion (the "Motion"), of

Margaret and Michael Reheis for entry of an order pursuant to section 362 of the Bankruptcy Code,

for relied from the automatic stay, all as more fully set forth in the Motion, will be held before the

Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy

Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains,

New York, 10601-4140 (the "Bankruptcy Court") on December 20, 2018 at 10:00 a.m. (Eastern

Time) (the "Hearing"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "Objections")

to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and

F0036998 - 1

the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted pro hac vice, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in textsearchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to

18-23538-rdd  Doc 425  Filed 11/01/18  Entered 11/01/18 19:05:41  Main Document  Pg 2 of 23  3

WEIL:\96783928\1\73217.0003 the extent applicable, and shall be served in accordance with the Order Implementing Certain Notice and Case Management Procedures, entered on October 17, 2018 (ECF No. 139), so as to be filed and received no later than December 13, 2018 at 4:00 p.m. (Eastern Time) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Motion, the Debtors may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

Dated: November 20, 2018
Paramus, New Jersey

/s/ Michael J. Connolly
Michael J. Connolly, Esq.
FORMAN HOLT
66 Route 17 North
Paramus, NJ 07652
Phone:  (201) 845-1000
Fax:      (201) 655-6650
Email:  mconnolly@formanlaw.com
Attorneys for Margaret and Michael Reheis