**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Case No.: 18-23538-rdd |
| | : | |
| SEARS HOLDINGS CORPORATION, et al., | : | Chapter 11 |
| | : | |
| Debtor. | : | (Joint Administration) |

----------------------------------------------------------------x

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Chad P. Pugatch, Esq. ("Movant"), request admission, ***pro hac vice***, before the Honorable Robert D. Drain to represent CM Grayson, LLC (the "Client") a landlord/creditor in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Florida and, if applicable, the bar of the United States District Court for the Southern District of Florida.

I have submitted the filing fee of $200.00 with this Motion for *pro hac vice* admission.

Dated this 21st day of November, 2018.

                                          **RICE PUGATCH ROBINSON STORFER & COHEN, PLLC**
                                          *Attorneys for CM Grayson, LLC*
                                          101 Northeast Third Avenue, Suite 1800
                                          Fort Lauderdale, Florida 33301
                                          Telephone: 954-462-8000
                                          Facsimile: 954-462-4300

                    By:   /s/ Chad P. Pugatch
                          Chad P. Pugatch, Esq.
                          Florida Bar No. 220582
                          cpugatch@rprslaw.com