**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                            :    Case No.: 18-23538-rdd
                                                  :
SEARS HOLDINGS CORPORATION, et al.,               :    Chapter 11
                                                  :
                          Debtor.                 :    (Joint Administration)
---------------------------------------------------------------x

### NOTICE OF APPEARANCE OF CHAD P. PUGATCH, ESQ., AND THE LAW FIRM OF RICE PUGATCH ROBINSON STORFER & COHEN, PLLC AS COUNSEL OF CM GRAYSON, LLC

PLEASE TAKE NOTICE that Chad P. Pugatch, Esq., and the law firm of Rice Pugatch Robinson Storfer & Cohen, PLLC hereby enter their appearance as counsel for landlord/creditor, CM Grayson, LLC, in the above-styled matter. All parties are requested to take notice of this appearance and shall serve copies of any and all pleadings, correspondence, reports and/or documents of any kind or nature filed in this matter upon the undersigned.

Respectfully submitted this 21st day of November, 2018.

**RICE PUGATCH ROBINSON STORFER & COHEN, PLLC**
*Attorneys for CM Grayson, LLC*
101 Northeast Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: 954-462-8000
Facsimile: 954-462-4300

By:  /s/ Chad P. Pugatch
     Chad P. Pugatch, Esq.
     Florida Bar No. 220582
     cpugatch@rprslaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by the Court's CM/ECF system to all parties receiving service by this method this 21st day of November, 2018.

By:  /s/ Chad P. Pugatch
     Chad P. Pugatch, Esq.