# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : Chapter 11 Cases |
| | : |
| SEARS HOLDINGS CORPORATION, *et al.*, | : Case No. 18-23538 (RDD) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : |

## NOTICE OF APPEARANCE

Please take notice that pursuant to Bankruptcy Rule 9010(b), Michael J. Barrie and William E. Schonberg of the law firm Benesch Friedlander Coplan & Aronoff LLP ("Benesch"), hereby appear on behalf of MIDAMCO, an Ohio limited partnership ("Creditor"), landlord under that certain unexpired Ground Lease of nonresidential real property with Sears, Roebuck and Co., debtor ("Debtor"), dated as of December 3, 1998 (as supplemented and amended, the "Ground Lease"), respecting Debtor's retail store in the Miami Valley Mall Shopping Center located at Ohio 987 East Ash Street, Piqua, Oh 45356.

Pursuant to Bankruptcy Rule 2002(g), request is hereby made that all notices, motions, applications and orders, and all other manner of pleadings or reports filed in these cases, be served upon:

> William E. Schonberg, Esq.
> BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
> 200 Public Square, Suite 2300
> Cleveland, Ohio 44114
> Telephone: (216) 363-4500
> Facsimile: (216) 363-4588
> Email: wschonberg@beneschlaw.com

1

This Notice of Appearance and request for notices constitutes a request for notice and service and CM/ECF notification in these cases, as is required by the Bankruptcy Rules.

This Notice of Appearance and request for notices is not intended to and shall not (i) waive Creditor's or any party's right to (a) have final orders in non-core matters entered only after de novo review by a district court judge, (b) trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto or (c) have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal or (ii) waive Creditor's or any other party's other rights, claims, actions, defenses, setoffs, or recoupments to which Creditor or any such party is or may be entitled under agreements, in law or in equity, all of which are expressly reserved.

This Notice of Appearance and request for notices shall not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a trial by jury.

Dated:  November 21, 2018

/s/ *Michael J. Barrie*
Michael J. Barrie, Esq. (NY 5057450)
BENESCH FRIEDLANDER COPLAN
    & ARONOFF LLP
39 Broadway, 25th Floor
New York, NY 10006-3039
Telephone:  (646) 798-8901
Facsimile:  (646) 798-8902
E-mail:  wschonberg@beneschlaw.com

Attorneys for MIDAMCO, an
    Ohio Limited Partnership