## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2018, I caused a copy of the foregoing Notice of Appearance to be filed electronically in accordance with the Court's Electronic Filing Guidelines, and that ECF will serve notice of this electronic filing to all persons and entities on file with the Court's ECF system.

*/s/ Michael J. Barrie, Esq.*
Michael J. Barrie, Esq.

11729488 v1