WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors*
*and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re                                                  :
                                                       :      **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.*,              :
                                                       :      **Case No. 18-23538 (RDD)**
                                                       :
                        Debtors.[1]                    :      **(Jointly Administered)**
-------------------------------------------------------------x

## NOTICE OF FILING OF GLOBAL BIDDING PROCEDURES PROCESS LETTER

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**PLEASE TAKE NOTICE** that beginning on October 15, 2018, and continuing thereafter, each of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Southern District of New York (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that on November 1, 2018, the Debtors filed with the Court the *Debtors' Motion for Approval of Global Bidding Procedures* (ECF No. 429) (the "**Motion**").[2]

**PLEASE TAKE FURTHER NOTICE** that on November 19, 2018, the Court entered the *Order Approving Global Bidding Procedures and Granting Related Relief* (ECF No. 816) (the "**Order**") approving the relief requested in the Motion.

---

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion or Order, as applicable.

2

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, the Debtors hereby annex as **Exhibit 1** a process letter identifying the Assets that will be available for sale in connection with the sale of the Go Forward Stores, as well as a general description of the other Assets available for sale in connection with the Global Bidding Procedures (which description shall be subject to modification at any Auction).

Dated: November 21, 2018
        New York, New York

/s/ Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors*
*and Debtors in Possession*

WEIL:\96811297\3\73217.00044

## **Exhibit 1**

**Global Bidding Procedures Process Letter**

# LAZARD

November [●], 2018

Address Line 1
Address Line 2
Address Line 3
Address Line 4

Attn:    [Primary Contact(s)]

Ladies and Gentlemen:

On behalf of Sears Holdings Corporation and its affiliated debtors and debtors in possession (collectively, "Sears" or the "Company"), Lazard Frères & Co. LLC ("Lazard") is pleased to invite you to submit a non-binding indication of interest (an "Indicative Bid") in connection with a possible acquisition of the Company or certain assets pursuant to a sale under section 363 of the U.S. Bankruptcy Code or a chapter 11 plan (each, a "Transaction"). The Company is concurrently considering both going concern and liquidation bids at this time pursuant to this process letter.

This letter sets forth the following information and guidelines with respect to submitting an Indicative Bid only and is being furnished to you due to your expressed interest in a potential Transaction. Further information regarding the global procedures established by the U.S. Bankruptcy Court to bid on the Debtors' assets can be found in the Global Bidding Procedures approved by the Bankruptcy Court.[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Global Bidding Procedures.

Lazard has been engaged as investment banker by Sears to advise on the Company's ongoing restructuring and potential sales of its assets in one or a series of Transactions. As such, the Company has requested Lazard to solicit preliminary Indicative Bids for a Transaction to enable the Company to potentially identify one or more parties ("Interested Parties") to be invited to proceed with a more detailed due diligence review and, thereafter, to submit a definitive offer ("Definitive Bid") that may result in the execution of one or more binding purchase agreements with the Company (each, a "Definitive Agreement").

While it is the Company's preference, all else being equal, to receive a combined bid for substantially all of the Company and its assets, the Company is also soliciting Indicative Bids for less than substantially all of the Company, whether based upon a going concern or liquidation.

With respect to going concern bids, the Company is soliciting Indicative Bids for a Transaction that includes, but is not limited to, the following target businesses (each, individually, a "Target Business") or any combination of any assets comprising one or more of the Target Businesses:

---

[1] *See* Global Bidding Procedures are annexed hereto as <u>Attachment A</u>.

Lazard Frères & Co. LLC
30 Rockefeller Plaza
New York, NY 10112

- Sears as a going concern (the contemplated go-forward retail footprint, ("Retail NewCo"),[2] or Retail NewCo together with substantially all assets and component businesses of Sears, such as Sears Auto Centers, Monark, and Innovel,"Sears NewCo");

- Sears Home Services ("SHS"), including the business unit PartsDirect ("PartsDirect");

- SHS, excluding PartsDirect;

- PartsDirect (on a stand-alone basis); and/or

- Any of the underlying assets with respect to the Retail NewCo or SearsNewCo on a liquidation basis.

The Company will have maximum flexibility in evaluating the Indicative Bids, including the ability to accept a single bid or multiple partial bids for any assets or combinations of assets that the Company determines to auction, at the direction of the Company's Restructuring Committee.

With respect to liquidation bids, the Company is soliciting cash and non-cash consideration (e.g. equity, hybrid, fee, debt, or designation rights) bids for part or all of the assets underlying the proposed Retail NewCo footprint and/or Sears NewCo as part of this process.

We also note that the tax profile of the Company represents the potential for substantial future value, and prospective bidders should take into account that an acquisition of the equity of the entire group pursuant to a Chapter 11 plan, through an acquisition of Sears Holdings Corporation, is most likely to preserve this potential value as part of the assets and value acquired.

The Company and its advisors will evaluate the Indicative Bids to inform the overall process, but also to identify potential candidate(s) to engage in further negotiations and designate such party or parties as a "stalking horse" (each, a "Stalking Horse Bidder").

Please submit your Indicative Bid to the individuals listed below no later than **5:00 p.m. New York time on December 5, 2018**.  Your Indicative Bid should be signed on behalf of your organization by a duly authorized officer and should be submitted via email to:

**Brandon Aebersold**
Managing Director
Lazard Frères & Co. LLC
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 632-6479
brandon.aebersold@lazard.com

**Levi Quaintance**
Vice President
Lazard Frères & Co. LLC
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 632-6418
levi.quaintance@lazard.com

Indications of interest and bids relating solely to fee-owned real estate assets and/or real property leases should be sent directly to the Company's real estate advisor, Jones Lang LaSalle Incorporated ("JLL").

---

[2] The schedule of go-forward stores comprising Retail NewCo is annexed to the Global Bidding Procedures as Schedule 1.

JLL may be reached at the following e-mail address: dispositionservices@am.jll.com.  A process letter for the Company's real estate assets will be distributed separately.

**Transaction Timeline and Key Milestones**

With respect to timing for a Transaction, the following outlines the currently contemplated key deadlines and other dates:

- Deadline for Indicative Bids, including both going concern and liquidation bids, for the Target Businesses: **5:00 p.m. New York time on December 5, 2018**

- Deadline for the Debtors to Designate a Stalking Horse Bidder for Retail NewCo and File a Sale Notice of Same: **December 15, 2018**

- Deadline to Submit Definitive Bids, including both going concern and liquidation bids, for Retail NewCo: **4:00 p.m. New York time on December 28, 2018**

- Deadline to Notify Prospective Bidder if Definitive Bid for Retail NewCo is a Qualified Bid and for Debtors to Announce Auction Packages: **4:00 p.m. New York time on January 4, 2019**

- If Objection Received to Designated Retail NewCo Stalking Horse Bidder or if Credit Bid is Submitted by an Affiliate or Insider, relevant Hearing Date: **10:00 a.m. New York time on January 11, 2019**

- Retail NewCo Auction Date: **10:00 a.m. New York time on January 14, 2019**

- Target Date to Announce Retail NewCo Auction Results: **January 16, 2019**

- Retail NewCo Sale Hearing Date: **10:00 a.m. New York time on February 1, 2019**

Although the dates above, with the exception of the Indicative Bid deadline, only apply to a bid for all or part of the Retail NewCo, the Company may elect to proceed with a sale of other Target Businesses on a similar timetable.  Parties are permitted to submit, and the Company will consider, bids for the other Target Businesses on this timeline or under an alternative timeline as permitted in accordance with the Global Bidding Procedures.

**Virtual Data Room, Q&A, Conference Calls, and Site Visits**

i.    Virtual Data Room:  To facilitate your due diligence process, you will be, or have already been, invited to access a virtual data room ("Virtual Data Room") subject to the execution of a confidentiality agreement with the Company (the "Confidentiality Agreement").  Please note that all information available in the Virtual Data Room is and must be treated as confidential information pursuant to the Confidentiality Agreement.

ii.   Additional Diligence Requests: The Company and their advisors will work to accommodate all reasonable requests for additional information and due diligence access from potential Interested Parties.  Please submit written questions or additional information requests to Lazard.  We kindly ask you list every information request or question individually, indicating those that are considered to be high priority, and avoid duplicative information requests or questions.

iii.     Questions for Management or Subject Matter Experts:  Requests for management conference calls on specific topics (to address due diligence inquiries, respond to outstanding questions, or clarify responses or information provided in the Virtual Data Room or otherwise) will be evaluated on a case-by-case basis.  You will be asked to submit questions or topics for conference calls in advance to Lazard.

iv.     Site Visit: Requests for a site visit to Company locations will be evaluated on a case-by-case basis.

All discussions regarding your Indicative Bid and the guidelines outlined herein should be directed to the Lazard representatives.  **Under no circumstances should the Company, its employees, or employees of its affiliates be contacted directly, unless otherwise approved in writing by the Company**.

**Terms and Conditions to Be Addressed in the Indicative Bid**

Submitted Indicative Bids must comply with the below requirements to be considered:

i.     Scope of Transaction:  Describe the contemplated Transaction and provide a clear description of the businesses and/or assets that you intend to acquire (and liabilities assumed, if applicable).

ii.     Consideration:  The total purchase price to be paid by you upon closing of a Transaction.  Cash consideration paid in full at closing is preferred; however, other forms of consideration will be considered, including (i) credit bids, and/or (ii) other non-cash consideration (*e.g.*, stock, seller-financed debt, etc.).

iii.     Other Value:  If the value of the bid includes non-cash components, including contracts and leases to be assumed and assigned, assumed liabilities, etc., the bid should include a detailed analysis of the value and any back-up documentation to support such value.

iv.     Required Approvals: Identify all required governmental/regulatory approvals and include a statement that you will obtain all governmental/regulatory approvals required to purchase the applicable assets and/or operate the applicable business.

v.     Financial Wherewithal:  State that you are financially capable of consummating the Transaction(s) contemplated, including sufficient evidence to allow a determination of the same, and, if applicable, provide information supporting your ability to provide adequate assurance of future performance, including copies of any commitment letters.

vi.     Allocation:  Bid must include an allocation of value to various assets included in the Transaction. For example, in an Indicative Bid for Sears NewCo, please include the allocation of value to Retail NewCo and SHS.

vii.     Advisors: Please include the identity of any outside advisors (*e.g.,* legal, financial, accounting or consultants) that you have engaged or would consider engaging to assist you in the Transaction, indicating whether or not they have already been engaged.

viii.     Contact Information: Your Indicative Bid must include a list of contacts (and contact information) with whom Lazard can discuss your Indicative Bid, as well as any relevant contact information for your advisors, if applicable.

ix.     Other Information: Please include any other information that you would deem relevant for the Company and its advisors to evaluate your Indicative Bid.

Following the receipt of your Indicative Bid, the Company may notify you on or about December 7, 2018 that you have been invited to submit a Definitive Bid. The selection of Interested Parties will be determined by the Company in accordance with the Global Bidding Procedures and the Company reserves the right to reject any bidder from further due diligence and discussions of a Definitive Bid. Should you be selected to participate in the Definitive Bid process, you will be provided with a form of purchase agreement.

**Other Information**

If you have executed or will execute a Confidentiality Agreement with the Company, its terms apply to the process as outlined in this letter. As a result, pursuant to the terms and conditions of the Confidentiality Agreement, you must keep all information received regarding the Company pursuant to the Confidentiality Agreement, including your participation in the bidding process, strictly confidential.

Except as provided in the Global Bidding Procedures Order, the Company shall have the right, after consulting with the DIP agents and the Creditors' Committee, in a manner consistent with their fiduciary duties and applicable law, to modify the procedures at any time, including: waive terms and conditions with respect to any Interested Party, extend deadlines, announce at the auction modified or additional procedures for conducting the auction and provide reasonable accommodations to any Interested Party with respect to terms, conditions and deadlines of the bidding and auction process to promote further bids on any assets.

Neither the Company nor Lazard nor any of the Company's representatives makes any representation or warranty, express or implied, as to the accuracy or completeness of any information provided to you or your representatives by the Company or its representatives in connection with matters contemplated hereby. Only those representations and warranties that may be made in a Definitive Agreement, when, as and if executed and subject to such limitations and restrictions as may be specified therein, shall have any legal effect, and you agree that if you determine to engage in a Transaction, such determination will be based solely on the terms of such Definitive Agreement and on your own investigation, analysis and assessment of a Transaction. Except as provided in any such Definitive Agreement, neither the Company nor any of its representatives shall have any liability to you or your affiliates or representatives, resulting from the use of, or reliance on, any information provided to you or your representatives. By submitting an Indicative Bid, you acknowledge that you are relying solely on your own independent investigation and evaluation of the Target Businesses and that you accept the terms of this letter. You will bear all costs and expenses related to this process, your investigation and evaluation of the Target Businesses or that you otherwise incur in connection with your evaluation of a Transaction, including, without limitation, the fees and disbursements of your own legal counsel, agents and advisors, whether or not the Company proceeds with your Indicative Bid.

On October 15, 2018 the Company and certain affiliated debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "U.S. Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York. In the context of the Company's bankruptcy process, any Definitive Agreement that the Company may execute with you or others may be subject to court approval under the applicable provisions of the U.S. Bankruptcy Code. The Company's legal counsel, Weil, Gotshal & Manges LLP, is available to discuss the U.S. bankruptcy process and any implications thereof with respect to a Transaction.

On behalf of the Company, we appreciate your interest and look forward to working with you.

Very truly yours,

LAZARD FRÈRES & CO. LLC

# LAZARD

**Attachment A**

**Global Bidding Procedures**

Lazard Frères & Co. LLC
30 Rockefeller Plaza
New York, NY 10112

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

In re                                               :
                                                    :        **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.,*           :
                                                    :        **Case No. 18-23538 (RDD)**
                                                    :
            Debtors.[1]                             :        **(Jointly Administered)**

----------------------------------------------------------------x

## GLOBAL BIDDING PROCEDURES

        The procedures set forth herein (the "**Global Bidding Procedures**") will be employed in connection with a sale or disposition of certain of the assets of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**").

        By the *Debtors' Motion for Approval of Global Bidding Procedures* (the "**Motion**"), the Debtors sought, among other things, approval of the Global Bidding Procedures for soliciting bids for, conducting auctions (each, an "**Auction**") of, and consummating sales (each, a "**Sale Transaction**") of their assets, as further described herein.

        On November 19, 2018, the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), entered the an order approving the Motion (ECF No. 816) (the "**Global Bidding Procedures Order**").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] All capitalized terms used but not defined herein shall have the respective meanings ascribed to such terms in the Motion and the Global Bidding Procedures Order.

WEIL:\96809395\3\73217.0004

To the extent that the Global Bidding Procedures require the Debtors to consult with any Consultation Party in connection with making a determination or taking any action, or in connection with any other matter related to the Global Bidding Procedures or at any Auction, the Debtors shall do so in a regular and timely manner prior to making such determination or taking such action.

## I.
## Description of the Assets

The Debtors are seeking to sell their stores and related assets identified on **Schedule 1** (the "**Go Forward Stores**").  A party who is interested in purchasing any of the Go Forward Stores may submit a bid for all or some of the Go Forward Stores either on a going concern basis or on a liquidation basis.  The Debtors will announce by December 15, 2018 whether they have obtained a Stalking Horse Bidder for the Go Forward Stores.  Parties are also permitted to submit bids for, and the Debtors will consider, in consultation with the Consultation Parties, any other Assets, including bids for liquidation sales or any or all of the Assets, either together with or independent from any bid for all or some of the Go Forward Stores by the Bid Deadline.  Additional details regarding the sale and auction process for the Go Forward Stores and any other assets for sale will be contained in a process letter to be filed with the Court no later than **November 21, 2018**.

Any party interested in submitting a bid for any of the Debtors' Assets should contact the Debtors' investment banker, Lazard Frères & Co., LLC, 30 Rockefeller Plaza, New York, New York 10112 (Attn: Brandon Aebersold and Levi Quaintance (project.blue.rx@lazard.com)).

The sale of any real estate Assets will not be free and clear of (and shall not extinguish or otherwise diminish) any interests, covenants, or rights applicable to such real estate assets or rights that limit or condition the permitted use of the property such as easements, reciprocal easement agreements, operating or redevelopment agreements, covenants, licenses, or permits (collectively, "**Restrictive Covenants**") unless (i) the counterparties to a Restrictive Covenant agree otherwise or (ii) the Court so determines after specific notice that the Debtors are seeking to sell an Asset free and clear of an identified Restrictive Covenant, an opportunity for counterparties to object, and a hearing.

## II.
## Designation of Stalking Horse Bidders

To the extent the Debtors designate a Stalking Horse Bidder with respect to any of the Assets, including the Go Forward Stores, which designation shall be after consultation with the Consultation Parties, the Debtors shall promptly upon execution of a Stalking Horse Agreement (and in no event more than one (1) calendar day following such execution) file a Sale Notice setting forth the material terms of such Stalking Horse Agreement, including any Credit Bid and Stalking Horse Bid Protections, and attaching the Stalking Horse Agreement and proposed sale order.

i.      Objections to Stalking Horse Agreement.  Any objections to the designation of a Stalking Horse Bidder or any other Stalking Horse Bid Protection pursuant to the terms and provisions of a Stalking Horse Agreement, including any Credit Bid or Termination Payment (each, a

"**Stalking Horse Designation Objection**") must (i) be in writing; (ii) comply with the Bankruptcy Code, Bankruptcy Rules, and Local Rules; (iii) state, with specificity, the legal and factual bases thereof; and (iv) be filed with the Court and served on the Objection Recipients within ten (10) calendar days after filing and service of the applicable Sale Notice with respect to all assets other than the Go Forward Stores; provided that if a designated Stalking Horse Bidder is an insider or affiliate of the Debtors, parties in interest will have fourteen (14) calendar days after filing and service of the applicable Sale Notice to file a Stalking Horse Designation Objection. Parties in interest shall have until **December 31, 2018, at 4:00 p.m. (Eastern Time)** to object to the designation of a Stalking Horse Bidder (including any Credit Bid or Stalking Horse Bid Protection) with respect to the sale of the Go Forward Stores.

If a timely Stalking Horse Designation Objection is filed and served in accordance with the preceding paragraph, the proposed Stalking Horse Bid Protections, including any Termination Payment, provided for under such agreement, shall not be approved until the Stalking Horse Designation Objection is resolved, either consensually, by agreement of the objecting party and the Debtors (after consulting with the Consultation Parties), or by order of the Bankruptcy Court resolving such objection.

For the avoidance of doubt, any Stalking Horse Agreement shall not be binding on the Debtors or their estates absent approval (or deemed approval) by the Bankruptcy Court as set forth herein.

ii.    <u>Failure to File Timely Stalking Horse Designation Objection</u>.  If no timely Stalking Horse Designation Objection is filed and served with respect to an applicable Stalking Horse Agreement in accordance with the Global Bidding Procedures, the Stalking Horse Bid Protections, including any Termination Payment shall be deemed approved; provided that if an affiliate or insider of the Debtors includes a Credit Bid for part or all of their applicable Stalking Horse Bid, the Debtors will schedule a hearing prior to the commencement of the Auction for determination of such affiliate's ability to Credit Bid, and such affiliate shall not be entitled to Credit Bid at the Auction unless it has received an order of the Court approving its ability to Credit Bid prior to the Auction.  Notwithstanding anything to the contrary herein, in the Motion or in the Global Bidding Procedures, for the avoidance of doubt, any affiliate shall be entitled to include a Credit Bid for all or part of its Stalking Horse Bid or Qualified Bid to be submitted by the applicable Bid Deadline and a determination that such Credit Bid constitutes a Qualified Bid may not be made absent an order of the Court.

## III.
### Important Dates and Deadlines
### Assets Other Than Go Forward Stores

| | |
|---|---|
| **Within ten (10) days of service of the Sale Notice** | Deadline to object to designation of a Stalking Horse Bidder and any Stalking Horse Bid Protections offered to a party that is not an insider or affiliate (including any Credit Bid or Termination Payment) |
| **Within fourteen (14) days of service of the Sale Notice** | Deadline to object to designation of Stalking Horse Bidder and any Stalking Horse Bid Protection offered to an insider or affiliate (including any Credit Bid or Termination Payment) |
| **Within fourteen (14) days of service of the Assumption and Assignment Notice and Adequate Assurance Information for Stalking Horse Bidder, as applicable** | Deadline to object to (i) the Debtors' proposed Cure Costs for Proposed Assumed Contracts in an applicable Stalking Horse Package and (ii) the assumption of and assignment to a Stalking Horse Bidder(s) of any Proposed Assumed Contracts or any Contracts or Leases that may later be designated by a Stalking Horse Bidder for assumption and assignment |
| **No earlier than twenty (20) days following service of the Sale Notice** | Bid Deadline |
| **Subject to Court Availability** | Hearing on Stalking Horse Bidder Objections or Qualification of Affiliate/Insider Credit Bid |
| **Within five (5) days of the Bid Deadline or Court determination** | Deadline for the Debtors to notify Prospective Bidders of their status as Qualified Bidders and announcement of Auction Packages |
| **Not less than twenty-five (25) days following service of the Sale Notice** | Auction |
| **Within two (2) days of the conclusion of the Auction** | Target date for the Debtors to file with the Bankruptcy Court the Notice of Auction Results and to provide applicable Counterparties with Adequate Assurance Information for the Successful Bidders if different than Stalking Horse Bidders |
| **Ten (10) days following the filing of Notice of Auction Results and service of the Adequate Assurance Information** | Deadline to object to (i) the proposed Sale Transaction(s) for Successful Bidders (including Stalking Horse Bidders), (ii) Debtors' proposed Cure Costs for Proposed Assumed Contracts not already included in an applicable Assumption and Assignment Notice, (iii) the assumption of and assignment to a Successful Bidder(s) (including a Stalking Horse Bidder) of any Proposed Assumed Contracts or any Contracts or Leases that may later be designated by such Successful Bidder(s) for assumption and assignment, and (iv) the conduct of the Auction |

| Within five (5) days of the deadline to file Sale Objections | Proposed date of Sale Hearing (subject to the availability of the Court) |

**IV.**
**Important Dates and Deadlines**
**Go Forward Stores**

| November 15, 2018 at 10:00 a.m. (ET) | Hearing to consider approval of Global Bidding Procedures and entry of Global Bidding Procedures Order |
|---|---|
| December 5, 2018 | Deadline to Submit Non-Binding Indication of Interest |
| December 15, 2018 | Deadline for the Debtors to designate Stalking Horse Bidder for Go Forward Stores and file a Sale Notice with respect to the Go Forward Stores designating a Stalking Horse Bidder |
| December 28, 2018 at 4:00 p.m. (ET) | Bid Deadline for Go Forward Stores |
| December 31, 2018 at 4:00 p.m. (ET) | Deadline to object to the designation of a Stalking Horse Bidder and any Stalking Horse Bid Protections offered for the Go Forward Stores (including any Credit Bid or Termination Payment) |
| The later of (i) fourteen (14) calendar days after service of the Assumption and Assignment Notice and (y) January 7, 2019 | Deadline to object to (i) proposed Cure Costs for Proposed Assumed Contracts in a Stalking Horse Bid for the Go Forward Stores and (ii) Adequate Assurance Information for Stalking Horse Bidder for Go Forward Stores |
| January 4, 2019 at 4:00 p.m. (ET) | Deadline for the Debtors to notify Prospective Bidders of their status as Qualified Bidders and announcement of Auction Packages |
| January 11, 2019 at 10:00 a.m. (ET) | Hearing on Stalking Horse Designation Objections and on objections to the qualification of any Credit Bid by affiliate or insider, if necessary |
| January 14, 2019 at 10:00 a.m. (ET) | Auction for Go Forward Stores to be conducted at the offices of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 |
| January 16, 2019 | Target date for the Debtors to file with the Bankruptcy Court the  Notice of Auction Results and to provide the applicable Counterparty with Adequate Assurance Information for the Successful Bidder if different than the Stalking Horse Bidder |

| The later of (i) January 24, 2019 at 4:00 p.m. (ET) and (ii) eight (8) days of the filing of the Notice of Auction Results and service of the Adequate Assurance Information | Deadline to object to (i) the proposed Sale Transaction for a Successful Bidder (including a Stalking Horse Bidder), (ii) Debtors' proposed Cure Costs for Proposed Assumed Contracts not included in any Stalking Horse Bid, (iii) the assumption of and assignment to a Successful Bidder that is not a Stalking Horse Bidder of any Proposed Assumed Contracts or any Contracts or Leases that may later be designated by such Successful Bidder for assumption and assignment, and (iv) conduct of the Auction |
|---|---|
| **January 29, 2019 at 4:00 p.m. (ET) or two (2) days prior to the Hearing Date** | Debtors' Deadline to Reply to Sale Objections |
| **February 1, 2019 at 10:00 a.m. (ET)** | Sale Hearing |

## V.
## Noticing

### A.    Consultation Parties

Throughout the sale process, the Debtors and their advisors will regularly and timely consult with the following parties (collectively, the "**Consultation Parties**"):

i.    Bank of America, N.A., in its capacity as the administrative agent under the First Lien Credit Facility and DIP ABL Agent and its advisors, including Skadden, Arps, Slate, Meagher & Flom LLP; and Berkeley Research Group, LLC;

ii.    Wells Fargo Bank, National Association, in its capacity as Co-Collateral Agent under the First Lien Credit Facility and Co-Collateral Agent under the DIP ABL Facility (as defined in the DIP ABL Orders) (together with Bank of America, N.A., the "**DIP ABL Agents**") and its advisors, including Choate, Hall & Stewart LLP; and

iii.    the official committee of unsecured creditors appointed in the Debtors' chapter 11 cases (the "**Creditors' Committee**") and its advisors, including Akin Gump Strauss Hauer & Feld LLP.

The Debtors shall promptly provide copies of all bids and non-binding indications of interest received by the Debtors to the Consultation Parties, but in no event later than the next calendar day after such bid is received; provided that the Consultation Parties must treat such bids and any related information as confidential and shall not publicly disclose such information without the written consent of the Debtors and the applicable bidder; provided, further that any bids by an insider or affiliate must be provided to the Consultation Parties at the same time such bids are provided to the Debtors.

The Debtors shall not consult with or provide copies of bids regarding any assets to any Consultation Party or any insider or affiliate of the Debtors pursuant to the terms of these Global Bidding Procedures if such party has a bid for the Assets pending, or expressed any written interest in bidding for any of the Assets; provided, however, that if such Consultation Party or insider or affiliate of the Debtors chooses not to submit any bid, then such party may receive copies of all bids following expiration of the latest possible Bid Deadline (as such Bid Deadline may be extended hereunder).  Notwithstanding the foregoing, if a member of the Creditors' Committee submits a Qualified Bid (as hereinafter defined), the Creditors' Committee will maintain its consultation rights as a Consultation Party; provided that the Creditors' Committee shall exclude such member from any discussions or deliberations regarding a transaction involving the applicable Assets, and shall not provide any confidential information regarding the Assets or a transaction involving the Assets to the bidding committee member.

For the avoidance of doubt, any consultation rights afforded to the Consultation Parties by these Global Bidding Procedures shall not limit the Debtors' discretion in any way and shall not include the right to veto any decision made by the Debtors in the exercise of their reasonable business judgment.  Rights that Consultation Parties may have pursuant to the terms of other agreements or orders of the Court shall not be affected by these Global Bidding Procedures or the Global Bidding Procedures Order.

**B.     Bid Notice Parties**

Qualified Bids must be submitted in writing to the following parties (collectively, the "**Bid Notice Parties**"):

 i. the Debtors (Attn:  Rob Riecker (rob.riecker@searshc.com); Luke Valentino (luke.valentino@searshc.com); and Mohsin Meghji (mmeghji@miiipartners.com));

 ii. counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Ray C. Schrock, P.C. (ray.schrock@weil.com); Jacqueline Marcus, Esq. (jacqueline.marcus@weil.com); Garrett A. Fail, Esq. (garrett.fail@weil.com); and Sunny Singh, Esq. (sunny.singh@weil.com));

 iii. the Debtors' investment banker, Lazard Frères & Co., LLC, 30 Rockefeller Plaza, New York, New York 10112 (Attn: Brandon Aebersold and Levi Quaintance (project.blue.rx@lazard.com)); and

 iv. to the extent such bid is submitted by an insider or affiliate of the Debtors, each of the Consultation Parties.

**C.     Sale Notice Parties**

The "**Sale Notice Parties**" shall include the following persons and entities:

 i. the Consultation Parties (as applicable);

ii.     the Standard Parties (as defined in the *Amended Order Implementing Certain Notice and Case Management Procedures* (ECF No. 405));

iii.    any governmental authority known to have a claim against the Debtors in these chapter 11 cases;

iv.    all applicable federal, state, and local taxing and regulatory authorities, including the Internal Revenue Service;

v.     all environmental authorities having jurisdiction over any of the Assets, including the Environmental Protection Agency;

vi.    the United States Attorney General;

vii.   the United States Attorney for the Southern District of New York;

viii.  the Office of the Attorney General and Office of the Secretary of State in each state in which the Debtors operate;

ix.    the Antitrust Division of the United States Department of Justice;

x.     the Federal Trade Commission;

xi.    Cardtronics USA, Inc.;

xii.   all entities known or reasonably believed to have asserted a lien, encumbrance, claim or other interest in any of the assets offered for sale;

xiii.  all Counterparties to Contracts and Leases (including any reciprocal easement agreements) that could be assumed or rejected in connection with a Sale Transaction and any additional Contracts or Leases that may be designated for assumption and assignment;

xiv.  all persons and entities known by the Debtors to have expressed an interest to the Debtors in a transaction involving any material portion of the Assets during the past twelve (12) months, including any person or entity that has submitted a bid for any material portion of the Assets;

xv.   any consumer privacy ombudsman appointed under section 332 of the Bankruptcy Code;

xvi.  all of the persons and entities entitled to notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"); and

xvii. all other persons and entities as directed by the Bankruptcy Court.

Within one (1) calendar day after the (a) execution of any Stalking Horse Agreement, including with respect to the Go Forward Stores and (b) determination by the Debtors to auction an asset without a Stalking Horse Bidder, the Debtors shall file with the Bankruptcy Court, serve on the Sale Notice Parties, and cause to be published on the Prime Clerk Website a notice (the "**Sale Notice**"), setting forth (i) a complete list and general description of the Assets (subject to modification at any Auction); (ii) the date, time, and place of the (x) Auction and (y) Sale Hearing; (z) Sale Objection Deadlines; and (aa) the procedures for objecting to the proposed Sale Transaction(s)

As soon as reasonably practicable following, but no later than five (5) business days after the execution of a Stalking Horse Agreement with respect to the Go Forward Stores, the Debtors shall cause the information contained in the Sale Notice to be published once in at least one national publication.

**D.     Objection Recipients**

Sale Objections shall be filed with the Bankruptcy Court and served on the following parties (collectively, the "**Objection Recipients**"): (i) the Bid Notice Parties; (ii) the Consultation Parties; and (iii) counsel to the relevant Stalking Horse Bidder, if applicable, or Successful Bidder (as hereinafter defined) at the applicable Auction by no later than (a) with respect to the sale of the Go Forward Stores to a Successful Bidder, including a Stalking Horse Bidder, the later of (x) **January 24, 2019 at 4:00 p.m. (Eastern Time)** and (y) eight (8) days after the filing of the Notice of Auction Results and service of the Adequate Assurance Information and (b) with respect to the sale of all other Assets, including a sale to an applicable Stalking Horse Bidder, within ten (10) days of the filing of the Notice of Auction Results and service of the Adequate Assurance Information (the "**Sale Objection Deadline**"); provided that, the Debtors may extend the Sale Objection Deadline, as the Debtors deem appropriate in the exercise of their reasonable business judgment after consultation with the Consultation Parties.

**E.     Notices Regarding Assumption and Assignment**

The Debtors shall provide all notices regarding the proposed assumption, assignment, and designation of Contracts and Leases in accordance with the Global Bidding Procedures Order

**VI.**
**Bidder Qualifications**

Each person or entity that desires to participate in any Auction (each, a "**Prospective Bidder**") as determined by the Debtors, after consultation with the Consultation Parties, shall satisfy each of the following eligibility requirements:

**A.     Due Diligence**

To be eligible to participate in an Auction, a Prospective Bidder must first execute a confidentiality agreement, in form and substance satisfactory to the Debtors.  Upon execution of a valid confidentiality agreement, any Prospective Bidder identified by the Debtors, after consultation with the Consultation Parties, to be reasonably likely to be a Qualified Bidder (as

hereinafter defined) that wishes to conduct due diligence on the Assets may be granted access to confidential information regarding the same, including an information package containing information and financial data with respect to the applicable Assets and access to a data room (the "**Data Room**") with confidential electronic data concerning the Assets.  If the Debtors, after consultation with the Consultation Parties, determine that a Prospective Bidder does not qualify as a Qualified Bidder, the Prospective Bidder shall not be entitled to access to the Data Room or receive additional non-public information regarding the Debtors' businesses, the Assets, or the sale process.

Promptly upon a Prospective Bidder entering into a confidentiality agreement, but in any event no later than the next calendar day following such event, the Debtors will notify each of the Consultation Parties and provide to such Consultation Parties copies of such executed confidentiality agreements.

The Debtors will work to accommodate all reasonable requests for additional information and due diligence access from Prospective Bidders.  All due diligence requests shall be directed to the Debtors' investment banker, Lazard Frères & Co., LLC, 30 Rockefeller Plaza, New York, New York 10112 (Attn: Brandon Aebersold and Levi Quaintance (project.blue.rx@lazard.com)).

**B.      Non-Binding Indication of Interest Date for Go Forward Stores**

If you are interested in purchasing any of the Go Forward Stores, whether individually, in combination, or in connection with a Stalking Horse Store Package, you are encouraged contact the Debtors' advisors by **December 5, 2018** (the "**Non-Binding Indication of Interest Date**"), in writing expressing your interest and identifying the Assets in which you are expressing such interest to Lazard Frères & Co., LLC, 30 Rockefeller Plaza, New York, New York 10112 (Attn: Brandon Aebersold and Levi Quaintance (project.blue.rx@lazard.com))

Note that submitting an indication of interest by the Non-Binding Indication of Interest Date does not obligate you to submit a formal bid or to participate in the sale process and does not exempt you from also having to submit a Qualified Bid by the applicable Bid Deadline (defined below) in order to participate in any subsequent Auction for the Assets on which you are indicating an interest, all as described below.

**C.      Bid Deadline**

Any Prospective Bidder that intends to participate in an Auction must submit a Qualified Bid (as hereinafter defined) on or before **December 28, 2018, at 4:00 p.m. (Eastern Time)** with respect to the Go Forward Stores and within twenty (20) days of service of the applicable Sale Notice with respect to all other Assets (each, a "**Bid Deadline**") in writing to the Bid Notice Parties.

The Debtors may, in consultation with the Consultation Parties and consistent with the terms of the DIP ABL Documents (as defined in the DIP ABL Orders), extend a Bid Deadline for any reason whatsoever, in their reasonable business judgment, for all or certain Prospective Bidders.  For the avoidance of doubt, any such extension shall not affect any applicable milestones under the DIP ABL Orders.

### D.    Qualified Bid Requirements

To qualify as a "**Qualified Bid**," a bid must (i) be a Stalking Horse Bid, or (ii) be in writing and determined by the Debtors, after consultation with the Consultation Parties, to satisfy the following requirements:

1.    <u>Identification of Bidder</u>.  A Qualified Bid must fully disclose the legal identity of each person or entity bidding for the Assets or otherwise participating in the Auction in connection with such bid (including any equity holders or other financial backers, if the Prospective Bidder is an entity formed for the purpose of submitting bids or consummating a Sale Transaction), and the complete terms of any such participation, and must also disclose any connections, arrangements, or agreements, whether oral or written, with the Debtors, any other known Prospective Bidder or Qualified Bidder, and/or any officer or director of the foregoing.

2.    <u>Proposed APA</u>.  A Qualified Bid must include an executed asset purchase agreement (the "**Proposed APA**") with a redline marked to show any proposed amendments and modifications to the Stalking Horse Agreement (if any).

3.    <u>Purchased Assets</u>.  A Qualified Bid must clearly identify the following:

a.    the Assets to be purchased, including any Contracts and Leases of the Debtors that would be assumed and assigned in connection with the proposed Sale Transaction (all such Contracts and Leases, the "**Proposed Assumed Contracts**");

b.    with respect to a bid for multiple Assets, the allocation of value in U.S. dollars that the Prospective Bidder associates with each Asset (or group of Assets if such bid is conditioned upon the purchase of all Assets in such group), including a description of any significant assumptions on which such valuation is based;

c.    the liabilities, if any, to be assumed, including any debt to be assumed; and

d.    the Credit Bid or Landlord Bid (each as hereinafter defined), or non-cash consideration, if applicable, and/or the cash purchase price of the bid.

4.    <u>Form of Consideration</u>.

a.    <u>Credit Bidding</u>.  Persons or entities holding a perfected security interest in Assets may seek to Credit Bid, to the extent permitted by applicable law and the documentation governing the Debtors' prepetition credit facilities; provided that if an affiliate or insider of the Debtors includes a Credit Bid for part or all of their applicable

Stalking Horse Bid, the Debtors will schedule a hearing prior to the commencement of the Auction for determination of such affiliate's ability to Credit Bid, and such affiliate shall not be entitled to Credit Bid at the Auction unless it has received an order of the Court approving its ability to Credit Bid prior to the Auction and compliant with the DIP ABL Orders. Each of the DIP ABL Agents shall be deemed a Qualified Bidder and shall be entitled to Credit Bid all or a portion of its respective DIP ABL Obligations or Prepetition ABL Obligations (each as defined in the DIP ABL Orders) as applicable, in accordance with section 363(k) of the Bankruptcy Code.

Notwithstanding anything to the contrary herein, in the Motion or in the Global Bidding Procedures, for the avoidance of doubt, any affiliate shall be entitled to include a Credit Bid for all or part of its Stalking Horse Bid or Qualified Bid to be submitted by the applicable Bid Deadline and a determination that such Credit Bid constitutes a Qualified Bid may not be made absent an order of the Court.

b.  <u>Landlord Bid</u>.  Subject to the Debtors' discretion to consider such bids, any bid submitted by a landlord for the purchase of one of more of such landlord's own Leases (each such bid, a "**Landlord Bid**") may include a purchase price comprised of a (i) cash component, and (ii) a non-cash component that represents a valid and undisputed "credit" for any unpaid amounts validly due under such Lease (a "**Landlord Credit**") to reduce the cash consideration for the applicable Lease, but not the Good Faith Deposit (as hereinafter defined) required.

c.  <u>Other Non-Cash Consideration</u>. Subject to the Debtors' discretion to consider such bids, in consultation with the Consultation Parties, a bid may be in the form of or include non-cash consideration such as stock or debt securities.

d.  <u>Cash Requirements</u>. All bids must provide sufficient cash consideration for the payment of any applicable Termination Payment in cash in full.  Any Credit Bid must include a cash component sufficient to pay any applicable Termination Payment and all obligations secured by senior liens on the applicable Assets.

5.  <u>Good Faith Deposit</u>.  Other than bids that are comprised entirely of a Credit Bid or a Landlord Bid (as permitted hereunder), a Qualified Bid must be accompanied by a "**Good Faith Deposit**" in the form of cash in the amount equal to at least ten percent (10%) of the cash portion of the proposed purchase price.  A Good Faith Deposit is required for any bid that includes a cash component, including any bid that is part cash and part

Credit Bid or Landlord Bid.  The Debtors may require a higher Good Faith Deposit in their discretion, after consultation with the Consultation Parties, as necessary to protect the interests of their estates or to maximize value. Good Faith Deposits shall be deposited prior to the Bid Deadline, with an escrow agent selected by the Debtors (the "**Escrow Agent**"), pursuant to the escrow agreement to be provided by the Debtors to Prospective Bidders, and Qualified Bidders shall provide information reasonably requested by the Escrow Agent to establish the deposit, including KYC information.  All Good Faith Deposits shall be held in escrow until no later than ten (10) days after the conclusion of the Auction (except for the Good Faith Deposits of the Successful Bidder(s) and Back-Up Bidder(s)), and thereafter returned to the respective bidders in accordance with the provisions of Part IX of these Global Bidding Procedures.

To the extent that a bid is modified at or prior to the Auction, the bidder must adjust its Good Faith Deposit so that it equals no less than the required deposit to purchase the applicable Assets.

6.    <u>Financial Information</u>. A Qualified Bid must include the following:

    a.    a statement that the Prospective Bidder is financially capable of consummating the Sale Transaction(s) contemplated by the Proposed APA;

    b.    if applicable, and except for a Landlord Bid, information supporting the Prospective Bidder's (or any other proposed assignee's) ability to comply with the requirement to provide adequate assurance of future performance under Bankruptcy Code section 365(f)(2)(B) and, if applicable, Bankruptcy Code section 365(b)(3), including (i) the Prospective Bidder's financial wherewithal and willingness to perform under Proposed Assumed Contracts and any other Contracts and Leases that may later be designated by the Prospective Bidder (if named a Successful Bidder) for assumption and assignment in connection with a Sale Transaction; and (ii) the identity of any known proposed assignee of applicable Contracts or Leases (if different from the Prospective Bidder) with contact information for such person or entity (such information, "**Adequate Assurance Information**").    The Adequate Assurance Information may, but shall not be required to include (a) a corporate organizational chart or similar disclosure identifying ownership and control of the proposed assignee of applicable Contracts and Leases; (b) financial statements, tax returns, and annual reports, (c) any financial projections, calculations, and/or financial pro-formas prepared in contemplation of purchasing leases, (d) the number of stores the proposed assignee operates and al trade names that the proposed

assignee uses, (e) the proposed assignee's intended use of the leased premises, (f) the proposed assignee's experience in retail and in operating in-line and/or anchor stores in a shopping center; and (g) a contact person for the proposed assignee; and

c.       sufficient evidence, as reasonably determined by the Debtors, to allow the Debtors, in consultation with the Consultation Parties, to determine that the Prospective Bidder has, or can obtain, the financial wherewithal to consummate the Sale Transactions contemplated in the Prospective Bidder's Proposed APA in a timely manner, including copies of any commitment letters.

7.       <u>Representations and Warranties</u>. A Qualified Bid must include the following representations and warranties:

a.       a statement that the Prospective Bidder has had an opportunity to conduct any and all due diligence regarding the applicable Assets prior to submitting its bid;

b.       a statement that the Prospective Bidder has relied solely upon its own independent review, investigation, and/or inspection of any relevant documents and the Assets in making its bid and did not rely on any written or oral statements, representations, promises, warranties, or guaranties whatsoever, whether express or implied, by operation of law or otherwise, regarding the Assets or the completeness of any information provided in connection therewith, except as expressly stated in the representations and warranties contained in the Prospective Bidder's Proposed APA ultimately accepted and executed by the Debtors; and

c.       a statement that it has not engaged in any collusion with respect to the submission of its bid.

8.       <u>Required Approvals</u>. A Qualified Bid must include a statement or evidence (i) that the Prospective Bidder has made or will make in a timely manner all necessary filings under the Hart-Scott-Rodino Antitrust Improvements Act of 1976 ("**HSR Filings**"), as amended, if applicable, and pay the fees associated with such filings; and (ii) identifying all required governmental and regulatory approvals and an explanation and/or evidence of the Prospective Bidder's plan and ability to obtain all governmental and regulatory approvals required from and after closing an applicable Sale Transaction and the proposed timing for the Prospective Bidder to undertake the actions required to obtain such approvals. A Prospective Bidder further agrees that its legal counsel will coordinate in good faith with the Debtors' legal counsel to discuss and explain the Prospective Bidder's regulatory analysis, strategy, and timeline for

securing all such approvals as soon as reasonably practicable, and in no event later than the time period contemplated in the Proposed APA.

9.     <u>Authorization</u>.    A Qualified Bid must include evidence of corporate authorization and approval from the Prospective Bidder's board of directors (or comparable governing body) with respect to the submission, execution, and delivery of a bid, participation in the Auction, and closing of the transactions contemplated by the Prospective Bidder's Proposed APA in accordance with the terms of the bid and these Global Bidding Procedures.

10.     <u>Other Requirements</u>. A Qualified Bid shall

a.     expressly state that the Prospective Bidder agrees to serve as a back-up bidder (a "**Back-Up Bidder**") if such bidder's Qualified Bid is selected as the next highest or next best bid after the Successful Bid (as hereinafter defined) with respect to the applicable Assets;

b.     state that the bid is formal, binding, and unconditional (except as set forth in an applicable asset purchase agreement ultimately executed by the Debtors); is not subject to any further due diligence; and is irrevocable until the first business day following the close of a Sale Transaction for the applicable Assets;

c.     with the exception of any Stalking Horse Bid, expressly state and acknowledge that the Prospective Bidder shall not be entitled to any break-up fee, expense reimbursement, or other bid protection in connection with the submission of a bid for the Assets or otherwise participating in the Auction or sale process, unless otherwise granted by the Debtors, in consultation with the Consultation Parties, in accordance with these Global Bidding Procedures and approved by the Bankruptcy Court;

d.     expressly waive any claim or right to assert any substantial contribution administrative expense claim under section 503(b) of the Bankruptcy Code in connection with bidding for the Assets and/or participating in the Auction;

e.     not contain any financing or diligence contingencies of any kind;

f.     be reasonably likely (based on antitrust or other regulatory issues, experience, and other considerations) to be consummated, if selected as the Successful Bid, within a time frame acceptable to the Debtors in consultation with the Consultation Parties;

g.      a covenant to cooperate with the Debtors to provide pertinent factual information regarding the Prospective Bidder's operations reasonably required to analyze issues arising with respect to any applicable antitrust laws and other applicable regulatory requirements;

h.      include contact information for the specific person(s) the Debtors should contact in the event they have questions about the Prospective Bidder's bid; and

i.      a covenant to comply with the terms of the Global Bidding Procedures and the Global Bidding Procedures Order.

For the avoidance of doubt, a Stalking Horse Bid is a Qualified Bid that complies with or is exempted from the foregoing requirements.

Notwithstanding the foregoing or anything contained in these Global Bidding Procedures to the contrary, the Debtors reserve the right to, in consultation with the Consultation Parties, consider Landlord Bids (and any bid for less than all of the Assets in a Stalking Horse Bid, each such bid, a "**Partial Bid**," that include Landlord Bids).  A Landlord Bid may qualify as a Qualified Bid if such bid complies with the Qualified Bid requirements set forth in Paragraphs 1, 4(b), 6, 7, 9, and 10 of this Section VI.C.  For the avoidance of doubt, Landlord Bids shall not be required to include any Adequate Assurance Information with respect to the bidding landlord's ability to perform under its own Lease.

## D.      Qualified Bidders

A bid received for the Assets that is determined by the Debtors, in consultation with the Consultation Parties, to meet the requirements set forth in Section VI. C above will be considered a "Qualified Bid," and any bidder that submits a Qualified Bid (including any Stalking Horse Bid) will be considered a "**Qualified Bidder**."

The Debtors may, after consulting with the Consultation Parties, amend or waive the conditions precedent to being a Qualified Bidder at any time, in their reasonable business judgment and in consultation with the Consultation Parties, in a manner consistent with their fiduciary duties and applicable law (as reasonably determined in good faith by the Debtors in consultation with their outside legal counsel).

## VII.
## Bid Review Process

The Debtors will evaluate timely bids, at the direction of the Restructuring Committee and in regular and timely consultation with the Consultation Parties and, may, based upon their evaluation of the content of each bid, engage in negotiations with Prospective Bidders who submitted bids, as the Debtors deem appropriate, in their reasonable business judgment, and in a manner consistent with their fiduciary duties and applicable law.  In evaluating the bids, the Debtors may take into consideration the following non-binding factors:

1.    the amount of the purchase price and Credit Bid, Landlord Credit, and/or other non-cash consideration, as applicable, set forth in the bid;

2.    the Assets included in or excluded from the bid, including any Proposed Assumed Contracts;

3.    the value to be provided to the Debtors under the bid, including the net economic effect upon the Debtors' estates, taking into account any Stalking Horse Bidder's rights to any Termination Payment;

4.    any benefit to the Debtors' bankruptcy estates from any assumption of liabilities or waiver of liabilities, including the release or replacement of letters of credit;

5.    the transaction structure and execution risk, including conditions to, timing of, and certainty of closing; termination provisions; availability of financing and financial wherewithal to meet all commitments; and required governmental or other approvals;

6.    the impact on employees and employee claims against the Debtors;

7.    the impact on trade creditors and landlords; and

8.    any other factors the Debtors may reasonably deem relevant consistent with their fiduciary duties.

The Debtors, after consultation with the Consultation Parties, will make a determination regarding which bids qualify as a Qualified Bids, and will notify Prospective Bidders whether they have been selected as Qualified Bidders by no later than **January 4, 2019** with respect to the Go Forward Stores and within five (5) days of the applicable Bid Deadline with respect to the all other Assets.

The Debtors reserve the right, in consultation with the Consultation Parties, to work with any Prospective Bidder in advance of the Auction to cure any deficiencies in a bid that is not initially deemed a Qualified Bid.  The Debtors, at the direction of the Restructuring Committee and after consultation with the Consultation Parties, may accept a single bid or multiple Partial Bids for non-overlapping Assets such that, if taken together, would otherwise meet the standards for a single Qualified Bid as to any Assets or combinations of Assets that the Debtors determine to auction (in which event those multiple bidders shall be treated as a single Qualified Bidder for purposes of the Auction).  Without the prior written consent of the Debtors, after consulting with the Consultation Parties, a Qualified Bidder may not modify, amend, or withdraw its Qualified Bid, except for proposed amendments to increase the purchase price or otherwise improve the terms of the Qualified Bid.

At the direction of the Restructuring Committee, and after consultation with the Consultation Parties, the Debtors shall make a determination regarding the following:

(A)     the Assets and/or any combination of the Assets to be auctioned by the Debtors, which may include any individual Assets or combinations of Assets, including any Stalking Horse Package (each group of Assets, an "**Auction Package**");

(B)     the highest or best Qualified Bid (or collection of Partial Bids comprising one Qualified Bid) for each Auction Package (each, a "**Baseline Bid**" and, such bidder or group of bidders, a "**Baseline Bidder**") to serve as the starting point at the Auction for such Auction Package; and

(C)     which bids have been determined to be Qualified Bids and the Auction Package applicable to such Qualified Bid; provided that the Debtors may permit a Qualified Bidder to bid on more than one Auction Package.

As soon as practicable, but in no event later than the next calendar day, the Debtors will provide copies of each Baseline Bid to the Consultation Parties. The Debtors will consult with the Consultation Parties regarding the designation of Baseline Bids and advise the Consultation Parties of the designated Baseline Bids within one (1) calendar day of the Debtors' determination of Baseline Bids.

## VIII.
## Auctions

With respect to any Stalking Horse Package, if no Qualified Bid other than the applicable Stalking Horse Bid is received by the Bid Deadline, the Debtors will not conduct an Auction for the Stalking Horse Package and shall file with the Bankruptcy Court, serve on the Sale Notice Parties, and cause to be published on the Prime Clerk Website a notice indicating that the Auction for the Stalking Horse Package has been canceled and that the Stalking Horse Bidder is the Successful Bidder with respect to the Stalking Horse Package, and setting forth the date and time of the applicable Sale Hearing.

With respect to Assets not included in any Stalking Horse Package, if only one Qualified Bid is received in respect of such assets by the applicable Bid Deadline, the Debtors may, upon direction from the Restructuring Committee and in consultation with the Consultation Parties, determine to consummate a Sale Transaction with the applicable Qualified Bidder (without conducting an Auction for the applicable Assets) and shall file with the Bankruptcy Court, serve on the Sale Notice Parties, and cause to be published on the Prime Clerk Website a notice identifying the Qualified Bidder and setting forth the terms of the Qualified Bid and the date and time of the applicable Sale Hearing.

**Nothing herein shall obligate the Debtors to consummate or pursue any transaction with respect to any Asset.**

An Auction, if any, will be conducted at the offices of Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, New York 10153 on **January 14, 2018, at 10:00 a.m. (Eastern Time)** with respect to the Go Forward Stores and not less than twenty-five (25) days following service of the applicable Sale Notice with respect to all other Assets at a location to be

announced, or at such other time and location as designated by the Debtors, consistent with the terms of the DIP ABL Documents, in consultation with the Consultation Parties and providing notice to the Sale Notice Parties. If held, the proceedings of an Auction will be transcribed and/or video recorded.

## A.    Participants and Attendees

Only Qualified Bidders are eligible to participate in the applicable Auction, subject to other limitations as may be reasonably imposed by the Debtors in accordance with these Global Bidding Procedures. Qualified Bidders participating in an Auction must appear in person at the Auction, or through a duly authorized representative. Auctions will be conducted openly, and the Consultation Parties, their professional advisors, and all creditors will be permitted to attend; provided that the Debtors may, in their reasonable business judgment, and after consultation with the Consultation Parties, establish a reasonable limit on the number of representatives and/or professional advisors that may appear on behalf of or accompany each Qualified Bidder and other parties in interest at an Auction.

Each Qualified Bidder participating in an Auction will be required to confirm in writing and on the record at an Auction that (i) it has not engaged in any collusion with respect to the submission of any bid or the Auction and (ii) its Qualified Bid represents a binding, good faith, and bona fide offer to purchase the Assets identified in such bid if selected as the Successful Bidder.

## B.    Auction Procedures

Auctions shall be governed by the following procedures, subject to the Debtors' right to modify such procedures in their reasonable business judgment, in consultation with the Consultation Parties, and in a manner consistent with their fiduciary duties and applicable law:

1.    Baseline Bids. Bidding for each Auction Package shall commence at the amount of the Baseline Bid (or combination of Baseline Bids).

2.    Minimum Overbid. Qualified Bidders may submit successive bids higher than the previous bid, based on and increased from the applicable Baseline Bid. The Debtors shall, in consultation with the Consultation Parties, announce at the outset of the Auction the minimum required increments for successive Qualified Bids (each such bid, a "**Minimum Overbid**"). The Debtors may, in their reasonable business judgment, and in consultation with the Consultation Parties, announce increases or reductions to Minimum Overbids at any time during the Auction.

a.    Stalking Horse Credit for Termination Payment. If a Qualified Bidder who is not a Stalking Horse Bidder bids at an Auction for a Stalking Horse Package, the applicable Stalking Horse Bidder will be entitled to a "credit" in the amount of the applicable Termination Payment to be counted toward its bid. The cash and other considerations proposed by such Qualified Bidder must

exceed the applicable Stalking Horse Bid by the purchase price contained in the Stalking Horse Bid, plus the Termination Payment, by at least the amount of the Minimum Overbid to advance to the next round of bidding.  To the extent that a Stalking Horse Bidder submits a competing bid for its Stalking Horse Package, the Stalking Horse Bidder will be entitled to a "credit" in the amount of the applicable Termination Payment to be counted toward its bid and the computation of the Minimum Overbid for bidders to advance to the next round of bidding with respect to the Stalking Horse Package.

3.    <u>Highest or Best Offer</u>.  After the first round of bidding and between each subsequent round of bidding, the Debtors, after consulting with the Consultation Parties, shall announce the bid that they believe to be the highest or best offer (or combination of offers) for an Auction Package (each such bid, a "**Leading Bid**").  Each round of bidding will conclude after each participating Qualified Bidder has had the opportunity to submit a subsequent bid with full knowledge of the Leading Bid.

Auctions may include open bidding in the presence of all other Qualified Bidders.  All Qualified Bidders shall have the right to submit additional bids and make modifications to their proposed agreements at an Auction to improve their bids, including by bidding on additional Assets not included in their original Qualified Bid.  The Debtors may, in their reasonable business judgment, and in consultation with the Consultation Parties, negotiate with any and all Qualified Bidders participating in an Auction.

The Debtors shall have the right, after consultation with the Consultation Parties, to withdraw any Assets from an Auction that are not in a Stalking Horse Package and to determine, in their reasonable business judgment, in consultation with the Consultation Parties, which bid is the highest or best bid and reject, at any time, any bid that the Debtors deem to be inadequate or insufficient, not in conformity with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, these Global Bidding Procedures, the DIP ABL Documents, any order of the Bankruptcy Court, or the best interests of the Debtors and their estates; except that, if a Stalking Horse Bid as reflected in a Stalking Horse Agreement is the only Qualified Bid received in respect of the applicable Stalking Horse Package, the foregoing shall be inoperative with respect to the Stalking Horse Bid.  No attempt by the Debtors to reject a bid pursuant to this paragraph will modify any rights of the Debtors or the Stalking Horse Bidder under any Stalking Horse Bidder under any Stalking Horse Agreement (although the same may be consensually modified during an Auction).

**C.    Auction Results**

    1.   <u>Successful Bids</u>.  Immediately prior to the conclusion of an Auction, the Debtors shall, in consultation with the Consultation Parties, (i) determine, consistent with these Global Bidding Procedures, which Qualified Bids constitute the highest or best Qualified Bids for each of the Auction Packages (each such bid, a "**Successful Bid**"); and (ii) notify all Qualified Bidders at the Auction of the identity of the bidders who submitted the Successful Bids (each such bidder, a "**Successful Bidder**") and the amount of the purchase prices and other material terms of the Successful Bids.

    A Successful Bidder shall, within one (1) business day after the conclusion of the applicable Auction, submit to the Debtors fully executed revised documentation memorializing the terms of the Successful Bid.  The Successful Bid may not be assigned to any party without the consent of the Debtors after consulting with the Consultation Parties.

    2.   <u>Back-Up Bids</u>. Immediately prior to the conclusion of an Auction, the Debtors shall, in consultation with the Consultation Parties, (i) determine, consistent with these Global Bidding Procedures and the DIP ABL Documents, and except as provided in any Stalking Horse Agreement, which Qualified Bid is the next highest or next best Qualified Bid after the Successful Bid for an Auction Package (each such bid, a "**Back-Up Bid**"); and (ii) notify all Qualified Bidders at the Auction of the identities of the Back-Up Bidders and the amount of the purchase prices and other material terms of the Back-Up Bids.

    The Back-Up Bids shall remain open and irrevocable until the earliest to occur of (i) the first business day after the consummation of a Sale Transaction with the Successful Bidder for the applicable Asset; (ii) forty-five (45) days after the conclusion of the applicable Auction; and (iii) the release of the applicable Back-Up Bid by the Debtors (such date, the "**Back-Up Bid Expiration Date**").  If the Sale Transaction with a Successful Bidder is terminated prior to the Back-Up Bid Expiration Date, the applicable Back-Up Bidder shall be deemed the new Successful Bidder and shall be obligated to consummate the Back-Up Bid as if it were the Successful Bid at the applicable Auction.

    The Debtors will, within two (2) business days after the conclusion of an Auction, or as soon as reasonably practicable thereafter, file with the Bankruptcy Court, serve on the Sale Notice Parties, and cause to be published on the Prime Clerk Website a notice of the results of the Auction (the "**Notice of Auction Results**"), which shall (i) identify the Successful Bidders and Back-Up Bidders; (ii) list all Proposed Assumed Contracts in the Successful Bids and Back-Up Bids; (iii) identify any known proposed assignee(s) of Proposed Assumed Contracts (if different from the applicable Successful Bidder); (iv) list any known Contracts and Leases that may later be designated by a Successful Bidder for assumption and assignment in connection

with a Sale Transaction; (v) to the extent practicable, the governing agreement with the
Successful Bidder or drafts thereof; and (vi) set forth the deadline and procedures for filing
Adequate Assurance Objections (as hereinafter defined) in response to the Notice of Auction
Results.

## IX.
## Disposition of Good Faith Deposits

### A.    Prospective Bidders

Within three (3) business days after the applicable Bid Deadline, the Escrow Agent shall
return to each Prospective Bidder that was determined not to be a Qualified Bidder, as confirmed
by the Debtors, such Prospective Bidder's Good Faith Deposit, plus any interest accrued thereon.
Upon the authorized return of such Prospective Bidder's Good Faith Deposit, the bid of such
Prospective Bidder shall be deemed revoked and no longer enforceable.

### B.    Qualified Bidders

1.  Forfeiture of Good Faith Deposit.  The Good Faith Deposit of a Qualified Bidder
    will be forfeited to the Debtors if (i) the applicable Qualified Bidder attempts to
    modify, amend, or withdraw its Qualified Bid, except as permitted by these
    Global Bidding Procedures, during the time the Qualified Bid remains binding
    and irrevocable under these Global Bidding Procedures; or (ii) the Qualified
    Bidder is selected as the Successful Bidder and fails to enter into the required
    definitive documentation or to consummate a Sale Transaction in accordance with
    these Global Bidding Procedures and the terms of the applicable transaction
    documents with respect to the Successful Bid.  The Escrow Agent shall release
    the Good Faith Deposit by wire transfer of immediately available funds to an
    account designated by the Debtors two (2) business days after the receipt by the
    Escrow Agent of a written notice by an authorized officer of the Debtors stating
    that the Qualified Bidder has breached or failed to satisfy its obligations or
    undertakings.

2.  Return of Good Faith Deposit.  With the exception of the Good Faith Deposits of
    Successful Bidders and Back-Up Bidders, the Escrow Agent shall return to any
    other Qualified Bidder any Good Faith Deposit, plus any interest accrued thereon,
    ten (10) business days after the conclusion of the Auction.

3.  Back-Up Bidders.  The Escrow Agent shall return a Back-Up Bidder's Good
    Faith Deposit, plus any interest accrued thereon, within ten (10) business days
    after the occurrence of the applicable Back-Up Bid Expiration Date.

4.  Successful Bidders. The Good Faith Deposit of a Successful Bidder shall be
    applied against the cash portion of the purchase price of the Successful Bid upon
    the consummation of the applicable Sale Transaction.

**C.      Escrow Instructions**

The Debtors and, as applicable, the Prospective Bidder, Qualified Bidder, and/or Back-Up Bidder agree to execute an appropriate joint notice to the Escrow Agent providing instructions for the return of any Good Faith Deposit, to the extent such return is required by these Global Bidding Procedures.  If either party fails to execute such written notice, the Good Faith Deposit may only be released by an order of the Bankruptcy Court.

## X.
## Sale Hearing

At one or more hearings before the Bankruptcy Court (each, a "**Sale Hearing**"), the Debtors will seek the entry of orders authorizing and approving, among other things, the following Sale Transactions (each, a "**Sale Order**"), to the extent applicable:

1.      if no other Qualified Bid is received by the Debtors in respect of a Stalking Horse Package, a sale of such assets to the applicable Stalking Horse Bidder pursuant to the terms and conditions set forth in the applicable Stalking Horse Agreement; and

2.      with respect to any Assets that are auctioned and/or sold by the Debtors pursuant to these Global Bidding Procedures, a sale of such assets to the applicable Successful Bidder(s).

The Debtors may, in their reasonable business judgment, in consultation with the Consultation Parties and the Successful Bidders (including any Stalking Horse Bidder if named a Successful Bidder), and consistent with the terms of the DIP ABL Documents, adjourn or reschedule any Sale Hearing with sufficient notice to the Sale Notice Parties, including by (i) an announcement of such adjournment at the applicable Sale Hearing or at the Auction, or (ii) the filing of a notice of adjournment with the Bankruptcy Court prior to the commencement of the applicable Sale Hearing; provided that nothing herein shall authorize the Debtors to unilaterally extend any date or deadline set forth in any Stalking Horse Agreement.

Any objections to (A) a proposed Sale Transaction, including any objection to the sale of any Assets free and clear of liens, claims, interests, and encumbrances pursuant to section 363(f) of the Bankruptcy Code and/or entry of a Sale Order (a "**Sale Objection**"); (B) the Debtors' proposed Cure Costs set forth in a Notice of Assumption and Assignment (a "**Cure Objection**"); and (C) provision of adequate assurance of future performance with respect to any Proposed Assumed Contracts or Contracts or Leases that may later be designated for assumption and assignment by a Successful Bidder in connection with a Sale Transaction (an "**Adequate Assurance Objection**") must (i) be in writing; (ii) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules; (iii) state, with specificity, the legal and factual bases thereof; (iv) include any appropriate documentation in support thereof; and (v) be filed with the Bankruptcy Court and served on the Objection Recipients by the applicable Sale Objection Deadline.

All Sale Objections not otherwise resolved by the parties shall be heard at the applicable Sale Hearing. Any party who fails to file with the Bankruptcy Court and serve on the Objection Recipients a Sale Objection by the applicable Sale Objection Deadline may be forever barred from asserting, at the Sale Hearing or thereafter, any objection to the relief requested in the Motion with regard to a Successful Bidder, or to the consummation and performance of the Sale Transactions contemplated by any Stalking Horse Agreement, or asset purchase agreement with a Successful Bidder, including the transfer of the Assets to any Stalking Horse Bidder, or Successful Bidder (including any Back-Up Bidder subsequently deemed a Successful Bidder), free and clear of all liens, claims, interests, and encumbrances pursuant to section 363(f) of the Bankruptcy Code. Notwithstanding the foregoing, in accordance with the terms of the Global Bidding Procedures Order, the Debtors may, in their discretion, and in consultation with the applicable Counterparty, adjourn Cure Objections to be considered at a later hearing and assign Proposed Assumed Contracts while such objections remain outstanding.

## XI.
## Consent to Jurisdiction and Authority as Condition to Bidding

All Prospective Bidders and any Stalking Horse Bidder shall be deemed to have (i) consented to the core jurisdiction of the Bankruptcy Court to enter any order or orders, which shall be binding in all respects, in any way related to these Global Bidding Procedures, the Auction, or the construction or enforcement of any agreement or any other document relating to the Sale Transactions; (ii) waived any right to a jury trial in connection with any disputes relating to these Global Bidding Procedures, the Auction, or the construction or enforcement of any agreement or any other document relating to the Sale Transactions; and (iii) consented to the entry of a final order or judgment in any way related to these Global Bidding Procedures, an Auction, or the construction or enforcement of any agreement or any other document relating to the Sale Transactions if it is determined that the Bankruptcy Court would lack Article III jurisdiction to enter such a final order or judgment absent the consent of the parties.

## XII.
## Reservation of Rights

Except with respect to the procedures (including the deadlines set forth in these Global Bidding Procedures) for consideration of Credit Bids by any insiders or affiliates, the Debtors reserve the right to, in their reasonable business judgment, in a manner consistent with their fiduciary duties and applicable law, and in consultation with the Consultation Parties, modify these Global Bidding Procedures; waive terms and conditions set forth herein with respect to all Prospective Bidders; extend the deadlines set forth herein; announce at the Auction modified or additional procedures for conducting the Auction; alter the assumptions set forth herein; and provide reasonable accommodations to any Stalking Horse Bidder with respect to such terms, conditions, and deadlines of the bidding and Auction process to promote further bids on any Assets (including extending deadlines as may be required for any Stalking Horse Bidder to comply with any additional filing and review procedures with the Federal Trade Commission in connection with its previous HSR Filings), in each case, to the extent not materially inconsistent with these Global Bidding Procedures and the Global Bidding Procedures Order; provided that the Debtors may not extend the December 15, 2018 deadline for the Debtors to secure a Stalking Horse Bidder for Go Forward Stores without permission of the Court, unless

each of the Consultation Parties agrees to such extension; provided further that nothing herein shall grant the Debtors the rights to modify the terms of, or constitute a waiver by the DIP ABL Agents or DIP ABL Lenders of any rights under, the DIP ABL Documents or DIP ABL Orders. **The Debtors shall not be obligated to consummate or pursue any transaction with respect to any Asset**.

All parties reserve their rights to seek Bankruptcy Court relief with regard to the Auction, the Bidding Procedures, and any related items (including, if necessary, to seek an extension of the applicable Bid Deadline). All Consultation Parties will be permitted to seek relief from the Bankruptcy Court on an expedited basis if they disagree with any actions or decision made by the Debtors as part of these Bid Procedures. The rights of all Consultation Parties with respect to the outcome of the Auction are reserved.

## XIII.
## DIP ABL Orders

Notwithstanding anything to the contrary contained in this Order or in the Global Bidding Procedures or otherwise: (i) any right of the DIP ABL Agents to consent to the sale of any portion of their collateral as set forth in the DIP ABL Credit Agreement, including, without limitation, any Assets, on terms and conditions acceptable to the DIP ABL Agents, are hereby expressly reserved and not modified, waived or impaired in any way by this order or the Global Bidding Procedures; (ii) unless otherwise ordered by the Court, all cash proceeds generated from the sale of any Assets shall be applied in accordance with the terms and conditions of the DIP ABL Documents, the DIP ABL Orders, and the Prepetition ABL Documents, as applicable; and (iii) nothing in this Order or in the Global Bidding Procedures shall amend, modify, or impair any provision of the DIP ABL Orders, or the rights of the Debtors, the DIP ABL Agents or the DIP ABL Lenders thereunder

## XIV.
## Sale Is "As Is/Where Is"

The Assets sold pursuant to these Global Bidding Procedures will be conveyed at the Closing in their then-present condition, **"as is, with all faults, and without any warranty whatsoever, express or implied."**

### Schedule 1

**The Go Forward Stores**

1

WEIL:\96809395\3\73217.0004

| Count | Store Number | Banner | Name | State | Address | Zip Code |
|---|---|---|---|---|---|---|
| 1 | 2027 | Sears | Wasilla | AK | 1000 S Seward Meridian Rd | 99654 |
| 2 | 2126 | Sears | Hot Springs | AR | 4501 Central Ave Ste 101 | 71913 |
| 3 | 1206 | Sears | North Little Rock | AR | 3930 Mccain Blvd | 72116 |
| 4 | 1798 | Sears | Glendale | AZ | 7780 W Arrowhead Towne Ctr | 85308 |
| 5 | 3707 | Kmart | Lake Havasu City | AZ | 1870 Mc Cullouch Blvd | 86403 |
| 6 | 2218 | Sears | Prescott | AZ | 3400 Gateway Blvd | 86303 |
| 7 | 1728 | Sears | Tucson | AZ | 4570 N Oracle Rd | 85705 |
| 8 | 4996 | Kmart | Tucson | AZ | 7055 E Broadway St | 85710 |
| 9 | 3699 | Kmart | Apple Valley | CA | 20777 Bear Valley Road | 92308 |
| 10 | 7619 | Kmart | Atascadero | CA | 3980 El Camino Real | 93422 |
| 11 | 9608 | Kmart | Auburn | CA | 2505 Bell Rd | 95603 |
| 12 | 1018 | Sears | Baldwin Hills | CA | 3755 Santa Rosalia Dr | 90008 |
| 13 | 7653 | Kmart | Big Bear Lake | CA | 42126 Big Bear Blvd | 92315 |
| 14 | 7756 | Kmart | Bishop | CA | 1200 N Main St | 93514 |
| 15 | 1008 | Sears | Boyle | CA | 2650 E Olympic Blvd | 90023 |
| 16 | 1268 | Sears | Buena Park | CA | 8150 La Palma Ave | 90620 |
| 17 | 1838 | Sears | Burbank | CA | 111 E Magnolia Blvd | 91502 |
| 18 | 3834 | Kmart | Burbank | CA | 1000 San Fernando Road | 91504 |
| 19 | 7165 | Kmart | Camarillo | CA | 940 Arneill Rd | 93010 |
| 20 | 1678 | Sears | Carlsbad | CA | 2561 El Camino Real | 92008 |
| 21 | 3086 | Kmart | Chico | CA | 2155 Pillsbury Rd | 95926 |
| 22 | 1358 | Sears | Chula Vista | CA | 565 Broadway | 91910 |
| 23 | 1098 | Sears | Clovis | CA | 1140 Shaw Ave | 93612 |
| 24 | 7098 | Kmart | Concord | CA | 5100 Clayton Road | 94521 |
| 25 | 4047 | Kmart | Costa Mesa | CA | 2200 Harbor Blvd | 92627 |
| 26 | 2628 | Sears | Eureka | CA | 3300 Broadway | 95501 |
| 27 | 3725 | Kmart | Freedom | CA | 1702 Freedom Boulevard | 95019 |
| 28 | 1208 | Sears | Fresno | CA | 3636 N Blackstone Ave | 93726 |
| 29 | 1088 | Sears | Glendale | CA | 236 N Central Ave | 91203 |
| 30 | 9746 | Kmart | Grass Valley | CA | 111 W Mc Knight Way | 95949 |
| 31 | 1248 | Sears | Hayward | CA | 660 W Winton Ave | 94545 |
| 32 | 2028 | Sears | Hemet | CA | 2200 W Florida Ave | 92545 |
| 33 | 3748 | Kmart | Hollister | CA | 491 Tres Pinos Road | 95023 |
| 34 | 4819 | Kmart | Lakeport | CA | 2019 South Main | 95453 |
| 35 | 9328 | Kmart | Long Beach | CA | 2900 Bellflower Blvd | 90815 |
| 36 | 7390 | Kmart | McKinleyville | CA | 1500 Anna Sparks Way | 95521 |
| 37 | 1748 | Sears | Montclair | CA | 5080 Montclair Plz Ln | 91763 |
| 38 | 1868 | Sears | Moreno Vly | CA | 22550 Town Cir | 92553 |
| 39 | 1168 | Sears | No Hollywood | CA | 12121 Victory Blvd | 91606 |
| 40 | 4421 | Kmart | North Hollywood | CA | 13007 Sherman Way | 91605 |
| 41 | 1508 | Sears | Northridge | CA | 9301 Tampa Ave | 91324 |
| 42 | 3842 | Kmart | Oakdale | CA | 175 Maag Avenue | 95361 |
| 43 | 1968 | Sears | Palm Desert | CA | 72-880 Hwy 111 | 92260 |
| 44 | 9551 | Kmart | Paradise | CA | 6600 Clark Road | 95969 |
| 45 | 3501 | Kmart | Petaluma | CA | 261 N Mc Dowell Blvd | 94954 |
| 46 | 3678 | Kmart | Ramona | CA | 1855 Main Street | 92065 |
| 47 | 1818 | Sears | Rancho Cucamonga | CA | 8250 Day Creek Blvd | 91739 |
| 48 | 4349 | Kmart | Redwood City | CA | 1155 Veteran'S Blvd | 94063 |
| 49 | 1788 | Sears | Richmond | CA | 2300 Hilltop Mall Rd | 94806 |
| 50 | 1298 | Sears | Riverside | CA | 5261 Arlington Ave | 92504 |
| 51 | 7175 | Kmart | Riverside | CA | 7840 Limonite Ave | 92509 |
| 52 | 1688 | Sears | Salinas | CA | 1700 N Main St | 93906 |
| 53 | 3412 | Kmart | Salinas | CA | 1050 North Davis Road | 93907 |
| 54 | 1398 | Sears | San Bernardino | CA | 100 Inland Ctr | 92408 |
| 55 | 1478 | Sears | San Bruno | CA | 1178 El Camino Real | 94066 |
| 56 | 1488 | Sears | San Jose-Eastridge | CA | 2180 Tully Rd | 95122 |

| Count | Store Number | Banner | Name | State | Address | Zip Code |
|---|---|---|---|---|---|---|
| 57 | 2088 | Sears | Santa Maria | CA | 200 Town Ctr E | 93454 |
| 58 | 7639 | Kmart | Santa Paula | CA | 895 Faukner Road | 93060 |
| 59 | 9797 | Kmart | Scotts Valley | CA | 270 Mt Hermon Rd | 95066 |
| 60 | 9153 | Kmart | South Lake Tahoe | CA | 1056 Emerald Bay Rd | 96150 |
| 61 | 3174 | Kmart | Stockton | CA | 2180 E Mariposa Rd | 95205 |
| 62 | 4751 | Kmart | Tehachapi | CA | 710 West Tehachapi | 93561 |
| 63 | 1108 | Sears | Temecula | CA | 40710 Winchester Rd | 92591 |
| 64 | 3127 | Kmart | Temple City | CA | 5665 N Rosemead Blvd | 91780 |
| 65 | 1278 | Sears | Torrance | CA | 22100 Hawthorn Blvd | 90503 |
| 66 | 2059 | Sears | Tracy | CA | 3350 Naglee Rd | 95304 |
| 67 | 1148 | Sears | Ventura | CA | 3295 E Main St | 93003 |
| 68 | 2829 | Sears | Victorville | CA | 14420 Bear Valley Rd | 92392 |
| 69 | 2068 | Sears | Visalia | CA | 3501 S Mooney Blvd | 93277 |
| 70 | 1189 | Sears | West Covina | CA | 1209 Plz Dr | 91790 |
| 71 | 3235 | Kmart | West Covina | CA | 730 South Orange | 91790 |
| 72 | 1149 | Sears | Whittier | CA | 15600 Whittwood Ln | 90603 |
| 73 | 2238 | Sears | Yuba City | CA | 1235 Colusa Ave | 95991 |
| 74 | 1141 | Sears | Aurora | CO | 14200 E Alameda Ave | 80012 |
| 75 | 1221 | Sears | Chapel Hills | CO | 1650 Briargate Blvd | 80920 |
| 76 | 1111 | Sears | Colorado Springs | CO | 2050 Southgate Rd | 80906 |
| 77 | 1467 | Sears | Ft Collins | CO | 205 E Foothills Pkwy | 80525 |
| 78 | 7329 | Kmart | Loveland | CO | 2665 W Eisenhower | 80537 |
| 79 | 4453 | Kmart | Pueblo | CO | 3415 N Elizabeth St | 81008 |
| 80 | 1303 | Sears | Danbury | CT | 7 Backus Ave (Ex 3 Rt 84) | 06810 |
| 81 | 3216 | Kmart | Vernon | CT | 295 Hartford Turnpike | 06066 |
| 82 | 7109 | Kmart | Watertown | CT | 595 Straits Turnpike | 06795 |
| 83 | 4807 | Kmart | Bear | DE | 301 Governor Place | 19701 |
| 84 | 7725 | Kmart | Rehoboth Beach | DE | 19563 Coastal Hwy, Unit A | 19971 |
| 85 | 3873 | Kmart | Wilmington | DE | 4700 Limestone Road | 19808 |
| 86 | 3317 | Kmart | Boca Raton | FL | 1401 W Palmetto Park Rd | 33486 |
| 87 | 7321 | Kmart | Bradenton | FL | 7321 Manatee Ave West | 34209 |
| 88 | 1007 | Sears | Brandon | FL | 686 Brandon Town Center Mall | 33511 |
| 89 | 2485 | Sears | Brooksville | FL | 13085 Cortez Blvd | 34613 |
| 90 | 1125 | Sears | Coral Gables | FL | 3655 Sw 22Nd St | 33145 |
| 91 | 1075 | Sears | Daytona Beach | FL | 1700 W Intl Speedway Blvd | 32114 |
| 92 | 4893 | Kmart | Ellenton | FL | 6126 Highway 301 | 34222 |
| 93 | 1195 | Sears | Ft Lauderdale | FL | 901 N Federal Hwy | 33304 |
| 94 | 1495 | Sears | Ft Myers | FL | 4125 Cleveland Ave Suite 88 | 33901 |
| 95 | 1345 | Sears | Hialeah/Westland | FL | 1625 W 49Th St | 33012 |
| 96 | 3818 | Kmart | Hollywood | FL | 3800 Oakwood Blvd | 33020 |
| 97 | 9614 | Kmart | Key Largo | FL | 101399 Overseas Highway | 33037 |
| 98 | 2215 | Sears | Key West | FL | 3200 N Roosevelt Blvd | 33040 |
| 99 | 4725 | Kmart | Key West | FL | 2928 North Roosevelt Blvd | 33040 |
| 100 | 3269 | Kmart | Lantana | FL | 1201 S Dixie | 33462 |
| 101 | 2745 | Sears | Leesburg | FL | 10401 Us Highway 441 Ste 2002 | 34788 |
| 102 | 9224 | Kmart | Marathon | FL | 5561 Overseas Hwy | 33050 |
| 103 | 3074 | Kmart | Miami | FL | 14091 S W  88Th St | 33186 |
| 104 | 4728 | Kmart | Miami | FL | 3825 7Th Street North W | 33126 |
| 105 | 1365 | Sears | Miami/Cutler Rdg | FL | 20701 Sw 112Th Ave | 33189 |
| 106 | 1456 | Sears | Oviedo | FL | 1360 Oviedo Blvd | 32765 |
| 107 | 1775 | Sears | Pembroke Pines | FL | 12055 Pines Blvd | 33026 |
| 108 | 2145 | Sears | Port Charlotte | FL | 1441 Tamiami Trl | 33948 |
| 109 | 2135 | Sears | Sebring | FL | 901 Us  27 N Ste 130 | 33870 |
| 110 | 4355 | Kmart | St. Petersburg | FL | 4501 66Th Street N | 33709 |
| 111 | 1585 | Sears | Tallahassee | FL | 1500 Apalachee Pkwy | 32301 |
| 112 | 1745 | Sears | Tampa/Westshore | FL | 347 Westshore Plz | 33609 |

| Count | Store Number | Banner | Name | State | Address | Zip Code |
|---|---|---|---|---|---|---|
| 113 | 1066 | Sears | The Avenues | FL | 10302 Southside Blvd | 32256 |
| 114 | 7294 | Kmart | Vero Beach | FL | 1501 U S 1 | 32960 |
| 115 | 2505 | Sears | Gainesville | GA | 150 Pearl Nix Pkwy | 30501 |
| 116 | 1578 | Sears | Aiea Oahu-Pearl Rdg | HI | 98-180 Kamehameha Hwy | 96701 |
| 117 | 2388 | Sears | Hilo(Sur) | HI | 111 E Puainako St | 96720 |
| 118 | 1681 | Sears | Honolulu | HI | 1505 Kapioloni Blvd | 96815 |
| 119 | 1738 | Sears | Kaneohe(Sur) | HI | 46-056 Kamehameha Hwy | 96744 |
| 120 | 9220 | Kmart | Algona | IA | 1501 Hwy 169 N | 50511 |
| 121 | 7767 | Kmart | Charles City | IA | 1405 South Grand | 50616 |
| 122 | 2422 | Sears | Sioux City | IA | 4480 Sergeant Rd | 51106 |
| 123 | 7033 | Kmart | Lewiston | ID | 1815-21St St | 83501 |
| 124 | 7006 | Kmart | Twin Falls | ID | 2258 Addison Ave East | 83301 |
| 125 | 4381 | Kmart | Bridgeview | IL | 7325 W 79Th Street | 60455 |
| 126 | 4214 | Kmart | Des Plaines | IL | 1155 Oakton St | 60018 |
| 127 | 1640 | Sears | Fairview Hts | IL | 235 Saint Clair Sq | 62208 |
| 128 | 1212 | Sears | N Riverside | IL | 7503 W Cermak Rd | 60546 |
| 129 | 1300 | Sears | Oakbrook | IL | 2 Oakbrook Ctr | 60523 |
| 130 | 2990 | Sears | Rockford-Cherryvale | IL | 7200 Harrison Ave | 61112 |
| 131 | 9124 | Kmart | Elwood | IN | 1519 State Road 37 S | 46036 |
| 132 | 7243 | Kmart | Kokomo | IN | 705 North Dixon | 46901 |
| 133 | 9030 | Kmart | Peru | IN | 11 Sherwood Square | 46970 |
| 134 | 7246 | Kmart | Richmond | IN | 3150 National Road West | 47374 |
| 135 | 7042 | Kmart | Valparaiso | IN | 2801 Calumet Ave | 46383 |
| 136 | 9122 | Kmart | Warsaw | IN | 3350 U S 30 East | 46580 |
| 137 | 1161 | Sears | Wichita-Town East | KS | 7700 E Kellogg Dr | 67207 |
| 138 | 3029 | Kmart | Erlanger | KY | 3071 Dixie Hwy | 41018 |
| 139 | 7255 | Kmart | Somerset | KY | 411 Russell Dyche Hwy | 42501 |
| 140 | 1226 | Sears | Metairie | LA | 4400 Veterans Mem Blvd | 70006 |
| 141 | 4810 | Kmart | Metairie | LA | 2940 Veterans Blvd | 70002 |
| 142 | 7104 | Kmart | Acton | MA | 252 Main St | 01720 |
| 143 | 1213 | Sears | Auburn | MA | 385 Southbridge St | 01501 |
| 144 | 3288 | Kmart | Billerica | MA | 484 Boston Rd | 01821 |
| 145 | 1283 | Sears | Braintree | MA | 250 Granite St | 02184 |
| 146 | 4407 | Kmart | Brockton | MA | 2001 Main Street | 02301 |
| 147 | 1243 | Sears | Hanover | MA | 1775 Washington St | 02339 |
| 148 | 3040 | Kmart | Hyannis | MA | 768 Iyanough Rd | 02601 |
| 149 | 1133 | Sears | Leominster | MA | 100 Commercial Rd | 01453 |
| 150 | 2373 | Sears | No Dartmouth | MA | 100 N Dartmouth Mall | 02747 |
| 151 | 9255 | Kmart | Palmer | MA | Wilbraham Road (Sr 20) | 01069 |
| 152 | 1053 | Sears | Saugus | MA | 1325 Broadway | 01906 |
| 153 | 3486 | Kmart | Somerville | MA | 77 Middlesex Ave | 02145 |
| 154 | 9692 | Kmart | Webster | MA | Route 12 | 01570 |
| 155 | 1725 | Sears | Annapolis | MD | 1040 Annapolis Mall | 21401 |
| 156 | 3256 | Kmart | Baltimore | MD | 8980 Waltham Woods Rd | 21234 |
| 157 | 1374 | Sears | Bel Air | MD | 658 Baltimore Pike | 21014 |
| 158 | 2774 | Sears | Cumberland | MD | 1262 Vocke Rd | 21502 |
| 159 | 7713 | Kmart | Edgewater | MD | 3207 Solomons Island Rd | 21037 |
| 160 | 2664 | Sears | Frederick | MD | 5500 Buckeystown Pike | 21703 |
| 161 | 3131 | Kmart | Frederick | MD | 1003 W Patrick St | 21702 |
| 162 | 1754 | Sears | Gaithersburg | MD | 701 Russell Ave | 20877 |
| 163 | 1013 | Sears | Glen Burnie | MD | 7900 Gov Ritchie Hwy | 21061 |
| 164 | 3172 | Kmart | Hagerstown | MD | 1713 Massey Blvd | 21740 |
| 165 | 3798 | Kmart | Hyattsville | MD | 6411 Riggs Road | 20783 |
| 166 | 1773 | Sears | Salisbury | MD | 2306 N Salisbury Blvd | 21801 |
| 167 | 4399 | Kmart | Silver Spring | MD | 14014 Connecticut Ave | 20906 |
| 168 | 7673 | Kmart | Stevensville | MD | 200 Kent Landing | 21666 |

| Count | Store Number | Banner | Name | State | Address | Zip Code |
|---|---|---|---|---|---|---|
| 169 | 3021 | Kmart | Auburn | ME | 603 Center St | 04210 |
| 170 | 7133 | Kmart | Augusta | ME | 58 Western Avenue | 04330 |
| 171 | 2203 | Sears | Brunswick | ME | 8 Gurnet Rd | 04011 |
| 172 | 3155 | Kmart | Belleville | MI | 2095 Rawsonville Rd | 48111 |
| 173 | 9557 | Kmart | Grayling | MI | 2425 S Grayling | 49738 |
| 174 | 3819 | Kmart | Hastings | MI | 802 West State Street | 49058 |
| 175 | 1170 | Sears | Lansing | MI | 3131 E Michigan Ave | 48912 |
| 176 | 3841 | Kmart | Marshall | MI | 15861 Michigan Avenue | 49068 |
| 177 | 7031 | Kmart | Menominee | MI | 1101-7Th Ave | 49858 |
| 178 | 7068 | Kmart | Midland | MI | 1820 S Saginaw Rd | 48640 |
| 179 | 9593 | Kmart | Oscoda | MI | 5719 N US 23 | 48750 |
| 180 | 3379 | Kmart | Waterford Twp. | MI | 5100 Dixie Hwy | 48329 |
| 181 | 1722 | Sears | Bloomington | MN | 2000 N E Court | 55425 |
| 182 | 9689 | Kmart | International Falls | MN | 1606 Hwy 11-71 | 56649 |
| 183 | 3405 | Kmart | Minneapolis | MN | 10 W Lake Street | 55408 |
| 184 | 4351 | Kmart | Rochester | MN | 201 Ninth St S E | 55904 |
| 185 | 3059 | Kmart | St. Paul | MN | 245 E Maryland Ave | 55117 |
| 186 | 9353 | Kmart | Crystal City | MO | 155 Twin City Mall | 63019 |
| 187 | 9520 | Kmart | Gulfport | MS | 12057-A Highway 49 | 39503 |
| 188 | 9808 | Kmart | Hamilton | MT | 1235 North First Street | 59840 |
| 189 | 7030 | Kmart | Kalispell | MT | 2024 Us Hwy 2 E | 59901 |
| 190 | 3886 | Kmart | Asheville | NC | 980 Brevard Road | 28806 |
| 191 | 2105 | Sears | Burlington | NC | 100 Colonial Mall | 27215 |
| 192 | 7208 | Kmart | Clemmons | NC | 2455 Lewisville-Clemmon | 27012 |
| 193 | 1475 | Sears | Durham | NC | 6910 Fayetteville Rd Ste 400 | 27713 |
| 194 | 1045 | Sears | Durham-Northgate | NC | 1620 Guess Rd | 27701 |
| 195 | 1335 | Sears | Greensboro | NC | 3200 W Friendly Ave | 27408 |
| 196 | 2755 | Sears | Jacksonville | NC | 344 Jacksonville Mall | 28546 |
| 197 | 3744 | Kmart | Kill Devil Hills | NC | 1091 N Croatan Highway | 27948 |
| 198 | 9619 | Kmart | Morehead City | NC | 4841 Arendell St | 28557 |
| 199 | 9549 | Kmart | Morganton | NC | 110-112 Bost Rd | 28655 |
| 200 | 3667 | Kmart | Raleigh | NC | 8701 Six Forks Road | 27615 |
| 201 | 7626 | Kmart | Waynesville | NC | 1300 Dellwood Road | 28786 |
| 202 | 4272 | Kmart | Bismarck | ND | 2625 State St | 58503 |
| 203 | 4057 | Kmart | Fargo | ND | 2301 S University Dr | 58103 |
| 204 | 4022 | Kmart | Grand Forks | ND | 1900 S Washington St | 58201 |
| 205 | 4353 | Kmart | Minot | ND | 1-20Th Ave S E | 58701 |
| 206 | 9319 | Kmart | Alliance | NE | 1515 W 3Rd | 69301 |
| 207 | 1041 | Sears | Omaha | NE | 7424 Dodge St | 68114 |
| 208 | 2023 | Sears | Concord | NH | 270 Loudon Rd | 03301 |
| 209 | 3175 | Kmart | Hooksett | NH | 1267 Hooksett Rd | 03106 |
| 210 | 1313 | Sears | Nashua | NH | 310 Daniel Webster Hwy Ste 102 | 03060 |
| 211 | 4448 | Kmart | Salem | NH | 161 S Broadway | 03079 |
| 212 | 7048 | Kmart | West Lebanon | NH | 200 S Main | 03784 |
| 213 | 3438 | Kmart | Avenel | NJ | 1550 St George Ave | 07001 |
| 214 | 7177 | Kmart | Belleville | NJ | 371-411 Main Street | 07109 |
| 215 | 1204 | Sears | Freehold | NJ | 3710 US Hwy 9 Ste 1100 | 07728 |
| 216 | 3499 | Kmart | Kearny | NJ | 200 Passaic Ave | 07032 |
| 217 | 9463 | Kmart | Somers Point | NJ | 250 New Rd (Rt 9) | 08244 |
| 218 | 3071 | Kmart | Toms River | NJ | 213 Highway 37 E | 08753 |
| 219 | 4478 | Kmart | Trenton | NJ | 1061 Whitehorse-Mercervil | 08610 |
| 220 | 7602 | Kmart | Wall | NJ | 1825 Highway 35 | 07719 |
| 221 | 1434 | Sears | Wayne | NJ | 50 Route 46 | 07470 |
| 222 | 3056 | Kmart | Wayne | NJ | 1020 Hamburg Turnpike | 07470 |
| 223 | 4470 | Kmart | West Long Branch | NJ | 108 Monmouth Rd | 07764 |
| 224 | 9413 | Kmart | West Orange | NJ | 235 Prospect Ave | 07052 |

| Count | Store Number | Banner | Name | State | Address | Zip Code |
|---|---|---|---|---|---|---|
| 225 | 3202 | Kmart | Westwood | NJ | 700 Broadway | 07675 |
| 226 | 1684 | Sears | Woodbridge | NJ | 150 Woodbridge Ctr Ct | 07095 |
| 227 | 2597 | Sears | Farmington | NM | 4601 E Main St | 87402 |
| 228 | 7035 | Kmart | Farmington | NM | 3000 East Main St | 87402 |
| 229 | 7016 | Kmart | Hobbs | NM | 2220 North Grimes St | 88240 |
| 230 | 2527 | Sears | Las Cruces | NM | 700 S Telshor Blvd | 88011 |
| 231 | 3301 | Kmart | Santa Fe | NM | 1712 St Michael'S Dr | 87505 |
| 232 | 3592 | Kmart | Las Vegas | NV | 5051 E Bonanza Rd | 89110 |
| 233 | 1328 | Sears | Las Vegas(Blvd) | NV | 3450 S Maryland Pkwy | 89109 |
| 234 | 1668 | Sears | Las Vegas(Meadows) | NV | 4000 Meadow Ln | 89107 |
| 235 | 9589 | Kmart | Bath | NY | Plaza 15  Route 415 | 14810 |
| 236 | 3862 | Kmart | Bohemia | NY | 5151 Sunrise Hwy | 11716 |
| 237 | 9423 | Kmart | Bridgehampton | NY | 2044 Montauk Hwy | 11932 |
| 238 | 7654 | Kmart | Bronx | NY | 300 Baychester Avenue | 10475 |
| 239 | 9420 | Kmart | Bronx | NY | 1998 Bruckner Blvd | 10473 |
| 240 | 3415 | Kmart | Buffalo | NY | 1001 Hertel Avenue | 14216 |
| 241 | 1984 | Sears | Buffalo/Hamburg | NY | S 3701 Mckinley Pkwy | 14219 |
| 242 | 4871 | Kmart | Farmingville | NY | 2280 North Ocean Ave. | 11738 |
| 243 | 9274 | Kmart | Greenwich | NY | West Main St R D #1 | 12834 |
| 244 | 7065 | Kmart | Horseheads | NY | 1020 Center Street | 14845 |
| 245 | 2744 | Sears | Horseheads/Elmira | NY | 3300 Chambers Rd | 14845 |
| 246 | 1404 | Sears | Massapequa | NY | 800 Sunrise Mall | 11758 |
| 247 | 4034 | Kmart | Mattydale | NY | 2803 Brewerton Rd | 13211 |
| 248 | 7749 | Kmart | New York | NY | 250 W 34Th St | 10119 |
| 249 | 7777 | Kmart | New York | NY | 770 Broadway | 10003 |
| 250 | 2593 | Sears | Newburgh | NY | 1401 Route 300 | 12550 |
| 251 | 1894 | Sears | Rochester | NY | 10 Miracle Mile Dr | 14623 |
| 252 | 7676 | Kmart | Sidney | NY | 171 Delaware Ave | 13838 |
| 253 | 1624 | Sears | Staten Island | NY | 283 Platinum Ave | 10314 |
| 254 | 7677 | Kmart | Wellsville | NY | 121 Bolivar Rd | 14895 |
| 255 | 1674 | Sears | White Plains | NY | 100 Main St | 10601 |
| 256 | 9416 | Kmart | White Plains | NY | 399 Tarrytown Rd | 10607 |
| 257 | 1733 | Sears | Yonkers | NY | Rte 87(Ny St)  & Cross Ct Pkwy | 10704 |
| 258 | 9414 | Kmart | Yorktown Heights | NY | Rte 118, 355 Downing Dr | 10598 |
| 259 | 7383 | Kmart | Barberton | OH | 241 Wooster Rd North | 44203 |
| 260 | 3286 | Kmart | Brunswick | OH | 3301 Center Rd | 44212 |
| 261 | 1410 | Sears | Canton | OH | 4100 Belden Village Mall | 44718 |
| 262 | 1810 | Sears | Cincinnati-Eastgate | OH | 4595 Eastgate Blvd | 45245 |
| 263 | 3013 | Kmart | Cleveland | OH | 7701 Broadview Road | 44131 |
| 264 | 9096 | Kmart | Fostoria | OH | 620 Plaza Dr | 44830 |
| 265 | 7397 | Kmart | Grove City | OH | 2400 Stringtown Road | 43123 |
| 266 | 7644 | Kmart | Harrison | OH | 10560 Harrison Avenue | 45030 |
| 267 | 1081 | Sears | Heath | OH | 771 S 30Th St | 43056 |
| 268 | 7477 | Kmart | Marietta | OH | 502 Pike Street | 45750 |
| 269 | 3243 | Kmart | North Canton | OH | 1447 N Main St | 44720 |
| 270 | 1210 | Sears | Polaris | OH | 1400 Polaris Pkwy | 43240 |
| 271 | 2104 | Sears | St Clairsville | OH | Banfield Rd & I-70 | 43950 |
| 272 | 3142 | Kmart | Tallmadge | OH | 555 South Ave | 44278 |
| 273 | 4782 | Kmart | Clinton | OK | 2501 Redwheat Drive | 73601 |
| 274 | 3839 | Kmart | Corvallis | OR | 400 North East Circle Blv | 97330 |
| 275 | 2179 | Sears | Medford | OR | 501 Medford Ctr | 97504 |
| 276 | 3888 | Kmart | The Dalles | OR | 2640 West Sixth St | 97058 |
| 277 | 2494 | Sears | Altoona | PA | 5580 Goods Lane Suite 1005 | 16602 |
| 278 | 9161 | Kmart | Berwick | PA | 1520 W Front St | 18603 |
| 279 | 1711 | Sears | Camp Hill | PA | 3505 Capitol Hill City Mall Dr | 17011 |
| 280 | 3225 | Kmart | Chambersburg | PA | 1005 Wayne Ave | 17201 |

| Count | Store Number | Banner | Name | State | Address | Zip Code |
|---|---|---|---|---|---|---|
| 281 | 7293 | Kmart | Clifton Heights | PA | 713 E Baltimore Pike | 19018 |
| 282 | 3911 | Kmart | Columbia | PA | 3975 Columbia Ave | 17512 |
| 283 | 3737 | Kmart | Doylestown | PA | 4377 Route 313 | 18901 |
| 284 | 7192 | Kmart | Easton | PA | 320 South 25Th Street | 18042 |
| 285 | 3266 | Kmart | Edwardsville | PA | U S Route 11 Mark Plaza | 18704 |
| 286 | 3963 | Kmart | Elizabethtown | PA | 1605 South Market Street | 17022 |
| 287 | 9662 | Kmart | Ephrata | PA | 1127 S State St | 17522 |
| 288 | 4113 | Kmart | Erie | PA | 2873 W 26Th Street | 16506 |
| 289 | 1073 | Sears | Exton | PA | 222 Exton Square Mall | 19341 |
| 290 | 1714 | Sears | Greensburg | PA | 5256 Route 30 | 15601 |
| 291 | 3597 | Kmart | Holmes | PA | 600 Macdade Blvd | 19043 |
| 292 | 1644 | Sears | Lancaster | PA | 200 Park City Ctr | 17601 |
| 293 | 7699 | Kmart | Lebanon | PA | 1745 Quentin | 17042 |
| 294 | 7372 | Kmart | Leechburg | PA | 451 Hude Park Road | 15656 |
| 295 | 1654 | Sears | Media | PA | 1067 W Baltimore Pike | 19063 |
| 296 | 7083 | Kmart | New Castle | PA | 2650 Ellwood Rd | 16101 |
| 297 | 1834 | Sears | North Wales | PA | 600 Montgomery Mall | 19454 |
| 298 | 3136 | Kmart | Shillington | PA | 1 Parkside Ave | 19607 |
| 299 | 4713 | Kmart | Towanda | PA | Rt #6 Brandford Town Ctr | 18848 |
| 300 | 3954 | Kmart | Walnutport | PA | 400 North Best Ave | 18088 |
| 301 | 2114 | Sears | Washington | PA | 1500 W Chestnut St | 15301 |
| 302 | 7374 | Kmart | West Chester | PA | 985 Paoli Pike | 19380 |
| 303 | 1154 | Sears | Whitehall | PA | 1259 Whitehall Mall | 18052 |
| 304 | 3268 | Kmart | Wilkes-Barre | PA | 910 Wilkes Barre Twp Blvd | 18702 |
| 305 | 3390 | Kmart | Williamsport | PA | 1915 E Third St | 17701 |
| 306 | 3810 | Kmart | Willow Street | PA | 2600 N Willow Street Pike | 17584 |
| 307 | 3949 | Kmart | Wind Gap | PA | 803 Male Rd | 18091 |
| 308 | 4732 | Kmart | Aguadilla | PR | Road 2 Km 126.5 | 00605 |
| 309 | 7566 | Kmart | Arecibo | PR | State Road 2 Km 80.2 | 00612 |
| 310 | 7570 | Kmart | Bayamon | PR | Plaza Rio Hondo & Comerio Ave | 00961 |
| 311 | 7788 | Kmart | Bayamon | PR | Pr 167 & Las Cumbres | 00957 |
| 312 | 1085 | Sears | Caguas | PR | Intsctn St Rd Pr 1 & Pr 156 | 00725 |
| 313 | 7419 | Kmart | Caguas | PR | Rafael Cordero & Hwy 30 | 00725 |
| 314 | 1925 | Sears | Carolina | PR | Carolina S/C | 00988 |
| 315 | 7665 | Kmart | Carolina | PR | 65Th Infantry Ave | 00985 |
| 316 | 7446 | Kmart | Cayey | PR | Carr Rt #1 - Km 106 | 00736 |
| 317 | 2085 | Sears | Fajardo | PR | State Rd 3 | 00738 |
| 318 | 9394 | Kmart | Fajardo | PR | Eastern Reg'l S/C; State Road #3 | 00738 |
| 319 | 2675 | Sears | Guayama | PR | Road 3 Km.L34.7 | 00784 |
| 320 | 3853 | Kmart | Guayama | PR | Puerto Rico Hwy 3 | 00784 |
| 321 | 7768 | Kmart | Guaynabo | PR | Pr 20 And Esmeralda | 00969 |
| 322 | 2355 | Sears | Hatillo(Arecibo) | PR | 506 Calle Truncado | 00659 |
| 323 | 1905 | Sears | Hato Rey | PR | Ave F D Roosevelt | 00918 |
| 324 | 7783 | Kmart | Hato Rey | PR | Pr #22 & Pr #18 | 00918 |
| 325 | 3993 | Kmart | Juana Diaz | PR | State Rd 149&State Rd 584 | 00795 |
| 326 | 1935 | Sears | Mayaguez | PR | 975 Hostos Ave Ste 110 | 00680 |
| 327 | 3882 | Kmart | Mayaguez | PR | Pr Rte #2; Km 149.5 | 00680 |
| 328 | 2385 | Sears | Naranjito | PR | El Mercado Plaza | 00782 |
| 329 | 1945 | Sears | Ponce | PR | Plaza Del Caribe 2050 (Rd 2) | 00731 |
| 330 | 7741 | Kmart | Ponce | PR | 2643 Ponce Bypass | 00728 |
| 331 | 4844 | Kmart | Rio Piedras | PR | 9410 Ave Los Romeros | 00926 |
| 332 | 4494 | Kmart | Trujillo Alto | PR | 200 Carr 181 | 00976 |
| 333 | 7784 | Kmart | Vega Alta | PR | Carr 2, Estatal, Plaza Caribe Mall | 00692 |
| 334 | 7752 | Kmart | Yauco | PR | Sr 128 @ Sr 2 Km 0.5 | 00698 |
| 335 | 4016 | Kmart | Greenville | SC | Church St Extension | 29605 |
| 336 | 7616 | Kmart | Lexington | SC | 748 W Main Street | 29072 |

| Count | Store Number | Banner | Name | State | Address | Zip Code |
|---|---|---|---|---|---|---|
| 337 | 7062 | Kmart | Sumter | SC | 1143 Broad St | 29150 |
| 338 | 4141 | Kmart | West Columbia | SC | 1500 Charleston Hwy | 29169 |
| 339 | 4170 | Kmart | Rapid City | SD | 1111 E North St | 57701 |
| 340 | 1386 | Sears | Goodlettsville | TN | 1000 Rivergate Pkwy | 37072 |
| 341 | 2036 | Sears | Jackson | TN | 2021 N Highland Ave | 38305 |
| 342 | 2265 | Sears | Johnson City | TN | 2011 N Roan St | 37601 |
| 343 | 9621 | Kmart | Lebanon | TN | 1443 W Main St | 37087 |
| 344 | 9735 | Kmart | Sevierville | TN | 217 Forks Of River Pkwy | 37862 |
| 345 | 1387 | Sears | Amarillo | TX | 7701 1-40 W | 79121 |
| 346 | 2487 | Sears | Killeen | TX | 2000 Killeen Mall | 76543 |
| 347 | 4389 | Kmart | McAllen | TX | 1801 South 10Th Street | 78503 |
| 348 | 1629 | Sears | Pharr | TX | 500 N. Jackson Road | 78577 |
| 349 | 2637 | Sears | Port Arthur | TX | 3100 FM 365 | 77642 |
| 350 | 1207 | Sears | Richardson | TX | 201 S Plano Rd | 75081 |
| 351 | 1097 | Sears | San Antonio | TX | 2310 Sw Military Dr | 78224 |
| 352 | 1127 | Sears | Shepherd | TX | 4000 N Shepherd Dr | 77018 |
| 353 | 1367 | Sears | Waco | TX | 6001 W Waco Dr | 76710 |
| 354 | 9794 | Kmart | St. George | UT | 785 S Bluff | 84770 |
| 355 | 1284 | Sears | Alexandria | VA | 5901 Duke St | 22304 |
| 356 | 2435 | Sears | Charlottesville | VA | 1531Rio Rd E | 22901 |
| 357 | 3471 | Kmart | Chesapeake | VA | 2001 South Military Hwy | 23320 |
| 358 | 1274 | Sears | Chesterfield | VA | 11500 Midlothian Tpke | 23235 |
| 359 | 1024 | Sears | Falls Church | VA | 6211 Leesburg Pike | 22044 |
| 360 | 2694 | Sears | Fredericksburg | VA | 100 Spotsylvania Mall | 22407 |
| 361 | 2395 | Sears | Manassas | VA | 8200 Sudley Rd | 20109 |
| 362 | 3785 | Kmart | Tabb | VA | 5007 Victory Blvd | 23693 |
| 363 | 2784 | Sears | Winchester | VA | 1850 Apple Blossom Dr | 22601 |
| 364 | 7413 | Kmart | Frederiksted | VI | Remainder Matriculate #1 | 00840 |
| 365 | 3972 | Kmart | St. Croix | VI | Sunny Isle S/C, Space #1 | 00820 |
| 366 | 3829 | Kmart | St. Thomas | VI | 26 - A Tutu Park Mall | 00802 |
| 367 | 7793 | Kmart | St. Thomas | VI | 9000 Lockhart Gdns S/C; Ste 1 | 00802 |
| 368 | 1463 | Sears | Burlington | VT | 155 Dorest St | 05403 |
| 369 | 2299 | Sears | Aberdeen | WA | 1219 S Boone St | 98520 |
| 370 | 2049 | Sears | Everett | WA | 1302 Se Everett Mall Way | 98208 |
| 371 | 2329 | Sears | Kennewick(Pasco) | WA | 1321 N Columbia Center Blvd | 99336 |
| 372 | 7034 | Kmart | Walla Walla | WA | 2200 East Isaacs Ave | 99362 |
| 373 | 7648 | Kmart | Mauston | WI | 800 North Union | 53948 |
| 374 | 3692 | Kmart | Oconomowoc | WI | 1450 Summit Avenue | 53066 |
| 375 | 3851 | Kmart | Racine | WI | 5141 Douglas Ave | 53402 |
| 376 | 7649 | Kmart | Ripon | WI | 1200 West Fond Du Lac St | 54971 |
| 377 | 3750 | Kmart | Waupaca | WI | 830 West Fulton St | 54981 |
| 378 | 4442 | Kmart | Charleston | WV | 6531 Mccorkle Avenue S E | 25304 |
| 379 | 3484 | Kmart | Elkview | WV | I-79/Us 43 Crossings Mall | 25071 |
| 380 | 7139 | Kmart | Jackson | WY | 510 S Hwy 89 | 83002 |
| 381 | 1915 | Sears | Bayamon | PR | Avenida Aguas Buenas | 00959 |
| 382 | 1136 | Sears | Riverchase | AL | 2500 Riverchase Galleria | 35244 |
| 383 | 2288 | Sears | Antioch | CA | 2600 Somersville Rd | 94509 |
| 384 | 1228 | Sears | Arden | CA | 1601 Arden Way | 95815 |
| 385 | 1368 | Sears | Concord | CA | 1001 Sunvalley Blvd | 94520 |
| 386 | 4857 | Kmart | Desert Hot Springs | CA | 14011 Palm Drive | 92240 |
| 387 | 1309 | Sears | Downey | CA | 500 Stonewood St | 90241 |
| 388 | 1758 | Sears | Escondido | CA | 210 E Via Rancho Pkwy | 92025 |
| 389 | 4457 | Kmart | Hayward | CA | 26231 Mission Blvd | 94544 |
| 390 | 1209 | Sears | Long Beach | CA | 2100 N Bellflower Blvd | 90815 |
| 391 | 1378 | Sears | Orange | CA | 2100 N Tustin St | 92865 |
| 392 | 1068 | Sears | Palmdale | CA | 1345 W Avenue P | 93551 |

| Count | Store Number | Banner | Name | State | Address | Zip Code |
|---|---|---|---|---|---|---|
| 393 | 1048 | Sears | Pasadena | CA | 3801 E Foothill Blvd | 91107 |
| 394 | 3368 | Kmart | Redlands | CA | 1625 W Redlands | 92373 |
| 395 | 4371 | Kmart | Santa Maria | CA | 2875 Santa Maria Way | 93455 |
| 396 | 1288 | Sears | Stockton | CA | 5110 Pacific Ave | 95207 |
| 397 | 1271 | Sears | Littleton/Denver | CO | 8501 W Bowles Ave | 80123 |
| 398 | 1281 | Sears | Pueblo | CO | 3201 Dillon Dr | 81008 |
| 399 | 1831 | Sears | Thornton | CO | 16395 Washington St | 80023 |
| 400 | 1443 | Sears | Manchester | CT | 190 Buckland Hills Dr | 06040 |
| 401 | 1853 | Sears | Wilmington | DE | 4737 Concord Pike | 19803 |
| 402 | 1055 | Sears | Coral Springs | FL | 9565 W Atlantic Blvd | 33071 |
| 403 | 3223 | Kmart | Fort Walton Beach | FL | 200 Irwin N E | 32548 |
| 404 | 1175 | Sears | Merritt Island | FL | 777 E Merritt Island Cswy | 32952 |
| 405 | 1485 | Sears | Orange Pk | FL | 1910 Wells Rd | 32073 |
| 406 | 1285 | Sears | Orlando-South | FL | 8001 S Orange Blossom Trl | 32809 |
| 407 | 1765 | Sears | Palm Beach Gardens | FL | 3101 Pga Blvd | 33410 |
| 408 | 2885 | Sears | Port Richey | FL | 9409 Us Highway 19 N Ste 101 | 34668 |
| 409 | 1015 | Sears | Vero Beach | FL | 6200 20Th St Ste 300 | 32966 |
| 410 | 2845 | Sears | Athens | GA | 3700 Atlanta Hwy Ste 270 | 30606 |
| 411 | 1035 | Sears | Augusta | GA | 3450B Wrightsboro Rd | 30909 |
| 412 | 1095 | Sears | Douglasville | GA | 6580 Douglas Blvd | 30135 |
| 413 | 1155 | Sears | Kennesaw | GA | 400 Ernest W Barrett Pkwy Nw | 30144 |
| 414 | 7705 | Kmart | Tamuning | GU | 404 N Marine Dr Rte 1 | 96913 |
| 415 | 2148 | Sears | Kahului Maui(Sur) | HI | 275 Kaahumanu Ave  Ste 1000 | 96732 |
| 416 | 1172 | Sears | Bloomingdale | IL | 5 Stratford Sq(Gary  & Schick) | 60108 |
| 417 | 1840 | Sears | Chicago Ridge | IL | 6501 95Th St | 60415 |
| 418 | 1321 | Sears | Peoria | IL | 2200 W War Memorial Dr Ste 998 | 61613 |
| 419 | 1570 | Sears | Schaumburg | IL | 2  Woodfield Mall | 60173 |
| 420 | 1820 | Sears | West Dundee | IL | 5000 Spring Hill Mall | 60118 |
| 421 | 1650 | Sears | Merrillville | IN | 2300 Southlake Mall | 46410 |
| 422 | 1800 | Sears | Mishawaka | IN | 6501 Grape Rd Us 23 | 46545 |
| 423 | 1147 | Sears | Baton Rouge | LA | 6501 Blubonnet Blvd | 70836 |
| 424 | 1223 | Sears | Brockton-Westgate | MA | 200 Westgate Dr | 02301 |
| 425 | 3433 | Kmart | Holyoke | MA | 2211 Northampton St | 01040 |
| 426 | 1104 | Sears | Marlborough | MA | 521 Lynch Blvd | 01752 |
| 427 | 1033 | Sears | N Attleboro | MA | 1009 S Washington St | 02760 |
| 428 | 1634 | Sears | Baltimore-West | MD | 6901 Security Sq Blvd | 21244 |
| 429 | 1854 | Sears | Parkville | MD | 8200 Perry Hall Blvd | 21236 |
| 430 | 1304 | Sears | Silver Spring | MD | 11255 New Hampshire Ave | 20904 |
| 431 | 1074 | Sears | Waldorf | MD | 11170 Mall Circle | 20603 |
| 432 | 2183 | Sears | So Portland | ME | 400 Maine Mall Rd | 04106 |
| 433 | 9385 | Kmart | Clio | MI | 4290 W Vienna Rd | 48420 |
| 434 | 1011 | Sears | Grandville | MI | 3622 Rivertown Pkwy Sw | 49418 |
| 435 | 1460 | Sears | Livonia | MI | 29500 7 Mile Rd | 48152 |
| 436 | 9693 | Kmart | Marine City | MI | 6730 S River Road | 48039 |
| 437 | 1192 | Sears | Muskegon | MI | 5500 Harvey St | 49444 |
| 438 | 1760 | Sears | Novi | MI | 27600 Novi Rd | 48377 |
| 439 | 1110 | Sears | Portage | MI | 6780 S Westnedge Ave | 49024 |
| 440 | 1590 | Sears | Saginaw | MI | 4900 Fashion Square Mall | 48604 |
| 441 | 4206 | Kmart | Warren | MI | 2000 Ten Mile Rd | 48091 |
| 442 | 1092 | Sears | Westland | MI | 35000 Warren Rd | 48185 |
| 443 | 1822 | Sears | Cape Girardeau | MO | 330 Siemers Dr | 63701 |
| 444 | 1121 | Sears | Independence | MO | 18777 E 39Th St S | 64057 |
| 445 | 1042 | Sears | Joplin | MO | 101 N Rangeline Rd | 64801 |
| 446 | 1171 | Sears | Springfield | MO | 2825 S Glenstone Ave | 65804 |
| 447 | 1182 | Sears | St Peters | MO | 3 Mid Rivers Mall Dr | 63376 |
| 448 | 1165 | Sears | Concord | NC | 1480 Concord Pkwy N | 28025 |

| Count | Store Number | Banner | Name | State | Address | Zip Code |
|---|---|---|---|---|---|---|
| 449 | 2175 | Sears | Greenville | NC | 240 Carolina East Mall | 27834 |
| 450 | 2515 | Sears | Hickory | NC | 1940 Us Highway 70 Se | 28602 |
| 451 | 1605 | Sears | Raleigh | NC | 7330 Old Wake Forest Rd | 27616 |
| 452 | 2191 | Sears | Lincoln | NE | 6400 O St | 68510 |
| 453 | 1094 | Sears | Hackensack | NJ | 436 Main St | 07601 |
| 454 | 1044 | Sears | Jersey Cty/Newport | NJ | 50 Mall Dr W | 07310 |
| 455 | 1614 | Sears | Livingston | NJ | S Orange Ave & Walnut St | 07039 |
| 456 | 1494 | Sears | Moorestown | NJ | Rt 38 And Lenola Rd | 08057 |
| 457 | 1314 | Sears | New Brunswick | NJ | 51 Us Hwy 1 | 08901 |
| 458 | 1764 | Sears | Rockaway | NJ | Rt 80 & Mt Hope Ave | 07866 |
| 459 | 7017 | Kmart | Roswell | NM | 1705 S Main St | 88203 |
| 460 | 1114 | Sears | Brooklyn | NY | 2307 Beverley Rd | 11226 |
| 461 | 4726 | Kmart | Jamestown | NY | 975 Fairmount Ave | 14701 |
| 462 | 1364 | Sears | Lake Grove | NY | 4 Smith Haven Mall | 11755 |
| 463 | 1333 | Sears | Poughkeepsie | NY | 2001 South Rd | 12601 |
| 464 | 4928 | Kmart | Queensbury | NY | 308 Dix Avenue | 12804 |
| 465 | 1924 | Sears | Valley Stream | NY | 1150 Sunrise Hwy | 11581 |
| 466 | 2010 | Sears | Mansfield | OH | 600 Richland Mall | 44906 |
| 467 | 1710 | Sears | No Olmsted | OH | 5000 Great Northern Mall | 44070 |
| 468 | 2390 | Sears | Springfield | OH | 1475 Upper Valley Pike | 45504 |
| 469 | 1120 | Sears | Tuttle Crossing | OH | 5053 Tuttle Crossing Blvd | 43016 |
| 470 | 1224 | Sears | Harrisburg | PA | 4600 Jonestown Rd | 17109 |
| 471 | 3529 | Kmart | Pittsburgh | PA | 996 W View Park Dr | 15229 |
| 472 | 1354 | Sears | Willow Grove | PA | 2500 W Moreland Rd | 19090 |
| 473 | 1595 | Sears | Greenville | SC | 700 Haywood Rd | 29607 |
| 474 | 1795 | Sears | Myrtle Beach | SC | 1200 Coastal Grand Circle | 29577 |
| 475 | 3147 | Kmart | Kingsport | TN | 1805 E Stone Dr | 37660 |
| 476 | 1307 | Sears | Abilene | TX | 4310 Buffalo Gap Rd | 79606 |
| 477 | 1437 | Sears | Arlington/Parks | TX | 3871 S Cooper St | 76015 |
| 478 | 1407 | Sears | Beaumont | TX | 6461 Eastex Fwy | 77706 |
| 479 | 2497 | Sears | Brownsville | TX | 2320 N Expressway | 78526 |
| 480 | 1217 | Sears | Corpus Christi | TX | 1305 Airline Rd | 78412 |
| 481 | 1317 | Sears | El Paso | TX | 8401 Gateway Blvd W | 79925 |
| 482 | 1447 | Sears | Hulen | TX | 4900 S Hulen St | 76132 |
| 483 | 1417 | Sears | Humble | TX | 20131 Highway 59 N | 77338 |
| 484 | 1297 | Sears | Hurst | TX | 1101 Melbourne Rd Ste 7000 | 76053 |
| 485 | 2247 | Sears | Laredo | TX | 5300 San Dario Ave | 78041 |
| 486 | 1187 | Sears | Mesquite-Town East | TX | 3000 Town East Mall | 75150 |
| 487 | 1176 | Sears | Pasadena | TX | 999  Pasedena Blvd | 77506 |
| 488 | 1337 | Sears | Plano | TX | 851 N Central Expwy | 75075 |
| 489 | 1427 | Sears | Rolling Oaks | TX | 6909 N Loop 1604 E | 78247 |
| 490 | 2197 | Sears | Texas City | TX | 10000 Emmett F Lowry Expy | 77591 |
| 491 | 1377 | Sears | Willowbook | TX | 7925 Fm 1960 Rd W | 77070 |
| 492 | 1023 | Sears | Loudoun/Dulles | VA | 21000 Dulles Town Cir | 20166 |
| 493 | 1974 | Sears | Roanoke | VA | 4812 Valley View Blvd Ne | 24012 |
| 494 | 3722 | Kmart | Burlington | WA | 1550 S Burlington Blvd | 98233 |
| 495 | 1038 | Sears | E Valley | WA | 14720 E Indiana Ave | 99216 |
| 496 | 2219 | Sears | Lacey/Olympia | WA | 651 Sleater Kinney Rd Se 1300 | 98503 |
| 497 | 2309 | Sears | Silverdale | WA | 10315 Silverdale Way Nw | 98383 |
| 498 | 1029 | Sears | Spokane | WA | 4700 N Division St | 99207 |
| 499 | 4147 | Kmart | Spokane | WA | 4110 E Sprague Ave | 99202 |
| 500 | 1139 | Sears | Tukwila | WA | 400 Southcenter Mall | 98188 |
| 501 | 2029 | Sears | Union Gap | WA | 9 E Valley Mall Blvd | 98903 |
| 502 | 2092 | Sears | Appleton | WI | 4301 W Wisconsin Ave | 54913 |
| 503 | 3088 | Kmart | Kenosha | WI | 4100 52Nd St | 53144 |
| 504 | 2232 | Sears | Madison-East | WI | 43 East Towne Mall  C | 53704 |

| Count | Store Number | Banner | Name | State | Address | Zip Code |
|-------|--------------|--------|------|-------|---------|----------|
| 505 | 1804 | Sears | Barboursville | WV | 100 Huntington Mall Rd | 25504 |