**Hearing Date and Time: November 27, 2018 at 1:30 p.m. (Eastern Time)**
**Objection Deadline: November 27, 2018 at 1:30 p.m. (Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

---------------------------------------------------------------x

## NOTICE OF HEARING ON DEBTORS' SUPPLEMENTAL MOTION FOR AUTHORITY TO (I) OBTAIN JUNIOR POSTPETITION FINANCING, AND (II) SCHEDULE FINAL HEARING

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

WEIL:\96782965\12\73217.0004

**PLEASE TAKE NOTICE** that a hearing on the annexed motion (the "**Motion**"), of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), for entry of an order pursuant to section 363(c)(2), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) of chapter 11 of title 11 of the United States Code, Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Rule 4001-2  for approval of the Junior DIP Financing, all as more fully set forth in the Motion, will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York, 10601-4140 (the "**Bankruptcy Court**") on **November 27, 2018 at 1:30 p.m. (Eastern Time)** (the "**Hearing**"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "**Objections**") to the Motion shall be raised at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

Dated: November 25, 2018
New York, New York

/s/ Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors
and Debtors in Possession*

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------x
In re                                    :
                                         :        Chapter 11
SEARS HOLDINGS CORPORATION, et al.,      :
                                         :        Case No. 18-23538 (RDD)
                                         :
            Debtors.¹                    :        (Jointly Administered)
---------------------------------------------------------------x
```

### DEBTORS' SUPPLEMENTAL MOTION FOR AUTHORITY TO (I) OBTAIN JUNIOR POSTPETITION FINANCING AND (II) SCHEDULE FINAL HEARING

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE**:

Sears Holdings Corporation ("**Sears Holdings**") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**" and, together with their non-debtor affiliates, the "**Company**" or "**Sears**"), respectfully represent in support of this motion (the "**Motion**"):

### Preliminary Statement

1.      The Debtors seek approval of a $350 million multiple-draw junior debtor-in-possession term loan (the "**Junior DIP Financing**").  The Junior DIP Financing, together with the DIP ABL Financing, provides a strong and clear message to the Debtors' vendors, customers, and employees, as well as their potential acquirers, that these chapter 11 cases are appropriately funded.  Since the Commencement Date, the Debtors have continued their rigorous efforts to secure attractive senior and junior financings, to provide the Debtors with the flexibility necessary to operate their businesses as a going concern and to determine and execute value-maximizing chapter 11 cases.  As detailed below and in the Supplemental Aebersold DIP Declaration (as defined below), the Debtors, with the assistance of their advisors, reached out to approximately 90 parties, gauging interest and narrowing the universe of possible incremental financing structures.  The Debtors focused parties on three preferred structures for an incremental junior DIP and capitalized on the competitive tension of parties who submitted indicative proposals to negotiate the incremental, junior financing on attractive terms.  After narrowing the universe down to two bidders, the Debtors settled on the proposed Junior DIP Financing after rounds of deliberations and a determination that it would provide the necessary financing on the best available terms.  Additionally, the Debtors reached out to nine parties for

interest in the senior DIP financing; however, no parties expressed interest or provided terms better than those under the existing DIP ABL Financing.

2.      Importantly, the DIP ABL Lenders are supportive of the Junior DIP Financing and have made critical concessions, including: consenting to *pari passu* senior liens on the Specified Collateral and marshalling the Prepetition ABL Collateral to allow for the Junior DIP Financing and the benefits thereunder.  With respect to marshalling, the DIP ABL Lenders have agreed to hold all proceeds of Prepetition Unencumbered Collateral in a cash collateral account until substantially all Prepetition ABL Collateral has been sold, transferred, or otherwise been disposed of.  Only thereafter and if the DIP ABL Facility is not paid in full, may the DIP ABL Lenders apply proceeds of Prepetition Unencumbered Collateral to pay down their debt.  This agreement made the Junior DIP Financing possible and resulted in a comprehensive financing package for the Debtors that provides necessary and critical financing for the Debtors to maximize value and recoveries.  Indeed, the negotiations between the DIP ABL Lenders, Junior DIP Lenders, and the Debtors were rigorous and iterative, but ultimately productive.

3.      The key terms of the proposed Junior DIP Financing are as follows:

   i.      The Junior DIP Financing shall be provided by a consortium led by GACP Finance Co., LLC;[2]

   ii.     The available amount shall be $350 million with an interest rate of LIBOR + 11.50%;

   iii.    The Junior DIP Financing shall be secured by (a) a junior lien on the Prepetition ABL Collateral, (b) a *pari passu* senior lien on certain unencumbered assets comprising Specified Collateral junior only to the Carve-Out, (c) a lien junior only to the Carve-Out and DIP ABL Liens on other previously unencumbered assets, and (d) a lien junior only to the Carve-Out, Other Prepetition Liens, other Senior Permitted Liens, and DIP ABL Liens on collateral with other prepetition liens.  Importantly, just like the

---

[2]    Certain of the proposed Junior DIP Lenders are holders of prepetition debt.

DIP ABL Facility, the Junior DIP Financing does not prime any liens without consent; and

iv.     100% of the net cash proceeds from dispositions of Prepetition Unencumbered Collateral shall (a) first fund the Winddown Account until it is funded with $200 million (the "**Winddown Account Funding Condition**"), (b) fund the cash collateral account in an amount sufficient to repay the DIP ABL Facility in full, and (c) upon the discharge of the DIP ABL Facility obligations, the amounts shall be held as collateral for the obligations under the Junior DIP Financing; and

v.      proceeds of Specified Collateral after the Winddown Account Funding Condition has been satisfied, shall be distributed pro rata to the DIP Collateral Account and Cash Collateral Account based on the $350 million commitment amount under the Junior DIP Financing and $300 million of DIP ABL Facility, subject, however, to the terms and conditions of the DIP Intercreditor Agreement.

4.      The relief sought in this Motion is necessary and critical for the Debtors to continue their ordinary course operating expenses and finance the chapter 11 cases under any scenario, *i.e.* a reorganization, a going concern sale, or a liquidation.  In support of the Motion, the Debtors have filed the following declarations, both of which are incorporated herein by reference:

i.      the Declaration *of Robert A. Riecker in Support of the Debtors' Omnibus Reply to Objections to Debtors' Motion for Authority to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Certain Protections to Prepetition Secured Parties and (D) Grant Related Relief and in Support of Debtors' Supplemental Motion for Authority to (I) Obtain Junior Postpetition financing, and (II) Schedule Final Hearing* [Docket No. 866] (the "**Riecker DIP Declaration**"); and

ii.     the *Declaration of Brandon Aebersold in Support of the Debtors' Omnibus Reply to Objections to Debtors' Motion for Authority to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Certain Protections to Prepetition Secured Parties and (D) Grant Related Relief and in Support of Debtors' Supplemental Motion for Authority to (I) Obtain Junior Postpetition financing, and (II) Schedule Final Hearing* [Docket No. 865] (the "**Supplemental Aebersold DIP Declaration**").

4

5.      The proposed Junior DIP Financing is essential to the Debtors to continue their positive trajectory and maximize value for all stakeholders in all scenarios.  For these reasons, and as more fully explained below, the Debtors request that the Bankruptcy Court grant the relief requested.

## Background

6.      Beginning on October 15, 2018 (the "**Commencement Date**") and continuing thereafter, each of the Debtors commenced with this Bankruptcy Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").  The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

7.      On October 24, 2018, the United States Trustee for Region 2 appointed an official committee of unsecured creditors (the "**Creditors' Committee**").  No trustee or examiner has been appointed in these chapter 11 cases.

8.      The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

9.      Additional information regarding the Debtors' business, capital structure, and the circumstances leading to the commencement of these chapter 11 cases is set forth in the *Declaration of Robert A. Riecker Pursuant to Rule 1007-2 of Local Rules for Southern District of New York* [Docket No. 3] (the "**First Day Declaration**").

## Jurisdiction

10.     This Bankruptcy Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the Amended Standing Order of Reference M-431, dated

January 31, 2012 (Preska, C.J.).  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

Venue is proper before this Bankruptcy Court pursuant to 28 U.S.C.  §§ 1408 and 1409.

**Relief Requested**

11.    By this Motion the Debtors request, pursuant to sections 105, 361, 362,

363(c)(2), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) of the Bankruptcy Code and

Bankruptcy Rules 2002, 4001 and 9014, and Local Rule 4001-2: (i) entry of an interim order

with respect to the Junior DIP Financing (the "**Interim Junior DIP Order**"), substantially in the

form attached hereto as **Exhibit A**[3] pursuant to the Junior DIP Term Sheet, attached hereto as

**Exhibit B**[4] with authorization to draw up to $250 million on an interim basis, on the terms and

conditions of the Junior DIP Financing, (ii) scheduling a Final Hearing, and (iii) following the

Final Hearing, entry of a final order approving the Junior DIP Financing with authorization to

draw the remaining $100 million on the terms and conditions of the Junior DIP Financing (the

"**Final Junior DIP Order**" together with the Interim Junior DIP Order, the

"**Junior DIP Orders**").

*[Remainder of page intentionally left blank.]*

---

[3]    At the time of filing of this Motion, the Debtors and other parties in interest are continuing to review and finalize the proposed Interim Junior DIP Order.  For the avoidance of doubt, the Interim Junior DIP Order remains subject to ongoing review and revision by the DIP ABL Lenders and the Junior DIP Lenders in all respects.

[4]    Changes made to the Junior DIP Term Sheet filed on November 14, 2018 are reflected in the redline attached hereto as **Exhibit 1** to **Exhibit B**. *See Notice of Filing of Term Sheet Regarding Junior Secured Debtor-in-Possession Multiple Draw Term Loan Facility* [Docket No. 735] filed on November 14, 2018.

### Concise Statements Regarding Junior DIP Financing
### Pursuant to Bankruptcy Rule 4001(b) and Local Rule 4001-2[5]

12.    The following chart contains a summary of the material terms of the proposed Junior DIP Financing, together with references to the applicable sections of the relevant source documents, as required by Bankruptcy Rule 4001(b)(1)(B) and 4001(c)(1)(B) and Local Rule 4001-2:

| SUMMARY OF MATERIAL TERMS OF THE JUNIOR DIP FINANCING | | |
|---|---|---|
| **Borrowers**<br>Bankruptcy Rule 4001(c)(1)(B) | Sears Roebuck Acceptance Corp. and Kmart Corporation | Junior DIP Term Sheet Section "Borrowers" |
| **Guarantors**<br>Bankruptcy Rule 4001(c)(1)(B) | Sears Holding Corporation and each affiliate of Sears Holding Corporation that is a guarantor under the DIP ABL Facility | Junior DIP Term Sheet Section "Guarantor" |
| **Junior DIP Financing Lenders**<br>Bankruptcy Rule 4001(c)(1)(B) | The several banks, financial institutions or entities from time to time party to the Junior DIP Credit Agreement (collectively, the "**Junior DIP Lenders**") | Junior DIP Term Sheet Preamble |
| **Reporting Information**<br>Bankruptcy Rule 4001(c)(1)(B) | Consistent with the DIP ABL Facility | Junior DIP Term Sheet Section "Financial Reporting" |

---

[5]    The following summary of the Junior DIP Financing is qualified in its entirety by reference to the applicable provisions of the relevant Junior DIP Documents and/or the Junior DIP Orders, as applicable.  To the extent there are any inconsistencies between these summaries and the provisions of the Junior DIP Documents or the Junior DIP Orders, the provisions of the Junior DIP Orders or the Junior DIP Documents, as applicable, shall control.  Any capitalized terms used but not otherwise defined in these summaries shall have the respective meanings ascribed to such terms in the Junior DIP Documents and/or the Junior DIP Orders, as applicable.  The Debtors reserve the right to supplement the statements made pursuant to Bankruptcy Rule 4001 and Local Rule 4001–2 herein.

Furthermore, certain Junior DIP Documents have not yet been finalized as of the time of filing of this Motion.  Accordingly, the summaries reflect the current state of the relevant provisions and are subject to change.

| Local Rule 4001-2a(ii) | | |
|---|---|---|
| **Maturity Date** Bankruptcy Rule 4001(c)(1)(B)(iii), 4001(c)(1)(B) Local Rule 4001-2(a)(ii) | The earliest of (i) eight (8) months after the Commencement Date, (ii) twelve (12) months if the Borrowers shall exercise Extension Option, or (iii) the Maturity Date under the DIP ABL Facility. | Junior DIP Term Sheet Section "Maturity Date" |
| **Administrative Agent** Bankruptcy Rule 4001(c)(1)(B) | GACP Finance Co., LLC | Junior DIP Term Sheet Section "DIP Agent" |
| **Adequate Protection** Bankruptcy Rules 4001(b)(1)(B)(iv), 4001(c)(1)(B)(ii), | Adequate protection shall be substantially as set forth in the Final DIP ABL Order[6], which is substantially similar to the Interim ABL Order[7], and the below "Liens and Priorities" section. | |
| **Waivers/Modification of Automatic Stay** Bankruptcy Rule 4001(c)(1)(B)(iv) | The automatic stay imposed under section 362(a) of the Bankruptcy Code to be modified as necessary to effectuate all of the terms and provisions of the Interim Junior DIP Order, including, without limitation, to (a) permit the Debtors to grant the Junior DIP Liens, the Junior DIP Superpriority Claims, the Adequate Protection Liens and the Adequate Protection Superpriority Claims; (b) permit the Junior DIP Agent, the Prepetition ABL Agents, the Prepetition LC Facility Administrative Agent, as applicable, to take any actions permitted under the DIP Orders, including but not limited to the actions set forth in the Interim Junior DIP Order; and (c) authorize the Debtors to pay, and the Junior DIP Credit Parties and the Prepetition ABL Credit Parties to retain and apply, payments made in accordance with the Interim Junior DIP Order. | Interim Junior DIP Order Section "Modification of Automatic Stay" |
| **Carve-Out** Bankruptcy Rule 4001(b)(1)(B)(iii), Local Rule 4001-2(a)(i)(f) | The Carve-Out shall be substantially as set forth in the Final DIP ABL Order, which is substantially similar to the Interim ABL Order.. | N/A |

---

[6]  "**Final DIP ABL Order**" means the *Final Order (I) Authorizing the Debtors to (A) Obtain Post-petition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief.*

[7]  "**Interim DIP ABL Order**" means the *Interim Order (I) Authorizing the Debtors to (A) Obtain Post-petition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief* [Docket No. 101]

| **Section 506(c) Waiver**<br><br>Bankruptcy Rule 4001(c)(1)(B)(x), Local Rule 4001-2(a)(i)(C) | Subject to entry of the Final Junior DIP Order, a waiver of the right to surcharge the collateral securing the Junior DIP Financing solely as to the Junior DIP Financing obligations. | Junior DIP Term Sheet Section "Events of Default" |
|---|---|---|
| **Section 552(b) Waiver**<br><br>Bankruptcy Rule 4001(c)(1)(B) Local Rule 4001-2(a)(i)(H) | The Final Junior DIP Order shall include a waiver of any ability to limit the extension under Section 552(b) of the Bankruptcy Code of the liens of the Prepetition Administrative Agent on the Prepetition ABL Collateral to any proceeds, products, offspring, or profits of the Prepetition ABL Collateral acquired by any Obligor after the Petition Date. | Junior DIP Term Sheet Section "Events of Default" |
| **Commitment**<br><br>Bankruptcy Rule 4001(c)(1)(B), Local Rule 4001-2(a)(ii) | A multiple-draw term loan facility in an aggregate principal amount of up to $350,000,000 to be made available to the Borrowers after the DIP Facility Approval Date in accordance with the Budget and the final DIP documentation; provided, however, that (i) no more than $250.0 million aggregate principal amount of the DIP Loans (the "Interim DIP Loans") shall be funded by the DIP Lenders prior to the Final Closing Date (as defined below), which Interim DIP Loans shall be funded in three draws on and after the Initial Closing Date (as defined below) in the following amounts: the first draw of $75.0 million on the Initial Closing Date, the second draw of $75.0 million and the third draw of $100.0 million, in the cases of the second and third draws, on dates when the Excess Availability (under and as defined in the DIP ABL Facility) is less than $50.0 million (in each case subject to the satisfaction of the conditions precedent set forth in this Term Sheet and the DIP Loan Documents); provided, however, that any portion of the Interim DIP Loans not funded prior to the Final Closing Date shall be available for draws after the Final Closing Date (the "DIP Carryover Loans") and (ii) no more than $100.0 million aggregate principal amount of the DIP Loans plus any DIP Carryover Loans (collectively, the "Subsequent DIP Loans") shall be funded by the DIP Lenders on or after the Final Closing Date, which Subsequent DIP Loans shall be funded in multiple draws of amounts to be agreed (but in no event shall any such draw be in an aggregate principal amount of less than $50.0 million) on dates when the sum of Excess Availability (under and as defined in the DIP ABL Facility) and the Obligors' available cash is less than $50.0 million (subject in each case to the satisfaction of the conditions set forth in this Term Sheet and the DIP Loan Documents). DIP Loans that are repaid or prepaid may not be reborrowed. | Junior DIP Term Sheet Section "Amount" |

| | | |
|---|---|---|
| **Interest Rate**<br>Bankruptcy Rule 4001(c)(1)(B), Local Rule 4001-2(a)(ii) | LIBOR + 11.50%<br><br>Default rate: 2.00% | Junior DIP Term Sheet Section "Pricing / Floor" and "Default Rate" |
| **Milestones**<br>Bankruptcy Rule 4001(c)(1)(B)(vi) | **Junior DIP Loan**<br>(i) Not later than December 28, 2018, the Bankruptcy Court shall have entered the Final Junior DIP Order.<br><br>(ii) Not later than January 5, 2019, the Final Closing Date shall have occurred.<br><br>**Budget**<br>(iii) On or before December 28, 2018, the Junior DIP Agent has (i) reaffirmed its approval, based on then current information, of the Approved Initial Budget or (ii) the Loan Parties have adopted a revised budget acceptable to the DIP Agent in its reasonable discretion.<br><br>The other Case Milestones shall be consistent with the Case Milestones set forth in the DIP ABL Documents. | Junior DIP Term Sheet Section "Case Milestones" |
| **Challenge Period**<br>Bankruptcy Rule 4001(c)(1)(B), 4001(c)(1)(B)(viii) | The Challenge Period shall be substantially as set forth in the Final DIP ABL Order, which is substantially similar to the Interim ABL Order.. | Junior DIP Term Sheet Section "Use of Proceeds" |
| **Superpriority Claim**<br>Bankruptcy Rule 4001(c)(1)(B)(i), 4001(c)(1)(B)(ii) | Pursuant to Sections 364(c)(1), 503(b), and 507(a)(2) of the Bankruptcy Code, be entitled to joint and several superpriority administrative expense claim status in the Chapter 11 Case of such Loan Party, with priority over all other allowed chapter 11 and chapter 7 administrative expense claims now existing or hereinafter arising, of any kind whatsoever, including expenses of a chapter 11 and chapter 7 trustee (the "***Junior DIP Facility Superpriority Claims***"); *provided*, *however*, that the Junior DIP Facility Superpriority Claims will be of equal priority to the DIP ABL Superpriority Claims awarded to the DIP ABL Lenders under the Interim DIP ABL Order. | Junior DIP Term Sheet Section "Security / Priority" |
| **Use of DIP Proceeds**<br>Bankruptcy Rule 4001(c)(1)(B), Local Rule 4001-2(a)(6)-(a)(7) | The proceeds of the Junior DIP Financing shall be used to fund (i) working capital, (ii) general corporate purposes and (iii) restructuring expenses and professional fees, including the Carve-Out Account  (as defined in the Interim Junior DIP Order) and obligations benefitting from the Carve-Out (without regard to whether such obligations are provided for in a Budget); provided, that no proceeds of the Junior DIP Financing or cash collateral shall be used to, among other things, (x) object, contest or raise any defense to the validity, perfection, priority, extent or enforceability of any amount due under or the liens and | Junior DIP Term Sheet Section "Use of Proceeds" |

10

| | | |
|---|---|---|
| | security interests granted under the Junior DIP Financing or (y) investigate, initiate or prosecute any claims and defenses or commence causes of action against the Agent or the Lenders under or relating to the Junior DIP Financing;; *provided further*, that the Official Creditors' Committee or its counsel may use up to $100,000 to investigate, for a period of sixty (60) days from the Petition Date, the validity, perfection, priority, extent or enforceability of the liens on the Pre-Petition First Lien Indebtedness. | |
| **Expenses and Fees** Bankruptcy Rule 4001(c)(1)(B) | The "**Junior DIP Fees**" means collectively, the: Undrawn Amount Fee: 0.75% Extension Fee: 1.25%, earned on the first day of the extension, but payment is deferred until the Maturity Date Agent Monitoring Fee: $200,000 Closing Fee: 3.00%, (i) due and payable with respect to the full $250.0 million aggregate principal amount of the Interim Junior DIP Loans (whether or not all or any portion of such amount is funded), on the Initial Closing Date and (ii) due and payable with respect to the $100.0 million aggregate principal amount of the Subsequent DIP Loans upon the earliest to occur of (x) December 31, 2018 and (y) the Final Closing Date. | Junior DIP Term Sheet Sections "Fees" and "Agent Monitoring Fee" |
| **Budget** Bankruptcy Rule 4001(c)(1)(B) Local Rule 4001-2(a)(ii) | The Borrowers shall deliver to the Junior DIP Agent and the Junior DIP Lenders 13-week cash flow forecasts together with accompanying schedules supporting line items included in such 13-week cash flow (such as roll forward of inventory sales and receipts, roll forward of merchandise and other payables and other documentation which may be requested by the Junior DIP Agent) on a rolling 13-week basis (each, a "**Budget**"). The initial Budget shall be approved by the Junior DIP Agent in its sole and absolute discretion and the new "testing" budget currently due to be delivered under the DIP ABL Facility on November 21, 2018 shall be approved by the Junior DIP Agent in its sole and absolute discretion (collectively, "**Approved Initial Budget**"). The Obligors shall be required to comply with such Approved Initial Budget, subject to the Permitted Variance. The Borrowers shall deliver to the Junior DIP Agent and the Junior DIP Lenders each of the following: (a) a weekly 13-week cash flow forecast to be approved by the Junior DIP Agent in its reasonable discretion (each, a "Rolling Budget", and together with the Approved Initial Budget, the "**Approved Budget**"), (b) weekly reports | |

detailing operating and financial performance (the "**Weekly Flash Reporting Package**") which shall include cash flow performance for the previous week together with accompanying schedules supporting line items included in the weekly cash flow results (such as roll forward of inventory sales and receipts, roll forward of merchandise and other payables of each Loan Party as of the end of the prior week, in each case, in reasonable detail) and (c) other information as may be reasonably requested by the Junior DIP Agent. The Junior DIP Agent and the Junior DIP Lenders shall also be entitled to receive on a timely basis other customary information and documents, including reasonable approval rights with respect thereto, to be set forth in the Junior DIP Loan Documents.

The Borrowers shall also provide a weekly  budget variance report/reconciliation (the "**Budget Variance Report**") for any prior four week period included in the Approved Budget (each, a "**Testing Period**") (i) showing by line item actual cash receipts, disbursements and inventory receipts for each week, in a comparable form to what has been provided to the Junior DIP Agent prior to the Initial Closing Date, noting therein the variance, on a cumulative basis, of the Borrowers' total net cash flow, excluding proceeds from asset sales, except for proceeds from the sale of inventory, and also excluding financing related items (the "**Net Cash Flow**") for such four week period relative to the Approved Budget, and shall include explanations for any material variance for such four week period. The Borrowers shall arrange for weekly (unless waived by the Junior DIP Agent in its reasonable discretion) conference calls with the Junior DIP Agent and Junior DIP Agents Advisors discussing and analyzing cash flow and related forecast for the prior week, the financial condition, liquidity, and results of operations of each of the Obligors, status of the Chapter 11 Cases and progress in achieving the Case Milestones. The Borrowers will supplement the Weekly Flash Reporting Package and the Budget Variance Report from time to time upon the request of the Junior DIP Agent. The Obligors shall be required to comply with Approved Budget, including having made all scheduled payments to the DIP ABL Lenders and the Junior DIP Lenders, as applicable, and when required, subject to the following (the "**Permitted Variance**"): the Borrowers' Net Cash Flow shall not be less than the Net Cash Flow set forth in the Approved Budget minus the Applicable Variance Percentage of the absolute value of the Net Cash Flow set forth in the Approved Budget; provided, however, to the extent any amounts owed to professionals and vendors are permitted to be paid in accordance with the foregoing covenant but

| | | |
|---|---|---|
| | are not actually paid during the subject period, such amounts may be paid during a subsequent period. Such covenant shall be tested each second week (commencing on December 1, 2018) (but shall be reported each week) on a cumulative basis from the Petition Date until the fourth (4th) week after the Petition Date and then on a rolling four (4) week basis, pursuant to the Budget Variance Report delivered by the Borrowers to the Junior DIP Agent. | |
| **Financial Covenants** Bankruptcy Rule 4001(c)(1)(B) | Compliance with the Approved Budget, subject to permitted variances as set forth in the Junior DIP Credit Documents. | Junior DIP Term Sheet Section "DIP Budget" |
| **Liens and Priorities** Bankruptcy Rule 4001(c)(1)(B)(i) Local Rule 4001-2(a)(i)(D) and (G), 4001-2(a)(ii) | The Junior DIP Financing shall be secured by liens on all assets of the Debtors, in the following order of priority:<br><br>Prepetition ABL Collateral:<br>1. Carve-Out<br>2. Permitted Prior Liens<br>3. DIP ABL Liens<br>4. First Lien Secured Parties Adequate Protection Liens (ABL, TL and L/C that are ABL subfacility)<br>5. First Lien Secured Parties Adequate Protection Liens (FILO)<br>6. First Lien Secured Parties Adequate Protection Liens (Stand Alone L/C)<br>7. First Lien Secured Parties Prepetition Liens (ABL, TL, L/C, FILO and Stand-Alone L/C)<br>8. Second Lien Secured Parties Adequate Protection Liens<br>9. Second Lien Secured Parties Pre-Petition Liens<br>10. Junior DIP Liens<br><br>Prepetition Unencumbered Collateral (Specified Collateral[8]):<br>1. Carve-Out<br>2. DIP ABL Liens, pari passu with Junior DIP Liens<br>3. First Lien Secured Parties Adequate Protection Liens (ABL, TL and L/C that are ABL subfacility)<br>4. First Lien Secured Parties Adequate Protection Liens (FILO)<br>5. First Lien Secured Parties Adequate Protection Liens (Stand-Alone L/C)<br>6. Second Lien Secured Parties Adequate Protection | Junior DIP Term Sheet Section "Adequate Protection" |

---

[8]    "**Specified Collateral**" means (A) all of the rights, title, and interests of any Obligor in the Specified Store Assets (specifically store numbers 7777, 7749, and 9423), and (B) all of the rights, title, and interests of any Obligor in that certain Specified Litigation Claim (specifically anti-trust claims or any other claims against Visa Inc., Mastercard Inc., JPMorgan Chase & Co., Citigroup N.A., Bank of America N.A., or any settlement with respect to the foregoing).

| | | |
|---|---|---|
| | Liens | |
| | Prepetition Unencumbered Collateral (other than Specified Collateral): <br> 1. Carve-Out <br> 2. DIP ABL Liens <br> 3. Junior DIP Liens <br> 4. First Lien Secured Parties Adequate Protection Liens (ABL, TL and L/C that are ABL subfacility) <br> 5. First Lien Secured Parties Adequate Protection Liens (FILO) <br> 6. First Lien Secured Parties Adequate Protection Liens (Stand-Alone L/C) <br> 7. Second Lien Secured Parties Adequate Protection Liens <br><br> Other Prepetition Liens: <br> 1. Carve-Out <br> 2. Other Prepetition Liens <br> 3. DIP ABL Liens <br> 4. Junior DIP Liens <br> 5. First Lien Secured Parties  Adequate Protection Liens (ABL, TL and L/C that are ABL subfacility) <br> 6. First Lien Secured Parties  Adequate Protection Liens (FILO) <br> 7. First Lien Secured Parties  Adequate Protection Liens (Stand-Alone L/C) <br> 8. Second Lien Secured Parties Adequate Protection Liens | |
| **Liens on Avoidance Actions** <br> Local Rule 4001-2(a)(i)(D) | Prepetition Unencumbered Assets shall not include any Avoidance Claims but shall include a lien on proceeds of any Avoidance Claim. | Junior DIP Term Sheet Section "Security / Priority" |
| **Events of Default** <br> Bankruptcy Rule 4001(c)(1)(B), Local Rule 4001-2(a)(ii) | The Events of Default under the Junior DIP Financing are generally the same as under the DIP ABL Facility. <br><br> 1. Failure to pay (i) principal, (ii) interest or fees or (iii) within 3 days after the same becomes due and payable, any other amount; <br><br> 2. Representations and warranties (including, without limitation, the representations and warranties set forth in the Junior DIP Term Sheet) are incorrect in any material respect when made or deemed made; <br><br> 3. Failure to comply with covenants (including, without limitation, the Case Milestones, and strict adherence to and compliance with the Budget, subject to any Permitted Variances); <br><br> 4. Cross-default to payment defaults on other postpetition | Junior DIP Term Sheet Section "Events of Default" |

or un-stayed indebtedness in excess of $25 million of the Obligors, or any other default or event of default with respect to any such indebtedness if the effect is to accelerate or permit acceleration, and cross-default and cross-acceleration to any such indebtedness;

5. Any unstayed or post-petition judgment, subject to exceptions (e.g. any "first day" or "second day" orders), in excess of $25 million;

6. The occurrence of certain material ERISA events;

7. Actual or asserted (by any Obligor or any affiliate thereof) invalidity or impairment of any Junior DIP Credit Document (including the failure of any lien to remain perfected);

8. Any acceleration of, or Event of Default under the DIP ABL Facility;

9. Certain bankruptcy matters:

(i) The entry of an order dismissing any of the Chapter 11 Cases of a Debtor with Material Assets (to be defined) or converting any of the Chapter 11 Cases of a Debtor with Material Assets to a case under chapter 7 of the Bankruptcy Code, or any filing by a Obligor or an affiliate thereof of a motion or other pleading seeking entry of such an order;

(ii) A trustee, responsible officer or an examiner having expanded powers to operate the business (beyond those set forth under Sections 1106(a)(3) and (4) of the Bankruptcy Code) under Bankruptcy Code Section 1104 (other than a fee examiner) is appointed or elected in the Chapter 11 Cases, an Obligor applies for, consents to, or acquiesces in, any such appointment, or the Bankruptcy Court shall have entered an order providing for such appointment, in each case without the prior written consent of the Junior DIP Agent in its sole and absolute discretion;

(iii) The entry of an order staying, reversing or vacating the Interim Junior DIP Order, the Final Junior DIP Order or modifying or amending the Interim Junior DIP Order, the Final Junior DIP Order, other than in form and substance satisfactory to the Junior DIP Agent in their sole and absolute discretion, or the filing by an Obligor of an application, motion or other pleading seeking entry of such an order without the prior written consent of the Junior DIP Agent;

(iv) The entry of an order in any of the Chapter 11 Cases denying or terminating use of cash collateral by the Obligors;

(v) The entry of an order in any of the Chapter 11Cases granting relief from any stay or proceeding (including, without limitation, the automatic stay) so as to allow a third party to proceed with foreclosure against any assets of the Obligors in excess of $25 million;

(vi) The entry of an order in the Chapter 11 Cases charging any of the collateral securing the Junior DIP Financing under Section 506(c) of the Bankruptcy Code against the Junior DIP Lenders (in their capacity as DIP Lenders) or the commencement of other actions by any Obligor or affiliate thereof that challenges the rights and remedies of the Junior DIP Agent or any Junior DIP Lender under the Junior DIP Financing in any of the Chapter 11 Cases or in a manner inconsistent with the Junior DIP Credit Documents.

(vii) Without the prior written consent of the Junior DIP Agent and other than in respect of the Junior DIP Financing and the Carve-Out, the bringing of any motion or taking of any action seeking entry of an order, or the entry of an order by the Bankruptcy Court, in any of the Chapter 11 Cases (v) granting superpriority administrative expense status to any claim pari passu with or senior to the claims of the Junior DIP Lenders under the Junior DIP Financing, (w) permitting the Obligors to obtain financing under Section 364 of the Bankruptcy Code, (x) permitting the Obligors to grant security interests or liens under Section 364 of the Bankruptcy Code, (y) permitting the Obligors to use cash collateral under Section 364 of the Bankruptcy Code, or (z) authorizing the Obligors to take other actions adverse to any Junior DIP Lender or the Junior DIP Agent or any Prepetition ABL Credit Party or their rights and remedies under the Junior DIP Loan Documents, the Prepetition ABL Credit Agreement or their interest in the Junior DIP Financing Collateral under Section 364 of the Bankruptcy Code;

(viii) The entry of any order terminating any Obligor's exclusive right to file a plan of reorganization or the expiration of any Obligor's exclusive right to file a plan of reorganization unless consented to by the Junior DIP Agent;

(ix) There shall arise any superpriority claim in the Chapter 11 Case which is pari passu with or senior to the priority of the Junior DIP Superpriority Claims, except

16

with respect to the Carve-Out and as set forth in the Junior DIP Financing Orders; or

(x) The entry of any order in the Chapter 11 Cases which provides adequate protection, or the granting by any Obligor of similar relief in favor of any one or more of a Obligor's prepetition creditors, contrary to the terms and conditions of any Junior DIP Financing Order or Junior DIP Loan Documents;

10. The making of any payments in respect of prepetition obligations other than; (i) as permitted by the Interim Junior DIP Order or the Final Junior DIP Order; (ii) as permitted by the Cash Management Order or any other substantive order entered by the Bankruptcy Court, all of which shall be in form and substance reasonably satisfactory to the DIP Agent in its sole and absolute discretion acting in good faith (it being agreed that all orders entered by the Bankruptcy Court prior to the date hereof are satisfactory to the Junior DIP Agent); (iii) as permitted by any administrative "first day order", "second day order" or other administrative order entered by the Bankruptcy Court, all of which shall be in form and substance reasonably satisfactory to the Junior DIP Agent acting in good faith; or (iv) as otherwise agreed to in writing by the Junior DIP Agent acting reasonably and in good faith.

11. Other than with respect to the Carve-Out or as set forth herein and the liens provided for in the Junior DIP Financing, and the Junior DIP Financing Orders, the Obligors shall create or incur, or the Bankruptcy Court enters an order granting, any claim or lien which is pari passu with or senior to any liens under the Junior DIP Financing, the adequate protection liens and adequate protection obligations granted under the Junior DIP Financing Orders;

12. Noncompliance by any Obligor or any of its affiliates with the terms of the Interim Junior DIP Order, the Final Junior DIP Order, the Cash Management Order in any material respect or the Employee Order in a manner adverse to the Junior DIP Lenders;

13. The Obligors or any of their subsidiaries (or any direct or indirect parent of any Obligor), or any person claiming by or through any of the foregoing, shall obtain court authorization to commence, or shall commence, join in, assist, acquiesce to, or otherwise participate as an adverse party in any suit or other proceeding against any the Junior DIP Agent or any of the Junior DIP Lenders regarding the

17

Junior DIP Financing.

14. A plan of reorganization shall be filed by the Obligors, or confirmed in any of the Chapter 11 Cases that is not the Acceptable Plan of Reorganization or any order shall be entered that does not provide for release and exculpatory provisions relating to the Junior DIP Agent and the Junior DIP Lenders that are satisfactory to the Junior DIP Agent in its sole and absolute discretion. "Acceptable Plan of Reorganization" means a plan of reorganization for each of the Chapter 11 Cases that provides for the termination of the Junior DIP Financing and the payment in full in cash and full discharge of the obligations under the Junior DIP Financing at emergence.

15. The Bankruptcy Court shall enter an order authorizing the sale of all or substantially all of the assets of the Obligors and their subsidiaries unless: (i) such order contemplates repayment in full in cash of the Junior DIP Financing and the Prepetition Facilities upon consummation of the sale or (ii) consummated as part of an Acceptable Plan of Reorganization.

16. The entry of an order in the Chapter 11 Cases avoiding or permitting recovery of any portion of the payments made on account of the obligations under the Junior DIP Financing, the DIP Loan Documents, any Prepetition Facility or the Prepetition ABL Credit Agreement or related documents, or the taking of any action by any Obligor to challenge, support or encourage a challenge of any such payments.

17. The Final Junior DIP Order and the terms thereof shall cease to create a valid and perfected security interest and lien on the Junior DIP Financing Collateral.

18. If the Final Junior DIP Order does not include a waiver, in form and substance satisfactory to the Junior DIP Agent in its sole and absolute discretion, of (A) the right to surcharge the collateral securing the Junior DIP Financing under Section 506(c) of the Bankruptcy Code solely as to Junior DIP Financing obligations ; (B) any ability to limit the extension under Section 552(b) of the Bankruptcy Code of the liens of the Prepetition Administrative Agent on the Prepetition ABL Collateral to any proceeds, products, offspring, or profits of the Prepetition ABL Collateral acquired by any Obligor after the Petition Date and (C) the doctrine of marshalling.

19. The filing or support of any pleading by any Obligor (or any affiliate thereof) seeking, or otherwise consenting

18

| | | |
|---|---|---|
| | to, any relief the granting of which could reasonably be expected to result in the occurrence of an Event of Default. | |
| **Indemnification** Bankruptcy Rule 4001(c)(1)(B)(ix) | Obligors jointly and severally agree to indemnify and hold harmless the Junior DIP Lenders and each of their respective Affiliates and officers, directors, employees, agents and advisors (each, a "**DIP Lender Indemnified Party**") from and against any and all claims, damages, losses, liabilities and expenses (including reasonable fees and expenses of counsel) incurred by or asserted or awarded against any Junior DIP Lender Indemnified Party, in each case arising out of or in connection with or by reason of (including in connection with any investigation, litigation or proceeding or preparation of a defense in connection therewith) (i) the Junior DIP Term Sheet, the other Junior DIP Loan Documents, any of the transactions contemplated herein or therein and (ii) the actual or alleged presence of hazardous materials on any property of any Obligor or any of their subsidiaries or any environmental action relating in any way to Obligors or any of their Subsidiaries, except to the extent such claim, damage, loss, liability or expense is found in a final, nonappealable judgment by a court of competent jurisdiction to have resulted from such Junior DIP Lender Indemnified Party's bad faith, gross negligence, willful misconduct or material breach of its obligations hereunder or thereunder. In the case of an investigation, litigation or other proceeding to which the indemnity in this provision applies, such indemnity shall be effective whether or not such investigation, litigation or proceeding is brought by any Obligor or any director of a Obligor, equity holders of a Obligor or creditor of a Obligor or a Junior DIP Lender Indemnified Party or any other Person, whether or not any Junior DIP Lender Indemnified Party is otherwise a party thereto and whether or not the transactions contemplated hereby are consummated.<br><br>Obligors also agree not to assert any claim for special, indirect, consequential or punitive damages against the Junior DIP Lenders any of their respective Affiliates, or any of its directors, officers, employees, attorneys and agents, on any theory of liability, arising out of or otherwise relating to the Junior DIP Term Sheet, the other Junior DIP Loan Documents, any of the transactions contemplated herein. | Junior DIP Term Sheet Section "Indemnity" |
| **Conditions of Borrowing** Bankruptcy Rule 4001(c)(1)(B), Local Rule 4001-2(a)(ii) | Interim Funding Conditions:<br><br>(a) The Junior DIP Agent shall have received executed copies of the Junior DIP Loan Documents in form and substance reasonably satisfactory to the Junior DIP Agent; | Junior DIP Term Sheet Section "Interim Funding Conditions" |

19

(b) The Borrowers shall have delivered a borrowing notice to the Junior DIP Agent;

(c) The Junior DIP Agent shall have received a signed copy of the Interim Junior DIP Order, which Interim Junior DIP Order shall not have been vacated, reversed, modified, amended or stayed in any respect.

(d) No trustee, responsible officer or examiner having powers to operate the business (beyond those set forth under Sections 1106(a)(3) and (4) of the Bankruptcy Code) under Bankruptcy Code Section 1104 (other than a fee examiner) shall have been appointed or elected with respect to the Obligors, any of their subsidiaries, or any of their respective properties, or any Obligor or its subsidiaries shall have applied for, consented to, or acquiesced in, any such appointment, with respect to the Obligors, any of their subsidiaries or their respective properties.

(e) All reasonable and documented out-of-pocket costs, fees, and expenses (including, without limitation, reasonable and documented legal fees and expenses) set forth in the Junior DIP Credit Documents or otherwise required to be paid to the Junior DIP Agent or any Junior DIP Lender on or before the Initial Closing Date shall have been paid;

(f) The Junior DIP Agent shall have received and be satisfied, in its reasonable discretion, with: (i) monthly projections (which shall consist of an income statement only) through Holdings' fiscal year end dated as of a date not more than one Business Day prior to the Initial Closing Date; (ii) a cash flow forecast for the 13-week period ending after the Initial Closing Date dated as of a date not more than one Business Day prior to the Initial Closing Date; (iii) a Store Footprint Plan dated as of a date not more than one Business Day prior to the Initial Closing Date.

(g) The Junior DIP Agent shall have received customary closing deliverables consistent with the Prepetition ABL Credit Agreement, including but not limited to resolutions, good standing certificates in each Obligor's jurisdiction of formation (to the extent such concept is applicable), incumbency certificates, organizational documents, title insurance policies (to the extent in the possession of and readily available to the Obligors) and lien searches, all in form and substance reasonably satisfactory to the Junior DIP Agent;

(h) Since the date of the entry of the Interim Junior DIP Order, there shall not have occurred or there shall not exist any event, condition, circumstance or contingency (other than as customarily occurs as a result of events leading up to and following the commencement of a proceeding under chapter 11 of the Bankruptcy Code by any of the Obligors or their subsidiaries and the commencement of the Chapter 11 Cases) that, individually or in the aggregate, has had or could reasonably be expected to have, a material adverse effect on (a) the business, condition (financial or otherwise), operations or assets of Holdings and its subsidiaries taken as a whole, (b) the ability of the Obligors taken as a whole to perform their obligations under the Junior DIP Credit Documents, or (c) the validity or enforceability of the Junior DIP Credit Documents or the rights and remedies of the Junior DIP Agent or the Junior DIP Lenders under any Junior DIP Credit Document (including, but not limited to, the enforceability or priority of any Liens granted to the Junior DIP Agent under the DIP Credit Documents) (any of the foregoing being a "Material Adverse Effect");

(i) There shall exist no unstayed action, suit, investigation, litigation or proceeding pending or (to the knowledge of the Loan Parties) threatened in any court or before any arbitrator or governmental instrumentality (other than the Chapter 11 Cases) that could reasonably be expected to have a Material Adverse Effect;

(j) Upon entry of the Interim Junior DIP Order, the entry into this Term Sheet shall not violate any requirement of law and shall not be enjoined, temporarily, preliminarily, or permanently;

(k) The Junior DIP Agent, for the benefit of the Junior DIP Agent and the Junior DIP Lenders, upon entry of the Interim Junior DIP Order shall have the valid and perfected liens on the security interests in the Junior DIP Facility Collateral of the Obligors contemplated by the terms set forth opposite the heading "Security and Priority" below and the Obligors shall have authorized the DIP Agent to file uniform commercial code financing statements;

(l) The Junior DIP Agent shall have received any requested environmental review reports to the extent previously prepared and readily available to the Obligors;

(m) No Material Adverse Effect shall have occurred to the Junior DIP Agent's rights and remedies under the Junior DIP Loan Documents and the Junior DIP Financing

|  | Orders (other than for the Chapter 11 Cases and events or circumstances resulting from the commencement of the Chapter 11 Cases) as of the Petition Date;<br><br>(n) the Junior DIP Agent shall have received, at least ten (10) days prior to the date of the Interim Funding, or such later date as the Junior DIP Agent may reasonably agree, a copy of the lease for substantially all leased real estate constituting Prepetition Unencumbered Assets and set forth on a list to be provided by the Borrowers prior to the date the Interim Order is entered, which list is in form and substance satisfactory to the Junior DIP Agent in its reasonable discretion (the "Designated Real Estate") and any existing title policies or title commitments in the possession of Debtors for Designated Real Estate owned in fee.  To the extent Junior DIP Agent shall request new title commitments for any owned Designated Real Estate (which requests shall be limited to Designated Real Estate that constitutes top 90% of owned real estate by value), Obligors shall deliver such title commitments within twenty (20) days of such request, or such later date as the Junior DIP Agent may reasonably agree.<br><br>(o) the Junior DIP Agent shall have entered into an acceptable intercreditor arrangement (the "DIP Intercreditor Agreement") with the agent for the DIP ABL Facility and the Debtors;<br><br>(p) the Debtors and the agent for the DIP ABL Facility, as well as the lenders thereunder, shall have entered into modifications to the DIP ABL Facility documentation to reflect the impact of the Junior DIP Financing and the DIP Intercreditor Agreement, which modifications are acceptable to the Junior DIP Agent in its reasonable discretion and which modification shall have been approved by an order of the Bankruptcy Court;<br><br>(q) the Junior DIP Agent shall have received the Approved Initial Budget; and<br><br>(t) the Initial Closing Date shall have occurred not later than three business days after the entry of the Interim Junior DIP Order. |  |
| **Cross-Collateralization** Local Rule 4001-2(a)(i)(A) | The Junior DIP Term Sheet does not contain such provision. | N/A |
| **Provisions Deeming** | The Junior DIP Term Sheet does not contain such provision. | N/A |

| | | |
|---|---|---|
| **Prepetition Debt to be Postposition Debt** Local Rule 4001-2(a)(i)(E) | | |
| **Non-Consensual Priming Liens** Local Rule 4001-2(a)(i)(G) | The Junior DIP Term Sheet does not contain such provision. | N/A |

### **Prepetition Indebtedness**

13.     A description of the Debtors' capital structure is set forth in the First Day Declaration.  A chart setting forth a summary of the outstanding amounts under each facility is attached hereto as **Annex 1**.

14.     As explained in the First Day Declaration, the Prepetition ABL Facility is secured by a properly perfected first lien on and security interest in, among other things, inventory, credit card receivables, cash, Cash Collateral, and proceeds of pharmacy assets (the "**Prepetition ABL Collateral**").  The second lien lenders (the "**Second Lien Lenders**") have a subordinate lien on a portion of the Prepetition ABL Collateral (excluding cash and pharmacy assets).

15.     The Prepetition First Lien Lenders and the Second Lien Lenders are parties to an Intercreditor Agreement, dated as of October 12, 2010 (as amended and restated on September 1, 2016 and as further amended and restated on March 20, 2018, the "**Intercreditor Agreement**").  Under the Intercreditor Agreement, the Second Lien Lenders have agreed that the Prepetition First Lien Lenders may provide an unlimited amount of debtor in possession financing as long as the Second Lien Lenders retain their liens on the Prepetition ABL Collateral junior only to (i) the liens of the Prepetition First Lien Lenders, (ii) any adequate protection liens granted to the Prepetition First Lien Lenders, and (iii) any lien on the Prepetition ABL Collateral

securing such debtor in possession financing that is senior to or *pari passu* with the lien of the Prepetition First Lien Lenders.

### Need for DIP Financing

16.    As described in greater detail in the First Day Declaration, the Debtors entered these chapter 11 cases in dire financial straits and anticipated the need to access the DIP ABL Facility.  The Debtors required the DIP ABL Facility immediately in order to fund, among other things, one-time chapter 11 expenses, commence going-out-of-business-sales (the "**GOB Sales**"), make interest payments on the DIP ABL Facility, and make adequate protection payments to various secured parties.  Returns from GOB Sales are not immediately realized and a related reduction of availability under the borrowing base formula will result in a lower borrowing base, which is another reason why the Debtors require additional liquidity from the Junior DIP Financing in order to continue operating their businesses.  Without such financing the Debtors cannot afford to continue to operate and will be forced to liquidate their operations in a value destructive manner.

### Efforts to Obtain DIP Financing

17.    In preparing for the commencement of these chapter 11 cases, after determining that the funds made available under the DIP ABL Facility would be insufficient to support the Debtors' liquidity needs, the Debtors began marketing an incremental financing structure.  ESL, familiar with the Debtors complex capital and corporate structure indicated early interest in providing a substantial portion of the Junior DIP Financing.  The Junior DIP Financing was proposed to be secured by: (a) a junior lien on encumbered collateral, (b) a *pari passu* senior lien on certain Specified Collateral, and (c) a junior lien on other previously unencumbered assets.  In an effort to market-test the additional financing on a postpetition basis and find potentially more favorable alternatives, the Debtors did not seek approval of the Junior

24

DIP Financing at their first-day hearing; rather, the Debtors previewed in their DIP Motion their intention to seek interim relief for the Junior DIP Financing at a later time.

18.    With the additional time and breathing spell provided by chapter 11 and the DIP ABL Facility, the Debtors essentially dual-tracked the process: continuing negotiations with ESL on the Junior DIP Financing, while also maximizing options by discussing possible alternative structures with other interested parties. Specifically, the Debtors reached out to over 85 parties, including third-party lenders that frequently seek to provide debtor-in-possession financing, and executed over 30 confidentiality agreements and granted related dataroom access. Based on market feedback and conversations with interested parties, input from the DIP ABL Lenders and refined views of liquidity needs, the Debtors narrowed the universe of proposed financing structures to three. On November 1, 2018, a process letter was sent to parties under confidentiality agreements. From this group, ultimately the Debtors received three potentially actionable proposals included: (a) one proposal from a consortium; (b) two different proposals from a single consortium, and (c) one proposal that was ultimately rescinded. Under the auspices of their independent Restructuring Committee, and with the assistance of their experienced advisors, the Debtors reviewed and analyzed each of the proposals, and engaged the remaining potential financing parties in rounds of arm's-length negotiations. Ultimately, following negotiations, the Debtors chose the $350 million, delayed-draw term loan offered by a consortium led by Great American Capital Partners, to be secured by: (a) a junior lien on the Prepetition ABL Collateral, (b) a *pari passu* senior lien on certain Specified Collateral, (c) a lien junior only to the Carve-Out and DIP ABL Liens on other previously unencumbered assets and (d) a lien junior only to the Carve-Out, Other Prepetition Liens, other Senior Permitted Liens,

and DIP ABL Liens on collateral with other prepetition liens.  Indeed, the Debtors and the Junior

DIP Lenders exchanged multiple drafts and engaged in multiple rounds of negotiations.

19.    Throughout this process, it was imperative that the ultimately decided

financing structure was on the best available option under the circumstances and, optimally,

would be supported by the key stakeholders.  In that vein, the Debtors kept their DIP ABL

Lenders and—once appointed—the Creditors' Committee apprised of any developments.  Due to

the extensive interplay between the DIP ABL Facility and the Junior DIP Financing, the Debtors

engaged the DIP ABL Lenders and their advisors in direct discussions with the Junior ABL

Lenders.  All tripartite negotiations were extensive, in good-faith and at arms' length and

ultimately resulted in a favorable outcome for the Debtors and these chapter 11 estates.

### The Relief Requested Should Be Granted

**A.    Entry into the DIP Facilities Is an Exercise of the Debtors' Sound Business Judgment**

20.    The Bankruptcy Court should authorize the Debtors, as an exercise of their

sound business judgment, to enter into the Junior DIP Documents and obtain access to the

Junior DIP Financing.  Courts grant debtors considerable deference in acting in accordance with

their business judgment in obtaining postpetition secured credit, so long as the agreement to

obtain such credit does not run afoul of the provisions of, and policies underlying, the

Bankruptcy Code.  *See, e.g.*, *In re L.A. Dodgers LLC*, 457 B.R. 308, 313 (Bankr. D. Del. 2011)

("[C]ourts will almost always defer to the business judgment of a debtor in the selection of the

lender."); *In re Barbara K. Enters., Inc.*, No. 08-11474 (MG), 2008 WL 2439649, at *14 (Bankr.

S.D.N.Y. June 16, 2008) (explaining that courts defer to a debtor's business judgment "so long

as a request for financing does not 'leverage the bankruptcy process' and unfairly cede control of

the reorganization to one party in interest."); *In re Trans World Airlines, Inc.*, 163 B.R. 964, 974

26

(Bankr. D. Del. 1994) (approving a postpetition loan and receivables facility because such facility "reflect[ed] sound and prudent business judgment"); *In re Ames Dep't Stores, Inc.*, 115 B.R. 34, 40 (Bankr. S.D.N.Y. 1990) ("[C]ases consistently reflect that the court's discretion under section 364 [of the Bankruptcy Code] is to be utilized on grounds that permit [a debtor's] reasonable business judgment to be exercised so long as the financing agreement does not contain terms that leverage the bankruptcy process and powers or its purpose is not so much to benefit the estate as it is to benefit a party-in-interest."); *In re Farmland Indus., Inc.*, 294 B.R. 855, 881 (Bankr. W.D. Mo. 2003) (noting that approval of postpetition financing requires, *inter alia*, an exercise of "sound and reasonable business judgment.").

21.     Bankruptcy courts generally will not second-guess a debtor's business decisions when those decisions involve "a business judgment made in good faith, upon a reasonable basis, and within the scope of [its] authority under the [Bankruptcy] Code." *In re Curlew Valley Assoc.'s*, 14 B.R. 506, 513-514 (Bankr. D. Utah. Oct 8, 1981) (noting that courts should not second guess a debtor's business decision when that decision involves "a business judgment made in good faith, upon a reasonable basis, and within the scope of [the debtor's] authority under the [Bankruptcy] Code"). To determine whether the business judgment test is met, "the court 'is required to examine whether a reasonable business person would make a similar decision under similar circumstances.'" *In re Dura Auto. Sys. Inc.*, No. 06-11202 (KJC), 2007 WL 7728109, at *97 (Bankr. D. Del. Aug. 15, 2007) (citation omitted).

22.     In determining whether the Debtors have exercised sound business judgment in entering into the applicable Junior DIP Documents, the Bankruptcy Court should consider the economic terms of the Junior DIP Financing under the totality of circumstances. *See* Hr'g Tr. at 734-35:24, *In re Lyondell Chem. Co.*, No. 09-10023 (Bankr. S.D.N.Y. February

27

27, 2009) (recognizing that "the terms that are now available for DIP financing in the current economic environment aren't as desirable" as in the past); *In re Elingsen McLean Oil Co., Inc.*, 65 B.R. 358, 365 n.7 (W.D. Mich. 1986) (recognizing a debtor may have to enter into "hard" bargains to acquire funds for its reorganization). Moreover, the Bankruptcy Court may appropriately take into consideration non-economic benefits to the Debtors offered under the proposed postpetition facility. For example, in *In re ION Media Networks, Inc.*, the Bankruptcy Court for the Southern District of New York held that:

> Although all parties, including the Debtors and the Committee, are naturally motivated to obtain financing on the best possible terms, a business decision to obtain credit from a particular lender is almost never based purely on economic terms. Relevant features of the financing must be evaluated, including non-economic elements such as the timing and certainty of closing, the impact on creditor constituencies and the likelihood of a successful reorganization. This is particularly true in a bankruptcy setting where cooperation and established allegiances with creditor groups can be a vital part of building support for a restructuring that ultimately may lead to a confirmable reorganization plan. That which helps foster consensus may be preferable to a notionally better transaction that carries the risk of promoting unwanted conflict.

No. 09-13125 (JMP), 2009 WL 2902568, at *4 (Bankr. S.D.N.Y. July 6, 2009).

23.     The Debtors' decision to enter into the Junior DIP Financing is an exercise of their sound business judgment guided by the Debtors' current financial and operating needs. As further discussed in the Supplemental Aebersold DIP Declaration, the Junior DIP Financing was a product of intense, arm's length negotiations and all available options were carefully evaluated by the Debtors, their professional advisors, and the independent Restructuring Committee. The Restructuring Committee was kept apprised throughout both the marketing and negotiation processes and after discussions with the Company's advisors, approved ultimately the terms of the proposed Junior DIP Financing.

24.     Importantly, the Debtors determination that the Junior DIP Financing was the best option for the Debtors, was the result of a thorough and deliberate process and a holistic consideration of the facts—including terms, rates, feasibility, etc.  Importantly, this decision was similarly informed by the DIP ABL Lenders willingness to consent to the Junior DIP Financing and make necessary modifications to allow this financing to be obtained.  The Debtors' ultimate decision was fair, reasonable, reflected an exercise of prudent business judgement, and was appropriate under the circumstances.  Accordingly, the Bankruptcy Court should authorize the Debtors' entry into the Junior DIP Documents as a reasonable exercise of their business judgment.

## B.    Debtors Should Be Authorized to Grant Liens and Superpriority Claims

25.     The Debtors propose to obtain Junior DIP Financing by providing security interests and liens as set forth in the Junior DIP Documents and described above.  The Debtors satisfy the requirements for relief under section 364 of the Bankruptcy Code, which authorizes a debtor to incur secured or superpriority debt under certain circumstances.  Specifically, section 364(c) of the Bankruptcy Code provides that:

> If the trustee is unable to obtain unsecured credit allowable under section 503(b)(1) of this title as an administrative expense, the court, after notice and a hearing, may authorize the obtaining of credit or the incurring of debt:
>
> (1) with priority over any or all administrative expenses of the kind specified in section 503(b) or 507(b) of this title;
>
> (2) secured by a lien on property of the estate that is not otherwise subject to a lien; or
>
> (3) secured by a junior lien on property of the estate that is subject to a lien [.]

11 U.S.C. § 364(c).

29

26.     To satisfy the requirements of section 364(c) of the Bankruptcy Code, a debtor need only demonstrate "by a good faith effort that credit was not available" to the debtor on an unsecured or administrative expense basis. _See_ _In re Crouse Grp., Inc._, 71 B.R. 544, 549 (Bankr. E.D. Pa. 1987) (secured credit under section 364(c) of the Bankruptcy Code is authorized, after notice and hearing, upon showing that unsecured credit cannot be obtained); _Bray v. Shenandoah Fed. Savs. & Loan Ass'n_ (_In re Snowshoe Co._), 789 F.2d 1085, 1088 (4th Cir. 1986). "The statute imposes no duty to seek credit from every possible lender before concluding that such credit is unavailable." _Id._; _see also Pearl-Phil GMT (Far East) Ltd. v. Caldor Corp._, 266 B.R. 575, 584 (S.D.N.Y. 2001) (superpriority administrative expenses authorized where debtor could not obtain credit as an administrative expense). When few lenders are likely to be able and willing to extend the necessary credit to a debtor, "it would be unrealistic and unnecessary to require [the debtor] to conduct such an exhaustive search for financing." _In re Sky Valley, Inc._, 100 B.R. 107, 113 (Bankr. N.D. Ga. 1988), _aff'd sub nom._, _Anchor Savs.  Bank FSB v. Sky Valley, Inc._, 99 B.R. 117, 120 n. 4 (N.D. Ga. 1989); _see also In re Snowshoe Co._, 789 F.2d 1085, 1088 (4th Cir. 1986) (demonstrating that credit was unavailable absent the senior lien by establishment of unsuccessful contact with other financial institutions in the geographic area); _In re Stanley Hotel, Inc._, 15 B.R. 660, 663 (D. Colo. 1981) (bankruptcy court's finding that two national banks refused to grant unsecured loans was sufficient to support conclusion that section 364 requirement was met); _In re Ames Dep't Stores_, 115 B.R. at 40 (approving financing facility and holding that debtor made reasonable efforts to satisfy standards of section 364(c) where it approached four lending institutions, was rejected by two, and selected most favorable of two offers it received).

27.     Courts have articulated a three-part test to determine whether a debtor is entitled to financing under section 364(c) of the Bankruptcy Code.  Specifically, courts look to whether:

    a.    the debtor is unable to obtain unsecured credit under section 364(b) of the Bankruptcy Code, i.e., by allowing a lender only an administrative claim;

    b.    the credit transaction is necessary to preserve the assets of the estate; and

    c.    the terms of the transaction are fair, reasonable, and adequate, given the circumstances of the debtor-borrower and proposed lenders.

*See In re Aqua Assocs.*, 123 B.R. 192, 195–96 (Bankr. E.D. Pa. 1991); *In re Ames Dep't Stores*, 115 B.R. 34, 37–40 (Bankr. S.D.N.Y. 1990); *see also In re St. Mary Hosp.*, 86 B.R. 393, 401-02 (Bankr. E.D. Pa. 1988); *Crouse Grp.*, 71 B.R. at 549.

28.     Furthermore, in the event that a debtor is unable to obtain unsecured credit allowable as an administrative expense under section 503(b)(1) of the Bankruptcy Code, section 364(c) provides that a court "may authorize the obtaining of credit or the incurring of debt (1) with priority over any or all administrative expenses of the kind specified in section 503(b) or 507(b) of the Bankruptcy Code; (2) secured by a lien on property of the estate that is not otherwise subject to a lien; or (3) secured by a junior lien on property of the estate that is subject to a lien."

29.     As stated in the Supplemental Aebersold DIP Declaration, efforts to obtain purely unsecured financing given Sears' high leverage would have been futile.  Moreover, through the DIP ABL Loan Documents, the DIP ABL Lenders were provided liens on previously unencumbered assets of the Debtors and junior liens on otherwise encumbered assets outside of the Prepetition ABL Facility collateral pool.  And such liens were approved on an interim basis in the Interim DIP ABL Order.  At the same time, the proposed Junior DIP Financing offers the Debtors financing on terms that are holistically more attractive to alternative proposals received.

30.     Furthermore, section 364(d) provides that a debtor may obtain credit secured by a senior or equal lien on property of the estate already subject to a lien, after notice and a hearing, where the debtor is "unable to obtain such credit otherwise" and "there is adequate protection of the interest of the holder of the lien on the property of the estate on which such senior or equal lien is proposed to be granted." 11 U.S.C. § 364(d)(1).  Support by the secured creditors to priming obviates the need to show adequate protection. *See Anchor Savs. Bank FSB v. Sky Valley, Inc.*, 99 B.R. 117, 122 (N.D. Ga. 1989) ("[B]y tacitly consenting to the superpriority lien, those [undersecured] creditors relieved the debtor of having to demonstrate that they were adequately protected.").  Accordingly, the Debtors may incur "priming" liens under the Junior DIP Financing because (a) Required Lenders under the Prepetition ABL Facilities support the priming or (b) the Prepetition Secured Parties' interests in collateral are adequately protected.  As described above, the Required Lenders support the priming of their prepetition liens in exchange for an adequate protection package.  Therefore, the Debtors submit that the requirement of section 364 of the Bankruptcy Code is satisfied.

## C.     Debtors Should Be Authorized to Pay the Fees Due Under the Junior DIP Documents

31.     As set forth in the Supplemental Aebersold DIP Declaration, the Debtors considered the related fees together with the other provisions of the Junior DIP Financing when determining in their sound business judgment that the proposed Junior DIP Financing constitutes the best option for the Debtors to obtain the necessary postpetition financing.   The Debtors believe that paying these fees in order to obtain the Junior DIP Financing is in the best interests of the Debtors' estates.  Accordingly, the Bankruptcy Court should authorize the Debtors to pay the Junior DIP Fees.

**D.    Junior DIP Lenders Should Be Deemed Good Faith Lenders under Section 364(e)**

32.    Section 364(e) of the Bankruptcy Code protects a good faith lender's right to collect on loans extended to a debtor, and its right in any lien securing those loans, even if the authority of the debtor to obtain such loans or grant such liens is later reversed or modified on appeal.  Section 364(e) provides that:

> The reversal or modification on appeal of an authorization under this section [364 of the Bankruptcy Code] to obtain credit or incur debt, or of a grant under this section of a priority or a lien, does not affect the validity of any debt so incurred, or any priority or lien so granted, to an entity that extended such credit in good faith, whether or not such entity knew of the pendency of the appeal, unless such authorization and the incurring of such debt, or the granting of such priority or lien, were stayed pending appeal.

11 U.S.C. § 364(e).

33.    As explained in detail herein and in the Supplemental Aebersold DIP Declaration, the Junior DIP Financing is a result of the Debtors' reasonable and informed determination that the Junior DIP Lenders offered the most favorable terms under the circumstances.  All rigorous negotiations were conducted in good faith and at arms' length.  The terms and conditions of the Junior DIP Financing are fair and reasonable, and the proceeds will be used only for purposes that are permissible under the Bankruptcy Code, and in accordance with the Junior DIP Orders and the Junior DIP Documents.  Further, no consideration is being provided to any party to the Junior DIP Documents other than as disclosed herein.  Accordingly, the Bankruptcy Court should find that the Junior DIP Lenders are "good faith" lenders within the meaning of section 364(e) of the Bankruptcy Code, and are entitled to all of the protections afforded by that section.

### E.    Modification of the Automatic Stay Is Warranted

34.    The relief requested contemplates a modification of the automatic stay to permit the Junior DIP Lenders to exercise remedies in accordance with the applicable Junior DIP Documents.  Stay modifications of this kind are ordinary and standard features of postpetition financing facilities and, in the Debtors' business judgment, are appropriate under the present circumstances.  *See, e.g.*, *In re The Great Atl. & Pac. Tea Co., Inc.*, Case No. 15-23007 (RDD) (Bankr. S.D.N.Y. July 21, 2015) [ECF No. 88]; *In re Chassix Holdings, Inc.*, Case No. 15-10578 (MW) (Bankr. S.D.N.Y. Mar. 13, 2015) [ECF No. 67]; *In re The Reader's Digest Assoc.*, Case No. 09-23529 (RDD) (Bankr. S.D.N.Y. Aug. 26, 2009) [ECF No. 26]; *In re Lear Corp.*, Case No. 09-14326 (ALG) (Bankr. S.D.N.Y. July 7, 2009) [ECF No. 59].

### F.    Debtors Require Immediate Access to Junior DIP Financing

35.    The Bankruptcy Court may grant interim relief in respect of a motion filed pursuant to section 363(c) or 364 of the Bankruptcy Code where, as here, interim relief is "necessary to avoid immediate and irreparable harm to the estate pending a final hearing." Fed. R. Bankr.  P. 4001(b)(2), (c)(2).  In examining requests for interim relief under this rule, courts generally apply the same business judgment standard applicable to other business decisions.  *See In re Ames Dep't Stores*, 115 B.R. at 36.

36.    As stated in the Riecker DIP Declaration, the Debtors would suffer immediate and irreparable harm if the authority to borrow under the Junior DIP Financing is not granted on an interim basis by the interim hearing date.  Immediate access is essential to assure the Debtors employees, customers, and vendors that the Debtors have sufficient liquidity and flexibility to operate during these chapter 11 cases.  The Debtors have insufficient cash to fund operations at the current foot-print, fund GOB Sales, and continue their Going Concern Sale Process without immediate access to the Junior DIP Financing.  Moreover, it is a condition

34

precedent to the effectiveness of the Junior DIP Term Sheet that the Interim Junior DIP Order be entered by no later than December 28, 2018.

**G.     Request for a Final Hearing**

37.     In accordance with Bankruptcy Rules 4001(b)(2) and 4001(c)(2), the Debtors request that the Bankruptcy Court set a date no later than December 20, 2018 as a final hearing for consideration of entry of the Final Junior DIP Order.  The Debtors request that they be authorized to serve a copy of the signed Interim Junior DIP Order, which fixes the time and date for the filing of objections, if any, by first class mail upon the notice parties listed below. The Debtors further request that the Bankruptcy Court consider such notice of the Final Hearing to be sufficient notice under Bankruptcy Rule 4001(c)(2).

<u>**Notice**</u>

38.     Notice of this Motion will be provided in accordance with the procedures set forth in the Order Implementing Certain Notice and Case Management Procedures (ECF No. 405) (the "**Case Management Order**").  The Debtors respectfully submit that no further notice is required.

39.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

*[Remainder of the Page Intentionally Left Blank.]*

WHEREFORE the Debtors respectfully request entry of interim and final orders granting the relief requested herein and such other and further relief as is just.

Dated: November 25, 2018
New York, New York

/s/ Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors
and Debtors in Possession*

36

**Annex 1**

**Prepetition Indebtedness**

| | |
|---|---|
| **Prepetition ABL Facility** | |
| Revolving Credit Facility | $836 million |
| First Lien Term Loan A | $0 |
| First Lien Term Loan B | $571 million |
| First Lien L/C Facility | $124 million |
| FILO Term Loan | $125 million |
| **Sub-Total** | **$1.656 billion** |
| **Letters of Credit Facility** | |
| Stand-Alone L/C Facility | $271 million |
| **Second Lien Credit Facility** | |
| Second Lien Term Loan | $315 million |
| Second Lien Line of Credit Loans | $570 million |
| **Sub-Total** | **$885 million** |
| **Second Lien Notes** | |
| Second Lien PIK Notes | $175 million |
| Second Lien Notes | $89 million |
| **Other Secured Loans** | |
| IP/Ground Lease Term Loan | $241 million |
| **Consolidated Real Estate Loan** | |
| Secured Note A | $108 million |
| Secured Note B | $723 million |
| **Unsecured Notes** | |
| Sears Holdings Unsecured PIK Notes | $223 million |
| Sears Holdings Unsecured Notes | $411 million |
| SRAC Unsecured PIK Notes | $102 million |
| SRAC Unsecured Notes | $186 million |
| **Intercompany Notes** | |
| KCD Asset-Backed Notes | $900 million |
| SRAC Medium Term Notes | $2.3 billion |

**Exhibit A**

**Interim Junior DIP Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
In re                                              :
                                                   :        **Chapter 11**
**SEARS HOLDINGS CORPORATION, et al.,**            :
                                                   :        **Case No. 18-23538 (RDD)**
                                                   :
            **Debtors.** [1]                        :        **(Jointly Administered)**
-------------------------------------------------------------------x

### INTERIM JUNIOR DIP ORDER
### (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN POST-PETITION FINANCING AND (B) GRANT SECURED PRIMING LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS; (II) MODIFYING THE AUTOMATIC STAY; (III) SCHEDULING FINAL HEARING; AND (IV) GRANTING RELATED RELIEF

Upon the motion (the "Motion") of Sears Holdings Corporation ("Holdings") and

its affiliated debtors, as debtors and debtors-in-possession (collectively, the "Debtors") in the

above-captioned chapter 11 cases (the "Chapter 11 Cases") pending in the United States

Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") seeking entry

of an interim order (this "Interim Junior DIP Order") and a final order (the "Final Junior DIP Order"

---

1    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
     number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart
     Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774);
     SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205);
     A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel
     Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears
     Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises,
     Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears
     Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc.
     (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC
     (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC
     (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc.
     (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of
     Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit
     Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida),
     L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising,
     Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears
     Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The
     location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

and, together with the Interim Junior DIP Order, the "Junior DIP Orders") providing for, among other things, the following relief:

    (i)    authorizing Sears Roebuck Acceptance Corp., a Delaware corporation, ("SRAC"), and Kmart Corporation, a Michigan corporation ("Kmart", and together with SRAC, the "Junior DIP Borrowers") to borrow, and each of the other Debtors, to guarantee (in such capacity, the "Junior DIP Guarantors" and, together with the Junior DIP Borrowers, the "Junior DIP Obligors"), a secured debtor-in-possession superpriority priming multiple draw term loan credit facility (the "Junior DIP Facility"), in an aggregate principal amount of up to $350,000,000 on the terms and conditions set forth in the Junior DIP Credit Agreement, a copy of which, in substantially final form, is attached hereto as Exhibit B (the "Junior DIP Credit Agreement"), among the Debtors, GACP Finance Co., LLC, as administrative agent ("Junior DIP Administrative Agent") and collateral agent (in both capacities collectively, the "Junior DIP Agent"), the term loan lenders from time to time party thereto (the "Junior DIP Lenders," and together with the Junior DIP Agent, the "Junior DIP Credit Parties"), allocated and made available to the Junior DIP Borrowers as follows:

        (a)    upon entry of this Interim Junior DIP Order, subject to the terms and conditions set forth in the Junior DIP Credit Agreement and this Interim Junior DIP Order, a term loan credit facility with aggregate initial commitments of up to $250,000,000 ("Initial Junior DIP Commitments");

        (b)    upon entry of the Final Junior DIP Order, subject to the terms and conditions set forth in the Junior DIP Credit Agreement, the Junior DIP Documents and the Final Junior DIP Order, a term loan credit facility with aggregate commitments of up to $350,000,000 (the "Junior DIP Commitments") and the advances made pursuant thereto, (the "Junior DIP Advances", and together with the Junior DIP Commitments including the Initial Junior DIP Commitments and all other obligations under the Junior DIP Documents (as defined below), the "Junior DIP Secured Obligations");

    (ii)    authorizing the Junior DIP Obligors to execute, deliver and abide by (x) the Junior DIP Credit Agreement, (y) the DIP Intercreditor Agreement (as defined below) and (z) any other agreements, instruments, pledge agreements, guarantees, control agreements and other loan documents related to any of the foregoing (including any security agreements, intellectual property security agreements, notes, blocked account agreements, deposit account control agreements, securities account control agreements, credit card acknowledgements, credit card agreements, collateral access agreements, landlord agreements, warehouse agreements, bailee agreements, carrier agency agreements, customs broker agency agreements, subordination agreements (including any intercompany subordination agreements), and freight forwarder agreements, and all Uniform Commercial Code filings and all filings with the United States Patent and Trademark Office or the United States Copyright

Office with respect to the recordation of an interest in the intellectual property of the Debtors) (each of the foregoing, as amended, restated, supplemented, waived, and/or modified from time to time, and collectively, with the Junior DIP Credit Agreement, and the DIP Intercreditor Agreement, the "Junior DIP Documents"), and to perform such other acts as may be necessary or desirable in connection with the Junior DIP Documents;

(iii)    authorizing the Junior DIP Administrative Agent to terminate any of its obligations under the Junior DIP Documents upon the occurrence and continuance of a Termination Event (as defined below), which includes an Event of Default (as defined in the Junior DIP Documents);

(iv)    to secure all Junior DIP Secured Obligations, granting to the Junior DIP Agent, for itself and for the benefit of all Junior DIP Credit Parties, in accordance with the relative priorities set forth in the Junior DIP Orders and in that certain DIP Intercreditor Agreement by and between the Junior DIP Agent and the DIP ABL Agents (the "DIP Intercreditor Agreement"), and in each case subject to the Carve-Out (as defined below), as more fully described herein including paragraphs O(d), 11, 13 and 14 with respect to, among other things, use of Cash Collateral and priority:

(a)    pursuant to sections 364(c)(1), 503(b), and 507(a)(2) of title 11 of the United States Code (the "Bankruptcy Code"), joint and several superpriority allowed administrative priority expense claims in each of the Junior DIP Obligors' Chapter 11 Cases and any Successor Cases (as defined below); provided, however, that such claims shall be of equal priority to the DIP ABL Superpriority Claims (as defined in the DIP ABL Order) granted to the DIP ABL Control Co-Collateral Agent (as defined in the DIP ABL Order) under the postpetition financing order  entered October 16, 2018 [Docket No. 101] (the "Interim DIP ABL Order", and together with any final DIP ABL order (the "Final DIP ABL Order") entered by the Court approving the DIP ABL Credit Facility, the "DIP ABL Order").[2]

(b)    pursuant to section 364(c)(3) of the Bankruptcy Code, an automatically perfected junior security interest in and lien on the Prepetition ABL Collateral and all proceeds thereof;

(c)    pursuant to section 364(d) of the Bankruptcy Code, an automatically perfected security interest and lien on all property, and all proceeds thereof that are subject to valid and perfected liens existing on the Petition Date of the Junior DIP Obligors' estates (other than Prepetition ABL Collateral (as defined below)), junior only to (i) Other Prepetition Liens (as

---

[2]    Substantially concurrently herewith, the Bankruptcy Court entered the *Final Order (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; And (IV) Granting Related Relief* [Docket No. [  ]].

defined below), (ii) other Senior Permitted Liens (as defined in the DIP ABL Order), and (iii) the DIP ABL Liens;

(d) pursuant to section 364(d) of the Bankruptcy Code, an automatically perfected security interest in and lien on (i) all of the rights, title and interest of any Junior DIP Obligor in that certain cause of action identified on Schedule 1 hereto, and (ii) all of the rights, title and interest of any Junior DIP Obligor in the assets set forth in <u>Schedule 2</u> hereto and all books, records, documents and data related thereto and all proceeds thereof, *pari passu* with the DIP ABL Liens; and

(e) pursuant to section 364(d) of the Bankruptcy Code, an automatically perfected security interest in and lien on all unencumbered assets, and all proceeds (other than the collateral described above in (i)(d)) of the Junior DIP Obligors' estates that are not subject to a valid and perfected lien on the Petition Date (including all unencumbered assets created or acquired after the Petition Date, excluding, for the avoidance of doubt, any such assets that constitute Prepetition ABL Collateral and, without limitation, specifically including those assets described on Schedule 3 hereto) junior only to the Carve-Out and the DIP ABL Liens[3];

(v) authorizing and directing the Junior DIP Obligors to pay the principal, interest, fees, expenses and other amounts payable under the Junior DIP Documents as they are earned, due and payable in accordance with the terms of the Junior DIP Documents and the Junior DIP Orders;

(vi) [RESERVED];

(vii) [RESERVED];

(viii) solely upon entry of the Final Junior DIP Order, the waiver by the Junior DIP Obligors of (a) any right to surcharge the Junior DIP Collateral pursuant to section 506(c) of the Bankruptcy Code **[solely as to the Junior DIP Secured Obligations]**, (b) any rights under the "equities of the case" exception in section 552(b) of the Bankruptcy Code, and (c) the equitable doctrine of "marshaling" or any similar doctrine with respect to the Junior DIP Collateral;

(ix) vacating and modifying the automatic stay under section 362 of the Bankruptcy Code to the extent necessary to implement and effectuate the terms of the Junior DIP Orders and the Junior DIP Documents; and

---

3    Solely upon entry of the Final Junior DIP Order, the Debtors will request that all of the proceeds (the "<u>Avoidance Action Proceeds</u>") of the Junior DIP Obligors claims and causes of action arising under sections 502(d), 544, 545, 547, 548, 549, 550 and 553 of the Bankruptcy Code and any other avoidance or similar action under the Bankruptcy Code or similar state law (the "<u>Avoidance Actions</u>") and the proceeds of D&O Claims (as defined herein) shall constitute Junior DIP Collateral.

(x)     pursuant to Bankruptcy Rules 4001(b)(2) and 4001(c)(2), requesting an initial hearing on the Motion be held before the Bankruptcy Court to consider entry of the Interim Junior DIP Order (the "Interim Hearing") to authorize on an interim basis a multiple draw borrowing under the Junior DIP Documents in an aggregate amount of up to $250 million;

(xi)    approving the DIP Intercreditor Agreement; and

(xii)   scheduling a final hearing (the "Final Hearing") to approve the Motion and consider entry of the Final Junior DIP Order.

The Interim Hearing having been held before the Bankruptcy Court on November 27, 2018, pursuant to Bankruptcy Rules 4001(b)(2) and 4001(c)(2), and upon the record made by the Junior DIP Obligors at the Interim Hearing and after due deliberation and consideration and sufficient cause appearing therefor:

**THE COURT HEREBY FINDS AND CONCLUDES AS FOLLOWS:[4]**

A.    *Petition Date*.  On October 15, 2018 (the "Petition Date"), each of the Debtors except for SHC Licensed Business LLC and SHC Promotions LLC  filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court.  On October 18, 2018, SHC Licensed Business LLC filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court.  On October 22, 2018, SHC Promotions LLC filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court..

B.    *Joint Administration*.  On the Petition Date, the Bankruptcy Court entered an order approving the joint administration of the Chapter 11 Cases. On November 6, 2018, the Bankruptcy Court entered an order approving the joint administration of the chapter 11 cases of SHC Licensed Business LLC and SHC Promotions LLC with the other Debtors' chapter 11 cases.

---

4    The findings and conclusions set forth herein constitute the Bankruptcy Court's findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052.  To the extent any findings of fact constitute conclusions of law, they are adopted as such.  To the extent any conclusions of law constitute findings of fact, they are adopted as such.

**C.**     *Debtors in Possession*.   The Debtors are continuing in the management and operation of their businesses and properties as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

**D.**     *Official Committees*.   No trustee or examiner has been appointed in these Chapter 11 Cases as of the date of this Interim Junior DIP Order.  The Official Committee of Unsecured Creditors (the "Creditors' Committee") was appointed in these Chapter 11 Cases on October 24, 2018 [Docket No. 276].

**E.**     *Jurisdiction and Venue*.   The Bankruptcy Court has jurisdiction over these proceedings pursuant to 28 U.S.C. §§ 157(b) and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  The Bankruptcy Court may enter a Final Junior DIP Order consistent with Article III of the United States Constitution.  Venue for the Chapter 11 Cases is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  The predicates for the relief set forth herein are sections 105, 361, 362, 363(c), 363(e), 364(c), 364(d), 364(e), 503, 506 and 507 of the Bankruptcy Code, Bankruptcy Rules 2002, 4001, 6003, 6004 and 9014, and Rule 4001-2 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules").

**F.**     *Notice*.   Adequate and sufficient notice of the Motion has been provided in accordance with the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules, and no other or further notice of the Motion or the entry of this Interim Junior DIP Order shall be required, except as set forth in paragraph 61 below.  The interim relief granted herein is necessary to avoid immediate and irreparable harm to the Debtors' estates.

**G.**     *DIP ABL Facility.*   Substantially concurrently herewith, the Bankruptcy Court entered the DIP ABL Order.  Capitalized terms used but not defined herein have the meanings ascribed to them in the DIP ABL Order.

**H.**    ***Debtors' Stipulations.***  The Junior DIP Credit Parties have relied upon the Debtors'

Stipulations (as defined in the DIP ABL Order) and are entitled to rely upon the Debtors'

Stipulations as if fully set forth herein; *provided* that nothing in this Interim Junior DIP Order shall

alter, modify, or affect the finality of the Debtors' Stipulations as set forth in the DIP ABL Order;

*provided further*, that none of the Debtors' Stipulations shall apply to ESL Investments, Inc. or

any of its affiliates (the "ESL Affiliates," and together with ESL Investments, Inc., "ESL"), or any

insider or any of their affiliates.  For the avoidance of doubt any reference to "insider" in this

Interim Junior DIP Order shall not include the Sears Holdings Pension Plan.

**I.**    [RESERVED].

**J.**    [RESERVED].

**K.**    ***Validity of Prepetition Obligations/Prepetition Collateral related to ESL.***  Nothing

herein shall constitute a finding or ruling by this Court in favor of ESL that any Prepetition

Obligation and/or Prepetition Lien in respect of any Prepetition Obligations owned by ESL

(collectively, the "ESL Debt") is valid, senior, enforceable, prior, perfected, or non-avoidable,

*provided*, *however* there shall be no effect or impact on (i) any Prepetition ABL Obligations owed

to any person or entity other than ESL, or any other insider or any of their affiliates, (ii) any of the

Prepetition ABL Liens, or (iii) any adequate protection granted to the Prepetition ABL Credit

Parties pursuant to and in accordance with the terms of the DIP ABL Orders; *provided* that with

respect to (ii) or (iii) of this paragraph K, ESL, or any other insider or any of their affiliates, shall

not be entitled to any proceeds or other distributions on account of such Prepetition ABL Liens or

adequate protection absent further order of the Court.  Moreover, nothing shall prejudice the rights

of any party-in-interest, including, but not limited to the Debtors or if applicable, the Creditors'

Committee, to challenge the validity, priority, enforceability, seniority, avoidability, perfection, or

7

extent of any alleged ESL Debt and/or related security interests, *provided*, *however* there shall be no effect or impact on (i) any Prepetition ABL Obligations owed to any person or entity other than ESL, or any other insider or any of their affiliates, (ii) any of the Prepetition ABL Liens, or (iii) any adequate protection granted to the Prepetition ABL Credit Parties; *provided* that with respect to (ii) or (iii) of this paragraph K, ESL, or any other insider or any of their affiliates, shall not be entitled to any proceeds or other distributions on account of such Prepetition ABL Liens or adequate protection absent further order of the Court.  For the avoidance of doubt, nothing herein shall be deemed a waiver of (a) the provisions of section 506(c) of the Bankruptcy Code, (b) any "equities of the case" under section 552(b) of the Bankruptcy Code, or (c) the equitable doctrine of "marshaling" or any similar doctrine with respect to any ESL Debt or collateral securing any ESL Debt, in each case, after payment in full of all Junior DIP Obligations and Prepetition ABL Obligations not constituting ESL Debt.  Nothing in this paragraph shall affect or impact the Prepetition ABL Obligations that are not owned by ESL, or any insider or any of their affiliates, or Prepetition ABL Liens securing such obligations, or any adequate protection granted to the Prepetition ABL Credit Parties other than ESL.

L.     *Cash Collateral.*  The Junior DIP Obligors represent that all of the Junior DIP Obligors' cash, including the cash in their deposit accounts, wherever located, whether as original collateral or proceeds of other Prepetition ABL Collateral, constitutes Cash Collateral and is Prepetition ABL Collateral but not Prepetition Second Lien Collateral.

M.     *Permitted Prior Liens.*  Nothing herein shall constitute a finding or ruling by this Court that any alleged Permitted Prior Lien is valid, senior, enforceable, prior, perfected, or non-avoidable.  Moreover, nothing shall prejudice the rights of any party-in-interest, including, but not limited to the Debtors, the DIP ABL Credit Parties, the Junior DIP Credit Parties, the Prepetition

8

Credit Parties, or the Creditors' Committee, to challenge the validity, priority, enforceability, seniority, avoidability, perfection, or extent of any alleged Permitted Prior Lien and/or security interests. For the avoidance of doubt, nothing herein shall be deemed a waiver of (a) the provisions of section 506(c) of the Bankruptcy Code, (b) any "equities of the case" under section 552(b) of the Bankruptcy Code, or (c) the equitable doctrine of "marshaling" or any similar doctrine with respect to the Permitted Prior Liens, *provided that* the lack of such a waiver shall not adversely affect in any manner the Prepetition ABL Credit Parties, the DIP ABL Credit Parties, or the Junior DIP Credit Parties, *provided, further* that any attempts or efforts to invoke the provisions referenced in clauses (a) through (c) of this sentence shall be subject in all respects to the prior written consent of the Junior DIP Agent, the DIP ABL Agent, and the Prepetition ABL Agents until the payment in full in cash of all Junior DIP Secured Obligations, the DIP ABL Obligations and Prepetition ABL Obligations, respectively.

**N.**     [RESERVED]*.*

**O.**     ***Findings Regarding DIP Financing.***

a.     ***Good Cause.***   Good cause has been shown for the entry of this Interim Junior DIP Order.

b.     ***Request for Post-Petition Financing.***   The Junior DIP Obligors have sought authority to enter into the Junior DIP Documents. The Junior DIP Credit Parties shall have no obligation to make or be deemed to have made loans, advances or other extensions of credit under the Junior DIP Facility except to the extent required under the respective Junior DIP Documents and shall have no obligation to waive any conditions required thereunder. The Junior DIP Obligors have sought authority to use Cash Collateral on the terms described in the Final DIP

ABL Order, and in accordance with the Approved Budget, to administer their Chapter 11 Cases

and fund their operations.

        c.      ***Need for Post-Petition Financing.***  The Debtors' need to obtain credit as

set forth in the Junior DIP Documents is immediate and critical in order to, among other things,

enable the Debtors to continue operations and to administer and preserve the value of their estates.

The ability of the Debtors to maintain business relationships, pay employees, protect the value of

their assets and otherwise finance their operations requires the availability of working capital from

the Junior DIP Facility, the absence of either of which would immediately and irreparably harm

the Debtors, their estates, creditors and other stakeholders, and the possibility for maximizing the

value of their businesses.  The Debtors do not have sufficient available sources of working capital

and financing to operate their business or to maintain their properties in the ordinary course of

business without the Junior DIP Facility.  Consummation of the financing contemplated by the

Junior DIP Documents, pursuant to the terms of this Interim Junior DIP Order therefore are in the

best interests of the Debtors' estates.

        d.      ***No Credit Available on More Favorable Terms.***  Given their current

financial condition, financing arrangements, and capital structure, despite diligent efforts, the

Junior DIP Obligors are unable to reasonably obtain junior post-petition financing from sources

other than the Junior DIP Lenders on terms more favorable than those set forth in the Junior DIP

Documents.  The Junior DIP Obligors have been unable to obtain adequate unsecured credit

allowable under section 503(b)(1) of the Bankruptcy Code as an administrative expense.  The

Junior DIP Obligors have also been unable to obtain junior secured credit from other sources on

better terms:  (a) solely having priority over that of administrative expenses of the kind specified

in sections 503(b), 507(a) and 507(b) of the Bankruptcy Code; (b) secured only by a lien on

property of the Junior DIP Obligors and their estates that is not otherwise subject to a lien; or (c) secured solely by a junior lien on property of the Junior DIP Obligors and their estates that is already subject to a prepetition lien. Further, the (i) DIP ABL Loan Parties consent to the *pari passu* sharing of liens on Specified Collateral with the Junior DIP Obligors, on the terms and conditions set forth in the DIP Intercreditor Agreement, (ii) no Prepetition Credit Party has objected to the priority of the Adequate Protection Liens set forth in the DIP ABL Final Order, subject to entry of the DIP ABL Final Order, and this Interim Junior DIP Order, and (iii) the adequate protection provided in the DIP ABL Orders is sufficient to satisfy the requirements of section 364(d) of the Bankruptcy Code. Junior priority financing on a post-petition basis is not otherwise available without granting the Junior DIP Agent, for itself and for the benefit of all of the other Junior DIP Credit Parties: (i) perfected security interests in and liens on (each as provided herein) all of the Junior DIP Obligors' existing and after-acquired assets with the priorities set forth herein; (ii) superpriority claims; and (iii) the other protections set forth in this Interim Junior DIP Order.

1.    ***Use of Proceeds; Approved Budget.***    As a condition to entry into the Junior DIP Documents, the extensions of credit under the Junior DIP Facility, the Junior DIP Lenders require, and the Junior DIP Obligors have agreed, that proceeds of the Junior DIP Facility and Cash Collateral shall be used in accordance with the terms of the Junior DIP Documents, and the DIP ABL Documents, including the Approved Budget, which shall be subject to (a) such variances as may be permitted by the Junior DIP Documents, (b) this Interim Junior DIP Order, and (c) the Carve-Out. The Junior DIP Obligors shall not directly or indirectly pay any expense or other disbursement other than those set forth in the Approved Budget or the Carve-Out. The proceeds of the Junior DIP Facility shall be used solely as provided in the Junior DIP Documents

and the proceeds of the Junior DIP Facility and Cash Collateral shall be used solely in accordance with the Approved Budget (subject to the Carve-Out).

2.      ***Willingness to Provide Financing.*** The Junior DIP Lenders have indicated a willingness to provide financing to the Junior DIP Obligors, subject to the entry of this Interim Junior DIP Order and conditioned upon entry of the Final Junior DIP Order, including findings that such financing is essential to the Junior DIP Obligors' estates, that the Junior DIP Lenders are extending credit to the Junior DIP Obligors as set forth in the Junior DIP Documents in good faith, and that the Junior DIP Credit Parties' claims, superpriority claims, security interests, liens, rights, and other protections will have the protections provided in section 364(e) of the Bankruptcy Code and will not be affected by any subsequent reversal, modification, vacatur, amendment, reargument or reconsideration of this Interim Junior DIP Order, the Final Junior DIP Order or any other order.  As a condition to the entry into the Junior DIP Documents and the extensions of credit under the Junior DIP Facility, the Junior DIP Obligors, the Junior DIP Agent, and the other Junior DIP Credit Parties have agreed that proceeds of Junior DIP Collateral and all payments and collections received by the Junior DIP Obligors shall be applied solely as set forth in the Junior DIP Documents and the Junior DIP Orders.

3.      ***Business Judgment and Good Faith Pursuant to Section 364(e).*** The extension of credit under the Junior DIP Facility and the Junior DIP Documents on the terms set forth herein are fair, reasonable, and the best available to the Junior DIP Obligors under the circumstances, reflect the Junior DIP Obligors' exercise of sound and prudent business judgment, are supported by reasonably equivalent value and consideration, and were entered into at arm's-length, under no duress, and without undue influence, negligence or violation of public policy or law.  The Junior DIP Documents and the Junior DIP Facility were negotiated in good faith and at

arm's length among the Junior DIP Obligors, DIP ABL Loan Parties, certain of the Prepetition Credit Parties, the DIP ABL Credit Parties, and the Junior DIP Credit Parties, under no duress, and without undue influence, in respect of all actions taken by them in connection with or related in any way to negotiating, implementing, documenting, or obtaining the requisite approvals of the Junior DIP Facility including in respect of the granting of the Junior DIP Liens, any challenges or objections to the Junior DIP Facility, and all documents related to any and all transactions contemplated by the foregoing.  Any credit to be extended as set forth in this Interim Junior DIP Order and in the Junior DIP Documents shall be deemed to have been so allowed, advanced, made, used or extended in good faith, and for valid business purposes and uses, within the meaning of section 364(e) of the Bankruptcy Code, and the Junior DIP Credit Parties are therefore entitled to the protections and benefits of section 364(e) of the Bankruptcy Code and this Interim Junior DIP Order, and therefore, the claims, security interests, liens, and other protections granted pursuant to this Interim Junior DIP Order should be preserved to the extent provided for in this Interim Junior DIP Order.

4.    ***Priority of Liens.***  The priority of the Junior DIP Liens on the DIP ABL Collateral to the extent set forth in this Interim Junior DIP Order will enable the Junior DIP Obligors to obtain the Junior DIP Facility and to continue to operate their businesses for the benefit of their estates and creditors.  The Required Lenders (as defined in the DIP ABL Credit Agreement) have consented to liens solely to the extent set forth in this Interim Junior DIP Order and the DIP ABL Orders.  The DIP ABL Lenders have acted in good faith in connection with the negotiation and approval of the Junior DIP Facility.

5.    ***Adequate Protection for Prepetition Credit Parties.***  The Prepetition Credit Parties are entitled to, and shall receive, adequate protection as set forth in the DIP ABL Order.

Nothing in this Interim Junior DIP Order shall alter, modify, or affect the finality of the rights of the Prepetition Credit Parties, other than ESL, or any insider or any of their affiliates, to adequate protection as set forth in the DIP ABL Order.

6.    ***Sections 506(c) and 552(b).***  In the Final Junior DIP Order, the Debtors will seek a waiver, for the benefit of the Junior DIP Credit Parties (in their capacities as such), of (a) the provisions of section 506(c) of the Bankruptcy Code **[solely as to the Junior DIP Secured Obligations]**, (b) any "equities of the case" under section 552(b) of the Bankruptcy Code, and (c) the equitable doctrine of "marshaling" or any similar doctrine with respect to the Junior DIP Collateral in light of (i) the subordination of their liens and superpriority claims, as applicable, to the Carve-Out, and (ii) the Approved Budget covering all administrative costs projected by the Junior DIP Obligors.

7.    ***Final Hearing.***  At the Final Hearing, the Junior DIP Obligors will seek final approval of the proposed post-petition financing arrangements pursuant to the Final Junior DIP Order, which shall be in form and substance acceptable to the Junior DIP Agent in its sole and absolute discretion.  Notice of the Final Hearing and Final Junior DIP Order will be provided in accordance with this Interim Junior DIP Order and no further notice, except as provided by this Interim Junior DIP Order, shall be required.

8.    ***Immediate Entry.***  The Junior DIP Obligors have requested immediate entry of this Interim Junior DIP Order pursuant to Bankruptcy Rules 4001(b)(2) and (c)(2) and Local Bankruptcy Rule 4001-2.  The authorization granted herein on an interim basis to enter into the Junior DIP Documents, and to borrow under the Junior DIP Facility is necessary to avoid immediate and irreparable harm to the Junior DIP Obligors and their estates during the period beginning on the date hereof through and including the earlier to occur of (i) the date of the entry

of the Final Junior DIP Order by this Court and (ii) the Termination Date (as defined below).  This Court concludes that the entry of this Interim Junior DIP Order is in the best interests of the Junior DIP Obligors and their estates and creditors because it will, among other things, allow the Junior DIP Obligors to meet payroll and other critical expenses and thereby maximize the value of their estates.

9.      ***Notice.***  Notice of the Interim Hearing and the emergency relief requested in the Motion has been provided by the Debtors, whether by facsimile, email, overnight courier or hand delivery, to certain parties in interest as set forth in the Motion.  The notice given by the Debtors of the Motion, the relief requested therein, and the Interim Hearing constitutes adequate notice thereof and complies with Bankruptcy Rules 4001(b) and (c) and the Local Bankruptcy Rules, and no further notice of the relief granted herein is necessary or required.

Based upon the foregoing findings and conclusions, the Motion and the record before the Bankruptcy Court with respect to the Motion, and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1.      ***Motion Granted.***  The Motion is granted on an interim basis to the extent set forth herein.

2.      [RESERVED]

3.      ***Objections Overruled.***  All objections to and reservations of rights with respect to the interim relief sought in the Motion and to the entry of this Interim Junior DIP Order to the extent not withdrawn or resolved are hereby overruled on the merits in their entirety.

**Junior DIP Facility Authorization**

4.      ***Authorization of the Junior DIP Documents.***  The Junior DIP Obligors are hereby authorized to execute, issue, deliver, enter into, and adopt, as the case may be, the Junior DIP Documents to be delivered pursuant hereto or thereto or in connection herewith or therewith. The Junior DIP Obligors are hereby authorized to borrow money under the applicable Junior DIP Documents, on an interim basis in accordance with and subject to the terms and conditions of this Interim Junior DIP Order and the Junior DIP Documents, and to perform all other obligations hereunder and thereunder, <u>provided</u> that until the entry of the Final Junior DIP Order, the Junior DIP Obligors are only authorized to borrow an aggregate principal amount of up to $250 million under the Junior DIP Facility.

5.      [RESERVED].

6.      ***Authorized Action.***  In furtherance of the foregoing and without further approval of this Court, each Debtor is authorized to perform all acts, to make, execute and deliver all instruments and documents that may be necessary or required for performance by the Junior DIP Obligors under the Junior DIP Documents and the creation and perfection of the Junior DIP Liens described in, provided for and perfected by this Interim Junior DIP Order and the Junior DIP Documents.  Subject to paragraphs 19(e) of the DIP ABL Order, the Junior DIP Obligors are hereby authorized to pay, in accordance with this Interim Junior DIP Order, the principal, interest, fees, expenses and other amounts described in the Junior DIP Documents as such become due and without need to obtain further Court approval, including administrative agent fees, closing fees, extension fees, undrawn fees, monitoring fees, and the fees and disbursements of the Junior DIP Agent's attorneys, advisers, accountants and other consultants.  All fees shall be payable in accordance with the Junior DIP Documents.

16

7.    ***Validity of Junior DIP Secured Obligations.***    Upon entry of this Interim Junior DIP Order, the Junior DIP Documents shall represent valid, binding and unavoidable obligations of the Junior DIP Obligors, enforceable against the Junior DIP Obligors and their estates in accordance with their terms, subject to the terms of this Interim Junior DIP Order and the DIP Intercreditor Agreement.  The Junior DIP Documents and this Interim Junior DIP Order constitute and evidence the validity and binding effect of the Junior DIP Secured Obligations of the Junior DIP Obligors, which Junior DIP Secured Obligations shall be enforceable, jointly and severally, against the Junior DIP Obligors, their estates and any successors thereto, including any trustee or other estate representative appointed in the Chapter 11 Cases or any case under chapter 7 of the Bankruptcy Code upon the conversion of any of the Chapter 11 Cases (each, a "Successor Case").  No obligation, payment, transfer, or grant of a security or other interest to the Junior DIP Agent or any other Junior DIP Credit Party under the Junior DIP Documents or this Interim Junior DIP Order shall be stayed, restrained, voidable, or recoverable under the Bankruptcy Code or any applicable law (including under sections 502(d), 544, 548 or 549 of the Bankruptcy Code), or subject to any defense, reduction, set-off, recoupment, claim or counterclaim.  The Junior DIP Secured Obligations include all loans and any other indebtedness or obligations, contingent or absolute, now existing or hereafter arising, which may from time to time be or become owing by the Junior DIP Obligors to the Junior DIP Credit Parties under the Junior DIP Documents, and, in the case of each of the foregoing, including all principal, interest, costs, fees, expenses and other amounts owed in connection therewith or otherwise pursuant to the Junior DIP Documents.

8.    ***No Obligation to Extend Credit.***    The Junior DIP Credit Parties shall have no obligation to make loans or advances under the Junior DIP Facility unless and until the conditions precedent to the closing and the making of such extensions of credit under the Junior

DIP Documents, (including those set forth in the Junior DIP Credit Agreement), have been satisfied in full or waived in accordance with the terms of the Junior DIP Documents (such date, the "Initial Closing Date"), which date shall occur no later than three (3) business days after the entry of this Interim Junior DIP Order (as such date may be extended by agreement of the Debtors and the Junior DIP Agent without further order of the Court).

9.       *Use of Junior DIP Facility Proceeds.*   The Junior DIP Obligors are authorized, subject to the satisfaction of the terms and conditions set forth in the Junior DIP Documents, to use proceeds of extensions of credit under the Junior DIP Facility only for the purposes specifically set forth in this Interim Junior DIP Order and the Junior DIP Documents (i) for the ongoing working capital and general corporate purposes of the Junior DIP Obligors, in each case consistent with, subject to, and within the limitations contained in, the Approved Budget; and (ii) to pay fees, costs and expenses incurred in connection with the transactions contemplated hereby and other administration costs incurred in connection with the Chapter 11 Cases (including all fees, charges and disbursements of all counsel and advisors to the Junior DIP Agent and the Junior DIP Lenders).

10.       *No Obligation to Monitor.* No Junior DIP Credit Party shall have any obligation or responsibility to monitor any Junior DIP Obligor's use of the Junior DIP Facility, and each Junior DIP Credit Party may rely upon each Junior DIP Obligor 's representations that the amount of debtor in possession financing requested at any time, and the use thereof, are in accordance with the requirements of this Interim Junior DIP Order, the Junior DIP Documents, and Bankruptcy Rule 4001(c)(2).

11.       *Junior DIP Superpriority Claims.*  Subject to the Carve-Out and the last sentence of this paragraph 11, pursuant to section 364(c)(1) of the Bankruptcy Code, all of the

Junior DIP Secured Obligations shall constitute allowed administrative expense claims against each of the Junior DIP Obligors' estates, jointly and severally, with equal priority to the DIP ABL Superpriority Claims and otherwise with priority over any and all administrative expenses, including any superpriority claims associated with any other postpetition financing facility, all Adequate Protection Claims and, to the fullest extent permitted under the Bankruptcy Code, all other claims against the Junior DIP Obligors, now existing or hereafter arising, whether or not such expenses or claims may become secured by a judgment lien or other non-consensual lien, levy, or attachment (the "Junior DIP Superpriority Claims"), which Junior DIP Superpriority Claims shall be payable from and have recourse to all prepetition and post-petition property of the Junior DIP Obligors and their estates and all proceeds thereof, subject only to liens secured thereby and the Carve-Out.  The Junior DIP Superpriority Claims shall be entitled to the full protection of section 364(e) of the Bankruptcy Code in the event that this Interim Junior DIP Order or any provision hereof is vacated, reversed, amended or otherwise modified, on appeal or otherwise. Notwithstanding anything to the contrary herein, the Junior DIP Superpriority Claims shall be of equal priority to the DIP ABL Superpriority Claim.

**Junior DIP Liens and Junior DIP Collateral.**

12.     Effective immediately upon entry of this Interim Junior DIP Order and as more fully set forth in the Junior DIP Documents, as security for the full and prompt performance and payment when due (whether at the stated maturity, by acceleration, or otherwise) of the Junior DIP Secured Obligations, the Junior DIP Agent is hereby granted, for itself and for the benefit of all of the Junior DIP Credit Parties, continuing valid, binding, enforceable, non-avoidable, automatically and properly perfected, post-petition security interests in and liens (the "Junior DIP Liens") on all Junior DIP Collateral *nunc pro tunc* to the Petition Date without the necessity of the

execution by the Junior DIP Obligors (or recordation or other filing or notice) of security agreements, control agreements, pledge agreements, copyright security agreements, trademark security agreements, patent security agreements, financing statements, mortgages, schedules or other similar documents, or the possession or control by the Junior DIP Agent or any other Junior DIP Credit Party of any Junior DIP Collateral.  The term "Junior DIP Collateral" means DIP ABL Collateral (as defined in the DIP ABL Order) excluding "Excluded Property" **[(as defined in the Junior DIP Credit Agreement)];** *provided that* Junior DIP Collateral shall exclude leases of real property except as permitted in the applicable lease or pursuant to applicable law (but in no event shall Junior DIP Collateral exclude the proceeds of such leases); notwithstanding the foregoing, in the event that the Debtors subsequently seek by separate motion and obtain by final order liens on all of their leases of real property in connection with a debtor-in-possession financing facility other than the Junior DIP Facility, the Junior DIP Collateral shall include all leases of real property, *provided* that the Junior DIP Liens shall be immediately junior to the DIP ABL Liens (other than leases of real property that are Specified Collateral which the Junior DIP Liens and DIP ABL Liens shall share pari passu) and senior to any other liens thereon. For the avoidance of doubt, each of the Junior DIP Agent, DIP ABL Agents, their respective lenders and the Debtors are bound by the DIP Intercreditor Agreement; provided, further, that the DIP ABL Agents and their respective lenders are contractually obligated to comply with section 5.2 of the DIP Intercreditor Agreement, and the Junior DIP Agent and Junior DIP Lenders may enforce such provision against the DIP ABL Agents and their respective lenders in these Chapter 11 Cases.  Furthermore, pursuant to the terms of the DIP Intercreditor Agreement, the DIP ABL Agents for the DIP ABL Facility shall not apply proceeds of any Prepetition Unencumbered Collateral to the repayment of obligations under the DIP ABL Facility until **[(x) all but a *de minimis* amount of Prepetition ABL Collateral of**

20

the type that is eligible to be included in the term "Borrowing Base" in the DIP ABL Credit

Agreement as in effect on the date of the DIP Intercreditor Agreement has been sold,

transferred or otherwise been disposed of and the proceeds thereof applied in accordance

with the DIP Intercreditor Agreement or (y) all but a *de minimis* amount of Prepetition ABL

Collateral of the type that is eligible to be included in the term "Borrowing Base" in the DIP

ABL Credit Agreement as in effect on the date of the DIP Intercreditor Agreement is

otherwise no longer available to be used to apply to and satisfy the DIP ABL Obligations.]

**Priority of Junior DIP Liens**

13.    The Junior DIP Liens on the Junior DIP Collateral shall in each case be

subject to the Carve-Out and the Senior Permitted Liens **[(as defined in the Junior DIP Credit**

**Agreement)]** and otherwise have the following priority:

(a)    pursuant to section 364(c)(3) of the Bankruptcy Code, an automatically perfected junior security interest in and lien on all Prepetition ABL Collateral, subject to the relative priorities for Prepetition ABL Collateral set forth in the table included as part of paragraph 14 below;

(b)    pursuant to section 364(d) of the Bankruptcy Code, an automatically perfected security interest in and lien on all Junior DIP Collateral (other than Prepetition ABL Collateral) that is subject to valid and perfected liens and security interests in favor of third parties as of the Petition Date (the "Other Prepetition Encumbered Collateral"), junior only to the Senior Permitted Liens and the DIP ABL Liens;

(c)    pursuant to section 364(d) of the Bankruptcy Code, an automatically perfected security interest in and lien on all Junior DIP Collateral that is not otherwise subject to a valid, perfected and non-avoidable security interest or lien as of the Petition Date (other than Specified Collateral, as defined below, but specifically including those assets described on Schedule 3 hereto, collectively, the "Prepetition Unencumbered Collateral"), which, for the avoidance of doubt shall be junior only to the Senior Permitted Liens and the DIP ABL Liens; and

(d)    pursuant to section 364(d) of the Bankruptcy Code, an automatically perfected first priority security interest in and lien on (i) all of the rights, title and interests of any Junior DIP Obligor in that certain cause of action

21

identified on <u>Schedule 1</u> hereto and (ii) all of the rights, title and interests of any Junior DIP Obligor in the assets set forth on <u>Schedule 2</u> hereto and all books, records, documents and data related thereto and all proceeds thereof (such collateral and proceeds, collectively, the "<u>Specified Collateral</u>") which security interest and lien shall be pari passu with the DIP ABL Liens; <u>provided</u>, that the proceeds of such Specified Collateral shall be shared by the Junior DIP Lenders and the DIP ABL Lenders pro rata based on the aggregate commitment amount under the Junior DIP Facility (i.e., $350,000,000) and aggregate incremental commitments and extensions of credit under the DIP ABL Facility (i.e., $300,000,000) without giving regard to the roll-up portion thereof, respectively.

14.    Notwithstanding anything to the contrary herein, the following table sets forth (i) the relative priorities of the Carve-Out, the Senior Permitted Liens, the Permitted Prior Liens, DIP ABL Liens, Junior DIP Liens, Adequate Protection Liens, and the Prepetition Liens on the Junior DIP Collateral upon effectiveness of this Interim Junior DIP Order:

| Prepetition ABL Collateral | Prepetition Encumbered Collateral | Prepetition Unencumbered Collateral (Other than Specified Collateral) | Specified Collateral |
|---|---|---|---|
| Carve-Out | Carve-Out | Carve-Out | Carve-Out |
| Senior Permitted Liens | All valid and perfected security interests in favor of third parties as of the Petition Date and any Senior Permitted Liens | Senior Permitted Liens | Senior Permitted Liens |
| DIP ABL Liens | DIP ABL Liens | DIP ABL Liens | DIP ABL Liens, *pari passu* with Junior DIP Liens |
| Prepetition ABL Facilities Adequate Protection Liens | Junior DIP Liens | Junior DIP Liens | Prepetition ABL Facilities Adequate Protection Liens |

| | | | |
|---|---|---|---|
| 2018 FILO Adequate Protection Liens | Prepetition ABL Facilities Adequate Protection Liens | Prepetition ABL Facilities Adequate Protection Liens | 2018 FILO Adequate Protection Liens |
| Prepetition LC Facility Adequate Protection Liens | 2018 FILO Adequate Protection Liens | 2018 FILO Adequate Protection Liens | Prepetition LC Facility Adequate Protection Liens |
| Prepetition ABL Liens | Prepetition LC Facility Adequate Protection Liens | Prepetition LC Facility Adequate Protection Liens | Prepetition Second Lien Adequate Protection Liens |
| Prepetition Second Lien Adequate Protection Liens | Prepetition Second Lien Adequate Protection Liens | Prepetition Second Lien Adequate Protection Liens | |
| Prepetition Second Lien Facilities Liens (except on Specified Non-Prepetition Second Lien Collateral) | | | |
| Junior DIP Liens | | | |

15.    ***Treatment of Junior DIP Liens.***  Other than as set forth herein, the Junior

DIP Liens shall not be made subject to or *pari passu* with any lien or security interest heretofore

or hereafter granted in the Chapter 11 Cases or any Successor Case.  The Junior DIP Liens shall

be valid and enforceable against any trustee or other estate representative appointed in the Chapter

11 Cases or any Successor Case, upon the conversion of any of the Chapter 11 Cases to a case

under chapter 7 of the Bankruptcy Code (or in any other Successor Case), and/or upon the

dismissal of any of the Chapter 11 Cases or any Successor Case.  No lien or interest avoided and

preserved for the benefit of the Junior DIP Obligors' estates pursuant to section 551 of the

Bankruptcy Code shall be *pari passu* with or senior to the Junior DIP Liens.

**Adequate Protection**

16.    [RESERVED].

17.    [RESERVED]

18.    [RESERVED]

19.    ***Costs, Fees, Expenses, and Indemnification.***

(a)    *Junior DIP Credit Parties.*  The Junior DIP Obligors are authorized to pay any and all reasonable and documented fees and expenses (including, without limitation, the reasonable and documented fees and expenses of Paul Hastings LLP and Province, Inc.) of the Junior DIP Agent in connection with the Junior DIP Facility and as provided for in the Junior DIP Documents, whether incurred before, on or after the Petition Date and whether or not the transactions contemplated hereby are consummated or such fees and expenses are set forth in the Approved Budget, including fees and expenses incurred in connection with (i) the preparation, negotiation and execution of the Junior DIP Documents; (ii) the syndication and funding of the Junior DIP Facility; (iii) the creation, perfection or protection of the liens under the Junior DIP Documents (including all search, filing and recording fees); (iv) the on-going administration of the Junior DIP Documents (including the preparation, negotiation and execution of any amendments, consents, waivers, assignments, restatements or supplements thereto) and the Chapter 11 Cases; (v) the enforcement of the Junior DIP Documents; (vi) any refinancing or restructuring of the Junior DIP Facility; and (vii) any legal proceeding relating to or arising out of the Junior DIP Facility or the other transactions contemplated by the Junior DIP Documents, including the Chapter 11 Cases.  Payment of all such professional fees and expenses shall not be subject to allowance by the Bankruptcy Court or to the U.S. Trustee guidelines, but shall be subject to the procedures set forth in paragraph 19(e) of the DIP ABL Order.  Such fees and expenses shall not

be subject to any offset, defense, claim, counterclaim or diminution of any type, kind or nature whatsoever.

(b)     *Indemnification of Junior DIP Credit Parties.*  The Junior DIP Credit Parties shall have no liability to any third party relating to the Junior DIP Documents, the Junior DIP Facility and Junior DIP Obligors' use of the financing provided thereunder, and shall not, by virtue of making the extensions of credit under the Junior DIP Facility, extending funds thereunder, or otherwise complying with the Junior DIP Documents, be deemed to be in control of the operations of Debtors, to owe any fiduciary duty to the Debtors, their respective creditors, shareholders, or estates or to be acting as a "responsible person" or managing agent with respect to the operation or management of the Debtors.  The Junior DIP Obligors shall, and are hereby authorized to, indemnify and hold harmless the Junior DIP Credit Parties and their respective affiliates and Representatives from and against all losses, liabilities, claims, damages, penalties, actions, judgments, suits, expenses or disbursements of any nature whatsoever arising out of or relating to the Junior DIP Documents, including the syndication of any obligations thereunder, and the Junior DIP Obligors' use of the financing provided thereunder, provided, however, that the foregoing indemnity shall not apply to any actions of any indemnified parties determined in a final non-appealable judgment of a court of competent jurisdiction to constitute gross negligence or willful misconduct.  This indemnification shall survive and continue for the benefit of all such persons or entities.

**Provisions Common to DIP Financing**

20.     ***Carve-Out.***

(a)     *Carve-Out.*  The Carve-Out as used in this Interim Junior DIP Order, the DIP ABL Order, the Junior DIP Documents and the DIP ABL Loan Documents, shall be

defined and set forth in the DIP ABL Order. In addition, the Junior DIP Agent shall be entitled to all reporting related to the Carve-Out at the same time such report is delivered to the DIP ABL Administrative Agent pursuant to paragraph 21 of the DIP ABL Order.

(b)     *Carve-Out Account.*    Upon the entry of this Interim Junior DIP Order, the Debtors shall establish a segregated account (to the extent one is not already maintained with the DIP ABL Administrative Agent) with the Junior DIP Administrative Agent (the "Carve-Out Account"), which shall be funded in an amount up to the Carve-Out Reserve Amount less (i) the Clerk and UST Fees, (ii) the Chapter 7 Trustee Fee Cap, (iii) the Post Trigger Notice Carve-Out Fee Cap (the "Carve-Out Account Required Balance") first with cash on hand  and if such cash is insufficient to fully fund the Carve-Out Account, with borrowings under the Junior DIP Facility.  Amounts in the Carve-Out Account shall be held in trust to pay all amounts included in the Carve-Out.  On each Friday after the date hereof (or if such day is not a business day, then the next business day), the Debtors shall deposit into the Carve-Out Account an amount sufficient to cause the balance in the Carve-Out Account to equal the Carve-Out Account Required Balance. All Allowed Professional Fees of Professional Persons shall be paid to the applicable Professional Person first from the Carve-Out Account in accordance with the order or orders of the Court allowing such Allowed Professional Fees.  Notwithstanding anything to the contrary in this or any other Court order, the Carve-Out Account and the amounts on deposit in the Carve-Out Account shall be available and used only to satisfy obligations of Professional Persons benefitting from the Carve-Out, and, thereafter, as provided in paragraph 20(e)(v).  Prior to a Carve-Out Trigger Notice, in no event shall the total balance in the Carve-Out Account ever exceed the Carve-Out Account Required Balance.  The failure of the Carve-Out Account to satisfy Allowed Professional Fees in full shall not affect the priority of the Carve-Out.

(c)    *Carve-Out Funding After a Carve-Out Trigger Notice*.    The
following provisions with respect to the Carve-Out Account shall apply only upon delivery of a

Carve-Out Trigger Notice:

(i)    On the date of the Carve-Out Trigger Notice, the Carve-Out Trigger Notice shall
be deemed to constitute a demand to the Debtors to utilize all cash on hand as of such date and any
availability or proceeds of the **[Junior DIP Facility]** to fund the Carve-Out Account in an amount
equal to the full Carve-Out Reserve Amount (to the extent not previously funded into the Carve-
Out Account) to be held in trust to pay all amounts included the Carve-Out.

(ii)    On or after the date of a Carve-Out Trigger Notice, the Junior DIP Administrative
Agent shall not sweep or foreclose on cash of the Debtors (including cash received as a result of
the sale or other disposition of any assets) until the Carve-Out Account has been fully funded.  **[To
the extent such cash on hand is not sufficient to fully fund the Carve-Out Account, the Carve-
Out Trigger Notice shall be deemed to constitute a draw request and notice of borrowing by
the Debtors for Junior DIP Advances under the Junior DIP Documents (on a pro rata basis
based on the then outstanding Junior DIP Commitments) to fully fund the Carve-Out
Account.]**    On the first business day after delivery of the Carve-Out Trigger Notice,
notwithstanding anything in the Junior DIP Documents to the contrary, including with respect to
the existence of a Default (as defined in the Junior DIP Documents) or Event of Default (as defined
in the Junior DIP Documents), the failure of the Debtors to satisfy any or all of the conditions
precedent for Junior DIP Advances under the Junior DIP Credit Agreement, any termination of
the commitments thereunder following an Event of Default at the direction of the Junior DIP
Administrative Agent, each DIP Term Loan Lender with an outstanding Junior DIP Commitment
(on a pro rata basis based on the then outstanding Junior DIP Commitments) shall make available
to the Junior DIP Administrative Agent such DIP Term Loan Lender's pro rata share with respect
to the borrowings required to fully fund the Carve-Out Account in accordance with the Junior DIP
Credit Agreement.  Any such funding of the Carve-Out shall be added to, and made a part of, the
Junior DIP Secured Obligations secured by the Junior DIP Collateral and shall otherwise be
entitled to the protections granted under this Interim Junior DIP Order, the Junior DIP Documents,
the Bankruptcy Code, and applicable law.

(iii)    In no event shall the Junior DIP Administrative Agent, or the Junior DIP Lenders
be required to (x) extend Junior DIP Advances to fund the Carve-Out other than pursuant to this
paragraph 20), (y) extend Junior DIP Advances pursuant to a deemed draw and borrowing pursuant
this paragraph in an aggregate amount exceeding the Carve-Out Reserve Amount, or (z) pay in the
aggregate more than the Carve-Out Reserve Amount for all fees and expenses included in the
Carve-Out.

(iv)    All funds in the Carve-Out Account shall be used first to pay the obligations set
forth in the definition of the Carve-Out set forth above until paid in full.  All payments and
reimbursements made from the Carve-Out Account shall permanently reduce the Carve-Out on a
dollar-for-dollar basis.

(v)      To the extent any funds remain in the Carve-Out Account after payment of all amounts included in the Carve-Out, such funds shall first be used to pay the DIP ABL Administrative Agent for the benefit of the DIP ABL Lenders, unless the DIP ABL Obligations have been indefeasibly paid in full, in cash, all commitments under the DIP ABL Facility have been terminated, and all Letters of Credit (as defined in the DIP ABL Loan Documents) have been cancelled (or all such Letters of Credit have been fully cash collateralized or otherwise backstopped to the satisfaction of the DIP ABL Administrative Agent in its sole and absolute discretion), in which case any such excess shall next be paid to the Junior DIP Agent and/or the Prepetition Credit Parties in accordance with their rights and priorities under this Interim Junior DIP Order and the DIP ABL Order.

(d)      [RESERVED].

(e)      *No Direct Obligation to Pay Allowed Fees; No Waiver of Right to Object to Fees.*  Other than the funding of the Carve-Out with the proceeds of the Junior DIP Facility as provided herein and in the Junior DIP Documents, the Junior DIP Credit Parties shall not be responsible for the payment or reimbursement of any fees or disbursements of any Professional Person incurred in connection with these Chapter 11 Cases, any Successor Cases, or otherwise.  Nothing in this Interim Junior DIP Order or otherwise shall be construed:  (i) to obligate the Junior DIP Credit Parties, DIP ABL Credit Parties or the Prepetition ABL Credit Parties, in any way, to pay compensation to, or to reimburse expenses of, any Professional Person or to guarantee that the Debtors have sufficient funds to pay such compensation or reimbursement, other than the Carve-Out Reserve Amount; (ii) as consent to the allowance of any fees and expenses of Professional Persons; or (iii) to affect the rights of the Junior DIP Credit Parties, DIP ABL Credit Parties, the Prepetition ABL Credit Parties or any other party-in-interest to object to the allowance and payment of such fees and expenses.

(f)      *Payment of Compensation.* The Debtors shall be permitted to pay fees and expenses allowed and payable by order of the Court (that has not been vacated or stayed, unless the stay has been vacated) under sections 330 and 331 of the Bankruptcy Code, as the same

28

may be due and payable from the Carve-Out Account.  Such payments prior to a Carve-Out Trigger Notice shall not reduce the Post Trigger Notice Carve-Out Fee Cap.

21.    ***Budget; Budget Compliance.***  The Junior DIP Obligors shall comply in all respects with the Approved Budget (as defined in the Junior DIP Documents) and all related provisions, each as set forth in the Junior DIP Documents.  The proceeds of the Junior DIP Facility shall be used solely as provided in the Junior DIP Documents and the proceeds of the Junior DIP Facility and Cash Collateral shall be used solely in accordance with the Approved Budget (subject to the Carve-Out).  A copy of the Approved Budget is attached hereto as Exhibit A.

22.    ***Winddown Account.***    (a) Upon the consummation of any sales of Prepetition Unencumbered Collateral, the Junior DIP Obligors shall (i) deposit the net cash proceeds in respect of such sales into the Winddown Account until $200,000,000 in the aggregate has been funded into the Winddown Account; *provided* that in no event shall more than $200,000,000 be funded into such account, (ii) deposit any remaining net cash proceeds in respect of such sales into a cash collateral account maintained with Bank of America, N.A. (the "Senior DIP Cash Collateral Account") to secure the payment of the DIP ABL Obligations (including (A) with respect to amounts available to be drawn under outstanding letters of credit issued or deemed issued under the DIP ABL Facility (or indemnities or other undertakings issued pursuant thereto in respect of such outstanding letters of credit), an amount equal to 105% of the aggregate undrawn amount of such letters of credit, and (B) with respect to Bank Products and Cash Management Services included in the DIP ABL Obligations (or indemnities or other undertakings issued pursuant thereto in respect thereof), an amount of cash collateral in compliance with the terms of the DIP ABL Credit Agreement), and (iii) upon and after the indefeasible payment in full in cash of the DIP ABL Obligations as described in clause (ii) above, deposit any remaining net cash

29

proceeds in respect of such sales into a cash collateral account designated by the Junior DIP Agent (the "Junior DIP Cash Collateral Account") in an amount equal to any amounts required to repay all obligations under the Junior DIP Facility, and (b) upon the consummation of any sales of Specified Collateral, the Junior DIP Obligors shall (i) as contemplated in paragraph 22(a)(i), deposit the net cash proceeds in respect of such sales into the Winddown Account until $200,000,000 in the aggregate has been funded into the Winddown Account; *provided* that in no event shall more than $200,000,000 be funded into such account, and (ii) deposit any remaining net cash proceeds in respect of such sales to the Senior DIP Cash Collateral Account and to the Junior DIP Cash Collateral Account, on a pro rata basis based on the aggregate commitment under the Junior DIP Facility (i.e., $350,000,000) and the aggregate incremental commitments and extensions of credit under the DIP ABL Facility (i.e., $300,000,000) without giving regard to the roll-up portion thereof, until either the indefeasible payment in full in cash of the DIP ABL Secured Obligations or the Junior DIP Obligations has occurred, after which all such net cash proceeds shall be applied to the payment of the DIP ABL Secured Obligations or the Junior DIP Obligations, respectively. "Winddown Account" shall mean a cash collateral account at Bank of America, N.A. that, prior to the discharge and indefeasible payment in full of all obligations under the DIP ABL Facility and the Junior DIP Facility, may only be used to pay winddown costs of the DIP ABL Loan Parties and Junior DIP Obligors at the discretion of the DIP ABL Loan Parties and Junior DIP Obligors following entry of the Junior DIP Final Order.

23.    ***Modification of Junior DIP Documents***.  Upon no less than three (3) business days' notice to the Creditors' Committee and the DIP ABL Agents (in each case, only to the extent reasonably practicable), the Junior DIP Obligors and the Junior DIP Agent are hereby authorized, subject to the Junior DIP Documents, to implement, in accordance with the terms of

the respective Junior DIP Documents, any amendments, waivers, consents or other modifications

to or under the Junior DIP Documents (including any change in the number or composition of the

Junior DIP Lenders), and with the consent of the DIP ABL Agents to the extent required under the

DIP Intercreditor Agreement or the DIP ABL Credit Agreement, without further order of this Court

unless such amendment, waiver, consent or other modification shortens the maturity or the

scheduled termination date thereunder.

24.    ***Right to Credit Bid.***  Subject to Section 363(k) of the Bankruptcy Code and

the DIP Intercreditor Agreement, the Junior DIP Agent shall have the right to "credit bid" up to

the full allowed amount of its or its lenders' claims and outstanding obligations in connection with

any sale of all or any portion of the Junior DIP Collateral, including any sale occurring pursuant

to section 363 of the Bankruptcy Code or included as part of a restructuring plan subject to

confirmation under section 1129(b)(2)(A)(ii) of the Bankruptcy Code or a sale or disposition by a

chapter 7 trustee for any Debtor under section 725 of the Bankruptcy Code or otherwise.  For the

avoidance of doubt, any such credit bid for all or any portion of the Junior DIP Collateral must,

upon closing of such sale transaction, provide for payment in full in cash of all senior or *pari passu*

security interests in and liens on all of the Junior DIP Collateral being acquired in such sale

transaction, absent waiver by the Junior DIP Agent, DIP ABL Agents, and/or the Prepetition ABL

Administrative Agent, as applicable.

25.    ***Automatic Perfection of Junior DIP Liens.***

(a)    This Interim Junior DIP Order shall be sufficient and conclusive

evidence of the validity, perfection, and priority of all liens granted herein, including the Junior

DIP Liens, without the necessity of filing or recording financing statements, intellectual property

filings, mortgages, notices of lien or similar instruments in any jurisdiction, taking possession of

31

or control over cash, deposit accounts, securities, or other assets, or the taking of any other action (including, for the avoidance of doubt, entering into any deposit account control agreement, customs broker agreement or freight forwarding agreement) to validate or perfect (in accordance with applicable non-bankruptcy law) the Junior DIP Liens, or to entitle the Junior DIP Credit Parties, DIP ABL Credit Parties or the Prepetition Credit Parties to the priorities granted herein.

(b)     Notwithstanding the foregoing, the Junior DIP Agent is hereby authorized, but not required, to file or record (and to execute in the name of the applicable Junior DIP Obligors, as their true and lawful attorneys, with full power of substitution, to the maximum extent permitted by law) financing statements, intellectual property filings, mortgages, notices of lien or similar instruments in any jurisdiction, take possession of or control over cash, deposit accounts, securities, or other assets, or take any other action, as they may elect, in order to validate and perfect the liens and security interests granted to them hereunder.  Whether or not the Junior DIP Agent chooses, in its sole discretion, to file such financing statements, intellectual property filings, mortgages, notices of lien or similar instruments, take possession of or control over any cash, deposit accounts, securities, or other assets, or otherwise confirm perfection of the liens and security interests granted to the Junior DIP Agent, hereunder, such liens and security interests shall be deemed valid, perfected, allowed, enforceable, non-avoidable and not subject to challenge, dispute or subordination (subject to the priorities set forth in this Interim Junior DIP Order) immediately upon entry of this Interim Junior DIP Order.

(c)     The Junior DIP Obligors are authorized to execute and deliver promptly upon demand to the Junior DIP Agent all such financing statements, mortgages, control agreements, notices and other documents as the Junior DIP Agent may reasonably request.  The Junior DIP Obligors are authorized to, and shall, execute and deliver to the Junior DIP Agent such

32

agreements, financing statements, mortgages, instruments and other documents as the Junior DIP Agent may reasonably request to evidence, confirm, validate, or perfect the Junior DIP Liens; and the failure by the Junior DIP Obligors to execute or deliver any documentation relating to the Junior DIP Liens shall in no way affect the validity, enforceability, nonavoidability, perfection, or priority of such liens.

(d)    The financing statements described above may describe the Junior DIP Collateral in the same manner as described herein, in the Junior DIP Credit Agreement, or may contain an indication or description of the Junior DIP Collateral that describes such property in any other manner as the Junior DIP Agent may determine is necessary, advisable or prudent, including describing such property as "all assets and all personal property whether now owned or hereafter acquired" of the applicable Debtor or words of similar effect.

(e)    The Junior DIP Agent in its discretion, may file a photocopy of this Interim Junior DIP Order as a financing statement or other notice of lien or similar instrument, with any filing or recording office or with any registry of deeds or similar office, and accordingly, each officer is authorized to accept and record the photocopy of this Interim Junior DIP Order, in addition to or in lieu of such financing statements, notices of lien or similar instrument.  Each Debtor is authorized to execute and deliver to the Junior DIP Agent, mortgages in recordable form with respect to any real estate constituting Junior DIP Collateral and identified by the Junior DIP Agent on terms reasonably satisfactory to the Junior DIP Agent.

26.    ***Other Automatic Perfection Matters.***  To the extent that any Prepetition Agent is the secured party under any account control agreements, listed as loss payee or additional insured under any of the Junior DIP Obligors' insurance policies, or is the secured party under any Prepetition Loan Document, the Junior DIP Agent, for itself and on behalf of the Junior DIP Credit

Parties is also deemed to be the secured party under such account control agreements, loss payee or additional insured under the Junior DIP Obligors' insurance policies, and the secured party under each such Prepetition Loan Document (in any such case with the same priority of liens and claims thereunder relative to the priority of (a) the Junior DIP Liens, and (b) the Prepetition Liens and Adequate Protection Liens, in each case, as set forth in this Interim Junior DIP Order and the DIP ABL Order), and shall have all rights and powers in each case attendant to that position (including rights of enforcement but subject in all respects to the terms of this Interim Junior DIP Order and the DIP ABL Order), and shall act in that capacity and distribute any proceeds recovered or received in accordance with the terms of this Interim Junior DIP Order, the Junior DIP Documents, the DIP Intercreditor Agreement, and the DIP ABL Order.  The Prepetition ABL Control Co-Collateral Agent or the Prepetition Second Lien Collateral Agent, as applicable, shall serve as agent for the Junior DIP Agents for purposes of perfecting the Junior DIP Agents' security interests in and liens on all Junior DIP Collateral that is of a type such that perfection of a security interest therein may be accomplished only by possession or control by a secured party. Notwithstanding the foregoing, no Prepetition Agent shall have any obligation whatsoever to the Junior DIP Agent, any Junior DIP Credit Party or any other person to assure that any collateral is genuine or owned by any Junior DIP Obligor or any other person or to preserve rights or benefits of any person.  No Prepetition Agent is or shall be deemed to be a fiduciary of any kind for the Junior DIP Agent or any Junior DIP Credit Party or any other person and vice versa with respect to the Junior DIP Agent and any Prepetition Agent or any Prepetition Credit Party.

27.     ***Proceeds of Subsequent Financing***.  If any of the Junior DIP Obligors, any trustee, any examiner with enlarged powers, any responsible officer or any other estate representative subsequently appointed in any of the Chapter 11 Cases or any Successor Case, shall

34

obtain credit or incur debt in breach of the Junior DIP Documents, at any time prior to the repayment in full in cash of all Junior DIP Secured Obligations, DIP ABL Secured Obligations or all Prepetition ABL Obligations, including subsequent to the confirmation of any plan of reorganization or liquidation with respect to the Junior DIP Obligors and the Junior DIP Obligors' estates, then all cash proceeds derived from such credit or debt shall immediately be turned over to the DIP ABL Administrative Agent, to be applied in accordance with the DIP ABL Order and the DIP Intercreditor Agreement.   All existing blocked account agreements, deposit account control agreements, securities account control agreements, credit card acknowledgements, credit card agreements, collateral access agreements, landlord agreements, warehouse agreements, bailee agreements, carrier agency agreements, customs broker agency agreements, subordination agreements (including any intercompany subordination agreements), and freight forwarder agreements constituting Prepetition ABL Loan Documents, and all existing Uniform Commercial Code filings and all existing filings with the United States Patent and Trademark Office or the United States Copyright Office with respect to the recordation of an interest in the intellectual property of the Debtors, which in each case were filed by any Prepetition ABL Agent, subject to the DIP Intercreditor Agreement, shall in each case be deemed to be delivered and/or filed in connection with the Junior DIP Facility, shall constitute Junior DIP Documents and shall remain in full force and effect without any further action by the Debtors, the Junior DIP Agent, or any other person, and in each case the Junior DIP Agent shall be deemed to be a party thereto.

28.    ***Maintenance and Disposition of Junior DIP Collateral / Cash Management.***  Until the indefeasible payment in full in cash of all Junior DIP Secured Obligations, and the termination of the obligation of the Junior DIP Credit Parties to extend credit under the Junior DIP Facility, the Junior DIP Obligors shall (a) maintain and insure the Junior DIP Collateral

35

in amounts, for the risks, and by the entities as required under the Junior DIP Documents, (b) except as set forth in this paragraph 28, maintain their cash management system as in effect as of the Petition Date, (i) subject to the Junior DIP Documents; (ii) subject to the Cash Management Order,[5] as may be modified, with the prior written consent of the Junior DIP Agents and the DIP ABL Agents by any order that may be entered by this Court; and (iii) in a manner which, in any event, shall be satisfactory to the Junior DIP Agent. Other than as expressly required pursuant to the Junior DIP Documents, the Cash Management Order or this Interim Junior DIP Order, no modifications to the Junior DIP Obligors' cash management system existing as of the Petition Date may be made without the prior approval of the Junior DIP Agent. Further, the Junior DIP Obligors shall not sell, transfer, lease, encumber or otherwise dispose of any portion of the Junior DIP Collateral other than in the ordinary course of business without the prior consent of the, Junior DIP Agent (and no consent shall be implied, from any other action, inaction or acquiescence by the Junior DIP Agent, or from any order of this Court), except as otherwise provided for in the Junior DIP Documents, the DIP ABL Loan Documents or otherwise ordered by the Bankruptcy Court.

29.    [RESERVED].

30.    ***Application of Proceeds of Collateral, Payments and Collections.*** After repayment in full in cash of all Junior DIP Secured Obligations, DIP ABL Secured Obligations and all Prepetition ABL Obligations, any remaining proceeds of the Junior DIP Collateral shall be applied to the Junior DIP Obligors' remaining outstanding and unpaid obligations, in a manner consistent with the Bankruptcy Code and, except as may be otherwise ordered in one or more

---

5    "Cash Management Order" means the interim Cash Management Order entered on October 16, 2018[Docket No. 102] and any final cash management order that may be entered by the Court.

orders of this Court, in accordance with the rights and priorities set forth in this Interim Junior DIP Order, the DIP ABL Order and the DIP Intercreditor Agreement.

31. **Case Milestones.** The Junior DIP Obligors shall comply with the case milestones set forth in the Junior DIP Documents (as may be amended from time to time in accordance with the Junior DIP Documents, the "Case Milestones"). For the avoidance of doubt, the failure of the Junior DIP Obligors to comply with any of the Case Milestones shall (a) constitute an Event of Default under the Junior DIP Documents and this Interim Junior DIP Order; and (b) permit the Junior DIP Administrative Agent, subject to paragraph 33, to exercise the rights and remedies provided for in this Interim Junior DIP Order and the Junior DIP Documents, subject to the DIP Intercreditor Agreement.

32. **Termination Event.** The (a) occurrence of any Event of Default (as defined in the Junior DIP Documents), or (b) noncompliance of the Junior DIP Obligors, in any material respect or in a manner adverse to the Junior DIP Credit Parties, with any of the terms, provisions, conditions, covenants or obligations under this Interim Junior DIP Order are each referred to herein as a "Termination Event."

33. **Rights and Remedies Following a Termination Event.**

(a) *Termination.* Immediately upon the occurrence and during the continuation of a Termination Event, with no further action of this Court, the Junior DIP Administrative Agent may (or at the direction of the Required Lenders (as defined in the Junior DIP Documents) shall), notify the Junior DIP Obligors, the DIP ABL Agent, and the Creditors' Committee in writing that a Termination Event has occurred and is continuing (such notice, a "Termination Notice," and the date of any such notice, the "Termination Notice Date").

37

(b)      *Notice of Termination*.  Any Termination Notice shall be given by electronic mail (or other electronic means) to counsel to the Debtors, counsel to the Creditors' Committee, the U.S. Trustee, counsel to the DIP ABL Agents, and counsel to each of the Prepetition Agents.  The Remedies Notice Period shall commence on the Termination Notice Date and shall expire five (5) business days after the Termination Notice Date (the "Remedies Notice Period" and the date of the expiration of the Remedies Notice Period, the "Termination Date").

(c)      Without limiting the rights and remedies of the Junior DIP Agent and the other Junior DIP Credit Parties under the Junior DIP Documents, the Junior DIP Administrative Agent may, at its option, and/or shall, upon the direction of the Required Lenders (as defined in the Junior DIP Documents), as applicable, immediately upon the occurrence of and during the continuation of a Termination Event following the issuance of a Termination Notice, *inter alia*, without notice and unless the Bankruptcy Court orders otherwise, declare (a) subject to expiration of the Remedies Notice Period, all obligations owing under the applicable Junior DIP Documents to be immediately due and payable, without presentment, demand, protest, or other notice of any kind, all of which are expressly waived by the Junior DIP Obligors, (b) the termination, reduction or restriction of any further commitment to extend credit to the Junior DIP Obligors to the extent any such commitment remains, (c) terminate the Junior DIP Facility and the applicable Junior DIP Documents as to any future liability or obligation of the Junior DIP Agent, any DIP Term Loan Lender, or any other Junior DIP Credit Party, but without affecting any of the liens or the obligations and exercise all other rights and remedies provided in the Junior DIP Documents and applicable law but subject in all respects to the DIP Intercreditor Agreement (any of the actions set forth in the foregoing (a), (b), and (c), a "Termination");.

(d)     During the Remedies Notice Period, the Junior DIP Obligors shall

be entitled to seek an emergency hearing with this Court for the purpose of contesting a

Termination or for the contested use of Cash Collateral, *provided* that the sole issues that may be

raised before the Bankruptcy Court at any such hearing are whether a Termination Event has

occurred and/or is continuing and the use of Cash Collateral.  During the Remedies Notice Period,

the Junior DIP Obligors may continue to use the Junior DIP Collateral, including Cash Collateral,

solely to meet payroll obligations (excluding any severance obligations) and pay expenses that the

Junior DIP Agent approves as critical to keeping the Junior DIP Obligors' business operating in

accordance with the Approved Budget, or as otherwise agreed by the Junior DIP Administrative

Agent in its sole and absolute discretion and it being understood that none of the Junior DIP Credit

Parties shall have any obligation to make an extension of credit under the Junior DIP Facility, or

otherwise to fund the Carve-Out Account.  Upon expiration of the Remedies Notice Period, subject

to the DIP Intercreditor Agreement and the DIP ABL Order, the DIP ABL Credit Parties or, upon

payment in full of the DIP ABL Secured Obligations, the Junior DIP Credit Parties or, upon

payment in full of the Junior DIP Secured Obligations, the Prepetition ABL Credit Parties, shall

be permitted to exercise all remedies set forth herein, in the Junior DIP Documents, DIP ABL

Documents or the Prepetition ABL Documents, as applicable, and as otherwise available at law

without further order of or application or motion to the Bankruptcy Court.  Upon the occurrence

and during the continuation of a Termination Event and the expiration of the Remedies Notice

Period, the DIP ABL Administrative Agent, or upon payment in full of the DIP ABL Secured

Obligations, the Junior DIP Administrative Agent, or upon payment in full of the Junior DIP

Secured Obligations, the Prepetition ABL Administrative Agent, and any liquidator or other

professional acting on their behalf will have the right to access and utilize, on a royalty-free basis,

any trade names, trademarks, copyrights or other intellectual property and any warehouse, distribution centers, store or other locations that the Junior DIP Obligors have a right to occupy to the extent necessary or appropriate in order to sell, lease or otherwise dispose of any of the Junior DIP Collateral, including pursuant to any Court approved sale process.  Notwithstanding the foregoing, the Junior DIP Agent's exercise of remedies pursuant to this paragraph shall be subject to the DIP Intercreditor Agreement and: (i) any agreement in writing between any of the Junior DIP Agent, DIP ABL Agents or the Prepetition ABL Agents, as applicable, and any applicable landlord, (ii) pre-existing rights of any of the Junior DIP Agent, DIP ABL Agents or any of the Prepetition ABL Agents, as applicable, and any applicable landlord under applicable non-bankruptcy law, (iii) consent of the applicable landlord, or (iv) further order of the Court following notice and a hearing.

34.     ***Modification of Automatic Stay.***  The automatic stay imposed under section 362(a) of the Bankruptcy Code is hereby modified as necessary to effectuate all of the terms and provisions of this Interim Junior DIP Order, including to (a) permit the Junior DIP Obligors to grant the Junior DIP Liens and the Junior DIP Superpriority Claims; (b) permit the Junior DIP Agent to take any actions permitted hereunder, including but not limited to the actions set forth in paragraph 33 hereof; and (c) authorize the Junior DIP Obligors to pay, and the Junior DIP Credit Parties to retain and apply, payments made in accordance with this Interim Junior DIP Order and the DIP Intercreditor Agreement.

35.     ***Good Faith***.

(a)     *Good Faith Under Section 364 of the Bankruptcy Code*.  The Junior DIP Credit Parties have acted in good faith in connection with this Interim Junior DIP Order and their reliance on this Interim Junior DIP Order is in good faith.  Based on the findings set forth in

this Interim Junior DIP Order and the record made during the Interim Hearing, and in accordance with section 364(e) of the Bankruptcy Code, in the event any or all of the provisions of this Interim Junior DIP Order are hereafter modified, amended or vacated by a subsequent order of the Bankruptcy Court, or any other court, the Junior DIP Credit Parties are entitled to the protections provided in section 364(e) of the Bankruptcy Code.  Any such modification, amendment or vacatur shall not affect the validity and enforceability of the Junior DIP Secured Obligations, or any lien, claim or priority authorized or created hereby.  Any liens or claims granted to the Junior DIP Credit Parties hereunder arising prior to the effective date of any such modification, amendment or vacatur of this Interim Junior DIP Order shall be governed in all respects by the original provisions of this Interim Junior DIP Order, including entitlement to all rights, remedies, privileges and benefits granted herein.

(b)       *DIP ABL Credit Parties*. The DIP ABL Credit Parties have acted in good faith in connection with this Junior DIP Interim Order, including, without limitation, the negotiation and approval of the DIP Intercreditor Agreement, and their reliance on this Junior DIP Interim Order and the DIP Intercreditor Agreement is in good faith. Based on the findings set forth in this Junior DIP Interim Order and the record made at the Interim Hearing, and in accordance with section 364(e) of the Bankruptcy Code, in the event any or all of the provisions of this Junior DIP Order are hereafter modified, amended or vacated by a subsequent order of the Bankruptcy Court, or any other Court, the DIP ABL Credit Parties are entitled to the protections provided in section 364(e) of the Bankruptcy Code. Any such modification, amendment or vacatur shall not affect the validity and enforceability of the DIP Intercreditor Agreement and/or any of the DIP ABL Documents.

41

36.  ***Proofs of Claim.***  Any order entered by the Bankruptcy Court establishing a bar date for any claims (including administrative claims) in any of the Chapter 11 Cases or any Successor Case shall not apply to any Junior DIP Credit Party (for purposes of this paragraph 36, in their respective capacities as such).  The Junior DIP Credit Parties shall not be required to file proofs of claim or requests for approval of administrative expenses authorized by this Interim Junior DIP Order in any of the Chapter 11 Cases or any Successor Case, and the provisions of this Interim Junior DIP Order, and, upon the entry thereof, the Final Junior DIP Order, relating to the amount of the Junior DIP Secured Obligations, the Junior DIP Liens and the Junior DIP Superpriority Claims shall constitute a sufficient and timely filed proof of claim and/or administrative expense request in respect of such obligations and such secured status.  For the avoidance of doubt, the books and records of the Junior DIP Agent and its respective successors and assigns shall be deemed conclusive as to the amount of the claims of each such party against the Junior DIP Credit Parties.

37.  ***Rights of Access and Information.***  Without limiting the rights of access and information afforded the Junior DIP Credit Parties under the Junior DIP Documents, the Junior DIP Obligors shall be, and hereby are, required to afford Representatives, agents and/or employees of the Junior DIP Agent reasonable access to: (a) the Junior DIP Obligors' premises, (b) knowledgeable officers of the Junior DIP Obligors, (c) the Junior DIP Obligors' books and records, and (d) the Junior DIP Obligors' properties and other collateral of any Debtor against whom such parties are granted Junior DIP Liens or Junior DIP Superpriority Claims under this Interim Junior DIP Order and the Junior DIP Obligors shall reasonably cooperate, consult with, and provide to such persons all such information as may be reasonably requested.  Without limiting any other rights or remedies of the Junior DIP Agent or the other Junior DIP Credit Parties, or otherwise

42

available at law or in equity, and subject to the terms of the Junior DIP Documents and the DIP

Intercreditor Agreement unless otherwise ordered by the Bankruptcy Court, upon three (3)

business days' written notice to counsel to the Junior DIP Obligors, the DIP ABL Agents, counsel

to the Creditors' Committee, and any landlord, lienholder, licensor, or other third party owner of

any leased or licensed premises or intellectual property, after the expiration of the Remedies Notice

Period, that a Termination Event has occurred and is continuing, the Junior DIP Agent, (i) may,

unless otherwise expressly provided in any separate agreement by and between the applicable

landlord or licensor and the Junior DIP Agent (the terms of which shall be reasonably acceptable

to the parties thereto), enter upon any leased or licensed premises of the Junior DIP Obligors for

the purpose of exercising any remedy with respect to Junior DIP Collateral located thereon, and

(ii) shall be entitled to all of the Junior DIP Obligors' rights and privileges as lessee or licensee

under the applicable license and to use any and all trademarks, trade names, copyrights, licenses,

patents, or any other similar assets of the Junior DIP Obligors, which are owned by or subject to a

lien of any third party and which are used by Junior DIP Obligors in their businesses, in either the

case of (i) or (ii), without interference from lienholders or licensors thereunder; provided, however,

that the Junior DIP Agent (on behalf of the applicable Junior DIP Lenders) shall pay only rent and

additional rent, fees, royalties, or other monetary obligations of the Junior DIP Obligors under,

and solely as required by, the applicable lease and any amendments thereto that accrue during the

period of such occupancy or actual use by Junior DIP Agent calculated on a per diem basis.

Nothing herein shall require the Junior DIP Obligors, the Junior DIP Agent or the other Junior DIP

Credit Parties, to assume any lease or license under Bankruptcy Code section 365(a) as a

precondition to the rights afforded to the Junior DIP Agent and the other Junior DIP Credit Parties

herein.  Notwithstanding the foregoing, this paragraph shall be subject to the DIP Intercreditor

Agreement and: (i) any agreement in writing between any of the Junior DIP Agent, the DIP ABL Agents or the Prepetition ABL Agents, as applicable, and any applicable landlord, (ii) pre-existing rights of any of the Junior DIP Agent, the DIP ABL Agents, or the Prepetition ABL Agents, as applicable, and any applicable landlord under applicable non-bankruptcy law, (iii) consent of the applicable landlord, or (iv) further order of the Court following notice and a hearing.

38.     ***Intercompany Obligations.***     To the extent any Debtor owes any intercompany obligation or indebtedness to any other Debtor or any direct or indirect subsidiary of any Debtor (the "Intercompany Obligations"), such Intercompany Obligations shall be subordinated to the Junior DIP Secured Obligations, and the guarantees (if any) thereof, until the Junior DIP Secured Obligations and DIP ABL Secured Obligations are indefeasibly repaid in full in cash.  For the avoidance of doubt, any reference in this Interim Junior DIP Order to payment (or repayment) in full shall mean: (a) indefeasible repayment of all outstanding obligations in full in cash, (b) termination or expiration of all commitments under any applicable Junior DIP Documents, DIP ABL Loan Documents or Prepetition ABL Loan Documents and termination or expiration of any other commitment of any Junior DIP Credit Parties, DIP ABL Credit Parties or Prepetition ABL Credit Parties to make extensions of credit to any of the Junior DIP Obligors, DIP ABL Loan Parties under any such Junior DIP Documents, DIP ABL Loan Documents or Prepetition ABL Loan Documents, respectively, (c) all letters of credit issued or deemed issued under the DIP ABL Loan Documents have been canceled or have expired, and all amounts drawn thereunder have been reimbursed in full in cash (or other arrangements with respect thereto satisfactory to the DIP ABL Agents in their sole discretion shall have been made), and (d) solely with respect to the Prepetition ABL Obligations (i) if no Challenge Proceeding has been timely and properly commenced with respect to the prepetition obligations subject to the ABL Roll Up (as defined in the DIP ABL

Order), the expiration of the Challenge Period, or (ii) the date on which any order entered by the Bankruptcy Court in favor of the applicable secured party in such Challenge Proceeding becomes final and non-appealable. For the avoidance of doubt, any Intercompany Obligations shall be subordinated to the Junior DIP Secured Obligations, DIP ABL Secured Obligations and the Adequate Protection Claims.

39. ***Prohibited Use of Junior DIP Facility, Junior DIP Collateral, Cash Collateral, Carve-Out, etc.*** Notwithstanding anything herein, prior to indefeasible payment in full in cash of the Junior DIP Secured Obligations except as otherwise expressly provided in this Interim Junior DIP Order, the Junior DIP Collateral, proceeds thereof, and the Carve-Out may not be used:

(a) for the payment of interest and principal with respect to Prepetition Obligations or any other prepetition indebtedness of the Debtors, except for: (i) the Carve-Out; (ii) prepetition employee wages, benefits and related employee taxes as of the Petition Date; (iii) prepetition sales, use and real property taxes; (iv) prepetition amounts due in respect of insurance financings, premiums and brokerage fees; (v) payment of certain interest and expenses (which expenses shall include fees and expenses of professionals) of the Prepetition ABL Agents and the Prepetition ABL Credit Parties (solely as required under the DIP ABL Order); (vi) other "first day" interim and final orders permitting payment of prepetition claims, in the case of (ii) through (vi) pursuant to an order or orders of the Bankruptcy Court in form and substance acceptable to the Junior DIP Agent and DIP ABL Agents in their sole and absolute discretion and subject to and in accordance with the Approved Budget; (vii) the ABL Roll Up (as provided for under the DIP ABL Order); and (viii) other indebtedness to the extent authorized by the Bankruptcy Court and set forth in the Approved Budget;

(b) subject to this Interim Junior DIP Order, in connection with or to finance in any way any action, suit, arbitration, proceeding, application, motion or other litigation or threatened litigation (including any investigation in connection with such litigation or threatened litigation) of any type adverse to the rights, remedies, claims or defenses of the Junior DIP Credit Parties, DIP ABL Credit Parties[6] or the Joint Lead Arrangers under the DIP ABL

---

6   For the purposes of this paragraph 39, the Prepetition ABL Credit Parties do not include ESL Investments, Inc. in any capacity or any of its affiliates.

Loan Documents or the Prepetition ABL Credit Parties under the Prepetition ABL Loan Documents, this Interim Junior DIP Order, including for the payment of any services rendered by the professionals retained by the Debtors or the Creditors' Committee in connection with the assertion of or joinder in any claim, counterclaim, action, proceeding, application, motion, objection, defense or other contested matter, the purpose of which is to seek, or the result of which would be to obtain, any order, judgment determination, declaration or similar relief (A) invalidating, setting aside, avoiding, challenging, or subordinating, in whole or in part, the Junior DIP Secured Obligations, Junior DIP Liens, DIP ABL Secured Obligations, DIP ABL Liens, the Prepetition ABL Obligations, the Prepetition ABL Liens, the Adequate Protection Claims, the Adequate Protection Liens, or any adequate protection payments pursuant to this Interim Junior DIP Order; (B) for monetary, injunctive, declarative or other affirmative relief against the Junior DIP Credit Parties, DIP ABL Credit Parties or the Prepetition ABL Credit Parties or their respective collateral; or (C) preventing, hindering or otherwise delaying the exercise by the Junior DIP Credit Parties, DIP ABL Credit Parties or the Prepetition ABL Credit Parties of any rights and remedies under this Interim Junior DIP Order, the Junior DIP Documents, the DIP ABL Loan Documents, the Prepetition ABL Loan Documents or applicable law, or the enforcement or realization (whether by foreclosure, credit bid, further order of the Bankruptcy Court or otherwise) by the Junior DIP Credit Parties, DIP ABL Credit Parties or the Prepetition ABL Credit Parties upon any of their respective collateral;

(c)     to make any payment in settlement of any claim, action or proceeding, before any court, arbitrator or other governmental body, without prior written consent of the Junior DIP Agent and DIP ABL Agents, unless otherwise set forth in the Approved Budget;

(d)     to pay any fees or similar amounts to any person who has proposed or may propose to purchase interests of the Debtors (including so-called "topping fees," "exit fees" and other similar amounts), except as approved by the Bankruptcy Court, without prior written consent by the Junior DIP Agent and DIP ABL Agents, unless otherwise included in the Approved Budget;

(e)     to object to, contest, or interfere with, in any way, the Junior DIP Credit Parties, DIP ABL Credit Parties' or the Prepetition ABL Credit Parties' enforcement or realization upon any of the Junior DIP Collateral, Prepetition ABL Collateral or DIP ABL Collateral once a Termination Event has occurred, except as provided for in this Interim Junior DIP Order, or seek to prevent the Junior DIP Credit Parties, DIP ABL Credit Parties or the Prepetition ABL Credit Parties from credit bidding in connection with any proposed plan of reorganization or liquidation or any proposed transaction pursuant to section 363 of the Bankruptcy Code;

46

(f)     unless in connection with the repayment in full, in cash of the Junior DIP Facility, DIP ABL Facility, or the Prepetition ABL Secured Obligations, as applicable, to use or seek to use Cash Collateral while the Junior DIP Secured Obligations, DIP ABL Secured Obligations, the Prepetition ABL Obligations and/or any of the DIP Term Loan Credit Parites' commitments under the Junior DIP Documents remain outstanding, or the DIP ABL Credit Parties' commitments under the DIP ABL Loan Documents remain outstanding, without the consent of the DIP Term Loan Agent, DIP ABL Agents, or the Prepetition ABL Administrative Agent, as applicable, other than during the Remedies Notice Period during which period the Junior DIP Obligors and the DIP ABL Loan Parties may only use Cash Collateral in accordance with the terms of this Interim Junior DIP Order;

(g)     to use or seek to use any insurance or tax refund proceeds constituting Junior DIP Collateral, or Prepetition ABL Collateral other than solely in accordance with the Approved Budget, the Junior DIP Documents, and the DIP ABL Loan Documents;

(h)     to incur indebtedness other than in accordance with the Approved Budget, the Junior DIP Documents or the DIP ABL Loan Documents without the prior consent of the Junior DIP Agent and the DIP ABL Agent;

(i)     to object to or challenge in any way the claims, liens, or interests held by or on behalf of the Junior DIP Credit Parties, DIP ABL Credit Parties or the Prepetition ABL Credit Parties; provided, however, that, not more than $100,000 in the aggregate of proceeds of the Carve-Out, any Cash Collateral, or any proceeds of the DIP ABL Facility, the DIP ABL Collateral, the Junior DIP Facility or the Junior DIP Collateral may be used by such Creditors' Committee for purposes of investigating such claims, liens, or interests of the Prepetition ABL Credit Parties (but not to litigate any of the foregoing) pursuant to the DIP ABL Order;

(j)     to assert, commence, prosecute or support any claims or causes of action whatsoever, including any Avoidance Action, against the Junior DIP Credit Parties, DIP ABL Credit Parties or the Prepetition ABL Credit Parties; provided that the foregoing shall not be construed to prohibit the Debtors from responding to discovery requests as required in their reasonable business judgment in consultation with legal counsel;

(k)     to prosecute an objection to, contest in any manner, or raise any defenses to, the validity, extent, amount, perfection, priority, or enforceability of, or seek equitable relief from, any of the Junior DIP Secured Obligations, Junior DIP Liens, DIP ABL Secured Obligations, the DIP ABL Liens, the Prepetition ABL Obligations, the Prepetition ABL Liens, the Junior DIP Superpriority Claim, DIP ABL Superpriority Claims, the Adequate Protection Claims, the Adequate Protection Liens, any adequate protection payments pursuant to

47

the DIP ABL Order or any other rights or interests of the Junior DIP Credit Parties, DIP ABL Credit Parties or the Prepetition ABL Credit Parties;

(l)    to sell or otherwise dispose of the Junior DIP Collateral, DIP ABL Collateral or the Prepetition ABL Collateral other than as contemplated by the Junior DIP Documents, DIP ABL Loan Documents or the Prepetition ABL Loan Documents, as applicable; or

(m)    for any purpose otherwise limited by the Junior DIP Documents, DIP ABL Loan Documents or the Prepetition ABL Loan Documents, as applicable.

40.    [RESERVED].

41.    [RESERVED].

42.    ***No Third Party Rights.***   Except as explicitly provided for herein, this Interim Junior DIP Order does not create any rights for the benefit of any third party, creditor, equity holder or any direct, indirect, or incidental beneficiary.

43.    ***Limitations on Charging Expenses.***   In the Final Junior DIP Order, the Debtors will request that no costs or expenses of administration which have been or may be incurred in the Chapter 11 Cases or any Successor Cases at any time shall be charged against the Junior DIP Credit Parties (in their capacity as Junior DIP Credit Parties) or the Junior DIP Collateral (and the Junior DIP Secured Obligations thereunder) pursuant to sections 105 or 506(c) of the Bankruptcy Code or any other legal or equitable doctrine (including unjust enrichment) or any similar principle of law, without the prior written consent of the Junior DIP Agent and/or any Junior DIP Credit Party, as applicable, and no such consent shall be implied from this Interim Junior DIP Order or any other action, inaction, or acquiescence by any such agents or lenders.

44.    ***Section 552(b).***   In the Final Junior DIP Order, the Debtors will request that the "equities of the case" exception under section 552(b) of the Bankruptcy Code shall not apply to the Junior DIP Credit Parties, with respect to proceeds, products, offspring or profits of any of the Junior DIP Collateral.

45.    ***No Marshaling/Applications of Proceeds.***   In the Final Junior DIP Order, the Debtors will request that, subject to the DIP Intercreditor Agreement, the Junior DIP Credit Parties shall not be subject to the equitable doctrine of "marshaling" or any other similar doctrine with respect to any of the Junior DIP Collateral.

46.    ***Discharge Waiver.***   The Debtors expressly stipulate, and the Bankruptcy Court finds and adjudicates that, none of the Junior DIP Secured Obligations, the Junior DIP Superpriority Claims, or the Junior DIP Liens shall be discharged by the entry of an order confirming any plan of reorganization, notwithstanding the provisions of section 1141(d) of the Bankruptcy Code, unless the Junior DIP Secured Obligations have been indefeasibly paid in full in cash on or before the effective date of a confirmed plan of reorganization.

47.    ***Rights Preserved.***   Other than as expressly set forth in this Interim Junior DIP Order, any other rights, claims or privileges (whether legal, equitable or otherwise) of the Junior DIP Credit Parties, DIP ABL Credit Parties and the Prepetition Credit Parties are preserved. Nothing contained herein shall be deemed to prevent the Prepetition Credit Parties from requesting additional adequate protection or from arguing that the adequate protection granted in the DIP ABL Order does not in fact adequately protect the Prepetition Credit Parties against post-petition diminution in value of the Prepetition Collateral if any; *provided* that all parties' rights to oppose such relief are fully preserved.

48.    ***Release.***   In the Final Junior DIP Order, the Debtors will seek approval of the following: as further set forth in the Junior DIP Documents, the Debtors, on behalf of themselves and their estates (including any successor trustee or other estate representative in these Chapter 11 Cases or any Successor Case) and any party acting by, through, or under any of the Debtors or any of their estates, hereby stipulate and agree that they forever and irrevocably

49

(a) release, discharge, waive, and acquit the current or future Junior DIP Agent and other current or future Junior DIP Credit Parties, and each of their respective participants and each of their respective affiliates, and each of their respective Representatives, from any and all claims, demands, liabilities, responsibilities, disputes, remedies, causes of action, indebtedness, and obligations, rights, assertions, allegations, actions, suits, controversies, proceedings, losses, damages, injuries, attorneys' fees, costs, expenses, or judgments of every type, whether known, unknown, asserted, unasserted, suspected, unsuspected, accrued, unaccrued, fixed, contingent, pending, or threatened, including all legal and equitable theories of recovery, arising under common law, statute or regulation or by contract, of every nature and description, arising out of, in connection with, or relating to the Junior DIP Facility, the Junior DIP Documents or the transactions and relationships contemplated hereunder or thereunder, including (i) any so-called "lender liability" or equitable subordination claims or defenses, (ii) any and all claims and causes of action arising under the Bankruptcy Code, and (iii) any and all claims and causes of action regarding the validity, priority, perfection, or avoidability of the liens or secured claims of the Junior DIP Agent and the other Junior DIP Credit Parties; and (b) waive any and all defenses (including offsets and counterclaims of any nature or kind) as to the validity, perfection, priority, enforceability, and nonavoidability of the Junior DIP Secured Obligations, the Junior DIP Liens, and the Junior DIP Superpriority Claims, *provided, however*, that the foregoing release shall not release any claims for fraud or willful misconduct, *provided, further* that ESL, or any other insider or any of their affiliates, in any capacity, and each of its affiliates shall not be entitled to a release pursuant to this paragraph and shall not be entitled to become a Junior DIP Credit Party without further order of the Court.  For the avoidance of doubt, the foregoing release shall not constitute a release of any rights arising under the Junior DIP Documents.

49. ***No Waiver by Failure to Seek Relief.*** The failure or delay of the Junior DIP Credit Parties, the DIP ABL Credit Parties or the Prepetition Credit Parties to seek relief or otherwise exercise their respective rights and remedies under this Interim Junior DIP Order, the Junior DIP Documents, the Prepetition Loan Documents, the DIP ABL Loan Documents, or applicable law, as the case may be, shall not constitute a waiver of any of the rights hereunder, thereunder, or otherwise of the Junior DIP Credit Parties, the DIP ABL Credit Parties, or the Prepetition Credit Parties.

50. ***Binding Effect of Interim Junior DIP Order.*** Immediately upon entry by the Bankruptcy Court (notwithstanding any applicable Bankruptcy Rules or any other law or rule to the contrary), the terms and provisions of this Interim Junior DIP Order, including the liens granted herein shall, *nunc pro tunc* to the date of entry of the Interim Junior DIP Order, become valid and binding upon and inure to the benefit of the Debtors, the Junior DIP Credit Parties, and their respective successors and assigns. To the extent there is any applicable stay of this Interim Junior DIP Order, it is hereby waived.

51. ***No Modification of Interim Junior DIP Order.*** The Debtors irrevocably waive the right to seek and shall not seek or consent, directly or indirectly without the prior written consent of the Junior DIP Agent and the DIP ABL Agents, which consent of the Junior DIP Agent and the DIP ABL Agents may be refused in their sole and absolute discretion: (a) any modification, stay, vacatur or amendment to this Interim Junior DIP Order; (b) other than the Carve-Out, a priority claim for any administrative expense or unsecured claim against the Debtors to the fullest extent permitted under the Bankruptcy Code in the Chapter 11 Cases or any Successor Case, equal or superior to the Junior DIP Superpriority Claim; (c) any lien on any of the Junior DIP Collateral, with priority equal or superior to the Junior DIP Liens. The Debtors irrevocably waive any right

51

to seek any amendment, modification or extension of this Interim Junior DIP Order without the prior written consent of the Junior DIP Agent and the DIP ABL Agents, and no such consent shall be implied by any other action, inaction or acquiescence of the Junior DIP Credit Parties, Prepetition ABL Credit Parties or the DIP ABL Credit Parties.  Neither this Interim Junior DIP Order nor the Final Junior DIP Order shall be modified without the consent of the DIP ABL Agents.

52.    ***Controlling DIP Order.***   In the event of any inconsistency between the terms and conditions of the Junior DIP Documents or this Interim Junior DIP Order, the provisions of this Interim Junior DIP Order shall govern and control.

53.    ***Survival.***   The provisions of this Interim Junior DIP Order and any actions taken pursuant hereto shall survive entry of any order which may be entered: (a) confirming any plan of reorganization in the Chapter 11 Cases; (b) converting any of the Chapter 11 Cases to a case under chapter 7 of the Bankruptcy Code; (c) dismissing any of the Chapter 11 Cases or any Successor Case; or (d) pursuant to which the Bankruptcy Court abstains from hearing the Chapter 11 Cases or any Successor Case.   The terms and provisions of this Interim Junior DIP Order, including the claims, liens, security interests and other protections granted to the Junior DIP Credit Parties, and the DIP ABL Credit Parties pursuant to this Interim Junior DIP Order, notwithstanding the entry of any such order, shall continue in the Chapter 11 Cases, in any Successor Case, or following dismissal of any of the Chapter 11 Cases or any Successor Case, and shall maintain their priority as provided by this Interim Junior DIP Order until all Junior DIP Secured Obligations have been paid in full.

54.    ***Preservation of Rights Granted Under this Interim Junior DIP Order***.

(a)    Except as expressly provided herein, in the Junior DIP Documents, or the DIP ABL Order no claim (to the fullest extent permitted under the Bankruptcy Code) or lien

having a priority senior to or *pari passu* with that granted by this Interim Junior DIP Order to the Junior DIP Credit Parties shall be granted while any portion of the Junior DIP Secured Obligations remain outstanding, and the Junior DIP Liens shall not be subject to or junior to any lien or security interest that is avoided and preserved for the benefit of the Debtors' estates under section 551 of the Bankruptcy Code or subordinate to or made *pari passu* with any other lien or security interest, whether under section 364(d) of the Bankruptcy Code or otherwise.

(b)    Unless all Junior DIP Secured Obligations shall have been indefeasibly paid in full in cash, the Debtors shall not seek, and it shall constitute an Event of Default under the Junior DIP Documents if there is entered (i) any stay, vacatur, rescission, modification, amendment, or extension of this Interim Junior DIP Order or the Final Junior DIP Order without the prior written consent of the Junior DIP Agent and the DIP ABL Agents, and no such consent shall be implied by any other action, inaction or acquiescence by the Junior DIP Agent or the DIP ABL Agents; (ii) an order converting any of these Chapter 11 Cases to cases under chapter 7 of the Bankruptcy Code or dismissing any of these Chapter 11 Cases; or (iii) any other order granting adequate protection or authorizing the use of Cash Collateral without the prior written consent of the Junior DIP Agent, DIP ABL Agents and the Prepetition ABL Agents, and no such consent shall be implied by any other action, inaction, or acquiescence by any of the Junior DIP Agent, DIP ABL Agents and the Prepetition ABL Agents.  If an order dismissing or converting any of these Chapter 11 Cases under section 1112 of the Bankruptcy Code or otherwise is at any time entered, (x) the Junior DIP Superpriority Claims and the Junior DIP Liens shall continue in full force and effect and shall maintain their priorities as provided in this Interim Junior DIP Order and  the DIP ABL Order until all Junior DIP Secured Obligations shall have been paid and satisfied in full (and that such Junior DIP Superpriority Claim shall, notwithstanding such dismissal, remain

binding on all parties in interest), and (y) this Court shall retain jurisdiction, to the extent it has

jurisdiction, notwithstanding such dismissal or conversion, for the purposes of enforcing the claims,

liens and security interests referred to in clause (x) above.

(c)    If any or all of the provisions of this Interim Junior DIP Order are

hereafter reversed, modified, vacated or stayed, such reversal, stay, modification or vacatur shall

not affect (i) the validity, priority or enforceability of any Junior DIP Secured Obligations incurred

prior to the actual receipt of written notice by the Junior DIP Agent of the effective date of such

reversal, stay, modification or vacatur, or (ii) the validity, priority, or enforceability of the Junior

DIP Liens.  Notwithstanding any such reversal, stay, modification or vacatur, any use of Junior

DIP Collateral, any Junior DIP Secured Obligations incurred by the Junior DIP Obligors, Junior

DIP Agent, and/or other Junior DIP Credit Parties, as the case may be, prior to the actual receipt

of written notice by the Junior DIP Agent, of such reversal, stay, modification or vacatur shall be

governed in all respects by the original provisions of this Interim Junior DIP Order, and the Junior

DIP Credit Parties shall be entitled to all of the rights, remedies, privileges and benefits granted in

section 364(e) of the Bankruptcy Code, this Interim Junior DIP Order, and pursuant to the Junior

DIP Documents with respect to all such uses of the Junior DIP Collateral and all Junior DIP

Secured Obligations.

55.    ***Chubb Reservation of Rights.***  For the avoidance of doubt, (i) the Junior

DIP Credit Parties shall not have a security interest or lien on any collateral provided by or on

behalf of the Debtors to ACE American Insurance Company and ACE Fire Underwriters Insurance

Company (together, with each of their affiliates and affiliates successors, "Chubb"), (ii) the

Debtors may not grant liens and/or security interests in such property to any other party, and

(iii) this Order does not grant the Debtors any right to use any property (or the proceeds thereof)

held by Chubb as collateral under insurance policies and related agreements; provided that to the extent any such property reverts to the Debtors, such property shall be subject to the terms of this Interim Junior DIP Order; and (iv) nothing, including the Junior DIP Credit Agreement and/or this Order, alters or modifies (a) the terms and conditions of any insurance policies or related agreements issued by Chubb or any notices of non-renewal related thereto; (b) Chubb's right to decline to renew any insurance policies or to decline to issue replacement insurance policies for any expiring insurance policies, or (c) the expiration of any insurance policies issued by Chubb pursuant to their terms or any notices of non-renewal related thereto.

56. ***United States of America***

(a)    In determining to make any loan under the Junior DIP Credit Agreement or in exercising any rights or remedies as and when permitted pursuant to this Interim Junior DIP Order or the Junior DIP Documents, the Junior DIP Credit Parties shall not be deemed to be in control of the operations of the Debtors or to be acting as a "responsible person" or "owner or operator" with respect to the operation or management of the Debtors, so long as the Junior DIP Credit Parties' actions do not constitute, within the meaning of 42 U.S.C. § 9601(20)(F), actual participation in the management or operational affairs of a vessel or facility owned or operated by a Debtor, or otherwise cause liability to arise to the federal or state government or the status of responsible person or managing agent to exist under applicable law (as such terms, or any similar terms, are used in the United States Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. § 9601 et seq., as amended, or any similar federal or state statute).

(b)    Nothing in this Interim Junior DIP Order or the Junior DIP Documents shall permit the Debtors to violate 28 U.S.C. § 959(b).

(c)      As to the United States, its agencies, departments, or agents, nothing in this Interim Junior DIP Order or the Junior DIP Documents shall discharge, release or otherwise preclude any valid right of setoff or recoupment that any such entity may have, and the Debtors and all other parties in interest, including the Junior DIP Credit Parties, reserve all rights to challenge the validity of any such purported right of setoff or recoupment.

57.      *Setoff and Recoupment.*   Notwithstanding anything to the contrary in this Interim Junior DIP Order, nothing herein is intended to, and shall not:  (a) waive, modify, prejudice, limit or otherwise impair the right of any party to exercise rights of setoff or recoupment, if any, under the Bankruptcy Code (including, without limitation, pursuant to section 553 of the Bankruptcy Code) or any other applicable non-bankruptcy law, subject, however, to section 546(c) of the Bankruptcy Code, (b) provide any party with any greater or lesser setoff or recoupment rights, if any, than they would have under the Bankruptcy Code or any other applicable non-bankruptcy law, or eliminate the need to seek relief from the automatic stay where required before exercising any such rights, or (c) waive, modify, prejudice, limit or otherwise impair any defenses or objections of the Junior DIP Agent or any of the other Junior DIP Credit Parties, the Debtors and any other party in interest to such setoff and recoupment rights or the exercise thereof.

58.      *Reclamation, Setoff and Recoupment.*   To the extent a seller of goods (a "Reclamation Creditor") asserts rights of reclamation pursuant to and in accordance with both section 2-702(2) of the Uniform Commercial Code (the "UCC") and section 546(c) of the Bankruptcy Code (each a "Reclamation Claim" and, collectively, the "Reclamation Claims") requesting that the Debtors return certain goods identified in the Reclamation Claims (the "Reclamation Goods"), the rights of such Reclamation Creditor (the "Reclamation Rights") in either Reclamation Goods or the proceeds thereof (the "Reclamation Proceeds") and the priority

of such Reclamation Rights as against any other interest in the Reclamation Goods or the Reclamation Proceeds shall be preserved solely to the extent a Challenge Proceeding with respect to the Prepetition ABL Revolving Extensions of Credit, the Prepetition ABL Term Loans or the liens securing any of such obligations has been successfully brought in compliance with the provisions of this Final Junior DIP Order and determined by an order entered by the Bankruptcy Court that becomes final and non-appealable; *provided* that in no event shall any alleged Reclamation Claim or Reclamation Right be deemed or treated hereunder as a Permitted Prior Lien rather, any such alleged Reclamation Claim or Reclamation Right shall have the same rights and priority with respect to the Junior DIP Facility, and Junior DIP Liens as such rights and claims had with respect to the Prepetition ABL Facilities, Prepetition ABL Liens and Prepetition ABL Collateral (subject to paragraphs 40 and 41 of the DIP ABL Order).  Notwithstanding anything herein to the contrary, nothing herein shall determine, or be deemed a determination of the validity or extent of any Reclamation Rights or Reclamation Claims and all parties rights with respect thereto are expressly reserved.

59.     ***Texas Assets.***  As adequate protection for the claims of the Local Texas Tax Authorities,[7] the Debtors either will pay such claims directly or fund a segregated account (the

---

7    For purposes of this Interim Junior DIP Order, "Local Texas Tax Authorities" means Allen ISD, Angelina County, Aransas Count, Atascosa County, Atlanta, Atlanta ISD, Bee County, Bexar County, Blanco CAD, Cameron County, Cleveland ISD, Cypress-Fairbanks ISD, Dallas County, Del Rio, Eagle Pass, Eagle Pass ISD, El Paso, Ellis County, Fort Bend County, Frisco, Galveston County, Grayson County, Gregg County, Harlingen, Harlingen CISD, Harris County, Hidalgo County, Hood CAD, Hopkins County, Hunt County, Irving ISD, Jasper County, Jefferson County, Jim Wells CAD, Kaufman County, Lewisville ISD, Matagorda County, McAllen, McLennan County, Montgomery County, Navarro County, Nueces County, Parker CAD, Pecos County, Pleasanton, Polk County, Rockwall CAD, San Patricio County, Smith County, Stephenville, Stephenville ISD, Sulphur Springs, Sulphur Springs ISD, Tarrant County, Tom Green CAD, Val Verde County, Van Zandt CAD, Victoria County, Wharton Co. Jr. College Dist., Wilson County, Wise CAD, Wise County, Wood County, Nolan County, City Sweetwater, Sweetwater Independent School District (ISD), Palo Pinto County, City Mineral Wells, Mineral Wells ISD, Johnson County, City Cleburne, Cleburne , ISD, Arlington ISD, Crowley ISD, Eagle Mountain-Saginaw ISD, City Grapevine, Grapevine-Colleyville ISD, Richardson ISD, Carrollton-Farmers Branch ISD, City of Garland, Lubbock Central Appraisal District, Midland County, Tyler ISD, Cass County, Houston County, Mineola ISD, Nacogdoches County, Austin County Appraisal District, Brazoria County Tax Office, Brazoria

"Local Texas Tax Account"), in each case from the proceeds of the non-ordinary course sales of any of the Debtors' assets located in the state of Texas, as set forth in the Approved Budget. The liens asserted by the Local Texas Tax Authorities shall attach to the Local Texas Tax Account in the same amount, to the same extent and with the same priority, validity and enforceability, and subject to the same defenses, as the liens the Local Texas Tax Authorities now have against such assets of the Debtors. The Local Texas Tax Account shall be maintained solely for the purpose of providing adequate protection and shall constitute neither the allowance of the claims of the Local Texas Tax Authorities, nor a floor or cap on the amounts the Local Texas Tax Authorities may be entitled to receive. All parties' rights to object to the priority, validity, amount, and extent of the claims and liens asserted by the Local Texas Tax Authorities are fully preserved. Funds in the Local Texas Tax Account may be distributed upon agreement between the Local Texas Tax Authorities and the Debtors, with the consent of the DIP ABL Administrative Agent, and Junior DIP Agent, or by subsequent order of the Court, duly noticed to the Local Texas Tax Authorities.

60.    ***Final Hearing.***  The Final Hearing to consider entry of the Final Junior DIP Order and approval of the DIP ABL Facility on a final basis is scheduled for **December 20, 2018 at 10:00 a.m. Eastern Time** before the Honorable Robert D. Drain, United States Bankruptcy Judge, the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601.

---

County Municipal Utility District (MUD) #35, Brazoria County Tax Office, Fort Bend ISD, Fort Bend County Levee Improvement District #2, First Colony MUD #10, Clear Creek ISD, Galveston County Mgmt. Dist. #1, Dickinson ISD, Interstate MUD, Clear Creek ISD, Galveston County Mgmt Dist. #1, Dickinson ISD, Interstate MUD, Clear Creek ISD, City of Houston, Galena Park ISD, HC MUD 285, Clear Creek ISD, City of Houston, Galena Park ISD, Spring Branch ISD, Spring ISD, Alief ISD, Tomball ISD, City of Tomball, Midtown Mgmt District, City of Jasper, City of Cleveland, Bay City ISD, Kerr County, Kendall County, Fayette County, Maverick County, Uvalde County, Weslaco City, Weslaco ISD, Randall County Tax Office, Potter County Tax Office, and Gray County Tax Office.

61.     ***Notice of Final Hearing***:  Notice of the Final Hearing shall be provided in accordance with the terms of the Case Management Order.

62.     ***Objection Deadline***.  Objections, if any, to the relief sought in the Motion with respect to entry of the Final Junior DIP Order shall be in writing, shall set forth with particularity the grounds for such objections or other statement of position, shall be filed with the clerk of the Bankruptcy Court, and served upon:  (a) proposed counsel to the Debtors; (b) the U.S. Trustee; (c) proposed counsel to the Creditors' Committee; (d) counsel to the DIP ABL Agents; (e) counsel to the Prepetition ABL Administrative Agent; and (f) counsel to the Prepetition Second Lien Agents, so that such objections are filed with the Bankruptcy Court and received by said parties on or before **4:00 p.m. Eastern Time on December 13, 2018**.

63.     ***Retention of Jurisdiction***.  The Bankruptcy Court shall retain jurisdiction to enforce this Interim Junior DIP Order according to its terms to the fullest extent permitted by applicable law.


Dated: _____, 2018
White Plains, New York                          _____
                                                Robert D. Drain
                                                United States Bankruptcy Judge

59

## Exhibit A

**Approved Initial Budget**

## **Exhibit B**

**Junior DIP Credit Agreement**

## **Schedule 1**

Any direct or indirect claim, cause of action, or right to payment of any Obligor or of any of the successors of any such Obligor in respect of (i) anti-trust claims or other claims against any of Visa Inc., Mastercard Inc., JPMorgan Chase & Co, Citigroup N.A., Bank of America N.A., or any of their respective affiliates in relation to certain practices with respect to merchant processing fees and merchant processing agreements and (ii) any settlement with respect to the foregoing, including without limitation any direct or indirect settlement with any such financial institution or other person.

**Schedule 2**

| No. | Store Number | City | State |
|---|---|---|---|
| 1. | 7777 | New York | NY |
| 2. | 7749 | New York | NY |
| 3. | 9423 | Bridgehampton | NY |

**Schedule 3**

| *Unencumbered Collateral* |
| --- |
| All of the rights, title, and interests of any Obligor, and the proceeds of any sale thereof, in those certain SRAC Medium Term Notes Series B issued by Sears Roebuck Acceptance Corp. as further described in the *Emergency Motion of Debtors for Order Approving Sale of Medium Term Notes* [Docket No. 642]. |
| All of the rights, title and interest, whether now existing or hereafter acquired, in and to all assets of Sears Home Improvement Products, Inc., and the proceeds and products, whether tangible or intangible, thereof, including, without limitation, the sale of any assets, properties and rights related to the SHIP Business (as defined in the *Motion of Debtors for Entry of Order (I)(A) Approving Bidding Procedures for Sale of Sears Home Improvement Business, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for and Hearing to Approve Sale of Sears Home Improvement Business, (D) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, (E) Approving Assumption and Assignment Procedures, (II) Approving the Sale of Sears Home Improvement Business in Accordance with the Stalking Horse Agreement and (III) Granting Related Relief* [Docket No. 450]), in each case that is not subject to a valid and perfected lien or security interest as of the Petition Date (including liens on the Prepetition ABL Collateral). |
| All of the rights, title and interest, whether now existing or hereafter acquired, in and to all assets of Sears PartsDirect, and the proceeds and products, whether tangible or intangible, thereof, in each case that is not subject to a valid and perfected lien or security interest as of the Petition Date (including liens on the Prepetition ABL Collateral). |
| Any and all estates or interests in real property (including any leases) identified as unencumbered in Exhibit 1 to this Schedule 3. With respect to leases this includes any agreement, whether written or oral, no matter how styled or structured, and all amendments, guaranties and other agreements relating thereto, pursuant to which an Obligor is entitled to the use or occupancy of any real property for any period of time. |
| All intellectual property and proprietary rights of any kind or nature of the Obligors, whether arising under United States, multinational or foreign laws or otherwise, whether registered or unregistered, including business names, copyrights (including rights in computer software) and works of authorship, patents and inventions, data, databases, domain names, trademarks, confidential information, designs, service marks, technology, trade secrets, know-how, and processes, and all applications and registrations therefor, and all rights, priorities, and privileges arising out of or relating to any of the foregoing, not subject to a valid and perfected lien or security interest as of the Petition Date. |
| Any and all rent, income, revenues or proceeds paid by or received from tenants or subtenants in respect of real property (including any leases) identified as unencumbered in Exhibit 1 to this Schedule 3. |
| To the extent not otherwise covered above, all other assets, and all other proceeds of any additional assets, of the Obligors not subject to a valid and perfected lien or security interest as of the Petition Date. |

## EXHIBIT 1
## UNENCUMBERED REAL PROPERTY

## A. OWNED AND GROUND LEASED UNENCUMBERED REAL PROPERTY NOT SUBJECT TO A VALID AND PERFECTED LIEN AS OF THE PETITION DATE

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|---|---|---|---|---|---|---|---|---|
| 2027 | 202700 | Wasilla | AK | 1000 S Seward Meridian Rd | 99654 | Open Store | Open Store | GL |
| 2796 | 279600 | Tuscaloosa | AL | 1701 McFarland Blvd E #207 | 35404 | Closed Store | Closed Store | GL |
| 61901 | 6190100 | SCOTTSDALE | AZ | 16275 N Scottsdale Rd | 85260 | Closed Store | Closed Store | GL |
| 1728 | 172800 | Tucson | AZ | 4570 N Oracle Rd | 85705 | Open Store | Open Store | GL |
| 4996 | 499600 | Tucson | AZ | 7055 E Broadway St | 85710 | Open Store | Open Store | GL |
| 1838 | 183800 | Burbank | CA | 111 E Magnolia Blvd | 91502 | Open Store | Open Store | GL |
| 1678 | 167800 | Carlsbad | CA | 2561 El Camino Real | 92008 | Open Store | Open Store | GL |
| 2728 | 272800 | Downey | CA | 600 Stonewood | 90241 | Open Store | Open Store | GL |
| 3725 | 372500 | Freedom | CA | 1702 Freedom Boulevard | 95019 | Open Store | Open Store | GL |
| 1088 | 108800 | Glendale | CA | 236 N Central Ave | 91203 | Open Store | Open Store | GL |
| 2028 | 202800 | Hemet | CA | 2200 W Florida Ave | 92545 | Open Store | Open Store | GL |
| 3748 | 374800 | Hollister | CA | 491 Tres Pinos Road | 95023 | Open Store | Open Store | GL |
| 9328 | 932800 | Long Beach | CA | 2900 Bellflower Blvd | 90815 | Open Store | Open Store | GL |
| 2798 | 279800 | PALM DESERT | CA | 44430 TOWN CENTER WAY | 92260 | Open Store | Open Store | GL |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|---|---|---|---|---|---|---|---|---|

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|-----|---------|----------|----------------|--------|----------|
| 1818 | 181800 | Rancho Cucamonga | CA | 8250 Day Creek Blvd | 91739 | Open Store | Open Store | GL |
| 9797 | 979700 | Scotts Valley | CA | 270 Mt Hermon Rd | 95066 | Open Store | Open Store | GL |
| 3828 | 382800 | Temecula | CA | 26471 Ynez Road | 92591 | Open Store | Open Store | GL |
| 1278 | 127800 | Torrance | CA | 22100 Hawthorn Blvd | 90503 | Open Store | Open Store | GL |
| 1111 | 111100 | Colorado Springs | CO | 2050 Southgate Rd | 80906 | Open Store | Open Store | GL |
| 1467 | 146700 | Ft Collins | CO | 205 E Foothills Pkwy | 80525 | Open Store | Open Store | GL |
| 6820 | 682000 | Boynton Beach | FL | 805 N Congress Ave | 33426 | Open Store | Open Store | GL |
| 2485 | 248500 | Brooksville | FL | 13085 Cortez Blvd | 34613 | Open Store | Open Store | GL |
| 1195 | 119500 | Ft Lauderdale | FL | 901 N Federal Hwy | 33304 | Open Store | Open Store | GL |
| 1456 | 145600 | Oviedo | FL | 1360 Oviedo Blvd | 32765 | Open Store | Open Store | GL |
| 1585 | 158500 | Tallahassee | FL | 1500 Apalachee Pkwy | 32301 | Open Store | Open Store | GL |
| 8049 | 804900 | HILO | HI | 50 Pohaku St | 96720 | Non-retail | Active Non-retail | GL |
| 8158 | 815800 | HONOLULU | HI | 2886 Paa St | 96819 | Non-retail | Active Non-retail | GL |
| 1738 | 173800 | Kaneohe(Sur) | HI | 46-056 Kamehameha Hwy | 96744 | Open Store | Open Store | GL |
| 8818 | 881800 | PEARL CITY | HI | 98-600 Kamehameha Hwy | 96782 | Non-retail | Active Non-retail | GL |
| 2936 | 293600 | Chicago | IL | 1800 W Lawrence Ave | 60640 | Open Store | Open Store | GL |
| 1640 | 164000 | Fairview Hts | IL | 235 Saint Clair Sq | 62208 | Open Store | Open Store | GL |

| 3251 | 325100 | Indianapolis | IN | 6780 W Washington St | 46241 | Open Store | Annc'd to Close | GL |
| 7042 | 704200 | Valparaiso | IN | 2801 Calumet Ave | 46383 | Open Store | Open Store | GL |
| 1161 | 116100 | Wichita-Town East | KS | 7700 E Kellogg Dr | 67207 | Open Store | Open Store | GL |
| 1283 | 128300 | Braintree | MA | 250 Granite St | 02184 | Open Store | Open Store | GL |
| 1374 | 137400 | Bel Air | MD | 658 Baltimore Pike | 21014 | Open Store | Open Store | GL |
| 1013 | 101300 | Glen Burnie | MD | 7900 Gov Ritchie Hwy | 21061 | Open Store | Open Store | GL |
| 7031 | 703100 | Menominee | MI | 1101-7Th Ave | 49858 | Open Store | Open Store | GL |
| 1722 | 172200 | Bloomington | MN | 2000 N E Court | 55425 | Open Store | Open Store | GL |
| 3405 | 340500 | Minneapolis | MN | 10 W Lake Street | 55408 | Open Store | Open Store | GL |
| 30956 | 3095600 | West St. Paul | MN | 50 Signal Hill Mall | 55118 | Closed Store | Closed Store | GL |
| 3239 | 323900 | Kansas City | MO | 7100 Nw Prairie View Rd | 64151 | Open Store | Annc'd to Close | GL |
| 62707 | 6270700 | SPRINGFIELD | MO | 3803 S Glenstone | 65804 | Closed Store | Closed Store | GL |
| 1335 | 133500 | Greensboro | NC | 3200 W Friendly Ave | 27408 | Open Store | Open Store | GL |
| 3744 | 374400 | Kill Devil Hills | NC | 1091 N Croatan Highway | 27948 | Open Store | Open Store | GL |
| 1041 | 104100 | Omaha | NE | 7424 Dodge St | 68114 | Open Store | Open Store | GL |
| 69722 | 6972200 | NORTH BRUNSWICK | NJ | 1055 Route 1 South | 08902 | Closed Store | Closed Store | GL |
| 9463 | 946300 | Somers Point | NJ | 250 New Rd (Rt 9) | 08244 | Open Store | Open Store | GL |
| 1684 | 168400 | Woodbridge | NJ | 150 Woodbridge Ctr Ct | 07095 | Open Store | Open Store | GL |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

| 1709 | 170900 | Henderson | NV | 1245 W Warm Springs Rd | 89014 | Open Store | Annc'd to Close | GL |
| 2754 | 275400 | HENDERSON | NV | 1511 W SUNSET RD | 89014 | Closed Store | Closed Store | GL |
| 1828 | 182800 | Las Vegas | NV | 4355 Grand Canyon Dr | 89147 | Open Store | Open Store | GL |
| 26741 | 2674100 | Amherst | NY | 1261 Niagara Falls Blvd | 14226 | Closed Store | Closed Store | GL |
| 3862 | 386200 | Bohemia | NY | 5151 Sunrise Hwy | 11716 | Open Store | Open Store | GL |
| 7654 | 765400 | Bronx | NY | 300 Baychester Avenue | 10475 | Open Store | Open Store | GL |
| 2626 | 262600 | College Point | NY | 131-08 20Th Ave | 11356 | Open Store | Open Store | GL |
| 4871 | 487100 | Farmingville | NY | 2280 North Ocean Ave. | 11738 | Open Store | Open Store | GL |
| 2744 | 274400 | Horseheads/Elmira | NY | 3300 Chambers Rd | 14845 | Open Store | Open Store | GL |
| 1404 | 140400 | Massapequa | NY | 800 Sunrise Mall | 11758 | Open Store | Open Store | GL |
| 2741 | 274100 | Massapequa | NY | 34 Carmans Rd | 11758 | Open Store | Open Store | GL |
| 1894 | 189400 | Rochester | NY | 10 Miracle Mile Dr | 14623 | Open Store | Open Store | GL |
| 1081 | 108100 | Heath | OH | 771 S 30Th St | 43056 | Open Store | Open Store | GL |
| 2001 | 200100 | Piqua | OH | 987 E Ash St Ste 170 | 45356 | Open Store | Open Store | GL |
| 1280 | 128000 | Springdale | OH | 300 E Kemper Rd | 45246 | Closed Store | Closed Store | GL |
| 1073 | 107300 | Exton | PA | 222 Exton Square Mall | 19341 | Open Store | Open Store | GL |
| 1714 | 171400 | Greensburg | PA | 5256 Route 30 | 15601 | Open Store | Open Store | GL |
| 1644 | 164400 | Lancaster | PA | 200 Park City Ctr | 17601 | Open Store | Open Store | GL |
| 1654 | 165400 | Media | PA | 1067 W Baltimore Pike | 19063 | Open Store | Open Store | GL |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|----|---------|----------|----------------|--------|----------|
| 1834 | 183400 | North Wales | PA | 600 Montgomery Mall | 19454 | Open Store | Open Store | GL |
| 2355 | 235500 | Hatillo(Arecibo) | PR | 506 Calle Truncado | 00659 | Open Store | Open Store | GL |
| 1905 | 190500 | Hato Rey | PR | Ave F D Roosevelt | 00918 | Open Store | Open Store | GL |
| 7783 | 778300 | Hato Rey | PR | Pr #22 & Pr #18 | 00918 | Open Store | Open Store | GL |
| 1935 | 193500 | Mayaguez | PR | 975 Hostos Ave Ste 110 | 00680 | Open Store | Open Store | GL |
| 7461 | 746100 | Clarksville | TN | 2300 Madison Street | 37043 | Closed Store | Closed Store | GL |
| 1386 | 138600 | Goodlettsville | TN | 1000 Rivergate Pkwy | 37072 | Open Store | Open Store | GL |
| 67036 | 6703600 | DALLAS | TX | 3407 W Northwest Hwy | 75220 | Closed Store | Closed Store | GL |
| 67409 | 6740900 | LAYTON | UT | 881 W Hillfield Rd | 84041 | Closed Store | Closed Store | GL |
| 1274 | 127400 | Chesterfield | VA | 11500 Midlothian Tpke | 23235 | Open Store | Open Store | GL |
| 2395 | 239500 | Manassas | VA | 8200 Sudley Rd | 20109 | Open Store | Open Store | GL |
| 1463 | 146300 | Burlington | VT | 155 Dorest St | 05403 | Open Store | Open Store | GL |
| 1129 | 112900 | Tacoma | WA | 4502 S Steele St Ste 100 | 98409 | Closed Store | Closed Store | GL |
| 1130 | 113000 | Janesville | WI | 2500 Milton Ave | 53545 | Open Store | Open Store | GL |
| 1915 | 191500 | Bayamon | PR | Avenida Aguas Buenas | 00959 | Open Store | Open Store | GL |
| 8722 | 108910 | Anchorage(Sur) | AK | 5900 Old Seward Highway | 99503 | Non-retail | Active Non-retail | Owned |
| 8106 | 810600 | BIRMINGHAM | AL | 196 Vulcan Rd | 35209 | Non-retail | Active Non-retail | Owned |
| 8706 | 870603 | BIRMINGHAM | AL | 262 Oxmoor Court | 35209 | Non-retail | Active Non-retail | Owned |
| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |

| 30957 | 3095700 | Springdale | AR | 3142 West Sunset Ave | 72762 | Closed Store | Closed Store | Owned |
| 68235 | 6823500 | PHOENIX | AZ | 1717 E Mcdowell Rd | 85006 | Non-retail | Active Non-retail | Owned |
| 3699 | 369900 | Apple Valley | CA | 20777 Bear Valley Road | 92308 | Open Store | Open Store | Owned |
| 7619 | 761903 | Atascadero | CA | 4180 El Camino Real | 93422 | Non-retail | Active Non-retail | Owned |
| 4320 | 432003 | Bellflower | CA | 10400 Rosecrans | 90706 | Non-retail | Active Non-retail | Owned |
| 4721 | 472103 | Coalinga | CA | 25 West Polk Street | 93210 | Non-retail | Active Non-retail | Owned |
| 6233 | 623300 | Covina | CA | 710 W Arrow Hwy | 91722 | Closed Store | Closed Store | Owned |
| 3998 | 399800 | Dinubi | CA | East El Monte Way | 93618 | Non-retail | Active Non-retail | Owned |
| 3998 | 399802 | Dinubi | CA | East El Monte Way | 93618 | Non-retail | Active Non-retail | Owned |
| 8038 | 803800 | EL CAJON | CA | 1406 North Johnson Ave | 92020 | Non-retail | Active Non-retail | Owned |
| 30958 | 3095800 | EL CENTRO | CA | 1950 N IMPERIAL AVE | 92243 | Non-retail | Active Non-retail | Owned |
| 7916 | 791603 | Eureka | CA | 4325 Broadway | 95503 | Non-retail | Active Non-retail | Owned |
| 7916 | 791604 | Eureka | CA | 4325 Broadway | 95503 | Non-retail | Active Non-retail | Owned |
| 3982 | 398203 | Lemoore | CA | 215 W Hanford/Armona Rd | 93245 | Non-retail | Active Non-retail | Owned |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

| 3842 | 384203 | Oakdale | CA | 1555 E F ST | 98233 | Non-retail | Active Non-retail | Owned |
| 1068 | 106802 | Palmdale | CA | 1345 W Avenue P | 93551 | Non-retail | Active Non-retail | Owned |
| 1788 | 178800 | Richmond | CA | 2300 Hilltop Mall Rd | 94806 | Open Store | Open Store | Owned |
| 8098 | 809800 | SN BERNARDINO | CA | 595 S "G" St | 92410 | Non-retail | Active Non-retail | Owned |
| 6858 | 685800 | SN LUIS OBSPO | CA | 1310 Roundhouse Ave | 93401 | Non-retail | Active Non-retail | Owned |
| 3968 | 396800 | Wasco | CA | 2785 Highway 46 | 93280 | Non-retail | Active Non-retail | Owned |
| 2451 | 245100 | Greeley | CO | 2800 Greeley Mall | 80631 | Closed Store | Closed Store | Owned |
| 1075 | 107500 | Daytona Beach | FL | 1700 W Intl Speedway Blvd | 32114 | Open Store | Open Store | Owned |
| 1195 | 119503 | Ft Lauderdale | FL | 901 N Federal Hwy | 33304 | Non-retail | Active Non-retail | Owned |
| 7435 | 743500 | HIALEAH | FL | 5890 Nw 173Rd Drive | 33015 | Non-retail | Active Non-retail | Owned |
| 24025 | 2402500 | LONGWOOD | FL | 1024 FLORIDA CENTRAL PKWY | 32750 | Non-retail | Active Non-retail | Owned |
| 4019 | 401900 | MELBOURNE | FL | 601 Atlantis Rd | 32904 | Non-retail | Active Non-retail | Owned |
| 2135 | 213500 | Sebring | FL | 901 Us27 N Ste 130 | 33870 | Open Store | Open Store | Owned |
| 8035 | 803500 | COLLEGE PARK | GA | 2511 Sullivan Rd | 30337 | Non-retail | Active Non-retail | Owned |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|-----|---------|----------|----------------|--------|----------|
| 1251 | 125100 | Lithonia | GA | 8020 Mall Pkwy | 30038 | Closed Store | Closed Store | Owned |

| 7439 | 743900 | Council Bluff | IA | 1110 Woodbury Ave | 51503 | Closed Store | Closed Store | Owned |
| 31002 | 3100200 | MOUNTAIN HOME | ID | 2800 AMERICAN LEGION BLVD | 83647 | Non-retail | Active Non-retail | Owned |
| 61510 | 6151000 | Calumet City | IL | 2 River Oaks S/C | 60409 | Closed Store | Closed Store | Owned |
| 26985 | 2698500 | Chicago | IL | 79th/Stoney Island | 60617 | Non-retail | Active Non-retail | Owned |
| 30920 | 3092000 | Chicago | IL | 7050 S Pulaski | 60629 | Closed Store | Closed Store | Owned |
| 61030 | 6103000 | Chicago | IL | 6153 S Western Ave | 60636 | Closed Store | Closed Store | Owned |
| 26987 | 2698700 | Chicago * | IL | 6045 (or 6007) N Western Ave | 60659 | Non-retail | Active Non-retail | Owned |
| 261 | 26100 | Danville | IL | 26 N Vermillion | 61832 | Non-retail | Active Non-retail | Owned |
| 2632 | 263200 | Fairview Hts | IL | 317 Lincoln Hwy | 62208 | Open Store | Open Store | Owned |
| 6490 | 649000 | HOFFMAN EST | IL | 5334 Sears Parkway | 60192 | Non-retail | Active Non-retail | Owned |
| 30901 | 3090100 | Lansing | IL | 17355 Torrence Ave | 60438 | Closed Store | Closed Store | Owned |
| 30927 | 3092700 | Macomb | IL | 1325 East Jackson | 61455 | Closed Store | Closed Store | Owned |
| 470 | 47000 | MANTENO | IL | 8374 N 4000 EAST RD | 60950 | Non-retail | Active Non-retail | Owned |
| 6784 | 678400 | Matteson | IL | 4605 W Lincoln Hwy | 60443 | Open Store | Open Store | Owned |
| 30900 | 3090000 | New Lenox | IL | 1500 W Lincoln Hwy | 60451 | Closed Store | Closed Store | Owned |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|----|---------|----------|----------------|--------|----------|
| 31900 | 3190000 | Sterling | IL | 2901 E Fourth St | 61081 | Closed Store | Closed Store | Owned |

| 6062 | 606200 | Tinley Park | IL | Rte 43 & Us 6 | 60477 | Non-retail | Active Non-retail | Owned |
| 26185 | 2618500 | Clarksville | IN | 1416 Blackiston Mill Rd | 47129 | Closed Store | Closed Store | Owned |
| 7246 | 724603 | Richmond | IN | 3150 National Road West | 47374 | Non-retail | Active Non-retail | Owned |
| 8171 | 817100 | OVERLAND PARK | KS | 9000 Nieman Road | 66214 | Non-retail | Active Non-retail | Owned |
| 9255 | 925500 | Palmer | MA | Wilbraham Road (Sr 20) | 01069 | Open Store | Open Store | Owned |
| 6303 | 630300 | BANGOR | ME | 60 Doane St | 04401 | Non-retail | Active Non-retail | Owned |
| 31004 | 3100400 | CHARLOTTE | MI | 1658 Lansing Rd | 48813 | Non-retail | Active Non-retail | Owned |
| 9245 | 924500 | Cheboygan | MI | 1131 E State St | 49721 | Closed Store | Closed Store | Owned |
| 30918 | 3091800 | Jackson | MI | 3001 E Mich Ave | 49202 | Closed Store | Closed Store | Owned |
| 6892 | 689200 | Taylor | MI | | 48180 | Non-retail | Active Non-retail | Owned |
| 61106 | 6110600 | Jackson | MS | 1400 Metrocenter | 39209 | Closed Store | Closed Store | Owned |
| 30949 | 3094900 | Natchez | MS | 280 John R Junkin Dr | 39120 | Closed Store | Closed Store | Owned |
| 3213 | 321300 | SOUTHAVEN | MS | 7457 Airways | 38671 | Non-retail | Active Non-retail | Owned |
| 31005 | 3100500 | ASHEBORO | NC | 1330 E. DIXIE DRIVE | 27356 | Non-retail | Active Non-retail | Owned |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|----|---------|----------|----------------|--------|----------|
| 1475 | 147500 | Durham | NC | 6910 Fayetteville Rd Ste 400 | 27713 | Open Store | Open Store | Owned |

| 30961 | 3096100 | Greensboro | NC | 300 Penry Rd | 27405 | Non-retail | Active Non-retail | Owned |
| 2374 | 237400 | Vineland | NJ | 8 W Landis Ave | 08360 | Closed Store | Closed Store | Owned |
| 6133 | 613300 | Reno | NV | West Side Of S. Virginia | 89030 | Non-retail | Active Non-retail | Owned |
| 6298 | 629800 | SPARKS | NV | 350 Glendale Ave | 89431 | Non-retail | Active Non-retail | Owned |
| 1353 | 135300 | De Witt/Syracuse | NY | 3649 Erie Blvd E | 13214 | Closed Store | Closed Store | Owned |
| 1514 | 151400 | Niagara Falls | NY | 6929 Williams Rd | 14304 | Closed Store | Closed Store | Owned |
| 8254 | 825400 | ROCHESTER | NY | 2213 Brighton Henrietta (Town Line Rd) | 14623 | Non-retail | Active Non-retail | Owned |
| 26731 | 2673100 | Dublin | OH | 4975 Tuttle Crossing Blvd | 43016 | Closed Store | Closed Store | Owned |
| 1370 | 137000 | Eastland | OH | 2765 Eastland Mall | 43232 | Closed Store | Closed Store | Owned |
| 1310 | 131000 | Elyria | OH | 4900 Midway Mall | 44035 | Closed Store | Closed Store | Owned |
| 2940 | 294000 | Franklin | OH | 3457 Towne Blvd | 45005 | Closed Store | Closed Store | Owned |
| 3243 | 324303 | North Canton | OH | Main Street N Canton | 44720 | Non-retail | Active Non-retail | Owned |
| 6092 | 609200 | North Canton | OH | Main Street N Canton | 44720 | Non-retail | Active Non-retail | Owned |
| 1610 | 161000 | Northgate | OH | 9505 Colerain Ave | 45251 | Open Store | Annc'd to Close | Owned |
| 26588 | 2658800 | Salem | OH | 5200 Salem Ave | 45426 | Closed Store | Closed Store | Owned |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9676 | 967600 | Streetsboro | OH | 9059 State Rt #14 | 44241 | Closed Store | Closed Store | Owned |

| 37563 | 3756300 | Washington Courthouse | OH | 1666 Columbus Ave | 43160 | Non-retail | Active Non-retail | Owned |
| 1150 | 115000 | Westland | OH | 4411 W Broad St | 43228 | Closed Store | Closed Store | Owned |
| 1261 | 126100 | Midwest City | OK | 6909 E Reno Ave | 73110 | Closed Store | Closed Store | Owned |
| 1863 | 186300 | Johnstown | PA | 540 Galleria Dr | 15904 | Closed Store | Closed Store | Owned |
| 31924 | 3192400 | Moon Twp. | PA | 2000 Market Blvd - parking lot | 15108 | Non-retail | Active Non-retail | Owned |
| 9394 | 939400 | Fajardo | PR | Eastern Reg'l S/C; State Road #3 | 00738 | Open Store | Open Store | Owned |
| 3853 | 385300 | Guayama | PR | Puerto Rico Hwy 3 | 00784 | Open Store | Open Store | Owned |
| 6488 | 648800 | Mayaguez | PR | Western Plaza S/C | 00680 | Non-retail | Active Non-retail | Owned |
| 8935 | 893500 | RIO PIEDRAS | PR | Carr #176 Km 0.5; Gpo Box 70209 | 00936 | Non-retail | Active Non-retail | Owned |
| 8975 | 897500 | RIO PIEDRAS | PR | Road #176 Km 0.5 Cupey Bajo | 00936 | Non-retail | Active Non-retail | Owned |
| 30941 | 3094100 | Sioux Falls | SD | 3709 East 10Th Street | 57103 | Closed Store | Closed Store | Owned |
| 446 | 44600 | MEMPHIS | TN | 3456 Meyers Rd | 38108 | Non-retail | Active Non-retail | Owned |
| 30934 | 3093400 | Memphis | TN | 3201 Austin Peay | 38128 | Closed Store | Closed Store | Owned |
| 26596 | 2659600 | Memphis/Hickory | TN | 6120 Hickory Ridge Mall | 38115 | Closed Store | Closed Store | Owned |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|---|---|---|---|---|---|---|---|---|
| 8247 | 824700 | DICKINSON | TX | 1000 West Fm 517 | 77539 | Non-retail | Active Non-retail | Owned |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6874 | 687400 | HOUSTON | TX | 2737 HWY 6 S | 77082 | Closed Store | Closed Store | Owned |
| 8167 | 816700 | HOUSTON | TX | 525 E Little York Rd | 77037 | Non-retail | Active Non-retail | Owned |
| 61237 | 6123700 | HOUSTON | TX | 100 Greenspoint Mall | 77060 | Closed Store | Closed Store | Owned |
| 2332 | 233200 | San Antonio | TX | 8551 Wurzbach Road | 56701 | Open Store | Open Store | Owned |
| 1065 | 106500 | Glen Allen | VA | 10101 Brook Rd | 23059 | Open Store | Open Store | Owned |
| 26717 | 2671700 | Newport News | VA | 12263 Hornsby Lane | 23602 | Closed Store | Closed Store | Owned |
| 3544 | 354400 | Salem | VA | 1355 West Main Street | 24153 | Closed Store | Closed Store | Owned |
| 8345 | 834500 | VIRGINIA BEACH | VA | 102 South Witchduck Rd | 23462 | Non-retail | Active Non-retail | Owned |
| 2299 | 229900 | Aberdeen | WA | 1219 S Boone St | 98520 | Open Store | Open Store | Owned |
| 6579 | 657900 | Spokane | WA | 7005 N Division St | 99207 | Open Store | Open Store | Owned |
| 31903 | 3190300 | Fort Atkinson | WI | 1309 N High St | 53538 | Closed Store | Closed Store | Owned |
| 3589 | 358903 | Cleveland | OH | 14901 Lorain Ave | 44111 | Non-retail | Active Non-retail | Owned |
| 3628 | 362803 | Tolleson | AZ | 8701 West Mc Dowell | 85353 | Non-retail | Active Non-retail | Owned |
| 7309 | 730903 | TEXARKANA | TX | 4520 W 7TH ST | 75501 | Non-retail | Active Non-retail | Owned |
| 31930 | 3193003 | HIALEAH | FL | 5750 NW 183RD ST | 33015 | Non-retail | Active Non-retail | Owned |

## B. LEASED UNENCUMBERED REAL PROPERTY NOT SUBJECT TO A VALID AND PERFECTED LIEN AS OF THE PETITION DATE

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 8706 | 870600 | BIRMINGHAM | AL | 262 Oxmoor Court | 35209 | Non-retail | Active Non-retail |
| 24002 | 2400200 | BIRMINGHAM | AL | 2194-A Parkway Lake Dr | 35244 | Non-retail | Active Non-retail |
| 2306 | 230600 | Gadsden | AL | 1001 Rainbow Dr | 35901 | Open Store | Annc'd to Close |
| 49003 | 4900300 | MOBILE | AL | 3412 Demotropolis Rd | 36693 | Non-retail | Active Non-retail |
| 2126 | 212600 | Hot Springs | AR | 4501 Central Ave Ste 101 | 71913 | Open Store | Open Store |
| 8941 | 894100 | LITTLE ROCK | AR | 1900 W 65Th St-Ste 10 | 72209 | Non-retail | Active Non-retail |
| 1206 | 120600 | North Little Rock | AR | 3930 Mccain Blvd | 72116 | Open Store | Open Store |
| 9711 | 971100 | Russellville | AR | 2821 East Main St | 72801 | Open Store | Annc'd to Close |
| 1169 | 116900 | Chandler | AZ | 3177 Chandler Village Dr | 85226 | Open Store | Annc'd to Close |
| 2358 | 235800 | Flagstaff | AZ | 4800 N Us Highway 89 | 86004 | Open Store | Annc'd to Close |
| 1798 | 179800 | Glendale | AZ | 7780 W Arrowhead Towne Ctr | 85308 | Open Store | Open Store |
| 3707 | 370700 | Lake Havasu City | AZ | 1870 Mc Cullouch Blvd | 86403 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 7088 | 708800 | MESA | AZ | 952 E Baseline Rd; Ste 111 | 85204 | Non-retail | Active Non-retail |

| 1078 | 107800 | Mesa/East | AZ | 6515 E Southern Ave | 85206 | Open Store | Annc'd to Close |
| 1768 | 176800 | Paradise Vly | AZ | 4604 E Cactus Rd | 85032 | Open Store | Open Store |
| 8778 | 877800 | PHOENIX | AZ | 844 N 44Th Ave Ste 2 | 85043 | Non-retail | Active Non-retail |
| 24521 | 2452100 | PHOENIX | AZ | 4401 Baseline Rd; Ste 205 | 85042 | Non-retail | Active Non-retail |
| 1708 | 170800 | Phoenix-Desert Sky | AZ | 7611 W Thomas Rd | 85033 | Open Store | Annc'd to Close |
| 2218 | 221800 | Prescott | AZ | 3400 Gateway Blvd | 86303 | Open Store | Open Store |
| 5865 | 586500 | Scottsdale - Showroom | AZ | 15500 Greenway-Hayden Loop | 85260 | Open Store | Open Store |
| 2047 | 204700 | Sierra Vista | AZ | 2250 El Mercado Loop | 85635 | Open Store | Annc'd to Close |
| 5880 | 588000 | TEMPE | AZ | 9025 S Kyrene Rd (Suites 101-105) | 85284 | Non-retail | Active Non-retail |
| 49028 | 4902800 | TEMPE | AZ | 8440 S Hardy Dr | 85284 | Non-retail | Active Non-retail |
| 8937 | 893700 | TUCSON | AZ | 807 S Euclid | 85719 | Non-retail | Active Non-retail |
| 49011 | 4901100 | TUCSON | AZ | 4755 S Butterfield Dr | 85714 | Non-retail | Active Non-retail |
| 5866 | 586600 | Tucson (Marana) - Showroom | AZ | 3850 W. Orange Grove Road | 85741 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 2078 | 207800 | Yuma | AZ | 3150 S 4Th Ave | 85364 | Open Store | Annc'd to Close |

| 36314 | 3631400 | BANANI, DHAKA-1213 | BANGLADESH | 7TH FLOOR, BOOTH WING | --- | Non-retail | Active Non-retail |
| 4762 | 476200 | Antioch | CA | 3625 East 18Th Street | 94509 | Open Store | Annc'd to Close |
| 7619 | 761900 | Atascadero | CA | 3980 El Camino Real | 93422 | Open Store | Open Store |
| 9608 | 960800 | Auburn | CA | 2505 Bell Rd | 95603 | Open Store | Open Store |
| 1318 | 131800 | Bakersfield | CA | 3001 Ming Ave | 93304 | Open Store | Annc'd to Close |
| 1018 | 101800 | Baldwin Hills | CA | 3755 Santa Rosalia Dr | 90008 | Open Store | Open Store |
| 8901 | 890100 | BENICIA | CA | 521 Stone Rd | 94510 | Non-retail | Active Non-retail |
| 7653 | 765300 | Big Bear Lake | CA | 42126 Big Bear Blvd | 92315 | Open Store | Open Store |
| 7756 | 775600 | Bishop | CA | 1200 N Main St | 93514 | Open Store | Open Store |
| 1008 | 100800 | Boyle | CA | 2650 E Olympic Blvd | 90023 | Open Store | Open Store |
| 1638 | 163800 | Brea | CA | 100 Brea Mall | 92821 | Closed Store | Closed Store |
| 1268 | 126800 | Buena Park | CA | 8150 La Palma Ave | 90620 | Open Store | Open Store |
| 3834 | 383400 | Burbank | CA | 1000 San Fernando Road | 91504 | Open Store | Open Store |
| 7165 | 716500 | Camarillo | CA | 940 Arneill Rd | 93010 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 1518 | 151800 | Cerritos | CA | 100 Los Cerritos Mall | 90703 | Open Store | Annc'd to Close |
| 3086 | 308600 | Chico | CA | 2155 Pillsbury Rd | 95926 | Open Store | Open Store |

| 1358 | 135800 | Chula Vista | CA | 565 Broadway | 91910 | Open Store | Open Store |
| 1098 | 109800 | Clovis | CA | 1140 Shaw Ave | 93612 | Open Store | Open Store |
| 3582 | 358200 | Clovis | CA | 1075 Shaw Ave | 93612 | Open Store | Annc'd to Close |
| 7098 | 709800 | Concord | CA | 5100 Clayton Road | 94521 | Open Store | Open Store |
| 5798 | 579800 | Concord-McPhails Showroom | CA | 2260 Commerce Ave Ste E | 94520 | Open Store | Open Store |
| 1388 | 138800 | Costa Mesa | CA | 3333 Bristol St | 92626 | Open Store | Annc'd to Close |
| 4047 | 404700 | Costa Mesa | CA | 2200 Harbor Blvd | 92627 | Open Store | Open Store |
| 5382 | 538200 | Costa Mesa | CA | 3333 Bristol St. | 92626 | Open Store | Open Store |
| 3945 | 394500 | Delano | CA | 912 County Line Rd | 93215 | Open Store | Annc'd to Close |
| 1988 | 198800 | El Centro | CA | 3751 S Dogwood Ave | 92243 | Open Store | Annc'd to Close |
| 2628 | 262800 | Eureka | CA | 3300 Broadway | 95501 | Open Store | Open Store |
| 1408 | 140800 | Florin | CA | 5901 Florin Rd | 95823 | Open Store | Annc'd to Close |
| 8963 | 896300 | Fontana | CA | 14650 Miller Ave | 92336 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|-----|---------|----------|----------------|--------|
| 1208 | 120800 | Fresno | CA | 3636 N Blackstone Ave | 93726 | Open Store | Open Store |
| 8366 | 836600 | Fresno | CA | 1922 N HELM AVE | 93727 | Non-retail | Active Non-retail |

| 8913 | 891300 | Fresno | CA | 3688 E. Central Avenue | 93725 | Non-retail | Active Non-retail |
| 7195 | 719500 | Goleta | CA | 6865 Hollister Ave | 93117 | Closed Store | Closed Store |
| 9746 | 974600 | Grass Valley | CA | 111 W Mc Knight Way | 95949 | Open Store | Open Store |
| 2656 | 265600 | Hanford | CA | Hanford Mall - 1545 Mall Drive | 93230 | Open Store | Open Store |
| 1248 | 124800 | Hayward | CA | 660 W Winton Ave | 94545 | Open Store | Open Store |
| 5689 | 568900 | HAYWARD | CA | 30803 SANTANA STREET | 94544 | Non-retail | Active Non-retail |
| 4819 | 481900 | Lakeport | CA | 2019 South Main | 95453 | Open Store | Open Store |
| 8258 | 825800 | LAKEWOOD | CA | 5436 Woodruff Ave | 90713 | Non-retail | Active Non-retail |
| 3982 | 398200 | Lemoore | CA | 215 W Hanford/Armona Rd | 93245 | Open Store | Annc'd to Close |
| 24510 | 2451000 | LIVERMORE | CA | 283 E Airway Blvd | 94551 | Non-retail | Active Non-retail |
| 7225 | 722500 | Los Angeles | CA | 6310 W 3Rd Street | 90036 | Open Store | Annc'd to Close |
| 8253 | 825300 | MCCLELLAN | CA | 4326 Forcum Ave | 95652 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 7390 | 739000 | McKinleyville | CA | 1500 Anna Sparks Way | 95521 | Open Store | Open Store |
| 2298 | 229800 | Merced | CA | 1011 W Olive Ave | 95348 | Open Store | Annc'd to Close |

| 8868 | 886800 | MILPITAS | CA | 1021 Cadillac Ct | 95035 | Non-retail | Active Non-retail |
| 8780 | 878000 | Mira Loma | CA | 3100 Milliken Ave | 91752 | Non-retail | Active Non-retail |
| 8928 | 892800 | MIRA LOMA(JURUPA VL) | CA | 11385 Venture Dr; Bldg A | 91752 | Non-retail | Active Non-retail |
| 1618 | 161800 | Modesto | CA | 100 Vintage Faire Mall | 95356 | Open Store | Annc'd to Close |
| 3345 | 334500 | Modesto | CA | 1351 E Hatch Rd | 95351 | Open Store | Annc'd to Close |
| 1748 | 174800 | Montclair | CA | 5080 Montclair Plz Ln | 91763 | Open Store | Open Store |
| 1998 | 199800 | Montebello | CA | 1401 N Montebello Blvd | 90640 | Open Store | Annc'd to Close |
| 1868 | 186800 | Moreno Vly | CA | 22550 Town Cir | 92553 | Open Store | Open Store |
| 1698 | 169800 | Newark | CA | 6000 Mowry Ave | 94560 | Closed Store | Closed Store |
| 1168 | 116800 | No Hollywood | CA | 12121 Victory Blvd | 91606 | Open Store | Open Store |
| 4421 | 442100 | North Hollywood | CA | 13007 Sherman Way | 91605 | Open Store | Open Store |
| 1508 | 150800 | Northridge | CA | 9301 Tampa Ave | 91324 | Open Store | Open Store |
| 3842 | 384200 | Oakdale | CA | 175 Maag Avenue | 95361 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 3483 | 348300 | Ontario | CA | 2530 S Euclid Ave | 91762 | Open Store | Annc'd to Close |
| 8287 | 828700 | Ontario | CA | 5600 East Airport Rd | 91761 | Non-retail | Active Non-retail |

| 8729 | 872900 | ONTARIO | CA | 5691 E Philadelphia; Ste 100 | 92337 | Non-retail | Active Non-retail |
| 1968 | 196800 | Palm Desert | CA | 72-880 Hwy 111 | 92260 | Open Store | Open Store |
| 9551 | 955100 | Paradise | CA | 6600 Clark Road | 95969 | Open Store | Open Store |
| 3501 | 350100 | Petaluma | CA | 261 N Mc Dowell Blvd | 94954 | Open Store | Open Store |
| 3531 | 353100 | Pinole | CA | 1500 Fitzgerald Dr | 94564 | Open Store | Annc'd to Close |
| 7471 | 747100 | Placerville | CA | 3968-A Missouri Flat Road | 95667 | Open Store | Annc'd to Close |
| 1019 | 101900 | Pleasanton | CA | 1700 Stoneridge Dr | 94588 | Open Store | Annc'd to Close |
| 3678 | 367800 | Ramona | CA | 1855 Main Street | 92065 | Open Store | Open Store |
| 5668 | 566800 | Rancho Cordova | CA | 11340 WHITE ROCK ROAD | 95742 | Open Store | Open Store |
| 4349 | 434900 | Redwood City | CA | 1155 Veteran'S Blvd | 94063 | Open Store | Open Store |
| 1298 | 129800 | Riverside | CA | 5261 Arlington Ave | 92504 | Open Store | Open Store |
| 4706 | 470600 | Riverside | CA | 375 E Alessandro Blvd | 92508 | Open Store | Annc'd to Close |
| 7175 | 717500 | Riverside | CA | 7840 Limonite Ave | 92509 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 5784 | 578400 | ROHNERT PARK | CA | 6085 State Farm Drive | 94928 | Non-retail | Active Non-retail |
| 8768 | 876800 | SACRAMENTO | CA | 1200 Blumenfeld Dr | 95815 | Non-retail | Active Non-retail |

| 24547 | 2454700 | SACRAMENTO | CA | 1200 Del Paso Rd; Ste 100 | 95834 | Non-retail | Active Non-retail |
| 1688 | 168800 | Salinas | CA | 1700 N Main St | 93906 | Open Store | Open Store |
| 3412 | 341200 | Salinas | CA | 1050 North Davis Road | 93907 | Open Store | Open Store |
| 1398 | 139800 | San Bernardino | CA | 100 Inland Ctr | 92408 | Open Store | Open Store |
| 1478 | 147800 | San Bruno | CA | 1178 El Camino Real | 94066 | Open Store | Open Store |
| 8748 | 874800 | SAN DIEGO | CA | 960 Sherman St | 92110 | Non-retail | Active Non-retail |
| 24523 | 2452300 | SAN DIEGO | CA | 9586 Distribution Ave; Ste F | 92121 | Non-retail | Active Non-retail |
| 62529 | 6252900 | San Diego | CA | 7655 Clairemont Mesa Blvd | 92111 | Closed Store | Closed Store |
| 31882 | 3188200 | San Diego | CA | 5405 University Ave | 92105 | Closed Store | Closed Store |
| 5000 | 500000 | San Francisco | CA | 310 Carolina Street | 94103 | Open Store | Open Store |
| 38112 | 3811200 | San Francisco | CA | 201 Spear St | 94105 | Non-retail | Active Non-retail |
| 8398 | 839800 | SAN JOSE | CA | 1202 S Sixth St | 95112 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 38734 | 3873400 | San Jose | CA | 1735 Technology Drive, Suite 600 | 95110 | Non-retail | Active Non-retail |
| 1488 | 148800 | San Jose-Eastridge | CA | 2180 Tully Rd | 95122 | Open Store | Open Store |
| 30969 | 3096900 | San Leandro | CA | 250 Floresta Blvd | 94578 | Closed Store | Closed Store |

| 5787 | 578700 | San Rafael - McPhails Showroom | CA | 530 W Francisco Blvd | 94901 | Open Store | Open Store |
| 8369 | 836900 | SANTA ANA | CA | 400 W Warner Ave | 92707 | Non-retail | Active Non-retail |
| 8808 | 880800 | SANTA ANA | CA | 500 W Warner Ave #28 | 92707 | Non-retail | Active Non-retail |
| 2138 | 213800 | Santa Barbara | CA | 3845 State St | 93105 | Open Store | Open Store |
| 5764 | 576400 | Santa Clara | CA | 52 Winchester Blvd; Suite A | 95050 | Non-retail | Active Non-retail |
| 24548 | 2454800 | SANTA CLARITA | CA | 28159 AVENUE STANFORD | 91355 | Non-retail | Active Non-retail |
| 2308 | 230800 | Santa Cruz | CA | 4015 Capitola Rd | 95062 | Open Store | Annc'd to Close |
| 24524 | 2452400 | Santa Fe Springs | CA | 10415 Slushier Dr | 90670 | Non-retail | Active Non-retail |
| 2088 | 208800 | Santa Maria | CA | 200 Town Ctr E | 93454 | Open Store | Open Store |
| 7639 | 763900 | Santa Paula | CA | 895 Faukner Road | 93060 | Open Store | Open Store |
| 1658 | 165800 | Santa Rosa | CA | 100 Santa Rosa Plz | 95401 | Open Store | Annc'd to Close |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 9153 | 915300 | South Lake Tahoe | CA | 1056 Emerald Bay Rd | 96150 | Open Store | Open Store |
| 3076 | 307600 | Spring Valley | CA | 935 Sweetwater Rd | 91977 | Open Store | Annc'd to Close |
| 3174 | 317400 | Stockton | CA | 2180 E Mariposa Rd | 95205 | Open Store | Open Store |
| 8708 | 870800 | STOCKTON | CA | 2115 Sinclair Avenue | 95215 | Non-retail | Active Non-retail |

| 8758 | 875800 | SYLMAR | CA | 14090 Balboa Blvd | 91342 | Non-retail | Active Non-retail |
| 4751 | 475100 | Tehachapi | CA | 710 West Tehachapi | 93561 | Open Store | Open Store |
| 1108 | 110800 | Temecula | CA | 40710 Winchester Rd | 92591 | Open Store | Open Store |
| 3127 | 312700 | Temple City | CA | 5665 N Rosemead Blvd | 91780 | Open Store | Open Store |
| 2059 | 205900 | Tracy | CA | 3350 Naglee Rd | 95304 | Open Store | Open Store |
| 62538 | 6253800 | TUSTIN | CA | 2505 El Camino Real | 92782 | Closed Store | Closed Store |
| 3018 | 301800 | Valencia | CA | 23222 W Valencia Blvd | 91355 | Closed Store | Closed Store |
| 1148 | 114800 | Ventura | CA | 3295 E Main St | 93003 | Open Store | Open Store |
| 68738 | 3685300 | VERNON | CA | 2700 Fruitland Ave | 90058 | Non-retail | Active Non-retail |
| 68738 | 6873800 | VERNON | CA | 5525 S. Soto Street | 90058 | Non-retail | Active Non-retail |
| 2829 | 282900 | Victorville | CA | 14420 Bear Valley Rd | 92392 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 6628 | 662800 | VICTORVILLE | CA | 13695 Mariposa Rd | 92395 | Non-retail | Active Non-retail |
| 2068 | 206800 | Visalia | CA | 3501 S Mooney Blvd | 93277 | Open Store | Open Store |
| 2068 | 206802 | Visalia | CA | 3501 S Mooney Blvd | 93277 | Non-retail | Active Non-retail |
| 9761 | 976100 | Visalia | CA | 3247 W Noble Ave | 93277 | Open Store | Annc'd to Close |

| 1189 | 118900 | West Covina | CA | 1209 Plz Dr | 91790 | Open Store | Open Store |
| 3235 | 323500 | West Covina | CA | 730 South Orange | 91790 | Open Store | Open Store |
| 9489 | 948900 | WEST HILLS | CA | 8407 FALLBROOK AVE | 91304 | Non-retail | Active Non-retail |
| 1149 | 114900 | Whittier | CA | 15600 Whittwood Ln | 90603 | Open Store | Open Store |
| 2238 | 223800 | Yuba City | CA | 1235 Colusa Ave | 95991 | Open Store | Open Store |
| 1141 | 114100 | Aurora | CO | 14200 E Alameda Ave | 80012 | Open Store | Open Store |
| 8290 | 829000 | Brighton | CO | 18875 Bromley Lane | 80601 | Non-retail | Active Non-retail |
| 1131 | 113100 | Centennial | CO | 7001 S University Blvd | 80122 | Open Store | Annc'd to Close |
| 1221 | 122100 | Chapel Hills | CO | 1650 Briargate Blvd | 80920 | Open Store | Open Store |
| 4224 | 3193100 | Denver | CO | 2150 S Monaco St Pkwy | 80222 | Closed Store | Closed Store |
| 24507 | 2450700 | DENVER | CO | 12330E 46Th Ave; Unit 300 | 80239 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 2361 | 236100 | Grand Junction | CO | 100 Mesa Mall | 81505 | Open Store | Annc'd to Close |
| 1071 | 107100 | Lakewood | CO | 10785 W Colfax Ave | 80215 | Open Store | Annc'd to Close |
| 7329 | 732900 | Loveland | CO | 2665 W Eisenhower | 80537 | Open Store | Open Store |
| 4453 | 445300 | Pueblo | CO | 3415 N Elizabeth St | 81008 | Open Store | Open Store |

| 78723 | 7872300 | Becon Falls | CT | 125 Railroad Ave | 06403 | Non-retail | Active Non-retail |
| 1303 | 130300 | Danbury | CT | 7 Backus Ave (Ex 3 Rt 84) | 06810 | Open Store | Open Store |
| 1014 | 101400 | Enfield | CT | 90 Elm St | 06082 | Closed Store | Closed Store |
| 1134 | 113400 | Milford | CT | 1201 Boston Post RdSp 2095 | 06460 | Open Store | Annc'd to Close |
| 3495 | 349500 | Milford | CT | 589 Bridgeport Ave | 06460 | Open Store | Annc'd to Close |
| 8743 | 874300 | NEWINGTON | CT | 65 Holmes Rd | 06111 | Non-retail | Active Non-retail |
| 24592 | 2459200 | ROCKY HILL | CT | 51 Belamose Ave | 06067 | Non-retail | Active Non-retail |
| 3216 | 321600 | Vernon | CT | 295 Hartford Turnpike | 06066 | Open Store | Open Store |
| 1193 | 119300 | Waterford | CT | 850 Hartford Tnpk | 06385 | Open Store | Annc'd to Close |
| 7109 | 710900 | Watertown | CT | 595 Straits Turnpike | 06795 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 8723 | 872300 | West Haven | CT | 190 Frontage Rd | 06516 | Non-retail | Active Non-retail |
| 4807 | 480700 | Bear | DE | 301 Governor Place | 19701 | Open Store | Open Store |
| 4456 | 445600 | BRIDGEVILLE | DE | 7494 Federalsburg Road | 19933 | Non-retail | Active Non-retail |
| 2654 | 265400 | Dover | DE | 1000 Dover Mall | 19901 | Closed Store | Closed Store |

| 7725 | 772500 | Rehoboth Beach | DE | 19563 Coastal Hwy, Unit A | 19971 | Open Store | Open Store |
| 3873 | 387300 | Wilmington | DE | 4700 Limestone Road | 19808 | Open Store | Open Store |
| 1355 | 135500 | Altamonte Spg | FL | 451 E Altamonte Dr Ste 401 | 32714 | Closed Store | Closed Store |
| 24033 | 2403300 | ALTAMONTE SPG | FL | 1260 American Way#156 | 32714 | Non-retail | Active Non-retail |
| 3317 | 331700 | Boca Raton | FL | 1401 W Palmetto Park Rd | 33486 | Open Store | Open Store |
| 5958 | 595800 | Bonita Springs Showroom | FL | 27180 Bay Landing Dr | 34135 | Open Store | Open Store |
| 1755 | 175500 | Boynton Beach | FL | 801 N Congress Ave | 33426 | Open Store | Open Store |
| 2565 | 256500 | Bradenton | FL | 303 Us Hwy 301 Blvd W | 34205 | Open Store | Annc'd to Close |
| 7321 | 732100 | Bradenton | FL | 7321 Manatee Ave West | 34209 | Open Store | Open Store |
| 1007 | 100700 | Brandon | FL | 686 Brandon Town Center Mall | 33511 | Open Store | Open Store |
| 1125 | 112500 | Coral Gables | FL | 3655 Sw 22Nd St | 33145 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 1715 | 171500 | Doral(Miami) | FL | 1625 Nw 107Th Ave | 33172 | Open Store | Annc'd to Close |
| 4893 | 489300 | Ellenton | FL | 6126 Highway 301 | 34222 | Open Store | Open Store |
| 7067 | 706700 | Fort Myers | FL | 3853 Cleveland Ave S | 33901 | Closed Store | Closed Store |
| 1495 | 149500 | Ft Myers | FL | 4125 Cleveland Ave Suite 88 | 33901 | Open Store | Open Store |
| 5863 | 586300 | Ft Myers | FL | 7916 Drew Circle | 33967 | Non-retail | Active Non-retail |

| 8972 | 897200 | FT MYERS | FL | 10898 Metro Parkway | 33966 | Non-retail | Active Non-retail |
| 8990 | 899000 | FT PIERCE | FL | All South Delivery | 34945 | Non-retail | Active Non-retail |
| 3424 | 342400 | Gainesville | FL | 900 N W 76 Boulevard | 32606 | Open Store | Annc'd to Close |
| 1345 | 134500 | Hialeah/Westland | FL | 1625 W 49Th St | 33012 | Open Store | Open Store |
| 3818 | 381800 | Hollywood | FL | 3800 Oakwood Blvd | 33020 | Open Store | Open Store |
| 425 | 42500 | JACKSONVILLE | FL | 10512 Busch Dr N | 32218 | Non-retail | Active Non-retail |
| 7979 | 797900 | JACKSONVILLE | FL | 3555-1 St Johns Bluff Road S | 32224 | Non-retail | Active Non-retail |
| 2315 | 231500 | Jensen Bch(Stuart) | FL | 3342 Nw Federal HwyUs 1 | 34957 | Open Store | Open Store |
| 9614 | 961400 | Key Largo | FL | 101399 Overseas Highway | 33037 | Open Store | Open Store |
| 2215 | 221500 | Key West | FL | 3200 N Roosevelt Blvd | 33040 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 4725 | 472500 | Key West | FL | 2928 North Roosevelt Blvd | 33040 | Open Store | Open Store |
| 49012 | 4901200 | LAKE MARY | FL | 3200 Lake Emma Rd; Suite 1020 | 32746 | Non-retail | Active Non-retail |
| 1955 | 195500 | Lakeland | FL | 3800 Us Highway 98 N Ste 500 | 33809 | Open Store | Annc'd to Close |
| 3269 | 326900 | Lantana | FL | 1201 S Dixie | 33462 | Open Store | Open Store |
| 2745 | 274500 | Leesburg | FL | 10401 Us Highway 441 Ste 2002 | 34788 | Open Store | Open Store |

| 9224 | 922400 | Marathon | FL | 5561 Overseas Hwy | 33050 | Open Store | Open Store |
| 2245 | 224500 | Melbourne | FL | 1050 S Babcock St | 32901 | Open Store | Annc'd to Close |
| 3074 | 307400 | Miami | FL | 14091 S W88Th St | 33186 | Open Store | Open Store |
| 3793 | 379300 | Miami | FL | 12350 Sw 8Th Street | 33184 | Open Store | Annc'd to Close |
| 4728 | 472800 | Miami | FL | 3825 7Th Street North W | 33126 | Open Store | Open Store |
| 8065 | 806500 | MIAMI | FL | 3301 Nw 107Th Ave | 33178 | Non-retail | Active Non-retail |
| 5991 | 599100 | Miami - Showroom | FL | 6300 S Dixie Hwy | 33143 | Open Store | Open Store |
| 1365 | 136500 | Miami/Cutler Rdg | FL | 20701 Sw 112Th Ave | 33189 | Open Store | Open Store |
| 2056 | 205600 | Mry Est/Ft Wltn Bch | FL | 300 Mary Esther Blvd | 32569 | Open Store | Annc'd to Close |
| 2695 | 269500 | Naples | FL | 2000 9Th StN | 34102 | Open Store | Annc'd to Close |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 5237 | 523700 | Oakland Park | FL | 3484 NE 12th Ave | 33334 | Open Store | Open Store |
| 1006 | 100600 | Ocala | FL | 3100 Sw College Rd Ste 300 | 34474 | Open Store | Annc'd to Close |
| 8864 | 886400 | OCALA | FL | 5041 W Silver Springs Blvd | 34482 | Non-retail | Active Non-retail |
| 2805 | 280500 | Panama City | FL | 733 N Highway 231 | 32405 | Open Store | Annc'd to Close |
| 1775 | 177500 | Pembroke Pines | FL | 12055 Pines Blvd | 33026 | Open Store | Open Store |

| 31918 | 3191800 | Pembroke Pines | FL | 10501 Pines Blvd | 33026 | Closed Store | Closed Store |
| 8066 | 806600 | PENSACOLA | FL | 7801 Sears Blvd | 32514 | Non-retail | Active Non-retail |
| 8957 | 895700 | PENSACOLA | FL | 7801 Sears Blvd | 32514 | Non-retail | Active Non-retail |
| 24019 | 2401900 | PENSACOLA | FL | 8761 Ely Rd; Unit B | 32514 | Non-retail | Active Non-retail |
| 1205 | 120500 | Pompano Beach | FL | 2251 N Federal Hwy | 33062 | Open Store | Annc'd to Close |
| 5962 | 596200 | Pompano Beach -Showroom | FL | 1742 W. Atlantic Blvd | 33069 | Open Store | Open Store |
| 2145 | 214500 | Port Charlotte | FL | 1441 Tamiami Trl | 33948 | Open Store | Open Store |
| 5976 | 597600 | Sarasota | FL | 5670 Fruitville Rd | 34232 | Open Store | Open Store |
| 4355 | 435500 | St. Petersburg | FL | 4501 66Th Street N | 33709 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 8815 | 881500 | SUNRISE | FL | 900 International Parkway | 33323 | Non-retail | Active Non-retail |
| 8895 | 889500 | TAMPA | FL | 8640 Elm Fair Blvd | 33610 | Non-retail | Active Non-retail |
| 24023 | 2402300 | TAMPA | FL | 4713 Oak Fair Blvd | 33610 | Non-retail | Active Non-retail |
| 1745 | 174500 | Tampa/Westshore | FL | 347 Westshore Plz | 33609 | Open Store | Open Store |
| 1465 | 146500 | Tampa-University | FL | 2266 University Square Mall | 33612 | Open Store | Annc'd to Close |
| 1066 | 106600 | The Avenues | FL | 10302 Southside Blvd | 32256 | Open Store | Open Store |

| 7294 | 729400 | Vero Beach | FL | 1501 U S 1 | 32960 | Open Store | Open Store |
| 5959 | 595900 | West Palm Bch - Showroom | FL | 400 Northpoint Pkwy Ste403 | 33407 | Open Store | Open Store |
| 5185 | 518500 | Winter Park | FL | 500 S. Park Avenue | 32789 | Open Store | Open Store |
| 8825 | 882500 | WINTER PARK | FL | 3825 Forsyth Rd | 32792 | Non-retail | Active Non-retail |
| 1385 | 138500 | Atlanta | GA | 1500 Cumberland Mall Se | 30339 | Open Store | Annc'd to Close |
| 4931 | 493100 | AUGUSTA | GA | 2417 Regency Blvd Ste 6 | 30906 | Non-retail | Active Non-retail |
| 3713 | 371300 | Covington | GA | 6239 Turner Lake Road | 30014 | Open Store | Annc'd to Close |
| 2505 | 250500 | Gainesville | GA | 150 Pearl Nix Pkwy | 30501 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 24018 | 2401800 | NORCROSS | GA | 1650 International Court, Unit 200 | 30093 | Non-retail | Active Non-retail |
| 3978 | 397800 | Peachtree City | GA | 400 Crosstown Road | 30269 | Open Store | Annc'd to Close |
| 8872 | 887200 | PENDERGRASS | GA | 580 Raco Parkway | 30575 | Non-retail | Active Non-retail |
| 1305 | 130500 | Savannah | GA | 7810 Abercorn St | 31406 | Open Store | Annc'd to Close |
| 8902 | 890200 | SAVANNAH | GA | 3 Patton Rd; Ste 150 Bldg G | 31405 | Non-retail | Active Non-retail |
| 1578 | 157800 | Aiea Oahu-Pearl Rdg | HI | 98-180 Kamehameha Hwy | 96701 | Open Store | Open Store |
| 2388 | 238800 | Hilo(Sur) | HI | 111 E Puainako St | 96720 | Open Store | Open Store |

| 2388 | 238802 | Hilo(Sur) | HI | 111 E Puainako St | 96720 | Non-retail | Active Non-retail |
| 1681 | 168100 | Honolulu | HI | 1505 Kapioloni Blvd | 96815 | Open Store | Open Store |
| 6248 | 624800 | KAHULUI | HI | 142 Alamaha St | 96732 | Non-retail | Active Non-retail |
| 36318 | 3631800 | KOWLOON | HK | 8 ARGYLE STREET | --- | Non-retail | Active Non-retail |
| 36318 | 3631803 | KOWLOON | HK | 8 ARGYLE STREET | --- | Non-retail | Active Non-retail |
| 36318 | 3631804 | Shanhai | HK | Unit 01-11, Floor 7, Plaza 336 | --- | Non-retail | Active Non-retail |
| 9220 | 922000 | Algona | IA | 1501 Hwy 169 N | 50511 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|-----|---------|----------|----------------|--------|
| 7767 | 776700 | Charles City | IA | 1405 South Grand | 50616 | Open Store | Open Store |
| 9222 | 922200 | Cherokee | IA | 1111 N 2Nd | 51012 | Open Store | Annc'd to Close |
| 3447 | 344700 | Clive | IA | 10331 University Ave | 50325 | Closed Store | Closed Store |
| 3097 | 309700 | Council Bluffs | IA | 2803 E Kanesville Blvd | 51503 | Open Store | Annc'd to Close |
| 45113 | 4511300 | DES MOINES | IA | 1605 NE 58TH AVE | 64150 | Non-retail | Active Non-retail |
| 2422 | 242200 | Sioux City | IA | 4480 Sergeant Rd | 51106 | Open Store | Open Store |
| 1072 | 107200 | Waterloo | IA | 2060 Crossroads Blvd | 50702 | Closed Store | Closed Store |

| 9309 | 930900 | Webster City | IA | 2307 Superior | 50595 | Open Store | Annc'd to Close |
| 1229 | 122900 | Boise | ID | 460 N Milwaukee St | 83704 | Open Store | Annc'd to Close |
| 8711 | 871100 | BOISE | ID | 7095 Bethel Street | 83704 | Non-retail | Active Non-retail |
| 2278 | 227800 | Idaho Falls | ID | 2300 E 17Th St | 83404 | Open Store | Open Store |
| 7033 | 703300 | Lewiston | ID | 1815-21St St | 83501 | Open Store | Open Store |
| 7006 | 700600 | Twin Falls | ID | 2258 Addison Ave East | 83301 | Open Store | Open Store |
| 7951 | 795100 | AURORA | IL | 4020 Fox Valley Center Dr | 60504 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 2840 | 284000 | Bloomington | IL | 1631 E Empire St | 61701 | Open Store | Annc'd to Close |
| 8844 | 884400 | BLOOMINGTON | IL | 3 Quest Dirve Units301-302 | 61704 | Non-retail | Active Non-retail |
| 4381 | 438100 | Bridgeview | IL | 7325 W 79Th Street | 60455 | Open Store | Open Store |
| 8350 | 835000 | Bridgeview | IL | 7310 W 87TH ST | 60455 | Non-retail | Active Non-retail |
| 25009 | 2500900 | Bridgeview | IL | 10004 S 76 Ave - Unit C | 60455 | Non-retail | Active Non-retail |
| 25008 | 2500800 | BUFFALO GROVE | IL | 1005 Commerce Ct | 60089 | Non-retail | Active Non-retail |
| 3371 | 337100 | Chicago | IL | 3443 W Addison | 60618 | Open Store | Open Store |

| 37914 | 3791400 | Chicago | IL | 2 N State St | 60602 | Non-retail | Active Non-retail |
| 4214 | 421400 | Des Plaines | IL | 1155 Oakton St | 60018 | Open Store | Open Store |
| 36950 | 3695000 | ELGIN | IL | 2428-2432 Bath Road | 60124 | Non-retail | Active Non-retail |
| 8555 | 855500 | Elk Grove Village | IL | 1500 Higgins Rd | 60007 | Non-retail | Active Non-retail |
| 24509 | 2450900 | ELK GROVE VLG | IL | 1370 E Higgins Rd; Unit B | 60007 | Non-retail | Active Non-retail |
| 8730 | 873000 | GRANITE CITY | IL | 117 Industrial Dr | 62040 | Non-retail | Active Non-retail |
| 45114 | 4511400 | GRANITE CITY | IL | 117 INDUSTRIAL DR | 62040 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 1740 | 174000 | Joliet | IL | 3340 Mall Loop Dr | 60431 | Open Store | Annc'd to Close |
| 440 | 44000 | MANTENO | IL | 1600 N Boudreau Rd | 60950 | Non-retail | Active Non-retail |
| 8720 | 872000 | MELROSE PARK | IL | 2065 George St | 60160 | Non-retail | Active Non-retail |
| 24544 | 2454400 | MOKENA | IL | 8901 W 192Nd Street; Ste C | 60448 | Non-retail | Active Non-retail |
| 4297 | 429700 | Moline | IL | 5000 23Rd Ave | 61265 | Open Store | Annc'd to Close |
| 1212 | 121200 | N Riverside | IL | 7503 W Cermak Rd | 60546 | Open Store | Open Store |

| 8262 | 826200 | NAPERVILLE | IL | 1835 Ferry Rd | 60563 | Non-retail | Active Non-retail |
| 1290 | 129000 | Niles | IL | 400 Golf Mill Ctr | 60714 | Open Store | Annc'd to Close |
| 9348 | 934800 | Norridge | IL | 4210 N Harlem Ave | 60706 | Open Store | Annc'd to Close |
| 1300 | 130000 | Oakbrook | IL | 2 Oakbrook Ctr | 60523 | Open Store | Open Store |
| 4433 | 443300 | Quincy | IL | 3701 Broadway St | 62301 | Open Store | Annc'd to Close |
| 2990 | 299000 | Rockford-Cherryvale | IL | 7200 Harrison Ave | 61112 | Open Store | Open Store |
| 8871 | 887100 | ROMEOVILLE | IL | 1701 W Normantown Road | 60446 | Non-retail | Active Non-retail |
| 8934 | 893400 | ROMEOVILLE | IL | 1801 W. Normantown Road | 60446 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 7289 | 728900 | Steger | IL | 3231 Chicago Rd | 60475 | Open Store | Annc'd to Close |
| 9124 | 912400 | Elwood | IN | 1519 State Road 37 S | 46036 | Open Store | Open Store |
| 8017 | 801700 | EVANSVILLE | IN | 333 N Plaza East Blvd | 47715 | Non-retail | Active Non-retail |
| 8013 | 801300 | FORT WAYNE | IN | 6420 Wilson Dr | 46806 | Non-retail | Active Non-retail |
| 1830 | 183000 | Ft Wayne | IN | 4201 Coldwater Rd | 46805 | Open Store | Annc'd to Close |
| 1470 | 147000 | Greenwood | IN | 1251 Us Highway 31 N | 46142 | Open Store | Annc'd to Close |

| 9354 | 935400 | Griffith | IN | 430 W Ridge Rd | 46319 | Open Store | Annc'd to Close |
| 8750 | 875000 | INDIANAPOLIS | IN | 5160 W 81St St - West Dock | 46268 | Non-retail | Active Non-retail |
| 3823 | 382300 | Jasper | IN | 723 3Rd Ave | 47546 | Open Store | Annc'd to Close |
| 7243 | 724300 | Kokomo | IN | 705 North Dixon | 46901 | Open Store | Open Store |
| 9030 | 903000 | Peru | IN | 11 Sherwood Square | 46970 | Open Store | Open Store |
| 7246 | 724600 | Richmond | IN | 3150 National Road West | 47374 | Open Store | Open Store |
| 8014 | 801400 | SOUTH BEND | IN | 630 East Bronson Street | 46601 | Non-retail | Active Non-retail |
| 2600 | 260000 | Terre Haute | IN | 3401 S Us Highway 41 | 47802 | Open Store | Annc'd to Close |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 9122 | 912200 | Warsaw | IN | 3350 U S 30 East | 46580 | Open Store | Open Store |
| 4215 | 421500 | Kansas City | KS | 7836 State Ave | 66112 | Open Store | Annc'd to Close |
| 8273 | 827300 | Lawrence | KS | 2400 Kresge Rd | 66049 | Non-retail | Active Non-retail |
| 24512 | 2451200 | LENEXA | KS | 8246 Neiman Rd Bldg 1 | 66214 | Non-retail | Active Non-retail |
| 8420 | 842000 | OLATHE | KS | 14804 117TH STREET | 66062 | Non-retail | Active Non-retail |
| 7169 | 716900 | Salina | KS | 400 South Broadway | 67401 | Open Store | Annc'd to Close |

98

| 8081 | 808100 | WICHITA | KS | 2940 S Minneapolis Ave | 67216 | Non-retail | Active Non-retail |
| 2546 | 254600 | Bowling Green | KY | 2625 Scottsville Rd | 42104 | Open Store | Annc'd to Close |
| 3029 | 302900 | Erlanger | KY | 3071 Dixie Hwy | 41018 | Open Store | Open Store |
| 7229 | 722900 | Grayson | KY | 600 C W Stevens Blvd | 41143 | Open Store | Annc'd to Close |
| 8920 | 892000 | LOUISVILLE | KY | 3509 Bashford Ave | 40218 | Non-retail | Active Non-retail |
| 24015 | 2401500 | LOUISVILLE | KY | 12900 Fenwick CenterDr; Ste B | 40223 | Non-retail | Active Non-retail |
| 1790 | 179000 | Louisville-Okolona | KY | 4807 Outer Loop | 40219 | Open Store | Annc'd to Close |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 3941 | 394100 | Russell Springs | KY | Northridge S/C Us Hwy 127 | 42642 | Open Store | Annc'd to Close |
| 7255 | 725500 | Somerset | KY | 411 Russell Dyche Hwy | 42501 | Open Store | Open Store |
| 8896 | 889600 | GONZALES | LA | 810 Hwy 30 West; Suite F | 70737 | Non-retail | Active Non-retail |
| 2016 | 201600 | Hammond | LA | 2000 Sw Railroad Ave | 70403 | Open Store | Annc'd to Close |
| 8736 | 873600 | HARAHAN | LA | 624 Elmwood Pkwy | 70123 | Non-retail | Active Non-retail |
| 1336 | 133600 | Lake Charles | LA | 640 W Prien Lake Rd | 70601 | Closed Store | Closed Store |
| 1226 | 122600 | Metairie | LA | 4400 Veterans Mem Blvd | 70006 | Open Store | Open Store |

| 4810 | 481000 | Metairie | LA | 2940 Veterans Blvd | 70002 | Open Store | Open Store |
| 7223 | 722300 | Metairie | LA | 7000 Veterans Memorial | 70003 | Open Store | Annc'd to Close |
| 24564 | 2456403 | ST ROSE | LA | 110 Widgeon Dr; Ste 190 | 70087 | Non-retail | Active Non-retail |
| 7104 | 710400 | Acton | MA | 252 Main St | 01720 | Open Store | Open Store |
| 1213 | 121300 | Auburn | MA | 385 Southbridge St | 01501 | Open Store | Open Store |
| 3288 | 328800 | Billerica | MA | 484 Boston Rd | 01821 | Open Store | Open Store |
| 4407 | 440700 | Brockton | MA | 2001 Main Street | 02301 | Open Store | Open Store |
| 1343 | 134300 | Cambridge | MA | 100 Cambridgeside Pl | 02141 | Open Store | Annc'd to Close |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 4444 | 444400 | Fitchburg | MA | 140 Whalon St | 01420 | Closed Store | Closed Store |
| 1243 | 124300 | Hanover | MA | 1775 Washington St | 02339 | Open Store | Open Store |
| 1273 | 127300 | Holyoke | MA | 50 Holyoke St | 01040 | Open Store | Annc'd to Close |
| 2323 | 232300 | Hyannis | MA | 793 Lyannough Road Rte 132 | 02601 | Open Store | Annc'd to Close |
| 3040 | 304000 | Hyannis | MA | 768 Iyanough Rd | 02601 | Open Store | Open Store |
| 1133 | 113300 | Leominster | MA | 100 Commercial Rd | 01453 | Open Store | Open Store |
| 1403 | 140300 | Natick | MA | 1235 Worcester Rd & | 01760 | Open Store | Annc'd to Close |

| 2373 | 237300 | No Dartmouth | MA | 100 N Dartmouth Mall | 02747 | Open Store | Open Store |
| 1053 | 105300 | Saugus | MA | 1325 Broadway | 01906 | Open Store | Open Store |
| 3486 | 348600 | Somerville | MA | 77 Middlesex Ave | 02145 | Open Store | Open Store |
| 9692 | 969200 | Webster | MA | Route 12 | 01570 | Open Store | Open Store |
| 8851 | 885100 | WESTWOOD | MA | 349 University Ave | 02090 | Non-retail | Active Non-retail |
| 1725 | 172500 | Annapolis | MD | 1040 Annapolis Mall | 21401 | Open Store | Open Store |
| 3256 | 325600 | Baltimore | MD | 8980 Waltham Woods Rd | 21234 | Open Store | Open Store |
| 24504 | 2450400 | BALTIMORE | MD | 2700 Lord Baltimore Dr; Ste 140 | 21244 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 2823 | 282300 | Baltimore/E Pt | MD | 7885 Eastern Blvd | 21224 | Closed Store | Closed Store |
| 1424 | 142400 | Bethesda | MD | 7103 Democracy Blvd | 20817 | Open Store | Open Store |
| 2034 | 203400 | Bowie | MD | 15700 Emerald Way | 20716 | Open Store | Annc'd to Close |
| 1844 | 184400 | Columbia | MD | 10300 Little Patuxent Pkwy | 21044 | Open Store | Annc'd to Close |
| 8814 | 881400 | COLUMBIA | MD | 8700 Robert Fulton Drive | 21046 | Non-retail | Active Non-retail |
| 2774 | 277400 | Cumberland | MD | 1262 Vocke Rd | 21502 | Open Store | Open Store |
| 7713 | 771300 | Edgewater | MD | 3207 Solomons Island Rd | 21037 | Open Store | Open Store |
| 2664 | 266400 | Frederick | MD | 5500 Buckeystown Pike | 21703 | Open Store | Open Store |

| 3131 | 313100 | Frederick | MD | 1003 W Patrick St | 21702 | Open Store | Open Store |
| 1754 | 175400 | Gaithersburg | MD | 701 Russell Ave | 20877 | Open Store | Open Store |
| 3172 | 317200 | Hagerstown | MD | 1713 Massey Blvd | 21740 | Open Store | Open Store |
| 3798 | 379800 | Hyattsville | MD | 6411 Riggs Road | 20783 | Open Store | Open Store |
| 9277 | 927700 | ODENTON | MD | 1781 Crossroads Dr | 21113 | Non-retail | Active Non-retail |
| 3654 | 365400 | Oxon Hill | MD | 6163 Oxon Hill Road | 20745 | Open Store | Annc'd to Close |
| 3807 | 380700 | Prince Frederick | MD | 835 Solomons Island Rd N | 20678 | Open Store | Annc'd to Close |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 1773 | 177300 | Salisbury | MD | 2306 N Salisbury Blvd | 21801 | Open Store | Open Store |
| 4399 | 439900 | Silver Spring | MD | 14014 Connecticut Ave | 20906 | Open Store | Open Store |
| 7673 | 767300 | Stevensville | MD | 200 Kent Landing | 21666 | Open Store | Open Store |
| 2963 | 296300 | Westminster | MD | 400 N Center St | 21157 | Open Store | Annc'd to Close |
| 3021 | 302100 | Auburn | ME | 603 Center St | 04210 | Open Store | Open Store |
| 7133 | 713300 | Augusta | ME | 58 Western Avenue | 04330 | Open Store | Open Store |
| 2203 | 220300 | Brunswick | ME | 8 Gurnet Rd | 04011 | Open Store | Open Store |
| 9521 | 952100 | Madawaska | ME | 417 Main Street | 04756 | Open Store | Annc'd to Close |
| 2183 | 218302 | So Portland | ME | 400 Maine Mall Rd | 04106 | Non-retail | Active Non-retail |

| 3380 | 338000 | Waterville | ME | 18 Elm Plaza | 04901 | Open Store | Open Store |
|------|--------|------------|----|--------------|-------|------------|------------|
| 1390 | 139000 | Ann Arbor | MI | 900 Briarwood Cir | 48108 | Open Store | Annc'd to Close |
| 3155 | 315500 | Belleville | MI | 2095 Rawsonville Rd | 48111 | Open Store | Open Store |
| 3820 | 382000 | Charlevoix | MI | 06600 M-66 North | 49720 | Open Store | Annc'd to Close |
| 9557 | 955700 | Grayling | MI | 2425 S Grayling | 49738 | Open Store | Open Store |
| 3819 | 381900 | Hastings | MI | 802 West State Street | 49058 | Open Store | Open Store |
| 2050 | 205000 | Jackson | MI | 1250 Jackson XingI-94 | 49202 | Open Store | Annc'd to Close |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 3308 | 330800 | Lake Orion | MI | 1025 M-24 | 48360 | Open Store | Annc'd to Close |
| 1170 | 117000 | Lansing | MI | 3131 E Michigan Ave | 48912 | Open Store | Open Store |
| 1250 | 125000 | Lincoln Park | MI | 2100 Southfield Rd | 48146 | Open Store | Annc'd to Close |
| 8830 | 883000 | LIVONIA | MI | 12001 Sears Ave | 48150 | Non-retail | Active Non-retail |
| 3841 | 384100 | Marshall | MI | 15861 Michigan Avenue | 49068 | Open Store | Open Store |
| 7068 | 706800 | Midland | MI | 1820 S Saginaw Rd | 48640 | Open Store | Open Store |
| 9593 | 959300 | Oscoda | MI | 5719 N US 23 | 48750 | Open Store | Open Store |
| 6232 | 623200 | Roseville | MI | 32123 Gratiot Ave | 48066 | Open Store | Open Store |

| 8982 | 898200 | SAGINAW | MI | 3202 W. Sawyer Drive | 48601 | Non-retail | Active Non-retail |
| 1490 | 149000 | Troy | MI | 300 W 14 Mile Rd | 48083 | Closed Store | Closed Store |
| 3379 | 337900 | Waterford Twp. | MI | 5100 Dixie Hwy | 48329 | Open Store | Open Store |
| 8949 | 894900 | WAYLAND | MI | 1172 147Th Street | 49348 | Non-retail | Active Non-retail |
| 24651 | 2465100 | Wixom | MI | 46985 Enterprise Ct | 48393 | Non-retail | Active Non-retail |
| 8134 | 813400 | WYOMING | MI | 3455 Byron Center SW | 49519 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|-----|---------|----------|----------------|--------|
| 8162 | 816200 | Eden Prairie | MN | 7615 Golden Triangle Dr | 55344 | Non-retail | Active Non-retail |
| 9689 | 968900 | International Falls | MN | 1606 Hwy 11-71 | 56649 | Open Store | Open Store |
| 1112 | 111200 | Minnetonka | MN | 12431 Wayzata Blvd | 55305 | Open Store | Annc'd to Close |
| 4351 | 435100 | Rochester | MN | 201 Ninth St S E | 55904 | Open Store | Open Store |
| 1052 | 105200 | St Paul | MN | 425 Rice St | 55103 | Open Store | Annc'd to Close |
| 3059 | 305900 | St. Paul | MN | 245 E Maryland Ave | 55117 | Open Store | Open Store |
| 24546 | 2454600 | BRIDGETON | MO | 12930 Hollenberg Dr | 63044 | Non-retail | Active Non-retail |
| 7021 | 702100 | Cape Girardeau | MO | 11 South Kings Hwy 61 | 63703 | Open Store | Annc'd to Close |

| 9353 | 935300 | Crystal City | MO | 155 Twin City Mall | 63019 | Open Store | Open Store |
| 7323 | 732300 | FENTON | MO | 639 Gravois Bluffs Blvd; Ste B | 63026 | Non-retail | Active Non-retail |
| 4304 | 430400 | Florissant | MO | 1 Flower Valley Shp Ctr | 63033 | Open Store | Annc'd to Close |
| 1042 | 104202 | Joplin | MO | 101 N Rangeline Rd | 64801 | Non-retail | Active Non-retail |
| 7324 | 732400 | O'Fallon | MO | 20 O'Fallon Square | 63366 | Closed Store | Closed Store |
| 8701 | 870100 | RIVERSIDE | MO | 761 Nw Parkway | 64150 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 4026 | 402600 | St. Joseph | MO | 2901-5 N Belt Hwy | 64506 | Open Store | Annc'd to Close |
| 2939 | 293900 | Biloxi | MS | 2600 Beach Rd | 39531 | Open Store | Open Store |
| 7719 | 771900 | Columbus | MS | 2308 Highway 45 N | 39701 | Open Store | Annc'd to Close |
| 9520 | 952000 | Gulfport | MS | 12057-A Highway 49 | 39503 | Open Store | Open Store |
| 88776 | 8877600 | Olive Branch | MS | 10425 Ridgewood Dr | 38654 | Non-retail | Active Non-retail |
| 2106 | 210600 | Tupelo | MS | 1001 Barnes Crossing Rd | 38804 | Open Store | Open Store |
| 9808 | 980800 | Hamilton | MT | 1235 North First Street | 59840 | Open Store | Open Store |
| 4814 | 481400 | Havre | MT | 3180 Highway 2 West | 59501 | Closed Store | Closed Store |
| 7030 | 703000 | Kalispell | MT | 2024 Us Hwy 2 E | 59901 | Open Store | Open Store |

| 3886 | 388600 | Asheville | NC | 980 Brevard Road | 28806 | Open Store | Open Store |
| 4112 | 411200 | Asheville | NC | 1001 Patton Ave | 28806 | Open Store | Annc'd to Close |
| 2105 | 210500 | Burlington | NC | 100 Colonial Mall | 27215 | Open Store | Open Store |
| 8319 | 831900 | Charlotte | NC | 9801 A Southern Pine Blvd | 28273 | Non-retail | Active Non-retail |
| 8822 | 882200 | CHARLOTTE | NC | 4800 A Sirus Ln | 28208 | Non-retail | Active Non-retail |
| 24005 | 2400500 | CHARLOTTE | NC | 8301 Arrowridge Blvd; Suite A | 28273 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 7208 | 720800 | Clemmons | NC | 2455 Lewisville-Clemmon | 27012 | Open Store | Open Store |
| 1045 | 104500 | Durham-Northgate | NC | 1620 Guess Rd | 27701 | Open Store | Open Store |
| 1405 | 140500 | Fayetteville | NC | 400 Cross Creek Mall | 28303 | Open Store | Annc'd to Close |
| 2225 | 222500 | Goldsboro | NC | 703 N Berkeley Blvd | 27534 | Open Store | Annc'd to Close |
| 8704 | 870400 | GREENSBORO | NC | 651A Brigham Rd | 27409 | Non-retail | Active Non-retail |
| 24608 | 2460800 | GREENSBORO | NC | 4523 Green Point Drive | 27410 | Non-retail | Active Non-retail |
| 30961 | 3096103 | GREENSBORO | NC | 300 PENRY RD | 27405 | Non-retail | Active Non-retail |
| 2755 | 275500 | Jacksonville | NC | 344 Jacksonville Mall | 28546 | Open Store | Open Store |
| 9619 | 961900 | Morehead City | NC | 4841 Arendell St | 28557 | Open Store | Open Store |

| 9549 | 954900 | Morganton | NC | 110-112 Bost Rd | 28655 | Open Store | Open Store |
|------|--------|-----------|----|-----------------|-------|------------|------------|
| 1646 | 164600 | Pineville | NC | 11033 Carolina Place Pkwy | 28134 | Open Store | Annc'd to Close |
| 3667 | 366700 | Raleigh | NC | 8701 Six Forks Road | 27615 | Open Store | Open Store |
| 4450 | 445000 | Raleigh | NC | 4500 Western Blvd | 27606 | Open Store | Annc'd to Close |
| 7385 | 738500 | RALEIGH | NC | 819 E Six Forks Rd | 27609 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 1805 | 180500 | Raleigh (Crabtree) | NC | 4601 Glenwood Ave Unit 1 | 27612 | Open Store | Annc'd to Close |
| 3808 | 380800 | Statesville | NC | 1530 East Broad Street | 28625 | Open Store | Annc'd to Close |
| 7626 | 762600 | Waynesville | NC | 1300 Dellwood Road | 28786 | Open Store | Open Store |
| 3116 | 311600 | Wilmington | NC | 815 S College Rd | 28403 | Closed Store | Closed Store |
| 1375 | 137500 | Winston Salem | NC | 3320 Silas Creek Pkwy | 27103 | Open Store | Open Store |
| 4272 | 427200 | Bismarck | ND | 2625 State St | 58503 | Open Store | Open Store |
| 4057 | 405700 | Fargo | ND | 2301 S University Dr | 58103 | Open Store | Open Store |
| 4022 | 402200 | Grand Forks | ND | 1900 S Washington St | 58201 | Open Store | Open Store |
| 4353 | 435300 | Minot | ND | 1-20Th Ave S E | 58701 | Open Store | Open Store |
| 9319 | 931900 | Alliance | NE | 1515 W 3Rd | 69301 | Open Store | Open Store |
| 2421 | 242100 | Grand Island | NE | 175 Conestoga Mall | 68803 | Open Store | Open Store |

| 2023 | 202300 | Concord | NH | 270 Loudon Rd | 03301 | Open Store | Open Store |
| 3175 | 317500 | Hooksett | NH | 1267 Hooksett Rd | 03106 | Open Store | Open Store |
| 8703 | 870300 | Kingston | NH | 266 Route 125 | 03848 | Non-retail | Active Non-retail |
| 2443 | 244300 | Manchester | NH | 1500 S Willow St | 03103 | Open Store | Annc'd to Close |
| 1313 | 131300 | Nashua | NH | 310 Daniel Webster Hwy Ste 102 | 03060 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 1313 | 131302 | Nashua | NH | 310 Daniel Webster Hwy Ste 102 | 03060 | Non-retail | Active Non-retail |
| 2663 | 266300 | Portsmouth | NH | 50 Fox Run Rd Ste 74 | 03801 | Open Store | Annc'd to Close |
| 1003 | 100300 | Salem | NH | 77 Rockingham Park Blvd | 03079 | Open Store | Annc'd to Close |
| 4448 | 444800 | Salem | NH | 161 S Broadway | 03079 | Open Store | Open Store |
| 7048 | 704800 | West Lebanon | NH | 200 S Main | 03784 | Open Store | Open Store |
| 3438 | 343800 | Avenel | NJ | 1550 St George Ave | 07001 | Open Store | Open Store |
| 7177 | 717700 | Belleville | NJ | 371-411 Main Street | 07109 | Open Store | Open Store |
| 1464 | 146400 | Deptford | NJ | 1750 Deptford Cener Rd | 08096 | Open Store | Annc'd to Close |
| 24603 | 2460300 | EAST HANOVER | NJ | 50 Williams Parkway | 07936 | Non-retail | Active Non-retail |
| 1204 | 120400 | Freehold | NJ | 3710 US Hwy 9 Ste 1100 | 07728 | Open Store | Open Store |

| 3393 | 339300 | Glassboro | NJ | 779 Delsea Dr N | 08028 | Open Store | Annc'd to Close |
| 3499 | 349900 | Kearny | NJ | 200 Passaic Ave | 07032 | Open Store | Open Store |
| 9395 | 939500 | Lawnside | NJ | 200 White Horse Pike | 08045 | Closed Store | Closed Store |
| 1574 | 157400 | Middletown | NJ | 1500 Highway 35 | 07748 | Open Store | Annc'd to Close |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 24649 | 2464900 | MOORESTOWN | NJ | 41 TWISOME DR | 08057 | Non-retail | Active Non-retail |
| 78714 | 7871400 | Secaucus | NJ | 1000 New County Road | 07094 | Non-retail | Active Non-retail |
| 8835 | 883500 | SWEDESBORO | NJ | 2100 Center Square Road, Suite 125 (Bldg. K) | 08085 | Non-retail | Active Non-retail |
| 3071 | 307100 | Toms River | NJ | 213 Highway 37 E | 08753 | Open Store | Open Store |
| 4478 | 447800 | Trenton | NJ | 1061 Whitehorse-Mercervil | 08610 | Open Store | Open Store |
| 7602 | 760200 | Wall | NJ | 1825 Highway 35 | 07719 | Open Store | Open Store |
| 8380 | 838000 | WALL TOWNSHIP | NJ | 1324 Wyckoff Road | 07753 | Non-retail | Active Non-retail |
| 1434 | 143400 | Wayne | NJ | 50 Route 46 | 07470 | Open Store | Open Store |
| 3056 | 305600 | Wayne | NJ | 1020 Hamburg Turnpike | 07470 | Open Store | Open Store |
| 4470 | 447000 | West Long Branch | NJ | 108 Monmouth Rd | 07764 | Open Store | Open Store |
| 9413 | 941300 | West Orange | NJ | 235 Prospect Ave | 07052 | Open Store | Open Store |

| 3202 | 320200 | Westwood | NJ | 700 Broadway | 07675 | Open Store | Open Store |
| 8905 | 890500 | Albuquerque | NM | 5921 Midway Park Blvd NE | 87109 | Non-retail | Active Non-retail |
| 1287 | 128700 | Coronado | NM | 6600 Menaul Blvd Ne Ste 700 | 87110 | Open Store | Annc'd to Close |
| 2597 | 259700 | Farmington | NM | 4601 E Main St | 87402 | Open Store | Open Store |
| 7035 | 703500 | Farmington | NM | 3000 East Main St | 87402 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 7016 | 701600 | Hobbs | NM | 2220 North Grimes St | 88240 | Open Store | Open Store |
| 2527 | 252700 | Las Cruces | NM | 700 S Telshor Blvd | 88011 | Open Store | Open Store |
| 3301 | 330100 | Santa Fe | NM | 1712 St Michael`S Dr | 87505 | Open Store | Open Store |
| 3592 | 359200 | Las Vegas | NV | 5051 E Bonanza Rd | 89110 | Open Store | Open Store |
| 8970 | 897000 | LAS VEGAS | NV | 4320 N Lamb Blvd; Bldg 1 Ste 500 | 89115 | Non-retail | Active Non-retail |
| 5864 | 586400 | Las Vegas - Showroom | NV | 7370 S Dean Martin Drive Suite 401 | 89139 | Open Store | Open Store |
| 1328 | 132800 | Las Vegas(Blvd) | NV | 3450 S Maryland Pkwy | 89109 | Open Store | Open Store |
| 1668 | 166800 | Las Vegas(Meadows) | NV | 4000 Meadow Ln | 89107 | Open Store | Open Store |
| 5779 | 577900 | Reno - McPhails Showroom | NV | 7525 Colbert Dr Ste 108 | 89511 | Open Store | Open Store |
| 30960 | 3096000 | SPARKS | NV | 1750 FRANKLIN WAY | 89431 | Non-retail | Active Non-retail |
| 4741 | 474100 | Batavia | NY | 8363 Lewiston Road | 14020 | Open Store | Annc'd to Close |

| 9589 | 958900 | Bath | NY | Plaza 15Route 415 | 14810 | Open Store | Open Store |
| 9423 | 942300 | Bridgehampton | NY | 2044 Montauk Hwy | 11932 | Open Store | Open Store |
| 9420 | 942000 | Bronx | NY | 1998 Bruckner Blvd | 10473 | Open Store | Open Store |
| 3415 | 341500 | Buffalo | NY | 1001 Hertel Avenue | 14216 | Open Store | Open Store |
| 1984 | 198400 | Buffalo/Hamburg | NY | S 3701 Mckinley Pkwy | 14219 | Open Store | Open Store |
| 8854 | 885400 | CHEEKTOWAGA | NY | 60 Industrial Parkway | 14227 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 1623 | 162300 | Clay | NY | 4155 State Rt 31 | 13041 | Closed Store | Closed Store |
| 2453 | 245300 | Glens Falls | NY | Aviation Rd | 12804 | Open Store | Annc'd to Close |
| 9274 | 927400 | Greenwich | NY | West Main St R D #1 | 12834 | Open Store | Open Store |
| 7065 | 706500 | Horseheads | NY | 1020 Center Street | 14845 | Open Store | Open Store |
| 9381 | 938100 | Huntington | NY | 839 New York Ave | 11743 | Open Store | Open Store |
| 2584 | 258400 | Lakewood | NY | Rt 394 & Hunt Blvd | 14750 | Open Store | Annc'd to Close |
| 9415 | 941500 | Mahopac | NY | 987 Route 6 | 10541 | Open Store | Annc'd to Close |
| 4034 | 403400 | Mattydale | NY | 2803 Brewerton Rd | 13211 | Open Store | Open Store |
| 24601 | 2460100 | MELVILLE | NY | 35 Melville Park Rd | 11747 | Non-retail | Active Non-retail |

| 8959 | 895900 | MENANDS | NY | 279 Broadway | 12204 | Non-retail | Active Non-retail |
| 1414 | 141400 | Nanuet | NY | 75 W Route 59 Ste 100 | 10954 | Open Store | Annc'd to Close |
| 2933 | 293300 | New Hyde Park | NY | 1400 Union Tpke | 11040 | Open Store | Annc'd to Close |
| 24593 | 2459300 | NEW ROCHELLE | NY | 5 Plain Ave | 10801 | Non-retail | Active Non-retail |
| 7749 | 774900 | New York | NY | 250 W 34Th St | 10119 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 7777 | 777700 | New York | NY | 770 Broadway | 10003 | Open Store | Open Store |
| 2593 | 259300 | Newburgh | NY | 1401 Route 300 | 12550 | Open Store | Open Store |
| 4123 | 412300 | Niagara Falls | NY | 2590 Military Rd | 14304 | Open Store | Annc'd to Close |
| 4868 | 486800 | Riverhead | NY | 605 Old Country Rd | 11901 | Open Store | Annc'd to Close |
| 8102 | 810200 | ROCHESTER | NY | 100 Mushroom Blvd | 14623 | Non-retail | Active Non-retail |
| 2173 | 217300 | Saratoga | NY | 3065 Route 50 | 12866 | Open Store | Open Store |
| 3600 | 360000 | Schenectady | NY | 93 West Campbell Rd | 12306 | Open Store | Annc'd to Close |
| 7676 | 767600 | Sidney | NY | 171 Delaware Ave | 13838 | Open Store | Open Store |
| 1624 | 162400 | Staten Island | NY | 283 Platinum Ave | 10314 | Open Store | Open Store |
| 8753 | 875300 | SYOSSET | NY | 225 Robbins Lane | 11791 | Non-retail | Active Non-retail |

112

| 1584 | 158400 | Victor | NY | 200 Eastview Mall | 14564 | Open Store | Annc'd to Close |
| 2683 | 268300 | Watertown | NY | I-81 & Arsenal Rt 3 | 13601 | Open Store | Open Store |
| 7677 | 767700 | Wellsville | NY | 121 Bolivar Rd | 14895 | Open Store | Open Store |
| 9392 | 939200 | West Seneca | NY | 349 Orchard Park Rd | 14224 | Open Store | Annc'd to Close |
| 1674 | 167400 | White Plains | NY | 100 Main St | 10601 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|-----|---------|----------|----------------|--------|
| 9416 | 941600 | White Plains | NY | 399 Tarrytown Rd | 10607 | Open Store | Open Store |
| 1733 | 173300 | Yonkers | NY | Rte 87(Ny St)& Cross Ct Pkwy | 10704 | Open Store | Open Store |
| 9414 | 941400 | Yorktown Heights | NY | Rte 118, 355 Downing Dr | 10598 | Open Store | Open Store |
| 1944 | 194400 | Yorktown Hts | NY | 600 Lee Blvd | 10598 | Open Store | Annc'd to Close |
| 7383 | 738300 | Barberton | OH | 241 Wooster Rd North | 44203 | Open Store | Open Store |
| 3286 | 328600 | Brunswick | OH | 3301 Center Rd | 44212 | Open Store | Open Store |
| 1410 | 141000 | Canton | OH | 4100 Belden Village Mall | 44718 | Open Store | Open Store |
| 4937 | 493700 | Chillicothe | OH | 1470 North Bridge Street | 45601 | Open Store | Annc'd to Close |
| 1810 | 181000 | Cincinnati-Eastgate | OH | 4595 Eastgate Blvd | 45245 | Open Store | Open Store |
| 3013 | 301300 | Cleveland | OH | 7701 Broadview Road | 44131 | Open Store | Open Store |
| 8790 | 879000 | CLEVELAND | OH | 4620 Hickley Industrial Pkwy | 44109 | Non-retail | Active Non-retail |

| 8712 | 871200 | COLUMBUS | OH | 1621 Georgesville Rd | 43228 | Non-retail | Active Non-retail |
| 8862 | 886200 | COLUMBUS | OH | 5330 Crosswind Dr; Ste A | 43228 | Non-retail | Active Non-retail |
| 24545 | 2454500 | COLUMBUS | OH | 2204 City Gate Drive | 43219 | Non-retail | Active Non-retail |
| 1560 | 156000 | Dayton Mall | OH | 2700 Miamisburg Centerville Rd | 45459 | Open Store | Annc'd to Close |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 7209 | 720900 | East Liverpool | OH | 15891 State Rt 170 | 43920 | Open Store | Annc'd to Close |
| 9096 | 909600 | Fostoria | OH | 620 Plaza Dr | 44830 | Open Store | Open Store |
| 7595 | 759500 | Gahanna | OH | 845 Claycraft Road | 43230 | Non-retail | Active Non-retail |
| 7397 | 739700 | Grove City | OH | 2400 Stringtown Road | 43123 | Open Store | Open Store |
| 30962 | 3096204 | GROVEPORT | OH | 5765 GREEN POINTE DRIVE | 43125 | Non-retail | Active Non-retail |
| 7644 | 764400 | Harrison | OH | 10560 Harrison Avenue | 45030 | Open Store | Open Store |
| 25016 | 2501600 | LEWIS CENTER | OH | 8482 COTTER ST | 43035 | Non-retail | Active Non-retail |
| 7477 | 747700 | Marietta | OH | 502 Pike Street | 45750 | Open Store | Open Store |
| 4257 | 425700 | Middleburg Heights | OH | 17840 Bagley Rd | 44130 | Open Store | Annc'd to Close |
| 1430 | 143000 | Middleburg Hts | OH | 6950 W 130Th St | 44130 | Non-retail | Active Non-retail |

114

| 8918 | 891800 | MONROE | OH | 4425 Salzman Road | 45044 | Non-retail | Active Non-retail |
| 1564 | 156400 | Niles | OH | 5320 Youngstown Rd | 44446 | Open Store | Annc'd to Close |
| 3243 | 324300 | North Canton | OH | 1447 N Main St | 44720 | Open Store | Open Store |
| 1210 | 121000 | Polaris | OH | 1400 Polaris Pkwy | 43240 | Open Store | Open Store |
| 2104 | 210400 | St Clairsville | OH | Banfield Rd & I-70 | 43950 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 3142 | 314200 | Tallmadge | OH | 555 South Ave | 44278 | Open Store | Open Store |
| 24538 | 2453800 | WARRENSVLL HT | OH | 4829 Galaxy Pky | 44128 | Non-retail | Active Non-retail |
| 4782 | 478200 | Clinton | OK | 2501 Redwheat Drive | 73601 | Open Store | Open Store |
| 26716 | 2671600 | LAWTON | OK | 416 Se F Ave | 73501 | Non-retail | Active Non-retail |
| 2311 | 231100 | Norman | OK | 3201 W Main St | 73072 | Open Store | Annc'd to Close |
| 1091 | 109100 | Okla City/Sequoyah | OK | 4400 S Western Ave | 73109 | Closed Store | Closed Store |
| 8931 | 893100 | OKLAHOMA CITY | OK | 1425 S Central | 73129 | Non-retail | Active Non-retail |
| 4363 | 436300 | TULSA | OK | 3643 S 73Rd East Ave | 74145 | Non-retail | Active Non-retail |
| 24024 | 2402400 | TULSA | OK | 12626 E. 60Th Street | 74146 | Non-retail | Active Non-retail |

| 1151 | 115100 | Tulsa Woodland Hls | OK | 6929 S Memorial Dr | 74133 | Open Store | Annc'd to Close |
| 4455 | 445500 | Beaverton | OR | 3955 S W Murray Blvd | 97005 | Open Store | Annc'd to Close |
| 6374 | 637400 | CLACKAMAS | OR | 14658 Se 82Nd Dr | 97015 | Non-retail | Active Non-retail |
| 24562 | 2456200 | Clackamas | OR | 16131 Se Evelyn Street | 97015 | Non-retail | Active Non-retail |
| 3839 | 383900 | Corvallis | OR | 400 North East Circle Blv | 97330 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 8883 | 888300 | EUGENE | OR | 4725 Pacific Ave | 97402 | Non-retail | Active Non-retail |
| 1119 | 111900 | Happy Valley | OR | 11800 SE 82nd Ave | 97086 | Open Store | Annc'd to Close |
| 2179 | 217900 | Medford | OR | 501 Medford Ctr | 97504 | Open Store | Open Store |
| 8228 | 822800 | Portland | OR | 12402 Ne Marx Street | 97230 | Non-retail | Active Non-retail |
| 8841 | 884100 | PORTLAND | OR | 15427 Ne Airport Way | 97230 | Non-retail | Active Non-retail |
| 2715 | 271500 | Salem | OR | 955 Lancaster Dr Ne | 97301 | Open Store | Annc'd to Close |
| 2119 | 211900 | Salem(Lancaster) | OR | 827 Lancaster Dr Ne | 97301 | Open Store | Annc'd to Close |
| 3888 | 388800 | The Dalles | OR | 2640 West Sixth St | 97058 | Open Store | Open Store |
| 1079 | 107900 | Washington Sq | OR | 9800 Sw Washington Square Rd | 97223 | Open Store | Annc'd to Close |

| 3361 | 336100 | Allentown | PA | 1502 South Fourth St | 18103 | Open Store | Annc'd to Close |
| 8744 | 874400 | ALLENTOWN | PA | 1820 Race Street | 18109 | Non-retail | Active Non-retail |
| 2494 | 249400 | Altoona | PA | 5580 Goods Lane Suite 1005 | 16602 | Open Store | Open Store |
| 4150 | 415000 | Altoona | PA | 528 W Plank Road | 16602 | Open Store | Annc'd to Close |
| 8875 | 887500 | Altoona | PA | 700 N Third Avenue | 16601 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 1454 | 145400 | Bensalem/Crnwls Hts | PA | 100 Neshaminy Mall | 19020 | Open Store | Annc'd to Close |
| 9161 | 916100 | Berwick | PA | 1520 W Front St | 18603 | Open Store | Open Store |
| 24411 | 2441100 | BRIDGEVILLE | PA | 300 Bursca Drive; Suite 303 | 15017 | Non-retail | Active Non-retail |
| 1711 | 171100 | Camp Hill | PA | 3505 Capitol Hill City Mall Dr | 17011 | Open Store | Open Store |
| 7746 | 774600 | Carlisle | PA | 1180 Walnut Bottom Rd | 17013 | Open Store | Annc'd to Close |
| 3225 | 322500 | Chambersburg | PA | 1005 Wayne Ave | 17201 | Open Store | Open Store |
| 8781 | 878100 | Chambersburg | PA | 1475 Nitterhouse Dr | 17201 | Non-retail | Active Non-retail |
| 7293 | 729300 | Clifton Heights | PA | 713 E Baltimore Pike | 19018 | Open Store | Open Store |
| 3911 | 391100 | Columbia | PA | 3975 Columbia Ave | 17512 | Open Store | Open Store |
| 3737 | 373700 | Doylestown | PA | 4377 Route 313 | 18901 | Open Store | Open Store |

| 2124 | 212400 | Dubois | PA | 5522 Shaffer Rd Ste 129 | 15801 | Open Store | Annc'd to Close |
| 7192 | 719200 | Easton | PA | 320 South 25Th Street | 18042 | Open Store | Open Store |
| 3266 | 326600 | Edwardsville | PA | U S Route 11 Mark Plaza | 18704 | Open Store | Open Store |
| 3963 | 396300 | Elizabethtown | PA | 1605 South Market Street | 17022 | Open Store | Open Store |
| 9662 | 966200 | Ephrata | PA | 1127 S State St | 17522 | Open Store | Open Store |
| 4113 | 411300 | Erie | PA | 2873 W 26Th Street | 16506 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 24517 | 2451700 | EXPORT | PA | 1022 Corporate Lane, Bldg #2 | 15632 | Non-retail | Active Non-retail |
| 8873 | 887300 | GOULDSBORO | PA | 400 First Avenue | 18424 | Non-retail | Active Non-retail |
| 2244 | 224400 | Hanover | PA | 1155 Carlisle St Ste 5 | 17331 | Closed Store | Closed Store |
| 6814 | 681400 | Hermitage | PA | 3235 E State-Shennango Vly Ml | 16148 | Open Store | Annc'd to Close |
| 3597 | 359700 | Holmes | PA | 600 Macdade Blvd | 19043 | Open Store | Open Store |
| 7470 | 747000 | Hummelstown | PA | 1170 Mae Street | 17036 | Open Store | Annc'd to Close |
| 1064 | 106400 | Langhrn/Oxford Vly | PA | 2300 E Lincoln Hwy | 19047 | Open Store | Annc'd to Close |
| 7699 | 769900 | Lebanon | PA | 1745 Quentin | 17042 | Open Store | Open Store |
| 7372 | 737200 | Leechburg | PA | 451 Hude Park Road | 15656 | Open Store | Open Store |

| 3884 | 388400 | Matamoras | PA | 111 Hulst Dr, Ste 722 | 18336 | Open Store | Annc'd to Close |
| 433 | 43300 | MIDDLETOWN | PA | 2040 N Union St | 17057 | Non-retail | Active Non-retail |
| 8275 | 827500 | Morrisville | PA | One Kresge Rd | 19030 | Non-retail | Active Non-retail |
| 6254 | 625400 | New Castle | PA | 2500 W State StUnion Plz | 16101 | Open Store | Open Store |
| 7083 | 708300 | New Castle | PA | 2650 Ellwood Rd | 16101 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 4054 | 405400 | New Kensington | PA | 100 Tarentum Rd | 15068 | Open Store | Annc'd to Close |
| 4064 | 406400 | North Versailles | PA | 1901 Lincoln Hwy | 15137 | Open Store | Open Store |
| 3527 | 352700 | Philadelphia | PA | 7101 Roosevelt Blvd | 19149 | Open Store | Open Store |
| 9409 | 940900 | Phoenixville | PA | 1000 Nutt Rd | 19460 | Open Store | Annc'd to Close |
| 4010 | 401000 | Pittsburgh | PA | 880 Butler Street | 15223 | Open Store | Annc'd to Close |
| 8724 | 872400 | PITTSBURGH | PA | 27 51St St | 15201 | Non-retail | Active Non-retail |
| 9438 | 943800 | Pleasant Hills | PA | 720 Clairton Blvd/Rte 51 | 15236 | Open Store | Annc'd to Close |
| 1484 | 148400 | Reading | PA | Warren St Bypass & Bern Rd | 19610 | Open Store | Open Store |
| 1034 | 103400 | Ross Park | PA | 1008 Ross Park Mall Dr | 15237 | Closed Store | Closed Store |

| 8976 | 897600 | ROYERSFORD | PA | 477 N Lewis Rd | 19468 | Non-retail | Active Non-retail |
| 24527 | 2452700 | SHARON HILL | PA | 800 Calcon Hook Rd | 19079 | Non-retail | Active Non-retail |
| 3136 | 313600 | Shillington | PA | 1 Parkside Ave | 19607 | Open Store | Open Store |
| 1334 | 133400 | South Hills | PA | 300 S Hills Vlg | 15241 | Closed Store | Closed Store |
| 2605 | 260500 | State College | PA | 183 Shiloh Rd | 16801 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 8962 | 896200 | STEELTON | PA | 1235 S Harrisburg St | 17113 | Non-retail | Active Non-retail |
| 2074 | 207400 | Stroudsburg | PA | 344 Stroud Mall | 18360 | Open Store | Open Store |
| 9539 | 953900 | Thorndale | PA | 3205 Lincoln Hwy | 19372 | Open Store | Annc'd to Close |
| 4713 | 471300 | Towanda | PA | Rt #6 Brandford Town Ctr | 18848 | Open Store | Open Store |
| 3954 | 395400 | Walnutport | PA | 400 North Best Ave | 18088 | Open Store | Open Store |
| 2114 | 211400 | Washington | PA | 1500 W Chestnut St | 15301 | Open Store | Open Store |
| 7374 | 737400 | West Chester | PA | 985 Paoli Pike | 19380 | Open Store | Open Store |
| 1154 | 115400 | Whitehall | PA | 1259 Whitehall Mall | 18052 | Open Store | Open Store |
| 443 | 44300 | WILKES BARRE | PA | Hanover Industrial Pk | 13656 | Non-retail | Active Non-retail |
| 3268 | 326800 | Wilkes-Barre | PA | 910 Wilkes Barre Twp Blvd | 18702 | Open Store | Open Store |
| 3390 | 339000 | Williamsport | PA | 1915 E Third St | 17701 | Open Store | Open Store |

| 3810 | 381000 | Willow Street | PA | 2600 N Willow Street Pike | 17584 | Open Store | Open Store |
| 3949 | 394900 | Wind Gap | PA | 803 Male Rd | 18091 | Open Store | Open Store |
| 4732 | 473200 | Aguadilla | PR | Road 2 Km 126.5 | 00605 | Open Store | Open Store |
| 7566 | 756600 | Arecibo | PR | State Road 2 Km 80.2 | 00612 | Open Store | Open Store |
| 7570 | 757000 | Bayamon | PR | Plaza Rio Hondo & Comerio Ave | 00961 | Open Store | Open Store |
| 7788 | 778800 | Bayamon | PR | Pr 167 & Las Cumbres | 00957 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 1085 | 108500 | Caguas | PR | Intsctn St Rd Pr 1 & Pr 156 | 00725 | Open Store | Open Store |
| 4858 | 485800 | Caguas | PR | Calle Betances Final #400 | 00726 | Open Store | Open Store |
| 7419 | 741900 | Caguas | PR | Rafael Cordero & Hwy 30 | 00725 | Open Store | Open Store |
| 1925 | 192500 | Carolina | PR | Carolina S/C | 00988 | Open Store | Open Store |
| 7665 | 766500 | Carolina | PR | 65Th Infantry Ave | 00985 | Open Store | Open Store |
| 7446 | 744600 | Cayey | PR | Carr Rt #1 - Km 106 | 00736 | Open Store | Open Store |
| 2085 | 208500 | Fajardo | PR | State Rd 3 | 00738 | Open Store | Open Store |
| 2675 | 267500 | Guayama | PR | Road 3 Km.L34.7 | 00784 | Open Store | Open Store |
| 7768 | 776800 | Guaynabo | PR | Pr 20 And Esmeralda | 00969 | Open Store | Open Store |
| 7842 | 784200 | HATO REY | PR | Plz Las Americas Mall | 00918 | Open Store | Open Store |
| 3993 | 399300 | Juana Diaz | PR | State Rd 149&State Rd 584 | 00795 | Open Store | Open Store |
| 1935 | 193502 | Mayaguez | PR | 975 Hostos Ave Ste 110 | 00680 | Non-retail | Active Non-retail |

| 3882 | 388200 | Mayaguez | PR | Pr Rte #2; Km 149.5 | 00680 | Open Store | Open Store |
| 2385 | 238500 | Naranjito | PR | El Mercado Plaza | 00782 | Open Store | Open Store |
| 1945 | 194500 | Ponce | PR | Plaza Del Caribe 2050 (Rd 2) | 00731 | Open Store | Open Store |
| 1945 | 194502 | Ponce | PR | Plaza Del Caribe 2050 (Rd 2) | 00731 | Non-retail | Active Non-retail |
| 7741 | 774100 | Ponce | PR | 2643 Ponce Bypass | 00728 | Open Store | Open Store |
| 4844 | 484400 | Rio Piedras | PR | 9410 Ave Los Romeros | 00926 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 3896 | 389600 | San German | PR | Castro Perez Ave (Pr 122) | 00683 | Open Store | Open Store |
| 4490 | 449000 | San Juan | PR | Caparra Hgts - San Patricio S/C Roosevelt & San Patricio Avenues | 00920 | Open Store | Open Store |
| 4494 | 449400 | Trujillo Alto | PR | 200 Carr 181 | 00976 | Open Store | Open Store |
| 7784 | 778400 | Vega Alta | PR | Carr 2, Estatal, Plaza Caribe Mall | 00692 | Open Store | Open Store |
| 7752 | 775200 | Yauco | PR | Sr 128 @ Sr 2 Km 0.5 | 00698 | Open Store | Open Store |
| 24560 | 2456000 | CAYCE | SC | 2110 Commerce Dr | 29033 | Non-retail | Active Non-retail |
| 4016 | 401600 | Greenville | SC | Church St Extension | 29605 | Open Store | Open Store |
| 8846 | 884600 | GREENVILLE | SC | 115 Haywood Rd | 29607 | Non-retail | Active Non-retail |
| 8858 | 885800 | Ladson | SC | 3831 Commercial Cneter Rd | 29456 | Non-retail | Active Non-retail |
| 7616 | 761600 | Lexington | SC | 748 W Main Street | 29072 | Open Store | Open Store |

| 7274 | 727400 | Mauldin | SC | 129 West Butler Avenue | 29662 | Open Store | Annc'd to Close |
| 2807 | 280700 | Rock Hill | SC | 2197 Dave Lyle Blvd | 29730 | Open Store | Open Store |
| 7043 | 704300 | Rock Hill | SC | 2302 Cherry Rd | 29732 | Open Store | Annc'd to Close |
| 7062 | 706200 | Sumter | SC | 1143 Broad St | 29150 | Open Store | Open Store |
| 4141 | 414100 | West Columbia | SC | 1500 Charleston Hwy | 29169 | Open Store | Open Store |
| 4170 | 417000 | Rapid City | SD | 1111 E North St | 57701 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 7241 | 724100 | Bartlett | TN | 8024 Stage Hills Blvd | 38133 | Non-retail | Active Non-retail |
| 1115 | 111500 | Chattanooga | TN | 2100 Hamilton Place Blvd | 37421 | Open Store | Annc'd to Close |
| 8037 | 803700 | CHATTANOOGA | TN | 6300 Enterprise Park Dr; Ste A | 37416 | Non-retail | Active Non-retail |
| 2335 | 233500 | Clarksville | TN | 2801 Wilma Rudolph Blvd | 37040 | Open Store | Annc'd to Close |
| 1146 | 114600 | Cordova | TN | 2800 N Germantown Prkway | 38133 | Open Store | Annc'd to Close |
| 2036 | 203600 | Jackson | TN | 2021 N Highland Ave | 38305 | Open Store | Open Store |
| 2265 | 226500 | Johnson City | TN | 2011 N Roan St | 37601 | Open Store | Open Store |
| 7460 | 746000 | Knoxville | TN | 6909 Maynardville Pike Ne | 37918 | Open Store | Annc'd to Close |
| 8947 | 894700 | KNOXVILLE | TN | 114 Sherlake Rd | 37922 | Non-retail | Active Non-retail |

| 9621 | 962100 | Lebanon | TN | 1443 W Main St | 37087 | Open Store | Open Store |
| 2156 | 215600 | Maryville | TN | 198 Foothills Mall | 37801 | Open Store | Open Store |
| 8756 | 875600 | Memphis | TN | 3952 Willow Lake Blvd; Bldg 5 | 38118 | Non-retail | Active Non-retail |
| 24542 | 2454200 | MEMPHIS | TN | 1710 Shelby Oaks Drive | 38133 | Non-retail | Active Non-retail |
| 2226 | 222600 | Murfreesboro | TN | 1720 Old Fort Pkwy | 37129 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 8206 | 820600 | NASHVILLE | TN | 640 Thompson Lane | 37211 | Non-retail | Active Non-retail |
| 24611 | 2461100 | NASHVILLE | TN | 5010 Linbar Drive # 125 | 37211 | Non-retail | Active Non-retail |
| 9735 | 973500 | Sevierville | TN | 217 Forks Of River Pkwy | 37862 | Open Store | Open Store |
| 1395 | 139500 | West Town | TN | 7600H Kingston Pike | 37919 | Open Store | Annc'd to Close |
| 1387 | 138700 | Amarillo | TX | 7701 1-40 W | 79121 | Open Store | Open Store |
| 1137 | 113700 | Austin | TX | 1000 E 41St | 78751 | Open Store | Annc'd to Close |
| 1357 | 135700 | Austin/Barton Creek | TX | 2901 S Capitol Of Texas Hwy | 78746 | Open Store | Annc'd to Close |
| 1327 | 132700 | Baytown | TX | 1000 San Jacinto Mall | 77521 | Open Store | Annc'd to Close |
| 30954 | 3095400 | Brownsville | TX | 2440 Pablo Kisel Blvd | 78526 | Closed Store | Closed Store |

| 1217 | 121702 | Corpus Christi | TX | 1305 Airline Rd | 78412 | Non-retail | Active Non-retail |
| 8870 | 887000 | DALLAS | TX | 1600 Roe St | 75215 | Non-retail | Active Non-retail |
| 8021 | 802100 | EL PASO | TX | 39B Concord | 79906 | Non-retail | Active Non-retail |
| 24554 | 2455400 | El Paso | TX | 1335 Geronimo Dr | 79925 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 1080 | 108000 | Frisco | TX | 2605 Preston Rd | 75034 | Open Store | Annc'd to Close |
| 447 | 44700 | GARLAND | TX | 2775 W Miller Rd | 75042 | Non-retail | Active Non-retail |
| 8907 | 890700 | GARLAND | TX | 1501 Kings Rd | 75042 | Non-retail | Active Non-retail |
| 8807 | 880700 | GRAPEVINE | TX | 615 Westport Pkwy; Ste 200 | 76051 | Non-retail | Active Non-retail |
| 2537 | 253700 | Harlingen | TX | 2002 S Expy 83 | 78552 | Open Store | Annc'd to Close |
| 24011 | 2401100 | HOUSTON | TX | 10055 Regal Row | 77040 | Non-retail | Active Non-retail |
| 1277 | 127700 | Ingram | TX | 6301 Nw Loop 410 | 78238 | Open Store | Annc'd to Close |
| 2147 | 214700 | Irving | TX | 2501 Irving Mall | 75062 | Open Store | Annc'd to Close |
| 2487 | 248700 | Killeen | TX | 2000 Killeen Mall | 76543 | Open Store | Open Store |

| 2247 | 224702 | Laredo | TX | 5300 San Dario Ave | 78041 | Non-retail | Active Non-retail |
| 2557 | 255700 | Longview | TX | 3510 Mccann Rd | 75605 | Open Store | Open Store |
| 1247 | 124700 | Lubbock | TX | 6002 Slide Rd | 79414 | Open Store | Annc'd to Close |
| 4389 | 438900 | McAllen | TX | 1801 South 10Th Street | 78503 | Open Store | Open Store |
| 7972 | 797200 | McAllen | TX | 3701 North McColl | 78503 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1067 | 106700 | Memorial | TX | 303 Memorial City Mall | 77024 | Open Store | Annc'd to Close |
| 8922 | 892200 | PFLUGERSVILLE | TX | 828 New Meister Lane, Suite 100 | 78660 | Non-retail | Active Non-retail |
| 1629 | 162900 | Pharr | TX | 500 N. Jackson Road | 78577 | Open Store | Open Store |
| 9767 | 976700 | PLANO | TX | 2301 West Plano Parkwayl, Suite 201 | 75075 | Non-retail | Active Non-retail |
| 2637 | 263700 | Port Arthur | TX | 3100 FM 365 | 77642 | Open Store | Open Store |
| 1207 | 120700 | Richardson | TX | 201 S Plano Rd | 75081 | Open Store | Open Store |
| 1097 | 109700 | San Antonio | TX | 2310 Sw Military Dr | 78224 | Open Store | Open Store |
| 8747 | 874700 | SAN ANTONIO | TX | 1331 N Pine St | 78202 | Non-retail | Active Non-retail |
| 9507 | 950700 | SAN ANTONIO | TX | 1560 CABLE RANCH RD | 78245 | Non-retail | Active Non-retail |

| 24029 | 2402900 | SAN ANTONIO | TX | 5696 Randolph Blvd | 78239 | Non-retail | Active Non-retail |
| 1127 | 112700 | Shepherd | TX | 4000 N Shepherd Dr | 77018 | Open Store | Open Store |
| 1227 | 122700 | Southwest Ctr | TX | 3450 W Camp Wisdom Rd | 75237 | Open Store | Annc'd to Close |
| 2077 | 207700 | Tyler | TX | 4701 S Broadway Ave | 75703 | Open Store | Annc'd to Close |
| 2617 | 261700 | Victoria | TX | 7508 N Navarro St | 77904 | Open Store | Annc'd to Close |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 1367 | 136700 | Waco | TX | 6001 W Waco Dr | 76710 | Open Store | Open Store |
| 8948 | 894800 | SALT LAKE CTY | UT | 175 W 1300 South | 84115 | Non-retail | Active Non-retail |
| 24604 | 2460400 | SALT LAKE CTY | UT | 2027 S 4130 W | 84104 | Non-retail | Active Non-retail |
| 9794 | 979400 | St. George | UT | 785 S Bluff | 84770 | Open Store | Open Store |
| 1888 | 188800 | West Jordan | UT | 7453 S Plaza Center Dr | 84084 | Open Store | Annc'd to Close |
| 1284 | 128400 | Alexandria | VA | 5901 Duke St | 22304 | Open Store | Open Store |
| 4483 | 448300 | Annandale | VA | 4251 John Marr Drive | 22003 | Open Store | Annc'd to Close |
| 2435 | 243500 | Charlottesville | VA | 1531 Rio Rd E | 22901 | Open Store | Open Store |
| 3471 | 347100 | Chesapeake | VA | 2001 South Military Hwy | 23320 | Open Store | Open Store |
| 8838 | 883800 | CHESAPEAKE | VA | 713 Fenway Ave; Ste D | 23323 | Non-retail | Active Non-retail |

| 1615 | 161500 | Chspk/Greenbrier | VA | 1401 Greenbrier Pkwy | 23320 | Closed Store | Closed Store |
| 8823 | 882300 | DULLES | VA | 45065 Old Ox Rd | 20166 | Non-retail | Active Non-retail |
| 1814 | 181400 | Fairfax | VA | 12000 Fair Oaks Mall | 22033 | Open Store | Annc'd to Close |
| 1024 | 102400 | Falls Church | VA | 6211 Leesburg Pike | 22044 | Open Store | Open Store |
| 2694 | 269400 | Fredericksburg | VA | 100 Spotsylvania Mall | 22407 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 1575 | 157500 | Hampton | VA | 100 Newmarket Fair Mall | 23605 | Open Store | Annc'd to Close |
| 8836 | 883600 | RICHMOND | VA | 4100 Tomlyn St | 23230 | Non-retail | Active Non-retail |
| 24552 | 2455200 | RICHMOND | VA | 5340 S Laburnum Ave | 23231 | Non-retail | Active Non-retail |
| 7415 | 741500 | Springfield | VA | 6364 Springfield Plaza | 22150 | Open Store | Annc'd to Close |
| 3785 | 378500 | Tabb | VA | 5007 Victory Blvd | 23693 | Open Store | Open Store |
| 1265 | 126500 | Virginia Beach | VA | 4588 Virginia Beach Blvd | 23462 | Closed Store | Closed Store |
| 7717 | 771700 | Waynesboro | VA | 2712 W Main St | 22980 | Open Store | Annc'd to Close |
| 7259 | 725900 | Williamsburg | VA | 118 Waller Mill Rd | 23185 | Open Store | Annc'd to Close |
| 2784 | 278400 | Winchester | VA | 1850 Apple Blossom Dr | 22601 | Open Store | Open Store |

| 7413 | 741300 | Frederiksted | VI | Remainder Matriculate #1 | 00840 | Open Store | Open Store |
| 3972 | 397200 | St. Croix | VI | Sunny Isle S/C, Space #1 | 00820 | Open Store | Open Store |
| 3829 | 382900 | St. Thomas | VI | 26 - A Tutu Park Mall | 00802 | Open Store | Open Store |
| 7793 | 779300 | St. Thomas | VI | 9000 Lockhart Gdns S/C; Ste 1 | 00802 | Open Store | Open Store |
| 45061 | 4506100 | COLCHESTER | VT | 4 ACORN LANE | 03848 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|-----|---------|----------|----------------|--------|
| 3133 | 313300 | Bellingham | WA | 1001 E Sunset Drive | 98226 | Open Store | Annc'd to Close |
| 2049 | 204900 | Everett | WA | 1302 Se Everett Mall Way | 98208 | Open Store | Open Store |
| 2329 | 232900 | Kennewick(Pasco) | WA | 1321 N Columbia Center Blvd | 99336 | Open Store | Open Store |
| 3413 | 341300 | Kent | WA | 24800 W Valley Hwy | 98032 | Closed Store | Closed Store |
| 8709 | 870900 | KENT | WA | 7650 S 228Th St | 98032 | Non-retail | Active Non-retail |
| 8897 | 889700 | KENT | WA | 6250 S. 196Th Street | 98032 | Non-retail | Active Non-retail |
| 2330 | 233000 | Puyallup | WA | 3500 S MeridianSte 900 | 98373 | Open Store | Annc'd to Close |
| 2329 | 232902 | Richland | WA | 1661 B Fowler St | 99352 | Non-retail | Active Non-retail |
| 36692 | 3669200 | Seattle | WA | 701 5th Ave | 98104 | Non-retail | Active Non-retail |
| 38167 | 3816700 | Seattle | WA | 1415 NE 45th Street | 98105 | Non-retail | Active Non-retail |

| 24526 | 2452600 | Seattle/Tukwilla | WA | 12628 Interurban Ave South | 98168 | Non-retail | Active Non-retail |
| 8004 | 800400 | Spokane | WA | 10424 W Aero Rd | 99004 | Non-retail | Active Non-retail |
| 9480 | 948000 | SPOKANE | WA | 12310 Mirabeau Parkway; Suite 500 | 99216 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 2239 | 223900 | Vancouver | WA | 8800 Ne Vancouver Mall Dr | 98662 | Open Store | Annc'd to Close |
| 7034 | 703400 | Walla Walla | WA | 2200 East Isaacs Ave | 99362 | Open Store | Open Store |
| 24555 | 2455500 | BROOKFIELD | WI | 13040 W Lisbon Rd; Bldg 2 Ste 300 | 53005 | Non-retail | Active Non-retail |
| 8968 | 896800 | JANESVILLE | WI | 3920 Kennedy Rd | 53545 | Non-retail | Active Non-retail |
| 7648 | 764800 | Mauston | WI | 800 North Union | 53948 | Open Store | Open Store |
| 8220 | 822000 | NEW BERLIN | WI | 16255-16351 W LINCOLN AVE | 53151 | Non-retail | Active Non-retail |
| 3692 | 369200 | Oconomowoc | WI | 1450 Summit Avenue | 53066 | Open Store | Open Store |
| 3851 | 385100 | Racine | WI | 5141 Douglas Ave | 53402 | Open Store | Open Store |
| 7649 | 764900 | Ripon | WI | 1200 West Fond Du Lac St | 54971 | Open Store | Open Store |
| 8725 | 872500 | VANDENBROEK | WI | N 168 Apoltolic Rd | 54140 | Non-retail | Active Non-retail |
| 3750 | 375000 | Waupaca | WI | 830 West Fulton St | 54981 | Open Store | Open Store |

| 8782 | 878200 | WAUWATOSA | WI | 4320 N. 124Th Street | 53222 | Non-retail | Active Non-retail |
| 6375 | 282601 | Bridgeport | WV | 225 Meadowbrook Mall | 26330 | Open Store | Open Store |
| 4188 | 418800 | Charleston | WV | 1701 4Th Ave W | 25387 | Open Store | Annc'd to Close |
| 4442 | 444200 | Charleston | WV | 6531 Mccorkle Avenue S E | 25304 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 3484 | 348400 | Elkview | WV | I-79/Us 43 Crossings Mall | 25071 | Open Store | Open Store |
| 3724 | 372400 | Scott Depot | WV | 101 Great Teays Blvd | 25560 | Open Store | Annc'd to Close |
| 2304 | 230400 | Westover/Morgantown | WV | 9520 Mall Rd | 26501 | Open Store | Annc'd to Close |
| 2341 | 234100 | Casper | WY | 701 Se Wyoming Blvd | 82609 | Open Store | Annc'd to Close |
| 4736 | 473600 | Casper | WY | 4000 East 2Nd Street | 82609 | Open Store | Annc'd to Close |
| 2371 | 237100 | Cheyenne | WY | 1400 Del Range Blvd | 82009 | Closed Store | Closed Store |
| 4863 | 486300 | Gillette | WY | 2150 South Douglas Hwy | 82716 | Open Store | Annc'd to Close |
| 7139 | 713900 | Jackson | WY | 510 S Hwy 89 | 83002 | Open Store | Open Store |
| 30938 | 3093800 | Glendale | AZ | 6767 West Bell Road | 85308 | Closed Store | Closed Store |

## Exhibit B

**Junior DIP Term Sheet**

 **GREAT AMERICAN CAPITAL PARTNERS**

## Summary of Indicative Terms and Conditions – November 2018

The following summary of terms ("**Term Sheet**") outlines a credit facility to be provided by GACP II L.P. or its affiliates or its designees, (together, "**GACP**") and other parties hereto, executing this Term Sheet in their capacity as lenders (collectively with GACP, the "**DIP Lenders**") to Sears Roebuck Acceptance Corp. a Delaware corporation, and Kmart Corp., a Michigan corporation, and certain of their affiliates (collectively, the "**Debtors**"), each as a debtor and debtor in possession under chapter 11 title 11, United States Code (the "**Bankruptcy Code**") in cases pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Case No. 18-23538 (RDD) (the "**Chapter 11 Cases**"). This Term Sheet shall be a binding agreement with respect to the DIP Loans (as defined below) but does not purport to summarize all the terms, conditions, representations and other provisions with respect to the GACP Junior DIP Facility, which will be set forth in the DIP Loan Documents (as defined below).

The obligations of the DIP Lenders to provide financing pursuant to this Term Sheet is conditioned upon the execution and delivery of signature pages to this Term Sheet by each of the parties hereto and shall be subject to the terms and conditions set forth herein.

Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in Exhibit C to the "Debtors' Motion For Authority To (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Certain Protections To Prepetition Secured Parties, And (D) Schedule Second Interim Hearing And Final Hearing," filed as Docket No. 7 in the Chapter 11 Cases (such exhibit, as it may be amended or modified from time to time, the "**ESL Junior DIP Term Sheet**" and such motion, the "**DIP Financing Motion**")).

| | |
|---|---|
| **DIP Agent:** | GACP Finance Co., LLC ("**DIP Agent**") |
| **Borrowers:** | Sears Roebuck Acceptance Corp. and Kmart Corporation (each a "**Borrower**" and collectively, the "**Borrowers**") |
| **Guarantor:** | Sears Holdings Corporation ("**Holdings**") and each affiliate of Sears Holdings Corporation that is a guarantor under the DIP ABL Facility (together with the Borrowers, the "**Obligors**"). |
| **Amount:** | A secured debtor-in-possession multiple draw term loan facility up to $350.0 million (the "**GACP Junior DIP Facility**" and the loans thereunder, the "**DIP Loans**"), to be made available to the Borrowers by the DIP Lenders after the DIP Facility Approval Date in accordance with the Budget and the final DIP documentation; provided, however, that (i) no more than $250.0 million aggregate principal amount of the DIP Loans (the "**Interim DIP Loans**") shall be funded by the DIP Lenders prior to the Final Closing Date (as defined below), which Interim DIP Loans shall be funded in three draws on and after the Initial Closing Date (as defined below) in the following amounts: the first draw of $75.0 million on the Initial Closing Date, the second draw of $75.0 million and the third draw of $100.0 million, in the cases of the second and third draws, on dates when the Excess Availability (under and as defined in the DIP ABL Facility) is less than $50.0 million (in each case subject to the satisfaction of the conditions precedent set forth in this Term Sheet and the DIP Loan Documents); provided, however, that any portion of the Interim DIP Loans not funded prior to the Final Closing Date shall be available for draws after the Final Closing Date (the "**DIP Carryover Loans**") and (ii) no more than $100.0 million aggregate principal amount of the DIP Loans plus any DIP Carryover Loans |

1

(collectively, the "**Subsequent DIP Loans**") shall be funded by the DIP Lenders on or after the Final Closing Date, which Subsequent DIP Loans shall be funded in multiple draws of amounts to be agreed (but in no event shall any such draw be in an aggregate principal amount of less than $50.0 million) on dates when the sum of Excess Availability (under and as defined in the DIP ABL Facility) and the Obligors' available cash is less than $50.0 million (subject in each case to the satisfaction of the conditions set forth in this Term Sheet and the DIP Loan Documents). DIP Loans that are repaid or prepaid may not be re-borrowed. It being understood and agreed that proceeds of all funded DIP Loans shall be placed into the Term Loan Proceeds Account (as defined in the DIP ABL Facility).

| | |
|---|---|
| **Maturity:** | The earliest of (i) eight (8) months after the Commencement Date, (ii) twelve (12) months if the Borrowers shall exercise Extension Option (defined below), or (iii) the Maturity Date under the DIP ABL Facility. |
| **Extension Option:** | Four (4) months; *provided*, that no Event of Default shall have occurred and be continuing ("**Extension Option**"). |
| **Pricing / Floor:** | L+11.50%, payable monthly. |
| **Fees:** | Closing Fee: 3.00%, (i) due and payable with respect to the full $250.0 million aggregate principal amount of the Interim DIP Loans (whether or not all or any portion of such amount is funded), on the Initial Closing Date and (ii) due and payable with respect to the $100.0 million aggregate principal amount of the Subsequent DIP Loans upon the earliest to occur of (x) December 31, 2018 and (y) the Final Closing Date.

Extension Fee: 1.25%, earned on the first day of the extension, but payment is deferred until the Maturity Date.

Undrawn Fee: 0.75% |
| **Prepetition Debt and Collateral** | ➢ "**Prepetition ABL Credit Agreement**" shall mean the Third Amended and Restated Credit Agreement, dated as of July 21, 2015 (as amended, restated, supplemented or otherwise modified from time to time prior to the date hereof), by and among Holdings, the Borrowers, the banks, financial institutions and other institutional lenders from time to time party thereto (collectively, the "**Prepetition Lenders**"), the Issuing Lenders (as defined therein) from time to time party thereto (the "**Prepetition Issuing Lenders**"), and Bank of America, as administrative agent (in such capacity, the "**Prepetition ABL Administrative Agent**"), as a co-collateral agent, and as swingline lender, Wells Fargo Bank, National Association, as a co-collateral agent (together with Bank of America in such capacity, the "**Prepetition ABL Co-Collateral Agents**" and together with the Prepetition Lenders, the Prepetition ABL Administrative Agent, and the Prepetition Issuing Lenders, the "**Prepetition ABL Credit Parties**"), and the other parties from time to time party thereto, providing for a $1,500,000,000 asset-based revolving credit facility (the "**Prepetition Revolving Facility**"), a term loan facility in an aggregate original principal amount of $1,000,000,000 (the "**Prepetition Term Loan Facility**"), a term loan facility in an aggregate original principal amount of $750,000,000 (the "**Prepetition 2016 Term Loan Facility**"; and the loans thereunder, the "**Prepetition 2016 Term Loans**"), and a "first-in, |

last-out" facility in an original principal amount of $125,000,000 (the "***Prepetition 2018 FILO Facility***" and collectively with the Prepetition Revolving Facility, the Prepetition Term Loan Facility and the Prepetition 2016 Term Loan Facility, the "***Prepetition Facilities***"). As of the date hereof, the Prepetition Term Loan Facility has been paid in full, the outstanding principal amount of the Prepetition 2016 Term Loan Facility is $570,776,250, the outstanding principal amount of the Prepetition 2018 FILO Facility is $125,000,000, and the Total Extensions of Credit under the Prepetition Revolving Facility are $959,602,130.

➢ "***Prepetition LC Facility Agreement***" shall mean that certain Letter of Credit and Reimbursement Agreement, dated as of December 28, 2016 (as amended, restated, supplemented or otherwise modified from time to time prior to the Petition Date), by and among Holdings, the Borrowers, as borrowers, JPP, LLC, JPP II, LLC, Crescent 1, L.P., Canary SC Fund, L.P., CYR Fund, L.P., CMH VI, L.P., and Cyrus Heartland, L.P., as L/C lenders (the "***Prepetition LC Lenders***"), and Citibank, N.A., as administrative agent and as issuing bank (in such capacity, the "***Prepetition LC Facility Administrative Agent***" and together with the Prepetition LC Lenders, the "***Prepetition LC Facility Credit Parties***").

➢ "***Prepetition ABL Collateral***" shall mean the Collateral under and as defined in the Prepetition ABL Credit Agreement, including, but not limited to "cash collateral" as that term is defined in Section 363 of the Bankruptcy Code.

➢ "***Prepetition Second Lien Facilities***" shall mean: (i) that certain Second Lien Credit Agreement dated as of September 1, 2016 (as amended, supplemented or otherwise modified from time to time, the "***Prepetition Second Lien Credit Agreement***") by and among Holdings, the Borrowers, as borrowers, and the lenders from time to time party thereto; (ii) that certain Indenture dated as of October 12, 2010 (as amended, supplemented or otherwise modified from time to time, the "***Prepetition Second Lien Cash Notes Indenture***") by and among Holdings, certain guarantors from time to time party thereto, and Wilmington Trust, National Association, as successor trustee and collateral agent thereunder; and (iii) that certain Indenture dated as of March 20, 2018 (as amended, supplemented or otherwise modified from time to time, the "***Prepetition Second Lien PIK Notes Indenture***") by and among Holdings, certain guarantors from time to time party thereto, and Computershare Trust Company, N.A., as trustee thereunder; the secured parties under the Prepetition Second Lien Facilities, the "***Prepetition Second Lien Secured Parties***".

➢ "***Prepetition Second Lien Security Agreement***" shall mean that certain Amended and Restated Security Agreement dated as of March 20, 2018 by and among Holdings, certain guarantors from time to time party thereto, in favor of Wilmington Trust, National Association, in its capacity as collateral agent, as amended, amended and restated, supplemented or otherwise modified from time to time.

3

| | |
|---|---|
| **Security / Priority:** | The DIP Loans and all obligations related thereto, including all obligations of each Guarantor in respect of its guarantee of all of the foregoing, shall, subject to the Carve-Out (as defined in the Interim Order referred to below) and to the order of priorities set forth under "Adequate Protection" below, at all times: |

(a) pursuant to Sections 364(c)(1), 503(b), and 507(a)(2) of the Bankruptcy Code, be entitled to joint and several superpriority administrative expense claim status in the Chapter 11 Case of such Loan Party, with priority over all other allowed chapter 11 and chapter 7 administrative expense claims now existing or hereinafter arising, of any kind whatsoever, including expenses of a chapter 11 and chapter 7 trustee (the "*Junior DIP Facility Superpriority Claims*"); provided, however, that the Junior DIP Facility Superpriority Claims will be of equal priority to the DIP ABL Superpriority Claims awarded to the DIP ABL Lenders under the order, dated October 16, 2018, approving the DIP Financing Motion on an interim basis (the "*Interim DIP ABL Order*");

(b) pursuant to Section 364(d) of the Bankruptcy Code, be secured by an automatically perfected security interest and lien on all unencumbered assets, and all proceeds (as defined in the UCC) thereof (other than the Specified Collateral, as defined below) of the Loan Parties that are not subject to a valid and perfected lien on the Petition Date (including all unencumbered assets created or acquired after the Petition Date, excluding, for the avoidance of doubt any such assets that constitute Prepetition ABL Collateral and, without limitation, specifically including those assets described on Schedule 3 hereto, the "*Unencumbered Collateral*"), which, for the avoidance of doubt: (A) shall not include any Avoidance Claim (as defined below) or any D&O Claim (as defined below) but shall include a lien on proceeds of any Avoidance Claim; and (B) shall be junior only to the liens and security interests in the Unencumbered Collateral granted in favor of the DIP ABL Lenders (collectively with liens on other assets of the Obligors in favor of the DIP ABL Lenders, the "*DIP ABL Liens*" and such assets, together with the Unencumbered Collateral, the "*DIP ABL Collateral*") pursuant to the Interim DIP ABL Order;

(c) pursuant to Section 364(d), be secured by an automatically perfected first priority security interest and lien in in (A) all of the rights, title and interests of any Obligor in that certain cause of action identified on *Schedule 1* hereto and (B) all of the rights, title and interests of any Obligor in the assets set forth on Schedule 2 hereto and all books, records, documents and data related thereto (such collateral and proceeds thereof, collectively, the "*Specified Collateral*") and such liens, the "*Specified Asset Liens*") and all proceeds (as defined in the UCC) thereof, which security interest and lien shall be *pari passu* with the DIP ABL Liens securing the obligations under the DIP ABL Facility; *provided*, that the proceeds of such Specified

Collateral shall be shared by the DIP Lenders and DIP ABL Lenders pro rata based on the aggregate commitment amount under the GACP Junior DIP Facility (i.e., $350,000,000) and DIP ABL Facility (i.e., $300,000,000) without giving regard to the roll-up portion thereof), respectively;

(d) pursuant to Section 364(d) of the Bankruptcy Code, be secured by an automatically perfected security interest in assets, and all proceeds (as defined in the UCC) thereof that are subject to valid and perfected liens existing on the Petition Date securing indebtedness and other obligations of the Obligors other than the Pre-Petition First Lien Indebtedness, the Pre-Petition L/C Indebtedness, or the Pre-Petition Second Lien Indebtedness (the "***Other Prepetition Liens***"), junior only to (i) such Other Prepetition Liens and (ii) the DIP ABL Liens; and

(e) pursuant to Section 364(c)(3) of the Bankruptcy Code, be secured by an automatically perfected security interest in and lien on the Prepetition ABL Collateral and all proceeds (as defined in the UCC) thereof, junior to the (i) Permitted Prior Liens, (ii) DIP ABL Liens, (iii) Prepetition Revolving Facilities (including LC Facility) and Prepetition 2016 Term Loan Facility Adequate Protection Liens, (iv) Prepetition 2016 FILO  Facility Adequate Protection Liens, (v) Prepetition LC Facility Agreement  Adequate Protection Liens, (vi) Prepetition Facilities Prepetition Liens and Prepetition LC Facility Agreement Prepetition Liens, (vii) Prepetition Second Lien Facilities Adequate Protection Liens, and (viii) Prepetition Second Lien Facilities Pre-Petition Liens.

All of the liens described above shall be effective and automatically perfected upon entry of the Interim Order in form and substance reasonably satisfactory to the DIP Agent and the Obligors.  The liens and security interests described in paragraphs (b) through (e) above shall be the "***Junior DIP Facility Liens***" and the property subject to such Junior DIP Facility Liens the "***Junior DIP Facility Collateral***".  Notwithstanding anything herein to the contrary, any real estate leases shall not constitute Junior DIP Facility Collateral or collateral of the DIP ABL Lenders (in each case, unless such liens are expressly permitted pursuant to the underlying lease documents or applicable law) but the proceeds (as defined in the UCC) thereof shall be subject to the Junior DIP Facility Liens and the liens of the DIP ABL Lenders.; provided that, DIP ABL Collateral and Junior DIP Facility Collateral shall include all leases of real property to the extent the Debtors seek and obtain by final order liens on all leases of real property, in which case the DIP ABL Liens and Adequate Protection Liens shall be first in priority and senior to any other liens thereon.

As used herein, "***Avoidance Claim***" means any and all claims or causes of action arising under Sections 542, 544, 545, 547, 548, 549, 550, 551, 553(b) or 724(a) of the Bankruptcy Code and any proceeds therefrom.

"***D&O Claim***" means any and all claims or causes of action against current or former directors and officers of any Borrower or Guarantor, including without

5

limitation, any claim for or relating to a breach of fiduciary duty by any such director or officer.

| **Adequate Protection:** | Prepetition Facilities adequate protection liens, Prepetition LC Facility Agreement adequate protection liens, Prepetition Second Lien Facilities adequate protection liens, treatment and priority of adequate protection liens, Prepetition Facilities adequate protection superpriority claims, Prepetition Second Lien Facilities adequate Protection superpriority claims, priority and payment of adequate protection superpriority claims, and additional adequate protection in respect to any of the Prepetition Facilities, the Prepetition LC Facility Agreement, or the Prepetition Second Lien Facilities, including (i) any cash payments for interest at the contract, non-default rate, (ii) reasonable fees and expenses of the applicable administrative or collateral agent when due under the applicable documentation, and (iii) reasonable fees and expenses of the lenders and related payment procedures shall be substantially as set forth in the Interim DIP ABL order and as set forth below. |
|---|---|

| *ABL Collateral* | |
|---|---|
| 1. | Carve-Out |
| 2. | Permitted Prior Liens |
| 3. | DIP ABL Liens |
| 4. | First Lien Secured Parties Adequate Protection Liens (ABL, TL and L/C that are ABL subfacility) |
| 5. | First Lien Secured Parties Adequate Protection Liens (FILO) |
| 6. | First Lien Secured Parties Adequate Protection Liens (Stand Alone L/C) |
| 7. | First Lien Secured Parties Prepetition Liens (ABL, TL, L/C, FILO and Stand-Alone L/C |
| 8. | Second Lien Secured Parties Adequate Protection Liens |
| 9. | Second Lien Secured Parties Pre-Petition Liens |
| 10. | Junior DIP Liens |

| *Unencumbered Collateral (Specified Collateral)* | |
|---|---|
| 1. | Carve-Out |

6

| | |
|---|---|
| 2. | DIP ABL Liens, pari passu with Junior DIP Liens |
| 3. | First Lien Secured Parties Adequate Protection Liens (ABL, TL and L/C that are ABL subfacility) |
| 4. | First Lien Secured Parties Adequate Protection Liens (FILO) |
| 5. | First Lien Secured Parties Adequate Protection Liens (Stand-Alone L/C) |
| 6. | Second Lien Secured Parties Adequate Protection Liens |

| *Unencumbered Collateral (other than Specified Collateral)* | |
|---|---|
| 1. | Carve-Out |
| 2. | DIP ABL Liens |
| 3. | Junior DIP Liens |
| 4. | First Lien Secured Parties Adequate Protection Liens (ABL, TL and L/C that are ABL subfacility) |
| 5. | First Lien Secured Parties Adequate Protection Liens (FILO) |
| 6. | First Lien Secured Parties Adequate Protection Liens (Stand-Alone L/C) |
| 7. | Second Lien Secured Parties Adequate Protection Liens |

| *Other Prepetition Liens* | |
|---|---|
| 1. | Carve-Out |
| 2. | Other Prepetition Liens |
| 3. | DIP ABL Liens |
| 4. | Junior DIP Liens |
| 5. | First Lien Secured Parties  Adequate Protection Liens (ABL, TL and L/C that are ABL subfacility) |
| 6. | First Lien Secured Parties  Adequate Protection Liens |

7

| 7. | First Lien Secured Parties  Adequate Protection Liens (Stand-Alone L/C) |
| 8. | Second Lien Secured Parties Adequate Protection Liens |

| **Use of Proceeds:** | The proceeds of the GACP Junior DIP Facility shall be used to fund (i) working capital, (ii) general corporate purposes and (iii) restructuring expenses and professional fees, including the Carve-Out Account[1] (as defined in the Interim Order) and obligations benefitting from the Carve-Out (without regard to whether such obligations are provided for in a Budget); provided, however, that no proceeds of the GACP Junior DIP Facility or cash collateral shall be used to, among other things, (x) object, contest or raise any defense to the validity, perfection, priority, extent or enforceability of any amount due under or the liens and security interests granted under the GACP Junior DIP Facility or (y) investigate, initiate or prosecute any claims and defenses or commence causes of action against the Agent or the Lenders under or relating to the GACP Junior DIP Facility; and provided further, that nothing herein shall prevent the use of proceeds of the GACP Junior DIP Facility by the Debtors or restructuring committee for any investigation of the DIP Lenders; and provided further, that if an official creditors' committee is appointed, then it or its counsel may use up to $100,000 to investigate, for a period of sixty (60) days from the Petition Date, the validity, perfection, priority, extent or enforceability of the liens on the Pre-Petition First Lien Indebtedness. |
| **Voluntary Prepayments:** | The GACP Junior DIP Facility may be voluntarily reduced or terminated, and the DIP Loans may be voluntarily repaid, in whole or in part, without premium or penalty, at any time, upon two (2) business days' notice to the DIP Agent by the Borrower, subject to payment of any breakage costs |
| **Mandatory Repayments and Adequate Protection Payments:** | Mandatory repayments customary for facilities of this nature, including, without limitation, the events listed below, shall be required and applied to borrowings under the GACP Junior DIP Facility until paid in full (subject to certain exceptions and basket amounts (including certain accrued but not yet paid liabilities) to be negotiated in the definitive GACP Junior DIP Facility agreement and other loan documents, including without limitation, the Acceptable Intercreditor Agreement (as defined below) (collectively, and together with the Interim Order and the Final Order, the "***DIP Loan Documents***"): <br><br> Asset Sales: Prepayments in an amount equal to 100% of the net cash proceeds of the disposition of any property or assets (net of amounts applied to repay related senior liens) of the Obligors; *provided*, *that*, 100% of the net cash proceeds from the disposition of any Unencumbered Collateral shall be applied (A) first, to fund the Winddown Account, until the Winddown Account Funding Condition has been satisfied; (B) second, to fund that certain cash collateral account of the Borrowers at Bank of America,  in an amount equal to any |

---

[1] *Carve Out and Carve-Out Account shall be in the form set forth in the DIP ABL Final Order.*

8

amounts required repay the DIP ABL Facility in full, which amounts shall be held by Bank of America in its capacity as controlling DIP ABL Facility agent for each of the secured parties under the DIP ABL Facility, the GACP Junior DIP Facility and the Pre-Petition Facilities (provided that, upon the payment in full of the DIP ABL Facility, such Cash Collateral Account shall be subject to the control of the DIP Agent) and shall be distributed to such secured parties upon and in accordance with an order by the Bankruptcy Court and (C) <u>third</u>, upon the discharge in full in cash of the obligations under the DIP ABL Facility to fund an account of the DIP Agent (the "***DIP Collateral Account***") to be designated by the DIP Agent in writing, with an amount equal to the amount required to repay the obligations under the GACP Junior DIP Facility to be held as cash collateral for the exclusive benefit of the DIP Agent and DIP Lenders for the obligations of the Obligors under the GACP Junior DIP Facility (which amount shall be distributed to such secured parties upon and in accordance with an order by the Bankruptcy Court); *provided*, *however*, that any proceeds of the Specified Collateral after the Winddown Account Funding Condition has been satisfied shall be distributed pro rata to the DIP Collateral Account and Cash Collateral Account based on the aggregate commitment amount under the GACP Junior DIP Facility and DIP ABL Facility (without giving regard to the roll-up portion thereof).

<u>Insurance Proceeds</u>: Prepayments in an amount equal to 100% of the net cash proceeds of insurance paid on account of any loss or damage of any property or assets of any Obligor, other than net cash proceeds that are applied to restoration of a property or are applied to repayment of senior liens; *provided*, *that*, 100% of the net cash proceeds of insurance paid on account of any loss or damage of any Unencumbered Collateral shall be applied in accordance with the waterfall set forth in the paragraph on "***Asset Sales***" above.

"***Winddown Account***" shall mean a cash collateral account at Bank of America that, prior to the discharge in full of all obligations under the GACP Junior DIP Facility, may only be used to pay winddown costs of the Obligors at the discretion of the Obligors following entry of the Final Order.

"***Winddown Account Funding Condition***" shall be satisfied when the aggregate amount of cash deposited into the Winddown Account shall be equal to $200,000,000.

| | |
|---|---|
| **Amortization:** | None |
| **Financial Covenants:** | Compliance with the Approved Budget, subject to Permitted Variances as set forth herein. |
| **Affirmative Covenants:** | Substantially similar to the affirmative covenants set forth in the DIP ABL Documents (as defined below) (except for covenants that are specific to the asset-based nature of the DIP ABL Facility) and such other affirmative covenants that are customary and appropriate for junior financings of this kind as may be agreed between the Borrowers and the DIP Lenders. |
| **Negative Covenants:** | Substantially similar to the negative covenants set forth in the DIP ABL Documents (except for covenants that are specific to the asset-based nature of the DIP ABL Facility) and such other negative covenants that are customary and |

9

|  | appropriate for junior financings of this kind as may be agreed between the Borrowers and the DIP Lenders. |
|---|---|
|  | For the avoidance of doubt, such covenants shall exclude compliance with the LTV Provisions (as defined in the DIP ABL Documents). |
| **Financial Reporting:** | Consistent with the DIP ABL Facility. |
| **DIP Budget:** | The Borrowers shall deliver to the DIP Agent and the DIP Lenders 13-week cash flow forecasts together with accompanying schedules supporting line items included in such 13-week cash flow (such as roll forward of inventory sales and receipts, roll forward of merchandise and other payables and other documentation which may be requested by the DIP Agent) on a rolling 13-week basis (each, a "***Budget***"). The initial Budget shall be approved by the DIP Agent in its sole and absolute discretion and the new "testing" budget currently due to be delivered under the DIP ABL Facility on November 21, 2018 shall be approved by the DIP Agent in its sole and absolute discretion (collectively, "***Approved Initial Budget***"). The Obligors shall be required to comply with such Approved Initial Budget, subject to the Permitted Variance. |
|  | The Borrowers shall deliver to the DIP Agent and the DIP Lenders each of the following: (a) a weekly 13-week cash flow forecast to be approved by the DIP Agent in its reasonable discretion (each, a "***Rolling Budget***", and together with the Approved Initial Budget, the "***Approved Budget***"), (b) weekly reports detailing operating and financial performance (the "***Weekly Flash Reporting Package***") which shall include cash flow performance for the previous week together with accompanying schedules supporting line items included in the weekly cash flow results (such as roll forward of inventory sales and receipts, roll forward of merchandise and other payables of each Loan Party as of the end of the prior week, in each case, in reasonable detail) and (c) other information as may be reasonably requested by the DIP Agent. The DIP Agent and the DIP Lenders shall also be entitled to receive on a timely basis other customary information and documents, including reasonable approval rights with respect thereto, to be set forth in the DIP Loan Documents. |
|  | The Borrowers shall also provide a weekly budget variance report/reconciliation (the "***Budget Variance Report***") for any prior four week period included in the Approved Budget (each, a "***Testing Period***") (i) showing by line item actual cash receipts, disbursements and inventory receipts for each week, in a comparable form to what has been provided to the DIP Agent prior to the Initial Closing Date, noting therein the variance, on a cumulative basis, of the Borrowers' total net cash flow, excluding proceeds from asset sales, except for proceeds from the sale of inventory, and also excluding financing related items (the "***Net Cash Flow***") for such four week period relative to the Approved Budget, and shall include explanations for any material variance for such four week period. The Borrowers shall arrange for weekly (unless waived by the DIP Agent in its reasonable discretion) conference calls with the DIP Agent and DIP Agents Advisors discussing and analyzing cash flow and related forecast for the prior week, the financial condition, liquidity, and results of operations of each of the Obligors, status of the Chapter 11 Cases and progress in achieving the Case Milestones. The Borrowers will supplement the Weekly Flash Reporting Package and the Budget Variance Report from time to time upon the request of |

10

the DIP Agent. The Obligors shall be required to comply with Approved Budget, including having made all scheduled payments to the Prepetition DIP Lenders and the DIP Lenders, as applicable, and when required, subject to the following (the "*Permitted Variance*"): the Borrowers' Net Cash Flow shall not be less than the Net Cash Flow set forth in the Approved Budget minus the Applicable Variance Percentage of the absolute value of the Net Cash Flow set forth in the Approved Budget; *provided*, *however*, to the extent any amounts owed to professionals and vendors are permitted to be paid in accordance with the foregoing covenant but are not actually paid during the subject period, such amounts may be paid during a subsequent period. Such covenant shall be tested each second week (commencing on December 1, 2018) (but shall be reported each week) on a cumulative basis from the Petition Date until the fourth (4th) week after the Petition Date and then on a rolling four (4) week basis, pursuant to the Budget Variance Report delivered by the Borrowers to the DIP Agent.

"*Applicable Variance Percentage*" shall mean, from the Initial Closing Date until December 1, 2018, 20%; thereafter and until the Termination Date, 15%.

| | |
|---|---|
| **Case Milestones:** | DIP Loan |

(i) Not later than December 28, 2018, the Bankruptcy Court shall have entered the Final Order.

(ii) Not later than January 5, 2019, the Final Closing Date shall have occurred.

Budget

(iii) On or before December 28, 2018, the DIP Agent has (i) reaffirmed its approval, based on then current information, of the Approved Initial Budget or (ii) the Loan Parties have adopted a revised budget acceptable to the DIP Agent in its reasonable discretion.

The other Case Milestones shall be consistent with the Case Milestones set forth in the DIP ABL Documents.

| | |
|---|---|
| **Events of Default:** | Events of default (and, as appropriate, grace periods) as are usual and customary for financings of this kind (each an "*Event of Default*"), including, without limitation: |

1. Failure to pay (i) principal, (ii) interest or fees or (iii) within 3 days after the same becomes due and payable, any other amount;

2. Representations and warranties (including, without limitation, the representations and warranties set forth in this Term Sheet) are incorrect in any material respect when made or deemed made;

3. Failure to comply with covenants (including, without limitation, the Case Milestones, and strict adherence to and compliance with the Budget, subject to any Permitted Variances);

4. Cross-default to payment defaults on other postpetition or un-stayed indebtedness in excess of $25 million of the Obligors, or any other default or event of default with respect to any such indebtedness if the effect is to accelerate or permit acceleration, and cross-default and cross-acceleration to any such indebtedness;

5. Any unstayed or post-petition judgment, subject to exceptions (e.g. any "first

day" or "second day" orders), in excess of $25 million;

6. The occurrence of certain material ERISA events;

7. Actual or asserted (by any Obligor or any affiliate thereof) invalidity or impairment of any DIP Loan Document (including the failure of any lien to remain perfected);

8. Any acceleration of, or Event of Default under the DIP ABL Facility;

9. Certain bankruptcy matters:

(i) The entry of an order dismissing any of the Chapter 11 Cases of a Debtor with Material Assets (to be defined) or converting any of the Chapter 11 Cases of a Debtor with Material Assets to a case under chapter 7 of the Bankruptcy Code, or any filing by a Obligor or an affiliate thereof of a motion or other pleading seeking entry of such an order;

(ii) A trustee, responsible officer or an examiner having expanded powers to operate the business (beyond those set forth under Sections 1106(a)(3) and (4) of the Bankruptcy Code) under Bankruptcy Code Section 1104 (other than a fee examiner) is appointed or elected in the Chapter 11 Cases, an Obligor applies for, consents to, or acquiesces in, any such appointment, or the Bankruptcy Court shall have entered an order providing for such appointment, in each case without the prior written consent of the DIP Agent in its sole and absolute discretion;

 (iii) The entry of an order staying, reversing or vacating the Interim Order, the Final Order or modifying or amending the Interim Order, the Final Order, other than in form and substance satisfactory to the DIP Agent in their sole and absolute discretion, or the filing by an Obligor of an application, motion or other pleading seeking entry of such an order without the prior written consent of the DIP Agent;

(iv) The entry of an order in any of the Chapter 11 Cases denying or terminating use of cash collateral by the Obligors;

(v) The entry of an order in any of the Chapter 11Cases granting relief from any stay or proceeding (including, without limitation, the automatic stay) so as to allow a third party to proceed with foreclosure against any assets of the Obligors in excess of $25 million;

(vi) The entry of an order in the Chapter 11 Cases charging any of the collateral securing the GACP Junior DIP Facility under Section 506(c) of the Bankruptcy Code against the DIP Lenders (in their capacity as DIP Lenders) or the commencement of other actions by any Obligor or affiliate thereof that challenges the rights and remedies of the DIP Agent or any DIP Lender under the GACP Junior DIP Facility in any of the Chapter 11 Cases or in a manner inconsistent with the DIP Loan Documents.

(vii) Without the prior written consent of the DIP Agent and other than in respect of the GACP Junior DIP Facility and the Carve-Out, the bringing of any motion or taking of any action seeking entry of an order, or the entry of an order by the Bankruptcy Court, in any of the Chapter 11 Cases (v) granting superpriority administrative expense status to any claim pari passu with or senior to the claims of the DIP Lenders under the GACP Junior DIP Facility,

LEGAL_US_E # 138846304.3

(w) permitting the Obligors to obtain financing under Section 364 of the Bankruptcy Code, (x) permitting the Obligors to grant security interests or liens under Section 364 of the Bankruptcy Code, (y) permitting the Obligors to use cash collateral under Section 364 of the Bankruptcy Code, or (z) authorizing the Obligors to take other actions adverse to any DIP Lender or the DIP Agent or any Prepetition ABL Credit Party or their rights and remedies under the DIP Loan Documents, the Prepetition ABL Credit Agreement or their interest in the Junior DIP Facility Collateral under Section 364 of the Bankruptcy Code;

(viii) The entry of any order terminating any Obligor's exclusive right to file a plan of reorganization or the expiration of any Obligor's exclusive right to file a plan of reorganization unless consented to by the DIP Agent;

(ix) There shall arise any superpriority claim in the Chapter 11 Case which is pari passu with or senior to the priority of the DIP Superpriority Claims, except with respect to the Carve-Out and as set forth in the DIP Financing Orders; or

(x) The entry of any order in the Chapter 11 Cases which provides adequate protection, or the granting by any Obligor of similar relief in favor of any one or more of a Obligor's prepetition creditors, contrary to the terms and conditions of any DIP Financing Order or DIP Loan Documents;

10. The making of any payments in respect of prepetition obligations other than; (i) as permitted by the Interim Order or the Final Order; (ii) as permitted by the Cash Management Order or any other substantive order entered by the Bankruptcy Court, all of which shall be in form and substance reasonably satisfactory to the DIP Agent in its sole and absolute discretion acting in good faith (it being agreed that all orders entered by the Bankruptcy Court prior to the date hereof are satisfactory to the DIP Agent); (iii) as permitted by any administrative "first day order", "second day order" or other administrative order entered by the Bankruptcy Court, all of which shall be in form and substance reasonably satisfactory to the DIP Agent acting in good faith; or (iv) as otherwise agreed to in writing by the DIP Agent acting reasonably and in good faith.

11. Other than with respect to the Carve-Out or as set forth herein and the liens provided for in the GACP Junior DIP Facility, and the DIP Financing Orders, the Obligors shall create or incur, or the Bankruptcy Court enters an order granting, any claim or lien which is *pari passu* with or senior to any liens under the GACP Junior DIP Facility, the adequate protection liens and adequate protection obligations granted under the DIP Financing Orders;

12. Noncompliance by any Obligor or any of its affiliates with the terms of the Interim Order, the Final Order, the Cash Management Order in any material respect or the Employee Order in a manner adverse to the DIP Lenders;

13. The Obligors or any of their subsidiaries (or any direct or indirect parent of any Obligor), or any person claiming by or through any of the foregoing, shall obtain court authorization to commence, or shall commence, join in, assist, acquiesce to, or otherwise participate as an adverse party in any suit or other proceeding against any the DIP Agent or any of the DIP Lenders regarding the GACP Junior DIP Facility.

14. A plan of reorganization shall be filed by the Obligors, or confirmed in any of the Chapter 11 Cases that is not the Acceptable Plan of Reorganization or any

13

order shall be entered that does not provide for release and exculpatory provisions relating to the DIP Agent and the DIP Lenders that are satisfactory to the DIP Agent in its sole and absolute discretion. "***Acceptable Plan of Reorganization***" means a plan of reorganization for each of the Chapter 11 Cases that provides for the termination of the GACP Junior DIP Facility and the payment in full in cash and full discharge of the obligations under the GACP Junior DIP Facility at emergence.

15. The Bankruptcy Court shall enter an order authorizing the sale of all or substantially all of the assets of the Obligors and their subsidiaries unless: (i) such order contemplates repayment in full in cash of the GACP Junior DIP Facility and the Prepetition Facilities upon consummation of the sale or (ii) consummated as part of an Acceptable Plan of Reorganization.

16. The entry of an order in the Chapter 11 Cases avoiding or permitting recovery of any portion of the payments made on account of the obligations under the GACP Junior DIP Facility, the DIP Loan Documents, any Prepetition Facility or the Prepetition ABL Credit Agreement or related documents, or the taking of any action by any Obligor to challenge, support or encourage a challenge of any such payments.

17. The Final Order and the terms thereof shall cease to create a valid and perfected security interest and lien on the Junior DIP Facility Collateral.

18. If the Final Order does not include a waiver, in form and substance satisfactory to the DIP Agent in its sole and absolute discretion, of (A) the right to surcharge the collateral securing the GACP Junior DIP Facility under Section 506(c) of the Bankruptcy Code solely as to GACP Junior Facility obligations ; (B) any ability to limit the extension under Section 552(b) of the Bankruptcy Code of the liens of the Prepetition Administrative Agent on the Prepetition ABL Collateral to any proceeds, products, offspring, or profits of the Prepetition ABL Collateral acquired by any Obligor after the Petition Date and (C) the doctrine of marshalling.

19. The filing or support of any pleading by any Obligor (or any affiliate thereof) seeking, or otherwise consenting to, any relief the granting of which could reasonably be expected to result in the occurrence of an Event of Default.

Upon the occurrence of an Event of Default, the DIP Agent, on behalf of the DIP Lenders may (and at the direction of the Requisite Lenders, shall) exercise all rights and remedies provided for in the DIP Loan Documents (which shall include the right to lease or license any assets), and may declare: (a) the termination, reduction or restriction of any further commitment to the extent any such commitment remains; (b) all obligations to be immediately due and payable; and (c) the termination of the DIP Loan Documents as to any future liability or obligation of the DIP Agent and the DIP Lenders, but without affecting any of the DIP Liens or the liability or obligations of any Obligor; subject to the Remedies Notice Period (as defined in the Interim Order);

*provided that*, (a) – (c) of the above shall be deemed rescinded to the extent it is determined by the Bankruptcy Court during the Remedies Notice Period that no Event of Default has occurred and is continuing;

*provided* that, with respect to the enforcement of the DIP Liens or exercise of any other rights or remedies with respect to the Junior DIP Facility Collateral

(including rights to set off or apply any amounts in any bank accounts that are a part of the Junior DIP Facility Collateral), the DIP Agent shall provide the Obligor with at least seven (7) business days' written notice prior to taking the action contemplated thereby;

*provided, further*, that no notice shall be required for any exercise of rights or remedies (i) to block or limit withdrawals from any bank accounts that are a part of the Junior DIP Facility Collateral (including, without limitation, by sending any control activation notices to depositary banks pursuant to any control agreement, subject to the proviso below) and (ii) in the event the obligations under the GACP Junior DIP Facility have not been repaid in full in cash on the Maturity Date. Each Obligor hereby grants to the DIP Agent, effective upon the occurrence and during the continuance of an Event of Default, an irremovable, non-exclusive, worldwide, fully assignable and sublicenseable, license, under all applicable Intellectual Property rights, to commercialize and exploit any Intellectual Property included in the Junior DIP Facility Collateral, for the purpose of enabling the DIP Agent to exercise all rights and remedies provided for it in the DIP Loan Documents;

*provided, further*, that, notwithstanding anything contained in this Term Sheet or the DIP Loan Documents to the contrary, (x) in no event shall the DIP Lenders or the DIP Agent be prevented from making any filing that may be required to toll the running of any applicable statute of limitations or to preserve its rights to make a claim against the Obligors and (y) subject to the Carve Out, nothing hereunder shall obligate the DIP Lenders to fund advances under this Term Sheet or the DIP Loan Documents upon the occurrence or continuation of an Event of Default under such documents.

All rights, remedies and powers granted to the DIP Agent hereunder and under the DIP Loan Documents, the Interim Order or the Final Order, as applicable, are cumulative, not exclusive and enforceable, in the DIP Agent's discretion, alternatively, successively, or concurrently.

Each DIP Lender agrees that it shall not take or institute any actions or proceedings, judicial or otherwise, for any right or remedy against any Obligor or any other obligor under this Term Sheet or any of the DIP Loan Documents, the Interim Order or the Final Order, as applicable (including the exercise of any right of setoff, rights on account of any banker's lien or similar claim or other rights of self-help), or institute any actions or proceedings, or otherwise commence any remedial procedures, with respect to the guaranties or any Junior DIP Facility Collateral or any other property of any such Obligor, without the prior written consent of the DIP Agent. The provisions of this paragraph are for the sole benefit of the DIP Lenders and the DIP Agent and shall not afford any right to, or constitute a defense available to, any Obligor.

The exercise of the foregoing rights and remedies shall be subject to the terms of an Acceptable Intercreditor Agreement, which shall provide that the DIP ABL Facility shall not apply proceeds of any Unencumbered Collateral until after the full liquidation and application of proceeds of all DIP ABL Collateral constituting Prepetition ABL Collateral.

| | |
|---|---|
| **Representations and Warranties:** | Substantially similar to the representations and warranties set forth in the DIP ABL Documents (except for representations and warranties that are specific to the asset-based nature of the DIP ABL Facility) and such other representations |

15

|  | and warranties that are customary and appropriate for junior financings of this kind as may be agreed between the Borrowers and the DIP Lenders. |
|---|---|
| **Credit Bidding Procedures:** | Customary credit bidding rights for junior creditors; *provided*, that any such credit bid shall provide for payment in full in cash of all obligations secured by a senior lien. |
| **Interim Funding Conditions:** | The obligation of the DIP Lenders to make the Interim DIP Loans (the "***Interim Funding***") shall be subject to the satisfaction (or waiver by the DIP Agent) of the following conditions (the "***Interim Funding Conditions***" and the date when such conditions are satisfied or waived, the "***Initial Closing Date***"): |

(a) The DIP Agent shall have received executed copies of the DIP Loan Documents in form and substance reasonably satisfactory to the DIP Agent;

(b) The Borrowers shall have delivered a borrowing notice to the DIP Agent;

(c) The DIP Agent shall have received a signed copy of the Interim Order, which Interim Order shall not have been vacated, reversed, modified, amended or stayed in any respect.

(d) No trustee, responsible officer or examiner having powers to operate the business (beyond those set forth under Sections 1106(a)(3) and (4) of the Bankruptcy Code) under Bankruptcy Code Section 1104 (other than a fee examiner) shall have been appointed or elected with respect to the Obligors, any of their subsidiaries, or any of their respective properties, or any Obligor or its subsidiaries shall have applied for, consented to, or acquiesced in, any such appointment, with respect to the Obligors, any of their subsidiaries or their respective properties.

(e) All reasonable and documented out-of-pocket costs, fees, and expenses (including, without limitation, reasonable and documented legal fees and expenses) set forth in the DIP Loan Documents or otherwise required to be paid to the DIP Agent or any DIP Lender on or before the Initial Closing Date shall have been paid;

(f) The DIP Agent shall have received and be satisfied, in its reasonable discretion, with: (i) monthly projections (which shall consist of an income statement only) through Holdings' fiscal year end dated as of a date not more than 1 Business Days prior to the Initial Closing Date; (ii) a cash flow forecast for the 13-week period ending after the Initial Closing Date dated as of a date not more than 1 Business Day prior to the Initial Closing Date; (iii) a Store Footprint Plan dated as of a date not more than 1 Business Days prior to the Initial Closing Date.

(g) The DIP Agent shall have received customary closing deliverables consistent with the Prepetition ABL Credit Agreement, including but not limited to resolutions, good standing certificates in each Obligor's jurisdiction of formation (to the extent such concept is applicable), incumbency certificates, organizational documents, title insurance policies (to the extent in the possession of and readily available to the Obligors) and lien searches, all in form and substance reasonably satisfactory to the DIP Agent;

(h) Since the date of the entry of the Interim Order, there shall not have occurred or there shall not exist any event, condition, circumstance or contingency (other

16

than as customarily occurs as a result of events leading up to and following the commencement of a proceeding under chapter 11 of the Bankruptcy Code by any of the Obligors or their subsidiaries and the commencement of the Chapter 11 Cases) that, individually or in the aggregate, has had or could reasonably be expected to have, a material adverse effect on (a) the business, condition (financial or otherwise), operations or assets of Holdings and its subsidiaries taken as a whole, or (b) the ability of the Obligors taken as a whole to perform their obligations under the DIP Loan Documents or  (c) the validity or enforceability of the DIP Loan Documents or the rights and remedies of the DIP Agent or the DIP Lenders under any DIP Loan Document (including, but not limited to, the enforceability or priority of any Liens granted to any DIP Agent under the DIP Loan Documents) (any of the foregoing being a "*Material Adverse Effect*");

(i) There shall exist no unstayed action, suit, investigation, litigation or proceeding pending or (to the knowledge of the Loan Parties) threatened in any court or before any arbitrator or governmental instrumentality (other than the Chapter 11 Cases) that could reasonably be expected to have a Material Adverse Effect;

(j) Upon entry of the Interim Order, the entry into this Term Sheet shall not violate any requirement of law and shall not be enjoined, temporarily, preliminarily, or permanently;

(k) The DIP Agent, for the benefit of the DIP Agent and the DIP Lenders upon entry of the Interim Order shall have the valid and perfected liens on the security interests in the Junior DIP Facility Collateral of the Obligors contemplated by the terms set forth opposite the heading "*Security and Priority*" below and the Obligors shall have authorized the DIP Agent to file uniform commercial code financing statements;

(l) The DIP Agent shall have received any requested environmental review reports to the extent previously prepared and readily available to the Obligors;

(m) No material adverse effect shall have occurred to the DIP Agent's rights and remedies under the DIP Loan Documents and the DIP Financing Orders (other than for the Chapter 11 Cases and events or circumstances resulting from the commencement of the Chapter 11 Cases) as of the Petition Date;

(n) the DIP Agent shall have received, at least ten (10) days prior to the date of the Interim Funding, or such later date as DIP Agent may reasonably agree, a copy of the lease for substantially all leased Designated Real Estate (to be defined as real estate constituting Unencumbered Collateral and set forth on a list to be provided by the Borrowers prior to the date the Interim Order is entered, which list is in form and substance satisfactory to the DIP Agent in its reasonable discretion) and any existing title policies or title commitments in the possession of Debtors for Designated Real Estate owned in fee.  To the extent DIP Agent shall request new title commitments for any owned Designated Real Estate (which requests shall be limited to Designated Real Estate that constitutes top 90% of owned real estate by value), Obligors shall deliver such title commitments within twenty (20) days of such request, or such later date as DIP Agent may reasonably agree.

(o) the DIP Agent shall have entered into an acceptable intercreditor

arrangement ("***Acceptable Intercreditor Agreement***") with the agent for the DIP ABL Facility and the Debtors;

(p) the Debtors and the DIP ABL Facility agent and lenders shall have entered into modifications to the DIP ABL Facility documentation[2] to reflect the impact of the GACP Junior DIP Facility and the Acceptable Intercreditor Agreement, which modifications are acceptable to the DIP Agent in its reasonable discretion and which modification shall have been approved by an order of the Bankruptcy Court; and

(q) the DIP Agent shall have received the Approved Initial Budget; and

(r) the Initial Closing Date shall have occurred not later than three business days after the entry of the Interim Order.

| | |
|---|---|
| **Subsequent Funding Conditions:** | The obligation of the DIP Lenders to advance the Subsequent DIP Loans shall be subject to the satisfaction (or waiver by the DIP Agent) of the following conditions (the "***Subsequent Funding Conditions***" and the date when such conditions are satisfied or waived, the "***Final Closing Date***"): |

(a) [reserved];

(b) the Final Order, in form and substance reasonably satisfactory to the DIP Agent in its reasonable discretion, shall have been entered and be in full force and effect and shall not have been (i) vacated, reversed, or stayed, or (ii) amended or modified except as otherwise agreed to in writing by the DIP Agent in its reasonable discretion;

(c) the DIP Agent shall have received a signed copy of the Final Order;

(d) payment from the DIP Loan Proceeds of all reasonable and documented out-of-pocket costs, fees, expenses (including, without limitation, reasonable and documented legal fees and expenses) set forth in the DIP Loan Documents or otherwise required to be paid or reimbursed to the DIP Agent and the DIP Lenders on or before such date shall have been paid;

(e) the DIP Agent shall have received copies of all proposed pleadings and orders in the Chapter 11 Cases, including with respect to "second day" pleadings and orders, with reasonably sufficient time for review and comment by the DIP Agent, and the relief requested by the Obligors in the first and second day orders and pleadings shall be reasonably acceptable in form and substance to the DIP Agent;

(f) the DIP Agent shall have received, in form and substance reasonably satisfactory to the DIP Agent, reasonably requested insurance certificates;

(g) the DIP Agent shall have received the Approved Budget;

(h) payment from the GACP Junior DIP Facility of any other fees and amounts due under the DIP Loan Documents as of such date;

(i) the DIP Agent shall have received endorsements naming the DIP Agent, on behalf of the DIP Lenders, as an additional insured and lender loss payee , as applicable, under all insurance policies required to be maintained with respect to

---

[2] *NTD: expectation would be for ABL to stay within 87.5% Borrowing Base; conforming Borrowing Base concepts to be addressed in ICA.*

LEGAL_US_E # 138846304.3

the Junior DIP Facility Collateral pursuant to the terms of the DIP Loan Documents;

(j) The DIP Agent and each DIP Lender shall have received "know your customer" and similar information (including information required by regulatory authorities under the 31 C.F.R. § 1010.230 (the "***Beneficial Ownership Regulation***"));

(k) The DIP Agent shall have received a pro forma Budget Variance Report prepared as of the date of such drawing, which shall not show any variance other than a Permitted Variance; and

(l) The retention by the Obligors prior to the Final Closing Date of one or more liquidation consultants and an independent, nationally recognized, professional retail inventory liquidation firm that provides full liquidation services on a fee basis, which liquidation consultants and liquidation firm shall be reasonably acceptable to the DIP Agent.

| | |
|---|---|
| **Conditions Precedent to All Borrowing:** | The obligation of the DIP Lenders to make available each borrowing under the GACP Junior DIP Facility shall be subject to the satisfaction (or waiver by the DIP Agent) of the following conditions:<br><br>(a) delivery of a borrowing notice three (3) business days prior to funding; (b) accuracy of representations and warranties in all material respects; (c) the Obligors' Chapter 11 case shall not have been dismissed or converted to a case under Chapter 7 of the Bankruptcy Code; (d) no trustee under Chapter 11 of the Bankruptcy Code or examiner with enlarged powers beyond those set forth in Sections 1106(a)(3) and (4) of the Bankruptcy Code shall have been appointed in the Obligors' Chapter 11 case; (e) the absence of any Event of Default; (f) the DIP Financing Orders shall be in full force and effect, shall not have been reversed, modified, amended, stayed, vacated or subject to a stay pending appeal; (g) the Obligors shall be in compliance in all material respects with the DIP Financing Orders; (h) the Obligors shall have paid, without duplication, all other fees due and payable to the DIP Agent and the DIP Lenders hereunder on such date, including without limitation any payments due in accordance with the Adequate Protection provision hereunder then due and payable as referenced herein; (i) the DIP Agent shall have received satisfactory evidence that there are no liens, encumbrances, mortgages or other security interests in the Designated Real Estate other than the DIP Liens; and (j) the Obligors hereunder shall have entered into definitive documentation for the DIP ABL Facility (the "***DIP ABL Documents***") on or prior to the Interim Closing Date, and such DIP ABL Facility shall have been confirmed and approved in all respects by the Bankruptcy Court. |
| **Agent Monitoring Fee:** | $200,000. |
| **Default Rate:** | 2.00%. |
| **Requisite DIP Lenders** | DIP Lenders holding more than 50% of total DIP Loan commitments or exposure under the GACP Junior DIP Facility ("***Requisite DIP Lenders***"), except that with respect to matters relating to the principal, interest rates, maturity, borrowing base, release of Junior DIP Facility Collateral or guarantees, and the definition of Requisite DIP Lender shall mean each DIP |

19

| | Lender affected thereby. |
|---|---|
| **Governing Law and Jurisdiction:** | Exclusive jurisdiction and venue will be in the federal bankruptcy court where the Cases are pending, with federal and state courts in New York County, New York as back-up jurisdiction; and New York law will govern this Term Sheet and the DIP Loan Documents, except in each case with respect to certain security documents where applicable local jurisdiction or law is necessary for enforceability or perfection. |
| **Taxes:** | All payments on the DIP Loans made by the Obligors shall be made free and clear of, and the DIP Lenders shall be indemnified for, any taxes, imposts, assessments, withholdings or other deductions whatsoever, or shall be grossed-up by the Obligors therefor, subject to customary exceptions for (i) taxes on overall net income and franchise taxes imposed in lieu of income tax, (ii) withholding taxes imposed pursuant to FATCA, and (iii) taxes imposed as a result of a DIP Lender's failure to provide, upon the Obligors' request, a duly completed IRS Form W-9 or applicable IRS Form W-8 (or any successor form). For this purpose, "*FATCA*" shall mean Sections 1471 through 1474 of the U.S. Internal Revenue Code of 1986, as amended (the "*Tax Code*"), as of the Initial Closing Date (or any amended or successor version that is substantively comparable and not materially more onerous to comply with), any current or future regulations or interpretation thereof, or any agreements entered into pursuant to Section 1471(b) of the Tax Code and any fiscal or regulatory legislation, rules or practices adopted pursuant to any intergovernmental agreement, treaty or convention among governmental authorities implementing such section of the Tax Code. |
| **Indemnity:** | Obligors jointly and severally agree to indemnify and hold harmless the DIP Lenders and each of their respective Affiliates and officers, directors, employees, agents and advisors (each, a "*DIP Lender Indemnified Party*") from and against any and all claims, damages, losses, liabilities and expenses (including reasonable fees and expenses of counsel) incurred by or asserted or awarded against any DIP Lender Indemnified Party, in each case arising out of or in connection with or by reason of (including in connection with any investigation, litigation or proceeding or preparation of a defense in connection therewith) (i) this Term Sheet, the other DIP Loan Documents, any of the transactions contemplated herein or therein and (ii) the actual or alleged presence of hazardous materials on any property of any Obligor or any of their subsidiaries or any environmental action relating in any way to Obligors or any of their Subsidiaries, except to the extent such claim, damage, loss, liability or expense is found in a final, nonappealable judgment by a court of competent jurisdiction to have resulted from such DIP Lender Indemnified Party's bad faith, gross negligence, willful misconduct or material breach of its obligations hereunder or thereunder. In the case of an investigation, litigation or other proceeding to which the indemnity in this provision applies, such indemnity shall be effective whether or not such investigation, litigation or proceeding is brought by any Obligor or any director of a Obligor, equity holders of a Obligor or creditor of a Obligor or a DIP Lender Indemnified Party or any other Person, whether or not any DIP Lender Indemnified Party is otherwise a party thereto and whether or not the transactions contemplated hereby are consummated. |
| | Obligors also agree not to assert any claim for special, indirect, consequential or |

LEGAL_US_E # 138846304.3

| | |
|---|---|
| | punitive damages against the DIP Lenders any of their respective Affiliates, or any of its directors, officers, employees, attorneys and agents, on any theory of liability, arising out of or otherwise relating to this Term Sheet, the other DIP Loan Documents, any of the transactions contemplated herein. |
| **Administrative Fees and Expenses:** | Reimbursement of reasonable fees and expenses of the DIP Lenders and DIP Agent, including, without limitation, of primary counsel, local counsel and financial advisors. |
| **Assignments and Participations:** | Any DIP Lender may assign all or any part of, its respective share of the DIP Loans to (i) its affiliates (other than natural persons) or (ii) one or more banks, financial institutions or other entities that are eligible assignees (to be defined in the DIP Loan Documents); provided, however, that the Borrowers consent shall be required to any assignment to a customer or operating competitor of any Obligor; and provided, further, that such DIP Lender shall give the Borrowers advance written notice of such proposed assignment no less than three (3) days prior to the closing of such assignment. Any DIP Lender will also have the right to sell participations, subject to customary limitations on voting rights, in its respective share of the DIP Loans. |
| **Counsel to DIP Lenders:** | Paul Hastings LLP |

[*Signature Pages Follow*]

LEGAL_US_E # 138846304.3

**GACP FINANCE CO., LLC**

By: _____
Name: John Ahn
Title: President

**AGREED & ACCEPTED**

**SEARS HOLDINGS CORPORATION**

By: _____
Name:
Title:

*[Signature Page to Term Sheet to GACP Junior DIP Facility]*

LEGAL_US_E # 138846304.3

## SCHEDULE 1

Any direct or indirect claim, cause of action, or right to payment of any Obligor or of any of the successors of any such Obligor in respect of (i) anti-trust claims or other claims against any of Visa Inc., Mastercard Inc., JPMorgan Chase & Co, Citigroup N.A., Bank of America N.A., or any of their respective affiliates in relation to certain practices with respect to merchant processing fees and merchant processing agreements and (ii) any settlement with respect to the foregoing, including without limitation any direct or indirect settlement with any such financial institution or other person.

**SCHEDULE 2**

| No. | Store Number | City | State |
|-----|--------------|------|-------|
| 1. | 7777 | New York | NY |
| 2. | 7749 | New York | NY |
| 3. | 9423 | Bridgehampton | NY |

SCHEDULE 3

| *Unencumbered Collateral* |
|---|
| All of the rights, title, and interests of any Obligor, and the proceeds of any sale thereof, in those certain SRAC Medium Term Notes Series B issued by Sears Roebuck Acceptance Corp. as further described in the *Emergency Motion of Debtors for Order Approving Sale of Medium Term Notes* [Docket No. 642]. |
| All of the rights, title and interest, whether now existing or hereafter acquired, in and to all assets of Sears Home Improvement Products, Inc., and the proceeds and products, whether tangible or intangible, thereof, including, without limitation, the sale of any assets, properties and rights related to the SHIP Business (as defined in the *Motion of Debtors for Entry of Order (I)(A) Approving Bidding Procedures for Sale of Sears Home Improvement Business, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for and Hearing to Approve Sale of Sears Home Improvement Business, (D) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, (E) Approving Assumption and Assignment Procedures, (II) Approving the Sale of Sears Home Improvement Business in Accordance with the Stalking Horse Agreement and (III) Granting Related Relief* [Docket No. 450]), in each case that is not subject to a valid and perfected lien or security interest as of the Petition Date (including liens on the Prepetition ABL Collateral). |
| All of the rights, title and interest, whether now existing or hereafter acquired, in and to all assets of Sears PartsDirect, and the proceeds and products, whether tangible or intangible, thereof, in each case that is not subject to a valid and perfected lien or security interest as of the Petition Date (including liens on the Prepetition ABL Collateral). |
| Any and all estates or interests in real property (including any leases) identified as unencumbered in Exhibit 1 to this Schedule 3.  With respect to leases this includes any agreement, whether written or oral, no matter how styled or structured, and all amendments, guaranties and other agreements relating thereto, pursuant to which an Obligor is entitled to the use or occupancy of any real property for any period of time. |
| All intellectual property and proprietary rights of any kind or nature of the Obligors, whether arising under United States, multinational or foreign laws or otherwise, whether registered or unregistered, including business names, copyrights (including rights in computer software) and works of authorship, patents and inventions, data, databases, domain names, trademarks, confidential information, designs, service marks, technology, trade secrets, know-how, and processes, and all applications and registrations therefor, and all rights, priorities, and privileges arising out of or relating to any of the foregoing, not subject to a valid and perfected lien or security interest as of the Petition Date. |
| Any and all rent, income, revenues or proceeds paid by or received from tenants or subtenants in respect of real property (including any leases) identified as unencumbered in Exhibit 1 to this Schedule 3. |
| To the extent not otherwise covered above, all other assets, and all other proceeds of any additional assets, of the Obligors not subject to a valid and perfected lien or security interest as of the Petition Date. |

LEGAL_US_E # 138846304.3

# EXHIBIT 1

## UNENCUMBERED REAL PROPERTY

### A.    OWNED AND GROUND LEASED UNENCUMBERED REAL PROPERTY

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|-----|---------|----------|----------------|--------|----------|
| 2027 | 202700 | Wasilla | AK | 1000 S Seward Meridian Rd | 99654 | Open Store | Open Store | GL |
| 2796 | 279600 | Tuscaloosa | AL | 1701 McFarland Blvd E #207 | 35404 | Closed Store | Closed Store | GL |
| 61901 | 6190100 | SCOTTSDALE | AZ | 16275 N Scottsdale Rd | 85260 | Closed Store | Closed Store | GL |
| 1728 | 172800 | Tucson | AZ | 4570 N Oracle Rd | 85705 | Open Store | Open Store | GL |
| 4996 | 499600 | Tucson | AZ | 7055 E Broadway St | 85710 | Open Store | Open Store | GL |
| 1838 | 183800 | Burbank | CA | 111 E Magnolia Blvd | 91502 | Open Store | Open Store | GL |
| 1678 | 167800 | Carlsbad | CA | 2561 El Camino Real | 92008 | Open Store | Open Store | GL |
| 2728 | 272800 | Downey | CA | 600 Stonewood | 90241 | Open Store | Open Store | GL |
| 3725 | 372500 | Freedom | CA | 1702 Freedom Boulevard | 95019 | Open Store | Open Store | GL |
| 1088 | 108800 | Glendale | CA | 236 N Central Ave | 91203 | Open Store | Open Store | GL |
| 2028 | 202800 | Hemet | CA | 2200 W Florida Ave | 92545 | Open Store | Open Store | GL |
| 3748 | 374800 | Hollister | CA | 491 Tres Pinos Road | 95023 | Open Store | Open Store | GL |
| 9328 | 932800 | Long Beach | CA | 2900 Bellflower Blvd | 90815 | Open Store | Open Store | GL |
| 2798 | 279800 | PALM DESERT | CA | 44430 TOWN CENTER WAY | 92260 | Open Store | Open Store | GL |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|----|---------|----------|----------------|--------|----------|
| 1818 | 181800 | Rancho Cucamonga | CA | 8250 Day Creek Blvd | 91739 | Open Store | Open Store | GL |
| 9797 | 979700 | Scotts Valley | CA | 270 Mt Hermon Rd | 95066 | Open Store | Open Store | GL |
| 3828 | 382800 | Temecula | CA | 26471 Ynez Road | 92591 | Open Store | Open Store | GL |
| 1278 | 127800 | Torrance | CA | 22100 Hawthorn Blvd | 90503 | Open Store | Open Store | GL |
| 1111 | 111100 | Colorado Springs | CO | 2050 Southgate Rd | 80906 | Open Store | Open Store | GL |
| 1467 | 146700 | Ft Collins | CO | 205 E Foothills Pkwy | 80525 | Open Store | Open Store | GL |
| 6820 | 682000 | Boynton Beach | FL | 805 N Congress Ave | 33426 | Open Store | Open Store | GL |
| 2485 | 248500 | Brooksville | FL | 13085 Cortez Blvd | 34613 | Open Store | Open Store | GL |
| 1195 | 119500 | Ft Lauderdale | FL | 901 N Federal Hwy | 33304 | Open Store | Open Store | GL |
| 1456 | 145600 | Oviedo | FL | 1360 Oviedo Blvd | 32765 | Open Store | Open Store | GL |
| 1585 | 158500 | Tallahassee | FL | 1500 Apalachee Pkwy | 32301 | Open Store | Open Store | GL |
| 8049 | 804900 | HILO | HI | 50 Pohaku St | 96720 | Non-retail | Active Non-retail | GL |
| 8158 | 815800 | HONOLULU | HI | 2886 Paa St | 96819 | Non-retail | Active Non-retail | GL |
| 1738 | 173800 | Kaneohe(Sur) | HI | 46-056 Kamehameha Hwy | 96744 | Open Store | Open Store | GL |
| 8818 | 881800 | PEARL CITY | HI | 98-600 Kamehameha Hwy | 96782 | Non-retail | Active Non-retail | GL |
| 2936 | 293600 | Chicago | IL | 1800 W Lawrence Ave | 60640 | Open Store | Open Store | GL |
| 1640 | 164000 | Fairview Hts | IL | 235 Saint Clair Sq | 62208 | Open Store | Open Store | GL |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|----|---------|----------|----------------|--------|----------|
| 3251 | 325100 | Indianapolis | IN | 6780 W Washington St | 46241 | Open Store | Annc'd to Close | GL |
| 7042 | 704200 | Valparaiso | IN | 2801 Calumet Ave | 46383 | Open Store | Open Store | GL |
| 1161 | 116100 | Wichita-Town East | KS | 7700 E Kellogg Dr | 67207 | Open Store | Open Store | GL |
| 1283 | 128300 | Braintree | MA | 250 Granite St | 02184 | Open Store | Open Store | GL |
| 1374 | 137400 | Bel Air | MD | 658 Baltimore Pike | 21014 | Open Store | Open Store | GL |
| 1013 | 101300 | Glen Burnie | MD | 7900 Gov Ritchie Hwy | 21061 | Open Store | Open Store | GL |
| 7031 | 703100 | Menominee | MI | 1101-7Th Ave | 49858 | Open Store | Open Store | GL |
| 1722 | 172200 | Bloomington | MN | 2000 N E Court | 55425 | Open Store | Open Store | GL |
| 3405 | 340500 | Minneapolis | MN | 10 W Lake Street | 55408 | Open Store | Open Store | GL |
| 30956 | 3095600 | West St. Paul | MN | 50 Signal Hill Mall | 55118 | Closed Store | Closed Store | GL |
| 3239 | 323900 | Kansas City | MO | 7100 Nw Prairie View Rd | 64151 | Open Store | Annc'd to Close | GL |
| 62707 | 6270700 | SPRINGFIELD | MO | 3803 S Glenstone | 65804 | Closed Store | Closed Store | GL |
| 1335 | 133500 | Greensboro | NC | 3200 W Friendly Ave | 27408 | Open Store | Open Store | GL |
| 3744 | 374400 | Kill Devil Hills | NC | 1091 N Croatan Highway | 27948 | Open Store | Open Store | GL |
| 1041 | 104100 | Omaha | NE | 7424 Dodge St | 68114 | Open Store | Open Store | GL |
| 69722 | 6972200 | NORTH BRUNSWICK | NJ | 1055 Route 1 South | 08902 | Closed Store | Closed Store | GL |
| 9463 | 946300 | Somers Point | NJ | 250 New Rd (Rt 9) | 08244 | Open Store | Open Store | GL |
| 1684 | 168400 | Woodbridge | NJ | 150 Woodbridge Ctr Ct | 07095 | Open Store | Open Store | GL |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|-----|---------|----------|----------------|--------|----------|
| 1709 | 170900 | Henderson | NV | 1245 W Warm Springs Rd | 89014 | Open Store | Annc'd to Close | GL |
| 2754 | 275400 | HENDERSON | NV | 1511 W SUNSET RD | 89014 | Closed Store | Closed Store | GL |
| 1828 | 182800 | Las Vegas | NV | 4355 Grand Canyon Dr | 89147 | Open Store | Open Store | GL |
| 26741 | 2674100 | Amherst | NY | 1261 Niagara Falls Blvd | 14226 | Closed Store | Closed Store | GL |
| 3862 | 386200 | Bohemia | NY | 5151 Sunrise Hwy | 11716 | Open Store | Open Store | GL |
| 7654 | 765400 | Bronx | NY | 300 Baychester Avenue | 10475 | Open Store | Open Store | GL |
| 2626 | 262600 | College Point | NY | 131-08 20Th Ave | 11356 | Open Store | Open Store | GL |
| 4871 | 487100 | Farmingville | NY | 2280 North Ocean Ave. | 11738 | Open Store | Open Store | GL |
| 2744 | 274400 | Horseheads/Elmira | NY | 3300 Chambers Rd | 14845 | Open Store | Open Store | GL |
| 1404 | 140400 | Massapequa | NY | 800 Sunrise Mall | 11758 | Open Store | Open Store | GL |
| 2741 | 274100 | Massapequa | NY | 34 Carmans Rd | 11758 | Open Store | Open Store | GL |
| 1894 | 189400 | Rochester | NY | 10 Miracle Mile Dr | 14623 | Open Store | Open Store | GL |
| 1081 | 108100 | Heath | OH | 771 S 30Th St | 43056 | Open Store | Open Store | GL |
| 2001 | 200100 | Piqua | OH | 987 E Ash St Ste 170 | 45356 | Open Store | Open Store | GL |
| 1280 | 128000 | Springdale | OH | 300 E Kemper Rd | 45246 | Closed Store | Closed Store | GL |
| 1073 | 107300 | Exton | PA | 222 Exton Square Mall | 19341 | Open Store | Open Store | GL |
| 1714 | 171400 | Greensburg | PA | 5256 Route 30 | 15601 | Open Store | Open Store | GL |
| 1644 | 164400 | Lancaster | PA | 200 Park City Ctr | 17601 | Open Store | Open Store | GL |
| 1654 | 165400 | Media | PA | 1067 W Baltimore Pike | 19063 | Open Store | Open Store | GL |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|-----|---------|----------|----------------|--------|----------|
| 1834 | 183400 | North Wales | PA | 600 Montgomery Mall | 19454 | Open Store | Open Store | GL |
| 2355 | 235500 | Hatillo(Arecibo) | PR | 506 Calle Truncado | 00659 | Open Store | Open Store | GL |
| 1905 | 190500 | Hato Rey | PR | Ave F D Roosevelt | 00918 | Open Store | Open Store | GL |
| 7783 | 778300 | Hato Rey | PR | Pr #22 & Pr #18 | 00918 | Open Store | Open Store | GL |
| 1935 | 193500 | Mayaguez | PR | 975 Hostos Ave Ste 110 | 00680 | Open Store | Open Store | GL |
| 7461 | 746100 | Clarksville | TN | 2300 Madison Street | 37043 | Closed Store | Closed Store | GL |
| 1386 | 138600 | Goodlettsville | TN | 1000 Rivergate Pkwy | 37072 | Open Store | Open Store | GL |
| 67036 | 6703600 | DALLAS | TX | 3407 W Northwest Hwy | 75220 | Closed Store | Closed Store | GL |
| 67409 | 6740900 | LAYTON | UT | 881 W Hillfield Rd | 84041 | Closed Store | Closed Store | GL |
| 1274 | 127400 | Chesterfield | VA | 11500 Midlothian Tpke | 23235 | Open Store | Open Store | GL |
| 2395 | 239500 | Manassas | VA | 8200 Sudley Rd | 20109 | Open Store | Open Store | GL |
| 1463 | 146300 | Burlington | VT | 155 Dorest St | 05403 | Open Store | Open Store | GL |
| 1129 | 112900 | Tacoma | WA | 4502 S Steele St Ste 100 | 98409 | Closed Store | Closed Store | GL |
| 1130 | 113000 | Janesville | WI | 2500 Milton Ave | 53545 | Open Store | Open Store | GL |
| 1915 | 191500 | Bayamon | PR | Avenida Aguas Buenas | 00959 | Open Store | Open Store | GL |
| 8722 | 108910 | Anchorage(Sur) | AK | 5900 Old Seward Highway | 99503 | Non-retail | Active Non-retail | Owned |
| 8106 | 810600 | BIRMINGHAM | AL | 196 Vulcan Rd | 35209 | Non-retail | Active Non-retail | Owned |
| 8706 | 870603 | BIRMINGHAM | AL | 262 Oxmoor Court | 35209 | Non-retail | Active Non-retail | Owned |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|----|---------|----------|----------------|--------|----------|
| 30957 | 3095700 | Springdale | AR | 3142 West Sunset Ave | 72762 | Closed Store | Closed Store | Owned |
| 68235 | 6823500 | PHOENIX | AZ | 1717 E Mcdowell Rd | 85006 | Non-retail | Active Non-retail | Owned |
| 3699 | 369900 | Apple Valley | CA | 20777 Bear Valley Road | 92308 | Open Store | Open Store | Owned |
| 7619 | 761903 | Atascadero | CA | 4180 El Camino Real | 93422 | Non-retail | Active Non-retail | Owned |
| 4320 | 432003 | Bellflower | CA | 10400 Rosecrans | 90706 | Non-retail | Active Non-retail | Owned |
| 4721 | 472103 | Coalinga | CA | 25 West Polk Street | 93210 | Non-retail | Active Non-retail | Owned |
| 6233 | 623300 | Covina | CA | 710 W Arrow Hwy | 91722 | Closed Store | Closed Store | Owned |
| 3998 | 399800 | Dinubi | CA | East El Monte Way | 93618 | Non-retail | Active Non-retail | Owned |
| 3998 | 399802 | Dinubi | CA | East El Monte Way | 93618 | Non-retail | Active Non-retail | Owned |
| 8038 | 803800 | EL CAJON | CA | 1406 North Johnson Ave | 92020 | Non-retail | Active Non-retail | Owned |
| 30958 | 3095800 | EL CENTRO | CA | 1950 N IMPERIAL AVE | 92243 | Non-retail | Active Non-retail | Owned |
| 7916 | 791603 | Eureka | CA | 4325 Broadway | 95503 | Non-retail | Active Non-retail | Owned |
| 7916 | 791604 | Eureka | CA | 4325 Broadway | 95503 | Non-retail | Active Non-retail | Owned |
| 3982 | 398203 | Lemoore | CA | 215 W Hanford/Armona Rd | 93245 | Non-retail | Active Non-retail | Owned |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|---|---|---|---|---|---|---|---|---|
| 3842 | 384203 | Oakdale | CA | 1555 E F ST | 98233 | Non-retail | Active Non-retail | Owned |
| 1068 | 106802 | Palmdale | CA | 1345 W Avenue P | 93551 | Non-retail | Active Non-retail | Owned |
| 1788 | 178800 | Richmond | CA | 2300 Hilltop Mall Rd | 94806 | Open Store | Open Store | Owned |
| 8098 | 809800 | SN BERNARDINO | CA | 595 S "G" St | 92410 | Non-retail | Active Non-retail | Owned |
| 6858 | 685800 | SN LUIS OBSPO | CA | 1310 Roundhouse Ave | 93401 | Non-retail | Active Non-retail | Owned |
| 3968 | 396800 | Wasco | CA | 2785 Highway 46 | 93280 | Non-retail | Active Non-retail | Owned |
| 2451 | 245100 | Greeley | CO | 2800 Greeley Mall | 80631 | Closed Store | Closed Store | Owned |
| 1075 | 107500 | Daytona Beach | FL | 1700 W Intl Speedway Blvd | 32114 | Open Store | Open Store | Owned |
| 1195 | 119503 | Ft Lauderdale | FL | 901 N Federal Hwy | 33304 | Non-retail | Active Non-retail | Owned |
| 7435 | 743500 | HIALEAH | FL | 5890 Nw 173Rd Drive | 33015 | Non-retail | Active Non-retail | Owned |
| 24025 | 2402500 | LONGWOOD | FL | 1024 FLORIDA CENTRAL PKWY | 32750 | Non-retail | Active Non-retail | Owned |
| 4019 | 401900 | MELBOURNE | FL | 601 Atlantis Rd | 32904 | Non-retail | Active Non-retail | Owned |
| 2135 | 213500 | Sebring | FL | 901 Us27 N Ste 130 | 33870 | Open Store | Open Store | Owned |
| 8035 | 803500 | COLLEGE PARK | GA | 2511 Sullivan Rd | 30337 | Non-retail | Active Non-retail | Owned |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|---|---|---|---|---|---|---|---|---|
| 1251 | 125100 | Lithonia | GA | 8020 Mall Pkwy | 30038 | Closed Store | Closed Store | Owned |
| 7439 | 743900 | Council Bluff | IA | 1110 Woodbury Ave | 51503 | Closed Store | Closed Store | Owned |
| 31002 | 3100200 | MOUNTAIN HOME | ID | 2800 AMERICAN LEGION BLVD | 83647 | Non-retail | Active Non-retail | Owned |
| 61510 | 6151000 | Calumet City | IL | 2 River Oaks S/C | 60409 | Closed Store | Closed Store | Owned |
| 26985 | 2698500 | Chicago | IL | 79th/Stoney Island | 60617 | Non-retail | Active Non-retail | Owned |
| 30920 | 3092000 | Chicago | IL | 7050 S Pulaski | 60629 | Closed Store | Closed Store | Owned |
| 61030 | 6103000 | Chicago | IL | 6153 S Western Ave | 60636 | Closed Store | Closed Store | Owned |
| 26987 | 2698700 | Chicago * | IL | 6045 (or 6007) N Western Ave | 60659 | Non-retail | Active Non-retail | Owned |
| 261 | 26100 | Danville | IL | 26 N Vermillion | 61832 | Non-retail | Active Non-retail | Owned |
| 2632 | 263200 | Fairview Hts | IL | 317 Lincoln Hwy | 62208 | Open Store | Open Store | Owned |
| 6490 | 649000 | HOFFMAN EST | IL | 5334 Sears Parkway | 60192 | Non-retail | Active Non-retail | Owned |
| 30901 | 3090100 | Lansing | IL | 17355 Torrence Ave | 60438 | Closed Store | Closed Store | Owned |
| 30927 | 3092700 | Macomb | IL | 1325 East Jackson | 61455 | Closed Store | Closed Store | Owned |
| 470 | 47000 | MANTENO | IL | 8374 N 4000 EAST RD | 60950 | Non-retail | Active Non-retail | Owned |
| 6784 | 678400 | Matteson | IL | 4605 W Lincoln Hwy | 60443 | Open Store | Open Store | Owned |
| 30900 | 3090000 | New Lenox | IL | 1500 W Lincoln Hwy | 60451 | Closed Store | Closed Store | Owned |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|----|---------|----------|----------------|--------|----------|
| 31900 | 3190000 | Sterling | IL | 2901 E Fourth St | 61081 | Closed Store | Closed Store | Owned |
| 6062 | 606200 | Tinley Park | IL | Rte 43 & Us 6 | 60477 | Non-retail | Active Non-retail | Owned |
| 26185 | 2618500 | Clarksville | IN | 1416 Blackiston Mill Rd | 47129 | Closed Store | Closed Store | Owned |
| 7246 | 724603 | Richmond | IN | 3150 National Road West | 47374 | Non-retail | Active Non-retail | Owned |
| 8171 | 817100 | OVERLAND PARK | KS | 9000 Nieman Road | 66214 | Non-retail | Active Non-retail | Owned |
| 9255 | 925500 | Palmer | MA | Wilbraham Road (Sr 20) | 01069 | Open Store | Open Store | Owned |
| 6303 | 630300 | BANGOR | ME | 60 Doane St | 04401 | Non-retail | Active Non-retail | Owned |
| 31004 | 3100400 | CHARLOTTE | MI | 1658 Lansing Rd | 48813 | Non-retail | Active Non-retail | Owned |
| 9245 | 924500 | Cheboygan | MI | 1131 E State St | 49721 | Closed Store | Closed Store | Owned |
| 30918 | 3091800 | Jackson | MI | 3001 E Mich Ave | 49202 | Closed Store | Closed Store | Owned |
| 6892 | 689200 | Taylor | MI | | 48180 | Non-retail | Active Non-retail | Owned |
| 61106 | 6110600 | Jackson | MS | 1400 Metrocenter | 39209 | Closed Store | Closed Store | Owned |
| 30949 | 3094900 | Natchez | MS | 280 John R Junkin Dr | 39120 | Closed Store | Closed Store | Owned |
| 3213 | 321300 | SOUTHAVEN | MS | 7457 Airways | 38671 | Non-retail | Active Non-retail | Owned |
| 31005 | 3100500 | ASHEBORO | NC | 1330 E. DIXIE DRIVE | 27356 | Non-retail | Active Non-retail | Owned |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|---|---|---|---|---|---|---|---|---|
| 1475 | 147500 | Durham | NC | 6910 Fayetteville Rd Ste 400 | 27713 | Open Store | Open Store | Owned |
| 30961 | 3096100 | Greensboro | NC | 300 Penry Rd | 27405 | Non-retail | Active Non-retail | Owned |
| 2374 | 237400 | Vineland | NJ | 8 W Landis Ave | 08360 | Closed Store | Closed Store | Owned |
| 6133 | 613300 | Reno | NV | West Side Of S. Virginia | 89030 | Non-retail | Active Non-retail | Owned |
| 6298 | 629800 | SPARKS | NV | 350 Glendale Ave | 89431 | Non-retail | Active Non-retail | Owned |
| 1353 | 135300 | De Witt/Syracuse | NY | 3649 Erie Blvd E | 13214 | Closed Store | Closed Store | Owned |
| 1514 | 151400 | Niagara Falls | NY | 6929 Williams Rd | 14304 | Closed Store | Closed Store | Owned |
| 8254 | 825400 | ROCHESTER | NY | 2213 Brighton Henrietta (Town Line Rd) | 14623 | Non-retail | Active Non-retail | Owned |
| 26731 | 2673100 | Dublin | OH | 4975 Tuttle Crossing Blvd | 43016 | Closed Store | Closed Store | Owned |
| 1370 | 137000 | Eastland | OH | 2765 Eastland Mall | 43232 | Closed Store | Closed Store | Owned |
| 1310 | 131000 | Elyria | OH | 4900 Midway Mall | 44035 | Closed Store | Closed Store | Owned |
| 2940 | 294000 | Franklin | OH | 3457 Towne Blvd | 45005 | Closed Store | Closed Store | Owned |
| 3243 | 324303 | North Canton | OH | Main Street N Canton | 44720 | Non-retail | Active Non-retail | Owned |
| 6092 | 609200 | North Canton | OH | Main Street N Canton | 44720 | Non-retail | Active Non-retail | Owned |
| 1610 | 161000 | Northgate | OH | 9505 Colerain Ave | 45251 | Open Store | Annc'd to Close | Owned |
| 26588 | 2658800 | Salem | OH | 5200 Salem Ave | 45426 | Closed Store | Closed Store | Owned |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|----|---------|----------|----------------|--------|----------|
| 9676 | 967600 | Streetsboro | OH | 9059 State Rt #14 | 44241 | Closed Store | Closed Store | Owned |
| 37563 | 3756300 | Washington Courthouse | OH | 1666 Columbus Ave | 43160 | Non-retail | Active Non-retail | Owned |
| 1150 | 115000 | Westland | OH | 4411 W Broad St | 43228 | Closed Store | Closed Store | Owned |
| 1261 | 126100 | Midwest City | OK | 6909 E Reno Ave | 73110 | Closed Store | Closed Store | Owned |
| 1863 | 186300 | Johnstown | PA | 540 Galleria Dr | 15904 | Closed Store | Closed Store | Owned |
| 31924 | 3192400 | Moon Twp. | PA | 2000 Market Blvd - parking lot | 15108 | Non-retail | Active Non-retail | Owned |
| 9394 | 939400 | Fajardo | PR | Eastern Reg'l S/C; State Road #3 | 00738 | Open Store | Open Store | Owned |
| 3853 | 385300 | Guayama | PR | Puerto Rico Hwy 3 | 00784 | Open Store | Open Store | Owned |
| 6488 | 648800 | Mayaguez | PR | Western Plaza S/C | 00680 | Non-retail | Active Non-retail | Owned |
| 8935 | 893500 | RIO PIEDRAS | PR | Carr #176 Km 0.5; Gpo Box 70209 | 00936 | Non-retail | Active Non-retail | Owned |
| 8975 | 897500 | RIO PIEDRAS | PR | Road #176 Km 0.5 Cupey Bajo | 00936 | Non-retail | Active Non-retail | Owned |
| 30941 | 3094100 | Sioux Falls | SD | 3709 East 10Th Street | 57103 | Closed Store | Closed Store | Owned |
| 446 | 44600 | MEMPHIS | TN | 3456 Meyers Rd | 38108 | Non-retail | Active Non-retail | Owned |
| 30934 | 3093400 | Memphis | TN | 3201 Austin Peay | 38128 | Closed Store | Closed Store | Owned |
| 26596 | 2659600 | Memphis/Hickory | TN | 6120 Hickory Ridge Mall | 38115 | Closed Store | Closed Store | Owned |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|-----|---------|----------|----------------|--------|----------|
| 8247 | 824700 | DICKINSON | TX | 1000 West Fm 517 | 77539 | Non-retail | Active Non-retail | Owned |
| 6874 | 687400 | HOUSTON | TX | 2737 HWY 6 S | 77082 | Closed Store | Closed Store | Owned |
| 8167 | 816700 | HOUSTON | TX | 525 E Little York Rd | 77037 | Non-retail | Active Non-retail | Owned |
| 61237 | 6123700 | HOUSTON | TX | 100 Greenspoint Mall | 77060 | Closed Store | Closed Store | Owned |
| 2332 | 233200 | San Antonio | TX | 8551 Wurzbach Road | 56701 | Open Store | Open Store | Owned |
| 1065 | 106500 | Glen Allen | VA | 10101 Brook Rd | 23059 | Open Store | Open Store | Owned |
| 26717 | 2671700 | Newport News | VA | 12263 Hornsby Lane | 23602 | Closed Store | Closed Store | Owned |
| 3544 | 354400 | Salem | VA | 1355 West Main Street | 24153 | Closed Store | Closed Store | Owned |
| 8345 | 834500 | VIRGINIA BEACH | VA | 102 South Witchduck Rd | 23462 | Non-retail | Active Non-retail | Owned |
| 2299 | 229900 | Aberdeen | WA | 1219 S Boone St | 98520 | Open Store | Open Store | Owned |
| 6579 | 657900 | Spokane | WA | 7005 N Division St | 99207 | Open Store | Open Store | Owned |
| 31903 | 3190300 | Fort Atkinson | WI | 1309 N High St | 53538 | Closed Store | Closed Store | Owned |
| 3589 | 358903 | Cleveland | OH | 14901 Lorain Ave | 44111 | Non-retail | Active Non-retail | Owned |
| 3628 | 362803 | Tolleson | AZ | 8701 West Mc Dowell | 85353 | Non-retail | Active Non-retail | Owned |
| 7309 | 730903 | TEXARKANA | TX | 4520 W 7TH ST | 75501 | Non-retail | Active Non-retail | Owned |
| 31930 | 3193003 | HIALEAH | FL | 5750 NW 183RD ST | 33015 | Non-retail | Active Non-retail | Owned |

## B.    LEASED UNENCUMBERED REAL PROPERTY

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 8706 | 870600 | BIRMINGHAM | AL | 262 Oxmoor Court | 35209 | Non-retail | Active Non-retail |
| 24002 | 2400200 | BIRMINGHAM | AL | 2194-A Parkway Lake Dr | 35244 | Non-retail | Active Non-retail |
| 2306 | 230600 | Gadsden | AL | 1001 Rainbow Dr | 35901 | Open Store | Annc'd to Close |
| 49003 | 4900300 | MOBILE | AL | 3412 Demotropolis Rd | 36693 | Non-retail | Active Non-retail |
| 2126 | 212600 | Hot Springs | AR | 4501 Central Ave Ste 101 | 71913 | Open Store | Open Store |
| 8941 | 894100 | LITTLE ROCK | AR | 1900 W 65Th St-Ste 10 | 72209 | Non-retail | Active Non-retail |
| 1206 | 120600 | North Little Rock | AR | 3930 Mccain Blvd | 72116 | Open Store | Open Store |
| 9711 | 971100 | Russellville | AR | 2821 East Main St | 72801 | Open Store | Annc'd to Close |
| 1169 | 116900 | Chandler | AZ | 3177 Chandler Village Dr | 85226 | Open Store | Annc'd to Close |
| 2358 | 235800 | Flagstaff | AZ | 4800 N Us Highway 89 | 86004 | Open Store | Annc'd to Close |
| 1798 | 179800 | Glendale | AZ | 7780 W Arrowhead Towne Ctr | 85308 | Open Store | Open Store |
| 3707 | 370700 | Lake Havasu City | AZ | 1870 Mc Cullouch Blvd | 86403 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 7088 | 708800 | MESA | AZ | 952 E Baseline Rd; Ste 111 | 85204 | Non-retail | Active Non-retail |
| 1078 | 107800 | Mesa/East | AZ | 6515 E Southern Ave | 85206 | Open Store | Annc'd to Close |
| 1768 | 176800 | Paradise Vly | AZ | 4604 E Cactus Rd | 85032 | Open Store | Open Store |
| 8778 | 877800 | PHOENIX | AZ | 844 N 44Th Ave Ste 2 | 85043 | Non-retail | Active Non-retail |
| 24521 | 2452100 | PHOENIX | AZ | 4401 Baseline Rd; Ste 205 | 85042 | Non-retail | Active Non-retail |
| 1708 | 170800 | Phoenix-Desert Sky | AZ | 7611 W Thomas Rd | 85033 | Open Store | Annc'd to Close |
| 2218 | 221800 | Prescott | AZ | 3400 Gateway Blvd | 86303 | Open Store | Open Store |
| 5865 | 586500 | Scottsdale - Showroom | AZ | 15500 Greenway-Hayden Loop | 85260 | Open Store | Open Store |
| 2047 | 204700 | Sierra Vista | AZ | 2250 El Mercado Loop | 85635 | Open Store | Annc'd to Close |
| 5880 | 588000 | TEMPE | AZ | 9025 S Kyrene Rd (Suites 101-105) | 85284 | Non-retail | Active Non-retail |
| 49028 | 4902800 | TEMPE | AZ | 8440 S Hardy Dr | 85284 | Non-retail | Active Non-retail |
| 8937 | 893700 | TUCSON | AZ | 807 S Euclid | 85719 | Non-retail | Active Non-retail |
| 49011 | 4901100 | TUCSON | AZ | 4755 S Butterfield Dr | 85714 | Non-retail | Active Non-retail |
| 5866 | 586600 | Tucson (Marana) - Showroom | AZ | 3850 W. Orange Grove Road | 85741 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|-----|---------|----------|----------------|--------|
| 2078 | 207800 | Yuma | AZ | 3150 S 4Th Ave | 85364 | Open Store | Annc'd to Close |
| 36314 | 3631400 | BANANI, DHAKA-1213 | BANGLADESH | 7TH FLOOR, BOOTH WING | --- | Non-retail | Active Non-retail |
| 4762 | 476200 | Antioch | CA | 3625 East 18Th Street | 94509 | Open Store | Annc'd to Close |
| 7619 | 761900 | Atascadero | CA | 3980 El Camino Real | 93422 | Open Store | Open Store |
| 9608 | 960800 | Auburn | CA | 2505 Bell Rd | 95603 | Open Store | Open Store |
| 1318 | 131800 | Bakersfield | CA | 3001 Ming Ave | 93304 | Open Store | Annc'd to Close |
| 1018 | 101800 | Baldwin Hills | CA | 3755 Santa Rosalia Dr | 90008 | Open Store | Open Store |
| 8901 | 890100 | BENICIA | CA | 521 Stone Rd | 94510 | Non-retail | Active Non-retail |
| 7653 | 765300 | Big Bear Lake | CA | 42126 Big Bear Blvd | 92315 | Open Store | Open Store |
| 7756 | 775600 | Bishop | CA | 1200 N Main St | 93514 | Open Store | Open Store |
| 1008 | 100800 | Boyle | CA | 2650 E Olympic Blvd | 90023 | Open Store | Open Store |
| 1638 | 163800 | Brea | CA | 100 Brea Mall | 92821 | Closed Store | Closed Store |
| 1268 | 126800 | Buena Park | CA | 8150 La Palma Ave | 90620 | Open Store | Open Store |
| 3834 | 383400 | Burbank | CA | 1000 San Fernando Road | 91504 | Open Store | Open Store |
| 7165 | 716500 | Camarillo | CA | 940 Arneill Rd | 93010 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|-----|---------|----------|----------------|--------|
| 1518 | 151800 | Cerritos | CA | 100 Los Cerritos Mall | 90703 | Open Store | Annc'd to Close |
| 3086 | 308600 | Chico | CA | 2155 Pillsbury Rd | 95926 | Open Store | Open Store |
| 1358 | 135800 | Chula Vista | CA | 565 Broadway | 91910 | Open Store | Open Store |
| 1098 | 109800 | Clovis | CA | 1140 Shaw Ave | 93612 | Open Store | Open Store |
| 3582 | 358200 | Clovis | CA | 1075 Shaw Ave | 93612 | Open Store | Annc'd to Close |
| 7098 | 709800 | Concord | CA | 5100 Clayton Road | 94521 | Open Store | Open Store |
| 5798 | 579800 | Concord-McPhails Showroom | CA | 2260 Commerce Ave Ste E | 94520 | Open Store | Open Store |
| 1388 | 138800 | Costa Mesa | CA | 3333 Bristol St | 92626 | Open Store | Annc'd to Close |
| 4047 | 404700 | Costa Mesa | CA | 2200 Harbor Blvd | 92627 | Open Store | Open Store |
| 5382 | 538200 | Costa Mesa | CA | 3333 Bristol St. | 92626 | Open Store | Open Store |
| 3945 | 394500 | Delano | CA | 912 County Line Rd | 93215 | Open Store | Annc'd to Close |
| 1988 | 198800 | El Centro | CA | 3751 S Dogwood Ave | 92243 | Open Store | Annc'd to Close |
| 2628 | 262800 | Eureka | CA | 3300 Broadway | 95501 | Open Store | Open Store |
| 1408 | 140800 | Florin | CA | 5901 Florin Rd | 95823 | Open Store | Annc'd to Close |
| 8963 | 896300 | Fontana | CA | 14650 Miller Ave | 92336 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 1208 | 120800 | Fresno | CA | 3636 N Blackstone Ave | 93726 | Open Store | Open Store |
| 8366 | 836600 | Fresno | CA | 1922 N HELM AVE | 93727 | Non-retail | Active Non-retail |
| 8913 | 891300 | Fresno | CA | 3688 E. Central Avenue | 93725 | Non-retail | Active Non-retail |
| 7195 | 719500 | Goleta | CA | 6865 Hollister Ave | 93117 | Closed Store | Closed Store |
| 9746 | 974600 | Grass Valley | CA | 111 W Mc Knight Way | 95949 | Open Store | Open Store |
| 2656 | 265600 | Hanford | CA | Hanford Mall - 1545 Mall Drive | 93230 | Open Store | Open Store |
| 1248 | 124800 | Hayward | CA | 660 W Winton Ave | 94545 | Open Store | Open Store |
| 5689 | 568900 | HAYWARD | CA | 30803 SANTANA STREET | 94544 | Non-retail | Active Non-retail |
| 4819 | 481900 | Lakeport | CA | 2019 South Main | 95453 | Open Store | Open Store |
| 8258 | 825800 | LAKEWOOD | CA | 5436 Woodruff Ave | 90713 | Non-retail | Active Non-retail |
| 3982 | 398200 | Lemoore | CA | 215 W Hanford/Armona Rd | 93245 | Open Store | Annc'd to Close |
| 24510 | 2451000 | LIVERMORE | CA | 283 E Airway Blvd | 94551 | Non-retail | Active Non-retail |
| 7225 | 722500 | Los Angeles | CA | 6310 W 3Rd Street | 90036 | Open Store | Annc'd to Close |
| 8253 | 825300 | MCCLELLAN | CA | 4326 Forcum Ave | 95652 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 7390 | 739000 | McKinleyville | CA | 1500 Anna Sparks Way | 95521 | Open Store | Open Store |
| 2298 | 229800 | Merced | CA | 1011 W Olive Ave | 95348 | Open Store | Annc'd to Close |
| 8868 | 886800 | MILPITAS | CA | 1021 Cadillac Ct | 95035 | Non-retail | Active Non-retail |
| 8780 | 878000 | Mira Loma | CA | 3100 Milliken Ave | 91752 | Non-retail | Active Non-retail |
| 8928 | 892800 | MIRA LOMA(JURUPA VL) | CA | 11385 Venture Dr; Bldg A | 91752 | Non-retail | Active Non-retail |
| 1618 | 161800 | Modesto | CA | 100 Vintage Faire Mall | 95356 | Open Store | Annc'd to Close |
| 3345 | 334500 | Modesto | CA | 1351 E Hatch Rd | 95351 | Open Store | Annc'd to Close |
| 1748 | 174800 | Montclair | CA | 5080 Montclair Plz Ln | 91763 | Open Store | Open Store |
| 1998 | 199800 | Montebello | CA | 1401 N Montebello Blvd | 90640 | Open Store | Annc'd to Close |
| 1868 | 186800 | Moreno Vly | CA | 22550 Town Cir | 92553 | Open Store | Open Store |
| 1698 | 169800 | Newark | CA | 6000 Mowry Ave | 94560 | Closed Store | Closed Store |
| 1168 | 116800 | No Hollywood | CA | 12121 Victory Blvd | 91606 | Open Store | Open Store |
| 4421 | 442100 | North Hollywood | CA | 13007 Sherman Way | 91605 | Open Store | Open Store |
| 1508 | 150800 | Northridge | CA | 9301 Tampa Ave | 91324 | Open Store | Open Store |
| 3842 | 384200 | Oakdale | CA | 175 Maag Avenue | 95361 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|-----|---------|----------|----------------|--------|
| 3483 | 348300 | Ontario | CA | 2530 S Euclid Ave | 91762 | Open Store | Annc'd to Close |
| 8287 | 828700 | Ontario | CA | 5600 East Airport Rd | 91761 | Non-retail | Active Non-retail |
| 8729 | 872900 | ONTARIO | CA | 5691 E Philadelphia; Ste 100 | 92337 | Non-retail | Active Non-retail |
| 1968 | 196800 | Palm Desert | CA | 72-880 Hwy 111 | 92260 | Open Store | Open Store |
| 9551 | 955100 | Paradise | CA | 6600 Clark Road | 95969 | Open Store | Open Store |
| 3501 | 350100 | Petaluma | CA | 261 N Mc Dowell Blvd | 94954 | Open Store | Open Store |
| 3531 | 353100 | Pinole | CA | 1500 Fitzgerald Dr | 94564 | Open Store | Annc'd to Close |
| 7471 | 747100 | Placerville | CA | 3968-A Missouri Flat Road | 95667 | Open Store | Annc'd to Close |
| 1019 | 101900 | Pleasanton | CA | 1700 Stoneridge Dr | 94588 | Open Store | Annc'd to Close |
| 3678 | 367800 | Ramona | CA | 1855 Main Street | 92065 | Open Store | Open Store |
| 5668 | 566800 | Rancho Cordova | CA | 11340 WHITE ROCK ROAD | 95742 | Open Store | Open Store |
| 4349 | 434900 | Redwood City | CA | 1155 Veteran'S Blvd | 94063 | Open Store | Open Store |
| 1298 | 129800 | Riverside | CA | 5261 Arlington Ave | 92504 | Open Store | Open Store |
| 4706 | 470600 | Riverside | CA | 375 E Alessandro Blvd | 92508 | Open Store | Annc'd to Close |
| 7175 | 717500 | Riverside | CA | 7840 Limonite Ave | 92509 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|-----|---------|----------|----------------|--------|
| 5784 | 578400 | ROHNERT PARK | CA | 6085 State Farm Drive | 94928 | Non-retail | Active Non-retail |
| 8768 | 876800 | SACRAMENTO | CA | 1200 Blumenfeld Dr | 95815 | Non-retail | Active Non-retail |
| 24547 | 2454700 | SACRAMENTO | CA | 1200 Del Paso Rd; Ste 100 | 95834 | Non-retail | Active Non-retail |
| 1688 | 168800 | Salinas | CA | 1700 N Main St | 93906 | Open Store | Open Store |
| 3412 | 341200 | Salinas | CA | 1050 North Davis Road | 93907 | Open Store | Open Store |
| 1398 | 139800 | San Bernardino | CA | 100 Inland Ctr | 92408 | Open Store | Open Store |
| 1478 | 147800 | San Bruno | CA | 1178 El Camino Real | 94066 | Open Store | Open Store |
| 8748 | 874800 | SAN DIEGO | CA | 960 Sherman St | 92110 | Non-retail | Active Non-retail |
| 24523 | 2452300 | SAN DIEGO | CA | 9586 Distribution Ave; Ste F | 92121 | Non-retail | Active Non-retail |
| 62529 | 6252900 | San Diego | CA | 7655 Clairemont Mesa Blvd | 92111 | Closed Store | Closed Store |
| 31882 | 3188200 | San Diego | CA | 5405 University Ave | 92105 | Closed Store | Closed Store |
| 5000 | 500000 | San Francisco | CA | 310 Carolina Street | 94103 | Open Store | Open Store |
| 38112 | 3811200 | San Francisco | CA | 201 Spear St | 94105 | Non-retail | Active Non-retail |
| 8398 | 839800 | SAN JOSE | CA | 1202 S Sixth St | 95112 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 38734 | 3873400 | San Jose | CA | 1735 Technology Drive, Suite 600 | 95110 | Non-retail | Active Non-retail |
| 1488 | 148800 | San Jose-Eastridge | CA | 2180 Tully Rd | 95122 | Open Store | Open Store |
| 30969 | 3096900 | San Leandro | CA | 250 Floresta Blvd | 94578 | Closed Store | Closed Store |
| 5787 | 578700 | San Rafael - McPhails Showroom | CA | 530 W Francisco Blvd | 94901 | Open Store | Open Store |
| 8369 | 836900 | SANTA ANA | CA | 400 W Warner Ave | 92707 | Non-retail | Active Non-retail |
| 8808 | 880800 | SANTA ANA | CA | 500 W Warner Ave #28 | 92707 | Non-retail | Active Non-retail |
| 2138 | 213800 | Santa Barbara | CA | 3845 State St | 93105 | Open Store | Open Store |
| 5764 | 576400 | Santa Clara | CA | 52 Winchester Blvd; Suite A | 95050 | Non-retail | Active Non-retail |
| 24548 | 2454800 | SANTA CLARITA | CA | 28159 AVENUE STANFORD | 91355 | Non-retail | Active Non-retail |
| 2308 | 230800 | Santa Cruz | CA | 4015 Capitola Rd | 95062 | Open Store | Annc'd to Close |
| 24524 | 2452400 | Santa Fe Springs | CA | 10415 Slushier Dr | 90670 | Non-retail | Active Non-retail |
| 2088 | 208800 | Santa Maria | CA | 200 Town Ctr E | 93454 | Open Store | Open Store |
| 7639 | 763900 | Santa Paula | CA | 895 Faukner Road | 93060 | Open Store | Open Store |
| 1658 | 165800 | Santa Rosa | CA | 100 Santa Rosa Plz | 95401 | Open Store | Annc'd to Close |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 9153 | 915300 | South Lake Tahoe | CA | 1056 Emerald Bay Rd | 96150 | Open Store | Open Store |
| 3076 | 307600 | Spring Valley | CA | 935 Sweetwater Rd | 91977 | Open Store | Annc'd to Close |
| 3174 | 317400 | Stockton | CA | 2180 E Mariposa Rd | 95205 | Open Store | Open Store |
| 8708 | 870800 | STOCKTON | CA | 2115 Sinclair Avenue | 95215 | Non-retail | Active Non-retail |
| 8758 | 875800 | SYLMAR | CA | 14090 Balboa Blvd | 91342 | Non-retail | Active Non-retail |
| 4751 | 475100 | Tehachapi | CA | 710 West Tehachapi | 93561 | Open Store | Open Store |
| 1108 | 110800 | Temecula | CA | 40710 Winchester Rd | 92591 | Open Store | Open Store |
| 3127 | 312700 | Temple City | CA | 5665 N Rosemead Blvd | 91780 | Open Store | Open Store |
| 2059 | 205900 | Tracy | CA | 3350 Naglee Rd | 95304 | Open Store | Open Store |
| 62538 | 6253800 | TUSTIN | CA | 2505 El Camino Real | 92782 | Closed Store | Closed Store |
| 3018 | 301800 | Valencia | CA | 23222 W Valencia Blvd | 91355 | Closed Store | Closed Store |
| 1148 | 114800 | Ventura | CA | 3295 E Main St | 93003 | Open Store | Open Store |
| 68738 | 3685300 | VERNON | CA | 2700 Fruitland Ave | 90058 | Non-retail | Active Non-retail |
| 68738 | 6873800 | VERNON | CA | 5525 S. Soto Street | 90058 | Non-retail | Active Non-retail |
| 2829 | 282900 | Victorville | CA | 14420 Bear Valley Rd | 92392 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 6628 | 662800 | VICTORVILLE | CA | 13695 Mariposa Rd | 92395 | Non-retail | Active Non-retail |
| 2068 | 206800 | Visalia | CA | 3501 S Mooney Blvd | 93277 | Open Store | Open Store |
| 2068 | 206802 | Visalia | CA | 3501 S Mooney Blvd | 93277 | Non-retail | Active Non-retail |
| 9761 | 976100 | Visalia | CA | 3247 W Noble Ave | 93277 | Open Store | Annc'd to Close |
| 1189 | 118900 | West Covina | CA | 1209 Plz Dr | 91790 | Open Store | Open Store |
| 3235 | 323500 | West Covina | CA | 730 South Orange | 91790 | Open Store | Open Store |
| 9489 | 948900 | WEST HILLS | CA | 8407 FALLBROOK AVE | 91304 | Non-retail | Active Non-retail |
| 1149 | 114900 | Whittier | CA | 15600 Whittwood Ln | 90603 | Open Store | Open Store |
| 2238 | 223800 | Yuba City | CA | 1235 Colusa Ave | 95991 | Open Store | Open Store |
| 1141 | 114100 | Aurora | CO | 14200 E Alameda Ave | 80012 | Open Store | Open Store |
| 8290 | 829000 | Brighton | CO | 18875 Bromley Lane | 80601 | Non-retail | Active Non-retail |
| 1131 | 113100 | Centennial | CO | 7001 S University Blvd | 80122 | Open Store | Annc'd to Close |
| 1221 | 122100 | Chapel Hills | CO | 1650 Briargate Blvd | 80920 | Open Store | Open Store |
| 4224 | 3193100 | Denver | CO | 2150 S Monaco St Pkwy | 80222 | Closed Store | Closed Store |
| 24507 | 2450700 | DENVER | CO | 12330E 46Th Ave; Unit 300 | 80239 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 2361 | 236100 | Grand Junction | CO | 100 Mesa Mall | 81505 | Open Store | Annc'd to Close |
| 1071 | 107100 | Lakewood | CO | 10785 W Colfax Ave | 80215 | Open Store | Annc'd to Close |
| 7329 | 732900 | Loveland | CO | 2665 W Eisenhower | 80537 | Open Store | Open Store |
| 4453 | 445300 | Pueblo | CO | 3415 N Elizabeth St | 81008 | Open Store | Open Store |
| 78723 | 7872300 | Becon Falls | CT | 125 Railroad Ave | 06403 | Non-retail | Active Non-retail |
| 1303 | 130300 | Danbury | CT | 7 Backus Ave (Ex 3 Rt 84) | 06810 | Open Store | Open Store |
| 1014 | 101400 | Enfield | CT | 90 Elm St | 06082 | Closed Store | Closed Store |
| 1134 | 113400 | Milford | CT | 1201 Boston Post RdSp 2095 | 06460 | Open Store | Annc'd to Close |
| 3495 | 349500 | Milford | CT | 589 Bridgeport Ave | 06460 | Open Store | Annc'd to Close |
| 8743 | 874300 | NEWINGTON | CT | 65 Holmes Rd | 06111 | Non-retail | Active Non-retail |
| 24592 | 2459200 | ROCKY HILL | CT | 51 Belamose Ave | 06067 | Non-retail | Active Non-retail |
| 3216 | 321600 | Vernon | CT | 295 Hartford Turnpike | 06066 | Open Store | Open Store |
| 1193 | 119300 | Waterford | CT | 850 Hartford Tnpk | 06385 | Open Store | Annc'd to Close |
| 7109 | 710900 | Watertown | CT | 595 Straits Turnpike | 06795 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 8723 | 872300 | West Haven | CT | 190 Frontage Rd | 06516 | Non-retail | Active Non-retail |
| 4807 | 480700 | Bear | DE | 301 Governor Place | 19701 | Open Store | Open Store |
| 4456 | 445600 | BRIDGEVILLE | DE | 7494 Federalsburg Road | 19933 | Non-retail | Active Non-retail |
| 2654 | 265400 | Dover | DE | 1000 Dover Mall | 19901 | Closed Store | Closed Store |
| 7725 | 772500 | Rehoboth Beach | DE | 19563 Coastal Hwy, Unit A | 19971 | Open Store | Open Store |
| 3873 | 387300 | Wilmington | DE | 4700 Limestone Road | 19808 | Open Store | Open Store |
| 1355 | 135500 | Altamonte Spg | FL | 451 E Altamonte Dr Ste 401 | 32714 | Closed Store | Closed Store |
| 24033 | 2403300 | ALTAMONTE SPG | FL | 1260 American Way#156 | 32714 | Non-retail | Active Non-retail |
| 3317 | 331700 | Boca Raton | FL | 1401 W Palmetto Park Rd | 33486 | Open Store | Open Store |
| 5958 | 595800 | Bonita Springs Showroom | FL | 27180 Bay Landing Dr | 34135 | Open Store | Open Store |
| 1755 | 175500 | Boynton Beach | FL | 801 N Congress Ave | 33426 | Open Store | Open Store |
| 2565 | 256500 | Bradenton | FL | 303 Us Hwy 301 Blvd W | 34205 | Open Store | Annc'd to Close |
| 7321 | 732100 | Bradenton | FL | 7321 Manatee Ave West | 34209 | Open Store | Open Store |
| 1007 | 100700 | Brandon | FL | 686 Brandon Town Center Mall | 33511 | Open Store | Open Store |
| 1125 | 112500 | Coral Gables | FL | 3655 Sw 22Nd St | 33145 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|-----|---------|----------|----------------|--------|
| 1715 | 171500 | Doral(Miami) | FL | 1625 Nw 107Th Ave | 33172 | Open Store | Annc'd to Close |
| 4893 | 489300 | Ellenton | FL | 6126 Highway 301 | 34222 | Open Store | Open Store |
| 7067 | 706700 | Fort Myers | FL | 3853 Cleveland Ave S | 33901 | Closed Store | Closed Store |
| 1495 | 149500 | Ft Myers | FL | 4125 Cleveland Ave Suite 88 | 33901 | Open Store | Open Store |
| 5863 | 586300 | Ft Myers | FL | 7916 Drew Circle | 33967 | Non-retail | Active Non-retail |
| 8972 | 897200 | FT MYERS | FL | 10898 Metro Parkway | 33966 | Non-retail | Active Non-retail |
| 8990 | 899000 | FT PIERCE | FL | All South Delivery | 34945 | Non-retail | Active Non-retail |
| 3424 | 342400 | Gainesville | FL | 900 N W 76 Boulevard | 32606 | Open Store | Annc'd to Close |
| 1345 | 134500 | Hialeah/Westland | FL | 1625 W 49Th St | 33012 | Open Store | Open Store |
| 3818 | 381800 | Hollywood | FL | 3800 Oakwood Blvd | 33020 | Open Store | Open Store |
| 425 | 42500 | JACKSONVILLE | FL | 10512 Busch Dr N | 32218 | Non-retail | Active Non-retail |
| 7979 | 797900 | JACKSONVILLE | FL | 3555-1 St Johns Bluff Road S | 32224 | Non-retail | Active Non-retail |
| 2315 | 231500 | Jensen Bch(Stuart) | FL | 3342 Nw Federal HwyUs 1 | 34957 | Open Store | Open Store |
| 9614 | 961400 | Key Largo | FL | 101399 Overseas Highway | 33037 | Open Store | Open Store |
| 2215 | 221500 | Key West | FL | 3200 N Roosevelt Blvd | 33040 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|-----|---------|----------|----------------|--------|
| 4725 | 472500 | Key West | FL | 2928 North Roosevelt Blvd | 33040 | Open Store | Open Store |
| 49012 | 4901200 | LAKE MARY | FL | 3200 Lake Emma Rd; Suite 1020 | 32746 | Non-retail | Active Non-retail |
| 1955 | 195500 | Lakeland | FL | 3800 Us Highway 98 N Ste 500 | 33809 | Open Store | Annc'd to Close |
| 3269 | 326900 | Lantana | FL | 1201 S Dixie | 33462 | Open Store | Open Store |
| 2745 | 274500 | Leesburg | FL | 10401 Us Highway 441 Ste 2002 | 34788 | Open Store | Open Store |
| 9224 | 922400 | Marathon | FL | 5561 Overseas Hwy | 33050 | Open Store | Open Store |
| 2245 | 224500 | Melbourne | FL | 1050 S Babcock St | 32901 | Open Store | Annc'd to Close |
| 3074 | 307400 | Miami | FL | 14091 S W88Th St | 33186 | Open Store | Open Store |
| 3793 | 379300 | Miami | FL | 12350 Sw 8Th Street | 33184 | Open Store | Annc'd to Close |
| 4728 | 472800 | Miami | FL | 3825 7Th Street North W | 33126 | Open Store | Open Store |
| 8065 | 806500 | MIAMI | FL | 3301 Nw 107Th Ave | 33178 | Non-retail | Active Non-retail |
| 5991 | 599100 | Miami - Showroom | FL | 6300 S Dixie Hwy | 33143 | Open Store | Open Store |
| 1365 | 136500 | Miami/Cutler Rdg | FL | 20701 Sw 112Th Ave | 33189 | Open Store | Open Store |
| 2056 | 205600 | Mry Est/Ft Wltn Bch | FL | 300 Mary Esther Blvd | 32569 | Open Store | Annc'd to Close |
| 2695 | 269500 | Naples | FL | 2000 9Th StN | 34102 | Open Store | Annc'd to Close |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 5237 | 523700 | Oakland Park | FL | 3484 NE 12th Ave | 33334 | Open Store | Open Store |
| 1006 | 100600 | Ocala | FL | 3100 Sw College Rd Ste 300 | 34474 | Open Store | Annc'd to Close |
| 8864 | 886400 | OCALA | FL | 5041 W Silver Springs Blvd | 34482 | Non-retail | Active Non-retail |
| 2805 | 280500 | Panama City | FL | 733 N Highway 231 | 32405 | Open Store | Annc'd to Close |
| 1775 | 177500 | Pembroke Pines | FL | 12055 Pines Blvd | 33026 | Open Store | Open Store |
| 31918 | 3191800 | Pembroke Pines | FL | 10501 Pines Blvd | 33026 | Closed Store | Closed Store |
| 8066 | 806600 | PENSACOLA | FL | 7801 Sears Blvd | 32514 | Non-retail | Active Non-retail |
| 8957 | 895700 | PENSACOLA | FL | 7801 Sears Blvd | 32514 | Non-retail | Active Non-retail |
| 24019 | 2401900 | PENSACOLA | FL | 8761 Ely Rd; Unit B | 32514 | Non-retail | Active Non-retail |
| 1205 | 120500 | Pompano Beach | FL | 2251 N Federal Hwy | 33062 | Open Store | Annc'd to Close |
| 5962 | 596200 | Pompano Beach -Showroom | FL | 1742 W. Atlantic Blvd | 33069 | Open Store | Open Store |
| 2145 | 214500 | Port Charlotte | FL | 1441 Tamiami Trl | 33948 | Open Store | Open Store |
| 5976 | 597600 | Sarasota | FL | 5670 Fruitville Rd | 34232 | Open Store | Open Store |
| 4355 | 435500 | St. Petersburg | FL | 4501 66Th Street N | 33709 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 8815 | 881500 | SUNRISE | FL | 900 International Parkway | 33323 | Non-retail | Active Non-retail |
| 8895 | 889500 | TAMPA | FL | 8640 Elm Fair Blvd | 33610 | Non-retail | Active Non-retail |
| 24023 | 2402300 | TAMPA | FL | 4713 Oak Fair Blvd | 33610 | Non-retail | Active Non-retail |
| 1745 | 174500 | Tampa/Westshore | FL | 347 Westshore Plz | 33609 | Open Store | Open Store |
| 1465 | 146500 | Tampa-University | FL | 2266 University Square Mall | 33612 | Open Store | Annc'd to Close |
| 1066 | 106600 | The Avenues | FL | 10302 Southside Blvd | 32256 | Open Store | Open Store |
| 7294 | 729400 | Vero Beach | FL | 1501 U S 1 | 32960 | Open Store | Open Store |
| 5959 | 595900 | West Palm Bch - Showroom | FL | 400 Northpoint Pkwy Ste403 | 33407 | Open Store | Open Store |
| 5185 | 518500 | Winter Park | FL | 500 S. Park Avenue | 32789 | Open Store | Open Store |
| 8825 | 882500 | WINTER PARK | FL | 3825 Forsyth Rd | 32792 | Non-retail | Active Non-retail |
| 1385 | 138500 | Atlanta | GA | 1500 Cumberland Mall Se | 30339 | Open Store | Annc'd to Close |
| 4931 | 493100 | AUGUSTA | GA | 2417 Regency Blvd Ste 6 | 30906 | Non-retail | Active Non-retail |
| 3713 | 371300 | Covington | GA | 6239 Turner Lake Road | 30014 | Open Store | Annc'd to Close |
| 2505 | 250500 | Gainesville | GA | 150 Pearl Nix Pkwy | 30501 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 24018 | 2401800 | NORCROSS | GA | 1650 International Court, Unit 200 | 30093 | Non-retail | Active Non-retail |
| 3978 | 397800 | Peachtree City | GA | 400 Crosstown Road | 30269 | Open Store | Annc'd to Close |
| 8872 | 887200 | PENDERGRASS | GA | 580 Raco Parkway | 30575 | Non-retail | Active Non-retail |
| 1305 | 130500 | Savannah | GA | 7810 Abercorn St | 31406 | Open Store | Annc'd to Close |
| 8902 | 890200 | SAVANNAH | GA | 3 Patton Rd; Ste 150 Bldg G | 31405 | Non-retail | Active Non-retail |
| 1578 | 157800 | Aiea Oahu-Pearl Rdg | HI | 98-180 Kamehameha Hwy | 96701 | Open Store | Open Store |
| 2388 | 238800 | Hilo(Sur) | HI | 111 E Puainako St | 96720 | Open Store | Open Store |
| 2388 | 238802 | Hilo(Sur) | HI | 111 E Puainako St | 96720 | Non-retail | Active Non-retail |
| 1681 | 168100 | Honolulu | HI | 1505 Kapioloni Blvd | 96815 | Open Store | Open Store |
| 6248 | 624800 | KAHULUI | HI | 142 Alamaha St | 96732 | Non-retail | Active Non-retail |
| 36318 | 3631800 | KOWLOON | HK | 8 ARGYLE STREET | --- | Non-retail | Active Non-retail |
| 36318 | 3631803 | KOWLOON | HK | 8 ARGYLE STREET | --- | Non-retail | Active Non-retail |
| 36318 | 3631804 | Shanhai | HK | Unit 01-11, Floor 7, Plaza 336 | --- | Non-retail | Active Non-retail |
| 9220 | 922000 | Algona | IA | 1501 Hwy 169 N | 50511 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 7767 | 776700 | Charles City | IA | 1405 South Grand | 50616 | Open Store | Open Store |
| 9222 | 922200 | Cherokee | IA | 1111 N 2Nd | 51012 | Open Store | Annc'd to Close |
| 3447 | 344700 | Clive | IA | 10331 University Ave | 50325 | Closed Store | Closed Store |
| 3097 | 309700 | Council Bluffs | IA | 2803 E Kanesville Blvd | 51503 | Open Store | Annc'd to Close |
| 45113 | 4511300 | DES MOINES | IA | 1605 NE 58TH AVE | 64150 | Non-retail | Active Non-retail |
| 2422 | 242200 | Sioux City | IA | 4480 Sergeant Rd | 51106 | Open Store | Open Store |
| 1072 | 107200 | Waterloo | IA | 2060 Crossroads Blvd | 50702 | Closed Store | Closed Store |
| 9309 | 930900 | Webster City | IA | 2307 Superior | 50595 | Open Store | Annc'd to Close |
| 1229 | 122900 | Boise | ID | 460 N Milwaukee St | 83704 | Open Store | Annc'd to Close |
| 8711 | 871100 | BOISE | ID | 7095 Bethel Street | 83704 | Non-retail | Active Non-retail |
| 2278 | 227800 | Idaho Falls | ID | 2300 E 17Th St | 83404 | Open Store | Open Store |
| 7033 | 703300 | Lewiston | ID | 1815-21St St | 83501 | Open Store | Open Store |
| 7006 | 700600 | Twin Falls | ID | 2258 Addison Ave East | 83301 | Open Store | Open Store |
| 7951 | 795100 | AURORA | IL | 4020 Fox Valley Center Dr | 60504 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 2840 | 284000 | Bloomington | IL | 1631 E Empire St | 61701 | Open Store | Annc'd to Close |
| 8844 | 884400 | BLOOMINGTON | IL | 3 Quest Dirve Units301-302 | 61704 | Non-retail | Active Non-retail |
| 4381 | 438100 | Bridgeview | IL | 7325 W 79Th Street | 60455 | Open Store | Open Store |
| 8350 | 835000 | Bridgeview | IL | 7310 W 87TH ST | 60455 | Non-retail | Active Non-retail |
| 25009 | 2500900 | Bridgeview | IL | 10004 S 76 Ave - Unit C | 60455 | Non-retail | Active Non-retail |
| 25008 | 2500800 | BUFFALO GROVE | IL | 1005 Commerce Ct | 60089 | Non-retail | Active Non-retail |
| 3371 | 337100 | Chicago | IL | 3443 W Addison | 60618 | Open Store | Open Store |
| 37914 | 3791400 | Chicago | IL | 2 N State St | 60602 | Non-retail | Active Non-retail |
| 4214 | 421400 | Des Plaines | IL | 1155 Oakton St | 60018 | Open Store | Open Store |
| 36950 | 3695000 | ELGIN | IL | 2428-2432 Bath Road | 60124 | Non-retail | Active Non-retail |
| 8555 | 855500 | Elk Grove Village | IL | 1500 Higgins Rd | 60007 | Non-retail | Active Non-retail |
| 24509 | 2450900 | ELK GROVE VLG | IL | 1370 E Higgins Rd; Unit B | 60007 | Non-retail | Active Non-retail |
| 8730 | 873000 | GRANITE CITY | IL | 117 Industrial Dr | 62040 | Non-retail | Active Non-retail |
| 45114 | 4511400 | GRANITE CITY | IL | 117 INDUSTRIAL DR | 62040 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|-----|---------|----------|----------------|--------|
| 1740 | 174000 | Joliet | IL | 3340 Mall Loop Dr | 60431 | Open Store | Annc'd to Close |
| 440 | 44000 | MANTENO | IL | 1600 N Boudreau Rd | 60950 | Non-retail | Active Non-retail |
| 8720 | 872000 | MELROSE PARK | IL | 2065 George St | 60160 | Non-retail | Active Non-retail |
| 24544 | 2454400 | MOKENA | IL | 8901 W 192Nd Street; Ste C | 60448 | Non-retail | Active Non-retail |
| 4297 | 429700 | Moline | IL | 5000 23Rd Ave | 61265 | Open Store | Annc'd to Close |
| 1212 | 121200 | N Riverside | IL | 7503 W Cermak Rd | 60546 | Open Store | Open Store |
| 8262 | 826200 | NAPERVILLE | IL | 1835 Ferry Rd | 60563 | Non-retail | Active Non-retail |
| 1290 | 129000 | Niles | IL | 400 Golf Mill Ctr | 60714 | Open Store | Annc'd to Close |
| 9348 | 934800 | Norridge | IL | 4210 N Harlem Ave | 60706 | Open Store | Annc'd to Close |
| 1300 | 130000 | Oakbrook | IL | 2 Oakbrook Ctr | 60523 | Open Store | Open Store |
| 4433 | 443300 | Quincy | IL | 3701 Broadway St | 62301 | Open Store | Annc'd to Close |
| 2990 | 299000 | Rockford-Cherryvale | IL | 7200 Harrison Ave | 61112 | Open Store | Open Store |
| 8871 | 887100 | ROMEOVILLE | IL | 1701 W Normantown Road | 60446 | Non-retail | Active Non-retail |
| 8934 | 893400 | ROMEOVILLE | IL | 1801 W. Normantown Road | 60446 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 7289 | 728900 | Steger | IL | 3231 Chicago Rd | 60475 | Open Store | Annc'd to Close |
| 9124 | 912400 | Elwood | IN | 1519 State Road 37 S | 46036 | Open Store | Open Store |
| 8017 | 801700 | EVANSVILLE | IN | 333 N Plaza East Blvd | 47715 | Non-retail | Active Non-retail |
| 8013 | 801300 | FORT WAYNE | IN | 6420 Wilson Dr | 46806 | Non-retail | Active Non-retail |
| 1830 | 183000 | Ft Wayne | IN | 4201 Coldwater Rd | 46805 | Open Store | Annc'd to Close |
| 1470 | 147000 | Greenwood | IN | 1251 Us Highway 31 N | 46142 | Open Store | Annc'd to Close |
| 9354 | 935400 | Griffith | IN | 430 W Ridge Rd | 46319 | Open Store | Annc'd to Close |
| 8750 | 875000 | INDIANAPOLIS | IN | 5160 W 81St St - West Dock | 46268 | Non-retail | Active Non-retail |
| 3823 | 382300 | Jasper | IN | 723 3Rd Ave | 47546 | Open Store | Annc'd to Close |
| 7243 | 724300 | Kokomo | IN | 705 North Dixon | 46901 | Open Store | Open Store |
| 9030 | 903000 | Peru | IN | 11 Sherwood Square | 46970 | Open Store | Open Store |
| 7246 | 724600 | Richmond | IN | 3150 National Road West | 47374 | Open Store | Open Store |
| 8014 | 801400 | SOUTH BEND | IN | 630 East Bronson Street | 46601 | Non-retail | Active Non-retail |
| 2600 | 260000 | Terre Haute | IN | 3401 S Us Highway 41 | 47802 | Open Store | Annc'd to Close |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 9122 | 912200 | Warsaw | IN | 3350 U S 30 East | 46580 | Open Store | Open Store |
| 4215 | 421500 | Kansas City | KS | 7836 State Ave | 66112 | Open Store | Annc'd to Close |
| 8273 | 827300 | Lawrence | KS | 2400 Kresge Rd | 66049 | Non-retail | Active Non-retail |
| 24512 | 2451200 | LENEXA | KS | 8246 Neiman Rd Bldg 1 | 66214 | Non-retail | Active Non-retail |
| 8420 | 842000 | OLATHE | KS | 14804 117TH STREET | 66062 | Non-retail | Active Non-retail |
| 7169 | 716900 | Salina | KS | 400 South Broadway | 67401 | Open Store | Annc'd to Close |
| 8081 | 808100 | WICHITA | KS | 2940 S Minneapolis Ave | 67216 | Non-retail | Active Non-retail |
| 2546 | 254600 | Bowling Green | KY | 2625 Scottsville Rd | 42104 | Open Store | Annc'd to Close |
| 3029 | 302900 | Erlanger | KY | 3071 Dixie Hwy | 41018 | Open Store | Open Store |
| 7229 | 722900 | Grayson | KY | 600 C W Stevens Blvd | 41143 | Open Store | Annc'd to Close |
| 8920 | 892000 | LOUISVILLE | KY | 3509 Bashford Ave | 40218 | Non-retail | Active Non-retail |
| 24015 | 2401500 | LOUISVILLE | KY | 12900 Fenwick CenterDr; Ste B | 40223 | Non-retail | Active Non-retail |
| 1790 | 179000 | Louisville-Okolona | KY | 4807 Outer Loop | 40219 | Open Store | Annc'd to Close |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 3941 | 394100 | Russell Springs | KY | Northridge S/C Us Hwy 127 | 42642 | Open Store | Annc'd to Close |
| 7255 | 725500 | Somerset | KY | 411 Russell Dyche Hwy | 42501 | Open Store | Open Store |
| 8896 | 889600 | GONZALES | LA | 810 Hwy 30 West; Suite F | 70737 | Non-retail | Active Non-retail |
| 2016 | 201600 | Hammond | LA | 2000 Sw Railroad Ave | 70403 | Open Store | Annc'd to Close |
| 8736 | 873600 | HARAHAN | LA | 624 Elmwood Pkwy | 70123 | Non-retail | Active Non-retail |
| 1336 | 133600 | Lake Charles | LA | 640 W Prien Lake Rd | 70601 | Closed Store | Closed Store |
| 1226 | 122600 | Metairie | LA | 4400 Veterans Mem Blvd | 70006 | Open Store | Open Store |
| 4810 | 481000 | Metairie | LA | 2940 Veterans Blvd | 70002 | Open Store | Open Store |
| 7223 | 722300 | Metairie | LA | 7000 Veterans Memorial | 70003 | Open Store | Annc'd to Close |
| 24564 | 2456403 | ST ROSE | LA | 110 Widgeon Dr; Ste 190 | 70087 | Non-retail | Active Non-retail |
| 7104 | 710400 | Acton | MA | 252 Main St | 01720 | Open Store | Open Store |
| 1213 | 121300 | Auburn | MA | 385 Southbridge St | 01501 | Open Store | Open Store |
| 3288 | 328800 | Billerica | MA | 484 Boston Rd | 01821 | Open Store | Open Store |
| 4407 | 440700 | Brockton | MA | 2001 Main Street | 02301 | Open Store | Open Store |
| 1343 | 134300 | Cambridge | MA | 100 Cambridgeside Pl | 02141 | Open Store | Annc'd to Close |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|-----|---------|----------|----------------|--------|
| 4444 | 444400 | Fitchburg | MA | 140 Whalon St | 01420 | Closed Store | Closed Store |
| 1243 | 124300 | Hanover | MA | 1775 Washington St | 02339 | Open Store | Open Store |
| 1273 | 127300 | Holyoke | MA | 50 Holyoke St | 01040 | Open Store | Annc'd to Close |
| 2323 | 232300 | Hyannis | MA | 793 Lyannough Road Rte 132 | 02601 | Open Store | Annc'd to Close |
| 3040 | 304000 | Hyannis | MA | 768 Iyanough Rd | 02601 | Open Store | Open Store |
| 1133 | 113300 | Leominster | MA | 100 Commercial Rd | 01453 | Open Store | Open Store |
| 1403 | 140300 | Natick | MA | 1235 Worcester Rd & | 01760 | Open Store | Annc'd to Close |
| 2373 | 237300 | No Dartmouth | MA | 100 N Dartmouth Mall | 02747 | Open Store | Open Store |
| 1053 | 105300 | Saugus | MA | 1325 Broadway | 01906 | Open Store | Open Store |
| 3486 | 348600 | Somerville | MA | 77 Middlesex Ave | 02145 | Open Store | Open Store |
| 9692 | 969200 | Webster | MA | Route 12 | 01570 | Open Store | Open Store |
| 8851 | 885100 | WESTWOOD | MA | 349 University Ave | 02090 | Non-retail | Active Non-retail |
| 1725 | 172500 | Annapolis | MD | 1040 Annapolis Mall | 21401 | Open Store | Open Store |
| 3256 | 325600 | Baltimore | MD | 8980 Waltham Woods Rd | 21234 | Open Store | Open Store |
| 24504 | 2450400 | BALTIMORE | MD | 2700 Lord Baltimore Dr; Ste 140 | 21244 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|-----|---------|----------|----------------|--------|
| 2823 | 282300 | Baltimore/E Pt | MD | 7885 Eastern Blvd | 21224 | Closed Store | Closed Store |
| 1424 | 142400 | Bethesda | MD | 7103 Democracy Blvd | 20817 | Open Store | Open Store |
| 2034 | 203400 | Bowie | MD | 15700 Emerald Way | 20716 | Open Store | Annc'd to Close |
| 1844 | 184400 | Columbia | MD | 10300 Little Patuxent Pkwy | 21044 | Open Store | Annc'd to Close |
| 8814 | 881400 | COLUMBIA | MD | 8700 Robert Fulton Drive | 21046 | Non-retail | Active Non-retail |
| 2774 | 277400 | Cumberland | MD | 1262 Vocke Rd | 21502 | Open Store | Open Store |
| 7713 | 771300 | Edgewater | MD | 3207 Solomons Island Rd | 21037 | Open Store | Open Store |
| 2664 | 266400 | Frederick | MD | 5500 Buckeystown Pike | 21703 | Open Store | Open Store |
| 3131 | 313100 | Frederick | MD | 1003 W Patrick St | 21702 | Open Store | Open Store |
| 1754 | 175400 | Gaithersburg | MD | 701 Russell Ave | 20877 | Open Store | Open Store |
| 3172 | 317200 | Hagerstown | MD | 1713 Massey Blvd | 21740 | Open Store | Open Store |
| 3798 | 379800 | Hyattsville | MD | 6411 Riggs Road | 20783 | Open Store | Open Store |
| 9277 | 927700 | ODENTON | MD | 1781 Crossroads Dr | 21113 | Non-retail | Active Non-retail |
| 3654 | 365400 | Oxon Hill | MD | 6163 Oxon Hill Road | 20745 | Open Store | Annc'd to Close |
| 3807 | 380700 | Prince Frederick | MD | 835 Solomons Island Rd N | 20678 | Open Store | Annc'd to Close |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|-----|---------|----------|----------------|--------|
| 1773 | 177300 | Salisbury | MD | 2306 N Salisbury Blvd | 21801 | Open Store | Open Store |
| 4399 | 439900 | Silver Spring | MD | 14014 Connecticut Ave | 20906 | Open Store | Open Store |
| 7673 | 767300 | Stevensville | MD | 200 Kent Landing | 21666 | Open Store | Open Store |
| 2963 | 296300 | Westminster | MD | 400 N Center St | 21157 | Open Store | Annc'd to Close |
| 3021 | 302100 | Auburn | ME | 603 Center St | 04210 | Open Store | Open Store |
| 7133 | 713300 | Augusta | ME | 58 Western Avenue | 04330 | Open Store | Open Store |
| 2203 | 220300 | Brunswick | ME | 8 Gurnet Rd | 04011 | Open Store | Open Store |
| 9521 | 952100 | Madawaska | ME | 417 Main Street | 04756 | Open Store | Annc'd to Close |
| 2183 | 218302 | So Portland | ME | 400 Maine Mall Rd | 04106 | Non-retail | Active Non-retail |
| 3380 | 338000 | Waterville | ME | 18 Elm Plaza | 04901 | Open Store | Open Store |
| 1390 | 139000 | Ann Arbor | MI | 900 Briarwood Cir | 48108 | Open Store | Annc'd to Close |
| 3155 | 315500 | Belleville | MI | 2095 Rawsonville Rd | 48111 | Open Store | Open Store |
| 3820 | 382000 | Charlevoix | MI | 06600 M-66 North | 49720 | Open Store | Annc'd to Close |
| 9557 | 955700 | Grayling | MI | 2425 S Grayling | 49738 | Open Store | Open Store |
| 3819 | 381900 | Hastings | MI | 802 West State Street | 49058 | Open Store | Open Store |
| 2050 | 205000 | Jackson | MI | 1250 Jackson XingI-94 | 49202 | Open Store | Annc'd to Close |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 3308 | 330800 | Lake Orion | MI | 1025 M-24 | 48360 | Open Store | Annc'd to Close |
| 1170 | 117000 | Lansing | MI | 3131 E Michigan Ave | 48912 | Open Store | Open Store |
| 1250 | 125000 | Lincoln Park | MI | 2100 Southfield Rd | 48146 | Open Store | Annc'd to Close |
| 8830 | 883000 | LIVONIA | MI | 12001 Sears Ave | 48150 | Non-retail | Active Non-retail |
| 3841 | 384100 | Marshall | MI | 15861 Michigan Avenue | 49068 | Open Store | Open Store |
| 7068 | 706800 | Midland | MI | 1820 S Saginaw Rd | 48640 | Open Store | Open Store |
| 9593 | 959300 | Oscoda | MI | 5719 N US 23 | 48750 | Open Store | Open Store |
| 6232 | 623200 | Roseville | MI | 32123 Gratiot Ave | 48066 | Open Store | Open Store |
| 8982 | 898200 | SAGINAW | MI | 3202 W. Sawyer Drive | 48601 | Non-retail | Active Non-retail |
| 1490 | 149000 | Troy | MI | 300 W 14 Mile Rd | 48083 | Closed Store | Closed Store |
| 3379 | 337900 | Waterford Twp. | MI | 5100 Dixie Hwy | 48329 | Open Store | Open Store |
| 8949 | 894900 | WAYLAND | MI | 1172 147Th Street | 49348 | Non-retail | Active Non-retail |
| 24651 | 2465100 | Wixom | MI | 46985 Enterprise Ct | 48393 | Non-retail | Active Non-retail |
| 8134 | 813400 | WYOMING | MI | 3455 Byron Center SW | 49519 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 8162 | 816200 | Eden Prairie | MN | 7615 Golden Triangle Dr | 55344 | Non-retail | Active Non-retail |
| 9689 | 968900 | International Falls | MN | 1606 Hwy 11-71 | 56649 | Open Store | Open Store |
| 1112 | 111200 | Minnetonka | MN | 12431 Wayzata Blvd | 55305 | Open Store | Annc'd to Close |
| 4351 | 435100 | Rochester | MN | 201 Ninth St S E | 55904 | Open Store | Open Store |
| 1052 | 105200 | St Paul | MN | 425 Rice St | 55103 | Open Store | Annc'd to Close |
| 3059 | 305900 | St. Paul | MN | 245 E Maryland Ave | 55117 | Open Store | Open Store |
| 24546 | 2454600 | BRIDGETON | MO | 12930 Hollenberg Dr | 63044 | Non-retail | Active Non-retail |
| 7021 | 702100 | Cape Girardeau | MO | 11 South Kings Hwy 61 | 63703 | Open Store | Annc'd to Close |
| 9353 | 935300 | Crystal City | MO | 155 Twin City Mall | 63019 | Open Store | Open Store |
| 7323 | 732300 | FENTON | MO | 639 Gravois Bluffs Blvd; Ste B | 63026 | Non-retail | Active Non-retail |
| 4304 | 430400 | Florissant | MO | 1 Flower Valley Shp Ctr | 63033 | Open Store | Annc'd to Close |
| 1042 | 104202 | Joplin | MO | 101 N Rangeline Rd | 64801 | Non-retail | Active Non-retail |
| 7324 | 732400 | O'Fallon | MO | 20 O'Fallon Square | 63366 | Closed Store | Closed Store |
| 8701 | 870100 | RIVERSIDE | MO | 761 Nw Parkway | 64150 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 4026 | 402600 | St. Joseph | MO | 2901-5 N Belt Hwy | 64506 | Open Store | Annc'd to Close |
| 2939 | 293900 | Biloxi | MS | 2600 Beach Rd | 39531 | Open Store | Open Store |
| 7719 | 771900 | Columbus | MS | 2308 Highway 45 N | 39701 | Open Store | Annc'd to Close |
| 9520 | 952000 | Gulfport | MS | 12057-A Highway 49 | 39503 | Open Store | Open Store |
| 88776 | 8877600 | Olive Branch | MS | 10425 Ridgewood Dr | 38654 | Non-retail | Active Non-retail |
| 2106 | 210600 | Tupelo | MS | 1001 Barnes Crossing Rd | 38804 | Open Store | Open Store |
| 9808 | 980800 | Hamilton | MT | 1235 North First Street | 59840 | Open Store | Open Store |
| 4814 | 481400 | Havre | MT | 3180 Highway 2 West | 59501 | Closed Store | Closed Store |
| 7030 | 703000 | Kalispell | MT | 2024 Us Hwy 2 E | 59901 | Open Store | Open Store |
| 3886 | 388600 | Asheville | NC | 980 Brevard Road | 28806 | Open Store | Open Store |
| 4112 | 411200 | Asheville | NC | 1001 Patton Ave | 28806 | Open Store | Annc'd to Close |
| 2105 | 210500 | Burlington | NC | 100 Colonial Mall | 27215 | Open Store | Open Store |
| 8319 | 831900 | Charlotte | NC | 9801 A Southern Pine Blvd | 28273 | Non-retail | Active Non-retail |
| 8822 | 882200 | CHARLOTTE | NC | 4800 A Sirus Ln | 28208 | Non-retail | Active Non-retail |
| 24005 | 2400500 | CHARLOTTE | NC | 8301 Arrowridge Blvd; Suite A | 28273 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 7208 | 720800 | Clemmons | NC | 2455 Lewisville-Clemmon | 27012 | Open Store | Open Store |
| 1045 | 104500 | Durham-Northgate | NC | 1620 Guess Rd | 27701 | Open Store | Open Store |
| 1405 | 140500 | Fayetteville | NC | 400 Cross Creek Mall | 28303 | Open Store | Annc'd to Close |
| 2225 | 222500 | Goldsboro | NC | 703 N Berkeley Blvd | 27534 | Open Store | Annc'd to Close |
| 8704 | 870400 | GREENSBORO | NC | 651A Brigham Rd | 27409 | Non-retail | Active Non-retail |
| 24608 | 2460800 | GREENSBORO | NC | 4523 Green Point Drive | 27410 | Non-retail | Active Non-retail |
| 30961 | 3096103 | GREENSBORO | NC | 300 PENRY RD | 27405 | Non-retail | Active Non-retail |
| 2755 | 275500 | Jacksonville | NC | 344 Jacksonville Mall | 28546 | Open Store | Open Store |
| 9619 | 961900 | Morehead City | NC | 4841 Arendell St | 28557 | Open Store | Open Store |
| 9549 | 954900 | Morganton | NC | 110-112 Bost Rd | 28655 | Open Store | Open Store |
| 1646 | 164600 | Pineville | NC | 11033 Carolina Place Pkwy | 28134 | Open Store | Annc'd to Close |
| 3667 | 366700 | Raleigh | NC | 8701 Six Forks Road | 27615 | Open Store | Open Store |
| 4450 | 445000 | Raleigh | NC | 4500 Western Blvd | 27606 | Open Store | Annc'd to Close |
| 7385 | 738500 | RALEIGH | NC | 819 E Six Forks Rd | 27609 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|-----|---------|----------|----------------|--------|
| 1805 | 180500 | Raleigh (Crabtree) | NC | 4601 Glenwood Ave Unit 1 | 27612 | Open Store | Annc'd to Close |
| 3808 | 380800 | Statesville | NC | 1530 East Broad Street | 28625 | Open Store | Annc'd to Close |
| 7626 | 762600 | Waynesville | NC | 1300 Dellwood Road | 28786 | Open Store | Open Store |
| 3116 | 311600 | Wilmington | NC | 815 S College Rd | 28403 | Closed Store | Closed Store |
| 1375 | 137500 | Winston Salem | NC | 3320 Silas Creek Pkwy | 27103 | Open Store | Open Store |
| 4272 | 427200 | Bismarck | ND | 2625 State St | 58503 | Open Store | Open Store |
| 4057 | 405700 | Fargo | ND | 2301 S University Dr | 58103 | Open Store | Open Store |
| 4022 | 402200 | Grand Forks | ND | 1900 S Washington St | 58201 | Open Store | Open Store |
| 4353 | 435300 | Minot | ND | 1-20Th Ave S E | 58701 | Open Store | Open Store |
| 9319 | 931900 | Alliance | NE | 1515 W 3Rd | 69301 | Open Store | Open Store |
| 2421 | 242100 | Grand Island | NE | 175 Conestoga Mall | 68803 | Open Store | Open Store |
| 2023 | 202300 | Concord | NH | 270 Loudon Rd | 03301 | Open Store | Open Store |
| 3175 | 317500 | Hooksett | NH | 1267 Hooksett Rd | 03106 | Open Store | Open Store |
| 8703 | 870300 | Kingston | NH | 266 Route 125 | 03848 | Non-retail | Active Non-retail |
| 2443 | 244300 | Manchester | NH | 1500 S Willow St | 03103 | Open Store | Annc'd to Close |
| 1313 | 131300 | Nashua | NH | 310 Daniel Webster Hwy Ste 102 | 03060 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 1313 | 131302 | Nashua | NH | 310 Daniel Webster Hwy Ste 102 | 03060 | Non-retail | Active Non-retail |
| 2663 | 266300 | Portsmouth | NH | 50 Fox Run Rd Ste 74 | 03801 | Open Store | Annc'd to Close |
| 1003 | 100300 | Salem | NH | 77 Rockingham Park Blvd | 03079 | Open Store | Annc'd to Close |
| 4448 | 444800 | Salem | NH | 161 S Broadway | 03079 | Open Store | Open Store |
| 7048 | 704800 | West Lebanon | NH | 200 S Main | 03784 | Open Store | Open Store |
| 3438 | 343800 | Avenel | NJ | 1550 St George Ave | 07001 | Open Store | Open Store |
| 7177 | 717700 | Belleville | NJ | 371-411 Main Street | 07109 | Open Store | Open Store |
| 1464 | 146400 | Deptford | NJ | 1750 Deptford Cener Rd | 08096 | Open Store | Annc'd to Close |
| 24603 | 2460300 | EAST HANOVER | NJ | 50 Williams Parkway | 07936 | Non-retail | Active Non-retail |
| 1204 | 120400 | Freehold | NJ | 3710 US Hwy 9 Ste 1100 | 07728 | Open Store | Open Store |
| 3393 | 339300 | Glassboro | NJ | 779 Delsea Dr N | 08028 | Open Store | Annc'd to Close |
| 3499 | 349900 | Kearny | NJ | 200 Passaic Ave | 07032 | Open Store | Open Store |
| 9395 | 939500 | Lawnside | NJ | 200 White Horse Pike | 08045 | Closed Store | Closed Store |
| 1574 | 157400 | Middletown | NJ | 1500 Highway 35 | 07748 | Open Store | Annc'd to Close |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 24649 | 2464900 | MOORESTOWN | NJ | 41 TWISOME DR | 08057 | Non-retail | Active Non-retail |
| 78714 | 7871400 | Secaucus | NJ | 1000 New County Road | 07094 | Non-retail | Active Non-retail |
| 8835 | 883500 | SWEDESBORO | NJ | 2100 Center Square Road, Suite 125 (Bldg. K) | 08085 | Non-retail | Active Non-retail |
| 3071 | 307100 | Toms River | NJ | 213 Highway 37 E | 08753 | Open Store | Open Store |
| 4478 | 447800 | Trenton | NJ | 1061 Whitehorse-Mercervil | 08610 | Open Store | Open Store |
| 7602 | 760200 | Wall | NJ | 1825 Highway 35 | 07719 | Open Store | Open Store |
| 8380 | 838000 | WALL TOWNSHIP | NJ | 1324 Wyckoff Road | 07753 | Non-retail | Active Non-retail |
| 1434 | 143400 | Wayne | NJ | 50 Route 46 | 07470 | Open Store | Open Store |
| 3056 | 305600 | Wayne | NJ | 1020 Hamburg Turnpike | 07470 | Open Store | Open Store |
| 4470 | 447000 | West Long Branch | NJ | 108 Monmouth Rd | 07764 | Open Store | Open Store |
| 9413 | 941300 | West Orange | NJ | 235 Prospect Ave | 07052 | Open Store | Open Store |
| 3202 | 320200 | Westwood | NJ | 700 Broadway | 07675 | Open Store | Open Store |
| 8905 | 890500 | Albuquerque | NM | 5921 Midway Park Blvd NE | 87109 | Non-retail | Active Non-retail |
| 1287 | 128700 | Coronado | NM | 6600 Menaul Blvd Ne Ste 700 | 87110 | Open Store | Annc'd to Close |
| 2597 | 259700 | Farmington | NM | 4601 E Main St | 87402 | Open Store | Open Store |
| 7035 | 703500 | Farmington | NM | 3000 East Main St | 87402 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 7016 | 701600 | Hobbs | NM | 2220 North Grimes St | 88240 | Open Store | Open Store |
| 2527 | 252700 | Las Cruces | NM | 700 S Telshor Blvd | 88011 | Open Store | Open Store |
| 3301 | 330100 | Santa Fe | NM | 1712 St Michael'S Dr | 87505 | Open Store | Open Store |
| 3592 | 359200 | Las Vegas | NV | 5051 E Bonanza Rd | 89110 | Open Store | Open Store |
| 8970 | 897000 | LAS VEGAS | NV | 4320 N Lamb Blvd; Bldg 1 Ste 500 | 89115 | Non-retail | Active Non-retail |
| 5864 | 586400 | Las Vegas - Showroom | NV | 7370 S Dean Martin Drive Suite 401 | 89139 | Open Store | Open Store |
| 1328 | 132800 | Las Vegas(Blvd) | NV | 3450 S Maryland Pkwy | 89109 | Open Store | Open Store |
| 1668 | 166800 | Las Vegas(Meadows) | NV | 4000 Meadow Ln | 89107 | Open Store | Open Store |
| 5779 | 577900 | Reno - McPhails Showroom | NV | 7525 Colbert Dr Ste 108 | 89511 | Open Store | Open Store |
| 30960 | 3096000 | SPARKS | NV | 1750 FRANKLIN WAY | 89431 | Non-retail | Active Non-retail |
| 4741 | 474100 | Batavia | NY | 8363 Lewiston Road | 14020 | Open Store | Annc'd to Close |
| 9589 | 958900 | Bath | NY | Plaza 15Route 415 | 14810 | Open Store | Open Store |
| 9423 | 942300 | Bridgehampton | NY | 2044 Montauk Hwy | 11932 | Open Store | Open Store |
| 9420 | 942000 | Bronx | NY | 1998 Bruckner Blvd | 10473 | Open Store | Open Store |
| 3415 | 341500 | Buffalo | NY | 1001 Hertel Avenue | 14216 | Open Store | Open Store |
| 1984 | 198400 | Buffalo/Hamburg | NY | S 3701 Mckinley Pkwy | 14219 | Open Store | Open Store |
| 8854 | 885400 | CHEEKTOWAGA | NY | 60 Industrial Parkway | 14227 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 1623 | 162300 | Clay | NY | 4155 State Rt 31 | 13041 | Closed Store | Closed Store |
| 2453 | 245300 | Glens Falls | NY | Aviation Rd | 12804 | Open Store | Annc'd to Close |
| 9274 | 927400 | Greenwich | NY | West Main St R D #1 | 12834 | Open Store | Open Store |
| 7065 | 706500 | Horseheads | NY | 1020 Center Street | 14845 | Open Store | Open Store |
| 9381 | 938100 | Huntington | NY | 839 New York Ave | 11743 | Open Store | Open Store |
| 2584 | 258400 | Lakewood | NY | Rt 394 & Hunt Blvd | 14750 | Open Store | Annc'd to Close |
| 9415 | 941500 | Mahopac | NY | 987 Route 6 | 10541 | Open Store | Annc'd to Close |
| 4034 | 403400 | Mattydale | NY | 2803 Brewerton Rd | 13211 | Open Store | Open Store |
| 24601 | 2460100 | MELVILLE | NY | 35 Melville Park Rd | 11747 | Non-retail | Active Non-retail |
| 8959 | 895900 | MENANDS | NY | 279 Broadway | 12204 | Non-retail | Active Non-retail |
| 1414 | 141400 | Nanuet | NY | 75 W Route 59 Ste 100 | 10954 | Open Store | Annc'd to Close |
| 2933 | 293300 | New Hyde Park | NY | 1400 Union Tpke | 11040 | Open Store | Annc'd to Close |
| 24593 | 2459300 | NEW ROCHELLE | NY | 5 Plain Ave | 10801 | Non-retail | Active Non-retail |
| 7749 | 774900 | New York | NY | 250 W 34Th St | 10119 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|-----|---------|----------|----------------|--------|
| 7777 | 777700 | New York | NY | 770 Broadway | 10003 | Open Store | Open Store |
| 2593 | 259300 | Newburgh | NY | 1401 Route 300 | 12550 | Open Store | Open Store |
| 4123 | 412300 | Niagara Falls | NY | 2590 Military Rd | 14304 | Open Store | Annc'd to Close |
| 4868 | 486800 | Riverhead | NY | 605 Old Country Rd | 11901 | Open Store | Annc'd to Close |
| 8102 | 810200 | ROCHESTER | NY | 100 Mushroom Blvd | 14623 | Non-retail | Active Non-retail |
| 2173 | 217300 | Saratoga | NY | 3065 Route 50 | 12866 | Open Store | Open Store |
| 3600 | 360000 | Schenectady | NY | 93 West Campbell Rd | 12306 | Open Store | Annc'd to Close |
| 7676 | 767600 | Sidney | NY | 171 Delaware Ave | 13838 | Open Store | Open Store |
| 1624 | 162400 | Staten Island | NY | 283 Platinum Ave | 10314 | Open Store | Open Store |
| 8753 | 875300 | SYOSSET | NY | 225 Robbins Lane | 11791 | Non-retail | Active Non-retail |
| 1584 | 158400 | Victor | NY | 200 Eastview Mall | 14564 | Open Store | Annc'd to Close |
| 2683 | 268300 | Watertown | NY | I-81 & Arsenal Rt 3 | 13601 | Open Store | Open Store |
| 7677 | 767700 | Wellsville | NY | 121 Bolivar Rd | 14895 | Open Store | Open Store |
| 9392 | 939200 | West Seneca | NY | 349 Orchard Park Rd | 14224 | Open Store | Annc'd to Close |
| 1674 | 167400 | White Plains | NY | 100 Main St | 10601 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 9416 | 941600 | White Plains | NY | 399 Tarrytown Rd | 10607 | Open Store | Open Store |
| 1733 | 173300 | Yonkers | NY | Rte 87(Ny St)& Cross Ct Pkwy | 10704 | Open Store | Open Store |
| 9414 | 941400 | Yorktown Heights | NY | Rte 118, 355 Downing Dr | 10598 | Open Store | Open Store |
| 1944 | 194400 | Yorktown Hts | NY | 600 Lee Blvd | 10598 | Open Store | Annc'd to Close |
| 7383 | 738300 | Barberton | OH | 241 Wooster Rd North | 44203 | Open Store | Open Store |
| 3286 | 328600 | Brunswick | OH | 3301 Center Rd | 44212 | Open Store | Open Store |
| 1410 | 141000 | Canton | OH | 4100 Belden Village Mall | 44718 | Open Store | Open Store |
| 4937 | 493700 | Chillicothe | OH | 1470 North Bridge Street | 45601 | Open Store | Annc'd to Close |
| 1810 | 181000 | Cincinnati-Eastgate | OH | 4595 Eastgate Blvd | 45245 | Open Store | Open Store |
| 3013 | 301300 | Cleveland | OH | 7701 Broadview Road | 44131 | Open Store | Open Store |
| 8790 | 879000 | CLEVELAND | OH | 4620 Hickley Industrial Pkwy | 44109 | Non-retail | Active Non-retail |
| 8712 | 871200 | COLUMBUS | OH | 1621 Georgesville Rd | 43228 | Non-retail | Active Non-retail |
| 8862 | 886200 | COLUMBUS | OH | 5330 Crosswind Dr; Ste A | 43228 | Non-retail | Active Non-retail |
| 24545 | 2454500 | COLUMBUS | OH | 2204 City Gate Drive | 43219 | Non-retail | Active Non-retail |
| 1560 | 156000 | Dayton Mall | OH | 2700 Miamisburg Centerville Rd | 45459 | Open Store | Annc'd to Close |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|-----|---------|----------|----------------|--------|
| 7209 | 720900 | East Liverpool | OH | 15891 State Rt 170 | 43920 | Open Store | Annc'd to Close |
| 9096 | 909600 | Fostoria | OH | 620 Plaza Dr | 44830 | Open Store | Open Store |
| 7595 | 759500 | Gahanna | OH | 845 Claycraft Road | 43230 | Non-retail | Active Non-retail |
| 7397 | 739700 | Grove City | OH | 2400 Stringtown Road | 43123 | Open Store | Open Store |
| 30962 | 3096204 | GROVEPORT | OH | 5765 GREEN POINTE DRIVE | 43125 | Non-retail | Active Non-retail |
| 7644 | 764400 | Harrison | OH | 10560 Harrison Avenue | 45030 | Open Store | Open Store |
| 25016 | 2501600 | LEWIS CENTER | OH | 8482 COTTER ST | 43035 | Non-retail | Active Non-retail |
| 7477 | 747700 | Marietta | OH | 502 Pike Street | 45750 | Open Store | Open Store |
| 4257 | 425700 | Middleburg Heights | OH | 17840 Bagley Rd | 44130 | Open Store | Annc'd to Close |
| 1430 | 143000 | Middleburg Hts | OH | 6950 W 130Th St | 44130 | Non-retail | Active Non-retail |
| 8918 | 891800 | MONROE | OH | 4425 Salzman Road | 45044 | Non-retail | Active Non-retail |
| 1564 | 156400 | Niles | OH | 5320 Youngstown Rd | 44446 | Open Store | Annc'd to Close |
| 3243 | 324300 | North Canton | OH | 1447 N Main St | 44720 | Open Store | Open Store |
| 1210 | 121000 | Polaris | OH | 1400 Polaris Pkwy | 43240 | Open Store | Open Store |
| 2104 | 210400 | St Clairsville | OH | Banfield Rd & I-70 | 43950 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|-----|---------|----------|----------------|--------|
| 3142 | 314200 | Tallmadge | OH | 555 South Ave | 44278 | Open Store | Open Store |
| 24538 | 2453800 | WARRENSVLL HT | OH | 4829 Galaxy Pky | 44128 | Non-retail | Active Non-retail |
| 4782 | 478200 | Clinton | OK | 2501 Redwheat Drive | 73601 | Open Store | Open Store |
| 26716 | 2671600 | LAWTON | OK | 416 Se F Ave | 73501 | Non-retail | Active Non-retail |
| 2311 | 231100 | Norman | OK | 3201 W Main St | 73072 | Open Store | Annc'd to Close |
| 1091 | 109100 | Okla City/Sequoyah | OK | 4400 S Western Ave | 73109 | Closed Store | Closed Store |
| 8931 | 893100 | OKLAHOMA CITY | OK | 1425 S Central | 73129 | Non-retail | Active Non-retail |
| 4363 | 436300 | TULSA | OK | 3643 S 73Rd East Ave | 74145 | Non-retail | Active Non-retail |
| 24024 | 2402400 | TULSA | OK | 12626 E. 60Th Street | 74146 | Non-retail | Active Non-retail |
| 1151 | 115100 | Tulsa Woodland Hls | OK | 6929 S Memorial Dr | 74133 | Open Store | Annc'd to Close |
| 4455 | 445500 | Beaverton | OR | 3955 S W Murray Blvd | 97005 | Open Store | Annc'd to Close |
| 6374 | 637400 | CLACKAMAS | OR | 14658 Se 82Nd Dr | 97015 | Non-retail | Active Non-retail |
| 24562 | 2456200 | Clackamas | OR | 16131 Se Evelyn Street | 97015 | Non-retail | Active Non-retail |
| 3839 | 383900 | Corvallis | OR | 400 North East Circle Blv | 97330 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 8883 | 888300 | EUGENE | OR | 4725 Pacific Ave | 97402 | Non-retail | Active Non-retail |
| 1119 | 111900 | Happy Valley | OR | 11800 SE 82nd Ave | 97086 | Open Store | Annc'd to Close |
| 2179 | 217900 | Medford | OR | 501 Medford Ctr | 97504 | Open Store | Open Store |
| 8228 | 822800 | Portland | OR | 12402 Ne Marx Street | 97230 | Non-retail | Active Non-retail |
| 8841 | 884100 | PORTLAND | OR | 15427 Ne Airport Way | 97230 | Non-retail | Active Non-retail |
| 2715 | 271500 | Salem | OR | 955 Lancaster Dr Ne | 97301 | Open Store | Annc'd to Close |
| 2119 | 211900 | Salem(Lancaster) | OR | 827 Lancaster Dr Ne | 97301 | Open Store | Annc'd to Close |
| 3888 | 388800 | The Dalles | OR | 2640 West Sixth St | 97058 | Open Store | Open Store |
| 1079 | 107900 | Washington Sq | OR | 9800 Sw Washington Square Rd | 97223 | Open Store | Annc'd to Close |
| 3361 | 336100 | Allentown | PA | 1502 South Fourth St | 18103 | Open Store | Annc'd to Close |
| 8744 | 874400 | ALLENTOWN | PA | 1820 Race Street | 18109 | Non-retail | Active Non-retail |
| 2494 | 249400 | Altoona | PA | 5580 Goods Lane Suite 1005 | 16602 | Open Store | Open Store |
| 4150 | 415000 | Altoona | PA | 528 W Plank Road | 16602 | Open Store | Annc'd to Close |
| 8875 | 887500 | Altoona | PA | 700 N Third Avenue | 16601 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 1454 | 145400 | Bensalem/Crnwls Hts | PA | 100 Neshaminy Mall | 19020 | Open Store | Annc'd to Close |
| 9161 | 916100 | Berwick | PA | 1520 W Front St | 18603 | Open Store | Open Store |
| 24411 | 2441100 | BRIDGEVILLE | PA | 300 Bursca Drive; Suite 303 | 15017 | Non-retail | Active Non-retail |
| 1711 | 171100 | Camp Hill | PA | 3505 Capitol Hill City Mall Dr | 17011 | Open Store | Open Store |
| 7746 | 774600 | Carlisle | PA | 1180 Walnut Bottom Rd | 17013 | Open Store | Annc'd to Close |
| 3225 | 322500 | Chambersburg | PA | 1005 Wayne Ave | 17201 | Open Store | Open Store |
| 8781 | 878100 | Chambersburg | PA | 1475 Nitterhouse Dr | 17201 | Non-retail | Active Non-retail |
| 7293 | 729300 | Clifton Heights | PA | 713 E Baltimore Pike | 19018 | Open Store | Open Store |
| 3911 | 391100 | Columbia | PA | 3975 Columbia Ave | 17512 | Open Store | Open Store |
| 3737 | 373700 | Doylestown | PA | 4377 Route 313 | 18901 | Open Store | Open Store |
| 2124 | 212400 | Dubois | PA | 5522 Shaffer Rd Ste 129 | 15801 | Open Store | Annc'd to Close |
| 7192 | 719200 | Easton | PA | 320 South 25Th Street | 18042 | Open Store | Open Store |
| 3266 | 326600 | Edwardsville | PA | U S Route 11 Mark Plaza | 18704 | Open Store | Open Store |
| 3963 | 396300 | Elizabethtown | PA | 1605 South Market Street | 17022 | Open Store | Open Store |
| 9662 | 966200 | Ephrata | PA | 1127 S State St | 17522 | Open Store | Open Store |
| 4113 | 411300 | Erie | PA | 2873 W 26Th Street | 16506 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 24517 | 2451700 | EXPORT | PA | 1022 Corporate Lane, Bldg #2 | 15632 | Non-retail | Active Non-retail |
| 8873 | 887300 | GOULDSBORO | PA | 400 First Avenue | 18424 | Non-retail | Active Non-retail |
| 2244 | 224400 | Hanover | PA | 1155 Carlisle St Ste 5 | 17331 | Closed Store | Closed Store |
| 6814 | 681400 | Hermitage | PA | 3235 E State-Shennango Vly Ml | 16148 | Open Store | Annc'd to Close |
| 3597 | 359700 | Holmes | PA | 600 Macdade Blvd | 19043 | Open Store | Open Store |
| 7470 | 747000 | Hummelstown | PA | 1170 Mae Street | 17036 | Open Store | Annc'd to Close |
| 1064 | 106400 | Langhrn/Oxford Vly | PA | 2300 E Lincoln Hwy | 19047 | Open Store | Annc'd to Close |
| 7699 | 769900 | Lebanon | PA | 1745 Quentin | 17042 | Open Store | Open Store |
| 7372 | 737200 | Leechburg | PA | 451 Hude Park Road | 15656 | Open Store | Open Store |
| 3884 | 388400 | Matamoras | PA | 111 Hulst Dr, Ste 722 | 18336 | Open Store | Annc'd to Close |
| 433 | 43300 | MIDDLETOWN | PA | 2040 N Union St | 17057 | Non-retail | Active Non-retail |
| 8275 | 827500 | Morrisville | PA | One Kresge Rd | 19030 | Non-retail | Active Non-retail |
| 6254 | 625400 | New Castle | PA | 2500 W State StUnion Plz | 16101 | Open Store | Open Store |
| 7083 | 708300 | New Castle | PA | 2650 Ellwood Rd | 16101 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 4054 | 405400 | New Kensington | PA | 100 Tarentum Rd | 15068 | Open Store | Annc'd to Close |
| 4064 | 406400 | North Versailles | PA | 1901 Lincoln Hwy | 15137 | Open Store | Open Store |
| 3527 | 352700 | Philadelphia | PA | 7101 Roosevelt Blvd | 19149 | Open Store | Open Store |
| 9409 | 940900 | Phoenixville | PA | 1000 Nutt Rd | 19460 | Open Store | Annc'd to Close |
| 4010 | 401000 | Pittsburgh | PA | 880 Butler Street | 15223 | Open Store | Annc'd to Close |
| 8724 | 872400 | PITTSBURGH | PA | 27 51St St | 15201 | Non-retail | Active Non-retail |
| 9438 | 943800 | Pleasant Hills | PA | 720 Clairton Blvd/Rte 51 | 15236 | Open Store | Annc'd to Close |
| 1484 | 148400 | Reading | PA | Warren St Bypass & Bern Rd | 19610 | Open Store | Open Store |
| 1034 | 103400 | Ross Park | PA | 1008 Ross Park Mall Dr | 15237 | Closed Store | Closed Store |
| 8976 | 897600 | ROYERSFORD | PA | 477 N Lewis Rd | 19468 | Non-retail | Active Non-retail |
| 24527 | 2452700 | SHARON HILL | PA | 800 Calcon Hook Rd | 19079 | Non-retail | Active Non-retail |
| 3136 | 313600 | Shillington | PA | 1 Parkside Ave | 19607 | Open Store | Open Store |
| 1334 | 133400 | South Hills | PA | 300 S Hills Vlg | 15241 | Closed Store | Closed Store |
| 2605 | 260500 | State College | PA | 183 Shiloh Rd | 16801 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 8962 | 896200 | STEELTON | PA | 1235 S Harrisburg St | 17113 | Non-retail | Active Non-retail |
| 2074 | 207400 | Stroudsburg | PA | 344 Stroud Mall | 18360 | Open Store | Open Store |
| 9539 | 953900 | Thorndale | PA | 3205 Lincoln Hwy | 19372 | Open Store | Annc'd to Close |
| 4713 | 471300 | Towanda | PA | Rt #6 Brandford Town Ctr | 18848 | Open Store | Open Store |
| 3954 | 395400 | Walnutport | PA | 400 North Best Ave | 18088 | Open Store | Open Store |
| 2114 | 211400 | Washington | PA | 1500 W Chestnut St | 15301 | Open Store | Open Store |
| 7374 | 737400 | West Chester | PA | 985 Paoli Pike | 19380 | Open Store | Open Store |
| 1154 | 115400 | Whitehall | PA | 1259 Whitehall Mall | 18052 | Open Store | Open Store |
| 443 | 44300 | WILKES BARRE | PA | Hanover Industrial Pk | 13656 | Non-retail | Active Non-retail |
| 3268 | 326800 | Wilkes-Barre | PA | 910 Wilkes Barre Twp Blvd | 18702 | Open Store | Open Store |
| 3390 | 339000 | Williamsport | PA | 1915 E Third St | 17701 | Open Store | Open Store |
| 3810 | 381000 | Willow Street | PA | 2600 N Willow Street Pike | 17584 | Open Store | Open Store |
| 3949 | 394900 | Wind Gap | PA | 803 Male Rd | 18091 | Open Store | Open Store |
| 4732 | 473200 | Aguadilla | PR | Road 2 Km 126.5 | 00605 | Open Store | Open Store |
| 7566 | 756600 | Arecibo | PR | State Road 2 Km 80.2 | 00612 | Open Store | Open Store |
| 7570 | 757000 | Bayamon | PR | Plaza Rio Hondo & Comerio Ave | 00961 | Open Store | Open Store |
| 7788 | 778800 | Bayamon | PR | Pr 167 & Las Cumbres | 00957 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 1085 | 108500 | Caguas | PR | Intsctn St Rd Pr 1 & Pr 156 | 00725 | Open Store | Open Store |
| 4858 | 485800 | Caguas | PR | Calle Betances Final #400 | 00726 | Open Store | Open Store |
| 7419 | 741900 | Caguas | PR | Rafael Cordero & Hwy 30 | 00725 | Open Store | Open Store |
| 1925 | 192500 | Carolina | PR | Carolina S/C | 00988 | Open Store | Open Store |
| 7665 | 766500 | Carolina | PR | 65Th Infantry Ave | 00985 | Open Store | Open Store |
| 7446 | 744600 | Cayey | PR | Carr Rt #1 - Km 106 | 00736 | Open Store | Open Store |
| 2085 | 208500 | Fajardo | PR | State Rd 3 | 00738 | Open Store | Open Store |
| 2675 | 267500 | Guayama | PR | Road 3 Km.L34.7 | 00784 | Open Store | Open Store |
| 7768 | 776800 | Guaynabo | PR | Pr 20 And Esmeralda | 00969 | Open Store | Open Store |
| 7842 | 784200 | HATO REY | PR | Plz Las Americas Mall | 00918 | Open Store | Open Store |
| 3993 | 399300 | Juana Diaz | PR | State Rd 149&State Rd 584 | 00795 | Open Store | Open Store |
| 1935 | 193502 | Mayaguez | PR | 975 Hostos Ave Ste 110 | 00680 | Non-retail | Active Non-retail |
| 3882 | 388200 | Mayaguez | PR | Pr Rte #2; Km 149.5 | 00680 | Open Store | Open Store |
| 2385 | 238500 | Naranjito | PR | El Mercado Plaza | 00782 | Open Store | Open Store |
| 1945 | 194500 | Ponce | PR | Plaza Del Caribe 2050 (Rd 2) | 00731 | Open Store | Open Store |
| 1945 | 194502 | Ponce | PR | Plaza Del Caribe 2050 (Rd 2) | 00731 | Non-retail | Active Non-retail |
| 7741 | 774100 | Ponce | PR | 2643 Ponce Bypass | 00728 | Open Store | Open Store |
| 4844 | 484400 | Rio Piedras | PR | 9410 Ave Los Romeros | 00926 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|-----|---------|----------|----------------|--------|
| 3896 | 389600 | San German | PR | Castro Perez Ave (Pr 122) | 00683 | Open Store | Open Store |
| 4490 | 449000 | San Juan | PR | Caparra Hgts - San Patricio S/C Roosevelt & San Patricio Avenues | 00920 | Open Store | Open Store |
| 4494 | 449400 | Trujillo Alto | PR | 200 Carr 181 | 00976 | Open Store | Open Store |
| 7784 | 778400 | Vega Alta | PR | Carr 2, Estatal, Plaza Caribe Mall | 00692 | Open Store | Open Store |
| 7752 | 775200 | Yauco | PR | Sr 128 @ Sr 2 Km 0.5 | 00698 | Open Store | Open Store |
| 24560 | 2456000 | CAYCE | SC | 2110 Commerce Dr | 29033 | Non-retail | Active Non-retail |
| 4016 | 401600 | Greenville | SC | Church St Extension | 29605 | Open Store | Open Store |
| 8846 | 884600 | GREENVILLE | SC | 115 Haywood Rd | 29607 | Non-retail | Active Non-retail |
| 8858 | 885800 | Ladson | SC | 3831 Commercial Cneter Rd | 29456 | Non-retail | Active Non-retail |
| 7616 | 761600 | Lexington | SC | 748 W Main Street | 29072 | Open Store | Open Store |
| 7274 | 727400 | Mauldin | SC | 129 West Butler Avenue | 29662 | Open Store | Annc'd to Close |
| 2807 | 280700 | Rock Hill | SC | 2197 Dave Lyle Blvd | 29730 | Open Store | Open Store |
| 7043 | 704300 | Rock Hill | SC | 2302 Cherry Rd | 29732 | Open Store | Annc'd to Close |
| 7062 | 706200 | Sumter | SC | 1143 Broad St | 29150 | Open Store | Open Store |
| 4141 | 414100 | West Columbia | SC | 1500 Charleston Hwy | 29169 | Open Store | Open Store |
| 4170 | 417000 | Rapid City | SD | 1111 E North St | 57701 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------| ---------|----------------|--------|
| 7241 | 724100 | Bartlett | TN | 8024 Stage Hills Blvd | 38133 | Non-retail | Active Non-retail |
| 1115 | 111500 | Chattanooga | TN | 2100 Hamilton Place Blvd | 37421 | Open Store | Annc'd to Close |
| 8037 | 803700 | CHATTANOOGA | TN | 6300 Enterprise Park Dr; Ste A | 37416 | Non-retail | Active Non-retail |
| 2335 | 233500 | Clarksville | TN | 2801 Wilma Rudolph Blvd | 37040 | Open Store | Annc'd to Close |
| 1146 | 114600 | Cordova | TN | 2800 N Germantown Prkway | 38133 | Open Store | Annc'd to Close |
| 2036 | 203600 | Jackson | TN | 2021 N Highland Ave | 38305 | Open Store | Open Store |
| 2265 | 226500 | Johnson City | TN | 2011 N Roan St | 37601 | Open Store | Open Store |
| 7460 | 746000 | Knoxville | TN | 6909 Maynardville Pike Ne | 37918 | Open Store | Annc'd to Close |
| 8947 | 894700 | KNOXVILLE | TN | 114 Sherlake Rd | 37922 | Non-retail | Active Non-retail |
| 9621 | 962100 | Lebanon | TN | 1443 W Main St | 37087 | Open Store | Open Store |
| 2156 | 215600 | Maryville | TN | 198 Foothills Mall | 37801 | Open Store | Open Store |
| 8756 | 875600 | Memphis | TN | 3952 Willow Lake Blvd; Bldg 5 | 38118 | Non-retail | Active Non-retail |
| 24542 | 2454200 | MEMPHIS | TN | 1710 Shelby Oaks Drive | 38133 | Non-retail | Active Non-retail |
| 2226 | 222600 | Murfreesboro | TN | 1720 Old Fort Pkwy | 37129 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 8206 | 820600 | NASHVILLE | TN | 640 Thompson Lane | 37211 | Non-retail | Active Non-retail |
| 24611 | 2461100 | NASHVILLE | TN | 5010 Linbar Drive # 125 | 37211 | Non-retail | Active Non-retail |
| 9735 | 973500 | Sevierville | TN | 217 Forks Of River Pkwy | 37862 | Open Store | Open Store |
| 1395 | 139500 | West Town | TN | 7600H Kingston Pike | 37919 | Open Store | Annc'd to Close |
| 1387 | 138700 | Amarillo | TX | 7701 1-40 W | 79121 | Open Store | Open Store |
| 1137 | 113700 | Austin | TX | 1000 E 41St | 78751 | Open Store | Annc'd to Close |
| 1357 | 135700 | Austin/Barton Creek | TX | 2901 S Capitol Of Texas Hwy | 78746 | Open Store | Annc'd to Close |
| 1327 | 132700 | Baytown | TX | 1000 San Jacinto Mall | 77521 | Open Store | Annc'd to Close |
| 30954 | 3095400 | Brownsville | TX | 2440 Pablo Kisel Blvd | 78526 | Closed Store | Closed Store |
| 1217 | 121702 | Corpus Christi | TX | 1305 Airline Rd | 78412 | Non-retail | Active Non-retail |
| 8870 | 887000 | DALLAS | TX | 1600 Roe St | 75215 | Non-retail | Active Non-retail |
| 8021 | 802100 | EL PASO | TX | 39B Concord | 79906 | Non-retail | Active Non-retail |
| 24554 | 2455400 | El Paso | TX | 1335 Geronimo Dr | 79925 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 1080 | 108000 | Frisco | TX | 2605 Preston Rd | 75034 | Open Store | Annc'd to Close |
| 447 | 44700 | GARLAND | TX | 2775 W Miller Rd | 75042 | Non-retail | Active Non-retail |
| 8907 | 890700 | GARLAND | TX | 1501 Kings Rd | 75042 | Non-retail | Active Non-retail |
| 8807 | 880700 | GRAPEVINE | TX | 615 Westport Pkwy; Ste 200 | 76051 | Non-retail | Active Non-retail |
| 2537 | 253700 | Harlingen | TX | 2002 S Expy 83 | 78552 | Open Store | Annc'd to Close |
| 24011 | 2401100 | HOUSTON | TX | 10055 Regal Row | 77040 | Non-retail | Active Non-retail |
| 1277 | 127700 | Ingram | TX | 6301 Nw Loop 410 | 78238 | Open Store | Annc'd to Close |
| 2147 | 214700 | Irving | TX | 2501 Irving Mall | 75062 | Open Store | Annc'd to Close |
| 2487 | 248700 | Killeen | TX | 2000 Killeen Mall | 76543 | Open Store | Open Store |
| 2247 | 224702 | Laredo | TX | 5300 San Dario Ave | 78041 | Non-retail | Active Non-retail |
| 2557 | 255700 | Longview | TX | 3510 Mccann Rd | 75605 | Open Store | Open Store |
| 1247 | 124700 | Lubbock | TX | 6002 Slide Rd | 79414 | Open Store | Annc'd to Close |
| 4389 | 438900 | McAllen | TX | 1801 South 10Th Street | 78503 | Open Store | Open Store |
| 7972 | 797200 | McAllen | TX | 3701 North McColl | 78503 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|-----|---------|----------|----------------|--------|
| 1067 | 106700 | Memorial | TX | 303 Memorial City Mall | 77024 | Open Store | Annc'd to Close |
| 8922 | 892200 | PFLUGERSVILLE | TX | 828 New Meister Lane, Suite 100 | 78660 | Non-retail | Active Non-retail |
| 1629 | 162900 | Pharr | TX | 500 N. Jackson Road | 78577 | Open Store | Open Store |
| 9767 | 976700 | PLANO | TX | 2301 West Plano Parkwayl, Suite 201 | 75075 | Non-retail | Active Non-retail |
| 2637 | 263700 | Port Arthur | TX | 3100 FM 365 | 77642 | Open Store | Open Store |
| 1207 | 120700 | Richardson | TX | 201 S Plano Rd | 75081 | Open Store | Open Store |
| 1097 | 109700 | San Antonio | TX | 2310 Sw Military Dr | 78224 | Open Store | Open Store |
| 8747 | 874700 | SAN ANTONIO | TX | 1331 N Pine St | 78202 | Non-retail | Active Non-retail |
| 9507 | 950700 | SAN ANTONIO | TX | 1560 CABLE RANCH RD | 78245 | Non-retail | Active Non-retail |
| 24029 | 2402900 | SAN ANTONIO | TX | 5696 Randolph Blvd | 78239 | Non-retail | Active Non-retail |
| 1127 | 112700 | Shepherd | TX | 4000 N Shepherd Dr | 77018 | Open Store | Open Store |
| 1227 | 122700 | Southwest Ctr | TX | 3450 W Camp Wisdom Rd | 75237 | Open Store | Annc'd to Close |
| 2077 | 207700 | Tyler | TX | 4701 S Broadway Ave | 75703 | Open Store | Annc'd to Close |
| 2617 | 261700 | Victoria | TX | 7508 N Navarro St | 77904 | Open Store | Annc'd to Close |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 1367 | 136700 | Waco | TX | 6001 W Waco Dr | 76710 | Open Store | Open Store |
| 8948 | 894800 | SALT LAKE CTY | UT | 175 W 1300 South | 84115 | Non-retail | Active Non-retail |
| 24604 | 2460400 | SALT LAKE CTY | UT | 2027 S 4130 W | 84104 | Non-retail | Active Non-retail |
| 9794 | 979400 | St. George | UT | 785 S Bluff | 84770 | Open Store | Open Store |
| 1888 | 188800 | West Jordan | UT | 7453 S Plaza Center Dr | 84084 | Open Store | Annc'd to Close |
| 1284 | 128400 | Alexandria | VA | 5901 Duke St | 22304 | Open Store | Open Store |
| 4483 | 448300 | Annandale | VA | 4251 John Marr Drive | 22003 | Open Store | Annc'd to Close |
| 2435 | 243500 | Charlottesville | VA | 1531Rio Rd E | 22901 | Open Store | Open Store |
| 3471 | 347100 | Chesapeake | VA | 2001 South Military Hwy | 23320 | Open Store | Open Store |
| 8838 | 883800 | CHESAPEAKE | VA | 713 Fenway Ave; Ste D | 23323 | Non-retail | Active Non-retail |
| 1615 | 161500 | Chspk/Greenbrier | VA | 1401 Greenbrier Pkwy | 23320 | Closed Store | Closed Store |
| 8823 | 882300 | DULLES | VA | 45065 Old Ox Rd | 20166 | Non-retail | Active Non-retail |
| 1814 | 181400 | Fairfax | VA | 12000 Fair Oaks Mall | 22033 | Open Store | Annc'd to Close |
| 1024 | 102400 | Falls Church | VA | 6211 Leesburg Pike | 22044 | Open Store | Open Store |
| 2694 | 269400 | Fredericksburg | VA | 100 Spotsylvania Mall | 22407 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|-----|---------|----------|----------------|--------|
| 1575 | 157500 | Hampton | VA | 100 Newmarket Fair Mall | 23605 | Open Store | Annc'd to Close |
| 8836 | 883600 | RICHMOND | VA | 4100 Tomlyn St | 23230 | Non-retail | Active Non-retail |
| 24552 | 2455200 | RICHMOND | VA | 5340 S Laburnum Ave | 23231 | Non-retail | Active Non-retail |
| 7415 | 741500 | Springfield | VA | 6364 Springfield Plaza | 22150 | Open Store | Annc'd to Close |
| 3785 | 378500 | Tabb | VA | 5007 Victory Blvd | 23693 | Open Store | Open Store |
| 1265 | 126500 | Virginia Beach | VA | 4588 Virginia Beach Blvd | 23462 | Closed Store | Closed Store |
| 7717 | 771700 | Waynesboro | VA | 2712 W Main St | 22980 | Open Store | Annc'd to Close |
| 7259 | 725900 | Williamsburg | VA | 118 Waller Mill Rd | 23185 | Open Store | Annc'd to Close |
| 2784 | 278400 | Winchester | VA | 1850 Apple Blossom Dr | 22601 | Open Store | Open Store |
| 7413 | 741300 | Frederiksted | VI | Remainder Matriculate #1 | 00840 | Open Store | Open Store |
| 3972 | 397200 | St. Croix | VI | Sunny Isle S/C, Space #1 | 00820 | Open Store | Open Store |
| 3829 | 382900 | St. Thomas | VI | 26 - A Tutu Park Mall | 00802 | Open Store | Open Store |
| 7793 | 779300 | St. Thomas | VI | 9000 Lockhart Gdns S/C; Ste 1 | 00802 | Open Store | Open Store |
| 45061 | 4506100 | COLCHESTER | VT | 4 ACORN LANE | 03848 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 3133 | 313300 | Bellingham | WA | 1001 E Sunset Drive | 98226 | Open Store | Annc'd to Close |
| 2049 | 204900 | Everett | WA | 1302 Se Everett Mall Way | 98208 | Open Store | Open Store |
| 2329 | 232900 | Kennewick(Pasco) | WA | 1321 N Columbia Center Blvd | 99336 | Open Store | Open Store |
| 3413 | 341300 | Kent | WA | 24800 W Valley Hwy | 98032 | Closed Store | Closed Store |
| 8709 | 870900 | KENT | WA | 7650 S 228Th St | 98032 | Non-retail | Active Non-retail |
| 8897 | 889700 | KENT | WA | 6250 S. 196Th Street | 98032 | Non-retail | Active Non-retail |
| 2330 | 233000 | Puyallup | WA | 3500 S MeridianSte 900 | 98373 | Open Store | Annc'd to Close |
| 2329 | 232902 | Richland | WA | 1661 B Fowler St | 99352 | Non-retail | Active Non-retail |
| 36692 | 3669200 | Seattle | WA | 701 5th Ave | 98104 | Non-retail | Active Non-retail |
| 38167 | 3816700 | Seattle | WA | 1415 NE 45th Street | 98105 | Non-retail | Active Non-retail |
| 24526 | 2452600 | Seattle/Tukwilla | WA | 12628 Interurban Ave South | 98168 | Non-retail | Active Non-retail |
| 8004 | 800400 | Spokane | WA | 10424 W Aero Rd | 99004 | Non-retail | Active Non-retail |
| 9480 | 948000 | SPOKANE | WA | 12310 Mirabeau Parkway; Suite 500 | 99216 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 2239 | 223900 | Vancouver | WA | 8800 Ne Vancouver Mall Dr | 98662 | Open Store | Annc'd to Close |
| 7034 | 703400 | Walla Walla | WA | 2200 East Isaacs Ave | 99362 | Open Store | Open Store |
| 24555 | 2455500 | BROOKFIELD | WI | 13040 W Lisbon Rd; Bldg 2 Ste 300 | 53005 | Non-retail | Active Non-retail |
| 8968 | 896800 | JANESVILLE | WI | 3920 Kennedy Rd | 53545 | Non-retail | Active Non-retail |
| 7648 | 764800 | Mauston | WI | 800 North Union | 53948 | Open Store | Open Store |
| 8220 | 822000 | NEW BERLIN | WI | 16255-16351 W LINCOLN AVE | 53151 | Non-retail | Active Non-retail |
| 3692 | 369200 | Oconomowoc | WI | 1450 Summit Avenue | 53066 | Open Store | Open Store |
| 3851 | 385100 | Racine | WI | 5141 Douglas Ave | 53402 | Open Store | Open Store |
| 7649 | 764900 | Ripon | WI | 1200 West Fond Du Lac St | 54971 | Open Store | Open Store |
| 8725 | 872500 | VANDENBROEK | WI | N 168 Apoltolic Rd | 54140 | Non-retail | Active Non-retail |
| 3750 | 375000 | Waupaca | WI | 830 West Fulton St | 54981 | Open Store | Open Store |
| 8782 | 878200 | WAUWATOSA | WI | 4320 N. 124Th Street | 53222 | Non-retail | Active Non-retail |
| 6375 | 282601 | Bridgeport | WV | 225 Meadowbrook Mall | 26330 | Open Store | Open Store |
| 4188 | 418800 | Charleston | WV | 1701 4Th Ave W | 25387 | Open Store | Annc'd to Close |
| 4442 | 444200 | Charleston | WV | 6531 Mccorkle Avenue S E | 25304 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 3484 | 348400 | Elkview | WV | I-79/Us 43 Crossings Mall | 25071 | Open Store | Open Store |
| 3724 | 372400 | Scott Depot | WV | 101 Great Teays Blvd | 25560 | Open Store | Annc'd to Close |
| 2304 | 230400 | Westover/Morgantown | WV | 9520 Mall Rd | 26501 | Open Store | Annc'd to Close |
| 2341 | 234100 | Casper | WY | 701 Se Wyoming Blvd | 82609 | Open Store | Annc'd to Close |
| 4736 | 473600 | Casper | WY | 4000 East 2Nd Street | 82609 | Open Store | Annc'd to Close |
| 2371 | 237100 | Cheyenne | WY | 1400 Del Range Blvd | 82009 | Closed Store | Closed Store |
| 4863 | 486300 | Gillette | WY | 2150 South Douglas Hwy | 82716 | Open Store | Annc'd to Close |
| 7139 | 713900 | Jackson | WY | 510 S Hwy 89 | 83002 | Open Store | Open Store |
| 30938 | 3093800 | Glendale | AZ | 6767 West Bell Road | 85308 | Closed Store | Closed Store |

**Exhibit 1** to **Exhibit B**

**Redline**

 **GREAT AMERICAN CAPITAL PARTNERS**

### Summary of Indicative Terms and Conditions – November 2018

The following summary of terms ("**Term Sheet**") outlines a credit facility to be provided by GACP II L.P. or its affiliates or its designees, (together, "**GACP**") and other parties hereto, executing this Term Sheet in their capacity as lenders (collectively with GACP, the "**DIP Lenders**") to Sears Roebuck Acceptance Corp. a Delaware corporation, and Kmart Corp., a Michigan corporation, and certain of their affiliates (collectively, the "**Debtors**"), each as a debtor and debtor in possession under chapter 11 title 11, United States Code (the "**Bankruptcy Code**") in cases pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Case No. 18-23538 (RDD) (the "**Chapter 11 Cases**"). This Term Sheet shall be a binding agreement with respect to the DIP Loans (as defined below) but does not purport to summarize all the terms, conditions, representations and other provisions with respect to the GACP Junior DIP Facility, which will be set forth in the DIP Loan Documents (as defined below).

The obligations of the DIP Lenders to provide financing pursuant to this Term Sheet is conditioned upon the execution and delivery of signature pages to this Term Sheet by each of the parties hereto and shall be subject to the terms and conditions set forth herein.

Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in Exhibit C to the "Debtors' Motion For Authority To (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Certain Protections To Prepetition Secured Parties, And (D) Schedule Second Interim Hearing And Final Hearing," filed as Docket No. 7 in the Chapter 11 Cases (such exhibit, as it may be amended or modified from time to time, the "**ESL Junior DIP Term Sheet**" and such motion, the "**DIP Financing Motion**")).

| | |
|---|---|
| **DIP Agent:** | GACP Finance Co., LLC ("**DIP Agent**") |
| **Borrowers:** | Sears Roebuck Acceptance Corp. and Kmart Corporation (each a "**Borrower**" and collectively, the "**Borrowers**") |
| **Guarantor:** | Sears Holdings Corporation ("**Holdings**") and each affiliate of Sears Holdings Corporation that is a guarantor under the DIP ABL Facility (together with the Borrowers, the "**Obligors**"). |
| **Amount:** | A secured debtor-in-possession multiple draw term loan facility up to $350.0 million (the "**GACP Junior DIP Facility**" and the loans thereunder, the "**DIP Loans**"), to be made available to the Borrowers by the DIP Lenders after the DIP Facility Approval Date in accordance with the Budget and the final DIP documentation; provided, however, that (i) no more than $250.0 million aggregate principal amount of the DIP Loans (the "**Interim DIP Loans**") shall be funded by the DIP Lenders prior to the Final Closing Date (as defined below), which Interim DIP Loans shall be funded in three draws on and after the Initial Closing Date (as defined below) in the following amounts: the first draw of $75.0 million on the Initial Closing Date, the second draw of $75.0 million and the third draw of $100.0 million, in the cases of the second and third draws, on dates when the Excess Availability (under and as defined in the DIP ABL Facility) is less than $50.0 million (in each case subject to the satisfaction of the conditions precedent set forth in this Term Sheet and the DIP Loan Documents); provided, however, that any portion of the Interim DIP Loans not funded prior to the Final Closing Date shall be available for draws after the Final Closing Date (the "**DIP Carryover Loans**") and (ii) no more than $100.0 million |

LEGAL_US_E # ~~138612340.15~~138846304.3

~~WEIL:\96788977\24\73219.0004~~WEIL:\96813860\1\73217.0004

aggregate principal amount of the DIP Loans (plus any DIP Carryover Loans (collectively, the "**Subsequent DIP Loans**") shall be funded by the DIP Lenders on or after the Final Closing Date, which Subsequent DIP Loans shall be funded in multiple draws of amounts to be agreed (but in no event shall any such draw be in an aggregate principal amount of less than $50.0 million) on dates when the sum of Excess Availability (under and as defined in the DIP ABL Facility) and the Obligors' available cash is less than $50.0 million (subject in each case to the satisfaction of the conditions set forth in this Term Sheet and DIP Loan Documents). DIP Loans that are repaid or prepaid may not be re-borrowed. It being understood and agreed that proceeds of all funded DIP Loans shall be placed into the Term Loan Proceeds Account (as defined in the DIP ABL Facility).

| | |
|---|---|
| **Maturity:** | The earliest of (i) eight (8) months after the Commencement Date, (ii) twelve (12) months if the Borrowers shall exercise Extension Option (defined below), or (iii) the Maturity Date under the DIP ABL Facility. |
| **Extension Option:** | Four (4) months; *provided*, that no Event of Default shall have occurred and be continuing ("***Extension Option***"). |
| **Pricing / Floor:** | L+11.50%, payable monthly. |
| **Fees:** | Closing Fee: 3.00%, (i) due and payable with respect to the full $2050.0 million aggregate principal amount of the Interim DIP Loans (whether or not all or any portion of such amount is funded), on the Initial Closing Date and (ii) due and payable with respect to the $100.0 million aggregate principal amount of unused commitments under the GACP Junior DIP Facility prior to the Final Closing Date the Subsequent DIP Loans upon the earliest to occur of (x) December 31, 2018 and (y) the Final Closing Date. <br><br> Extension Fee: 1.25%, earned on the first day of the extension, but payment is deferred until the Maturity Date. <br><br> Undrawn Fee: 0.75% |
| **Prepetition Debt and Collateral** | ➢ "***Prepetition ABL Credit Agreement***" shall mean the Third Amended and Restated Credit Agreement, dated as of July 21, 2015 (as amended, restated, supplemented or otherwise modified from time to time prior to the date hereof), by and among Holdings, the Borrowers, the banks, financial institutions and other institutional lenders from time to time party thereto (collectively, the "***Prepetition Lenders***"), the Issuing Lenders (as defined therein) from time to time party thereto (the "***Prepetition Issuing Lenders***"), and Bank of America, as administrative agent (in such capacity, the "***Prepetition ABL Administrative Agent***"), as a co-collateral agent, and as swingline lender, Wells Fargo Bank, National Association, as a co-collateral agent (together with Bank of America in such capacity, the "***Prepetition ABL Co-Collateral Agents***" and together with the Prepetition Lenders, the Prepetition ABL Administrative Agent, and the Prepetition Issuing Lenders, the "***Prepetition ABL Credit Parties***"), and the other parties from time to time party thereto, providing for a $1,500,000,000 asset-based revolving credit facility (the "***Prepetition Revolving Facility***"), a term loan facility in an aggregate original principal amount of $1,000,000,000 (the "***Prepetition Term Loan Facility***"), a term loan facility in an aggregate original principal amount of $750,000,000 (the "***Prepetition 2016 Term Loan Facility***"; and |

the loans thereunder, the "*Prepetition 2016 Term Loans*"), and a "first-in, last-out" facility in an original principal amount of $125,000,000 (the "*Prepetition 2018 FILO Facility*" and collectively with the Prepetition Revolving Facility, the Prepetition Term Loan Facility and the Prepetition 2016 Term Loan Facility, the "*Prepetition Facilities*"). As of the date hereof, the Prepetition Term Loan Facility has been paid in full, the outstanding principal amount of the Prepetition 2016 Term Loan Facility is $570,776,250, the outstanding principal amount of the Prepetition 2018 FILO Facility is $125,000,000, and the Total Extensions of Credit under the Prepetition Revolving Facility are $959,602,130.

➢   "*Prepetition LC Facility Agreement*" shall mean that certain Letter of Credit and Reimbursement Agreement, dated as of December 28, 2016 (as amended, restated, supplemented or otherwise modified from time to time prior to the Petition Date), by and among Holdings, the Borrowers, as borrowers, JPP, LLC, JPP II, LLC, Crescent 1, L.P., Canary SC Fund, L.P., CYR Fund, L.P., CMH VI, L.P., and Cyrus Heartland, L.P., as L/C lenders (the "*Prepetition LC Lenders*"), and Citibank, N.A., as administrative agent and as issuing bank (in such capacity, the "*Prepetition LC Facility Administrative Agent*" and together with the Prepetition LC Lenders, the "*Prepetition LC Facility Credit Parties*").

➢   "*Prepetition ABL Collateral*" shall mean the Collateral under and as defined in the Prepetition ABL Credit Agreement, including, but not limited to "cash collateral" as that term is defined in Section 363 of the Bankruptcy Code.

➢   "*Prepetition Second Lien Facilities*" shall mean: (i) that certain Second Lien Credit Agreement dated as of September 1, 2016 (as amended, supplemented or otherwise modified from time to time, the "*Prepetition Second Lien Credit Agreement*") by and among Holdings, the Borrowers, as borrowers, and the lenders from time to time party thereto; (ii) that certain Indenture dated as of October 12, 2010 (as amended, supplemented or otherwise modified from time to time, the "*Prepetition Second Lien Cash Notes Indenture*") by and among Holdings, certain guarantors from time to time party thereto, and Wilmington Trust, National Association, as successor trustee and collateral agent thereunder; and (iii) that certain Indenture dated as of March 20, 2018 (as amended, supplemented or otherwise modified from time to time, the "*Prepetition Second Lien PIK Notes Indenture*") by and among Holdings, certain guarantors from time to time party thereto, and Computershare Trust Company, N.A., as trustee thereunder; the secured parties under the Prepetition Second Lien Facilities, the "*Prepetition Second Lien Secured Parties*".

➢   "*Prepetition Second Lien Security Agreement*" shall mean that certain Amended and Restated Security Agreement dated as of March 20, 2018 by and among Holdings, certain guarantors from time to time party thereto, in favor of Wilmington Trust, National Association, in its capacity as collateral agent, as amended, amended and restated, supplemented or otherwise modified from time to time.

| | |
|---|---|
| **Security / Priority:** | The DIP Loans and all obligations related thereto, including all obligations of each Guarantor in respect of its guarantee of all of the foregoing, shall, subject to the Carve-Out (as defined in the Interim Order referred to below) and to the order of priorities set forth under "Adequate Protection" below, at all times: |

(a) pursuant to Sections 364(c)(1), 503(b), and 507(a)(2) of the Bankruptcy Code, be entitled to joint and several superpriority administrative expense claim status in the Chapter 11 Case of such Loan Party, with priority over all other allowed chapter 11 and chapter 7 administrative expense claims now existing or hereinafter arising, of any kind whatsoever, including expenses of a chapter 11 and chapter 7 trustee (the "***Junior DIP Facility Superpriority Claims***"); provided, however, that the Junior DIP Facility Superpriority Claims will be of equal priority to the DIP ABL Superpriority Claims awarded to the DIP ABL Lenders under the order, dated October 16, 2018, approving the DIP Financing Motion on an interim basis (the "***Interim DIP ABL Order***");

(b) pursuant to Section 364(d) of the Bankruptcy Code, be secured by an automatically perfected security interest and lien on all unencumbered assets, and all proceeds (as defined in the UCC) thereof (other than the Specified Collateral, as defined below) of the Loan Parties that are not subject to a valid and perfected lien on the Petition Date (including all unencumbered assets created or acquired after the Petition Date, excluding, for the avoidance of doubt any such assets that constitute Prepetition ABL Collateral and, without limitation, specifically including those assets described on Schedule 3 hereto, the "***Unencumbered Collateral***"), which, for the avoidance of doubt: (A) shall not include any Avoidance Claim (as defined below) or any D&O Claim (as defined below) but shall include a lien on proceeds of any Avoidance Claim; and (B) shall be junior only to the liens and security interests in the Unencumbered Collateral granted in favor of the DIP ABL Lenders (collectively with liens on other assets of the Obligors in favor of the DIP ABL Lenders, the "***DIP ABL Liens***" and such assets, together with the Unencumbered Collateral, the "***DIP ABL Collateral***") pursuant to the Interim DIP ABL Order;

(c) pursuant to Section 364(d), be secured by an automatically perfected first priority security interest and lien in in (A) all of the rights, title and interests of any Obligor in that certain cause of action identified on ***Schedule 1*** hereto and (B) all of the rights, title and interests of any Obligor in the assets set forth on Schedule 2 hereto and all books, records, documents and data related thereto (such collateral and proceeds thereof, collectively, the "***Specified Collateral***") and such liens, the "***Specified Asset Liens***") and all proceeds (as defined in the UCC) thereof, which security interest and lien shall be *pari passu* with the DIP ABL Liens securing the obligations under

4

the DIP ABL Facility; *provided*, that the proceeds of such Specified Collateral shall be shared by the DIP Lenders and DIP ABL Lenders pro rata based on the aggregate commitment amount under the GACP Junior DIP Facility (i.e., $350,000,000) and DIP ABL Facility (i.e., $300,000,000) without giving regard to the roll-up portion thereof), respectively;

(d)    pursuant to Section 364(d) of the Bankruptcy Code, be secured by an automatically perfected security interest in assets, and all proceeds (as defined in the UCC) thereof that are subject to valid and perfected liens existing on the Petition Date securing indebtedness and other obligations of the Obligors other than the Pre-Petition First Lien Indebtedness, the Pre-Petition L/C Indebtedness, or the Pre-Petition Second Lien Indebtedness (the "***Other Prepetition Liens***"), junior only to (i) such Other Prepetition Liens and (ii) the DIP ABL Liens; and

(e)    pursuant to Section 364(c)(3) of the Bankruptcy Code, be secured by an automatically perfected security interest in and lien on the Prepetition ABL Collateral and all proceeds (as defined in the UCC) thereof, junior to the (i) Permitted Prior Liens, (ii) DIP ABL Liens, (iii) Prepetition Revolving Facilities (including LC Facility) and Prepetition 2016 Term Loan Facility Adequate Protection Liens, (iv) Prepetition 2016 FILO  Facility Adequate Protection Liens, (v) Prepetition LC Facility Agreement Adequate Protection Liens, (vi) Prepetition Facilities Prepetition Liens and Prepetition LC Facility Agreement Prepetition Liens, (vii) Prepetition Second Lien Facilities Adequate Protection Liens, and (viii) Prepetition Second Lien Facilities Pre-Petition Liens.

All of the liens described above shall be effective and automatically perfected upon entry of the Interim Order in form and substance reasonably satisfactory to the DIP Agent and the Obligors.  The liens and security interests described in paragraphs (b) through (e) above shall be the "***Junior DIP Facility Liens***" and the property subject to such Junior DIP Facility Liens the "***Junior DIP Facility Collateral***".  Notwithstanding anything herein to the contrary, any real estate leases shall not constitute Junior DIP Facility Collateral or collateral of the DIP ABL Lenders (in each case, unless such liens are expressly permitted pursuant to the underlying lease documents or applicable law) but the proceeds (as defined in the UCC) thereof shall be subject to the Junior DIP Facility Liens and the liens of the DIP ABL Lenders.; provided that, DIP ABL Collateral and Junior DIP Facility Collateral shall include all leases of real property to the extent the Debtors seek and obtain by final order liens on all leases of real property, in which case the DIP ABL Liens and Adequate Protection Liens shall be first in priority and senior to any other liens thereon.

As used herein, "***Avoidance Claim***" means any and all claims or causes of action arising under Sections 542, 544, 545, 547, 548, 549, 550, 551, 553(b) or 724(a) of the Bankruptcy Code and any proceeds therefrom.

"***D&O Claim***" means any and all claims or causes of action against current or

former directors and officers of any Borrower or Guarantor, including without limitation, any claim for or relating to a breach of fiduciary duty by any such director or officer.

| **Adequate Protection:** | Prepetition Facilities adequate protection liens, Prepetition LC Facility Agreement adequate protection liens, Prepetition Second Lien Facilities adequate protection liens, treatment and priority of adequate protection liens, Prepetition Facilities adequate protection superpriority claims, Prepetition Second Lien Facilities adequate Protection superpriority claims, priority and payment of adequate protection superpriority claims, and additional adequate protection in respect to any of the Prepetition Facilities, the Prepetition LC Facility Agreement, or the Prepetition Second Lien Facilities, including (i) any cash payments for interest at the contract, non-default rate, (ii) reasonable fees and expenses of the applicable administrative or collateral agent when due under the applicable documentation, and (iii) reasonable fees and expenses of the lenders and related payment procedures shall be substantially as set forth in the Interim DIP ABL order and as set forth below. |

| *ABL Collateral* | |
|---|---|
| 1. | Carve-Out |
| 2. | Permitted Prior Liens |
| 3. | DIP ABL Liens |
| 4. | First Lien Secured Parties Adequate Protection Liens (ABL, TL and L/C that are ABL subfacility) |
| 5. | First Lien Secured Parties Adequate Protection Liens (FILO) |
| 6. | First Lien Secured Parties Adequate Protection Liens (Stand Alone L/C) |
| 7. | First Lien Secured Parties Prepetition Liens (ABL, TL, L/C, FILO and Stand-Alone L/C |
| 8. | Second Lien Secured Parties Adequate Protection Liens |
| 9. | Second Lien Secured Parties Pre-Petition Liens |
| 10. | Junior DIP Liens |

| *Unencumbered Collateral (Specified Collateral)* |
|---|

6

| 1. | Carve-Out |
|----|-----------|
| 2. | DIP ABL Liens, pari passu with Junior DIP Liens |
| 3. | First Lien Secured Parties Adequate Protection Liens (ABL, TL and L/C that are ABL subfacility) |
| 4. | First Lien Secured Parties Adequate Protection Liens (FILO) |
| 5. | First Lien Secured Parties Adequate Protection Liens (Stand-Alone L/C) |
| 6. | Second Lien Secured Parties Adequate Protection Liens |

| *Unencumbered Collateral (other than Specified Collateral)* | |
|----|-----------|
| 1. ~~7.~~ | Carve-Out |
| 2. ~~8.~~ | DIP ABL Liens |
| 3. ~~9.~~ | Junior DIP Liens |
| 4. ~~10.~~ | First Lien Secured Parties Adequate Protection Liens (ABL, TL and L/C that are ABL subfacility) |
| 5. ~~11.~~ | First Lien Secured Parties Adequate Protection Liens (FILO) |
| 6. ~~12.~~ | First Lien Secured Parties Adequate Protection Liens (Stand-Alone L/C) |
| 7. ~~13.~~ | Second Lien Secured Parties Adequate Protection Liens |
| *Other Prepetition Liens* | |
| 1. | Carve-Out |
| 2. | Other Prepetition Liens |
| 3. | DIP ABL Liens |
| 4. | Junior DIP Liens |
| 5. | First Lien Secured Parties  Adequate Protection Liens (ABL, TL and L/C that are ABL subfacility) |

| | | |
|---|---|---|
| 6. | First Lien Secured Parties  Adequate Protection Liens (FILO) | |
| 7. | First Lien Secured Parties  Adequate Protection Liens (Stand-Alone L/C) | |
| 8. | Second Lien Secured Parties Adequate Protection Liens | |

| | |
|---|---|
| **Use of Proceeds:** | The proceeds of the GACP Junior DIP Facility shall be used to fund (i) working capital, (ii) general corporate purposes and (iii) restructuring expenses and professional fees, including the Carve-Out Account[1] (as defined in the Interim Order) and obligations benefitting from the Carve-Out (without regard to whether such obligations are provided for in a Budget); provided, however, that no proceeds of the GACP Junior DIP Facility or cash collateral shall be used to, among other things, (x) object, contest or raise any defense to the validity, perfection, priority, extent or enforceability of any amount due under or the liens and security interests granted under the GACP Junior DIP Facility or (y) investigate, initiate or prosecute any claims and defenses or commence causes of action against the Agent or the Lenders under or relating to the GACP Junior DIP Facility; and provided further, that nothing herein shall prevent the use of proceeds of the GACP Junior DIP Facility by the Debtors or restructuring committee for any investigation of the DIP Lenders; and provided further, that if an official creditors' committee is appointed, then it or its counsel may use up to $100,000 to investigate, for a period of sixty (60) days from the Petition Date, the validity, perfection, priority, extent or enforceability of the liens on the Pre-Petition First Lien Indebtedness. |
| **Voluntary Prepayments:** | The GACP Junior DIP Facility may be voluntarily reduced or terminated, and the DIP Loans may be voluntarily repaid, in whole or in part, without premium or penalty, at any time, upon two (2) business days' notice to the DIP Agent by the Borrower, subject to payment of any breakage costs |
| **Mandatory Repayments and Adequate Protection Payments:** | Mandatory repayments customary for facilities of this nature, including, without limitation, the events listed below, shall be required and applied to borrowings under the GACP Junior DIP Facility until paid in full (subject to certain exceptions and basket amounts (including certain accrued but not yet paid liabilities) to be negotiated in the definitive GACP Junior DIP Facility agreement and other loan documents, including without limitation, the Acceptable Intercreditor Agreement (as defined below) (collectively, ~~the "*DIP Loan Documents*",~~ and together with the Interim Order and the Final Order, the "*DIP Loan Documents*"): |
| | Asset Sales: Prepayments in an amount equal to 100% of the net cash proceeds of the disposition of any property or assets (net of amounts applied to repay related senior liens) of the Obligors; *provided*, *that*, 100% of the net cash proceeds from the disposition of any Unencumbered Collateral shall be applied (A) first, to fund the Winddown Account, until the Winddown Account Funding |

---

[1] *Carve Out and Carve-Out Account shall be in the form set forth in the DIP ABL Final Order.*

Condition has been satisfied; (B) second, to fund that certain cash collateral account of the Borrowers at Bank of America,  in an amount equal to any amounts required repay the DIP ABL Facility in full, which amounts shall be held by Bank of America in its capacity as controlling DIP ABL Facility agent for each of the secured parties under the DIP ABL Facility, the GACP Junior DIP Facility and the Pre-Petition Facilities (provided that, upon the payment in full of the DIP ABL Facility, such Cash Collateral Account shall be subject to the control of the DIP Agent) and shall be distributed to such secured parties upon and in accordance with an order by the Bankruptcy Court and (C) third, upon the discharge in full in cash of the obligations under the DIP ABL Facility to fund an account of the DIP Agent (the "*DIP Collateral Account*") to be designated by the DIP Agent in writing, with an amount equal to the amount required to repay the obligations under the GACP Junior DIP Facility to be held as cash collateral for the exclusive benefit of the DIP Agent and DIP Lenders for the obligations of the Obligors under the GACP Junior DIP Facility (which amount shall be distributed to such secured parties upon and in accordance with an order by the Bankruptcy Court); *provided*, *however*, that any proceeds of the Specified Collateral after the Winddown Account Funding Condition has been satisfied shall be distributed pro rata to the DIP Collateral Account and Cash Collateral Account based on the aggregate commitment amount under the GACP Junior DIP Facility and DIP ABL Facility (without giving regard to the roll-up portion thereof).

Insurance Proceeds: Prepayments in an amount equal to 100% of the net cash proceeds of insurance paid on account of any loss or damage of any property or assets of any Obligor, other than net cash proceeds that are applied to restoration of a property or are applied to repayment of senior liens; *provided*, *that*, 100% of the net cash proceeds of insurance paid on account of any loss or damage of any Unencumbered Collateral shall be applied in accordance with the waterfall set forth in the paragraph on "*Asset Sales*" above.

"*Winddown Account*" shall mean a cash collateral account at Bank of America that, prior to the discharge in full of all obligations under the GACP Junior DIP Facility, may only be used to pay winddown costs of the Obligors at the discretion of the Obligors following entry of the Final Order.

 "*Winddown Account Funding Condition*" shall be satisfied when the aggregate amount of cash deposited into the Winddown Account shall be equal to $200,000,000.

| | |
|---|---|
| **Amortization:** | None |
| **Financial Covenants:** | Compliance with the Approved Budget, subject to Permitted Variances as set forth herein. |
| **Affirmative Covenants:** | Substantially similar to the affirmative covenants set forth in the DIP ABL Documents (as defined below) (except for covenants that are specific to the asset-based nature of the DIP ABL Facility) and such other affirmative covenants that are customary and appropriate for junior financings of this kind as may be agreed between the Borrowers and the DIP Lenders. |
| **Negative** | Substantially similar to the negative covenants set forth in the DIP ABL |

9

| | |
|---|---|
| **Covenants:** | Documents (except for covenants that are specific to the asset-based nature of the DIP ABL Facility) and such other negative covenants that are customary and appropriate for junior financings of this kind as may be agreed between the Borrowers and the DIP Lenders. |
| | For the avoidance of doubt, such covenants shall exclude compliance with the LTV Provisions (as defined in the DIP ABL Documents) ~~and shall not have any additional restrictions on asset dispositions compared to those set forth in the DIP ABL Documents~~. |
| **Financial Reporting:** | Consistent with the DIP ABL Facility. |
| **DIP Budget:** | The Borrowers shall deliver to the DIP Agent and the DIP Lenders 13-week cash flow forecasts together with accompanying schedules supporting line items included in such 13-week cash flow (such as roll forward of inventory sales and receipts, roll forward of merchandise and other payables and other documentation which may be requested by the DIP Agent) on a rolling 13-week basis (each, a "***Budget***"). The initial Budget shall be approved by the DIP Agent in its sole and absolute discretion and the new "testing" budget currently due to be delivered under the DIP ABL Facility on November 21, 2018 shall be approved by the DIP Agent in its sole and absolute discretion (collectively, "***Approved Initial Budget***"). The Obligors shall be required to comply with such Approved Initial Budget, subject to the Permitted Variance. |
| | The Borrowers shall deliver to the DIP Agent and the DIP Lenders each of the following: (a) a weekly 13-week cash flow forecast to be approved by the DIP Agent in its reasonable discretion (each, a "***Rolling Budget***", and together with the Approved Initial Budget, the "***Approved Budget***"), (b) weekly reports detailing operating and financial performance (the "***Weekly Flash Reporting Package***") which shall include cash flow performance for the previous week together with accompanying schedules supporting line items included in the weekly cash flow results (such as roll forward of inventory sales and receipts, roll forward of merchandise and other payables of each Loan Party as of the end of the prior week, in each case, in reasonable detail) and (c) other information as may be reasonably requested by the DIP Agent. The DIP Agent and the DIP Lenders shall also be entitled to receive on a timely basis other customary information and documents, including reasonable approval rights with respect thereto, to be set forth in the DIP Loan Documents. |
| | The Borrowers shall also provide a weekly budget variance report/reconciliation (the "***Budget Variance Report***") for any prior four week period included in the Approved Budget (each, a "***Testing Period***") (i) showing by line item actual cash receipts, disbursements and inventory receipts for each week, in a comparable form to what has been provided to the DIP Agent prior to the Initial Closing Date, noting therein the variance, on a cumulative basis, of the Borrowers' total net cash flow, excluding proceeds from asset sales, except for proceeds from the sale of inventory, and also excluding financing related items (the "***Net Cash Flow***") for such four week period relative to the Approved Budget, and shall include explanations for any material variance for such four week period. The Borrowers shall arrange for weekly (unless waived by the DIP Agent in its reasonable discretion) conference calls with the DIP Agent and DIP Agents Advisors discussing and analyzing cash flow and related forecast for the |

prior week, the financial condition, liquidity, and results of operations of each of the Obligors, status of the Chapter 11 Cases and progress in achieving the Case Milestones. The Borrowers will supplement the Weekly Flash Reporting Package and the Budget Variance Report from time to time upon the request of the DIP Agent. The Obligors shall be required to comply with Approved Budget, including having made all scheduled payments to the Prepetition DIP Lenders and the DIP Lenders, as applicable, and when required, subject to the following (the "*Permitted Variance*"): the Borrowers' Net Cash Flow shall not be less than the Net Cash Flow set forth in the Approved Budget minus the Applicable Variance Percentage of the absolute value of the Net Cash Flow set forth in the Approved Budget; *provided*, *however*, to the extent any amounts owed to professionals and vendors are permitted to be paid in accordance with the foregoing covenant but are not actually paid during the subject period, such amounts may be paid during a subsequent period. Such covenant shall be tested each second week (commencing on December 1, 2018) (but shall be reported each week) on a cumulative basis from the Petition Date until the fourth (4th) week after the Petition Date and then on a rolling four (4) week basis, pursuant to the Budget Variance Report delivered by the Borrowers to the DIP Agent.

"*Applicable Variance Percentage*" shall mean, from the Initial Closing Date until December 1, 2018, 20%; thereafter and until the Termination Date, 15%.

| | |
|---|---|
| **Case Milestones:** | <u>DIP Loan</u><br><br>(i) Not later than December 28, 2018, the Bankruptcy Court shall have entered the Final Order.<br><br>(ii) Not later than January 5, 2019, the Final Closing Date shall have occurred.<br><br><u>Budget</u><br><br>(iii) On or before December 28, 2018, the DIP Agent has (i) reaffirmed its approval, based on then current information, of the Approved Initial Budget or (ii) the Loan Parties have adopted a revised budget acceptable to the DIP Agent in its reasonable discretion.<br><br>The other Case Milestones shall be consistent with the Case Milestones set forth in the DIP ABL Documents. |
| **Events of Default:** | Events of default (and, as appropriate, grace periods) as are usual and customary for financings of this kind (each an "*Event of Default*"), including, without limitation:<br><br>1. Failure to pay (i) principal, (ii) interest or fees or (iii) within 3 days after the same becomes due and payable, any other amount;<br><br>2. Representations and warranties (including, without limitation, the representations and warranties set forth in this Term Sheet) are incorrect in any material respect when made or deemed made;<br><br>3. Failure to comply with covenants (including, without limitation, the Case Milestones, and strict adherence to and compliance with the Budget, subject to any Permitted Variances);<br><br>4. Cross-default to payment defaults on other postpetition or un-stayed indebtedness in excess of $25 million of the Obligors, or any other default or event of default with respect to any such indebtedness if the effect is to |

LEGAL_US_E # ~~138612340.15~~138846304.3

accelerate or permit acceleration, and cross-default and cross-acceleration to any such indebtedness;

5. Any unstayed or post-petition judgment, subject to exceptions (e.g. any "first day" or "second day" orders), in excess of $25 million;

6. The occurrence of certain material ERISA events;

7. Actual or asserted (by any Obligor or any affiliate thereof) invalidity or impairment of any DIP Loan Document (including the failure of any lien to remain perfected);

8. Any acceleration of, or Event of Default under the DIP ABL Facility;

9. Certain bankruptcy matters:

(i) The entry of an order dismissing any of the Chapter 11 Cases of a Debtor with Material Assets (to be defined) or converting any of the Chapter 11 Cases of a Debtor with Material Assets to a case under chapter 7 of the Bankruptcy Code, or any filing by a Obligor or an affiliate thereof of a motion or other pleading seeking entry of such an order;

(ii) A trustee, responsible officer or an examiner having expanded powers to operate the business (beyond those set forth under Sections 1106(a)(3) and (4) of the Bankruptcy Code) under Bankruptcy Code Section 1104 (other than a fee examiner) is appointed or elected in the Chapter 11 Cases, an Obligor applies for, consents to, or acquiesces in, any such appointment, or the Bankruptcy Court shall have entered an order providing for such appointment, in each case without the prior written consent of the DIP Agent in its sole and absolute discretion;

 (iii) The entry of an order staying, reversing or vacating the Interim Order, the Final Order or modifying or amending the Interim Order, the Final Order, other than in form and substance satisfactory to the DIP Agent in their sole and absolute discretion, or the filing by an Obligor of an application, motion or other pleading seeking entry of such an order without the prior written consent of the DIP Agent;

(iv) The entry of an order in any of the Chapter 11 Cases denying or terminating use of cash collateral by the Obligors;

(v) The entry of an order in any of the Chapter 11 Cases granting relief from any stay or proceeding (including, without limitation, the automatic stay) so as to allow a third party to proceed with foreclosure against any assets of the Obligors in excess of $25 million;

(vi) The entry of an order in the Chapter 11 Cases charging any of the collateral securing the GACP Junior DIP Facility under Section 506(c) of the Bankruptcy Code against the DIP Lenders (in their capacity as DIP Lenders) or the commencement of other actions by any Obligor or affiliate thereof that challenges the rights and remedies of the DIP Agent or any DIP Lender under the GACP Junior DIP Facility in any of the Chapter 11 Cases or in a manner inconsistent with the DIP Loan Documents.

(vii) Without the prior written consent of the DIP Agent and other than in respect of the GACP Junior DIP Facility and the Carve-Out, the bringing of any motion or taking of any action seeking entry of an order, or the entry of an order

by the Bankruptcy Court, in any of the Chapter 11 Cases (v) granting superpriority administrative expense status to any claim pari passu with or senior to the claims of the DIP Lenders under the GACP Junior DIP Facility, (w) permitting the Obligors to obtain financing under Section 364 of the Bankruptcy Code, (x) permitting the Obligors to grant security interests or liens under Section 364 of the Bankruptcy Code, (y) permitting the Obligors to use cash collateral under Section 364 of the Bankruptcy Code, or (z) authorizing the Obligors to take other actions adverse to any DIP Lender or the DIP Agent or any Prepetition ABL Credit Party or their rights and remedies under the DIP Loan Documents, the Prepetition ABL Credit Agreement or their interest in the Junior DIP Facility Collateral under Section 364 of the Bankruptcy Code;

(viii) The entry of any order terminating any Obligor's exclusive right to file a plan of reorganization or the expiration of any Obligor's exclusive right to file a plan of reorganization unless consented to by the DIP Agent;

(ix) There shall arise any superpriority claim in the Chapter 11 Case which is pari passu with or senior to the priority of the DIP Superpriority Claims, except with respect to the Carve-Out and as set forth in the DIP Financing Orders; or

(x) The entry of any order in the Chapter 11 Cases which provides adequate protection, or the granting by any Obligor of similar relief in favor of any one or more of a Obligor's prepetition creditors, contrary to the terms and conditions of any DIP Financing Order or DIP Loan Documents;

10. The making of any payments in respect of prepetition obligations other than; (i) as permitted by the Interim Order or the Final Order; (ii) as permitted by the Cash Management Order or any other substantive order entered by the Bankruptcy Court, all of which shall be in form and substance reasonably satisfactory to the DIP Agent in its sole and absolute discretion acting in good faith (it being agreed that all orders entered by the Bankruptcy Court prior to the date hereof are satisfactory to the DIP Agent); (iii) as permitted by any administrative "first day order", "second day order" or other administrative order entered by the Bankruptcy Court, all of which shall be in form and substance reasonably satisfactory to the DIP Agent acting in good faith; or (iv) as otherwise agreed to in writing by the DIP Agent acting reasonably and in good faith.

11. Other than with respect to the Carve-Out or as set forth herein and the liens provided for in the GACP Junior DIP Facility, and the DIP Financing Orders, the Obligors shall create or incur, or the Bankruptcy Court enters an order granting, any claim or lien which is *pari passu* with or senior to any liens under the GACP Junior DIP Facility, the adequate protection liens and adequate protection obligations granted under the DIP Financing Orders;

12. Noncompliance by any Obligor or any of its affiliates with the terms of the Interim Order, the Final Order, the Cash Management Order in any material respect or the Employee Order in a manner adverse to the DIP Lenders;

13. The Obligors or any of their subsidiaries (or any direct or indirect parent of any Obligor), or any person claiming by or through any of the foregoing, shall obtain court authorization to commence, or shall commence, join in, assist, acquiesce to, or otherwise participate as an adverse party in any suit or other proceeding against any the DIP Agent or any of the DIP Lenders regarding the

13

GACP Junior DIP Facility.

14. A plan of reorganization shall be filed by the Obligors, or confirmed in any of the Chapter 11 Cases that is not the Acceptable Plan of Reorganization or any order shall be entered that does not provide for release and exculpatory provisions relating to the DIP Agent and the DIP Lenders that are satisfactory to the DIP Agent in its sole and absolute discretion. "*Acceptable Plan of Reorganization*" means a plan of reorganization for each of the Chapter 11 Cases that provides for the termination of the GACP Junior DIP Facility and the payment in full in cash and full discharge of the obligations under the GACP Junior DIP Facility at emergence.

15. The Bankruptcy Court shall enter an order authorizing the sale of all or substantially all of the assets of the Obligors and their subsidiaries unless: (i) such order contemplates repayment in full in cash of the GACP Junior DIP Facility and the Prepetition Facilities upon consummation of the sale or (ii) consummated as part of an Acceptable Plan of Reorganization.

16. The entry of an order in the Chapter 11 Cases avoiding or permitting recovery of any portion of the payments made on account of the obligations under the GACP Junior DIP Facility, the DIP Loan Documents, any Prepetition Facility or the Prepetition ABL Credit Agreement or related documents, or the taking of any action by any Obligor to challenge, support or encourage a challenge of any such payments.

17. The Final Order and the terms thereof shall cease to create a valid and perfected security interest and lien on the Junior DIP Facility Collateral.

18. If the Final Order does not include a waiver, in form and substance satisfactory to the DIP Agent in its sole and absolute discretion, of (A) the right to surcharge the collateral securing the GACP Junior DIP Facility under Section 506(c) of the Bankruptcy Code solely as to GACP Junior Facility obligations ; (B) any ability to limit the extension under Section 552(b) of the Bankruptcy Code of the liens of the Prepetition Administrative Agent on the Prepetition ABL Collateral to any proceeds, products, offspring, or profits of the Prepetition ABL Collateral acquired by any Obligor after the Petition Date and (C) the doctrine of marshalling.

19. The filing or support of any pleading by any Obligor (or any affiliate thereof) seeking, or otherwise consenting to, any relief the granting of which could reasonably be expected to result in the occurrence of an Event of Default.

Upon the occurrence of an Event of Default, the DIP Agent, on behalf of the DIP Lenders may (and at the direction of the Requisite Lenders, shall) exercise all rights and remedies provided for in the DIP Loan Documents (which shall include the right to lease or license any assets), and may declare: (a) the termination, reduction or restriction of any further commitment to the extent any such commitment remains; (b) all obligations to be immediately due and payable; and (c) the termination of the DIP Loan Documents as to any future liability or obligation of the DIP Agent and the DIP Lenders, but without affecting any of the DIP Liens or the liability or obligations of any Obligor; subject to the Remedies Notice Period (as defined in the Interim Order);

*provided that*, (a) – (c) of the above shall be deemed rescinded to the extent it is determined by the Bankruptcy Court during the Remedies Notice Period that no

14

Event of Default has occurred and is continuing;

*provided* that, with respect to the enforcement of the DIP Liens or exercise of any other rights or remedies with respect to the Junior DIP Facility Collateral (including rights to set off or apply any amounts in any bank accounts that are a part of the Junior DIP Facility Collateral), the DIP Agent shall provide the Obligor with at least seven (7) business days' written notice prior to taking the action contemplated thereby;

*provided, further*, that no notice shall be required for any exercise of rights or remedies (i) to block or limit withdrawals from any bank accounts that are a part of the Junior DIP Facility Collateral (including, without limitation, by sending any control activation notices to depositary banks pursuant to any control agreement, subject to the proviso below) and (ii) in the event the obligations under the GACP Junior DIP Facility have not been repaid in full in cash on the Maturity Date. Each Obligor hereby grants to the DIP Agent, effective upon the occurrence and during the continuance of an Event of Default, an irremovable, non-exclusive, worldwide, fully assignable and sublicenseable, license, under all applicable Intellectual Property rights, to commercialize and exploit any Intellectual Property included in the Junior DIP Facility Collateral, for the purpose of enabling the DIP Agent to exercise all rights and remedies provided for it in the DIP Loan Documents;

*provided, further*, that, notwithstanding anything contained in this Term Sheet or the DIP Loan Documents to the contrary, (x) in no event shall the DIP Lenders or the DIP Agent be prevented from making any filing that may be required to toll the running of any applicable statute of limitations or to preserve its rights to make a claim against the Obligors and (y) subject to the Carve Out, nothing hereunder shall obligate the DIP Lenders to fund advances under this Term Sheet or the DIP Loan Documents upon the occurrence or continuation of an Event of Default under such documents.

All rights, remedies and powers granted to the DIP Agent hereunder and under the DIP Loan Documents, the Interim Order or the Final Order, as applicable, are cumulative, not exclusive and enforceable, in the DIP Agent's discretion, alternatively, successively, or concurrently.

Each DIP Lender agrees that it shall not take or institute any actions or proceedings, judicial or otherwise, for any right or remedy against any Obligor or any other obligor under this Term Sheet or any of the DIP Loan Documents, the Interim Order or the Final Order, as applicable (including the exercise of any right of setoff, rights on account of any banker's lien or similar claim or other rights of self-help), or institute any actions or proceedings, or otherwise commence any remedial procedures, with respect to the guaranties or any Junior DIP Facility Collateral or any other property of any such Obligor, without the prior written consent of the DIP Agent. The provisions of this paragraph are for the sole benefit of the DIP Lenders and the DIP Agent and shall not afford any right to, or constitute a defense available to, any Obligor.

The exercise of the foregoing rights and remedies shall be subject to the terms of an Acceptable Intercreditor Agreement, which shall provide that the DIP ABL Facility shall not apply proceeds of any Unencumbered Collateral until after the full liquidation and application of proceeds of all DIP ABL Collateral constituting Prepetition ABL Collateral.

| | |
|---|---|
| **Representations and Warranties:** | Substantially similar to the representations and warranties set forth in the DIP ABL Documents (except for representations and warranties that are specific to the asset-based nature of the DIP ABL Facility) and such other representations and warranties that are customary and appropriate for junior financings of this kind as may be agreed between the Borrowers and the DIP Lenders. |
| **Credit Bidding Procedures:** | Customary credit bidding rights for junior creditors; *provided*, that any such credit bid shall provide for payment in full in cash of all obligations secured by a senior lien. |
| **Interim Funding Conditions:** | The obligation of the DIP Lenders to make the Interim DIP Loans (the "***Interim Funding***") shall be subject to the satisfaction (or waiver by the DIP Agent) of the following conditions (the "***Interim Funding Conditions***" and the date when such conditions are satisfied or waived, the "***Initial Closing Date***"): |

(a) The DIP Agent shall have received executed copies of the DIP Loan Documents in form and substance reasonably satisfactory to the DIP Agent;

(b) The Borrowers shall have delivered a borrowing notice to the DIP Agent;

(c) The DIP Agent shall have received a signed copy of the Interim Order, which Interim Order shall not have been vacated, reversed, modified, amended or stayed in any respect.

(d) No trustee, responsible officer or examiner having powers to operate the business (beyond those set forth under Sections 1106(a)(3) and (4) of the Bankruptcy Code) under Bankruptcy Code Section 1104 (other than a fee examiner) shall have been appointed or elected with respect to the Obligors, any of their subsidiaries, or any of their respective properties, or any Obligor or its subsidiaries shall have applied for, consented to, or acquiesced in, any such appointment, with respect to the Obligors, any of their subsidiaries or their respective properties.

(e) All reasonable and documented out‐of‐pocket costs, fees, and expenses (including, without limitation, reasonable and documented legal fees and expenses) set forth in the DIP Loan Documents or otherwise required to be paid to the DIP Agent or any DIP Lender on or before the Initial Closing Date shall have been paid;

(f) The DIP Agent shall have received and be satisfied, in its reasonable discretion, with: (i) monthly projections (which shall consist of an income statement only) through Holdings' fiscal year end dated as of a date not more than 1 Business Days prior to the Initial Closing Date; (ii) a cash flow forecast for the 13-week period ending after the Initial Closing Date dated as of a date not more than 1 Business Day prior to the Initial Closing Date; (iii) a Store Footprint Plan dated as of a date not more than 1 Business Days prior to the Initial Closing Date.

(g) The DIP Agent shall have received customary closing deliverables consistent with the Prepetition ABL Credit Agreement, including but not limited to resolutions, good standing certificates in each Obligor's jurisdiction of formation (to the extent such concept is applicable), incumbency certificates, organizational documents, title insurance policies (to the extent in the possession of and readily available to the Obligors) and lien searches, all in form and substance reasonably satisfactory to the DIP Agent;

LEGAL_US_E # ~~138612340.15~~138846304.3

(h) Since the date of the entry of the Interim Order, there shall not have occurred or there shall not exist any event, condition, circumstance or contingency (other than as customarily occurs as a result of events leading up to and following the commencement of a proceeding under chapter 11 of the Bankruptcy Code by any of the Obligors or their subsidiaries and the commencement of the Chapter 11 Cases) that, individually or in the aggregate, has had or could reasonably be expected to have, a material adverse effect on (a) the business, condition (financial or otherwise), operations or assets of Holdings and its subsidiaries taken as a whole, or (b) the ability of the Obligors taken as a whole to perform their obligations under the DIP Loan Documents or  (c) the validity or enforceability of the DIP Loan Documents or the rights and remedies of the DIP Agent or the DIP Lenders under any DIP Loan Document (including, but not limited to, the enforceability or priority of any Liens granted to any DIP Agent under the DIP Loan Documents) (any of the foregoing being a "*Material Adverse Effect*");

(i) There shall exist no unstayed action, suit, investigation, litigation or proceeding pending or (to the knowledge of the Loan Parties) threatened in any court or before any arbitrator or governmental instrumentality (other than the Chapter 11 Cases) that could reasonably be expected to have a Material Adverse Effect;

(j) Upon entry of the Interim Order, the entry into this Term Sheet shall not violate any requirement of law and shall not be enjoined, temporarily, preliminarily, or permanently;

(k) The DIP Agent, for the benefit of the DIP Agent and the DIP Lenders upon entry of the Interim Order shall have the valid and perfected liens on the security interests in the Junior DIP Facility Collateral of the Obligors contemplated by the terms set forth opposite the heading "*Security and Priority*" below and the Obligors shall have authorized the DIP Agent to file uniform commercial code financing statements;

(l) The DIP Agent shall have received any requested environmental review reports to the extent previously prepared and readily available to the Obligors;

(m) No material adverse effect shall have occurred to the DIP Agent's rights and remedies under the DIP Loan Documents and the DIP Financing Orders (other than for the Chapter 11 Cases and events or circumstances resulting from the commencement of the Chapter 11 Cases) as of the Petition Date;

(n) the DIP Agent shall have received, at least ten (10) days prior to the date of the Interim Funding, or such later date as DIP Agent may reasonably agree, a copy of the lease for substantially all leased Designated Real Estate (to be defined as real estate constituting Unencumbered Collateral and set forth on a list to be provided by the Borrowers prior to the date the Interim Order is entered, which list is in form and substance satisfactory to the DIP Agent in its reasonable discretion) and any existing title policies or title commitments in the possession of Debtors for Designated Real Estate owned in fee.  To the extent DIP Agent shall request new title commitments for any owned Designated Real Estate (which requests shall be limited to Designated Real Estate that constitutes top 90% of owned real estate by value), Obligors shall deliver such title commitments within twenty (20) days of such request, or such later date as DIP

17

Agent may reasonably agree.

(o) the DIP Agent shall have entered into an acceptable intercreditor arrangement ("**Acceptable Intercreditor Agreement**") with the agent for the DIP ABL Facility and the Debtors;

(p) the Debtors and the DIP ABL Facility agent and lenders shall have entered into modifications to the DIP ABL Facility documentation[2] to reflect the impact of the GACP Junior DIP Facility and the Acceptable Intercreditor Agreement, which modifications are acceptable to the DIP Agent in its reasonable discretion and which modification shall have been approved by an order of the Bankruptcy Court; and

(q) the DIP Agent shall have received the Approved Initial Budget; and

(r) the Initial Closing Date shall have occurred not later than three business days after the entry of the Interim Order.

| | |
|---|---|
| **Subsequent Funding Conditions:** | The obligation of the DIP Lenders to advance the ~~Subsequent~~ DIP Loans ~~(other than with respect to any Interim DIP Loan)~~ shall be subject to the satisfaction (or waiver by the DIP Agent) of the following conditions (the "**Subsequent Funding Conditions**" and the date when such conditions are satisfied or waived, the "**Final Closing Date**"):<br><br>(a) [reserved];<br><br>(b) the Final Order, in form and substance reasonably satisfactory to the DIP Agent in its reasonable discretion, shall have been entered and be in full force and effect and shall not have been (i) vacated, reversed, or stayed, or (ii) amended or modified except as otherwise agreed to in writing by the DIP Agent in its reasonable discretion;<br><br>(c) the DIP Agent shall have received a signed copy of the Final Order;<br><br>(d) payment from the DIP Loan Proceeds of all reasonable and documented out-of-pocket costs, fees, expenses (including, without limitation, reasonable and documented legal fees and expenses) set forth in the DIP Loan Documents or otherwise required to be paid or reimbursed to the DIP Agent and the DIP Lenders on or before such date shall have been paid;<br><br>(e) the DIP Agent shall have received copies of all proposed pleadings and orders in the Chapter 11 Cases, including with respect to "second day" pleadings and orders, with reasonably sufficient time for review and comment by the DIP Agent, and the relief requested by the Obligors in the first and second day orders and pleadings shall be reasonably acceptable in form and substance to the DIP Agent;<br><br>(f) the DIP Agent shall have received, in form and substance reasonably satisfactory to the DIP Agent, reasonably requested insurance certificates;<br><br>(g) the DIP Agent shall have received the Approved Budget; |

---

[2] *NTD: expectation would be for ABL to stay within 87.5% Borrowing Base; conforming Borrowing Base concepts to be addressed in ICA.*

LEGAL_US_E # ~~138612340.15~~138846304.3

|  | (h) payment from the GACP Junior DIP Facility of any other fees and amounts due under the DIP Loan Documents as of such date; |
|--|--|
|  | (i) the DIP Agent shall have received endorsements naming the DIP Agent, on behalf of the DIP Lenders, as an additional insured and lender loss payee , as applicable, under all insurance policies required to be maintained with respect to the Junior DIP Facility Collateral pursuant to the terms of the DIP Loan Documents; |
|  | (j) The DIP Agent and each DIP Lender shall have received "know your customer" and similar information (including information required by regulatory authorities under the 31 C.F.R. § 1010.230 (the "*Beneficial Ownership Regulation*")); |
|  | (k) The DIP Agent shall have received a pro forma Budget Variance Report prepared as of the date of such drawing, which shall not show any variance other than a Permitted Variance; and |
|  | (l) The retention by the Obligors prior to the Final Closing Date of one or more liquidation consultants and an independent, nationally recognized, professional retail inventory liquidation firm that provides full liquidation services on a fee basis, which liquidation consultants and liquidation firm shall be reasonably acceptable to the DIP Agent. |
| **Conditions Precedent to All Borrowing:** | The obligation of the DIP Lenders to make available each borrowing under the GACP Junior DIP Facility shall be subject to the satisfaction (or waiver by the DIP Agent) of the following conditions: |
|  | (a) delivery of a borrowing notice three (3) business days prior to funding; (b) accuracy of representations and warranties in all material respects; (c) the Obligors' Chapter 11 case shall not have been dismissed or converted to a case under Chapter 7 of the Bankruptcy Code; (d) no trustee under Chapter 11 of the Bankruptcy Code or examiner with enlarged powers beyond those set forth in Sections 1106(a)(3) and (4) of the Bankruptcy Code shall have been appointed in the Obligors' Chapter 11 case; (e) the absence of any Event of Default; (f) the DIP Financing Orders shall be in full force and effect, shall not have been reversed, modified, amended, stayed, vacated or subject to a stay pending appeal; (g) the Obligors shall be in compliance in all material respects with the DIP Financing Orders; (h) the Obligors shall have paid, without duplication, all other fees due and payable to the DIP Agent and the DIP Lenders hereunder on such date, including without limitation any payments due in accordance with the Adequate Protection provision hereunder then due and payable as referenced herein; (i) the DIP Agent shall have received satisfactory evidence that there are no liens, encumbrances, mortgages or other security interests in the Designated Real Estate other than the DIP Liens; and (j) the Obligors hereunder shall have entered into definitive documentation for the DIP ABL Facility (the "*DIP ABL Documents*") on or prior to the Interim Closing Date, and such DIP ABL Facility shall have been confirmed and approved in all respects by the Bankruptcy Court. |
| **Agent Monitoring Fee:** | $200,000. |
| **Default Rate:** | 2.00%. |

LEGAL_US_E # ~~138612340.15~~138846304.3

| | |
|---|---|
| **Requisite DIP Lenders** | DIP Lenders holding more than 50% of total DIP Loan commitments or exposure under the GACP Junior DIP Facility ("***Requisite DIP Lenders***"), except that with respect to matters relating to the principal, interest rates, maturity, borrowing base, release of Junior DIP Facility Collateral or guarantees, and the definition of Requisite DIP Lender shall mean each DIP Lender affected thereby. |
| **Governing Law and Jurisdiction:** | Exclusive jurisdiction and venue will be in the federal bankruptcy court where the Cases are pending, with federal and state courts in New York County, New York as back-up jurisdiction; and New York law will govern this Term Sheet and the DIP Loan Documents, except in each case with respect to certain security documents where applicable local jurisdiction or law is necessary for enforceability or perfection. |
| **Taxes:** | All payments on the DIP Loans made by the Obligors shall be made free and clear of, and the DIP Lenders shall be indemnified for, any taxes, imposts, assessments, withholdings or other deductions whatsoever, or shall be grossed-up by the Obligors therefor, subject to customary exceptions for (i) taxes on overall net income and franchise taxes imposed in lieu of income tax, (ii) withholding taxes imposed pursuant to FATCA, and (iii) taxes imposed as a result of a DIP Lender's failure to provide, upon the Obligors' request, a duly completed IRS Form W-9 or applicable IRS Form W-8 (or any successor form). For this purpose, "***FATCA***" shall mean Sections 1471 through 1474 of the U.S. Internal Revenue Code of 1986, as amended (the "***Tax Code***"), as of the Initial Closing Date (or any amended or successor version that is substantively comparable and not materially more onerous to comply with), any current or future regulations or interpretation thereof, or any agreements entered into pursuant to Section 1471(b) of the Tax Code and any fiscal or regulatory legislation, rules or practices adopted pursuant to any intergovernmental agreement, treaty or convention among governmental authorities implementing such section of the Tax Code. |
| **Indemnity:** | Obligors jointly and severally agree to indemnify and hold harmless the DIP Lenders and each of their respective Affiliates and officers, directors, employees, agents and advisors (each, a "***DIP Lender Indemnified Party***") from and against any and all claims, damages, losses, liabilities and expenses (including reasonable fees and expenses of counsel) incurred by or asserted or awarded against any DIP Lender Indemnified Party, in each case arising out of or in connection with or by reason of (including in connection with any investigation, litigation or proceeding or preparation of a defense in connection therewith) (i) this Term Sheet, the other DIP Loan Documents, any of the transactions contemplated herein or therein and (ii) the actual or alleged presence of hazardous materials on any property of any Obligor or any of their subsidiaries or any environmental action relating in any way to Obligors or any of their Subsidiaries, except to the extent such claim, damage, loss, liability or expense is found in a final, nonappealable judgment by a court of competent jurisdiction to have resulted from such DIP Lender Indemnified Party's bad faith, gross negligence, willful misconduct or material breach of its obligations hereunder or thereunder. In the case of an investigation, litigation or other proceeding to which the indemnity in this provision applies, such indemnity shall be effective whether or not such investigation, litigation or proceeding is brought by any |

20

|  | |
|---|---|
|  | Obligor or any director of a Obligor, equity holders of a Obligor or creditor of a Obligor or a DIP Lender Indemnified Party or any other Person, whether or not any DIP Lender Indemnified Party is otherwise a party thereto and whether or not the transactions contemplated hereby are consummated. |
|  | Obligors also agree not to assert any claim for special, indirect, consequential or punitive damages against the DIP Lenders any of their respective Affiliates, or any of its directors, officers, employees, attorneys and agents, on any theory of liability, arising out of or otherwise relating to this Term Sheet, the other DIP Loan Documents, any of the transactions contemplated herein. |
| **Administrative Fees and Expenses:** | Reimbursement of reasonable fees and expenses of the DIP Lenders and DIP Agent, including, without limitation, of primary counsel, local counsel and financial advisors. |
| **Assignments and Participations:** | Any DIP Lender may assign all or any part of, its respective share of the DIP Loans to (i) its affiliates (other than natural persons) or (ii) one or more banks, financial institutions or other entities that are eligible assignees (to be defined in the DIP Loan Documents); provided, however, that the Borrowers consent shall be required to any assignment to a customer or operating competitor of any Obligor; and provided, further, that such DIP Lender shall give the Borrowers advance written notice of such proposed assignment no less than three (3) days prior to the closing of such assignment. Any DIP Lender will also have the right to sell participations, subject to customary limitations on voting rights, in its respective share of the DIP Loans. |
| **Counsel to DIP Lenders:** | Paul Hastings LLP |

*[Signature Pages Follow]*

LEGAL_US_E # ~~138612340.15~~138846304.3

**GACP FINANCE CO., LLC**

By:_____
Name: John Ahn
Title: President

**AGREED & ACCEPTED**


**SEARS HOLDINGS CORPORATION**


By:_____

Name:

Title:

## SCHEDULE 1

Any direct or indirect claim, cause of action, or right to payment of any Obligor or of any of the successors of any such Obligor in respect of (i) anti-trust claims or other claims against any of Visa Inc., Mastercard Inc., JPMorgan Chase & Co, Citigroup N.A., Bank of America N.A., or any of their respective affiliates in relation to certain practices with respect to merchant processing fees and merchant processing agreements and (ii) any settlement with respect to the foregoing, including without limitation any direct or indirect settlement with any such financial institution or other person.

**SCHEDULE 2**

| No. | Store Number | City | State |
|-----|-------------|------|-------|
| 1. | 7777 | New York | NY |
| 2. | 7749 | New York | NY |
| 3. | 9423 | Bridgehampton | NY |

SCHEDULE 3

| *Unencumbered Collateral* |
| --- |
| All of the rights, title, and interests of any Obligor, and the proceeds of any sale thereof, in those certain SRAC Medium Term Notes Series B issued by Sears Roebuck Acceptance Corp. as further described in the *Emergency Motion of Debtors for Order Approving Sale of Medium Term Notes* [Docket No. 642]. |
| All of the rights, title and interest, whether now existing or hereafter acquired, in and to all assets of Sears Home Improvement Products, Inc., and the proceeds and products, whether tangible or intangible, thereof, including, without limitation, the sale of any assets, properties and rights related to the SHIP Business (as defined in the *Motion of Debtors for Entry of Order (I)(A) Approving Bidding Procedures for Sale of Sears Home Improvement Business, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for and Hearing to Approve Sale of Sears Home Improvement Business, (D) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, (E) Approving Assumption and Assignment Procedures, (II) Approving the Sale of Sears Home Improvement Business in Accordance with the Stalking Horse Agreement and (III) Granting Related Relief* [Docket No. 450]), in each case that is not subject to a valid and perfected lien or security interest as of the Petition Date (including liens on the Prepetition ABL Collateral). |
| All of the rights, title and interest, whether now existing or hereafter acquired, in and to all assets of Sears PartsDirect, and the proceeds and products, whether tangible or intangible, thereof, in each case that is not subject to a valid and perfected lien or security interest as of the Petition Date (including liens on the Prepetition ABL Collateral). |
| Any and all estates or interests in real property (including any leases) identified as unencumbered in Exhibit 1 to this Schedule 3.  With respect to leases this includes any agreement, whether written or oral, no matter how styled or structured, and all amendments, guaranties and other agreements relating thereto, pursuant to which an Obligor is entitled to the use or occupancy of any real property for any period of time. |
| All intellectual property and proprietary rights of any kind or nature of the Obligors, whether arising under United States, multinational or foreign laws or otherwise, whether registered or unregistered, including business names, copyrights (including rights in computer software) and works of authorship, patents and inventions, data, databases, domain names, trademarks, confidential information, designs, service marks, technology, trade secrets, know-how, and processes, and all applications and registrations therefor, and all rights, priorities, and privileges arising out of or relating to any of the foregoing, not subject to a valid and perfected lien or security interest as of the Petition Date. |
| Any and all rent, income, revenues or proceeds paid by or received from tenants or subtenants in respect of real property (including any leases) identified as unencumbered in Exhibit 1 to this Schedule 3. |
| To the extent not otherwise covered above, all other assets, and all other proceeds of any additional assets, of the Obligors not subject to a valid and perfected lien or security interest as of the Petition Date. |

LEGAL_US_E # ~~138612340.15~~138846304.3