UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>                     Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br>(Jointly Administered)<br><br><u>CERTIFICATE OF SERVICE</u> |

       I, Richard V. Conza, an attorney admitted to practice in the State of New York, and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       On the 21st day of November, 2018, the Motion of ESL Investments, Inc. for the Entry of an order Pursuant to Bankruptcy Code Section 105 and Federal Rules of Bankruptcy Procedure 2004, 9006, and 9016 Authorizing Expedited Discovery of the UCC and the Subcommittee, with Proposed Order, and the Notice of Hearing on Motion of ESL Investments, Inc. for the Entry of an Order Pursuant to Bankruptcy Code Section 105 and Federal Rules of Bankruptcy Procedure 2004, 9006, and 9016 Authorizing Expedited Discovery of the UCC and the Subcommittee were served by Express Mail, Federal Express and by email, as indicated, upon:

<div align="center"><u>**BY EXPRESS MAIL**</u></div>

David Escamilla
Travis County Attorney
P.O. Box 1748
Austin, TX 78676

Diane Wade Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760

**BY FEDERAL EXPRESS**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Ray C. Schrock, Esq.
        Jacqueline Marcus, Esq.
        Garrett A. Fail, Esq.
        Sunny Singh, Esq.

Office of the United States Trustee For Region 2
201 Varick Street, Suite 1006
New York, NY 10014
Attn:   Paul Schwartzberg, Esq.

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn:   Paul D. Leake, Esq.
        Shana A. Elberg, Esq.
        George R. Howard, Esq.

Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY 10017
Attn:   Marshall S. Huebner, Esq.
        Eli J. Vonnegut, Esq.

Brookfield Property REIT Inc.
350 N. Orleans St., Suite 300
Chicago, IL 60654-1607
Attn:   Kristen N. Pate

The Bank of New York Mellon Trust Company
101 Barclay St., Floor 8W
New York, NY 10286
Attn:   Corporate Trust Administration

Wilmington Trust, National Association
Corporate Capital Markets, Suite 1290
50 South Sixth Street
Minneapolis, MN 55402
Attn:   Sears Holdings Corp. Administrator

2

Wilmorite Management Group LLC
1265 Scottsville Road
Rochester, NY 14624
Attn: Donald C. Cowan, Jr.

Kelly Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: Eric R. Wilson, Esq.
 Benjamin D. Feder, Esq.

Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
Attn: Edward M. Fox, Esq.

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Attn: James Gadsden, Esq.

Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Attn: Brian A. Raynor, Esq.

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Attn: Philip C. Dublin, Esq.
 Ira Dizengoff, Esq.
 Sara Lynne Brauner, Esq.

Stephen Sitley, Esq.
Lukie J. Valentino, Esq.
c/o Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

## BY EMAIL

'jacqueline.marcus@weil.com' <jacqueline.marcus@weil.com>; 'ray.schrock@weil.com' <ray.schrock@weil.com>; 'sunny.singh@weil.com' <sunny.singh@weil.com>; 'garrett.fail@weil.com' <garrett.fail@weil.com>; 'luke.valentino@searshc.com' <luke.valentino@searshc.com>; 'stephen.sitley@searshc.com' <stephen.sitley@searshc.com>; 'paul.schwartzberg@usdoj.gov'

3

<paul.schwartzberg@usdoj.gov>; 'richard.morrissey@usdoj.gov'
<richard.morrissey@usdoj.gov>; 'paul.leake@skadden.com'
<paul.leake@skadden.com>; 'shana.elberg@skadden.com'
<shana.elberg@skadden.com>; 'george.howard@skadden.com'
<george.howard@skadden.com>; 'eli.vonnegut@davispolk.com'
<eli.vonnegut@davispolk.com>; 'marshall.huebner@davispolk.com'
<marshall.huebner@davispolk.com>; 'ewilson@kelleydrye.com'
<ewilson@kelleydrye.com>; 'bfeder@kelleydrye.com' <bfeder@kelleydrye.com>;
'gadsden@clm.com' <gadsden@clm.com>; 'braynor@lockelord.com'
<braynor@lockelord.com>; 'idizengoff@akingump.com' <idizengoff@akingump.com>;
'aqureshi@akingump.com' <aqureshi@akingump.com>; 'sbrauner@akingump.com'
<sbrauner@akingump.com>; 'pdublin@akingump.com' <pdublin@akingump.com>;
'pbasta@paulweiss.com' <pbasta@paulweiss.com>; 'idizengoff@akingump.com'
<idizengoff@akingump.com>; 'pdublin@akingump.com' <pdublin@akingump.com>;
'aqureshi@akingump.com' <aqureshi@akingump.com>; 'sbrauner@akingump.com'
<sbrauner@akingump.com>; 'bnkatty@aldineisd.org' <bnkatty@aldineisd.org>;
'jarnold@aldridgepite.com' <jarnold@aldridgepite.com>;
'James.Vincequerra@alston.com' <James.Vincequerra@alston.com>;
'leib.lerner@alston.com' <leib.lerner@alston.com>; 'ajd@ansellgrimm.com'
<ajd@ansellgrimm.com>; 'ajd@ansellgrimm.com' <ajd@ansellgrimm.com>;
'akadish@archerlaw.com' <akadish@archerlaw.com>; 'lschildkraut@archerlaw.com'
<lschildkraut@archerlaw.com>; 'brian.lohan@arnoldporter.com'
<brian.lohan@arnoldporter.com>; 'ginger.clements@arnoldporter.com'
<ginger.clements@arnoldporter.com>; 'CSchael@AshfordNJLaw.com'
<CSchael@AshfordNJLaw.com>; 'eneiger@askllp.com' <eneiger@askllp.com>;
'jchristian@askllp.com' <jchristian@askllp.com>; 'Jg5786@att.com' <Jg5786@att.com>;
'mcuellar45@austinenterpriseslp.com' <mcuellar45@austinenterpriseslp.com>;
'egoodman@bakerlaw.com' <egoodman@bakerlaw.com>; 'fkhan@bakerlaw.com'
<fkhan@bakerlaw.com>; 'pollack@ballardspahr.com' <pollack@ballardspahr.com>;
'branchd@ballardspahr.com' <branchd@ballardspahr.com>;
'heilmanl@ballardspahr.com' <heilmanl@ballardspahr.com>;
'summersm@ballardspahr.com' <summersm@ballardspahr.com>;
'harnerp@ballardspahr.com' <harnerp@ballardspahr.com>; 'kutnera@ballardspahr.com'
<kutnera@ballardspahr.com>; 'knewman@barclaydamon.com'
<knewman@barclaydamon.com>; 'emiller@bayardlaw.com' <emiller@bayardlaw.com>;
'russ@bsavory.com' <russ@bsavory.com>; 'rmills@bellnunnally.com'
<rmills@bellnunnally.com>; 'klove@bellnunnally.com' <klove@bellnunnally.com>;
'mbarrie@beneschlaw.com' <mbarrie@beneschlaw.com>; 'kcapuzzi@beneschlaw.com'
<kcapuzzi@beneschlaw.com>; 'Tgaa@bbslaw.com' <Tgaa@bbslaw.com>;
'JRhodes@BlankRome.com' <JRhodes@BlankRome.com>; 'Tarr@BlankRome.com'
<Tarr@BlankRome.com>; 'EZucker@BlankRome.com' <EZucker@BlankRome.com>;
'bankruptcy@borgeslawllc.com' <bankruptcy@borgeslawllc.com>;
'wborges@borgeslawllc.com' <wborges@borgeslawllc.com>; 'schin@borgeslawllc.com'
<schin@borgeslawllc.com>; 'arainone@bracheichler.com'
<arainone@bracheichler.com>; 'jmontgomery@brownconnery.com'
<jmontgomery@brownconnery.com>; 'schristianson@buchalter.com'

4

&lt;schristianson@buchalter.com&gt;; 'rdavis@cafarocompany.com' &lt;rdavis@cafarocompany.com&gt;; 'jlevitin@cahill.com' &lt;jlevitin@cahill.com&gt;; 'rstieglitz@cahill.com' &lt;rstieglitz@cahill.com&gt;; 'mcatalfimo@carterconboy.com' &lt;mcatalfimo@carterconboy.com&gt;; 'gadsden@clm.com' &lt;gadsden@clm.com&gt;; 'bankruptcy@clm.com' &lt;bankruptcy@clm.com&gt;; 'Dennis.roemlein@bnymellon.com' &lt;Dennis.roemlein@bnymellon.com&gt;; 'rmccord@certilmanbalin.com' &lt;rmccord@certilmanbalin.com&gt;; 'rnosek@certilmanbalin.com' &lt;rnosek@certilmanbalin.com&gt;; 'appleby@chapman.com' &lt;appleby@chapman.com&gt;; 'wilamowsky@chapman.com' &lt;wilamowsky@chapman.com&gt;; 'brotenberg@csglaw.com' &lt;brotenberg@csglaw.com&gt;; 'szuber@csglaw.com' &lt;szuber@csglaw.com&gt;; 'ksimard@choate.com' &lt;ksimard@choate.com&gt;; 'jmarshall@choate.com' &lt;jmarshall@choate.com&gt;; 'hchoi@choiandpark.com' &lt;hchoi@choiandpark.com&gt;; 'cpark@choiandpark.com' &lt;cpark@choiandpark.com&gt;; 'lkleist@choiandpark.com' &lt;lkleist@choiandpark.com&gt;; 'mstein@chuhak.com' &lt;mstein@chuhak.com&gt;; 'eschnitzer@ckrlaw.com' &lt;eschnitzer@ckrlaw.com&gt;; 'duane.brescia@clarkhillstrasburger.com' &lt;duane.brescia@clarkhillstrasburger.com&gt;; 'dblau@clarkhill.com' &lt;dblau@clarkhill.com&gt;; 'rseltzer@cwsny.com' &lt;rseltzer@cwsny.com&gt;; 'Michael.smith2@computershare.com' &lt;Michael.smith2@computershare.com&gt;; 'kbifferato@connollygallagher.com' &lt;kbifferato@connollygallagher.com&gt;; 'kconlan@connollygallagher.com' &lt;kconlan@connollygallagher.com&gt;; 'cgriffiths@connollygallagher.com' &lt;cgriffiths@connollygallagher.com&gt;; 'svanaalten@cooley.com' &lt;svanaalten@cooley.com&gt;; 'scarnes@cooley.com' &lt;scarnes@cooley.com&gt;; 'dcoffino@cov.com' &lt;dcoffino@cov.com&gt;; 'aclark@cov.com' &lt;aclark@cov.com&gt;; 'mfelger@cozen.com' &lt;mfelger@cozen.com&gt;; 'pzumbro@cravath.com' &lt;pzumbro@cravath.com&gt;; 'dhw@dhclegal.com' &lt;dhw@dhclegal.com&gt;; 'marshall.huebner@davispolk.com' &lt;marshall.huebner@davispolk.com&gt;; 'eli.vonnegut@davispolk.com' &lt;eli.vonnegut@davispolk.com&gt;; 'sears.service@davispolk.com' &lt;sears.service@davispolk.com&gt;; 'mcto@debevoise.com' &lt;mcto@debevoise.com&gt;; 'eweisgerber@debevoise.com' &lt;eweisgerber@debevoise.com&gt;; 'LJKotler@duanemorris.com' &lt;LJKotler@duanemorris.com&gt;; 'WMSimkulak@duanemorris.com' &lt;WMSimkulak@duanemorris.com&gt;; 'WMSimkulak@duanemorris.com' &lt;WMSimkulak@duanemorris.com&gt;; 'Cheitzenrater@duanemorris.com' &lt;Cheitzenrater@duanemorris.com&gt;; 'Leopold.matt@Epa.gov' &lt;Leopold.matt@Epa.gov&gt;; 'lbercovich@epicor.com' &lt;lbercovich@epicor.com&gt;; 'ppascuzzi@ffwplaw.com' &lt;ppascuzzi@ffwplaw.com&gt;; 'mark.wilson@fisherbroyles.com' &lt;mark.wilson@fisherbroyles.com&gt;; 'patricia.fugee@fisherbroyles.com' &lt;patricia.fugee@fisherbroyles.com&gt;; 'dlwright@foley.com' &lt;dlwright@foley.com&gt;; 'msmall@foley.com' &lt;msmall@foley.com&gt;; 'aguon@foxrothschild.com' &lt;aguon@foxrothschild.com&gt;; 'plabov@foxrothschild.com' &lt;plabov@foxrothschild.com&gt;; 'thoran@foxrothschild.com' &lt;thoran@foxrothschild.com&gt;; 'mhall@foxrothschild.com' &lt;mhall@foxrothschild.com&gt;; 'mherz@foxrothschild.com' &lt;mherz@foxrothschild.com&gt;; 'nreid@foxswibel.com' &lt;nreid@foxswibel.com&gt;; 'jfrank@fgllp.com' &lt;jfrank@fgllp.com&gt;; 'jkleinman@fgllp.com' &lt;jkleinman@fgllp.com&gt;; 'deggert@freeborn.com'

&lt;deggert@freeborn.com&gt;; 'brad.eric.scheler@friedfrank.com'
&lt;brad.eric.scheler@friedfrank.com&gt;; 'scott.luftglass@friedfrank.com'
&lt;scott.luftglass@friedfrank.com&gt;; 'peter.siroka@friedfrank.com'
&lt;peter.siroka@friedfrank.com&gt;; 'tking@fbtlaw.com' &lt;tking@fbtlaw.com&gt;;
'rgold@fbtlaw.com' &lt;rgold@fbtlaw.com&gt;; 'awebb@fbtlaw.com' &lt;awebb@fbtlaw.com&gt;;
'pmartin@fmdlegal.com' &lt;pmartin@fmdlegal.com&gt;; 'lbrymer@fmdlegal.com'
&lt;lbrymer@fmdlegal.com&gt;; 'gseitz@gsbblaw.com' &lt;gseitz@gsbblaw.com&gt;;
'mgensburg@gcklegal.com' &lt;mgensburg@gcklegal.com&gt;; 'btheisen@gibbonslaw.com'
&lt;btheisen@gibbonslaw.com&gt;; 'nsongonuga@gibbonslaw.com'
&lt;nsongonuga@gibbonslaw.com&gt;; 'hcohen@gibbonslaw.com'
&lt;hcohen@gibbonslaw.com&gt;; 'tnixon@gklaw.com' &lt;tnixon@gklaw.com&gt;;
'jflaxer@golenbock.com' &lt;jflaxer@golenbock.com&gt;; 'mweinstein@golenbock.com'
&lt;mweinstein@golenbock.com&gt;; 'gfox@goodwinlaw.com' &lt;gfox@goodwinlaw.com&gt;;
'bbazian@goodwinlaw.com' &lt;bbazian@goodwinlaw.com&gt;;
'drosner@goulstonstorrs.com' &lt;drosner@goulstonstorrs.com&gt;;
'thoffmann@goulstonstorrs.com' &lt;thoffmann@goulstonstorrs.com&gt;;
'tannweiler@greerherz.com' &lt;tannweiler@greerherz.com&gt;;
'jfigueiredo@hahnhessen.com' &lt;jfigueiredo@hahnhessen.com&gt;;
'ahalperin@halperinlaw.net' &lt;ahalperin@halperinlaw.net&gt;; 'lgu@halperinlaw.net'
&lt;lgu@halperinlaw.net&gt;; 'dlieberman@halperinlaw.net' &lt;dlieberman@halperinlaw.net&gt;;
'joia.johnson@hanes.com' &lt;joia.johnson@hanes.com&gt;; 'howard.upchurch@hanes.com'
&lt;howard.upchurch@hanes.com&gt;; 'ktompsett@harrisbeach.com'
&lt;ktompsett@harrisbeach.com&gt;; 'sselbst@herrick.com' &lt;sselbst@herrick.com&gt;;
'elio@higgslaw.com' &lt;elio@higgslaw.com&gt;; 'arthur.rosenberg@hklaw.com'
&lt;arthur.rosenberg@hklaw.com&gt;; 'Marc.Antonecchia@hklaw.com'
&lt;Marc.Antonecchia@hklaw.com&gt;; 'barbra.parlin@hklaw.com'
&lt;barbra.parlin@hklaw.com&gt;; 'elvin.ramos@hklaw.com' &lt;elvin.ramos@hklaw.com&gt;;
'jose.casal@hklaw.com' &lt;jose.casal@hklaw.com&gt;; 'jjalemany@hklaw.com'
&lt;jjalemany@hklaw.com&gt;; 'llichtman@honigman.com' &lt;llichtman@honigman.com&gt;;
'bgross@HuntonAK.com' &lt;bgross@HuntonAK.com&gt;; 'mlegge@huntonak.com'
&lt;mlegge@huntonak.com&gt;; 'ghesse@huntonak.com' &lt;ghesse@huntonak.com&gt;;
'lynn.butler@huschblackwell.com' &lt;lynn.butler@huschblackwell.com&gt;;
'taxcollector@co.imperial.ca.us' &lt;taxcollector@co.imperial.ca.us&gt;;
'Mimi.M.Wong@irscounsel.treas.gov' &lt;Mimi.M.Wong@irscounsel.treas.gov&gt;;
'Mimi.M.Wong@irscounsel.treas.gov' &lt;Mimi.M.Wong@irscounsel.treas.gov&gt;;
'Bankruptcy2@ironmountain.com' &lt;Bankruptcy2@ironmountain.com&gt;;
'elkinj@mac.com' &lt;elkinj@mac.com&gt;; 'KDWBankruptcyDepartment@KelleyDrye.com'
&lt;KDWBankruptcyDepartment@KelleyDrye.com&gt;; 'bfeder@kelleydrye.com'
&lt;bfeder@kelleydrye.com&gt;; 'ssouthard@klestadt.com' &lt;ssouthard@klestadt.com&gt;;
'lkiss@klestadt.com' &lt;lkiss@klestadt.com&gt;; 'kurtzman@kurtzmansteady.com'
&lt;kurtzman@kurtzmansteady.com&gt;; 'dgragg@langleybanack.com'
&lt;dgragg@langleybanack.com&gt;; 'jfifarek@laskyfifarek.com'
&lt;jfifarek@laskyfifarek.com&gt;; 'rzucker@lasserhochman.com'
&lt;rzucker@lasserhochman.com&gt;; 'marc.zelina@lw.com' &lt;marc.zelina@lw.com&gt;;
'peter.gilhuly@lw.com' &lt;peter.gilhuly@lw.com&gt;; 'ted.dillman@lw.com'
&lt;ted.dillman@lw.com&gt;; 'gillazarus@gmail.com' &lt;gillazarus@gmail.com&gt;;

'kevin@ksnpc.com' <kevin@ksnpc.com>; 'william.fennell@fennelllaw.com' <william.fennell@fennelllaw.com>; 'luralene.schultz@fennelllaw.com' <luralene.schultz@fennelllaw.com>; 'office@fennelllaw.com' <office@fennelllaw.com>; 'dtabachnik@dttlaw.com' <dtabachnik@dttlaw.com>; 'hlazarus@lazarusandlazarus.com' <hlazarus@lazarusandlazarus.com>; 'harlan.lazarus@gmail.com' <harlan.lazarus@gmail.com>; 'ilan.markus@leclairryan.com' <ilan.markus@leclairryan.com>; 'niclas.ferland@leclairryan.com' <niclas.ferland@leclairryan.com>; 'sanantonio.bankruptcy@publicans.com' <sanantonio.bankruptcy@publicans.com>; 'dallas.bankruptcy@publicans.com' <dallas.bankruptcy@publicans.com>; 'houston_bankruptcy@publicans.com' <houston_bankruptcy@publicans.com>; 'jfarnum@linowes-law.com' <jfarnum@linowes-law.com>; 'jmueller@lippes.com' <jmueller@lippes.com>; 'braynor@lockelord.com' <braynor@lockelord.com>; 'asmith@lockelord.com' <asmith@lockelord.com>; 'dwirt@lockelord.com' <dwirt@lockelord.com>; 'jfroehlich@lockelord.com' <jfroehlich@lockelord.com>; 'sbryant@lockelord.com' <sbryant@lockelord.com>; 'bbuechler@lowenstein.com' <bbuechler@lowenstein.com>; 'tleday@mvbalaw.com' <tleday@mvbalaw.com>; 'bmcgrath@mcglinchey.com' <bmcgrath@mcglinchey.com>; 'kromano@mcglinchey.com' <kromano@mcglinchey.com>; 'mchaney@mcglinchey.com' <mchaney@mcglinchey.com>; 'raguilar@mcglinchey.com' <raguilar@mcglinchey.com>; 'rcerone@mcglinchey.com' <rcerone@mcglinchey.com>; 'hjschwartz@mckoolsmith.com' <hjschwartz@mckoolsmith.com>; 'nkenworthy@mrrlaw.net' <nkenworthy@mrrlaw.net>; 'cprice@milbank.com' <cprice@milbank.com>; 'RLiubicic@milbank.com' <RLiubicic@milbank.com>; 'sdnyecf@dor.mo.gov' <sdnyecf@dor.mo.gov>; 'laura.mccarthy@morganlewis.com' <laura.mccarthy@morganlewis.com>; 'neil.herman@morganlewis.com' <neil.herman@morganlewis.com>; 'smiller@morrisjames.com' <smiller@morrisjames.com>; 'cmiller@mnat.com' <cmiller@mnat.com>; 'jbarsalona@mnat.com' <jbarsalona@mnat.com>; 'jmarines@mofo.com' <jmarines@mofo.com>; 'bbutterfield@mofo.com' <bbutterfield@mofo.com>; 'bankruptcy@morrisoncohen.com' <bankruptcy@morrisoncohen.com>; 'mro@prbankruptcy.com' <mro@prbankruptcy.com>; 'dperry@munsch.com' <dperry@munsch.com>; 'kcordry@naag.org' <kcordry@naag.org>; 'jody.bedenbaugh@nelsonmullins.com' <jody.bedenbaugh@nelsonmullins.com>; 'shane.ramsey@nelsonmullins.com' <shane.ramsey@nelsonmullins.com>; 'dsklar@nixonpeabody.com' <dsklar@nixonpeabody.com>; 'howard.seife@nortonrosefulbright.com' <howard.seife@nortonrosefulbright.com>; 'christy.rivera@nortonrosefulbright.com' <christy.rivera@nortonrosefulbright.com>; 'cmomjian@attorneygeneral.gov' <cmomjian@attorneygeneral.gov>; 'rachel.obaldo@oag.texas.gov' <rachel.obaldo@oag.texas.gov>; 'richard.morrissey@usdoj.gov' <richard.morrissey@usdoj.gov>; 'paul.schwartzberg@usdoj.gov' <paul.schwartzberg@usdoj.gov>; 'apetrakov@offitkurman.com' <apetrakov@offitkurman.com>; 'smetz@offitkurman.com' <smetz@offitkurman.com>; 'sokeefe@okeefelc.com' <sokeefe@okeefelc.com>; 'lily@pacogarment.com' <lily@pacogarment.com>; 'chipford@parkerpoe.com' <chipford@parkerpoe.com>; 'leslieplaskon@paulhastings.com'

<leslieplaskon@paulhastings.com>; 'andrewtenzer@paulhastings.com'
<andrewtenzer@paulhastings.com>; 'shlomomaza@paulhastings.com'
<shlomomaza@paulhastings.com>; 'jaffeh@pepperlaw.com' <jaffeh@pepperlaw.com>;
'listwakk@pepperlaw.com' <listwakk@pepperlaw.com>; 'ecobb@pbfcm.com'
<ecobb@pbfcm.com>; 'ecobb@pbfcm.com' <ecobb@pbfcm.com>; 'lmbkr@pbfcm.com'
<lmbkr@pbfcm.com>; 'osonik@pbfcm.com' <osonik@pbfcm.com>;
'dpick@picklaw.net' <dpick@picklaw.net>; 'jon@piercemccoy.com'
<jon@piercemccoy.com>; 'rsteinberg@pricemeese.com' <rsteinberg@pricemeese.com>;
'searsteam@primeclerk.com' <searsteam@primeclerk.com>; 'serviceqa@primeclerk.com'
<serviceqa@primeclerk.com>; 'gerald.kennedy@procopio.com'
<gerald.kennedy@procopio.com>; 'rlp@pryormandelup.com'
<rlp@pryormandelup.com>; 'cfilardi@rrlawpc.com' <cfilardi@rrlawpc.com>;
'greiss@reisspreuss.com' <greiss@reisspreuss.com>; 'etikkanen@reisspreuss.com'
<etikkanen@reisspreuss.com>; 'kflorey@robbins-schwartz.com' <kflorey@robbins-schwartz.com>; 'nsmith@robbins-schwartz.com' <nsmith@robbins-schwartz.com>;
'Robert.e.michael.esq@gmail.com' <Robert.e.michael.esq@gmail.com>;
'Aron.hume@gmail.com' <Aron.hume@gmail.com>; 'fbr@robinsonbrog.com'
<fbr@robinsonbrog.com>; 'gregg.galardi@ropesgray.com'
<gregg.galardi@ropesgray.com>; 'kimberly.kodis@ropesgray.com'
<kimberly.kodis@ropesgray.com>; 'sam.ashuraey@ropesgray.com'
<sam.ashuraey@ropesgray.com>; 'james.wilton@ropesgray.com'
<james.wilton@ropesgray.com>; 'patricia.chen@ropesgray.com'
<patricia.chen@ropesgray.com>; 'ssally@ropesgray.com' <ssally@ropesgray.com>;
'joshua.sturm@ropesgray.com' <joshua.sturm@ropesgray.com>;
'nicholas.berg@ropesgray.com' <nicholas.berg@ropesgray.com>;
'timothy.farrell@ropesgray.com' <timothy.farrell@ropesgray.com>;
'srosen@rosenpc.com' <srosen@rosenpc.com>; 'skelly@s-d.com' <skelly@s-d.com>;
'mmccann@swc-law.com' <mmccann@swc-law.com>; 'rabiuso@swc-law.com'
<rabiuso@swc-law.com>; 'jweinblatt@sakar.com' <jweinblatt@sakar.com>;
'cbelmonte@ssbb.com' <cbelmonte@ssbb.com>; 'asnow@ssbb.com'
<asnow@ssbb.com>; 'pbosswick@ssbb.com' <pbosswick@ssbb.com>;
'dipesh.patel@saul.com' <dipesh.patel@saul.com>; 'phil.hudson@saul.com'
<phil.hudson@saul.com>; 'carmen.contreras-martinez@saul.com' <carmen.contreras-martinez@saul.com>; 'ldelucia@schiffhardin.com' <ldelucia@schiffhardin.com>;
'afiedler@schiffhardin.com' <afiedler@schiffhardin.com>; 'secbankruptcy@sec.gov'
<secbankruptcy@sec.gov>; 'NYROBankruptcy@sec.gov'
<NYROBankruptcy@sec.gov>; 'bankruptcynoticeschr@sec.gov'
<bankruptcynoticeschr@sec.gov>; 'ashmead@sewkis.com' <ashmead@sewkis.com>;
'alves@sewkis.com' <alves@sewkis.com>; 'emfox@seyfarth.com'
<emfox@seyfarth.com>; 'fsosnick@shearman.com' <fsosnick@shearman.com>;
'sara.coelho@shearman.com' <sara.coelho@shearman.com>;
'afeld@sheppardmullin.com' <afeld@sheppardmullin.com>;
'tcohen@sheppardmullin.com' <tcohen@sheppardmullin.com>; 'rreinert@shutts.com'
<rreinert@shutts.com>; 'rtucker@simon.com' <rtucker@simon.com>;
'mshriro@singerlevick.com' <mshriro@singerlevick.com>; 'dplon@sirlinlaw.com'
<dplon@sirlinlaw.com>; 'paul.leake@skadden.com' <paul.leake@skadden.com>;

'shana.elberg@skadden.com' <shana.elberg@skadden.com>;
'george.howard@skadden.com' <george.howard@skadden.com>;
'Paul.Leake@skadden.com' <Paul.Leake@skadden.com>; 'Shana.Elberg@skadden.com'
<Shana.Elberg@skadden.com>; 'George.Howard@skadden.com'
<George.Howard@skadden.com>; 'enotices@skijain.com' <enotices@skijain.com>;
'pstrok@swelawfirm.com' <pstrok@swelawfirm.com>; 'rkinas@swlaw.com'
<rkinas@swlaw.com>; 'bk@svllaw.com' <bk@svllaw.com>;
'mary.callahan@bnymellon.com' <mary.callahan@bnymellon.com>;
'mary.callahan@bnymellon.com' <mary.callahan@bnymellon.com>; 'tonder@stark-stark.com' <tonder@stark-stark.com>; 'jlemkin@stark-stark.com' <jlemkin@stark-stark.com>; 'cp@stevenslee.com' <cp@stevenslee.com>; 'thomas.salerno@stinson.com'
<thomas.salerno@stinson.com>; 'streusand@slollp.com' <streusand@slollp.com>;
'dietdericha@sullcrom.com' <dietdericha@sullcrom.com>; 'zylberbergd@sullcrom.com'
<zylberbergd@sullcrom.com>; 'Riela@thsh.com' <Riela@thsh.com>;
'aconway@taubman.com' <aconway@taubman.com>; 'Starr.Judith@pbgc.gov'
<Starr.Judith@pbgc.gov>; 'mccarron.william@pbgc.gov'
<mccarron.william@pbgc.gov>; 'efile@pbgc.gov' <efile@pbgc.gov>;
'joe@saracheklawfirm.com' <joe@saracheklawfirm.com>;
'Curtis.Tuggle@ThompsonHine.com' <Curtis.Tuggle@ThompsonHine.com>;
'powerwangtxks@vip.126.com' <powerwangtxks@vip.126.com>;
'AGBankNewYork@ag.tn.gov' <AGBankNewYork@ag.tn.gov>;
'jose.galarza@usbank.com' <jose.galarza@usbank.com>; 'David.Jones6@usdoj.gov'
<David.Jones6@usdoj.gov>; 'Jeffrey.Oestericher@usdoj.gov'
<Jeffrey.Oestericher@usdoj.gov>; 'Joseph.Cordaro@usdoj.gov'
<Joseph.Cordaro@usdoj.gov>; 'Carina.Schoenberger@usdoj.gov'
<Carina.Schoenberger@usdoj.gov>; 'Lawrence.Fogelman@usdoj.gov'
<Lawrence.Fogelman@usdoj.gov>; 'Peter.Aronoff@usdoj.gov'
<Peter.Aronoff@usdoj.gov>; 'Linda.Riffkin@usdoj.gov' <Linda.Riffkin@usdoj.gov>;
'ketzel@vedderprice.com' <ketzel@vedderprice.com>; 'mschein@vedderprice.com'
<mschein@vedderprice.com>; 'marva.m.levine@verizon.com'
<marva.m.levine@verizon.com>; 'notice@waldrepllp.com' <notice@waldrepllp.com>;
'sfalanga@walsh.law' <sfalanga@walsh.law>; 'gtoering@wnj.com'
<gtoering@wnj.com>; 'ray.schrock@weil.com' <ray.schrock@weil.com>;
'garrett.fail@weil.com' <garrett.fail@weil.com>; 'jacqueline.marcus@weil.com'
<jacqueline.marcus@weil.com>; 'sunny.singh@weil.com' <sunny.singh@weil.com>;
'JeriLeigh.Miller@weil.com' <JeriLeigh.Miller@weil.com>; 'jessica.liou@weil.com'
<jessica.liou@weil.com>; 'Paloma.VanGroll@weil.com'
<Paloma.VanGroll@weil.com>; 'Jared.Friedmann@weil.com'
<Jared.Friedmann@weil.com>; 'Jessie.Mishkin@weil.com'
<Jessie.Mishkin@weil.com>; 'mbrofman@weisszarett.com'
<mbrofman@weisszarett.com>; 'sfink@weltman.com' <sfink@weltman.com>;
'sgerald@wtplaw.com' <sgerald@wtplaw.com>; 'awilliams@williamsadvisors.com'
<awilliams@williamsadvisors.com>; 'alipkin@willkie.com' <alipkin@willkie.com>;
'gbrunswick@willkie.com' <gbrunswick@willkie.com>; 'phealy@wsfsbank.com'
<phealy@wsfsbank.com>; 'scimalore@wilmingtontrust.com'
<scimalore@wilmingtontrust.com>; 'saron@wrslawyers.com'

&lt;saron@wrslawyers.com&gt;; 'mfullington@wyattfirm.com'
&lt;mfullington@wyattfirm.com&gt;

Dated: New York, New York
       November 26, 2018

                                                  Richard V. Conza