UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
In re:                                                        :    Chapter 11
                                                              :
SEARS HOLDINGS CORPORATION, et al.,                           :    Case No. 18-23538 (RDD)
                                                              :
               Debtors.                                       :    (Jointly Administered)
                                                              :
------------------------------------------------------------- x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Eiseman Levine Lehrhaupt & Kakoyiannis, P.C. hereby appears as counsel to Prestige Bay Plaza Development Corp. ("Prestige"), the landlord of a lease for real property located in the Bronx, New York, pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of any and all notices and papers filed or entered in the above-captioned cases be given and served upon the following:

> Laurence May, Esq.
> EISEMAN LEVINE LEHRHAUPT
> & KAKOYIANNIS P.C.
> 805 Third Avenue, 10th Floor
> New York, New York 10022
> Tel.: 212-752-1000
> Fax: 212-355-4608
> Email: lmay@eisemanlevine.com

**PLEASE TAKE FURTHER NOTICE**, that pursuant to section 1109(b) of the Bankruptcy Code, this request constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, complaint, or demand that (1) affects or seeks to affect in any way any rights or interests of any of the debtors, creditors, landlords, equity holders, or parties in interest in these cases, with respect to: (a) the debtors and any related cases or adversary proceedings, whether currently pending or later commenced; (b)

property of the debtors' estate, or proceeds in which the debtors may claim an interest; or (c) requires or seeks to require any act or other conduct by a party in interest in these bankruptcy cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is intended for the purpose of receiving notices and is not intended to be and should not be deemed a submission to the jurisdiction of the Bankruptcy Court. In addition, this Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive the rights of Prestige; (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a Bankruptcy Judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in any non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a *de novo* review by a District Court Judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which Prestige is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: November 19, 2018
      New York, New York

                                      EISEMAN LEVINE LEHRHAUPT
                                      & KAKOYIANNIS P.C.
                                      *Counsel to Prestige Bay Plaza*
                                      *Development Corp.*

                                      _____
                                      Laurence May, Esq.
                                      805 Third Avenue, 10th Floor
                                      New York, New York 10022
                                      Tel.: 212-752-1000
                                      Fax: 212-355-4608
                                      Email: lmay@eisemanlevine.com