NYT The New York Times
620 8TH AVENUE - NEW YORK, NY 10018

# PROOF OF PUBLICATION

November 21 2018

I, Cathy Zike, in my capacity as a Principal Clerk of the Publisher of The New York Times a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on

NOV 21 2018 B7 National

Cathy Zike

Sworn before me the

21 day of NOV, 2018

Deirdre C. Deignan

Notary Public

DEIRDRE C. DEIGNAN
Notary Public, State of New York
Registration #01DE6271693
Qualified In Nassau County
Commission Expires Nov. 5, 2020

---

Information to identify the case:
**Debtor: Sears Holdings Corporation, *et al.*** EIN: 20-1920798
United States Bankruptcy Court for the Southern District of New York
Case Number: 18-23538 (RDD)
Date case filed in chapter 11: **October 15, 2018 and October 18, 2018**
Official Form 309F (For Corporations or Partnerships)

**Notice of Chapter 11 Bankruptcy Case** 12/17

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Do not file this notice with any proof of claim or other filing in the case.**

1. **Debtor's Full Name:** See Schedule 1 for all Debtor Names
2. **All other names used in the last 8 years:** See Schedule 2
3. **Address:** 3333 Beverly Road, Hoffman Estates, Illinois 60179
4. **Debtor's attorney:** WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny Singh, Contact Telephone: (212) 310-8000, Contact Facsimile: (212) 310-8007, E-mail: ray.schrock@weil.com, jacqueline.marcus@weil.com, garrett.fail@weil.com, sunny.singh@weil.com
5. **Bankruptcy clerk's office:** United States Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601, **Hours open:** Monday - Friday, 8:30 a.m. - 5:00 p.m. (except federal holidays), **Contact phone:** (914) 467-7250. Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.
6. **Meeting of creditors:** **December 13, 2018** at **2:30 p.m.** (ET). **Location:** U.S. Bankruptcy Court, Southern District of New York, One Bowling Green (Room 511), New York, NY 10004-1408. The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.
7. **Proof of claim deadline: Deadline for filing proof of claim:** N/A. Not yet set. If a deadline is set, the court will send you another notice.

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: (•) your claim is designated as *disputed, contingent*, or *unliquidated*; (•) you file a proof of claim in a different amount; or (•) you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed, contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

8. **Exception to discharge deadline:** If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline: **Deadline for filing the complaint:** February 11, 2019
9. **Creditors with a foreign address:** If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.
10. **Filing a Chapter 11 bankruptcy case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business.
11. **Discharge of debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

**Schedule 1** (The District for all Debtors is S.D.N.Y.)

**Debtor, EIN Number, Case No.:** Sears Holdings Corporation, 20-1920798, 18-23538 (RDD); Kmart Holding Corporation, 32-0073116, 18-23539 (RDD); Kmart Operations LLC, 32-0456546, 18-23540 (RDD); Sears Operations LLC, 35-2524331, 18-23541 (RDD); Sears, Roebuck and Co., 36-1750680, 18-23537 (RDD); ServiceLive, Inc., 36-4616774, 18-23542 (RDD); SHC Licensed Business, LLC, 37-1783718, 18-23616 (RDD); A&E Factory Service, LLC, 36-4486695, 18-23543 (RDD); A&E Home Delivery, LLC, 37-1500205, 18-23544 (RDD); A&E Lawn & Garden, LLC, 13-4275028, 18-23545 (RDD); A&E Signature Service, LLC, 37-1500204, 18-23546 (RDD); FBA Holdings Inc., 36-4186537, 18-23547 (RDD); Innovel Solutions, Inc., 36-1857180, 18-23548 (RDD); Kmart Corporation, 38-0729500, 18-23549 (RDD); MaxServ, Inc., 74-2707626, 18-23550 (RDD); Private Brands, Ltd., 55-0544022, 18-23551 (RDD); Sears Development Co., 36-2476028, 18-23552 (RDD); Sears Home & Business Franchises, Inc., 98-0126742, 18-23554 (RDD); Sears Holdings Management Corporation, 20-3592148, 18-23553 (RDD); Sears Insurance Services, L.L.C., 36-4287182, 18-23556 (RDD); Sears Procurement Services, Inc., 30-0092859, 18-23557 (RDD); Sears Home Improvement Products, Inc., 25-1698591, 18-23555 (RDD); Sears Protection Company, 36-4471250, 18-23558 (RDD); Sears Protection Company (PR), Inc., 66-0704861, 18-23559 (RDD); Sears Roebuck Acceptance Corp., 51-0080535, 18-23560 (RDD); Sears, Roebuck de Puerto Rico, Inc., 66-0233626, 18-23561 (RDD); SYW Relay LLC, 35-2561870, 18-23562 (RDD); Wally Labs LLC, None, 18-23563 (RDD); SHC Promotions LLC, 26-4209626, 18-23630 (RDD); Big Beaver of Florida Development, LLC, None, 18-23564 (RDD); California Builder Appliances, Inc., 68-0406327, 18-23565 (RDD); Florida Builder Appliances, Inc., 36-3619133, 18-23566 (RDD); KBL Holding Inc., 26-0031295, 18-23567 (RDD); KLC, Inc., 75-2490839, 18-23568 (RDD); Kmart of Michigan, Inc., 38-3551696, 18-23576 (RDD); Kmart of Washington LLC, 61-1448898, 18-23570 (RDD); Kmart Stores of Illinois LLC, 61-1448897, 18-23571 (RDD); Kmart Stores of Texas LLC, 61-1448915, 18-23572 (RDD); MyGofer LLC, 26-4005531, 18-23573 (RDD); Sears Brands Business Unit Corporation, 42-1564658, 18-23574 (RDD); Sears Holdings Publishing Company, LLC, 26-0075554, 18-23575 (RDD); Sears Protection Company (Florida), L.L.C., 20-0224239, 18-23569 (RDD); SHC Desert Springs, LLC, None, 18-23577 (RDD); SOE, Inc., 83-0399616, 18-23578 (RDD); StarWest, LLC, 37-1495379, 18-23579 (RDD); STI Merchandising, Inc., 38-2760188, 18-23580 (RDD); Troy Coolidge No. 13, LLC, None, 18-23581 (RDD); BlueLight.com, Inc., 77-0527034, 18-23582 (RDD); Sears Brands, L.L.C., 42-1564664, 18-23583 (RDD); Sears Buying Services, Inc., 36-3256533, 18-23584 (RDD); Kmart.com LLC, 77-0529022, 18-23585 (RDD); Sears Brands Management Corporation, 36-2555365, 18-23586 (RDD)

**Schedule 2**

A&E Factory Service; Accents for Less; American Siding & Deck, Inc.; American Windows & Sash, Inc.; Appliance Liquidators; Austin Technology Center; Bath and Kitchen Elegance; Bath and Kitchen Elegance of the Desert; Big Beaver of Caguas Development Corporation; Big Beaver of Caguas Development Corporation II; Big Kmart; Big Kmart (#3680); Central Wholesale Appliance Supply, Inc.; Chantell Marketing; Circle of Beauty Inc.; Delver; Delver.com; Designer Depot; Eblon Technologies India Private Limited; Evoke Productions; FitStudio by Sears; Florida Builder Appliances, Inc.; Garment Rack; HDC Holding Company of Delaware, Inc.; HO. Tampa Development Co.; HO. Tysons Office Investment Co.; ILJ, Inc.; JAF, Inc.; KC Kelley Group; Kenmore Direct; Kids Stockroom; Kmart; Kmart Acquisition Corp.; Kmart Apparel Corp.; Kmart Apparel Fashions Corp.; Kmart Apparel Leasing Corp.; Kmart Apparel Service of Atlanta Corp.; Kmart Apparel Service of Des Plaines Corp.; Kmart Apparel Service of Sunnyvale Corp.; Kmart Corporation; Kmart Enterprises, Inc.; Kmart Far East Limited; Kmart Financing I; Kmart Global Sourcing Ltd.; Kmart Holding Company; Kmart Holdings, Inc.; Kmart Lessee Operations, LLC; Kmart Management Corporation; Kmart Michigan Property Services, L.L.C.; Kmart of Amsterdam, NY Distribution Center, Inc.; Kmart of Pennsylvania LP; Kmart Pharmacies of Minnesota, Inc.; Kmart Pharmacies, Inc.; Kmart Properties, Inc.; Kmart Stores of Indiana, Inc.; Kmart Stores of TNCP, Inc.; KMI, Inc.; Koolvent Aluminum Products, Inc.; Kresge - Kmart Limited; Little Caesars; Max Acquisition Delaware Inc.; McKids; McKids The Store; McPhail's Appliances; MetaScale Technologies India Private Limited; Monark; Monark Holdings Inc.; Monark of California; Monark Premium Appliance Co.; Monark Premium Appliance Co. of Arizona; Monark Premium Appliance Co. of California; MXSV, Inc.; NTB - National Tire and Battery; NTB–National Tire & Battery; PMB, Inc.; Prairie Buck I, Inc.; Prairie Buck II, Inc.; Private Brands, Ltd.; Relay LLC; San Diego Appliance Sales; Sears; Sears #1284; Sears Acquisition Corp.; Sears Auto Center; Sears Auto Center #6582; Sears Auto Centers; Sears Carpet and Upholstery Care, Inc.; Sears Essentials; Sears Grand; Sears Grand #1673; Sears Holdings Management Corporation; Sears Home Appliance Showrooms; Sears Home Improvement Products (South), Inc.; Sears Home Services; Sears Home&Life; Sears Holdings Promotions LLC; Sears Lessee Operations, LLC; Sears Logistics Services; Sears Logistics Services, Inc.; Sears Merchandise Group; Sears Merchandise Group, Inc.; Sears New York Insurance Agency; Sears Oklahoma Insurance Agency; Sears Protection Company Inc.; Sears Protection Company, Inc.; Sears Technology Services LLC; Sears, Roebuck de Mexico, S.A. de C.V.; Sears, Wishbook, Inc.; ServiceLive Direct; SHMC, Inc.; Shop Your Way Local, LLC; shopyourway.com; Sourcing and Technical Services, Inc.; Standards of Excellence; Standards of Excellence Outlet Store; Super K; Super Kmart; SUPER KMART CENTER; Super Kmart Center; Texas Bluelight.com Inc.; The Annexx Restaurant; The Great Indoors; Tire Property Holding, Inc.; Tri-Valley Crossings; Troy CMBS Property, L.L.C.; Westar Kitchen & Bath LLC; Westar Kitchen and Bath; Westar Kitchen and Bath, LLC; Western Bluelight.com LLC; WestStar Kitchen and Bath; WestStar Kitchen and Bath LLC

If you have questions about this notice, please contact Prime Clerk LLC
**Telephone:** (844) 384-4460 (US toll free)
or +1 (929) 955-2419 (International),
**Email:** searsinfo@PrimeClerk.com,
**Website:** https://restructuring.primeclerk.com/sears

LABOR







PHOTOGRAPHS BY JENN ACKERMAN FOR THE NEW YORK TIMES

From left, Safia Ahmed Ibrahim, Khadra Kassim and Hibaq Mohamed are Amazon workers in the Minneapolis area who say they have encountered problems including inflexible work-pace rules and disrespectful managers.

# *How to Force Amazon to the Table? Ask Its Somali Workers*

FROM FIRST BUSINESS PAGE

on Dec. 14, in the thick of the holiday season.

"Each community is a little different, and in each one, we work to ensure our employees have a great experience with the most important element being our direct connection to our employees," Amazon said in a statement.

Ashley Robinson, a company spokeswoman, added that the company did not see its work with the East African workers as a negotiation but rather as a form of community engagement similar to its outreach efforts with veterans and lesbian, gay, bisexual and transgender employees.

To workers, the formal meetings were the result of more than a year of organizing by the Awood Center, a nonprofit focused on helping East African workers.

"Nobody would assume a Muslim worker, with limited language skills, in the middle of Minnesota can be a leader in a viable fight against one of the biggest employers in the world and bring them to the table," said Abdirahman Muse, Awood's executive director.

Amazon has sought to squeeze more profit out of its operations as growth slows. Brian Olsavsky, the company's finance chief, told investors in October that "getting better efficiencies" from operations was a corporate priority.

The company now has more than 110 so-called fulfillment centers across the country, and other outposts that handle logistics. Each is like a mini-city, as another company spokeswoman once described them, with a unique culture and demographics.

Amazon opened a warehouse the size of 20 football fields in the suburb of Shakopee in 2016. It needed more than 1,000 workers to operate it, and the local unemployment rate was around 3.5 percent. That left the company with a limited labor pool to hire from. Immigrants make up a growing share of Minnesota's work force, particularly in low-skilled jobs.

Somali refugees began resettling in the area in the 1990s, fleeing the country's growing violence and civil war. More than 46,000 Somali-born residents and their children live in the state. About four out of five live at or near the poverty level.





Amazon's distribution center in Eagan, Minn., outside Minneapolis. Amazon has heavily recruited East African immigrants in the region.

Amazon recruited East African immigrants heavily with local advertisements and billboards. Hundreds signed up through the Confederation of Somali Community, a nonprofit. For a while, Amazon ran buses to Shakopee from the Minneapolis neighborhood of Cedar-Riverside, known as Little Mogadishu, and the company has spaces at local warehouses dedicated to prayer and the ritual washing custom in Islam.

Sixty percent of Amazon's 3,000 workers in the region are East African, Awood estimates, but the group has found only one manager who speaks Somali. Amazon said that the number of East Africans was notably lower and that four of its managers in the area spoke Somali. For one of the meetings with workers, in September, Amazon flew in from Texas a Muslim manager who works on accommodating Islamic practices. He was originally from Libya.

Safia Ahmed Ibrahim, 52, said that in Somalia, she worked for American and United Nations aid groups before fleeing to a refugee camp in Ethiopia. She was hired to work at an Amazon sorting facility in 2016.

"I worked hard, and I got employee of the month," she said. It was the first time she really loved a job, she said, and she remains impressed by the business built by Jeff Bezos, Amazon's founder.

**110**

Number of Amazon's so-called fulfillment centers across the U.S.

But after Ms. Ibrahim returned from breast cancer treatment, a new manager scolded her for working slowly, she said. She felt the manager did not see her as a woman who had worked for aid groups, overcome breast cancer and raised a daughter who got into medical school just five years after arriving in the United States. Instead, she said, the new manager saw her as a worker who, on one particular day, was slow.

A white co-worker stood up for Ms. Ibrahim, she said, and the manager apologized.

"The new managers are like military — they don't give you respect," Ms. Ibrahim said. "At the beginning, I was paying attention to Awood, but finally the pressure they were talking about became the reality that I see every day."

Awood said it had connected with hundreds of workers at the Shakopee warehouse and nearby facilities, with support from local mosques and community leaders. It shares space with the Minnesota chapter of the Council on American-Islamic Relations at a Lutheran church and has political allies. Ilhan Omar, elected this month as one of the first two Muslim women to serve in Congress, has attended an Awood event, and so has her fellow Democrat Tim Walz, the incoming governor.

Awood has four employees and is financed by grants and the Service Employees International Union, Mr. Muse said. A Somali immigrant himself, Mr. Muse worked for the union organizing home health aides and then as a senior policy aide for the former mayor of Minneapolis before joining Awood this year.

By the time he arrived, many recent immigrants were already connecting with one another as Amazon workers because of the company's initial recruitment campaign and coordinated transportation. Workers talked about Awood during breaks and car pools.

They have a WhatsApp text message group and have held several smaller actions to build awareness of their organizing and concerns. After workers at one of the facilities near Minneapolis planned to wear light blue, the color of the Somali flag, on the same day, Amazon said it would build a dedicated prayer space there. When Amazon's annual Prime Day shopping event coincided with Ramadan, they held a protest seeking lighter workloads during the fast.

"One thing to know about our community — we talk a lot on the phone and chat over coffee," Mr. Muse said. "That makes organizing easier."

Awood has also found leverage in the number of East African workers and the time of year.

"Because there is such a density in that work force, at this stage in the game, Amazon would have a very difficult time replacing that many workers, particularly at this peak season," said Beth Gutelius, a researcher at the University of Illinois at Chicago with a focus on warehouses.

Mr. Muse said Awood's goal was not to unionize. No unions represent Amazon workers in the United States, although a group is trying to organize employees at Whole Foods, which Amazon owns.

Brishen Rogers, a labor law professor at Temple University in Philadelphia, said union-organizing drives were long and grueling, coming down to a yes-or-no vote. Often, Professor Rogers said, worker centers like Awood that organize along affinity lines of culture or religion can force change.

"It is a perfectly legitimate way for workers to exercise collective voice in the work force," he said.

Khadra Kassim, 31, was three months pregnant when she went to work for Amazon in 2017. After lifting a heavy box in the summer heat, she grew faint and fell down. She was bleeding and, fearing a miscarriage, went to Amazon's in-house medical clinic. There, she said, staff members said they could not help her and did not offer to call an ambulance or her family. She had hoped for at least some compassionate treatment.

Amazon does not comment on individual cases, Ms. Robinson, the company spokeswoman, said. But she said the company worked to reduce safety risks, had climate-controlled warehouses and accommodated medical needs.

Ms. Kassim spent several months of unpaid leave on bed rest and gave birth to a healthy girl in December.

When she returned to work, co-workers told her that something had changed while she was gone: Awood had begun organizing.

"I said, 'I'm in,'" she recalled. "'I want to get my rights.'"

Abdirahman Muse is executive director of Awood Center, a nonprofit focused on helping and organizing East African workers.

COMMERCIAL REAL ESTATE BUSINESS OPPORTUNITIES

OFFICE SPACE (100)

Offices–Manhattan 105

5th-Lex Offices, Showrooms, Retail
B/t GRAND CENTRAL & PENN STA.
185 Mad., 353 Lex., 385 5th,
390 5th, 5 W 37th
620 SF to 8,620 SF
Owner Management
212-843-5400 Floor Plans on Website
www.HilsonManagement.com

Lower Manhattan - 5 mins from Path, High Floor, Furn Executive Offices and Cubicles, Full access to Library, Conference Rooms and Cafeteria. Vincent Petrungaro at (212)331-9444 VPetrungaro@londonfischer.com

Office Space-chelsea
W 28th street 6 & 7 ave
5,000 square feet
Natural Sunlight on 3 sides
New windows and floor, freshly painted
Listed by owner 917-217-9761

COMMERCIAL & INDUSTRIAL PROPERTIES (300)

Other Areas 385

INVESTMENT PROPERTIES PORTFOLIO FOR SALE IN MIAMI! MUST SEE! 41 RESIDENTIAL UNITS CLOSE TO DOWNTOWN MIAMI & 11 COMMERCIAL RETAIL UNITS IN HIALEAH FOR SALE.
ARIEL LOPEZ 305-300-0880

Information to identify the case:
**Debtor: Sears Holdings Corporation**, ***et al.*** **EIN**: 20-1920798
United States Bankruptcy Court for the Southern District of New York
Case Number: 18-23538 (RDD)
Date case filed in chapter 11: **October 15, 2018 and October 18, 2018**
Official Form 309F (For Corporations or Partnerships)

**Notice of Chapter 11 Bankruptcy Case 12/17**

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Do not file this notice with any proof of claim or other filing in the case.**

1. **Debtor's Full Name:** See Schedule 1 for all Debtor Names
2. **All other names used in the last 8 years:** See Schedule 2
3. **Address**: 3333 Beverly Road, Hoffman Estates, Illinois 60179
4. **Debtor's attorney:** WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny Singh, Contact Telephone: (212) 310-8000, Contact Facsimile: (212) 310-8007, E-mail: ray.schrock@weil.com, jacqueline.marcus@weil.com, garrett.fail@weil.com, sunny.singh@weil.com
5. **Bankruptcy clerk's office:** United States Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601, **Hours open:** Monday - Friday, 8:30 a.m. - 5:00 p.m. (except federal holidays), **Contact phone**: (914) 467-7250. Documents in this case may be filed at this address. You **may** inspect all records filed in this case at this office or online at www.pacer.gov.
6. **Meeting of creditors: December 13, 2018** at **2:30 p.m. (ET). Location:** U.S. Bankruptcy Court, Southern District of New York, One Bowling Green (Room 511), New York, NY 10004-1408. The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.
7. **Proof of claim deadline: Deadline for filing proof of claim:** N/A. Not yet set. If a deadline is set, the court will send you another notice.

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: (•) your claim is designated as *disputed*, *contingent*, or *unliquidated*; (•) you file a proof of claim in a different amount; or (•) you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

8. **Exception to discharge deadline:** If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline: **Deadline for filing the complaint:** February 11, 2019
9. **Creditors with a foreign address:** If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.
10. **Filing a Chapter 11 bankruptcy case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business.
11. **Discharge of debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

**Schedule 1** (The District for all Debtors is S.D.N.Y.)

**Debtor, EIN Number, Case No.:** Sears Holdings Corporation, 20-1920798, 18-23538 (RDD); Kmart Holding Corporation, 32-0073116, 18-23539 (RDD); Kmart Operations LLC, 32-0456546, 18-23540 (RDD); Sears Operations LLC, 35-2524331, 18-23541 (RDD); Sears, Roebuck and Co., 36-1750680, 18-23537 (RDD); ServiceLive, Inc., 36-4616774, 18-23542 (RDD); SHC Licensed Business, LLC, 37-1783718, 18-23616 (RDD); A&E Factory Service, LLC, 36-4486695, 18-23543 (RDD); A&E Home Delivery, LLC, 37-1500205, 18-23544 (RDD); A&E Lawn & Garden, LLC, 13-4275028, 18-23545 (RDD); A&E Signature Service, LLC, 37-1500204, 18-23546 (RDD); FBA Holdings Inc., 36-4186537, 18-23547 (RDD); Innovel Solutions, Inc., 36-1857180, 18-23548 (RDD); Kmart Corporation, 38-0729500, 18-23549 (RDD); MaxServ, Inc., 74-2707626, 18-23550 (RDD); Private Brands, Ltd., 55-0544022, 18-23551 (RDD); Sears Development Co., 36-2476028, 18-23552 (RDD); Sears Home & Business Franchises, Inc., 98-0126742, 18-23554 (RDD); Sears Holdings Management Corporation, 20-3592148, 18-23553 (RDD); Sears Insurance Services, L.L.C., 36-4287182, 18-23556 (RDD); Sears Procurement Services, Inc., 30-0092859, 18-23557 (RDD); Sears Home Improvement Products, Inc., 25-1698591, 18-23555 (RDD); Sears Protection Company, 36-4471250, 18-23558 (RDD); Sears Protection Company (PR), Inc., 66-0704861, 18-23559 (RDD); Sears Roebuck Acceptance Corp., 51-0080535, 18-23560 (RDD); Sears, Roebuck de Puerto Rico, Inc., 66-0233626, 18-23561 (RDD); SYW Relay LLC, 35-2561870, 18-23562 (RDD); Wally Labs LLC, None, 18-23563 (RDD); SHC Promotions LLC, 26-4209626, 18-23630 (RDD); Big Beaver of Florida Development, LLC, None, 18-23564 (RDD); California Builder Appliances, Inc., 68-0406327, 18-23565 (RDD); Florida Builder Appliances, Inc., 36-3619133, 18-23566 (RDD); KBL Holding Inc., 26-0031295, 18-23567 (RDD); KLC, Inc., 75-2490839, 18-23568 (RDD); Kmart of Michigan, Inc., 38-3551696, 18-23576 (RDD); Kmart of Washington LLC, 61-1448898, 18-23570 (RDD); Kmart Stores of Illinois LLC, 61-1448897, 18-23571 (RDD); Kmart Stores of Texas LLC, 61-1448915, 18-23572 (RDD); MyGofer LLC, 26-4005531, 18-23573 (RDD); Sears Brands Business Unit Corporation, 42-1564658, 18-23574 (RDD); Sears Holdings Publishing Company, LLC, 26-0075554, 18-23575 (RDD); Sears Protection Company (Florida), L.L.C., 20-0224239, 18-23569 (RDD); SHC Desert Springs, LLC, None, 18-23577 (RDD); SOE, Inc., 83-0399616, 18-23578 (RDD); StarWest, LLC, 37-1495379, 18-23579 (RDD); STI Merchandising, Inc., 38-2760188, 18-23580 (RDD); Troy Coolidge No. 13, LLC, None, 18-23581 (RDD); BlueLight.com, Inc., 77-0527034, 18-23582 (RDD); Sears Brands, L.L.C., 42-1564664, 18-23583 (RDD); Sears Buying Services, Inc., 36-3256533, 18-23584 (RDD); Kmart.com LLC, 77-0529022, 18-23585 (RDD); Sears Brands Management Corporation, 36-2555365, 18-23586 (RDD)

**Schedule 2**

A&E Factory Service; Accents for Less; American Siding & Deck, Inc.; American Windows & Sash, Inc.; Appliance Liquidators; Austin Technology Center; Bath and Kitchen Elegance; Bath and Kitchen Elegance of the Desert; Big Beaver of Caguas Development Corporation; Big Beaver of Caguas Development Corporation II; Big Kmart; Big Kmart (#3680); Central Wholesale Appliance Supply, Inc.; Chantell Marketing; Circle of Beauty Inc.; Delver; Delver.com; Designer Depot; Eblon Technologies India Private Limited; Evoke Productions; FitStudio by Sears; Florida Builder Appliances, Inc.; Garment Rack; HDC Holding Company of Delaware, Inc.; HO. Tampa Development Co.; HO. Tysons Office Investment Co.; ILJ, Inc.; JAF, Inc.; KC Kelley Group; Kenmore Direct; Kids Stockroom; Kmart; Kmart Acquisition Corp.; Kmart Apparel Corp.; Kmart Apparel Fashions Corp.; Kmart Apparel Leasing Corp.; Kmart Apparel Service of Atlanta Corp.; Kmart Apparel Service of Des Plaines Corp.; Kmart Apparel Service of Sunnyvale Corp.; Kmart Corporation; Kmart Enterprises, Inc.; Kmart Far East Limited; Kmart Financing I; Kmart Global Sourcing Ltd.; Kmart Holding Company; Kmart Holdings, Inc.; Kmart Lessee Operations, LLC; Kmart Management Corporation; Kmart Michigan Property Services, L.L.C.; Kmart of Amsterdam, NY Distribution Center, Inc.; Kmart of Pennsylvania LP; Kmart Pharmacies of Minnesota, Inc.; Kmart Pharmacies, Inc.; Kmart Properties, Inc.; Kmart Stores of Indiana, Inc.; Kmart Stores of TNCP, Inc.; KMI, Inc.; Koolvent Aluminum Products, Inc.; Kresge - Kmart Limited; Little Caesars; Max Acquisition Delaware Inc.; McKids; McKids The Store; McPhail's Appliances; MetaScale Technologies India Private Limited; Monark; Monark Holdings Inc.; Monark of California; Monark Premium Appliance Co.; Monark Premium Appliance Co. of Arizona; Monark Premium Appliance Co. of California; MXSV, Inc.; NTB - National Tire and Battery; NTB-National Tire & Battery; PMB, Inc.; Prairie Buck I, Inc.; Prairie Buck II, Inc.; Private Brands, Ltd.; Relay LLC; San Diego Appliance Sales; Sears; Sears #1284; Sears Acquisition Corp.; Sears Auto Center; Sears Auto Center #6582; Sears Auto Centers; Sears Carpet and Upholstery Care, Inc.; Sears Essentials; Sears Grand; Sears Grand #1673; Sears Holdings Management Corporation; Sears Home Appliance Showrooms; Sears Home Improvement Products (South), Inc.; Sears Home Services; Sears Home&Life; Sears Holdings Promotions LLC; Sears Lessee Operations, LLC; Sears Logistics Services; Sears Logistics Services, Inc.; Sears Merchandise Group; Sears Merchandise Group, Inc.; Sears New York Insurance Agency; Sears Oklahoma Insurance Agency; Sears Protection Company Inc.; Sears Protection Company, Inc.; Sears Technology Services LLC; Sears, Roebuck de Mexico, S.A. de C.V.; Sears, Wishbook, Inc.; ServiceLive Direct; SHMC, Inc.; Shop Your Way Local, LLC; shopyourway.com; Sourcing and Technical Services, Inc.; Standards of Excellence; Standards of Excellence Outlet Store; Super K; Super Kmart; SUPER KMART CENTER; Super Kmart Center; Texas Bluelight.com Inc.; The Annexx Restaurant; The Great Indoors; Tire Property Holding, Inc.; Tri-Valley Crossings; Troy CMBS Property, L.L.C.; Westar Kitchen & Bath LLC; Westar Kitchen and Bath; Westar Kitchen and Bath, LLC; Western Bluelight.com LLC; WestStar Kitchen and Bath; WestStar Kitchen and Bath LLC

If you have questions about this notice, please contact Prime Clerk LLC
**Telephone**: (844) 384-4460 (US toll free)
or +1 (929) 955-2419 (International),
**Email**: searsinfo@PrimeClerk.com,
**Website**: https://restructuring.primeclerk.com/sears