IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-23538-RDD |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et.al.* | ) | Chapter 11 |
| Debtors, | ) | |
| | ) | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Stan D. Smith, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent Acxiom Corporation, a creditor in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Arkansas and have attached a copy of a Certificate of Good Standing from the Arkansas Supreme Court.

I have submitted the filing fee of $200.00 with this Motion for *pro hac vice* ADMISSION.

Dated: November 19, 2018          Respectfully submitted,

MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201-3525
Telephone: (501) 688-8830
ssmith@mwlaw.com

By: _____
Stan D. Smith (AR Bar No. 90117)

1

6551190.1

*Supreme Court*

# State of Arkansas

*Little Rock*

## CERTIFICATE OF GOOD STANDING

State of Arkansas

in the Supreme Court

I, Stacey Pectol, Clerk of the Supreme Court of Arkansas, do hereby certify that Stanley Dale Smith was enrolled as an Attorney at Law and Solicitor in Chancery by the Supreme Court of this State on August 28, 1990; that no disbarment proceedings have been filed against him in this court, that he has not had any adverse disciplinary action whatsoever during the past three year period, and that his private and professional character appear to be good.

In Testimony Whereof, I hereunto
set my hand as Clerk and affix the seal of Said Court
this the 8th day of November, 2018.

STACEY PECTOL
(CLERK SUPREME COURT OF ARKANSAS)

By _____
Deputy Clerk