# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

| | |
|---|---|
| IN RE: ) | Case No. 18-23538-RDD |
| ) | |
| SEARS HOLDINGS ) | |
|     CORPORATION, *et.al.* ) | Chapter 11 |
|     Debtors,[1] ) | |
| | (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICE

PLEASE TAKE NOTICE that Stan D. Smith and the law firm of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., represents Acxiom Corporation ("Acxiom").

The undersigned attorney and law firm hereby enter their appearance pursuant to Bankruptcy Rule 9010(a) and (b) and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f), and 3017(a). All such notices should be addressed as follows:

Stan D. Smith
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201-3525
ssmith@mwlaw.com

---

[1] The Debtors in these chapter II cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co.(6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591 ); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company ( 1250); Sears Protection Company (PR) Inc. (4861 ); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. ( 1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores ofTexas LLC (8915); MyGofer LLC (5531 ); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising,Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365) (collectively, the "Debtors"). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

6549964.1

PLEASE TAKE FURTHER NOTICE that, pursuant to § 9010 of the Bankruptcy Rules, the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier or otherwise filed or served with regard to the above case and the proceedings therein.

This request is not intended to and does not constitute a waiver of personal or subject matter jurisdiction or any rights whatsoever that Acxiom has under the Federal Rules of Bankruptcy Procedure or Federal Rules of Civil Procedure, including, but not limited to, Federal Rule of Bankruptcy Procedure 7004 or Federal Rule of Civil Procedure 4.

Respectfully submitted,

MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201-3525
Telephone: (501) 688-8830
ssmith@mwlaw.com

By: /s/ Stan D. Smith
    Stan D. Smith (AR Bar No. 90117)

2

6549964.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 8th day of November, 2018, that a true and correct copy of the above and foregoing pleading was served by electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Southern District of New York which will send notification of such filing to registered parties in interest. I further certify that on November 8, 2018, I caused a true and correct copy of the foregoing pleading to be served by first class mail on the following parties:

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL   60179
ATTN:  Stephen Sitley, Esq.
        Luke J. Valentino, Esq.

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY   10014

/s/ Stan D. Smith
Stan D. Smith

3

6549964.1