**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In Re:**               ) | **Chapter 11 Case Number 18-bk-23537-rdd** |
|                           ) | **(jointly administered with 18-bk-23538-lead case)** |
| **Sears, Roebuck & Co.,** ) | |
|                           ) | **Judge Robert D. Drain** |
| **Debtor.**               ) | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HACE VICE*

I, Thomas A. Zimmerman, Jr., request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Mario Aliano, a Movant in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Illinois, and the bar of the U.S. District Court for the Northern District of Illinois, the Seventh Circuit Court of Appeals, and the U.S. Supreme Court.

I have submitted the filing fee of $200.00 with the motion for *pro hac vice* admission.

Dated: November 28, 2018

Chicago, Illinois                         By:  /s/ Thomas A. Zimmerman, Jr.
                                               Thomas A. Zimmerman, Jr.
                                               *tom@attorneyzim.com*
                                               ZIMMERMAN LAW OFFICES, P.C.
                                               77 West Washington Street, Suite 1220
                                               Chicago, Illinois 60602
                                               (312) 440-0020 telephone
                                               (312) 440-4180 facsimile
                                               www.attorneyzim.com