UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>SEARS HOLDINGS CORPORATION, et al.,<br><br>Debtors[1]. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |
|---|---|

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

TO THE HONORABLE COURT:

I, Sonia E. Colón Colón (the "Applicant"), request admission ***pro hac vice***, before Honorable Robert D. Drain, to represent Santa Rosa Mall, LLC ("Santa Rosa Mall"), a creditor in the captioned case, and in support, submit as follows:

1. ***I certify that I am a member in good standing*** of the bar in the State of Florida and the Commonwealth of Puerto Rico, and, the bar of the following jurisdictions:

| Jurisdiction | Year admitted |
|---|---|
| U.S. District Court, District of Puerto Rico | 1998 |
| U.S. Court of Appeals, 1st Circuit | 1998 |
| U.S. Bankruptcy Appellate Panel, 1st Circuit | 1998 |
| U.S. Court of Appeals, 11th Circuit | 1999 |
| U.S. District Court, Middle District of Florida | 2008 |
| U.S. District Court, Southern District of Florida | 2014 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| U.S. District Court, Northern District of Florida | 2015 |
| U.S. District Court, Western District of Texas | 2017 |
| U.S. District Court, Eastern District of Wisconsin | 2017 |
| U.S. District Court, Eastern District of Texas | 2017 |

2. In support of this document, the Applicant is submitting an affidavit stating (a) whether the applicant has ever been convicted of a felony, (b) whether the Applicant has ever been censured, suspended, disbarred or denied admission or readmission by any court, (c) whether there are any disciplinary proceedings presently against the Applicant and (d) the facts and circumstances surrounding any affirmative responses to (a) through (c) (the "Affidavit").  The Affidavit is attached hereto as **Exhibit I**.

3. Also in support of this document, Applicant is submitting Good Standing Certificates from the State of Florida and the Commonwealth of Puerto Rico, which are attached hereto as composite **Exhibit II**.

4. I have submitted the filing fee of $200.00 with this *pro hac vice* admission.

| | |
|---|---|
| Respectfully submitted.<br>Orlando, Florida<br>Dated: November 28, 2018. | **Ferraiuoli** LLC<br>390 N. Orange Avenue<br>Suite 2300<br>Orlando, Florida 32801<br>Phone: (407) 982-7310<br>Fax: (787) 766-7001<br><br>By: Sonia E. Colón Colón<br>USDC-PR No. 213809<br>scolon@ferraiuoli.com<br><br>Attorneys for Creditor<br>*Santa Rosa Mall, LLC* |

Sworn and subscribed before me on November 28, 2018, by Sonia E. Colón Colón, who is personally known to me, and who took an oath in Orlando Florida.



NOTARY PUBLIC-STATE OF FLORIDA

Name: Naida Parkhurst

Commission No. GG 178995

My Commission Expires: May 18, 2022