**EXHIBIT I**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors[1]. | (Jointly Administered) |

## AFFIDAVIT OF APPLICANT IN SUPPORT OF
## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

TO THE HONORABLE COURT:

I, Sonia E. Colón Colón, declare as follows under penalty of perjury:

1. I am a Capital Member of the firm Ferraiuoli, LLC, which has its principal office at 221 Ponce de Leon Avenue, Suite 500, San Juan, Puerto Rico 00917.

2. Ferraiuoli, LLC has a secondary office at 390 N. Orange Avenue, Suite 2300, Orlando, Florida, 32801.

3. This Declaration is being submitted in connection with the Motion for Admission to Practice, *Pro Hac Vice* on behalf of Santa Rosa Mall, LLC ("Santa Rosa Mall"), a creditor in the above

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

referenced case.

4. I certify that (a) I have not ever been convicted of a felony; (b) I have never been censured, suspended, disbarred or denied admission or readmission by any court; (c) there are not are any disciplinary proceedings presently against me; and (d) the facts and circumstances surrounding any affirmative responses to (a) through (c).

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

| Respectfully submitted.<br>Orlando, Florida<br>Dated: November 28, 2018 | _____<br>Sonia E. Colón Colón<br>USDC-PR No. 213809 |

Sworn and subscribed before me on November 28, 2018, by Sonia E. Colón Colón, who is personally known to me, and who took an oath in Orlando Florida.

_____
NOTARY PUBLIC-STATE OF FLORIDA
Name: ____Naida Parkhurst_____
Commission No. ____GG 178995_____
My Commission Expires: __May 18, 2022__