EXHIBIT II



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )    In Re:  0050475
Sonia E Colón
Ferraiuoli, LLC
390 N Orange Ave Ste 2300
Orlando, FL 32801-1684

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **April 16, 2008**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 27th day of  **November**, **2018**.

*Pam Gerard*

Pam Gerard, Manager
Membership Records Dept.
The Florida Bar



PG:R10
CTM-28763

# Commonwealth of Puerto Rico
## Supreme Court
San Juan, Puerto Rico

# Certificate of Good Standing

This is to certify that on the 21st day of January, 1998

### Sonia Colón-Colón

was duly licensed and admitted by this Supreme Court to practice as an Attorney at Law on all the courts of the Commonwealth of Puerto Rico, after taking and passing the written bar examination and taking and subscribing the oath required by law. I further certify that, as of this date, **Atty. Sonia Colón-Colón** is in Good Standing on the Roll of Attorneys of this Court.

**In Witness Whereof**, I issue this certificate, on which I have cancelled an internal revenue stamp of one dollar, in the City of San Juan, Puerto Rico this 13th day of November, 2018.



Yadira Ortiz-Merced
Assistant Clerk, Supreme Court of Puerto Rico