**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | **In Proceedings Under Chapter 11** |
| | ) | |
| **SEARS HOLDING CORPORATION, et al,** | ) | **Case No.: 18-23538 (RDD)** |
| | ) | |
| **Debtors.** | ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR COPIES OF ALL PLEADINGS, NOTICES AND ORDERS**

COMES NOW Sarah J. Klebolt, pursuant to Bankruptcy Rule 9010(b) and hereby enters her appearance as counsel for Creditor 14 Oaks Associates, LLC. Listed below is the additional information required by Bankruptcy Rule 9010(b):

Sarah J. Klebolt, Esq.
Carmody MacDonald P.C.
120 South Central Avenue, Ste. 1800
St. Louis, Missouri 63105
Tel: (314) 854-8600
Fax: (314) 854-8660
Email: sjk@carmodymacdonald.com

Pursuant to Bankruptcy Rule 2002, Counsel also respectfully requests that copies of all documents, including but not limited to, notices, pleadings, proposed orders and orders which are filed with the Court, or mailed, telecopied or otherwise transmitted or delivered to creditors, parties in interest, or to the Debtor be mailed to Counsel at the above address.

Respectfully submitted,
CARMODY MACDONALD P.C.

By:  */s/ Sarah J. Klebolt*
SARAH J. KLEBOLT (Missouri Bar #60849)
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
(314) 854-8600
(314) 854-8660 – FAX
sjk@carmodymacdonald.com

ATTORNEYS FOR 14 OAKS ASSOCIATES, LLC

{15829/00000/2397987.DOC.}    1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was served by ECF electronic noticing on this 28th day of November, 2018, upon all counsel of record.

          */s/ Sarah J. Klebolt*