**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                           :
                                                :    Chapter 11
**SEARS HOLDINGS CORPORATION,** *et al.***,**   :
                                                :    Case No. 18-23538 (RDD)
                                                :
            Debtors.[1]                         :    (Jointly Administered)
---------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Daniel Kounin, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 23, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Active Vendors Service List attached hereto as **Exhibit A**:

- Motion of Debtors for Approval of (I) Procedures for Store Closing Sales and (II) Assumption of Liquidation Consulting Agreement [Docket No. 23]

- Notice of Intent to Conduct Store Closing Sales [Docket No. 576]

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden,LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

On November 23, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Utilities Service List attached hereto as **Exhibit B**:

- Motion of Debtors for Approval of (I) Procedures for Store Closing Sales and (II) Assumption of Liquidation Consulting Agreement [Docket No. 23]

On November 23, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Licensed Business Parties Service List attached hereto as **Exhibit C**:

- Notice of Intent to Conduct Store Closing Sales [Docket No. 576]

Dated: November 28, 2018

Daniel Kounin

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 28, 2018, by Daniel Kounin, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 20 23

**<u>Exhibit A</u>**

Exhibit A
Active Vendors Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| ABRIM ENTERPRISES INC | 3940 59TH STREET | | WOODSIDE | NY | 11377 | mrosenberg@impact-mktg.net | First Class Mail and Email |
| ACTIVEON HOLDINGS INC | Frank Donato | | | | | frank@activeon.com | Email |
| AJC II LLC | 22 W 48TH STREET SUITE 300 | | NEW YORK | NY | 10036 | atit@atitdiamond.com | First Class Mail and Email |
| ALLURE GEMS LLC | 1212 AVE OF AMERICAS 14TH FLOO | | NEW YORK | NY | 10036 | todd@alluregemsllc.com | First Class Mail and Email |
| AMERICAN GREETINGS (Sears) | PO BOX 640782 | | PITTSBURGH | PA | 15264 | | First Class Mail |
| ANERI JEWELS (SUMIT DIAMOND) | 592 FIFTH AVE 4TH FLOOR | | NEW YORK | NY | 10036 | neeru@sumitdiamond.com | First Class Mail and Email |
| BALTIC LATVIAN UNIVERSAL ELECTRONICS | 5706 CORSA AVENUE SUITE 102 | | WESTLAKE VILLAGE | CA | 91362 | barensberg@bluemic.com | First Class Mail and Email |
| BEAUTY GEM | 1200AVE OF THE AMERICA 4TH FLR | | NEW YORK | NY | 10036 | ashok@beautygeminc.com | First Class Mail and Email |
| BELLEVUE GEMS LLC | 555 CALIFORNIA STREET SUITE 29 | | SAN FRANCISCO | CA | 94104 | frans@bellevuegums.com; nilsa@bellvuegems.com | First Class Mail and Email |
| BJ ALAN | 555 MARTIN LUTHER KING JR BLVD | | YOUNGSTOWN | OH | 44502 | jkutchenri@bjalanco.com | First Class Mail and Email |
| BJ ALAN | 555 MARTIN LUTHER KING JR BLVD | | YOUNGSTOWN | OH | 44502 | jkutchenri@bjalanco.com | First Class Mail and Email |
| BJ ALAN | 555 MARTIN LUTHER KING JR BLVD | | YOUNGSTOWN | OH | 44502 | jkutchenri@bjalanco.com | First Class Mail and Email |
| BRACKETRON INC | 5624 LINCOLN DR | | EDINA | MN | 55436 | llarson@bracketron.com | First Class Mail and Email |
| BRITELITE ENTERPRISES | 11661 SAN VICENTE BLVD | | LOS ANGELES | CA | 90049 | andy.flagg@britelite.net | First Class Mail and Email |
| C & C JEWELRY MFG INC | 323 W 8TH STREET 4TH FLOOR | | LOS ANGELES | CA | 90014 | mneff@ccjewelry.net | First Class Mail and Email |
| CHAPEL ZENRAY INC | DALSHIRE INTERNATIONAL | 4355 SPRING VALLEY ROAD | DALLAS | TX | 75244 | greg@lnaassoc.com | First Class Mail and Email |
| COLORON JEWELRY INC | 7242 VALJEAN AVENUE | | VAN NUYS | CA | 91406 | delmy@topjewels.com | First Class Mail and Email |
| COMBINE INTERNATIONAL | 354 INDUSCO COURT | | TROY | MI | 48083 | jsenott@combine.com | First Class Mail and Email |
| D LINK SYSTEMS INC | 17595 MOUNT HERRMANN ST | | FOUNTAIN VALLEY | CA | 92708 | eoc@dlink.com | First Class Mail and Email |
| DIGITAL INNOVATIONS LLC | PO BOX 23 | | BELLINGHAM | WA | 98227 | jmaggio@edelston.com | First Class Mail and Email |
| DOK Solution LLC (formerly J S KARAOKE LLC) | 1185 GOODEN CROSSING | | LARGO | FL | 33778 | terryh@marsh-rep.com | First Class Mail and Email |
| DOUBLE POWER TECHNOLOGIES INC | Jeff Lin | | | | | jeff@doublepowertech.com | Email |
| E CHABOT LTD | 1544 E 13TH STREET UNIT 1A | | BROOKLYN | NY | 11230 | eli@bhsilver.com | First Class Mail and Email |
| ECHO BRIDGE ACQUISITION(Platinum Disc as of 2-24-16) | Joe Maita | | | | | jmaita@echobridge.com | Email |
| EMERGE TECHNOLOGIES | 1431 GREENWAY DR STE 800 | | IRVING | TX | 75038 | jbunch@emergecorporate.com | First Class Mail and Email |
| ENVISIONS LLC | 529 FIFTH AVE 19TH FLR | | NEW YORK | NY | 10017 | carlr@envisionsint.com | First Class Mail and Email |
| ESI CASES AND ACCESSORIES INC | 44 EAST 32ND STREET 6TH FLOOR | | NEW YORK | NY | 10016 | eric@sgassocinc.com | First Class Mail and Email |
| FELICITY STORE GROUP | Tammie Tomer | | | | | t.tomer@thefelicitystore.com | Email |
| GENERAL IMAGING COMPANY (GIC) | 1411 W 190TH ST STE 550 | | GARDENA | CA | 90248 | cmmanis@gerneral-imaging.com | First Class Mail and Email |
| GOLD LLC | 3575 W CAHUENGA BLVD STE 680 | | LOS ANGELES | CA | 90068 | borisb@goldllc.com | First Class Mail and Email |
| GRACE PHONICS INC | Tiffany Chien | | | | | TiffanyC@lifensoul.com | Email |
| H&M NEW CENTURY GROUP | 1885 S VINEYARD AVE STE #1 | | ONTARIO | CA | 91761 | davidz@upstarusa.com | First Class Mail and Email |
| HELEN ANDREWS INC | 48W 37TH STREET 15TH FLOOR | | NEW YORK | NY | 10018 | andrew@helenandrews.com | First Class Mail and Email |
| HILCO WHOLESALE SOLUTIONS LLC | 5 REVERE DRIVE SUITE 206 | | NORTHBROOK | IL | 60062 | jparonto@hilcoglobal.com | First Class Mail and Email |
| HILCO WHOLESALE SOLUTIONS LLC | 5 REVERE DRIVE SUITE 206 | | NORTHBROOK | IL | 60062 | jparonto@hilcoglobal.com | First Class Mail and Email |
| HOUSE OF MARLEY LLC | 3000 PONTIAC TRAIL | | COMMERCE TWP | MI | 48390 | lynn.longarbach@homedisc.com | First Class Mail and Email |
| IMPERIAL DELTAH INC | BAZAR GROUP THE | 795 WATERMAN AVE | E PROVIDENCE | RI | 02914 | sharad@midurajewels.com | First Class Mail and Email |
| JK IMAGING LTD | 1411 W 190TH STREET STE 550 | | GARDENA | CA | 90248 | mikehackett@jkimagingltd.com | First Class Mail and Email |
| JWIN ELECTRONICS CORP | 2 HARBOR PARK DR | | PORT WASHINGTON | NY | 11050 | lim.kevin@iluv.com | First Class Mail and Email |
| KAMA SCHACHTER JEWELRY | Keri Kutansky | | | | | keri.kutansky@kamaschachter.com | Email |
| KILLER CONCEPTS LLC | 22965 LA CADENA DR | | LAGUNA HILLS | CA | 92653 | jleitman@killerc.com | First Class Mail and Email |
| KOOLATRON INC | MEGAPROPERTIES INC DBA KOOLATRON | 402 S NLAKE BLVD STE 1000 | ALTAMONTE SPRINGS | FL | 32701 | arun@koolatron.com | First Class Mail and Email |
| LUCENT JEWELERS | 1200 AVENUE OF AMERICAS 5TH FL | | NEW YORK | NY | 10036 | isabel.costa@lucentusa.com | First Class Mail and Email |
| M EDGE INTERNATIONAL CORP | 1334 ASHTON ROAD SUITE B | | HANOVER | MD | 21076 | billfuchs@medgestore.com | First Class Mail and Email |
| MAGIC VIDEO INCORPORATED | 475 RIVERFRONT DRIVE | | READING | PA | 19602 | doug@sqsmv.com | First Class Mail and Email |
| MASTERPIECE DIAMONDS | 240 W 35TH ST ROOM 1200 | | NEW YORK | NY | 10001 | sharad@midurajewels.com | First Class Mail and Email |
| MAX COLOR LLC | 5 SOUTH WABASH AVE 1810 | | CHICAGO | IL | 60603 | lauren@maxcolorllc.com; pratik@maxcolorllc.com | First Class Mail and Email |
| MAXMARK INC | 5 S WABASH AVE STE 1728 | | CHICAGO | IL | 60603 | binoy@maxmarinc.com | First Class Mail and Email |
| MIDURA JEWELS INC | 4323 COLDEN STREET UNIT 19F | | FLUSHING | NY | 11355 | sharad@midurajewels.com | First Class Mail and Email |
| MIWORLD ACCESSORIES LLC | Judah Uziel | | | | | judah@miworldaccessories.com | Email |
| MOBILEISTIC LLC | Kevin Henn | | | | | kevin@mobileistic.com | Email |
| MOBILESSENTIALS LLC | 3905 CIRCLE DR | | HOLMEN | WI | 54636 | jkellett@mibilessentials.us | First Class Mail and Email |
| MY MIGGO GROUP LTD | Rafy David | | | | | Rafy@Mymiggo.com | Email |
| NATIONAL DISTRIBUTION WAREHOUSES | 4809 AVENUE N #331 | | BROOKLYN | NY | 11234 | z.kalatsky@gmail.com | First Class Mail and Email |

In re:  Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Exhibit A
Active Vendors Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| NIRU NY LTD | Sharad Bhatia | | | | | sharad@midurajewels.com | Email |
| OLIVE AND DOVE INC | Paul Lee | | | | | paul.lee@olivendove.com | Email |
| OTC INTERNATIONAL | ANAYA GEMS INC | 115 SOUTH MACQUESTEN PARKWAY | MOUNT VERNON | NY | 10550 | jstephens@prime-art.com | First Class Mail and Email |
| PRIME ART JEWELERS (PAJ) | PAJ INC | 18325 WATERVIEW PARKWAY | DALLAS | TX | 75252 | jstephens@prime-art.com | First Class Mail and Email |
| PUGS HOLDINGS LLC | 215 N 1800 W | | LINDON | UT | 84042 | rob.hohman@pugsgear.com | First Class Mail and Email |
| PURE TALK HOLDINGS LLC | 4113 MONTICELLO ST SW | | COVINGTON | GA | 30014 | kelly.jesel@telrite.com | First Class Mail and Email |
| R E L INTERNATIONAL INC | Marc Hazan | | | | | marc@relinternational.com | Email |
| REGATTA GREAT OUTDOORS | 55 MAIN STREET SUITE 219 | | NEWMARKET | NH | 3857 | jmulvihill@regatta.com | First Class Mail and Email |
| RICHLINE GROUP INC | RICHLINE GROUP BRANDS | 6701 NOB HILL ROAD | TAMARAC | FL | 33321 | kathy.knee@richlinegroup.com | First Class Mail and Email |
| RM ACQUISITION LLC (Rand McNally) | RAND MCNALLY | 75 REMITTANCE DRIVE SUITE 3043 | CHICAGO | IL | 60675 | dgershenson@randmcnally.com | First Class Mail and Email |
| ROSY BLUE JEWELRY | 529 5TH AVENUE 12TH FL | | NEW YORK | NY | 10017 | jstephens@prime-art.com | First Class Mail and Email |
| S & J DIAMOND CORP (readded 1/4/16) | Robin Rosenberg | | | | | robinr@snjny.com | Email |
| SAKAR INTERNATIONAL INC | 195 CARTER DRIVE | | EDISON | NJ | 8817 | juliusc@sakar.com | First Class Mail and Email |
| SARGAM INTERNATIONAL | DBA AGENT18 | 719 HUNTLEY DR | LOS ANGELES | CA | 90069 | ldm1828@sbcglobal.net | First Class Mail and Email |
| SDC DESIGNS LLC (DBA SUPER DIAMOND) | Michael Sheinman | | | | | msheinman@superdiamondco.com | Email |
| SGG INC | STANLEY CREATIONS INC | 31-00 47TH AVENUE | LONG ISLAND CITY | NY | 11101 | jstephens@prime-art.com | First Class Mail and Email |
| SHAGHAL LTD | 2231 COLBY AVENUE | | LOS ANGELES | CA | 90064 | royr@xovision.com | First Class Mail and Email |
| SHANTI CORPORATION (DBA VIJAY GOLD DESIGN) | VIJAY GOLD DESIGNS | 1212 AVE OF THE AMERCIAS 23RD | NEW YORK | NY | 10036 | rashna@vijaygold.com | First Class Mail and Email |
| SPORT SOLE LP | 2205 E PIONEER DR | | IRVING | TX | 75061 | marc@shoebacca.com | First Class Mail and Email |
| THE LUXE GROUP INC | 304 HUDSON ST 5TH FL | | NEW YORK | NY | 10013 | isaac@theluxegroup.com | First Class Mail and Email |
| TIGER CAPITAL GROUP LLC | 99 PARK AVE SUITE 1930 | | NEW YORK | NY | 10016 | ababcock@tigergroup.com | First Class Mail and Email |
| TJC JEWELRY INC | Ashish Shah | | | | | ashish.s@thejewelrycomp.com | Email |
| TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC | PO BOX 402665 | | ATLANTA | GA | 30384 | janie.stone@fox.com | First Class Mail and Email |
| UNIQUE DESIGNS INC | 521 FIFTH AVE #610 | | NEW YORK | NY | 10175 | Albert@ud-ny.com | First Class Mail and Email |
| URBAN ARMOR GEAR | 28202 CABOT ROAD SUITE 300 | | LAGUNA NIGUEL | CA | 92677 | samuel.siu@urbanarmorgear.com | First Class Mail and Email |
| VERBATIM AMERICAS LLC | 1200 WEST WT HARRIS BLVD | | CHARLOTTE | NC | 28262 | hollie.malinovsky@verbatim.com | First Class Mail and Email |
| VERIGOLD (RENAISSANCE JEWELRY) Removed 9/14/16 | VERIGOLD JEWELRY | 3 EAST 54TH STREET SUITE 603 | NEW YORK | NY | 10022 | vishal@verigold.com | First Class Mail and Email |
| VIJAY GOLD DESIGNS | Jessica Stephens | | | | | jstephens@prime-art.com | Email |
| WICKED AUDIO | 875 W 325 N | | LINDON | UT | 84042 | paul@wickedaudio.com | First Class Mail and Email |
| WILTRONIC CORP | Roy Rayn | | | | | royr@xovision.com | Email |
| YELLOW GOLD INC | 580 FIFTH AVE SUITE 701 | | NEW YORK | NY | 10036 | theresa@ygigroup.com | First Class Mail and Email |

**Exhibit B**

Exhibit B

Utilities Service List

Served via First Class Mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|
| Alabama Power | P.O. Box 242 | Birmingham | AL | 35292 |
| Alliant Energy/IPL | P.O. Box 8020 | Davenport | IA | 52808-8020 |
| Altoona Water Authority | P.O. Box 3687 | Akron | OH | 44309-3687 |
| Ameren Illinois | PO BOX 88034 | Chicago | IL | 60680-1034 |
| Ameren Missouri | PO Box 88068 | Chicago | IL | 60680-1068 |
| American Electric Power/24002 | PO Box 371496 | Pittsburgh | PA | 15250-7496 |
| Appalachian Power | PO Box 371496 | Pittsburgh | PA | 15250-7496 |
| APS | P.O. BOX 2906 | Phoenix | AZ | 85062-2906 |
| Arizona Water Company | P.O. Box 52788 | Phoenix | AZ | 85072-2788 |
| Atlantic City Electric/13610 | PO Box 13610 | Philadelphia | PA | 19101 |
| Atmos Energy/790311 | Dept. 2596-3175 | Los Angeles | CA | 90084-2596 |
| Atmos Energy/790311 | PO BOX 10360 | BOWLING GREEN | KY | 42102-0360 |
| Atmos Energy/790311 | P.O. Box 219661 | Kansas City | MO | 64121-9661 |
| Atmos Energy/790311 | PO Box 731137 | Dallas | TX | 75373-1137 |
| BCWSA (Bucks County Water & Sewer) | PO BOX 829424 | Philadelphia | PA | 19182-9424 |
| BGE | P.O. Box 13070 | Philadelphia | PA | 19101-3070 |
| Black Hills Energy | P.O. Box 217 | Webster City | IA | 50595-0217 |
| Black Hills Energy | PO Box 26000 | PORTLAND | OR | 97256-0001 |
| Borough of Glassboro, NJ | PO Box 13610 | Philadelphia | PA | 19101 |
| Bowling Green Municipal Utilities | PO BOX 10360 | BOWLING GREEN | KY | 42102-0360 |
| Braelinn Village 1752 LLC | PO Box 530812 | ATLANTA | GA | 30353-0812 |
| Buckeye Water District, OH | PO Box 371496 | Pittsburgh | PA | 15250-7496 |
| California-American Water Company | Box 15555 | Sacramento | CA | 95852-1555 |
| California Water Service-Bakersfield | PO Box 660749 | Dallas | TX | 75266 |
| California Water Service-Visalia | PO Box 660749 | Dallas | TX | 75266 |
| Caln Township, PA | PO BOX 37629 | Philadelphia | PA | 19101 |
| Calvert County Government, MD | PO Box 62261 | Baltimore | MD | 21264-2261 |
| Carolina Place | P.O. Box 249 | Pineville | NC | 28134 |

In re:  Sears Holdings Corporation, *et al.*

Case No. 18-23538 (RDD)                                Page 1 of 12

Exhibit B

Utilities Service List

Served via First Class Mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
| --- | --- | --- | --- | --- |
| Cascade Natural Gas | BOT-01H | Bellevue | WA | 98009-9269 |
| Central Hudson Gas & Electric Co | PO Box 847812 | Boston | MA | 02284-7812 |
| Charleston Sanitary & City of Charleston | PO Box 371496 | Pittsburgh | PA | 15250-7496 |
| Charlevoix Township Treasurer, MI | 210 State Street | Charlevoix | MI | 49720 |
| Charter Township of Orion, MI | PO BOX 630795 | CINCINNATI | OH | 45263-0795 |
| Chattanooga Gas Company/5408 | PO BOX 182254 | CHATTANOOGA | TN | 37422-7253 |
| Citizens Energy Group | P.O. Box 110 | Indianapolis | IN | 46206-0110 |
| City Corporation - Russellville W & S | PO BOX 8101 | BATON ROUGE | LA | 70891-8101 |
| City Finance Director | BOT-01H | Bellevue | WA | 98009-9269 |
| City of Ann Arbor Treasurer, MI | PO BOX 630795 | CINCINNATI | OH | 45263-0795 |
| City of Asheville, NC | PO Box 1003 | Charlotte | NC | 28201-1003 |
| City of Austin, TX | P.O. Box 2267 | Austin | TX | 78783-2267 |
| City of Bakersfield, CA | PO Box 660749 | Dallas | TX | 75266 |
| City of Beaverton, OR | PO Box 4438 | PORTLAND | OR | 97208-4438 |
| City of Casper, WY | PO Box 26000 | PORTLAND | OR | 97256-0001 |
| City of Ceres, CA | P.O. Box 819007 | Turlock | CA | 95381-9007 |
| City of Cerritos, CA - Water Billing | P.O. Box 600 | Rosemead | CA | 91771-0001 |
| City of Chandler, AZ | PO Box 80062 | Prescott | AZ | 86304-8062 |
| City of Charlevoix Utilities, MI | 210 State Street | Charlevoix | MI | 49720 |
| City of Chattanooga, TN | PO BOX 182254 | CHATTANOOGA | TN | 37422-7253 |
| City of Cherokee, IA | P.O. Box 8020 | Davenport | IA | 52808-8020 |
| City of Cleveland Division of Water | PO Box 3687 | Akron | OH | 44309-3687 |
| City of Covington, GA | P.O. Box 1527 | COVINGTON | GA | 30210 |
| City of Dallas, TX | PO Box 731137 | Dallas | TX | 75373-1137 |
| City of Delano, CA | PO Box 660749 | Dallas | TX | 75266 |
| City of El Centro, CA | P.O. Box 937 | Imperial | CA | 92251-0937 |
| City of Englewood, CO | P.O. Box 9477 (2200) | Minneapolis | MN | 55484-9477 |
| City of Frisco, TX | PO BOX 650785 | Dallas | TX | 75265-0785 |

Exhibit B
Utilities Service List
Served via First Class Mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|
| City of Goldsboro, NC | PO Box 1003 | Charlotte | NC | 28201-1003 |
| City of Henderson, NV - Utilities Srvc | PO Box 30150 | Reno | NV | 89520-3150 |
| City of Irving, TX | PO Box 731137 | Dallas | TX | 75373-1137 |
| City of Jamestown, NY | PO Box 11742 | Newark | NJ | 07101-4742 |
| City of Lakewood, CO | P.O. Box 9477 (2200) | Minneapolis | MN | 55484-9477 |
| City of Lemoore, CA | PO Box 660749 | Dallas | TX | 75266 |
| City of Lincoln Park, MI | PO BOX 630795 | CINCINNATI | OH | 45263-0795 |
| City of Lubbock Utilities, TX | Dept. 2596-3175 | Los Angeles | CA | 90084-2596 |
| City of Mary Esther, FL | PO BOX 830660 | Birmingham | AL | 35283-0660 |
| City of Melbourne, FL | General Mail Facility | Miami | FL | 33188-0001 |
| City of Merced, CA | PO Box 660749 | Dallas | TX | 75266 |
| City of Mesa, AZ | PO Box 80062 | Prescott | AZ | 86304-8062 |
| City of Minnetonka, MN | P.O. Box 9477 | Minneapolis | MN | 55484-9477 |
| City of Modesto, CA | PO Box 5355 | Modesto | CA | 95352-5355 |
| City of Moline, IL | P.O. Box 8020 | Davenport | IA | 52808-8020 |
| City of New London, CT | PO Box 56002 | Boston | MA | 02205-6002 |
| City of Niles, OH | 34 West State Street | Niles | OH | 44446-5036 |
| City of Norman, OK | P.O. Box 24990 | Oklahoma City | OK | 73124-0990 |
| City of Ocala, FL | 201 SE 3rd Street | Ocala | FL | 34471-2174 |
| City of Panama City, FL | PO BOX 830660 | Birmingham | AL | 35283-0660 |
| City of Phoenix, AZ - 29100 | PO Box 80062 | Prescott | AZ | 86304-8062 |
| City of Pleasanton, CA | PO Box 660749 | Dallas | TX | 75266 |
| City of Portsmouth, NH | PO Box 56003 | Boston | MA | 02205-6003 |
| City of Puyallup - Utilities | BOT-01H | Bellevue | WA | 98009-9269 |
| City of Raleigh, NC | PO Box 1003 | Charlotte | NC | 28201-1003 |
| City of Rock Hill, SC | PO BOX 63039 | Charlotte | NC | 28263-3039 |
| City of Russell Springs Sewer & Water | PO Box 9001954 | Louisville | KY | 40290-1954 |
| City of Saint Paul, MN | P.O. Box 9477 | Minneapolis | MN | 55484-9477 |

Exhibit B
Utilities Service List
Served via First Class Mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|
| City of Salem, OR | PO Box 4438 | PORTLAND | OR | 97208-4438 |
| City of Salina, KS | P.O. Box 758500 | Topeka | KS | 66675-8500 |
| City of Santa Rosa, CA-Water & Sewer | PO Box 660749 | Dallas | TX | 75266 |
| City of Sierra Vista AZ | P.O. Box 52788 | Phoenix | AZ | 85072-2788 |
| City of Statesville, NC | P.O. Box 1111 | Statesville | NC | 28687 |
| City of St. Joseph, MO | PO BOX 219703 | Kansas City | MO | 64121-9703 |
| City of Terre Haute/Sewer | PO Box 1326 | Charlotte | NC | 28201-1326 |
| City of Tigard, OR | PO Box 4438 | PORTLAND | OR | 97208-4438 |
| City of Tulsa Utilities | PO Box 371496 | Pittsburgh | PA | 15250-7496 |
| City of Victoria,TX | PO Box 731137 | Dallas | TX | 75373-1137 |
| City of Visalia, CA - Utility Billing | PO Box 660749 | Dallas | TX | 75266 |
| City of Waynesboro, VA | P.O. Box 26543 | Richmond | VA | 23290-0001 |
| City of Webster City, IA | P.O. Box 217 | Webster City | IA | 50595-0217 |
| City of Westminster, MD | P.O. Box 13070 | Philadelphia | PA | 19101-3070 |
| City of Williamsburg, VA | P.O. Box 26543 | Richmond | VA | 23290-0001 |
| City of Yuma, AZ | P.O. BOX 2906 | Phoenix | AZ | 85062-2906 |
| Clarksville Department of Electricity | PO Box 31449 | Clarksville | TN | 37040-0025 |
| Clarksville Gas & Water Department | PO Box 31449 | Clarksville | TN | 37040-0025 |
| Columbia Gas of Ohio | PO Box 3687 | Akron | OH | 44309-3687 |
| Columbia Gas of Virginia | P.O. Box 26543 | Richmond | VA | 23290-0001 |
| Columbiana County Water & Sewer | PO Box 371496 | Pittsburgh | PA | 15250-7496 |
| Com Ed | PO Box 6111 | Carol Stream | IL | 60197-6111 |
| Con Edison | 390 WEST ROUTE 59 | Spring Valley | NY | 10977-5300 |
| Consolidated Mutual Water | P.O. Box 9477 (2200) | Minneapolis | MN | 55484-9477 |
| CoServ | PO BOX 650785 | Dallas | TX | 75265-0785 |
| Council Bluffs Water Works | P.O. Box 8020 | Davenport | IA | 52808-8020 |
| Coweta-Fayette EMC | PO Box 530812 | ATLANTA | GA | 30353-0812 |
| CPS Energy | P.O. Box 2678 | SAN ANTONIO | TX | 78289-0001 |

In re:  Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)                                         Page 4 of 12

Exhibit B
Utilities Service List
Served via First Class Mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|
| CenterPoint Energy/4583 | PO BOX 8101 | BATON ROUGE | LA | 70891-8101 |
| CenterPoint Energy Minnegasco/4671 | P.O. Box 9477 | Minneapolis | MN | 55484-9477 |
| Dead River Company/11000 | PO Box 11031 | Lewiston | ME | 04243-9483 |
| Denver Water | P.O. Box 9477 (2200) | Minneapolis | MN | 55484-9477 |
| Deptford Township MUA, NJ | P.O. Box 14444 | New Brunswick | NJ | 08906-4444 |
| Dept of Utilities City of Quincy IL | PO BOX 88034 | Chicago | IL | 60680-1034 |
| Direct Energy/643249/660749 | PO Box 660749 | Dallas | TX | 75266 |
| Dominion Energy Ohio/26785 | 34 West State Street | Niles | OH | 44446-5036 |
| Dominion Energy West Virginia | PO Box 3615 | Akron | OH | 44309-3615 |
| Dominion VA/NC Power/26543/26666 | P.O. Box 26543 | Richmond | VA | 23290-0001 |
| DTE Energy/630795/740786 | 210 State Street | Charlevoix | MI | 49720 |
| DTE Energy/630795/740786 | PO BOX 630795 | CINCINNATI | OH | 45263-0795 |
| Duke Energy/1326 | PO Box 1326 | Charlotte | NC | 28201-1326 |
| Duke Energy/70515/70516 | P.O. Box 70516 | Charlotte | NC | 28272-0516 |
| Duke Energy Progress | PO Box 1003 | Charlotte | NC | 28201-1003 |
| Duquesne Light Company | P.O. Box 10 | Pittsburgh | PA | 15230 |
| El Dorado Irrigation District (CA) | PO Box 660749 | Dallas | TX | 75266 |
| Emera Maine/11031 | PO Box 11031 | Lewiston | ME | 04243-9483 |
| ENGIE Resources | P.O. Box 9001025 | Louisville | KY | 40290-1025 |
| Entergy Arkansas, Inc./8101 | PO BOX 8101 | BATON ROUGE | LA | 70891-8101 |
| Entergy Louisiana, Inc./8108 | PO BOX 8108 | BATON ROUGE | LA | 70891-8108 |
| EPB - Electric Power Board-Chattanooga | PO BOX 182254 | CHATTANOOGA | TN | 37422-7253 |
| Eversource Energy/56002 | PO Box 56002 | Boston | MA | 02205-6002 |
| Eversource Energy/56003 | PO Box 56003 | Boston | MA | 02205-6003 |
| Eversource Energy/56004 | PO Box 56002 | Boston | MA | 02205-6002 |
| Eversource Energy/56007 | PO Box 56007 | Boston | MA | 02205-6007 |
| Fairfax Water - VA | P.O. Box 26543 | Richmond | VA | 23290-0001 |
| Florida Power & Light Company (FPL) | General Mail Facility | Miami | FL | 33188-0001 |

Exhibit B

Utilities Service List

Served via First Class Mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|
| Fruitland Mutual Water Company | BOT-01H | Bellevue | WA | 98009-9269 |
| Gadsden Mall Associates LLC | P.O. Box 242 | Birmingham | AL | 35292 |
| Gainesville Regional Utilities | P.O. Box 147051 | Gainesville | FL | 32614-7051 |
| Grayson Rural Elec Coop, KY | 109 Bagby Park | GRAYSON | KY | 41143 |
| Grayson Utilities | 109 Bagby Park | GRAYSON | KY | 41143 |
| Greenville Water, SC | P.O. Box 70516 | Charlotte | NC | 28272-0516 |
| Greenwood Sanitation Dept/Indianapolis | PO Box 1326 | Charlotte | NC | 28201-1326 |
| Gulf Power | PO BOX 830660 | Birmingham | AL | 35283-0660 |
| Hallsdale-Powell Utility District | P.O. Box 59017 | Knoxville | TN | 37950-9017 |
| Hampton Shaler Water Authority-Fire Ren | P.O. Box 10 | Pittsburgh | PA | 15230 |
| Hampton Shaler Water Authority | P.O. Box 10 | Pittsburgh | PA | 15230 |
| Hancock Center-c/o Regency Center | P.O. Box 2267 | Austin | TX | 78783-2267 |
| Harlingen Waterworks System | 4980 Hillsdale Cricle, Ste A | El Dorado Hills | CA | 95762-5726 |
| Heritage Propane - 9688 | PO BOX 63039 | Charlotte | NC | 28263-3039 |
| Hershey Square 2014 LP | P.O. Box 9001025 | Louisville | KY | 40290-1025 |
| HRSD/HRUBS | P.O. Box 26543 | Richmond | VA | 23290-0001 |
| Hudson Energy Services NY | PO Box 13610 | Philadelphia | PA | 19101 |
| Hudson Energy Services TX | PO Box 731137 | Dallas | TX | 75373-1137 |
| Idaho Power | PO BOX 34966 | Seattle | WA | 98124-1966 |
| Imperial Irrigation District, CA | P.O. Box 937 | Imperial | CA | 92251-0937 |
| Incorporated Village of Garden City, NY | P.O. Box 9039 | Hicksville | NY | 11802-9039 |
| Indiana American Water | PO Box 1326 | Charlotte | NC | 28201-1326 |
| Indianapolis Power & Light (IPL) | P.O. Box 110 | Indianapolis | IN | 46206-0110 |
| Infinite Energy Inc-Gas | 390 WEST ROUTE 59 | Spring Valley | NY | 10977-5300 |
| Infinite Energy Inc-Gas | PO Box 11742 | Newark | NJ | 07101-4742 |
| Intermountain Gas Company | PO BOX 34966 | Seattle | WA | 98124-1966 |
| Jasper Municipal Utilities | P.O. Box 750 | Jasper | IN | 47547-0750 |
| Jefferson Parish, LA | PO BOX 8108 | BATON ROUGE | LA | 70891-8108 |

Exhibit B
Utilities Service List
Served via First Class Mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|
| Jersey Central Power & Light | PO Box 3687 | Akron | OH | 44309-3687 |
| JP Morgan Chase Comm Mtg Sec Corp | 4980 Hillsdale Cricle, Ste A | El Dorado Hills | CA | 95762-5726 |
| Kansas City Board of Public Utilities | P.O. Box 219661 | Kansas City | MO | 64121-9661 |
| Kansas City Power & Light Co./219330 | P.O. Box 219330 | Kansas City | MO | 64121-9330 |
| Kansas City Power & Light Co./219703 | PO BOX 219703 | Kansas City | MO | 64121-9703 |
| Kansas Gas Service | P.O. Box 758500 | Topeka | KS | 66675-8500 |
| KC Water Services | P.O. Box 219330 | Kansas City | MO | 64121-9330 |
| Kin Properties, Inc. | P.O. Box 9001025 | Louisville | KY | 40290-1025 |
| KUB-Knoxville Utilities Board | P.O. Box 59017 | Knoxville | TN | 37950-9017 |
| KU-Kentucky Utilities Company | PO Box 9001954 | Louisville | KY | 40290-1954 |
| Lakeland Electric/City of Lakeland,FL | P.O. Box 32006 | Lakeland | FL | 33802-2006 |
| LG&E - Louisville Gas & Electric | PO Box 9001960 | Louisville | KY | 40290 |
| Logan Township, PA | P.O. Box 3687 | Akron | OH | 44309-3687 |
| Louisville Water Company | PO Box 9001960 | Louisville | KY | 40290 |
| Macerich Lubbock Ltd. | Dept. 2596-3175 | Los Angeles | CA | 90084-2596 |
| Madawaska Water District | PO Box 11031 | Lewiston | ME | 04243-9483 |
| MCUD-Manatee County Utilities Department | General Mail Facility | Miami | FL | 33188-0001 |
| Memphis Light, Gas & Water Division | P.O. Box 388 | Memphis | TN | 38145-0388 |
| Mesa Water District | P.O. Box 600 | Rosemead | CA | 91771-0001 |
| Metropolitan St. Louis Sewer Dist/437 | PO Box 88068 | Chicago | IL | 60680-1068 |
| MIAMI-DADE WATER AND SEWER DEPT | General Mail Facility | Miami | FL | 33188-0001 |
| MidAmerican Energy Company | P.O. Box 8020 | Davenport | IA | 52808-8020 |
| Missouri-American Water | PO BOX 219703 | Kansas City | MO | 64121-9703 |
| Missouri-American Water | PO Box 88068 | Chicago | IL | 60680-1068 |
| Modesto Irrigation District | PO Box 5355 | Modesto | CA | 95352-5355 |
| MonPower/Monongahela Power | PO Box 3615 | Akron | OH | 44309-3615 |
| Morgantown Utility Board | PO Box 3615 | Akron | OH | 44309-3615 |
| MOUNTAINEER GAS/5656 | PO Box 371496 | Pittsburgh | PA | 15250-7496 |

Exhibit B

Utilities Service List

Served via First Class Mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|
| MP2 Energy Texas | PO Box 731137 | Dallas | TX | 75373-1137 |
| Municipal Sanitary Auth-New Kensington | PO Box 3687 | Akron | OH | 44309-3687 |
| Municipal Water Authority-New Kensington | PO Box 3687 | Akron | OH | 44309-3687 |
| National Fuel/371835 | PO Box 11742 | Newark | NJ | 07101-4742 |
| National Fuel/371835 | P.O. Box 3687 | Akron | OH | 44309-3687 |
| National Grid - Hicksville/11791 | P.O. Box 9039 | Hicksville | NY | 11802-9039 |
| National Grid - New York/11742 | PO Box 11742 | Newark | NJ | 07101-4742 |
| New Jersey American Water Company/371331 | PO Box 3687 | Akron | OH | 44309-3687 |
| Newport News Waterworks | P.O. Box 26543 | Richmond | VA | 23290-0001 |
| Nicor Gas/2020/0632/5407 | PO Box 6111 | Carol Stream | IL | 60197-6111 |
| NIPSCO - Northern Indiana Public Serv Co | P.O. Box 13007 | Merrillville | IN | 46411-3007 |
| NJNG | PO Box 3687 | Akron | OH | 44309-3687 |
| Northeast Ohio Regional Sewer District | PO Box 3687 | Akron | OH | 44309-3687 |
| North K I-29 2004 LLC | P.O. Box 219330 | Kansas City | MO | 64121-9330 |
| NV Energy/30150 South Nevada | PO Box 30150 | Reno | NV | 89520-3150 |
| NW Natural | PO Box 4438 | PORTLAND | OR | 97208-4438 |
| NYSEG-New York State Electric & Gas | PO Box 847812 | Boston | MA | 02284-7812 |
| OG&E -Oklahoma Gas & Electric Service | P.O. Box 24990 | Oklahoma City | OK | 73124-0990 |
| Oklahoma Natural Gas Co: Kansas City | P.O. Box 24990 | Oklahoma City | OK | 73124-0990 |
| Oklahoma Natural Gas Co: Kansas City | PO Box 371496 | Pittsburgh | PA | 15250-7496 |
| Ontario Municipal Utilities Company | PO Box 660749 | Dallas | TX | 75266 |
| Orange and Rockland Utilities (O&R) | PO Box 1005 | Spring Valley | NY | 10977-0800 |
| Oxford Valley | PO BOX 829424 | Philadelphia | PA | 19182-9424 |
| Pacific Gas & Electric | Box 15555 | Sacramento | CA | 95852-1555 |
| Pacific Gas & Electric | PO Box 5355 | Modesto | CA | 95352-5355 |
| Pacific Gas & Electric | PO Box 660749 | Dallas | TX | 75266 |
| Pacific Gas & Electric | P.O. Box 819007 | Turlock | CA | 95381-9007 |
| Pacific Power-Rocky Mountain Power | PO Box 26000 | PORTLAND | OR | 97256-0001 |

Exhibit B

Utilities Service List

Served via First Class Mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|
| PECO/37629 | PO BOX 37629 | Philadelphia | PA | 19101 |
| Penelec/3687 | P.O. Box 3687 | Akron | OH | 44309-3687 |
| Pennsylvania-American Water Company | PO BOX 37629 | Philadelphia | PA | 19101 |
| Peoples/644760 | P.O. Box 10 | Pittsburgh | PA | 15230 |
| Peoples/644760 | P.O. Box 3687 | Akron | OH | 44309-3687 |
| PEPCO (Potomac Electric Power Company) | PO Box 13608 | Philadelphia | PA | 19101-3608 |
| Piedmont Natural Gas | PO Box 1003 | Charlotte | NC | 28201-1003 |
| Piedmont Natural Gas | P.O. Box 249 | Pineville | NC | 28134 |
| Pike County Light & Power Company | PO Box 1109 | Milford | PA | 18337-2109 |
| Pineville Electric And Telephone - 249 | P.O. Box 249 | Pineville | NC | 28134 |
| PK II Sunset Square LLC | BOT-01H | Bellevue | WA | 98009-9269 |
| Portland General Electric (PGE) | PO Box 4438 | PORTLAND | OR | 97208-4438 |
| PPL Electric Utilities/Allentown | 2 North 9th St CPC-Genn1 | Allentown | PA | 18101-1175 |
| PPL Electric Utilities/Allentown | P.O. Box 9001025 | Louisville | KY | 40290-1025 |
| PSEGLI | P.O. Box 9039 | Hicksville | NY | 11802-9039 |
| PSE&G-Public Service Elec & Gas Co | P.O. Box 14444 | New Brunswick | NJ | 08906-4444 |
| PSNC Energy (Public Service Co. of NC) | PO Box 1003 | Charlotte | NC | 28201-1003 |
| PSNC Energy (Public Service Co. of NC) | P.O. Box 1111 | Statesville | NC | 28687 |
| Public Service Company of Oklahoma | PO Box 371496 | Pittsburgh | PA | 15250-7496 |
| Public Works Comm. City of Fayetteville | P.O. Box 7000 | Fayetteville | NC | 28302-7000 |
| Puget Sound Energy | BOT-01H | Bellevue | WA | 98009-9269 |
| Receiver of Taxes - Town of Yorktown | 390 WEST ROUTE 59 | Spring Valley | NY | 10977-5300 |
| Regional Water Authority | PO Box 9230 | CHELSEA | MA | 02150-9230 |
| Riverside Public Utilities, CA | 3900 Main Street | Riverside | CA | 92522-0144 |
| Sacramento County Utilities | Box 15555 | Sacramento | CA | 95852-1555 |
| Saint Paul Regional Water Services | P.O. Box 9477 | Minneapolis | MN | 55484-9477 |
| Salt River Project/80062 | PO Box 80062 | Prescott | AZ | 86304-8062 |
| San Antonio Water System, TX | P.O. Box 2678 | SAN ANTONIO | TX | 78289-0001 |

Exhibit B
Utilities Service List
Served via First Class Mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|
| San Gabriel Valley Water Company | P.O. Box 600 | Rosemead | CA | 91771-0001 |
| Sapp Bros. Inc - Omaha | P.O. Box 8020 | Davenport | IA | 52808-8020 |
| SMECO (Southern Maryland Electric Coop) | PO Box 62261 | Baltimore | MD | 21264-2261 |
| SMUD | Box 15555 | Sacramento | CA | 95852-1555 |
| Southern California Edison | P.O. Box 600 | Rosemead | CA | 91771-0001 |
| Southern California Edison | PO Box 660749 | Dallas | TX | 75266 |
| Southern California Gas (The Gas Co.) | P.O. Box 600 | Rosemead | CA | 91771-0001 |
| Southern California Gas (The Gas Co.) | PO Box 660749 | Dallas | TX | 75266 |
| Southern Connecticut Gas (SCG) | PO Box 9230 | CHELSEA | MA | 02150-9230 |
| South Jersey Energy Company | 2 North 9th St CPC-Genn1 | Allentown | PA | 18101-1175 |
| South Jersey Energy Company | PO Box 1109 | Milford | PA | 18337-2109 |
| South Jersey Energy Company | P.O. Box 9001025 | Louisville | KY | 40290-1025 |
| South Jersey Gas Company | PO Box 13610 | Philadelphia | PA | 19101 |
| South Jersey Gas Company | P.O. Box 14444 | New Brunswick | NJ | 08906-4444 |
| South Middleton Township Municipal Auth | 2 North 9th St CPC-Genn1 | Allentown | PA | 18101-1175 |
| Southwest Gas Corporation | P.O. BOX 2906 | Phoenix | AZ | 85062-2906 |
| Southwest Gas Corporation | PO Box 30150 | Reno | NV | 89520-3150 |
| Southwest Gas Corporation | P.O. Box 52788 | Phoenix | AZ | 85072-2788 |
| Southwest Gas Corporation | PO Box 80062 | Prescott | AZ | 86304-8062 |
| Spire/St Louis | P.O. Box 219330 | Kansas City | MO | 64121-9330 |
| Spire/St Louis | PO BOX 219703 | Kansas City | MO | 64121-9703 |
| Spire/St Louis | PO Box 88068 | Chicago | IL | 60680-1068 |
| Starwest Louis Joliet LLC | PO Box 6111 | Carol Stream | IL | 60197-6111 |
| Suez Water Idaho | PO BOX 34966 | Seattle | WA | 98124-1966 |
| Sulphur Springs Valley Elec Coop | P.O. Box 52788 | Phoenix | AZ | 85072-2788 |
| Tennessee-American Water Company | PO BOX 182254 | CHATTANOOGA | TN | 37422-7253 |
| Texas Gas Service | P.O. Box 2267 | Austin | TX | 78783-2267 |
| The Borough of Phoenixville | PO BOX 37629 | Philadelphia | PA | 19101 |

Exhibit B
Utilities Service List
Served via First Class Mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|
| The Illuminating Company | PO Box 3687 | Akron | OH | 44309-3687 |
| Town of Batavia, NY | PO Box 11742 | Newark | NJ | 07101-4742 |
| Town of Griffith, IN | P.O. Box 13007 | Merrillville | IN | 46411-3007 |
| Town of Madawaska | PO Box 11031 | Lewiston | ME | 04243-9483 |
| Town of Natick, MA | PO Box 56007 | Boston | MA | 02205-6007 |
| Town of Niagara, NY | PO Box 11742 | Newark | NJ | 07101-4742 |
| Township of Middletown Sewage Auth. | PO Box 3687 | Akron | OH | 44309-3687 |
| Treasurer, County of York | P.O. Box 26543 | Richmond | VA | 23290-0001 |
| Trumbull County Water & Sewer Dept. | 34 West State Street | Niles | OH | 44446-5036 |
| Turlock Irrigation District | P.O. Box 819007 | Turlock | CA | 95381-9007 |
| TVWD/CWS | PO Box 4438 | PORTLAND | OR | 97208-4438 |
| UGI Utilities Inc | 2 North 9th St CPC-Genn1 | Allentown | PA | 18101-1175 |
| UGI Utilities Inc | PO Box 1109 | Milford | PA | 18337-2109 |
| UGI Utilities Inc | P.O. Box 9001025 | Louisville | KY | 40290-1025 |
| United Illuminating Company | PO Box 9230 | CHELSEA | MA | 02150-9230 |
| UNITIL NH Gas Operations | PO Box 56003 | Boston | MA | 02205-6003 |
| Vectren Energy Delivery/6248 | PO Box 1326 | Charlotte | NC | 28201-1326 |
| Village of Norridge, IL | PO Box 6111 | Carol Stream | IL | 60197-6111 |
| Virginia Natural Gas/5409 | P.O. Box 26543 | Richmond | VA | 23290-0001 |
| Washington Gas/37747 | PO Box 13608 | Philadelphia | PA | 19101-3608 |
| Washington Gas/37747 | P.O. Box 26543 | Richmond | VA | 23290-0001 |
| Washington Gas/37747 | PO Box 62261 | Baltimore | MD | 21264-2261 |
| Washington Suburban Sanitary Commission | P.O. Box 13070 | Philadelphia | PA | 19101-3070 |
| Washington Suburban Sanitary Commission | PO Box 13608 | Philadelphia | PA | 19101-3608 |
| Westar Energy/KPL | P.O. Box 758500 | Topeka | KS | 66675-8500 |
| West Boise Sewer District | PO BOX 34966 | Seattle | WA | 98124-1966 |
| Western Municipal Water District/7000 | 3900 Main Street | Riverside | CA | 92522-0144 |
| Westfall Town Center Joint Venture | PO Box 1109 | Milford | PA | 18337-2109 |

Exhibit B
Utilities Service List
Served via First Class Mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|
| West Penn Power | PO Box 3687 | Akron | OH | 44309-3687 |
| West Virginia-American Water Company | PO Box 371496 | Pittsburgh | PA | 15250-7496 |
| W.U.C., CT | PO Box 56002 | Boston | MA | 02205-6002 |
| XCEL Energy:Northern States Power Co. | P.O. Box 9477 | Minneapolis | MN | 55484-9477 |
| XCEL Energy:Public Service Company of CO | P.O. Box 9477 (2200) | Minneapolis | MN | 55484-9477 |
| Zamias Services Inc-Dubois Mall | P.O. Box 3687 | Akron | OH | 44309-3687 |

**Exhibit C**

Exhibit C
Licensed Businsess Parties Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| Action Time, Inc | Attn: Larry Williams | 20283 SR 7 | Suite 300 | Mission Bay Office Plaza | Boca Raton | FL | 33498 | acttime@aol.com | First Class Mail and Email |
| Avis Budget Car Rental LLC | Attn: Beth Kinerk | 7 Sylvan Way | | | Parsippany | NJ | 07054 | | First Class Mail |
| Cardtronics USA, Inc | Attn: Tony Muscarello | 3250 Briarpark Drive | Suite 400 | | Houston | TX | 77042 | tmuscarello@cardtronics.com | First Class Mail and Email |
| CCPR Services, Inc | Attn: Maria Torres | 103 Ortegon St | | | Guaynabo | PR | 00966 | | First Class Mail |
| Coinstar, Inc | 1800 114th Ave S.E. | | | | Bellevue | WA | 98004 | | First Class Mail |
| Consumer Source, Inc | Attn: Rodney Barton | 3110 Campus Drive | | | Norcross | GA | 30071 | rbarton@consumersource.com | First Class Mail and Email |
| Easy Method, Inc | Attn: Richard Simtob | 1026 E Eleven Mile Rd | | | Royal Oak | MI | 48067 | richard@simtob.com | First Class Mail and Email |
| iCan Benefit Group, LLC | Attn: Steven Tucker | 5300 broken Sounds Blvd | Suite 200 | | Boca Raton | FL | 33487 | steve@icanbenefit.com | First Class Mail and Email |
| Ignazio Lanzafame | Attn: Ignazio Lanzafame | 10355 Borah Park Circle | | | Las Vegas | NV | 89178 | catania6222@ymail.com | First Class Mail and Email |
| JDM Structures, Ltd | Attn: Daniel Miller | 5840 CR 201 | | | Millersburg | OH | 44654 | coblentz.cindy@gmal.com | First Class Mail and Email |
| KeyMe, Inc | Attn: Michael Tomlinson | 5 Penn Plaza | Floor 10 | Suite KeyMe | New York | NY | 10001 | mt@key.me | First Class Mail and Email |
| Luxottica Retail | Attn: Chris Ruth | 4000 Luxottica Place | | | Mason | OH | 45040 | | First Class Mail |
| MCS Advantage, Inc | Attn: David Schaffer | MCS Plaza, 1 er piso | Suite 105 | 255 Avenue Ponce de Leon | San Juan | PR | 00916 | davids@medicalcardsystem.com | First Class Mail and Email |
| Mini Gold, Inc | Attn: Elizabeth Chang | Road #2 | Cond. Alborada Apt 1821 | | Bayamon | PR | 00961 | hansenlayliz@yahoo.com | First Class Mail and Email |
| National Entertainment Network, LLC | Attn: Edward Flaherty | 325 Interlocken Pkwy, B | | | Broomfield | CO | 80021 | | First Class Mail |
| Puerto Rico Telephone Company, Inc | Attn: Ana Cotto Escalera | 1513 Roosevelt Ave | 10th Floor | | Guaynabo | PR | 00920 | acotto@claropr.com | First Class Mail and Email |
| TJ&H Chilluns, Ltd | Attn: Thomas Hayth | 4900 North Weir Drive | | | Muncie | IN | 47304 | tomhayth@dacraglass.com | First Class Mail and Email |
| Triple-S Management Corp | Attn: Gustavo Perez Fernandez | PO Box 11320 | 1441 FD Roosevelt Ave | | San Juan | PR | 00922 | gustavo.perez@ssspr.com | First Class Mail and Email |
| Universal Money Centers, Inc | Attn: Pam Glenn | 6800 Squibb Rd | | | Shawnee Mission | KS | 66202 | pglenn@universalmoney.com | First Class Mail and Email |
| Universal Vending Management, LLC | Attn: Rudy Marano | 425 North Avenue East | PO Box 130 | | Westfield | NJ | 07091 | rmarano@uvweb.com | First Class Mail and Email |
| US Vision, Inc | 1 Harmon Drive | | | | Glendora | NJ | 08029 | | First Class Mail |
| Western Union Finncial Services, Inc | Attn: Karen Drab | 12500 East Belford Ave | | | Englewood | CO | 80112 | karen.drab@westernunion.com | First Class Mail and Email |
| YF Puerto Rico, Inc | Attn: Alfredo Lopez Jimenez | PMB 654 Box 4956 | | | Caguas | PR | 00726 | alopez@aljpapr.com | First Class Mail and Email |