Marshall C. Turner
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Telephone: 314.480.1768
Facsimile: 302480.1505
E-mail: marshall.turner@huschblackwell.com

Caleb T. Holzaepfel
HUSCH BLACKWELL LLP
736 Georgia Avenue, Suite 300
Chattanooga, Tennessee 37402
Telephone: 423.755.2654
Facsimile: 423.266.5500
Email: caleb.holzaepfel@huschblackwell.com

*Attorney for CBL & Associates Management, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
    In re                                                      :    Chapter 11
                                                               :
    SEARS HOLDINGS CORPORATION                                 :
    *et al.*,                                                  :    Case No. 18-23538 (RDD)
                                                               :
              Debtors[1]                                       :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

DocID: 4829-5925-4145.1

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Caleb T. Holzaepfel, request admission to practice *pro hac vice* before the Honorable Robert D. Drain, to represent CBL & Associates Management, Inc., as creditors in the above-referenced bankruptcy case.

*I certify that I am a member in good standing* of the bar of the State of Tennessee and licensed to practice before the United States District Courts for the Eastern, Middle, and Western Districts of Tennessee and the United States Bankruptcy Courts for the Eastern and Middle Districts of Tennessee.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: November 28, 2018  
Chattanooga, Tennessee

/s/ Caleb T. Holzaepfel  
Caleb T. Holzaepfel  
HUSCH BLACKWELL LLP  
736 Georgia Avenue, Suite 300  
Chattanooga, Tennessee 37402  
Telephone: 423.755.2654  
Facsimile: 423.266.5500  
Email: caleb.holzaepfel@huschblackwell.com

*Attorney for CBL & Associates Management, Inc.*