IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

---------------------------------------------------------------x
: 
In re : Chapter 11
:
SEARS HOLDINGS CORPORATION, *et al.*, : Case No. 18-23538 (RDD)
:
Debtors[1] : (Jointly Administered)
:
---------------------------------------------------------------x

## NOTICE OF ENTRY OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

Please take notice that Husch Blackwell LLP hereby appears in the above-captioned case and enters its appearance as counsel for CBL & Associates Management, Inc. ("CBL") pursuant to Fed. R. Bankr. P. 9010(b).

Please take further notice that counsel hereby requests, pursuant to Fed. R. Bankr. P. 2002, 9007, 9010, 9013, 9014, and Section 342 of Title 11 of the United States Code, 11 U.S.C. § 101, *et seq.*, that copies of all notices and pleadings given or filed in this case be given and served upon the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Caleb T. Holzaepfel<br>
HUSCH BLACKWELL LLP<br>
736 Georgia Avenue, Suite 300<br>
Chattanooga, Tennessee 37402<br>
Telephone: 423.755.2654<br>
Facsimile: 423.266.5500<br>
Email: caleb.holzaepfel@huschblackwell.com

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, request, order, reply, answer, schedule of assets and liabilities, statement of financial affairs, plan, or disclosure statement, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise filed or made with regard to the above-captioned case and all proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of CBL's rights: (i) to have final orders in noncore matters entered only after *de novo* review by a District Court Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, setoffs, or recoupments to which CBL is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments CBL reserves.

Dated: November 28, 2018          */s/ Caleb T. Holzaepfel*
Chattanooga, Tennessee            Marshall C. Turner
                                            Caleb T. Holzaepfel
                                            HUSCH BLACKWELL LLP
                                            736 Georgia Avenue, Suite 300
                                            Chattanooga, Tennessee 37402
                                            Telephone: 423.755.2654; Facsimile: 423.266.5500
                                            Email: caleb.holzaepfel@huschblackwell.com
                                            *Attorney for CBL & Associates Management, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of November, 2018, I caused a true and correct copy of the foregoing Notice of Appearance and Demand for Service of Papers to be filed and served through ECF notification upon all parties who receive notice in this matter pursuant to the Court's ECF filing system.

                                                */s/ Caleb T. Holzaepfel*
                                                Caleb T. Holzaepfel