**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In re: SEARS HOLDINGS CORPORATION, *et al.* | Case No.: 18-23538 (RDD |
| | Chapter 11 |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Eboney Cobb to be admitted, *pro hac vice*, to represent Certain Texas Taxing Entities identified in the motion (the "Clients") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and the bar of the U.S. District Court for the Northern District of Texas, it is hereby

**ORDERED**, that Eboney Cobb, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ cases ☐ adversary proceeding to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       November 16, 2018

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE