**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:                                                                                                    Case No.: _____

                                                                                                                    Chapter ___

                                               Debtors

-------------------------------------------------------------x

                                                                                                                 Adversary Proceeding No.: _____

                                               Plaintiff

                                v.

                                             Defendant

-------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** ***PRO HAC VICE***

    I, _____, request admission, ***pro hac vice***, before the Honorable _____, to represent _____, a _____ in the above-referenced    case   adversary proceeding.

    ***I certify that I am a member in good standing*** of the bar in the Commonwealth of Pennsylvania and the State of New Jersey, and, the bar of the U.S. District Court for the District of New Jersey, the Eastern, Middle and Western Districts of Pennsylvania, and the Third U.S. Circuit Court of Appeals.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: _____

_____                                        _____

                                                                        *Mailing Address*:

                                                                        _____

                                                                        _____

                                                                        _____

                                                                        *E-mail address*: _____

                                                                        *Telephone number*: (____)_____