**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

In re:                                                                                           Case No.: _____

                                                                                                        Chapter ___

                                            Debtors

----------------------------------------------------------------x

                                                                                                        Adversary Proceeding No.: _____

                                            Plaintiff

                              v.


                                            Defendant

----------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

     Upon the motion of _____, to be admitted, ***pro hac vice***, to represent _____, (the "Client") a _____ in the above referenced     case     adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the Commonwealth of Pennsylvania and the State of New Jersey, the bar of the U.S. District Court for the District of New Jersey, and the Eastern, Middle and Western Districts of Pennsylvania, and the Third U.S. Circuit Court of Appeals, it is hereby

**ORDERED,** that _____, Esq., is admitted to practice, ***pro hac vice,*** in the above referenced     case     adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.


Dated:                                                          s/

                                                                       UNITED STATES BANKRUPTCY JUDGE

                        , New York