# Exhibit C

# **<u>Zerykier Declaration</u>**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:                                                        :        Chapter 11
                                                              :
SEARS HOLDINGS CORPORATION, *et al.*,                         :        Case No. 18-23538 (RDD)
                                                              :        (Jointly Administered)
                              Debtors.                        :
-------------------------------------------------------------------x

## DECLARATION OF AARON E. ZERYKIER IN SUPPORT OF
## MOTION FOR ORDER DECLARING AUTOMATIC STAY
## <u>INAPPLICABLE TO NON-RESIDENTIAL REAL PROPERTY LEASE</u>

AARON E. ZERYKIER, pursuant to 28 U.S.C. § 1746, declares the following under penalty of perjury:

1.      I am a partner with the law firm Farrell Fritz, P.C. ("Farrell Fritz"), attorneys for Midwood Management Corp. ("Landlord"). Consequently, I am fully familiar with the facts and circumstances stated herein.

2.      I respectfully submit this Declaration in Support of Landlord's *Motion for Order Declaring Automatic Stay Inapplicable to Non-Residential Real Property Lease or, in the Alternative, Vacating the Automatic Stay.*

3.      On September 12, 2018, Farrell Fritz mailed to Kmart a "Notice of Default and Fifteen (15) Day Notice to Cure" (the "Notice of Default"). A copy of the Notice of Default is annexed hereto as Exhibit "A".

4.      On October 11, 2018, Farrell Fritz mailed to Kmart a "Ten (10) Day Notice of Lease Termination" (the "Lease Termination Notice"). A copy of the Lease Termination Notice is annexed hereto as Exhibit "B".

Dated:  November 29, 2018

_____
AARON E. ZERYKIER

FF\7932040.1

2

**Exhibit A to Zerykier Declaration**

**NOTICE OF DEFAULT AND
FIFTEEN (15) DAY NOTICE TO CURE**

September 6, 2018

By Certified Mail Return Receipt Requested

To:      KMART CORPORATION
          333 Beverly Road
          Hoffman Estate, Illinois 60179
          Attn: Divisional Vice President – Real Estate Department 824E

          KMART CORPORATION
          3100 West Big Beaver Road
          Troy, Michigan 48084

Premises:     2280 North Ocean Avenue
          Expressway Plaza
          Farmingville, New York 11738

Tenant of the above-referenced premises:

      PLEASE TAKE NOTICE that you are in default under the lease (the "Lease"), executed on or about December 20, 1991 between Kmart Corporation as Tenant ("Tenant") and Farmingville Associates as Landlord, and as assigned to Expressway Plaza I LLC and Farmingville Associates Phase 1, LLC by assignment dated October 20, 2016, ("Landlord"), as amended and extended, by virtue of the following:

          Pursuant to Article 30 of the Lease, Tenant assumed the obligation to maintain certain portions of the Common Area (as defined in the Lease).

          Because of Tenant's failure to comply with its maintenance obligations under the Lease, by Notice dated November 8, 2017, Landlord exercised its rights under Article 25(F) to perform emergency repair work (the "Emergency Work") at Tenant's cost and expense. A copy of the November 8, 2017 Notice is annexed hereto as Exhibit A.

          On or about April 4, 2018, Landlord invoiced Tenant for the costs of performing the Emergency Work. Copies of such invoices are collectively annexed hereto as Exhibit B.

          Pursuant to Article 25(F) of the Lease, the sums expended by Landlord shall be deemed additional rent and shall be reimbursed by Tenant upon demand, together with interest at eighteen (18%) per annum.

          Notwithstanding the Emergency Work notice, and being invoiced for the Emergency Work, Tenant has failed to pay for same. A copy of the invoice for the Emergency Work is annexed hereto as Exhibit B.

As such, $215,426.88 plus interest in the amount of $24,593.65 (as set forth in the attached Exhibit C) for a total of $240,020.53 as Additional Rent under the Lease is currently due and owing to Landlord.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article 25 of the Lease, unless you cure the defaults noticed within the Notice on or before the expiration of fifteen (15) days from service of this Notice upon you the Landlord will serve you with a notice of election to end the term of the Lease at the expiration of ten (10) days from the date of service of such Notice upon you and upon expiration of such Notice the Landlord will commence summary proceedings to evict you from the premises and obtain a money judgment against you for the value of the premises' rent and fair use and occupancy during any holdover in addition to any additional rent, charges and late fees that may accrue prior to the date of judgment with interest together with the legal fees and costs associated with the prosecution of the action.

Expressway Plaza I, LLC and
Farmingville Associates Phase 1, LLC
as Tenants in Common

By: _____

Midwood Management Corp., as agent
John Usdan, Chief Executive Officer

# Exhibit A

**FARMINGVILLE ASSOCIATES PHASE I, LLC and**
**EXPRESSWAY PLAZA I LLC**
c/o Midwood Management Corp.
430 Park Avenue, Suite 505
New York, New York 10022

November 8, 2017

**VIA Certified Mail – Return Receipt Requested**
Kmart Corporation
3333 Beverly Road
Hoffman Estates, Illinois 60179
Attn:    Divisional Vice President - Real Estate Department 824RE

Re:    Lease dated December 20, 1991 (as amended and extended, the "**Lease**") between
Farmingville Associates Phase 1 LLC and Expressway Plaza I LLC, as tenants-in-
common, (collectively, "**Landlord**") and KMART Corporation., (the "**Tenant**")
for space at the premises located at 2280-2350 North Ocean Avenue,
Farmingville, New York (the "**Premises**")

Ladies and Gentlemen:

Reference is made to the Lease; capitalized terms used, but not otherwise defined in
this notice (the "**Notice**"), shall have the meanings given to such terms in the Lease.

**PLEASE TAKE NOTICE** that Tenant is in breach of Tenant's obligation to maintain
the Common Area parking lot and drive lanes, which obligation Tenant assumed (in accordance
with Article 30 of the Lease) by notice to Landlord dated October 10, 2012. The work required
to be performed on the drive lanes as a result of said breach (the "**Work**") is set forth on Exhibit
A to this Notice and you can reach out to Landlord's portfolio manager Peter Pollani (516) 732-
8977; ppollani@midwoodid.com) if you have any questions regarding the Work or the
maintenance required to be performed by Tenant to the rest of the parking lot Common Area.

**PLEASE TAKE FURTHER NOTICE** that after a recent inspection by the town of
Brookhaven, Landlord was informed that due to weather conditions. the Work must   be
completed by November 21, 2017. As a result of Tenant's failure to perform the required
maintenance, Landlord hereby exercises its right pursuant to Section 25(F) of the Lease to
perform Tenant's obligations at the cost and expense of Tenant and, given the timing imposed by
the Town of Brookhaven, this constitutes an emergency under Section 25(F) which does not
permit Tenant the cure period provided by the Lease.   Note that the Work only addresses the
drive lane issues, which constitute an emergency, and does not include standard parking lot
maintenance and repair which remains the responsibility of Tenant and must be performed
within thirty (30) days of this notice to avoid an Event of Default under the Lease.

**PLEASE BE ADVISED** that Landlord has not waived any of its rights or remedies
under the Lease or any requirement of Tenant's compliance with any provision of the Lease and
expects Tenant to honor all of its obligations thereunder, including. without limitation, the
maintenance obligations that are the subject of this Notice. Landlord expressly reserves all of its

rights and remedies, whether pursuant to the Lease, at law or in equity on account of Tenant's
failure to comply with the covenants and obligations contained in the Lease.

Very Truly Yours,

FARMINGVILLE ASSOCIATES PHASE 1 LLC
and EXPRESSWAY PLAZA I LLC

By:    Midwood Management Corp., as
agent

By:    _____
Name: John Usdan
Title:  Chief Executive Officer

cc:   *(via Certified Mail – Return Receipt Requested)*
      Kmart Corporation
      3333 Beverly Road
      Hoffman Estates, Illinois  60179
      Attn:    Associate General Counsel, Real Estate Department 824RE


cc:   *(via E-MAIL ONLY)*
      Bradley.Pukas@searshc.com
      Real Estate Manager, Sears Holdings Corporation

## EXHIBIT A

### The Work

#### Rebrick Drywell:

1. REBRICK DRAIN COVER: Five Covers (5)
2. Saw cut & remove asphalt around drywell cover and dispose of asphalt.
3. Excavate area and remove casting
4. Remove and replace bricks as necessary
5. Backfill.
6. Install RCA base blend and compact

#### Remove and Replace:

1. PATCH: Remove and replace 10200 sf in 14 areas.
2. Saw cut asphalt
3. Add recycled crushed concrete base blend as needed and compact.
4. Patch areas with 2 1/2" of NY State Type 6F asphalt compacted to an average depth of 2".
5. Apply hot tar to seams of patches to prevent water infiltration.
6. Remove and replace sidewalk in 2 areas approximately 10 sf Curbs
7. Remove and replace curbing approximately 26 lf in 2 areas.

#### Reconstruct Parking Area:

1. RECONSTRUCT PARKING AREA: Drive Lane 2 area approximately 54500sf
2. Job to include:
3. Mill existing pavement and dispose of offsite.
4. Add RCA as necessary.
5. Regrade base blend and compact.
6. Adjust steel manhole covers and drains as necessary to new grade.
7. Pave area with:
   a. 2" of binder asphalt after compaction
   b. 1 &1/2" of NY State Top asphalt after compaction
8. Restripe parking area.

# Exhibit B

MIDWOOD MANAGEMENT CORP.
430 PARK AVENUE 2ND FLOOR

NEW YORK, NY  10022
(212) 682-9595


C/O SEARS ROEBUCK & CO
K MART # 4871
ATTN: LEASE ADM.
333 BEVERLY ROAD
HOFFMAN ESTATES, IL  60179


| | |
|---|---|
| Tenant Name: | K MART # 4871 |
| Space Number: | 16 |
| Invoice Date: | April 4, 2018 |

| | |
|---|---|
| 2018 MISC INCOME Expense | 184,468.75 |
| Prior Year Expense w/ % Increase | |
| Prior Year Expense w/ % Increase | |
| Total Recoverable Expense for Current Year | 184,468.75 |
| Less Stop Amount | |
| Total Recoverable MISC INCOME Expense | 184,468.75 |
| Tenant Share | 100.00% |
| Total Amount Due for 2018 Before Cap | 184,468.75 |
| Cap for Year | |
| Total Due for Expense Period | 184,468.75 |
| Occupancy Percentage for Year | 100.00% |
| **Total Amount Due** | **184,468.75** |

# DuMOR Construction Inc.

# INVOICE

42 Grant Avenue
Bay Shore, NY 11706-
631 586-7200 631 586-7208

| DATE | INVOICE # |
|------|-----------|
| 11/28/2017 | 16703 |

### BILL TO

Midwood Management
430 Park Avenue
Suite 505
New York, NY 10022
Attn: Mr. Peter Pollani

### JOB NAME

Paving completed 11/27/17

| P.O. NO. | TERMS | REP |
|----------|-------|-----|
| | Upon Receipt | D J |

| ITEM | DESCRIPTION. | AMOUNT |
|------|-------------|--------|
| Reconstruct Parkin... | RECONSTRUCT PARKING AREA: Drive Lane 2 area approximately 54500 sf SEE Diagram. Job to include:<br>1) Mill existing pavement and dispose of off site.<br>2) Add RCA as necessary.<br>3) Regrade base blend and compact.<br>4) Adjust steel manhole covers and drains as necessary to new grade.<br>5) Pave area with:<br>  2" of binder asphalt after compaction<br>  1 1/2" of NY State Top asphalt after compaction<br>6) Restripe parking areas<br>NOTE: Price based on existing asphalt being no more than 2" thick<br>Please sign date and return certificate of capital improvement. Thank you!!<br>Sales Tax - Suffolk County | 184,468.75 |
| | | 0.00. |

Retain this copy for your records.

| | Total | $184,468.75 |
|---|-------|-------------|

Good Service and quality work deserves quick
payment.

Page 2



New York State Department of Taxation and Finance
**New York State and Local Sales and Use Tax**

# Certificate of Capital Improvement

**ST-124**
(2/12)

After this certificate is completed and signed by both the customer and the contractor performing the capital improvement, it must be kept by the contractor.

**Read this form completely before making any entries.**

This certificate may not be used to purchase building materials exempt from tax.

| Name of customer (print or type) | Name of contractor (print or type) |
|---|---|
| Midwood Mgmt Corp | DUMOR Construction Inc |
| Address (number and street) | Address (number and street) |
| 430 Park Ave Suite 505 | 42 Grant Ave |
| City / State / ZIP code | City Bay Shore  State NY  ZIP code 11706 |
| New York, NY 10022 | Sales tax Certificate of Authority number (if any) |
| Sales tax Certificate of Authority number (if any) | 11-2607031 |

**To be completed by the customer**

Describe capital improvement to be performed:

Pave- Reconstruct Drive Lane 2 and

| Project name |
|---|
| Express Way Plaza |
| Street address  1001 Ocean Ave  City Farmingville  State NY  ZIP code 11738 |

I certify that:
- I am the (mark one) ☐ owner ☐ tenant of the real property identified on this form; and
- the work described above will result in a capital improvement to the real property within the guidelines of this form; and
- this contract (mark one) ☐ includes ☐ does not include the sale of any tangible personal property that, when installed, does not become a permanent part of the real property (for example, a free-standing microwave or washing machine).

I understand that:
- I will be responsible for any sales tax, interest, and penalty due on the contractor's total charge for tangible personal property and for labor if it is determined that this work does not qualify as a capital improvement; and
- I will be required to pay the contractor the appropriate sales tax on tangible personal property (and any associated services) transferred to me pursuant to this contract when the property installed by the contractor does not become a permanent part of the real property; and
- I will be subject to civil or criminal penalties (or both) under the Tax Law if I issue a false or fraudulent certificate.

| Signature of customer | Title | Date |
|---|---|---|

**To be completed by the contractor**

I, the contractor, certify that I have entered into a contract to perform the work described by the customer named above, and that I accept this form in good faith. (A copy of the written contract, if any, is attached.) I understand that my failure to collect tax as a result of accepting an improperly completed certificate will make me personally liable for the tax otherwise due, plus penalties and interest.

| Signature | Title | Date |
|---|---|---|
| Christine O'Brien | Office Mgr. | 7/28/17 |

**This certificate is not valid unless all entries are completed.**

MIDWOOD MANAGEMENT CORP.
430 PARK AVENUE 2ND FLOOR

NEW YORK, NY  10022
(212) 682-9595

C/O SEARS ROEBUCK & CO
K MART # 4871
ATTN: LEASE ADM.
333 BEVERLY ROAD
HOFFMAN ESTATES, IL  60179

| | |
|---|---|
| Tenant Name: | K MART # 4871 |
| Space Number: | 16 |
| Invoice Date: | April 26, 2018 |

| | |
|---|---|
| 2017 MISC INCOME Expense | 18,411.94 |
| Prior Year Expense w/ % Increase | |
| Prior Year Expense w/ % Increase | |
| | |
| Total Recoverable Expense for Current Year | 18,411.94 |
| Less Stop Amount | |
| Total Recoverable MISC INCOME Expense | 18,411.94 |
| | |
| Tenant Share | 40.00% |
| | |
| | |
| Total Due for Expense Period | 7,364.78 |
| Occupancy Percentage for Year | 100.00% |
| Total Amount Due | 7,364.78 |

# DuMOR Construction Inc.

42 Grant Avenue
Bay Shore, NY 11706
631 586-7200 631 586-7208

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 12/6/2017 | 16720 |

| BILL TO |
|---------|
| Midwood Management<br>430 Park Avenue<br>Suite 505<br>New York, NY 10022<br>Attn: Mr. Peter Pollani |

| JOB NAME |
|----------|
| Completed 12/6/17 |

| P.O. NO. | TERMS | REP |
|----------|-------|-----|
|  | Upon Receipt | D J |

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| Restripe | RESTRIPE: Front lot and drive lanes<br>1) Repaint all traffic lines and markings the same as before with latex traffic paint, which meets all EPA laws regarding VOC to include:<br>3 Speed Bumps<br>500 LF of double yellow lines<br>100 LF 2' thick yellow lines at entrance<br>7 Stop Bars<br>9 No Parking/Fire Zone stencils<br>2000 lf yellow hash lines<br>20 Handicap stalls<br>4 Crosswalks<br>2 large arrows. | 0.00T |
| Total | Total price for job, not including NYS sales tax<br>Sales Tax – Nassau County | 16,950.00T<br>1,461.94 |

| Please return one copy with payment. Thank You!!! | Total | $18,411.94 |
|---|---|---|

Good Service and quality work deserves quick
payment.

# DuMOR Construction Inc.

# INVOICE

42 Grant Avenue
Bay Shore, NY 11706
631 586-7200 631 586-7208

| DATE | INVOICE # |
|------|-----------|
| 12/6/2017 | 16720 |

### BILL TO

Midwood Management
430 Park Avenue
Suite 505
New York, NY 10022
Attn: Mr. Peter Pollani

### JOB NAME

Completed 12/6/17

| P.O. NO. | TERMS | REP |
|----------|-------|-----|
| | Upon Receipt | D J |

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | JOB: Express Plaza<br>　　　2302 -2390 North Ocean Avenue<br>　　　910 - 950 Horseblock Road (AKA 2280 North Ocean Avenue)<br>　　　Farmingville, NY | |
| Rebrick drywell | REBRICK WATER COVER:<br>1) Saw cut & remove asphalt around drywell cover and dispose of asphalt.<br>2) Excavate area and remove casting.<br>3) Remove and replace bricks as necessary.<br>4) Backfill. Install RCA base blend and compact.<br>5) Patch area affected with NYS Type 6F asphalt approximately 2" thick.<br>6) Hot tar seams of patch to prevent water infiltration. | 0.00T |
| PATCH - R & R | PATCH: Remove and replace approximately 2850 sf in 32 areas.<br>1) Saw cut asphalt and remove or mill area down.<br>2) Add recycled crushed concrete base blend as needed and compact.<br>3) Patch areas with 2 1/2" of NY State Type 6F asphalt compacted to<br>　　an average depth of 2".<br>4) Apply hot tar to seams of patches to prevent water infiltration. | 0.00T |

| Please return one copy with payment. Thank You!!! | Total | |
|---|---|---|

MIDWOOD MANAGEMENT CORP.
430 PARK AVENUE 2ND FLOOR

NEW YORK, NY 10022
(212) 682-9595

C/O SEARS ROEBUCK & CO
K MART # 4871
ATTN: LEASE ADM.
333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179

| Tenant Name: | K MART # 4871 |
|---|---|
| Space Number: | 16 |
| Invoice Date: | April 4, 2018 |

| | |
|---|---:|
| 2018 MISC INCOME Expense | 58,983.38 |
| Prior Year Expense w/ % Increase | |
| Prior Year Expense w/ % Increase | |
| Total Recoverable Expense for Current Year | 58,983.38 |
| Less Stop Amount | |
| Total Recoverable MISC INCOME Expense | 58,983.38 |
| Tenant Share | 40.00% |
| Total Amount Due for 2018 Before Cap | 23,593.35 |
| Cap for Year | |
| Total Due for Expense Period | 23,593.35 |
| Occupancy Percentage for Year | 100.00% |
| **Total Amount Due** | **23,593.35** |

# DuMOR Construction Inc.

# INVOICE

42 Grant Avenue
Bay Shore, NY 11706.
631 586-7200 631 586-7208

| DATE | INVOICE # |
|------|-----------|
| 12/6/2017 | 16719 |

**BILL TO**

Midwood Management
430 Park Avenue
Suite 505
New York, NY 10022
Attn: Mr. Peter Pollard

**JOB NAME**

Completed 12/6/17

| P.O. NO. | TERMS | REP |
|----------|-------|-----|
| | Upon Receipt | D J |

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | JOB: Express Plaza | |
| |     2302 -2390 North Ocean Avenue | |
| |     910 - 990 Horseblock Road (AKA 2280 North Ocean Avenue) | |
| |     Farmingville, NY | |
| Rebrick drywell | REBRICK DRAIN COVER: Five Covers (5) | |
| |     1) Saw cut & remove asphalt around drywell cover and dispose of asphalt. | |
| |     2) Excavate area and remove casting. | |
| |     3) Remove and replace bricks as necessary. | |
| |     4) Backfill. Install RCA base blend and compact. | |
| PATCH - R & R | PATCH: Remove and replace 10,200 sf in 14 areas. | |
| |     1) Saw cut asphalt and remove or mill area down. | |
| |     2) Add recycled crushed concrete base blend as needed and compact. | |
| |     3) Patch areas with 2 1/2" of NY State Type 6F asphalt compacted to | |
| |       an average depth of 2". | |
| |     4) Apply hot tar to seams of patches to prevent water infiltration. | |
| Walk |     1) Remove and replace sidewalk in 2 areas approximately 10 sf | |
| Curbs |     2) Remove and replace curbing approximately 26 lf in 2 areas. | |
| Total | Total price for taxable portion of job, not including NYS sales tax | 54,300.00T |
| Reconstruct Parkin... | RECONSTRUCT PARKING AREA: Drive Lane 2 area approximately 54500 sf | |
| |         SEE Diagram | |
| | Job to include: | |
| |     1) Mill existing pavement and dispose of off site. | |
| |     2) Add RCA as necessary. | |
| |     3) Regrade base blend and compact. | |
| |     4) Adjust steel manhole covers and drains as necessary to | |
| |       new grade. | |
| |     5) Pave area with: | |

| Please return one copy with payment. Thank You!!! | Total | |
|---|---|---|

# DuMOR Construction Inc.

## INVOICE

42 Grant Avenue
Bay Shore, NY 11706
631 586-7200  631 586-7208

| DATE | INVOICE # |
|------|-----------|
| 12/6/2017 | 16719 |

### BILL TO

Midwood Management
, 430 Park Avenue
Suite 505
New York, NY 10022
Attn: Mr. Peter Pollani

### JOB NAME

Completed 12/6/17

| P.O. NO. | TERMS | REP |
|----------|-------|-----|
| | Upon Receipt | D J |

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | 2" of binder asphalt after compaction | |
| | 1 1/2" of NY State Top asphalt after compaction | |
| | 6) Restripe parking area. | |
| | NOTE: Price based on existing asphalt being no more | |
| | than 2" thick | |
| | Dumor Construction Inc will call for a utility mark out as required | |
| | by law. There may be utilities consumer owned (not owned by | |
| | utility company, owned by property owner) that may not be | |
| | marked out. If deemed necessary, a private markout company | |
| | can be hired and the cost passed along to our customer, | |
| | usually about $500.00 for a smaller job. | |
| | There may be permits required.(depending on Towns requirements). | |
| | for a total restripe of lot. Site plan may be needed as well. | |
| | DuMOR Construction Inc and any of our subcontractors will not | |
| | be responsible for any underground wiring, pipes or utilities and | |
| | or any other conditions buried under the existing pavement. | |
| | Including, but not limited to sprinklers, site lighting, electric gate | |
| | wires or traffic light actuator (traffic light loops). | |
| | There may also be concrete covers buried under pavement due | |
| | to improper abandoned cesspools, etc. Additional cost to repair | |
| | any under pavement damage will be the responsibility of the owner | |
| | of property, not the contractor or subcontractor. | |
| | Sales Tax – Suffolk County | 4,683.38 |

Please return one copy with payment. Thank You!!!

| Total | $58,983.38 |
|-------|------------|

Good Service and quality work deserves quick
payment.

Page 2

# Exhibit C

| | | Item #1 | | | Item #2 | | | Item #3 | |
|---|---|---|---|---|---|---|---|---|---|
| | | paid date | 1/19/2018 | Paid date | | 4/17/2018 | Paid date | | 12/18/2017 |
| | | | 9/6/2018 | | | 9/6/2018 | | | 9/6/2018 |
| | | | 231 | | | 143 | | | 263 |
| | | | | | | | | | |
| | | billed to tenant | $ 184,469 | billed to te | | 7,364.78 | billed to te | $ | 23,593 |
| | | | 18% | | | 18% | | | 18% |
| | | | $ 33,204 | | $ | 1,326 | | $ | 4,247 |
| | | | 365 | | | 365 | | | 365 |
| | | daily amount | $ 90.97 | daily amou | $ | 3.63 | daily amou | $ | 11.64 |
| | | Interest | $ 21,014 | Interest | $ | 519 | Interest | $ | 3,060 |

| | |
|---|---|
| **FF Client:** | **Midwood Managing Corp.**<br>**(20588.114)** |
| **Project Address:** | 2280 North Ocean Avenue<br>Expressway Plaza<br>Farmingdale, New York 11738 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                               ) ss.:
COUNTY OF NASSAU      )

I, Theresa M. Spano, being duly sworn, depose and say:  I am not a party to the action, am over 18 years of age and reside in Nassau County, New York.

On September 12, 2018, I served the within **Notice of Default and Fifteen (15) Day Notice to Cure** by Certified Mail return receipt requested, depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person(s) at the last known address set forth after the name:

         KMART CORPORATION

         333 Beverly Road

         Hoffman Estate, Illinois 60179

         Attn:  Divisional Vice President – Real Estate Department 824E

         Tracking No.: 7015-0640-0007-8184-1048

                                       Theresa M. Spano

Sworn to before me this
12th day of September, 2018

Notary Public

BILLY SWINDLER
Notary Public, State of New York
No. 01SW6010722
Qualified in Queens County
Commission Expires July 20, 2022

FF\7712718.1
FF 7712718.1

15 day

## CERTIFIED MAIL RETURN RECEIPT

| TO: | KMART CORPORATION<br>333 Beverly Road<br>Hoffman Estate, Illinois 60179<br>Attn: Divisional Vice President – Real Estate Department 824E | 09/07/2018<br>9/18/18 |
|---|---|---|
| CLIENT | 20588-114 | |
| CERT # | 7015-0640-0007-8184-1048 | |



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)     $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required      $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$                    20588.114
Total Postage and Fees
$
Sent To
KMART CORPORATION
Street  333 Beverly Road
Hoffman Estate, Illinois 60179
City, S  Attn  Divisional Vice President – Real Estate Department 824E

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 0640 0007 8184 1048

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
KMART CORPORATION
333 Beverly Road
Hoffman Estate, Illinois 60179
Attn: Divisional Vice President –
Real Estate Department 824E

9590 9403 0880 5223 0515 44

2. Article Number (Transfer from service label)
7015 0640 0007 8184 1048

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                    ☐ Agent
                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
C CONNON              9/17/18
D. Is delivery address different from item 1? ☑ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

FF 770539.1

**FF Client:**        **Midwood Managing Corp.
(20588.114)**

**Project Address:**    2280 North Ocean Avenue
Expressway Plaza
Farmingdale, New York 11738

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                          ) ss.:
COUNTY OF NASSAU     )

     I, Theresa M. Spano, being duly sworn, depose and say: I am not a party to the action,
am over 18 years of age and reside in Nassau County, New York.

     On September 12, 2018, I served the within **Notice of Default and Fifteen (15) Day
Notice to Cure** by Certified Mail return receipt requested, depositing a true copy thereof
enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of
the U.S. Postal Service within New York State, addressed to the following person(s) at the last
known address set forth after the name:

               KMART CORPORATION

               3100 West Big Beaver Road

               Troy, Michigan 48084

               Tracking No.: 7015-0640-0007-8184-1024

                                            Theresa M. Spano

Sworn to before me this
   12th day of September, 2018

     Notary Public

                  **BILLY SWINDLER**
          **Notary Public, State of New York**
               **No. 01SW6010722**
            **Qualified in Queens County**
        **Commission Expires July 20, 2022**

FF\7712735.1
FF 7712735.1

15 day

## CERTIFIED MAIL RETURN RECEIPT

| TO: | KMART CORPORATION<br>3100 West Big Beaver Road<br>Troy, Michigan 48084 | 09/07/2018<br>9/12/18 |
|---|---|---|
| CLIENT | 20588/114 | |
| CERT # | 7015 0640 0007 8184 1024 | |

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

7015 0640 0007 8184 1024

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage
$        20588.114
         TM5

Total Postage and Fees
$

Sent To
KMART CORPORATION

Street and Apt.   3100 West Big Beaver Road
                  Troy, Michigan 48084
City, State, ZIP+4

UNIONDALE RXR PLAZA 11556 USPS Postmark Here 2018

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   KMART CORPORATION
   3100 West Big Beaver Road
   Troy, Michigan 48084

9590 9403 0880 5223 0516 74

2. Article Number *(Transfer from service label)*
   7015 0640 0007 8184 1024

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Donna Ervin_        ☐ Agent
                       ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
                                   9/17/18

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

**Exhibit B to Zerykier Declaration**

## <u>TEN (10) DAY NOTICE OF LEASE TERMINATION</u>

<u>By Certified Mail Return Receipt Requested</u>
To:         KMART CORPORATION
               333 Beverly Road
               Hoffman Estate, Illinois 60179
               Attn: Divisional Vice President – Real Estate Department 824E

               KMART CORPORATION
               3100 West Big Beaver Road
               Troy, Michigan 48084

Premises:     2280 North Ocean Avenue
               Expressway Plaza
               Farmingville, New York 11738

Tenant of the above-referenced Premises:

     **PLEASE TAKE NOTICE** that the undersigned, the landlord of the Premises identified above, hereby elects to terminate the lease (the "Lease"), executed on or about December 20, 1991 between Kmart Corporation as Tenant ("Tenant") and Farmingville Associates as Landlord, and as assigned to Expressway Plaza I LLC and Farmingville Associates Phase 1, LLC by assignment dated October 20, 2016, ("Landlord"), as amended and extended, because you have defaulted in fulfilling covenants of the Lease and, having been previously served with a Fifteen Day Notice to Cure, a copy of which is annexed hereto as Exhibit "A", have nevertheless failed to remedy the defaults alleged in the Fifteen Day Notice to Cure Defaults within the applicable cure period.

     **PLEASE TAKE FURTHER NOTICE** that unless you remove yourself and your possessions from the Premises described above on or before the expiration of ten (10) days of service of this Notice upon you, the Landlord will commence summary proceedings to evict you from the Premises and obtain a money judgment against you for any sums due and owing to the Landlord.

                     Expressway Plaza I, LLC and
                     Farmingville Associates Phase 1, LLC
                     as Tenants in Common

                     By: _____
                     Midwood Management Corp., as agent
                     John Usdan, Chief Executive Officer

**FF Client:** **Midwood Managing Corp.**
**(20588.114)**

**Project Address:** 2280 North Ocean Avenue
Expressway Plaza
Farmingdale, New York 11738

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
)  ss.:
COUNTY OF NASSAU )

I, Theresa M. Spano, being duly sworn, depose and say:  I am not a party to the action, am over 18 years of age and reside in Nassau County, New York.

On October 11, 2018, I served the within **Ten (10) Day Notice of Lease Termination** by Certified Mail return receipt requested, depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person(s) at the last known address set forth after the name:

KMART CORPORATION

3100 West Big Beaver Road

Troy, Michigan 48084

Tracking No.: 70173380000107442348

KMART CORPORATION

333 Beverly Road

Hoffman Estate, Illinois 60179

Attn:  Divisional Vice President – Real Estate Department 824E

Tracking No.: 70173380000107442331

Theresa M. Spano

Sworn to before me this
11th day of October, 2018

Notary Public
MAURA EDNIE
NOTARY PUBLIC, State of New York
No. U1ED4971404
Qualified in Nassau County
Commission Expires September 4, 20 2 2

FF7798499.1

**FF Client:**      **Midwood Managing Corp.**
                    **(20588.114)**

**Project Address:**   2280 North Ocean Avenue
                       Expressway Plaza
                       Farmingdale, New York 11738

### <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK          )
                           )  ss.:
COUNTY OF NASSAU           )

    I, Theresa M. Spano, being duly sworn, depose and say:  I am not a party to the action, am over 18 years of age and reside in Nassau County, New York.

    On October 11, 2018, I served the within **Ten (10) Day Notice of Lease Termination** by Certified Mail return receipt requested, depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person(s) at the last known address set forth after the name:

> KMART CORPORATION
>
> 3100 West Big Beaver Road
>
> Troy, Michigan 48084
>
> Tracking No.: 70173380000107442348

> KMART CORPORATION
>
> 333 Beverly Road
>
> Hoffman Estate, Illinois 60179
>
> Attn:  Divisional Vice President – Real Estate Department 824E
>
> Tracking No.: 70173380000107442331

Theresa M. Spano

Sworn to before me this
11th day of October, 2018

Notary Public

MAURA EDNIE
NOTARY PUBLIC, State of New York
No. 01ED4971404
Qualified in Nassau County
Commission Expires September 4, 20 2 2

FF 7798499.1

## CERTIFIED MAIL RETURN RECEIPT

| TO: | KMART CORPORATION<br>333 Beverly Road<br>Hoffman Estate, Illinois 60179<br>Attn: Divisional Vice President – Real Estate Department 824E | 10/11/18 |
|---|---|---|
| CLIENT | 20588/114 | |
| CERT # | 70173380000107442331 | |



2058P-114    Domestic Return Receipt

FF 7798207.1

## CERTIFIED MAIL RETURN RECEIPT

| TO: | KMART CORPORATION<br>3100 West Big Beaver Road<br>Troy, Michigan 48084 | 10/11/18 |
|---|---|---|
| CLIENT | 20588/114 | |
| CERT # | 70173380000107442348 | |

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage $

Total Postage and $

Sent To  KMART Corporation

Street and Apt. No.  3100 West Big Beaver Road

City, State, ZIP+4  Troy, MI 48084

20588 - 114
TMS

7017 3380 0001 0744 2348

PS Form 3800,        See Reverse for Instructions

FF\7798207.1



FARRELL FRITZ P.C.
ATTORNEYS

400 RXR Plaza
Uniondale, NY 11556-3826

7017 3380 0001 0744 2348

CERTIFIED MAIL

Hasler
10/11/2018
US POSTAGE $006.67°
ZIP 11556
011E11678542

KMART Corporation
3100 West Big Beaver Road
Troy, MI 48084

NIXIE        482    DE 1        0010/19/18
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 11556382600        *1302-00604-11-42
        11111111111111111111111111111111111111