YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rockefeller Center
1270 Avenue of the Americas, Suite 2210
New York, New York 10020
Tel: (212) 332-8840
Fax: (212) 332-8855
Pauline K. Morgan
Ryan M. Bartley
Travis G. Buchanan

*Counsel for the Debtors, Acting at the*
*Direction of the Restructuring Sub-Committee*

------------------------------------------------------------x
**In re:**                                                  :    **Chapter 11**
                                                            :
**SEARS HOLDINGS CORPORATION**, *et al.*,                   :    **Case No. 18-23538 (RDD)**
                                                            :
                    **Debtors.**[1]                         :    **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

**FIRST MONTHLY FEE STATEMENT OF**
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
**FOR COMPENSATION FOR SERVICES RENDERED**
**AND REIMBURSEMENT OF EXPENSES INCURRED**
**AS CONFLICTS COUNSEL FOR THE DEBTORS FOR THE PERIOD**
**FROM OCTOBER 15, 2018 THROUGH OCTOBER 31, 2018**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

01:23912214.1

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Conflicts Counsel for the Debtors |
| Date of Retention: | November 13, 2018, *nunc pro tunc* to October 15, 2018 |
| Period for which compensation and reimbursement is sought: | October 15, 2018 through October 31, 2018 |
| Monthly Fees Incurred: | $28,647.00 |
| 20% Holdback: | $5,729.40 |
| Total Compensation Less 20% Holdback: | $22,917.60 |
| Monthly Expenses Incurred: | $117.90 |
| Total Fees and Expenses Due: | $23,035.50 |

This is a: __X__ monthly _____ interim _____ final application

In accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 796] (the "Interim Compensation Order"),[2] Young Conaway Stargatt & Taylor, LLP ("Young Conaway") hereby submits this first monthly fee statement (the "Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as conflicts counsel to the Debtors for the period from October 15, 2018 through October 31, 2018 (the "Monthly Fee Period"). By this Monthly Fee Statement, Young Conaway seeks payment in the amount of $23,035.50 which is comprised of (i) $22,917.60, which represents eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Monthly Fee Period,

---

[2] Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

01:23912214.1

2

and (ii) reimbursement of $117.90, which represents one hundred percent (100%) of actual and necessary expenses incurred in connection with such services.

### Services Rendered and Expenses Incurred

1. Attached as <u>Exhibit A</u> is a summary of Young Conaway's professionals by individual, setting forth the (i) name, title, and department of each individual who provided services in connection with the Chapter 11 Cases during the Monthly Fee Period, (ii) aggregate hours spent by each individual, (iii) hourly billing rate for each such individual at Young Conaway's billing rates during the Monthly Fee Period, (iv) amount of fees earned by each Young Conaway professional, and (v) the number of years in practice for each attorney. The blended hourly billing rate of Young Conaway attorneys during the Monthly Fee Period is approximately $432.90. The blended hourly rate of paralegals and other non-legal staff during the Monthly Fee Period is approximately $285.00.

2. Attached as <u>Exhibit B</u> is a summary of the services rendered and compensation sought, by project category, for the Monthly Fee Period.

3. Attached as <u>Exhibit C</u> is a summary of expenses incurred and reimbursement sought, by expense type, for the Monthly Fee Period.

4. Attached as <u>Exhibit D</u> is itemized time detail of Young Conaway professionals for the Monthly Fee Period and summary materials related thereto. The description of the work done by counsel in the time detail may have been edited to protect the confidential and privileged nature of the work completed.

### Notice and Objection Procedures

Notice of this Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road,

01:23912214.1

Hoffman Estates, Illinois 60179 (Attn: Rob Riecker, Luke Valentino, Esq.); (ii) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 (Attn: Ray C. Schrock, P.C., Esq., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.); (iii) the U.S. Trustee, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Paul Schwartzberg, Esq., and Richard Morrissey, Esq.); (iv) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.), attorneys for the Official Committee of Unsecured Creditors; and (v) Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036 (Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq.), attorneys for Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **December 17, 2018** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

If no Objections to this Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

01:23912214.1

If an Objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the Objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an Objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: November 30, 2018

/s/ *Pauline K. Morgan*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1270 Avenue of the Americas, Suite 2201
New York, New York 10020
Tel: (212) 332-8840
Fax: (212) 332-8855
Pauline K. Morgan
Ryan M. Bartley
Travis Buchanan

*Counsel for the Debtors, Acting at the*
*Direction of the Restructuring Sub-Committee*

## Exhibit A

**Compensation by Professional**

# SUMMARY OF MONTHLY FEE STATEMENT OF YOUNG CONAWAY STARGATT & TAYLOR, LLP FOR SERVICES RENDERED FOR THE PERIOD FROM OCTOBER 15, 2018 THROUGH OCTOBER 31, 2018

| Name of Partners and Counsel | Title | Department | Years in Practice | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Pauline K. Morgan | Partner | Bankruptcy | 31 | 920.00 | 6.2 | 5,704.00 |
| Ryan M. Bartley | Partner | Bankruptcy | 11 | 565.00 | 5.1 | 2,881.50 |
| **Total Partners and Counsel:** | | | | | **11.3** | **8,585.50** |

| Name of Associate | Title | Department | Years in Practice | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Travis Buchanan | Associate | Bankruptcy | 7 | 460.00 | 23.60 | 10,856.00 |
| Jared W. Kochenash | Law Clerk | Bankruptcy | < 1 | 265.00 | 29.30 | 8,350.50 |
| **Total Associates/Law Clerks:** | | | | | **52.90** | **19,206.50** |

| Name of Paralegals and Other Non-Legal Staff | Title | Department | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|
| Brenda Walters | Paralegal | Bankruptcy | 285.00 | 3.0 | 855.00 |
| **Total Paralegals:** | | | | **3.0** | **855.00** |

| PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 759.78 | 11.30 | 8,585.50 |
| Associates/Law Clerks | 363.07 | 52.90 | 19,206.50 |
| Paralegals/Non-Legal Staff | 285.00 | 3.0 | 855.00 |
| Blended Attorney Rate | 432.90 | | |
| **Total Fees Incurred:** | | **67.20** | **28,647.00** |

01:23912214.1

## Exhibit B

**Compensation by Task Code**

## AGGREGATE TIME SUMMARY BY TASK CODE
## FOR THE PERIOD OCTOBER 15, 2018 THROUGH OCTOBER 31, 2018

| Project Category | Total Hours | Total Fees ($) |
|---|---:|---:|
| Case Administration (B001) | 5.90 | 3,586.50 |
| Court Hearings (B002) | 2.40 | 1,356.00 |
| Cash Collateral/DIP Financing (B003) | .90 | 764.50 |
| Claims Analysis, Objections and Resolutions (B007) | 11.30 | 5,198.00 |
| Retention of Professionals/Fee Issues (B017) | 46.70 | 17,742.00 |
| **TOTAL** | **67.2** | **28,647.00** |

01:23912214.1

## Exhibit C

**Expense Summary**

**AGGREGATE ITEMIZED DISBURSEMENTS**
**FOR THE PERIOD OCTOBER 15, 2018 THROUGH OCTOBER 31, 2018**

| Expenses Category | Total Expenses ($) |
|---|---:|
| Reproduction Charges | 35.40 |
| Teleconference / Video Conference | 79.00 |
| Docket Retrieval / Search | 3.50 |
| **TOTAL** | **117.90** |

01:23912214.1

Sears Holdings Corporation

Invoice Date: November 19, 2018
Invoice Number: 50000438
Matter Number: 072902.1003

## Cost Detail

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 10/16/18 | Reproduction Charges | 84.00 | 8.40 |
| 10/16/18 | Teleconference / Video Conference | 1.00 | 79.00 |
| 10/24/18 | Reproduction Charges | 52.00 | 5.20 |
| 10/25/18 | Reproduction Charges | 21.00 | 2.10 |
| 10/29/18 | Docket Retrieval / Search | 35.00 | 3.50 |
| 10/30/18 | Reproduction Charges | 169.00 | 16.90 |
| 10/31/18 | Reproduction Charges | 28.00 | 2.80 |
| | **Total** | | **$117.90** |

## Cost Summary

| Description | Amount |
|---|---:|
| Photocopy Charges | 35.40 |
| Teleconference / Video Conference | 79.00 |
| Docket Retrieval / Search | 3.50 |
| **Total** | **$117.90** |

## Exhibit D

## Time Detail

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

(302) 571-6600
(800) 253-2234 (DE ONLY)

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6707

Writer's E-Mail
pmorgan@ycst.com

Alan Carr, Director
Sears Holdings Corporation
333 Beverly Road
Hoffman Estates, IL 60178

Invoice Date:       November 19, 2018
Invoice Number:           50000438
Matter Number:           072902.1003

Re:  Debtor Representation

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 28,647.00 |
| Disbursements | $ | 117.90 |
| Total Due This Invoice | $ | 28,764.90 |

| | | | | | |
|---|---|---|---|---|---|
| Sears Holdings Corporation | | | Invoice Date: | | November 19, 2018 |
| | | | Invoice Number: | | 50000438 |
| | | | Matter Number: | | 072902.1003 |

**Time Detail**

| Date | Initials | Description | Task | Activity | Hours |
|---|---|---|---|---|---|
| 10/15/18 | BWALT | update docket | B001 | | 0.30 |
| 10/15/18 | BWALT | Telephone calls with P. Morgan (.1); update and circulate docket (.8); set up telephonic appearance for R. Bartley (.3); monitor docket (.2) | B001 | | 1.40 |
| 10/15/18 | PMORG | Review petition and certain first day pleadings (1.40); Review notice of hearing and calls with R. Bartley and B. Walters re: same (.10); Call with R. Bartley re: results of hearing (.40) | B001 | | 1.90 |
| 10/15/18 | PMORG | Prepare Correspondence to K. Cornish re: representation, next steps | B001 | | 0.40 |
| 10/16/18 | BWALT | Check docket | B001 | | 0.10 |
| 10/16/18 | PMORG | Review summary of related party transactions | B001 | | 0.30 |
| 10/19/18 | BWALT | Update and circulate docket, and hearing dates | B001 | | 0.30 |
| 10/19/18 | PMORG | Brief review of recently-filed pleadings | B001 | | 0.40 |
| 10/23/18 | BWALT | Update docket and email case management order to YCST team | B001 | | 0.80 |
| 10/15/18 | RBART | Attend (telephonically) portion of first day hearing (1.8); call with P. Morgan (.3) and meet with T. Buchanan (.3) re: status of engagement and mandate | B002 | | 2.40 |
| 10/30/18 | BWALT | Email from P. Morgan re: DIP order | B003 | | 0.10 |
| 10/30/18 | PMORG | Emails with T. Lii at Paul, Weiss re: required carve-out reporting under DIP Order (.10); Review same and Correspondence to YCST team re: same (.60) | B003 | | 0.70 |
| 10/31/18 | PMORG | Call and emails with T. Lii re: weekly carve-out reporting | B003 | | 0.10 |
| 10/15/18 | TBUCH | Research and draft summary of related party transactions | B007 | | 7.80 |
| 10/16/18 | TBUCH | Research and draft summary of related party transactions | B007 | | 3.50 |
| 10/15/18 | JKOCH | Discuss conflicts counsel retention application with T. Buchanan (.1) and draft conflicts counsel retention application (1.7) | B017 | | 1.80 |
| 10/16/18 | PMORG | Emails with R. Britton and call with R. Bartley re: engagement; Emails with Paul, Weiss team re: retention application interested parties list | B017 | | 0.20 |
| 10/22/18 | PMORG | Emails with T. Buchanan re: retention application | B017 | | 0.10 |
| 10/22/18 | TBUCH | Confer with P. Morgan, R. Bartley, and J. Kochenash re: YCST's retention application | B017 | | 0.20 |
| 10/23/18 | JKOCH | Draft conflicts counsel retention application | B017 | | 2.60 |

Sears Holdings Corporation  
Invoice Date: November 19, 2018  
Invoice Number: 50000438  
Matter Number: 072902.1003

| Date | Initials | Description | Task | Activity | Hours |
|---|---|---|---|---|---|
| 10/24/18 | JKOCH | Update retention application with connections (2.5); Discuss same with T. Buchanan (.30) | B017 | | 2.80 |
| 10/24/18 | TBUCH | Review draft of YCST retention application (.3); confer with J. Kochenash re: same (.3) | B017 | | 0.60 |
| 10/25/18 | JKOCH | Update retention application | B017 | | 0.70 |
| 10/25/18 | TBUCH | Review and revise application to retain Young Conaway | B017 | | 1.20 |
| 10/26/18 | TBUCH | Review and revise application to retain Young Conaway | B017 | | 1.00 |
| 10/28/18 | JKOCH | Revise and update retention application per T. Buchanan's comments | B017 | | 3.30 |
| 10/28/18 | TBUCH | Email correspondence with J. Kochenash re: application to retain Young Conaway | B017 | | 0.10 |
| 10/29/18 | JKOCH | Revise retention application per R. Bartley's and T. Buchanan's comments | B017 | | 2.10 |
| 10/29/18 | JKOCH | Revise and update retention application per T. Buchanan's comments | B017 | | 1.20 |
| 10/29/18 | PMORG | Call with T. Li re: retention application (.1); call and emails with T. Buchanan re: same (.2); Conference with R. Bartley re: same (.2) | B017 | | 0.50 |
| 10/29/18 | RBART | Review and comment on YCST retention application (1.3); discuss same with J. Kochenash (.1); discuss same and status of engagement with P. Morgan (.2) | B017 | | 1.60 |
| 10/29/18 | TBUCH | Review and revise YCST retention application (1.3); confer with J. Kochenash re: same (.1); review parties in interest for disclosure re: same (1.1) | B017 | | 2.50 |
| 10/30/18 | JKOCH | Continue to review connections in order to update retention application and update same | B017 | | 7.40 |
| 10/30/18 | PMORG | Calls (2) with T. Lii re: filing/serving retention application (.20); Emails and conferences with YCST team re: same (.70); Follow-up emails with T. Lii re: same (.30); Review draft retention order and Transier declaration (.40) | B017 | | 1.60 |
| 10/30/18 | RBART | Discussions with P. Morgan and J. Kochenash re: retention application and review follow up correspondence re: same with YCST team | B017 | | 0.30 |
| 10/30/18 | TBUCH | Confer with J. Kochenash re: YCST retention application (.2); review and revise same (1.1); review disclosures (2.6) | B017 | | 3.90 |
| 10/31/18 | JKOCH | Prepare and incorporate disclosures into retention application | B017 | | 3.20 |
| 10/31/18 | JKOCH | Review in connections order to update retention application | B017 | | 2.40 |
| 10/31/18 | JKOCH | Discuss disclosures with T. Buchanan | B017 | | 0.60 |

Sears Holdings Corporation

Invoice Date: November 19, 2018  
Invoice Number: 50000438  
Matter Number: 072902.1003

| Date | Initials | Description | Task | Activity | Hours |
|---|---|---|---|---|---|
| 10/31/18 | JKOCH | Update retention application with P. Morgan's edits | B017 | | 0.90 |
| 10/31/18 | JKOCH | Discuss retention application with P. Morgan and T. Buchanan (.2); follow up with T. Buchanan re: same (.1) | B017 | | 0.30 |
| 10/31/18 | RBART | Review materials for connections disclosures in retention application and call with P. Morgan re: status of retention application and retention hearing | B017 | | 0.30 |
| 10/31/18 | RBART | Calls with P. Morgan re: retention application | B017 | | 0.50 |
| 10/31/18 | TBUCH | Confer with J. Kochenash re: YCST retention application (.6); confer with P. Morgan, J. Kochenash re: same (.1); review parties in interest and revise application (2.1) | B017 | | 2.80 |
| | | | Total | 67.20 | $28,647.00 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BWALT | Brenda Walters | Paralegal | 3.00 | 285.00 | 855.00 |
| JKOCH | Jared W. Kochenash | Associate | 29.30 | 285.00 | 8,350.50 |
| PMORG | Pauline K. Morgan | Partner | 6.20 | 920.00 | 5,704.00 |
| RBART | Ryan M. Bartley | Partner | 5.10 | 565.00 | 2,881.50 |
| TBUCH | Travis G. Buchanan | Associate | 23.60 | 460.00 | 10,856.00 |
| **Total** | | | **67.20** | | **$28,647.00** |

Sears Holdings Corporation  
Invoice Date: November 19, 2018  
Invoice Number: 50000438  
Matter Number: 072902.1003

## Task Summary

### Task Code: B001 — Case Administration

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Pauline K. Morgan | Partner | 3.00 | 920.00 | 2,760.00 |
| Brenda Walters | Paralegal | 2.90 | 285.00 | 826.50 |
| **Total** | | **5.90** | | **3,586.50** |

### Task Code: B002 — Court Hearings

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Ryan M. Bartley | Partner | 2.40 | 565.00 | 1,356.00 |
| **Total** | | **2.40** | | **1,356.00** |

### Task Code: B003 — Cash Collateral/DIP Financing

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Pauline K. Morgan | Partner | 0.80 | 920.00 | 736.00 |
| Brenda Walters | Paralegal | 0.10 | 285.00 | 28.50 |
| **Total** | | **0.90** | | **764.50** |

### Task Code: B007 — Claims Analysis, Objections and Resolutions

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Travis G. Buchanan | Associate | 11.30 | 460.00 | 5,198.00 |
| **Total** | | **11.30** | | **5,198.00** |

### Task Code: B017 — Retention of Professionals/Fee Issues

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Pauline K. Morgan | Partner | 2.40 | 920.00 | 2,208.00 |
| Ryan M. Bartley | Partner | 2.70 | 565.00 | 1,525.50 |
| Jared W. Kochenash | Associate | 29.30 | 285.00 | 8,350.50 |
| Travis G. Buchanan | Associate | 12.30 | 460.00 | 5,658.00 |
| **Total** | | **46.70** | | **17,742.00** |