**In re Sears Holdings Corp.**
Week Cash Flow Forecast - Revised 13 Week DIP Model
($ in Millions)

| FISCAL MONTH | FY18 P10 | | FY18 P11 | | | | | FY18 P12 | | | | FY19 P1 | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Forecast / Actual* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *13 Weeks* |
| Week Ending | 11/24/18 | 12/1/18 | 12/8/18 | 12/15/18 | 12/22/18 | 12/29/18 | 1/5/19 | 1/12/19 | 1/19/19 | 1/26/19 | 2/2/19 | 2/9/19 | 2/16/19 | Through |
| Fiscal Week | Week 42 | Week 43 | Week 44 | Week 45 | Week 46 | Week 47 | Week 48 | Week 49 | Week 50 | Week 51 | Week 52 | Week 01 | Week 02 | 2/16/19 |
| *Post-Petition Week* | *Week 6* | *Week 7* | *Week 8* | *Week 9* | *Week 10* | *Week 11* | *Week 12* | *Week 13* | *Week 14* | *Week 15* | *Week 16* | *Week 17* | *Week 18* | |
| **Forecast Week** | Week 42 | Week 43 | Week 44 | Week 45 | Week 46 | Week 47 | Week 48 | Week 49 | Week 50 | Week 51 | Week 52 | Week 01 | Week 02 | **Total** |
| **I. OPERATING CASH FLOW** | | | | | | | | | | | | | | |
| **Total Operating Receipts** | $180 | $286 | $184 | $200 | $193 | $215 | $259 | $171 | $135 | $121 | $118 | $106 | $105 | $2,273 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Merchandise Vendors | (119) | (91) | (85) | (95) | (85) | (51) | (53) | (62) | (58) | (56) | (57) | (61) | (62) | (935) |
| Payroll, Taxes, and Benefits | (30) | (68) | (38) | (60) | (32) | (58) | (31) | (40) | (27) | (25) | (41) | (29) | (36) | (514) |
| Occupancy[1] | (1) | (1) | (27) | (10) | (1) | (1) | (1) | (30) | (1) | (1) | (1) | (18) | (16) | (111) |
| Other Operating Disbursements | (65) | (83) | (87) | (64) | (76) | (76) | (72) | (74) | (60) | (71) | (55) | (60) | (50) | (893) |
| **Total Operating Disbursements** | (215) | (243) | (237) | (228) | (194) | (185) | (157) | (206) | (146) | (153) | (155) | (168) | (164) | (2,453) |
| **Total Operating Cash Flow** | ($35) | $42 | ($53) | ($29) | ($1) | $29 | $102 | ($34) | ($11) | ($32) | ($36) | ($62) | ($59) | ($180) |
| **II. NON-OPERATING CASH FLOWS** | | | | | | | | | | | | | | |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | |
| Capex | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (13) |
| Interest and Financing Fees[2] | (4) | (8) | (7) | (7) | (7) | (4) | (5) | (9) | (5) | (5) | (5) | (5) | (5) | (76) |
| **Total Non-Operating Disbursements** | (5) | (9) | (8) | (8) | (8) | (5) | (6) | (10) | (6) | (6) | (6) | (6) | (6) | (89) |
| **Total Business Cash Flow** | ($40) | $33 | ($61) | ($37) | ($9) | $24 | $96 | ($44) | ($17) | ($38) | ($42) | ($68) | ($65) | ($269) |
| **Total Other Non-Operating Disbursements** | (22) | (21) | (31) | (13) | (16) | (13) | (19) | (5) | (7) | (0) | (19) | 0 | 0 | (166) |
| **Net Cash Flow Before Financing** | ($62) | $12 | ($92) | ($50) | ($25) | $11 | $78 | ($49) | ($24) | ($38) | ($62) | ($68) | ($65) | ($434) |
| **III. LIQUIDITY** | | | | | | | | | | | | | | |
| **Beginning Cash Balance** | $224 | $161 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $224 |
| Net Cash Flows Before Financing | (62) | 12 | (92) | (50) | (25) | 11 | 78 | (49) | (24) | (38) | (62) | (68) | (65) | (434) |
| Financing Cash Flow | 0 | (173) | 92 | 50 | 25 | (11) | (78) | 49 | 24 | 38 | 62 | 68 | 65 | 211 |
| **Ending Cash Balance** | $161 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Outstanding 1L - Beginning[3]** | 1,543 | 1,543 | 1,295 | 1,311 | 1,261 | 1,187 | 1,176 | 1,098 | 1,147 | 1,144 | 1,128 | 1,151 | 1,166 | $1,543 |
| Financing Cash Flow | 0 | (173) | 92 | 50 | 25 | (11) | (78) | 49 | 24 | 38 | 62 | 68 | 65 | 211 |
| Jr. DIP (Draws) | 0 | (75) | (75) | (100) | (100) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (350) |
| Buyer Financing (Draws)[4] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (27) | (54) | (39) | (52) | (67) | (239) |
| **Total Outstanding 1L - Ending[3]** | $1,543 | $1,295 | $1,311 | $1,261 | $1,187 | $1,176 | $1,098 | $1,147 | $1,144 | $1,128 | $1,151 | $1,166 | $1,165 | $1,165 |
| Junior DIP Balance | $0 | $75 | $150 | $250 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | |
| Buyer Financing Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $27 | $81 | $120 | $172 | $239 | |
| **Total Outstanding 1L - Ending[3]** | $1,543 | $1,295 | $1,311 | $1,261 | $1,187 | $1,176 | $1,098 | $1,147 | $1,144 | $1,128 | $1,151 | $1,166 | $1,165 | |
| Line Cap[5] | $1,577 | $1,471 | $1,429 | $1,384 | $1,350 | $1,328 | $1,277 | $1,157 | $1,144 | $1,128 | $1,151 | $1,166 | $1,165 | |
| Ending Cash Balance | $161 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Net Availability | 34 | 176 | 118 | 123 | 163 | 152 | 180 | 10 | 0 | 0 | 0 | 0 | 0 | |
| **Total Liquidity (Cash plus Availability)** | $195 | $176 | $118 | $123 | $163 | $152 | $180 | $10 | $0 | $0 | $0 | $0 | $0 | |

**Footnotes**
1. Excludes rent on rejected leases
2. Includes Interest on 1L and Cascade Loans and Financing Fees on Senior and Junior DIP facilities
3. Includes Sr. DIP Term Loan, Sr. DIP Revolver, Term Loan, Revolving Credit Facility, and Normal Course LC. All pre-petition 1L balances will be repaid with available cash immedtaiely following the final order on 11/27.
4. Assumed loan that bridges the Company's net availability needs through the close of going concern sale
5. Adjusted Borrowing Base calculated using Revised Formula