## Schedule 1

### Schedule of Rejected Leases

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS | LEASE EXPIRATION DATE | ESTIMATED REJECTION DATE |
|---|---|---|---|---|---|---|
| 1040 | GGP Limited Partnership dba Oakwood Hills Mall LLC Attn: Law/Lease Administration Department 350 N. Orleans Street, Suite 300 Chicago, IL 60654-1607 | | Sears, Roebuck and Co. | 4720 Golf Rd Eau Claire, WI 54701-8022 | 9/24/2046 | 11/30/2018 |
| 3459 | Pals-Mals Venture c/o Levco Management, LLC One Wayne Hills Mall Wayne, NJ 07470-3228 | | Kmart Corporation | Route 440 At Kellogg St Jersey City, NJ 07305-4896 | 11/30/2019 | 10/15/2018 |
| 4939 | Cafaro Ross Partnership c/o The Cafaro Company Attn: Legal Department 5577 Youngstown-Warren Road Niles, OH 44446 | | Kmart Corporation | 2100 Niles Cortland Rd Se Warren, OH 44484-3040 | 6/30/2020 | 10/15/2018 |
| 7341 | SUSO 4 Ocean LP c/o Lippes Mathias Wexler Friedman LLP 50 Fountain Plaza Suite 1700 Buffalo, NY 14202-2216 | | Kmart Corporation | 102 Emily Drive Clarksburg, WV 26301-5501 | 9/30/2020 | 10/15/2018 |
| 7388 | Moorhead Investing Co. Attn: Todd S. Klumok, President P.O. Box 8010 Atlanta, GA 31106 | | Sears, Roebuck and Co. | 2500 Airport Thruway Columbus, GA 31904 | 10/31/2020 | 10/24/2018 |
| 7683 | David M Peters, Charles A Kekumanoc/o Queen Liluokalani Trust , Trustees Of The Liliuokalani Trust 1100 Alakea St Suite 1100 Honolulu, HI 96813 | | Kmart Corporation | 74-5465 Kamaka/Ehu Ave Kailua-Kona, HI 96740-1648 | 11/16/2019 | 10/15/2018 |