**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: ) | | Case No. 18-23538-RDD |
| ) | | |
| **SEARS HOLDINGS** | | |
| **CORPORATION,** *et.al*. ) | | Chapter 11 |
| Debtors, ) | | |
| | | **(Jointly Administered)** |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Stan D. Smith to be admitted *pro hac vice* to represent Acxiom LLC, as successor in interest of Acxiom Corporation (the "Client") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Arkansas, it is hereby,

**ORDERED** that Stan D. Smith, Esq. is admitted to practice *pro hac vice* in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York provided that the filing fee has been paid.

Dated: November 30, 2018
      White Plains, New York                        /s/Robert D. Drain
                                                                          Honorable Robert D. Drain
                                                                          United States Bankruptcy Judge

6553377.1