**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | **Case Number 18 18-23538 (RDD)** |
| **Sears Holdings Corporation,** *et al.***,** | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Thomas A. Zimmerman, Jr. to be admitted *pro hac vice*, to represent Mario Aliano (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and the bar of the U.S. District Court for the Northern District of Illinois, the Seventh Circuit Court of Appeals, and the U.S. Supreme Court, it is hereby

**ORDERED**, that Thomas A. Zimmerman, Jr., Esq., is admitted to practice *pro hac vice*, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  White Plains, New York
         November 30, 2018

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE