**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                              :
   In re                                  :    Chapter 11
                                              :
SEARS HOLDINGS CORPORATION                    :
*et al.*,                                     :    Case No. 18-23538 (RDD)
                                              :
        Debtors[1]              :    (Jointly Administered)
                                              :
------------------------------------------------------------x

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Upon the motion of Caleb T. Holzaepfel to be admitted, ***pro hac vice***, to represent CBL & Associates Management, Inc. in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Tennessee, and licensed to practice before the United States District Courts for the Eastern, Middle, and Western Districts of Tennessee and the United States Bankruptcy Courts for the Eastern and Middle Districts of Tennessee; it is hereby

**ORDERED**, that Caleb T. Holzaepfel is admitted to practice *pro hac vice* in the above

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

referenced cases to represent CBL & Associates Management, Inc. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  November 30, 2018  /s/Robert D. Drain
       White Plains, New York  ROBERT D. DRAIN
                                      UNITED STATES BANKRUPTCY JUDGE