**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re: Sears Holdings Corporation, et al.                    Case No.: 18-23538(rdd)

                                                                   Chapter 11

                                 Debtors

                                                           (Jointly Administered)

-------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of William J. Levant to be admitted, ***pro hac vice***, to represent Mac Dade Mall Associates, L.P. (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the Commonwealth of Pennsylvania and the State of New Jersey, the bar of the U.S. District Court for the District of New Jersey, and the Eastern, Middle and Western Districts of Pennsylvania, and the Third U.S. Circuit Court of Appeals, it is hereby

**ORDERED,** that William J. Levant, Esq., is admitted to practice, ***pro hac vice,*** in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
        November 30, 2018

                                                      /s/Robert D. Drain
                                                      UNITED STATES BANKRUPTCY JUDGE