## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SEARS, ROEBUCK AND CO. | § | NO. 18-23538-rdd |
| | § | NO. 18-23537-rdd |
| DEBTOR. | § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Judith Deeds and David Deeds ("Movers") have filed a Motion for Limited Relief from Stay (Document 697).

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Motion will be held on December 20, 2018, at 10:00 a.m., before the Honorable Judge Robert D. Drain, 300 Quarropas Street, White Plains, New York, 10601-4140.

          Respectfully submitted,

          **COATS ROSE, P.C**.

          By: */s/ Dwight E. Jefferson*
              State Bar No. 10605600
              djefferson@coatsrose.com
              9 Greenway Plaza, Suite 1000
              Houston, Texas 77046-0307
              Telephone:   (713) 651-0111
              Facsimile:    (713) 651-0220

          **ATTORNEYS FOR MOVERS,**
          **JUDITH DEEDS AND DAVID DEEDS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served upon counsel for all parties to this proceeding through the court's electronic filing system on November 30, 2018.

*/s/ Dwight E. Jefferson*