**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re:                                              :      Chapter 11
                                                    :
**SEARS HOLDINGS CORPORATION**, *et al.*,           :      Case No. 18-23538 (RDD)
                                                    :
Debtors.[1]                                         :      (Jointly Administered)
                                                    :
-------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 29, 2018, I electronically filed the *Motion to Vacate Order Granting Debtors' Motion for Authority to Extend the Time to Assume or Reject Unexpired Lease Agreement* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants.

I certify that on November 30, 2018, I caused a true and correct copy of the *Motion to Vacate Order Granting Debtors' Motion for Authority to Extend the Time to Assume or Reject Unexpired Lease Agreement* and caused it to be served by a third party court authorized noticing provider BK Attorney Services to be served via First Class Mail to the parties on the annexed **Exhibit A.** The Declaration of Service is attached as **Exhibit B.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC(6546); Sears Operations LLC(4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

I further certify that on November 30, 2018, I caused a true and correct copy of the *Motion to Vacate Order Granting Debtors' Motion for Authority to Extend the Time to Assume or Reject Unexpired Lease Agreement* to be served via email on the parties listed on the annexed **Exhibit C,** pursuant to the *Amended [] Case Management Order* (Docket No. 405, p. 12-13, ¶ 32).

| | |
|---|---|
| Respectfully submitted.<br>Orlando, Florida<br>Dated: November 30, 2018. | **Ferraiuoli** LLC<br>390 N.Orange Avenue<br>Suite 2300<br>Orlando, Florida 32801<br>Phone: (407) 982-7310<br>Fax: (787) 766-7001<br><br>*/s/ Sonia E. Colon Colon*<br>By: Sonia E. Colón Colón<br>Admitted *Pro Hac Vice*<br>USDC-PR No. 213809<br>scolon@ferraiuoli.com<br><br>Attorneys for Creditor<br>*Santa Rosa Mall, LLC* |