**Exhibit A**

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|
| Chambers of the Honorable Judge Robert D. Drain | U.S. Bankruptcy Court for the Southern District of New York | 300 Quarropas Street | Room 248 | White Plains | NY | 10601 |
| the Debtors, c/o Sears Holdings Corporation | Attn: Stephen Sitley Esq., and Luke J. Valentino, Esq | 3333 Beverly Road | Hoffman Estates | | IL | 60179 |
| Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garret A. Fail, Esq., and Sunny Singh, Esq | 767 Fifth Avenue | | New York | NY | 10153 |
| the Office of the United States Trustee for Region 2 (the "U.S. Trustee") | Attn: Paul Schwartzberg, Esq | 201 Varick Street | Suite 1006 | New York | NY | 10014 |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq | 4 Times Square | | New York | NY | 10036 |
| Davis Polk & Wardell LLP | Attn: Marshall S. Huebner, Esq. and Eli J. Vonnegut, Esq | 450 Lexington Avenue | | New York | NY | 10017 |
| Cleary, Gottlieb | Attn: Sean A. O'Neal, Esq. | One Liberty Plaza | | New York | NY | 10006 |
| Kelley Drye & Warren LLP | Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., and T. Charlie Liu, Esq. | 101 Park Avenue | | New York | NY | 10178 |
| Seyfarth Shaw LLP | Attn: Edward M. Fox, Esq. | 620 Eighth Avenue | | New York | NY | 10018 |
| Carter Ledyard & Milburn LLP | (Attn: James Gadsden, Esq. | 2 Wall Street | | New York | NY | 10015 |
| Locke Lord LLP | Attn: Brian Raynor, Esq | 111 South Wacker Drive | | Chicago | IL | 60606 |
| Akin Gump Strauss Hauer & Feld LLP | Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq. | One Bryant Park | | New York | NY | 10036 |