**Exhibit B**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:  Sears Holdings Corporation, et. al. | CASE NO: 18-bk-23538 |
| | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE** |
| | Chapter: 11<br>ECF Docket Reference No. 937<br>Judge: Judge Robert D. Drain |

On 11/30/2018, I did cause a copy of the following documents, described below,

Motion to Vacate Order Granting Debtors' Motion for Authority to Extend the Time to Assume or Reject Unexpired Lease Agreement  ECF Docket Reference No. 937

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/30/2018

/s/ Sonia E. Colon
Sonia E. Colon  0050475
Pro Hac Vice Pending
Ferraiuoli, LLC
390 N Orange Ave
Orlando, FL  32801
407 982 7310

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

IN RE:  Sears Holdings Corporation, et. al.

CASE NO: 18-bk-23538

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 937
Judge: Judge Robert D. Drain

On 11/30/2018, a copy of the following documents, described below,

Motion to Vacate Order Granting Debtors' Motion for Authority to Extend the Time to Assume or Reject Unexpired Lease Agreement
ECF Docket Reference No. 937

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/30/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Sonia E. Colon
Ferraiuoli, LLC
390 N Orange Ave
Orlando, FL  32801

PARTIES DESIGNATED AS "FACSIMILE" WERE NOT SERVED VIA U.S. POSTAL CLASS SERVICE
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CHAMBERS OF THE HONORABLE JUDGE ROBERT
D DRAIN
US BANKRUPTCY COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK
300 QUARROPAS STREET
ROOM 248
WHITE PLAINS NY 10601

THE DEBTORS CO SEARS HOLDINGS
CORPORATION
ATTN STEPHEN SITLEY ESQ AND LUKE J
VALENTINO ESQ
3333 BEVERLY ROAD
HOFFMAN ESTATES
IL 60179

WEIL GOTSHAL  MANGES LLP
ATTN RAY C SCHROCK PC JACQUELINE
MARCUS ESQ GARRET A FAIL ESQ AND SUNNY
SINGH ESQ
767 FIFTH AVENUE
NEW YORK NY 10153

THE OFFICE OF THE UNITED STATES
TRUSTEE FOR REGION 2 THE US TRUSTEE
ATTN PAUL SCHWARTZBERG ESQ
201 VARICK STREET
SUITE 1006
NEW YORK NY 10014

SKADDEN ARPS SLATE MEAGHER  FLOM LLP
ATTN PAUL D LEAKE ESQ SHANA A ELBERG
ESQ AND GEORGE R HOWARD ESQ
4 TIMES SQUARE
NEW YORK NY 10036

DAVIS POLK  WARDELL LLP
ATTN MARSHALL S HUEBNER ESQ AND ELI J
VONNEGUT ESQ
450 LEXINGTON AVENUE
NEW YORK NY 10017

CLEARY GOTTLIEB
ATTN SEAN A ONEAL ESQ
ONE LIBERTY PLAZA
NEW YORK NY 10006

KELLEY DRYE  WARREN LLP
ATTN ERIC R WILSON ESQ BENJAMIN D
FEDER ESQ AND T CHARLIE LIU ESQ
101 PARK AVENUE
NEW YORK NY 10178

SEYFARTH SHAW LLP
ATTN EDWARD M FOX ESQ
620 EIGHTH AVENUE
NEW YORK NY 10018

CARTER LEDYARD  MILBURN LLP
ATTN JAMES GADSDEN ESQ
2 WALL STREET
NEW YORK NY 10015

LOCKE LORD LLP
ATTN BRIAN RAYNOR ESQ
111 SOUTH WACKER DRIVE
CHICAGO IL 60606

AKIN GUMP STRAUSS HAUER  FELD LLP
ATTN PHILIP C DUBLIN ESQ IRA DIZENGOFF
ESQ AND SARA LYNNE BRAUNER ESQ
ONE BRYANT PARK
NEW YORK NY 10036