DELBELLO DONNELLAN WEINGARTEN           *Hearing Date: December 20, 2018*
WISE & WIEDERKEHR, LLP                  *Hearing Time: 10:00 a.m.*
*Counsel for Greenhorn Ventures LLC*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200
Dawn Kirby, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                    :          Chapter 11
                                         :
SEARS HOLDINGS CORPORATION, *et al.*,    :          Case No. 18-23538 (RDD)
                                         :
                                         :          (Jointly Administered)
                    Debtors.             :
------------------------------------------------------------x

**NOTICE OF MOTION OF GREENHORN VENTURES LLC FOR ORDER (I)
COMPELLING THE DEBTOR TO REJECT A NONRESIDENTIAL REAL PROPERTY
LEASE PURSUANT TO 11 U.S.C. § 365(d)(2); OR IN THE ALTERNATIVE (II)
ESTABLISHING A DEADLINE BY WHICH THE DEBTOR MUST ASSUME AND
CURE ALL DEFAULTS OR REJECT THE LEASE; AND (III) MODIFYING THE
AUTOMATIC STAY TO PERMIT GREENHORN VENTURES LLC TO PURSUE ITS
RIGHTS, INCLUDING THOSE RELATED TO THE DEBTOR'S CONTINUING
DEFAULTS UNDER THE LEASE PURSUANT TO 11 U.S.C. §362(d)(1)**

**PLEASE TAKE NOTICE**, that upon the annexed motion (the "Motion") of Greenhorn

Ventures LLC (the "Movant"),  by its attorneys DelBello, Donnellan, Weingarten, Wise &

Wiederkehr, LLP, the undersigned will move this Court, before the Honorable Robert D. Drain,

United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street,

White Plains New York 10601 on the 20th day of December, 2018 at 10:00 a.m., or as soon

thereafter as counsel may be heard for the entry of the proposed (I) Compelling Debtor to Reject

Real Property Lease Pursuant to 11 U.S.C. § 365(d)(2); or in the alternative (II) Establishing a

Deadline By Which the Debtor Must Assume and Cure all Defaults Under the Lease or Reject

the Lease; and (III) Modifying the Automatic Stay to Permit Greenhorn Ventures LLC to Pursue

its Rights, Including Those Related to the Debtor's Continuing Defaults Under the Lease

pursuant to 11 U.S.C. §362(d)(1), together with such other and further relief as is just, proper and

equitable under the circumstances (the "Motion").

PLEASE TAKE NOTICE, that objections to the relief requested in the Motion must be

in writing, stating with specificity the basis or bases on which such party in interest objects to the

within Motion, filed with the Bankruptcy Court at the Court's website www.nysb.uscourts.gov

(Password and Login Required) and must be served upon DelBello, Donnellan, Weingarten, Wise

& Wiederkehr, LLP, One North Lexington Avenue, White Plains, New York 10601, Attn: Dawn

Kirby, Esq., so as to be filed and served no later than seven (7) days prior to the hearing date.

Dated:  White Plains, New York
        November 30, 2018

DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Counsel for the Debtor*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200


By: */s/ Dawn Kirby*
        Dawn Kirby