



# PART OF THE NW 1/4 OF SECTION 14, T. 10 S., R. 17 E.B.M.
## TWIN FALLS COUNTY, IDAHO

## ALTA / ACSM LAND TITLE SURVEY
### Greenhorn Ventures LLC
SEC. 7, T.3 N, R. 1 E.B.M.
ADA COUNTY, IDAHO

## PROPERTY DESCRIPTION AS PROVIDED IN:
Exhibit 'A'

### Parcel 1:
Township 10 South, Range 17 East, Boise Meridian, Twin Falls County, Idaho
Section 14: A parcel of land in the Northwest Quarter Northwest Quarter more particularly described as follows:

Commencing at the Northwest corner of said Section 14; thence due East 200 feet along the Northerly boundary of said Northwest Quarter of Section 14 to the Real Point of Beginning; thence continuing due East for 332.53 feet along the Northerly boundary of said Northwest Quarter of Section 14 to a point that lies due West 274.71 feet from the Northeast corner of said Northwest Quarter Northwest Quarter; thence South 0°03'28" East for 666.22 feet; thence South 89°56'32" West for 518.20 feet; thence North 1°19'22" West for 451.92 feet along the Westerly boundary of said Northwest Quarter of Section 14; thence due East for 200.00 feet; thence North 1°19'22" West for 215.00 feet to the Real Point of Beginning.

Except the North 40 feet and the West 25 feet thereof.

### Parcel 2:
Township 10 South, Range 17 East, Boise Meridian, Twin Falls County, Idaho
Section 14: A parcel of land located in the Northwest Quarter Northwest Quarter, particularly as follows:

Beginning at the Northwest corner of said Section 14; thence North 90°00'00" East a distance of 533.01 feet along the Northerly boundary of said Northwest Quarter Northwest Quarter to the True Point of Beginning; thence North 90°00'00" East a distance of 114.67 feet along the Northerly boundary of said Northwest Quarter Northwest Quarter; thence South 0°04'95" East a distance of 666.40 feet to the Southerly boundary of said Northwest Quarter Northwest Quarter; thence South 89°56'42" West a distance of 114.67 feet along the Southerly boundary of said Northwest Quarter Northwest Quarter; thence North 0°04'95" West a distance of 666.95 feet to the True Point of Beginning.

Except the North 40 feet thereof.

## COMBINED DESCRIPTION:
Township 10 South, Range 17 East of the Boise Meridian, Twin Falls County, Idaho
Section 14: A parcel of land in the Northwest Quarter Northwest Quarter more particularly described as follows:

Commencing at the Northwest corner of said Section 14, thence N 90°00'00" E 200.00 feet along the Northerly boundary of said Northwest Quarter of Section 14; Thence S 01°20'00" E 40.00 feet to a point on the Southerly Right of Way of Addison Ave. and the Point of Beginning; Thence N 90°00'00" E 446.90 feet along said Southerly Right of Way; Thence S 01°4'39" E 625.68 feet to a point on the South line of the NW1/4NW1/4 of said Section 14; Thence along said south line S89°56'31" West for 608.15 feet along said South line to a point on the Easterly Right of Way of Eastland Drive; thence N 01°20'07" E for 451.68 feet along said East Right of way on a line that is Parallel to and 25.00 feet East of the West line of said Section 14; thence N 90°00'00" E 175.00 feet, thence N 01°20'07" W 175.00 feet to the Point of Beginning.

Parcel contains 8.14 acres more or less.

## SURVEYORS NOTES:
THE PROPERTY SHOWN ON THE ATTACHED SURVEY MAP IS THE SAME PROPERTY AS DESCRIBED IN THE PROVIDED DESCRIPTION ABOVE.

## SURVEYORS CERTIFICATE
To (Greenhorn Ventures LLC, an Idaho Limited Liability Company), (Alliance Title & Escrow Corp):

This is to certify that this map or plat and the survey on which it is based were made in accordance with the 2016 Minimum Standard Detail Requirements for ALTA/NSPS Land Title Surveys, jointly established and adopted by ALTA and NSPS, and includes Items 1, 2, 3, 4, 5, 6, 7(a), 7(b)(1), 7(c), 8, 9, 10(a), 11, 13, 14, 16, 17, and 19 of Table A thereof. The fieldwork was completed on 9/4/2018.

CHRIS G STREET PLS 12224
DATE OF MAP 9/17/2018

## TABLE A-OPTIONAL SURVEY RESPONSIBILITIES AND SPECIFICATIONS

1. MONUMENTS WERE PLACED OR FOUND FROM THIS SURVEY. SEE LEGEND FOR DESCRIPTION AND TYPE SHOWN HEREON.

2. ADDRESS PER SUPPLIED TITLE COMMITMENT:
2258 ADDISON AVENUE, TWIN FALLS, ID 83303

3. FLOOD ZONE CLASSIFICATION IS MOSTLY ZONE X (AREAS OF MINIMAL FLOOD HAZARD) AND A PORTION IN ZONE A ALONG STREET, PER COMMUNITY PANEL NO. 16083C0137PC AND 16083C0187C WITH EFFECTIVE DATES OF 9/26/2008.
https://s4.nrcs.fema.gov/arcgis/rest/directories/arcgisjobs/nfhl_print/nfhlprinttool2_greenver/6d61586a2ed5ab3f931faccfec28d2a03seratvh/RMETTE_8a6cb580-b2a7-11e8-8dba-001b21bbe866.pdf

4. GROSS LAND AREA:
TOTAL = 8.14 ACRES    PARCEL 1: 6.49 ACRES, PARCEL 2: 1.65 ACRES

5. VERTICAL RELIEF SHOWN BY 1 FOOT CONTOUR INTERVALS ARE BASED ON NAV088 DATUM.

6. NO ZONING REPORT OR LETTER WAS PROVIDED TO THE SURVEYOR

7a. EXTERIOR DIMENSIONS OF BUILDINGS AT GROUND LEVEL ARE SHOWN ON MAP.
7b. SQUARE FOOTAGE OF EXTERIOR FOOTPRINT OF BUILDINGS AT GROUND LEVEL ARE LABELED ON MAP
7c. MEASURED HEIGHT OF BUILDINGS ABOVE GROUND LEVEL ARE SHOWN ON MAP

8. SUBSTANTIAL FEATURES INCLUDE: BUILDINGS, PARKING, CONCRETE, FENCES   ALL OBSERVED FEATURES ARE PLOTTED

9. EXISTING PARKING SPACES:   TOTAL NUMBER OF SPACES = 385
NUMBER OF HANDICAP SPACES = 13
NUMBER OF NEW AND EXPECTANT MOTHERS SPACES = 1

10. BUILDING WALLS BETWEEN K-MART AND GROCERY OUTLET ARE SHOWN IN RELATION TO THE PROPERTY LINE.
NW GROCERY OUTLET BUILDING CORNER IS 1.77' EAST OF PROPERTY LINE
NE KMART BUILDING CORNER IS 1.77' EAST OF PROPERTY LINE
SE KMART BUILDING CORNER IS 0.26' WEST OF PROPERTY LINE
SW GROCERY OUTLET BUILDING CORNER IS 1.26' EAST OF PROPERTY LINE

11. LOCATION OF EXISTING UTILITIES WERE LOCATED BY OBSERVED EVIDENCE ABOVE GROUND, AND UTILITY LOCATION SERVICES BY MAGIC VALLEY PRIVATE UTILITY LOCATES. INVOICE # 2018-4

13. NAMES OF ADJOINING OWNERS ACCORDING TO CITY/COUNTY GIS PARCEL MAP ARE PRINTED ON MAP.

14. THE NEAREST STREET INTERSECTION OF ADDISON AVE. AND EASTLAND DRIVE IS 170 FEET WEST AND 200 FEET NORTH OF THE SUBJECT PROPERTY.  THE PROPERTY DESCRIBED IN THE PROVIDED TITLE COMMITMENT, CONTAINS TWO PARCELS. THE TWO PARCELS ARE BORDERED ON THE NORTH BY ADDISON AVENUE AND ON THE WEST BY EASTLAND DRIVE AND THEY HAVE DIRECT ACCESS TO THESE PUBLIC ROADS

16. OBSERVED EVIDENCE OF CURRENT EARTH MOVING WORK OR BUILDING CONSTRUCTION AT THE TIME OF THIS SURVEY.  THE MAIN ENTRANCE ONTO ADDISON AVE. HAD NEW POURED CONCRETE.

17. AT THE TIME OF THIS SURVEY THERE WAS NO NEW ROAD CONSTRUCTION OBSERVED, AND NO INDICATION OF PROPOSED CHANGES IN STREET RIGHT OF WAY WAS PROVIDED TO THE SURVEYOR.

19. OFFSITE EASEMENTS: NONE OBSERVED OR PROVIDED

## NOTES PERTAINING TO EXCEPTIONS FROM COVERAGE:
SCHEDULE B-SECTION II OF PROVIDED TITLE COMMITMENT

(SEE MAP FOR PLOTTED EXCEPTIONS INDICATED BY CORRESPONDING NUMBERS IN ◯, SURVEYOR DID NOT ADDRESS ANY EXCEPTIONS REFERRING TO TAXES OR LIENS.)

1. Any defect, lien, encumbrance, adverse claim, or other matter that appears for the first time in the Public Records or is created, attaches, or is disclosed between the Commitment Date and the date on which all of the Schedule B, Part I—Requirements are met.

2. Rights or claims of parties in possession not shown by the public records.

3. Any encroachment, encumbrance, violation, variation, or adverse circumstance affecting the Title that would be disclosed by an accurate and complete land survey of the Land.

4. Easements, or claims of easements, not shown by the public records.

5. Any lien, or right to a lien, for services, labor, or material heretofore or hereafter furnished, imposed by law and not shown by the public records.

6. (a) Unpatented mining claims; (b) reservations or exceptions in patents or in Acts authorizing the issuance thereof; (c) water rights, claims or title to water, whether or not the matters excepted under (a), (b), or (c) are shown by the public records.

7. Taxes or special assessments which are not shown as existing liens by the public records of any taxing authority that levies taxes or assessments on real property or by the public records. Proceedings by a public agency which may result in taxes or assessments, or notices of such proceedings, whether or not shown by the records of such agency or by the public records.

8. Taxes, including any assessments collected therewith, for the year 2017 a Lien, the first half is paid and the second half is now due and payable.

9. General Taxes for the year 2017 a Lien, the first half is paid and the second half is now due and payable. Parcel No. RPT08T37143035A in the original amount of $38,326.76

10. Special assessments, if any, for the City of Twin Falls.

11. Levies and assessments of the Twin Falls Canal Company, and the rights, powers and easements of said district as by law provided.

12. Levies and assessments of the American Falls Reservoir District, and the rights, powers and easements of said district as by law provided.

13. Right of way for ditches, tunnels, telephone and distribution lines constructed by authority of the United States, as granted in the United States and the terms and provisions of Section 58-604 Idaho Code.

14. Right of the public and to that portion of the premises lying within the right-of-way of Addison Avenue East.

15. Right of the public and to that portion of the premises lying within the right-of-way of North 3100 East

16. Right of the public and to that portion of the premises lying within the right-of-way of the State of Idaho. Recorded: April 7, 1953 Instrument No. 429128 DOES AFFECT THE PROPERTY, 40' ROAD RIGHT OF WAY ALONG EAST LINE OF PARCEL PLOTTED

17. An easement for the purpose shown below and rights incidental thereto as set forth in a document Granted To: City of Twin Falls Purpose: Sewer Recorded: September 24, 1972 Instrument No. 640487 DOES AFFECT THE PROPERTY, 15' WIDE EASEMENT ALONG THE WEST LINE PLOTTED

18. Agreement and the terms and conditions contained therein Between: City of Twin Falls And: Alvin Martens and Dorothy Martens, husband and wife; and James E. Shumaker and W. Lee K. Shumaker, husband and wife, and Paul D. Moore, agent for C. and W. Manhattan Associates, a limited partnership Purpose: Construction and installation of sewer lines, water and other facilities Recorded: September 26, 1972 Instrument No. 640488 As supplemented and amended by instrument: Recorded: March 18, 1974 Instrument No. 662547. DOES AFFECT THE PROPERTY, A 15' WIDE EASEMENT ALONG THE WEST LINE PLOTTED

19. An easement for the purpose shown below and rights incidental thereto as set forth in document: Granted To: Idaho Power Company Purpose: Public Utilities Recorded: April 10, 1973 Instrument No. 646680. DOES AFFECT THE PROPERTY, A 10' WIDE EASEMENT ALONG THE SOUTH LINE, PLOTTED

21. Covenants, conditions, and restrictions, but omitting any covenant or restriction based on race, color, religion, sex, sexual orientation, disability, handicap, familial status, marital status, ancestry, national origin or source of income, or as set forth in applicable state or federal laws, except to the extent that said covenant or restriction is permitted by applicable law. Recorded: May 7, 1975 Instrument No. 679861 PROVIDED DOCUMENT DID NOT CONTAIN A DESCRIPTION OR A MAP, NOT PLOTTABLE, SUPERCEDED BY EXCEPTION 22.

22. Terms, provisions, covenants, conditions, definitions, options, obligations and restrictions, contained in a document Purpose: Agreement and restrictions, as set forth in instrument No. 818514. DOES AFFECT PROPERTY, BUILDING AREA DESIGNATED BY PROVIDED MAP WAS NOT LEGIBLE BUT ARE PLOTTED APPROXIMATELY AS ACCURATELY AS POSSIBLE. ALSO ALL COMMON AREA, CROSS ACCESS AREAS AND UTILITIES ARE COVERED BY A BLANKET DESCRIPTION, NOT PLOTTABLE, SUPERCEDES EXCEPTION 21.

23. An easement for the purpose shown below and rights incidental thereto as set forth in document: Granted To: Idaho Power Company Purpose: Public Utilities Recorded: January 14, 1982 Instrument No. 815144 DOES AFFECT PROPERTY, A 10' WIDE EASEMENT ALONG THE WEST LINE OF PARCEL 1, AND THE WEST LINE OF PARCEL 2 FOR IDAHO POWER IS ARE PLOTTED

24. An easement for the purpose shown below and rights incidental thereto as set forth in document: Granted To: City of Twin Falls Purpose: Public Utilities Recorded: November 9, 2000 Instrument No. 2000-017448 DOES AFFECT PROPERTY, WATER LINE EASEMENT ALONG THE SOUTHEAST CORNER OF PROPERTY, NOTE LOCATED WATERLINE DOES NOT STAY WITHIN DESCRIBED EASEMENT. PLOTTED

25. Terms, provisions and easement rights as contained in that certain Declaration of Easements Granted To: Idaho Power Company Purpose: Public Utilities Recorded: January 14, 1982 Instrument No. 815144 AFFECTS THE JACKSON'S FOOD STORES PROPERTY TO THE NORTHWEST. DOES NOT AFFECT PROPERTY.

26. An easement for the purpose shown below and rights incidental thereto as set forth in document: Granted To: Idaho Power Company Purpose: Public Utilities Recorded: January 15, 1992 Instrument No. 977134 DOES AFFECT PROPERTY, NOTE EXISTING POWER POLES ARE LOCATED ALONG THE EASEMENT, 10' WIDE DESCRIBED EASEMENT, PLOTTED

27. An easement for the purpose shown below and rights incidental thereto as set forth in document: Grantor: Addison Realty Limited Partnership, a Tennessee limited partnership Grantee: KMart Corporation, a Michigan corporation Disclosed by: Amended and Restated Memorandum of Lease Recorded: January 16, 1993 Instrument No. 1953001278 Assignment of Lease Assignor: Addison Realty Limited Partnership, a Tennessee limited partnership Assignee: The Hendel Group Recorded: January 21, 1993 Instrument No. 1953000936. DOES AFFECT PROPERTY, ENCOMPASSES THE ENTIRE BUILDING AND IS PART OF THE EXISTING K-MART BUILDING THAT LIES IN PARCEL 2

28. Unrecorded leaseholds, if any, and the rights of vendors and holders of security interest on personal property of tenants to remove said personal property at the expiration of the term. SURVEYOR DID NOT ADDRESS

29. An unrecorded lease with certain terms, covenants, conditions and provisions set forth therein.

30. Rights, reservations, or claims which may exist or arise by reason of the following facts shown on a survey plat entitled T2C0717 Prepared by J-U-B Engineers, Inc. Recorded: January 15, 1992 Instrument No. 955419 Facts: (Address 40' right of way along the northerly boundary) DOES AFFECT PARCEL 2, 40' RIGHT OF WAY ALONG THE NORTH LINE PLOTTED

## TITLE COMMITMENT INFORMATION

TITLE COMMITMENT   FILE NO. 368439 BY Alliance Title & Escrow Corp
COMMITMENT DATE: JULY 26, 2018 at 7:30 AM