

**MATERIALS TESTING & INSPECTION**

PAGE #1 OF 24
REVISION DATE 9/4/2018
B181270e P1ESA

❑ Environmental Services    ❑ Geotechnical Engineering    ❑ Construction Materials Testing    ❑ Special Inspections

# PHASE I ENVIRONMENTAL SITE ASSESSMENT
## for
## Kmart
## 2258 Addison Avenue East
## Twin Falls, Idaho

**prepared for:**

Greenhorn Ventures, LLC
1980 S. Meridian Road
Meridian, Idaho  83642

**MTI File Number: B181270e**
**Date: September 4, 2018**

2791 S. Victory View Way • Boise, Idaho 83709 • (208) 376-4748 • Fax (208) 322-6515
mti@mti-id.com • www.mti-id.com



**MATERIALS TESTING & INSPECTION**

PAGE #2 OF 24
REVISION DATE 9/4/2018
B181270e P1ESA

☐ Environmental Services   ☐ Geotechnical Engineering   ☐ Construction Materials Testing   ☐ Special Inspections

MR. TRAVIS STROUD
GREENHORN VENTURES, LLC
1980 S. Meridian Road
Meridian, Idaho 83642

Re:   **Environmental Site Assessment, Phase I**
**Kmart**
**2258 Addison Avenue East**
**Twin Falls, Idaho 83301**

Dear Mr. Stroud:

The attached document renders the observations, conclusions, and recommendations of Materials Testing & Inspection (MTI) and we appreciate the opportunity to be of assistance to you on this project.

The following is the Environmental Professional statement as required by the ASTM 1527-13:

> This report was prepared under the supervision of an Environmental Professional. I declare that, to the best of my professional knowledge and belief, I, the Supervisor, meet the definition of an Environmental Professional as defined in 40 CFR 312.10 of this part. I have the specific qualifications based on education, training, and experience to assess a property of the nature, history, and setting of the Property. I have developed and performed all the appropriate inquiries in conformance with the standards and practices set forth in 40 CFR Part 312.

MTI would be pleased to continue our role as environmental consultants as the project progresses. If MTI can be of any further assistance to you, please feel free to call **(208) 376-4748**.

Respectfully Submitted,
**MATERIALS TESTING & INSPECTION**

William Bilson
Environmental Specialist

*Supervised by:* Karl Languirand, P.G.
Environmental Services Manager

cc:   *file*

This is a copyrighted document. Unauthorized use or copying of this document is strictly prohibited. See "Application for Authorization to Use" located at the end of this document if use or copying is desired by anyone other than the Client(s) and for the Project referenced above.

2791 S. Victory View Way • Boise, Idaho 83709 • (208) 376-4748 • Fax (208) 322-6515
mti@mti-id.com • www.mti-id.com



**MATERIALS TESTING & INSPECTION**

PAGE #4 OF 24
REVISION DATE 9/4/2018
B181270e P1ESA

☐ Environmental Services     ☐ Geotechnical Engineering     ☐ Construction Materials Testing     ☐ Special Inspections

## EXECUTIVE SUMMARY

Materials Testing & Inspection (MTI) has conducted a Phase I Environmental Site Assessment (Phase I ESA) in conformance with the scope and limitations of the ASTM International, E1527-13 Standard Practice for Environmental Site Assessments of 2258 Addison Avenue East, Twin Falls, Idaho, the subject Property. This section briefly describes the report; for a comprehensive understanding of the items detailed, this report must be read in its entirety.

The subject Property was located in the NW¼NW¼, Section 14, Township 10 South, Range 17 East of the Boise Meridian and was generally situated at the southeast corner of the intersection of Eastland Drive North and Addison Avenue East in Twin Falls, Twin Falls County, State of Idaho. The Twin Falls County Assessor identified the subject Property as Parcel A & W ½ Parcel B. Additional information describing the subject Property is included in the appendix of this report.

At the time of the reconnaissance, the roof and the old food court area at the southeast corner of the building were not accessible. 1946 was the earliest aerial photograph was the earliest date that MTI obtained information regarding property use. It is MTI's opinion that this does not represent a significant data gap, and therefore, does not impact MTI's ability to recognize a REC in connection with the subject Property.

This assessment has revealed no evidence of recognized environmental conditions (RECs) in connection with the subject Property, except for the following:

The former locations of the three USTs are unknown and undocumented. There is a closure letter for the waste oil UST. However the laboratory data does not meet current regulatory clean-up standards. Based upon the lack of data, confirmation soil sampling is recommended at each former UST basin area. MTI considers this a CREC in connection with the subject Property.

| REPORT SUMMARY | | | |
|---|---|---|---|
| Section | No RECs | REC | Recommendations |
| Data Gaps | √ | | |
| Current/Historical Uses of the subject Property | | √ | MTI recommends a subsurface investigation to identify and quantify potential contamination from the former USTs located on the subject Property. |
| Current/Historical Use of the Adjoining Properties | √ | | |
| Specialized Knowledge | √ | | |
| Standard Environmental Records Sources | | √ | See Current/Historical Uses of the subject Property Recommendations. |
| Historical Research | √ | | |
| Hazardous Substances and Petroleum Products | √ | | |
| Drums | √ | | |
| Staining | √ | | |
| ASTs | √ | | |
| USTs | √ | | |
| PCBs | √ | | |
| Solid Waste Disposal | √ | | |
| Stressed Vegetation | √ | | |

2791 S. Victory View Way • Boise, Idaho 83709 • (208) 376-4748 • Fax (208) 322-6515
mti@mti-id.com • www.mti-id.com



**MATERIALS TESTING & INSPECTION**

PAGE #5 OF 24
REVISION DATE 9/4/2018
B181270e P1ESA

❏ Environmental Services   ❏ Geotechnical Engineering   ❏ Construction Materials Testing   ❏ Special Inspections

| Section | No RECs | REC | Recommendations |
|---|---|---|---|
| *REPORT SUMMARY* | | | |
| Pits, Ponds, And Lagoons | √ | | |
| Wells | √ | | |
| Discharge Features | √ | | |
| Interviews | √ | | |

As noted in the warranty section, this report is limited to the information available or known to MTI as of the date of the report. If any additional information becomes available, it will be forwarded to you for your evaluation.



**MATERIALS TESTING & INSPECTION**

PAGE #22 OF 24
REVISION DATE 9/4/2018
B181270e P1ESA

❏ Environmental Services    ❏ Geotechnical Engineering    ❏ Construction Materials Testing    ❏ Special Inspections

## FINDINGS

As noted in the warranty section, this report is limited to the information available or known to MTI as of the date of the report, and if any additional information becomes available, it will be forwarded to you for your evaluation. During this assessment, the following known or suspect RECs, CRECs, HRECs, or *de minimis* conditions were identified on the subject Property:

- Several *de minimis* oil stains were observed on the asphalt parking lot throughout the site.
- There were approximately 30 used batteries, a five-gallon bucket of paint, one five gallon propane tank, and two 1-gallon containers of floor cleaner in a room used to store hazardous waste.
- In addition, the City of Twin Falls Fire Department and Idaho Department of Environmental Quality (DEQ) records indicated that one 1,000 gallon waste oil underground storage tank (UST) was removed from the site on June 21, 1990. No contamination was noted in the tank basin soil and closure status was granted for this site.
- MTI made and reviewed public records requests sent to the Idaho DEQ and the Twin Falls Fire Department. According to the DEQ website the subject Property reportedly had one 1000-gallon waste oil and two 1000-gallon gasoline USTs.

## OPINION

- It is MTI's opinion that Best Management Practices be used for moving and/or disposing of the used batteries, paint, propane bottle, and cleaning supplies prior to sale of the property.
- The former locations of the three USTs are unknown and undocumented. There is a closure letter for the waste oil UST. However the laboratory data does not meet current regulatory clean-up standards.

## CONCLUSIONS

MTI has conducted a Phase I ESA in conformance with the scope and limitations of ASTM International, E1527-13 of 2258 Addison Avenue East, Twin Falls, Idaho, the subject Property. Any exception to, or deletions from, this practice are described in the Limitations and Exceptions of Assessment section of this report. This assessment has revealed the following RECs in connection with the subject Property:

- Based upon the lack of data, confirmation soil sampling is recommended at each former UST basin area. MTI considers this a CREC in connection with the subject Property.

## DEVIATIONS

During our performance of this Phase I ESA, MTI did not deviate from ASTM E1527-13.