

206 South 6th Street (34950)  
PO Box 3191, Fort Pierce, FL 34948

Phone: 772.466.1600  
Fax: 772.465.6984

## Customer Service
*"Committed to Quality"*

November 26, 2018

,

United States Bankruptcy Court  
For the Southern District of New York  
300 Quarropas Street  
White Plains, New York 10601

Dear Honorable Judge Robert D. Drain:

Fort Pierce Utilities Authority (FPUA) received notice that, Sears Holding Corporation (Sears Logistic Services, Inc.). filed for protection of the Bankruptcy Court, Case No 18-23538 (RDD). Pursuant to Section 366 of the Bankruptcy Code regarding adequate assurance, a security deposit in the amount of $1,175.00 is necessary to continue utility service at 3300 Crossroads Pkwy C Fort Pierce, Florida. The calculated deposit is based on the historical two-month average bill for Sears Holding Corporation (Sears Logistic Services, Inc.) We therefore, request that a security deposit be furnished as follows:

| <u>Account Nos.</u> | <u>Security Deposit Due</u> | <u>Due Date</u> |
|---|---|---|
| 63510778-165768 | $1,765.00 | 12/6/2018 |

Deposits remitted in cash will accrue interest at the rate prescribed annually by the state regulatory bodies. The interest will be applied to the accounts. Failure of Sears Holding Corporation (Sears Logistic Services, Inc.) to comply with our request for security on the post-petition account may result in a termination of service.

Please include Fort Pierce Utilities Authority (FPUA) in any future mailings regarding this case and endorse our security deposit requirement of Sears Holding Corporation (Sears Logistic Services, Inc.). If you have any questions, contact Mary Thomas at (772) 466-1600, Ext. 3464

Sincerely,

*Mary Thomas*

Mary Thomas  
Billing Supervisor  
E-Mail: mthomas@fpua.com  
Phone: 772-466-1600 ext. 3464

Our mission is to provide our customers with economical, reliable and friendly service  
in a continuous effort to enhance the quality of life in our community.

Reliable Public  
Power Provider

Cc: Sears Holdings Corporation
Attn: Stephen Sitley
3333 Beverly Road
Hoffman Estates, IL  60179


Weil, Gotshal & Manges LLP
Attn: Jacqueline Marcus, Esq. & Jessica Liou, Esq.
767 Fifth Avenue
New York, New York  10153


Weil, Gotshal & Manges LLP
Attn: Jeri Leigh Miller, Esq.
Suite 300
200 Crescent Court
Dallas, TX  75201

DIP ABL Agent, Skadden, Aprs, Slate, Meagher & Flom LLP
Attn: Paul D.Leake, Esq. Shana A Elberg, Esq. & George Howard, Esq.
4 Times Square
New York, New York 10036

Office of the United States Trustee for Region 2
Attn: Paul Schwartzberg, Esq. & Richard Morrissey, Esq.
Suite 1006
201 Varick Street
New York, New York  10014

# Fort Pierce Utilities Authority
## Summary of Billed Amounts By Customer
## for the Period 11/01/2017 to 10/31/2018

| Customer Name | Address | Bill Month | Charge Amount |
|---|---|---|---|
| SEARS LOGISTICS SERVICES, INC | | | |
| | 3601 CROSSROADS PKWY C | | |
| | | 10/2018 | 1,135.37 |
| | | 09/2018 | 1,117.89 |
| | | 08/2018 | 1,023.61 |
| | | 07/2018 | 958.44 |
| | | 06/2018 | 926.14 |
| | | 05/2018 | 826.25 |
| | | 04/2018 | 729.59 |
| | | 03/2018 | 792.88 |
| | | 02/2018 | 642.84 |
| | | 01/2018 | 742.97 |
| | | 12/2017 | 840.38 |
| | | 11/2017 | 845.41 |
| | | Total | 10,581.77 |

**$10,581.77 Divided 12 Months= Average Bill $881.81 Times 2 Months = 1763.62**

**Deposit Required $1,765.00**