UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | (Jointly Administered) |
| Debtors. | : | |

-----------------------------------------------------------x

## ORDER GRANTING U.S. NONWOVENS CORP. AN ALLOWED ADMINISTRATIVE EXPENSECLAIM PURSUANT TO 11 U.S.C. §503(b)(9)

Upon the motion (the "Motion") dated November 30, 2018 of U.S. Nonwovens Corp. ("U.S. Nonwovens") for allowance of an administrative expense claim pursuant to 11 U.S.C. §503(b)(9); and the Court having jurisdiction to consider the Application and the relief requested there in accordance with 28 U.S.C. §§ 157(b) and 1334; and the Court's consideration of the relief requested in the Motion being a core proceeding in accordance with 28 U.S.C. § 157(b); and due and proper notice of the Motion having been provided; it is hereby,

**ORDERED**, that U.S. Nonwovens shall have an allowed administrative expense claim in the amount of $72,928.51 pursuant to 11 U.S.C. §503(b)(9) in the Debtor's Chapter 11 case; and it is further

**ORDERED**, that this Order is binding upon the Parties, their successors and assigns and upon any trustee appointed in this or any converted case and in the event that the Debtor's chapter 11 case is converted to a case under Chapter 7 and a trustee is appointed, this Order shall remain in full force and effect; and it is further

**ORDERED**, that the Court shall retain jurisdiction to interpret and enforce this Order.

Dated: White Plains, New York
       December __, 2018

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE