## UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In RE: | ) | Chapter 11 Case Number 18-23538 |
| Sears Holdings Corporation et al | ) | JUDGE: **ROBERT D. DRAIN** |
| Debtor(s) | ) | APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

I, SEDRIC E. BANKS, an active member in good standing of the bar of the State of Louisiana, request admission **pro hac vice** in the United States Bankruptcy Court For The Southern District of New York to represent JERRY and ESTHER VOSBURG limited to filing and pursuing their motion to lift the automatic stay in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the highest court of the State of Louisiana.

2. I have submitted the filing fee of $200 with this motion for admission *pro hac vice*.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 26, 2018.

SEDRIC E. BANKS LBN 2730
Attorney at Law
1038 North Ninth Street
Monroe, La. 71201
318-388-1655   telephone
318-388-0227   facsimile

# UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| In RE: | ) | Chapter 11 Case Number 18-23538 |
|---|---|---|
| Sears Holdings Corporation | ) | JUDGE: **ROBERT D. DRAIN** |
| Debtor(s) | ) | |

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Sedric E. Banks, attorney at law, whose business address is 1038 North Ninth Street, Monroe, La. 71201 and telephone number is 318-388-1655, and who is an active member in good standing of the bar of the State of Louisiana, having applied in the above-entitled action for admission to practice in the United States Bankruptcy Court for the Southern District of New York on a *pro hac vice* basis, representing Jerry and Esther Vosburg limited to filing and pursuing their motion to lift automatic stay in the captioned proceeding;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of local court rules. All papers filed by the attorney must indicate appearance pro hac vice. All future filings in this action beyond the motion and order to lift automatic stay are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Southern District of New York.

Dated: _____

_____
HONORABLE ROBERT D. DRAIN
United States Bankruptcy Judge
For Southern District of New York