Patrick Collins
Veronique A. Urban
FARRELL FRITZ, P.C.
400 RXR Plaza
Uniondale, New York 11556
Tel:  (516) 227-0700
Fax:  (516) 227-0777

*Attorneys for Midwood Management Corp. , as agent for Expressway Plaza I, LLC and Farmingville Associates Phase 1, LLC as tenants in common*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
SEARS HOLDINGS CORPORATION, *et al.*,           :    Case No. 18-23538 (RDD)
                                                :    (Jointly Administered)
                    Debtors.                    :
------------------------------------------------------------x

       The undersigned attorney hereby certifies that a true and correct copy of the *Motion for Order Declaring Automatic Stay Inapplicable to Non-Residential Real Property Lease* [ECF No. 932] was served upon each of the parties identified in the attached Exhibit "A" in the manner and on the date set forth therein.

Dated:  Uniondale, New York
        December 3, 2018               FARRELL FRITZ, P.C.

                                  By:    /s/ *Veronique A. Urban*
                                          Patrick Collins
                                          Veronique A. Urban
                                          400 RXR Plaza
                                          Uniondale, New York 11556
                                          Tel:  (516) 227-0700
                                          Fax:  (516) 227-0777

                                          *Attorneys for Midwood Management Corp., as agent for Expressway Plaza I, LLC and Farmingville Associates Phase 1, LLC as tenants in common*

FF\7948787.1

# EXHIBIT A

**Via FedEx on November 29, 2018**

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601

Sears Holdings Corporation
Attn: Stephen Sitley Esq. and Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, IL 60179

Office of the United States Trustee for Region 2
Attn: Paul Schwartzberg, Esq.
201 Varick Street, Suite 1006
New York, New York 10014

FF\7948787.1

**Via E-Mail on November 29, 2018**

idizengoff@akingump.com
pdublin@akingump.com
aqureshi@akingump.com
sbrauner@akingump.com
bnkatty@aldineisd.org
jarnold@aldridgepite.com
James.Vincequerra@alston.com
leib.lerner@alston.com
ajd@ansellgrimm.com
ajd@ansellgrimm.com
akadish@archerlaw.com
lschildkraut@archerlaw.com
brian.lohan@arnoldporter.com
ginger.clements@arnoldporter.com
CSchael@AshfordNJLaw.com
eneiger@askllp.com
jchristian@askllp.com
Jg5786@att.com
mcuellar45@austinenterpriseslp.com
egoodman@bakerlaw.com
mailto:fkhan@bakerlaw.com
pollack@ballardspahr.com
branchd@ballardspahr.com
heilmanl@ballardspahr.com
summersm@ballardspahr.com
harnerp@ballardspahr.com
kutnera@ballardspahr.com
knewman@barclaydamon.com
mailto:emiller@bayardlaw.com
russ@bsavory.com
rmills@bellnunnally.com
klove@bellnunnally.com
mbarrie@beneschlaw.com
kcapuzzi@beneschlaw.com
wschonberg@beneschlaw.com
Tgaa@bbslaw.com
JRhodes@BlankRome.com
Tarr@BlankRome.com
EZucker@BlankRome.com
bankruptcy@borgeslawllc.com
wborges@borgeslawllc.com
schin@borgeslawllc.com
arainone@bracheichler.com
jmontgomery@brownconnery.com
schristianson@buchalter.com
rdavis@cafarocompany.com
jlevitin@cahill.com
rstieglitz@cahill.com
mcatalfimo@carterconboy.com

gadsden@clm.com
bankruptcy@clm.com
Dennis.roemlein@bnymellon.com
rmccord@certilmanbalin.com
rnosek@certilmanbalin.com
appleby@chapman.com
wilamowsky@chapman.com
brotenberg@csglaw.com
szuber@csglaw.com
ksimard@choate.com
jmarshall@choate.com
hchoi@choiandpark.com
cpark@choiandpark.com
lkleist@choiandpark.com
mailto:mstein@chuhak.com
eschnitzer@ckrlaw.com
duane.brescia@clarkhillstrasburger.com
dblau@clarkhill.com
soneal@cgsh.com
jbromley@cgsh.com
aweaver@cgsh.com
rmukhi@cgsh.com
jkpark@cgsh.com
rseltzer@cwsny.com
Michael.smith2@computershare.com
kbifferato@connollygallagher.com
kconlan@connollygallagher.com
cgriffiths@connollygallagher.com
svanaalten@cooley.com
scarnes@cooley.com
dcoffino@cov.com
aclark@cov.com
mailto:mfelger@cozen.com
pzumbro@cravath.com
dhw@dhclegal.com
marshall.huebner@davispolk.com
eli.vonnegut@davispolk.com
sears.service@davispolk.com
mcto@debevoise.com
eweisgerber@debevoise.com
LJKotler@duanemorris.com
WMSimkulak@duanemorris.com
WMSimkulak@duanemorris.com
Cheitzenrater@duanemorris.com
Leopold.matt@Epa.gov
lbercovich@epicor.com
ppascuzzi@ffwplaw.com
mark.wilson@fisherbroyles.com
patricia.fugee@fisherbroyles.com

dlwright@foley.com
msmall@foley.com
aguon@foxrothschild.com
mailto:plabov@foxrothschild.com
thoran@foxrothschild.com
mhall@foxrothschild.com
mherz@foxrothschild.com
nreid@foxswibel.com
jfrank@fgllp.com
jkleinman@fgllp.com
deggert@freeborn.com
brad.eric.scheler@friedfrank.com
scott.luftglass@friedfrank.com
peter.siroka@friedfrank.com
tking@fbtlaw.com
rgold@fbtlaw.com
awebb@fbtlaw.com
pmartin@fmdlegal.com
lbrymer@fmdlegal.com
gseitz@gsbblaw.com
mgensburg@gcklegal.com
btheisen@gibbonslaw.com
nsongonuga@gibbonslaw.com
hcohen@gibbonslaw.com
tnixon@gklaw.com
jflaxer@golenbock.com
mweinstein@golenbock.com
gfox@goodwinlaw.com
bbazian@goodwinlaw.com
drosner@goulstonstorrs.com
thoffmann@goulstonstorrs.com
tannweiler@greerherz.com
jfigueiredo@hahnhessen.com
ahalperin@halperinlaw.net
lgu@halperinlaw.net
dlieberman@halperinlaw.net
joia.johnson@hanes.com
howard.upchurch@hanes.com
mailto:ktompsett@harrisbeach.com
sselbst@herrick.com
elio@higgslaw.com
arthur.rosenberg@hklaw.com
Marc.Antonecchia@hklaw.com
barbra.parlin@hklaw.com
elvin.ramos@hklaw.com
jose.casal@hklaw.com
jjalemany@hklaw.com
llichtman@honigman.com
bgross@HuntonAK.com
mlegge@huntonak.com
mailto:ghesse@huntonak.com

lynn.butler@huschblackwell.com
mailto:taxcollector@co.imperial.ca.us
Mimi.M.Wong@irscounsel.treas.gov
Mimi.M.Wong@irscounsel.treas.gov
Bankruptcy2@ironmountain.com
mailto:elkinj@mac.com
KDWBankruptcyDepartment@KelleyDrye.com
bfeder@kelleydrye.com
ssouthard@klestadt.com
lkiss@klestadt.com
kurtzman@kurtzmansteady.com
dgragg@langleybanack.com
jfifarek@laskyfifarek.com
rzucker@lasserhochman.com
marc.zelina@lw.com
peter.gilhuly@lw.com
ted.dillman@lw.com
gillazarus@gmail.com
kevin@ksnpc.com
william.fennell@fennelllaw.com
luralene.schultz@fennelllaw.com
office@fennelllaw.com
dtabachnik@dttlaw.com
hlazarus@lazarusandlazarus.com
harlan.lazarus@gmail.com
ilan.markus@leclairryan.com
niclas.ferland@leclairryan.com
sanantonio.bankruptcy@publicans.com
dallas.bankruptcy@publicans.com
houston_bankruptcy@publicans.com
jfarnum@linowes-law.com
jmueller@lippes.com
braynor@lockelord.com
asmith@lockelord.com
dwirt@lockelord.com
jfroehlich@lockelord.com
sbryant@lockelord.com
bbuechler@lowenstein.com
tleday@mvbalaw.com
bmcgrath@mcglinchey.com
kromano@mcglinchey.com
mchaney@mcglinchey.com
raguilar@mcglinchey.com
rcerone@mcglinchey.com
hjschwartz@mckoolsmith.com
mailto:nkenworthy@mrrlaw.net
cprice@milbank.com
RLiubicic@milbank.com
sdnyecf@dor.mo.gov
laura.mccarthy@morganlewis.com
neil.herman@morganlewis.com

FF\7948787.1

smiller@morrisjames.com
cmiller@mnat.com
jbarsalona@mnat.com
jmarines@mofo.com
bbutterfield@mofo.com
bankruptcy@morrisoncohen.com
mro@prbankruptcy.com
dperry@munsch.com
kcordry@naag.org
mailto:jody.bedenbaugh@nelsonmullins.com
shane.ramsey@nelsonmullins.com
dsklar@nixonpeabody.com
howard.seife@nortonrosefulbright.com
christy.rivera@nortonrosefulbright.com
mailto:cmomjian@attorneygeneral.gov
rachel.obaldo@oag.texas.gov
richard.morrissey@usdoj.gov
paul.schwartzberg@usdoj.gov
apetrakov@offitkurman.com
smetz@offitkurman.com
sokeefe@okeefelc.com
lily@pacogarment.com
chipford@parkerpoe.com
leslieplaskon@paulhastings.com
andrewtenzer@paulhastings.com
shlomomaza@paulhastings.com
jaffeh@pepperlaw.com
listwakk@pepperlaw.com
ecobb@pbfcm.com
ecobb@pbfcm.com
lmbkr@pbfcm.com
osonik@pbfcm.com
dpick@picklaw.net
jon@piercemccoy.com
rsteinberg@pricemeese.com
searsteam@primeclerk.com
serviceqa@primeclerk.com
gerald.kennedy@procopio.com
rlp@pryormandelup.com
cfilardi@rrlawpc.com
greiss@reisspreuss.com
etikkanen@reisspreuss.com
cpugatch@rprslaw.com
kflorey@robbins-schwartz.com
nsmith@robbins-schwartz.com
Robert.e.michael.esq@gmail.com
Aron.hume@gmail.com
fbr@robinsonbrog.com
gregg.galardi@ropesgray.com
kimberly.kodis@ropesgray.com
sam.ashuraey@ropesgray.com

james.wilton@ropesgray.com
patricia.chen@ropesgray.com
ssally@ropesgray.com
joshua.sturm@ropesgray.com
nicholas.berg@ropesgray.com
timothy.farrell@ropesgray.com
srosen@rosenpc.com
mailto:skelly@s-d.com
mailto:skelly@s-d.com
mmccann@swc-law.com
rabiuso@swc-law.com
jweinblatt@sakar.com
cbelmonte@ssbb.com
asnow@ssbb.com
pbosswick@ssbb.com
dipesh.patel@saul.com
phil.hudson@saul.com
carmen.contreras-martinez@saul.com
ldelucia@schiffhardin.com
afiedler@schiffhardin.com
secbankruptcy@sec.gov
NYROBankruptcy@sec.gov
bankruptcynoticeschr@sec.gov
ashmead@sewkis.com
alves@sewkis.com
mailto:emfox@seyfarth.com
fsosnick@shearman.com
sara.coelho@shearman.com
afeld@sheppardmullin.com
tcohen@sheppardmullin.com
rreinert@shutts.com
rtucker@simon.com
mshriro@singerlevick.com
dplon@sirlinlaw.com
Paul.Leake@skadden.com
Shana.Elberg@skadden.com
George.Howard@skadden.com
enotices@skijain.com
mailto:pstrok@swelawfirm.com
mailto:rkinas@swlaw.com
bk@svllaw.com
mary.callahan@bnymellon.com
mary.callahan@bnymellon.com
tonder@stark-stark.com
jlemkin@stark-stark.com
cp@stevenslee.com
thomas.salerno@stinson.com
streusand@slollp.com
dietdericha@sullcrom.com
zylberbergd@sullcrom.com
Riela@thsh.com

aconway@taubman.com
Starr.Judith@pbgc.gov
mccarron.william@pbgc.gov
efile@pbgc.gov
joe@sarachelawfirm.com
Curtis.Tuggle@ThompsonHine.com
powerwangtxks@vip.126.com
AGBankNewYork@ag.tn.gov
jose.galarza@usbank.com
David.Jones6@usdoj.gov
Jeffrey.Oestericher@usdoj.gov
Joseph.Cordaro@usdoj.gov
Carina.Schoenberger@usdoj.gov
Lawrence.Fogelman@usdoj.gov
Peter.Aronoff@usdoj.gov
Linda.Riffkin@usdoj.gov
jdunn@vedderprice.com
ketzel@vedderprice.com
mschein@vedderprice.com
marva.m.levine@verizon.com
notice@waldrepllp.com
sfalanga@walsh.law
gtoering@wnj.com
ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com
JeriLeigh.Miller@weil.com
jessica.liou@weil.com
Paloma.VanGroll@weil.com
Jared.Friedmann@weil.com
Jessie.Mishkin@weil.com
mbrofman@weisszarett.com
sfink@weltman.com
sgerald@wtplaw.com
awilliams@williamsadvisors.com
alipkin@willkie.com
gbrunswick@willkie.com
phealy@wsfsbank.com
scimalore@wilmingtontrust.com
saron@wrslawyers.com
mfullington@wyattfirm.com