**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11 Case Number 18-23537-rdd** |
| | ) | **(jointly administered with 18-23538-lead case)** |
| **Sears, Roebuck & Co.,** | ) | |
| | ) | **Judge Robert D. Drain** |
| **Debtor.** | ) | |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Movant Mario Aliano.


Date:  December 3, 2018                    By:   /s/ Thomas A. Zimmerman, Jr.
                                                 Thomas A. Zimmerman, Jr. (*pro hac vice*)
                                                 *tom@attorneyzim.com*
                                                 ZIMMERMAN LAW OFFICES, P.C.
                                                 77 West Washington Street, Suite 1220
                                                 Chicago, Illinois 60602
                                                 (312) 440-0020 telephone
                                                 (312) 440-4180 facsimile
                                                 www.attorneyzim.com