Christopher J. Major, Esq.
**MEISTER SEELIG & FEIN LLP**
125 Park Avenue, 7th Floor
New York, New York 10017
Tel: (212) 655-3500
Email: cjm@msf-law.com

*Attorneys for Royal Consumer Products, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for **Royal Consumer Products, LLC** (hereinafter "**RCP**") in the above-captioned case[1], and pursuant to Bankruptcy Rules 2002, 7005, 9007 and 9010, and Sections 102(1), 342 and 1109(b) of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the offices set forth below:

> Christopher J. Major
> **MEISTER SEELIG & FEIN LLP**
> 125 Park Avenue, 7th Floor
> New York, New York 10017
> Telephone: (212) 655-3500
> Facsimile: (212) 655-3535
> Email: cjm@msf-law.com

---

[1] This appearance should be entered in all proceedings involving all subsidiaries of Sears Holdings Corporation including, but not limited to In re: Kmart Corporation (18-23549) and In re: Sears, Roebuck and Co. (18-23537).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applicant, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of **RCP**'s rights, without limitation, (1) to have final orders entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these Cases or any case, controversy or proceeding related to these Cases, (3) to have the District court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, setoffs or recoupments to which **RCP** is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments **RCP** expressly reserves.

Dated: New York, New York
    December 3, 2018

                                        Respectfully submitted,

                                        ROYAL CONSUMER PRODUCTS, LLC

                                        By: /s/ Christopher J. Major
                                              Christopher J. Major, Esq.

                                        **MEISTER SEELIG & FEIN LLP**
                                        125 Park Avenue, 7th Floor
                                        New York, New York 10017
                                        Tel: (212) 655-3500
                                        Email: cjm@msf-law.com

**Certification of Service**

  I hereby certify that on December 3, 2018 a copy of the within Notice of Appearance will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                By: /s/ Christopher J. Major
                   Christopher J. Major