E-FILED
Transaction ID:  1-17-2325
File Date: 10/15/2018 5:08 PM
Thomas D. Palella
Clerk of the Appellate Court
APPELLATE COURT 1ST DISTRICT

**APPEAL NO. 1-17-2325**

# IN THE
# APPELLATE COURT OF ILLINOIS
## FIRST JUDICIAL DISTRICT

| | | |
|---|---|---|
| **MARIO ALIANO**, | ) | Appeal from the Circuit Court |
| | ) | of Cook County, Illinois, |
| | ) | Municipal Department |
| *Plaintiff-Appellee,* | ) | |
| | ) | Case No. 09 CH 16132 |
| v. | ) | (Transferred to Municipal Department) |
| | ) | |
| **SEARS, ROEBUCK & CO.,** | ) | Hon. Thomas More Donnelly |
| | ) | Judge Presiding |
| *Defendant-Appellant.* | ) | |
| | ) | Date of Notice of Appeal: |
| | ) | September 22, 2017 |
| | ) | |
| | ) | Date of Judgment: August 25, 2017 |

### DEFENDANT-APPELLANT SEARS, ROEBUCK AND CO.'S
### SUGGESTION OF BANKRUPTCY

**PLEASE TAKE NOTICE** that on October 15, 2018, Defendant-Appellant Sears, Roebuck and Co. (the "**Debtor**") filed a voluntary petition (the "**Bankruptcy Petition**") for Chapter 11 bankruptcy protection under title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York.  The case number is 18-23537.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 362 of the Bankruptcy Code, the commencement or continuation of a judicial, administrative or other action or proceeding against the Debtor is stayed upon the filing of the Bankruptcy Petition. Accordingly, no further prosecution of the above-captioned proceeding may occur, and no judgment may be entered, against the Debtor.

**Exhibit 2**

Dated:  October 15, 2018                    Respectfully Submitted,

                                            **SEARS, ROEBUCK AND CO.**

                                            By:  _*/s/ Francis A. Citera*_
                                                  One of Its Attorneys

Francis A. Citera  (citeraf@gtlaw.com)
Jane B. McCullough  (mcculloughj@gtlaw.com)
Paul A. Del Aguila  (delaguilap@gtlaw.com)
GREENBERG TRAURIG, LLP (#36511)
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Phone: (312) 456-8400

*Attorneys for Defendant-Appellant*
*Sears, Roebuck and Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October 2018, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document

is being served this day on all counsel of record via transmission of Notices of Electronic Filing

generated by CM/ECF.

Thomas A. Zimmerman, Jr.
Sharon A. Harris
Maebetty Kirby
ZIMMERMAN LAW OFFICES, P.C.
77 West Washington Street
Suite 1220
Chicago, Illinois 60602
CHI 69638239v1