IN THE APPELLATE COURT OF ILLINOIS
FIRST DISTRICT-FIFTH DIVISION

| | |
|---|---|
| MARIO ALIANO, | ) |
| | ) |
| Plaintiff-Appellee, | ) |
| | ) |
| vs. | ) No. 1-17-2325 |
| | ) |
| SEARS, ROEBUCK AND COMPANY, | ) |
| | ) |
| Defendant-Appellant. | ) |

ORDER

This cause having come on for hearing on the Court's own motion and it appearing that the appellant, Sears, Roebuck and Company, has filed a petition pursuant to Chapter 11 of the United States Bankruptcy Code:

IT IS HEREBY ORDERED THAT:

1. This appeal is STAYED pending further order of this Court; and,

2. The appellant, Sears, Roebuck and Company, shall file a report with this Court on or before May 1, 2019, setting forth the status of its bankruptcy proceeding.

ENTER:

_____
Justice

_____
Justice

_____
Justice

ORDER ENTERED
OCT 15 2018
APPELLATE COURT, FIRST DISTRICT

Exhibit 3