**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11 Case Number 18-23537-rdd** |
| | ) | **(jointly administered with 18-23538-lead case)** |
| **Sears, Roebuck & Co.,** | ) | |
| | ) | **Judge Robert D. Drain** |
| **Debtor.** | ) | |

### NOTICE OF MOTION

Please take notice that on December 20, 2018 at 10:00 a.m. or as soon thereafter as counsel may be heard, I will appear before Judge Robert D. Drain in Courtroom 118 in the United States Bankruptcy Courthouse, 300 Quarropas Street, White Plains, New York, or before such other judge who may be sitting in his place, and present the attached *Mario Aliano's Motion for Relief from Automatic Stay to Allow Civil Litigation on Appeal to Proceed*, at which time and place you may appear if you see fit.

MARIO ALIANO,

By:  /s/ Thomas A. Zimmerman, Jr.
         Thomas A. Zimmerman, Jr.
         *tom@attorneyzim.com*
         ZIMMERMAN LAW OFFICES, P.C.
         77 West Washington Street, Suite 1220
         Chicago, Illinois 60602
         (312) 440-0020 telephone
         (312) 440-4180 facsimile

Counsel for Mario Aliano

## **CERTIFICATE OF SERVICE**

Thomas A. Zimmerman, Jr., an attorney, hereby certifies that he caused the above and foregoing *Notice of Mario Aliano's Motion for Relief from Automatic Stay to Allow Civil Litigation on Appeal to Proceed* to be served upon counsel of record in this case via the U.S. Bankruptcy Court CM/ECF System, on this 3rd day of December, 2018.

/s/ Thomas A. Zimmerman, Jr.