LECLAIRRYAN, PLLC
545 Long Wharf Drive, 9th Floor
New Haven, CT  06511
Ilan Markus, Esq.
Niclas A. Ferland, Esq.
Telephone: (203) 672-3212
Facsimile: (203) 672-3231

*Counsel to Concord Mall LP*
*and Berkshire Mall LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
| In re: | : | Chapter 11 |
| | : | |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| **Debtors.** | : | (Jointly Administered) |

------------------------------------------------------------X

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby appears in the above captioned case on behalf of **CONCORD MALL LP** and **BERKSHIRE MALL LP**, in their respective interests and capacities as landlords, creditors, and parties-in-interest.

Pursuant to 11 U.S.C. §§ 342 and 1109(b) and Fed. R. Bankr. P. 2002 and 9010, the undersigned hereby demands that notice of all matters herein be served upon:

       Ilan Markus, Esq.
       Niclas A. Ferland, Esq.
       LeClairRyan, PLLC
       545 Long Wharf Drive, 9th Floor
       New Haven, CT  06511
       Telephone: (203) 672-3212
       Facsimile: (203) 672-3231
       Email: ilan.markus@leclairryan.com
              niclas.ferland@leclairryan.com
              andrew.cole@leclairryan.com

PLEASE TAKE FURTHER NOTICE that demand is also hereby made for service of copies of all papers, notices, reports, pleadings, motions, applications, disclosure statements, plans and answering or reply papers in this case and in all contested matters.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby demands that the names and address set forth above be added to any short list in this case.

Dated: December 3, 2018
New Haven, Connecticut

**LeCLAIRRYAN, PLLC**

/s/ Ilan Markus, Esq. _____
Ilan Markus, Esq.
Niclas A. Ferland, Esq.
545 Long Wharf Drive, 9th Floor
New Haven, CT 06511
Telephone: (203) 672-3212
Facsimile: (203) 672-3231
Email: ilan.markus@leclairryan.com
           niclas.ferland@leclairryan.com

Counsel to:    Concord Mall LP and
               Berkshire Mall LP