**SAUL EWING ARNSTEIN & LEHR LLP**
Dipesh Patel
1270 Avenue of the Americas, Suite 2005
New York, NY 10020
Telephone: (212) 980-7200
Facsimile: (973) 286-6818

*Attorneys for Invicta Watch Company of America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                         :
                                                               :    Chapter 11
                                                               :
SEARS HOLDINGS CORPORATION, *et al.* [1]                       :
                                                               :    Case No. 18-23538 (RDD)
                              Debtors.                         :    (Jointly Administered)
---------------------------------------------------------------x

## STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED that, going forward, the law firm of Orshan, P.A. will be substituting for and replacing Saul Ewing Arnstein & Lehr LLP, as counsel for Invicta Watch Company of America, Inc. ("Invicta"), in this action and that Saul Ewing Arnstein & Lehr LLP shall no longer represent nor have any responsibility to represent Invicta in this matter.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| **SAUL EWING ARNSTEIN & LEHR LLP** *Original Counsel* <br><br> */s/ Dipesh Patel* <br> Dipesh Patel <br> 1270 Avenue of the Americas <br> Suite 2005 <br> New York, NY 10020 <br> Telephone: (212) 980-7200 <br> Facsimile: (973) 286-6818 <br> Email: dipesh.patel@saul.com <br><br> -and- <br><br> Phillip M. Hudson III <br> Carmen Contreras-Martinez <br> 200 S. Biscayne Blvd., Suite 3600 <br> Miami, Florida 33131 <br> Telephone: (305) 428-4500 <br> Facsimile: (305) 374-4744 <br> E-Mail: phil.hudson@saul.com <br> E-Mail: carmen.contreras-martinez@saul.com | **ORSHAN, P.A.** *Substitute Counsel* <br><br> */s/ Paul L. Orshan* <br> Paul L. Orshan, Esq. <br> 701 Brickell Ave., Suite 2000 <br> Miami, FL 33131 <br> Telephone: 305-529-9380 <br> Facsimile: 305-402-0777 <br> Email: paul@orshanpa.com |

Dated: December 3, 2018        **SAUL EWING ARNSTEIN & LEHR LLP**

*/s/ Dipesh Patel*
Dipesh Patel
1270 Avenue of the Americas
Suite 2005
New York, NY 10020
Telephone: (212) 980-7200
Facsimile: (973) 286-6818
Email: dipesh.patel@saul.com

*Original Counsel for Invicta Watch Company of America, Inc.*