THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291
Telephone: 216.566.5500
Facsimile: 216.566.5800
John C. Allerding, Esq. (*pro hac vice*)

*Counsel for Luxottica Retail North America Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.* | **Case No. 18-23538-RDD** |
| Debtors.[1] | **(Jointly Administered)** |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 30th day of November, 2018, a true and exact copy of the *Motion of Luxottica Retail North America Inc. for Entry of an Order (I) Granting Relief from the Automatic Stay or, in the alternative, (II) Compelling Assumption or Rejection of Executory Contract* (ECF No. 981) was served: (i) by operation of the Court's electronic filing

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings, Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holding Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Product, Inc.(8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

system to all parties indicated on the electronic filing receipt; and (ii) via First Class Mail to all parties listed below:

| | |
|---|---|
| The Bank of New York Mellon Trust Company<br>Attn: Corporate Trust Administration<br>101 Barclay St., Floor 8W<br>New York, New York 10286 | Wilmington Trust, National Association<br>Attn: Sears Holdings Corp. Administrator<br>Corporate Capital Markets<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN 55402 |
| Wilmorite Management Group LLC<br>Attn: Donald C. Cowan, Jr.<br>1265 Scottsville Road<br>Rochester, NY 14624 | Schiff Hardin LLP<br>Attn: Louis T. DeLucia, Esq.,<br>Alyson M. Fiedler, Esq.<br>666 Fifth Avenue, Ste 1700<br>New York, NY 10103 |
| Travis County Attorney<br>Attn: David Escamilla<br>P.O. Box 1748<br>Austin, TX 78767 | Brookfield Property REIT Inc.<br>Kristen N. Pate<br>350 N. Orleans Street, Suite 300<br>Chicago, IL 60654-1607 |
| Linebarger Goggan Blair & Sampson, LLP<br>Attn: Diane Wade Sanders<br>P.O. Box 17428<br>Austin, TX 78760 | United States Bankruptcy Court for the Southern District of New York<br>Chambers of Honorable Robert D. Drain<br>300 Quarropas Street, Room 248<br>White Plains, NY 10601 |
| Internal Revenue Service<br>Attn: Centralized Insolvency Operation<br>2970 Market Street<br>Philadelphia, PA 19104-5016 | Internal Revenue Service<br>Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Office of The United States Trustee for Region 2<br>Attn: Paul Schwartzberg, Richard Morrissey<br>201 Varick St., Suite 1006<br>New York, NY 10014 | Sears Holding Corporation<br>Attn: Stephen Sitley, Esq.; Luke J. Valentino, Esq.<br>3333 Beverly Road, IL 60179 |
| Securities & Exchange Commission<br>Attn: Secretary of the Treasury<br>100 F. Street, NE<br>Washington, DC 20549 | Securities & Exchange Commission – NY Office<br>Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York, NY 10281-1022 |

| | |
|---|---|
| TN Dept. of Revenue<br>Attn: Herbert H. Slatery III; Marvin E. Clements, Jr.<br>c/o TN Attorney General's Office, Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-0207 | US Attorney for the Southern District of New York<br>Attn: Bankruptcy Division<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007 |

Dated: December 3, 2018
New York, New York

*/s/ John C. Allerding*
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291
Telephone: 216.566.5500
Facsimile: 216.566.5800
John C. Allerding (*pro hac vice*)

*Counsel for Luxottica Retail North America Inc.*

.