```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
In re                                                  :     Chapter 11
                                                       :
SEARS HOLDING CORPORATION et al.,  :     Case No. 18-23538 (RDD)
                                                       :
                                                       :
                        Debtors.                       :
                                                       :
-------------------------------------------------------x
```

**NOTICE OF APPOINTMENT OF CONSUMER PRIVACY OMBUDSMAN**

William K. Harrington, United States Trustee for Region 2 (the "United States Trustee"), hereby appoints Elise S. Frejka as Consumer Privacy Ombudsman in these cases in respect of the transactions set forth in Orders of the Bankruptcy Court Approving (1) the Bidding Procedures for the sale of Sears Home Improvement Business (ECF No. 775) and (2) the Global Bidding Procedures to sell the Debtors' assets (ECF No. 816). The Verified Statement of Ms. Frejka is attached hereto.

This appointment is made pursuant to the Stipulation and Agreed Order with Respect to Appointment of a Consumer Privacy Ombudsman ("Stipulation and Agreed Order") (ECF No. 999) which, among other things, directs the appoint of a Consumer Privacy Ombudsman, pursuant to Bankruptcy Code section 332. Stipulation and Agreed Order at ¶ 2.

Dated: New York, New York
December 3, 2018

                              WILLIAM K. HARRINGTON
                              UNITED STATES TRUSTEE

By:   /s/ *Paul K. Schwartzberg*
       Paul K. Schwartzberg
       Trial Attorney
       201 Varick Street, Suite 1006
       New York, New York 10014
       Tel. No. (212) 510-0500