UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------------------------x
In re                                      :
                                           :          Chapter 11
SEARS HOLDINGS CORPORATION, et al.,        :
                                           :          Case No. 18-23538 (RDD)
                                           :
            Debtors.¹                      :          (Jointly Administered)
                                           :
---------------------------------------------------------------x
```

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Daniel Kounin, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 28, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Litigation Service List attached hereto as **Exhibit A**:

- Notice of Meeting of Creditors Pursuant to Section 341 of the Bankruptcy Code [Docket No. 807]

*[Remainder of page intentionally left blank]*

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: December 3, 2018

Daniel Kounin

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 3, 2018, by Daniel Kounin,
proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 22

SRF 29208

**Exhibit A**

Exhibit A

Litigation Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 4892490 | ALLSTATE NEW JERSEY INSURANCE COMPANY A/S/O JOSEPH AND MARY BIGGS, JR. | C/O COZEN O'CONNOR | ATTN MATTHEW F. NOONE | 1650 MARKET STREET | | PHILADELPHIA | PA | 19103 |
| 4892500 | Atlas Roofing Contractors, Inc. | c/o Luis G. Martinez-Llorens | 1225 Ponce de Leon Ave. | VIG Tower Suite 1406 | | San Juan | PR | 00907 |
| 4892492 | BLANCA HERNANDEZ | C/O LAW OFFICE OF BRANDON J. BRODERICK, LLC | ATTN MARC SAMUEL BORDEN & KEVIN E KRUSE | 65 EAST ROUTE 4 | 1ST FLOOR | RIVER EDGE | NJ | 07661 |
| 4892491 | BLANCA HERNANDEZ | C/O LAW OFFICE OF BRANDON J. BRODERICK, LLC | ATTN KEVIN E KRUSE | 90 MAIN STREET | SUITE 201 | HACKENSACK | NJ | 07601 |
| 4892471 | BUDGET TRUCK FUNDING LLC | C/O LAW OFFICES OF GREGG A. ILARDI, LLC | ATTN GREGG ANDREW ILARDI | 174 DELAWANNA AVENUE | | CLIFTON | NJ | 07014 |
| 4892472 | BUDGET TRUCK FUNDING LLC | C/O HARWOOD LLOYD | ATTN KRISTINE DENNING | 130 MAIN STREET | | HACKENSACK | NJ | 07601 |
| 4892473 | BUDGET TRUCK RENTAL LLC | C/O LAW OFFICES OF GREGG A. ILARDI, LLC | ATTN GREGG ANDREW ILARDI | 174 DELAWANNA AVENUE | | CLIFTON | NJ | 07014 |
| 4892474 | BUDGET TRUCK RENTAL LLC | C/O HARWOOD LLOYD | ATTN KRISTINE DENNING | 130 MAIN STREET | | HACKENSACK | NJ | 07601 |
| 4892478 | CHARLES M. FABIAN | C/O STARFIELD AND SMITH PC | ATTN MICHELLE SERGENT KAAS | 1300 VIRGINIA DRIVE | SUITE 325 | FORT WASHINGTON | PA | 19034 |
| 4892477 | CHARLES M. FABIAN | C/O STARFIELD AND SMITH PC | ATTN LYNDSAY ELIZABETH ROWLAND | 1300 VIRGINIA DRIVE | SUITE 325 | FORT WASHINGTON | PA | 19034 |
| 4892493 | DEFLECTO, LLC | C/O GAUL, BARATTA & ROSELLO, LLP | ATTN JOSEPH M. GAUL, JR. | 100 HANOVER AVENUE | | CEDAR KNOLLS | NJ | 07927 |
| 4892494 | DEFLECTO, LLC | C/O LAW OFFICES OF WILLIAM E. STAEHLE | ATTN JEFFREY W. MAZZOLA | 445 SOUTH STREET | P.O. BOX 1938 | MORRISTOWN | NJ | 07962-1938 |
| 4892497 | ELECTROLUX HOME PRODUCTS, INC. | C/O MCCARTER & ENGLISH, LLP | ATTN WILFRED P. CORONATO | FOUR GATEWAY CENTER | 100 MULBERRY STREET | NEWARK | NJ | 07102 |
| 4892496 | ELECTROLUX HOME PRODUCTS, INC. | C/O MCCARTER & ENGLISH, LLP | ATTN DAVID R. KOTT | FOUR GATEWAY CENTER, 100 MULBERRY STREET | PO BOX 652 | NEWARK | NJ | 07101-0652 |
| 4892482 | ESTATE OF BETH ANN WOLF | C/O STARFIELD AND SMITH PC | ATTN MICHELLE SERGENT KAAS | 1300 VIRGINIA DRIVE | SUITE 325 | FORT WASHINGTON | PA | 19034 |
| 4892481 | ESTATE OF BETH ANN WOLF | C/O STARFIELD AND SMITH PC | ATTN LYNDSAY ELIZABETH ROWLAND | 1300 VIRGINIA DRIVE | SUITE 325 | FORT WASHINGTON | PA | 19034 |
| 4892476 | ESTATE OF SANDRA M. FABIAN | C/O STARFIELD AND SMITH PC | ATTN MICHELLE SERGENT KAAS | 1300 VIRGINIA DRIVE | SUITE 325 | FORT WASHINGTON | PA | 19034 |
| 4892488 | ESTATE OF SANDRA M. FABIAN | C/O STARFIELD AND SMITH PC | ATTN LYNDSAY ELIZABETH ROWLAND | 1300 VIRGINIA DRIVE | SUITE 325 | FORT WASHINGTON | PA | 19034 |
| 4892498 | EXEL DIRECT INC A/K/A MXD GROUP D/B/A DHL SUPPLY GROUP | C/O KAUFMAN DOLOWICH VOLUCK, LLP | ATTN ERIK E. SARDINA & GINO A. ZONGHETTI | COURT PLAZA SOUTH | 21 MAIN STREET, SUITE 251 | HACKENSACK | NJ | 07601 |
| 4892483 | FSA NETWORK, INC. | C/O KENNEDY, CAMPBELL, LIPSKI & DOCHNEY | ATTN KEVIN ROBERT DOCHNEY | 303 LIPPINCOTT DRIVE | SUITE 310 | MARLTON | NJ | 08053-4160 |
| 4892495 | HAMAD DEEB D/B/A EXPRESS DELIVERY, LLC | C/O DE MARCO & DE MARCO, ESQ. | ATTN MICHAEL P. DE MARCO | 912 BELMONT AVENUE | | NORTH HALEDON | NJ | 07508 |
| 4892484 | JOGA TRUCKING CORP. | C/O RUDOLPH & KAYAL | ATTN DARREN CHRISTOPHER KAYAL | 800 THE PLAZA | PO BOX 255 | SEA GIRT | NJ | 08750 |
| 4892485 | JOGA TRUCKING CORP. | C/O RUDOLPH & KAYAL | ATTN STEPHEN A. RUDOLPH | ATLANTIC CORPORATE CENTER | 2317 HIGHWAY 34, SUITE 2C | MANASQUAN | NJ | 08736 |
| 4892487 | NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY | C/O LAW OFFICE OF CHARLES A. LITTLE, JR. | ATTN LISA BAUGHMAN | 112 WEST PARK DR., SUITE 150 | | MT. LAUREL | NJ | 08054 |
| 4892486 | NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY | C/O JUENGLING & URCIUOLI | ATTN ERIC ANDREW BEFELER | 90 WOODBRIDGE CENTER DRIVE | SUITE 330 | WOODBRIDGE | NJ | 07095 |
| 4892499 | NEW JERSEY MANUFACTURERS INSURANCE GROUP a/s/o KRISTEN R. MCCLUSKEY | C/O CRAWFORD & MCELHATTON | ATTN DENNIS J. CRAWFORD & BRIAN JEFFREY JAMES | 619 S. WHITE HORSE PIKE | | AUDUBON | NJ | 08106 |
| 4892480 | ROBERT E. WOLF | C/O STARFIELD AND SMITH PC | ATTN MICHELLE SERGENT KAAS | 1300 VIRGINIA DRIVE | SUITE 325 | FORT WASHINGTON | PA | 19034 |
| 4892479 | ROBERT E. WOLF | C/O STARFIELD AND SMITH PC | ATTN LYNDSAY ELIZABETH ROWLAND | 1300 VIRGINIA DRIVE | SUITE 325 | FORT WASHINGTON | PA | 19034 |
| 4892475 | SABREE J. CLAITT | C/O RUDOLPH & KAYAL | ATTN DARREN CHRISTOPHER KAYAL | 800 THE PLAZA | PO BOX 255 | SEA GIRT | NJ | 08750 |
| 4892476 | SABREE J. CLAITT | C/O RUDOLPH & KAYAL | ATTN STEPHEN A. RUDOLPH | ATLANTIC CORPORATE CENTER | 2317 HIGHWAY 34, SUITE 2C | MANASQUAN | NJ | 08736 |
| 4892503 | Tara Retail Group, LLC | c/o Kay Casto & Chaney PLLC | Attn: Thomas H. Ewing | PO Box 2031 | | Charleston | WV | 25327 |
| 4892504 | Tara Retail Group, LLC | c/o Thomas H. Fluharty | 408 Lee Avenue | | | Clarksburg | WV | 25301 |
| 4892501 | Tara Retail Group, LLC | c/o Phillip Rodney Jackson, I | 401 FifthThird Center | 700 Virginia Street, East | Suite 400 | Charleston | WV | 25301 |
| 4892502 | Tara Retail Group, LLC | c/o Kay Casto & Chaney PLLC | Attn: Steven L. Thomas | 1600 Charleston National Plaza | P.O. Box 2031 | Charleston | WV | 25327 |

Exhibit A
Litigation Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 4892470 | VINELAND CONSTRUCTION CO. | C/O FLASTER/GREENBERG, PC | ATTN MITCHELL H. KIZNER | COMMERCE CENTER | 1810 CHAPEL AVENUE WEST, 3RD FLOOR | CHERRY HILL | NJ | 08002-4609 |