**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                       :
                                                            :     **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.*,                   :
                                                            :     **Case No. 18-23538 (RDD)**
                                                            :
       Debtors.[1]                                          :     **(Jointly Administered)**
------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Jordan, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 29, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on Lumberton City Tax Collector-Robeson [MMLID:4779875] 500 N. Elm St, Rm 103, Lumberton, NC 28358:

- Motion of Debtors for Authority to Pay Certain Prepetition Taxes and Fees [Docket No. 19]

- Interim Order Authorizing Debtors to Pay Certain Prepetition Taxes and Fees [Docket No. 116]

On November 29, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on iCan Benefit Group, LLC. [MMLID:4890327] Attn: Steve Tucker, 2700 N Military Trl, Suite 348, Boca Raton, FL 33431-6394:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden,LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

- Notice of Intent to Conduct Store Closing Sales [Docket No. 576]

On November 29, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the Supplemental Service List attached hereto as **Exhibit A**:

- Notice of Meeting of Creditors Pursuant to Section 341 of the Bankruptcy Code [Docket No. 807]

Dated: December 4, 2018

*/s/ Stephanie Jordan*
Stephanie Jordan

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 4, 2018, by Stephanie Jordan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

MARK M BROWN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02BR6305738
Qualified in New York County
My Commission Expires June 09, 2022

**<u>Exhibit A</u>**

18-23538-shl    Doc 1024    Filed 12/04/18    Entered 12/04/18 13:18:56    Main Document
Pg 3 of 6

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 4850083 | AGGRESSIVE TREE SERVICE INC | 131 VALENCIA RD | | | DEBARY | FL | 32713-3426 |
| 4881411 | ALATINI LANDSCAPE INC | PO BOX 2270 | | | EWA BEACH | HI | 96706-0270 |
| 4831739 | ALONSO, CARLOS | REDACTED | | | | | |
| 4847223 | ANDREW S BESZNYAK | 109 CHANDLER RD | | | CHADDS FORD | PA | 19317-9371 |
| 4804238 | ANTHONY FONTANA | 2 STRATHMORE MAY | | | EAST WINDSOR | NJ | 08520-2953 |
| 4812253 | ANUKRITI LAL | REDACTED | | | | | |
| 4812322 | ARUNA BATRA | REDACTED | | | | | |
| 4812652 | BEEVERS, SMITH | REDACTED | | | | | |
| 4890253 | Blade Marketing, Inc. | PO BOX 303 | | | W HAMPTON RCH | NY | 11978-0303 |
| 4868582 | BLEACHER CREATURES LLC | PO BOX 333 | | | BLUE BELL | PA | 19422-0333 |
| 4812914 | BLISS, DON | REDACTED | | | | | |
| 4812948 | BOB CERRI | REDACTED | | | | | |
| 4831280 | BRAMLEY, DAVID | REDACTED | | | | | |
| 4808897 | BV PLAZA LP | 4041 LIBERTY AVE STE 201 | | | PITTSBURGH | PA | 15222-1459 |
| 4859039 | CATALYST TAGS INC | 7107 TPC DR STE 130 | | | ORLANDO | FL | 32822-5137 |
| 4813760 | CHAO, JOYCE | REDACTED | | | | | |
| 4781210 | CITY OF YORBA LINDA | 4845 CASA LOMA AVE | | | Yorba Linda | CA | 92886-3364 |
| 4868284 | CLIFFORD THYNG | 875 LINCOLN RD | | | DELAND | FL | 32724-8326 |
| 4874053 | CM BEAUTY INC | CHRISTOPHER MICHAEL | 55 W 116TH ST | | NEW YORK | NY | 10026-2508 |
| 4860921 | CONTINENTAL ACCESSORY CORP | 30 JERICHO EXECUTIVE PLZ | STE 200E | | JERICHO | NY | 11753-1031 |
| 4834023 | CORLEY, MARY BETH | REDACTED | | | | | |
| 4814261 | CRAWFORD, GREGG | REDACTED | | | | | |
| 4814302 | CRUX BUILDERS | REDACTED | | | | | |
| 4881582 | CRYO WELD CORP | 253 INNIS AVE | | | POUGHKEEPSIE | NY | 12603-1048 |
| 4852096 | DANAT CONSTRUCTION | 472 CYNTHIA AVE | | | LANGHORNE | PA | 19047-5506 |
| 4807446 | DAVCO RESTAURANTS | REDACTED | | | | | |
| 4847920 | DAVID BROWN | 1717 ROCKEFELLER AVE APT 123 | | | EVERETT | WA | 98201-5902 |
| 4814597 | DEBOER, KIM | REDACTED | | | | | |
| 4834960 | DTF WOODWORKS | REDACTED | | | | | |
| 4815353 | ESQUEDA, VALENTINA | REDACTED | | | | | |
| 4815447 | FEAST IT FORWARD | REDACTED | | | | | |
| 4835479 | FELIX & MILA COLLADO | REDACTED | | | | | |
| 4836203 | GLICK, BRAD | REDACTED | | | | | |
| 4802561 | GOLD COAST DYNAMICS INC | 310 E 49TH ST | | | SAVANNAH | GA | 31405-2234 |
| 4787522 | Goodwin, Cassandra | REDACTED | | | | | |
| 4790951 | Gragnano, Anthony | REDACTED | | | | | |
| 4816202 | GRANT, NATHAN | REDACTED | | | | | |
| 4871825 | HAWAIIAN RESOURCES COMPANY LTD | 501 SUMNER ST STE 621 | | | HONOLULU | HI | 96817-5304 |
| 4816942 | HSIA, ED | REDACTED | | | | | |
| 4817003 | HURWITZ, ANNIE | REDACTED | | | | | |
| 4868026 | IN PRIVATE INC | 70 W 36TH ST FL 14 | | | NEW YORK | NY | 10018-1248 |
| 4856145 | JARADAT, DANIA | REDACTED | | | | | |
| 4848861 | JOSE CRUZ | 747 MCCASLIN ST | | | Pittsburgh | PA | 15217-2629 |
| 4802043 | JUSTIN HUGHES | 11915 TARRAGON RD APT D | | | REISTERSTOWN | MD | 21136-3171 |
| 4817805 | KAHLER, JACK & CAROLYN | REDACTED | | | | | |
| 4799523 | KASER CORPORATION | 47693 LAKEVIEW BLVD | | | FREMONT | CA | 94538-6544 |
| 4872526 | KELLI GREEN LANDSCAPING | AND MAINTENANCE LLC | 89 OAKVIEW DR | | WAYNESVILLE | NC | 28786-7110 |
| 4793891 | Kiln Repair | REDACTED | | | | | |
| 4818256 | KN INVESTMENT & DEVELOPMENT | REDACTED | | | | | |
| 4798256 | KROGER CO | 400 S ORLANDO AVE STE 204 | 1201 S ORLANDO AVE SUITE 420 | | MAITLAND | FL | 32751-5544 |
| 4818634 | LEDCOR CONSTRUCTION | REDACTED | | | | | |
| 4818865 | LISANNE KHEIROLOMOOM | REDACTED | | | | | |
| 4819212 | MARC & KIERSTEN VALLANCEY | REDACTED | | | | | |

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 4819234 | MAREN HEINZE | REDACTED | | | | | |
| 4819342 | MARKOS, NICOLE | REDACTED | | | | | |
| 4819344 | MARKS, GORDON | REDACTED | | | | | |
| 4860515 | MARR INTERNATIONAL GROUP INC | 50 PARK AVE APT 36 | | | NEW YORK | NY | 10016-3076 |
| 4819407 | MARTY & ALICIA HERRICK | REDACTED | | | | | |
| 4787794 | Mason, Nona | REDACTED | | | | | |
| 4819461 | MASSARO, JOHN AND SAMANTHA | REDACTED | | | | | |
| 4819593 | MCCOY, ERNIE | REDACTED | | | | | |
| 4890368 | MEFL, LLC. | ATTN: STEVE KEY | 204 WOODHEW RD | | WACO | TX | 76712-6529 |
| 4851053 | MELANIE HANISCO | 2274 VERBENA AVE | | | UPLAND | CA | 91784-7379 |
| 4840054 | MICHAEL KRAVITZ | REDACTED | | | | | |
| 4854884 | MIDWOOD INVESTMENT & DEVELOPMENT | FARMINGVILLE ASSOCIATES | C/O MIDWOOD INVESTMENT & DEVELOPMENT | 430 PARK AVENUE | NEW YORK | NY | 10022-3528 |
| 4819915 | MIKE & ANDREA ERWIN | REDACTED | | | | | |
| 4847122 | MILTON MARKEWITZ | 1950 STERLING PL APT 310 | | | HOOD RIVER | OR | 97031-8566 |
| 4798598 | MORRIS WADE | 5000 MORRIS ST | | | ORLANDO | FL | 32839-2101 |
| 4846561 | MOSES, MICHAEL | REDACTED | | | | | |
| 4840528 | MULLER, ROBERT | REDACTED | | | | | |
| 4863137 | NEW PERFECT STAR INCORPORATED | 275 W 39 ST FL 8 | | | NEW YORK | NY | 10018-0791 |
| 4820630 | OLEKSANDR HUZOVATYY | REDACTED | | | | | |
| 4802590 | ONWARD ENTERPRISE LLC | 530 SAINT MARYS ST | | | PHOENIXVILLE | PA | 19460-3034 |
| 4809709 | PAGAN CONSTRUCTION | 44 N SAN PEDRO RD | | | SAN RAFAEL | CA | 94903-4119 |
| 4820822 | PARKER, DEBORAH | REDACTED | | | | | |
| 4829231 | PATRY BUILDING CO L.L.C. | REDACTED | | | | | |
| 4799665 | POLAR ELECTRO INC | 15 GRUMMAN RD W STE 1200 | | | BETHPAGE | NY | 11714-5028 |
| 4850074 | PRIME PLUMBING INCORPORATED | 37135 STATE RD 19 | | | UMATILLA | FL | 32784-8069 |
| 4866273 | PRINCE OF PEACE ENTERPRISES INC | 751 M CANYONS PKWY | | | LIVERMORE | CA | 94551-9479 |
| 4880616 | PRINTFRESH LLC | 2930 JASPER ST UNIT 408 | | | PHILADELPHIA | PA | 19134-3532 |
| 4802056 | PROVALUE PARTS | 4300 W LAKE MARY BLVD STE 1010 | | | LAKE MARY | FL | 32746-2449 |
| 4797554 | PRS MEDICAL TECHNOLOGIES INC | 39420 LIBERTY ST STE 145 | | | FREMONT | CA | 94538-2289 |
| 4852394 | QUALITY HOME CONSTRUCTION LLC | 18433 MAYAPPLE CT | | | GAITHERSBURG | MD | 20879-5340 |
| 4821324 | QUAN, GINI | REDACTED | | | | | |
| 4794693 | QUICKWAY IMPORTS INC | 873 PULASKI HWY | | | GOSHEN | NY | 10924-6031 |
| 4862024 | RCS LOGISTICS INC | 23079 INT ARP CN BLVD STE 210 | | | SPRINGFIELD GARDENS | NY | 11413-4107 |
| 4849006 | RICHARD DACORTE | 10605 NE CREST AVE | | | VANCOUVER | WA | 98685-5356 |
| 4852097 | SANDHU TECHNOLOGIES | 1200 N Velie CT | | | Visalia | CA | 93292-4007 |
| 4822235 | SANTA CRUZ KITCHEN & BATH | REDACTED | | | | | |
| 4822322 | SCHEID, GIBSON | REDACTED | | | | | |
| 4797873 | SCOTT TRAN | PO BOX 11071 | | | OLYMPIA | WA | 98508-1071 |
| 4795635 | SDS INTERNATIONAL LTD | 181 BERKLEY AVE | | | BELLE MEAD | NJ | 08502-4651 |
| 4785218 | Serrano, Julia | REDACTED | | | | | |
| 4859599 | SOFTWARE ENGINEERING OF AMERICA INC | 1325 FRANKLIN AVE | STE 545 | | GARDEN CITY | NY | 11530-1631 |
| 4802639 | SPEEDMOB INC | 1511 SYCAMORE AVE STE M | | | MERCULES | CA | 94547-4779 |
| 4870080 | SPRING STREET DESIGN GROUP INC | 1220 PARK AVE# 9D | | | NEW YORK | NY | 10128-1733 |
| 4863700 | STARGATE APPAREL INC | 19 W 34TH ST FL 11 | | | NEW YORK | NY | 10001-3075 |
| 4850547 | STEIN, MICHAEL | REDACTED | | | | | |
| 4846776 | STEPHANIE BENSALEM | 943 E ROUMFORT RD | | | Philadelphia | PA | 19150-3215 |
| 4823106 | STEVENS, MICHAEL | REDACTED | | | | | |
| 4794772 | SUPER SUPPLY CORPORATION | 1818 JERICHO TPKE | | | NEW HYDE PARK | NY | 11040-4717 |
| 4823417 | TAMA BELL DESIGN | REDACTED | | | | | |
| 4843950 | Terri Stern | REDACTED | | | | | |
| 4823608 | Thomas Newman | REDACTED | | | | | |
| 4873616 | THOMASVILLE RETAIL I LLC | 1810 WATER PL SE STE 220 | | | ATLANTA | GA | 30339-2283 |
| 4844208 | Tonya Demetree | REDACTED | | | | | |

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 4850694 | TOWN OF FLOORS LLC | 5816 BUTTERFIELD ST | | | RIVERVIEW | FL | 33578-3716 |
| 4889067 | VARCOMAC ELECTRICAL CONSTRUCTION | VARCOMAC ELECTRICAL CONST CO | 1360 BLAIR DR STE A | | ODENTON | MD | 21113-1347 |
| 4785962 | Vargas, Sonia | REDACTED | | | | | |
| 4824117 | VIVEK DHANKAR | REDACTED | | | | | |
| 4824461 | WILLIAM HUGHES CONSTRUCTION | REDACTED | | | | | |
| 4824500 | WILNER, ANNE | REDACTED | | | | | |

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)