**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.,* | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Gerhald R. Pasabangi, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 29, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit A**:

- Notice of Meeting of Creditors Pursuant to Section 341 of the Bankruptcy Code [Docket No. 807]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: December 4, 2018

_____

Gerhald R. Pasabangi

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 4, 2018, by Gerhald R.
Pasabangi, proved to me on the basis of satisfactory evidence to be the person who appeared
before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 2022

SRF 29243

**<u>Exhibit A</u>**

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL |
|---|---|---|---|---|---|---|---|
| 4893171 | 1-800-Remodel | 5850 W. 3rd st. #162 | | | Los Angeles | CA | 90036 |
| 4893250 | A TO Z HEATING AND AIR INC | 2435 ALBATROSS WAY SUITE #106 | | | Sacramento | CA | 95815 |
| 4893196 | A.C.D. Janitorial Services, LLC | 108 Williowbay Ridge Street | | | Sanford | FL | 32771 |
| 4893185 | ABCO Refrigeration Supply | 40 Vreeland Ave | | | Totowa | NJ | 07512 |
| 4893251 | ABSOLUTE COMFORT HEATING AND AIR | 7110 LYLE RD | | | Richburg | SC | 29729 |
| 4893195 | ACME Refrigeration | 11345 Pennywood Ave. | | | Baton Rouge | LA | 70809 |
| 4893252 | ADAMS HEATING AND AIR CONDITIONING | 2511 CARVER ST | | | Durham | NC | 27705 |
| 4893180 | Aireco Supply Inc. | 10231 Southhard Drive | | | Beltsville | MD | 20705 |
| 4893253 | AKLYM INC | 21 VERNASA DR | | | Langhorne | PA | 19053 |
| 4893254 | ALL WEATHER MECHANICAL INC | 405 WOODLAND DR | | | Jacksonville | NC | 28540 |
| 4893255 | ALLSTATE FLOORING CONCEPTS | 20 ANDREWS DR | | | WOODLAND PARK | NJ | 07424 |
| 4893231 | American Builders & Contractors Supply Co., Inc. | Karl W. Leo | 200 Randolph Avenue | Suite 200 | Huntsville | AL | 35801 |
| 4893232 | American Builders & Contractors Supply Co., Inc. | ABC Supply Co. Inc. | Attn: President | One ABC Parkway | Beloit | WI | 53511 |
| 4893223 | AmeriSpec L.L.C. | Attn: Legal Department | 860 Ridge Lake Blvd. | | Memphis | TN | 38120 |
| 4893256 | ANTHONYS HEATING AND COOLING INC | 3940 S PINE AVE | | | Milwaukee | WI | 53207 |
| 4893257 | APEX MARBLE & GRANITE INC | PO BOX 1338 | | | Morrisville | NC | 27560 |
| 4893191 | APR Supply Co. | 505 Keystone Rd. | | | Southhampton | PA | 18966 |
| 4893258 | ARCHON ENERGY SOLUTIONS | 607 ELMIRA RD NO 293 | | | Vacaville | CA | 95687 |
| 4893259 | ARIZONA SHOWER DOOR INC | 2801 W INDIAN SCHOOL RD | | | Phoenix | AZ | 85017 |
| 4893261 | ARTHUR WOLFORD LLC | 841 POINSETTIA ST | | | Casselberry | FL | 32707 |
| 4893262 | ASHLAND HOME IMPROVEMENT CORP | 2446 CAMP AVE | | | NORTH BELLMORE | NY | 11710 |
| 4893220 | Associated Materials, LLC | Attn: General Counsel | 3773 State Road | | Cuyahoga Falls | OH | 44223 |
| 4893263 | B&B HVAC LLC | 1022 TERRAPIN ST | | | Indian Trail | NC | 28079 |
| 4893264 | BANDON DESIGNS LLC | 91547 HIGHWAY 42 S | | | Coquille | OR | 97423 |
| 4893228 | BCI Acrylic Bath Systems, Inc. | Attn: Senior Vice President | 524 S. Hicks Road | | Palatine | IL | 60067 |
| 4893230 | Beacon Sales Acquisition, Inc. (Allied/Roofing Supply) | 3888 COLLECTION CENTER DRIVE | | | Chicago | IL | 60693 |
| 4893339 | BEAM | 410 COUNTRY CLUB CIR | | | Shelby | NC | 28150 |
| 4893265 | BEDROCK QUARTZ SURFACES LLC | 5996 W DANNON WAY | | | WEST JORDAN | UT | 84081 |
| 4893235 | Berch Cabinent Manufacturing, Inc. | PO BOX 2280 | | | Waterloo | IA | 50702 |
| 4893266 | BOOMER FLOORING INC | 11 ST NICHOLAS AVE | | | Lake Grove | NY | 11755 |
| 4893222 | BrightClaim, Inc. | Attn: Legal Department | 8010 Roswell Road | Suite 200 | Atlanta | GA | 30350 |
| 4893206 | Brumbaugh & Quandahl, P.C. | 4885 South 118th Street | Suite 100 | | Omaha | NE | 68137 |
| 4893213 | C & C North America, Inc. | Attention: General Counsel | 8665 Hudson Blvd | | Lake Elmo | MN | 55042 |
| 4893214 | C & C North America, Inc. | Cosentino North America | Attention: President & CEO | 13124 Trinity Drive | Stafford | TX | 77477 |
| 4893240 | Cabot IV-MD1W07, LLC | 6700 Rockledge Dr | Ste 500A | | Bethesda | MD | 20817 |
| 4893218 | Caesarstone USA, Inc. | Attn: General Counsel | 6840 Hayvenhurst Ave | Suite 100 | Van Nuys | CA | 91406 |
| 4893268 | CARRINGTON ELECTRIC LLC | 2330 NEW BERN AVE | | | Raleigh | NC | 27610 |
| 4893324 | CHAVEZ | 600 BROTHERS RD | | | Canutillo | TX | 79835 |
| 4893297 | COFFMAN | 14805 W 91ST TER | | | Shawnee Mission | KS | 66215 |
| 4893189 | Connor Company | 3 Business Center Ct. | | | Collunsville | IL | 62239 |
| 4893332 | CORBIN | 1510 NE 154TH ST | | | Vancouver | WA | 98686 |
| 4893178 | Corken Steel Products | 1226 West Market Street | | | Louisville | KY | 40203 |
| 4893204 | CounterPointe Energy Solutions Residential, LLC | 555 S. Federak Highway | | | Boca Raton | FL | 33432 |

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLD | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL |
|---|---|---|---|---|---|---|---|
| 4893322 | CROSS | 7995 HIGHWAY 138 | | | Toone | TN | 38381 |
| 4893269 | CROWNE KITCHEN AND BATH | 9317 S EASTERN AVE | | | Moore | OK | 73160 |
| 4893234 | Dal-Tile Distribution, Inc. | Attn: Director of National Accounts | 7834 C. F. Hawn Freeway | | Dallas | TX | 75217 |
| 4893225 | Danosa Caribbean, Inc. | PO BOX 13757 | | | San Juan | PR | 00908-3757 |
| 4893270 | DAVES HEATING & AIR LLC | 546 BUTLER HOLLOW RD | | | Lucasville | OH | 45648 |
| 4893229 | Decore-active Specialities, Inc. | Attention: President | 2772 S. Peck Rd. | | Monrovia | CA | 91016 |
| 4893271 | DEEL AND CARTER HEAT AND AIR LLC | 106 DILLARD CT | | | Eden | NC | 27288 |
| 4893272 | DESIGN HEATING AND AIR | 1193 SIERRA VISTA DR | | | Wofford Heights | CA | 93285 |
| 4893247 | Duke Realty LTD Partnership | 445 S Moorland Rd | Ste 100 | | Brookfield | WI | 53005 |
| 4893172 | Echo Media Corporation | 900 Circle 75 Parkway Suite 1600 | | | Atlanta | GA | 30339 |
| 4893208 | Elkay Sales, Inc. | One Elkay Way | | | Waconia | MN | 55387 |
| 4893209 | Elkay Sales, Inc. | 2222 Camden Court | | | Oak Brook | IL | 60523 |
| 4893173 | Epsilon Data Management | 1100 Woodfield Rd. | | | Schaumburg | IL | 60173 |
| 4893174 | Epsilon Data Management | 4401 Regent Blvd. | | | Irving | TX | 75063 |
| 4893194 | Epting Distributors | 1006 Huger St. | | | Columbia | SC | 29201 |
| 4893276 | EST HARDWARE | LAUREL AVE 219 MINILLAS IND PK | | | BAYAMEN | PR | 00960 |
| 4893202 | Fortiva Financial, LLC | Five Concourse Parkway | Suite 300 | | Atlanta | GA | 30328 |
| 4893278 | FORTRESS INDUSTRIES LLC | 3453 N OLD STATE ROAD | | | Delaware | OH | 43015 |
| 4893279 | FRIENDS HEATING AND AIR CONDITIONING INC | 209 PINE RD | | | Mount Holly | NC | 28120 |
| 4893280 | FRONT RANGE ELECTRIC INC | 4740 FORGE RD STE 106 | | | Colorado Springs | CO | 80907 |
| 4893244 | Galaxy Corporate Center, LLC | 24700 Chagrin Blvd. | Suite 303 | | Bechwood | OH | 44122 |
| 4893291 | GARZA | 6823 KELLER ST | | | Houston | TX | 77087 |
| 4893275 | GIBSON | 1695 BEAVER CREEK RD | | | Brighton | TN | 38011 |
| 4893267 | GILLEY | 8457 E ARAPAHOE RD | | | Greenwood Village | CO | 80112 |
| 4893292 | GODWIN | 6108 PAM AVE | | | Pensacola | FL | 32526 |
| 4893282 | GRANITE MR LLC | 7511 PULASKI HWY | | | ROSEDALE | MD | 21237 |
| 4893233 | Hajoca Corporation | Attn: Tom Bromley/In House Counsel | 127 Coulter Avenue | | Ardmore | PA | 19003 |
| 4893283 | HANDYMANDRYK AND SON LLC | 9254 S 2700 W | | | West Jordan | UT | 84088 |
| 4893212 | Hanwha L&C USA LLC | Hanwha L&C USA LLC | 2839 Paces Ferry Rd. | Suite 200 | Atlanta | GA | 30339 |
| 4893241 | HEFCO Enterprise LLC | Attn: Howard Friedlaender | 33533 W. Twelve Mile Road | Suite 190 | Farmington Hills | MI | 48331 |
| 4893284 | HIGH POINT REFRIGERATION & AC | 1519 BAKER RD | | | High Point | NC | 27263 |
| 4893285 | HIXON BROTHERS CONTRACTING | 709 S CHURCH ST | | | Olathe | KS | 66061 |
| 4893286 | HUNTER & CO LLC | PO BOX 362 | | | Jackson | MO | 63755 |
| 4893187 | HVAC Sales & Supply | 3940 Senator St. | | | Memphis | TN | 38118 |
| 4893287 | HVH ENTERPRISE CORP | 5858 E MOLLOY RD | | | Syracuse | NY | 13211 |
| 4893237 | Icon Owner Pool 1 SF Business Parks, LLC | PO Box 843964 | | | Los Angeles | CA | 90084-3984 |
| 4893288 | IMPERIAL CABINETS & MILLWORK LLC | PO BOX 92105 | | | Lakeland | FL | 33804 |
| 4893294 | JM HOME DESIGN LLC | 12 LENOX AVE | | | Dumont | NJ | 07628 |
| 4893295 | JOHN CHURCH CONST | 5343 TANAGER AVE NE | | | Canton | OH | 44705 |
| 4893293 | JOHNSON | 740 LEAFY BEND CT | | | Lexington | SC | 29073 |
| 4893296 | JUAN MANUEL ESTRADA | 109 SALLY LN | | | Brownsville | TX | 78521 |
| 4893249 | Kailyn Realty I, LLC | 80 Crossways Park Dr | | | Woodbury | NY | 11797 |
| 4893188 | Kaiser Supply | 627B Distributors Row | | | Harahan | LA | 70123 |
| 4893298 | KITCHENS & MORE INC | PMB 102 3071 ALEJANDRINO AVE | | | GUAYNABO | PR | 00969 |

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLD | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL |
|---|---|---|---|---|---|---|---|
| 4893307 | LAROCQUE | 2255 OAK HILLS CIR APT 137 | | | Pittsburg | CA | 94565 |
| 4893308 | LAROCQUE | 4075 LINEYARD AVE NO 39 | | | Pleasanton | CA | 94566 |
| 4893238 | Leim AAF Calsters-Peoria Industrial Inc. | PO Box 6149 | | | Hicksville | NY | 11802-6149 |
| 4893248 | Liberty Property Limited Partnership | Attn: Senior Vice President/City Manager | 4100 Mendenhall Oaks Parkway | Suite 300 | Highpoint | NC | 27265 |
| 4893299 | LKN ELECTRIC LLC | 7139 EAST BROOK LN | | | SHERRILLS FORD | NC | 28673 |
| 4893179 | Lohmiller & Co. | 4800 Osage Street | | | Denver | CO | 80221 |
| 4893300 | LONNIE MATTHEWS | 6 WILDWOOD LANE | | | FOXFIRE VILLAGE | NC | 27281 |
| 4893211 | M S International, Inc. | Attn: Vice President | 2095 N. Batavia St | | Orange | CA | 92865 |
| 4893301 | MAJAC ENTERPRISES | 1319 TALLGRASS DR | | | Eudora | KS | 66025 |
| 4893303 | MALICKI | 6123 KNOLLWOOD DR | | | Falls Church | VA | 22041 |
| 4893302 | MAMAKATING HEATING & COOLING | 267 MAMAKATING RD | | | Bloomingburg | NY | 12721 |
| 4893326 | MANDRY JR | 31528 HIGH RIDGE DR | | | Bulverde | TX | 78163 |
| 4893260 | MARKARIAN | 10945 PENDLETON STREET | | | Sun Valley | CA | 91352 |
| 4893274 | MARTINEZ JR | 283 E AIRWAY BLVD | | | Livermore | CA | 94551 |
| 4893210 | Matrix Cements, LLC, a Florida limited liability company d/b/a Matrix Cabinets | Attn: David Douglas | 52 Industrial Drive | | Baxlex | GA | 31513 |
| 4893290 | MCCAFFITY | PO BOX 210221 | | | Bedford | TX | 76095 |
| 4893306 | MCLEOD CUSTOM INTERIORS | 2440 E NINE MILE RD | | | Pensacola | FL | 32514 |
| 4893304 | MEYEROWITZ | 13 BRENDAN AVE | | | Massapequa | NY | 11758 |
| 4893309 | MIKE HUNGER | 6 W HOFFMAN AVE | | | Cherry Hill | NJ | 08002 |
| 4893245 | Milton Brazell | P.O. Box 728 | 598 Flowers Court | | Edisto Island | SC | 29438 |
| 4893186 | Mingledorff's | 386 Commerce Blvd. | | | Bogart | GA | 30622 |
| 4893227 | Modernize/(FMA Home Improvement Leads, Inc.) | 804 Congress Ave. | | | Austin | TX | 78701 |
| 4893193 | Moore Supply Co. | 8109 Austin Ave. | | | Morton Grove | IL | 60053 |
| 4893183 | Morrison Supply | 127 East Nakoma | | | San Antonio | TX | 78216 |
| 4893177 | National Excelsior Company | 1721 Northwind Pkwy | | | Hobart | IN | 46342 |
| 4893310 | NEW IMAGE INVESTMENTS LLC | 125 RIGGS RD | | | Houston | TX | 77022 |
| 4893198 | Office Depot | PO Box 633211 | | | Cincinatti | OH | 45263-3211 |
| 4893311 | PAULS AC HEATING | 52 BEYERS ROAD | | | MIDDLETOWN | NY | 10941 |
| 4893312 | PAYLESS CONSTRUCTION | 12213 GRAYSTONE AVE | | | NORWALK | CA | 90650 |
| 4893203 | Personal Energy Finance, Inc. | 15073 Avenue of Science | | | San Diego | CA | 92128 |
| 4893313 | PIERSON TOPS | 10720 BETHEL BURLEY RD SE | | | PORT ORCHARD | WA | 98367 |
| 4893197 | Pitney Bowes | PO Box 371887 | | | Pittsburgh | PA | 15250-7887 |
| 4893201 | PlusOne Solutions, Inc. | Attn: CEO/President | 11301 Corporate Blvd. | Suite 215 | Orlando | FL | 32817 |
| 4893314 | POPS ELECTRIC LLC | 1205 W BESSEMER AVE STE 110 | | | GREENSBORO | NC | 27408 |
| 4893315 | POSITIVELY ELECTRIC | 5400 GRAY CT | | | Arvada | CO | 80002 |
| 4893316 | PRECISION CONSTRUCTION CORP | 7500 JAMES ST | | | Frankfort | IL | 60423 |
| 4893317 | PRICE HEATING AND AIR | 1251 RURITAN ROAD | | | Roaring River | NC | 28669 |
| 4893207 | Protection One, a divison of ADT LLC | Attn: Legal Dept. | 4221 W. John Carpenter Fwy | | Irving | TX | 75063 |
| 4893318 | QUALITY PLUS SERVICES INC | 751 S HALIFAX RD | | | Rocky Mount | NC | 27803 |
| 4893175 | QuinStreet, Inc. | 950 Tower Lane | 6th Floor | | Foster City | CA | 94404 |
| 4893246 | Randolph Business Park I, L.P. | 3355 Cherry Ridge | Ste 202 | | San Antonio | TX | 78230 |
| 4893236 | RBP LLC c/o Engel Realty Co. | PO Box 187 | | | Birmingham | AL | 35201-0187 |
| 4893319 | RD STONE ELECTRICAL CONTRACTORS INC | 5016 GROOMETOWN RD | | | Greensboro | NC | 27407 |

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLD | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL |
|---|---|---|---|---|---|---|---|
| 4893184 | RE Michel Company, Inc. | 1781 Westfork Drive | Suit 110 | | Lithia Springs | GA | 30122 |
| 4893320 | RELIABLE MECHANICAL SERVICES | 4004 SARDIS DR | | | Indian Trail | NC | 28079 |
| 4893321 | RELIABLE MECHANICAL SERVICES | 1409 MORNINGSIDE MEADOW LANE | | | MATTHEWS | NC | 28104 |
| 4893205 | Renovate America, Inc. | 16409 W. Bernardo Drive | | | San Diego | CA | 92127 |
| 4893277 | RIVERA | CALLE CANALES 209 BUEN CONSEJO | | | SAN JAUN | PR | 00926 |
| 4893181 | Robertson Heating Supply | 6065 Towpath Drive | | | Valley View | OH | 44125 |
| 4893221 | Roofing Supply Group, LLC | Attn: Lisa Gold | 3890 W. Northwest Highway | Suite 400 | Dallas | TX | 75200 |
| 4893325 | ROSSER HEATING AND AIR | PO BOX 1225 | | | COVINGTON | GA | 30015 |
| 4893216 | Samsung Chemical (USA), Inc. | Attn: Staron Sales Department | 6 Centerpoint Dr. Suite 100 | | La Palma | CA | 90623 |
| 4893217 | Samsung Chemical (USA), Inc. | Attn: General Counsel Office/Legal Department | 6 Centerpoint Dr. Suite 100 | | La Palma | CA | 90623 |
| 4893327 | SEIGLER SERVICES | 1001 BANCROFT CT | | | INDIAN LAND | SC | 29707 |
| 4893200 | Sertifi, Inc. | Attn: Nick Stojka | 325 W. Huron St. Suite 207 | | Chicago | IL | 60654 |
| 4893219 | Shaw Industries, Inc. | Attn: General Legal Counsel | 616 East Walnut Ave. | | Dalton | GA | 30721 |
| 4893328 | SHERMAN SQUARE | 4308 GENYTH AVE | | | Memphis | TN | 38128 |
| 4893182 | Sid Harvey Industries | 480 Smith Street | | | Farmingdale | NY | 11735 |
| 4893242 | Silver Properties, MO LLC | 620 N. 48th St | Ste 101 | | Lincoln | NE | 68504 |
| 4893305 | SIMPSON | 5837 SW 116TH PLACE RD | | | OCALA | FL | 34476 |
| 4893273 | SIMS | 187 PLOUGHMAN CIRCLE | | | Harpersville | AL | 35078 |
| 4893329 | SIXTO DE PENA | 9838 57TH AVE APT 1J | | | Flushing | NY | 11368 |
| 4893330 | SOUTH POLE HEATING & COOLING | 10601 SHERRILL ST | | | Anaheim | CA | 92804 |
| 4893192 | Southern Refrigeration | 5265 Port Royal Road | | | Springfield | VA | 22151 |
| 4893331 | STABELLA INC | 2889 GRAY FOX RD | | | Monroe | NC | 28110 |
| 4893281 | STENGEL | PO BOX 360146 | | | Dallas | TX | 75336 |
| 4893333 | STONE FOR YOU | 10700 CAPITAL ST | | | OAK PARK | MI | 48237 |
| 4893334 | STONE SOLUTIONS LLC | 8969 YELLOW BRICK RD | | | ROSEDALE | MD | 21237 |
| 4893335 | SUNCOAST RENOVATIONS AND REMODELING LLC | 2470 MERRMAN DR | | | Melbourne | FL | 32940 |
| 4893336 | SUPERIOR ROOFING & REPAIR INC | URB VALLE HERMOSO CALLE | | | HORMIGUEROS | PR | 00660 |
| 4893340 | TALMADGE | 4316 LAKE HARBOR ROAD | | | Muskegon | MI | 49441 |
| 4893337 | TEJEGONLI CORPORATION | 500 PULASKI RD | | | Greenlawn | NY | 11740 |
| 4893239 | Terhaar & Cronley Property Company, Inc. | Attn: Tony Terhaar | 1401 East Belmont Street | | Pensacola | FL | 32501 |
| 4893338 | THE ENERGUY CA LLC | 1215 K STREET 17TH FLOOR | | | Sacramento | CA | 95814 |
| 4893341 | TRIPLE T ELECTRIC INC | 3332 NOSTRAND AVE | | | Brooklyn | NY | 11229 |
| 4893342 | TYCOON FLOW CONTROL CORP | 2500 WEST 78TH ST BAY 9 | | | Hialeah | FL | 33016 |
| 4893343 | UNIQUE DESIGN INC | 2030 GRANT AVE | | | PHILADELPHIA | PA | 19115 |
| 4893344 | VALLEY FABRICATORS LLC | 130 COUNTY LINE RD SW UNIT 104 | | | Pacific | WA | 98047 |
| 4893176 | Valpak Direct Marketing Systems, Inc. | 805 Executive Center Drive | | | West Saint Petersburg | FL | 33702 |
| 4893224 | Veytec (Cisco) | 2418 Silver Star Rd. | | | Orlando | FL | 32804 |
| 4893345 | VIRGINIA TOPS INC | 4407 SARELLEN ROAD | | | Richmond | VA | 23231 |
| 4893346 | VLJ CONSTRUCTION SERVICES INC | 7107 NIGHTSHADE DR | | | RIVERVIEW | FL | 33578 |
| 4893190 | Wholesale Heating Supply | 135 Orchard Lake Rd. | | | Pontiac | MI | 48341 |
| 4893289 | WILSON | 19778 BILL YOUNG ROAD | | | Siloam Springs | AR | 72761 |
| 4893215 | WilsonArt LLC | Attn: President & CEO | 2400 Wilson Place | P.O. Box 6110 | Temple | TX | 76503 |
| 4893347 | WIMEC FLOORS MILL WORK AND COVERING INC | 116 PINE ARBOR DR | | | Orlando | FL | 32825 |
| 4893226 | WincoreWindow Company, LLC | Attn: Mr. Russ Tracewell | 250 Staunton Turnpike | | Parkersburg | WV | 26104 |

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLD | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL |
|------|------|-----------|-----------|-----------|------|-------|--------|
| 4893243 | Woodmonte Properties | 100 Passaic Ave | Ste 240 | | Fairfield | NJ | 07004 |
| 4893348 | XTREME PLUMBING & HEATING LLC | 25 WILSON TER | | | WEST CALDWELL | NJ | 07006 |
| 4893349 | YINGLING HEAT AND AIR | 104 DONNIE HOLT RD | | | McRae | AR | 72102 |
| 4893199 | Zabatt | 4612 Highway Ave | | | Jacksonville | FL | 32254 |
| 4893323 | ZUNIGA | 306 W 2ND ST | | | Homer | IL | 61849 |