BARCLAY DAMON LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone: (315) 413-7115
Facsimile: (315) 703-7349
Kevin M. Newman

*Attorneys for Light 125 James West LLC and
Shillington Plaza LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 18-23538-rdd |
| SEARS HOLDING CORPORATION, *et al.* | Jointly Administered |
| Debtors.[1] | |

-------------------------------------------------------------

**<u>NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS</u>**

**PLEASE TAKE NOTICE**, that the undersigned, appearing for Light 125 James West LLC and Shillington Plaza LLC (collectively hereafter the "Creditors") pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, hereby requests that all notices given to or required to be served in this

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

case be given and served upon the undersigned at the office, address and telephone numbers set forth below:

Kevin M. Newman, Esq.
BARCLAY DAMON LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone:  (315) 413-7115
Facsimile:  (315) 703-7349
Email:  knewman@barclaydamon.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints or demands transmitted or conveyed by mail delivery, telephone, telex or otherwise, which affect the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests that the name and address set forth herein be added to the mailing matrix in this case.

**PLEASE TAKE FURTHER NOTICE**, that the Creditors intend that neither this Notice of Appearance, nor any former or later pleading, claim or suit shall waive (1) the Creditors' right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) the Creditors' right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case, (3) the Creditors' right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) the Creditors' right to have any claims constitutionally required to be determined by the District Court be determined therein, (5) the Creditors' right to have any matter heard by an arbitrator, or (6) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Creditors are

or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Creditors expressly reserve.

Dated:  December 4, 2018
        Syracuse, New York

**BARCLAY DAMON LLP**
*Attorneys for Light 125 James West LLC and Shillington Plaza LLC*

By:    */s/Kevin M. Newman*
Kevin M. Newman, Esq.
Office and Post Office Address
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone: (315) 413-7115
Facsimile: (315) 703-7349
Email: knewman@barclaydamon.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 18-23538-rdd |
| SEARS HOLDING CORPORATION, *et al.* | Jointly Administered |
| Debtors. | |

-------------------------------------------------------------

## AFFIDAVIT OF SERVICE

*STATE OF NEW YORK*       )
*COUNTY OF ONONDAGA*   ) ss.:

**DEBORAH S. MILLER**, being duly sworn, deposes and says:

1. That she is in the employ of Barclay Damon LLP, attorneys for Light 125 James West LLC and Shillington Plaza LLC in the above-captioned bankruptcy cases.

2. That on the 4th day of December, 2018, she electronically filed the *Notice of Appearance and Demand for Service of Papers* with the Clerk of the Bankruptcy Court for the Southern District of New York using the CM/ECF system, which sent notification of such filing to the parties set forth on the attached **Service List A**.

3. That on the 4th day of December, 2018, she served a copy of the *Notice of Appearance and Demand for Service of Papers* upon:

| | |
|---|---|
| Office of the United States Trustee | Davis Polk & Wardwell LLP |
| U.S. Federal Office Building | Attn: Eli J. Vonnegut, Esq. |
| 201 Varick Street, Room 1006 | 450 Lexington Avenue |
| New York, New York 10014 | New York, NY 10017 |
| | |
| Prime Clerk LLC | Brown Rudnick LLP |
| Attn: Adam M. Adler | Attn: Jonathan D. Marshall, Esq. |
| 830 Third Avenue, 9th Floor | One Financial Center |
| New York, NY 10022 | Boston, MA 02111 |

via first class mail by depositing copies of same in a properly addressed, postage paid envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/Deborah S. Miller
　　　　　　　　　　　　　　　　　　　　　　　　　　DEBORAH S. MILLER

Sworn to before me this
4th day of December, 2018.

  /s/Audrey A. Vrooman
Notary Public, State of New York
Qual. In Onondaga Cty No. 01VR4762616
Commission Expires July 31, 2022

## Service List A

- Robin S. Abramowitz    abramowitz@larypc.com, fox@larypc.com
- David G. Aelvoet    sanantonio.bankruptcy@publicans.com
- Jaime Agnew    jaimeagnew21@gmail.com
- Richard A. Aguilar    raguilar@mcglinchey.com, aparish@mcglinchey.com
- John C. Allerding    john.allerding@thompsonhine.com
- Arlene Rene Alves    alves@sewkis.com
- Tara B. Annweiler    tannweiler@greerherz.com
- Joel D. Applebaum    japplebaum@clarkhill.com
- Laura E. Appleby    appleby@chapman.com
- Jenelle C Arnold    bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com
- Simon Aron    saron@wrslawyers.com, jnarcise@wrslawyers.com
- Peter M. Aronoff    peter.aronoff@usdoj.gov
- Brandon K. Bains    bbains@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com
- Michael I. Baird    baird.michael@pbgc.gov, efile@pbgc.gov
- Erika R. Barnes    ebarnes@stites.com, mdennis@stites.com;docketclerk@stites.com
- Michael Jason Barrie    mbarrie@beneschlaw.com, debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com
- Paul M. Basta    pbasta@paulweiss.com
- Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com
- Richard J. Bernard    rbernard@foley.com
- Karen C. Bifferato    kbifferato@connollygallagher.com
- Jeffrey E Bjork    jeff.bjork@lw.com
- David M. Blau    dblau@clarkhill.com
- Phillip W. Bohl    phillip.bohl@gpmlaw.com
- Wanda Borges    ecfcases@borgeslawllc.com
- Dustin Parker Branch    branchd@ballardspahr.com, carolod@ballardspahr.com
- Duane Brescia    duane.brescia@clarkhillstrasburger.com, bkrtcynotices@clarkhillstrasburger.com; donna.krupa@clarkhillstrasburger.com;Kathi.Alexander@clarkhillstrasburger.com
- Kay Diebel Brock    bkecf@co.travis.tx.us
- Michael D. Brofman    mbrofman@weisszarett.com
- James L. Bromley    maofiling@cgsh.com, jbromley@cgsh.com
- Lynn Hamilton Butler    lynn.butler@huschblackwell.com, penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com
- Jamie S. Cassel    jsc@renozahm.com, jsc@renozahm.com
- Michael J. Catalfimo    mcatalfimo@carterconboy.com, hmclenithan@carterconboy.com;rmcfee@carterconboy.com;jstein@carterconboy.com
- George B. Cauthen    george.cauthen@nelsonmullins.com, Linnea.hann@nelsonmullins.com;joan.kishline@nelsonmullins.com
- Rocco A. Cavaliere    rcavaliere@tarterkrinsky.com, snobles@tarterkrinsky.com
- Janine M. Cerbone    jfigueiredo@hahnhessen.com, jfigueiredo@hahnhessen.com
- Rudy J Cerone    rcerone@mcglinchey.com
- Mark J Chaney    mchaney@mcglinchey.com, aparish@mcglinchey.com
- Hyun Suk Choi    hchoi@choiandpark.com, lkleist@choiandpark.com;cpark@choiandpark.com;jpatten@choiandpark.com
- Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
- Ronald Alexander Clark    aclark@cov.com

- Marvin E. Clements   agbanknewyork@ag.tn.gov
- Eboney Cobb   ecobb@pbfcm.com
- Patrick Collins   pcollins@farrellfritz.com
- Sonia E Colon   scolon@ferraiuoli.com, edocketslit@ferraiuoli.com; scolon@ecf.courtdrive.com;hruiz@ferraiuoli.com;soniaecolon@gmail.com
- Michael J. Connolly   mconnolly@formanlaw.com, kanema@formanlaw.com
- Andrew S. Conway   aconway@taubman.com
- Joseph Corrigan   bankruptcy2@ironmountain.com
- Kelly Rose Cusick   cusick.kelly@pbgc.gov, efile@pbgc.gov
- Anthony J D'Artiglio   ajd@ansellgrimm.com, carols@ansellgrimm.com;merediths@ansellgrimm.com
- Robert K. Dakis   rdakis@morrisoncohen.com, bankruptcy@morrisoncohen.com
- Richard T. Davis   rdavis@cafarocompany.com
- Louis Thomas DeLucia   ldelucia@schiffhardin.com
- Andrew Devore   andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com
- Andrew G. Dietderich   dietdericha@sullcrom.com, s&cmanagingclerk@sullcrom.com;andrew-dietderich-6008@ecf.pacerpro.com;MAASSE@SULLCROM.COM;BAKERR@SULLCROM.COM
- John P. Dillman   houston_bankruptcy@publicans.com
- Ted A. Dillman   ted.dillman@lw.com
- Ira S. Dizengoff   idizengoff@akingump.com, afreeman@akingump.com; apreis@akingump.com;dkrasa-berstell@akingump.com;sdaddese@akingump.com
- Caroline R. Djang   caroline.djang@bbklaw.com, lisa.spencer@bbklaw.com;arthur.johnston@bbklaw.com
- Joshua A. Dunn   jdunn@vedderprice.com, ecfnydocket@vedderprice.com
- Rachel E. Edwards   redwards@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com
- Devon Eggert   deggert@freeborn.com, bkdocketing@freeborn.com
- Judith Elkin   judith.elkin@haynesboone.com
- Carrie Essenfeld   cessenfeld@halperinlaw.net, cmitchell@halperinlaw.net
- Kevin J Etzel   ketzel@vedderprice.com
- Michael Eversden   meversden@mcgrathnorth.com
- Garrett A. Fail   garrett.fail@weil.com, Paloma.VanGroll@weil.com
- Stephen Vincent Falanga   sfalanga@walsh.law, mvargas@walsh.law
- John T. Farnum   jfarnum@linowes-law.com, jcummings@linowes-law.com
- Alan Feld   afeld@sheppardmullin.com
- Mark E. Felger   MFelger@cozen.com, MBrickley@cozen.com
- William P Fennell   william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com, charles.bethel@fennelllaw.com,mblackburnjoniaux@fennelllaw.com
- John R. Fifarek   knelson@laskyfifarek.com
- Charles J. Filardi   cfilardi@rrlawpc.com, abothwell@rrlawpc.com
- Scott D. Fink   brodellecf@weltman.com
- Jonathan L. Flaxer   jflaxer@golenbock.com, jsavitsky@golenbock.com;mweinstein@golenbock.com
- Ken Florey   kflorey@rsnlt.com
- Kiah T Ford   chipford@parkerpoe.com
- Edward M. Fox   emfox@seyfarth.com
- Gregory W. Fox   gfox@goodwinprocter.com
- Joseph D. Frank   jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com
- Michael Friedman   friedman@chapman.com, iyassin@chapman.com

- Joseph Froehlich    jfroehlich@lockelord.com
- Patricia B. Fugee    Patricia.Fugee@FisherBroyles.com, ecf@cftechsolutions.com
- Mary L. Fullington    mfullington@wyattfirm.com, lexbankruptcy@wyattfirm.com
- Thomas M. Gaa    tgaa@bbslaw.com, yessenia@bbslaw.com
- James Gadsden    bankruptcy@clm.com
- Gregg M. Galardi    gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
- Alan E. Gamza    Agamza@mosessinger.com, dkick@mosessinger.com; jbonteque@mosessinger.com;kkolbig@mosessinger.com;rcorbi@mosessinger.com
- Stephen B. Gerald    sgerald@wtplaw.com, clano@wtplaw.com
- Peter M. Gilhuly    peter.gilhuly@lw.com, peter-gilhuly-1776@ecf.pacerpro.com
- Steven A. Ginther    sdnyecf@dor.mo.gov
- Ronald Eric Gold    rgold@fbtlaw.com, awebb@fbtlaw.com;bmparker@fbtlaw.com;eseverini@fbtlaw.com
- Eric R Goodman    egoodman@bakerlaw.com
- Leon B Gordon    cary.cain@mvbalaw.com, bankruptcy@mvbalaw.com
- David S. Gragg    dgragg@langleybanack.com, cjohnston@langleybanack.com
- Jonathan Adam Grasso    jon@piercemccoy.com
- Allen J. Guon    aguon@shawfishman.com
- Mark E. Hall    mhall@foxrothschild.com, cbrown@foxrothschild.com
- Paul E. Harner    paul.harner@lw.com
- Jonathan Scott Hawkins    jonathan.hawkins@thompsonhine.com, THDaytonECF@thompsonhine.com
- Leslie C. Heilman    heilmanl@ballardspahr.com, lanoc@ballardspahr.com
- Neil E. Herman    Nherman@morganlewis.com
- Michael R. Herz    mherz@formanlaw.com, cbrown@formanlaw.com
- George Bernard Hofmann    ghofmann@cohnekinghorn.com, mparks@cohnekinghorn.com
- Gary Holtzer    gary.holtzer@weil.com, garrett.fail@weil.com
- Joon P. Hong    joonhong@chapman.com
- Allison Akiko Ito    aito@hibklaw.com
- Dwight Jefferson    djefferson@coatsrose.com
- Christian Paul Jensen    jensenc@sullcrom.com
- Allen G. Kadish    akadish@archerlaw.com, lschildkraut@archerlaw.com;chansen@archerlaw.com;hbreakstone@archerlaw.com
- Vera N Kanova    verkanova@pa.gov
- Alan H Katz    akatz@lockelord.com
- Steven W. Kelly    skelly@s-d.com
- Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com
- Ferve E. Khan    fkhan@bakerlaw.com
- Erin C. Kim    kim.erin@pbgc.gov, efile@pbgc.gov
- Alan M Kindred    akindred@leechtishman.com, dtomko@leechtishman.com;ghauswirth@leechtishman.com
- Edward M. King    tking@fbtlaw.com
- Dawn Kirby    dkirby@ddw-law.com, btepper@ddw-law.com;dap@ddw-law.com
- Lauren Catherine Kiss    lkiss@klestadt.com
- Sarah J Klebolt    sjk@carmodymacdonald.com, ala@carmodymacdonald.com
- Jeremy C. Kleinman    jkleinman@fgllp.com
- John R. Knapp    john.knapp@millernash.com, lisa.petras@millernash.com

- Lawrence J. Kotler    ljkotler@duanemorris.com
- Jeffrey Kurtzman    jkurtzma@klehr.com
- Alyssa E. Kutner    kutnera@ballardspahr.com
- Paul J. Labov    plabov@foxrothschild.com, msteen@foxrothschild.com
- Keith A Langley    klangley@l-llp.com, ehyman@l-llp.com;pgentry@l-llp.com
- Vincent Edward Lazar    vlazar@jenner.com
- Gilbert A. Lazarus    gillazarus@gmail.com
- Harlan Mitchell Lazarus    hmllaw@att.net, hlazarus@lazarusandlazarus.com
- Robert L. LeHane    KDWBankruptcyDepartment@Kelleydrye.com; MVicinanza@ecf.inforuptcy.com
- Paul D. Leake    wendy.lamanna@skadden.com;andrea.chouprouta@skadden.com
- Michael Skoy Legge    mlegge@huntonak.com, tkracht@huntonak.com;rphair@huntonak.com;ghesse@huntonak.com
- Joseph H. Lemkin    jlemkin@stark-stark.com
- William J. Levant    efile.wjl@kaplaw.com
- Richard B. Levin    rlevin@jenner.com
- Lawrence A. Lichtman    llichtman@honigman.com, litdocket@honigman.com
- Alan Jay Lipkin    alipkin@willkie.com, maosbny@willkie.com
- Robert Liubicic    rliubicic@milbank.com
- Brian J. Lohan    brian.lohan@arnoldporter.com
- Christopher J. Major    cjm@msf-law.com, bm@msf-law.com
- Jacqueline Marcus    jacqueline.marcus@weil.com, jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com
- Jennifer L. Marines    jmarines@mofo.com, docketny@mofo.com;jennifer-marines-1173@ecf.pacerpro.com
- Ilan Markus    ilan.markus@leclairryan.com, andrew.cole@leclairryan.com
- Jonathan D. Marshall    jmarshall@choate.com
- Laurence May    lmay@eisemanlevine.com
- Shlomo Maza    shlomomaza@paulhastings.com
- Matthew McCann    mmccann@swc-law.com, mmccann@swc-law.com
- William McCarron    mccarron.william@pbgc.gov, efile@pbgc.gov
- Richard J. McCord    RMcCord@CBAH.com, afollett@certilmanbalin.com; cfollett@certilmanbalin.com;cglick@certilmanbalin.com;rnosek@certilmanbalin.com
- Sawnie A. McEntire    smcentire@pmmlaw.com
- Brian S. McGrath    bmcgrath@mcglinchey.com
- Deborah Jill Michelson    michelson@mgfl-law.com
- Curtis S. Miller    cmiller@mnat.com, aconway@mnat.com
- Stephen M. Miller    smiller@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- Russell W. Mills    rmills@bellnunnally.com, nsummerville@bellnunnally.com
- Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com
- Carol E. Momjian    cmomjian@attorneygeneral.gov
- Laura J. Monroe    lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com
- Julie F. Montgomery    jmontgomery@brownconnery.com
- John Mueller    jmueller@lippes.com, rfink@lippes.com
- Rahul Mukhi    rmukhi@cgsh.com, maofiling@cgsh.com
- Klaus Peter Muthig    muthigk@mcao.maricopa.gov
- Bruce S. Nathan    bnathan@lowenstein.com, msavetsky@lowenstein.com

- Edward E. Neiger     eneiger@askllp.com, lmiskowiec@askllp.com
- Kevin Michael Newman    knewman@barclaydamon.com
- Timothy F. Nixon    tnixon@gklaw.com, kboucher@gklaw.com;pbrellenthin@gklaw.com
- Sean A. O'Neal    soneal@cgsh.com, maofiling@cgsh.com
- Sean A. OKeefe    sokeefe@okeefelc.com, seanaokeefe@msn.com
- Rachel R Obaldo    bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov
- Thomas S. Onder    tonder@stark-stark.com
- Jennifer Kennedy Park    jkpark@cgsh.com
- Richard J. Parks    rjp@pietragallo.com, ms@pietragallo.com;jk@pietragallo.com
- Barbra R. Parlin    barbra.parlin@hklaw.com, elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com
- Jennifer Pastarnack    jennifer.pastarnack@cliffordchance.com
- Kristen N. Pate    bk@brookfieldpropertiesretail.com
- Dipesh Patel    dipesh.patel@saul.com
- Eloy A Peral    eperal@wilkauslander.com
- Deborah M Perry    dperry@munsch.com
- Albena Petrakov    apetrakov@offitkurman.com
- Douglas J. Pick    dpick@picklaw.net, ezabicki@picklaw.net
- Dana S. Plon    dplon@sirlinlaw.com
- David L. Pollack    pollack@ballardspahr.com
- Constantine Dean Pourakis    cp@stevenslee.com
- Robert L. Pryor    rlp@pryormandelup.com
- Chad Pugatch    cpugatch.ecf@rprslaw.com
- Anthony M. Rainone    arainone@bracheichler.com, jpmartin@bracheichler.com
- Shane Ramsey    shane.ramsey@nelsonmullins.com, jennifer.murray@nelsonmullins.com;emiller@bayardlaw.com;SMacon@bayardlaw.com
- Norman Neville Reid    nreid@foxswibel.com
- Ryan C. Reinert    rreinert@shutts.com, juanitasanchez@shutts.com
- Guy A. Reiss    greiss@reisspreuss.com
- Michael J. Riela    riela@thsh.com
- Fred B. Ringel    fbr@robinsonbrog.com
- Christy Rivera    christy.rivera@nortonrosefulbright.com
- Beth Ellen Rogers    brogers@berlawoffice.com
- Laurel D. Roglen    roglenl@ballardspahr.com, lanoc@ballardspahr.com
- Kristen D Romano    kromano@mcglinchey.com
- Robert M. Rosen    rrosen@pmmlaw.com
- Sanford Philip Rosen    srosen@rosenpc.com;rosensr81087@notify.bestcase.com
- Arthur E. Rosenberg    arthur.rosenberg@hklaw.com
- Douglas B. Rosner    drosner@goulstonstorrs.com
- Beth J. Rotenberg    brotenberg@csglaw.com, ecf@csglaw.com
- Myrna Ruiz-Olmo    mro@prbankruptcy.com, tbp@prbankruptcy.com,lsg@prbankruptcy.com
- Maura I. Russell    mrussell@ckrlaw.com
- CARL JOSEPH SORANNO    csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com
- Thomas James Salerno    thomas.salerno@stinson.com, Karen.graves@stinson.com
- Diane W. Sanders    austin.bankruptcy@lgbs.com
- Joseph E. Sarachek    joe@saracheklawfirm.com, jon@saracheklawfirm.com
- Robert M. Sasloff    rms@robinsonbrog.com

- Russell W. Savory    russ@bsavory.com
- Courtney A Schael    cschael@ashfordnjlaw.com, mrogers@ashfordnjlaw.com
- Michael L. Schein    mschein@vedderprice.com, ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-schein-3874@ecf.pacerpro.com
- Frederick E. Schmidt    eschmidt@cozen.com
- Bradley Schneider    bradley.schneider@mto.com
- Edward L. Schnitzer    eschnitzer@ckrlaw.com
- Ray C Schrock    ray.schrock@weil.com, matthew.goren@weil.com
- H. Jeffrey Schwartz    hjschwartz@mckoolsmith.com, hjschwartz@mckoolsmith.com
- Gary F Seitz    gseitz@gsbblaw.com, gary.seitz@gmail.com
- Stephen B. Selbst    sselbst@herrick.com, courtnotices@herrick.com
- Richard M. Seltzer    rseltzer@cwsny.com, ecf@cwsny.com
- Yaron Shaham    yshaham@kahanafeld.com
- Michael Abtin Shakouri    mshakouri@goodkinlynch.com
- Michelle E. Shriro    mshriro@singerlevick.com, scotton@singerlevick.com;croote@singerlevick.com
- Kevin J. Simard    ksimard@choate.com
- Wendy M. Simkulak    wmsimkulak@duanemorris.com
- Sunny Singh    sunny.singh@weil.com, Andriana.Georgallas@weil.com;Paloma.VanGroll@weil.com;Philip.DiDonato@weil.com
- Peter B. Siroka    peter.siroka@friedfrank.com, aaron_rothman@friedfrank.com; alix.brozman@friedfrank.com;ManagingAttorneysDepartment@friedfrank.com
- Doug Skierski    enotices@skijain.com
- Daniel W. Sklar    dsklar@nixonpeabody.com, ccarlin@nixonpeabody.com
- Aaron C. Smith    asmith@lockelord.com, chicagodocket@lockelord.com;jcataldo@lockelord.com
- Neal Smith    nsmith@robbins-schwartz.com
- Natasha M. Songonuga    nsongonuga@gibbonslaw.com
- Owen M. Sonik    osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com
- James E. Sorenson    bk@svllaw.com, jim@svllaw.com
- Fredric Sosnick    fsosnick@shearman.com
- Sean C. Southard    ssouthard@klestadt.com
- Penny R. Stark    pstarkesq@gmail.com
- Miriam R Stein    mstein@chuhak.com
- Rick Aaron Steinberg    rsteinberg@pricemeese.com
- Richard A. Stieglitz    RStieglitz@cahill.com, MMcLoughlin@cahill.com;ma@cahill.com
- Sabrina L. Streusand    streusand@slollp.com, prentice@slollp.com
- Philip E. Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;csheets@swelawfirm.com;jchung@swelawfirm.com
- Joshua Sturm    joshua.sturm@ropesgray.com
- Matthew G. Summers    summersm@ballardspahr.com
- Casey Cantrell Swartz    cswartz@taftlaw.com
- Daniel R. Swetnam    Daniel.Swetnam@icemiller.com, Deborah.Martin@icemiller.com
- Douglas T. Tabachnik    dtabachnik@dttlaw.com, rdalba@dttlaw.com
- Stanley B. Tarr    tarr@blankrome.com
- Brett S. Theisen    btheisen@gibbonslaw.com
- My Chi To    mcto@debevoise.com, amcdermott@debevoise.com
- Gordon J. Toering    gtoering@wnj.com
- Kevin Tompsett    ktompsett@harrisbeach.com, frichenberg@harrisbeach.com

- Ronald M. Tucker   rtucker@simon.com, bankruptcy@simon.com
- Curtis Lee Tuggle   curtis.tuggle@thompsonhine.com, ECFDocket@thompsonhine.com
- Marshall C. Turner   marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com
- United States Trustee   USTPRegion02.NYECF@USDOJ.GOV
- Veronique Urban   vurban@farrellfritz.com
- Seth Van Aalten   svanaalten@cooley.com, efiling-notice@ecf.pacerpro.com
- James J. Vincequerra   James.Vincequerra@alston.com
- Kaitlin R. Walsh   KRWalsh@mintz.com, docketing@mintz.com
- David H. Wander   dhw@dhclegal.com
- Andrew W. Weaver   aweaver@cgsh.com, maofiling@cgsh.com
- Adam J. Webb   awebb@fbtlaw.com
- William P. Weintraub   wweintraub@goodwinprocter.com, gfox@goodwinprocter.com
- Erica Weisgerber   eweisgerber@debevoise.com, eweisgerber@debevoise.com
- Elizabeth Weller   dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
- Eric R. Wilson   KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com
- Garth D. Wilson   wilson.garth@pbgc.gov, efile@pbgc.gov
- Melissa S. Woods   mwoods@cwsny.com, ecf@cwsny.com
- Derek L. Wright   dlwright@foley.com
- Thomas Yanega   ty@devacklaw.com
- Marc A. Zelina   marc.zelina@lw.com
- Matthew C. Ziegler   matthew.ziegler@morganlewis.com
- Tom Zimmerman   tom@attorneyzim.com, firm@attorneyzim.com
- Scott A. Zuber   szuber@csglaw.com, ecf@csglaw.com
- Evan J. Zucker   ezucker@blankrome.com, nybankruptcydocketing@blankrome.com;eDocketing@blankrome.com
- Richard L. Zucker   rzucker@lasserhochman.com
- Paul H. Zumbro   pzumbro@cravath.com, mao@cravath.com