**WASSERMAN, JURISTA & STOLZ, P.C.**
110 Allen Rd., Ste. 304
Basking Ridge, New Jersey 07920
Phone: (973) 467-2700
Fax: (973) 467-8126
DONALD W. CLARKE

*Counsel for Levcom Wall Plaza Associates,
Creditor/Landlord*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| **SEARS HOLDING CORPORATION.,** *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that WASSERMAN, JURISTA & STOLZ, P.C., in its capacity as counsel to ***Levcom Wall Plaza Associates,*** hereby appears in the above-captioned proceeding, pursuant to the provisions of 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(a) and requests, pursuant to the provisions of 11 U.S.C. § 102(1) and § 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given, and all papers served or required to be served, in this case, be provided to and served upon the following attorneys at the address set forth below:

**WASSERMAN, JURISTA & STOLZ, P.C.**
110 Allen Rd., Ste. 304
Basking Ridge, New Jersey 07920
Attention:  Donald W. Clarke, Esq.
Tel:  (973) 467-2700
Fax: (973) 467-8126
Email: *Dclarke@wjslaw.com*

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the provisions of 11 U.S.C. § 1109(b), the foregoing request includes not only the papers referred to in the rules specified hereinabove, but also includes, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise, which affect or seek to affect in any way any rights or interests of the creditor body.

**WASSERMAN, JURISTA & STOLZ, P.C.**
*Counsel for Levcom Wall Plaza Associates,*
*Creditor/Landlord*


By: _/s/  Donald W. Clarke_____ .
        DONALD W. CLARKE

Dated:  December 4, 2018.