UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

Sears Holding Corporation, et. al.                    CHAPTER 11

        Debtors.                         Case No. 18-23538-rdd

-----------------------------------------------------------------X

NOTICE OF APPEARANCE AND REQUEST
FOR COPIES OF ALL NOTICES AND PAPERS

      PLEASE TAKE NOTICE, that Dahan & Nowick LLP hereby enters its appearance on behalf of 5525 S. Soto St. Associates and 5525 S. Soto Street Associates LLC and pursuant to Sections 102 (1) and 1109(b) of the Bankruptcy Code and pursuant to Bankruptcy Rules 2002 and 9010, the undersigned respectfully requests that all papers served or required to be served in this case pursuant to any Bankruptcy Rules, Local Rules, or provisions of the Bankruptcy Code, or otherwise, including, but not limited to, any adversary proceedings therein, and including but not limited to any and all papers relating to the premises at 5525 S. Soto Street, Vernon, California be served upon the undersigned at the following address: Dahan & Nowick LLP, 123 Main Street, 9th Floor, White Plains, New York 10601, Attention: David R. Taxin.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes that the above attorneys request to be added to the master mailing list and the ECF/PACER electronic notice list for the above referenced case.

Dated: White Plains, New York
December 4, 2018

Respectfully submitted,

DAHAN & NOWICK LLP

By: /s/ David R. Taxin
David R. Taxin, Esq.
Attorneys for 5525 S. Soto St. Associates and
5525 S. Soto Street Associates LLC
123 Main Street, 9th Floor
White Plains,, New York 10601
(914) 461-1650