**CKR LAW LLP**
1330 Avenue of the Americas, 14th Floor
New York, New York 10019
Telephone: (212) 259-7300
Facsimile: (212) 259-8200
Edward L. Schnitzer, Esq.

*Counsel to Giza Spinning & Weaving Co.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re**                                              :       Chapter 11
:
**SEARS HOLDINGS CORPORATION**, *et al.,*              :       Case No. 18-23538 (RDD)
:
Debtors.                                               :       (Jointly Administered)
:
------------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 9010(b), CKR Law LLP, as counsel to Giza Spinning & Weaving Co. ("Giza Spinning"), a creditor and party in interest in the bankruptcy cases of Sears Holding Corporation, *et al.* (the "Debtors"), hereby demands service of all notices and papers herein upon:

> Giza Spinning & Weaving Co.
> c/o Edward L. Schnitzer, Esq.
> CKR Law LLP
> 1330 Avenue of the Americas, 14th Floor
> New York, NY 10019
> T: (212) 259-7300
> F: (212) 259-8200
> E: eschnitzer@ckrlaw.com

>Mr. Fadel Marzouk
>CEO and Vice Chairman
>Giza Spinning and Weaving Co.
>Kafr Hakim Embaba
>GIZA
>12875
>EGYPT
>Email: fadel@gizaspin.com
>
>Mr. Mohamed Anter
>Giza Spinning and Weaving Co.
>Kafr Hakim Embaba
>GIZA
>12875
>EGYPT
>Email: m_anter@gizas.com
>
>Mr. Isaac Douek
>c/o Claremore Text. Corp
>2115 East 5th Street
>Brooklyn, New York 11223
>Email: isaacnyc@aol.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind, including, without limitation, all notices, motions, and orders, whether written or oral, formal or informal, however transmitted.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers (the "Notice") nor any later appearance or pleading shall constitute a waiver of:

a)  rights to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge;

b)  rights to trial by jury in any proceedings as to any and all matters so triable, whether or not the same be designated legal or private rights, or in any case, controversy or pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution;

c)  rights to seek abstention or remand of any matter or proceeding subject to mandatory discretionary abstention or remand, and to have the District Court withdraw the reference in any matter or proceeding subject to mandatory or discretionary withdrawal;

    d)    rights to receipt of service of process in all actions, causes, claims, or proceedings arising in, arising under or related to these proceedings to be served directly on Giza Spinning; or

    e)    rights to contest service of process.

All of the above rights are expressly reserved and preserved by Giza Spinning without exception.

Dated: New York, New York
December 4, 2018

**CKR LAW LLP**

*/s/ Edward L. Schnitzer*
Edward L. Schnitzer
1330 Avenue of the Americas, 14th Floor
New York, NY 10019
T: (212) 259-7300
F: (212) 259-8200
E: eschnitzer@ckrlaw.com

*Counsel to Giza Spinning & Weaving Co.*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been served on this 4th day of December, 2018 via email upon all parties requesting service on the Master Service List https://restructuring.primeclerk.com/sears/Home-DownloadPDF?id1=MTIwNDU3&id2=0), and the following parties by regular mail:

| | | |
|---|---|---|
| Brookfield Property REIT Inc.<br>Attn: Kristen N. Pate<br>350 N. Orleans St.<br>Suite 300<br>Chicago IL  60654-1607 | Wilmorite Management Group LLC<br>Attn: Donald C. Cowan, Jr.<br>1265 Scottsville Road<br>Rochester NY  14624 | Linebarger Goggan Blair & Sampson, LLP<br>Attn: Diane Wade Sanders<br>P.O. Box 17428<br>Austin TX  78760 |
| Sears Holding Corporation<br>Attn: Stephen Sitley Esq., Luke J. Valentino, Esq<br>3333 Beverly Road<br>Hoffman Estates IL  60179 | The Bank of New York Mellon Trust Company<br>Attn: Corporate Trust Administration<br>101 Barclay St., Floor 8W<br>New York NY  10286 | Travis County Attorney<br>Attn: David Escamilla<br>P.O. Box 1748<br>Austin TX  78767 |
| Wilmington Trust, National Association<br>Attn: Sears Holdings Corp. Administrator<br>Corporate Capital Markets<br>50 South Sixth Street, Suite 1290<br>Minneapolis MN  55402 | | |

*/s/ Edward L. Schnitzer*
Edward L. Schnitzer
1330 Avenue of the Americas, 14th Floor
New York, NY  10019
T: (212) 259-7300
F: (212) 259-8200
E: eschnitzer@ckrlaw.com