UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:

    SEARS HOLDING CORPORATION, et al.

                              Debtor

Case No.: 18-23538

Chapter 11

------------------------------------------------------------x

Adversary Proceeding No.: _____

                              Plaintiff

                      v.

                              Defendant

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Fernand L. Laudumiey, IV, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Richards Canal Street Property, LLC, a Creditor in the above-referenced ☑ case ☐ adversary proceeding.

    *I certify that I am a member in good standing* of the bar in the State of Louisiana and, if applicable, the bar of the U.S. District Court for the Eastern District of Louisiana.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 12/4/18
New Orleans, LA.

/s/Fernand L. Laudumiey, IV
*Mailing Address*:
Chaffe McCall, LLP
1100 Poydras St., Suite 2300
New Orleans, LA. 70163-2300
*E-mail address*: laudumiey@chaffe.com
*Telephone number*: (504) 585-7052