UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re:                                                                                  Case No.: <u>18-23538</u>
    SEARS HOLDING CORPORATION,
    et al.                                                                            Chapter <u>11</u>
                    Debtor

---------------------------------------------------------x

                                         Adversary Proceeding No.: _____

                      Plaintiff

              v.

                      Defendant

---------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

      Upon the motion of <u>Fernand L. Laudumiey, IV</u>, to be admitted, ***pro hac vice***, to represent <u>Richards Canal Street Property, LLC</u>, (the "Client") a <u>Creditor</u> in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>Louisiana</u> and, if applicable, the bar of the U.S. District Court for the <u>Eastern</u> District of <u>Louisiana</u>, it is hereby

      **ORDERED**, that <u>Fernand L. Laudumiey, IV</u>, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York        /s/ _____
                                                                    UNITED STATES BANKRUPTCY JUDGE