David S. Kupetz
Claire K. Wu
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Tel: (213) 626-2311
Fax: (213) 629-4520

*Counsel for Izek Shomof and Alene Shomof Irrevocable*
*Children's Trust Dated February 11, 1999,*
*Vegas Group, LLC, and East River Group, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that Izek Shomof and Alene Shomof Irrevocable Children's

Trust Dated February 11, 1999, Vegas Group, LLC, and East River Group, LLC (collectively,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).

"<u>Landlord</u>"), hereby requests special notice of all pleadings, motions, applications, and other documents and papers pertaining to the above-referenced cases, or any adversary proceeding, contested or uncontested matter therein, including all notices required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, or any other rule or law to be noticed and served upon creditors, the debtors, or other parties in interest.

The Landlord requests that all such pleadings, notices and other papers or communications be directed to its counsel as follows:

> David S. Kupetz
> Claire K. Wu
> **Sulmeyer**Kupetz
> A Professional Corporation
> 333 South Grand Avenue, Suite 3400
> Los Angeles, California 90071
> Tel: (213) 626-2311
> Fax: (213) 629-4520
> Email: dkupetz@sulmeyerlaw.com
>         ckwu@sulmeyerlaw.com

**PLEASE TAKE FURTHER NOTICE** that the Landlord hereby respectfully requests that the above-referenced attorneys be included in any service or notice list maintained in these jointly administered cases.

Dated: December 5, 2018
Los Angeles, California

By: */s/ David S. Kupetz*
David S. Kupetz
Claire K. Wu
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Tel: (213) 626-2311
Fax: (213) 629-4520
Email: dkupetz@sulmeyerlaw.com
        ckwu@sulmeyerlaw.com

*Counsel for Izek Shomof and Alene Shomof Irrevocable Children's Trust Dated February 11, 1999, Vegas Group, LLC, and East River Group, LLC*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request For Service of Notices and Papers were electronically filed and served upon all those who receive electronic notification on December 5, 2018.

/s/David S. Kupetz