MICHAEL S. AMATO
RUSKIN MOSCOU FALTISCHEK, P.C.
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, New York 11556-1425
(516) 663-6600

*Attorneys for Colonial Properties LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In re | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (rdd) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------X

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Ruskin Moscou Faltischek, P.C. ("RMF") by Michael S. Amato, hereby appears as counsel on behalf of COLONIAL PROPERTIES LLC ("Colonial") and, pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 2018, 4001, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), demands that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon RMF at the following address:

> Michael S. Amato, Esq.
> Ruskin Moscou Faltischek, P.C.
> East Tower, 15th Floor
> 1425 RXR Plaza
> Uniondale, NY 11556-1425
> (516) 663-6600
> E-mail: mamato@rmfpc.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes,

818154

without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise, which affect or seeks to affect in any way, any rights, claims or interests of Colonial.

PLEASE TAKE FURTHER NOTICE that neither this notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with the Debtor's Chapter 11 case and Adversary Proceeding is intended to be, or shall be construed as, a waiver of Landlord's (i) rights to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) rights to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related thereto; (iii) rights to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments, all of which rights, actions, setoff, defenses, and recoupments are expressly reserved.

Dated: Uniondale, New York
December 5, 2018

RUSKIN MOSCOU FALTISCHEK, P.C.
*Attorneys for USP Aerospace Solutions, Inc.*

By: _____
Michael S. Amato
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, NY 11556-1425
(516) 663-6600

TO: Ray C. Schrock, P.C.
Jacqueline Marcus, Esq.
Garrett A. Fail, Esq.
Sunny Singh, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

818154