**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-23538 (RDD)<br>Jointly Administered |

### ORDER GRANTING MOTION OF CERTAIN PERSONAL INJURY AND DEATH CLAIMANTS FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE

Upon the motion, dated December 5, 2018 (ECF No. [_____]) (the "Motion")[1] of Felicia Browell, as Parent and Natural Guardian of Rhianna L. Browell, a minor, Robert Malone, Administrator of the Estate of Rhoda Malone, Robert Malone, as Parent and Natural Guardian of Robert Logan Malone, and Thomas K. Dowler and Renne I. Dowler, Administrators of the Estate of Faith Renne Doweler ("Movants") for an Order for Relief from the Automatic Stay pursuant to Section 362(d) of the Bankruptcy Code, the pleadings, any opposition thereto, and good cause to modify the stay having been found

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted to the extent set forth herein.

2. Movants are granted relief from the automatic stay to continue prosecuting the State Court Actions (including any appeal(s) thereto) and otherwise resolve and liquidate Movants' unliquidated claims.

3. Movants shall be entitled to liquidate and satisfy any judgment, verdict, settlement, or other resolution Movants (or any one of them) may obtain from any applicable insurance coverage.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

        4.       The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.

Dated: _____, 2018
       White Plains, New York

                                      _____
                                      THE HONORABLE ROBERT D. DRAIN
                                      UNITED STATES BANKRUPTCY JUDGE