**CKR LAW LLP**
1330 Avenue of the Americas, 14th Floor
New York, NY 10019
Telephone: (212) 259-7300
Facsimile: (212) 259-8200
Edward L. Schnitzer, Esq.

      -and-

**CAMPBELL & LEVINE, LLC**
310 Grant Street, Suite 1700
Pittsburgh, PA 15219
Telephone: (412) 261-0310
Facsimile: (412) 261-5066
Paul J. Cordaro, Esq.

*Counsel for Movants*

**Objection Deadline: January 11, 2019**
**Hearing Date: January 18, 2019**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>                     Debtors. | Chapter 11<br><br>Case No.: 18-23538 (RDD)<br>Jointly Administered |

**NOTICE OF HEARING ON THE MOTION OF
FELICIA BROWELL, AS PARENT AND NATURAL GUARDIAN
OF RHIANNA L. BROWELL, A MINOR, ROBERT MALONE,
ADMINISTRATOR OF THE ESTATE OF RHODA MALONE, ROBERT
MALONE, AS PARENT AND NATURAL GUARDIAN OF ROBERT
LOGAN MALONE, AND THOMAS K. DOWLER AND RENNE I.
DOWLER, ADMINISTRATORS OF THE ESTATE OF FAITH RENNE
DOWLER FOR AN ORDER FOR RELIEF FROM THE AUTOMATIC
<u>STAY PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE</u>**

*PLEASE TAKE NOTICE* that a hearing on the annexed motion (the "Motion"), dated

December 5, 2018, of Felicia Browell, as Parent and Natural Guardian of Rhianna L. Browell, a

minor, Robert Malone, Administrator of the Estate of Rhoda Malone, Robert Malone, as Parent and Natural Guardian of Robert Logan Malone, and Thomas K. Dowler and Renne I. Dowler, Administrators of the Estate of Faith Renne Dowler (collectively, "Movants"), by their counsel CKR Law LLP and Campbell & Levine, LLC, for an order granting relief from the automatic stay pursuant to section 362(d) of the Bankruptcy Code, will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 on **January 18, 2019 at 10:00 a.m.**, or as soon thereafter as counsel may be heard.

***PLEASE TAKE FURTHER NOTICE*** that objections, if any, to the relief requested in the Motion must be made in writing, filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601-4140, on a compact disc, in text-searchable portable document format (PDF) (with two hard copies delivered directly to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, NY 10601-4140), and served in accordance with General Order M-399 or other form upon: (i) Edward L. Schnitzer, Esq., Maura I. Russell, Esq., CKR Law LLP, 1330 Avenue of the Americas, 14th Floor, New York, New York 10019, (ii) Paul J. Cordaro, Esq., Campbell & Levine, LLC, 330 Grant Street, Suite 1700, Pittsburgh, PA 15219, and (iii) Office of The United States Trustee, Attn: Paul Schwartzberg, Richard Morrissey, 201 Varick St. Ste. 1006, New York, NY 10014, so as to be actually received no later than seven days prior to the Hearing.

Dated: New York, New York
December 5, 2018

**CKR Law LLP**

By: */s/ Edward L. Schnitzer*
Edward L. Schnitzer
Maura I. Russell

1330 Avenue of the Americas, 14th Floor
New York, NY 10019
Telephone: (212) 259-7300
Facsimile: (212) 259-8200
Email: eschnitzer@ckrlaw.com
Email: mrussell@ckrlaw.com

-and-

Paul J. Cordaro, Esq.
**CAMPBELL & LEVINE, LLC**
330 Grant Street, Suite 1700
Pittsburgh, PA 15219
Telephone: (412) 261-0310
Facsimile: (412) 261-5066
Email: pcordaro@camlev.com

*Counsel for Movants*