**ALSTON & BIRD LLP**
James J. Vincequerra
90 Park Avenue
New York, NY 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email: James.Vincequerra@alston.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------

### VERIFIED STATEMENT OF ALSTON & BIRD LLP PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "**Verified Statement**"), Alston & Bird LLP ("**Alston**") makes the following representations:

1. Alston represents the following parties (collectively, "**Parties-In-Interest**") with respect to their claims against and interest in the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"):

Twentieth Century Fox Home Entertainment LLC
10201 W. Pico Blvd.
Los Angeles, CA 90035

-and-

Cupid Foundations, Inc.
475 Park Avenue South, 17th Floor
New York, NY 10016

2. The claims and interest of the Parties-In-Interest against the Debtors may include, but are not necessarily limited to, secured claims, unsecured claims, and administrative claims.

1

18-23538-shl    Doc 1056    Filed 12/06/18    Entered 12/06/18 12:50:21    Main Document

At this time, Alston cannot specify the amounts or times of acquisition of these claims or interest.

3. Each of the Parties-In-Interest has retained Alston to represent its individual interest in connection with these chapter 11 cases.

4. The undersigned declares under penalty of perjury that this Verified Statement is true and accurate to the best of his knowledge, information and belief, information and belief. Alston reserves the right to revise and supplement this Verified Statement.

Dated: New York, New York
December 6, 2018

Respectfully submitted,

/s/ James J. Vincequerra
James J. Vincequerra
**ALSTON & BIRD LLP**
90 Park Avenue
New York, New York 10016
Tel:    212-210-9400
Fax:    212-210-9444
Email: James.Vincequerra@alston.com

2