VEDDER PRICE P.C.
Michael Schein
1633 Broadway, 31st Floor
New York, New York 10019
Telephone: (212) 407-6920
Facsimile: (212) 407-7799

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## VERIFIED STATEMENT OF VEDDER PRICE P.C. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, the law firm of Vedder Price P.C. gives notice of representation of more than one creditor in the above-captioned bankruptcy cases (the "Cases") and states as follows:

1. On October 15, 2018, the above-captioned debtors (collectively, the "Debtors") commenced voluntary bankruptcy cases under chapter 11 of title 11 of the United States Code.

2. Vedder Price P.C. represents the following creditors (the "Creditors") in connection with the Debtors' Cases:

    (a) NorthStar Group Services, Inc., f/k/a LVI Services, Inc.;

    (b) Agri-Fab, Inc.; and

    (c) The Village of Hoffman Estates, Illinois.

3. The Creditors have claims against certain of the Debtors in scope and amounts not yet finalized. These claims arise from obligations of the Debtors under certain pre-petition agreements and/or statutes.

4. Vedder Price P.C. was engaged by the Creditors in connection with the commencement of the Bankruptcy Cases at the instance of the Creditors.

5. Nothing contained in this Verified Statement should be construed as a limitation upon, or waiver of, any rights of any Creditor to, among other things, assert, file and/or amend its claim(s) in accordance with applicable law and/or any orders entered in these Cases, including, without limitation, in respect of the filing of any proofs of claims.

6. Vedder Price P.C. reserves the right to amend and/or supplement this Verified Statement.

7. The undersigned verifies that the foregoing Verified Statement is true and accurate to the best of the undersigned's knowledge, information, and belief.

Dated: December 6, 2018         VEDDER PRICE P.C.

By: /s/ *Michael L. Schein*
    Michael L. Schein (MS-0241)
    1633 Broadway, 31st Floor
    New York, New York  10019
    Tel. No.  (212) 407-7700
    Fax No.  (212) 407-7799
    Email: mschein@vedderprice.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December 2018, a copy of the foregoing document was served by electronic filing with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

By: */s/ Michael L. Schein*
Michael L. Schein (MS-0241)