**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                          :
                                               :        Chapter 11
**SEARS HOLDINGS CORPORATION,** *et al.*,      :
                                               :        Case No. 18-23538 (RDD)
                                               :
         Debtors.[1]                           :        (Jointly Administered)
------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 3, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on Maytag Appliances Sales Company (MMLID#4778295), 553 Benson Road, Benton Harbor, MI, 492022:

- Motion of Debtors for Approval of (I) Procedures for Store Closing Sales and (II) Assumption of Liquidation Consulting Agreement [Docket No. 23] (the "***GOB Motion***")

- Notice of Filing of Superpriority Senior Secured Debtor-in-Possession Asset-Based Credit Agreement [Docket No. 744] (the "***Notice of Superiority Credit Agreement***")

- Notice of Meeting of Creditors Pursuant to Section 341 of the Bankruptcy Code [Docket No. 807] (the "***Notice of Meeting of Creditors***")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

- Debtors' Supplemental Motion for Authority to (I) Obtain Junior Postpetition Financing and (II) Schedule Final Hearing [Docket No. 872] (the "**Debtors' Supplemental Motion**")

- Notice of Filing of Amended Superpriority Senior Secured Debtor-In-Possession Asset-Based Credit Agreement [Docket No. 885] (the "**Notice of Amended Senior DIP**")

On December 3, 2018, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Superiority Credit Agreement, the Notice of Meeting of Creditors and the following document to be served via First Class Mail on Naumann Hobbs Material Handling Corporation II Inc., (4778397), 4335 E. Woods St., Phoenix, AZ, 85040:

- Notice of Intent to Conduct Store Closing Sales [Docket No. 576] (the "**Notice of GOB Sales**")

On December 3, 2018, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Superiority Credit Agreement, the Notice of Meeting of Creditors and the Debtors' Supplemental Motion to be served via First Class Mail on NCR Corporation (MMLID#4778299), 858 Spring St. NW, Atlanta, GA, 30308.

On December 3, 2018, at my direction and under my supervision, employees of Prime Clerk caused the GOB Motion and the Notice of Meeting of Creditors to be served via First Class Mail on Aneri Jewels, L.L.C (MMLID#4778396), 592 5th Ave, 4th Floor, New York, NY, 10036.

On December 3, 2018, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Meeting of Creditors and the Notice of GOB Sales to be served via First Class Mail on Notice Parties Service List attached hereto as **Exhibit A**.

On December 3, 2018, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Superiority Credit Agreement and the Notice of Meeting of Creditors to be served via First Class Mail on JPMorgan Chase Bank, N.A. (MMLID#4778416), 270 Park Avenue, New York, NY, 10017-2070 and Suberi Brothers, LLC (MMLID#4778404), 902 Broadway, 14th Floor, New York, NY, 10010-6002.

On December 3, 2018, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Superiority Credit Agreement, the Notice of Meeting of Creditors and the following document to be served via First Class Mail IUOE Local 70 (MMLID#4778435), Attn: Drew Brodeen, 2722 County Road, D East, White Bear Lake, MN, 5510:

- Notice of Filing Revised Proposed Order Approving Rejection of Certain Unexpired Leases and Related Subleases of Nonresidential Real Property [Docket No. 745]

Dated: December 6, 2018

_____
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 6, 2018, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 20 20

SRF 29268

**Exhibit A**

Exhibit A

Notice Parties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 4853413 | Burger King Corporation | Attn: M. Molina | 5505 Blue Lagoon Dr. | Miami | FL | 33126 |
| 4806278 | Chapal Zenray Inc. | Attn: Accounting | 2452 Lacy Lane, #16 | Carollton | TX | 75006 |
| 4778297 | Mill Creek Entertainment, LLC | 15102 Minnetonka Industrial Road | | Minnetonka | MN | 55345 |
| 4870116 | MJ Holding Company LLC | 7001 S Harlem Ave | | Bedford Park | IL | 60638 |
| 4778362 | Wells Fargo Bank, National Association, As Collateral Agent | 30 S Wacker Drive | | Chicago | IL | 06606 |

In re:  Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

Page 1 of 1