**WHITE AND WILLIAMS LLP**
Steven E. Ostrow, Esquire
James C. Vandermark, Esquire
7 Times Square, Suite 2900
New York, NY 10036-6524
Telephone: (212) 244-9500
Email: ostrows@whiteandwilliams.com
vandermarkj@whiteandwilliams.com

*Counsel to Amerco Real Estate Company*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al.,[1] | Case No. 18-23538-RDD |
| Debtors. | (Jointly Administered) |

**ENTRY OF APPEARANCE, REQUEST FOR
SERVICE OF PAPERS, AND RESERVATION OF RIGHTS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Amerco Real Estate Company (**"Amerco"**), and requests that all notices given or required to be given and all papers served or filed in connection with this Chapter 11 case be given to and served upon:

---

[1] The Debtors in these chapter 11 cases are as follows: Sears Holdings Corporation; Kmart Holding Corporation; Kmart Operations LLC; Sears Operations LLC; Sears, Roebuck and Co.; ServiceLive Inc.; SHC Licensed Garden, LLC; A&E Signature Service, LLC; FBA Holdings Inc.; Innovel Solutions, Inc; Kmart Corporation; MaxServ, Inc.; Private Brands, Ltd.; Sears Development Co.; Sears Holdings Management Corporation; Sears Home& Business Franchises, Inc.; Sears Home Improvement Products, Inc.; Sears Insurance Services, L.L.C.; Sears Procurement Services, Inc.; Sears Protection Company; Sears Protection Company (PR) Inc.; Sears Roebuck Acceptance Corp.; Sears, Roebuck de Puerto Rico, Inc.; SYW Relay LLC; Wally Labs LLC; SHC Promotions LLC; Big Beaver of Florida Development, LLC; California Builder Appliances, Inc.; Florida Builder Appliances, Inc.; KBL Holding Inc.; KLC, Inc.; Kmart of Michigan, Inc.; Kmart of Washington LLC; Kmart Stores of Illinois LLC; Kmart Stores of Texas LLC; MyGofer LLC; Sears Brands Business Unit Corporation; Sears Holdings Publishing Company, LLC; Sears Protection Company (Florida), L.L.C.; SHC Desert Springs, LLC; SOE, Inc.; StarWest, LLC; STI Merchandising, Inc.; Troy Coolidge No. 13, LLC; BlueLight.com, Inc.; Sears Brands, L.L.C.; Sears Buying Services, Inc.; Kmart.com LLC; and Sears Brands Management Corporation.

21933517v.2

- 1 -

James C. Vandermark, Esquire
**WHITE AND WILLIAMS LLP**
New York Bar No. 5452750
7 Times Square, Suite 2900
New York, NY 10036-6524
Telephone: (212) 244-9500
Email: vandermarkj@whiteandwilliams.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request encompasses all notices and pleadings referred to in Rules 2002, 3017 and/or 9007 of the Federal Rules of Bankruptcy Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, applications and any other documents or requests brought before this Court in this Chapter 11 case, whether formal or informal, written or oral, or transmitted or conveyed by mail, messenger, telephone, telegraph, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE** that Amerco intends that neither this Request for Service of Notices and Pleadings nor any later appearance, pleading, claim, or suit shall waive (1) the right of the Amerco to have final orders in non-core matters entered only after de novo review by a United States District Judge, (2) the right of Amerco to arbitration and/or trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the right of Amerco to request the United States District Court to withdraw the reference or to abstain, in any matter subject to mandatory or discretionary withdrawal or abstention, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Amerco is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments Amerco expressly reserves.

New York, NY
December 6, 2018

                                      **WHITE AND WILLIAMS LLP**

                                      */s/ James C. Vandermark*
                                      James C. Vandermark, Esq.

                                      *Counsel for Amerco Real Estate Company*