**WHITE AND WILLIAMS LLP**
Steven E. Ostrow, Esquire
James C. Vandermark, Esquire
7 Times Square, Suite 2900
New York, NY 10036-6524
Telephone: (212) 244-9500
Email: ostrows@whiteandwilliams.com
         vandermarkj@whiteandwilliams.com

*Counsel to Amerco Real Estate Company*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al.,[1] | Case No. 18-23538-RDD |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Steven E. Ostrow, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Amerco Real Estate Company, the proposed purchaser of certain assets from the Debtors in the above-referenced case.

**I certify that I am a member in good standing** in the bars of the Commonwealth of Pennsylvania, and, if applicable, the bars of the U.S. District Courts for the Eastern District of

---

[1] The Debtors in these chapter 11 cases are as follows: Sears Holdings Corporation; Kmart Holding Corporation; Kmart Operations LLC; Sears Operations LLC; Sears, Roebuck and Co.; ServiceLive Inc.; SHC Licensed Garden, LLC; A&E Signature Service, LLC; FBA Holdings Inc.; Innovel Solutions, Inc; Kmart Corporation; MaxServ, Inc.; Private Brands, Ltd.; Sears Development Co.; Sears Holdings Management Corporation; Sears Home& Business Franchises, Inc.; Sears Home Improvement Products, Inc.; Sears Insurance Services, L.L.C.; Sears Procurement Services, Inc.; Sears Protection Company; Sears Protection Company (PR) Inc.; Sears Roebuck Acceptance Corp.; Sears, Roebuck de Puerto Rico, Inc.; SYW Relay LLC; Wally Labs LLC; SHC Promotions LLC; Big Beaver of Florida Development, LLC; California Builder Appliances, Inc.; Florida Builder Appliances, Inc.; KBL Holding Inc.; KLC, Inc.; Kmart of Michigan, Inc.; Kmart of Washington LLC; Kmart Stores of Illinois LLC; Kmart Stores of Texas LLC; MyGofer LLC; Sears Brands Business Unit Corporation; Sears Holdings Publishing Company, LLC; Sears Protection Company (Florida), L.L.C.; SHC Desert Springs, LLC; SOE, Inc.; StarWest, LLC; STI Merchandising, Inc.; Troy Coolidge No. 13, LLC; BlueLight.com, Inc.; Sears Brands, L.L.C.; Sears Buying Services, Inc.; Kmart.com LLC; and Sears Brands Management Corporation.

21933466v.2

Pennsylvania and the Middle District of Pennsylvania, and the U.S. Court of Appeals for the Third Circuit.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

    Respectfully submitted,

**WHITE AND WILLIAMS LLP**

Date: December 6, 2018

  /s/ Steven E. Ostrow
Steven E. Ostrow, Esq.
James C. Vandermark, Esq.
7 Times Square, Suite 2900
New York, NY 10036-6524
(212) 244-9500
ostrows@whiteandwilliams.com
vandermarkj@whiteandwilliams.com

*Counsel for Amerco Real Estate Company*

21933466v.2