SORLING NORTHRUP
David A. Rolf, of Counsel (IL ARDC #6196030)
Patrick M. Ryan, of Counsel (NY #540835)
1 N. Old State Capitol, Suite 200
P.O. Box 5131
Springfield, IL  62705-5131
Telephone:  217-544-1144
Facsimile:  217-522-3173
Email: darolf@sorlinglaw.com
        pmryan@sorlinglaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> SEARS HOLDINGS CORPORATION, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 18-23538 (RDD) <br> (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, David A. Rolf, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent CHARLES PUGH, NICOLE PUGH, JACK PUGH, SAM PUGH, and CHARLES F. PUGH, as Creditors in the above-referenced jointly administered cases.

I certify that I am an attorney licensed to practice law and a member in good standing of the bar in the State of Illinois, and the bar of the United States District Court for the Northern District of Illinois, the United States District Court for the Central District of Illinois, and the United States Court of Appeals for the Seventh Circuit.  The Illinois bar number issued to me is 6196030.  I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: December 5, 2018
Springfield, Illinois

/s/ David A. Rolf
David A. Rolf (IL ARDC #6196030)
Sorling Northrup
Patrick M. Ryan, of Counsel (NY #540835)
1 N. Old State Capitol, Suite 200
P.O. Box 5131
Springfield, IL  62705-5131
Telephone:  217-544-1144
Facsimile:  217-522-3173
E-Mail:  darolf@sorlinglaw.com
pmryan@sorlinglaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br>(Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE

Upon the motion of David A. Rolf, to be admitted *pro hac vice*, to represent CHARLES PUGH, NICOLE PUGH, JACK PUGH, SAM PUGH, and CHARLES F. PUGH ("Clients"), creditors in the above-referenced jointly administered cases, and upon the movant's certification that the movant is an attorney licensed to practice law and a member in good standing in the State of Illinois, and of the bar of the United States District Court for the Northern District of Illinois and the United States District Court for the Central District of Illinois, it is hereby

**ORDERED**, that David A. Rolf is admitted to practice, *pro hac vice*, in the above-referenced jointly administered cases to represent the Clients in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE ROBERT D. DRAIN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE