**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

Andrew M. Soler, being duly sworn, deposes, and says:

1. I am not a party to this action, am over eighteen years of age, and am employed by Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Ave., 22nd Floor, New York, NY 10010.

2. On December 6 and 7, 2018, I caused to be served copies of the *Motion of Omega Advisors Inc. Pursuant to Sections 105 and 363 of the Bankruptcy Code to Enforce the Court's November 19, 2018 Sale Order and Invalidate the Ultra Vires Sale and Lockup of Medium-Term Intercompany Notes* (ECF No. 1077) and the *Notice of Hearing on Motion of Omega Advisors Inc. Pursuant to Sections 105 and 363 of the Bankruptcy Code to Enforce the Court's November 19, 2018 Sale Order and Invalidate the Ultra Vires Sale and Lockup of Medium-Term Intercompany Notes* (ECF No. 1078) and the together with all attachments, as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

    A.    delivered via overnight mail to those parties listed on the annexed Exhibit A; and,

    B.    delivered via electronic mail to those parties listed on the annexed Exhibit B.

<u>/s/ Andrew M. Soler</u>

Sworn to before me this
7th day of December, 2018

<u>/s/Patricia E. Bostic</u>
Notary Public, State of New York
No. 24-4963620, Qualified in New York County
Certificate Filed in New York County
Commission Expires March 12, 2022

# **EXHIBIT A**

**By Overnight Mail**

Chambers of Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York, 10601

United States Trustee Southern District of New York
Attn: Paul Schwartzberg, Richard Morrissey
201 Varick St.
Ste. 1006
New York, New York, 10014

Diane Wade Sanders
P.O. Box 17428
Austin, Texas, 78760

Sears Holding Corporation
Attn: Stephen Sitley Esq., Luke J. Valentino, Esq
3333 Beverly Road
Hoffman Estates, Illinois, 60179

Donald C. Cowan
1265 Scottsville Road
Rochester, New York, 14624

Brookfield Property REIT Inc.
Attn: Kristen Pate
350 N. Orleans St. Suite 300
Chicago, Illinois 60654

# EXHIBIT B

## By E-Mail Delivery

'idizengoff@akingump.com'; 'pdublin@akingump.com'; 'aqureshi@akingump.com'; 'sbrauner@akingump.com'; 'bnkatty@aldineisd.org'; 'jarnold@aldridgepite.com'; 'James.Vincequerra@alston.com'; 'leib.lerner@alston.com'; 'ajd@ansellgrimm.com'; 'ajd@ansellgrimm.com'; 'akadish@archerlaw.com'; 'lschildkraut@archerlaw.com'; 'brian.lohan@arnoldporter.com'; 'ginger.clements@arnoldporter.com'; 'CSchael@AshfordNJLaw.com'; 'eneiger@askllp.com'; 'jchristian@askllp.com'; 'Jg5786@att.com'; 'mcuellar45@austinenterpriseslp.com'; 'egoodman@bakerlaw.com'; 'fkhan@bakerlaw.com'; 'pollack@ballardspahr.com'; 'branchd@ballardspahr.com'; 'heilmanl@ballardspahr.com'; 'summersm@ballardspahr.com'; 'harnerp@ballardspahr.com'; 'kutnera@ballardspahr.com'; 'knewman@barclaydamon.com'; 'emiller@bayardlaw.com'; 'russ@bsavory.com'; 'rmills@bellnunnally.com'; 'klove@bellnunnally.com'; 'mbarrie@beneschlaw.com'; 'kcapuzzi@beneschlaw.com'; 'wschonberg@beneschlaw.com'; 'Tgaa@bbslaw.com'; 'JRhodes@BlankRome.com'; 'Tarr@BlankRome.com'; 'EZucker@BlankRome.com'; 'bankruptcy@borgeslawllc.com'; 'wborges@borgeslawllc.com'; 'schin@borgeslawllc.com'; 'arainone@bracheichler.com'; 'jmontgomery@brownconnery.com'; 'schristianson@buchalter.com'; 'rdavis@cafarocompany.com'; 'jlevitin@cahill.com'; 'rstieglitz@cahill.com'; 'sjk@carmodymacdonald.com'; 'mcatalfimo@carterconboy.com'; 'gadsden@clm.com'; 'bankruptcy@clm.com'; 'Dennis.roemlein@bnymellon.com'; 'rmccord@certilmanbalin.com'; 'rnosek@certilmanbalin.com'; 'appleby@chapman.com'; 'wilamowsky@chapman.com'; 'brotenberg@csglaw.com'; 'szuber@csglaw.com'; 'ksimard@choate.com'; 'jmarshall@choate.com'; 'hchoi@choiandpark.com'; 'cpark@choiandpark.com'; 'lkleist@choiandpark.com'; 'mstein@chuhak.com'; 'eschnitzer@ckrlaw.com'; 'duane.brescia@clarkhillstrasburger.com'; 'dblau@clarkhill.com'; 'soneal@cgsh.com'; 'jbromley@cgsh.com'; 'aweaver@cgsh.com'; 'rmukhi@cgsh.com'; 'jkpark@cgsh.com'; 'rseltzer@cwsny.com'; 'Michael.smith2@computershare.com'; 'kbifferato@connollygallagher.com'; 'kconlan@connollygallagher.com'; 'cgriffiths@connollygallagher.com'; 'svanaalten@cooley.com'; 'scarnes@cooley.com'; 'dcoffino@cov.com'; 'aclark@cov.com'; 'mfelger@cozen.com'; 'pzumbro@cravath.com'; 'davidtaxin@dahannowick.com'; 'dhw@dhclegal.com'; 'marshall.huebner@davispolk.com'; 'eli.vonnegut@davispolk.com'; 'sears.service@davispolk.com'; 'mcto@debevoise.com'; 'eweisgerber@debevoise.com'; 'LJKotler@duanemorris.com'; 'WMSimkulak@duanemorris.com'; 'WMSimkulak@duanemorris.com'; 'Cheitzenrater@duanemorris.com'; 'lmay@eisemanlevine.com'; 'Leopold.matt@Epa.gov'; 'lbercovich@epicor.com'; 'ppascuzzi@ffwplaw.com'; 'mark.wilson@fisherbroyles.com'; 'patricia.fugee@fisherbroyles.com'; 'dlwright@foley.com'; 'msmall@foley.com'; 'aguon@foxrothschild.com'; 'plabov@foxrothschild.com'; 'thoran@foxrothschild.com'; 'mhall@foxrothschild.com'; 'mherz@foxrothschild.com'; 'nreid@foxswibel.com'; 'jfrank@fgllp.com'; 'jkleinman@fgllp.com'; 'deggert@freeborn.com'; 'brad.eric.scheler@friedfrank.com'; 'scott.luftglass@friedfrank.com'; 'peter.siroka@friedfrank.com'; 'tking@fbtlaw.com'; 'rgold@fbtlaw.com'; 'awebb@fbtlaw.com'; 'pmartin@fmdlegal.com'; 'lbrymer@fmdlegal.com'; 'gseitz@gsbblaw.com'; 'mgensburg@gcklegal.com'; 'btheisen@gibbonslaw.com'; 'nsongonuga@gibbonslaw.com';

'hcohen@gibbonslaw.com'; 'tnixon@gklaw.com'; 'jflaxer@golenbock.com'; 'mweinstein@golenbock.com'; 'gfox@goodwinlaw.com'; 'bbazian@goodwinlaw.com'; 'drosner@goulstonstorrs.com'; 'thoffmann@goulstonstorrs.com'; 'tannweiler@greerherz.com'; 'jfigueiredo@hahnhessen.com'; 'ahalperin@halperinlaw.net'; 'lgu@halperinlaw.net'; 'dlieberman@halperinlaw.net'; 'joia.johnson@hanes.com'; 'howard.upchurch@hanes.com'; 'ktompsett@harrisbeach.com'; 'sselbst@herrick.com'; 'elio@higgslaw.com'; 'arthur.rosenberg@hklaw.com'; 'Marc.Antonecchia@hklaw.com'; 'barbra.parlin@hklaw.com'; 'elvin.ramos@hklaw.com'; 'jose.casal@hklaw.com'; 'jjalemany@hklaw.com'; 'llichtman@honigman.com'; 'bgross@HuntonAK.com'; 'mlegge@huntonak.com'; 'ghesse@huntonak.com'; 'caleb.holzaepfel@huschblackwell.com'; 'lynn.butler@huschblackwell.com'; 'taxcollector@co.imperial.ca.us'; 'carol.rodas@impremedia.com'; 'Mimi.M.Wong@irscounsel.treas.gov'; 'Mimi.M.Wong@irscounsel.treas.gov'; 'Bankruptcy2@ironmountain.com'; 'elkinj@mac.com'; 'KDWBankruptcyDepartment@KelleyDrye.com'; 'bfeder@kelleydrye.com'; 'ssouthard@klestadt.com'; 'lkiss@klestadt.com'; 'kurtzman@kurtzmansteady.com'; 'dgragg@langleybanack.com'; 'jfifarek@laskyfifarek.com'; 'rzucker@lasserhochman.com'; 'marc.zelina@lw.com'; 'peter.gilhuly@lw.com'; 'ted.dillman@lw.com'; 'gillazarus@gmail.com'; 'kevin@ksnpc.com'; 'william.fennell@fennelllaw.com'; 'luralene.schultz@fennelllaw.com'; 'office@fennelllaw.com'; 'dtabachnik@dttlaw.com'; 'pstarkesq@gmail.com'; 'hlazarus@lazarusandlazarus.com'; 'harlan.lazarus@gmail.com'; 'ilan.markus@leclairryan.com'; 'niclas.ferland@leclairryan.com'; 'andrew.cole@leclairryan.com'; 'sanantonio.bankruptcy@publicans.com'; 'dallas.bankruptcy@publicans.com'; 'houston_bankruptcy@publicans.com'; 'jfarnum@linowes-law.com'; 'jmueller@lippes.com'; 'braynor@lockelord.com'; 'asmith@lockelord.com'; 'dwirt@lockelord.com'; 'jfroehlich@lockelord.com'; 'sbryant@lockelord.com'; 'bbuechler@lowenstein.com'; 'echafetz@lowenstein.com'; 'bnathan@lowenstein.com'; 'tleday@mvbalaw.com'; 'bmcgrath@mcglinchey.com'; 'kromano@mcglinchey.com'; 'mchaney@mcglinchey.com'; 'raguilar@mcglinchey.com'; 'rcerone@mcglinchey.com'; 'hjschwartz@mckoolsmith.com'; 'cjm@msf-law.com'; 'nkenworthy@mrrlaw.net'; 'cprice@milbank.com'; 'RLiubicic@milbank.com'; 'sdnyecf@dor.mo.gov'; 'ssmith@mwlaw.com'; 'laura.mccarthy@morganlewis.com'; 'neil.herman@morganlewis.com'; 'smiller@morrisjames.com'; 'cmiller@mnat.com'; 'jbarsalona@mnat.com'; 'jmarines@mofo.com'; 'bbutterfield@mofo.com'; 'bankruptcy@morrisoncohen.com'; 'mro@prbankruptcy.com'; 'dperry@munsch.com'; 'kcordry@naag.org'; 'jody.bedenbaugh@nelsonmullins.com'; 'shane.ramsey@nelsonmullins.com'; 'dsklar@nixonpeabody.com'; 'bob.bruner@nortonrosefulbright.com'; 'david.rosenzweig@nortonrosefulbright.com'; 'howard.seife@nortonrosefulbright.com'; 'christy.rivera@nortonrosefulbright.com'; 'stephen.castro@nortonrosefulbright.com'; 'david.rosenzweig@nortonrosefulbright.com'; 'cmomjian@attorneygeneral.gov'; 'rachel.obaldo@oag.texas.gov'; 'richard.morrissey@usdoj.gov'; 'paul.schwartzberg@usdoj.gov'; 'apetrakov@offitkurman.com'; 'smetz@offitkurman.com'; 'sokeefe@okeefelc.com'; 'lily@pacogarment.com'; 'chipford@parkerpoe.com'; 'leslieplaskon@paulhastings.com'; 'andrewtenzer@paulhastings.com'; 'shlomomaza@paulhastings.com'; 'jaffeh@pepperlaw.com'; 'listwakk@pepperlaw.com'; 'ecobb@pbfcm.com'; 'ecobb@pbfcm.com'; 'lmbkr@pbfcm.com'; 'osonik@pbfcm.com'; 'dpick@picklaw.net'; 'jon@piercemccoy.com'; 'rsteinberg@pricemeese.com'; 'searsteam@primeclerk.com'; 'serviceqa@primeclerk.com';

'gerald.kennedy@procopio.com'; 'rlp@pryormandelup.com'; 'cfilardi@rrlawpc.com'; 'greiss@reisspreuss.com'; 'etikkanen@reisspreuss.com'; 'cpugatch@rprslaw.com'; 'kflorey@robbins-schwartz.com'; 'nsmith@robbins-schwartz.com'; 'Robert.e.michael.esq@gmail.com'; 'Aron.hume@gmail.com'; 'fbr@robinsonbrog.com'; 'gregg.galardi@ropesgray.com'; 'kimberly.kodis@ropesgray.com'; 'sam.ashuraey@ropesgray.com'; 'james.wilton@ropesgray.com'; 'patricia.chen@ropesgray.com'; 'ssally@ropesgray.com'; 'joshua.sturm@ropesgray.com'; 'nicholas.berg@ropesgray.com'; 'timothy.farrell@ropesgray.com'; 'srosen@rosenpc.com'; 'skelly@s-d.com'; 'skelly@s-d.com'; 'mmccann@swc-law.com'; 'rabiuso@swc-law.com'; 'jweinblatt@sakar.com'; 'cbelmonte@ssbb.com'; 'asnow@ssbb.com'; 'pbosswick@ssbb.com'; 'dipesh.patel@saul.com'; 'phil.hudson@saul.com'; 'carmen.contreras-martinez@saul.com'; 'ldelucia@schiffhardin.com'; 'afiedler@schiffhardin.com'; 'secbankruptcy@sec.gov'; 'NYROBankruptcy@sec.gov'; 'bankruptcynoticeschr@sec.gov'; 'ashmead@sewkis.com'; 'alves@sewkis.com'; 'emfox@seyfarth.com'; 'fsosnick@shearman.com'; 'sara.coelho@shearman.com'; 'afeld@sheppardmullin.com'; 'tcohen@sheppardmullin.com'; 'rreinert@shutts.com'; 'rtucker@simon.com'; 'mshriro@singerlevick.com'; 'dplon@sirlinlaw.com'; 'Paul.Leake@skadden.com'; 'Shana.Elberg@skadden.com'; 'George.Howard@skadden.com'; 'enotices@skijain.com'; 'pstrok@swelawfirm.com'; 'rkinas@swlaw.com'; 'bk@svllaw.com'; 'mary.callahan@bnymellon.com'; 'mary.callahan@bnymellon.com'; 'tonder@stark-stark.com'; 'jlemkin@stark-stark.com'; 'cp@stevenslee.com'; 'thomas.salerno@stinson.com'; 'streusand@slollp.com'; 'dietdericha@sullcrom.com'; 'zylberbergd@sullcrom.com'; 'Riela@thsh.com'; 'aconway@taubman.com'; 'Starr.Judith@pbgc.gov'; 'mccarron.william@pbgc.gov'; 'efile@pbgc.gov'; 'joe@saracheklawfirm.com'; 'Curtis.Tuggle@ThompsonHine.com'; 'powerwangtxks@vip.126.com'; 'AGBankNewYork@ag.tn.gov'; 'jose.galarza@usbank.com'; 'David.Jones6@usdoj.gov'; 'Jeffrey.Oestericher@usdoj.gov'; 'Joseph.Cordaro@usdoj.gov'; 'Carina.Schoenberger@usdoj.gov'; 'Lawrence.Fogelman@usdoj.gov'; 'Peter.Aronoff@usdoj.gov'; 'Linda.Riffkin@usdoj.gov'; 'jdunn@vedderprice.com'; 'ketzel@vedderprice.com'; 'mschein@vedderprice.com'; 'marva.m.levine@verizon.com'; 'notice@waldrepllp.com'; 'sfalanga@walsh.law'; 'gtoering@wnj.com'; 'Dclarke@wjslaw.com'; 'ray.schrock@weil.com'; 'garrett.fail@weil.com'; 'jacqueline.marcus@weil.com'; 'sunny.singh@weil.com'; 'JeriLeigh.Miller@weil.com'; 'jessica.liou@weil.com'; 'Paloma.VanGroll@weil.com'; 'Jared.Friedmann@weil.com'; 'Jessie.Mishkin@weil.com'; 'mbrofman@weisszarett.com'; 'sfink@weltman.com'; 'sgerald@wtplaw.com'; 'awilliams@williamsadvisors.com'; 'alipkin@willkie.com'; 'gbrunswick@willkie.com'; 'phealy@wsfsbank.com'; 'scimalore@wilmingtontrust.com'; 'saron@wrslawyers.com'; 'mfullington@wyattfirm.com'; 'tom@attorneyzim.com'; 'bk@brookfieldpropertyretail.com'; 'kay.brock@traviscountytx.com'