UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x   Case No. 18-23538 (RDD)

In re:   :   Chapter 11

SEARS HOLDINGS CORORATION, et al.,

Debtors.

------------------------------------------------------------------------ x

# NOTICE OF APPEARANCE AND
# REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Putnam County in these proceedings, and pursuant to Rules 2002 and 3017(a) of the Rule of Bankruptcy Procedure and 11 U.S.C. § 1109(b) requests that all notices given or required in this case, and all documents, and all other papers served in this case, be given to and served upon:

> WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
> Counsel to Tomra/RSI, LLC
> 1133 Westchester Avenue
> White Plains, New York 10604
> Attn: David L. Tillem, Esq.
> Tel. No.: (914) 872-7104
> Fax No.: (914) 323-7001
> E-Mail: david.tillem@wilsonelser.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtor or the property of the Debtor.

7376791v.1

Dated:   White Plains, New York
        December 7, 2018

                WILSON, ELSER, MOSKOWITZ,
                  EDELMAN & DICKER LLP

By: /s/ David L. Tillem
    David L. Tillem
    1133 Westchester Avenue
    White Plains, New York 10604
    Tel. No.:  (914) 872-7104
    Fax No.:  (914) 323-7001
    E-Mail:    david.tillem@wilsonelser.com
    File No.:  05922.00165

To:

All parties in interest via ECF

7376791v.1