# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
|  | (Jointly Administered) |
| Debtors. |  |

**ORDER SHORTENING TIME FOR NOTICE OF**
**HEARING ON MOTION OF CLASS REPRESENTATIVES FOR RELIEF FROM**
**THEAUTOMATIC STAY PURSAUNT TO 11 U.S.C. § 362**

Upon the motion to shorten notice, dated December 7 2018 (the "Motion to Shorten"), of representatives Rebecca Rysewyk, Katie Smith, and Brian Van Vooren, representatives for a class of plaintiffs in a pending class action litigation against Debtors Sears Holdings Corporation, KCD IP, LLC, and Sears, Roebuck and Company, for entry of an order pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure shortening the time for notice of the hearing to consider the *Motion of Class Representatives for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362* (the "Stay Relief Motion"), all as more fully set forth in the Motion to Shorten; and the Court having jurisdiction to decide the Motion to Shorten and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b), and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion to Shorten and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief sought in the Motion to Shorten having been provided in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures* (ECF No. 405), such notice having been adequate and appropriate under the circumstances, and it appearing that no

other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion to Shorten and granted herein is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is granted.

2. A hearing on the Stay Relief Motion will be held on December 20, 2018 at 10:00 a.m. (prevailing Eastern Time) (the "Hearing").

3. Any responses or objections (collectively, "Objections") to the Stay Relief Motion shall be filed with the Court no later than December 17, 2018 at 4:00 p.m. (prevailing Eastern Time). The Court will consider oral objections raised at the Hearing.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated:_____, 2018

    White Plains, New York

    _____
    THE HONORABLE ROBERT D. DRAIN
    UNITED STATES BANKRUPTCY JUDGE