**Exhibit D**
**Province Fees and Expenses**



# INVOICE

11/30/2018

2360 Corporate Cir., Ste 330
Henderson, Nevada 89074
P: 702.685.5555
F: 702.685.5556

| Closing Date | Invoice # |
|---|---|
| 11/27/2018 | 84289 |

**Bill To**

Great American Capital Partners
In Re: Sears Holdings Corporation, et al.

| Item | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| Consulting - Principal | Consulting services performed by Peter Kravitz | 31 | 835.00 | 25,885.00 |
| Consulting - Principal | Consulting services performed by Paul Huygens | 19.9 | 820.00 | 16,318.00 |
| Consulting - Senior Director | Consulting services performed by Carol Cabello | 40.8 | 590.00 | 24,072.00 |
| Consulting - Senior Director | Consulting services performed by David Dachelet | 15.3 | 580.00 | 8,874.00 |
| Consulting - Senior Director | Consulting services performed by Sanjuro Kietlinski | 80.3 | 570.00 | 45,771.00 |
| Consulting - Senior Associate | Consulting services performed by Jin Lai Dong | 17.8 | 395.00 | 7,031.00 |
| Consulting - Associate | Consulting services performed by Lauren Rindner | 42.8 | 370.00 | 15,836.00 |
| Paraprofessionals | Services performed by Eric Mattson | 0.2 | 150.00 | 30.00 |
| Client Credit | 50% travel discount | | -9,350.00 | -9,350.00 |
| Reimb Group | | | | |
| | Estimated Expenses | | 14,629.81 | 14,629.81 |
| | Total Reimbursable Expenses | | | 14,629.81 |

Please make checks payable to Province, Inc.
Send to address above Attn: Billing

US Wire Transfers:
Meadows Bank
Account No: 1020039259
Wire ABA No: 122402382

| | |
|---|---|
| Total | $149,096.81 |
| Payments/Credits | $0.00 |
| **Balance** | **$149,096.81** |

Great American Capital Partners

In Re: Sears Holdings Corporation, et al.

Billing Detail

November 19 - 27, 2018

| Entry Date | Person | Comment | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| | | | | **248.10** | | **$143,817.00** |
| 11/19/2018 | Paul Huygens | Admin calls re staffing and setup. Workstream call with S. Kietlinski (0.1). | Case Administration | 0.50 | 820.00 | 410.00 |
| 11/19/2018 | Sanjuro Kietlinski | Attended case strategy call with P. Huygens. | Case Administration | 0.10 | 570.00 | 57.00 |
| 11/19/2018 | Sanjuro Kietlinski | Attended strategy call with C. Cabello. | Case Administration | 0.10 | 570.00 | 57.00 |
| 11/19/2018 | Sanjuro Kietlinski | Corresponded with E. Mattson re: details related to engagement. | Fee/Employment Applications | 0.20 | 570.00 | 114.00 |
| 11/19/2018 | Paul Huygens | Attended phone call with J. Ahn, B. Louzan, P. Kravitz and S. Kietlinski to discuss engagement. | Case Administration | 0.40 | 820.00 | 328.00 |
| 11/19/2018 | Peter Kravitz | Attended phone call with J. Ahn, B. Louzan, S. Kietlinski and P. Huygens to discuss engagement. | Case Administration | 0.30 | 835.00 | 250.50 |
| 11/19/2018 | Eric Mattson | Corresponded with S. Kietlinski re: details related to engagement. | Fee/Employment Applications | 0.20 | 150.00 | 30.00 |
| 11/19/2018 | Carol Cabello | Call with S. Kietlinski regarding overall case strategy. | Case Administration | 0.10 | 590.00 | 59.00 |
| 11/19/2018 | Carol Cabello | Analyzed budget, including projected liquidity and borrowing availability. | Business Analysis / Operations | 1.80 | 590.00 | 1,062.00 |
| 11/19/2018 | Sanjuro Kietlinski | Reviewed the Project Blue Draft DIP Budget update. | Business Analysis / Operations | 2.30 | 570.00 | 1,311.00 |
| 11/19/2018 | Sanjuro Kietlinski | Reviewed the Sears Junior DIP Term Sheet. | Court Filings | 2.60 | 570.00 | 1,482.00 |
| 11/19/2018 | Sanjuro Kietlinski | Analyzed details re: wind down. | Business Analysis / Operations | 0.50 | 570.00 | 285.00 |
| 11/19/2018 | Sanjuro Kietlinski | Reviewed engagement letter. | Fee/Employment Applications | 0.40 | 570.00 | 228.00 |
| 11/19/2018 | Sanjuro Kietlinski | Attended phone call with J. Ahn, B. Louzan, P. Kravitz and P. Huygens to discuss engagement. | Case Administration | 0.30 | 570.00 | 171.00 |
| 11/20/2018 | Lauren Rindner | Conducted an in-depth analysis of the DIP budget to determine sources and uses and flow of cash. | Business Analysis / Operations | 2.90 | 370.00 | 1,073.00 |
| 11/20/2018 | Lauren Rindner | Constructed a Sources & Uses schedule for Sears as per S. Kietlinski's request. | Business Analysis / Operations | 1.10 | 370.00 | 407.00 |
| 11/20/2018 | Lauren Rindner | Analyzed the Order for the De Minimis Asset Sales and De Minimis Asset Abandonments to remain updated on case details. | Court Filings | 0.40 | 370.00 | 148.00 |
| 11/20/2018 | Lauren Rindner | Analyzed the Motion for Expedited Discovery of the UCC and the Subcommittee. | Court Filings | 0.20 | 370.00 | 74.00 |
| 11/20/2018 | Lauren Rindner | Analyzed the Final Order related to Prepetition claims of shippers, warehousemen, and other non-merchandise lien claimants. | Court Filings | 0.50 | 370.00 | 185.00 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/20/2018 | Lauren Rindner | Analyzed the Notice of Sale, Bidding Procedures, Auction, and Sale Hearing for the sale of Sears Home Improvement Business. | Court Filings | 0.40 | 370.00 | 148.00 |
| 11/20/2018 | Lauren Rindner | Analyzed the Final Order related to procedures for store closing sales and assumption of liquidation consulting agreement. | Court Filings | 0.40 | 370.00 | 148.00 |
| 11/20/2018 | Lauren Rindner | Analyzed the Order approving Global Bidding Procedures. | Court Filings | 0.20 | 370.00 | 74.00 |
| 11/20/2018 | Lauren Rindner | Analyzed the Order related to the establishment of procedures for rejection of unexpired leases. | Court Filings | 0.30 | 370.00 | 111.00 |
| 11/20/2018 | Lauren Rindner | Analyzed the Final Order related to Prepetition Wages and Employee Benefits. | Court Filings | 0.30 | 370.00 | 111.00 |
| 11/20/2018 | Lauren Rindner | Analyzed the Final Order related to Prepetition Taxes and Fees. | Court Filings | 0.30 | 370.00 | 111.00 |
| 11/20/2018 | Lauren Rindner | Analyzed Order related to procedures for interim compensation and reimbursement of expenses of professionals | Court Filings | 0.30 | 370.00 | 111.00 |
| 11/20/2018 | Lauren Rindner | Analyzed the Final Order related to establishing notification procedures and approving restrictions on certain transfers of interests in, and claims against, the debtors and claiming certain worthless stock deductions. | Court Filings | 0.40 | 370.00 | 148.00 |
| 11/20/2018 | Lauren Rindner | Analyzed the Order authorizing the Debtors to employ professionals used in the ordinary course of business. | Court Filings | 0.30 | 370.00 | 111.00 |
| 11/20/2018 | Sanjuro Kietlinski | Kickoff call with P. Huygens. | Business Analysis / Operations | 0.40 | 570.00 | 228.00 |
| 11/20/2018 | Paul Huygens | Kickoff call with S. Kietlinski. | Business Analysis / Operations | 0.40 | 820.00 | 328.00 |
| 11/20/2018 | Paul Huygens | Call with S. Kietlinski re update on diligence (0.3). Correspond with counsel re access, WGL and engagement. | Business Analysis / Operations | 0.40 | 820.00 | 328.00 |
| 11/20/2018 | Paul Huygens | Analyze DIP budget. | Business Analysis / Operations | 1.30 | 820.00 | 1,066.00 |
| 11/20/2018 | Sanjuro Kietlinski | Attended DIP discussion phone call. | Business Analysis / Operations | 0.40 | 570.00 | 228.00 |
| 11/20/2018 | Sanjuro Kietlinski | Attended phone call with P. Huygens to discuss diligence. | Business Analysis / Operations | 0.30 | 570.00 | 171.00 |
| 11/20/2018 | Sanjuro Kietlinski | Reviewed D. Dachelet comments re: engagement letter. | Fee/Employment Applications | 0.10 | 570.00 | 57.00 |
| 11/20/2018 | Sanjuro Kietlinski | Attended phone call with M. Comerford re: engagement. | Case Administration | 0.10 | 570.00 | 57.00 |
| 11/20/2018 | Sanjuro Kietlinski | Reviewed comments to engagement letter (0.1), discussed internally re: the same (0.1). | Fee/Employment Applications | 0.20 | 570.00 | 114.00 |
| 11/20/2018 | Sanjuro Kietlinski | Meet and discuss case strategy and workstream with J. Dong. | Business Analysis / Operations | 0.70 | 570.00 | 399.00 |
| 11/20/2018 | Lauren Rindner | Conducted an in-depth analysis of the DIP budget and created a dynamic financial model for utilization by the team. | Business Analysis / Operations | 2.70 | 370.00 | 999.00 |
| 11/20/2018 | Lauren Rindner | Analyzed the Company's historical financials to become familiar with the Company's financial performance leading to bankruptcy. | Business Analysis / Operations | 0.30 | 370.00 | 111.00 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/20/2018 | Lauren Rindner | Researched Sears and events leading to bankruptcy to become familiar with the case. | Business Analysis / Operations | 0.50 | 370.00 | 185.00 |
| 11/20/2018 | Lauren Rindner | Met with S. Kietlinski to discuss DIP Budget. | Business Analysis / Operations | 0.20 | 370.00 | 74.00 |
| 11/20/2018 | Peter Kravitz | Attended phone call with S. Kietlinski to discuss active workstreams. | Case Administration | 0.30 | 835.00 | 250.50 |
| 11/20/2018 | Sanjuro Kietlinski | Corresponded with M. Comerford re: engagement. | Case Administration | 0.10 | 570.00 | 57.00 |
| 11/20/2018 | Sanjuro Kietlinski | Continued DIP Budget analysis. | Business Analysis / Operations | 2.70 | 570.00 | 1,539.00 |
| 11/20/2018 | Sanjuro Kietlinski | Analyzed DIP Budget. | Business Analysis / Operations | 3.00 | 570.00 | 1,710.00 |
| 11/20/2018 | Sanjuro Kietlinski | Analyzed GACP Liquidation analysis. | Business Analysis / Operations | 2.20 | 570.00 | 1,254.00 |
| 11/20/2018 | Sanjuro Kietlinski | Attended phone call with P. Kravitz to discuss active workstreams. | Case Administration | 0.30 | 570.00 | 171.00 |
| 11/20/2018 | Sanjuro Kietlinski | Met with L. Rindner to discuss DIP Budget. | Business Analysis / Operations | 0.20 | 570.00 | 114.00 |
| 11/20/2018 | Sanjuro Kietlinski | Corresponded with M. Comerford re: admin matters. | Case Administration | 0.10 | 570.00 | 57.00 |
| 11/20/2018 | Sanjuro Kietlinski | Corresponded with J. Ahn re: admin matters. | Case Administration | 0.10 | 570.00 | 57.00 |
| 11/20/2018 | Sanjuro Kietlinski | Downloaded and reviewed Lazard data room. | Case Administration | 1.40 | 570.00 | 798.00 |
| 11/20/2018 | Sanjuro Kietlinski | Corresponded with P. Huygens re: DIP Budget. | Business Analysis / Operations | 0.10 | 570.00 | 57.00 |
| 11/20/2018 | Jin Lai Dong | Meet and discuss case strategy and workstream with S. Kietlinski. | Business Analysis / Operations | 0.70 | 395.00 | 276.50 |
| 11/21/2018 | Sanjuro Kietlinski | Attended conference call with M. Shields and P. Huygens. | Business Analysis / Operations | 0.60 | 570.00 | 342.00 |
| 11/21/2018 | Sanjuro Kietlinski | Corresponded with M. Shields. | Business Analysis / Operations | 0.10 | 570.00 | 57.00 |
| 11/21/2018 | Sanjuro Kietlinski | Drafted kickoff email to MIII. | Case Administration | 0.10 | 570.00 | 57.00 |
| 11/21/2018 | Sanjuro Kietlinski | Attended phone call with P. Huygens and Farallon. | Business Analysis / Operations | 0.80 | 570.00 | 456.00 |
| 11/21/2018 | Sanjuro Kietlinski | Drafted email to P. Huygens re: DIP Review and open questions. | Business Analysis / Operations | 0.50 | 570.00 | 285.00 |
| 11/21/2018 | Sanjuro Kietlinski | Corresponded with P. Huygens re: Visa/Mastercard Litigation. | Business Analysis / Operations | 0.10 | 570.00 | 57.00 |
| 11/21/2018 | Sanjuro Kietlinski | Corresponded with M. Comerford re: admin matters. | Case Administration | 0.10 | 570.00 | 57.00 |
| 11/21/2018 | Lauren Rindner | Formatted and finalized a Sources & Uses schedule as per S. Kietlinski's request. | Business Analysis / Operations | 0.80 | 370.00 | 296.00 |
| 11/21/2018 | Lauren Rindner | Downloaded and organized dockets for utilization by the team. | Court Filings | 0.40 | 370.00 | 148.00 |
| 11/21/2018 | Lauren Rindner | Reviewed the Debtwire Case Profile to become familiar with the case. | Case Administration | 0.70 | 370.00 | 259.00 |
| 11/21/2018 | Carol Cabello | Participated in phone call with P. Huygens, P. Kravitz and S. Kietlinski to plan strategy workstreams. | Business Analysis / Operations | 0.50 | 590.00 | 295.00 |
| 11/21/2018 | Carol Cabello | Analyzed latest draft of DIP budget and changes in assumptions. | Business Analysis / Operations | 1.80 | 590.00 | 1,062.00 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/21/2018 | Carol Cabello | Evaluated junior collateral, including support and estimates from Debtors' advisors. | Financing Activities | 1.60 | 590.00 | 944.00 |
| 11/21/2018 | Carol Cabello | Continued to review collateral support, specifically valuation appraisals, A/R and other assets. | Financing Activities | 1.10 | 590.00 | 649.00 |
| 11/21/2018 | Peter Kravitz | Attended working call re: real estate diligence. | Business Analysis / Operations | 0.90 | 835.00 | 751.50 |
| 11/21/2018 | Peter Kravitz | Analyze debtor entity list for collateral issues. | Business Analysis / Operations | 0.40 | 835.00 | 334.00 |
| 11/21/2018 | Peter Kravitz | Analyze second day summary. | Business Analysis / Operations | 0.30 | 835.00 | 250.50 |
| 11/21/2018 | Lauren Rindner | Analyzed the Final Order related to the payment of Critical Vendors. | Court Filings | 0.60 | 370.00 | 222.00 |
| 11/21/2018 | Lauren Rindner | Analyzed the Order extending time to assume or reject unexpired leases. | Court Filings | 0.30 | 370.00 | 111.00 |
| 11/21/2018 | Lauren Rindner | Analyzed the Motion related to the Debtors' incentive and retention programs for certain key employees. | Court Filings | 0.50 | 370.00 | 185.00 |
| 11/21/2018 | Lauren Rindner | Analyzed the UCC's objection to the Debtors' DIP financing motion and cash management motion. | Court Filings | 0.70 | 370.00 | 259.00 |
| 11/21/2018 | Lauren Rindner | Reviewed the Cash Management Motion to become familiar with First Day Motions. | Court Filings | 0.50 | 370.00 | 185.00 |
| 11/21/2018 | Lauren Rindner | Reviewed the Motion related to Trust Fund Programs. | Court Filings | 0.40 | 370.00 | 148.00 |
| 11/21/2018 | Lauren Rindner | Reviewed the Motion related to Customer Programs. | Court Filings | 0.30 | 370.00 | 111.00 |
| 11/21/2018 | Lauren Rindner | Reviewed the motion related to lease rejections. | Court Filings | 0.40 | 370.00 | 148.00 |
| 11/21/2018 | Lauren Rindner | Reviewed the Motion related to the payment of Shippers, Warehousemen, and other non-merchant lien claimants. | Court Filings | 0.50 | 370.00 | 185.00 |
| 11/21/2018 | Paul Huygens | Prep (0.2) and participate in real estate call with PH, GACP and Farallon. | Business Analysis / Operations | 1.40 | 820.00 | 1,148.00 |
| 11/21/2018 | Paul Huygens | Call with S. Kietlinski re: DIP budget workstreams. | Business Analysis / Operations | 1.30 | 820.00 | 1,066.00 |
| 11/21/2018 | Paul Huygens | Participate in call with GA and S. Kietlinski re: DIP budget analysis. | Business Analysis / Operations | 0.50 | 820.00 | 410.00 |
| 11/21/2018 | Paul Huygens | Conference call with Farallon and S. Kietlinski re concerns and value baskets (0.8). Follow up and planning call with S. Kietlinski, C. Cabello and P. Kravitz after (0.5). | Business Analysis / Operations | 1.30 | 820.00 | 1,066.00 |
| 11/21/2018 | Paul Huygens | Review summary of second day motions and confer re same. Review commentary on senior DIP discussions and intercreditor. | Court Filings | 0.80 | 820.00 | 656.00 |
| 11/21/2018 | Paul Huygens | Attended conference call with M. Shields and S. Kietlinski. | Business Analysis / Operations | 0.60 | 820.00 | 492.00 |
| 11/21/2018 | Peter Kravitz | Confer with counsel re: data access. | Business Analysis / Operations | 0.10 | 835.00 | 83.50 |
| 11/21/2018 | Lauren Rindner | Reviewed Debtwire case updates to remain updated on case details. | Case Administration | 0.40 | 370.00 | 148.00 |
| 11/21/2018 | Lauren Rindner | Reviewed the Store Closing Sales Motion. | Court Filings | 0.40 | 370.00 | 148.00 |
| 11/21/2018 | Lauren Rindner | Analyzed the Senior DIP terms to become familiar with the case and the proposed facility. | Court Filings | 2.10 | 370.00 | 777.00 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/21/2018 | Lauren Rindner | Reviewed the Professionals Retained to become familiar with the various stakeholders and professionals involved in the case. | Court Filings | 0.20 | 370.00 | 74.00 |
| 11/21/2018 | Lauren Rindner | Analyzed the Prepetition Capital Structure to become familiar with the case and the Company's financial state prior to bankruptcy. | Business Analysis / Operations | 1.80 | 370.00 | 666.00 |
| 11/21/2018 | Lauren Rindner | Analyzed the Company's top unsecured claims to become familiar with case details. | Claims Analysis and Objections | 0.30 | 370.00 | 111.00 |
| 11/21/2018 | Sanjuro Kietlinski | Attended follow up phone call with P. Huygens, P. Kravitz and C. Cabello to strategize. | Business Analysis / Operations | 0.50 | 570.00 | 285.00 |
| 11/21/2018 | Sanjuro Kietlinski | Attended conference call with GACP and PH re: DIP budget.. | Business Analysis / Operations | 0.50 | 570.00 | 285.00 |
| 11/21/2018 | Sanjuro Kietlinski | Call with P. Huygens re: DIP budget workstreams. | Business Analysis / Operations | 1.30 | 570.00 | 741.00 |
| 11/21/2018 | Carol Cabello | Commenced review of MIII data room, including DIP marketing materials. | Financing Activities | 2.20 | 590.00 | 1,298.00 |
| 11/21/2018 | Carol Cabello | Continued analyzing DIP budget, including borrowing base changes. | Business Analysis / Operations | 1.70 | 590.00 | 1,003.00 |
| 11/22/2018 | David Dachelet | Begin review of draft Junior DIP collateral package perfection certificate schedules in aid to financing package review. | Financing Activities | 0.80 | 580.00 | 464.00 |
| 11/22/2018 | David Dachelet | Begin review of draft Interim Order (PH 11-20) in re: Jr DIP financing; draft notes regarding same. | Financing Activities | 0.60 | 580.00 | 348.00 |
| 11/22/2018 | Paul Huygens | Review and comment on UCC DIP comments/asks. | Business Analysis / Operations | 0.50 | 820.00 | 410.00 |
| 11/22/2018 | Paul Huygens | Gather info and correspond re Visa/MC lit value. | Litigation | 0.40 | 820.00 | 328.00 |
| 11/22/2018 | Paul Huygens | Correspond with MIII and S. Kietlinski re diligence requests. | Business Analysis / Operations | 0.20 | 820.00 | 164.00 |
| 11/22/2018 | Lauren Rindner | Analyzed the Province's Consulting Agreement to become familiar with various aspects of the case. | Fee/Employment Applications | 0.40 | 370.00 | 148.00 |
| 11/22/2018 | Lauren Rindner | Reviewed information related to lease rejections and store closures to become familiarized with the case. | Business Analysis / Operations | 1.30 | 370.00 | 481.00 |
| 11/22/2018 | Lauren Rindner | Researched shareholder complaints, lawsuits, and transactions to become familiar with various aspects that might affect the case. | Litigation | 2.90 | 370.00 | 1,073.00 |
| 11/22/2018 | Lauren Rindner | Continued researching shareholder complaints, lawsuits, and transactions to become familiar with various aspects that might affect the case. | Litigation | 0.80 | 370.00 | 296.00 |
| 11/22/2018 | Lauren Rindner | Reviewed the First Day Declaration and related materials to become familiarized with the background, company overview, and other considerations related to the case. | Court Filings | 2.90 | 370.00 | 1,073.00 |
| 11/22/2018 | Lauren Rindner | Reviewed Interim and Final Orders to extract updates to the First Day Motions and remain updated on case details. | Court Filings | 1.50 | 370.00 | 555.00 |
| 11/22/2018 | Lauren Rindner | Researched information related to the Company's transactions and conduct prior to bankruptcy to become familiar with components that might affect the case. | Business Analysis / Operations | 1.50 | 370.00 | 555.00 |
| 11/22/2018 | Peter Kravitz | Analyze DIP budget comments. | Business Analysis / Operations | 0.30 | 835.00 | 250.50 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/22/2018 | Peter Kravitz | Correspond with Province team re: budget supplementation. | Business Analysis / Operations | 0.20 | 835.00 | 167.00 |
| 11/23/2018 | David Dachelet | Telephone call with Province team regarding work streams for Jr DIP financing diligence. | Financing Activities | 0.40 | 580.00 | 232.00 |
| 11/23/2018 | David Dachelet | Review of GACP DIP term sheet for operative deal points; draft notes relative to same. | Financing Activities | 1.40 | 580.00 | 812.00 |
| 11/23/2018 | David Dachelet | Continue review of draft Jr DIP Interim Order (v PH 11-20) relative to active workstreams; draft notes relative to same. | Financing Activities | 1.70 | 580.00 | 986.00 |
| 11/23/2018 | Jin Lai Dong | Read multiple email correspondence between Province team members regarding case strategy and analysis. | Business Analysis / Operations | 0.30 | 395.00 | 118.50 |
| 11/23/2018 | Lauren Rindner | Reviewed case updates on Debtwire to remain updated on case information. | Case Administration | 0.40 | 370.00 | 148.00 |
| 11/23/2018 | Sanjuro Kietlinski | Reviewed the data room for key items. | Business Analysis / Operations | 2.10 | 570.00 | 1,197.00 |
| 11/23/2018 | Sanjuro Kietlinski | Analyzed the DIP model. | Business Analysis / Operations | 1.80 | 570.00 | 1,026.00 |
| 11/23/2018 | Sanjuro Kietlinski | Corresponded with L. Rindner re: relevant workstreams. | Case Administration | 0.10 | 570.00 | 57.00 |
| 11/23/2018 | Sanjuro Kietlinski | Attended phone call with P. Huygens to discuss active workstreams. | Business Analysis / Operations | 0.50 | 570.00 | 285.00 |
| 11/23/2018 | Sanjuro Kietlinski | Attended phone call with C. Cabello to discuss open workstreams. | Business Analysis / Operations | 0.10 | 570.00 | 57.00 |
| 11/23/2018 | Sanjuro Kietlinski | Attended phone call with C. Adams to discuss DIP and wind down. | Business Analysis / Operations | 0.30 | 570.00 | 171.00 |
| 11/23/2018 | Carol Cabello | Reviewed latest draft of credit documents, including schedules. | Financing Activities | 2.10 | 590.00 | 1,239.00 |
| 11/23/2018 | Carol Cabello | Call with S. Kietlinski to discuss and plan workstreams. | Business Analysis / Operations | 0.10 | 590.00 | 59.00 |
| 11/23/2018 | Carol Cabello | Attended call with MIII and Province teams to discuss performance to date, wind down and value of collateral. | Business Analysis / Operations | 0.60 | 590.00 | 354.00 |
| 11/23/2018 | Peter Kravitz | Review email correspondence re: process update. | Case Administration | 0.20 | 835.00 | 167.00 |
| 11/23/2018 | Lauren Rindner | Analyzed the Order extending certain orders to be made applicable to additional Debtors. | Court Filings | 0.40 | 370.00 | 148.00 |
| 11/23/2018 | Lauren Rindner | Analyzed objections related to post petition financing and use of cash collateral. | Court Filings | 0.40 | 370.00 | 148.00 |
| 11/23/2018 | Sanjuro Kietlinski | Attended follow up phone call with P. Huygens re: M3 call. | Business Analysis / Operations | 0.10 | 570.00 | 57.00 |
| 11/23/2018 | Sanjuro Kietlinski | Attended phone call with M. Shields re: engagement. | Case Administration | 0.20 | 570.00 | 114.00 |
| 11/23/2018 | Sanjuro Kietlinski | Attended kickoff call with Lazard and Province teams. | Business Analysis / Operations | 0.50 | 570.00 | 285.00 |
| 11/23/2018 | Sanjuro Kietlinski | Attended conference call with MIII re: performance to date and value of collateral. | Business Analysis / Operations | 0.50 | 570.00 | 285.00 |
| 11/23/2018 | Sanjuro Kietlinski | Attended phone call with B. Gallagher to discuss real estate. | Business Analysis / Operations | 0.50 | 570.00 | 285.00 |
| 11/23/2018 | Sanjuro Kietlinski | Participate in internal workstream call with P. Huygens and D. Dachelet. Loop on M. Shields re same. | Business Analysis / Operations | 0.50 | 570.00 | 285.00 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/23/2018 | David Dachelet | Conference call with Province team and Lazard team regarding due diligence items for Jr DIP financing package; prep for same (0.2). | Financing Activities | 0.70 | 580.00 | 406.00 |
| 11/23/2018 | David Dachelet | Conference call with Province team and M3 Partners regarding Jr DIP diligence items. | Business Analysis / Operations | 0.60 | 580.00 | 348.00 |
| 11/23/2018 | David Dachelet | Correspondence with Province team regarding findings on growing concern sale analysis and status of Jr DIP loan documents. | Case Administration | 0.30 | 580.00 | 174.00 |
| 11/23/2018 | David Dachelet | Participate in internal workstream call with S. Kietlinski and P. Huygens. Loop on M. Shields re same. | Business Analysis / Operations | 0.50 | 580.00 | 290.00 |
| 11/23/2018 | Paul Huygens | Prepare questions (0.3) and participate in call with Lazard and Province team. | Business Analysis / Operations | 0.80 | 820.00 | 656.00 |
| 11/23/2018 | Paul Huygens | Call with D. Dachelet and S. Kietlinski to download from Lazard and to walk thru liquidation waterfall (0.5).  Scan M3 data room (0.5). | Business Analysis / Operations | 1.00 | 820.00 | 820.00 |
| 11/23/2018 | Paul Huygens | Participate in Jr DIP group call re employee claim issues. | Business Analysis / Operations | 1.00 | 820.00 | 820.00 |
| 11/23/2018 | Paul Huygens | Participate in internal workstream call with S. Kietlinski and D. Dachelet. Loop on M. Shields re same. | Business Analysis / Operations | 0.50 | 820.00 | 410.00 |
| 11/23/2018 | Paul Huygens | Conference call with M3 and Province teams to talk thru performance to date, wind down and potential values (0.6).  Follow up with S. Kietlinski after. | Business Analysis / Operations | 0.70 | 820.00 | 574.00 |
| 11/23/2018 | Paul Huygens | Review and correspond with S. Kietlinski re wind down budget. | Business Analysis / Operations | 0.60 | 820.00 | 492.00 |
| 11/23/2018 | Paul Huygens | Review and correspond re carve out increase. | Business Analysis / Operations | 0.30 | 820.00 | 246.00 |
| 11/23/2018 | Paul Huygens | Update call with S. Kietlinski re: active workstreams. | Business Analysis / Operations | 0.50 | 820.00 | 410.00 |
| 11/23/2018 | Paul Huygens | Review and correspond re outstanding diligence (requests, receipts, open, etc.). | Business Analysis / Operations | 0.40 | 820.00 | 328.00 |
| 11/23/2018 | Peter Kravitz | Analyzed real estate data request. | Business Analysis / Operations | 0.30 | 835.00 | 250.50 |
| 11/23/2018 | Jin Lai Dong | Read the declaration of R. Riecker to better understand the case. | Court Filings | 2.60 | 395.00 | 1,027.00 |
| 11/23/2018 | Lauren Rindner | Analyzed Junior DIP terms to become familiar with the facility and terms. | Financing Activities | 2.90 | 370.00 | 1,073.00 |
| 11/23/2018 | Lauren Rindner | Conducted an in-depth analysis of the initially proposed Junior DIP terms as compared to the newly proposed Junior DIP terms to extract information related to material changes in terms. | Financing Activities | 1.80 | 370.00 | 666.00 |
| 11/23/2018 | Lauren Rindner | Reviewed contents of the intralink folder to become familiar with the provided information. | Business Analysis / Operations | 0.30 | 370.00 | 111.00 |
| 11/23/2018 | Lauren Rindner | Reviewed information related to the Company's ongoing litigation to become familiar with aspects that might affect the case. | Litigation | 0.40 | 370.00 | 148.00 |
| 11/23/2018 | Lauren Rindner | Reviewed Sears Home Services' CIM to become familiar with the business unit and sale process. | Business Analysis / Operations | 1.90 | 370.00 | 703.00 |
| 11/24/2018 | David Dachelet | Begin review of draft Guarantee and Collateral Agreement relative to operative collateral package and priorities relative to same. | Financing Activities | 0.50 | 580.00 | 290.00 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/24/2018 | David Dachelet | Analysis of creditor groups and priorities impacting Jr DIP collateral value and waterfall to client; draft priorities waterfall relative to same. | Financing Activities | 0.50 | 580.00 | 290.00 |
| 11/24/2018 | David Dachelet | Review and revise prior analysis relative to draft Jr DIP Interim Order revisions (PH 11-24); correspondence with PH counsel regarding same. | Financing Activities | 0.80 | 580.00 | 464.00 |
| 11/24/2018 | Carol Cabello | Prepared initial draft estimate of liquidation analysis with limited information available. | Business Analysis / Operations | 1.50 | 590.00 | 885.00 |
| 11/24/2018 | Sanjuro Kietlinski | Reviewed Junior DIP Order. | Court Filings | 3.30 | 570.00 | 1,881.00 |
| 11/24/2018 | Sanjuro Kietlinski | Corresponded with P. Huygens re: data room and analysis. | Business Analysis / Operations | 0.10 | 570.00 | 57.00 |
| 11/24/2018 | Sanjuro Kietlinski | Reviewed D. Dachelet notes to Junior DIP Order. | Court Filings | 0.60 | 570.00 | 342.00 |
| 11/24/2018 | David Dachelet | Begin review of draft Intercreditor Agreement; draft notes relative to same. | Financing Activities | 1.20 | 580.00 | 696.00 |
| 11/24/2018 | Sanjuro Kietlinski | Corresponded with M. Shields and J. Ahn re: DIP Budget. | Business Analysis / Operations | 0.10 | 570.00 | 57.00 |
| 11/24/2018 | Sanjuro Kietlinski | Corresponded with B. Gallagher re: real estate. | Business Analysis / Operations | 0.10 | 570.00 | 57.00 |
| 11/24/2018 | Sanjuro Kietlinski | Drafted collateral package summary. | Business Analysis / Operations | 0.30 | 570.00 | 171.00 |
| 11/24/2018 | Sanjuro Kietlinski | Corresponded with C. Cabello and P. Huygens re: collateral package summary. | Business Analysis / Operations | 0.10 | 570.00 | 57.00 |
| 11/24/2018 | Sanjuro Kietlinski | Analyzed Sears Inventory appraisal report. | Business Analysis / Operations | 1.60 | 570.00 | 912.00 |
| 11/24/2018 | Sanjuro Kietlinski | Analyzed Sears real estate breakout. | Business Analysis / Operations | 1.90 | 570.00 | 1,083.00 |
| 11/24/2018 | Paul Huygens | Correspond re open diligence. | Business Analysis / Operations | 0.30 | 820.00 | 246.00 |
| 11/24/2018 | Paul Huygens | Review and correspond re collateral priority cheat sheet. | Business Analysis / Operations | 0.30 | 820.00 | 246.00 |
| 11/24/2018 | David Dachelet | Begin review of draft Jr DIP Credit Agreement. | Financing Activities | 1.40 | 580.00 | 812.00 |
| 11/24/2018 | Sanjuro Kietlinski | Reviewed PBGC Claims summary. | Claims Analysis and Objections | 0.40 | 570.00 | 228.00 |
| 11/24/2018 | Sanjuro Kietlinski | Drilled down on collateral packages for Senior and Junior DIP facilities. | Financing Activities | 0.50 | 570.00 | 285.00 |
| 11/24/2018 | Sanjuro Kietlinski | Reviewed contents of data room for population of hot dox folder. | Business Analysis / Operations | 2.30 | 570.00 | 1,311.00 |
| 11/24/2018 | Sanjuro Kietlinski | Analyzed October 29 Project Blue DIP Financing Materials. | Financing Activities | 2.80 | 570.00 | 1,596.00 |
| 11/25/2018 | David Dachelet | Review ABL DIP Motion relative to collateral packages and relative priorities. | Financing Activities | 1.30 | 580.00 | 754.00 |
| 11/25/2018 | David Dachelet | Various correspondence with PH regarding Jr DIP Loan Document issues. | Financing Activities | 0.30 | 580.00 | 174.00 |
| 11/25/2018 | Sanjuro Kietlinski | Analyzed updated DIP Budget prepared by MIII. | Business Analysis / Operations | 2.70 | 570.00 | 1,539.00 |
| 11/25/2018 | Sanjuro Kietlinski | Overlaid (1.3) and analyzed (0.3) changes to DIP Budget. | Business Analysis / Operations | 1.60 | 570.00 | 912.00 |
| 11/25/2018 | Sanjuro Kietlinski | Reviewed redlines to the DIP Term Loan Interim Order. | Court Filings | 1.30 | 570.00 | 741.00 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/25/2018 | Sanjuro Kietlinski | Reviewed the DIP Guarantee and Collateral Agreement. | Court Filings | 2.30 | 570.00 | 1,311.00 |
| 11/25/2018 | Sanjuro Kietlinski | Reviewed the DIP Intercreditor Agreement. | Court Filings | 1.20 | 570.00 | 684.00 |
| 11/25/2018 | Carol Cabello | Travel from LA to NYC for MIII meeting and Junior DIP hearing. | Travel Time | 6.50 | 590.00 | 3,835.00 |
| 11/25/2018 | Sanjuro Kietlinski | Reviewed the Global Bid Process Letter. | Court Filings | 1.10 | 570.00 | 627.00 |
| 11/25/2018 | Sanjuro Kietlinski | Analyzed DIP Budget Variance Reports to-date. | Business Analysis / Operations | 1.10 | 570.00 | 627.00 |
| 11/25/2018 | Carol Cabello | Read and reviewed Tiger inventory appraisal, including seasonality in NOLV estimates and potential impact in a full liquidation scenario. | Business Analysis / Operations | 1.20 | 590.00 | 708.00 |
| 11/25/2018 | Paul Huygens | Call with C. Cabello re workstream update. | Business Analysis / Operations | 0.20 | 820.00 | 164.00 |
| 11/25/2018 | Paul Huygens | Correspond with GACP and Province teams re budget analysis and questions. | Business Analysis / Operations | 0.30 | 820.00 | 246.00 |
| 11/25/2018 | Paul Huygens | Review and confer re DIP agreement comments/questions. | Business Analysis / Operations | 0.30 | 820.00 | 246.00 |
| 11/25/2018 | Peter Kravitz | Travel to New York for in person meetings and DIP hearing. | Travel Time | 6.50 | 835.00 | 5,427.50 |
| 11/25/2018 | Sanjuro Kietlinski | Traveled from FLL to NYC to attend meetings and DIP hearing. | Travel Time | 5.00 | 570.00 | 2,850.00 |
| 11/25/2018 | Carol Cabello | Call with P. Huygens re workstream update. | Business Analysis / Operations | 0.20 | 590.00 | 118.00 |
| 11/25/2018 | David Dachelet | Continue review of Jr DIP loan document package and revised Interim Order for analysis of collateral package, priorities, and effect on waterfall under going concern sale, liquidation, etc. | Financing Activities | 2.30 | 580.00 | 1,334.00 |
| 11/25/2018 | Carol Cabello | Evaluated estimate of administrative claims as it impacts waterfall. | Claims Analysis and Objections | 1.10 | 590.00 | 649.00 |
| 11/26/2018 | Carol Cabello | Meeting with MIII team (partial) and Province team to discuss budget and collateral. | Business Analysis / Operations | 3.50 | 590.00 | 2,065.00 |
| 11/26/2018 | Jin Lai Dong | Attend the meeting at MIII offices with C. Adams and other Province members to discuss the budget and collateral issues. | Business Analysis / Operations | 3.50 | 395.00 | 1,382.50 |
| 11/26/2018 | Jin Lai Dong | Attend group working call with Debtors and professionals. | Business Analysis / Operations | 1.20 | 395.00 | 474.00 |
| 11/26/2018 | Jin Lai Dong | Meet with M. Shields and the Province team to further discuss budget and collateral issues. | Business Analysis / Operations | 0.40 | 395.00 | 158.00 |
| 11/26/2018 | Jin Lai Dong | Review relevant files and prep for GACP/MIII meetings with drafting of agenda and issues lists. | Business Analysis / Operations | 1.30 | 395.00 | 513.50 |
| 11/26/2018 | Peter Kravitz | Analyzed revised credit agreement and related documents | Financing Activities | 0.80 | 835.00 | 668.00 |
| 11/26/2018 | Peter Kravitz | Attended working group meeting at PH offices with GACP and counsel in prep for junior DIP hearing. | Financing Activities | 3.20 | 835.00 | 2,672.00 |
| 11/26/2018 | Peter Kravitz | Attended working meeting at m3 re: budget and collateral issues. | Business Analysis / Operations | 3.50 | 835.00 | 2,922.50 |
| 11/26/2018 | Peter Kravitz | Attended subsequent working group meeting at PH offices with counsel and GACP; confer with other group participants re: diligence issues. | Business Analysis / Operations | 2.10 | 835.00 | 1,753.50 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/26/2018 | Peter Kravitz | Attended working group call with debtors and their professionals. | Business Analysis / Operations | 1.20 | 835.00 | 1,002.00 |
| 11/26/2018 | Peter Kravitz | Meeting with M. Shields (GACP) re: budget and collateral issues. | Business Analysis / Operations | 0.40 | 835.00 | 334.00 |
| 11/26/2018 | Peter Kravitz | Participated in internal strategy recap discussion. | Case Administration | 0.20 | 835.00 | 167.00 |
| 11/26/2018 | Paul Huygens | Call with P. Kravitz to download from the days analysis and discuss workstreams for the next several days. | Business Analysis / Operations | 0.40 | 820.00 | 328.00 |
| 11/26/2018 | Paul Huygens | Review meeting notes and liquidation estimate. Call with P. Kravitz re update on meetings with MIII and analysis received and ongoing (0.2). | Business Analysis / Operations | 0.40 | 820.00 | 328.00 |
| 11/26/2018 | Paul Huygens | Correspond with team re budget questions. | Business Analysis / Operations | 0.20 | 820.00 | 164.00 |
| 11/26/2018 | Peter Kravitz | Call with P. Huygens to download from the days analysis and discuss workstreams for the next several days. | Business Analysis / Operations | 0.40 | 835.00 | 334.00 |
| 11/26/2018 | Peter Kravitz | Call with P. Huygens re update on meetings with MIII and analysis received and ongoing. | Business Analysis / Operations | 0.20 | 835.00 | 167.00 |
| 11/26/2018 | Carol Cabello | Meeting with GACP and Province team to discuss collateral and budget in advance of hearing. | Business Analysis / Operations | 3.20 | 590.00 | 1,888.00 |
| 11/26/2018 | Sanjuro Kietlinski | Attended the group meeting at PH offices with GACP, Counsel and other Province members to prep for Junior DIP Hearing. | Business Analysis / Operations | 3.20 | 570.00 | 1,824.00 |
| 11/26/2018 | Sanjuro Kietlinski | Attended the meeting at MIII offices with C. Adams and other Province members to discuss the budget and collateral issues. | Business Analysis / Operations | 3.50 | 570.00 | 1,995.00 |
| 11/26/2018 | Sanjuro Kietlinski | Attended subsequent working group meeting at PH office with counsel, GACP and other Province members to participate in diligence discussions. | Business Analysis / Operations | 2.10 | 570.00 | 1,197.00 |
| 11/26/2018 | Jin Lai Dong | Attend the group meeting at PH offices with GACP, Counsel and Province members to prep for Junior DIP Hearing. | Business Analysis / Operations | 3.20 | 395.00 | 1,264.00 |
| 11/26/2018 | Jin Lai Dong | Attend subsequent working group meeting at PH office with counsel, GACP and other Province members to participate in diligence discussions. | Business Analysis / Operations | 2.10 | 395.00 | 829.50 |
| 11/26/2018 | Sanjuro Kietlinski | Attended group working call with Debtors and professionals. | Business Analysis / Operations | 1.20 | 570.00 | 684.00 |
| 11/26/2018 | Sanjuro Kietlinski | Met with M. Shields and the Province team to further discuss budget and collateral issues. | Business Analysis / Operations | 0.40 | 570.00 | 228.00 |
| 11/26/2018 | Sanjuro Kietlinski | Prepped for GACP/MIII meetings with drafting of agenda and issues lists. | Business Analysis / Operations | 1.30 | 570.00 | 741.00 |
| 11/26/2018 | Carol Cabello | Working meeting with M. Shields and the Province team to download and discuss wind down budget and meeting with MIII. | Business Analysis / Operations | 0.40 | 590.00 | 236.00 |
| 11/26/2018 | Carol Cabello | Follow up meetings and discussions with counsel, GACP and Province team regarding diligence, and open issues related to the DIP agreements. | Business Analysis / Operations | 2.10 | 590.00 | 1,239.00 |
| 11/26/2018 | Carol Cabello | Continued to analyze and consider data points discussed with MIII regarding wind down and collateral pool. | Business Analysis / Operations | 0.50 | 590.00 | 295.00 |
| 11/27/2018 | Carol Cabello | Travel to, participate in discussions at and attend hearing on Junior DIP. | Court Hearings | 4.00 | 590.00 | 2,360.00 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/27/2018 | Carol Cabello | Reviewed open issues list with respect to credit agreement. | Financing Activities | 0.60 | 590.00 | 354.00 |
| 11/27/2018 | Sanjuro Kietlinski | Met with P. Kravitz, C. Cabello and J. Dong at PH offices prior to the Junior DIP Hearing. | Business Analysis / Operations | 2.50 | 570.00 | 1,425.00 |
| 11/27/2018 | Peter Kravitz | Attended meeting at PH offices re: hearing prep. | Business Analysis / Operations | 2.50 | 835.00 | 2,087.50 |
| 11/27/2018 | Peter Kravitz | Call with P. Huygens re update on meetings with MIII and analysis received and ongoing. | Business Analysis / Operations | 0.20 | 835.00 | 167.00 |
| 11/27/2018 | Paul Huygens | Review committee DIP objection and correspondence related thereto (0.9). Call with P. Kravitz re update on meetings with MIII and analysis received and ongoing (0.2). | Business Analysis / Operations | 1.10 | 820.00 | 902.00 |
| 11/27/2018 | Paul Huygens | Review and correspond re outstanding real estate requests and limited production re same. | Business Analysis / Operations | 0.60 | 820.00 | 492.00 |
| 11/27/2018 | Jin Lai Dong | Attend meeting with Province, GACP and Counsel teams at PH office. | Business Analysis / Operations | 2.50 | 395.00 | 987.50 |
| 11/27/2018 | Carol Cabello | Traveled from NYC to White Plains for the Junior DIP Hearing. | Travel Time | 0.50 | 590.00 | 295.00 |
| 11/27/2018 | Carol Cabello | Traveled from White Plains to NYC for the Junior DIP Hearing. | Travel Time | 0.50 | 590.00 | 295.00 |
| 11/27/2018 | Sanjuro Kietlinski | Attended the Junior DIP Hearing with C. Cabello and members of the GACP team. | Court Hearings | 4.00 | 570.00 | 2,280.00 |
| 11/27/2018 | Sanjuro Kietlinski | Traveled from NYC to White Plains for the Junior DIP Hearing. | Travel Time | 0.50 | 570.00 | 285.00 |
| 11/27/2018 | Sanjuro Kietlinski | Traveled from White Plains to NYC for the Junior DIP Hearing. | Travel Time | 0.50 | 570.00 | 285.00 |
| 11/27/2018 | Peter Kravitz | Return travel following meetings. | Travel Time | 6.50 | 835.00 | 5,427.50 |
| 11/27/2018 | Carol Cabello | Read and considered Committee objection to DIP financing in advance of hearing. | Court Filings | 0.60 | 590.00 | 354.00 |
| 11/27/2018 | Carol Cabello | Prepared follow-up diligence request and question list to the wind down budget and sent to team. | Business Analysis / Operations | 0.80 | 590.00 | 472.00 |