ICE MILLER LLP
Daniel R. Swetnam (OH 0011022)
(Admitted *pro hac vice*)
250 West Street, Suite 700
Columbus, OH  43215
Telephone:  (614) 462-2225
Facsimile:   (614) 224-3568

*Attorney for 5330 Crosswind, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **SEARS HOLDING CORPORATION, et al.,** | Case No. 18-23538 (RDD) |
| | Jointly Administered |
| **Debtors.** | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Daniel R. Swetnam of Ice Miller LLP, with offices located at 250 West Street, Suite 700, Columbus, Ohio  43215 (admitted *pro hac vice*), hereby appears on behalf of 5330 Crosswind, LLC ("5330 Crosswind").  5330 Crosswind is the landlord with respect to leased warehouse space located at 5330 Crosswind Drive, Columbus, Ohio.

PLEASE TAKE FURTHER NOTICE that the undersigned requests that all notices (including those required by Bankruptcy Rule 2002) in these cases or any related adversary proceeding be mailed to the undersigned, unless otherwise directed by the Court, at the address set forth below.

PLEASE TAKE FURTHER NOTICE that 5330 Crosswind does not intend this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in noncore matters entered only after *de novo* review by a

CO\5990404.1

District Judge; (ii) its right to trial by jury in any proceeding related to these cases; (iii) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept service of initial process under Rule 4, F. R. Civ. P., or Rule 7004, F. R. Bankr. P., nor shall it result in undersigned counsel being deemed to be the agent of 5330 Crosswind for such purpose.

Dated: Columbus, Ohio
       December 10, 2018

Respectfully submitted,

ICE MILLER LLP

*/s/ Daniel R. Swetnam*
Daniel R. Swetnam      (OH0011022)
(Admitted *Pro Hac Vice*)
250 West Street, Suite 700
Columbus, OH  43215
(614) 462-2225; Fax:  (614) 224-3568
Email:  Daniel.Swetnam@icemiller.com

*Counsel for 5330 Crosswind, LLC*