**Exhibit C**

Calendar No.:
Index No.: 158520/2013
SUPREME COURT, NEW YORK COUNTY

**NOTE OF ISSUE**

For use of clerk

QAZIM B. KRASNIQI,

    Plaintiff,

— against —

KORPENN LLC,
SEARS HOLDINGS CORPORATION,
SEARS, ROEBUCK AND CO.,
KMART CORPORATION,
SCHINDLER ELEVATOR CORPORTATION,
ONE PENN PLAZA LLC,

    Defendants.

Hon.
Name of Judge Assigned

NOTICE FOR TRIAL

X Trial by jury demanded

   X Of all issues
   ☐ Of issues specified below
     or attached hereto
   ☐ Trial without jury

Filed by attorney for Plaintiff
Date summons served : 09/18/2013
Date service completed: 10/02/2013
Date issue joined: 10/18/2013

NATURE OF ACTION OR SPECIAL PROCEEDING

☒Tort:   ☐ Motor vehicle negligence
        ☐ Medical malpractice
        ☒Other tort- Premises/ Negligence
☐ Contract
☐ Contested matrimonial
☐ Uncontested matrimonial
☐ Tax certiorari
☐ Condemnation
   Other (not itemized above)
☐ This action is brought as a class action
☐ This is a medical malpractice action: panel procedures prescribed by court rules pursuant to Jud. § 148-a.
     ☐ have been completed
     ☐ have not been completed

Amount demanded: Plaintiff demands judgment against Defendants in a sum exceeding the jurisdictional limits of all lower courts
Other relief

Special preference claimed under _____
on the ground that _____

Insurance carrier, if known:

1

STEFANO A. FILIPPAZZO, P.C.
By: Stefano A. Filippazzo, Esq.
**Attorney for Plaintiffs**
16 Court Street, 28th Floor
Brooklyn, New York 11241
P: 718.855.1350

TO:  SOBEL PEVZNER, LLC
    **Attorneys for Defendants**
    KORPENN LLC
    SEARS HOLDINGS CORPORATION,
    SEARS, ROEBUCK AND CO.,
    KMART CORPORATION,
    KMART HOLDING CORPORATION, and
    ONE PENN PLAZA LLC
    30 Vesey Street, 8th Floor
    New York, New York 10007
    P: 212.216.0020

    Lorie DiPreta, Esq.,
    SABATINI & ASSOCIATES
    **Attorneys for Defendant**
    SCHINDLER ELEVATOR CORPORATION
    237 West 35th Street, Suite 1502
    New York, New York 10001
    P: 212.239.5900

NOTE: Clerk will not accept this note of issue unless accompanied by a certificate of readiness, or, in a medical malpractice action, unless, where applicable, the certificate of readiness previously has been filed and the panel procedures prescribed By court rules pursuant to § 148-a of the Judiciary Law have been completed.

# CERTIFICATE OF READINESS FOR TRIAL
*(Items 1-7 must be checked)*

|  | For Clerk's Use | | |
|---|---|---|---|
|  | N.I. served on | | |
|  | Completed | Waived | Not required |
| 1. All pleadings served | X | | |
| 2. Bill of Particulars served | X | | |
| 3. Physical examinations completed | X | | |
| 4. Medical reports exchanged | X | | |
| 5. Appraisal reports exchanged | | | X |
| 6. Compliance with the Rules in matrimonial actions (22NYCRR 202.16) | | | X |
| 7. Discovery proceedings now known to be necessary completed. | X | | |

8. There are no outstanding requests for discovery.

9. There has been a reasonable opportunity to complete the foregoing proceedings.

10. There has been compliance with any order issued pursuant to the Pre-calendar Rules.

11. If a medical malpractice action, there has been compliance with any order issued pursuant to 22 NYCRR 202.56.

12. The case is ready for trial.

Dated: Brooklyn, New York
       August 30, 2017

Yours etc.,
STEFANO A. FILIPPAZZO, P.C.

_____
STEFANO A. FILIPPAZZO, ESQ.
Attorney for Plaintiff
16 Court Street - 28th FLOOR
Brooklyn, New York 11241
P: 718-855-1350

TO: SOBEL PEVZNER, LLC
    **Attorneys for Defendants**
    KORPENN LLC
    SEARS HOLDINGS CORPORATION,
    SEARS, ROEBUCK AND CO.,
    KMART CORPORATION,
    KMART HOLDING CORPORATION, and
    ONE PENN PLAZA LLC
    30 Vesey Street, 8th Floor
    New York, New York 10007
    P: 212.216.0020

Lorie DiPreta, Esq.,
SABATINI & ASSOCIATES
**Attorneys for Defendant**
SCHINDLER ELEVATOR CORPORATION
237 West 35th Street, Suite 1502
New York, New York 10001
P: 212.239.5900

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Krasniqi

v.

Korpenn LLC, et al

INDIVIDUAL ASSIGNMENT PART 29

~~STIPULATION~~ ORDER

INDEX NO. 158520/13

MOTION CALENDAR NO. 11

DATE 8/22/17

IT IS HEREBY STIPULATED AND AGREED by and between the below-named attorney(s) as follows:

- All discovery is complete.

π to file NOI by Sept 1, 2017

_____
Attorney for Plaintiff

Date: 8/22/17

_____
Attorney for Defendant

So Ordered.

_____
Attorney for Defendant

ENTER: /s/
HON. ROBERT D. KALISH, J.S.C.

SC-8G (rev 2/86)