**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDING CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of David S. Kupetz, to be admitted, ***pro hac vice***, to represent Izek Shomof and Alene Shomof Irrevocable Children's Trust Dated February 11, 1999, Vegas Group, LLC, and East River Group, LLC (the "Clients") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the bar of the United States District Court for the Central District of California, it is hereby,

**ORDERED**, that David S. Kupetz, Esq. is admitted to practice *pro hac vice* in the above-referenced cases to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: December 10, 2018          */s/ Robert D. Drain*
       White Plains, New York          Honorable Robert D. Drain
                                                   United States Bankruptcy Judge