**WEXLER WALLACE LLP**
55 West Monroe St., Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
Edward A. Wallace
Bethany R. Turke
Andrew D. Welker

*Attorneys for Movants Rebecca Rysewyk,*
*Katie Smith, and Brian Van Vooren*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| Debtors. | : | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF
### MOTION TO SHORTEN AND STAY RELIEF MOTION

**PLEASE TAKE NOTICE** that on December 7, 2018, Rebecca Rysewyk, Katie Smith, and Brian Van Vooren filed their Motion of Class Representatives for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 ("Stay Relief Motion") (Dkt. 1097) and Motion of Class Representatives for Entry of an Order Pursuant to 11 U.S.C. §§ 102(1) and 105 Shortening Notice Regarding Motion for Relief from the Automatic Stay ("Motion to Shorten") (Dkt. 1099).

**PLEASE TAKE FURTHER NOTICE** that the Stay Relief Motion and the Motion to Shorten have been withdrawn.

1

Dated: December 10, 2018

Respectfully Submitted,

/s/ Bethany R. Turke
Edward A. Wallace
Bethany R. Turke
Andrew D. Welker
**WEXLER WALLACE LLP**
55 West Monroe St., Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
eaw@wexlerwallace.com
brt@wexlerwallace.com
adw@wexlerwallace.com

Gregory F. Coleman
Mark E. Silvey
**GREG COLEMAN LAW PC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: 865-247-0080
greg@gregcolemanlaw.com
mark@gregcolemanlaw.com

Shanon J. Carson
Michael T. Fantini
Jeffrey L. Osterwise
**BERGER & MONTAGUE, P.C**.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
scarson@bm.net
mfantani@bm.net
josterwise@bm.net

*Attorneys for Movants Rebecca Rysewyk,
Katie Smith, and Brian Van Vooren*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed using this Court's CM/ECF service, which will send notification of such filing to all counsel of record on this 10th day of December 2018.

                                              /s/ Bethany R. Turke
                                              Bethany R. Turke