# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
|  | : | (Jointly Administered) |
| Debtors. | : |  |

## ORDER GRANTING MOTION OF CLASS REPRESENTATIVES FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362

Upon consideration of the motion (the "Motion") Rebecca Rysewyk, Katie Smith, and Brian Van Vooren, as representatives of a class of plaintiffs in the class action litigation described in the Motion (collectively, the "Movants"), dated December 10, 2018, for entry of an order granting relief from the automatic stay pursuant to section 362(d) of the Bankruptcy Code; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue properly lies in this district pursuant to 28 U.S.C. § 1409; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The relief sought in the Motion is GRANTED as set forth herein.

2. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

3. The automatic stay imposed by 11 U.S.C. § 362(a) is hereby modified pursuant to 11 U.S.C. § 362(d) to the extent necessary to (a) allow the Movants to file the Settlement Motion in the District Court in accordance with the provisions of the Preliminary Approval Order; (b) allow the District Court to enter an order approving the Settlement Agreement on a final basis; and (c) allow Husqvarna Consumer Outdoor Products N.A., Inc. ("HCOP") and the parties to the

Settlement Agreement to take such other actions as are necessary and appropriate to cause the Effective Date to occur under Settlement Agreement (as defined therein) and to carry out the terms of settlement.

4. Except as otherwise set forth herein, nothing in this Order shall permit the Movants or HCOP to take any actions against the Debtor-Defendants or their assets (whether in connection with the Class Action, the Settlement Agreement, or otherwise) that would otherwise be prohibited by the automatic stay.

5. The fourteen-day stay period under Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived and this Order is immediately effective upon entry.

Dated:
      White Plains, New York

                                                        _____
                                                        HONORABLE ROBERT D. DRAIN
                                                        UNITED STATES BANKRUPTCY JUDGE