Hearing Date: January 18, 2019
Objection Deadline: January 11, 2019

The Employment Law Firm
Cynthia L. Pollick, Esquire
363 Laurel Street
Pittston, PA 18640
(570) 654-9675

Attorney for Karen Smith
*Pro Hac Vice*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:

SEARS HOLDING CORPORATION, et al.        Chapter 11

        Debtor s        Case No.: 18-23538 (RDD)

        (Jointly Administered)
        Honorable Robert D. Drain
---------------------------------------------------------------x

**NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

     **PLEASE TAKE NOTICE** that a hearing on the annexed motion (the "Motion"), of Karen Smith for entry of an order pursuant to Section 362 of the Bankruptcy Cod, for relied from the automatic stay, all as more fully set forth in the Motion, will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York, 10601-4140 (the "Bankruptcy Court") on January 18, 2019 at 10:00 a.m. (Eastern Time)(the "Hearing"), or as soon thereafter as counsel may be heard.

     **PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "Objections") to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy

Procedure and Local Bankruptcy Rules of the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted pro hac vice, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b)by all other parties in interest, on a CD-ROM, in textsearchable portable document format (PDF)(with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to 18-23538-rdd Doc 425 Filed 11/01/18 Entered 10/01/18 19:05:41 Main Document Pg 2 of 23 3 WEIL\96783928\1\73217.0003 the extent applicable, and shall be served in accordance with the Order Implementing Certain Notice and Case Management Procedures, entered on October 17, 2018 (ECF No. 139), so as to be filed and received no later than **January 11, 2019 at 4:00 p.m**. (Eastern Time)(the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Motion, the Debtors may, on or after the Objection Deadline, submit to the Bankruptcy Court an Order substantially in the form of the proposed order annexed to the Motion, which order may be entered without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

Dated: December 11, 2018
Pittston, PA

/s Cynthia L. Pollick
Cynthia L. Pollick, Esquire
Pa. I.D. No.: 83826
363 Laurel Street
Pittston, PA 18640
(570) 654-9675
*Admitted Pro Hac Vice*