The Employment Law Firm
Cynthia L. Pollick, Esquire
363 Laurel Street
Pittston, PA 18640
(570) 654-9675

Attorney for Karen Smith
*Pro Hac Vice*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:

| | |
|---|---|
| SEARS HOLDING CORPORATION, et al. | Chapter 11 |
| Debtor s | Case No.: 18-23538 (RDD) |
| | (Jointly Administered) Honorable Robert D. Drain |

---------------------------------------------------------------x

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

THIS MATTER, having been presented to the court by The Employment Law Firm, counsel for Karen Smith, on motion for relief from automatic stay, due and adequate notice having been given, and the Court having considered the papers submitted and arguments presented, and for good cause having been shown,

IT IS HEREBY ORDERED as follows:

1. The automatic stay is hereby modified solely to the extent necessary to permit the continuation of the Movant's action against the Debtors in Luzerne County Court of Common Pleas, docket number 13028-2015; provided, however, that Movant (a) may only recover damages from the proceeds of applicable insurance policies; and (b) shall not attempt to execute or enforce against the Debtors or their estates any judgment or settlement that they may obtain.

Dated:_____, 2019
       White Plains, New York

                                        _____
                                        THE HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY