Hearing Date: January 18, 2019
Objection Deadline: January 11, 2019

The Employment Law Firm
Cynthia L. Pollick, Esquire
363 Laurel Street
Pittston, PA 18640
(570) 654-9675

Attorney for Karen Smith
*Pro Hac Vice*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
In re:

SEARS HOLDING CORPORATION, et al.        Chapter 11

        Debtor s        Case No.: 18-23538 (RDD)

        (Jointly Administered)
        Honorable Robert D. Drain
-----------------------------------------------------------x

STATE OF PENNSYLVANIA )
LUZERNE COUNTY              )

    Cynthia L. Pollick, being duly sworn, deposes and says:

    1.    I am over the age of 18 and am not a party to this action. I am a lawyer with The Employment Law Firm, counsel for Karen Smith.

    2.    On December 11, 2018, I caused to be served a true copy of the Notice of Hearing on Motion for Relief from Automatic Stay, Motion for Relief from the Automatic Stay and Proposed Order Granting Relief from the Automatic Stay, upon all the following parties via first class mail:

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Paul Schwartzberg
Richard Morrissey
Office of the United States Trustee
US Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

3. On December 11, 2018, I also caused to be served a true copy of the Notice of Hearing on Motion for Relief from the Automatic Stay, Motion for Relief from the Automatic Stay and Proposed Order from the Automatic Stay, upon all parties on the service list attached hereto as Exhibit "A" via email.

Cynthia L. Pollick, Esquire
Pa. I.D. No.: 83826
363 Laurel Street
Pittston, PA 18640
(570) 654-9675
*Admitted Pro Hac Vice*

Sworn to before me this 11th day of
December, 2018

Katherine Corcoran
A Notary Public of Pennsylvania
My Commission Expires November 4, 2022

Commonwealth of Pennsylvania - Notary Seal
Katherine Corcoran, Notary Public
Luzerne County
My commission expires November 04, 2022
Commission number 1192273