# EXHIBIT A

| Taxing Authority | Location | Acct # | 2018 | |
|---|---|---|---|---|
| **Arlington Office*** | | | | |
| Nolan County | 604 E Broadway St (BPP) | P5399-2019-20 | $2,267.36 | |
| City Sweetwater | 604 E Broadway St (BPP) | P5399-2019-20 | $1,204.11 | |
| Sweetwater ISD | 604 E Broadway St (BPP) | P5399-2019-20 | $2,924.21 | |
| | | | | |
| Palo Pinto County | 2001 E Hwy 180 #3568 (BPP) | 106170000 | $1,933.38 | |
| City Mineral Wells | 2001 E Hwy 180 #3568 (BPP) | 106170000 | $1,633.65 | |
| Mineral Wells ISD | 2001 E Hwy 180 #3568 (BPP) | 106170000 | $3,544.54 | |
| | | | | |
| Johnson County | 1655 W Henderson St #8105 (BPP) | 126-5528-89240 | $1,994.50 | |
| Johnson County | 1655 W Henderson St (BPP) | 126-5528-89224 | $156.24 | |
| City Cleburne | 1665 W Henderson St #8105 (BPP) | 126-5528-89240 | $3,079.12 | |
| City Cleburne | 1655 W Henderson St (BPP) | 126-5528-89224 | $241.21 | |
| Cleburne ISD | 1655 W Henderson St #8105 (BPP) | 126-5528-89240 | $6,242.36 | |
| Cleburne ISD | 1655 W Henderson St (BPP) | 126-5528-89224 | $489.00 | |
| | | | | |
| Arlington ISD | 401 Southwest Plaza Ste #105 (#7631) | 13569554 | $8,249.84 | |
| Arlington ISD | 3871 S Cooper St (#1434) | 09633545, | $39,379.74 | |
| Arlington ISD | 3871 S Cooper St (Real) | 06081797, | $94,438.23 | |
| Arlington ISD | 4400 Little Rd # 105 (BPP) | 13885413 | $57.96 | EST |
| Crowley ISD | 4900 S Hulen St (#1447) | 11251204 | $42,408.18 | |
| Crowley ISD | 4900 S Hulen St (Real) | 01371371, | $112,657.73 | |
| Crowley ISD | Mineral Interest | 62048082 | $10.52 | |
| Crowley ISD | Mineral Interest | 62048074 | $0.33 | |
| Eagle Mtn-Saginaw ISD | 5001 N Beach St (#9302 BPP) | 12700142 | $787.42 | |
| Eagle Mtn-Saginaw ISD | 5001 N Beach St (#8217 BPP) | 08502269 | $3,199.14 | EST |
| Eagle Mtn-Saginaw ISD | 5001 N Beach St (Real) | 06890539 | $39,728.27 | EST |
| City Grapevine | 615 Westport Pkwy #200 (#8807 BPP) | 13652400 | $3,349.34 | |
| City Grapevine | 3000 Grapevine Mills #1 (#4486 BPP) | 11382902 | $1,858.50 | EST |
| City Grapevine | 615 Westport Pkwy #200 (#45158 BPP) | 13634798 | $175.27 | |
| City Grapevine | 3000 Grapevine Mills #1 (#4486 BPP) | 13878816 | $187.38 | |
| Grapevine-Colleyville ISD | 615 Westport Pkwy #200 (#8807 BPP) | 13652400 | $16,171.79 | |
| Grapevine-Colleyville ISD | 3000 Grapevine Mills #1 (#4486 BPP) | 11382902 | $8,973.52 | EST |
| Grapevine-Colleyville ISD | 615 Westport Pkwy #200 (#45158 BPP) | 13634798 | $846.27 | |
| Grapevine-Colleyville ISD | 3000 Grapevine Mills #1 (#4486 BPP) | 13878816 | $904.75 | |
| | | | | |
| Richardson ISD | 201 Plano Rd S (#1207 BPP) | 99821070000248100, | $23,232.59 | EST |
| Carrollton-Farmers Branch ISD | 2270 Valley View Ln (#8227 BPP) | 99820850000163900, | $29,267.58 | |
| Carrollton-Farmers Branch ISD | 2270 Valley View Ln (7817 BPP) | 99090507400000000, | $1,559.61 | |
| Carrollton-Farmers Branch ISD | 1215 Marsh Ln Ste 180 (#4617 BPP) | 99820850000081500, | $11,736.24 | |
| Carrollton-Farmers Branch ISD | 1215 Marsh Ln (#9449 BPP) | 99140619200000000, | $24,073.91 | |
| Carrollton-Farmers Branch ISD | 2270 Valley View Ln (#95803 BPP) | 99090114760000000, | $182.35 | |
| City of Garland | 1617 Kings Rd (BPP) | 99140728260000000, | $1,525.11 | |
| City of Garland | 2775 W Miller (#447 BPP) | 99922950000176900, | $118,831.97 | |
| City of Garland | 1617 Kings Rd (#25025 BPP) | 99090507500000000, | $4.65 | |
| City of Garland | 1617 Kings Rd (#8157 BPP) | 99140616100000000, | $963.82 | |
| City of Garland | 2775 W Miller (#4537 BPP) | 99900800000022600, | $24,612.24 | |
| Garland ISD | 1617 Kings Rd (BPP) | 99140728260000000, | $3,160.17 | |
| Garland ISD | 2775 W Miller (#447 BPP) | 99922950000176900, | $246,231.44 | |
| Garland ISD | 1617 Kings Rd (#25025 BPP) | 99090507500000000, | $9.64 | |
| Garland ISD | 1617 Kings Rd (#8157 BPP) | 99140616100000000, | $1,997.13 | |
| Garland ISD | 2775 W Miller (#4537 BPP) | 99900800000022600, | $50,998.97 | |
| | | | | |
| | | Total | $937,481.28 | |
| | | | | |
| **Lubbock/Midland Office*** | | | | |
| Lubbock Central Appraisal District | 6002 Slide Rd, Ste J, Lubbock, TX (BPP w/Veh | P71641 | $44,528.31 | |
| Midland County | 4511 N Midkiff Rd | | $1,456.24 | |
| | | Total | $45,984.55 | |
| **Tyler Office*** | | | | |
| Tyler Independent School District | 4601 S BROADWAY AVE(SEARS #2077)TYLE | 98000031300900 | $24,640.17 | |
| Cass County | 301 E MAIN ST ATLANTA, TX 75551 | 0042879-0046873 | $977.47 | |

SEARS HOLDINGS CORP
LEAD CASE #18-23538-11
11-6-18

| | | | | |
|---|---|---|---|---|
| Houston County | 1010 E LOOP 304 CROCKETT, TX | 09000-36060-00000-000000 | $2,033.54 | |
| Mineola Independent School Dist | 332 LOOP 564 MINEOLA, TX | 000076421 | $4,361.99 | |
| Nacogdoches County, et al. | 3801 NORTH ST STE 8 | 21-036-0115-001050 | $195.45 | |
| | 3801 NORTH ST STE 9 | 21-036-0115-001000 | $2,873.12 | |
| | | **Total** | **$35,081.74** | |
| | | | | |
| **HOUSTON OFFICE*** | | | | |
| Austin County Appraisal District | 1614 Hwy 36 N Sealy | P68612 | $6,197.56 | |
| Brazoria County Tax Office | 10904 MEMORIAL HERMANN DR 107 PEARLAND, T | 91001840000 | $5,492.34 | |
| Brazoria County MUD #35 | | | $1,825.70 | |
| Brazoria County Tax Office | 2625 S HIGHWAY 35 BYPASS 120 ALVIN, | 91032191100 | $7,003.71 | |
| Brazoria County Tax Office | 2625 S HIGHWAY 35 BYPASS 120 ALVIN, TX | 91031479500 | $15.02 | |
| Fort Bend ISD | 15850 SOUTHWEST FWY, SUGAR LAND | 9960192120062907 | $2,501.66 | |
| Fort Bend County LID #2 | | | $274.80 | |
| First Colony MUD #10 | | | $322.18 | |
| Clear Creek ISD | 2805 GULF FWY S STE H LEAGUE CITY, TX 77573 | 704063 | $2,717.26 | |
| Galveston County Mgmt Dist #1 | | 860004967002000 | $1,843.86 | |
| Dickinson ISD | 1020 W FM 517 DICKINSON, TX 77539 | 001900830000000 | $10,719.50 | |
| Dickinson ISD | 10000 EMMETT F LOWRY EXPY 5000 TEXAS CITY, T | 860004267001005 | $17,216.43 | |
| Dickinson ISD | 10000 EMMETT F LOWRY EXPY TEXAS CITY, TX 7759 | 492800000001000 | $28,921.04 | |
| Dickinson ISD | 1000 W FM 517 DICKINSON, TX 77539 | 860004267001010 | $5,513.64 | |
| Interstate MUD | 649 S MASON RD KATY TX 77450 | 2246200 | TBD | |
| Clear Creek ISD | 300 BAYBROOK MALL FRIENDSWOOD TX 77546 | P347842 | $4,004.77 | |
| City of Houston | | 2003516400000 | $1,682.89 | |
| Galena Park ISD | 15242 WALLISVILLE RD HOUSTON TX 77049 | 2078019 | $2,617.99 | |
| HC MUD 285 | | | TBD | |
| Galena Park ISD | 15242 WALLISVILLE RD HOUSTON TX 77049 | 2204474 | TBD | |
| HC MUD 285 | | | TBD | |
| Clear Creek ISD | 20750 GULF FWY WEBSTER TX 77598 | 2226711 | $74.20 | |
| Humble ISD | 5737 FM 1960 RD HUMBLE TX 77346 | 2048505 | $2,567.74 | |
| HC MUD 109 | | | $827.76 | |
| Humble ISD | 5737 FM 1960 RD HUMBLE TX 77346 | 2204500 | TBD | |
| HC MUD 109 | | | TBD | |
| Spring Branch ISD | 400 MEMORIAL CITY MALL HOUSTON TX 77024 | 0007531 | $39,284.49 | |
| City of Houston | | 2000753100000 | $16,573.29 | |
| Humble ISD | 1000 DEERBROOK MALL HUMBLE TX 77338 | 0253118 | $38,966.90 | |
| Spring ISD | 19750 NORTH FWY SPRING TX 77373 | 2139928 | $10,068.97 | |
| Spring ISD | 19750 NORTH FWY SPRING TX 77373 | 2203678 | TBD | |
| Alief ISD | 11687 WESTHEIMER RD HOUSTON TX 77077 | 2246693 | TBD | |
| City of Houston | | 2224669300000 | | |
| Alief ISD | 11687 WESTHEIMER RD HOUSTON TX 77077 | 2171703 | $3,821.79 | |
| City of Houston | | 2217170300000 | $1,690.53 | |
| Alief ISD | 1000 W OAKS MALL HOUSTON TX 77082 | 0766506 | $18,548.45 | |
| City of Houston | | 2076650600000 | $8,204.69 | |
| Tomball ISD | 14099 FM 2920 RD TOMBALL TX 77377 | 2095250 | $2,278.76 | |
| City of Tomball | | 2209525000000 | $580.67 | |
| Alief ISD | 2737 HIGHWAY 6 HOUSTON TX 77082 | 0815738 | $3,076.22 | |
| City of Houston | | 2081573800000 | $1,360.73 | |
| Clear Creek ISD | 20750 GULF FWY WEBSTER TX 77598 | 2220011 | $8,048.22 | |
| Alief ISD | 2737 HIGHWAY 6 S HOUSTON TX 77082 | 1072400000007 | $20,810.71 | |
| City of Houston | | | $9,205.37 | |
| Midtown Mgmt District | 4203 FANNIN ST HOUSTON TX 77004 | 0220470000001 | $2,556.73 | |
| Midtown Mgmt District | 0 WHEELER AVE HOUSTON TX 77004 | 0220480000001 | $2,846.43 | |
| Midtown Mgmt District | 0 SAN JACINTO ST HOUSTON TX 77004 | 0220490000001 | $20,810.71 | |
| Midtown Mgmt District | 4201 MAIN ST HOUSTON TX 77004 | 0220770000001 | $7,999.61 | |
| Midtown Mgmt District | 0 SAN JACINTO ST HOUSTON TX 77004 | 0250020220003 | $204.64 | |
| City of Jasper | GIBSON ST JASPER, TX | 900091333000 | $882.46 | |
| City of Cleveland | 638 E HOUSTON ST CLEVELAND, TX 77327 | 009000045198001 | $1,797.18 | |
| Bay City ISD | 3120 AVE F BAY CITY, TX 77414 | 42270000000C00 | $128.05 | |
| Bay City ISD | 3120 AVE F BAY CITY, TX 77414 | 42270000000C00 | $3,418.15 | |
| | | ***TOTAL:*** | **$325,503.80** | |
| | | | | |
| **Austin Office*** | | | | |

**SEARS HOLDINGS CORP**
**LEAD CASE #18-23538-11**
11-6-18

| | | | | |
|---|---|---|---|---|
| Kerr County | 345 Junction Hwy | 42082 | $2,215.94 | |
| Kendall County | 1514 S Main St | 45730 & 292588 | $5,852.30 | |
| Fayette County | 480 Travis St, La Grange, TX 78945 | 50137 | $7,281.65 | |
| **San Antonio Office*** | | | | |
| Maverick County | 410 S Texas Drive, Eagle Pass, TX 78852 | 56361 | $1,897.83 | |
| Uvalde County | 2344 E Main St, Uvalde, TX 78801 | 49549 | $7,927.65 | |
| **Edinburg Office*** | | | | |
| Weslaco City | 1025 N Texas Ste 9-B | W3800-99-120-0000-33 | $1,864.76 | |
| Weslaco ISD | 1025 N Texas Ste 9-B | W3800-99-120-0000-33 | $3,243.68 | |
| | | Total: | **$30,283.81** | |
| **Amarillo Office*** | | | | |
| Randall County Tax Office | 7302 SW 34th Ave | B00055906500 | $16,006.09 | |
| Randall County Tax Office | W IH 40 | R086158002050 | $123.89 | |
| Randall County Tax Office | 3400 Bell St | B00039102255 | $3,069.22 | |
| | | | | |
| Potter County Tax Office | W IH 40 | R08615800205 | $127.30 | |
| Potter County Tax Office | W IH 40 | R08615800200 | $476.10 | |
| Potter County Tax Office | 400 Westgate Mall | B00055906900 | $46,853.90 | |
| | | | | |
| Gray County Tax Office | 2505 Perryton Pkwy | 310200120028312000000 | $1,054.16 | |
| Gray County Tax Office | 1623 Hobart | 310200200031900000000 | $8,049.84 | |
| | | Total: | **$75,760.50** | |