UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re                                               :
                                                    :        **Chapter 11**
**SEARS HOLDINGS CORPORATION, *et al*.,**           :
                                                    :        **Case No. 18-23538 (RDD)**
                                                    :
            Debtors.[1]                             :        **(Jointly Administered)**
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Timothy R. Quinn, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated:  December 10, 2018

Timothy R. Quinn

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 10, 2018, by Timothy R. Quinn,
proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:  _____

PAULINA BELLANTONIO
Notary Public, State of New York
No. 02BE6256911
Qualified in Richmond County
Commission Expires March 5, 20 20

## Exhibit A

Exhibit A

Claim Transfer Service List

Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 913 915 916 917 | Aniket Metals Pvt Ltd Attn: Nachiket Shah 305 Ready Money Terrace 167 Dr A.B. Road, Worli Mumbai, MH 400018 India | Cherokee Debt Acquisition, LLC Attn: Vladimir Jelisavcic 1325 Avenue of Americas, 28th Floor New York, NY 10019 | December 3, 2018 |
| 963 964 965 | Perfect Fit Industries, LLC Attn: Jay Schroeder 8501 Tower Point Drive Charlotte, NC 28227 | Cherokee Debt Acquisition, LLC Attn: Vladimir Jelisavcic 1325 Avenue of Americas, 28th Floor New York, NY 10019 | December 3, 2018 |
| 971 974 | The Nes Group Attn: Nemo Gindi 10 West 33rd Street, 9th Floor New York, NY 10001 | Whitebox Asymmetric Partners, LP Attn: Scott Specken 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | December 3, 2018 |
| 975 976 | The Nes Group Attn: Nemo Gindi 10 West 33rd Street, 9th Floor New York, NY 10001 | Whitebox Multi-Strategy Partners, LP Attn: Scott Specken 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | December 3, 2018 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 992<br>996<br>998<br>1001<br>1003<br>1007<br>1010 | Electrolux Home Products, Inc.<br>Electrolux North America<br>Attn: Salim Kafiti, Associate<br>General Counsel<br>10200 David Taylor Drive<br>Charlotte, NC 28262<br><br>Electrolux Home Products, Inc.<br>Jenner & Block LLP<br>Attn: Marc B. Hankin<br>919 Third Avenue<br>New York, NY 10022 | Whitebox Asymmetric Partners,<br>LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | December 4, 2018 |
| 995<br>997<br>1000<br>1002<br>1005<br>1009<br>1011 | Electrolux Home Products, Inc.<br>Electrolux North America<br>Attn: Salim Kafiti, Associate<br>General Counsel<br>10200 David Taylor Drive<br>Charlotte, NC 28262<br><br>Electrolux Home Products, Inc.<br>Jenner & Block LLP<br>Attn: Marc B. Hankin<br>919 Third Avenue<br>New York, NY 10022 | Whitebox Multi-Strategy<br>Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | December 4, 2018 |

Exhibit A

Claim Transfer Service List

Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1012 1013 1014 | Cherokee Debt Acquisition, LLC Attn: Vladimir Jelisavcic 1325 Avenue of Americas, 28th Floor New York, NY 10019 | Whitebox Multi-Strategy Partners, LP Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 <br><br> Whitebox Multi-Strategy Partners, LP Attn: Amit Patel 6300 Bee Cave Road, Building 2, Suite 420 Austin, TX 78746 | December 5, 2018 |
| 1038 1041 | Sub-Zero Group Southeast, Inc. Borges & Associates, LLC Sue L. Chin, Esq. 575 Underhill Blvd., Ste 118 Syosset, NY 11791 | Whitebox Asymmetric Partners, LP Attn: Scott Specken 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | December 6, 2018 |
| 1039 1043 | Sub-Zero Group Southeast, Inc. Borges & Associates, LLC Sue L. Chin, Esq. 575 Underhill Blvd., Ste 118 Syosset, NY 11791 | Whitebox Multi-Strategy Partners, LP Attn: Scott Specken 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | December 6, 2018 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1065 1068 | Tri-Coastal Design Group Inc. c/o Law Offices of Tedd S. Levine, LLC Attn: Tedd S. Levine, Esq. 150 Motor Parkway, Suite 401 Hauppauge, NY 11788 Tri-Coastal Design Group Inc. Attn: Todd Solomon 40 Harry Shupe Blvd. Wharton, NJ 07885 | Whitebox Asymmetric Partners, LP Attn: Scott Specken 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | December 7, 2018 |
| 1067 1069 | Tri-Coastal Design Group Inc. c/o Law Offices of Tedd S. Levine, LLC Attn: Tedd S. Levine, Esq. 150 Motor Parkway, Suite 401 Hauppauge, NY 11788 Tri-Coastal Design Group Inc. Attn: Todd Solomon 40 Harry Shupe Blvd. Wharton, NJ 07885 | Whitebox Multi-Strategy Partners, LP Attn: Scott Specken 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | December 7, 2018 |