# **EXHIBIT A**

## SCAN-BASED TRADING AND CONSIGNMENT AGREEMENT

This Scan-Based Trading and Consignment Agreement (the "Agreement") is entered into by and between Kmart Corporation (together with its subsidiaries "Kmart"), Sears, Roebuck and Co. (together with its subsidiaries "Sears") by their agent Sears Holdings Management Corporation, 3333 Beverly Road, Hoffman Estates, IL 60179 (jointly, "Company") and Seiko Corporation of America, 1111 Macarthur Boulevard, Mahwah, NJ 07430 ("Vendor") signing this Agreement as Vendor below. In consideration of and reliance on the mutual promises and representations contained in this Agreement, Vendor and Company agree as follows:

1. Vendor and Company desire to enter into a scan-based trading and consignment arrangement for the supply of Pulsar Branded Watches ('merchandise') by Vendor to Company for resale to retail customers pursuant to the terms set forth in this Agreement. As used in this Agreement, scan-based trading ("SBT") refers to an arrangement in which: (i) Company payments to Vendor are based on Company's point of sale ("POS") data, (ii) Vendor delivers merchandise to Company's stores as defined in related Agreements between Company and Vendor in the absence of a purchase order relative to such merchandise, (iii) Vendor retains title and ownership of such merchandise until the merchandise is scanned by Company at the register, at which time Company purchases the merchandise and instantaneously resells it to the retail customer, (iv) Company only pays Vendor for merchandise that is scanned by Company at the register, (v) Company will pay vendor net 15 days from the date the merchandise is scanned by Company at register, (vi) Company's EDI system automatically generates sales reports which will be forwarded to Vendor as they become available, and (vii) As sales reports are available, Company and Vendor will discuss replenishment options. Vendor at its sole discretion may accept or decline replenishment options desired by Company.

2. Vendor will deliver to Company on a consignment basis such merchandise as identified in one or more SBT inventory form(s) executed by Vendor and Company (the "SBT Merchandise"), a representative form of which is attached and incorporated by reference. The parties intend by this Agreement to enter into a "consignment" arrangement agreement as defined in § 9-102(20) of the Uniform Commercial Code and agree that all SBT Merchandise delivered by Vendor and received by Company is consigned merchandise. Title to the SBT Merchandise will remain with Vendor until (i) the SBT Merchandise is scanned by Company at the register, at which point title will pass to Company and the SBT Merchandise will be resold to the retail customer or (ii) purchased by Company as may subsequently be agreed by the parties. Company will establish appropriate initial inventory levels of SBT Merchandise in Company's retail stores and distribution centers along with levels for replenishing such merchandise based on reported sales (as reflected in Company's POS data).

3. Company and Vendor will mutually agree upon the initial purchase price of the SBT Merchandise as between Company and Vendor. Vendor reserves the right to modify the price Vendor charges to the Company for SBT Merchandise upon written notice to the Company. Company will have the sole discretion to determine the retail price of the SBT Merchandise for sales to retail customers. For each unit of SBT Merchandise sold (as determined by Company POS data, which is subject to audit by Vendor as provided below), Company will pay Vendor the current system cost for the unit between Company and Vendor pursuant to the agreed upon payment terms. Any SBT Merchandise that (i) is sold and returned by a retail customer in accordance with Company's return policy, or (ii) is defective will not be counted as a sale for purposes of calculating payments to Vendor..

4. All transactions between Company and Vendor concerning this Agreement (e.g., remittance advises, payments, etc.) will be conducted via electronic data interchange ("EDI") pursuant to the Electronic Data Interchange Trading Partner Agreement in place between Company and Vendor. Company will provide Vendor with EDI transaction set No. 852 "Product Activity Data" (also known as POS) via EDI (which reflects unit sales of SBT Merchandise) at no charge within 48 hours of the end of each business day. In the event of any conflict between the terms of the Electronic Data Interchange Trading Partner Agreement and this Agreement, the terms of this Agreement will control.

5. Risk of loss or damage to the SBT Merchandise caused by fire, flood, wind or other natural disaster will remain with Vendor until title passes to Company as provided in paragraph 1. Risk of loss or damage to the SBT Merchandise caused by theft or physical destruction other than by natural causes will remain with Vendor until delivery to Company. Using Company's annual inventory data, the parties agree

12941383_5

to periodically, but no less frequently than annually, reconcile their respective balances to book. Company and Vendor will agree upon the verified shrink discrepancy between the physical inventory and the book inventory ("SBT Shrink"). Should the parties desire to continue SBT Merchandise program following SBT Shrink review, Vendor will ship replenishment SBT Merchandise to Company; and Company will pay Vendor an amount equal to the current system cost for such replenishment SBT Merchandise.

6. Vendor will maintain true and correct books and records concerning the delivery of SBT Merchandise to Company's distribution centers which specify the quantity of SBT Merchandise received by Company from Vendor and which is subject to audit as provided below. Company will maintain a record of the perpetual inventory of the SBT Merchandise. If physical inventories of the SBT Merchandise are performed, the company that performs Company's annual physical cycle inventories at the retail stores will perform the physical inventories of the SBT Merchandise at Company's cost; provided, however, Vendor may at its own cost conduct its own periodic physical inventories or observe physical inventories conducted by Company. Company may audit Vendor's books and records concerning the delivery of SBT Merchandise to Company (i) once per calendar year on 15 days written notice to Vendor and (ii) thereafter, at any other time upon 15 days written notice to Vendor subject to Vendor's written consent with such consent not to be unreasonably withheld or delayed. If Company chooses to conduct such an audit, Company or its auditors will sign a commercially reasonable confidentiality agreement.

7. Company is responsible for collecting, paying, and reporting all sales, use, excise, gross receipts and other federal, state or local taxes or other assessments (other than any tax based on the income of Vendor or the value of the consigned SBT Merchandise) arising from the sale of the SBT Merchandise to the retail customer. Vendor is responsible for reporting and paying any personal property, inventory, and ad valorem taxes assessed by any taxing authority on the consigned SBT Merchandise located at the Company retail stores and distribution centers. At Company's request, Vendor will furnish Company evidence of paying such taxes. Company represents that the SBT Merchandise will not be identified or treated as Company-owned inventory for the Company's accounting, financial reporting or any other purpose.

8. The consigned SBT Merchandise, even if conforming and non-defective, may be returned to Vendor pursuant to terms to be determined by Company and Vendor. Specialty seasonal or merchandise for holidays and special promotional days including but not necessarily limited to Valentine's Day, Mothers' Day, Hanukkah and Christmas may be returned at Company's option, freight prepaid. All SBT Merchandise returned to Vendor must be returned to, and received by Vendor, in the condition that Vendor provided it to Company. Vendor reserves the right to refuse to accept returns on damaged SBT Merchandise, and may charge Company for such damaged merchandise. All SBT Merchandise returned to Vendor must be returned to, and received by Vendor, in the condition that Vendor provided it to Company, ordinary display wear and tear excepted.

9. Company consents to Vendor filing financing statements, any amendments and other appropriate Uniform Commercial Code forms and other documents reflecting Vendor's consigning the SBT Merchandise (and proceeds) and forwarding notices to other secured parties, if any, as contemplated by § 9-324 of the Uniform Commercial Code, in order for Vendor to have and maintain a first priority, perfected consignment interest. Company will cooperate with Vendor to protect and secure Vendor's interest in the SBT Merchandise (and proceeds), including without limitation executing such other security documents and notices as Vendor may deem reasonably necessary in order to maintain a perfected interest in the SBT Merchandise (and proceeds).

10. This Agreement is a Vendor Agreement as the term is defined in the Universal Terms and Conditions signed by, and governing the relationship between Vendor and Company. The UTC including the Vendor Information Guide and any other Vendor Agreements currently or which may in the future be entered between Vendor and Company are incorporated by reference in this Agreement. In the event there is a conflict between this Agreement and the UTC and any other Vendor Agreement this Agreement will supersede and control. In all other respects, the UTC and any other Vendor Agreement will remain in full force and effect.

11. Notwithstanding anything to the contrary herein, the parties agree that (i) this Agreement will only control transactions, terms and conditions relating directly to SBT Merchandise, as defined herein, and (ii) all other agreements between the parties remain effective upon their own terms.

Modified Document Seiko - Sears Scan Based Trading Agreement

12. This Agreement will commence and be effective on the signature date and continue in effect until terminated as provided in this document. Company or vendor may terminate this Agreement on 30 days written notice without cause. Breaching, expiring or terminating this Agreement will have no impact on Vendor's ownership interest and consignment interest or security interest in the SBT Merchandise.

13. This agreement will be governed by the laws of the State of New Jersey, without regard to its conflicts of law principles.

| COMPANY | | VENDOR | SEIKO Corporation of America |
|---|---|---|---|
| By: | *Vijay Talwar* | By: | *[signature]* |
| Its: | | Its: | Sr. Vice President, Sales & Marketing |
| Date: | 9/22/14 | Date: | 9/16/14 |

# **EXHIBIT B**

**439500**   **2018 Sep 10 PM05:51**

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Jeffrey A. Sherry, Esq.

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

75 Livingston Avenue
Roseland, NJ 07068, USA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #   201309208382954 Filedate: 20-SEP-13

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. [ ] TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. [X] CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. [ ] ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects [ ] Debtor or [ ] Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

[ ] CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
[ ] DELETE name: Give record name to be deleted in item 6a or 6b.
[ ] ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME

OR  6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME

OR  7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any    [ ] NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral [ ] deleted or [ ] added, or give entire [ ] restated collateral description, or describe collateral [ ] assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here [ ] and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME  **SEIKO CORPORATION OF AMERICA**

OR  9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

**Filing Number-201809108411994**

436383        2013 Sep 20 PM04:14

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | Sears, Roebuck and Co. | | | | |
|---|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | | SUFFIX |
| 1c. MAILING ADDRESS 3333 Beverly Road | CITY Hoffman Estates | STATE IL | POSTAL CODE 60179 | | COUNTRY USA |
| ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Corporation | 1f. JURISDICTION OF ORGANIZATION New York | | | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | | | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | SEIKO Corporation of America | | | | |
|---|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | | SUFFIX |
| 3c. MAILING ADDRESS 1111 Macarthur Boulevard | CITY Mahwah | STATE NJ | POSTAL CODE 07430 | | COUNTRY USA |

**4. This FINANCING STATEMENT covers the following collateral:**
All Pulsar-branded timepieces supplied by the Secured Party, as consignor, to the Debtor, as consignee, pursuant to a certain Consignment Agreement by and between the Secured Party and the Debtor entered into as of September, 15, 2013.

**5. ALTERNATIVE DESIGNATION** [if applicable]: ☐ LESSEE/LESSOR  ☒ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER  ☐ AG. LIEN  ☐ NON-UCC FILING

**6.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]    **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]  ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

## Filing Number-201309208382954

 

# COVER SHEET

**INCORPORATING SECTION**
P.O. BOX 898
**FRANCHISE TAX SECTION**
P.O. BOX 7040
**UNIFORM COMMERCIAL CODE**
P.O. BOX 793
DOVER, DELAWARE 19903

**STATE OF DELAWARE**
**DEPARTMENT OF STATE**
Jeffrey W. Bullock, Secretary
**DIVISION OF CORPORATIONS**
**JOHN G. TOWNSEND BUILDING**
**DUKE OF YORK STREET**
DOVER, DELAWARE 19901

**INCORPORATING SECTION**
**GENERAL INFORMATION**
302/739-3073
**NAME RESERVATION**
302/739-6900
900/420-8042
**FRANCHISE TAX SECTION**
302/739-4225
**UNIFORM COMMERCIAL CODE**
302/739-4279

```
************************************************************************
SRV#:  151222182     Agent: 9346557    File#: 5375291    Package#: 000286189
Priority:   5        Mail Code   E                      Date:       08/27/15

User: SDOCJJV

Comments:


Attn: ##761964 001## ATONER0

Agent: LEXISNEXIS DOCUMENT SOLUTIONS INC.
       2711 CENTERVILLE ROAD
       SUITE 400
       WILMINGTON              DE       19808

       Items Included:     Item Type    Copies
                           =========    ======   =============
                           Invoice      001
                           Image        001
************************************************************************
```



# State of Delaware

SECRETARY OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 898
DOVER, DELAWARE 19903

PAGE 1

151222182

```
9346557                                                  08-27-2015
LEXISNEXIS DOCUMENT SOLUTIONS INC.
2711 CENTERVILLE ROAD
SUITE 400
WILMINGTON              DE    19808
ATTN: ##761964 001## ATONER0
```

| DESCRIPTION | AMOUNT |
|---|---|
| 20153752911 - | |
| UCC1  UCC-1 | |
| UCC1 Filing Fee | 100.00 |
| Expedite Fee, Must Approval UCC | 50.00 |
| FILING TOTAL | 150.00 |
| CHARGED TO ACCOUNT | 150.00 |

The following Debtor Names were indexed in the UCC
Management System as a result of this filing:
   SEARS OPERATIONS LLC

# State of Delaware - Division of Corporations
## UNIFORM COMMERCIAL CODE FILING SHEET
Delaware Registered Agent UCC Cover Memo

| Priority 1 (One Hr.) | Priority 2 (Two Hr.) | Priority 3 (Same Day) | Priority 4 (24 Hour) | Priority 5 (Must Approval) ✓ | Priority 6 (Reg. Approval) | Priority 7 (Reg. Work) |

REQUESTOR NAME  **LexisNexis Document Solutions**   DATE SUBMITTED  **8/2**
ADDRESS  **2711 Centerville Road**
**Wilmington, DE 19808**
ATTN.  **Alex Toner Ext. 62888**
PHONE  **302-636-5401**
NAME of COMPANY/ENTITY _____
(Debtor) _____

TRUST FORMED ON _____
TRUST NAME/NUMBER IDENTIFIER _____
FILING NUMBER (UCC-3 ONLY) _____
TYPE OF DOCUMENT  **UCC 1**   FILER'S NUMBER  **9346557**   SRV #  **157222182**

**FOR UCC FILING ONLY**

BASE FEE $ _____
SPECIAL SERVICE FEE $ _____
OTHER $ _____

TOTAL $ _____

**METHOD of RETURN**
- [ ] MESSENGER/PICKUP
- [ ] REMOTE PRINTER
- [ ] EXPRESS MAIL  Select
      Acct.# _____
- [ ] REGULAR MAIL
- [ ] FAX No. _____
- [✓] OTHER  Email

**COMMENTS/FILING INSTRUCTIONS**

**9346557**

**AGENT USE ONLY**

761964-1

**INSTRUCTIONS**
1. Full shade in the required Priority square using a dark pencil or marker, staying within the square.
2. Each request must be submitted as a separate item, with its own Filing sheet as the FIRST PAGE.

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

CSC
2711 Centerville Road
Suite 400
Wilmington, DE 19808

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 05:28 PM 08/26/2015
INITIAL FILING # 2015 3752911

SRV: 151222182

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Sears Operations LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3333 Beverly Road | Hoffman Estates | IL | 60179 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| SEIKO Corporation of America | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1111 Macarthur Boulevard | Mahwah | NJ | 07430 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

All Pulsar-branded timepieces supplied by the Secured Party, as consignor, to the Debtor, as consignee, pursuant to a certain Consignment Agreement by and between the Secured Party and the Debtor entered into as of September 15, 2013.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative
6a. Check only if applicable and check only one box:   ☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility
6b. Check only if applicable and check only one box:   ☐ Agricultural Lien   ☐ Non-UCC Filing
7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☑ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor
8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

**439449**          **2018 Sep 10 PM03:40**

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Jeffrey A. Sherry, Esq.

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

McManimon, Scotland & Baumann, LLC

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #** 200810300733334 Filedate: 30-OCT-08

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☒ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**
6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

**7. CHANGED (NEW) OR ADDED INFORMATION:**
7a. ORGANIZATION'S NAME

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME **SEIKO CORPORATION OF AMERICA**

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

**10. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

**Filing Number-201809108411475**

**439500**            **2018 Sep 10 PM05:51**

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Jeffrey A. Sherry, Esq.

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

⌈ 75 Livingston Avenue
  Roseland, NJ 07068, USA ⌉

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #** 201309208382954 Filedate: 20-SEP-13

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☒ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c, also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7d. SEE INSTRUCTIONS / ADD'L INFO RE ORGANIZATION DEBTOR / 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME **SEIKO CORPORATION OF AMERICA** | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

**Filing Number-201809108411994**