# EXHIBIT A

Sears @ 125 James

| Monthly Charges | | | Additional Charges | | |
|---|---|---|---|---|---|
| CAM | 913.45 | | 6/19/2018 | Commercial construction c | 4,333.20 |
| INS | 139.00 | | 7/23/2018 | Electric 6.1.18-6.15.18 | 77.67 |
| RNT | 6,619.17 | | 7/23/2018 | Electric 6.1.18-6.15.18 | 175.61 |
| TAX | 383.91 | | 10/19/2018 | trnsfr cr bal frm sears 110 \ | (3,137.90) |
| WAT | 105.91 | | | | 1,448.58 |
| | 8,161.44 | | | | |
| 6.18-12/18 | 7.00 | | | | |
| | 57130.08 | | | | |

| Monthly Charges | 57,130.08 |
|---|---|
| Additional Charges | 1,448.58 |
| Payments Received | (58,325.24) |
| Total Balance | 253.42 |

**Payments Received**

| Check Date | Check # | Amount |
| --- | --- | --- |
| 6/4/2018 | 740575 | (8,161.42) |
| 7/1/2018 | 741246 | (1,195.30) |
| 7/1/2018 | 741331 | (8,161.42) |
| 8/1/2018 | 741944 | (8,161.42) |
| 9/1/2018 | 742713 | (8,161.42) |
| 10/1/2018 | 743248 | (8,161.42) |
| 11/1/2018 | 743924 | (8,161.42) |
| 12/1/2018 | 744624 | (8,161.42) |
| | | (58,325.24) |