**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------
In re:                                                                    Chapter 11
                                                                                   Case No. 18-23538-rdd
SEARS HOLDING CORPORATION, *et al.*                Jointly Administered

                        Debtors.
-------------------------------------------------------------

## AFFIDAVIT OF SERVICE

*STATE OF NEW YORK*          )
*COUNTY OF ONONDAGA*    ) ss.:

**DEBORAH S. MILLER**, being duly sworn, deposes and says:

1. That she is in the employ of Barclay Damon LLP, attorneys for Light 125 James West LLC in the above-captioned bankruptcy cases.

2. That on the 11th day of December, 2018, she electronically filed the *Limited Objection and Reservation of Rights of Light 125 James West LLC to the Debtors (1) Motion for Entry of an Order (I)(A) Approving Bidding Procedures for Sale of Sears Home Improvement Business, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for and Hearing to Approve Sale of Sears Home Improvement Business, (D) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, (E) Approving Assumption and Assignment Procedures, (II) Approving the Sale of Sears Home Improvement Business in Accordance with the Stalking Horse Agreement, and (III) Granting Related Relief, and (2) Notice of Assumption and Assignment in Connection with Sale of Sears Home Improvement Business* with the Clerk of the Bankruptcy Court for the Southern District of New York using the CM/ECF system.

3. That on the 11th day of December, 2018, she served a copy of the *Limited Objection and Reservation of Rights of Light 125 James West LLC to the Debtors (1) Motion for Entry of an Order (I)(A) Approving Bidding Procedures for Sale of Sears Home Improvement Business, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for and Hearing to Approve Sale of Sears Home Improvement Business, (D) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, (E) Approving Assumption and Assignment Procedures, (II) Approving the Sale of Sears Home Improvement Business in Accordance with the Stalking Horse Agreement, and (III) Granting Related Relief, and (2) Notice of Assumption and Assignment in Connection with Sale of Sears Home Improvement Business* upon the parties set forth on the attached **Service List A** via electronic mail by transmitting copies of same to their designated respective email addresses.

4. That on the 11th day of December, 2018, she served a copy of the *Limited Objection and Reservation of Rights of Light 125 James West LLC to the Debtors (1) Motion for Entry of an Order (I)(A) Approving Bidding Procedures for Sale of Sears Home Improvement Business, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for and Hearing to Approve Sale of Sears Home Improvement Business, (D) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, (E) Approving Assumption and Assignment Procedures, (II) Approving the Sale of Sears Home Improvement Business in Accordance with the Stalking Horse Agreement, and (III) Granting Related Relief, and (2) Notice of Assumption and Assignment in Connection with Sale of Sears Home Improvement Business* upon the parties set forth on the attached **Service List B** via first class mail by depositing copies of same in a properly addressed, postage paid envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                        */s/Deborah S. Miller*
                                                       DEBORAH S. MILLER

Sworn to before me this
11th day of December, 2018.

    */s/Audrey A. Vrooman*
Notary Public, State of New York
Qual. In Onondaga Cty No. 01VR4762616
Commission Expires July 31, 2022

## Service List A

| NOTICE NAME | EMAIL |
|---|---|
| Ira S. Dizengoff | idizengoff@akingump.com |
| Philip C. Dublin | pdublin@akingump.com |
| Abid Qureshi | aqureshi@akingump.com |
| Sara L. Brauner | sbrauner@akingump.com |
| Pamela H. Walters | |
| Johnetta Lang | bnkatty@aldineisd.org |
| Jenelle C. Arnold | jarnold@aldridgepite.com |
| James J. Vincequerra | James.Vincequerra@alston.com |
| Leib M. Lerner | leib.lerner@alston.com |
| Anthony J. D'Artiglio, Esq. | ajd@ansellgrimm.com |
| Anthony J. D'Artiglio | |
| Joshua S. Bauchner | ajd@ansellgrimm.com |
| Allen G. Kadish | akadish@archerlaw.com |
| Lance A. Schildkraut | lschildkraut@archerlaw.com |
| Brian J. Lohan, Esq. | brian.lohan@arnoldporter.com |
| Ginger Clements, Esq. | ginger.clements@arnoldporter.com |
| Courtney A. Schael, Esq. | CSchael@AshfordNJLaw.com |
| Edward E. Neiger | eneiger@askllp.com |
| Jennifer A. Christian | jchristian@askllp.com |
| James W. Grudus, Esq. | Jg5786@att.com |
| Magdalena Cuellar | mcuellar45@austinenterpriseslp.com |
| Eric R. Goodman | egoodman@bakerlaw.com |
| Ferve Khan | fkhan@bakerlaw.com |
| David L. Pollack | pollack@ballardspahr.com |
| Dustin P. Branch | branchd@ballardspahr.com |
| Leslie C. Heilman | heilmanl@ballardspahr.com |
| Matthew G. Summers | summersm@ballardspahr.com |
| Paul E. Harner | harnerp@ballardspahr.com |
| Alyssa E. Kutner | kutnera@ballardspahr.com |
| Kevin M. Newman | knewman@barclaydamon.com |
| Evan T. Miller | emiller@bayardlaw.com |
| Russell W. Savory | russ@bsavory.com |
| Russell W. Mills | rmills@bellnunnally.com |
| R. Kent Love | klove@bellnunnally.com |
| Michael J. Barrie | mbarrie@beneschlaw.com |
| Kevin M. Capuzzi | kcapuzzi@beneschlaw.com |
| William E. Schonberg, Esq. | wschonberg@beneschlaw.com |
| Lawrence M. Schwab | |
| Thomas M. Gaa | Tgaa@bbslaw.com |
| Jeffrey Rhodes | JRhodes@BlankRome.com |

| | |
|---|---|
| Stanley B. Tarr | Tarr@BlankRome.com |
| Evan J. Zucker | EZucker@BlankRome.com |
| | bankruptcy@borgeslawllc.com |
| Wanda Borges, Esq. | wborges@borgeslawllc.com |
| Sue L. Chin, Esq. | schin@borgeslawllc.com |
| Anthony M. Rainone | |
| Kristen N. Pate | arainone@bracheichler.com |
| Julie F. Montgomery, Esq. | jmontgomery@brownconnery.com |
| Shawn M. Christianson | schristianson@buchalter.com |
| Richard T. Davis | rdavis@cafarocompany.com |
| Joel H. Levitin | jlevitin@cahill.com |
| Richard A. Stieglitz Jr. | rstieglitz@cahill.com |
| Sarah J. Klebolt, Esq. | sjk@carmodymacdonald.com |
| Michael J. Catalfimo, Esq. | |
| John R. Canney, IV, Esq. | mcatalfimo@carterconboy.com |
| | gadsden@clm.com |
| | bankruptcy@clm.com |
| James Gadsden, Esq. | Dennis.roemlein@bnymellon.com |
| Richard J. McCord, Esq. | rmccord@certilmanbalin.com |
| Robert D. Nosek, Esq. | rnosek@certilmanbalin.com |
| Laura E. Appleby | appleby@chapman.com |
| Steven Wilamowsky | wilamowsky@chapman.com |
| Beth J. Rotenberg | brotenberg@csglaw.com |
| Scott A. Zuber | szuber@csglaw.com |
| Kevin J. Simard | ksimard@choate.com |
| Jonathan D. Marshall | jmarshall@choate.com |
| | hchoi@choiandpark.com |
| Hyun Suk Choi | cpark@choiandpark.com |
| Chull S. Park | lkleist@choiandpark.com |
| Miriam R. Stein | mstein@chuhak.com |
| Edward L. Schnitzer | eschnitzer@ckrlaw.com |
| Gilbert R. Saydah Jr. | gsaydah@ckrlaw.com |
| Duane J. Brescia | duane.brescia@clarkhillstrasburger.com |
| David M. Blau | dblau@clarkhill.com |
| Sean A. O'Neal | soneal@cgsh.com |
| James L. Bromley | jbromley@cgsh.com |
| Andrew Weaver | aweaver@cgsh.com |
| Rahul Mukhi | rmukhi@cgsh.com |
| Jennifer Kennedy Park | jkpark@cgsh.com |
| Richard M. Seltzer | |
| Melissa S. Woods | rseltzer@cwsny.com |
| Michael A. Smith | Michael.smith2@computershare.com |

| | |
|---|---|
| Karen C. Bifferato | kbifferato@connollygallagher.com |
| Kelly M. Conlan | kconlan@connollygallagher.com |
| N. Christopher Griffiths | cgriffiths@connollygallagher.com |
| Seth Van Aalten | svanaalten@cooley.com |
| Sarah Carnes | scarnes@cooley.com |
| Dianne Coffino | dcoffino@cov.com |
| R. Alexander Clark | aclark@cov.com |
| Marl E. Felger | mfelger@cozen.com |
| Paul H. Zumbro | pzumbro@cravath.com |
| David R. Taxin, Esq. | davidtaxin@dahannowick.com |
| David H. Wander, Esq. | dhw@dhclegal.com |
| | marshall.huebner@davispolk.com |
| Marshall S. Huebner, Esq | eli.vonnegut@davispolk.com |
| Eli J. Vonnegut, Esq. | sears.service@davispolk.com |
| Erica S. Weisgerber | mcto@debevoise.com |
| My Chi To | eweisgerber@debevoise.com |
| Beth J. Solomon | bethsolomon@discover.com |
| Lawrence J. Kotler | LJKotler@duanemorris.com |
| Wendy M. Simkulak | WMSimkulak@duanemorris.com |
| Wendy M. Simkulak, Esquire | WMSimkulak@duanemorris.com |
| Catherine B. Heitzenrater, Esquire | Cheitzenrater@duanemorris.com |
| Laurence May, Esq. | lmay@eisemanlevine.com |
| Matthew Leopold | Leopold.matt@Epa.gov |
| Larry Bercovich | lbercovich@epicor.com |
| Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| Mark E. Wilson | mark.wilson@fisherbroyles.com |
| Patricia B. Fugée | patricia.fugee@fisherbroyles.com |
| Derek L. Wright | dlwright@foley.com |
| Michael Small | msmall@foley.com |
| Allen J. Guon, Esq. | aguon@foxrothschild.com |
| Paul J. Labov | plabov@foxrothschild.com |
| Thomas M. Horan | thoran@foxrothschild.com |
| Mark E. Hall | mhall@foxrothschild.com |
| Michael R. Herz | mherz@foxrothschild.com |
| N. Neville Reid | nreid@foxswibel.com |
| Joseph D. Frank | jfrank@fgllp.com |
| Jeremy C. Kleinman | jkleinman@fgllp.com |
| Devon J. Eggert, Esq. | deggert@freeborn.com |
| Brad Eric Scheler | brad.eric.scheler@friedfrank.com |
| Scott B. Luftglass | scott.luftglass@friedfrank.com |
| Peter B. Siroka | peter.siroka@friedfrank.com |
| Edward M. King | tking@fbtlaw.com |

| | |
|---|---|
| Ronald E. Gold | rgold@fbtlaw.com |
| AJ Webb | awebb@fbtlaw.com |
| Phillip A. Martin | pmartin@fmdlegal.com |
| Laura M. Brymer | lbrymer@fmdlegal.com |
| Gary F. Seitz | gseitz@gsbblaw.com |
| Matthew T. Gensburg | mgensburg@gcklegal.com |
| Brett S. Theisen | btheisen@gibbonslaw.com |
| Natasha M. Songonuga | nsongonuga@gibbonslaw.com |
| Howard A. Cohen | hcohen@gibbonslaw.com |
| Timothy F. Nixon | tnixon@gklaw.com |
| Jonathan L. Flaxer, Esq. | jflaxer@golenbock.com |
| Michael S. Weinstein, Esq. | mweinstein@golenbock.com |
| | gfox@goodwinlaw.com |
| Barry Z. Bazian | bbazian@goodwinlaw.com |
| Douglas B. Rosner | drosner@goulstonstorrs.com |
| Trevor R. Hoffmann | thoffmann@goulstonstorrs.com |
| Frederick Black | |
| Tara B. Annweiler | |
| Marc D. Young | tannweiler@greerherz.com |
| Janine M. Figueiredo, Esq. | jfigueiredo@hahnhessen.com |
| Alan D. Halperin, Esq. | ahalperin@halperinlaw.net |
| Ligee Gu, Esq. | lgu@halperinlaw.net |
| Donna H. Lieberman, Esq. | dlieberman@halperinlaw.net |
| | joia.johnson@hanes.com |
| Joia Johnson | howard.upchurch@hanes.com |
| Kevin Tompsett, Esq. | ktompsett@harrisbeach.com |
| Stephen B. Selbst | sselbst@herrick.com |
| Martin A. Eliopulos, Esq. | elio@higgslaw.com |
| Arthur E. Rosenberg, Esq. | arthur.rosenberg@hklaw.com |
| Marc L. Antonecchia, Esq. | Marc.Antonecchia@hklaw.com |
| | barbra.parlin@hklaw.com |
| Barbra R. Parlin | elvin.ramos@hklaw.com |
| Jose A. Casal, Esq. | jose.casal@hklaw.com |
| Joaquin J. Alemany, Esq. | jjalemany@hklaw.com |
| Lawrence A. Lichtman | llichtman@honigman.com |
| Brett L. Gross | bgross@HuntonAK.com |
| Michael S. Legge | mlegge@huntonak.com |
| Gregory G. Hesse | ghesse@huntonak.com |
| Caleb T. Holzaepfel | caleb.holzaepfel@huschblackwell.com |
| Lynn H. Butler | lynn.butler@huschblackwell.com |
| Daniel R. Swetnam | Daniel.Swetnam@icemiller.com |
| Karen Vogel | taxcollector@co.imperial.ca.us |
| Carol Rodas | carol.rodas@impremedia.com |

| | |
|---|---|
| Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Joseph Corrigan | Bankruptcy2@ironmountain.com |
| Judith Elkin | elkinj@mac.com |
| Eric R. Wilson, Esq. | KDWBankruptcyDepartment@KelleyDrye.com |
| Benjamin D. Feder, Esq. | bfeder@kelleydrye.com |
| Sean C. Southard | ssouthard@klestadt.com |
| Lauren C. Kiss | lkiss@klestadt.com |
| Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| David S. Gragg | dgragg@langleybanack.com |
| John R. Fifarek, Esq. | jfifarek@laskyfifarek.com |
| Richard L. Zucker | rzucker@lasserhochman.com |
| Marc A. Zelina | marc.zelina@lw.com |
| Peter M. Gilhuly | peter.gilhuly@lw.com |
| Ted A. Dillman | ted.dillman@lw.com |
| Gilbert A. Lazarus | gillazarus@gmail.com |
| Kevin S. Neiman | kevin@ksnpc.com |
| | william.fennell@fennelllaw.com |
| | luralene.schultz@fennelllaw.com |
| William P. Fennell | office@fennelllaw.com |
| 381 Broadway | cgruen@gruenlaw.com |
| Douglas T. Tabachnik, Esq. | dtabachnik@dttlaw.com |
| Penny R. Stark | pstarkesq@gmail.com |
| | hlazarus@lazarusandlazarus.com |
| Harlan M. Lazarus | harlan.lazarus@gmail.com |
| | ilan.markus@leclairryan.com |
| Ilan Markus | niclas.ferland@leclairryan.com |
| Niclas A. Ferland | andrew.cole@leclairryan.com |
| David G. Aelvoet | |
| Diane Wade Sanders | sanantonio.bankruptcy@publicans.com |
| Elizabeth Weller | dallas.bankruptcy@publicans.com |
| John P. Dillman | houston_bankruptcy@publicans.com |
| John T. Farnum, Esq. | jfarnum@linowes-law.com |
| John A. Mueller | jmueller@lippes.com |
| Brian A. Raynor | braynor@lockelord.com |
| Aaron C. Smith | asmith@lockelord.com |
| David W. Wirt | dwirt@lockelord.com |
| Ira S. Green | ira.greene@lockelord.com |
| Joseph N. Froehlich | jfroehlich@lockelord.com |
| W. Steven Bryant | sbryant@lockelord.com |
| Bruce Buechler | bbuechler@lowenstein.com |
| Bruce S. Nathan, Esq. | echafetz@lowenstein.com |
| Eric S. Chafetz, Esq. | bnathan@lowenstein.com |
| Lee Gordon | tleday@mvbalaw.com |

| | |
|---|---|
| Tara LeDay | |
| Brian S. McGrath | bmcgrath@mcglinchey.com |
| Kristen D. Romano | kromano@mcglinchey.com |
| Mark J. Chaney, Esq. | mchaney@mcglinchey.com |
| Richard A. Aguilar, Esq. | raguilar@mcglinchey.com |
| Rudy J. Cerone, Esq. | rcerone@mcglinchey.com |
| H. Jeffrey Schwartz | hjschwartz@mckoolsmith.com |
| Christopher J. Major | cjm@msf-law.com |
| Nicole C. Kenworthy | nkenworthy@mrrlaw.net |
| Craig M. Price | cprice@milbank.com |
| Robert J. Liubicic | RLiubicic@milbank.com |
| Steven A. Ginther | sdnyecf@dor.mo.gov |
| Stan D. Smith | |
| Kevin P. Montee, Esq. | ssmith@mwlaw.com |
| Laura McCarthy | laura.mccarthy@morganlewis.com |
| Neil E. Herman | neil.herman@morganlewis.com |
| Stephen M. Miller | smiller@morrisjames.com |
| Curtis S. Miller | cmiller@mnat.com |
| Joseph C. Barsalona II | jbarsalona@mnat.com |
| Jennifer L. Marines | jmarines@mofo.com |
| Benjamin W. Butterfield | bbutterfield@mofo.com |
| Joseph T. Moldovan | |
| Robert K. Dakis | bankruptcy@morrisoncohen.com |
| Myrna L. Ruiz-Olmo, Esq. | mro@prbankruptcy.com |
| Deborah M. Perry | dperry@munsch.com |
| Karen Cordry | kcordry@naag.org |
| Jody A. Bedenbaugh | jody.bedenbaugh@nelsonmullins.com |
| Shane G. Ramsey | shane.ramsey@nelsonmullins.com |
| Enid Nagler Stuart | enid.stuart@ag.ny.gov |
| Daniel W. Sklar, Esquire | dsklar@nixonpeabody.com |
| Bob B. Bruner | bob.bruner@nortonrosefulbright.com |
| David A. Rosenzweig | david.rosenzweig@nortonrosefulbright.com |
| Howard Seife, Esq. | howard.seife@nortonrosefulbright.com |
| Christy Rivera, Esq. | christy.rivera@nortonrosefulbright.com |
| Stephen Castro | stephen.castro@nortonrosefulbright.com |
| David A. Rosenzweig | david.rosenzweig@nortonrosefulbright.com |
| Carol E. Momjian | |
| Josh Shapiro | cmomjian@attorneygeneral.gov |
| Rachel R. Obaldo | rachel.obaldo@oag.texas.gov |
| Paul Schwartzberg | richard.morrissey@usdoj.gov |
| Richard Morrissey | paul.schwartzberg@usdoj.gov |
| Albena Petrakov, Esq. | apetrakov@offitkurman.com |
| Stephen A. Metz, Esq. | smetz@offitkurman.com |

| | |
|---|---|
| Sean A. O'Keefe | sokeefe@okeefelc.com |
| Lily Wang | lily@pacogarment.com |
| Kiah T. Ford IV | chipford@parkerpoe.com |
| Leslie A. Plaskon, Esq. | leslieplaskon@paulhastings.com |
| Andrew V. Tenzer, Esq. | andrewtenzer@paulhastings.com |
| Shlomo Maza, Esq. | shlomomaza@paulhastings.com |
| Henry Jaffe | jaffeh@pepperlaw.com |
| Kenneth A. Listwak | listwakk@pepperlaw.com |
| Eboney Cobb, Esq. | ecobb@pbfcm.com |
| Ebony Cobb | ecobb@pbfcm.com |
| Laura J. Monroe | lmbkr@pbfcm.com |
| Owen M. Sonik | osonik@pbfcm.com |
| Douglas J. Pick | dpick@picklaw.net |
| Jonathan A. Grasso | jon@piercemccoy.com |
| Rick A. Steinberg | rsteinberg@pricemeese.com |
| Herb Baer | searsteam@primeclerk.com |
| Richard M. Allen | serviceqa@primeclerk.com |
| Gerald P. Kennedy | gerald.kennedy@procopio.com |
| Robert L. Pryor | rlp@pryormandelup.com |
| Charles J. Filardi, Jr. | cfilardi@rrlawpc.com |
| Guy A. Reiss | greiss@reisspreuss.com |
| Erik Tikkanen | etikkanen@reisspreuss.com |
| Chad P. Pugatch | cpugatch@rprslaw.com |
| Kenneth M. Florey | kflorey@robbins-schwartz.com |
| M. Neal Smith | nsmith@robbins-schwartz.com |
| Robert E. Michael | Robert.e.michael.esq@gmail.com |
| Aaron Hume | Aron.hume@gmail.com |
| Fred B. Ringel, Esq. | fbr@robinsonbrog.com |
| Gregg M. Galardi | gregg.galardi@ropesgray.com |
| Kimberly J. Kodis | kimberly.kodis@ropesgray.com |
| Sam N. Ashuraey | sam.ashuraey@ropesgray.com |
| James M. Wilton | james.wilton@ropesgray.com |
| Patricia I. Chen | patricia.chen@ropesgray.com |
| Stephen Moeller-Sally | ssally@ropesgray.com |
| Joshua Y. Sturm | joshua.sturm@ropesgray.com |
| Nicholas M. Berg | nicholas.berg@ropesgray.com |
| Timothy Farrell | timothy.farrell@ropesgray.com |
| Sanford P. Rosen, Esq. | srosen@rosenpc.com |
| Michael S. Amato, Esq. | mamato@rmfpc.com |
| Steven W. Kelly | skelly@s-d.com |
| Steven W. Kelly, Esq. | skelly@s-d.com |

| | |
|---|---|
| Robert A. Abiuso | mmccann@swc-law.com |
| Matthew C. McCann | rabiuso@swc-law.com |
| Jay Weinblatt | jweinblatt@sakar.com |
| Christopher R. Belmonte | cbelmonte@ssbb.com |
| Abigail Snow | asnow@ssbb.com |
| Pamela Bosswick | pbosswick@ssbb.com |
| Dipesh Patel | dipesh.patel@saul.com |
| Phillip M. Hudson III | phil.hudson@saul.com |
| Carmen Contreras-Martinez | carmen.contreras-martinez@saul.com |
| Louis T. DeLucia, Esq. | |
| Alyson M. Fiedler, Esq. | |
| Stephen Sitley Esq. | ldelucia@schiffhardin.com |
| Luke J. Valentino, Esq | afiedler@schiffhardin.com |
| | secbankruptcy@sec.gov |
| Secretary of the Treasury | NYROBankruptcy@sec.gov |
| Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| John R. Ashmead, Esq. | ashmead@sewkis.com |
| Arlene R. Alves, Esq. | alves@sewkis.com |
| Edward M. Fox | emfox@seyfarth.com |
| | fsosnick@shearman.com |
| Fredric Sosnick, Sara Coelho | sara.coelho@shearman.com |
| Alan M. Feld, Esq. | afeld@sheppardmullin.com |
| Ted Cohen, Esq. | tcohen@sheppardmullin.com |
| Ryan C. Reinert, Esq. | rreinert@shutts.com |
| Ronald M. Tucker, Esq. | rtucker@simon.com |
| Michelle E. Shriro | mshriro@singerlevick.com |
| Dana S. Plon, Esquire | dplon@sirlinlaw.com |
| Paul Leake, Esq. | |
| Shana Elberg, Esq. | Paul.Leake@skadden.com |
| George R. | Shana.Elberg@skadden.com |
| Howard, Esq. | George.Howard@skadden.com |
| Doug Skierski | |
| Kristin H. Jain | enotices@skijain.com |
| Lei Lei Wang Ekvall | |
| Philip E. Strok | pstrok@swelawfirm.com |
| Robert R. Kinas | rkinas@swlaw.com |
| James E. Sorenson | bk@svllaw.com |
| David A. Rolf | darolf@sorlinglaw.com |
| Patrick M. Ryan | pmryan@sorlinglaw.com |
| Mary A. Callahan | mary.callahan@bnymellon.com |
| Mary A. Callahan | mary.callahan@bnymellon.com |
| Thomas S. Onder | tonder@stark-stark.com |
| Joseph H. Lemkin | jlemkin@stark-stark.com |

| | |
|---|---|
| Constantine D. Pourakis | cp@stevenslee.com |
| Thomas J. Salerno | thomas.salerno@stinson.com |
| Sabrina L. Streusand | streusand@slollp.com |
| Andrew G. Dietderich | |
| Brian D. Glueckstein | dietdericha@sullcrom.com |
| David R. Zylberberg | zylberbergd@sullcrom.com |
| David S. Kupetz | dkupetz@sulmeyerlaw.com |
| Claire K. Wu | ckwu@sulmeyerlaw.com |
| Michael J. Riela | Riela@thsh.com |
| Andrew S. Conway | aconway@taubman.com |
| Judith Starr | |
| Kartar S. Khalsa | Starr.Judith@pbgc.gov |
| William McCarron, Jr. | mccarron.william@pbgc.gov |
| Adi Berger, Director | efile@pbgc.gov |
| Joseph E. Sarachek | joe@saracheklawfirm.com |
| Curtis L. Tuggle | Curtis.Tuggle@ThompsonHine.com |
| Power Wang | powerwangtxks@vip.126.com |
| Herbert H. Slatery III | |
| Marvin E. Clements, Jr. | |
| David Escamilla | AGBankNewYork@ag.tn.gov |
| Jose A Galarza | jose.galarza@usbank.com |
| | David.Jones6@usdoj.gov |
| | Jeffrey.Oestericher@usdoj.gov |
| | Joseph.Cordaro@usdoj.gov |
| | Carina.Schoenberger@usdoj.gov |
| | Lawrence.Fogelman@usdoj.gov |
| | Peter.Aronoff@usdoj.gov |
| Bankruptcy Division | Linda.Riffkin@usdoj.gov |
| Joshua A. Dunn, Esq. | |
| Michael Schein | jdunn@vedderprice.com |
| Kevin J. Etzel | ketzel@vedderprice.com |
| Michael L. Schein | mschein@vedderprice.com |
| Marva M. Levine | marva.m.levine@verizon.com |
| Thomas W. Waldrep, Jr. | notice@waldrepllp.com |
| Stephen V. Falanga, Esq. | sfalanga@walsh.law |
| Gordon J. Toering | gtoering@wnj.com |
| Donald W. Clarke | Dclarke@wjslaw.com |

| | |
|---|---|
| | ray.schrock@weil.com |
| | garrett.fail@weil.com |
| | jacqueline.marcus@weil.com |
| Ray C. Schrock, P.C. | sunny.singh@weil.com |
| Jacqueline Marcus | JeriLeigh.Miller@weil.com |
| Garrett A. Fail | jessica.liou@weil.com |
| Sunny Singh | Paloma.VanGroll@weil.com |
| Jared R. Friedmann | Jared.Friedmann@weil.com |
| Jessie B. Mishkin, Esq. | Jessie.Mishkin@weil.com |
| Michael D. Brofman, Esq. | mbrofman@weisszarett.com |
| Scott D. Fink | sfink@weltman.com |
| James C. Vandermark | vandermarkj@whiteandwilliams.com |
| Stephen B. Gerald | sgerald@wtplaw.com |
| Amy M. Williams | awilliams@williamsadvisors.com |
| Alan J. Lipkin | alipkin@willkie.com |
| Gabriel Brunswick | gbrunswick@willkie.com |
| Patrick J. Healy | phealy@wsfsbank.com |
| Steven Cimalore, Donald C. Cowan, Jr. | scimalore@wilmingtontrust.com |
| David L. Tillem | david.tillem@wilsonelser.com |
| Simon Aron | saron@wrslawyers.com |
| Mary L. Fullington | mfullington@wyattfirm.com |
| Thomas A. Zimmerman, Jr. | tom@attorneyzim.com |

**Service List B**

Honorable Judge Robert D. Drain
United States Bankruptcy Court
For the Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

Sears Holdings Corporation
Attn: Stephen Sitley Esq.
Luke J. Valento, Esq.
3333 Beverly Road
Hoffman Estates, IL 60179

Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, P.C.
Jacqueline Marcus, Esq.
Garret A. Fail, Esq.
Sunny Singh, Esq.
767 Fifth Avenue
New York, NY 10153

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul D. Leake, Esq.
Shana A. Elberg, Esq.
George R. Howard, Esq.
4 Times Square
New York, NY 10036

Cleary, Gottlieb
Attn: Sean A. O'Neal, Esq.
One Liberty Plaza
New York, NY 10006

Kelley Drye & Warren LLP
Attn: Eric R. Wilson, Esq.
Benjamin D.Feder, Esq.
T. Charlie Liu, Esq.
101 Park Avenue
New York, NY 10178

Seyfarth Shaw LLP
Attn: Edward M. Fox, Esq.
620 Eighth Avenue
New York, NY 10018

Carter Ledyard & Milburn LLP
Attn: James Gadshden, Esq.
2 Wall Street
New York, NY 10015

Locke Ord LLP
Attn: Brian A. Raynor, Esq.
111 South Wacker Drive
Chicago, IL 60606

Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin, Esq.
Ira Dizengoff, Esq.
Sara Lynne Brauner, Esq.
One Bryant Park
New York, NY 10036

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10014

Davis Polk & Wardwell LLP
Attn: Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
450 Lexington Avenue
New York, NY 10017

Lazard Freres & Co., LLC
Attn: Brandon Aebersold
Levi Quaintance
30 Rockefeller Plaza
New York, NY 10112

Sidley Austin LLP
Attn: Aaron Rigby
David E. Kronenberg
2021 McKinney Avenue
Suite 2000
Dallas, TX 75201

Brown Rudnick LLP
Attn: Jonathan D. Marshall, Esq.
One Financial Center
Boston, MA 02111