Andrew P. Tureaud, Esq.
Keane & Beane, P.C.
445 Hamilton Avenue, 15th Floor
White Plains, NY 10601
(914) 946-4777
*Counsel for GBR Green Acres Limited Liability Company
and Greenwich 29 L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

In re:

    SEARS HOLDINGS CORPORATION, et al.

        Debtors.

Chapter 11

Case No.: 18-23538(RDD)

------------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that Keane & Beane, P.C., by Andrew P. Tureaud, Esq., hereby appears as counsel on behalf of GBR Green Acres Limited Liability Company and Greenwich 29 L.P., and pursuant to 11 U.S.C. §1109(b) and Federal Rules of Bankruptcy Procedure 2002, 2018, 4001, 9007 and 9010, demands that all notices given or required to be given, and all papers served or required to be served in this Chapter 11 case, be given to and served upon it at the following address, and that this party be added to the mailing matrix in this case:

    Andrew P. Tureaud, Esq.
    KEANE & BEANE, P.C.
    445 Hamilton Avenue, 15th Floor
    White Plains, NY 10601
    Tel: (914) 946-4777
    Fax: (914) 946-6868
    atureaud@kblaw.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or

demand, whether formal or informal, written or oral and whether transmitted or conveyed by mail, overnight delivery, messenger, facsimile, telephone, electronic medium or otherwise filed or made with regard to the referenced Chapter 11 case and proceedings therein.

The Notice of appearance and demand for Notices and Papers shall not be deemed or construed to be a waiver of the right(s) of GBR Green Acres Limited Liability Company and Greenwich 29 L.P.: (1) to have final order in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, and (3) for any other rights, claims, actions, setoffs or recoupments to which GBR Green Acres Limited Liability Company and Greenwich 29 L.P., are or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:   White Plains, New York
         December 11, 2018

**KEANE & BEANE, P.C.**

By:   s/ Andrew P. Tureaud
      Andrew P. Tureaud, Esq.
      KEANE & BEANE, P.C.
      445 Hamilton Avenue, 15th Floor
      White Plains, NY 10601
      Tel: (914) 946-4777
      Fax: (914) 946-6868
      atureaud@kblaw.com