**EXHIBIT A**



Service That Satisfies Since 1934

# INVOICE

| | |
|---|---|
| INVOICE NO. | 01A319225 |
| CUSTOMER NO. | 106000 |
| RHS SALESMAN # | 50 |
| SALESMAN NAME | WHSE ACCOUNT OHIO |
| PAGE | 1 of 1 |

BILL TO
SEARS - SHIP
ATTN ACCTS PAYABLE
PO BOX 30695
SALT LAKE CITY    UT    84130

REMIT TO   PO BOX 2448
           ALLIANCE, OH 44601

SHIP TO

From ALLIANCE Warehouse

| INVOICE DATE | DUE DATE |
|---|---|
| 10/30/18 | 12/10/18 |

| QTY. | RHS CODE # | DESCRIPTION | NET UNIT PRICE | EXTENDED PRICE | % | CASH DISC. |
|---|---|---|---|---|---|---|
| | | PO 24508141AA-35<br>24508141AA-35<br>job  24508141<br>Nau Robert S.<br>4220 Millport Ave. SW<br>Canton Ohio 44125<br>installer:<br>Right Choice H/C LLC | | | | |
| 1 EA | 080265 | *END4X30L17A 2.5T CASED COIL<br>TEMPSTAR COIL<br>SN X183846026 | 211.000 | 211.000 | | 0.00 |
| 1 EA | 080131 | *N4A330AKG 2.5T 13 SEER COND<br>TEMPSTAR CONDENSER<br>SN SE183815982 | 558.000 | 558.000 | | 0.00 |
| 1 EA | 060226 | *F8MTL0901714A 80+ FUR<br>TEMPSTAR<br>SN SA182321088 | 512.000 | 512.000 | | 0.00 |
| 1 EA | 073101 | 612-8-30-0 30' 3/8x3/4x3/8 | 90.290 | 90.290 | | 0.00 |
| 1 EA | 097864 | *1F78-151SE COM SET 70 SING STAGE | 27.391 | 27.390 | | 0.00 |
| | | Ship to Cleveland<br>7.5% OHIO TAX | | 104.90 | | |

TERMS: 10th PROX- CASH DISCOUNT AS SHOWN - OTHERWISE NET.
2% SERVICE CHARGE AT ANNUAL RATE
OF 24% IS ADDED TO PAST DUE BALANCE.

| TOTAL DUE | 1,503.58 | CASH DISCOUNT | 0.00 |
|---|---|---|---|

FURNACES - AIR CONDITIONING - CONTROLS - GALV. SHEETS - PLUMBING FIXTURES & FAUCETS
BOILERS - HYDRONICS - WATER HEATERS - PIPE & FITTINGS - PUMPS - KITCHEN CABINETS - VANITIES

**OHIO**
Alliance............ 2155 W. Main St ............ 330-821-9180
Canton............. 1711 6th St. SW............. 330-456-4304
Mansfield.......... 30 W. 5th St................. 419-524-3012
Columbus North... 860 Freeway Dr. S......... 614-888-1332
Columbus West... 3700-A Zane Trace Dr.... 614-486-0975
Steubenville....... 129 Butte St.................. 740-283-3368
Akron................ 1400 Home Ave............ 330-633-0990
Sandusky........... 1908 Superior St........... 419-626-0335
Youngstown....... 1290 Crescent St........... 330-743-1143
Valley View........ 6065 Towpath Dr........... 216-328-2979
Lima.................. 512 W. High St.............. 419-228-2261
Toledo............... 3243 Frenchmens Rd.... 419-531-3862

**OHIO**
Cincinnati......... 2967 E. Crescentville Rd...... 513-563-2000
Athens.............. 122 Columbus Rd................. 740-592-3818
Wooster............ 2106 Great Trail Dr............... 330-262-3300
Zanesville.......... 701 N. Underwood............... 740-452-9417
E. Liverpool....... 501 Gaston Ave.................... 330-386-6542
New Philadelphia... 524 Bowers Ave. NW........ 330-343-3011
Lancaster.......... 830 S. Columbus St............. 740-653-8292

**MICHIGAN**
Livonia.............. 41104 Capital (Canton Twp)... 734-335-6915
Roseville........... 28300 Hayes Rd................... 586-774-1974
Wyoming........... 5960-A Burlingame............... 616-257-0326

**PENNSYLVANIA**
Greensburg......... 990 Broad St .................. 724-836-6319
Cranberry Twp...... 1245 Freedom Rd ......... 724-772-3855
Monroeville......... 1616 McClure Rd ........... 724-733-7577
Beaver Falls........ 500 Seventh Ave ............ 724-843-4500
Sharon................ 10 Mill St. (Wheatland).... 724-347-3774
Pittsburgh........... 952 Noblestown Rd......... 412-922-0500
Washington......... 84 Stewart Ave ............... 724-222-6720
Butler.................. 678 E. Butler Rd .............. 724-282-8200

WE ACCEPT VISA AND MASTERCARD
INCLUDING FREE CHECK BY FAX
Please call for details



Service That Satisfies Since 1934

# INVOICE

| | |
|---|---|
| INVOICE NO. | 01A319584 |
| CUSTOMER NO. | 106000 |
| RHS SALESMAN # | 50 |
| SALESMAN NAME | WHSE ACCOUNT OHIO |
| PAGE | 1 of 1 |
| REMIT TO | PO BOX 2448<br>ALLIANCE, OH 44601 |

BILL TO
SEARS - SHIP
ATTN ACCTS PAYABLE
PO BOX 30695
SALT LAKE CITY   UT   84130

SHIP TO

From ALLIANCE Warehouse

| INVOICE DATE | DUE DATE | | |
|---|---|---|---|
| 11/05/18 | 12/10/18 | | |

| QTY. | RHS CODE # | DESCRIPTION | NET UNIT PRICE | EXTENDED PRICE | % | CASH DISC. |
|---|---|---|---|---|---|---|
| | | PO 24308820AA-35<br>po 24308820AA-35<br>job: 243088020<br>Rigard Richard<br>6085 Vandemark Road<br>Litchfield Ohio 44253<br>installer:<br>Right Choice H/C LLC | | | | |
| 1 EA | 060072 | *OMF098J10B OIL FUR W/O LESS BURNER TEMPSTAR<br>SN SD061806711 | 630.000 | 630.000 | | 0.00 |
| 1 EA | 060074 | *N01J050 OIL BURNER F/OMF098 TEMPSTAR<br>SN 18071905056 | 510.000 | 510.000 | | 0.00 |
| 1 EA | 097862 | *1F95EZ-0671SE SEARS EASY REA WHT RODG EASY READER | 74.109 | 74.110 | | 0.00 |
| | | ship to Cleveland<br>7.5% OHIO TAX | | 91.06 | | |

TERMS: 10th PROX- CASH DISCOUNT AS SHOWN - OTHERWISE NET.
2% SERVICE CHARGE AT ANNUAL RATE
OF 24% IS ADDED TO PAST DUE BALANCE.

| TOTAL DUE | 1,305.17 | CASH DISCOUNT | 0.00 |
|---|---|---|---|

FURNACES - AIR CONDITIONING - CONTROLS - GALV. SHEETS - PLUMBING FIXTURES & FAUCETS
BOILERS - HYDRONICS - WATER HEATERS - PIPE & FITTINGS - PUMPS - KITCHEN CABINETS - VANITIES

**OHIO**
- Alliance ............... 2155 W. Main St ............ 330-821-9180
- Canton ................. 1711 6th St, SW ............ 330-456-4304
- Mansfield ............. 30 W. 5th St. ................ 419-524-3012
- Columbus North... 860 Freeway Dr. S........ 614-888-1332
- Columbus West ... 3700-A Zane Trace Dr... 614-486-0975
- Steubenville........ 129 Butte St .................. 740-283-3368
- Akron .................. 1400 Home Ave ............ 330-633-0990
- Sandusky............. 1908 Superior St........... 419-626-0335
- Youngstown ........ 1290 Crescent St.......... 330-743-1143
- Valley View ......... 6065 Towpath Dr........... 216-328-2979
- Lima .................... 512 W. High St.............. 419-228-2261
- Toledo ................. 3243 Frenchmens Rd... 419-531-3862

**OHIO**
- Cincinnati............ 2967 E. Crescentville Rd ....... 513-563-2000
- Athens ................. 122 Columbus Rd .................. 740-592-3818
- Wooster ............... 2106 Great Trail Dr ................ 330-262-3300
- Zanesville ............ 701 N. Underwood ................. 740-452-9417
- E. Liverpool......... 501 Gaston Ave ..................... 330-386-6542
- New Philadelphia..... 524 Bowers Ave. NW............ 330-343-3011
- Lancaster............ 830 S. Columbus St............... 740-653-8292

**MICHIGAN**
- Livonia................. 41104 Capital (Canton Twp) .. 734-335-6915
- Roseville.............. 28300 Hayes Rd..................... 586-774-1974
- Wyoming.............. 5960-A Burlingame ................ 616-257-0326

**PENNSYLVANIA**
- Greensburg .......... 990 Broad St .................... 724-836-6319
- Cranberry Twp...... 1245 Freedom Rd ............ 724-772-3855
- Monroeville........... 1616 McClure Rd ............. 724-733-7577
- Beaver Falls ......... 500 Seventh Ave ............. 724-843-4500
- Sharon.................. 10 Mill St. (Wheatland).... 724-347-3774
- Pittsburgh ............ 952 Noblestown Rd......... 412-922-0500
- Washington ......... 84 Stewart Ave ............... 724-222-6720
- Butler.................... 678 E. Butler Rd .............. 724-282-8200

WE ACCEPT VISA AND MASTERCARD
INCLUDING FREE CHECK BY FAX
Please call for details



Service That Satisfies Since 1934

# INVOICE

INVOICE NO. **01A319975**

CUSTOMER NO. **106000**

RHS SALESMAN # **50**

SALESMAN NAME **WHSE ACCOUNT OHIO**

PAGE **1 of 1**

BILL TO
SEARS - SHIP
ATTN ACCTS PAYABLE
PO BOX 30695
SALT LAKE CITY    UT    84130

REMIT TO   PO BOX 2448
ALLIANCE, OH 44601

SHIP TO

From ALLIANCE Warehouse

| INVOICE DATE | DUE DATE | | | | | |
|---|---|---|---|---|---|---|
| 11/09/18 | 12/10/18 | | | | | |
| QTY. | RHS CODE # | DESCRIPTION | NET UNIT PRICE | EXTENDED PRICE | % | CASH DISC. |
| | | PO 24771134AB-35<br>24771134AB-35<br>job: 24771134<br>Foster Alberta<br>4204 E 187th Street<br>Cleveland Ohio 44122<br>installer:<br>Precision Air Comfort LLC | | | | |
| 1 EA | 060206 | *N8MSN0701412A 80+ FUR TEMPSTAR<br>SN SA183923841 | 351.000 | 351.000 | | 0.00 |
| 1 EA | 097811 | *1F95EZ-0671 EASY READER STAT WHT RODG | 90.524 | 90.520 | | 0.00 |
| | | ship to Cleveland<br>7.5% OHIO TAX | | 33.11 | | |

TERMS: 10th PROX- CASH DISCOUNT AS SHOWN - OTHERWISE NET.
2% SERVICE CHARGE AT ANNUAL RATE
OF 24% IS ADDED TO PAST DUE BALANCE.

| TOTAL DUE | 474.63 | CASH DISCOUNT | 0.00 |
|---|---|---|---|

FURNACES - AIR CONDITIONING - CONTROLS - GALV. SHEETS - PLUMBING FIXTURES & FAUCETS
BOILERS - HYDRONICS - WATER HEATERS - PIPE & FITTINGS - PUMPS - KITCHEN CABINETS - VANITIES

**OHIO**
Alliance ............ 2155 W. Main St ............ 330-821-9180
Canton ............. 1711 6th St. SW ............ 330-456-4304
Mansfield .......... 30 W. 5th St. .................. 419-524-3012
Columbus North... 860 Freeway Dr. S .......... 614-888-1332
Columbus West ... 3700-A Zane Trace Dr. .... 614-486-0975
Steubenville ....... 129 Butte St. ................... 740-283-3368
Akron ................ 1400 Home Ave. ............. 330-633-0990
Sandusky ........... 1908 Superior St. ............ 419-626-0335
Youngstown ....... 1290 Crescent St. ............ 330-743-1143
Valley View ........ 6065 Towpath Dr. ........... 216-328-2979
Lima .................. 512 W. High St. ............... 419-228-2261
Toledo ............... 3243 Frenchmens Rd. ..... 419-531-3862

**OHIO**
Cincinnati .......... 2967 E. Crescentville Rd .. 513-563-2000
Athens ............... 122 Columbus Rd ........... 740-592-3818
Wooster ............. 2106 Great Trail Dr ......... 330-262-3300
Zanesville .......... 701 N. Underwood ......... 740-452-9417
E. Liverpool ....... 501 Gaston Ave .............. 330-386-6542
New Philadelphia .. 524 Bowers Ave. NW ..... 330-343-3011
Lancaster ........... 830 S. Columbus St ........ 740-653-8292

**MICHIGAN**
Livonia .............. 41104 Capital (Canton Twp) .. 734-335-6915
Roseville ........... 28300 Hayes Rd ............. 586-774-1974
Wyoming ........... 5960-A Burlingame ......... 616-257-0326

**PENNSYLVANIA**
Greensburg ........ 990 Broad St .................. 724-836-6319
Cranberry Twp .... 1245 Freedom Rd .......... 724-772-3855
Monroeville ....... 1616 McClure Rd ............ 724-733-7577
Beaver Falls ....... 500 Seventh Ave ............ 724-843-4500
Sharon ............... 10 Mill St. (Wheatland) ... 724-347-3774
Pittsburgh .......... 952 Noblestown Rd ........ 412-922-0500
Washington ........ 84 Stewart Ave ............... 724-222-6720
Butler ................ 678 E. Butler Rd .............. 724-282-8200

WE ACCEPT VISA AND MASTERCARD
INCLUDING FREE CHECK BY FAX
Please call for details



Service That Satisfies Since 1934

# INVOICE

| | |
|---|---|
| INVOICE NO. | 01A320543 |
| CUSTOMER NO. | 106000 |
| RHS SALESMAN # | 50 |
| SALESMAN NAME | WHSE ACCOUNT OHIO |
| PAGE | 1 of 1 |
| REMIT TO | PO BOX 2448 ALLIANCE, OH 44601 |

BILL TO
SEARS - SHIP
ATTN ACCTS PAYABLE
PO BOX 30695
SALT LAKE CITY    UT    84130

SHIP TO

From ALLIANCE Warehouse

| INVOICE DATE | DUE DATE | | |
|---|---|---|---|
| 11/19/18 | 12/10/18 | | |

| QTY. | RHS CODE # | DESCRIPTION | NET UNIT PRICE | EXTENDED PRICE | % | CASH DISC. |
|---|---|---|---|---|---|---|
| 1 EA | 080684 | PO 24075173BA-35<br>CLEVE SHUTTLE<br>PO: 24075173BA-35<br>JOBID: 24075173<br>CUSTOMER: HAYES, JOHN<br>905 VICTORIA DR<br>BUCYRUS, OH 44820<br>INSTALLER: RIGHT CHOICE HTG<br>& COOLING LLC<br>*EHK10AKB HTR FX/FV/FC<br>TEMPSTAR<br>SN SV183781235<br>7.5% OHIO TAX | 47.000 | 47.000<br><br>3.53 | | 0.00 |

TERMS: 10th PROX- CASH DISCOUNT AS SHOWN - OTHERWISE NET.
2% SERVICE CHARGE AT ANNUAL RATE
OF 24% IS ADDED TO PAST DUE BALANCE.

| TOTAL DUE | 50.53 | CASH DISCOUNT | 0.00 |
|---|---|---|---|

FURNACES - AIR CONDITIONING - CONTROLS - GALV. SHEETS - PLUMBING FIXTURES & FAUCETS
BOILERS - HYDRONICS - WATER HEATERS - PIPE & FITTINGS - PUMPS - KITCHEN CABINETS - VANITIES

**OHIO**
Alliance ............ 2155 W. Main St ............ 330-821-9180
Canton ............. 1711 6th St. SW ............ 330-456-4304
Mansfield .......... 30 W. 5th St. ................ 419-524-3012
Columbus North... 860 Freeway Dr. S ........ 614-888-1332
Columbus West ... 3700-A Zane Trace Dr ... 614-486-0975
Steubenville ....... 129 Butte St ................. 740-283-3368
Akron ............... 1400 Home Ave ............. 330-633-0990
Sandusky .......... 1908 Superior St ........... 419-626-0335
Youngstown ....... 1290 Crescent St .......... 330-743-1143
Valley View ....... 6065 Towpath Dr ........... 216-328-2979
Lima ................ 512 W. High St .............. 419-228-2261
Toledo ............. 3243 Frenchmens Rd .... 419-531-3862

**OHIO**
Cincinnati .......... 2967 E. Crescentville Rd ...... 513-563-2000
Athens ............. 122 Columbus Rd ................ 740-592-3818
Wooster ........... 2106 Great Trail Dr .............. 330-262-3300
Zanesville ......... 701 N. Underwood .............. 740-452-9417
E. Liverpool ....... 501 Gaston Ave .................. 330-386-6542
New Philadelphia... 524 Bowers Ave. NW ......... 330-343-3011
Lancaster ......... 830 S. Columbus St ............. 740-653-8292

**MICHIGAN**
Livonia ............. 41104 Capital (Canton Twp) .. 734-335-6915
Roseville .......... 28300 Hayes Rd ................. 586-774-1974
Wyoming .......... 5960-A Burlingame ............. 616-257-0326

**PENNSYLVANIA**
Greensburg ........ 990 Broad St ..................... 724-836-6319
Cranberry Twp .... 1245 Freedom Rd .............. 724-772-3855
Monroeville ....... 1616 McClure Rd ................ 724-733-7577
Beaver Falls ...... 500 Seventh Ave ................ 724-843-4500
Sharon ............. 10 Mill St. (Wheatland) ...... 724-347-3774
Pittsburgh ......... 952 Noblestown Rd ............ 412-922-0500
Washington ....... 84 Stewart Ave .................. 724-222-6720
Butler .............. 678 E. Butler Rd ................. 724-282-8200

WE ACCEPT VISA AND MASTERCARD
INCLUDING FREE CHECK BY FAX
Please call for details