**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

---------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 7, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on (1) Land's End, Inc., Attn: Sr. Vice President & General Counsel, 5 Land's End Lane, Dodgeville, WI, 53595, via First Class Mail and Email on (2) IT Vendors Service List attached hereto as **Exhibit A**; by the method set forth on (3) the SB Licenses Service List attached hereto as **Exhibit B**; on (4) SBT Vendors Service List attached hereto as **Exhibit C**; via First Class Mail on (5) the Utilities Service List attached hereto as **Exhibit D**; and via Email on (6) the Service Providers Service List attached hereto as **Exhibit E**:

- Notice of Rejection of Certain Unexpired Leases of Nonresidential Real Property and Abandonment of Property in Connection Therewith [Docket No. 1076]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: December 12, 2018

Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 12, 2018, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 2022

SRF 29457

**<u>Exhibit A</u>**

Exhibit A

IT Vendors Service List

Served via First Class Mail and Email

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL |
|------|-------------|-----------|-----------|------|-------|-------------|-------|
| AT&T | Attn: Wendi Wilson | 225 W Randolph 17C220 | | Chicago | IL | 60606 | ww7153@att.com |
| Cisco | Attn: Beth Montblanc | 9501 Technology Blvd | | Rosemont | IL | 60018 | bmontbla@cisco.com |
| Compucom | Attn: Edward Coit | 8106 Calvin Hall Road | | Fort Mill | SC | 29707 | edward.coit@compucom.com |
| CrossCom National | Attn: Patrick Gaynor, Executive Vice President of Sales | 900 Deerfield Parkway | | Buffalo Grove | IL | 60089 | Pat.Gaynor@crosscom.com |
| Equinox LLC | Attn: Rebecca Brisson, Sr. Director Sales | 1621 W. Calle Plata, Suite B | | Nogales | AZ | 85621 | rbrisson@equinoxpayments.com |
| Extreme Networks | Attn: David Nowland | 6480 Via Del Oro | | San Jose | CA | 95119 | dnowland@extremenetworks.com |
| Granite | Attn: Ben Cogswell | 100 Newport Ave Ext | | Quincy | MA | 02171 | bcogswell@granitenet.com |
| IBM | Attn: Micheala Tuminello | Level 2 Systems Support Team for Sears | CDI Corporation at IBM, Floor: 2 | Schaumburg | IL | 60173 | mtuminel@us.ibm.com |
| IBM | Attn: Tab Beasley, Business Development Manager | CDI Corporation at IBM Floor: 2 | | Schaumburg | IL | 60173 | tbeasle1@us.ibm.com |
| NCR | Attn: Larry Pincus, Executive Services Manager – Sears/Kmart | 864 Spring St NW | | Atlanta | GA | 30308 | larry.pincus@ncr.com |
| TCS | Attn: Jatin Doshi & Ashish Gupta | 1240 E Diehl Rd., Ste 560 | | Naperville | IL | 60563 | jatin.doshi@tcs.com; ashish16.g@tcs.com |

**<u>Exhibit B</u>**

Exhibit B

SB Licenses Service List

Served as set forth below

| NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| AVIS | 300 Centre Point Dr. | | | Virginia Beach | VA | 23462 | | First Class Mail |
| California State Lottery | Attn: Murray Gruber | 700 N 10th St | | Sacramento | CA | 95811 | mgruber@calottery.com | First Class Mail and Email |
| Cardtronics USA, Inc. | Attn: Tony Muscarello | 3250 Briarpark Drive, Suite 400 | | Houston | TX | 77042 | tmuscarello@cardtronics.com | First Class Mail and Email |
| Catalina Marketing Corp | Attn: Ann Kelly | 20 N Martingale Rd., Suite 300 | | Schaumburg | IL | 60173 | ann.kelly@catalina.com | First Class Mail and Email |
| Coinstar (aka Outerwall Inc.) | 2828 St. Anthony Lane South | Suite 205 | | Minneapolis | MN | 55418 | | First Class Mail |
| Consumer Source/Distributech | Attn: Ryan Ritchie | 4425 E. 31st. St., #210 | | Tulsa | OK | 74135 | rritchie@distributech.net | First Class Mail and Email |
| Jackson Hewitt | Attn: Patrick Gleason | 3 Sylvan Way | | Parisppany | NJ | 07054 | patrick.gleason@Jtax.com | First Class Mail and Email |
| KeyMe, Inc. | Attn: Michael Tomlinson | 247 W. 36th St. | | New York | NY | 10018 | michael.tomlinson@key.me | First Class Mail and Email |
| Luxottica | Attn: Mary Ann Stangby | 4000 Luxottica Place | | Mason | OH | 45040 | mstangby@luxotticaretail.com | First Class Mail and Email |
| Maggard's Time Service, Inc | Attn: Douglas Maggard | PO Box 1234 | | SEFFNER | FL | 33583 | maggardtime_est1981@verizon.net | First Class Mail and Email |
| National Entertainment Network LLC | 2828 St. Anthony Lane South | Suite 205 | | Minneapolis | MN | 55418 | | First Class Mail |
| NYS Gaming Commision, Division of the Lottery | Attn: Nyata Reefer | 317 Lenox Ave, 6th Floor | | New York | NY | 10027 | nyata.reefer-joseph@gaming.ny.gov | First Class Mail and Email |
| Safelite Auto Glass | Attn: Randy Randolph | 1105 Schrock Road | | Columbus | OH | | Randy.Randolph@Safelite.com | First Class Mail and Email |
| Summit Portraits LLC | Attn: Brian Woodchek CEO | 1101 Summit  Ave. | | Plano | TX | 75074 | brian@imagingspectrum.com | First Class Mail and Email |
| TJ&H Chilluns (aka Dacra Glass) | 4900 North Weir Dr. | | | Muncie | IN | 47304 | tomhayth@dimensionsgreetings.com | First Class Mail and Email |
| Universal Vending Management | Attn: Rudy Marano | 425 North Avenue East | P.O. Box 130 | Westfield | NJ | 07091 | rmarano@uvmweb.com | First Class Mail and Email |
| Western Union | Attn: Karen Drab | 12500 E. Belford Ave. | | Englewood | CO | 80112 | karen.drab@westernunion.com | First Class Mail and Email |

**<u>Exhibit C</u>**

Exhibit C
SBT Vendor Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| ABC HOSIERY | Attn:Ricky Nelson | 640 PARK AVE | | YOUNGSVILLE | NC | 27596 | | ricky@abchosiery.com | First Class Mail and Email |
| ABRIM ENTERPRISES INC | Attn:Micheal Rosenberg | 3940 59TH STREET | | WOODSIDE | NY | 11377 | | mrosenberg@impact-mktg.net | First Class Mail and Email |
| ACCO BRAND (FORMERLY MEADWESTVACO CORPORATION) | Attn: President or General Counsel | PO BOX 741864 | | ATLANTA | GA | 30384 | | | First Class Mail |
| ACTION TIME | Attn:Larry Williams | 20283 SR 7 STE 300 | | BOCA RATON | FL | 33498 | | acttime@aol.com | First Class Mail and Email |
| ACTIVEON HOLDINGS INC | Attn:Frank Donato | 10905 TECHNOLOGY PLACE SUITE 100-A | | SAN DIEGO | CA | 92127 | | frank@activeon.com | First Class Mail and Email |
| ADVERTAINMENT MEDIA LLC | Attn:Boris Kaufman | 15759 STRATHERN STREET UNIT 1 | | VAN NUYS | CA | 91406 | | boris@advertainmentmedia.tv | First Class Mail and Email |
| AJC II LLC | Attn:Atit Mehta | 22 W 48TH STREET SUITE 300 | | NEW YORK | NY | 10036 | | atit@atitdiamond.com | First Class Mail and Email |
| ALLURE GEMS LLC | Attn:Todd A Sinforoso | 1212 AVE OF AMERICAS 14TH FLR | | NEW YORK | NY | 10036 | | todd@alluregemsllc.com | First Class Mail and Email |
| ALTMAN SPECIALTY PLANTS | Attn:Jim Hessler | 3742 BLUE BIRD CANYON RD | | VISTA | CA | 92804 | | jhessler@altmanplants.com | First Class Mail and Email |
| AMAV ENTERPRISES | Attn:Kevin Robertson | 656 SYLVAN PLACE | | BATAVIA | IL | 60510 | | kevin@vaughnassoc.com | First Class Mail and Email |
| AMERICAN COLOR INC | Attn:Ryan Ven Hoven | 22495 THORNHILL ROAD | | ORANGE | VA | 22960 | | ryan@americancolorinc.com | First Class Mail and Email |
| AMERICAN GREETING | Attn: President or General Counsel | P O BOX 640782 | | PITTSBURGH | PA | 15264 | | | First Class Mail |
| AMERICAN PROMOTIONAL EVENTS INC | Attn:Carmen Sigle | 4511 HELTON DR | | FLORENCE | AL | 35630 | | siglec@tntfireworks.com | First Class Mail and Email |
| ANDINA INC | Attn:Andrew Kelapire | 48 WEST 37TH STREET 15TH FL | | NEW YORK | NY | 10018 | | andrew@helenandrews.com | First Class Mail and Email |
| ANERI JEWELS (SUMIT DIAMOND) | Attn:Neeru | 592 FIFTH AVE 4TH FLOOR | | NEW YORK | NY | 10036 | | neeru@sumitdiamond.com | First Class Mail and Email |
| B AND C GREENHOUSES | Attn:Dan Cramer | 8778 EAST H AVE | | KALAMAZOO | MI | 49048 | | bcountryview@aol.com | First Class Mail and Email |
| BALTIC LATVIAN UNIVERSAL ELECTRONICS | Attn:Brian Arensberg | 5706 CORSA AVENUE SUITE 102 | | WESTLAKE VILLAGE | CA | 91362 | | barensberg@bluemic.com | First Class Mail and Email |
| BEAUTY GEM | Attn:Ashok Antala | 1200AVE OF THE AMERICA 4TH FLR | | NEW YORK | NY | 10036 | | ashok@beautygeminc.com | First Class Mail and Email |
| BECKS ELK RIVER GREENHOUSE | Attn: President or General Counsel | 15362 190TH AVE | | ELK RIVER | MN | 55330 | | | First Class Mail |
| BELLEVUE GEMS LLC | Attn:Frans Op dden Kamp/Nilsa Cosma | 555 CALIFORNIA STREET SUITE 2900 | | SAN FRANCISCO | CA | 94104 | | frans@bellevuegums.com; nilsa@bellvuegems.com | First Class Mail and Email |
| BJ ALAN | Attn:John Kytchenriter (Technical) | 555 MARTIN LUTHER KING JR BLVD | | YOUNGSTOWN | OH | 44502 | | jkutchenri@bjalanco.com | First Class Mail and Email |
| BLACKHAWK NETWORK | Attn:Craig Peterson | 6220 STONERIDGE MALL ROAD | | PLEASANTON | CA | 94588 | | Craig.peterson@bhnetwork.com | First Class Mail and Email |
| BLACKHAWK NETWORK (VISA/MC) | Attn:Craig Peterson | MS 13002 PO BOX 29021 | | PHOENIX | AZ | 85038 | | Craig.peterson@bhnetwork.com | First Class Mail and Email |
| BLUE RHINO | Attn:Scott Melchior | P O BOX 281956 | | ATLANTA | GA | 30384 | | smelchior@bluerhino.com | First Class Mail and Email |
| BLUE SKY THE OCLOR OF IMAGINATION | Attn:Isaac Lipscomb | 15991 RED HILL AVENUE STE 101 | | TUSTIN | CA | 92780 | | isaacl@bluesky.com | First Class Mail and Email |
| BONNIE PLANT FARM | Attn:Dennis Thomas (VP) | 1727 HIGHWAY 223 | | UNION SPRINGS | AL | 36089 | | | First Class Mail |
| BRACKETRON INC | Attn:Leigh Larson | 5624 LINCOLN DR | | EDINA | MN | 55436 | | llarson@bracketron.com | First Class Mail and Email |
| BRITELITE ENTERPRISES | Attn:Andy Flagg | 11661 SAN VICENTE BLVD | | LOS ANGELES | CA | 90049 | | andy.flagg@britelite.net | First Class Mail and Email |
| BRITELITE ENTERPRISES | Attn:Andy Flagg | 11661 SAN VICENTE BLVD SUITE 303 | | LOS ANGELES | CA | 90049 | | andy.flagg@britelite.net | First Class Mail and Email |
| BRUSHSTROKES FINE ART INC. | Attn:Mark Kalef (business) | 60 LEEK CRESCENT | | RICHMOND HILL | | | | mkalef@brushstrokes.com | First Class Mail and Email |
| C & C JEWELRY MFG INC | Attn:Michelle Neff | 323 W 8TH STREET, 4TH FLOOR | | LOS ANGELES | CA | 90014 | | mneff@ccjewelry.net | First Class Mail and Email |
| CAMPBELLS FOLIAGE | Attn: President or General Counsel | 17425 S W 272 ST | | HOMESTEAD | FL | 33031 | | | First Class Mail |
| CARDOW INC | Attn:Maureen Turbe | 5195 DRONNINGENS GADE SUITE 1 | | ST THOMAS | VI | 00802 | | maureen@cardow.com | First Class Mail and Email |
| CHAPEL ZENRAY INC | Attn:Greg Altieri | 4355 SPRING VALLEY ROAD | | DALLAS | TX | 75244 | | greg@lnaassoc.com | First Class Mail and Email |
| CHICAGO BREAD CO | Attn:Eve Metheny | 3051 OAK GROVE ROAD | | DOWNERS GROVE | IL | 60515 | | evemetheny@chicagobread.com | First Class Mail and Email |
| CHICAGO REVIEW PRESS (TRIUMPH BOOKS) | Attn:Mitch Rogatz | 814 N FRANKLIN ST | | CHICAGO | IL | 60610 | | m_rogatz@triumphbooks.com | First Class Mail and Email |
| CK FARMS INC | Attn: President or General Counsel | PO BOX 1062 | | AMERICAN FORK | UT | 84003 | | | First Class Mail |

Exhibit C

SBT Vendor Service List

Served as set forth below

| NAME | NOTICE NAME | ADDRESS | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| CLINTON NURSERIES OF FL | Attn: President or General Counsel | PO BOX 846145 | | BOSTON | MA | 02284- | | | First Class Mail |
| CLOVER TECHNOLOGIES | Attn:Ana Leone | DEPT CH 17622 | | PALATINE | IL | 60055 | | aleone@clovertech.com | First Class Mail and Email |
| COLOR INK INC | Attn: President or General Counsel | 2802 TWIN CITY DR | | COUNCIL BLUFFS | IA | 51501 | | | First Class Mail |
| COLOR POINT LLC | Attn:Bruce Daniel | 1077 CANE RIDGE RD | | PARIS | KY | 40361 | | bruce@colorpoint.us | First Class Mail and Email |
| COLOR SPOT NURSERIES (CA) | Attn: President or General Counsel | FILE 70142 | | LOS ANGELES | CA | 90074 | | | First Class Mail |
| COLORON JEWELRY INC | Attn:Delmy Baderian | 7242 VALJEAN AVE | | VAN NUYS | CA | 91406 | | delmy@topjewels.com | First Class Mail and Email |
| COMBINE INTERNATIONAL | Attn:Jeff Sennott | 354 INDUSCO COURT | | TROY | MI | 48083 | | jsenott@combine.com | First Class Mail and Email |
| COSMI FINANCE | Attn:Steve Graham | | | | | | | sgraham@cosmi.com | Email |
| CTI INDUSTRIES | Attn: President or General Counsel | 22160 N PEPPER RD | | BARRINGTON | IL | 60010 | | | First Class Mail |
| CUTHBERT GREENHOUSE INC | Attn: President or General Counsel | 4900 HENDRON ROAD | | GROVEPORT | OH | 43125 | | | First Class Mail |
| D LINK SYSTEMS INC | Attn:Ena Olwin-Chisholm | 17595 MOUNT HERRMANN ST | | FOUNTAIN VALLEY | CA | 92708 | | eoc@dlink.com | First Class Mail and Email |
| DAHLSTROM & WATT BULB FARM | Attn: President or General Counsel | 361 SARINA RD | PO BOX 120 | SMITH RIVER | CA | 95567 | | | First Class Mail |
| DAN & JERRY'S GREENHOUSES INC | Attn:Harry Maron | | | | | | | harry@djgreen.com | Email |
| DCK CONCESSIONS | Attn:Jason Katz | 366 5TH AVE, SUITE 803 | | NEW YORK | NY | 10001 | | kasonk@dckconcessions.ca | First Class Mail and Email |
| DDR GROUP LLC (removed no sales Nov 2017) | Attn:Romesh Frenando | 11271 VENTURA BOULEVARD, #411 | | STUDIO CITY | CA | 91604 | | romesh@myflipperusa.com | First Class Mail and Email |
| DE LA TERRA CAPITAL (DSD) | Attn:David Melina | | | | | | | dmelina4@gmail.com | Email |
| DEWAR NURSERIES | Attn: President or General Counsel | 625 W KEENE RD | | APOPKA | FL | 32703 | | | First Class Mail |
| DIGITAL INNOVATIONS LLC | Attn:Jim Maggio | PO BOX 23 | | BELLINGHAM | WA | 98227 | | jmaggio@edelston.com | First Class Mail and Email |
| DIVERSIFIED PRODUCTS INC (Select-A-Vision) | Attn:Paul Crimmins | 4 BLUE HERON DRIVE | | COLLEGEVILLE | PA | 19426 | | Paul.Crimmins@select-a-vision.com | First Class Mail and Email |
| DOK Solution LLC (formerly J S KARAOKE LLC) | Attn:Terry Hanrahan | 1185 GOODEN XING | | LARGO | FL | 33778 | | terryh@marsh-rep.com | First Class Mail and Email |
| DOK Solution LLC (formerly J S KARAOKE LLC) | Attn:Terry Hanrahan | PINELLAS PARK FL  33780 | | | | | | terryh@marsh-rep.com | First Class Mail and Email |
| DOUBLE POWER TECHNOLOGIES INC | Attn:Jeff Lin | | | | | | | jeff@doublepowertech.com | Email |
| DUTCH HERITAGE GARDENS INC | Attn:Lisa Geer | 11901 EAST PALMER DIVIDE AVE | | LARKSPUR | CO | 80118 | | lisa@dhgardens.com | First Class Mail and Email |
| E CHABOT LTD | Attn:Eli Sarway | 1544 E 13TH STREET UNIT 1A | | BROOKLYN | NY | 11230 | | eli@bhsilver.com | First Class Mail and Email |
| EARLY MORNING (LONE STAR ROSES) | Attn:Lisa Geer | 14714 STATE HWY 64 WEST | | TYLER | TX | 75704 | | lisa@dhgardens.com | First Class Mail and Email |
| ECHO BRIDGE ACQUISITION(Platinum Disc as of 2-24-16) | Attn:Joe Maita | 24232 NETWORK PLACE | | CHICAGO | IL | 60673 | | jmaita@echobridge.com | First Class Mail and Email |
| EMERGE TECHNOLOGIES | Attn:Jayson Bunch | 1431 GREENWAY DR, STE 800 | | IRVING | TX | 75038 | | jbunch@emergecorporate.com | First Class Mail and Email |
| ENCAP LLC(DC) | Attn:Tammy Petras | 3921 ALGONA ROAD | | GREEN BAY | WI | 54311 | | tpetras@encap.net | First Class Mail and Email |
| ENVISIONS LLC | Attn:Carl Rachmuth | 529 FIFTH AVE 19TH FLR | | NEW YORK | NY | 10017 | | carlr@envisionsint.com | First Class Mail and Email |
| ESB P R CORP | Attn:Al Machado | P O BOX 4825 | | CAROLINA | PR | 00984 | | amachado@esbbatter.com | First Class Mail and Email |
| ESI CASES AND ACCESSORIES INC | Attn:Eric Goss | 44 EAST 32ND STREET 6TH FLOOR | | NEW YORK | NY | 10016 | | eric@sgassocinc.com | First Class Mail and Email |
| ET ENTERPRISES DISTRIBUTORS | Attn:Joey Nasar | 243 VETERANS BLVD | | CARLSTADT | NJ | 07072 | | joey@etenterprisesllc.com | First Class Mail and Email |
| EVERBLOOM GROWERS INC | Attn:Dave Kotowski | 20450 SW 248 ST | | HOMESTEAD | FL | 33031 | | dave@evebloomgrowers.com | First Class Mail and Email |

In re:  Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 2 of 8

Exhibit C
SBT Vendor Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| EXCEL GARDENS LLC | Attn: President or General Counsel | 4250 WEXFORD WAY | | EAGAN | MN | 55122 | | | First Class Mail |
| FELICITY STORE GROUP | Attn:Tammie Tomer | | | | | | | t.tomer@thefelicitystore.com | Email |
| FERRY MORSE SEED CO | Attn:Bruce Grooms | P O BOX 1620 | | FULTON | KY | 42041 | | bgrooms@ferry-morse.com | First Class Mail and Email |
| FLORISIN LLC | Attn: President or General Counsel | 21951 SW 167TH AVE | | MIAMI | FL | 33170 | | | First Class Mail |
| FREEDOM TREE FARMS | Attn:Stephanie Bryan | | | | | | | stephanie@freedomtreefarms.com | Email |
| FULL SAIL MARKETING | Attn:Jeff Levinson | 5722 PAINTED FEN CT STE 2250 | | CHARLOTTE | NC | 28269 | | jeff@fullsailmarketing.biz | First Class Mail and Email |
| GALLERIA FARMS LLC | Attn:Luis Camilo Fernandez | 1500 NW 95TH AVENUE | | MIAMI | FL | 33172 | | Lfernandez@galleriafarms.com | First Class Mail and Email |
| GARDEN AMERICA INC | Attn:John Bagnasco | 9896 SCRIPPS WESTVIEW WAY #176 | | SAN DIEGO | CA | 92131 | | john@gardenamerica.com | First Class Mail and Email |
| GARDEN INNOVATIONS LLC | Attn:Brian Ferron | 6195 HWY 52 EAST | | MURRAYVILLE | GA | 30564 | | brianf@greatlakesreps.com | First Class Mail and Email |
| GARDEN STATE GROWERS | Attn: President or General Counsel | 99 LOCUST GROVE RD | | PITTSTOWN | NJ | 08867 | | | First Class Mail |
| GENAL STRAP | Attn:Mila Lerman | 31-00 FORTY SEVENTH AVE | | LONG ISLAND CITY | NY | 11101 | | mlerman@voguestrap.com | First Class Mail and Email |
| GENERAL IMAGING COMPANY (GIC) | Attn:Craig McManis | 1411 W 190TH ST STE 550 | | GARDENA | CA | 90248 | | cmmanis@gerneral-imaging.com | First Class Mail and Email |
| GENERAL IMAGING COMPANY (GIC) | Attn:Craig McManis | GARDENA CA  90248 | | | | | | cmmanis@gerneral-imaging.com | First Class Mail and Email |
| GOLD LLC | Attn:Boris Bystrisky | 3575 W CAHUENGA BLVD STE 680 | | LOS ANGELES | CA | 90068 | | borisb@goldllc.com | First Class Mail and Email |
| GRACE PHONICS INC | Attn:Tiffany Chien | | | | | | | TiffanyC@lifensoul.com | Email |
| GREAT AMERICAN MERCHANDISE AND EVENTS (FORMERLY GREAT AMERICAN DUCK RACES) | Attn:Anthony J Gurgiolo | 16043 N 82ND STREET | | SCOTTSDALE | AZ | 85260 | | ajg@game-group.com | First Class Mail and Email |
| GREEN DOT CORPORATION | Attn:Kevin Wells | 605 E HUNTINGTON DR | | MONROVIA | CA | 91016 | | kwells@greendotcorp.com | First Class Mail and Email |
| GROWER DIRECT FARMS | Attn:Andy Aiken | 164 HAMPDEN RD | | SOMERS | CT | 06071 | | andy@growerdirectfarms.com | First Class Mail and Email |
| H&M NEW CENTURY GROUP | Attn:David Zhang | 1885 S VINEYARD AVE STE #1 | | ONTARIO | CA | 91761 | | davidz@upstarusa.com | First Class Mail and Email |
| HAFNERS GREENHOUSE | Attn: President or General Counsel | 16925 170TH ST | | PARK RAPIDS | MN | 56470 | | | First Class Mail |
| HARMONY OUTDOOR BRANDS LLC | Attn:Naomi Malone | 4940 LAKEWOOD RANCH BLVD N | | SARSOTA | FL | 34240 | | nmalone@harmonybrands.com | First Class Mail and Email |
| HEIDS GREENHOUSES | Attn: President or General Counsel | 198 FITZER RD | | KINGSWOOD | NJ | 08825 | | | First Class Mail |
| HELEN ANDREWS INC | Attn:Andrew Kelapire | 48 W 37TH STREET 15TH FL | | NEW YORK | NY | 10018 | | andrew@helenandrews.com | First Class Mail and Email |
| HESSLER WORLDWIDE | Attn: President or General Counsel | 13392 POINTE CONWAY | | SAINT LOUIS | MO | 63141 | | | First Class Mail |
| HILCO WHOLESALE SOLUTIONS LLC | Attn:Jeffreu Paronto | 5 REVERE DRIVE SUITE 206 | | NORTHBROOK | IL | 60062 | | jparonto@hilcoglobal.com | First Class Mail and Email |
| HOMECARE LABS (BIO LABS) (DC) | Attn:Bill Gilberti | P O BOX 7247-7710 | | PHILADELPHIA | PA | 19170 | | bill.gilberti@chemtura.com | First Class Mail and Email |
| HOUSE OF MARLEY LLC | Attn:Lynn Longarbach | 3000 PONTIAC TRAIL | | COMMERCE TWP | MI | 48390 | | lynn.longarbach@homedisc.com | First Class Mail and Email |
| ICON EYEWEAR INC | Attn:Micheal Quinn | 5 EMPIRE BLVD | | SOUTH HACKENSACK | NJ | 07606 | | mquinn5340@aol.com | First Class Mail and Email |
| IMAGINE NATION BOOKS | Attn:Ben Stone | | | | | | | Bstone@imaginenation.us | Email |
| IMPERIAL DELTAH INC | Attn:Sharad Bhatia | BAZAR GROUP | THE 795 WATERMAN AVE | E PROVIDENCE | RI | 02914- | | sharad@midurajewels.com | First Class Mail and Email |
| INDULGE CHEESECAKE (MYGOFER) | Attn:Debbie Zempel | | | | | | | debbie@indulgecheesecakes.com | Email |
| INFINITE ROSE | Attn:Alberto Sasspm | | | | | | | asasspm@infiniterose.com | Email |
| INSIDE SOURCE | Attn:Bill Czisny | 5670 TRINITY COURT | | GURNEE | IL | 60031 | | billc@dls.net | First Class Mail and Email |
| INTERACTIVE SPORTS ENTERTAINMENT | Attn: President or General Counsel | 1705 W NW HWY 150 | | GRAPEVINE | TX | 76051 | | | First Class Mail |

In re:  Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Exhibit C

SBT Vendor Service List

Served as set forth below

| NAME | NOTICE NAME | ADDRESS | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| IVY ACRES INC | Attn: President or General Counsel | 1675 EDWARDS AVE | | CALVERTON | NY | 11933 | | | First Class Mail |
| J L BLOCK LLC | Attn:Craig Alcantara | | | | | | | alcantaracraig@yahoo.com | Email |
| JADS INTERNATIONAL LLC | Attn:Kevin Robertson | | | | | | | kevin@vaughnassoc.com | Email |
| JK IMAGING LTD | Attn:Mike Hackett | 1411 W 190TH STREET STE 550 | | GARDENA | CA | 90248 | | mikehackett@jkimagingltd.com | First Class Mail and Email |
| JOSEPH ENTERPRISES | Attn:Micheal Hirsch | 425 CALIFORNIA STREET STE 300 | | SAN FRANCISCO | CA | 94104 | | mhirsch@jeiusa.com | First Class Mail and Email |
| JWIN ELECTRONICS CORP | Attn:Kevin Lim | 2 HARBOR PARK DR | | PORT WASHINGTON | NY | 11050 | | lim.kevin@iluv.com | First Class Mail and Email |
| K & M ASSOCIATES LP | Attn: President or General Counsel | 425 DEXTER ST | | PROVIDENCE | RI | 09207 | | | First Class Mail |
| KAMA SCHACHTER JEWELRY | Attn:Keri Kutansky | 42 WEST 48TH STREET 15TH FLOOR | | NEW YORK | NY | 10036 | | keri.kutansky@kamaschachter.com | First Class Mail and Email |
| KAMHI WORLD | Attn: President or General Counsel | 1063 CEPHAS ROAD | | CLEARWATER | FL | 33765 | | | First Class Mail |
| KILLER CONCEPTS LLC | Attn:Jeff Leitman | 22965 LA CADENA DR | | LAGUNA HILLS | CA | 92653 | | jleitman@killerc.com | First Class Mail and Email |
| KOOLATRON INC | Attn:Mike Heiges | 402 S NLAKE BLVD STE 1000 | | ALTAMONTE SPRINGS | FL | 32701 | | mheiges@nasainc.com | First Class Mail and Email |
| KOOLATRON INC | Attn:Arun Kulkarni | P O BOX 66512 | | CHICAGO | IL | 60666 | | arun@koolatron.com | First Class Mail and Email |
| KURT WEISS GREENHOUSES | Attn: President or General Counsel | P O BOX 641 | | CENTER MORICHES | NY | 11934 | | | First Class Mail |
| LA TENDENCE USA | Attn:Alex Ballesteros | 160 NW 123RD AVE | | MIAMI | FL | 33182 | | aballesteros@latendence.com | First Class Mail and Email |
| LANGLEY PRODUCTS | Attn:Jenifer Elliot | P O BOX 219864 | | KANSAS CITY | MO | 64121 | | jellioty@empirecandle.com | First Class Mail and Email |
| LM FARMS LLC (GARDENS ALIVE) | Attn:JD Jones | 230 MARY AVE | | GREENDALE | IN | 47025 | | jdjones@zelenkafarms.com | First Class Mail and Email |
| LUCENT JEWELERS | Attn:Isabel Costa | 1200 AVENUE OF AMERICAS 5TH FL | | NEW YORK | NY | 10036 | | isabel.costa@lucentusa.com | First Class Mail and Email |
| M EDGE INTERNATIONAL CORP | Attn:Bill Fuchs | 1334 ASHTON ROAD SUITE B | | HANOVER | MD | 21076 | | billfuchs@medgestore.com | First Class Mail and Email |
| MAGIC VIDEO INCORPORATED | Attn:Doug Butdorf | 475 RIVERFRONT DRIVE | | READING | PA | 19602 | | doug@sqsmv.com | First Class Mail and Email |
| MARIA GARDENS INC | Attn: President or General Counsel | BOX 360256 | | STRONGSVILLE | OH | 44136 | | | First Class Mail |
| MASTERLINK MARKETING INC (Removed 09/27/18 readded 10/6/11) | Attn:Victoria Gibbs | 26 ROBERTSON DAVIES DRIVE | | BRAMPTON | | | | masterlink@bellnet.ca | First Class Mail and Email |
| MASTERPIECE DIAMONDS | Attn:Sharad Bhatia | 12 E 45TH FL 2 | | NEW YORK | NY | 10017-2418 | | sharad@midurajewels.com | First Class Mail and Email |
| MAX COLOR LLC | Attn:Lauren Karabaich/Pratik Shah | 5 SOUTH WABASH AVE  1810 | | CHICAGO | IL | 60603 | | lauren@maxcolorllc.com; pratik@maxcolorllc.com | First Class Mail and Email |
| MAXMARK INC | Attn:Binoy Shah | 5 S WABASH AVE STE 1728 | | CHICAGO | IL | 60603 | | binoy@maxmarinc.com | First Class Mail and Email |
| MCKENZIE FARMS HI | Attn:Kristina Roberts | MCKENZIE D COOK | PO BOX 1620 | ESTACADA | OR | 97023 | | Kristinar@mckenziefarms.org | First Class Mail and Email |
| MCKENZIE FARMS LLC | Attn:Kristina Roberts | MCKENZIE D COOK | PO BOX 1620 | ESTACADA | OR | 97023 | | Kristinar@mckenziefarms.org | First Class Mail and Email |
| MEGA BRAND AMERICA INC | Attn:Scott Flynn | P O BOX 823528 | | PHILADELPHIA | PA | 19182 | | sflynn@megabrands.com | First Class Mail and Email |
| MERANGUE INTERNATIONS LTD | Attn:John Moreau | 55 TRAVAIL ROAD UNIT 2 | | MARKHAM | | | | jmoreau@merangue.com | First Class Mail and Email |
| MICHAELS GREENHOUSE | Attn:Michael Arisco | 300 SOUTH MERIDEN RD | | CHESHIRE | CT | 06410 | | michael@michaelsgreenhouses.com | First Class Mail and Email |
| MICHIGAN WEST SHORE NURSERY | Attn: President or General Counsel | 201 W WASHINGTON AVE STE 201 | | ZEELAND | MI | 49464 | | | First Class Mail |
| MIDURA JEWELS INC | Attn:Sharad Bhatia | 4323 COLDEN STREET UNIT 19F | | FLUSHING | NY | 11355 | | sharad@midurajewels.com | First Class Mail and Email |
| MILL CREEK ENTERTAINMENT (Half Moon) | Attn:Mark Van Gorp | 2445 NEVADA AVE N | | MINNEAPOLIS | MN | 55427 | | mvangorp@digital1stop.com | First Class Mail and Email |
| MISTY MATE INC | Attn: President or General Counsel | 2910 S HARDY DR STE 104 | | TEMPE | AZ | 85282 | | | First Class Mail |
| MIWORLD ACCESSORIES LLC | Attn:Judah Uziel | | | | | | | judah@miworldaccessories.com | Email |

In re:  Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 4 of 8

Exhibit C

SBT Vendor Service List

Served as set forth below

| NAME | NOTICE NAME | ADDRESS | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| MJ HOLDIIINGS (FORMERLY BECKETT ASSOCIATES) | Attn: President or General Counsel | 7001 S HARLEM AVE | | BEDFORD PARK | IL | 60638 | | kevin@mobileistic.com | First Class Mail |
| MOBILEISTIC LLC | Attn:Kevin Henn | 205 MARCUS BLVD | | HAUPPAUGE | NY | 11788 | | kevin@mobileistic.com | First Class Mail and Email |
| MOBILESSENTIALS LLC | Attn:Joe Kellett | 3905 CIRCLE DR | | HOLMEN | WI | 54636 | | jkellett@mibilessentials.us | First Class Mail and Email |
| MY MIGGO GROUP LTD | Attn:Rafy David | 5 EL-RASHID STREET | | ABU GOSH | | | ISREAL | Rafy@Mymiggo.com | First Class Mail and Email |
| N G HEIMOS GREENHOUSES | Attn:Bill Byland | 6627 RT 158 | | MILLSTADT | IL | 62298 | | billb@mickysminis.com | First Class Mail and Email |
| NATIONAL DISTRIBUTION WAREHOUSES | Attn:Zach Kalatsky | 4809 AVENUE N #331 | | BROOKLYN | NY | 11234 | | z.kalatsky@gmail.com | First Class Mail and Email |
| NELLA LLC GOLDEN ACRES | Attn: President or General Counsel | 880 GREEN ROAD | | TIPTON | IA | 52772 | | | First Class Mail |
| NEW CUSTOMER SERVICE COMPANIES INC | Attn:Eric Iliffe | | | | | | | iliffe@newcorp.com | Email |
| NIRU NY LTD | Attn:Sharad Bhatia | 20E 46TH STREET SUITE 1002 | | NEW YORK | NY | 10017 | | sharad@midurajewels.com | First Class Mail and Email |
| OHIO MULCH SUPPLY INC | Attn:Tim Hart | 1600 UNIVERSAL RD | | COLUMBUS | OH | 43207 | | thart@ohiomulch.com | First Class Mail and Email |
| OLIVE AND DOVE INC | Attn:Paul Lee | | | | | | | paul.lee@olivendove.com | Email |
| ORANGE CIRCLE STUDIO | Attn:Andrew Spicer | | | | | | | andys@orangecirclestudio.com | Email |
| OTC INTERNATIONAL | Attn: President or General Counsel | 529 5TH AVENUE 12TH FL | | NEW YORK | NY | 10017 | | jstephens@prime-art.com | First Class Mail and Email |
| OUR ALCHEMY (formerly MILLENNIUM MEDIA SERVICES) | Attn:Dale Moyer | 5900 WILSHIRE BLVD | | LOS ANGELES | CA | 90036 | | dmoyer@m-m-services.com | First Class Mail and Email |
| PADDYWHACK LANE LLC | Attn:Robert Fuller | | | | | | | bob@paddywhacklane.com | Email |
| PAN AMERICAN NURSERY | Attn:Stephen DeGabriele | 5151 152ND ST | | SURREY | BC | V3Z 1G9 | CANADA | stephend@panamnursery.com | First Class Mail and Email |
| PASSION GROWERS LLC | Attn:Ed D'Ovidio | | | | | | | ed@passiongowers.com | Email |
| PCT BRANDS LLC | Attn:Jon Thomas | 3720 LAPER ROAD | | AUBURN HILLS | MI | 48326 | | jthomas@pctbrands.com | First Class Mail and Email |
| PERFECT TIMING | Attn:Kelli Stoll | N19 W23993 RIDGEVIEW PKWY W | | WAUKESHA | WI | 53188 | | kstoll@perfecttimingbrands.com | First Class Mail and Email |
| PHARMRGRADE INC | Attn:Joshua Vukelich | | | | | | | joshuav@pharmgrade.com | Email |
| PINEAE GREENHOUSE | Attn:Brian Gold | 1901 S. 5100 W. | | OGDEN | UT | 84401 | | bgold@pineae.com | First Class Mail and Email |
| PINERY LLC | Attn:Dawn Allen | 13701 HIGHLAND VALLEY ROAD | | ESCONDIDO | CA | 92025 | | dawn.allen@tricompany.com | First Class Mail and Email |
| PIRTLE NURSERY | Attn: President or General Counsel | 2220 EVINS MILL ROAD | | SMITHVILLE | TN | 37166 | | | First Class Mail |
| PLANT MARKETING LLC | Attn:Jim Meyer | 819 W SHOREWOOD DR | | EAU CLAIRE | WI | 54703 | | jmeyer@plantorders.com | First Class Mail and Email |
| PLANTATION PRODUCTS INC (DC) new set up as D2S | Attn:JENNIFER MASIELLO | 202 S WASHINGTON ST | | NORTON | MA | 02756 | | jmasiello@plantationproducts.com | First Class Mail and Email |
| PLANTBEST INC | Attn:Thijs Millenaar | 170 DUFFIELD DRIVE 2ND FLOOR | | MARKHAM | | | | thijsm@plantbest.com | First Class Mail and Email |
| POLK NURSERY | Attn: President or General Counsel | 361 DENTON AVE | | AUBURNDALE | FL | 33823 | | | First Class Mail |
| POST GARDENS | Attn: President or General Counsel | 3055 W MICHIGAN AVE | | BATTLE CREEK | MI | 49017 | | | First Class Mail |
| PREFERRED COMMERCE INC | Attn:Mark Mikosz | 3260 FAIRLANE FARMS RD STE 1 | | WELLINGTON | FL | 33414 | | mmikosz@growums.com | First Class Mail and Email |
| PRIME ART JEWELERS (PAJ) | Attn: President or General Counsel | 18325 WATERVIEW PARKWAY | | DALLAS | TX | 75252 | | jstephens@prime-art.com | First Class Mail and Email |
| PRIME ART JEWELERS (PAJ) | Attn:Jessica Stephens | P O BOX 678386 | | DALLAS | TX | 75267 | | jstephens@prime-art.com | First Class Mail and Email |
| PRIMO WATER CORPORATION | Attn: President or General Counsel | 101 N CHERRY STREET STE 501 | | WINSTON | NC | 27101 | | | First Class Mail |
| PUFF E CIG INC | Attn:Paul Weisberger | | | | | | | paulw@puffecig.com | Email |
| PUGS HOLDINGS LLC | Attn:Rob Hohman | 215 N 1800 W | | LINDON | UT | 84042 | | rob.hohman@pugsgear.com | First Class Mail and Email |
| PURE TALK HOLDINGS LLC | Attn:Kelly Jesel | 4113 MONTICELLO ST SW | | COVINGTON | GA | 30014 | | kelly.jesel@telrite.com | First Class Mail and Email |
| PURILABS LLC | Attn:Micheal Etman | 900 SKOKIE BLVD, SUITE 103 | | NORTHBROOK | IL | 60062 | | micheal@purilabs.com | First Class Mail and Email |

Exhibit C

SBT Vendor Service List

Served as set forth below

| NAME | NOTICE NAME | ADDRESS | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| QUALITY GROWERS LLC | Attn: President or General Counsel | 2233 CENTERVILLE TPKE S | | CHESAPEAKE | VA | 23322 | | | First Class Mail |
| QUALITY IN PROPANE LLC | Attn:Mike Dodd | 2792 NW 24TH STREET | | MIAMI | FL | 33142 | | info@propaneninja.com | First Class Mail and Email |
| R E L INTERNATIONAL INC | Attn: President or General Counsel | | | | | | | marc@relinternational.com | Email |
| REGATTA GREAT OUTDOORS | Attn:John Mulvihill | 55 MAIN STREET SUITE 219 | | NEWMARKET | NH | 03857 | | jmulvihill@regatta.com | First Class Mail and Email |
| RGGD INC | Attn:Madeleine Lewis | DEPT CH 16738 | | PALATINE | IL | 60055 | | mlewis@birchcrest.com | First Class Mail and Email |
| RICHLINE GROUP INC | Attn:Kathy Knee | 6701 NOB HILL ROAD | | TAMARAC | FL | 33321 | | kathy.knee@richlinegroup.com | First Class Mail and Email |
| RICHLINE GROUP INC | Attn:Kathy Knee | PO BOX 406902 | | ATLANTA | GA | 30384-6202 | | kathy.knee@richlinegroup.com | First Class Mail and Email |
| RINGGOLD GROWERS | Attn:Sam Rambo | 526 BUCHANAN HIGHWAY | | DALLAS | GA | 30157 | | samrambo@mindspring.com | First Class Mail and Email |
| RIVERSTONE USA LLC | Attn:Alan Barnett | 4921 12TH AVE | | BROOKLYN | NY | 11219 | | abarnett@lightshippartners.com | First Class Mail and Email |
| RM ACQUISITION LLC (Rand McNally) | Attn:Dean Gershenson/Paul Brettman | 75 REMITTANCE DRIVE SUITE 3043 | | CHICAGO | IL | 60675 | | dgershenson@randmcnally.com; pbrettman@randmcnally.com | First Class Mail and Email |
| RM ACQUISITION LLC (Rand McNally) | Attn:Dean Gershenson | 9855 WOODS DRIVE | | SKOKIE | IL | 60077 | | dgershenson@randmcnally.com | First Class Mail and Email |
| ROSY BLUE JEWELRY | Attn: President or General Counsel | 529 5TH AVENUE 12TH FL | | NEW YORK | NY | 10017 | | jstephens@prime-art.com | First Class Mail and Email |
| ROYAL CONSUMER PRODUCTS | Attn:TJ Hughes | 108 MAIN ST | | NORWALK | CT | 06851 | | tj@sls-assoc.com | First Class Mail and Email |
| RURAL ROUTE 1 POPCORN (MYGOFER) | Attn:Sar Whitaker | | | | | | | saraw@ruralroute1.com | Email |
| S & J DIAMOND CORP (readded 1/4/16) | Attn:Robin Rosenberg | 415 MADISON AVE, SUITE 800 | | NEW YORK | NY | 10017 | | robinr@snjny.com | First Class Mail and Email |
| SAKAR INTERNATIONAL INC | Attn:Julius Chabbot | 195 CARTER DRIVE | | EDISON | NJ | 08817 | | juliusc@sakar.com | First Class Mail and Email |
| SAKAR INTERNATIONAL INC | Attn:Julius Chabbot | EDISON NJ  08817 | | | | | | juliusc@sakar.com | First Class Mail and Email |
| SAKOURA DESIGNS | Attn:Nancy Hiller | 719 HUNTLEY DR | | LOS ANGELES | CA | 90069 | | nancyhiller@sakoura.net | Email |
| SARGAM INTERNATIONAL | Attn:Dan Marich | | | | | | | ldm1828@sbcglobal.net | First Class Mail and Email |
| SCHUSTERS GREENHOUSE LIMITED | Attn:David Schuster | 9165 COLUMBIA ROAD | | OLMSTED FALLS | OH | 44138 | | schustersgh@att.net | First Class Mail and Email |
| SCREEN GEMS INC | Attn:Andy Skaff | 34 FOLLY MILL ROAD UNIT 7 | | SEABROOK | NH | 03874 | | andy@screengemsnh.com | First Class Mail and Email |
| SDC DESIGNS LLC (DBA SUPER DIAMOND) | Attn:Michael Sheinman | 30-30 47TH AVE SUITE 520 | | LONG ISLAND CITY | NY | 11101 | | msheinman@superdiamondco.com | First Class Mail and Email |
| SEDAN FLORAL | Attn: President or General Counsel | PO BOX 339 | | SEDAN | KS | 67361 | | | First Class Mail |
| SEEDS OF CHANGE (Removed 1/29/10 readded 10/25/13) | Attn:Jerry Koppes | 2555 DOMINGUEZ HILLS DR | | RANCHO DOMINGUEZ | CA | 90220 | | gek2010@aol.com | First Class Mail and Email |
| SEIKO CORPORATION OF AMERICA | Attn: President or General Counsel | 1111 MACARTHUR BLVD | | MAHWAH | NJ | 07430 | | | First Class Mail |
| SGG INC | Attn: President or General Counsel | 31-00 47TH AVENUE | | LONG ISLAND CITY | NY | 11101 | | jstephens@prime-art.com | First Class Mail and Email |
| SHAGHAL LTD | Attn:Roy Rayn | 2231 COLBY AVENUE | | LOS ANGELES | CA | 90064 | | royr@xovision.com | First Class Mail and Email |
| SHANTI CORPORATION (DBA VIJAY GOLD DESIGN) | Attn:Rashna Harda | 1212 AVE OF THE AMERCIAS 23RD | | NEW YORK | NY | 10036 | | rashna@vijaygold.com | First Class Mail and Email |
| SKY NUTRITION INC | Attn:Christina Mason | | | | | | | christinam@marsh-rep.com | Email |
| SMARTERVILLE (HOP LLC) (DC) | Attn: President or General Counsel | 1001 FLEET ST 8TH FL M AMREIN | | BALTIMORE | MD | 21202 | | | First Class Mail |
| SOFT AIR USA | Attn:Kevin Franklin | 1452 HUGHES ROAD, SUITE 100 | | GRAPEVINE | TX | 6051 | | thefimmengroup@aol.com | First Class Mail and Email |
| SONOMA ENTERTAINMENT | Attn:Nathalie Murdocco | 1 WESTMOUNT SQUARE STE 1100 | | WESTMOUNT | | | | nmurdoccco@sonomaent.com | First Class Mail and Email |
| SOY ESSENTIALS LLC | Attn:Dan Maurer | 5271 JERUSALEM CT SUITE 1 | | MODESTO | CA | 95356 | | dan@thesoico.com | First Class Mail and Email |
| SPORT SOLE LP | Attn:Marc Schlachter | 2205 E PIONEER DR | | IRVING | TX | 75061 | | marc@shoebacca.com | First Class Mail and Email |

In re:  Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 6 of 8

Exhibit C
SBT Vendor Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| STANLEY CREATIONS | Attn:Karl Schmid | 1414 WILLOW AVE | | MELROSE PARK | PA | 19027 | | karl@stanleycreations.com | First Class Mail and Email |
| STI PREPAID LLC | Attn: President or General Counsel | 12900 FOSTER STE 220 | | OVERLAND PARK | KS | 66213 | | | First Class Mail |
| STOVER SEED COMPANY | Attn:Stephen Knutson | P O BOX 1579 | | SUN VALLEY | CA | 91353 | | stephen_k@stoverseed.com | First Class Mail and Email |
| SUNSHINE GROWERS | Attn:Shane Weaver | 3516 HAMILTON ROAD | | LAKELAND | FL | 33811 | | sweaver639@aol.com | First Class Mail and Email |
| SUPER MARKETING DISTRIBUTORS | Attn: President or General Counsel | 65 RICHARD ROAD | | IVYLAND | PA | 18974 | | | First Class Mail |
| TAYLOR PRECISION PRODUCTS | Attn: President or General Counsel | P O BOX 1415 | | COMMERCE TOWNSHIP | MI | 48390 | | | First Class Mail |
| TF AIRTIME SALES | Attn:Annette Hutsell | P O BOX 3103 | | CAROL STREAM | IL | 60132 | | ahutsell@tracfone.com | First Class Mail and Email |
| THE LUXE GROUP INC | Attn:Isaac Fuhrmann | 304 HUDSON ST 5TH FL | | NEW YORK | NY | 10013 | | isaac@theluxegroup.com | First Class Mail and Email |
| THEUTS FLOWER BARN LLC | Attn:Joe Houston | 36615 POUND ROAD | | RICHMOND | MI | 48062 | | joeh@theutsflowerbarn.com | First Class Mail and Email |
| TIGER CAPITAL GROUP LLC | Attn:Jared Belson | 99 PARK AVE SUITE 1930 | | NEW YORK | NY | 10016 | | jbelson@tigergroup.com; ababcock@tigergroup.com | First Class Mail and Email |
| TIMBERLINE NURSERY | Attn: President or General Counsel | PO BOX 96 | | HILLISTER | TX | 77624 | | | First Class Mail |
| TIME FACTORY INC | Attn: President or General Counsel | 6355 MORENCI TRAIL | | INDIANAPOLIS | IN | 46268 | | | First Class Mail |
| TJ & H CHILLUNS LTD | Attn: President or General Counsel | 4900 N WEIR DRIVE | | MUNICE | IN | 47304 | | | First Class Mail |
| TJC JEWELRY INC | Attn:Ashish Shah | | | | | | | ashish.s@thejewelrycomp.com | Email |
| TNG (The News Group) | Attn:Lori Maher | 1955 LAKE PARK DRIVE SUITE 400 | | SMYRNA | GA | 30080 | | lmaher@tng.com | First Class Mail and Email |
| TONGFANG GLOBAL INC | Attn:Mia Zhou | 1550 VALLEY VISTA DRIVE STE210 | | DIAMOND BAR | CA | 91765 | | miazhou@seiki.com | First Class Mail and Email |
| TRENDS INTERNATIONAL INC | Attn:Bill Barrow | 5188 WEST 74TH STREET | | INDIANPOLIS | IN | 46268 | | bbarrow@trendsinternational.com | First Class Mail and Email |
| TRENDSOURCE | Attn:Melicia Palmer | 99 PARK AVE SUITE 1930 | | NEW YORK | NY | 10016 | | mpalmer@tigergroup.com | First Class Mail and Email |
| TRENDSOURCE DISTRIBUTION INC | Attn:Char Klohe | 8535 E HARTFORD DR SUITE 108 | | SCOTTSDALE | AZ | 85255 | | char@trendsourcedistribution.com | First Class Mail and Email |
| TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC | Attn:Jane Stone | PO BOX 402665 | | ATLANTA | GA | 30384 | | janie.stone@fox.com | First Class Mail and Email |
| TWIN STATE INC | Attn: President or General Counsel | 3541 E KIMBERLY ROAD | | DAVENPORT | IA | 52807 | | | First Class Mail |
| UNIQUE DESIGNS INC | Attn:Albert Franco | 521 5TH AVENUE STE 820 | | NEW YORK | NY | 10175 | | Albert@ud-ny.com | First Class Mail and Email |
| UNIQUE DESIGNS INC | Attn:Satyam Koli | 521 FIFTH AVE #610 | | NEW YORK | NY | 10175 | | satyam.koli@kiranusa.com | First Class Mail and Email |
| UNITED NURSERY LLC | Attn:Jose Rodriquez | 30401 SW 217TH AVE | | HOMESTEAD | FL | 33030 | | jose@unitednursery.com | First Class Mail and Email |
| UNITED TOBACCO VAPOR GROUP | Attn:Patrick Patterson | 1005 UNION CENTER DR SUITE F | | ALPHARETTA | GA | 30004 | | patrickpatterson@pattersonco.com | First Class Mail and Email |
| URBAN ARMOR GEAR | Attn:Samuel Siu | 28202 CABOT ROAD, SUITE 300 | | LAGUNA NIGUEL | CA | 92677 | | samuel.siu@urbanarmorgear.com | First Class Mail and Email |
| VAN WINGERDEN INTERNATIONAL (readded 10/9/13) | Attn:Bert Lemkes | 4112 HAYWOOD ROAD | | MILLS RIVER | NC | 28759 | | bertle@vanwingerdenintl.com | First Class Mail and Email |
| VAN ZYVERDEN INC | Attn:Marcel Van Der Aar | P O BOX 550 | | MERIDIAN | MS | 39302 | | mvanderaar@vzusa.com | First Class Mail and Email |
| VERBATIM AMERICAS LLC | Attn:Hollie Malinovsky | 1200 WEST WT HARRIS BLVD | | CHARLOTTE | NC | 28262 | | hollie.malinovsky@verbatim.com | First Class Mail and Email |
| VERIGOLD (RENAISSANCE JEWELRY) Removed 9/14/16 | Attn: President or General Counsel | 3 EAST 54TH STREET SUITE 603 | | NEW YORK | NY | 10022 | | vishal@verigold.com | First Class Mail and Email |
| VICTORY INTERNATIONAL GROUP | Attn: President or General Counsel | 9800 IRVINE CENTER DRIVE | | IRVINE | CA | 92618 | | | First Class Mail |
| VIJAY GOLD DESIGNS | Attn: President or General Counsel | 31-00 47TH AVENUE | | LONG ISLAND CITY | NY | 11101 | | jstephens@prime-art.com | First Class Mail and Email |
| WARDS GREENHOUSE | Attn:Doug Ward | 1760 BANKS LOWMAN RD | | GRAND VALLEY | ID | 83622 | | doug@wardsgreenhouse.com | First Class Mail and Email |
| WHITES NURSERY | Attn:Carol McKinley | | | | | | | carlwhitesnursery@insight.rr.com | Email |
| WICKED AUDIO | Attn:Paul Marshall | 875 W 325 N | | LINDON | UT | 84042 | | paul@wickedaudio.com | First Class Mail and Email |

Exhibit C
SBT Vendor Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|------|-------------|---------|-----------|------|-------|-------------|---------|-------|-------------------|
| WILDGAME INNOVATIONS (DC) | Attn: President or General Counsel | PO BOX 1048 | 101 CASON RD 1ST FL | BROUSSARD | LA | 70518 | | | First Class Mail |
| WILTRONIC CORP | Attn:Roy Rayn | 13939 CENTRAL AVE | | CHINO | CA | 91710 | | royr@xovision.com | First Class Mail and Email |
| WORK N GEAR | Attn: President or General Counsel | 2300 CROWN COLONY DR STE 300 | | QUINCY | MA | 02169 | | | First Class Mail |
| YELLOW GOLD INC | Attn:Haviv Kassab | 580 FIFTH AVE SUITE 701 | | NEW YORK | NY | 10036 | | theresa@ygigroup.com | First Class Mail and Email |
| ZELENKA FARMS (FORMERLY BFN OPERATIONS) | Attn:Tom Whipple | PO BOX 772990 | | CHICAGO | IL | 60677 | | tomwhipple@berrynurseries.com | First Class Mail and Email |
| ZIBRA LLC | Attn: President or General Counsel | 172 BROAD SOUND PLACE | | MOORESVILLE | NC | 28117 | | | First Class Mail |

In re:  Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

Page 8 of 8

**Exhibit D**

## Exhibit D

Utilities Service List

Served via First Class Mail

| NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|------|---------|------|-------|-------------|
| Ameren Illinois | PO BOX 88034 | Chicago | IL | 60680-1034 |
| City of Bloomington, IL | P.O. Box 3157 | Bloomington | IL | 61702-5216 |
| City of Cambridge, MA | 795 Massachusetts Ave. | Cambridge | MA | 02139- |
| City of Clovis, CA | 1033 Fifth | Clovis | CA | 93612 |
| City of Grand Junction, CO | PO Box 1809 | Grand Junction | CO | 81502-1809 |
| City of Holyoke, MA | 63 North Canal Street | Holyoke | MA | 01040-5836 |
| City of Taft, CA | 209 E. Kern St | Taft | CA | 93268 |
| City of Tampa Utilities | PO Box 30191 | Tampa | FL | 33630-3191 |
| Com Ed | PO Box 6111 | Carol Stream | IL | 60197-6111 |
| Direct Energy/643249/660749 | PO Box 660749 | Dallas | TX | 75266 |
| Entergy Louisiana, Inc./8108 | PO Box 8108 | Baton Rouge | LA | 70891-8108 |
| Eversource Energy/56007 | PO Box 56007 | Boston | MA | 02205-6007 |
| Holyoke Gas & Electric Department | 99 Suffolk Street | Holyoke | MA | 01040-5082 |
| Holyoke Water Works, MA | PO Box 4184 | Woburn | MA | 01888-4184 |
| Manhasset-Lakeville Water District | 170 E Shore Rd | Great Neck | NY | 11023-2408 |
| National Grid - Hicksville/11791 | PO Box 11791 | Newark | NJ | 07101-4791 |
| National Grid - New York/11742 | PO Box 11742 | Newark | NJ | 07101-4742 |
| Nicor Gas/2020/0632/5407 | PO Box 5407 | Carol Stream | IL | 60197-5407 |
| Pacific Gas & Electric | P.O. Box 997300 | Sacramento | CA | 95899-7300 |
| PSEGLI | P.O. Box 9039 | Hicksville | NY | 11802-9039 |

In re:  Sears Holdings Corporation, *et al.*

Case No. 18-23538 (RDD)

## Exhibit D

Utilities Service List
Served via First Class Mail

| NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|
| Receiver of Taxes -Town of Riverhead | 200 Howell Avenue | Riverhead | NY | 11901-2596 |
| Suburban Propane/NJ-2350 | PO Box 160 | Whippany | NJ | 07981-0160 |
| Teco Tampa Electric Company | P.O. Box 31318 | Tampa | FL | 33631-3318 |
| Ute Water Conservancy District | P.O. Box 460 | Grand Junction | CO | 81502 |
| West Kern Water District | P.O. Box 1105 | Taft | CA | 93268-1105 |
| XCEL Energy:Public Service Company of CO | P.O. Box 9477 (2200) | Minneapolis | MN | 55484-9477 |

In re:  Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

Page 2 of 2

**Exhibit E**

## Exhibit E

Service Providers Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ADT (acquired Protection One) | Natalie Kugelberg | NatalieKugelberg@protection1.com |
| Engie/Ecova | Jim Lariccia | Jim.lariccia@engie.com |
| Phoenix Energy Technologies | Roxanne Yates | RYates@PhoenixET.com |
| Consolidated Fire Protection | Demerie Lee | DLEE@CFPFIRE.COM |
| ARI Automotive Rentals, Inc | Jerry Pensabene | jpensabene@arifleet.com |
| Northstar | Dennis Plymire | Dplymire@northstar.com |
| Capital Builidng Services Group (CBSG) | Rick Aiello | rick.aiello@cbsginc.com |
| Diversified Maintenance Systems | Monika Baran Shaheen Mojibian | mbaran@diversifiedm.com; smojibian@diversifiedm.com |
| Kellermeyer Building Services (KBS) | Mark Minasian | mminasian@kbs-services.com |
| Johnson Controls | Angionette Hansen | angionette.hansen@jci.com |
| LENNOX NATIONAL ACCOUNTS | Jenny  Sketch | Jenny.Sketch@lennoxnas.com |
| RTH Mechanical Services Inc. | Dave Bertolami | daveb@rthmechanicalservices.com |
| Thermodynamics | Diane Pomeroy | diane.pomeroy@thermodynamicsne.com |
| Veolia | Mark  Braniff | mark.braniff@veolia.com |
| Esprisgas - A TMG Company | Derrick Caudle | dcaudle@esprigas.com |
| American Gas Producs | James E. Hermetet | jimh@agpgas.com |
| Orkin | Louisa Zoorob | LZoorob@rollins.com |
| Schindler | Eric Bertalone | eric.bertalon@us.schindler.com |

In re:  Sears Holdings Corporation, *et al.*

Case No. 18-23538 (RDD)

## Exhibit E

Service Providers Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Waste Management, Inc. | Drew Bryson | dbryson@wm.com |
| Cascade | Chris McGovern | cmcgovern@cascadewater.com |

In re:  Sears Holdings Corporation, *et al.*

Case No. 18-23538 (RDD)

Page 2 of 2