Jasne & Florio, L.L.P.
**Attorneys for Creditor Data Print Technologies, Inc.**
30 Glenn Street - suite 103
White Plains, New York 10603
914 997-1212
hgj@jasneflorio.com

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## WHITE PLAINS DIVISION

---

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **SEARS HOLDINGS CORPORATION, et al.,** ) | Chapter 11 |
| ) | Case No. 18-23538 (RDD) |
| **Debtors.** ) | (Jointly Administered) |
| ) | |
| ) | |

---

## NOTICE OF APPEARANCE AS TO ALL MATTERS
## & DEMAND FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned attorneys, Jasne & Florio, L.L.P., hereby appears as counsel to Creditor Data Print Technologies, Inc., as a vendor for goods ordered and received by the Debtor including the related and subsidiary entities thereof (all collectively "SEARS" unless otherwise distinguished) as to merchandise both post and pre-petition in accord with Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests, pursuant to Bankruptcy Rules including but not limited to sections 2002, 3017, 9007, 9010 and sections 342 and 1109(b) of the Bankruptcy Code, that any and all notices, including documents and electronically filed or entered in the above-captioned cases be given and served upon the following:

Jasne & Florio, L.L.P.
Attn Hugh G. Jasne, Esq.
Attn Diane L. Klein, Esq.
30 Glenn Street - suite 103
White Plains, New York 10603
914 997-1212

hgj@jasneflorio.com
dlk@jasneflorio.com

**PLEASE TAKE FURTHER NOTICE,** that pursuant to section 1109(b) of the Bankruptcy Code, this request constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, complaint, or demand that (1) affects or seeks to affect in any way any rights or interests of any of the debtors, creditors, landlords, equity holders, or parties in interest in these cases, with respect to: (a) the debtors and any related cases or adversary proceedings, whether currently pending or later commenced; (b) property of the debtors' estate, or proceeds in which the debtors may claim an interest; or (c) requires or seeks to require any act or other conduct by a party in interest in these bankruptcy cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is intended for the purpose of receiving all notices without waiver of any rights, claims, actions, defenses, set offs, recoupments nor any other waiver; and all such rights, claims, actions, defenses, set offs, and recoupments are hereby expressly reserved.

Dated: White Plains, New York
December 12, 2018

        Jasne & Florio, L.L.P.
        Attorneys for Creditor Data Print Technologies, Inc.

        /s/_____
        Hugh G. Jasne, Esq. (HGJ-5041)
        30 Glenn Street - suite 103
        White Plains, New York 10603
        914 997-1212
        hgj@jasneflorio.com
        dlk@jasneflorio.com