STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen
Jonathan D. Canfield
Sayan Bhattacharyya
180 Maiden Lane
New York, New York 10038-4982
Telephone:  (212) 806-5400
Facsimile:  (212) 806-6006

*Counsel to Och-Ziff Capital Structure Arbitrage Master Fund, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
                                                           :
In re:                                                     :      Chapter 11
                                                           :
SEARS HOLDING CORPORATION, *et al.*,[1]                    :      Case No. 18-23538 (RDD)
                                                           :
                                       Debtor.             :      (Jointly Administered)
                                                           :
---------------------------------------------------------- x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations  LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed  Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden,  LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart  Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears  Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home  Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859);  Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp.  (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC  Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc.  (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan,  Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC  (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company,  LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com,  Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears  Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road,  Hoffman Estates, Illinois 60179.

**PLEASE TAKE NOTICE** that Stroock & Stroock & Lavan LLP hereby appears in the above-captioned cases (the "Chapter 11 Cases") pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010(b) (the "Bankruptcy Rules") as counsel to Och-Ziff Capital Structure Arbitrage Master Fund, Ltd. and requests, pursuant to Bankruptcy Rules 2002, 9007 and 9010 and 11 U.SC. § 342, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following:

> Kristopher M. Hansen
> Jonathan D. Canfield
> Sayan Bhattacharyya
> STROOCK & STROOCK & LAVAN LLP
> 180 Maiden Lane
> New York, New York 10038
> Telephone:   (212) 806-5400
> Facsimile:   (212) 806-6006
> Email:        khansen@stroock.com
>                 jcanfield@stroock.com
>                 sbhattacharyya@stroock.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the parties in interest (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to

have documents served in accordance with Bankruptcy Rule 7004 and Federal Rule of Civil

Procedure 4, or to any other rights, claims, actions, or defenses, in law, in equity, or otherwise,

all of which rights, claims, actions, and defenses, are expressly reserved.

Dated: December 12, 2018          STROOCK & STROOCK & LAVAN LLP
      New York, New York

                                   /s/ *Kristopher M. Hansen*
                                   Kristopher M. Hansen
                                   Sayan Bhattacharyya
                                   Jonathan D. Canfield
                                   180 Maiden Lane
                                   New York, New York 10038-4982
                                   Telephone: (212) 806-5400
                                   Facsimile: (212) 806-6006

                                   *Counsel to Och-Ziff Capital Structure Arbitrage*
                                   *Master Fund, Ltd.*