Vivek Suri, Esq.
Attorney for KG Denim Limited
20 Vesey Street
Suite 300
New York, NY 10007
T: 212.537.6936
E: lawyer@surilawoffice.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X   Case No. 18-23538 (RDD)
In re:

**NOTICE OF**
SEARS HOLDINGS CORPORATION Et. Al.,   **APPEARANCE**

                              Debtors.
-------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that creditor KG DENIM LIMITED appears in this action by

Vivek Suri, Esq., who has been retained as attorney by the defendant.

      **PLEASE TAKE FURTHER NOTICE** that defendant demands that all papers in this

action should be served upon Vivek Suri, Esq. at the address set forth below.

Dated:  New York, New York
         December 13, 2018

/s/ Vivek Suri
Vivek Suri, Esq.

To:    All Counsel of Record              via ECF