UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION, et al.,

Case No.: 18-23538
Chapter 11

Debtor

-----------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Harris A. Phillips, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Stephen Tuttle, a creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Oklahoma and, if applicable, the bar of the U.S. District Court for the Western District of Oklahoma.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 12-06-2018

_____, New York

*[signature]*

Mailing Address:

Niemeyer, Alexander & Phillips
300 North Walker
Oklahoma City, OK 73101
E-mail address: harrisphillips@niemeyer-firm.com
Telephone number: (405) 232-2725