Exhibit B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                            :
                                                 :   Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,            :
                                                 :   Case No. 18-23538 (RDD)
                                                 :
             Debtors.[1]                         :   (Jointly Administered)
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Joudeleen C. Frans, depose and say that I am employed by Prime Clerk LLC (*"Prime Clerk"*), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 28, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) by the method set forth on the Master Service List attached hereto as **Exhibit A**; (2) via Overnight Mail on the Non-Debtor Parties Service List attached hereto as **Exhibit B**; and (3) via Email on the Non-Debtor Parties Email Service list attached hereto as **Exhibit C**:

- Motion of Debtors for Entry of an Order Extending the Automatic Stay to Certain Non-Debtor Parties [Docket No. 924] (the *"Motion to Extend Automatic Stay"*)

On November 29, 2018, at my direction and under my supervision, employees of Prime Clerk caused the Motion to Extend Automatic Stay to be served (1) via Overnight Mail on the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Non-Debtor Parties Service List attached hereto as **Exhibit D** and (2) via Email on the Non-Debtors Parties Email Service list attached hereto as **Exhibit E**.

On November 30, 2018, at my direction and under my supervision, employees of Prime Clerk caused the Motion to Extend Automatic Stay to be served (1) via Overnight Mail on the Non-Debtor Parties Service List attached hereto as **Exhibit F** and (2) via Email on the Non-Debtors Parties Email Service list attached hereto as **Exhibit G**.

On December 4, 2018, at my direction and under my supervision, employees of Prime Clerk caused the Motion to Extend Automatic Stay to be served via Email on the Notice Parties Email Service list attached hereto as **Exhibit H** and via Overnight Mail on Timothy McCann at an address that has been redacted in the interest of privacy (MMLID: 4896473).

Dated: December 4, 2018

_____
Joudeleen C. Frans

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 4, 2018, by Joudeleen C. Frans, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 2022

Exhibit B
Non-Debtor Parties Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| Filan Jerry | Address on file | | | | | | |
| Fishburn Claud | | Address on file | | | | | |
| Franklin Joyce | | Address on file | | | | | |
| Franklin Joyce | Address on file | | | | | | |
| Gayle Michael | | Address on file | | | | | |
| Gayle Michael | Address on file | | | | | | |
| Gharibian Kevork | Address on file | | | | | | |
| Girolamo Rose | Address on file | | | | | | |
| Girolamo Rose | | Address on file | | | | | |
| Gomez De Peralta Salustina | Address on file | | | | | | |
| Gomez De Peralta Salustina | | Address on file | | | | | |
| GUTIERREZ JESUS | | Address on file | | | | | |
| Harford Mall Business Trust | CBL HARFORD MALL BUSINESS TRUST | CO CBL & ASSOCIATES PROPERTIES INC | 2030 HAMILTON PLACE BLVD STE 500 | | CHATTANOOGA | TN | 37421 |
| Harford Mall Business Trust | Attn: CBL & ASSOCIATES LTD PARTNERSHIP | DBA HARFORD MALL BUSINESS TRUST | CBL# 0623 | PO BOX 955607 | ST LOUIS | MO | 63195-5607 |
| Harold Hignite | | Address on file | | | | | |
| Heaven Mausea | | Address on file | | | | | |
| Herman Annette | | Address on file | | | | | |
| Herman Annette | | Address on file | | | | | |
| Hodges Duane | | Address on file | | | | | |
| Hodges, Duane L. a/s/o East Penn Manufacturing Co. by and through it's agent, Sedgwick CMS | Woodard & Butler, LLC | Jeffrey M Butler | East Penn Manufacturing Co | PO BOX 1906 | Walterboro | SC | 29488 |
| Horan Donald | Address on file | | | | | | |
| Horan Donald | | Address on file | | | | | |
| Hoskins Damon | Address on file | | | | | | |
| Jones Damon | | Address on file | | | | | |
| Interprop Bedford, LLC | P O BOX 416479 | | | | BOSTON | MA | 02241-6479 |
| Jackson Taylah | Address on file | | | | | | |
| Jaimes Jose | | Address on file | | | | | |
| Jaimes Leonor | Address on file | | | | | | |
| Jaimes Leonor | | Address on file | | | | | |
| Jennifer Walker | | Address on file | | | | | |
| Jones Norma | | Address on file | | | | | |
| Jones, Norma | Fred Branson attorney at law | Andrew Gelbach | 109 East Market St. | P.O. Box 375 | Warrensburg | MO | 64093 |
| JWH Joliet LLC | | CO I & W MANAGEMENT CORP | 505 PARK AVENUE | | NEW YORK | NY | 10022 |
| Kappauf Brenda L | | Address on file | | | | | |
| KCD IP LLC | CO SEARS HOLDINGS MANAGEMENT CORP | 3333 BEVERLY ROAD | | | HOFFMAN ESTATES | IL | 60179 |
| KCD IP LLC dba Craftsman | CO SEARS HOLDINGS MANAGEMENT CORP | 3333 Beverly Road | | | Hoffman Estates | IL | 60179 |
| Keiser Jolina | | Address on file | | | | | |
| Keiser Jolina | Address on file | | | | | | |
| Kieborz Joyce | | Address on file | | | | | |
| Kieborz, Joyce | Attorney Mark L. Eurek | The Laqw Office Of Mark L. Eurek | 611 O Street P.O. Box 310 | | Loup City | NE | 68853-0310 |
| Kone Inc. | KONE INC | PO BOX 429 | | | MOLINE | IL | 61266 |
| Krasniqi Qazim | | Address on file | | | | | |
| Krasniqi Qazim | Address on file | | | | | | |
| Krasniqi Qazim B | Address on file | | | | | | |
| Kyle Keiser and Bryce Keiser | | Address on file | | | | | |
| Lemaire Faron | | Address on file | | | | | |
| Leroy Steiner | | Address on file | | | | | |
| Levin Management Corporation | c/o Stark & Stark, P.C. | Attn: Thomas S. Onder, Esquire | P.O. Box 5315 | | Princeton | NJ | 08543 |
| Levin Management Corporation | c/o Stark & Stark, P.C. | Attn: Joseph H. Lemkin, Esquire | P.O. Box 5315 | | Princeton | NJ | 08543 |
| LIPINSKI ROBERT P | | Address on file | | | | | |
| Madison Plaza Associates | | 805 THIRD AVENUE | SUITE 830 | | NEW YORK | NY | 10022 |
| Magnani Peter | Address on file | | | | | | |
| Wagnani Peter | | Address on file | | | | | |
| Main 19 LLC | ATTN LEGAL DEPARTMENT | 7978 COOPER CREEK BLVD Ste 100 | | | UNIVERSITY PARK | FL | 34201 |
| Maldonado Stephen | Address on file | | | | | | |
| Maldonado Stephen | | Address on file | | | | | |
| Maria Navarro | Address on file | | | | | | |
| Maria Navarro | | Address on file | | | | | |

In re: Sears Holdings Corporation, et al
Case No. 18-23538 (RDD)