**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re                  :

                       :         **Chapter 11**

**SEARS HOLDINGS CORPORATION,** *et al.,*   :

                       :         **Case No. 18-23538 (RDD)**

                       :

          Debtors.[1]     :         **(Jointly Administered)**

---------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF W. MICHAEL MOORE

### ON BEHALF OF MOORE & BISER, PLLC

STATE OF WEST VIRGINIA     )
                              ) s.s.:
COUNTY OF KANAWHA       )

      W. Michael Moore, being duly sworn, upon his oath, deposes and says as follows:

      1.      I am a managing member of Moore & Biser, PLLC, located at 317 Fifth Avenue, South Charleston, WV 25303 (the "**Firm**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2.    Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.    The Services include, but are not limited to, the following: **General liability advice and representation in litigation filed against Sears Holdings Corporation and its debtor affiliates in the State of West Virginia**.

4.    The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.    Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6.    Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

7.      As of the commencement of this chapter 11 case, the Debtors owed the Firm **$37,895.34** in respect of prepetition services rendered to the Debtors.

8.      The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on December 13, 2018, at South Charleston, West Virginia.

_____
W. Michael Moore

SWORN TO AND SUBSCRIBED before me this 13th day of December _____, 2018.

_____
Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Glyn M Houchins
Moore & Biser PLLC
317 Fifth Avenue
South Charleston, WV 25303
My Commission Expires Oct. 10, 2019

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

------------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**").

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.    Name and address of professional:

**W. Michael Moore, Managing Member, Moore & Biser, PLLC, 317 Fifth Avenue, South Charleston, West Virginia 25303**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2.      Date of retention: **January 1, 2007**

3.      Type of services to be provided:

**Legal representation**

4.      Brief description of services to be provided:

**General liability advice and representation in litigation filed against Sears Holdings Corporation and its debtor affiliates in the State of West Virginia and related litigation.**

5.      Arrangements for compensation (hourly, contingent, etc.):

**Hourly**

(a)     Average hourly rate (if applicable): **$145 for attorneys; $65 for paralegals**

(b)     Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): **$8,115.80**

6.      Prepetition claims against the Debtors held by the company:

a.      Amount of claim: **$ 5,611.50**

Date claim arose: **October 8, 2018**

Nature of claim: **Past due legal fees arising out of consolidated claim for multiple cases arising out of motor vehicle accident:** *Steven R. Wolf as Administrator of the Estate of Breanna N. Africa, deceased v. Innovel Solutions, Inc., et al.,* **Court of Common Pleas of Washington County, PA, Civil Action No. 2017-1725;** *Felicia Browell, As Parent and Natural Guardian of Rhianna L. Browell v. Sears, Roebuck and Company and Innovel Solutions, Inc., et al.,* **Circuit Court of Harrison County, WV, Civil Action No. 18-C-48;** *Thomas K. Dowler and Renné I. Dowler, Administrators of the Estate of Faith Renné Dowler v. Sears, Roebuck and Co. and Innovel Solutions, Inc., et al.,* **Circuit Court of Harrison County, WV, Civil Action No. 17-C-213;** *Robert Malone, As Parent and Natural Guardian of Robert Logan Malone, v. Sears, Roebuck and Co. and Innovel Solutions, Inc., et al.,* **Circuit Court of Harrison County, WV, Civil**

*Action No. 17-C-358; Robert Malone, Administrator of the Estate of Rhoda Malone v. Sears, Roebuck and Co. and Innovel Solutions, Inc., et al.*, **Circuit Court of Harrison County, WV, Civil Action No. 17-C-159;** *Carmine Molinaro, Jr., and Colette Molinaro, Parents and Natural Guardians of McKenzie Molinaro v. Innovel Solutions, Inc., et al.*, **Court of Common Pleas of Washington County, PA, Civil Action No. 2018-0130; and** *Westfield Insurance Company v. Innovel Solutions, Inc., et al.*, **Circuit Court of Harrison County, WV, Civil Action No. 18-C-164**

b.    Amount of claim: **$110.50**

Date claim arose: **October 15, 2018**

Nature of claim:  **Legal fees.** *Dawn Conner v. Sears, Roebuck and Co. and Sears Holding Corporation and Joe Doe Entity d/b/a Sears*, **Circuit Court of Cabell County, WV, Civil Action No. 18-C-397**

c.    Amount of claim: **$12,125.71**

Date claim arose: **July 3, 2018**

Nature of claim:  **Unpaid legal fees.** *Virginia K. Martin and Gordon Martin v. Sears, Roebuck and Co., Scott Malick, Manager, Sears Automotive*, **Circuit Court of Martin County, WV, Civil Action No. CC-24-2017-C-268**

d.    Amount of claim: **$8,524.76**

Date claim arose: **October 9, 2018**

Nature of claim:  **Unpaid legal fees.** *Virginia K. Martin and Gordon Martin v. Sears, Roebuck and Co., Scott Malick, Manager, Sears Automotive*, **Circuit Court of Martin County, WV, Civil Action No. CC-24-2017-C-268**

e.    Amount of claim: **$541.50**

Date claim arose: **October 15, 2018**

Nature of claim:  **Legal fees.** *Virginia K. Martin and Gordon Martin v. Sears, Roebuck and Co., Scott Malick, Manager, Sears Automotive*, **Circuit Court of Martin County, WV, Civil Action No. CC-24-2017-C-268**

f.    Amount of claim: **$6,946.20**

Date claim arose: **October 8, 2018**

Nature of claim:  **Unpaid legal fees.** *Pauline Minnis v. Kmart Corporation*, *et al.*, **United States District Court for the Northern District of West Virginia, Civil Action No.: 5:17-CV-108-FPS**

g.      Amount of claim:  **$4,035.17**

Date claim arose:  **October 15, 2018**

Nature of claim:  **Legal fees.** *Pauline Minnis v. Kmart Corporation*, *et al.*, **United States District Court for the Northern District of West Virginia, Civil Action No.: 5:17-CV-108-FPS**

7.      Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

**Not Applicable.**

8.      Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

**None.**

9.      Name and title of individual completing this form:

_____

**W. Michael Moore, Managing Member**

Dated:  December 13, 2018

4