RICH MICHAELSON MAGALIFF, LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
646.453.7851
Howard P. Magaliff

*Attorneys for Sante Marcoccia*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                            :
                                                  :    Chapter 11
                                                  :    Case No. 18-23538 (RDD)
SEARS HOLDING CORPORATION, *et al.*,              :
                                                  :
                          Debtors.                :    (Jointly Administered)
---------------------------------------------------------------x

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, Rich Michaelson Magaliff, LLP appears in this case on behalf of Sante Marcoccia ("Marcoccia"), a creditor, and requests that all notices given or required to be given and all papers served in this case be delivered to:

> Howard P. Magaliff
> Rich Michaelson Magaliff, LLP
> 335 Madison Avenue, 9th Floor
> New York, NY 10017
> 646.453.7851
> *hmagaliff@r3mlaw.com*

**PLEASE TAKE FURTHER NOTICE** that this appearance is not intended nor shall be deemed to waive Marcoccia's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings in the case or any related case, controversy or proceeding where permitted; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to

which Marcoccia is or may be entitled under agreements, at law or in equity, all of which are hereby expressly reserved.

Dated:   New York, New York  
        December 13, 2018

RICH MICHAELSON MAGALIFF, LLP  
Attorneys for Sante Marcoccia  
By:

/s/ Howard P. Magaliff  
HOWARD P. MAGALIFF  
335 Madison Avenue, 9th Floor  
New York, NY 10017  
646.453.7851  
*hmagaliff@r3mlaw.com*