# EXHIBIT B

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 18, 2018

*By the Court:*

| | |
|---|---|
| No. 18-3040 | ROBERT A. CATALFAMO, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>SEARS HOLDINGS CORPORATION, et al.,<br> Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:17-cv-05230<br>Northern District of Illinois, Eastern Division<br>District Judge Charles R. Norgle |

The following is before the court: **NOTICE OF BANKRUPTCY FILING AND IMPOSITION OF AUTOMATIC STAY AS TO SEARS HOLDINGS CORPORATION**, filed on October 17, 2018, by counsel for the appellees.

This court has received notification that on October 15, 2018, defendant-appellee Sears Holdings Corporation and its debtor affiliates filed petitions for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York. Accordingly,

**IT IS ORDERED** that all proceedings in this appeal are **STAYED** pursuant to the automatic stay provision of 11 U.S.C. §362.

**IT IS FURTHER ORDERED** that counsel for the appellees file, on or before February 15, 2019, a status report detailing the progress of the bankruptcy proceeding.

form name: **c7_Order_BTC**(form ID: **178**)