# EXHIBIT C

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| ROBERT A. CATALFAMO, ET AL., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> SEARS HOLDINGS CORPORATION, ET AL., <br><br> Defendants-Appellees. | **PLAINTIFFS-APPELLANTS' DOCKETING STATEMENT** <br><br> Case No.: 18-3040 |

Appellants Robert A. Catalfamo and Lavarita D. Meriwether by and through their undersigned attorneys hereby submit the following Docketing Statement pursuant to Circuit Rules 3(c)(1) and 28(a):

## I.    JURISDICTIONAL STATEMENT

### A.    Jurisdiction of the District Court

The United States District Court for the Northern District of Illinois had jurisdiction pursuant to 28 U.S.C. § 1331 because the case is a civil action arising under the laws of the United States and pursuant to ERISA § 502(e)(1), 29 U.S.C. § 1132(e)(1), which provides for federal jurisdiction of actions brought under Title I of the Employee Retirement Income Security Act of 1974 ("ERISA").

B.  **Jurisdiction of the Court of Appeals**

This appeal is taken from the final decision of the U.S. District Court for the Northern District of Illinois, Eastern Division entered on <u>August 21, 2018</u>, by the Honorable Charles R. Norgle.

The United States Court of Appeals has jurisdiction to decide this case pursuant to 29 U.S.C. § 1291. *See* Appellants' Jurisdictional Memorandum, Ct. App. Dkt. 5; Response to Plaintiffs-Appellants' Jurisdictional Memorandum by Defendants-Appellees Sears Holdings Corporation Administrative Committee, Sears Holdings Corporation Investment Committee, Edward S. Lampert and Michael O'Malley, Ct. App. Dkt. 12.

The Notice of Appeal was filed with the District Court on <u>September 20, 2018</u>.

II.  **SCOPE OF AUTOMATIC STAY**

On October 15, 2018, Sears Holdings Corporation filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York. *See In re Sears Holdings Corp.*, Case No. 18-23538 (RDD) (Bankr. S.D.N.Y., filed Oct. 15, 2018).

On October 18, 2018, this Court "ORDERED that all proceedings in this appeal are STAYED pursuant to the automatic stay provision of 11 U.S.C. § 362." Plaintiffs-Appellants contend that the automatic stay should not extend to non-debtor defendants-appellees Sears Holdings Corporation Administrative Committee, Sears Holdings Corporation Investment Committee, Edward S. Lampert and Michael O'Malley. *In re Caesars Entm't Operating Co., Inc.*, 540 B.R. 637, 643 (Bankr. N.D. Ill. 2015) ("courts in this circuit—including the court of appeals—have repeatedly held that the automatic stay does not apply to non-debtors or their property"). Thus, Plaintiffs-Appellants file this Docketing Statement because the appeal should not be deemed stayed as to the non-debtor defendants-appellees.

Dated: October 23, 2018          Respectfully submitted,
                                 **KELLER ROHRBACK L.L.P.**

                                 */s/ Erin M. Riley*
                                 Lynn L. Sarko
                                 lsarko@kellerrohrback.com
                                 T. David Copley
                                 dcopley@kellerrohrback.com
                                 Erin M. Riley
                                 eriley@kellerrohrback.com
                                 1201 Third Avenue, Suite 3200
                                 Seattle, WA 98101
                                 Tel: (206) 623-1900
                                 Fax: (206) 623-3384

**KELLER ROHRBACK L.L.P.**
Gary A. Gotto
ggotto@kellerrohrback.com
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 230-6322
Fax: (602) 248-2822

**KELLER ROHRBACK L.L.P.**
Tanya Korkhov
tkorkhov@kellerrohrback.com
1140 Avenue of the Americas, Ninth Floor
New York, NY 10036
Tel: (646) 380-6690
Fax: (646) 380-6692

**STULL, STULL & BRODY**
Mark Levine
mlevine@ssbny.com
Michael J. Klein
mklein@ssbny.com
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

**STULL, STULL & BRODY**
Patrice L. Bishop
pbishop@ssbla.com
9430 W. Olympic Boulevard
Suite 400
Beverly Hills, California 90212
Tel: (310) 209-2468
Fax: (310) 209-2087

4

**SIPRUT PC**
Bruce C. Howard
bhoward@siprut.com
Richard S. Wilson
rwilson@siprut.com
17 N. State Street
Suite 1600
Chicago, Illinois 60602
Tel: (312) 236-0000
Fax: (312) 878-1342

**STEPHAN ZOURAS, LLP**
James B. Zouras
jzouras@stephanzouras.com
205 North Michigan Avenue, Suite 2560
Chicago, Illinois 60601
Tel: 312-233-1550
Fax: 312-233-1560

*Attorneys for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2018, I electronically filed the foregoing with the U.S. Court of Appeals for the Seventh Circuit by using the Court's CM/ECF system. I certify that all appellate counsel of record to the parties to this appeal are registered with the Court's CM/ECF system. Pursuant to FRAP 25(d)(1)(B), the names of counsel, mailing address and electronic addresses are listed below:

> Deborah Shannon Davidson
> deborah.davidson@morganlewis.com
> Christopher J. Boran
> christopher.boran@morganlewis.com
> Hillary August
> hillary.august@morganlewis.com
> MORGAN, LEWIS & BOCKIUS LLP
> 77 W. Wacker Drive, 5th Floor
> Chicago, IL 60601-5094

> *s/ Erin M. Riley*
> Erin M. Riley