

Paul M. Weiser (SBN: 006998)
BUCHALTER, a Professional Corporation
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ 85254-1754
Telephone: (480) 383-1800
Facsimile: (480) 824-9400
Email: pweiser@buchalter.com

Attorneys for Creditor THE REALTY
ASSOCIATES FUND X, L.P.

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

<u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE</u>

PLEASE TAKE NOTICE that the undersigned counsel hereby enters its appearance as Counsel to THE REALTY ASSOCIATES FUND X, L.P., a Delaware limited partnership, Landlord of the premises leased by SEARS HOME IMPROVEMENT PRODUCTS, INC., a Pennsylvania corporation, at 4401 East Baseline Road, Building B-200, Phoenix, Arizona 85042, pursuant to Bankruptcy Rules 2002 and 9010 and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code, and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the office and address set forth below.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and pleadings referred to in the Bankruptcy Rules specified above, but also includes, without limitation,

1   notices of any application, motion, petition, pleading, request, complaint, or demand,

2   whether formal or informal, whet her written or oral, and whether transferred to conveyed

3   by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect in

4   any way the Debtor-in-Possession, Debtor or their respective property and/or property of

5   their estates.

6        PLEASE TAKE FURTHER NOTICE that neither this notice nor any later

7   appearance, pleading, claim or suit shall waive any right (1) to have final orders in non-

8   core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in

9   any proceeding so triable in this case or any case, controversy, or proceeding related to

10  this case, (3) to have the District Court withdraw the reference in any matter subject to

11  recoupment to which the Landlord is or may be entitled under agreements, in law or in

12  equity, all of which rights, claims, actions, defenses, setoffs and recoupments are

13  expressly reserved.

14       DATED this _12th_ day of December, 2018.

15                           BUCHALTER, a Professional Corporation

16

17       By: _____

18           Paul M. Weiser
             16435 North Scottsdale Road, Suite 440
19           Scottsdale, AZ 85254-1754
             Attorneys for Creditor THE REALTY
20           ASSOCIATES FUND X, L.P.

21  Copy of the foregoing mailed this
22  _13th_ day of December, 2018, to:

23  Garrett A. Fail, Esq.
    WEIL, GOTSHAL & MANGES LLP
24  767 Fifth Avenue
    New York, NY 10153
25  Attorneys for Debtors and Debtors-in-Possession

26  _____