UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*[1], | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Pursuant to Bankruptcy Rule 2002, the undersigned requests that all notices given or required to be served in this case be served upon the following persons and that the following persons be added to the CM/ECF System for notices and the mailing matrix in this case:

William E. Kelleher, Jr., Esq.
Helen Sara Ward, Esq.
COHEN & GRIGSBY, P.C.
625 Liberty Avenue
Pittsburgh, Pennsylvania 15222-3152
wkelleher@cohenlaw.com
hward@cohenlaw.com

The request set forth above includes all motions, proposed orders, notices of hearing, and all other documents or pleadings referenced in or required to be filed or served under Rule 2002 of the Federal Rules of Bankruptcy Procedure and the Bankruptcy Rules referenced or incorporated in Bankruptcy Rule 2002, or under any applicable Local Bankruptcy Rules and also includes, without limiting the generality of the foregoing request, all plans of reorganization and disclosure statements and objections relating thereto, orders, pleadings, motions, applications,

---

[1] The Debtors in these chapter 11 cases are as follows: Sears Holdings Corporation; Kmart Holding Corporation; Kmart Operations LLC; Sears Operations LLC; Sears, Roebuck and Co.; ServiceLive Inc.; SHC Licensed Garden, LLC; A&E Signature Service, LLC; FBA Holdings Inc.; Innovel Solutions, Inc; Kmart Corporation; MaxServ, Inc.; Private Brands, Ltd.; Sears Development Co.; Sears Holdings Management Corporation; Sears Home& Business Franchises, Inc.; Sears Home Improvement Products, Inc.; Sears Insurance Services, L.L.C.; Sears Procurement Services, Inc.; Sears Protection Company; Sears Protection Company (PR) Inc.; Sears Roebuck Acceptance Corp.; Sears, Roebuck de Puerto Rico, Inc.; SYW Relay LLC; Wally Labs LLC; SHC Promotions LLC; Big Beaver of Florida Development, LLC; California Builder Appliances, Inc.; Florida Builder Appliances, Inc.; KBL Holding Inc.; KLC, Inc.; Kmart of Michigan, Inc.; Kmart of Washington LLC; Kmart Stores of Illinois LLC; Kmart Stores of Texas LLC; MyGofer LLC; Sears Brands Business Unit Corporation; Sears Holdings Publishing Company, LLC; Sears Protection Company (Florida), L.L.C.; SHC Desert Springs, LLC; SOE, Inc.; StarWest, LLC; STI Merchandising, Inc.; Troy Coolidge No. 13, LLC; BlueLight.com, Inc.; Sears Brands, L.L.C.; Sears Buying Services, Inc.; Kmart.com LLC; and Sears Brands Management Corporation.

complaints, demands, hearings, requests for hearings, petitions, answers, replies, responses, memoranda and briefs in support of any of the foregoing and any other paper or document brought before or filed with the Court with respect to this case, whether formal or informal and whether filed, transmitted or conveyed by mail, delivery, telephone, facsimile, email, electronically or otherwise.

Further, KINDLY TAKE NOTICE and enter the appearance of the undersigned on behalf of creditor, **BONITA CASA, LLC.**

This Request and Notice is not intended to and shall not be deemed or construed to be a waiver by such creditor (i) of the right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding arising in or related to this case; (ii) of any right to challenge in personam or subject matter jurisdiction or the power of the Court to issue final orders and judgments in any matter, without the further express consent of such creditor; (iii) of any right to request abstention or a withdrawal of the reference of jurisdiction; or (iv) of any other right, remedy, claim, action, setoff or recoupment to which such creditor is or may be entitled, at law or in equity, all of which are hereby expressly reserved and preserved.

Respectfully submitted,

Dated:  December 13, 2018

*/s/ William E. Kelleher, Jr.*
William E. Kelleher, Jr. (Pa. I.D. No. 30747)
Helen Sara Ward (Pa. I.D. No. 204088)
COHEN & GRIGSBY, P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 297-4648
Facsimile:  (412) 209-1965
Email:     wkelleher@cohenlaw.com
           hward@cohenlaw.com

*Counsel for Bonita Casa, LLC*

2908136.v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2018, a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* was sent via ECF Noticing to all parties receiving ECF Notices in this chapter 11 case.

/s/ William E. Kelleher, Jr.