UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                                          :
                                                               :    Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,                          :
                                                               :    Case No. 18-23538 (RDD)
                                                               :
                    Debtors.[1]                                :    (Jointly Administered)
----------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Joudeleen C. Frans, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 11, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Superpriority Senior Secured Debtor-in-Possession Asset-Based Credit Agreement [Docket No. 744] (the "***Senior Secured Superiority Credit Agreement***")

- Debtors' Supplemental Motion for Authority to (I) Obtain Junior Postpetition Financing and (II) Schedule Final Hearing [Docket No. 872] (the "***Debtors' Supplemental Motion***")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

- Notice of Filing of Amended Superpriority Senior Secured Debtor-In-Possession Asset-Based Credit Agreement [Docket No. 885] (the "*Amended Senior Secured Credit Agreement*")

On December 11, 2018, at my direction and under my supervision, employees of Prime Clerk caused the Senior Secured Superiority Credit Agreement, the Debtors' Supplemental Motion, the Amended Senior Secured Credit Agreement and the following document to be served via First Class Mail on (1) Bank of America, N.A., as Control Co-Collateral Agent (MMLID#4788333), 100 North Tryon Street, Charlotte, NC, 28255, on (2) Teamsters Local 107 (MMLID#4778437), Attn: Shawn Dougherty, 12275 Townsend Rd, Philadelphia, PA, 19154, and on (3) Workers United SEIU Local 196 (MMLID#4778423), Attn: Tanita Williams, 1017 W. Hamilton St., Allentown, PA, 18101:

- Notice of Meeting of Creditors Pursuant to Section 341 of the Bankruptcy Code [Docket No. 807] (the "*Notice of Meeting of Creditors*")

On December 11, 2018, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Meeting of Creditors and the following document to be served via First Class Mail on (1) McCord Corp. (MMLID#4900131), 40 Westminster Street, Providence, RI, 02903, on (2) Otis Elevator Company (MMLID#4883497), 10 Farm Springs Road, Farmington, CT, 06032, and on (3) Sears Carpet & Air Duct Cleaning (MMLID#4873420), BTZ Inc., 9240 Tradeplace, Suite 200, San Diego, CA, 92126:

- Motion of Debtors for Entry of an Order Extending the Automatic Stay to Certain Non-Debtor Parties [Docket No. 924]

On December 11, 2018, at my direction and under my supervision, employees of Prime Clerk caused the Senior Secured Superiority Credit Agreement, the Debtors' Supplemental Motion, the Amended Senior Secured Credit Agreement, the Notice of Meeting of Creditors and the following document to be served via First Class Mail on UAW 8275 (MMLID#4778427), Attn: Kieran Martin, 1528 Haines Road, Levittown, PA, 19055-1820:

- Notice of Filing of Revised Proposed Order Approving Rejection of Certain Unexpired Leases and Related Subleases of Nonresidential Real Property [Docket No. 745]

Dated: December 13, 2018

_____
Joudeleen C. Frans

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 13, 2018, by Joudeleen C. Frans, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20__

2

SRF 29465

**<u>Exhibit A</u>**

Exhibit A

Notice Parties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| 4778388 | Chapal Zenray Inc. | 2452 Lacy Lance, # 116 | Carrollton | TX | 75006 |
| 4778297 | Mill Creek Entertainment, LLC | 15102 Minnetonka Industrial Road | Minnetonka | MN | 55345 |
| 4870116 | MJ Holding Company | 7001 S Harlem Ave | Bedford Park | IL | 60638 |
| 4778397 | Naumann Hobbs Material Handling Corporation II Inc. | 4335 Wood St. | Phoenix | AZ | 85040 |
| 4778404 | Suberi Brothers, LLC | 902 Broadway, 14th Floor | New York | NY | 10010-6602 |