## CLAIM OF LIEN

NOTICE IS HEREBY GIVEN that Kloepfer Inc., the Claimant, whose address is 505 E. Ellis St., Paul, Idaho 83347, at the request of Sears Holding Management Corporation, has furnished material upon the following-described real property located at 2258 Addison Ave East, Twin Falls, ID 83301, more specifically described as:

Parcel 1:

Township 10 South, Range 17 East of the Boise Meridian, Twin Falls County, Idaho Section 14: A parcel of land in the Northwest Quarter Northwest Quarter more particularly described as follows:
Commencing at the Northwest corner of said section 14; thence due
East for 200 feet along the Northerly boundary of said Northwest Quarter of Section 14 to the Real Point of Beginning; thence continuing due
East for 332.93 feet along the Northerly boundary of said Northwest Quarter of Section 14 to a point that lies due West 774.71 feet from the Northeast corner of said Northwest Quarter Northwest Quarter; thence
South 0°03'28" East for 666.22 feet; thence
South 89°56'32" West for 518.20 feet; thence
North 1°19'22" West for 451.92 feet along the Westerly boundary of said Northwest Quarter of Section 14; thence due
East for 200.00 feet; thence
North 1°19'22" West for 215.00 feet to the Real Point of Beginning.
Except the North 40 feet and the west 25 feet thereof.

Parcel 2:

Township 10 South, Range 17 East, Boise Meridian, Twin falls County, Idaho Section 14: A parcel of land located in the Northwest Quarter Northwest Quarter, more particularly as follows:

Beginning at the Northwest corner of said Section 14; thence
North 90°00'00" East a distance of 533.01 feet along the Northerly boundary of said Northwest Quarter Northwest Quarter to the True Point of beginning; thence
North 90°00'00" East a distance of 114.67 feet along the Northerly boundary of said Northwest Quarter Northwest Quarter; thence
South 0°04'55" East a distance of 666.40 feet to the Southerly boundary of said Northwest Quarter Northwest Quarter; thence
South 89°55'42" West a distance of 114.67 feet along the Southerly boundary of Said Northwest Quarter Northwest Quarter; thence
North 0°04'55" West a distance of 666.55 feet to the True Point of Beginning.
Except the North 40 feet thereof.

TWIN FALLS COUNTY
Recorded for:
KLOEPFER INC.
10:08:10 AM   12-10-2018
**2018-019756**
No. Pages:3   Fee: $ 16.00
KRISTINA GLASCOCK
County Clerk
Deputy: CASKEW

The name of the owner(s) or reputed owner(s) of the foregoing property is at the time of the filing of the lien, Greenhorn Ventures LLC, 1980 S. Meridian Road, Ste. 140, Meridian, Idaho, 83642. The name of the owner(s) or reputed owner(s) at the time work was completed was Gersham Properties, LLC, 12300 Wilshire Blvd. Suite 310, Los Angeles, CA 90025.

Claimant Kloepfer Inc., completed work on the project September 11, 2018, and not more than ninety (90) days have elapsed since the last work was performed and goods furnished with reference to the above-described real property. The amount owing to Claimant after applied payments, and credits is the total sum of $135,889.67 together with accruing interest at 21% per annum, effective December 10, 2018, together with the costs of preparing this lien.

The goods and services provided by Claimant Kloepfer Inc., generally consist of providing paving materials, gravel, concrete, labor and equipment.

There are no offsets, credits, or cross-claims against this claim.

WHEREFORE, Claimant Kloepfer Inc., claims a lien upon the previously-described real property and all improvements thereon, together with a convenient space about the same or so much as may be required for the convenient use and occupation thereof, for the total sum of $135,889.67 lawful money of the United States of America, together with accruing interest and costs of preparing this lien and any and all additional expenses incurred in connection therewith, including any costs and attorney's fees incurred in the foreclosure of this lien.

DATED this 10th day of December, 2018.

*Larry S Kloepfer*

LARRY KLOEPFER
PROJECT MANAGER

## VERIFICATION

On this 10th day of December, 2018, being first duly sworn, Larry Kloepfer, states upon oath: That he is the Project Manager of Kloepfer Inc., an Idaho Corporation, the Claimant in the foregoing Claim of Lien; that Larry Kloepfer has read this Claim of Lien, knows the contents thereof, and that the facts therein stated are true and just.

*Larry S Kloepfer*
LARRY KLOEPFER
PROJECT MANAGER

## CERTIFICATE OF VERIFICATION

STATE OF IDAHO )
                ) ss.
County of Twin Falls )

I, Frederick T Carr a Notary Public, do hereby certify that on this 10th day of December, 2018, personally appeared before me LARRY KLOEPFER, known or identified to me to be the person whose name is subscribed to the foregoing instrument, who, being by me first duly sworn, declared that he signed the foregoing document, and that the statements therein contained are true.

FREDERICK T. CARR
COMMISSION #68699
NOTARY PUBLIC
STATE OF IDAHO
MY COMMISSION EXPIRES 10/24/2022

NOTARY PUBLIC FOR IDAHO
Residing at 1412 Northern Pine Dr., Twin Falls
My Commission Expires 10-24-22 (FC)

## CERTIFICATE OF ACKNOWLEDGMENT

STATE OF IDAHO       )
                      )ss.
County of Twin Falls  )

On this 10th day of December, 2018, before me, a notary public in and for the state of Idaho, personally appeared LARRY KLOEPFER, known or identified to me to be the Project Manager of Kloepfer Inc., an Idaho corporation, and the authorized representative who subscribed said corporation name to the foregoing instrument, and acknowledged to me that he executed the foregoing instrument for and on behalf of said Claimant.

FREDERICK T. CARR
COMMISSION #68699
NOTARY PUBLIC
STATE OF IDAHO
MY COMMISSION EXPIRES 10/24/2022

NOTARY PUBLIC FOR IDAHO
Residing at 1412 Northern Pine Dr., Twin Falls
My Commission Expires 10-24-22