UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | )  |  |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, et al., | ) | Case No. 18-23538 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Ivan M. Gold to be admitted, *pro hac vice*, to represent landlords affiliated with LBA Realty LLC and Weingarten Realty Investors in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the United States District Courts for the Northern, Southern, Eastern and Central Districts of California, it is hereby

**ORDERED**, that Ivan M. Gold is permitted to practice, *pro hac vice*, in the above-referenced cases to represent landlords affiliated with LBA Realty LLC and Weingarten Realty Investors in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       December 13, 2018

/s/ Robert D. Drain
**UNITED STATES BANKRUPTCY JUDGE**