**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____x

In re: SEARS HOLDING CORPORATION,                Case No.: 18-23538 (RDD)

    et al.,                Chapter 11

                Debtors.                (Jointly Administered)

_____x


### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Harris A. Phillips to be admitted, *pro hac vice,* to represent Stephen Tuttle (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the state of Oklahoma and the bar of the U.S. District Court of the Western District of Oklahoma, it is hereby

**ORDERED**, that Harris A. Phillips, Esq., is admitted to practice, *pro hac vice,* in the above referenced cases to represent the Client, in the United States Bankruptcy Court of the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
      December 14, 2018

                        /s/ Robert D. Drain
                        UNITED STATES BANKRUPTCY JUDGE