<u>Hearing Date and Time:</u> December 20, 2018 at 10:00 a.m. (Eastern Time)
<u>Objection Date and Time:</u> December 14, 2018 at 3:00 p.m.* (Eastern Time) *(Extended for Cardtronics)

Joseph N. Froehlich
Locke Lord LLP
Brookfield Place
200 Vesey Street, 20th Floor
New York, New York 10281
(212) 415-8600
jfroehlich@lockelord.com
-and-
W. Steven Bryant *(pro hac vice motion to be filed)*
Locke Lord LLP
600 Congress Avenue, Ste. 2200
Austin, Texas 78701
(512) 305-4726
sbryant@lockelord.com
*Counsel for Cardtronics USA, Inc.*

**UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors.[1] | Jointly Administered |

**LIMITED RESPONSE OF CARDTRONICS USA, INC. TO THE DEBTORS'
MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE SALE OF
CERTAIN REAL PROPERTY, (II) AUTHORIZING THE ASSUMPTION AND
ASSIGNMENT OF CERTAIN UNEXPIRED LEASES IN CONNECTION
THEREWITH, AND (III) GRANTING RELATED RELIEF**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

Cardtronics USA, Inc. ("Cardtronics"), by and through its attorneys Locke Lord LLP, hereby submits this *Limited Response* (the "Response") to the *Motion of Debtors for Entry of an Order (I) Approving the Sale of Certain Real Property, (II) Authorizing the Assumption and Assignment of Certain Unexpired Lease in Connection Therewith, and (III) Granting Related Relief* [D.I. 938] (the "Motion") filed on November 29, 2018 (the "Petition Date") in the above-styled, jointly administered bankruptcy cases (the "Bankruptcy Cases").

## I.    BACKGROUND FACTS

1. On or about September 14, 2012, WSILC, LLC d/b/a Welch ATM ("Welch ATM") entered into that certain *ATM Placement Agreement* (the "ATM Agreement") with Kmart Corporation ("Kmart"). Under the ATM Agreement, Kmart licensed to Welch ATM the right to place and operate automated teller machines ("ATMs") owned by Welch ATM in various Kmart stores around the United States. Under the ATM Agreement, Welch ATM remained the sole owner of both the ATMs and the vault cash inside them. In exchange for this right to place and operate the ATMs at Kmart stores, Welch ATM paid Kmart certain specified licensing fees, while Kmart, in turn, paid certain other fees to Welch ATM.

2. Welch ATM subsequently assigned all its rights under the ATM Agreement and the ATMs (and their vault cash) to Cardtronics. Since 2012, the ATM Agreement has been amended to, among other things, modify the fees charged and the stores affected. For its part, Kmart assigned the ATM Agreement to SHC Licensed Businesses LLC ("SHC"), an affiliate of Kmart and of Sears Holdings Management Corp. ("Sears Management").[2] Sears Management acts as the agent for SHC. At all times under the ATM Agreement, Cardtronics continues to own the ATMs (and the vault cash inside them). Under the ATM Agreement, the Debtors do not have any ownership interest in either these machines or their cash.

---

[2] Upon information and belief, the Debtor "SHC Licensed Business LLC" (3718) and SHC are the same entity.

3. On the Petition Date, Sears Holdings Corp., Sears Management, and the other Debtors commenced the Bankruptcy Cases in this Court under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtors remain as debtors and debtors-in-possession in these Bankruptcy Cases. An Official Committee of Unsecured Creditors (the "Committee") was appointed in these Bankruptcy Cases on October 24, 2018.

4. On November 29, 2018, the Debtors filed the Motion asking this Court (i) to approve the sale (the "Sale") of thirteen (13) parcels of non-residential real property owned by the Debtors (the "Real Property Locations") along with certain additional personal property and (ii) to authorize the assumption and assignment of certain unexpired leases associated with the Real Property Locations (the "Assumed Leases" and together with the Real Property Locations, the "Acquired Assets"), pursuant to Bankruptcy Code §§ 105, 363, and 365. The proposed purchaser of these Acquired Assets is Amerco Real Estate Company (the "Purchaser"). According to the Debtors, the price offered by the Purchaser for the Acquired Assets resulted from a "robust marketing process and reflects the highest and best value [the Debtors] can obtain for such assets." (Motion, D.I. 938, ¶ 11).

## II.    LIMITED RESPONSE OF CARDTRONICS TO THE MOTION

5. Cardtronics has now reviewed the Motion and does not oppose the Sale or the other relief sought in the Motion. Indeed, Cardtronics supports the Debtors' continuing efforts to monetize their assets for the benefit of their creditors and counterparties. However, Cardtronics also notes that it currently has ATMs installed at the following three (3) Real Property Locations (the "Affected ATMs"), pursuant to the ATM Agreement:

| Location | Store No | Address | City | State | Zip |
|---|---|---|---|---|---|
| KMART # 3223 | 3223 | 200 IRWIN NE | FORT WALTON BEACH | FL | 32548 |
| KMART # 4147 | 4147 | 4110 E SPRAGUE AVE | SPOKANE | WA | 99202 |
| KMART # 4928 | 4928 | 308 DIX AVE | QUEENSBURY | NY | 12804 |

6.  The ATM Agreement constitutes an executory contract under Bankruptcy Code § 365. *See* 11 U.S.C. § 365. As of today's date, the ultimate fate of the ATM Agreement remains uncertain because the Debtors have not (yet) moved to assume or reject it under Bankruptcy Code § 365 and Cardtronics has not (yet) moved either to require the Debtors to make a decision on assumption or rejection or to lift the automatic stay under § 362 so that Cardtronics can exercise its rights and remedies under the ATM Agreement.[3] In short, the ATM Agreement remains in limbo. Under these circumstances, Cardtronics has continued to fulfill its obligations under the ATM Agreement as an executory-contract counterparty by, *inter alia*, maintaining ATMs at the Debtors' stores and operating them as contemplated under the ATM Agreement. This includes the Affected ATMs.

7.  Cardtronics' continued performance under the ATM Agreement creates a potential dilemma once the Sale closes. Specifically, the ATM Agreement does not appear on the list of executory contracts and unexpired leases that the Debtors are assigning to the Purchaser. Thus, if the Sale closes, Cardtronics will find its Affected ATMs (and their vault cash) installed at store locations belonging to a stranger to the ATM Agreement. In that case, Cardtronics would no longer have any contractual relationship with the very party on whose property its Affected ATMs would now be situated (and, by extension, would have no clear, contractual right to access

---

[3] Cardtronics reserves its rights in these Bankruptcy Cases to require the Debtors to assume or reject the ATM Agreement under Bankruptcy Code § 365 and/or to lift the automatic stay with respect to the ATM Agreement under § 362(d).

the Real Property Locations to remove them). This could hamper Cardtronics' efforts to remove the Affected ATMs from the Real Property Locations. To avoid this situation, Cardtronics requests that the proposed order attached to the Motion (the "Proposed Order") clearly authorize it to remove the Affected ATMs from the Real Property Locations either before or after the Sale closes. Such language would pretermit any post-closing disputes over the respective rights and obligations of the Debtors, the Purchaser, and Cardtronics vis a vis the Affected ATMs (and their vault cash).

8. Finally, Cardtronics also notes that the proposed *Real Estate Sale Contract,* dated November 29, 2018, (the "Sale Contract"), between the Debtors and Amerco contains sweeping language purporting to sell all "equipment, machinery, and other items of tangible personal property" owned by the Debtors and "associated with the ownership, operation, or maintenance of the Real Properties and Improvements…." (Motion, D.I. 938, Sale Contr., ¶ 1, p. 1). Although Cardtronics does not believe that this language encompasses the Affected ATMs and their vault cash, the sheer breadth of the language causes it some concern. As Cardtronics has previously explained, all ATMs (and the vault cash inside them) remain at all times the exclusive property of Cardtronics. (ATM Agreement, § 5.4(j), p. 5) ("All ATMs and vault cash installed hereunder will for all purposes be and remain Licensee's [i.e., Cardtronics'] personal property and none will become fixtures or an attachment to real property."). Cardtronics therefore wishes to dispel any notion that the Affected ATMs (and their vault cash) might constitute property of the Debtors' bankruptcy estates within the meaning of Bankruptcy Code § 541(a) or that the Affected ATMs (and their vault cash) might qualify as Acquired Assets being sold to the Purchaser. To accomplish this, Cardtronics suggests adding a second provision to the Proposed Order providing (i) that neither the Affected ATMs (nor the vault cash) are property of the

5

Debtors' bankruptcy estates and (ii) that, therefore, they are not Acquired Assets being sold to the Purchaser.

9.  In conclusion, Cardtronics does not oppose the Sale or the relief requested in the Motion. Cardtronics merely wishes to revise the Proposed Order so that it resolves the concerns raised in this Response. If the Debtors will include language in the Proposed Order acceptable to Cardtronics in this regard, then Cardtronics will withdraw this Response so that the Motion can be approved and the Sale can close. Until such agreed language has been finalized and included in the Proposed Order, however, Cardtronics objects to the Motion and reserves all rights with respect to the Motion. Cardtronics further reserves the right to be heard regarding the issues raised in this Response and the Motion generally.

WHEREFORE, for the reasons set forth in this Response, Cardtronics respectfully requests that this Court consider the issues raised in this Response and include in any order granting the Motion language acceptable to Cardtronics that resolves its concerns as outlined in this Response. Cardtronics additionally requests such other relief as the Court deems just and proper.

Dated: December 14, 2018  
      New York, New York

Respectfully Submitted,

By: */s/ Joseph N. Froehlich*  
Joseph N. Froehlich  
Locke Lord LLP  
Brookfield Place  
200 Vesey Street, 20th Floor  
New York, New York 10281  
(212) 415-8600  
jfroehlich@lockelord.com

-and-

W. Steven Bryant *(pro hac vice motion to be filed)*  
Locke Lord LLP  
600 Congress Avenue, Ste. 2200  
Austin, Texas 78701  
(512) 305-4726  
sbryant@lockelord.com  
*Counsel for Cardtronics USA, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Response* was served via ECF upon all parties registered to receive service via ECF in these Bankruptcy Cases on this 14th day of December, 2018, and on the following additional parties as reflected below.

*/s/ Joseph N. Froehlich*
Joseph N. Froehlich

**VIA FIRST CLASS MAIL:**

Chambers of the Honorable Judge Robert D. Drain,
United States Bankruptcy Court for the Southern District of New York,
300 Quarropas Street, Room 248,
White Plains, New York 10601;

Sears Holdings Corporation,
Attn: Stephen Sitley Esq., and Luke J. Valentino, Esq 3333 Beverly Road, Hoffman
Estates IL 60179
**The Debtors**

Weil, Gotshal & Manges LLP,
Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garret A. Fail, Esq., and Sunny Singh, Esq.
767 Fifth Avenue,
New York, New York 10153
**Proposed Counsel for the Debtors**

Office of the United States Trustee for Region 2
Attn: Paul Schwartzberg, Esq.
201 Varick Street, Suite 1006,
New York, New York 10014

Skadden, Arps, Slate, Meagher & Flom LLP,
Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq.
4 Times Square,
New York, NY 10036
**Attorneys for Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent**

Davis Polk & Wardell LLP,
Attn: Marshall S. Huebner, and Eli J. Vonnegut,
450 Lexington Avenue
New York, NY, 10017
**Attorneys for Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility;**

Cleary, Gottlieb,
Attn: Sean A. O'Neal, Esq.
One Liberty Plaza,
New York, NY, 10006
**Attorneys for JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility**

Kelley Drye & Warren LLP,
Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., and T. Charlie Liu, Esq.
101 Park Avenue,
New York, NY 10178
**Attorneys for Computershare Trust Company, N.A., as trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes**

Wilmington Trust, National Association,
Corporate Capital Markets,
Attn: Sears Holdings Corp. Administrator
50 South Sixth Street, Suite 1290,
Minneapolis, MN 55402
**As Indenture Trustee for the Second Lien Notes**

Carter Ledyard & Milburn LLP,
Attn: James Gadsden, Esq.
2 Wall Street,
New York, NY 10015
**Attorneys for The Bank of New York Mellon Trust Company, as successor trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes**

Locke Lord LLP,
Attn: Brian A. Raynor, Esq.
111 South Wacker Drive,
Chicago, IL 60606
**Attorneys for the Pension Benefit Guaranty Corporation**

Akin Gump Strauss Hauer & Feld LLP
Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi & Sara Brauner
One Bryant Park
New York, New York 10036
**Attorneys for the Official Committee of Unsecured Creditors**

Brookfield Property REIT Inc.
Attn: Kristen N. Pate
350 N. Orleans St.
Chicago, IL 60654-1607

Linebarger Goggan Blair & Sampson, LLP
Attn: Diane Wade Sanders
P.O. Box 17428
Austin, TX 78760

The Bank of New York Mellon Trust
Attn: Corporate Trust Administration
101 Barclay St., Floor 8W
New York NY 10286

Travis County
Attn: David Escamilla
P.O. Box 1748
Austin, TX 78767

Wilmorite Management Group LLC
Attn: Donald C. Cowan, Jr.
1265 Scottsville Road
Rochester, NY 14624

8

## VIA ELECTRONIC MAIL:

Abid Qureshi    aqureshi@akingump.com
AJ Webb    awebb@fbtlaw.com
Alyssa E. Kutner    kutnera@ballardspahr.com
Andrew Weaver    aweaver@cgsh.com
Anthony J. D'Artiglio, Esq.    ajd@ansellgrimm.com
Anthony M. Rainone    arainone@bracheichler.com
bankruptcy@borgeslawllc.com
bankruptcy@clm.com
Beth J. Rotenberg    brotenberg@csglaw.com
Brad Eric Scheler    brad.eric.scheler@friedfrank.com
Brett S. Theisen    btheisen@gibbonslaw.com
Christopher Griffiths    cgriffiths@connollygallagher.com
Chull S. Park    cpark@choiandpark.com
David H. Wander, Esq.    dhw@dhclegal.com
David L. Pollack    pollack@ballardspahr.com
David M. Blau    dblau@clarkhill.com
Dennis Roemlein    Dennis.roemlein@bnymellon.com
Derek L. Wright    dlwright@foley.com
Duane J. Brescia    duane.brescia@clarkhillstrasburger.com
Dustin P. Branch    branchd@ballardspahr.com
Edward E. Neiger    eneiger@askllp.com
Edward L. Schnitzer    eschnitzer@ckrlaw.com
Edward M. King    tking@fbtlaw.com
Eli J. Vonnegut, Esq.    eli.vonnegut@davispolk.com
Erica S. Weisgerber    eweisgerber@debevoise.com
Evan J. Zucker    EZucker@BlankRome.com
Evan T. Miller    emiller@bayardlaw.com
Gary F. Seitz    gseitz@gsbblaw.com
Hyun Suk Choi    hchoi@choiandpark.com
Ira S. Dizengoff    idizengoff@akingump.com
James Gadsden, Esq.    gadsden@clm.com
James J. Vincequerra    James.Vincequerra@alston.com
James L. Bromley    jbromley@cgsh.com
Jeffrey Rhodes    JRhodes@BlankRome.com
Jennifer A. Christian    jchristian@askllp.com
Joel H. Levitin    jlevitin@cahill.com
Jonathan D. Marshall    jmarshall@choate.com
Karen C. Bifferato    kbifferato@connollygallagher.com
Kelly M. Conlan    kconlan@connollygallagher.com
Kevin J. Simard    ksimard@choate.com
Kevin M. Newman    knewman@barclaydamon.com
Larry Bercovich    lbercovich@epicor.com
Laura E. Appleby    appleby@chapman.com
Laura M. Brymer    lbrymer@fmdlegal.com
Lawrence M. Schwab    Tgaa@bbslaw.com
Leib M. Lerner    leib.lerner@alston.com
Leslie C. Heilman    heilmanl@ballardspahr.com
lkleist@choiandpark.com
Mark E. Hall    mhall@foxrothschild.com
Mark E. Wilson    mark.wilson@fisherbroyles.com
Marl E. Felger    mfelger@cozen.com
Marshall S. Huebner, Esq    marshall.huebner@davispolk.com
Matthew G. Summers    summersm@ballardspahr.com
Matthew Leopold    Leopold.matt@Epa.gov
Michael A. Smith    Michael.smith2@computershare.com
Michael J. Catalfimo, Esq.    mcatalfimo@carterconboy.com
Michael R. Herz    mherz@foxrothschild.com
Michael Small    msmall@foley.com
Miriam R. Stein    mstein@chuhak.com
My Chi To    mcto@debevoise.com
Natasha M. Songonuga    nsongonuga@gibbonslaw.com
Patricia B. Fugée    patricia.fugee@fisherbroyles.com
Paul E. Harner    harnerp@ballardspahr.com
Paul H. Zumbro    pzumbro@cravath.com
Paul J. Labov    plabov@foxrothschild.com
Paul J. Pascuzzi    ppascuzzi@ffwplaw.com
Peter B. Siroka    peter.siroka@friedfrank.com

Philip C. Dublin    dublin@akingump.com
Phillip A. Martin    pmartin@fmdlegal.com
R. Kent Love    klove@bellnunnally.com
Richard A. Stieglitz Jr.    rstieglitz@cahill.com
Richard J. McCord, Esq.    rmccord@certilmanbalin.com
Richard T. Davis    rdavis@cafarocompany.com
Robert D. Nosek, Esq.    rnosek@certilmanbalin.com
Ronald E. Gold    rgold@fbtlaw.com
Russell W. Mills    rmills@bellnunnally.com
Sara L. Brauner    sbrauner@akingump.com
Scott A. Zuber    szuber@csglaw.com
Scott B. Luftglass    scott.luftglass@friedfrank.com
Sean A. O'Neal    soneal@cgsh.com
sears.service@davispolk.com
Shawn M. Christianson    schristianson@buchalter.com
Stanley B. Tarr    Tarr@BlankRome.com
Steven Wilamowsky    wilamowsky@chapman.com
Sue L. Chin, Esq.    schin@borgeslawllc.com
Thomas M. Horan    thoran@foxrothschild.com
Wanda Borges, Esq.    wborges@borgeslawllc.com
Aaron C. Smith    asmith@lockelord.com
Aaron Hume    Aron.hume@gmail.com
Andrew V. Tenzer, Esq    andrewtenzer@paulhastings.com
Barbra R. Parlin    barbra.parlin@hklaw.com
Barry Z. Bazian    bbazian@goodwinlaw.com
Benjamin D. Feder    bfeder@kelleydrye.com
Brett L. Gross    bgross@HuntonAK.com
Brian A. Raynor    braynor@lockelord.com
Brian S. McGrath    bmcgrath@mcglinchey.com
Bruce Buechler    bbuechler@lowenstein.com
Mimi.M.Wong@irscounsel.treas.gov
Charles J. Filardi, Jr.    cfilardi@rrlawpc.com
Christy Rivera, Esq.    christy.rivera@nortonrosefulbright.com
Curtis S. Miller    cmiller@mnat.com
David G. Aelvoet    sanantonio.bankruptcy@publicans.com
David S. Gragg    dgragg@langleybanack.com
David W. Wirt    dwirt@lockelord.com
Deborah M. Perry    dperry@munsch.com
Donna H. Lieberman, Esq.    dlieberman@halperinlaw.net
Douglas B. Rosner    drosner@goulstonstorrs.com
Douglas J. Pick    dpick@picklaw.net
Ebony Cobb    ecobb@pbfcm.com
Elizabeth Weller    dallas.bankruptcy@publicans.com
Erik Tikkanen    etikkanen@reisspreuss.com
Fred B. Ringel, Esq.    fbr@robinsonbrog.com
Gerald P. Kennedy    gerald.kennedy@procopio.com
gfox@goodwinlaw.com
Gilbert A. Lazarus    gillazarus@gmail.com
Guy A. Reiss    greiss@reisspreuss.com
Harlan M. Lazarus    hlazarus@lazarusandlazarus.com;
harlan.lazarus@gmail.com
Herb Baer    searsteam@primeclerk.com
Howard A. Cohen    hcohen@gibbonslaw.com
Howard Seife, Esq.    howard.seife@nortonrosefulbright.com
howard.upchurch@hanes.com
Ilan Markus    ilan.markus@leclairryan.com
Janine M. Figueiredo, Esq.    jfigueiredo@hahnhessen.com
Jeffrey Kurtzman    kurtzman@kurtzmansteady.com
Jody A. Bedenbaugh    jody.bedenbaugh@nelsonmullins.com
John P. Dillman    houston_bankruptcy@publicans.com
John T. Farnum, Esq.    jfarnum@linowes-law.com
joia johnson    joia.johnson@hanes.com
Jonathan A. Grasso    jon@piercemccoy.com
Jonathan L. Flaxer, Esq.    jflaxer@golenbock.com
Joseph C. Barsalona II    jbarsalona@mnat.com
Robert K. Dakis    bankruptcy@morrisoncohen.com
Judith Elkin    elkinj@mac.com
Karen Cordry    kcordry@naag.org
KDWBankruptcyDepartment@KelleyDrye.com
Kevin S. Neiman    kevin@ksnpc.com

9

Kevin Tompsett, Esq.   ktompsett@harrisbeach.com
Kiah T. Ford IV   chipford@parkerpoe.com
Kristen D. Romano   kromano@mcglinchey.com
Laura J. Monroe   lmbkr@pbfcm.com
Laura McCarthy   laura.mccarthy@morganlewis.com
Lauren C. Kiss   lkiss@klestadt.com
Lee Gordon, Tara LeDay   tleday@mvbalaw.com
Leslie A. Plaskon, Esq.   leslieplaskon@paulhastings.com
Lily Wang   lily@pacogarment.com
Lynn H. Butler   lynn.butler@huschblackwell.com
Marc A. Zelina   marc.zelina@lw.com
Mark J. Chaney, Esq.   mchaney@mcglinchey.com
Martin A. Eliopulos, Esq.   elio@higgslaw.com
Michael S. Weinstein, Esq.   mweinstein@golenbock.com
Neil E. Herman   neil.herman@morganlewis.com
Niclas A. Ferland   niclas.ferland@leclairryan.com
Owen M. Sonik   osonik@pbfcm.com
Paul Schwartzberg   paul.schwartzberg@usdoj.gov
Peter M. Gilhuly   peter.gilhuly@lw.com
Rachel R. Obaldo   rachel.obaldo@oag.texas.gov
Richard A. Aguilar, Esq   raguilar@mcglinchey.com
Richard L. Zucker   rzucker@lasserhochman.com
Richard M. Allen   serviceqa@primeclerk.com
Richard Morrissey   richard.morrissey@usdoj.gov
Rick A. Steinberg   rsteinberg@pricemeese.com
Robert E. Michael   Robert.e.michael.esq@gmail.com
Robert L. Pryor   rlp@pryormandelup.com
Rudy J. Cerone, Esq.   rcerone@mcglinchey.com
Sean A. O'Keefe   sokeefe@okeefelc.com
Sean C. Southard   ssouthard@klestadt.com
Shane G. Ramsey   shane.ramsey@nelsonmullins.com
Shlomo Maza, Esq.   shlomomaza@paulhastings.com
Stephen B. Selbst   sselbst@herrick.com
Stephen M. Miller   smiller@morrisjames.com
Steven A. Ginther s   dnyecf@dor.mo.gov
T. Charlie Liu, Esq.   cliu@kelleydrye.com
Tara B. Annweiler   tannweiler@greerherz.com
Ted A. Dillman   ted.dillman@lw.com
Timothy F. Nixon   tnixon@gklaw.com
Trevor R. Hoffmann   thoffmann@goulstonstorrs.com
Abigail Snow   asnow@ssbb.com
Alan J. Lipkin   alipkin@willkie.com
Alan M. Feld, Esq.   afeld@sheppardmullin.com
Amy M. Williams   awilliams@williamsadvisors.com
Andrew G. Dietderich   dietdericha@sullcrom.com
Andrew S. Conway   aconway@taubman.com
Bankruptcy Department   bankruptcynoticeschr@sec.gov
Carina.Schoenberger@usdoj.gov
Carmen Contreras-Martinez   carmen.contreras-martinez@saul.com
Christopher R. Belmonte   cbelmonte@ssbb.com
Constantine D. Pourakis   cp@stevenslee.com
Curtis L. Tuggle   Curtis.Tuggle@ThompsonHine.com
David R. Zylberberg   David.Jones6@usdoj.gov
Dipesh Patel   dipesh.patel@saul.com
Doug Skierski Kristin H. Jain   enotices@skijain.com
Edward M. Fox   emfox@seyfarth.com   efile@pbgc.gov
Fredric Sosnick   fsosnick@shearman.com
Gabriel Brunswick   gbrunswick@willkie.com
Garrett A. Fail   garrett.fail@weil.com
George R. Howard   george.howard@skadden.com
Gordon J. Toering   gtoering@wnj.com
Gregg M. Galardi   gregg.galardi@ropesgray.com
Herbert H. Slatery III, Marvin E. Clements, Jr.
AGBankNewYork@ag.tn.gov
Jacqueline Marcus   jacqueline.marcus@weil.com
James E. Sorenson   bk@svllaw.com
James M. Wilton   james.wilton@ropesgray.com
Jay Weinblatt   jweinblatt@sakar.com
Jeffrey.Oestericher@usdoj.gov
JeriLeigh.Miller@weil.com

jessica.liou@weil.com
Jose A Galarza   jose.galarza@usbank.com
Joseph H. Lemkin   jlemkin@stark-stark.com
Joseph.Cordaro@usdoj.gov
Judith Starr   Starr.Judith@pbgc.gov
Kevin J. Etzel   ketzel@vedderprice.com
Kimberly J. Kodis   kimberly.kodis@ropesgray.com
Lawrence.Fogelman@usdoj.gov
Lei Lei Wang Ekvall, Philip E. Strok   pstrok@swelawfirm.com
Linda.Riffkin@usdoj.gov
Mary A. Callahan   mary.callahan@bnymellon.com
Mary L. Fullington   mfullington@wyattfirm.com
Matthew C. McCann   mmccann@swc-law.com
Michael D. Brofman, Esq.   mbrofman@weisszarett.com
Michael J. Riela   Riela@thsh.com
Michael L. Schein   mschein@vedderprice.com
Michelle E. Shriro   mshriro@singerlevick.com
Paloma.VanGroll@weil.com
Pamela Bosswick   pbosswick@ssbb.com
Patricia I. Chen   patricia.chen@ropesgray.com
Paul Leake, Esq   paul.leake@skadden.com
Peter.Aronoff@usdoj.gov
Phillip M. Hudson III   phil.hudson@saul.com
Power Wang   powerwangtxks@vip.126.com
Ray C. Schrock   ray.schrock@weil.com
Robert A. Abiuso   rabiuso@swc-law.com
Ronald M. Tucker, Esq.   rtucker@simon.com
Ryan C. Reinert, Esq.   rreinert@shutts.com
Sabrina L. Streusand   streusand@slollp.com
Sam N. Ashuraey   sam.ashuraey@ropesgray.com
Sanford P. Rosen, Esq.   srosen@rosenpc.com
Sara Coelho   sara.coelho@shearman.com
Secretary of the Treasury   secbankruptcy@sec.gov
Secretary of the Treasury   NYROBankruptcy@sec.gov
Shana Elberg, Esq.   shana.elberg@skadden.com
Simon Aron   saron@wrslawyers.com
Stephen B. Gerald   sgerald@wtplaw.com
Steven Cimalore   scimalore@wilmingtontrust.com
Steven W. Kelly   skelly@s-d.com
Sunny Singh   sunny.singh@weil.com
Ted Cohen, Esq.   tcohen@sheppardmullin.com
Thomas S. Onder   tonder@stark-stark.com
Thomas W. Waldrep, Jr.   notice@waldrepllp.com
William McCarron, Jr   mccarron.william@pbgc.gov