UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**Hearing date: January 18, 2019**
**Hearing time: 10:00 a.m.**

------------------------------------------------------------x

IN RE:

Chapter 11

SEARS HOLDINGS CORPORATION, *et al.*,

Case No. 18-23538 (RDD)

Debtors[1].

(Jointly Administered)

------------------------------------------------------------x

## <u>NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY</u>

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. A hearing to consider the motion (the "Motion") of Select Portfolio Servicing, Inc. as

servicer for U.S. Bank National Association, as Trustee, successor in interest to Bank of

America, National Association as successor by merger to LaSalle Bank National Association, as

Trustee for Certificateholders of Washington Mutual Asset-Backed Certificates WMABS Series

2006-HE5 (the "Movant"), for relief from the automatic stay, pursuant to Section 362(d)(1) of

the United States Bankruptcy Code, Federal Rule of Bankruptcy Procedure 4001 and Local Rule

4001-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern

District of New York, and (2) for such other and further relief which the court may deem just and

proper, will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holding Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664) Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 333 Beverly Road, Hoffman Estates, Illinois 60179.

United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street,

White Plains, New York 10601, on January 18, 2019 @ 10:00am.

2.      Objections, if any, to the Motion must be made in writing, with a hard copy

delivered to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Court for

the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601;

conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules; be filed

with the Bankruptcy Court; and be served in accordance with the provisions of General Order M-

399 of this Court on the following parties:

> (i)(a) Archer & Greiner, P.C., 630 Third Avenue, New York New York 10017 (Attn: Allen G. Kadish, Esq. and Lance A Schildkraut, Esq.); (b) Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd., 631 E. Boughton Road, Suite 200, Bolingbrook, Illinois 60440 (Attn: Kenneth M. Florey, Esq. and M. Neal Smith, Esq.); (c) Frenkel Lambert Weiss Weisman & Gordon LLP, (Attn: Karen Sheehan, Esq.); attorneys for Movant;

> (ii) the Debtors, c/o Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179 (Attn: Stephen Sitley, Esq., and Luke J. Valentino, Esq.);

> (iii) Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq. Garret A. Fail, Esq. and Sunny Singh, Esq.), proposed attorneys for the Debtors;

> (iv) the Office of the United States Trustee for Region 2 (the "U.S. Trustee"), 201 Varick Street, Suite 1006, New York New York 10014 (Attn: Paul Schwartzberg, Esq.)

> (v) Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York New York 10036 (Attn: Paul D. Leake, Esq., Shana A. Elberg. Esq., and George R. Howard, Esq.) attorneys for Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent;

> (vi) Davis Polk & Wardell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Marshall S. Huebner, Esq. and Eli J. Vonnegut, Esq.) attorneys for Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility;

> (vii) Cleary, Gottlieb, One Liberty Plaza, New York New York 10006 (Attn: Sean A. O'Neal, Esq.) attorneys for JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility;

> (viii) Kelley Drye & Warren LLP, 101 Park Avenue, New York, New York 010178 (Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., and T. Charlie Liu, Esq.),

attorneys for Computershare Trust Company, N.A., as trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes;

(ix) Seyfarth Shaw LLP, 620 Eighth Avenue, New York 10018 (Attn: Edward M. Fox, Esq.), attorneys for Wilmington Trust, National Association, as indentured trustee for the Second Lien Notes;

(x) Carter Ledyard & Milburn LLP, 2 Wall Street, New York, New York 10015 (Attn: James Gadsden, Esq.), attorneys for The Bank of New York Mellon Trust Company, a successor trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes;

(xi) Locke Lord LLP, 111 South Wacker Drive, Chicago, Illinois, 60606 (Attn: Brian A. Raynor, Esq.), attorneys for the Pension Benefit Guaranty Corporation;

(xii) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York New York 10036 (Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.), attorneys for the Official Committee of Unsecured Creditors (the **"Creditors' Committee"**;

(xiii) any person or entity with a particularized interest in the subject matter of the relevant Document (a **"Particularized Notice Party"**); and

(xiv) all persons and entitled that have formally appeared and requested service in these cases pursuant to Bankruptcy Rule 2002 and the Case Management Procedures,

So as to be actually received by them not later than **January 11, 2019** ( the **"Objection Deadline"**)

3.      If no objection are timely filed and served, then Movant may, on or after the Objection Deadline, submit the proposed Order to the Court substantially in the form attached hereto, which order may be entered without further notice or opportunity to be heard offered to any party.

Dated: Bay Shore, New York
      December _/ ￼ , 2018

    **FRENKEL LAMBERT WEISS**
    **WEISMAN & GORDON LLP**

    BY: _____
    Karen Sheehan, Esq.
    53 Gibson Street
    Bay Shore, New York 11706
    (631) 969 3100
    Our File No.: 01-090051-B00

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

IN RE:                                                        Chapter 11

SEARS HOLDINGS CORPORATION, *et al.*,                         Case No. 18-23538 (RDD)

                                        Debtors[1].           (Jointly Administered)
--------------------------------------------------------------x

## **MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Karen Sheehan, an attorney admitted to practice law, in the courts of the State of New York and in this Court, hereby affirms the following to be true under penalty of perjury:

1.      I am a ~~partner~~ associate with Frenkel, Lambert, Weiss, Weisman & Gordon, LLP, attorneys for Select Portfolio Servicing, Inc. as servicer for  U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholders of Washington Mutual Asset-Backed Certificates WMABS Series 2006-HE5 (hereinafter "US Bank"), a secured creditor of the Debtor.  I am fully familiar with the facts of this case and submit this affirmation in support of US Bank's motion for relief from the automatic stay.

2.      This is a contested matter brought pursuant to Federal Rules of Bankruptcy Procedure Rule 4001, 9013 and 9014 and Section 362(d) of Title 11 of the United States Code (the "Bankruptcy Code") for an Order (1) granting US Bank relief from the automatic stay to enforce the Note and Mortgage relative to real property located at 1580 Brentwood Road, Bay Shore, New York 11706 ("Premises"); and (2) granting US Bank such other and further relief as the Court deems just and proper.

3.      US Bank is the holder of a Note given by the borrower, Oscar Ralda (hereinafter "Borrower") and Mortgage given by the Borrower and co-mortgagor, Milagro Ralda (hereinafter "Co-Mortgagor") on June 29, 2006 to secure payment in the original principal sum of $382,500.00 (hereinafter "Note" and "Mortgage" respectively), pledging the Premises as security.  A copy of the Note and Mortgage are annexed hereto as **Exhibit A**.

4.      The Note and Mortgage were transferred to US Bank by properly endorsed Note. A note and mortgage may be transferred by either a written assignment or the physical delivery of the note. The mortgage passes with the debt as an inseparable incident. See Flyer v. Sullivan, 284 A.D. 687, 134 N.Y.S.2d 521 (1st Dept. 1954); Mortgage Electronic Registration Sys. Inc., v. Coakley, 41 A.D. 3d 674, 838 N.Y.S.2d 622 (2nd Dept. 2007); See also In Re: Feinberg, 442 B.R. 215 (S.D.N.Y 2010).

5.      The annexed assignment of mortgage ("Assignment") also evidences the transfer to US Bank.   Copies of the Assignments are annexed hereto as **Exhibit B.**

6.      As a result of the Borrowers default under the terms of the Note and Mortgage, U.S. Bank commenced a foreclosure action in the Supreme Court of Suffolk County, bearing Index No. 13-866 ("Foreclosure Action").   Sears Roebuck & Co., a Corporation, was named as a party defendant in the Foreclosure Action as a result of a judgment obtained against Oscar Ralda in the amount of $3,536.31, docketed February 6, 2001, Index No. CEC 00 4404 ("Judgment").   A copy of a short form order granting Summary Judgment and of the Complaint are annexed hereto as **Exhibit C**.

7.      On October 24, 2018, the Debtor herein filed a petition under Chapter 11 of the Bankruptcy Code and pursuant thereto an automatic stay was imposed.

8.      U.S. Bank seeks relief from the automatic stay to proceed with the Foreclosure Action, in which the Debtor is named defendant by virtue of the Judgment. U.S. Bank is not adequately protected by the continuation of the stay, as it will be unable to enforce its state court remedies in the Foreclosure Action. As a judgment creditor, should there be surplus monies after the foreclosure sale of the Property, the Debtor will be entitled make an application for same in the Foreclosure Action in accordance with its state court rights.

WHEREFORE, US Bank respectfully requests an order vacating the automatic stay as it

pertains to the premises located at 1580 Brentwood Road, Bay Shore, New York 11706, and for

such other and further relief as is just and proper.

Dated: Bay Shore, New York
     December 1 1/, 2018

                    Respectfully submitted,

                    **FRENKEL LAMBERT WEISS**
                    **WEISMAN & GORDON LLP**

                    BY: _____
                    Karen Sheehan, Esq.
                    53 Gibson Street
                    Bay Shore, New York 11706
                    (631) 969 3100
                    Our File No.: 01-090003-B00

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE:                                          Chapter 11

SEARS HOLDINGS CORPORATION, *et al.*,           Case No. 18-23538 (RDD)

                              Debtors.          (Jointly Administered)
------------------------------------------------------------x
STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF SUFFOLK  )

     Foula Flanagan, being duly sworn, deposes and says: deponent is not a party to the action. Is over 18 years of age and resides in Suffolk County in the State of New York.

     On December 14, 2018, deponent served the within Notice of Motion for Relief from the Automatic Stay and Motion for Relief from the Automatic Stay, Order Granting Relief from the Automatic Stay upon:

     SEE ATTACHED SERVICE LIST

     The above parties were served either electronically or by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in a post office-official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Foula Flanagan

Sworn to before me this _____
14th day of December, 2018.

Notary Public

JESSICA SPIEGELMAN
Notary Public, State of New York
No. 01SP6093750
Qualified in Suffolk County
Commission Expires June 9, 2019

## EXHIBIT A

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Alston & Bird LLP | Attn: James J. Vincequerra | James.Vincequerra@alston.com |
| Alston & Bird LLP | Attn: Leib M. Lerner | leib.lerner@alston.com |
| Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Esq. | ajd@ansellgrimm.com |
| ASK LLP | Attn: Edward E. Neiger, Jennifer A. Christian | eneiger@askllp.com<br>jchristian@askllp.com |
| Ballard Spahr LLP | Attn: Dustin P. Branch | branchd@ballardspahr.com |
| Ballard Spahr LLP | Attn: Paul E. Harner, Alyssa E. Kutner | harnerp@ballardspahr.com<br>kutnera@ballardspahr.com |
| Ballard Spahr LLP | Attn: Leslie C. Heilman, Matthew G. Summers | heilmanl@ballardspahr.com<br>summersm@ballardspahr.com |
| Ballard Spahr LLP | Attn: David L. Pollack | pollack@ballardspahr.com |
| Barclay Damon LLP | Attn: Kevin M. Newman | knewman@barclaydamon.com |
| Bayard, P.A. | Attn: Evan T. Miller | emiller@bayardlaw.com |
| Bell Nunnally & Martin LLP | Attn: Russell W. Mills, R. Kent Love | rmills@bellnunnally.com<br>klove@bellnunnally.com |
| Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab, Thomas M. Gaa | Tgaa@bbslaw.com |
| Blank Rome LLP | Attn: Jeffrey Rhodes | JRhodes@BlankRome.com |
| Blank Rome LLP | Attn: Stanley B. Tarr, Evan J. Zucker | Tarr@BlankRome.com<br>EZucker@BlankRome.com |
| Borges & Associates, LLC | Attn: Wanda Borges, Esq., Sue L. Chin, Esq. | bankruptcy@borgeslawllc.com<br>wborges@borgeslawllc.com<br>schin@borgeslawllc.com |
| Brach Eichler LLC | Attn: Anthony M. Rainone | arainone@bracheichler.com |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |

1

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Cafaro Management Company | Attn: Richard T. Davis | rdavis@cafarocompany.com |
| Cahill Gordon & Reindel LLP | Attn: Joel H. Levitin, Richard A. Stieglitz Jr. | jlevitin@cahill.com<br>rstieglitz@cahill.com |
| Carter Conboy Case Blackmore Maloney & Laird, P.C. | Attn: Michael J. Catalfimo, Esq., John R. Canney, IV, Esq. | mcatalfimo@carterconboy.com |
| Carter Ledyard & Milburn LLP | Attn: James Gadsden, Esq. | gadsden@clm.com<br>bankruptcy@clm.com<br>Dennis.roemlein@bnymellon.com |
| Certilman Balin Adler & Hyman, LLP | Attn: Richard J. McCord, Esq., Robert D. Nosek, Esq. | rmccord@certilmanbalin.com<br>rnosek@certilmanbalin.com |
| Chapman and Cutler LLP | Attn: Laura E. Appleby, Steven Wilamowsky | appleby@chapman.com<br>wilamowsky@chapman.com |
| Chiesa Shahinian & Giantomasi PC | Attn: Beth J. Rotenberg, Scott A. Zuber | brotenberg@csglaw.com<br>szuber@csglaw.com |
| Choate, Hall & Stewart LLP | Attn: Kevin J. Simard, Jonathan D. Marshall | ksimard@choate.com<br>jmarshall@choate.com |
| Choi & Park, LLC | Attn: Hyun Suk Choi, Chull S. Park | hchoi@choiandpark.com<br>cpark@choiandpark.com<br>lkleist@choiandpark.com |
| Chuhak & Tecson, P.C. | Attn: Miriam R. Stein | mstein@chuhak.com |
| CKR Law LLP | Attn: Edward L. Schnitzer | eschnitzer@ckrlaw.com |
| Clark Hill Strasburger | Attn: Duane J. Brescia | duane.brescia@clarkhillstrasburger.com |
| Clark Hill, PLC | Attn: David M. Blau | dblau@clarkhill.com |
| Cleary, Gottlieb, Steen & Hamilton LLP | Attn: Sean A. O'Neal, James L. Bromley, Andrew Weaver | soneal@cgsh.com<br>jbromley@cgsh.com<br>aweaver@cgsh.com |
| Computershare Trust Company, N.A. | Attn: Michael A. Smith, Vice President – Corporate Trust | Michael.smith2@computershare.com |
| Connolly Gallagher LLP | Attn: Karen C. Bifferato, Kelly M. Conlan, N. Christopher Griffiths | kbifferato@connollygallagher.com<br>kconlan@connollygallagher.com |

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| | | cgriffiths@connollygallagher.com |
| Cozen O'Connor | Attn: Marl E. Felger | mfelger@cozen.com |
| Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro | pzumbro@cravath.com |
| Davidoff Hutcher & Citron LLP | Attn: David H. Wander, Esq. | dhw@dhclegal.com |
| Davis Polk & Wardwell LLP | Attn: Marshall S. Huebner, Esq, Eli J. Vonnegut, Esq. | marshall.huebner@davispolk.com<br>eli.vonnegut@davispolk.com<br>sears.service@davispolk.com |
| Debevoise & Plimpton LLP | Attn: Erica S. Weisgerber, My Chi To | mcto@debevoise.com<br>eweisgerber@debevoise.com |
| Environmental Protection Agency | Attn: Matthew Leopold, General Counsel | Leopold.matt@Epa.gov |
| Epicor Software Corporation | Attn: Larry Bercovich | lbercovich@epicor.com |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Attn: Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| FisherBroyles, LLP | Attn: Mark E. Wilson | mark.wilson@fisherbroyles.com |
| FisherBroyles, LLP | Attn: Patricia B. Fugée | patricia.fugee@fisherbroyles.com |
| Foley & Lardner LLP | Attn: Derek L. Wright | dlwright@foley.com |
| Foley & Lardner LLP | Attn: Michael Small | msmall@foley.com |
| Fox Rothschild LLP | Attn: Paul J. Labov | plabov@foxrothschild.com |
| Fox Rothschild LLP | Attn: Thomas M. Horan | thoran@foxrothschild.com |
| Fox Rothschild, LLP | Attn: Mark E. Hall, Michael R. Herz | mhall@foxrothschild.com<br>mherz@foxrothschild.com |
| Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Brad Eric Scheler, Scott B. Luftglass, Peter B. Siroka | brad.eric.scheler@friedfrank.com<br>scott.luftglass@friedfrank.com<br>peter.siroka@friedfrank.com |
| Frost Brown Todd LLC | Attn: Ronald E. Gold & AJ Webb | rgold@fbtlaw.com<br>awebb@fbtlaw.com |
| Frost Brown Todd LLC | Attn: Edward M. King | tking@fbtlaw.com |

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Fultz Maddox Dickens PLC | Attn: Phillip A. Martin, Laura M. Brymer | pmartin@fmdlegal.com<br>lbrymer@fmdlegal.com |
| Gellert Scali Busenkell & Brown LLC | Attn: Gary F. Seitz | gseitz@gsbblaw.com |
| Gibbons P.C. | Attn: Brett S. Theisen, Natasha M. Songonuga | btheisen@gibbonslaw.com<br>nsongonuga@gibbonslaw.com |
| Gibbons P.C. | Attn: Howard A. Cohen | hcohen@gibbonslaw.com |
| Godfrey & Kahn, S.C. | Attn: Timothy F. Nixon | tnixon@gklaw.com |
| Golenbock Eiseman Assor Bell & Peskoe LLP | Attn: Jonathan L. Flaxer, Esq., Michael S. Weinstein, Esq. | jflaxer@golenbock.com<br>mweinstein@golenbock.com |
| Goodwin Procter LLP | Attn: Barry Z. Bazian | gfox@goodwinlaw.com<br>bbazian@goodwinlaw.com |
| Goulston & Storrs PC | Attn: Douglas B. Rosner | drosner@goulstonstorrs.com |
| Goulston & Storrs PC | Attn: Trevor R. Hoffmann | thoffmann@goulstonstorrs.com |
| Greer, Herz & Adams, LLP | Attn: Frederick Black, Tara B. Annweiler, Marc D. Young | tannweiler@greerherz.com |
| Hahn & Hessen LLP | Attn: Janine M. Figueiredo, Esq. | jfigueiredo@hahnhessen.com |
| Halperin Battaglia Benzija, LLP | Attn: Donna H. Lieberman, Esq. | dlieberman@halperinlaw.net |
| Hanesbrands Inc | Attn: Joia Johnson, Chief Administrative Officer and General Counsel | joia.johnson@hanes.com<br>howard.upchurch@hanes.com |
| Harris Beach PLLC | Attn: Kevin Tompsett, Esq. | ktompsett@harrisbeach.com |
| Herrick, Feinstein LLP | Attn: Stephen B. Selbst | sselbst@herrick.com |
| Higgs Fletcher & Mack LLP | Attn: Martin A. Eliopulos, Esq. | elio@higgslaw.com |
| Holland & Knight LLP | Attn: Barbra R. Parlin | barbra.parlin@hklaw.com |
| Hunton Andrews Kurth LLP | Attn: Brett L. Gross | bgross@HuntonAK.com |
| Husch Blackwell LLP | Attn: Lynn H. Butler | lynn.butler@huschblackwell.com |

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Judith Elkin PLLC | Attn: Judith Elkin | elkinj@mac.com |
| Kelley Drye & Warren LLP | Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., T. Charlie Liu, Esq. | KDWBankruptcyDepartment@KelleyDrye.com<br>bfeder@kelleydrye.com<br>cliu@kelleydrye.com |
| Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Sean C. Southard, Lauren C. Kiss | ssouthard@klestadt.com<br>lkiss@klestadt.com |
| Kurtzman \| Steady, LLC | Attn: Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| Langley & Banack, Incorporated | Attn: David S. Gragg | dgragg@langleybanack.com |
| Lasser Hochman, L.L.C. | Attn: Richard L. Zucker | rzucker@lasserhochman.com |
| Latham & Watkins LLP | Attn: Marc A. Zelina | marc.zelina@lw.com |
| Latham & Watkins LLP | Attn: Peter M. Gilhuly, Ted A. Dillman | peter.gilhuly@lw.com<br>ted.dillman@lw.com |
| Law Office of Gilbert A. Lazarus, PLLC. | Attn: Gilbert A. Lazarus | gillazarus@gmail.com |
| Law Office of Kevin S. Neiman, PC | Attn: Kevin S. Neiman | kevin@ksnpc.com |
| Lazarus & Lazarus, P.C. | Attn: Harlan M. Lazarus | hlazarus@lazarusandlazarus.com<br>harlan.lazarus@gmail.com |
| LeCrairRyan, PLLC | Attn: Ilan Markus and Niclas A. Ferland | ilan.markus@leclairryan.com<br>niclas.ferland@leclairryan.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | houston_bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: David G. Aelvoet | sanantonio.bankruptcy@publicans.com |

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Linowes and Blocher LLP | Attn: John T. Farnum, Esq. | jfarnum@linowes-law.com |
| Locke Lord LLP | Attn: Brian A. Raynor, Aaron C. Smith,  David W. Wirt | braynor@lockelord.com<br>asmith@lockelord.com<br>dwirt@lockelord.com |
| Lowenstein Sandler LLP | Attn: Bruce Buechler | bbuechler@lowenstein.com |
| McCreary, Veselka, Bragg & Allen, P.C. | Attn: Lee Gordon, Tara LeDay | tleday@mvbalaw.com |
| McGlinchey Stafford, PLLC | Attn: Brian S. McGrath, Kristen D. Romano | bmcgrath@mcglinchey.com<br>kromano@mcglinchey.com |
| McGlinchey Stafford, PLLC | Attn: Mark J. Chaney, Esq., Richard A. Aguilar, Esq., Rudy J. Cerone, Esq. | mchaney@mcglinchey.com<br>raguilar@mcglinchey.com<br>rcerone@mcglinchey.com |
| Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther, Special Assistant Attorney General | sdnyecf@dor.mo.gov |
| Morgan, Lewis & Bockius LLP | Attn: Laura McCarthy | laura.mccarthy@morganlewis.com |
| Morgan, Lewis & Bockius LLP | Attn: Neil E. Herman | neil.herman@morganlewis.com |
| Morris James LLP | Attn: Stephen M. Miller | smiller@morrisjames.com |
| Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller, Joseph C. Barsalona II | cmiller@mnat.com<br>jbarsalona@mnat.com |
| Morrison Cohen LLP | Attn: Joseph T. Moldovan, Robert K. Dakis | bankruptcy@morrisoncohen.com |
| Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | dperry@munsch.com |
| National Association of Attorneys General | Attn: Karen Cordry | kcordry@naag.org |
| Nelson Mullins Riley & Scarborough LLP | Attn: Jody A. Bedenbaugh | jody.bedenbaugh@nelsonmullins.com |
| Nelson Mullins Riley & Scarborough LLP | Attn: Shane G. Ramsey | shane.ramsey@nelsonmullins.com |
| Norton Rose Fulbright US LLP | Attn: Howard Seife, Esq., & Christy Rivera, Esq. | howard.seife@nortonrosefulbright.com<br>christy.rivera@nortonrosefulbright.com |

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Office of the Texas Attorney General | Attn: Rachel R. Obaldo, Assistant Attorney General | rachel.obaldo@oag.texas.gov |
| Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey | richard.morrissey@usdoj.gov<br>paul.schwartzberg@usdoj.gov |
| OKeefe & Associates Law Corporation, P.C. | Attn: Sean A. O'Keefe | sokeefe@okeefelc.com |
| Paco (China) Garment Ltd | Attn: Lily Wang | lily@pacogarment.com |
| Parker Poe Adams & Bernstein LLP | Attn: Kiah T. Ford IV | chipford@parkerpoe.com |
| Paul Hastings LLP | Attn: Leslie A. Plaskon, Esq., Andrew V. Tenzer, Esq., Shlomo Maza, Esq. | leslieplaskon@paulhastings.com<br>andrewtenzer@paulhastings.com<br>shlomomaza@paulhastings.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Ebony Cobb | ecobb@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | lmbkr@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik | osonik@pbfcm.com |
| Pick & Zabicki LLP | Attn: Douglas J. Pick | dpick@picklaw.net |
| Pierce McCoy, PLLC | Attn: Jonathan A. Grasso | jon@piercemccoy.com |
| Price Meese Shulman & D'Arminio, P.C. | Attn: Rick A. Steinberg | rsteinberg@pricemeese.com |
| Prime Clerk LLC | Attn: Herb Baer, Richard M. Allen | searsteam@primeclerk.com<br>serviceqa@primeclerk.com |
| Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy | gerald.kennedy@procopio.com |
| Pryor & Mandelup, L.L.P. | Attn: Robert L. Pryor | rlp@pryormandelup.com |
| Reid and Riege, P.C. | Attn: Charles J. Filardi, Jr. | cfilardi@rrlawpc.com |
| Reiss+Preuss LLP | Attn: Guy A. Reiss, Erik Tikkanen | greiss@reisspreuss.com<br>etikkanen@reisspreuss.com |

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Robert E. Michael & Associates PLLC | Attn: Robert E. Michael, Aaron Hume | Robert.e.michael.esq@gmail.com<br>Aron.hume@gmail.com |
| Robinson Brog Leinwand Greene Genovese & Gluck P.C. | Attn: Fred B. Ringel, Esq. | fbr@robinsonbrog.com |
| Ropes & Gray LLP | Attn: Gregg M. Galardi, Kimberly J. Kodis, Sam N. Ashuraey | gregg.galardi@ropesgray.com<br>kimberly.kodis@ropesgray.com<br>sam.ashuraey@ropesgray.com |
| Ropes & Gray LLP | Attn: James M. Wilton, Patricia I. Chen | james.wilton@ropesgray.com<br>patricia.chen@ropesgray.com |
| Rosen & Associates, P.C. | Attn: Sanford P. Rosen, Esq. | srosen@rosenpc.com |
| S&D Law | Attn: Steven W. Kelly | skelly@s-d.com |
| Sahn Ward Coschignano, PLLC | Attn: Robert A. Abiuso, Matthew C. McCann | mmccann@swc-law.com<br>rabiuso@swc-law.com |
| Sakar | Attn: Jay Weinblatt | jweinblatt@sakar.com |
| Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Abigail Snow, Pamela Bosswick | cbelmonte@ssbb.com<br>asnow@ssbb.com<br>pbosswick@ssbb.com |
| Saul Ewing Arnstein & Lehr LLP | Attn: Dipesh Patel | dipesh.patel@saul.com |
| Saul Ewing Arnstein & Lehr LLP | Attn: Phillip M. Hudson III, Carmen Contreras-Martinez | phil.hudson@saul.com<br>carmen.contreras-martinez@saul.com |
| Securities & Exchange Commission | Attn: Secretary of the Treasury | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov |
| Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| Seyfarth Shaw LLP | Attn: Edward M. Fox | emfox@seyfarth.com |
| Shearman & Sterling LLP | Attn: Fredric Sosnick, Sara Coelho | fsosnick@shearman.com<br>sara.coelho@shearman.com |
| Sheppard Mullin Richter & Hampton, LLP | Attn: Alan M. Feld, Esq., Ted Cohen, Esq. | afeld@sheppardmullin.com<br>tcohen@sheppardmullin.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Shutts & Bowen LLP | Attn: Ryan C. Reinert, Esq. | rreinert@shutts.com |
| Simon Property Group, L.P. | Attn: Ronald M. Tucker, Esq. | rtucker@simon.com |
| Singer & Levick, P.C. | Attn: Michelle E. Shriro | mshriro@singerlevick.com |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | paul.leake@skadden.com<br>shana.elberg@skadden.com<br>george.howard@skadden.com |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | Paul.Leake@skadden.com<br>Shana.Elberg@skadden.com<br>George.Howard@skadden.com |
| Skierski Jain PLLC | Attn: Doug Skierski, Kristin H. Jain | enotices@skijain.com |
| Smiley Wang-Ekvall, LLP | Attn: Lei Wang Ekvall, Philip E. Strok | pstrok@swelawfirm.com |
| Sorenson Van Leuven, PLLC | Attn: James E. Sorenson | bk@svllaw.com |
| SRAC Medium Term Notes | Attn: Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| SRAC Unsecured Notes | Attn: Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin | tonder@stark-stark.com<br>jlemkin@stark-stark.com |
| Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | cp@stevenslee.com |
| Streusand, Landon, Ozburn & Lemon, LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Brian D. Glueckstein, David R. Zylberberg | dietdericha@sullcrom.com<br>zylberbergd@sullcrom.com |
| Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Michael J. Riela | Riela@thsh.com |
| Taubman Landlords | Attn: Andrew S. Conway | aconway@taubman.com |

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| The Pension Benefit Guaranty Corporation (PBGC) | Attn: Judith Starr, Kartar S. Khalsa, William McCarron, Jr., & Adi Berger, Director | Starr.Judith@pbgc.gov<br>mccarron.william@pbgc.gov<br>efile@pbgc.gov |
| Thompson Hine LLP | Attn: Curtis L. Tuggle | Curtis.Tuggle@ThompsonHine.com |
| TJ Tianxing Kesheng Leather Products Co Ltd | Attn: Power Wang | powerwangtxks@vip.126.com |
| TN Dept of Revenue | Attn: Herbert H. Slatery III, Marvin E. Clements, Jr. | AGBankNewYork@ag.tn.gov |
| U.S. Bank National Association | Attn: Jose A Galarza, Vice President, Global Structured Finance | jose.galarza@usbank.com |
| US Attorney for Southern District of New York | Attn: Bankruptcy Division | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov<br>Lawrence.Fogelman@usdoj.gov<br>Peter.Aronoff@usdoj.gov<br>Linda.Riffkin@usdoj.gov |
| Vedder Price P.C. | Attn: Kevin J. Etzel | ketzel@vedderprice.com |
| Vedder Price P.C. | Attn: Michael L. Schein | mschein@vedderprice.com |
| Waldrep LLP | Attn: Thomas W. Waldrep, Jr. | notice@waldrepllp.com |
| Warner Norcross + Judd LLP | Attn: Gordon J. Toering | gtoering@wnj.com |
| Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny Singh | ray.schrock@weil.com<br>garrett.fail@weil.com<br>jacqueline.marcus@weil.com<br>sunny.singh@weil.com<br>JeriLeigh.Miller@weil.com<br>jessica.liou@weil.com<br>Paloma.VanGroll@weil.com |
| Weiss Zarett Brofman Sonnenklar & Levy, P.C. | Attn: Michael D. Brofman, Esq. | mbrofman@weisszarett.com |
| Whiteford, Taylor & Preston LLC | Attn: Stephen B. Gerald | sgerald@wtplaw.com |

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Williams Legal Advisory Group, LLC | Attn: Amy M. Williams | awilliams@williamsadvisors.com |
| Willkie Farr & Gallagher LLP | Attn: Alan J. Lipkin, Gabriel Brunswick | alipkin@willkie.com<br>gbrunswick@willkie.com |
| Wilmington Trust, National Association | Attn: Steven Cimalore, Vice President | scimalore@wilmingtontrust.com |
| Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron | saron@wrslawyers.com |
| Wyatt, Tarrant & Combs, LLP | Attn: Mary L. Fullington | mfullington@wyattfirm.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Esq., Philip C. Dublin Esq., Abid Quershi, Esq., Sara L. Brauner, Esq. | idizengoff@akingump.com; pdublin@akingump.com; aquershi@akingump.com; sbrauner@akingump.com |
| Ashford - Schael LLC | Attn: Courtney A. Schael, Esq. | Cschael@AshfordNJLaw.com |
| Fox Rothschild LLP | Attn: Allen J. Guon, Esq. | aguon@foxrothschild.com |
| Holland & Knight LLP | Attn: Barbra R. Parlin, Esq. | barbra.parlin@hklaw.com |
| Garda CL Great Lakes, Inc. | Attn: Jose A. Casal, Esq., Joaquin J. Alemay, Esq. | jose.casal@hklaw.com; jjalemany@hklaw.com |
| Halperin Battaglia Benzija, LLP | Attn: Alan D. Halperin, Esq., Ligee Gu, Esq. | ahalperin@halperinlaw.net; lgu@halperinlaw.net |
| Baker & Hostetler LLP | Attn: Eric Goodman, Esq. | egoodman@bakerlaw.com |
| Baker & Hostetler LLP | Attn: Ferve Khan, Esq. | fkhan@bakerlaw.com |
| Lippes Mathias Wexler Friedman LLP | Attn: John A. Mueller, Esq. | jmueller@lippes.com |
| Covington & Burling, LLP | Attn: Dianne Coffino, R. Alexander Clark | dcoffino@cov.com; aclark@cov.com |
| Epicore Software Corporation | Attn: Larry Bercoich | lbercovich@epicor.com |
| Iron Mountain Information Management LLC | Attn: Joseph Corrigan | Bankruptcy2@ironmountain.com |
| Locke Lord LLP | Attn: Joseph N. Froehlich | jfroehlich@lockelord.com |
| Locke Lord LLP | Attn: W. Steven Bryant | sbryant@lockelord.com |
| MRO Attorneys at Law, LLC | Attn: Myrna L. Ruiz-Olmo, Esq. | mro@prbankruptcy.com |
| Nixon Peabody, LLP | Attn: Daniel W. Sklar, Esq. | dsklar@nixonpeabody.com |
| Office of the Attorney General | Attn: Carol E. Momjian, Josh Shapiro | cmomjian@attorneygeneral.gov |
| Seward & Kissel LLP | Attn: John R. Ashmead, Esq., Arlene R. Alves, Esq. | ashmead@sewkis.com; alves@sewkis.com |
| The Sarachek Law Firm | Attn: Joseph E. Sarachek | joe@saracheklawfirm.com |
| Verizon Capital Corp. | Attn: Marva M. Levine | marva.m.levine@verizon.com |
| Walsh Pizzi O'Reilly Falanga, LLP | Attn: Stephen V. Falanga, Esq. | sfalanga@walsh.law |
| Weltman, Weinberg & Reis Co., L.P.A | Attn: Scott D. Fink | sfink@weltman.com |
| Wilmington Savings Fund Society, FSB | Attn: Patrick J. Healy | phealy@wsfsbank.com |

## EXHIBIT B

Archer & Greiner, P.C.
Attn: Allen G. Kadish, Esq. and
Lance A. Schildkraut, Esq.
630 Third Avenue
New York, NY 10017

*Via First Class Mail*

Brookfield Property REIT Inc.
Attn: Kristen N. Pate
350 N. Orleans St., Suite 300
Chicago, IL 60654-1607

*Via First Class Mail*

Internal Revenue Service
Attn: Centralized Insolvency Operation
2970 Market Street
Philadelphia, PA 19104-5016

*Via First Class Mail*

Counsel to Aransas County, et. al.
Linebarger Goggan Blair & Sampson, LLP
Attn: Diane Wade Sanders
P.O. Box 17428
Austin, TX 78760

*Via First Class Mail*

Office of the United States Trustee
Attn: Paul Schwartzberg, Richard Morrissey
U.S. Federal Office Building
201 Varick Street, Ste. 1006
New York, NY 10014

*Via Overnight Delivery and First Class Mail*

Securities & Exchange Commission
Attn: Secretary of the Treasurer
100 F Street, NE
Washington, DC 20549

*Via First Class Mail*

Robbins, Schwartz, Nicholas, Lifton & Taylor Ltd.
Attn: Kenneth M. Florey, Esq., and
M. Neal Smith
631 E. Boughton Road, Suite 200
Bolingbrook, IL 60440

*Via First Class Mail*

United States Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

*Via Overnight Delivery and First Class Mail*

Internal Revenue Service
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

*Via First Class Mail*

Missouri Dept. of Revenue, Bankruptcy Unit
Attn: Steven A. Ginther,
Special Assistant to Attorney General
301 W. High Street, Room 670, PO Box 475
Jefferson City, MO 65105-0475

*Via First Class Mail*

Sears Holding Corporation
Attn: Stephen Sitley, Esq., Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, IL 60179

*Via First Class Mail*

Securities & Exchange Commission-NY Office
Attn: Bankruptcy Department
Brookfield Place, 200 Vesey Street, Suite 400
New York, NY 10281-1022

*Via First Class Mail*

The Bank of New York Mellon Trust Co.
Attn: Corporate Trust Administration
101 Barclay St., Floor 8W
New York, NY 10286

*Via First Class Mail*

Travis County Attorney
Attn: David Escamilla
P.O. Box 1748
Austin, TX 78767

*Via First Class Mail*

Wilmington Trust, National Association
Attn: Sears Holdings Corp. Administrator
Corporate Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

*Via First Class Mail*

Carter Ledyard & Milburn LLP
Attn: James Gadsden, Esq.
2 Wall Street
New York, NY 10005

*Via First Class Mail*

Computershare Trust Company, N.A.
Attn: Michael A. Smith, Vice President
2950 Express Drive South, Suite 210
Islandia, NY 11749

*Via First Class Mail*

Hanesbrand, Inc.
Attn: Joia Johnson, Chief Administrative Officer
and General Counsel
1000 East Hanes Mill Road
Winston Salem, NC 27105

*Via First Class Mail*

TN Dept of Revenue
Attn: Herbert H. Slatery III, Marvin E. Clements, Jr.
c/o TN Attorney General's Office
Attn: Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207
*Via First Class Mail*

U.S. Attorney for Southern District of NY
Attn: Bankruptcy Division
86 Chambers Street, 3rd Floor
New York, NY 10007

*Via First Class Mail*

Wilmorite Management Group LLC
Attn: Donald C. Cowan, Jr.
1265 Scottsville Road
Rochester, NY 14624

*Via First Class Mail*

Cleary, Gottlieb, Steen & Hamilton LLP
Attn: Sean A. O'Neal, Esq., James L. Bromley, Esq.
Andrew Weaver, Esq.
One Liberty Plaza
New York, NY 10006

*First Class Mail*

Davis Polk & Wardwell, LLP
Attn: Marshall S. Huebner, Esq., Eli J. Vonnegut, Esq.
450 Lexington Avenue
New York, NY 10017

*Via First Class Mail*

Hunton Andrews Kurth LLP
Attn: Brett L. Gross
200 Park Avenue
New York, NY 10166

*Via First Class Mail*

Paco (China) Garment, Ltd.
Attn: Lily Wang
No 9 Yueyang Road, Building B
Qingdao Shandong 266000 China

*Via First Class Mail*

Skadden, Arps, Slate, Meagher & Flom, LLP
Attn: Paul Leake, Esq., Shana Elberg, Esq.
And George R. Howard, Esq.
4 Times Square
New York, NY 10036

*Via First Class Mail*

TJ Tianxing Kesheng Leather Products Co. Ltd.
Attn: Power Wang
No. 2 Jiashe Road Baodi District
Tianjin Tianjin 301200 China

*Via First Class Mail*

Oscar Ralda
1580 Brentwood Road
Bay Shore, NY 11706

*Via First Class Mail*

Milagro Ralda
1580 Brentwood Road
Bay Shore, NY 11706

*Via First Class Mail*

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul Leake, Esq., Shana Elberg, Esq.
and George R. Howard, Esq.
155 N. Wacker Drive
Chicago, IL 60606

*Via First Class Mail*

The Pension Benefit Guaranty Corporation
Attn: Judith Starr, Kartar S. Khalsa
William McCarron, Jr. & Adi Berger
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

*Via First Class Mail*

U.S. Bank National Association
Attn: Jose A. Galarza, Vice President
Global Structured Finance
190 S. LaSalle Street, 3rd Floor
MS:MK-IL-SL7M
Chicago, IL 60603

*Via First Class Mail*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN RE:                                                    Chapter 11

SEARS HOLDINGS CORPORATION, *et al.*,                     Case No. 18-23538 (RDD)

                              Debtors[1].                 (Jointly Administered)

------------------------------------------------------------x

## ORDER TERMINATING AUTOMATIC STAY BY DEFAULT

Upon the unopposed motion of Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholders of Washington Mutual Asset-Backed Certificates WMABS Series 2006-HE5, dated December 14, 2018, seeking relief from the automatic stay and after a preliminary hearing held on January 18, 2019, it is

ORDERED, that the automatic stay, instituted upon the filing of the within bankruptcy case, is hereby terminated pursuant to 11 U.S.C. §362(d)(1) as to Movant's, its successors and/or assigns, lien interest in the premises described in said Motion as 1580 Brentwood Road, Bay Shore, New York 11706, including but not limited to foreclosure, eviction, loss mitigation, short sale offers and/or deed in lieu.