# EXHIBIT

# B







## SUFFOLK COUNTY CLERK
## RECORDS OFFICE
## RECORDING PAGE

Type of Instrument: ASSIGNMENT OF MORTGAGE          Recorded:    01/08/2013
Number of Pages: 2                                   At:          02:47:02 PM
Receipt Number : 13-0002679

                                                     LIBER:       M00022290
                                                     PAGE:        271

District:              Section:              Block:              Lot:
0500                   225.00                03.00               049.000

### EXAMINED AND CHARGED AS FOLLOWS

Received the Following Fees For Above Instrument

|              |          | Exempt |              |          | Exempt |
|--------------|----------|--------|--------------|----------|--------|
| Page/Filing  | $10.00   | NO     | Handling     | $20.00   | NO     |
| COE          | $5.00    | NO     | NYS SRCHG    | $15.00   | NO     |
| Notation     | $0.50    | NO     | Cert.Copies  | $0.00    | NO     |
| RPT          | $60.00   | NO     |              |          |        |
|              |          |        | Fees Paid    | $110.50  |        |

**THIS PAGE IS A PART OF THE INSTRUMENT**
**THIS IS NOT A BILL**

JUDITH A. PASCALE
County Clerk, Suffolk County

| | | |
|---|---|---|
| Number of pages | 2 | RECORDED<br>2013 Jan 08 02:47:02 PM<br>JUDITH A. PASCALE<br>CLERK OF<br>SUFFOLK COUNTY<br>L D00022260<br>P 271 |

This document will be public record. Please remove all Social Security Numbers prior to recording.

| Deed / Mortgage Instrument | Deed / Mortgage Tax Stamp | Recording / Filing Stamps |
|---|---|---|
| 3 | FEES | |

| | | | |
|---|---|---|---|
| Page / Filing Fee | 10 | Mortgage Amt. | |
| Handling | 20.00 | 1. Basic Tax | |
| TP-584 | | 2. Additional Tax | |
| Notation | 50 | Sub Total | |
| EA-52 17 (County) | Sub Total 30.50 | Spec./Assit. or | |
| EA-5217 (State) | | Spec. /Add. | |
| R.P.T.S.A. | 60 | TOT. MTG. TAX | |
| | | Dual Town ___ Dual County ___ | |
| Comm. of Ed. | 5.00 | Held for Appointment | |
| Affidavit | | Transfer Tax | |
| Certified Copy | | Mansion Tax | |
| NYS Surcharge | 15.00  Sub Total 80 | The property covered by this mortgage is or will be improved by a one or two family dwelling only.<br>YES ___ or NO ___ | |
| Other | Grand Total 110.50 | If NO, see appropriate tax clause on page # ___ of this instrument. | |

| 4 | Dist. | 0500 22500 0300 049000 | 5 | Community Preservation Fund |
|---|---|---|---|---|
| Real Prop. Tax Serv Agency Verificati | PTS R RMO A 08-JAN-13 | | Consideration Amount $ ___ | |
| | | | CPF Tax Due $ ___ | |
| | | | Improved ___ | |

| 6 | Satisfactions/Discharges/Releases List Property Owners Mailing Address<br>RECORD & RETURN TO:<br>WebTitle Agency<br>500-A Canal View Blvd.<br>Rochester, NY 14623 | Vacant Land ___<br>TD ___<br>TD ___<br>TD ___ |
|---|---|---|

| Mail to: Judith A. Pascale, Suffolk County Clerk<br>310 Center Drive, Riverhead, NY 11901<br>www.suffolkcountyny.gov/clerk | 7 | Title Company Information<br>Co. Name WebTitle Agency<br>Title # ___ |
|---|---|---|

## 8  Suffolk County Recording & Endorsement Page

This page forms part of the attached ___ Assignment of Mortgage ___ made by:
(SPECIFY TYPE OF INSTRUMENT)

Mers Inc. ___

The premises herein is situated in SUFFOLK COUNTY, NEW YORK.

TO
U.S. Bank National Association ___

In the TOWN of Islip ___

In the VILLAGE or HAMLET of ___

BOXES 6 THRU 8 MUST BE TYPED OR PRINTED IN BLACK INK ONLY PRIOR TO RECORDING OR FILING.

(over)

When Recorded Return To:
CHASE
P.O. BOX 8000
MONROE, LA 71203

Loan #: ▓▓▓▓▓▓▓

## ASSIGNMENT OF MORTGAGE

CONTACT JPMORGAN CHASE BANK, N.A. FOR THIS INSTRUMENT 780 KANSAS LANE, SUITE A, MONROE, LA 71203, TELEPHONE # (866) 756-8747, WHICH IS RESPONSIBLE FOR RECEIVING PAYMENTS.

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR PEOPLE'S CHOICE HOME LOAN, INC., ITS SUCCESSORS AND ASSIGNS, WHOSE ADDRESS IS PO BOX 2026, FLINT, MI, 48501, (ASSIGNOR), (MERS Address: 1901 E Voorhees Street, Suite C, Danville, IL 61834) by these presents does convey, grant, assign, transfer and set over the described Mortgage, as the same may have been consolidated, extended or modified, including all mortgages that have been consolidated therewith, with all interest secured thereby, all liens, and any rights due or to become due thereon to U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR WASHINGTON MUTUAL ASSET-BACKED CERTIFICATES WMABS SERIES 2006-HE5 TRUST, WHOSE ADDRESS IS 700 KANSAS LANE, MC 8000, MONROE, LA 71203 (866)756-8747, ITS SUCCESSORS OR ASSIGNS, (ASSIGNEE).

Said Mortgage is dated 06/29/2006, made by OSCAR RALDA AND MILAGRO RALDA to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC AS NOMINEE FOR PEOPLE'S CHOICE HOME LOAN, INC., in the principal sum of $382,500.00 and recorded on 07/29/2006, in Liber M00021350, Page 442, CRFN # n/a, in the office of the Registry of SUFFOLK County, NY.

Property is commonly known as: 1580 BRENTWOOD ROAD TOWN OF ISLIP,
BAY SHORE, NY 11706.

This mortgage(s) has not been assigned of record.
This Assignment is not subject to the requirements of section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

Dated on 10 / 17 / 2012 (MM/DD/YYYY).
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR PEOPLE'S CHOICE HOME LOAN, INC., ITS SUCCESSORS AND ASSIGNS

By: /s/ Bradley Van Hoose
BRADLEY VAN HOOSE          Vice President

By: /s/ Greg Delara
Witness    Greg Delara

STATE OF __Ohio__ COUNTY OF __Franklin__
Before me, on __10/17/2012__ (MM/DD/YYYY) the undersigned, personally appeared __BRADLEY VAN HOOSE__ as Vice President for MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, AS NOMINEE FOR PEOPLE'S CHOICE HOME LOAN, INC., ITS SUCCESSORS AND ASSIGNS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that they executed the same in their capacity(ies), and that by their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

/s/ Darin Harrison Culler
Darin Harrison Culler
Notary Public - State Of __OHIO__
Commission expires: 04/24/2015

Darin Harrison Culler
Notary Public, State of Ohio
My Commission Expires 04-24-2015

Document Prepared By: E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
Property ID(S/B/L): S:225 B:3 L:49
▓▓▓▓▓ – WAMU ▓▓▓▓▓    $110.50 MIN ▓▓▓▓▓▓▓▓    MERS PHONE 1-888-679-6377 1901 E Voorhees Street, Suite C, Danville, IL 61834 ▓▓▓▓▓ [PREP] FRMNY1