IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No.: 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, *et al*. | Chapter 11 |
| Debtors[1]. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
<u>**DEMAND FOR SERVICE OF PAPERS**</u>

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rules 2002, 9007 and 9010(b), FedEx Supply Chain, Inc. and FedEx Custom Critical, Inc., by and through their counsel, Buchanan Ingersoll & Rooney PC, hereby respectfully submit this Notice of Appearance and Demand for Service of Papers in the above-captioned case by the Court, the Debtors, and/or any other parties-in-interest, be given to and served upon the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022) Sears Development Co. (6028); Sears Holdings Management corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SRC Sparrow 1 LLC (None); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); SRC Sparrow 2LLC (None); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); SRC O.P. LLC (None); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); SRC Facilities LLC (None); and SRC Real Estate (TX), LLC (None). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

BUCHANAN INGERSOLL & ROONEY PC
Attn: Christopher P. Schueller, Esq. (CPS-9525)
640 5th Avenue, 9th Floor
New York, NY 10019
Tel (212) 440-4400
Fax (212) 440-4401
Email: christopher.schueller@bipc.com

-and-

BUCHANAN INGERSOLL & ROONEY PC
Attn: Christopher P. Schueller, Esq. (CPS-9525)
Attn: Terry A. Shulsky, Esq.
Attn: Tyler S. Dischinger, Esq. (
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410
Tel (412) 562-8800
Fax (412) 562-1041
Email: terry.shulsky@bipc.com
Email: tyler.dischinger@bipc.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, notices and papers referred to in Bankruptcy Rule 2002 and also includes, without limitation, any plans of reorganization and disclosure statements and objections thereto, notices, orders, pleadings, motions, applications, complaints, schedules of assets and liabilities, operating reports, answering or reply papers, memoranda and briefs in support of any of the foregoing, pleadings, hearing dates, requests, demand, replies and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, or otherwise.

This appearance and request for notice is without prejudice to the rights, remedies and claims of the Movant against other entities or any objection by the Movant that may be made to the subject matter jurisdiction of the Court or the propriety of venue herein and shall not be deemed or construed to submit the Movant to the jurisdiction of the Court.  All rights, remedies and claims are

hereby expressly reserved, including without limitation, the making of a motion seeking abstention, withdrawal, dismissal or transfer of the case or a proceeding therein.

**BUCHANAN INGERSOLL & ROONEY PC**

Dated: December 14, 2018    By:    /s/ Christopher P. Schueller
Christopher P. Schueller (CS-9525)
640 5th Avenue, 9th Floor
New York, NY 10019
(212) 440-4400 - Telephone
(212) 440-4401 - Facsimile

*Counsel for FedEx Supply Chain, Inc. and FedEx Custom Critical, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Case No.: 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, *et al.* | ) Chapter 11 |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATION OF SERVICE

I, Christopher P. Schueller, Esquire, hereby certify that I caused a true and correct copy of the attached to be served via the court's ECF system.

**BUCHANAN INGERSOLL & ROONEY PC**

Dated: December 14, 2018    By:    /s/ Christopher P. Schueller
Christopher P. Schueller (CS-9525)
640 5th Avenue, 9th Floor
New York, NY 10019
 (212) 440-4400 - Telephone
 (212) 440-4401 - Facsimile

*Counsel for FedEx Supply Chain, Inc. and FedEx Custom Critical, Inc.*

4