John C. Allerding, Esq.
(*Pro hac vice*)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291
Telephone: 216.566.5500
Facsimile: 216.566.5800
Email: John.Allerding@ThompsonHine.com

*Counsel for Luxottica Retail North America Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE:** | Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.* | Case No. 18-23538-RDD |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING OF EXHIBITS IN SUPPORT OF OBJECTION OF LUXOTTICA RETAIL NORTH AMERICA INC. TO DEBTORS' SUPPLEMENTAL MOTION FOR AUTHORITY TO (I) OBTAIN JUNIOR POSTPETITION FINANCING AND (II) SCHEDULE FINAL HEARING**

Luxottica Retail North America Inc. ("**Luxottica**") hereby provides notice of the filing of the attached Exhibits (the "**Exhibits**") that are referred to in the *Objection of Luxottica Retail North America Inc. to Debtors' Supplemental Motion for Authority to (i) Obtain Junior Postpetition Financing and (ii) Schedule Final Hearing* (Dkt. 1234; the "**Objection**"). Technological issues prevented the Exhibits from being attached to the Objection at the time of the filing.

                                              Respectfully submitted,

                                              **THOMPSON HINE LLP**

Dated:   December 14, 2018               /s/ John C. Allerding
             Cleveland, Ohio                  John C. Allerding (OH Bar No. 0074744)
                                                    (*Pro Hac Vice*)
                                            3900 Key Center, 127 Public Square
                                            Cleveland, Ohio 44114-1291
                                            T: 216.566.5500 / F:  216.566.5800
                                            John.Allerding@ThompsonHine.com

                                            *Counsel for Luxottica Retail North America Inc.*