# Exhibit 2

Page 1

1  UNITED STATES BANKRUPTCY COURT

2  SOUTHERN DISTRICT OF NEW YORK

3  Case No. 18-23538-rdd

4  - - - - - - - - - - - - - - - - - - - - - - - - -x

5  In the Matter of:

6

7  SEARS HOLDINGS CORPORATION,

8

9           Debtor.

10 - - - - - - - - - - - - - - - - - - - - - - - - -x

11

12              United States Bankruptcy Court

13              300 Quarropas Street, Room 248

14              White Plains, NY 10601

15

16              November 27, 2018

17              1:30 PM

18

19

20

21 B E F O R E :

22 HON ROBERT D. DRAIN

23 U.S. BANKRUPTCY JUDGE

24

25 ECRO:  JUSTIN

18-23538-shl    Doc 1235-2    Filed 12/14/18    Entered 12/14/18 16:41:54    Exhibit
Partial Transcript of Senior DIP Financing Hearing    Pg 3 of 20

Page 2

```
 1   HEARING RE: Notice of Agenda of Matters Scheduled for
 2   Hearing on November 27,2018 at 1:30 p.m.
 3
 4   Motion to Approve Debtor in Possession Financing / Debtors
 5   Motion for Authority to (A) Obtain Post-petition Financing,
 6   (B) Use Cash Collateral, (C) Grant Certain Protections to
 7   Prepetition Secured Parties, and (D) Schedule Second Interim
 8   Hearing and Final Hearing (document #5)
 9
10   Motion to Authorize/ Motion of Debtors For Authority to (I)
11   Continue Using Existing Cash Management System, Bank
12   Accounts, and Business Forms, (II) Implement Ordinary Course
13   Changes to Cash Management System, (III) Continue
14   Intercompany Transactions, and (IV) Provide Administrative
15   Expense Priority for Post-petition Intercompany Claims and
16   Related Relief (document #5)
17
18   Supplemental Motion to Approve Debtor in Possession
19   Financing / Debtors Supplemental Motion for Authority to (I)
20   Obtain Junior Post-petition Financing and (II) Schedule
21   Final Hearing filed by Sunny Singh on behalf of Sears
22   Holdings Corporation (document #872)
23
24
25
```

1  Statement: Notice of Filing of Superpriority Junior Lien

2  Secured Debtor-In-Possession Credit Agreement (related

3  document(s)7, 872) filed by Sunny Singh on

4  Behalf of Sears Holdings Corporation (document #881).

5

6  Statement: Notice of Filing of DIP Intercreditor Agreement

7  (related document(s)881, 7, 872, 885, 744) filed by Sunny

8  Singh on behalf of Sears Holdings Corporation(document#892)

9

10  Motion to Authorize /Motion of ESL Investments, Inc. for the

11  Entry of an Order Pursuant to Bankruptcy Code Section 105

12  and Federal Rules of Bankruptcy Procedure 2004, 9006 and

13  9016 Authorizing Expedited Discovery of the UCC and

14  the Subcommittee, dated November 21, 2018 (document #854)

15

16  Objection /Limited Objection of the Official Committee of

17  Unsecured Creditors of Sears Holdings Corporation, et al, to

18  ESL Investments, Inc. Motion Seeking Expedited Discovery

19  (related document(s)854)

20

21

22

23

24

25    Transcribed by:   Sonya Ledanski Hyde

```
                                                           Page 4

 1    A P P E A R A N C E S :

 2

 3    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

 4         Attorney for Restructuring Subcommittee of the Board

 5         1285 Avenue of the Americas

 6         New York, NY 10019-6064

 7

 8    BY:  ROBERT A. BRITTON

 9

10    LAW OFFICES OF DOUGLAS T. TABACHNIK

11         Attorney for Certain Taxing Authorities

12         Woodhull House

13         63 West Main Street, Suite C

14         Freehold, New Jersey 07728

15

16    BY:  DOUGLAS TABACHNIK

17

18    CAHILL, GORDON & REINDEL LLP

19         Attorney for SHLD Lendco, LLC

20         80 Pine Street

21         New York, NY 1005

22

23    BY:  RICHARD STIEGLITZ, JR.

24

25
```

Page 5

1   AKIN GUMP STRAUSS HAUER & FELD LLP
2        Proposed counsel for the Creditors Committee
3        One Bryant Park
4        Bank of America Tower
5        New York, NY 10036
6
7   BY:  PHIL DUBLIN
8        IRA DIZENGOFF
9        PHILIP DUBLIN
10       ABID QUERSHI
11
12  SCHULTE ROTH & ZABEL LLP
13       Attorney for TPG Specialty Lending Group
14       919 Third Avenue
15       New York, NY 10022
16
17  BY:  ADAM C. HARRIS
18
19  Baker Hostetler
20       Attorney for American Greetings
21       127 Public Square, Suite 2000
22       Cleveland, OH 44114
23
24  BY:  ERIC GOODMAN
25

Page 6

```
 1   GENSBURG CALANDRIELLO & KANTER, PC
 2        Attorneys for Community School District 300
 3        200 West Adams Street, Suite 2425
 4        Chicago, IL, 60606
 5
 6   BY:  MATTHEW GENSBURG
 7
 8   ARCHER
 9        Attorney for Community School District 300
10        630 Third avenue
11        New York, NY 10017
12
13   BY:  ALLEN G. KADISH
14        KENNETH FLOREY
15
16   THOMPSON HINE LLP
17        Attorney for Luxottica
18        3900 Key Center
19        127 Public Square
20        Cleveland, OH 44114
21
22   BY:  JOHN C. ALLERDING
23
24
25
```

Page 7

```
 1   ROPES & GRAY LLP
 2        Attorney for Apex
 3        920 N King St # 700
 4        Wilmington, DE 19801
 5
 6   BY:  PATRICIA I. CHEN
 7
 8   PAUL HASTINGS LLP
 9        200 Park Avenue
10        New York, NY 10166
11
12   BY:  SHLOMO MAZA
13        MICHAEL E. COMERFORD
14
15   WEIL, GOTSHAL & MANGES LLP
16        Attorneys for the Debtor
17        767 Fifth Avenue
18        New York, NY 10153
19
20   BY:  RAY SCHROCK
21        SUNNY SINGH
22        ARKADY GOLDINSTEIN
23        JARED R. FRIEDMAN
24
25
```

18-23538-shl    Doc 1235-2    Filed 12/14/18    Entered 12/14/18 16:41:54    Exhibit
Partial Transcript of Senior DIP Financing Hearing    Pg 9 of 20

Page 8

```
 1   KATTEN MUCHIN ROSENMAN LLP
 2        Attorney for Gordon Brothers & Hilco
 3        575 Madison Avenue, #14
 4        New York, NY 10022
 5
 6   BY:  STEVEN J. REISMAN
 7
 8   MILBANK, TWEED, HADLEY & MCCLOY LLP
 9        Attorney for Cyrus Capital Partners, LP.
10        28 Liberty Street
11        New York, NY US 10005-1413
12
13   BY:  THOMAS KRELLER
14        ERIC R. REIMER
15
16   CLEARY GOTTLIEB STEEN & HAMILTON LLP
17        Attorney for ESL
18        One Liberty Plaza
19        New York, NY 10006
20
21   BY:  JAMES L. BROMLEY
22
23
24
25
```

18-23538-shl    Doc 1235-2    Filed 12/14/18    Entered 12/14/18 16:41:54    Exhibit
Partial Transcript of Senior DIP Financing Hearing    Pg 10 of 20

Page 9

```
 1   TRIAX CAPITAL ADVISORS
 2        75 Rockefeller Plaza #14
 3        New York, NY 10019
 4
 5   BY:  JOSEPH E. SARACHEK
 6
 7   HALPERIN BATTAGLIA BENZIJA, LLP
 8        Administrator of the Estate of James Clark
 9        40 Wall Street - 37th Floor
10        New York, NY 10005
11
12   BY:  LIGEE GU
13
14   SKADDEN, ARPS, LATE, MEAGHER & FLOM LLP
15        Attorneys for ABL DIP Agent - BAML
16        4 Times Square
17        New York, NY 10036
18
19   BY:  PAUL LEAKE
20        GEORGE R. HOWARD
21
22
23
24
25
```

18-23538-shl    Doc 1235-2    Filed 12/14/18    Entered 12/14/18 16:41:54    Exhibit
Partial Transcript of Senior DIP Financing Hearing    Pg 11 of 20

Page 10

```
 1   FISHER BROYLES LLP
 2        Attorney for Clover Technologies Group
 3        445 Park Avenue
 4        New York, NY 10022
 5
 6   BY:   CHRIS PEY
 7
 8   DUANE MORRIS LLP
 9        Attorney for the Chubb Companies
10        30 South 17th Street
11        Philadelphia, PA 19103
12
13   BY:   CATHERINE BEIDEMAN HEITZENRATER
14
15   VEDDER PRICE
16        1633 Broadway, 31st Floor
17        New York, NY 10019
18
19   BY:   MICHAEL L. SCHIEN
20
21
22
23
24
25
```

```
                                                             Page 11
 1   CHOATE
 2        Attorney for Wells Fargo
 3        Two International Place
 4        Boston, MA 02110
 5
 6   BY:  KEVIN J. SIMARD
 7
 8   SEYFARTH SHAW LLP
 9        Attorney for Wilmington Trust
10        National Association as Indenture Trustee
11        And Collateral Agent
12        620 Eighth Avenue
13        New York, NY 10018
14
15   BY:  EDWARD M. FOX
16
17   BALLARD SPAHR LLP
18        1675 Broadway, 19th Floor
19        New York, NY 10019
20
21   BY:  DAVID L. POLLACK
22
23   APPEARING TELEPHONICALLY:
24   NICHOLAS ADZIMA
25   ARLENE R. ALVES
```

18-23538-shl  Doc 1235-2  Filed 12/14/18  Entered 12/14/18 16:41:54  Exhibit
Partial Transcript of Senior DIP Financing Hearing  Pg 13 of 20

Page 12

```
 1    RAPHAEL ANDREWS
 2    JOHN R. ASHMEAD
 3    NEGISA BALLUKU
 4    TERESA M. BENNETT
 5    KIMBERLY A. BLACK
 6    JIM I. CHRISTIE
 7    CARMEN CONTRERAS-MARTINEZ
 8    JONATHAN COVIN
 9    ANDREW DIAZ
10    JASON DIBATTISTA
11    WILLIAM P. FENNELL
12    ROBERT E. FITZGERALD
13    CHRISTOPHER GARTMAN
14    KIMBERLY B. GIANIS
15    CINDI M. GIGLIO
16    STEPHANIE J. GLEASON
17    RONALD E. GOLD
18    MARC HANKIN
19    ADAM HARRIS
20    TAYLOR B. HARRISON
21    MICHAEL HERZ
22    VLADIMIR JELISAVCIC
23    DANIELLE JUHLE
24    NICHOLAS KRISLOV
25    ZACHARY D. LANIER
```

```
 1    ZACHARY D. LEVINE
 2    DONNA LIEBERMAN
 3    TERESA LII
 4    MICHAEL G. LINN
 5    CATHERIN LOTEMPIO
 6    KATHERINE E. MASSEY
 7    SHLOMO MAZA
 8    MICHAEL MITTELMAN
 9    THOMAS ONDER
10    LAWRENCE PARK
11    LESLIE PLASKON
12    CRAIG M. PRICE
13    JON PRUCHANSKY
14    LILLIAN A. RIZZO
15    JASON B. SANJANA
16    EDWARD L. SCHNITZER
17    CHRIS STAUBLE
18    BRAD SWEENEY
19    DOUGLAS T. TABACHNIK
20    ERICA S. WEISGERBER
21    MARC ZELINA
22    SCOTT A. ZUBER
23    DAVID R. ZYLBERBERG
24
25
```

18-23538-shl    Doc 1235-2    Filed 12/14/18    Entered 12/14/18 16:41:54    Exhibit
Partial Transcript of Senior DIP Financing Hearing    Pg 15 of 20

Page 14

1         P R O C E E D I N G S

2         P R O C E E D I N G S

3         THE COURT:  Please be seated.  Okay, good
4    afternoon.  In RE:  Sears Holdings Corp.
5         MR. SINGH:  Good afternoon, Your Honor.  Sunny
6    Singh, Weil Gotshal, on behalf of the Debtors.
7         Your Honor, thank you very much to you and your
8    chambers for allowing the parties the additional time to
9    finalize some of the negotiations.
10        We do have some updates here and I'm pleased to
11   report to the Court that we have a resolution with the
12   Unsecured Creditors Committee on its objection, and I'm
13   going to outline the terms of that resolution which has been
14   accepted by the key parties in interest and I will outline
15   as we go through this.
16        One key development that I would like Your Honor
17   to be aware of right up front is we had bidding for the
18   junior DIP, not surprisingly, literally outside in the
19   hallway for the last hour, so --
20        THE COURT:  Okay.
21        MR. SINGH:  And with both parties here active
22   bidding and getting real-time feedback from the Committee's
23   professionals.
24        So one thing I would like to update the Court and
25   the parties, is that we do have a new DIP lender on a junior

18-23538-shl   Doc 1235-2   Filed 12/14/18   Entered 12/14/18 16:41:54   Exhibit
Partial Transcript of Senior DIP Financing Hearing   Pg 16 of 20

Page 38

```
1              MR. PEY:  I was looking at Paragraph 13, Subclause
2    B.
3              THE COURT:  Just incorporate the paragraph from
4    the GLB order into this one, as you've done --
5              MR. SINGH:  Yeah, so I think it was that sentence.
6              THE COURT:  Yeah.  Okay.
7              MR. PEY:  Okay.  And also that the DIP ABL liens
8    and collateral don't necessarily exclude liens on the
9    proceeds of prepetition consignment sales which may be
10   covered by the agreement that's going to be circulated, for
11   example, with American Greetings which we haven't seen yet.
12             THE COURT:  I'm not sure I understand that point.
13   As I understood the American Greetings one, it was basically
14   a reservation of rights as opposed to --
15             MR. PEY:  That's what we're looking for.
16             THE COURT:  Okay, not a statement that they don't
17   attach, it's just that the parties reserve their rights as
18   to whether they do or not attach.
19             MR. PEY:  You're right, Your Honor.
20             THE COURT:  Okay.  All right.
21             MR. PEY:  Thank you.
22             MR. ALLERDING:  Good afternoon, Your Honor.  John
23   Allerding, Thompson Hine on behalf of Luxottica.  As the
24   Debtors' counsel mentioned, our objection is still
25   outstanding but is -- we believe is very close to being
```

Veritext Legal Solutions
212-267-6868              www.veritext.com              516-608-2400

18-23538-shl    Doc 1235-2    Filed 12/14/18    Entered 12/14/18 16:41:54    Exhibit
Partial Transcript of Senior DIP Financing Hearing    Pg 17 of 20

Page 39

1  resolved.  In fact, before today's hearing I had a
2  conversation with Debtors' counsel in which it was
3  represented to us that the language that we sent over
4  earlier this morning is acceptable to the Debtors and the
5  Debtors' counsel as far as the framework goes, the Debtors
6  and the DIP lenders.  The Debtors and the DIP lenders need
7  to work out some issues between themselves regarding
8  reporting.
9           That framework would generally, as the Debtors'
10 counsel said, preserve Luxottica's rights, whatever they may
11 be, with respect to prepetition funds that were provided to
12 the debtors under a license agreement would require the
13 segregation of post-petition amounts provided under that
14 license agreement and would clarify that the DIP liens do
15 not attach to the post-petition segregated accounts or
16 amounts, would require -- or would clarify that the DIP
17 liens nor the adequate protection liens apply to Luxottica's
18 inventory and goods which it sells at the Sears Optical
19 locations, and would require the Debtors to comply with the
20 terms of the license agreement pending assumption or
21 rejection of that agreement.
22          Those are the terms as I understood them, and
23 again, I think there was an agreement with respect to those
24 terms.  Perhaps some of the language still needs to be
25 worked out.

18-23538-shl   Doc 1235-2   Filed 12/14/18   Entered 12/14/18 16:41:54   Exhibit
Partial Transcript of Senior DIP Financing Hearing   Pg 18 of 20

Page 40

1           THE COURT:  Okay.  The only one I'm not so sure
2    about is the last point.  I mean, it's an agreement, but I'm
3    not sure what that agreement provides overall, so I think
4    the parties may have to look at that to see what it
5    provides, but certainly as far as making it clear the
6    Debtors cannot grant a lien on property that they don't --
7    it's not property of the estate, that's clear.
8           MR. ALLERDING:  Thank you, Your Honor.
9           THE COURT:  Okay.
10          MR. SINGH:  Yes, Your Honor, and we'll --
11          THE COURT:  I mean, remarkably, there are a couple
12   of published opinions that -- where Debtors actually tried
13   to do that, but --
14          MR. SINGH:  We know that --
15          THE COURT:  -- it didn't work.
16          MR. SINGH:  We don't have that issue.
17          THE COURT:  Right.  In re TMT Procurement Corp.,
18   764 F.3d 512 and in re Packer, 2018 Bankruptcy LEXIS 2143.
19          MR. SINGH:  So, Judge --
20          THE COURT:  But I don't think you were trying to
21   do that.
22          MR. SINGH:  No, no.
23          THE COURT:  Okay.
24          MR. SINGH:  And I think we'll -- I don't think
25   we'll have an issue finalizing reservation of rights like

18-23538-shl    Doc 1235-2    Filed 12/14/18    Entered 12/14/18 16:41:54    Exhibit
Partial Transcript of Senior DIP Financing Hearing    Pg 19 of 20

Page 41

1    these parties.
2             THE COURT:  Okay.
3             MR. SINGH:  If we do, you know, come back and let
4    the Court know.  But I think that's it on the -- unless I
5    speak too soon, I think that's it on the vendors.
6             THE COURT:  Okay.
7             MR. SINGH:  Your Honor, next we just have the
8    objection of the Texas taxing authorities, the review
9    objections.  We've basically incorporated the same language
10   that Your Honor approved in prior orders with, you know,
11   modifications to make sure we're referring to the right
12   orders.  I think that resolves their objections.
13            THE COURT:  Okay.  It did seem to me to be the
14   same language, the same mechanism for dealing with their ad
15   valorem, right?
16            MR. SINGH:  Yes, that's correct, Your Honor.  And
17   then finally I think there were just a few buckets including
18   the School District objection that we did.  Spent some time
19   on it in our reply brief.  I think the latest is that we are
20   in conversations to try to resolve that objection. We are
21   not resolved, but I think we are in conversations to try to
22   continue to resolve that objection.  And, you know, what I
23   would propose is that we continue to talk.  And if there is
24   an issue, you know, we can come back to the Court for a
25   determination there.  But we don't have an objection to them

18-23538-shl    Doc 1235-2    Filed 12/14/18    Entered 12/14/18 16:41:54    Exhibit
Partial Transcript of Senior DIP Financing Hearing    Pg 20 of 20

Page 72

```
 1                    C E R T I F I C A T I O N
 2
 3        I, Sonya Ledanski Hyde, certified that the foregoing
 4   transcript is a true and accurate record of the proceedings.
 5
 6
 7
 8   Sonya Ledanski Hyde
 9
10
11
12
13
14
15
16
17
18
19
20   Veritext Legal Solutions
21   330 Old Country Road
22   Suite 300
23   Mineola, NY 11501
24
25   Date:  November 30, 2018
```