Hearing Date and Time: December 18, 2018 at 10:00 am (Eastern)
Objection Date and Time: December 11, 2018 at 4:00 pm (Eastern)
Re: ECF No. 1133

**RAVERT PLLC**
Gary O. Ravert
116 West 23rd Street, Suite 500
New York, New York 10011
Tel: (646) 966-4770
Fax: (917) 677-5419

*Attorneys for ADT LLC d/b/a Protection One*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | ) |
| | ) Case No.: 18-23538 (RDD) |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION AND RESERVATION
OF RIGHTS OF ADT LLC D/B/A PROTECTION ONE TO DEBTORS' NOTICE
OF ASSUMPTION AND ASSIGNMENT IN CONNECTION WITH SALE OF
<u>SEARS HOME IMPROVEMENT BUSINESS</u>**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

ADT LLC d/b/a Protection One ("Protection One") hereby withdraws without prejudice its limited objection and reservation of rights [Dkt. No. 1133] (the "Objection") to the Debtors' Notice of Assumption and Assignment in Connection with Sale of Sears Home Improvement Business dated November 27, 2018 [Dkt. No. 901) (the "Notice") filed by the above-captioned debtors (the "Debtors").

| | |
|---|---|
| Dated: December 14, 2018 | */s/ Gary O. Ravert* <br> Gary O. Ravert <br> RAVERT PLLC <br> 116 West 23rd Street, Suite 500 <br> New York, New York 10011 <br> Tel: (646) 961-4770 <br> Fax: (917) 677-5419 <br> gravert@ravertpllc.com <br><br> and <br><br> Sally E. Edison <br> Spilman Thomas & Battle, PLLC <br> One Oxford Centre, Suite 3440 <br> 301 Grant Street <br> Pittsburgh, PA 15219 <br> Tel: (412) 325-3301 <br> sedison@spilmanlaw.com <br><br> *Counsel to ADT LLC d/b/a Protection One* |