**SIDLEY AUSTIN LLP**
David E. Kronenberg
1501 K Street, N.W.
Washington, DC 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711
dkronenberg@sidley.com

*Attorney for Service.com, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
| In re: | : | |
| --- | --- | --- |
| | : | Chapter 11 |
| **SEARS HOLDINGS CORPORATION. *et al.*,** | : | |
| | : | Case No. 18-23538 (RDD) |
| Debtors.[1] | : | |
| | : | (Jointly Administered) |

------------------------------------------------------------------------x

### NOTICE OF APPEARANCE AND REQUEST
### FOR NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Sidley Austin LLP hereby enters its appearance as counsel to the Service.com, Inc. (the "Service.com") in the above-captioned jointly-administered chapter 11 cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), LLC (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**PLEASE TAKE FURTHER NOTICE** that Sidley Austin LLP requests that all notices given or required to be given and all papers served in these cases be delivered to and served upon the following:

> David E. Kronenberg, Esq.
> **SIDLEY AUSTIN LLP**
> 1501 K Street, N.W.
> Washington, DC  20005
> Telephone:  (202) 736-8000
> Facsimile:  (202) 736-8711
> dkronenberg@sidley.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that is filed or given in connection with these cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Notice and Papers, nor any later appearance, pleading, or claim or suit shall constitute a waiver of (1) any right to have final orders in non-core matters, or in any core matter in which this court lacks constitutional authority to enter a final order, entered only after *de novo* review by a judge of the United States District Court for the Southern District of New York;  (2) any right to trial by jury in any proceeding related to these cases; (3) any right to have the United States District Court for the Southern District of New York withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) any right to seek dismissal for

lack of jurisdiction over Service.com or improper service of the complaint upon Service.com; (5) an election of remedy; or (6) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Service.com is or may be entitled under any agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Service.com expressly reserves.

Dated: December 17, 2018
      New York, New York

SIDLEY AUSTIN LLP

By:   /s/ *David E. Kronenberg*
      David E. Kronenberg
      1501 K Street, N.W.
      Washington, DC 20005
      Telephone: (202) 736-8000
      Facsimile: (202) 736-8711

*Attorney for Service.com, Inc.*