William & Andrea McSorley
5409 79th Ave E
Palmetto, FL 34221

December 14, 2018

Honorable Cecelia G. Morris
Chief Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408


Dear Judge Morris:

With this letter, we object to Cure Costs in the Proposed Cure Amount for Contract #22780676A in the Notice of Assumption and Assignment in Connection with the Sale of Sears Home Improvement Business, filed December 5, 2018, Case number 18-23538.

With the notification of Sears Home Improvement Business' potential assumption and assignment of the contract of Andrea McSorley (#22780676A), we would like to establish the right to dispute the listed cure costs presented in the document on page 38, line 1499.

The proposed cure amount listed in line 1499 are 0.00, but we estimate the cost to be $8,000-$10,000 to finish the job we contracted with Sears Home Improvement Business.

We entered into a service agreement with Sears Home Improvement Business over 12 months ago and when the third-party worker contracted by claimed to have finished the job 10 months ago, we were unable to sign the certificate of completion because the work was not done to our satisfaction. Sears Home Improvement Business has failed to reply to the serious concerns of both the quality of workmanship performed overall and the necessary repairs acknowledged by Sears management.

In addition to the above estimated remaining costs, we have a claim of a settlement agreement with Sears Home Improvement Business to the amount of $334.00 due to costs incurred to remedy a fire hazard left by their contracted worker.

We are prepared to go through the necessary processes to remedy this situation to mutual satisfaction.

Respectfully,


William Spencer McSorley                    Andrea McSorley


CC:
The Debtors, c/o Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL  60179
Attn: Stephen Sitley, Esq. & Luke J. Valentino, Esq.

CC:
The Debtors' attorneys, c/o Weil, Gotshal &Manages LLP
767 Fifth Avenue
New York, New York  10153
Attn: Ray C. Shrock, P.C., Jacqueline Marcus, Esq.; Gavin Westerman, Esq.; Garrett A. Fail, Esq.; Sunny Singh, Esq.; Jessica Liou

The Debtors' investment banker, c/o Lazard Frères & Co. LLC
30 Rockefeller Plaza
New York, New York  10112
Attn: Brandon Aebersold & Levi Quaintance

The Stalking Horse Bidder's attorneys, c/o Sidley Austin LLP
2021 McKinney Avenue                        1501 K Street, N.W.
Suite 2000                                  #600
Dallas, TX  75201                           Washington, D.C.  20005
Attn: Aaron Rigby                           Attn: David E. Kronenberg