December 11, 2018

US Bankruptcy Court, Southern District of NY
and
To whom it may concern

Re: Sears Holdings Corporation Bankruptcy

I have the following concerns and questions:

1. How is Computershare involved in this as trustee? Did the court hire them or Sears?
2. It is my understanding that if you have assets you are not allowed to file bankruptcy. I am told that sears has a lot of vacant buildings they own and can sell. I believe that sears still has the Kenmore brand of appliances. Why were they allowed to file for bankruptcy and have the court accept this?
3. It is unreasonable to expect a person to come from Iowa to New York as a creditor, especially on such short notice.
4. Is it expected that any distribution of assets will be distributed to the creditors?
5. To me, this whole thing is a farce set up by Sears, I could see it coming and believe they had this planned for a long time. I can't believe the bankruptcy court would take on such a case. Why did they?
6. Certainly, all of this bankruptcy stuff is confusing to me. Are they or are they not going to steal my money? Isn't this illegal?

Michael Brockman
3344 213th street
Fort Madison, Iowa 52627
319.470.0764

Regarding:
  Sears Holding Corporation; Cusips: 81235OAF3; Account # 000000000049718879; Quantity 37,000.

RECEIVED
DEC 14 2018
U.S. BANKRUPTCY COURT
S.D.N.Y.

December 11, 2018

US Bankruptcy Court, Southern District of NY

To whom it may concern

Re: Sears Holdings Corporation Bankruptcy

Have the following concerns and questions:

1. How is Comerica involved in this as trustee? Did they own the stock of Sears?
2. It is my understanding that if you have assets you are not allowed to file bankruptcy. I am told that Sears has a lot of vacant buildings, my own car can tell. I believe that Sears still has the Kenmore brand of appliances. Why were they allowed to file for bankruptcy and have the courts accept this?
3. It is unreasonable to expect a person to come from Iowa to New York to a creditor organization on such short notice.
4. Is it required that any distribution of assets will be distributed to the creditors?
5. To me, this whole thing is a farce set up by Sears. I could see it coming and believe they had this planned for a long time. I can't believe the bankruptcy court would take on such a case. Why did they? Cramming all assets by bankruptcy staff is reprehensible. Are they are they not going to collect my money? Isn't this illegal?

Ada L. Friedman
Rt #[illegible] West
Burlington, Iowa 52601
Ph: 319-[illegible]

Regarding:
Sears Holding Corporation Cusign 81217034A8 Account #0000048947479 Quantity 57,500.