# EXHIBIT

# B

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2013101700843001001E06DE |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 2 |
|---|---|---|
| Document ID: 2013101700843001 | Document Date: 09-09-2013 | Preparation Date: 10-17-2013 |
| Document Type: ASSIGNMENT, MORTGAGE | | |
| Document Page Count: 1 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| BLUE STREAK DOCS, LLC<br>404 S. MARTIN LUTHER KING JR<br>CLEARWATER, FL 33756<br>727-479-0007<br>JillH@Bluestreakdocs.com | BLUE STREAK DOCS, LLC<br>404 S. MARTIN LUTHER KING JR<br>CLEARWATER, FL 33756<br>727-479-0007<br>JillH@Bluestreakdocs.com |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 2262 | 1714 | Entire Lot  1A | 9 FRANKLIN AVE |

Property Type: SINGLE RESIDENTIAL CONDO UNIT

### CROSS REFERENCE DATA

CRFN: 2007000022697

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| BANK OF AMERICA NA<br>101 S MARENGO AVE, 4TH FLOOR<br>PASADENA, CA 91101 | CITIBANK NA AS TRUSTEE FOR CMLTI ASSET TRUST<br>388 GREENWICH ST, 5TH FLOOR<br>NEW YORK, NY 10013 |

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES:  County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 42.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE
OF THE CITY REGISTER OF THE
CITY OF NEW YORK
Recorded/Filed    11-01-2013 17:41
City Register File No.(CRFN):
2013000454524

*Annette M Hill*

*City Register Official Signature*

Recording requested by:
BANK OF AMERICA, N.A.

When recorded mail to:
CITIBANK, N.A. AS A TRUSTEE
FOR CMLTI ASSET TRUST
388 GREENWICH ST.
5TH FLOOR
NEW YORK, NY 10013
Attn: ASSIGNMENT UNIT

## CORPORATION ASSIGNMENT OF MORTGAGE

For value received, the undersigned, BANK OF AMERICA, N.A., 101 S MARENGO AVE., 4TH FLOOR PASADENA, CA 91101, hereby grants, assigns and transfers to:
CITIBANK, N.A. AS A TRUSTEE FOR CMLTI ASSET TRUST
388 GREENWICH ST 5TH FLOOR NEW YORK, NY 10013

All its interest under that certain Mortgage dated 12/20/06, executed by:
MORDECHAI WEISS, Mortgagor as per MORTGAGE recorded as Instrument No.
2007000022697 on 1/11/07 in Book N/A Page N/A of official records in the
County Recorder's Office of KINGS County, NEW YORK.
 Tax Parcel = 02262 1714.   NYC D.O.F. - BROOKLYN
Original Mortgage $450,000.00
9 FRANKLIN AVE 9-1A, BROOKLYN, NY 11211

Together with the Note or Notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.

This assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

Dated: __SEP 09 2013__   BANK OF AMERICA, N.A.

By _____
YONG LY, ASSISTANT VICE PRESIDENT

State of California
County of Los Angeles

On SEP 09 2013 before me, __IRMA DIAZ__, Notary Public, personally appeared YONG LY, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature: _____
 IRMA DIAZ



IRMA DIAZ
Commission # 1903988
Notary Public - California
Ventura County
My Comm. Expires Sep 13, 2014

Prepared by: ROBERT MATUTE
101 S MARENGO AVE, 4TH FLOOR
PASADENA, CA 91101
Phone#: (626) 486-3580

Record and Return to:
Blue Streak Docs LLC
404 S. MLK Jr Ave
Clearwater, FL 33756

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2015011200437001002E3ED6 |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE**                                           PAGE 1 OF 6

**Document ID:** 2015011200437001    Document Date: 08-06-2014    Preparation Date: 01-12-2015
Document Type: ASSIGNMENT, MORTGAGE
Document Page Count: 4

| PRESENTER: | RETURN TO: |
|---|---|
| CLOSING USA<br>903 ELMGROVE ROAD<br>▓▓▓▓<br>ROCHESTER, NY 14624<br>585-454-1730<br>RECORDING@CLOSINGUSA.COM | CLOSING USA<br>903 ELMGROVE ROAD<br>▓▓▓▓<br>ROCHESTER, NY 14624<br>585-454-1730<br>RECORDING@CLOSINGUSA.COM |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 2262 | 1714 Entire Lot | 1A | 9 FRANKLIN AVENUE |

Property Type: SINGLE RESIDENTIAL CONDO UNIT

**CROSS REFERENCE DATA**
CRFN: 2007000022697
☒ Additional Cross References on Continuation Page

**PARTIES**

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| CITIBANK, N.A.<br>701 EAST 60TH STREET NORTH<br>SIOUX FALLS, SD 57104 | PENNYMAC CORP<br>6101 CONDOR DRIVE, SUITE 300<br>MOORPARK, CA 93021 |

**FEES AND TAXES**

| Mortgage: | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 57.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed    01-21-2015 12:20
City Register File No.(CRFN):
2015000023491

*Annette M Hill*
*City Register Official Signature*

RECORD & RETURN TO:
Closing USA, LLC  s\  Weisman & Gordon, LLP
903 Elmgrove Rd.
Rochester, NY 14624

BLOCK: 2262
LOT: 1714
COUNTY: Kings

## ASSIGNMENT OF MORTGAGE

Know that **Citibank, N.A. as a Trustee for CMLTI Asset Trust** ("Assignor"), having a place of business at 701 East 60th Street North, Sioux Falls, SD 57104, in consideration of TEN DOLLARS ($10.00) and other good and valuable consideration paid by **PennyMac Corp.**, ("Assignee"), having a place of business at 6101 Condor Drive, Suite 300, Moorpark, CA 93021, does hereby assign and transfer unto the Assignee the following described Mortgage or Deed of Trust duly recorded in the office of real property records in the County of Kings, for the premises known as 9 Franklin Avenue, Unit 9-1A, Brooklyn, NY 11211, together with all of assignor's rights with respect to the underlying note, as follows:

MORTGAGOR:      Mordechai Weiss
MORTGAGEE:      Bank of America, N.A.
AMOUNT:         450,000.00
DATE:           December 20, 2006
RECORDED:       January 11, 2007
CRFN:           2007000022697

Thereafter, an assignment into Citibank, N.A. as a Trustee for CMLTI Asset Trust was executed on September 9, 2013 and recorded November 1, 2013 in CRFN 2013000454524.

**This assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.**

To have and to hold the same unto the Assignee, and to the successors, legal representatives and assigns of the Assignee forever.

In Witness whereof, the Assignor has hereunto set her/his hand this 6TH day of Aug., 20 14. POA recorded 12-31-14 in CRFN 2014000430638

Citibank, N.A. as trustee for CMLTI Asset Trust

By: PennyMac Loan Services, LLC, its attorney-in-fact

By: _____

Name:   Brett Gernon

Title:   Authorized Representative

STATE OF                    )
                            ) SS.:
COUNTY OF   See Attached    )

On the ___ day of _____, in the year 20____, before me, the undersigned, personally appeared _____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument and that such individual made such appearance before the undersigned in _____ County.

_____
Notary Public

Our file No.: 01-069544-F00

# JURAT

State of California
County of _____Ventura_____ } ss.

Subscribed and sworn to (or affirmed) before me on this 6TH day of ___AUGUST_____, 2014, by___Brett Gernon_____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

[Seal: FRANK MICHAEL HOFF, Commission # 1922568, Notary Public - California, Los Angeles County, My Comm. Expires Jan 21, 2015]

(seal)

Signature of Notary

## OPTIONAL INFORMATION

Date of Document: 8/6/14

Type or Title of Document: Weiss

Number of Pages in Document: _____

Document in a Foreign Language: _____

Thumbprint of Signer

Type of Satisfactory Evidence:
____ Personally Known with Paper Identification
____ Paper Identification
____ Credible Witness(es)

Capacity of Signer:
____ Trustee
____ Power of Attorney
____ CEO / CFO / COO
____ President / Vice-President / Secretary / Treasurer
____ Other: _____

☐ Check here if no thumbprint or fingerprint is available.

Other Information: _____

© 2008 Allstate Notary Preparation, Inc. - (800) 689-8456 - www.allstatenotary.com

# ACKNOWLEDGMENT

State of California
County of _____Ventura_____ )

On __Aug. 6, 2014__ before me, __Frank Michael Hoff, Notary Public__,
(insert name and title of the officer)

personally appeared __Brett Gernon__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

FRANK MICHAEL HOFF
Commission # 1922568
Notary Public - California
Los Angeles County
My Comm. Expires Jan 21, 2015

## LEGAL DESCRIPTION

The Condominium Unit (the "Unit") known as Unit No. 1A in the premises known as 9 Franklin Avenue, Brooklyn, New York, in the County of Kings, and State of New York, said Unit being designated and described as Unit No. 1A in the Declaration establishing a plan for condominium ownership of said premises comprising the 9 Franklin - 405 Flushing Condominium (hereinafter called the "Condominium") under Article 9-B of the Real Property Law of the State of New York (the "Condominium Act"), dated 4/3/2006 and recorded in the Office of the Register of the City of New York, Kings County on 7/11/2006 in CRFN 2006000391566 and also designated as Tax Lot 1714 in Block 2262 of the Borough of Brooklyn on the Tax Map of the Borough of Brooklyn and on the floor plans of said building filed with the Real Property Assessment Department of the Borough of Kings.

TOGETHER with an undivided 3.74% interest in the Common Elements.

DESCRIPTION OF THE LAND - LOT 4

ALL that certain lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the easterly side of Franklin Avenue distant 74 feet 8 1/2 inches northerly from the corner formed by the intersection of northerly side of Flushing Avenue with the easterly side of Franklin Avenue;

RUNNING THENCE easterly parallel with Flushing Avenue 19 feet 1 inch;

THENCE southerly in a straight line forming an exterior angle with the preceding course of the premises being described of 89 degrees 50 minutes 46 seconds a distance of 12 feet 5 1/2 inches;

THENCE westerly parallel with Flushing Avenue 16 feet;

THENCE northerly in a straight line forming an interior angle with the preceding course of the premises being described of 91 degrees 19 minutes 23 seconds 37 feet 8 inches;

THENCE westerly parallel with Flushing Avenue 9 feet 4 inches;

THENCE northerly parallel with Franklin Avenue and part of the distance through a party wall 49 feet 4 inches;

THENCE westerly in a straight line 25 feet 1 1/2 inches to a point of the easterly side of Franklin Avenue distant 75 feet 8 3/4 inches northerly from the beginning;

THENCE southerly along the easterly side of Franklin Avenue 75 feet 8 3/4 inches to the point or place of BEGINNING.