**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Sears Holdings Corporation, *et al.* | Case No. 18-BK-23538 (RDD) |
| Debtors. | Jointly Administered |

## NOTICE OF HEARING SCHEDULED FOR MARCH 11, 2019, 10:00 A.M.

WARNING: Any response or objection to the motion must be filed with the Court on or before March 4, 2019. A copy must be promptly served upon the undersigned. Failure to file a timely response may result in the court granting the relief requested prior to the hearing date.

SIRS/MESDAMES:

Request has been made for a hearing, and a hearing date on Movant XL Specialty Insurance Company's Motion for Relief from Stay **[Docket number 1123]** has been set and scheduled for **March 11, 2019 at 10:00 a.m**. The motion was filed on December 10, 2018, with no responsive motions being filed as of the date of this notice.

The location of the hearing is the United States Bankruptcy Court for the Southern District of New York before the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601.

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2018, a true and correct copy of the foregoing document has been filed and served upon the following parties listed on the annexed **Exhibit A**, via email to the attorney of record and on the parties listed on the annexed **Exhibit B** in the manner indicated thereon.

Dated: December 17, 2018
New York, New York

SKARZYNSKI BLACK LLC

By:     s/ Alexis J. Rogoski
      Alexi J. Rogoski

One Battery Park Plaza, Fl. 32
New York, New York 10004
Telephone: (212) 820-7700
Facsimile: (212) 820-7740
Email: arogoski@skarzynski.com

*Attorneys for XL Specialty Insurance Company*