# EXHIBIT B

# EXHIBIT B

**Via USPS First class Mail/certificate of mailing**
Attn: Jacqueline Marcus
Ray C. Schrock

Counsel to Kmart Holding Corporation
Sears Holding Corporation (Debtors)
Weil Gotshall & Manges, LLP
767 5th Avenue
New York, N.Y. 10153

**Via USPS First class Mail/certificate of mailing**
Attn: Bella Pevzner
 Harshal Jani

Counsel to Kmart Holding Corporation
Sears Holdings Corporation (State Supreme Court claims)
SOBEL PEVZNER,LLC
30 Vesey Street, 8th Floor New York, N.Y. 10007

**Via Priority Mail**
Attn: Arthur

United States Bankruptcy Court for the Southern District of New York
Chambers of Honorable Robert D. Drain
300 Quarropas Street, Room  248
White Plains, NY 10601