Armando Llorens
FURGANG & ADWAR, LLP
515 Madison Avenue
Suite 6A
New York, New York 10022
T:  212-725-1818
F:  212-941-9711
armando.dkos@gmail.com

And

Jonathan L. Gold (PHV motion to be filed)
MICHAEL BEST & FRIEDRICH LLP
601 Pennsylvania Avenue, NW
Suite 700 South
Washington, DC 20004
T: (202) 747-9594
F: (202) 347-1819
jlgold@michaelbest.com

*Counsel for Felix Calls, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF OBJECTION OF FELIX CALLS, LLC TO DEBTORS' PROPOSED ASSUMPTION AND ASSIGNMENT OF THE FELIX CONTRACT, AS SET FORTH IN THE DEBTORS' NOTICE OF ASSUMPTION AND ASSIGNMENT IN CONNECTION WITH SALE OF SEARS HOME IMPROVEMENT BUSINESS [DOCKET NO. 1145]**

Felix Calls, LLC ("**Felix**"), by and through their undersigned counsel, hereby withdraws without prejudice its objection and reservation of rights [Dkt. No. 1145] (the "Objection") to the Debtors' Notice of Assumption and Assignment in Connection with Sale of Sears Home Improvement Business dated November 27, 2018 [Dkt. No. 901) (the "Notice") filed by the

above-captioned debtors (the "Debtors"). Felix reserves all rights.

Dated: December 17, 2018.                    Respectfully submitted,


                                   By:   /s/ Armando Llorens
Armando Llorens
FURGANG & ADWAR, LLP
515 Madison Avenue
Suite 6A
New York, New York 10022
T:  212-725-1818
F:  212-941-9711
armando.dkos@gmail.com

And

Jonathan L. Gold (PHV motion to be filed)
MICHAEL BEST & FRIEDRICH LLP
601 Pennsylvania Avenue, NW
Suite 700 South
Washington, DC 20004
T: (202) 747-9594
F: (202) 347-1819
jlgold@michaelbest.com

*Counsel for Felix Calls, LLC*

## CERTIFICATE OF SERVICE

     I hereby certify that on December 17, 2018, an electronic copy of the Objection was filed using the Court's ECF System which caused electronic notification of filing to be served on all registered users of the ECF System that have requested such notification in the Sears holdings Corporation, et al., bankruptcy proceeding..


                                   /s/ Armando Llorens
                                   Co-Counsel for Felix Calls, LLC