John C. Allerding, Esq.
(*Pro Hac Vice*)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291
Telephone: 216.566.5500
Facsimile: 216.566.5800
Email: John.Allerding@ThompsonHine.com

*Counsel for Luxottica Retail North America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Chapter 11 |
| **SEARS HOLDING CORPORATION, *et al.*** | Case No. 18-23538-RDD |
| Debtors. [1] | (Jointly Administered) |

### CERTIFICATE OF SERVICE

The undersigned certifies that true and exact copies of the

(i)     *Objection of Luxottica Retail North America, Inc. to Debtors' Supplemental Motion for Authority to (I) Obtain Junior Postpetition Financing and (II) Schedule Final Hearing* [Dkt. No. 1234]; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings, Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holding Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Product, Inc.(8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

(ii)   *Notice of Filing of Exhibits in Support of Objection of Luxottica Retail North America, Inc. to Debtors' Supplemental Motion for Authority to (I) Obtain Junior Postpetition Financing and (ii) Schedule Final Hearing* [Dkt. No. 1235]

were served: (i) on the 14th day of December, 2018 by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt; and (ii) on the 17th day of December, 2018 via First Class Mail to all parties listed below:

The Bank of New York Mellon
Trust Company
Attn: Corporate Trust Administration
101 Barclay St., Floor 8W
New York, New York 10286

Wilmington Trust, National Association
Attn: Sears Holdings Corp. Administrator
Corporate Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

Wilmorite Management Group LLC
Attn: Donald C. Cowan, Jr.
1265 Scottsville Road
Rochester, NY 14624

Schiff Hardin LLP
Attn: Louis T. DeLucia, Esq.,
Alyson M. Fiedler, Esq.
666 Fifth Avenue, Ste 1700
New York, NY 10103

Travis County Attorney
Attn: David Escamilla
P.O. Box 1748
Austin, TX 78767

Brookfield Property REIT Inc.
Kristen N. Pate
350 N. Orleans Street, Suite 300
Chicago, IL 60654-1607

Linebarger Goggan Blair
& Sampson, LLP
Attn: Diane Wade Sanders
P.O. Box 17428
Austin, TX 78760

United States Bankruptcy Court for the
Southern District of New York
Chambers of Honorable Robert D. Drain
300 Quarropas Street, Room 248
White Plains, NY 10601

Internal Revenue Service
Attn: Centralized Insolvency Operation
2970 Market Street
Philadelphia, PA 19104-5016

Internal Revenue Service
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Office of The United States Trustee for
Region 2
Attn: Paul Schwartzberg, Richard Morrissey
201 Varick St., Suite 1006
New York, NY 10014

Sears Holding Corporation
Attn: Stephen Sitley, Esq.; Luke J. Valentino,
Esq.
3333 Beverly Road, IL 60179

Securities & Exchange Commission
Attn: Secretary of the Treasury
100 F. Street, NE
Washington, DC 20549

Securities & Exchange Commission – NY
Office
Attn: Bankruptcy Department
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

TN Dept. of Revenue
Attn: Herbert H. Slatery III; Marvin E.
Clements, Jr.
c/o TN Attorney General's Office, Bankruptcy
Division
PO Box 20207
Nashville, TN 37202-0207

US Attorney for the Southern District of New
York
Attn: Bankruptcy Division
86 Chambers Street, 3rd Floor
New York, NY 10007

Dated: December 17, 2018
        Cleveland, Ohio

*/s/ John C. Allerding*
John C. Allerding (OH Bar No. 0074744)
  (*Pro Hac Vice*)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291
T: 216.566.5500 / F: 216.566.5800
John.Allerding@ThompsonHine.com

*Counsel for Luxottica Retail North America, Inc.*