**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

In re: Sears Holding Corporation,                     Case No.: 18-23538 (RDD)
                                                      Chapter 11
                              Debtors.                (Jointly Administered)
-----------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST TO BE ADDED TO THE MATRIX**

     **PLEASE TAKE NOTICE** that Aaron J. Scheinfield of the Law Firm of Goldstein Bershad & Fried PC enters his Appearance as counsel for Alliance Material Handling Corp., a Creditor in the above-entitled matter, and pursuant to Federal Rule of Bankruptcy Procedure 2002 and Section 102(1) of the Bankruptcy Code, requests that he be added to the Matrix and that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the address set forth below.

     **PLEASE TAKE FURTHER NOTICE** that the foregoing request not only includes notices and papers referred to in Federal Rule of Civil Procedure 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail, telephone, telex, or otherwise which affected the Debtor or property of the Debtor.

                        Respectfully submitted

                        GOLDSTEIN BERSHAD & FRIED PC

                        BY: /s/ Aaron J. Scheinfield
                              Aaron J. Scheinfield P67495
                              Counsel for Creditor,
                              Alliance Material Handling Corp.
                              4000 Town Center, Suite 1200
                              Southfield, MI 48075
                              (248) 355-5300
                              (248) 355-4644-fax
                              email   aaron@bk-lawyer.net

Dated: December 17, 2018