# EXHIBIT

# B



| RECORDING INFORMATION SHEET | | 49 RANCOCAS RD. MT. HOLLY, NJ 08060 |
|---|---|---|
| INSTRUMENT NUMBER: 4941812 | DOCUMENT TYPE: ASSIGNMENT OF MORTGAGE | |
| Official Use Only | Document Charge Type | ASSIGNMENT OF MORTGAGE |
| | Return Address (for recorded documents) ZUCKER GOLDBERG AND ACKERMAN LLC 200 SHEFFIELD ST STE 301 MOUNTAINSIDE NJ 07092 | |

TIMOTHY D. TYLER
BURLINGTON COUNTY

RECEIPT NUMBER
8071353
RECORDED ON
January 17, 2013 2:25 PM

INSTRUMENT NUMBER
4941812

BOOK: OR13046
PAGE: 7958

| No. Of Pages (Excluding Recording Information and/or Summary Sheet) | 3 |
|---|---|
| Consideration Amount | $0.00 |
| Recording Fee | $60.00 |
| Realty Transfer Fee | $0.00 |
| Total Amount Paid | $60.00 |
| Municipality | RIVERSIDE TWP |
| Parcel Information | Block: 920 Lot: 6 |
| First Party Name | FEDERAL DEPOSIT INS CORP |
| Second Party Name | MERRILL LYNCH MTG CAPITAL INC |

Additional Information (Official Use Only)

4941812

Ctrl Id: 5079982   Recording Clerk: acipriano

************************ DO NOT REMOVE THIS PAGE ************************
COVER SHEET (DOCUMENT SUMMARY FORM) IS PART OF BURLINGTON COUNTY FILING RECORD
************************ RETAIN THIS PAGE FOR FUTURE REFERENCE ************************

Book # OR 13046 Page # 7958 Inst. # 4941812

ZUCKER, GOLDBERG & ACKERMAN, LLC
ATTORNEYS AT LAW
200 SHEFFIELD ST. SUITE 301
MOUNTAINSIDE, N.J. 07092

THIS INSTRUMENT PREPARED BY:

Name: Geraldine Brinson
Title: Customer Service Technician
FEDERAL DEPOSIT INSURANCE CORPORATION
1601 Bryan Street, Dallas, Texas 75201

BURLINGTON COUNTY
CLERK

2012 DEC 17 P 12: 02

RECEIVED

AFTER RECORDING RETURN TO:
Name: When recorded return to:
Address: Richmond Monroe Group
82 Jim Linegar LN
Branson West, MO. 65737
SPS

## ASSIGNMENT AND TRANSFER OF LIEN

Date: August 23, 2012   Effective Date: October 1, 2001

Holder of the Note and Lien:   FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for Superior Bank FSB, Orangeburg, NY ("FDIC")

Holder's Mailing Address:   1601 Bryan Street, Dallas, Texas, 75201

Transferee:   Merrill Lynch Mortgage Capital, Inc.

Transferee's Mailing Address:   101 Hudson Street, 12th Floor, Jersey City, NJ 07302.

Note:
Date:   August 2, 2000
Original Amount:   $50,000.00
Maker:   Blanche Youmans, Unmarried
Payee:   Superior Bank FSB, Orangeburg, NY

Note and Lien are Described in the Following Documents; Recorded in:
Mortgage recorded in MB 7811, Page 001, Office of the County Clerk, Burlington County, New Jersey.

Property (including any improvements) Subject to the Lien:

See Exhibit "A" attached hereto and made a part hereof:

Book # OR 13048 Page # 7958 Inst. # 4941812

For value received, the receipt and sufficiency of which are hereby acknowledged, Holder of the Note and Lien assigns and transfers the Note and Lien to Transferee. This Assignment and Transfer of Lien is without recourse on the Holder of the Note and Lien and without warranty of any kind, express or implied, upon or by the Holder of the Note and Lien.

When the context requires, singular nouns and pronouns include the plural.

FEDERAL DEPOSIT INSURANCE CORPORATION in the capacity stated above.

By: _____
Arthur Beach, Attorney-in-fact.

ACKNOWLEDGMENT

STATE OF TEXAS           §
                         §
COUNTY OF DALLAS         §

This instrument was acknowledged before me on this August 23, 2012, by Arthur Beach, Attorney-in-fact, of the Federal Deposit Insurance Corporation, a corporation organized and existing under the laws of the United States of America, on behalf of such Corporation in the capacity stated herein.



CASSANDRA DENISE VEASLEY
MY COMMISSION EXPIRES
September 28, 2014

Name: Cassandra Denise Veasley
Notary Public in and for the State of Texas

Approved by RMF 4/7/99 (New Jersey) Assignment and Transfer of Lien

Book # OR 13046 Page # 7958 Inst # 4941812

Fm:Jessica Brown (888) 331-6871  To:FDIC                                    13:44 07/18/12 EST Pg 10-15

## SCHEDULE 'A'

ALL THAT CERTAIN LAND AND PREMISES SITUATE IN THE TOWNSHIP OF RIVERSIDE, COUNTY OF BURLINGTON AND THE STATE OF NEW JERSEY:
BEGINNING AT THE INTERSECTION OF THE NORTHEASTERLY LINE OF BEM STREET AND THE NORTHWEST LINE OF PALMER STREET; THENCE (1) NORTHWEST ALONG THE NORTHEAST LINE OF BEM STREET, SIXTY FEET TO A POINT; THENCE (2) NORTHEAST AT RIGHT ANGLES TO BEM STREET, ONE HUNDRED FEET TO A POINT; THENCE (3) SOUTHEAST PARALLEL WITH BEM STREET, SIXTY FEET TO THE NORTHWEST LINE OF PALMER STREET; THENCE (4) SOUTHWEST ALONG THE NORTHWEST LINE OF PALMER STREET, ONE HUNDRED FEET TO PLACE OF BEGINNING.   BEING KNOWN AS LOT 6, BLOCK 920, TAX MAP OF RIVERSIDE. BEING ALSO KNOWN AS LOTS 26, 27, 28, BLOCK 20, PLAT 9 OF THE PLAN OF RIVERSIDE COTTAGE COMPANY.

HB7811 PG007

Book # OR 13046 Page # 7558 Inst. # 4941812

| RECORDING INFORMATION SHEET | | 49 RANCOCAS RD, MT. HOLLY, NJ 08060 |
|---|---|---|
| **INSTRUMENT NUMBER:** 4943784 | **DOCUMENT TYPE:** ASSIGNMENT OF MORTGAGE | |

| Official Use Only | | |
|---|---|---|
| | Document Charge Type | ASSIGNMENT OF MORTGAGE |
| | Return Address *(for recorded documents)* ZUCKER GOLDBERG AND ACKERMAN LLC 200 SHEFFIELD ST STE 301 MOUNTAINSIDE NJ 07092 | |

| TIMOTHY D. TYLER BURLINGTON COUNTY | | |
|---|---|---|
| RECEIPT NUMBER 8073161 RECORDED ON January 23, 2013 6:04 PM INSTRUMENT NUMBER 4943784 BOOK: OR13048 PAGE: 948 | No. Of Pages *(Excluding Recording Information and/or Summary Sheet)* | 1 |
| | Consideration Amount | $0.00 |
| | Recording Fee | $40.00 |
| | Realty Transfer Fee | $0.00 |
| | Total Amount Paid | $40.00 |
| | Municipality | RIVERSIDE TWP |
| | Parcel Information | Block: N/A Lot: N/A |
| | First Party Name | MERRILL LYNCH MTG CAPITAL INC |
| | Second Party Name | US BANK |

Additional Information (Official Use Only)


4943784

Ctrl Id: 5082285 Recording Clerk: ACIPRIANO

****************************** *DO NOT REMOVE THIS PAGE.* ******************************
COVER SHEET (DOCUMENT SUMMARY FORM) IS PART OF BURLINGTON COUNTY FILING RECORD
********************** *RETAIN THIS PAGE FOR FUTURE REFERENCE.* **********************

 SELECT

Recording Requested By:
SELECT PORTFOLIO SERVICING, INC.

When Recorded Return To:

BILL KOCH
SELECT PORTFOLIO SERVICING, INC.
3815 SOUTH WEST TEMPLE
SALT LAKE CITY, UT 84115

ZUCKER, GOLDBERG & ACKERMAN LLC
ATTORNEYS AT LAW
200 SHEFFIELD STREET SUITE 301
MOUNTAINSIDE, N.J. 07092

BURLINGTON COUNTY CLERK
2012 DEC 24 A 9 40
RECEIVED

## CORPORATE ASSIGNMENT OF MORTGAGE

Burlington, New Jersey   REFERENCE #:
INVESTOR #:                                   "YOUMANS"
Assignment Prepared on: September 4th, 2012.

Assignor: MERRILL LYNCH MORTGAGE CAPITAL, INC. BY ITS ATTORNEY-IN-FACT SELECT PORTFOLIO SERVICING, INC. F/K/A FAIRBANKS CAPITAL CORP. at c/o SELECT PORTFOLIO SERVICING, INC., 3815 SOUTH WEST TEMPLE, SALT LAKE CITY, UT 84115.
Assignee: U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE HOLDERS OF MLMI TRUST 2002-AFC1 ASSET-BACKED CERTIFICATES, SERIES 2002-AFC1 at C/O SELECT PORTFOLIO SERVICING, INC. 3815 SW TEMPLE, SALT LAKE CITY, UT 84115.

Executed By: BLANCHE YOUMANS, UNMARRIED   To: SUPERIOR BANK FSB
Date of Mortgage: 08/02/2000  Recorded: 08/16/2000 in Book/Reel/Liber: MB7811 Page/Folio: 001 as Instrument No.: 3431810 In Burlington County, State of New Jersey.

Property Address: 723 BEM ST., RIVERSIDE, NJ 08075

KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage together with other evidence of indebtedness, said Mortgage having an original principal sum of $50,000.00 with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

MERRILL LYNCH MORTGAGE CAPITAL, INC. BY ITS ATTORNEY-IN-FACT SELECT PORTFOLIO SERVICING, INC. F/K/A FAIRBANKS CAPITAL CORP.
On   SEP 0 5 2012

By: _____
BARBARA NEALE, DOCUMENT CONTROL OFFICER

STATE OF UTAH
COUNTY OF SALT LAKE

On SEP 0 5 2012 _____, before me, KIMBERLY CLARK, a Notary Public in and for SALT LAKE in the State of UTAH, personally appeared BARBARA NEALE, DOCUMENT CONTROL OFFICER, MERRILL LYNCH MORTGAGE CAPITAL, INC. BY ITS ATTORNEY-IN-FACT SELECT PORTFOLIO SERVICING, INC. F/K/A FAIRBANKS CAPITAL CORP., personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which
acted, executed the instru...

Prepared by: (Print signer's name below signature)
DONNA GRAY

## ASSIGNMENT OF MORTGAGE

Know all Men by these Presents:

That Superior Bank FSB
of ONE RAMLAND ROAD, ORANGEBURG, N.Y. 10962
in the County of ROCKLAND                              , herein designated as the Assignor, for and in consideration of the sum of One Dollar ($1.00) and other good and valuable consideration, the receipt whereof is hereby acknowledged, does by these presents assign to See Attached Exhibit "A"

residing or located at
in the                              of                              in the County of
                              and State of                              herein designated as the Assignee,
a certain Mortgage dated AUGUST 02, 2000          , made by

BLANCHE YOUMANS, UNMARRIED

on lands located in the CITY                    of RIVERSIDE                    in the
County of        ESSEX              and State of New Jersey, to secure payment of the sum of
    50,000.00    FIFTY THOUSAND AND NO/100                              Dollars
which Mortgage is recorded or registered in the Clerk's office of the County of ESSEX
in Book MB7811        of Mortgages on page 001  REC. Aug 7, 2000

Together with the Bond, Note or other Obligation therein described, and the money due and to grow due thereon, with the interest. To Have and to Hold the same unto the said Assignee forever, subject only to all the provisions contained in the said Mortgage and the Bond, Note or other Obligation. And the said Assignor hereby constitutes and appoints the Assignee as the Assignor's true and lawful attorney, irrevocable in law or in equity, in the Assignor's name, place and stead but at the Assignee's cost and expense, to have, use and take all lawful ways and means for the recovery of all the said money and interest; and in case of payment, to discharge the same as fully as the Assignor might or could do if these presents were not made.

In all references herein to any parties, persons, entities or corporations the use of any particular gender or the plural or singular number is intended to include the appropriate gender or number as the text of the within instrument may require.    723 BEM ST.
                                            RIVERSIDE, NJ 08075
In Witness Whereof, Assignor has executed this Assignment this 11th day of AUGUST 2000.

Signed, Sealed and Delivered                        Superior Bank FSB
   in the presence of
   or Attested by

SUSAN AUGIENELLO                          By: _____
ASSISTANT SECRETARY                           J. A. SORICELLI  VICE PRESIDENT
                                          Prepared by: _____
                                                       DONNA GRAY

State of NEW YORK        , County of ROCKLAND      ss.:

Be it Remembered, that on AUGUST 11, 2000        , before me, the subscriber, a Notary Public of the State of    NEW YORK              , personally appeared SUSAN AUGIENELLO
who, being by me duly sworn according to law, deposes and makes proof to my satisfaction, that    she is the
ASSISTANT SECRETARY    of Superior Bank FSB
the corporation named in the within instrument; that    J. A. SORICELLI        is the VICE PRESIDENT
of    Superior Bank FSB
that the execution, as well as the making of this instrument, has been duly authorized by a proper resolution of the Board of Directors of    SUPERIOR BANK FSB        ; that deponent well knows the corporate seal of Superior Bank FSB                                                  ; and that
the seal affixed to said instrument is the proper corporate seal and was thereto affixed and said instrument signed and delivered by said    VICE PRESIDENT                as and for the voluntary act and deed of
Superior Bank FSB                                                , in presence of
deponent, who thereupon subscribed  her    name thereto as attesting witness.

Sworn to and subscribed before me,
the date aforesaid

_____                        _____
            , Notary Public of                  SUSAN AUGIENELLO
Commission Expires:                             EILEEN T. ASSISTANT SECRETARY
Return to: SUPERIOR BANK FSB                    NOTARY PUBLIC, State of New York
           ONE RAMLAND ROAD                     No. 6047755
           ORANGEBURG, NY 10962                 Qualified in Rockland County
           ATTN: RECORDED DOCUMENTS DEPT.       My Commission Expires August 7, 2001

                                     EILEEN T. ROSE
                                     NOTARY PUBLIC, State of New York
NJ ASSIGNMENT OF MORTGAGE (02/07/97)            No. 6047755
                                     Qualified in Rockland County
                                     My Commission Expires August 7, 2001

# EXHIBIT A

Assignee:  U.S. Bank National Association, as trustee, in trust for the holders of MLMI Trust 2002-AFC1 Asset-Backed Certificates, Series 2002-AFC1
C/O Select Portfolio Servicing, Inc.
3815 South West Temple
Salt Lake City, UT 84115