# EXHIBIT

# C

## STATE OF NEW JERSEY

**VOID**

NEW JERSEY DEPARTMENT OF HEALTH AND SENIOR SERVICES
CERTIFICATE OF DEATH

Decedent's Name: Blanche Youmans

Residence — State: NJ  County: Burlington  Municipality/City: Riverside
Street Address: 723 Penn Street  Zip Code: 08075

Surviving Spouse: None

Address: 723 Penn Street, Riverside, New Jersey 08075

Place of Disposition: Lakeview Memorial Park
Location — City or Town and State: Cinnaminson, New Jersey

Name and Complete Address of Funeral Facility: Tunnell Funeral Home, Inc. 440 Market Street, Riverside, NJ 08075

License Number: 41...

Facility Name: Lourdes Hospital  Municipality: Willingboro  County: Burlington

Certifier: Frank Aures, M.D.

This is to certify that the above is correctly copied from a record on file in my office.

Joseph A. Komosinski, State Registrar
Bureau of Vital Statistics

REG-42B
JULY 04

THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD. VOID IF ALTERED