WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors*
*and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                       :
                                                            :    Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,                       :
                                                            :    Case No. 18-23538 (RDD)
                                                            :
Debtors.[1]                                                 :    (Jointly Administered)
------------------------------------------------------------x

# NOTICE OF AGENDA OF MATTERS SCHEDULED
# FOR HEARING ON DECEMBER 18, 2018 AT 10:00 A.M.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, before the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601

## I. STATUS CONFERENCE

1. Debtors' Motion for Approval of Global Bidding Procedures **[ECF No. 429]**

    Related Documents:

    A. Order Approving Global Bidding Procedures and Granting Related Relief **[ECF No. 816]**

    B. Notice of Filing of Global Bidding Procedures Process Letter **[ECF No. 862]**

    Status: This matter is going forward solely as a status conference.

## II. CONTESTED MATTER:

2. Motion of Debtors for Entry of Order (I)(A) Approving Bidding Procedures for Sale of Sears Home Improvement Business, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for and Hearing to Approve Sale of Sears Home Improvement Business, (D) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, (E) Approving Assumption and Assignment Procedures, (II) Approving Sale of Sears Home Improvement Business in Accordance with the Stalking Horse Agreement, and (III) Granting Related Relief **[ECF No. 450]**

    Response Deadlines:

    i. December 11, 2018 at 4:00 p.m. ET **[ECF No. 901]**

    ii. December 17, 2018 at 12:00 p.m. ET **[ECF No. 1054]**

    Responses Filed:

    A. Objection to Cure Cost of Eric I.B. Company, LLC **[ECF No. 1128]**

    B. Objection of The Kroger Co. **[ECF No. 1132]**

    C. Limited Objection of Icon Owner Pool 1 SF Business Parks, LLC **[ECF No. 1134]**

    D. Objection of Texas Taxing Entities **[ECF No. 1136]**

    E. Objection of Seiko Watch of America LLC **[ECF No. 1142]**

F. Objection of ARI Fleet LT, Automotive Rentals, Inc. **[ECF No. 1143]**

G. Objection and Reservation of Rights Light 125 James West LLC **[ECF No. 1146]**

H. Objection of Phillips Edison & Company, *et al*. **[ECF No. 1193]**

I. Objection to Motion to Cure Costs filed by Justin Alaburda on behalf of Robertson Heating Supply **[ECF No. 1161]**

J. Objection to Cure Cost of Andrea McSorley **[ECF No. 1246]**

Related Documents:

K. Debtors' Reply **[ECF No. TBD]**

L. Order Approving Bidding Procedures for Sale of Sears Home Improvement Business **[ECF No. 775]**

M. Notice of Proposed Order (I) Approving the Sale of the Sears Home Improvement Business and (II) Granting Related Relief **[ECF No. 1035]**

N. Notice of Sale, Bidding Procedures, Auction, and Sale Hearing for the Sale of Sears Home Improvement Business **[ECF No. 833]**

O. Notice of Assumption and Assignment in Connection with Sale of Sears Home Improvement Business **[ECF No. 901]**

P. Supplemental Notice of Assumption and Assignment in Connection with Sale of Sears Home Improvement Business **[ECF No. 1054]**

3

   Q. Notice of Assumed and Assigned Contracts Designated by Service.com in Connection with Sale of Sears Home Improvement Business **[ECF No. 1208]**

 <u>Status</u>: This matter is going forward on a contested basis.

Dated: December 17, 2018
    New York, New York

            <u>/s/ Sunny Singh</u>
            WEIL, GOTSHAL & MANGES LLP
            767 Fifth Avenue
            New York, New York  10153
            Telephone:  (212) 310-8000
            Facsimile:  (212) 310-8007
            Ray C. Schrock, P.C.
            Jacqueline Marcus
            Garrett A. Fail
            Sunny Singh
            Jessica Liou

            *Attorneys for Debtors*
            *and Debtors in Possession*

WEIL:\96835849\9\73217.0004