UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> SEARS HOLDINGS CORPORATION, et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 18-23538 (RDD) <br><br> (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Richard D. Trenk, request admissions, ***pro hac vice***, before the Honorable Robert D, Drain, to represent Seiko Watch of America LLC, Successor by Merger to Seiko Corporation of America, and LatentView Analytics Corporation, creditors in these proceedings (collectively, the "Clients").

I certify that I am a member in good standing of the bar in the State of New Jersey, and have been admitted to practice in the U.S. District Court for the District of New Jersey and the U.S. Court of Appeals for the Third Circuit.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holding Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718) A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC(0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Building Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None): SOE, Inc. (9616); StarWest KKC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); Blue Light.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365); The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: December 17, 2018

                                          */s/ Richard D. Trenk*
                                          Richard D. Trenk
                                          **McMANIMON, SCOTLAND**
                                          **& BAUMANN, LLC**
                                          75 Livingston Avenue, Suite 201
                                          Roseland, New Jersey 07068
                                          Telephone: (973) 622-1800
                                          Facsimile: (973) 681-7233
                                          Email: rtrenk@msbnj.com

4813-8503-1298, v. 1