**Miscellaneous:**

18-23538-rdd Sears Holdings Corporation

**U.S. Bankruptcy Court**

**Southern District of New York**

Notice of Electronic Filing

The following transaction was received from Karen Sheehan entered on 12/17/2018 at 3:50 PM and filed on 12/17/2018
**Case Name:** Sears Holdings Corporation
**Case Number:** 18-23538-rdd
**Document Number:** 1262

**Docket Text:**
Affidavit of Service *serving motion for relief regarding property located at 9 Franklin Ave 9-1A, Brooklyn, New York 11211 upon Pryor & Mandelup LLP via U.S.Postal Service* (related document(s)[1251].. Filed by Karen Sheehan on behalf of PennyMac Corp.. (Sheehan, Karen)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** \\CIFS-PROD1\Users\FFlanagan\Desktop\AOS-Pryor 12.17.18.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=12/17/2018] [FileNumber=17885035-0
] [4b534ab2ad882d3005ea163a55977f9a1a9d384abe686eca29b5953675da0fb576e
1d813710b1f15e9c32a0a2b965a9a03b58323cab397d10ed95fb05208e7cc]]

**18-23538-rdd Notice will be electronically mailed to:**

Robin S. Abramowitz on behalf of Creditor U.S. Nonwovens Corp.
abramowitz@larypc.com, fox@larypc.com

David G. Aelvoet on behalf of Creditor Bexar County
sanantonio.bankruptcy@publicans.com

Jaime Agnew on behalf of Creditor Joyce Franklin
jaimeagnew21@gmail.com

Richard A. Aguilar on behalf of Creditor ARI Fleet LT
raguilar@mcglinchey.com, aparish@mcglinchey.com

Justin Alaburda on behalf of Creditor Robertson Heating Supply
jmalaburda@bmdllc.com

John C. Allerding on behalf of Interested Party Luxottica Retail North America Inc.
john.allerding@thompsonhine.com

Arlene Rene Alves on behalf of Creditor Wilmington Savings Fund Society, FSB, as Trustee
alves@sewkis.com

Michael S. Amato on behalf of Interested Party Colonial Properties LLC
mamato@rmfpc.com, dolsen@rmfpc.com;smcgrath@rmfpc.com

Tara B. Annweiler on behalf of Creditor American National Insurance Company
tannweiler@greerherz.com

Joel D. Applebaum on behalf of Creditor Milton Manufacturing, LLC
japplebaum@clarkhill.com

Laura E. Appleby on behalf of Creditor WSSR, LLC
appleby@chapman.com

Jenelle C Arnold on behalf of Creditor Bayview Loan Servicing, LLC
bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com

Simon Aron on behalf of Creditor Wolf Family Series LP d/b/a Series III, Ontario Enterprises of the Wolf Family Series LP
saron@wrslawyers.com, jnarcise@wrslawyers.com

Peter M. Aronoff on behalf of Interested Party United States of America
peter.aronoff@usdoj.gov

Brandon K. Bains on behalf of Interested Party Liberty Mutual Insurance Company
bbains@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com

Michael I. Baird on behalf of Creditor Pension Benefit Guaranty Corporation
baird.michael@pbgc.gov, efile@pbgc.gov

Erika R. Barnes on behalf of Creditor Whitmor, Inc.
ebarnes@stites.com, mdennis@stites.com;docketclerk@stites.com

Michael Jason Barrie on behalf of Creditor MIDAMCO
mbarrie@beneschlaw.com, debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com

Paul M. Basta on behalf of Debtor Sears Holdings Corporation
pbasta@paulweiss.com

Christopher Robert Belmonte on behalf of Interested Party Advance Magazine Publishers Inc.
cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com

Richard J. Bernard on behalf of Unknown Briggs & Stratton Corporation
rbernard@foley.com

Karen C. Bifferato on behalf of Creditor IRC Marketplace at Six Corners, L.L.C.
kbifferato@connollygallagher.com

Jeffrey E Bjork on behalf of Unknown Simon Property Group, L.P.
jeff.bjork@lw.com

David M. Blau on behalf of Creditor AGREE LIMITED PARTNERSHIP
dblau@clarkhill.com

Phillip W. Bohl on behalf of Unknown Blueline Foodservice Distribution, Inc.
phillip.bohl@gpmlaw.com

Wanda Borges on behalf of Creditor Kenney Manufacturing Company
ecfcases@borgeslawllc.com

Dustin Parker Branch on behalf of Creditor Acadia Realty Limited Partnership
branchd@ballardspahr.com, carolod@ballardspahr.com

Duane Brescia on behalf of Creditor Epicor Software Corporation
duane.brescia@clarkhillstrasburger.com, bkrtcynotices@clarkhillstrasburger.com;donna.krupa@clarkhillstrasburger.com;Kathi.Alexander@clarkhillstrasburger.com

Kay Diebel Brock on behalf of Creditor Travis County
bkecf@co.travis.tx.us

Michael D. Brofman on behalf of Creditor Lake Success Shopping Center LLC
mbrofman@weisszarett.com

James L. Bromley on behalf of Creditor ESL Investments, Inc.
maofiling@cgsh.com, jbromley@cgsh.com

Lynn Hamilton Butler on behalf of Creditor WC Independence Center LLC
lynn.butler@huschblackwell.com, penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com

Jamie S. Cassel on behalf of Creditor Graco Children's Products Inc.
jsc@renozahm.com, jsc@renozahm.com

Michael J. Catalfimo on behalf of Creditor BH North American Corporation
mcatalfimo@carterconboy.com, hmclenithan@carterconboy.com;rmcfee@carterconboy.com;jstein@carterconboy.com

George B. Cauthen on behalf of Creditor Michelin North America, Inc.
george.cauthen@nelsonmullins.com, Linnea.hann@nelsonmullins.com;joan.kishline@nelsonmullins.com

Rocco A. Cavaliere on behalf of Creditor Alpine Creations Ltd.
rcavaliere@tarterkrinsky.com, snobles@tarterkrinsky.com

Janine M. Cerbone on behalf of Creditor Criteo S.A.
jfigueiredo@hahnhessen.com, jfigueiredo@hahnhessen.com

Rudy J Cerone on behalf of Creditor Automotive Rentals, Inc.
rcerone@mcglinchey.com

Mark J Chaney, III on behalf of Creditor Automotive Rentals, Inc.
mchaney@mcglinchey.com, aparish@mcglinchey.com

Hyun Suk Choi on behalf of Unknown Winiadaewoo Electronics America, Inc.
hchoi@choiandpark.com, lkleist@choiandpark.com;cpark@choiandpark.com;jpatten@choiandpark.com

Shawn M. Christianson on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

Ronald Alexander Clark, Jr. on behalf of Creditor NCC Key Company
aclark@cov.com

Donald W. Clarke on behalf of Creditor Levcom Wall Plaza Associates
dclarke@wjslaw.com, dclarke@ecf.inforuptcy.com

Marvin E. Clements, Jr. on behalf of Creditor TN Dept of Revenue
agbanknewyork@ag.tn.gov

Eboney Cobb on behalf of Creditor Carrollton-Farmers Branch ISD
ecobb@pbfcm.com

Patrick Collins on behalf of Creditor Midwood Management Corp.
pcollins@farrellfritz.com

Sonia E Colon on behalf of Creditor Santa Rosa Mall, LLC
scolon@ferraiuoli.com, edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com;hruiz@ferraiuoli.com;soniaecolon@gmail.com

Michael J. Connolly on behalf of Creditor Michael & Margaret Reheis
mconnolly@formanlaw.com, kanema@formanlaw.com

Andrew S. Conway on behalf of Creditor Taubman Landlords
aconway@taubman.com

Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, LLC
bankruptcy2@ironmountain.com

Kelly Rose Cusick on behalf of Creditor Pension Benefit Guaranty Corporation
cusick.kelly@pbgc.gov, efile@pbgc.gov

Anthony J D'Artiglio on behalf of Creditor Allen ISD
ajd@ansellgrimm.com, carols@ansellgrimm.com;merediths@ansellgrimm.com

Robert K. Dakis on behalf of Creditor Allure Gems, LLC
rdakis@morrisoncohen.com, bankruptcy@morrisoncohen.com

Richard T. Davis on behalf of Creditor Cafaro Management Company
rdavis@cafarocompany.com

Louis Thomas DeLucia on behalf of Creditor Ciuffo Family Trust
ldelucia@schiffhardin.com

Sam Della Fera, Jr. on behalf of Creditor Eric I.B. Company, LLC
sdellafera@trenklawfirm.com, awolper@trenklawfirm.com

Andrew Devore on behalf of Interested Party Cross Country Home Services, Inc.
andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com

Andrew G. Dietderich on behalf of Creditor Fairholme Capital Management, LLC and Fairholme Funds, Inc.
dietdericha@sullcrom.com, s&cmanagingclerk@sullcrom.com;andrew-dietderich-6008@ecf.pacerpro.com;BAKERR@SULLCROM.COM

John P. Dillman on behalf of Creditor Angelina County
houston_bankruptcy@publicans.com

Ted A. Dillman on behalf of Unknown Simon Property Group, L.P.
ted.dillman@lw.com

Ira S. Dizengoff on behalf of Creditor Committee Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al.
idizengoff@akingump.com, afreeman@akingump.com;apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com

Caroline R. Djang on behalf of Creditor Niagra Bottling, LLC
caroline.djang@bbklaw.com, lisa.spencer@bbklaw.com;arthur.johnston@bbklaw.com

Joshua A. Dunn on behalf of Creditor Village of Hoffman Estates
jdunn@vedderprice.com, ecfnydocket@vedderprice.com

David W. Dykhouse on behalf of Interested Party MOAC Mall Holding LLC
dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com

Rachel E. Edwards on behalf of Interested Party Liberty Mutual Insurance Company
redwards@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com

Devon Eggert on behalf of Interested Party True Value Company
deggert@freeborn.com, bkdocketing@freeborn.com

Judith Elkin on behalf of Creditor Lenox International, Inc.
judith.elkin@haynesboone.com

Carrie Essenfeld on behalf of Creditor Taubman Landlords
cessenfeld@halperinlaw.net, cmitchell@halperinlaw.net

Kevin J Etzel on behalf of Creditor Agri-Fab, Inc.
ketzel@vedderprice.com

Michael Eversden on behalf of Creditor Pearl Global Industries, Ltd.
meversden@mcgrathnorth.com

Garrett A. Fail on behalf of Debtor Sears Holdings Corporation
garrett.fail@weil.com, Paloma.VanGroll@weil.com

Stephen Vincent Falanga on behalf of Creditor Schindler Elevator Corporation
sfalanga@walsh.law, mvargas@walsh.law

John T. Farnum on behalf of Creditor LTMAC Properties, LLC

jfarnum@linowes-law.com, jcummings@linowes-law.com

Alan Feld on behalf of Creditor Everlast World's Boxing Headquarters Corp.  
afeld@sheppardmullin.com

Mark E. Felger on behalf of Creditor National Distribution Centers, LLC  
MFelger@cozen.com, MBrickley@cozen.com

William P Fennell on behalf of Creditor Dart Warehouse Corporation  
william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com,charles.bethel@fennelllaw.com,mblackburnjoniaux@fennelllaw.com

John R. Fifarek on behalf of Creditor 4th South Street II, LLC  
knelson@laskyfifarek.com

Charles J. Filardi, Jr. on behalf of Creditor Southhaven Associates LLC  
cfilardi@rrlawpc.com, abothwell@rrlawpc.com

Scott D. Fink on behalf of Creditor Toyota Industries Commercial Finance, Inc.  
brodellecf@weltman.com

Jonathan L. Flaxer on behalf of Creditor AMAV Enterprises Ltd.  
jflaxer@golenbock.com, jsavitsky@golenbock.com;mweinstein@golenbock.com

Ken Florey on behalf of Creditor Community Unit School District 300  
kflorey@rsnlt.com

Kiah T Ford, IV on behalf of Creditor Hangzhou GreatStar Industrial Co., Ltd  
chipford@parkerpoe.com

Edward M. Fox on behalf of Unknown Wilmington Trust, National Association  
emfox@seyfarth.com

Gregory W. Fox on behalf of Creditor Waste Management National Services, Inc. and its affiliates  
gfox@goodwinprocter.com

Joseph D. Frank on behalf of Creditor Bottling Group, LLC operating as Pepsi Beverages Company  
jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Michael Friedman on behalf of Creditor 4207602 Canada Inc. (dba Cameo Knitting)  
friedman@chapman.com, iyassin@chapman.com

Joseph Froehlich on behalf of Unknown Cardtronics USA, Inc.  
jfroehlich@lockelord.com

Patricia B. Fugee on behalf of Unknown Clover Technologies Group, LLC  
Patricia.Fugee@FisherBroyles.com, ecf@cftechsolutions.com

Mary L. Fullington on behalf of Creditor Fruit of the Loom, Inc.  
mfullington@wyattfirm.com, lexbankruptcy@wyattfirm.com

Thomas M. Gaa on behalf of Creditor Oath (Americas) Inc.  
tgaa@bbslaw.com, yessenia@bbslaw.com

James Gadsden on behalf of Sucessor Trustee The Bank of New York Mellon Trust Company, N.A, as Successor Trustee  
bankruptcy@clm.com

Gregg M. Galardi on behalf of Interested Party Apex Tool Group, LLC  
gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com

Alan E. Gamza on behalf of Creditor Rosy Blue, Inc.  
Agamza@mosessinger.com, dkick@mosessinger.com;jbonteque@mosessinger.com;kkolbig@mosessinger.com;rcorbi@mosessinger.com

Matthew Gensburg on behalf of Creditor Community Unit School District 300  
mgensburg@gcklegal.com

Stephen B. Gerald on behalf of Interested Party The J.M. Smucker Company, Ainsworth Pet Nutrition LLC  
sgerald@wtplaw.com, clano@wtplaw.com

Peter M. Gilhuly on behalf of Unknown Simon Property Group, L.P.  
peter.gilhuly@lw.com, peter-gilhuly-1776@ecf.pacerpro.com

Steven A. Ginther on behalf of Creditor Missouri department of revenue  
sdnyecf@dor.mo.gov

Ronald Eric Gold on behalf of Creditor The Kroger Co.  
rgold@fbtlaw.com, awebb@fbtlaw.com;bmparker@fbtlaw.com;eseverini@fbtlaw.com

Eric R Goodman on behalf of Creditor American Greetings Corporation  
egoodman@bakerlaw.com

Leon B Gordon on behalf of Creditor Anderson County et al  
cary.cain@mvbalaw.com, bankruptcy@mvbalaw.com

David S. Gragg on behalf of Creditor Alatex, A Joint Venture
dgragg@langleybanack.com, cjohnston@langleybanack.com

Jonathan Adam Grasso on behalf of Creditor Dell Financial Services L.L.C.
jon@piercemccoy.com

Ira S. Greene on behalf of Interested Party DFS Services, LLC
igreene@edwardswildman.com

Charles A. Gruen on behalf of Unknown U.S. Bank National Association d/b/a U.S. Bank Equipment Finance
cgruen@gruenlaw.com

Allen J. Guon on behalf of Creditor SHERTHAL, LLC
aguon@shawfishman.com

Mark E. Hall on behalf of Creditor CAPREF Burbank LLC A Delaware LLC
mhall@foxrothschild.com, cbrown@foxrothschild.com

Paul E. Harner on behalf of Creditor Acadia Realty Limited Partnership
paul.harner@lw.com

Jonathan Scott Hawkins on behalf of Interested Party Great Lakes Technologies, LLC
jonathan.hawkins@thompsonhine.com, THDaytonECF@thompsonhine.com

Leslie C. Heilman on behalf of Creditor Acadia Realty Limited Partnership
heilmanl@ballardspahr.com, lanoc@ballardspahr.com

Neil E. Herman on behalf of Creditor Kimco Realty Corporation
Nherman@morganlewis.com

Michael R. Herz on behalf of Creditor CAPREF Burbank LLC A Delaware LLC
mherz@formanlaw.com, cbrown@formanlaw.com

George Bernard Hofmann on behalf of Creditor Propel Trampolines LLC
ghofmann@cohnekinghorn.com, mparks@cohnekinghorn.com

Joon P. Hong on behalf of Creditor Thanh Cong Textile Garment Investment Trading Joint Stock Company
joonhong@chapman.com

Allison Akiko Ito on behalf of Unknown Hawaii Intercontinental Corporation
aito@hibklaw.com

Hugh G. Jasne on behalf of Unknown Data Print Technologies, Inc.
jf@jasneflorio.com, hgj@jasneflorio.com

Dwight Jefferson on behalf of Creditor DAVID DEEDS
djefferson@coatsrose.com

Christian Paul Jensen on behalf of Stockholder Thomas Tisch
jensenc@sullcrom.com

Allen G. Kadish on behalf of Creditor Community Unit School District 300
akadish@archerlaw.com, lschildkraut@archerlaw.com;chansen@archerlaw.com;hbreakstone@archerlaw.com

Vera N Kanova on behalf of Creditor Commonwealth of PA Dept. of Environmental Protection
verkanova@pa.gov

Alan H Katz on behalf of Creditor Pension Benefit Guaranty Corporation
akatz@lockelord.com

William E. Kelleher, Jr. on behalf of Creditor Bonita Casa, LLC
wkelleher@cohenlaw.com, mgraeb@cohenlaw.com;hward@cohenlaw.com

Steven W. Kelly on behalf of Creditor AmCap Wilson II, LLC
skelly@s-d.com

Gerald P. Kennedy on behalf of Creditor MCS Hemet Valley Center LLC
gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com

Ferve E. Khan on behalf of Creditor American Greetings Corporation
fkhan@bakerlaw.com

Erin C. Kim on behalf of Creditor Pension Benefit Guaranty Corporation
kim.erin@pbgc.gov, efile@pbgc.gov

Alan M Kindred on behalf of Creditor Beauty 21 Cosmetics, Inc.
akindred@leechtishman.com, dtomko@leechtishman.com;ghauswirth@leechtishman.com

Edward M. King on behalf of Creditor Sitel Operating Corporation
tking@fbtlaw.com

Dawn Kirby on behalf of Creditor U.S. Nonwovens Corp.  
dkirby@ddw-law.com, btepper@ddw-law.com;dap@ddw-law.com

Lauren Catherine Kiss on behalf of Creditor GLP US Management, LLC and its affiliates  
lkiss@klestadt.com

Richard Klass on behalf of Creditor Anthony Scullari  
richklass@courtstreetlaw.com

Sarah J Klebolt on behalf of Creditor 14 Oaks Associates, LLC  
sjk@carmodymacdonald.com, ala@carmodymacdonald.com

Jeremy C. Kleinman on behalf of Attorney Jeremy C. Kleinman  
jkleinman@fgllp.com

John R. Knapp, Jr. on behalf of Creditor PeopleReady, Inc.  
john.knapp@millernash.com, lisa.petras@millernash.com

Lawrence J. Kotler on behalf of Creditor Riskonnect, Inc.  
ljkotler@duanemorris.com

David Kronenberg on behalf of Unknown Service.com  
dkronenberg@sidley.com, dkronenberg@sidley.com

David S. Kupetz on behalf of Creditor Izek Shomof and Alene Shomof Irrevocable Children's Trust Dated February 11, 1999, Vegas Group, LLC, and East River Group, LLC  
dkupetz@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;dperez@sulmeyerlaw.com

Jeffrey Kurtzman on behalf of Creditor BET Investments  
jkurtzma@klehr.com

Alyssa E. Kutner on behalf of Creditor C.J. Segerstrom & Sons  
kutnera@ballardspahr.com

Paul J. Labov on behalf of Creditor Hanesbrands, Inc.  
plabov@foxrothschild.com, msteen@foxrothschild.com

Keith A Langley on behalf of Interested Party Liberty Mutual Insurance Company  
klangley@l-llp.com, ehyman@l-llp.com;pgentry@l-llp.com

Fernand L Laudumiey, IV on behalf of Creditor Richards Canal Street Property, LLC  
laudumiey@chaffe.com

Vincent Edward Lazar on behalf of Creditor Electrolux Home Care Products, Inc.  
vlazar@jenner.com

Gilbert A. Lazarus on behalf of Creditor Vandale Industries, Inc.  
gillazarus@gmail.com

Harlan Mitchell Lazarus on behalf of Creditor Cudlie Accessories LLC  
hmllaw@att.net, hlazarus@lazarusandlazarus.com

Robert L. LeHane on behalf of Creditor Benderson Development Company LLC  
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Paul D. Leake on behalf of Interested Party Bank of America, N.A.  
wendy.lamanna@skadden.com;andrea.chouprouta@skadden.com

Andrew M Leblanc on behalf of Interested Party Cyrus Capital Partners, L.P.  
aleblanc@milbank.com

Michael Skoy Legge on behalf of Creditor McLane Company, Inc.  
mlegge@huntonak.com, tkracht@huntonak.com;rphair@huntonak.com;ghesse@huntonak.com

Joseph H. Lemkin on behalf of Creditor Conopco, Inc. dba Unilever  
jlemkin@stark-stark.com

William J. Levant on behalf of Creditor Mac Dade Mall Associates, L.P.  
efile.wjl@kaplaw.com

Richard B. Levin on behalf of Unknown Reynolds Consumer Products LLC  
rlevin@jenner.com

Mark Levine on behalf of Respondent Lavarita Meriwether  
mlevine@ssbny.com

Lawrence A. Lichtman on behalf of Creditor Aaron Gershenson Family Properties, LLC  
llichtman@honigman.com, litdocket@honigman.com

Alan Jay Lipkin on behalf of Creditor Drayton Plains (MI), LLC  
alipkin@willkie.com, maosbny@willkie.com

Robert Liubicic on behalf of Interested Party Cyrus Capital Partners, L.P.

rliubicic@milbank.com

Armando Llorens on behalf of Unknown Felix Calls , LLC
armando@furgang.com

Brian J. Lohan on behalf of Creditor AT&T
brian.lohan@arnoldporter.com

Howard P. Magaliff on behalf of Creditor Sante Marcoccia
hmagaliff@r3mlaw.com, hcolon@r3mlaw.com

Christopher J. Major on behalf of Creditor Royal Consumer Products, LLC
cjm@msf-law.com, bm@msf-law.com

Jacqueline Marcus on behalf of Debtor A&E Factory Service, LLC
jacqueline.marcus@weil.com, jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jennifer L. Marines on behalf of Creditor ICON Health & Fitness, Inc.
jmarines@mofo.com, docketny@mofo.com;jennifer-marines-1173@ecf.pacerpro.com

Ilan Markus on behalf of Creditor Benenson Capital Partners, LLC and Brooks Shopping Centers, LLC
ilan.markus@leclairryan.com, andrew.cole@leclairryan.com

Jonathan D. Marshall on behalf of Creditor Wells Fargo Bank, National Association
jmarshall@choate.com

Laurence May on behalf of Creditor Prestige Properties & Development Co., Inc.
lmay@eisemanlevine.com

Shlomo Maza on behalf of Creditor GACP II, L.P.
shlomomaza@paulhastings.com

Matthew McCann on behalf of Creditor Ray Padula Holdings, LLC
mmccann@swc-law.com, mmccann@swc-law.com

William McCarron, Jr. on behalf of Creditor Pension Benefit Guaranty Corporation
mccarron.william@pbgc.gov, efile@pbgc.gov

Richard J. McCord on behalf of Creditor Studio 1 Div. of Shazdeh Fashions
RMcCord@CBAH.com, afollett@certilmanbalin.com;cfollett@certilmanbalin.com;cglick@certilmanbalin.com;rnosek@certilmanbalin.com

Sawnie A. McEntire on behalf of Interested Party Cushman & Wakefield Inc.
smcentire@pmmlaw.com

Brian S. McGrath on behalf of Creditor ARI Fleet LT
bmcgrath@mcglinchey.com

Deborah Jill Michelson on behalf of Unknown Arca Industrial (NJ), Inc.
michelson@mgfl-law.com

Curtis S. Miller on behalf of Interested Party LEFMARK Tamiami, Inc.
cmiller@mnat.com, aconway@mnat.com

Stephen M. Miller on behalf of Interested Party Brighton Lease Management, L.L.C.
smiller@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Russell W. Mills on behalf of Creditor M&G Jewelers, Inc.
rmills@bellnunnally.com, nsummerville@bellnunnally.com

Joseph Thomas Moldovan on behalf of Creditor Allure Gems, LLC
bankruptcy@morrisoncohen.com

Carol E. Momjian on behalf of Creditor Commonwealth of Pennsylvania, Department of Revenue
cmomjian@attorneygeneral.gov

Laura J. Monroe on behalf of Creditor Lubbock Central Appraisal District
lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com

Kevin P. Montee on behalf of Creditor Hudson Concourse, LLC
kmontee@hornersinger.com, ecf@hornersinger.com

Julie F. Montgomery on behalf of Creditor SAP Industries, Inc.
jmontgomery@brownconnery.com

John Mueller on behalf of Creditor Maynardville Pike LP
jmueller@lippes.com, rfink@lippes.com

Rahul Mukhi on behalf of Creditor ESL Investments, Inc.
rmukhi@cgsh.com, maofiling@cgsh.com

Klaus Peter Muthig, I on behalf of Creditor Maricopa County Treasurer
muthigk@mcao.maricopa.gov

Bruce S. Nathan on behalf of Interested Party LG Electronics USA, Inc.
bnathan@lowenstein.com, msavetsky@lowenstein.com

Edward E. Neiger on behalf of Creditor City Choice Limited
eneiger@askllp.com, lmiskowiec@askllp.com

Kevin Michael Newman on behalf of Creditor Aviation Mall NewCo, LLC
knewman@barclaydamon.com

Timothy F. Nixon on behalf of Creditor A.O. Smith Corporation
tnixon@gklaw.com, kboucher@gklaw.com;pbrellenthin@gklaw.com

Sean A. O'Neal on behalf of Creditor ESL Investments, Inc.
soneal@cgsh.com, maofiling@cgsh.com

Sean A. OKeefe on behalf of Unknown J.W. Mitchell Company, LLC
sokeefe@okeefelc.com, seanaokeefe@msn.com

Rachel R Obaldo on behalf of Creditor Texas Comptroller of Public Accounts
bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov

Thomas S. Onder on behalf of Creditor 67500 South Main Street, Richmond, LLC
tonder@stark-stark.com

Jennifer Kennedy Park on behalf of Creditor ESL Investments, Inc.
jkpark@cgsh.com

Richard J. Parks on behalf of Creditor Sun Industrial, Inc.
rjp@pietragallo.com, ms@pietragallo.com;jk@pietragallo.com

Barbra R. Parlin on behalf of Creditor Garda CL Great Lakes, Inc.
barbra.parlin@hklaw.com, elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com

Paul J. Pascuzzi on behalf of Creditor The McClatchy Company
ppascuzzi@ffwplaw.com

Jennifer Pastarnack on behalf of Interested Party Whitebox Asymmetric Partners LP
jennifer.pastarnack@cliffordchance.com

Kristen N. Pate on behalf of Creditor Brookfield Property REIT Inc.
bk@brookfieldpropertiesretail.com

Dipesh Patel on behalf of Creditor Invicta Watch Company of America, Inc.
dipesh.patel@saul.com

Eloy A Peral on behalf of Unknown Lake Plaza Shopping Center LLC
eperal@wilkauslander.com

Deborah M Perry on behalf of Creditor International Airport Center, Inc.
dperry@munsch.com

Albena Petrakov on behalf of Unknown Saul Subsidiary I, LP
apetrakov@offitkurman.com

Douglas J. Pick on behalf of Creditor Norton Mailman Associates
dpick@picklaw.net, ezabicki@picklaw.net

Michael Ryan Pinkston on behalf of Unknown Wilmington Trust, National Association
rpinkston@seyfarth.com

Dana S. Plon on behalf of Creditor Loyal Holdings DE LLC
dplon@sirlinlaw.com

David L. Pollack on behalf of Creditor Acadia Realty Limited Partnership
pollack@ballardspahr.com

Cynthia L Pollick on behalf of Creditor Karen Smith
pollick@lawyer.com

Constantine Dean Pourakis on behalf of Unknown East Penn Manufacturing Co.
cp@stevenslee.com

Robert L. Pryor on behalf of Creditor ABC Supply Co. Inc.
rlp@pryormandelup.com

Chad Pugatch on behalf of Creditor CM Grayson, LLC
cpugatch.ecf@rprslaw.com

Anthony M. Rainone on behalf of Creditor iStar Jewelry, LLC
arainone@bracheichler.com, jpmartin@bracheichler.com

Shane Ramsey on behalf of Creditor Retail Opportunity Investments Corp.
shane.ramsey@nelsonmullins.com, jennifer.murray@nelsonmullins.com;emiller@bayardlaw.com;SMacon@bayardlaw.com

Gary O. Ravert on behalf of Creditor ADT LLC d/b/a Protection One
gravert@ravertpllc.com, gary.ravertpllc@gmail.com

Norman Neville Reid on behalf of Creditor Chamberlain Group, Inc.
nreid@foxswibel.com

Ryan C. Reinert on behalf of Creditor Manco Florida Associates, LLC
rreinert@shutts.com, juanitasanchez@shutts.com

Guy A. Reiss on behalf of Creditor Miele, Inc.
greiss@reisspreuss.com

Michael J. Riela on behalf of Creditor Vertical Industrial Park Associates
riela@thsh.com

Fred B. Ringel on behalf of Creditor East End Commons Associates LLC
fbr@robinsonbrog.com

Christy Rivera on behalf of Creditor One World Technologies, Inc. d/b/a Techtronic Industries Power Equipment
christy.rivera@nortonrosefulbright.com

Beth Ellen Rogers on behalf of Creditor Serta Simmons Bedding, LLC
brogers@berlawoffice.com

Laurel D. Roglen on behalf of Interested Party Magformers, LLC
roglenl@ballardspahr.com, lanoc@ballardspahr.com

Alexis J. Rogoski on behalf of Unknown XL Specialty Insurance Company Ltd. c/o Michael B. Chester, Esq., Boundas, Skarzynski, Walsh & Black, LLC
arogoski@skarzynski.com

Kristen D Romano on behalf of Creditor ARI Fleet LT
kromano@mcglinchey.com

Robert M. Rosen on behalf of Interested Party Cushman & Wakefield Inc.
rrosen@pmmlaw.com

Sanford Philip Rosen on behalf of Creditor Cranston/BVT Associates, LLP
srosen@rosenpc.com;rosensr81087@notify.bestcase.com

Arthur E. Rosenberg on behalf of Interested Party Cushman & Wakefield Inc.
arthur.rosenberg@hklaw.com

David A. Rosenzweig on behalf of Creditor Living Spaces Furniture, LLC
david.rosenzweig@nortonrosefulbright.com

Douglas B. Rosner on behalf of Creditor Cape Town Plaza LLC
drosner@goulstonstorrs.com

Beth J. Rotenberg on behalf of Unknown Cardinal Health 110 LLC
brotenberg@csglaw.com, ecf@csglaw.com

Myrna Ruiz-Olmo on behalf of Creditor Puerto Rico Supplies Group, Inc.
mro@prbankruptcy.com, tbp@prbankruptcy.com,lsg@prbankruptcy.com

Maura I. Russell on behalf of Creditor Sakar International
mrussell@ckrlaw.com

Patrick Morgan Ryan on behalf of Creditor Charles Pugh
pmryan@sorlinglaw.com, smjordan@sorlinglaw.com

CARL JOSEPH SORANNO on behalf of Creditor iStar Jewelry, LLC
csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com

Thomas James Salerno on behalf of Interested Party Telesoft Corp
thomas.salerno@stinson.com, Karen.graves@stinson.com

Diane W. Sanders on behalf of Creditor Aransas county
austin.bankruptcy@lgbs.com

Joseph E. Sarachek on behalf of Creditor Mien Co., Ltd.
joe@saracheklawfirm.com, jon@saracheklawfirm.com

Robert M. Sasloff on behalf of Interested Party Rockaway Realty Assocs., LP
rms@robinsonbrog.com

Russell W. Savory on behalf of Creditor BICO Associates GP
russ@bsavory.com

Gilbert R. Saydah, Jr. on behalf of Creditor Bradshaw Westwood Trust

gsaydah@ckrlaw.com

Courtney A Schael on behalf of Unknown Shinn Fu Company of America, Inc.
cschael@ashfordnjlaw.com, mrogers@ashfordnjlaw.com

Michael L. Schein on behalf of Creditor NorthStar Group Services, Inc.
mschein@vedderprice.com, ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-schein-3874@ecf.pacerpro.com

Aaron J. Scheinfield on behalf of Creditor Alliance Material Handling Corp.
aaron@bk-lawyer.net

Frederick E. Schmidt on behalf of Creditor Scents of Worth, Inc.
eschmidt@cozen.com

Bradley Schneider on behalf of Creditor Whirlpool Corporation
bradley.schneider@mto.com

Edward L. Schnitzer on behalf of Attorney Edward L. Schnitzer
eschnitzer@ckrlaw.com

Ray C Schrock on behalf of Debtor Kmart Holding Corporation
ray.schrock@weil.com, matthew.goren@weil.com

Christopher P. Schueller on behalf of Creditor FedEx Supply Chain, Inc. and FedEx Custom Critical, Inc.
christopher.schueller@bipc.com, timothy.palmer@bipc.com;donna.curcio@bipc.com

H. Jeffrey Schwartz on behalf of Creditor Winners Industry Co., Ltd.
hjschwartz@mckoolsmith.com, hjschwartz@mckoolsmith.com

Gary F Seitz on behalf of Creditor Yang Ming (America) Corp.
gseitz@gsbblaw.com, gary.seitz@gmail.com

Stephen B. Selbst on behalf of Creditor RubyRed Garment Manufacturing S.A.E. (Jerseywear)/Egypt
sselbst@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com

Richard M. Seltzer on behalf of Creditor International Union, UAW
rseltzer@cwsny.com, ecf@cwsny.com

Yaron Shaham on behalf of Creditor Panache International LLC
yshaham@kahanafeld.com

Michael Abtin Shakouri on behalf of Creditor Niagara Realty LLC
mshakouri@goodkinlynch.com

Karen Sheehan on behalf of Creditor PennyMac Corp.
ksheehan@flwlaw.com, jspiegelman@flwlaw.com;plamberti@flwlaw.com

Michelle E. Shriro on behalf of Creditor Summit Portraits, LLC
mshriro@singerlevick.com, scotton@singerlevick.com;croote@singerlevick.com

Andrew I. Silfen on behalf of Interested Party Cheddars Casual Cafe, Inc.
andrew.silfen@arentfox.com, beth.brownstein@arentfox.com

Kevin J. Simard on behalf of Creditor Wells Fargo Bank, National Association
ksimard@choate.com

Wendy M. Simkulak on behalf of Creditor Chubb Companies
wmsimkulak@duanemorris.com

Sunny Singh on behalf of Debtor Sears Holdings Corporation
sunny.singh@weil.com, Andriana.Georgallas@weil.com;Paloma.VanGroll@weil.com;Philip.DiDonato@weil.com

Peter B. Siroka on behalf of Interested Party Seritage Growth Properties
peter.siroka@friedfrank.com, aaron_rothman@friedfrank.com;alix.brozman@friedfrank.com;ManagingAttorneysDepartment@friedfrank.com

Doug Skierski on behalf of Creditor Quest Resource Management Group LLC
enotices@skijain.com

Daniel W. Sklar on behalf of Creditor 266 Route 125, LLC
dsklar@nixonpeabody.com, ccarlin@nixonpeabody.com

Aaron C. Smith on behalf of Creditor Pension Benefit Guaranty Corporation
asmith@lockelord.com, chicagodocket@lockelord.com;jcataldo@lockelord.com

Neal Smith on behalf of Creditor Community Unit School District 300
nsmith@robbins-schwartz.com

Natasha M. Songonuga on behalf of Creditor American Lebanese Syrian Associated Charities, Inc.
nsongonuga@gibbonslaw.com

Owen M. Sonik on behalf of Creditor Spring Branch Independent School District, et al.
osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com

James E. Sorenson on behalf of Creditor Florida Self-Insurers Guaranty Association, Inc.
bk@svllaw.com, jim@svllaw.com

Fredric Sosnick on behalf of Interested Party Sears Hometown and Outlet Stores, Inc.
fsosnick@shearman.com

Sean C. Southard on behalf of Creditor Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances
ssouthard@klestadt.com

Penny R. Stark on behalf of Creditor Caparra Center Associates/San Patricio Plaza
pstarkesq@gmail.com

Miriam R Stein on behalf of Creditor MJ Holding Company, LLC
mstein@chuhak.com

Rick Aaron Steinberg on behalf of Interested Party TOTE, Inc.
rsteinberg@pricemeese.com

Richard A. Stieglitz, Jr. on behalf of Creditor SHLD Lendco, LLC
RStieglitz@cahill.com, MMcLoughlin@cahill.com;ma@cahill.com

Sabrina L. Streusand on behalf of Creditor Dell Financial Services L.L.C.
streusand@slollp.com, prentice@slollp.com

Philip E. Strok on behalf of Creditor Paco (China) Garment Ltd.
pstrok@swelawfirm.com, gcruz@swelawfirm.com;csheets@swelawfirm.com;jchung@swelawfirm.com

Enid Nagler Stuart on behalf of Creditor New York State Department of Taxation & Finance
enid.stuart@ag.ny.gov, ted.berkowitz@ag.ny.gov

Joshua Sturm on behalf of Interested Party Duff & Phelps, LLC
joshua.sturm@ropesgray.com

Matthew G. Summers on behalf of Creditor Acadia Realty Limited Partnership
summersm@ballardspahr.com

Vivek Suri on behalf of Creditor KG Denim Limited
info@viveksuri.com, lawyer@surilawoffice.com

Casey Cantrell Swartz on behalf of Creditor CIVF V-OH1M03, LLC
cswartz@taftlaw.com

Daniel R. Swetnam on behalf of Interested Party 5330 Crosswind, LLC
Daniel.Swetnam@icemiller.com, Deborah.Martin@icemiller.com

Douglas T. Tabachnik on behalf of Creditor Certain Texas Taxing Entities
dtabachnik@dttlaw.com, rdalba@dttlaw.com

Stanley B. Tarr on behalf of Creditor Hansae Co. Ltd.
tarr@blankrome.com

David R Taxin on behalf of Unknown 5525 S. Soto St. Associates
davidtaxin@dahannowick.com

Andrew Tenzer on behalf of Creditor GACP II, L.P.
andrewtenzer@paulhastings.com

Brett S. Theisen on behalf of Creditor Henkel Corporation
btheisen@gibbonslaw.com

David L. Tillem on behalf of Unknown Putnam County
tillemd@wemed.com

My Chi To on behalf of Creditor Cascade Investment, L.L.C. & SL Agent, LLC
mcto@debevoise.com, amcdermott@debevoise.com

Gordon J. Toering on behalf of Creditor Chervon (HK), Ltd.
gtoering@wnj.com

Kevin Tompsett on behalf of Creditor Van Hook Service Co., Inc.
ktompsett@harrisbeach.com, frichenberg@harrisbeach.com

Ronald M. Tucker on behalf of Unknown Simon Property Group, L.P.
rtucker@simon.com, bankruptcy@simon.com

Curtis Lee Tuggle on behalf of Creditor Virginia Surety Company, Inc.
curtis.tuggle@thompsonhine.com, ECFDocket@thompsonhine.com

Andrew P. Tureaud on behalf of Creditor 909 Group, L.P.
atureaud@kblaw.com, atureaud@kblaw.com

Bethany Turke on behalf of Creditor Brian Van Vooren
brt@wexlerwallace.com, ecf@wexlerwallace.com

Marshall C. Turner on behalf of Creditor CBL & Associates Management Inc.
marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com

United States Trustee
USTPRegion02.NYECF@USDOJ.GOV

Veronique Urban on behalf of Creditor Midwood Management Corp.
vurban@farrellfritz.com

Seth Van Aalten on behalf of Creditor Washington Prime Group Inc.
svanaalten@cooley.com, efiling-notice@ecf.pacerpro.com

James Christopher Vandermark on behalf of Unknown Amerco Real Estate Company
vandermarkj@whiteandwilliams.com

James J. Vincequerra on behalf of Creditor Cupid Foundations, Inc.
James.Vincequerra@alston.com

Kaitlin R. Walsh on behalf of Creditor Suzhou Chunju Electric Co. Ltd.
KRWalsh@mintz.com, docketing@mintz.com

David H. Wander on behalf of Creditor Electronics for Imaging, Inc.
dhw@dhclegal.com

Andrew W. Weaver on behalf of Creditor ESL Investments, Inc.
aweaver@cgsh.com, maofiling@cgsh.com

Adam J. Webb on behalf of Creditor Washington Prime Group Inc.
awebb@fbtlaw.com

William P. Weintraub on behalf of Unknown Wicked Audio, Inc.
wweintraub@goodwinprocter.com, gfox@goodwinprocter.com

Erica Weisgerber on behalf of Creditor Cascade Investment, L.L.C. & SL Agent, LLC
eweisgerber@debevoise.com, eweisgerber@debevoise.com

Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Eric R. Wilson on behalf of Creditor Computershare Trust Company, N.A.
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Garth D. Wilson on behalf of Creditor Pension Benefit Guaranty Corporation
wilson.garth@pbgc.gov, efile@pbgc.gov

Melissa S. Woods on behalf of Creditor International Union, UAW
mwoods@cwsny.com, ecf@cwsny.com

Derek L. Wright on behalf of Unknown CenterPoint Properties Trust
dlwright@foley.com

Thomas Yanega on behalf of Unknown Beauty Gem, Inc.
ty@devacklaw.com

Marc A. Zelina on behalf of Unknown Simon Property Group, L.P.
marc.zelina@lw.com

Matthew C. Ziegler on behalf of Interested Party Fanatics Licensed Sports Group, LLC F/K/A VF Licensed Sports Group, LLC
matthew.ziegler@morganlewis.com

Tom Zimmerman on behalf of Attorney Thomas A. Zimmerman, Jr.
tom@attorneyzim.com, firm@attorneyzim.com

Scott A. Zuber on behalf of Unknown Cardinal Health 110 LLC
szuber@csglaw.com, ecf@csglaw.com

Evan J. Zucker on behalf of Creditor Aleff LLC
ezucker@blankrome.com, nybankruptcydocketing@blankrome.com;eDocketing@blankrome.com

Richard L. Zucker on behalf of Creditor Oster Yorktown Properties, LLC
rzucker@lasserhochman.com

Paul H. Zumbro on behalf of Creditor Stanley Black & Decker, Inc.
pzumbro@cravath.com, mao@cravath.com

**18-23538-rdd Notice will not be electronically mailed to:**

Adam M. Adler on behalf of Claims and Noticing Agent Prime Clerk, LLC
Prime Clerk LLC

830 Third Avenue  
9th Floor  
New York, NY 10022  

Alston & Bird LLP  
,  

Sedric E. Banks on behalf of Creditor Jerry and Esther Vosburg  
Sedric E. Banks LBN 2730  
1038 North Ninth Street  
Monroe, LA 71201  

Jody A. Bedenbaugh on behalf of Creditor Michelin North America, Inc.  
Nelson Mullins Riley & Scarborough LLP  
1320 Main Street, 17th Floor  
P.O. Box 11070 (29211)  
Columbia, SC 29201  

Teresa M. Bennett on behalf of Creditor Aviation Mall NewCo, LLC  
Barclay Doman LLP  
125 East Jefferson Street  
Syracuse, NY 13202  

Body Flex Sports, Inc.  
Attn: Frank Chang, General Manager  
21717 Ferrero Parkway  
Walnut, CA 91789  

Bradford Capital Management, LLC  
,  

Michael Brockman  
,  

Bruce Buechler on behalf of Interested Party Active Media Services, Inc. d/b/a Active International  
Lowenstein Sandler LLP  
One Lowenstein Drive  
Roseland, NJ 07068  
bbuechler@lowenstein.com  

Cherokee Debt Acquisition, LLC  
1325 Avenue of the Americas  
28th Floor  
New York, NY 10019  

Eastview Mall, LLC  
,  

Fort Pierce Utilities Authority  
206 South 6th Street (34950)  
PO Box 3191  
Fort Pierce, FL 34948  

Joseph Frank  
FrankGecker LLP  
325 N. LaSalle  
Suite 625  
Chicago, IL 60654  

Elise S. Frejka  
Frejka PLLC  
420 Lexington Avenue  
New York, NY 10170  

Frejka PLLC  
,  

E. Philip Groben on behalf of Creditor Community Unit School District 300  
Gensburg Calandriello & Kanter, P.C.  
200 West Adams Street, Suite 2425  
Chicago, NY 60606  

Kristopher M. Hansen on behalf of Creditor Och-Ziff Capital Structure Arbitrage Master Fund, Ltd.  
Stroock & Stroock & Lavan LLP  
180 Maiden Lane  
New York, NY 10038  
loehmanns@stroock.com;mmagzamen@stroock.com;gsasson@stroock.com;dmohamed@stroock.com;olee@stroock.com;mgarofalo@stroock.com;sbhattacharyya@stroock.c  

Susheel Kirpalani on behalf of Creditor Omega Advisors Inc.  
Quinn Emanuel Urquhart  
& Sullivan LLP  
51 Madison Avenue

22nd Floor  
New York, NY 10010  
susheelkirpalani@quinnemanuel.com, benjaminfinestone@quinnemanuel.com;susheel-kirpalani-9317@ecf.pacerpro.com

Thomas R. Kreller on behalf of Interested Party Cyrus Capital Partners, L.P.  
Milbank, Tweed, Hadley & McClay LLD  
601 S. Figueroa St. Fl. 30  
Los Angeles, CA 90017  
tkreller@milbank.com, hmaghakian@milbank.com;gbray@milbank.com;gulvad@milbank.com;BAdams@milbank.com;jbrewster@milbank.com

LatentView Analytics Corporation  
,

Tara LeDay on behalf of Creditor Texas Taxing Jurisdictions  
McCreary, Veselka, Bragg & Allen P.C.  
P.O. Box 1269  
Round Rock, TX 78680-1269

Peter W. Lianides on behalf of Creditor Kai Ning Leather Products, Co., Ltd.  
Winthrop Couchot Golubow Hollander  
1301 Dove Street  
Suite 500  
Newport Beach, CA 92660

MIII Advisory Partners, LP  
,

Jarrod B. Martin on behalf of Creditor Direct Energy Business, LLC  
McDowell Hetherington LLP  
1001 Fannin Street  
Suite 2700  
Houston, TX 77002

Andrea McSorley  
5409 79th Ave E  
Palmetto, FL 34221

Wm. Spencer McSorley  
5409 79th Ave E  
Palmetto, FL 34221

Janusz Muszak  
P.O. Box 516535  
Rockledge, FL 32956

Brian Coke Ng  
,

Harris A. Phillips on behalf of Creditor Stephen Tuttle  
Niemeyer, Alexander & Phillips  
300 North Walker  
Oklahoma City, OK 73101

Red Bull North America, Inc.  
,

Relator Carl Ireland, Administrator of the Estate of James Garbe  
,

SVP Sewing Brands LLC  
,

Aaron J. Scheinfield on behalf of Creditor Alliance Material Handling Corp.  
Goldstein Bershad & Fried PC  
4000 Town Center, Suite 1200  
Southfield, MI 48075

Shaw Industries, Inc.  
,

Stan D. Smith on behalf of Creditor Acxiom Corporation  
Mitchell, Williams, Selig, Gates & Woody  
425 West Capitol Avenue  
Suite 1800  
Little Rock, AR 72201-3525

The Chamberlain Group, Inc.  
,

The NW Properties Landlords  
,

Eli J. Vonnegut on behalf of Creditor Citibank, N.A.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Paul M. Weiser
,

Wicked Fashions, Inc.
c/o David Jeong, Chief Financial Officer
,

Brent R. Wilson on behalf of Creditor Jore Corporation
Hawley Troxell Ennis & Hawley LLP
877 Main Strett, Suite 1000
Boise, ID 83702

Megan N. Young on behalf of Creditor Direct Energy Business, LLC
McDowell Hetherington LLP
1001 Fannin Street
Suite 2700
Houston, TX 77002