Hearing Date and Time: December 18, 2018 at 10:00 a.m. (Eastern Time)
Objection Date and Time: December 11, 2018 at 4:00 p.m. (Eastern Time)

McGlinchey Stafford, PLLC
Richard A. Aguilar, Esq. (Admitted *Pro Hac Vice*)
Rudy J. Cerone, Esq. (Admitted *Pro Hac Vice*)
Mark J. Chaney, Esq. (Admitted *Pro Hac Vice*)
12th Floor, 601 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800
*Attorneys for*
*Automotive Rentals, Inc. and ARI Fleet LT*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **IN RE:** | * | **CHAPTER 11** |
| | * | |
| **SEARS HOLDINGS CORPORATION**, *et al.* | * | **CASE NO. 18-23538 (RDD)** |
| | * | |
| Debtors.[1] | * | **Jointly Administered** |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF AUTOMOTIVE RENTALS, INC. AND ARI FLEET LT TO SHIP SALE TRANSACTION [ECF DOCS. 450, 775, 833 and 901]**

To:   **THE HONORABLE ROBERT D. DRAIN**
     **UNITED STATES BANKRUPTCY JUDGE:**

Automotive Rentals, Inc. and ARI Fleet LT (collectively "**ARI**"), hereby submit this notice

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings

Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com

of withdrawal of the Limited Objection [ECF Doc. 1143] (the **"ARI Objection"**) to approval of the sale of Sears Home Improvement Business [ECF Docs. 450, 775, 833 and 901] hereby withdrawing, without prejudice, the ARI Objection to, *inter alia*, the Debtors' Notice of Assumption and Assignment in Connection with Sale of Sears Home Improvement Business dated November 27, 2018 [Dkt. No. 901] filed by the above-captioned debtors.

Respectfully submitted, this 17th day of December, 2018.

          McGlinchey Stafford, PLLC

          */s/ Richard A. Aguilar*
          Richard A. Aguilar, Esq. (Admitted *Pro Hac Vice*)
          Rudy J. Cerone, Esq. (Admitted *Pro Hac Vice*)
          Mark J. Chaney, Esq. (Admitted *Pro Hac Vice*)
          12th Floor, 601 Poydras Street
          New Orleans, Louisiana 70130
          Telephone: (504) 586-1200
          Facsimile: (504) 596-2800
          Attorney for
          Automotive Rentals, Inc. and ARI Fleet LT

2208699.1

---

LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

The Debtors also include SHC Licensed Business LLC (3718), filed as Case No. 18-23616 and SHC Promotions LLC (9626), filed as Case No. 18-23630 (the "**Additional Debtors**"). The Additional Debtors each filed a motion in their respective chapter 11 case requesting joint administration with the Debtors for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.