Thomas R. Kreller (admitted pro hac vice)
Eric R. Reimer (admitted pro hac vice)
MILBANK, TWEED, HADLEY & McCLOY LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA  90067
Telephone  (424) 386-4000

Craig M. Price
MILBANK, TWEED, HADLEY & McCLOY LLP
28 Liberty Street
New York, New York 10005-1413
Telephone (212) 530-5000
Facsimile (212) 530-5219

*Counsel to Cyrus Capital Partners, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) Case No. 18-23538 (RDD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                        ) SS.
COUNTY OF NEW YORK  )


        JACQUELINE BREWSTER, being duly sworn, deposes and says

        I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases.  I am employed by the law firm of Milbank, Tweed, Hadley & McCloy LLP, Counsel to Cyrus Capital Partners, L.P., in the above-captioned cases.

        On the 13th of December 2018, I caused a copy of the following document:

*Objection of Cyrus Capital Partners, L.P. to Motion of Omega Advisors Inc. Pursuant to Sections 105 and 363 of the Bankruptcy Code to Enforce the Court's November 19, 2018 Sale Order and Invalidate the Ultra Vires Sale and Lockup of Medium-Term Intercompany Notes* [Dkt. No. 1199],

to be served upon the parties identified on Exhibit <u>A</u> attached hereto by electronic mail, and to be served upon the parties identified on Exhibit <u>B</u> attached hereto by Hand Delivery.


<u>/s/ Jacqueline Brewster</u>
JACQUELINE BREWSTER


SWORN TO AND SUBSCRIBED before me
this 17th of December 2018


<u>/s/ Charmaine Thomas</u>
Charmaine Thomas
Notary Public, State of New York
No. 01TH6151374
Qualified in Bronx County
Certificate filed in New York County
Commission Expires September 18, 2019

**Exhibit A**

aclark@cov.com
aconway@taubman.com
afeld@sheppardmullin.com
afiedler@schiffhardin.com
AGBankNewYork@ag.tn.gov
aguon@foxrothschild.com
ahalperin@halperinlaw.net
ajd@ansellgrimm.com
ajd@ansellgrimm.com
akadish@archerlaw.com
alipkin@willkie.com
alves@sewkis.com
andrew.cole@leclairryan.com
andrewtenzer@paulhastings.com
apetrakov@offitkurman.com
appleby@chapman.com
aqureshi@akingump.com
arainone@bracheichler.com
Aron.hume@gmail.com
arthur.rosenberg@hklaw.com
ashmead@sewkis.com
asmith@lockelord.com
asnow@ssbb.com
aweaver@cgsh.com
awebb@fbtlaw.com
awilliams@williamsadvisors.com
bankruptcy@borgeslawllc.com
bankruptcy@clm.com
bankruptcy@morrisoncohen.com
Bankruptcy2@ironmountain.com
bankruptcynoticeschr@sec.gov
barbra.parlin@hklaw.com
bbazian@goodwinlaw.com
bbuechler@lowenstein.com
bbutterfield@mofo.com
bethsolomon@discover.com
bfeder@kelleydrye.com
bgross@HuntonAK.com
bk@svllaw.com
bmcgrath@mcglinchey.com
bnathan@lowenstein.com

bnkatty@aldineisd.org
bob.bruner@nortonrosefulbright.com
brad.eric.scheler@friedfrank.com
branchd@ballardspahr.com
braynor@lockelord.com
brian.lohan@arnoldporter.com
brotenberg@csglaw.com
btheisen@gibbonslaw.com
caleb.holzaepfel@huschblackwell.com
Carina.Schoenberger@usdoj.gov
carmen.contreras-martinez@saul.com
carol.rodas@impremedia.com
cbelmonte@ssbb.com
cfilardi@rrlawpc.com
cgriffiths@connollygallagher.com
cgruen@gruenlaw.com
Cheitzenrater@duanemorris.com
chipford@parkerpoe.com
christy.rivera@nortonrosefulbright.com
cjm@msf-law.com
ckwu@sulmeyerlaw.com
cmiller@mnat.com
cmomjian@attorneygeneral.gov
cp@stevenslee.com
cpark@choiandpark.com
cpugatch@rprslaw.com
CSchael@AshfordNJLaw.com
Curtis.Tuggle@ThompsonHine.com
dallas.bankruptcy@publicans.com
Daniel.Swetnam@icemiller.com
darolf@sorlinglaw.com
David.Jones6@usdoj.gov
david.rosenzweig@nortonrosefulbright.com
david.rosenzweig@nortonrosefulbright.com
david.tillem@wilsonelser.com
davidtaxin@dahannowick.com
dblau@clarkhill.com
Dclarke@wjslaw.com
dcoffino@cov.com
deggert@freeborn.com
Dennis.roemlein@bnymellon.com
dgragg@langleybanack.com
dhw@dhclegal.com
dietdericha@sullcrom.com
dipesh.patel@saul.com
dkupetz@sulmeyerlaw.com

dlieberman@halperinlaw.net
dlwright@foley.com
dperry@munsch.com
dpick@picklaw.net
dplon@sirlinlaw.com
drosner@goulstonstorrs.com
dsklar@nixonpeabody.com
dtabachnik@dttlaw.com
duane.brescia@clarkhillstrasburger.com
dwirt@lockelord.com
echafetz@lowenstein.com
ecobb@pbfcm.com
ecobb@pbfcm.com
efile@pbgc.gov
egoodman@bakerlaw.com
eli.vonnegut@davispolk.com
elio@higgslaw.com
elkinj@mac.com
elvin.ramos@hklaw.com
emfox@seyfarth.com
emiller@bayardlaw.com
eneiger@askllp.com
enid.stuart@ag.ny.gov
enotices@skijain.com
eschnitzer@ckrlaw.com
etikkanen@reisspreuss.com
eweisgerber@debevoise.com
EZucker@BlankRome.com
fbr@robinsonbrog.com
fkhan@bakerlaw.com
fsosnick@shearman.com
gadsden@clm.com
garrett.fail@weil.com
gbrunswick@willkie.com
George.Howard@skadden.com
gerald.kennedy@procopio.com
gfox@goodwinlaw.com
ghesse@huntonak.com
gillazarus@gmail.com
ginger.clements@arnoldporter.com
gregg.galardi@ropesgray.com
greiss@reisspreuss.com
gsaydah@ckrlaw.com
gseitz@gsbblaw.com
gtoering@wnj.com
harlan.lazarus@gmail.com

harnerp@ballardspahr.com
hchoi@choiandpark.com
hcohen@gibbonslaw.com
heilmanl@ballardspahr.com
hjschwartz@mckoolsmith.com
hlazarus@lazarusandlazarus.com
houston_bankruptcy@publicans.com
howard.seife@nortonrosefulbright.com
howard.upchurch@hanes.com
idizengoff@akingump.com
ilan.markus@leclairryan.com
ira.greene@lockelord.com
jacqueline.marcus@weil.com
jaffeh@pepperlaw.com
James.Vincequerra@alston.com
james.wilton@ropesgray.com
Jared.Friedmann@weil.com
jarnold@aldridgepite.com
jbarsalona@mnat.com
jbromley@cgsh.com
jchristian@askllp.com
jdunn@vedderprice.com
Jeffrey.Oestericher@usdoj.gov
JeriLeigh.Miller@weil.com
jessica.liou@weil.com
Jessie.Mishkin@weil.com
jfarnum@linowes-law.com
jfifarek@laskyfifarek.com
jfigueiredo@hahnhessen.com
jflaxer@golenbock.com
jfrank@fgllp.com
jfroehlich@lockelord.com
Jg5786@att.com
jjalemany@hklaw.com
jkleinman@fgllp.com
jkpark@cgsh.com
jlemkin@stark-stark.com
jlevitin@cahill.com
jmarines@mofo.com
jmarshall@choate.com
jmontgomery@brownconnery.com
jmueller@lippes.com
jody.bedenbaugh@nelsonmullins.com
joe@saracheklawfirm.com
joia.johnson@hanes.com
jon@piercemccoy.com

jose.casal@hklaw.com
jose.galarza@usbank.com
Joseph.Cordaro@usdoj.gov
joshua.sturm@ropesgray.com
JRhodes@BlankRome.com
jweinblatt@sakar.com
kbifferato@connollygallagher.com
kcapuzzi@beneschlaw.com
kconlan@connollygallagher.com
kcordry@naag.org
KDWBankruptcyDepartment@KelleyDrye.com
ketzel@vedderprice.com
kevin@ksnpc.com
kflorey@robbins-schwartz.com
kimberly.kodis@ropesgray.com
klove@bellnunnally.com
knewman@barclaydamon.com
kromano@mcglinchey.com
ksimard@choate.com
ktompsett@harrisbeach.com
kurtzman@kurtzmansteady.com
kutnera@ballardspahr.com
laura.mccarthy@morganlewis.com
Lawrence.Fogelman@usdoj.gov
lbercovich@epicor.com
lbrymer@fmdlegal.com
ldelucia@schiffhardin.com
leib.lerner@alston.com
Leopold.matt@Epa.gov
leslieplaskon@paulhastings.com
lgu@halperinlaw.net
lily@pacogarment.com
Linda.Riffkin@usdoj.gov
listwakk@pepperlaw.com
LJKotler@duanemorris.com
lkiss@klestadt.com
lkleist@choiandpark.com
llichtman@honigman.com
lmay@eisemanlevine.com
lmbkr@pbfcm.com
lschildkraut@archerlaw.com
luralene.schultz@fennelllaw.com
lynn.butler@huschblackwell.com
mamato@rmfpc.com
Marc.Antonecchia@hklaw.com
marc.zelina@lw.com

mark.wilson@fisherbroyles.com
marshall.huebner@davispolk.com
marva.m.levine@verizon.com
mary.callahan@bnymellon.com
mary.callahan@bnymellon.com
mbarrie@beneschlaw.com
mbrofman@weisszarett.com
mcatalfimo@carterconboy.com
mccarron.william@pbgc.gov
mchaney@mcglinchey.com
mcto@debevoise.com
mcuellar45@austinenterpriseslp.com
mfelger@cozen.com
mfullington@wyattfirm.com
mgensburg@gcklegal.com
mhall@foxrothschild.com
mherz@foxrothschild.com
Michael.smith2@computershare.com
Mimi.M.Wong@irscounsel.treas.gov
Mimi.M.Wong@irscounsel.treas.gov
mlegge@huntonak.com
mmccann@swc-law.com
mro@prbankruptcy.com
mschein@vedderprice.com
mshriro@singerlevick.com
msmall@foley.com
mstein@chuhak.com
mweinstein@golenbock.com
neil.herman@morganlewis.com
nicholas.berg@ropesgray.com
niclas.ferland@leclairryan.com
nkenworthy@mrrlaw.net
notice@waldrepllp.com
nreid@foxswibel.com
nsmith@robbins-schwartz.com
nsongonuga@gibbonslaw.com
NYROBankruptcy@sec.gov
office@fennelllaw.com
osonik@pbfcm.com
Paloma.VanGroll@weil.com
patricia.chen@ropesgray.com
patricia.fugee@fisherbroyles.com
Paul.Leake@skadden.com
paul.schwartzberg@usdoj.gov
pbosswick@ssbb.com
pdublin@akingump.com

Peter.Aronoff@usdoj.gov
peter.gilhuly@lw.com
peter.siroka@friedfrank.com
phealy@wsfsbank.com
phil.hudson@saul.com
plabov@foxrothschild.com
pmartin@fmdlegal.com
pmryan@sorlinglaw.com
pollack@ballardspahr.com
powerwangtxks@vip.126.com
ppascuzzi@ffwplaw.com
pstarkesq@gmail.com
pstrok@swelawfirm.com
pzumbro@cravath.com
rabiuso@swc-law.com
rachel.obaldo@oag.texas.gov
raguilar@mcglinchey.com
ray.schrock@weil.com
rcerone@mcglinchey.com
rdavis@cafarocompany.com
rgold@fbtlaw.com
richard.morrissey@usdoj.gov
Riela@thsh.com
rkinas@swlaw.com
rlp@pryormandelup.com
rmccord@certilmanbalin.com
rmills@bellnunnally.com
rmukhi@cgsh.com
rnosek@certilmanbalin.com
Robert.e.michael.esq@gmail.com
rreinert@shutts.com
rseltzer@cwsny.com
rsteinberg@pricemeese.com
rstieglitz@cahill.com
rtucker@simon.com
russ@bsavory.com
rzucker@lasserhochman.com
sam.ashuraey@ropesgray.com
sanantonio.bankruptcy@publicans.com
sara.coelho@shearman.com
saron@wrslawyers.com
sbrauner@akingump.com
sbryant@lockelord.com
scarnes@cooley.com
schin@borgeslawllc.com
schristianson@buchalter.com

scimalore@wilmingtontrust.com
scott.luftglass@friedfrank.com
sdnyecf@dor.mo.gov
sears.service@davispolk.com
searsteam@primeclerk.com
secbankruptcy@sec.gov
serviceqa@primeclerk.com
sfalanga@walsh.law
sfink@weltman.com
sgerald@wtplaw.com
Shana.Elberg@skadden.com
shane.ramsey@nelsonmullins.com
shlomomaza@paulhastings.com
sjk@carmodymacdonald.com
skelly@s-d.com
skelly@s-d.com
smetz@offitkurman.com
smiller@morrisjames.com
sokeefe@okeefelc.com
soneal@cgsh.com
srosen@rosenpc.com
ssally@ropesgray.com
sselbst@herrick.com
ssmith@mwlaw.com
ssouthard@klestadt.com
Starr.Judith@pbgc.gov
stephen.castro@nortonrosefulbright.com
streusand@slollp.com
summersm@ballardspahr.com
sunny.singh@weil.com
svanaalten@cooley.com
szuber@csglaw.com
tannweiler@greerherz.com
Tarr@BlankRome.com
taxcollector@co.imperial.ca.us
tcohen@sheppardmullin.com
ted.dillman@lw.com
Tgaa@bbslaw.com
thoffmann@goulstonstorrs.com
thomas.salerno@stinson.com
thoran@foxrothschild.com
timothy.farrell@ropesgray.com
tking@fbtlaw.com
tleday@mvbalaw.com
tnixon@gklaw.com
tom@attorneyzim.com

tonder@stark-stark.com
vandermarkj@whiteandwilliams.com
wborges@borgeslawllc.com
wilamowsky@chapman.com
william.fennell@fennelllaw.com
WMSimkulak@duanemorris.com
wschonberg@beneschlaw.com
zylberbergd@sullcrom.com

**Exhibit B**

Office of the United States Trustee
for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Sears Bankruptcy Team

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY   10153
Attn: Ray C. Schrock, P.C.
        Garrett A. Fail
        Jacqueline Marcus
        Sunny Singh

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038
Attn:  Kristopher M. Hansen
        Jonathan D. Canfield
        Sayan Bhattacharyya

Quinn Emanuel Urguhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Attn:  Susheel Kirpalani