# EXHIBIT A

**Determinations Committee Decision**

| Date: | November 20, 2018 |
|---|---|
| Determinations Committee: | Americas |
| Date of Email Vote: | November 20, 2018 |

| **Issue Number: 2018101502** | **Has a Bankruptcy Credit Event occurred with respect to Sears Roebuck Acceptance Corp.?** |
|---|---|
| First question for vote: | Do the obligations on the attached list satisfy the Deliverable Obligation Characteristics for purposes of the Auction to be held with respect to Sears Roebuck Acceptance Corp.? (Please see Annex.) |
| Vote result: | YES |
| Votes: | 12 "YES" votes - Bank of America N.A.<br>Barclays Bank plc<br>BNP Paribas<br>Citibank, N.A.<br>Credit Suisse International<br>Goldman Sachs International<br>JP Morgan Chase Bank, N.A.<br>Société Générale<br>Deutsche Bank AG<br>Mizuho Securities Co., Ltd<br>Citadel Americas LLC<br>Pacific Investment Management Co., LLC<br><br>3  "NO" votes -  AllianceBernstein L.P.<br>Cyrus Capital Partners, L.P.<br>Elliott Management Corporation |

**Annex**

**Obligations:**

| No. | Unique Identifier: | Description: | Final Maturity Date: |
|---|---|---|---|
| 1. | FIGI: BBG0013S7CD4 | Medium Term Intercompany Notes – Series I (2,000,000,000) | Maximum Maturity: 30 Years |
| 2. | FIGI: BBG0013SMLD7 | Medium Term Intercompany Notes – Series II (1,500,000,000) | Maximum Maturity: 30 Years |
| 3. | FIGI: BBG0013RQSG7 | Medium Term Intercompany Notes – Series III (2,000,000,000) | Maximum Maturity: 30 Years |
| 4. | FIGI: BBG0013RQSQ6 | Medium Term Intercompany Notes – Series IV (1,750,000,000) | Maximum Maturity: 30 Years |
| 5. | FIGI: BBG0013RQQR9 | Medium Term Intercompany Notes – Series V (1,850,000,000) | Maximum Maturity: 30 Years |
| 6. | FIGI: BBG0013RQRD2 | Medium Term Intercompany Notes – Series VI (1,000,000,000) | Maximum Maturity: 30 Years |
| 7. | FIGI: BBG0013RQRQ8 | Medium Term Intercompany Notes – Series VII (1,500,000,000) | Maximum Maturity: 30 Years |
| 8. | CUSIP: 812404 BP5 | SRAC Medium Term Note Series B | November 01, 2018 |
| 9. | CUSIP: 812404 BQ3 | SRAC Medium Term Note Series B | March 05, 2019 |
| 10. | CUSIP: 812404 BR1 | SRAC Medium Term Note Series B | August 01, 2019 |
| 11. | CUSIP: 812404 BS9 | SRAC Medium Term Note Series B | January 31, 2020 |
| 12. | CUSIP: 812404 BT7 | SRAC Medium Term Note Series B | March 26, 2020 |
| 13. | CUSIP: 812404 BU4 | SRAC Medium Term Note Series B | May 13, 2020 |
| 14. | CUSIP: 812404 BV2 | SRAC Medium Term Note Series B | July 26, 2020 |
| 15. | CUSIP: 812404 BW0 | SRAC Medium Term Note Series B | April 28, 2021 |
| 16. | CUSIP: 812404 BX8 | SRAC Medium Term Note Series B | March 05, 2019 |
| 17. | CUSIP: 812404 BY6 | SRAC Medium Term Note Series B | May 29, 2019 |
| 18. | CUSIP: 812404 BZ3 | SRAC Medium Term Note Series B | January 20, 2020 |
| 19. | CUSIP: 812404 CA7 | SRAC Medium Term Note Series B | May 13, 2020 |
| 20. | CUSIP: 812404 CB5 | SRAC Medium Term Note Series B | September 21, 2020 |
| 21. | CUSIP: 812404 CC3 | SRAC Medium Term Note | January 22, 2021 |

|     |                    |                                    |                    |
| --- | ------------------ | ---------------------------------- | ------------------ |
|     |                    | Series B                           |                    |
| 22. | CUSIP: 812404 CD1  | SRAC Medium Term Note Series B     | May 25, 2021       |
| 23. | CUSIP: 812404 CE9  | SRAC Medium Term Note Series B     | January 09, 2019   |
| 24. | CUSIP: 812404 CF6  | SRAC Medium Term Note Series B     | July 18, 2019      |
| 25. | CUSIP: 812404 CG4  | SRAC Medium Term Note Series B     | January 22, 2020   |
| 26. | CUSIP: 812404 CP4  | SRAC Medium Term Note Series B     | October 25, 2018   |
| 27. | CUSIP: 812404 CH2  | SRAC Medium Term Note Series B     | January 22, 2019   |
| 28. | CUSIP: 812404 CJ8  | SRAC Medium Term Note Series B     | May 22, 2019       |
| 29. | CUSIP: 812404 CK5  | SRAC Medium Term Note Series B     | November 29, 2018  |
| 30. | CUSIP: 812404 CL3  | SRAC Medium Term Note Series B     | January 16, 2020   |
| 31. | CUSIP: 812404 CM1  | SRAC Medium Term Note Series B     | January 24, 2020   |
| 32. | CUSIP: 812404 CN9  | SRAC Medium Term Note Series B     | January 28, 2020   |