WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors*
*and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
In re                                    :
                                         :        Chapter 11
SEARS HOLDINGS CORPORATION, et al.,      :
                                         :        Case No. 18-23538 (RDD)
                                         :
                    Debtors.¹            :        (Jointly Administered)
-------------------------------------------------------------x
```

## DEBTORS' OMNIBUS REPLY
## TO OBJECTIONS TO JUNIOR DEBTOR-IN-POSSESSION FINANCING

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), respectfully submit this omnibus reply to the objections filed to the *Debtors' Supplemental Motion for Authority to (I) Obtain Junior Postpetition financing, and (II) Schedule Final Hearing* (ECF No. 872) (the "**Motion**").[2]

### Preliminary Statement

1.      It speaks volumes that the Debtors have only received four (4) responses to the Motion (the "**Junior DIP Objections**") and none of the objections dispute the fact that the Junior DIP Financing was negotiated in good faith and at arms' length—nor could they.  The Debtors have time and time again explained the absolute need for the additional $350 million of liquidity and the rigorous process undertaken to secure such financing.  Moreover, as further detailed below, the Debtors believe the Junior DIP Financing constitutes a sound business judgment and is eminently fair and reasonable under the circumstances.  Based on the reasons below, the Junior DIP Objections should be overruled.

2.      The Debtors have attached a proposed order granting the relief requested in the Motion as to the Junior DIP Financing on a final basis (the "**Proposed Final Junior DIP Order**") as **Exhibit A** hereto and a redline marked against the Interim Junior DIP Order as **Exhibit B** hereto.  In addition, the Debtors rely on the following declarations in support of the relief requested by the Motion:

---

[2] Capitalized terms used herein but not otherwise defined will have the meanings ascribed to them in the Motion the Interim DIP ABL Order, the Proposed DIP ABL Final Order filed contemporaneously herewith, or the Committee's Objection (as defined below).

(a)    the *Declaration of Robert A. Riecker in Support of the Debtors'
Omnibus Reply to Objections to Debtors' Motion for Authority to
(A) Obtain Postpetition Financing, (B) Use Cash Collateral,
and(C) Grant Certain Protections to Prepetition Secured Parties
and (D) Grant Related Relief and in Support of Debtors'
Supplemental Motion for Authority to (I) Obtain Junior Postpetition
financing, and (II) Schedule Final Hearing* [Docket No. 866] (the
"**Riecker DIP Declaration**");

(b)    the *Declaration of Brandon Aebersold in Support of the Debtors'
Omnibus Reply to Objections to Debtors' Motion for Authority to
(A) Obtain Postpetition Financing, (B) Use Cash Collateral, and
(C) Grant Certain Protections to Prepetition Secured Parties and
(D) Grant Related Relief and in Support of Debtors' Supplemental
Motion for Authority to (I) Obtain Junior Postpetition financing,
and (II) Schedule Final Hearing* [Docket No. 865] (the
"**Supplemental Aebersold DIP Declaration**" together with the
Riecker DIP Declaration, the "**Junior DIP Declarations**").

## I.    The Junior DIP Objections Should be Overruled

### A.    Second Lien Indenture Trustee Objection

3.    The Second Lien Indenture Trustee (as defined herein) does not object to
approval of the Junior DIP Financing but requests that the Court determine that the Debtor is
properly exercising its sound business judgment.  *See* Second Lien Indenture Trustee Objection
¶ 13.  The Second Lien Indenture Trustee points to the *Application of GA Capital for Allowance
and Payment of Fees and Expenses Pursuant to Bankruptcy Code Sections 503(b)(3)(D) and
503(b)(4)* [ECF No. 1102] (the "**GA Application**") which states that GACP II, L.P.
("**GA Capital**") was willing to consider "additional "asks" from the Debtors" and the Debtors
did not pursue any further enhancements.  Therefore, the Court should reach a determination of
whether entering into the Junior DIP Documents with Cyrus—GA Capital's competitor in
providing a junior financing was a proper exercise of the Debtors' sound business judgement.

4.    To be clear, the Debtors do not agree with GA Capital's retelling of events
and in order to correct the material misstatements made in the GA Application, the Debtors filed

the *Debtors' Response to Application of GA Capital for Allowance and Payment of Fees and Expenses Pursuant to Bankruptcy Code Sections 503(b)(3)(D) and 503(b)(4)* [ECF No. 1264]. As stated therein, the Debtors' ultimate selection of Cyrus as the Junior DIP Lender was based on the proposal's merits and consideration of the proposal as a whole. As a result of a multi-party discussion in the courthouse lobby, Cyrus ultimately provided the Debtors' with a superior proposal with better flexibility with regard to the debtor-in-possession budget's variance testing and concessions with respect to adequate protection for the second lien debt, all on otherwise equal economic terms as the GA Capital proposal. Importantly, Cyrus' concession with respect to second lien adequate protection was the linchpin in solidifying a global settlement amongst the parties (including the Creditors' Committee) of both the DIP ABL Facility and the Junior DIP Financing. In fact, the Second Lien Indenture Trustee was a party to such global settlement, which in part provided for the payment of the Second Lien Indenture Trustee's fees and resolved the Second Lien Indenture Trustee's response and reservation of rights.[3]

5.     Ultimately, GA Capital was able to match Cyrus' pricing terms and improved on the DIP budget variances but GA Capital was not able to provide the necessary concession (regarding adequate protection). In light of the quickly evolving environment and competing proposals, the Debtors considered each proposal at hand, holistically, and believe that sufficient basis was provided to evidence an exercise of prudent business judgment in entering the Junior DIP Documents with Cyrus. Based on the above, the Prepetition Second Lien 2010 Indenture Trustee's objection should be overruled.

---

[3]     The Second Lien Indenture Trustee's filing is in violation of the settlement recited on the record of the Junior DIP hearing, including the Debtors agreement to pay up to $250,000 of the Second Lien Indenture Trustee's reasonable and documented fees and expenses as consideration for the settlement. The Debtors reserve all rights with regard to the foregoing.

### B.    Vendor Objection

6.      Mien Co. objects to the Junior DIP Financing on the basis that the Debtors have not proven sufficient liquidity to "cover section 503(b)(9) claims and all post-petition trade claims. *See* Mien Co. Objection ¶ 5. To be clear, the Debtors do not intend, nor have they ever intended to finance these chapter 11 cases "on the backs of vendors." *Id*. Regardless, there is no basis to uphold Mien Co.'s objection to the Junior DIP Financing; certainly, there is no requirement that the Debtors single out a creditor constituency and prove that all of their claims will be paid in full in order to secure financing on favorable terms. The Debtors, in their never-ending quest to maximize value and as part of the Junior DIP Financing process, have secured the first-of-its-kind wind-down reserve of $240 million, to promote the Debtors' administrative solvency. The Debtors have also continued to operate their businesses in chapter 11, in line with all of its Court orders, including its vendor-specific orders as well as its debtor-in-possession financing budget. Moreover, the Junior DIP Financing is supported by the Creditors' Committee.

7.      Ultimately, the Debtors believe the Junior DIP Financing will provide the Debtors with the flexibility and financing necessary to operate their businesses and to execute value-maximizing chapter 11 cases—whether the Debtors' pursue a going concern bid or an organized wind down. This will inure to the benefit of all of the Debtors' stakeholders, including vendor claimants. Accordingly, Mien Co.'s objection should be overruled.

### C.    Texas Taxing Authorities Objection

8.      Because the State of Texas imposes ad valorem taxes on personal property, various Texas Taxing Authority filed an objection [ECF No. 1136] opposing priming liens on their tax liens and seeking adequate protection. No priming liens are being imposed under the Junior DIP Financing. And the Debtors and the Texas Taxing Authorities have agreed

to discuss appropriate language for future sale orders, which resolves the Texas Taxing Authorities' objections.

### D.    Luxottica Objection[4]

9.    Luxottica objects to any assertion that the Debtors' have any interest in the proceeds of prepetition sales, in excess of the rights provided for under section 9.3 and the other relevant sections of the License Agreement. *See* Luxottica Objection ¶ 26. Further Luxottica objects to any attempt by the Debtors to: (i) assert any Prepetition Lender has any security interest in the proceeds of prepetition sales, (ii) grant any DIP Lender any interest in the proceeds of prepetition sales, and (iii) suggest the proceeds of prepetition sales constitute Cash Collateral. *Id.* ¶ 30. In a similar vein, Luxottica has moved for relief from the automatic stay to terminate the License Agreement[5] and the Debtors have filed a corresponding objection[6]. The Debtors remain consistent with respect to Luxottica's prepetition proceeds – Luxottica may file a claim or try to otherwise recover such proceeds in accordance with the law, including the automatic stay. The Debtors have set forth their response to Luxottica's position in the Debtors' Objection. Moreover, the Junior DIP Financing does not impair or prime any alleged liens or security interests on Luxottica's prepetition interests, which the Debtors' dispute.

### Conclusion

10.    Approval of the Junior DIP Financing on a final basis is imperative to maximizing value for these chapter 11 estates. Indeed, the Junior DIP Financing is the result of

---

[4]    Capitalized terms used in this section but not otherwise defined will have the meanings ascribed to them in the Luxottica Objection.

[5]    *Motion of Luxottica Retail North America Inc. for Entry of an Order (I) Granting Relief from the Automatic Stay or, In the Alternative, (II) Compelling Assumption or Rejection of Executory Contract* [ECF No. 981].

[6]    *Debtors' Objection to Luxottica Retail North America Inc.'s Motion for Entry of an Order (I) Granting Relief from the Automatic Stay or, In the Alternative, (II) Compelling Assumption or Rejection of Executory Contract* [ECF No. 1241] (the "**Debtors' Objection**").

rounds of arms' length negotiations and deliberations, which ultimately resulted in a favorable outcome for the Debtors. The Debtors have exercised sound business judgement in entering into the applicable Junior DIP Documents. The Debtors chose the Junior DIP Financing as provided by Cyrus after considering the totality of circumstances. Moreover, the Junior DIP Financing is the result of a global resolution with key stakeholders—including the Creditors' Committee and the hard work of the Debtors, together with the Junior DIP Lenders and the DIP ABL Lenders. For these reasons, the DIP Objections should be overruled, and the Motion should be granted on a final basis.

*[Remainder of the Page Intentionally Left Blank.]*

WHEREFORE, the Debtors respectfully request that the Court overrule the objections to the Motion and approve the Motion.

Dated: December 18, 2018
      New York, New York

/s/ Sunny Singh

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors*
*and Debtors in Possession*

**<u>Exhibit A</u>**

**Proposed Final Junior DIP Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION, et al.,** | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors. [1] | : | **(Jointly Administered)** |

---------------------------------------------------------------x

### FINAL JUNIOR DIP ORDER
### (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN
### POST-PETITION FINANCING AND (B) GRANT SECURED PRIMING LIENS
### AND SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS; (II) MODIFYING
### THE AUTOMATIC STAY; AND (III) GRANTING RELATED RELIEF

---

Upon the motion (the "Motion") of Sears Holdings Corporation ("Holdings") and

its affiliated debtors, as debtors and debtors-in-possession (collectively, the "Debtors") in the

above-captioned chapter 11 cases (the "Chapter 11 Cases") pending in the United States

Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") seeking entry

of an interim order (the "Interim Junior DIP Order") and a final order (this "Final Junior DIP Order"

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

and, together with the Interim Junior DIP Order, the "Junior DIP Orders") providing for, among other things, the following relief:

(i)     authorizing Sears Roebuck Acceptance Corp., a Delaware corporation, ("SRAC"), and Kmart Corporation, a Michigan corporation ("Kmart", and together with SRAC, the "Junior DIP Borrowers") to borrow, and each of the other Debtors, to guarantee (in such capacity, the "Junior DIP Guarantors" and, together with the Junior DIP Borrowers, the "Junior DIP Obligors"), a secured debtor-in-possession superpriority priming multiple draw term loan credit facility (the "Junior DIP Facility"), in an aggregate principal amount of up to $350,000,000 on the terms and conditions set forth in the Junior DIP Credit Agreement, a copy of which, in substantially final form, is attached hereto as Exhibit B (the "Junior DIP Credit Agreement"), among the Debtors, Cantor Fitzgerald Securities, as administrative agent ("Junior DIP Administrative Agent") and collateral agent (in both capacities collectively, the "Junior DIP Agent"), the term loan lenders from time to time party thereto (the "Junior DIP Lenders," and together with the Junior DIP Agent, the "Junior DIP Credit Parties"), allocated and made available to the Junior DIP Borrowers as follows:

(a)     upon entry of the Interim Junior DIP Order, subject to the terms and conditions set forth in the Junior DIP Credit Agreement and the Interim Junior DIP Order, a term loan credit facility with aggregate initial commitments of up to $250,000,000 ("Initial Junior DIP Commitments");

(b)     upon entry of this Final Junior DIP Order, subject to the terms and conditions set forth in the Junior DIP Credit Agreement, the Junior DIP Documents and the Final Junior DIP Order, a term loan credit facility with aggregate commitments of up to $350,000,000 (the "Junior DIP Commitments") and the advances made pursuant thereto, (the "Junior DIP Advances", and together with the Junior DIP Commitments including the Initial Junior DIP Commitments and all other obligations under the Junior DIP Documents (as defined below), the "Junior DIP Secured Obligations");

(ii)    authorizing the Junior DIP Obligors to execute, deliver and abide by (x) the Junior DIP Credit Agreement, (y) the DIP Intercreditor Agreement (as defined below) and (z) any other agreements, instruments, pledge agreements, guarantees, control agreements and other loan documents related to any of the foregoing (including any security agreements, intellectual property security agreements, notes, blocked account agreements, deposit account control agreements, securities account control agreements, credit card acknowledgements, credit card agreements, collateral access agreements, landlord agreements, warehouse agreements, bailee agreements, carrier agency agreements, customs broker agency agreements, subordination agreements (including any intercompany subordination agreements), and freight forwarder agreements, and all Uniform Commercial Code filings and all filings

2

with the United States Patent and Trademark Office or the United States Copyright Office with respect to the recordation of an interest in the intellectual property of the Debtors) (each of the foregoing, as amended, restated, supplemented, waived, and/or modified from time to time, and collectively, with the Junior DIP Credit Agreement, and the DIP Intercreditor Agreement, the "Junior DIP Documents"), and to perform such other acts as may be necessary or desirable in connection with the Junior DIP Documents;

(iii)   authorizing the Junior DIP Administrative Agent to terminate any of its obligations under the Junior DIP Documents upon the occurrence and continuance of a Termination Event (as defined below), which includes an Event of Default (as defined in the Junior DIP Documents);

(iv)   as collateral security for all Junior DIP Secured Obligations, granting to the Junior DIP Agent, for itself and for the benefit of all Junior DIP Credit Parties, in accordance with the relative priorities set forth in the Junior DIP Orders and in that certain DIP Intercreditor Agreement by and between the Junior DIP Agent and the DIP ABL Agents (the "DIP Intercreditor Agreement"), and in each case subject to the Carve-Out (as defined below), as more fully described herein including paragraphs O(d), 11, 13 and 14 with respect to, among other things, use of Cash Collateral and priority:

(a)   pursuant to sections 364(c)(1), 503(b), and 507(a)(2) of title 11 of the United States Code (the "Bankruptcy Code"), joint and several superpriority allowed administrative priority expense claims in each of the Junior DIP Obligors' Chapter 11 Cases and any Successor Cases (as defined below); provided, however, that such claims shall be of equal priority to the DIP ABL Superpriority Claims (as defined in the DIP ABL Order) granted to the DIP ABL Control Co-Collateral Agent (as defined in the DIP ABL Order) under the postpetition financing order entered October 16, 2018 [ECF No. 101] (the "Interim DIP ABL Order", and together with any final DIP ABL order [ECF No. 955] (the "Final DIP ABL Order") entered by the Bankruptcy Court approving the DIP ABL Credit Facility, the "DIP ABL Order").

(b)   pursuant to section 364(c)(3) of the Bankruptcy Code, an automatically perfected junior security interest in and lien on the Prepetition ABL Collateral and all proceeds thereof;

(c)   pursuant to section 364(d) of the Bankruptcy Code, an automatically perfected junior security interest in and lien on all property (including all proceeds thereof) of the Junior DIP Obligors' estates (other than the Prepetition ABL Collateral) that is subject to valid and perfected liens and security interests in favor of third parties existing on the Petition Date (as defined below), junior only to (i) such valid and perfected liens and security interests in such property in favor of such third parties as of the Petition

3

Date, (ii) the Senior Permitted Liens (as defined in the Junior DIP Documents), and (iii) the DIP ABL Liens;

(d)     pursuant to section 364(d) of the Bankruptcy Code, an automatically perfected security interest in and lien on (i) all of the rights, title and interest of any Junior DIP Obligor in that certain cause of action identified on Schedule 1 hereto, and (ii) all of the rights, title and interest of any Junior DIP Obligor in the assets set forth in Schedule 2 hereto and all books, records, documents and data related thereto and all proceeds thereof, *pari passu* with the DIP ABL Liens; and

(e)     pursuant to section 364(d) of the Bankruptcy Code, an automatically perfected security interest in and lien on all unencumbered assets, and all proceeds (other than the collateral described above in (i)(d)) of the Junior DIP Obligors' estates that are not subject to a valid and perfected lien on the Petition Date (including all unencumbered assets created or acquired after the Petition Date, excluding, for the avoidance of doubt, any such assets that constitute Prepetition ABL Collateral and, without limitation, specifically including those assets described on Schedule 3 hereto) junior only to the Carve-Out and the DIP ABL Liens[2];

(v)     authorizing and directing the Junior DIP Obligors to pay the principal, interest, fees, expenses and other amounts payable under the Junior DIP Documents as they are earned, due and payable in accordance with the terms of the Junior DIP Documents and the Junior DIP Orders;

(vi)    [RESERVED];

(vii)   [RESERVED];

(viii)  solely upon entry of this Final Junior DIP Order, the waiver by the Junior DIP Obligors for the benefit of the Junior DIP Credit Parties (solely in their capacities as such) of (a) any right to surcharge the Junior DIP Collateral pursuant to section 506(c) of the Bankruptcy Code, (b) any rights under the "equities of the case" exception in section 552(b) of the Bankruptcy Code, and (c) the equitable

---

2   Upon entry of this Final Junior DIP Order, all of the proceeds (the "Avoidance Action Proceeds") of the Junior DIP Obligors claims and causes of action arising under sections 502(d), 544, 545, 547, 548, 549, 550 and 553 of the Bankruptcy Code and any other avoidance or similar action under the Bankruptcy Code or similar state law (the "Avoidance Actions") and the proceeds of any and all claims or causes of action against current or former directors and officers of any Junior DIP Obligor including, without limitation, any claim for or relating to a breach of fiduciary duty by any such director or officer ("D&O Claims") shall constitute Junior DIP Collateral.

doctrine of "marshaling" or any similar doctrine with respect to the Junior DIP Collateral;

(ix)    vacating and modifying the automatic stay under section 362 of the Bankruptcy Code to the extent necessary to implement and effectuate the terms of the Junior DIP Orders and the Junior DIP Documents;

(x)    pursuant to Bankruptcy Rules 4001(b)(2) and 4001(c)(2), requesting a hearing be held before the Bankruptcy Court to consider entry of the Interim Junior DIP Order (the "Interim Hearing") to authorize on a interim basis a multiple draw borrowing under the Junior DIP Documents in an aggregate amount of up to $250 million;

(xi)    approving the DIP Intercreditor Agreement; and

(xii)    scheduling a final hearing (the "Final Hearing") to approve the Motion and consider entry of the Final Junior DIP Order.

The Interim Hearing having been held before the Bankruptcy Court on November 27, 2018 and the Final Hearing having been held before the Bankruptcy Court on December 20, 2018, each pursuant to Bankruptcy Rules 4001(b)(2) and 4001(c)(2), and upon the record made by the Junior DIP Obligors at the Interim Hearing and the Final Hearing and the representations made thereat; and after due deliberation and consideration and sufficient cause appearing therefor:

**THE BANKRUPTCY COURT HEREBY FINDS AND CONCLUDES AS FOLLOWS:[3]**

A.    *Petition Date*.  On October 15, 2018 (the "Petition Date"), each of the Debtors except for SHC Licensed Business LLC and SHC Promotions LLC  filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court.  On October 18, 2018, SHC Licensed Business LLC filed a voluntary petition for relief under chapter 11 of the

---

3    The findings and conclusions set forth herein constitute the Bankruptcy Court's findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052.  To the extent any findings of fact constitute conclusions of law, they are adopted as such.  To the extent any conclusions of law constitute findings of fact, they are adopted as such.

5

Bankruptcy Code in the Bankruptcy Court.  On October 22, 2018, SHC Promotions LLC filed a

voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court.

      **B.**    ***Joint Administration***.  On the Petition Date, the Bankruptcy Court entered an order

approving the joint administration of the Chapter 11 Cases. On November 6, 2018, the Bankruptcy

Court entered an order approving the joint administration of the chapter 11 cases of SHC Licensed

Business LLC and SHC Promotions LLC with the other Debtors' chapter 11 cases.

      **C.**    ***Debtors in Possession***.   The Debtors are continuing in the management and

operation of their businesses and properties as debtors in possession pursuant to sections 1107

and 1108 of the Bankruptcy Code.

      **D.**    ***Official Committees***.   No trustee or examiner has been appointed in these

Chapter 11 Cases as of the date of this Final Junior DIP Order.  The Official Committee of

Unsecured Creditors (the "Creditors' Committee") was appointed in these Chapter 11 Cases on

October 24, 2018 [ECF No. 276].

      **E.**    ***Jurisdiction and Venue***.   The Bankruptcy Court has jurisdiction over these

proceedings pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b).  This is a core proceeding pursuant

to 28 U.S.C. § 157(b)(2).  The Bankruptcy Court may enter this Final Junior DIP Order consistent

with Article III of the United States Constitution.  Venue for the Chapter 11 Cases is proper in this

district pursuant to 28 U.S.C. §§ 1408 and 1409.  The predicates for the relief set forth herein are

sections 105, 361, 362, 363(c), 363(e), 364(c), 364(d), 364(e), 503, 506 and 507 of the Bankruptcy

Code, Bankruptcy Rules 2002, 4001, 6003, 6004 and 9014, and Rule 4001-2 of the Local

Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules").

      **F.**    ***Notice***.   Adequate and sufficient notice of the Motion has been provided in

accordance with the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules, and

no other or further notice of the Motion, the Interim Junior DIP Order, or this Final Junior DIP

Order shall be required.

G.    *DIP ABL Facility.*    On November 30, 2018, the Bankruptcy Court entered the

DIP ABL Order [ECF No. 955].  Capitalized terms used but not defined herein have the meanings

ascribed to them in the DIP ABL Order.

H.    *Debtors' Stipulations.*    The Junior DIP Credit Parties have relied upon the Debtors'

Stipulations (as defined in the DIP ABL Order) and are entitled to rely upon the Debtors'

Stipulations as if fully set forth herein; *provided* that nothing in this Final Junior DIP Order shall

alter, modify, or affect the finality of the Debtors' Stipulations as set forth in the DIP ABL Order;

*provided further*, that none of the Debtors' Stipulations shall apply to ESL Investments, Inc. or

any of its affiliates (including any fund in which ESL or any affiliate of ESL acts as investment

manager, investment advisor, general partner, managing member or in any similar capacity, the

"ESL Affiliates," and together with ESL Investments, Inc., "ESL"), or any other insider or such

insider's affiliates (a "Non-ESL Insider").  For the avoidance of doubt any reference to "insider"

or "Non-ESL Insider" in this Final Junior DIP Order shall not include the Sears Holdings Pension

Plan.

I.    [RESERVED].

J.    [RESERVED].

K.    *Validity of Prepetition Obligations/Prepetition Collateral related to ESL and Any*

*Other Insider.*    Nothing herein shall constitute a finding or ruling by this Court in favor of ESL,

or any Non-ESL Insider, that any Prepetition Obligation and/or Prepetition Lien in respect of any

Prepetition Obligations owned by ESL (collectively, the "ESL Debt"), or any Non-ESL Insider, is

valid, senior, enforceable, prior, perfected, or non-avoidable, *provided*, *however* there shall be no

7

effect or impact on (i) any Prepetition ABL Obligations owed to any person or entity other than

ESL, or any Non-ESL Insider, (ii) any of the Prepetition ABL Liens, or (iii) any adequate

protection granted to the Prepetition ABL Credit Parties pursuant to and in accordance with the

terms of the DIP ABL Orders; notwithstanding anything to the contrary herein, with respect to

(ii) or (iii) of this proviso, ESL, or any Non-ESL Insider, shall not be entitled to any proceeds or

other distributions on account of such Prepetition ABL Liens, Adequate Protection Liens,

prepetition claims, or Adequate Protection Claims absent further order of the Bankruptcy Court;

*provided* that this sentence shall not apply to the cash payment of post-petition interest on the

Prepetition ABL Obligations as adequate protection, subject to any rights of the Debtors or the

Creditors' Committee to seek disgorgement of any such adequate protection payments from ESL,

any Non-ESL Insider, or any of their respective immediate or mediate transferees.  Moreover,

nothing shall prejudice the rights of any party-in-interest, including, but not limited to the Debtors

or the Creditors' Committee, to challenge the validity, priority, enforceability, seniority,

avoidability, perfection, or extent of any alleged ESL Debt and/or related security interests or

Prepetition Obligations and/or related security interests owned by any Non-ESL Insider, *provided*,

*however* there shall be no effect or impact on (i) any Prepetition ABL Obligations owed to any

person or entity other than ESL, or any Non-ESL Insider, (ii) any of the Prepetition ABL Liens,

or (iii) any Adequate Protection Liens granted to the Prepetition ABL Credit Parties;

notwithstanding anything to the contrary herein, with respect to (ii) or (iii) of this proviso, ESL, or

any Non-ESL Insider, shall not be entitled to any proceeds or other distributions on account of

such Prepetition ABL Liens, Adequate Protection Liens, prepetition claims, or Adequate

Protection Claims absent further order of the Bankruptcy Court; *provided* that this proviso shall

not apply to the cash payment of post-petition interest on the Prepetition ABL Obligations as

adequate protection, subject to any rights of the Debtors or the Creditors' Committee to seek disgorgement of any such adequate protection payments from ESL, any Non-ESL Insider, or any of their respective immediate or mediate transferees.  For the avoidance of doubt, nothing herein shall be deemed a waiver of (a) the provisions of section 506(c) of the Bankruptcy Code, (b) any "equities of the case" under section 552(b) of the Bankruptcy Code, or (c) the equitable doctrine of "marshaling" or any similar doctrine with respect to any ESL Debt or Prepetition Obligations owned by any Non-ESL Insider, collateral securing any ESL Debt or Prepetition Obligations owned by any Non-ESL Insider, in each case, after payment in full of all Junior DIP Obligations and Prepetition ABL Obligations not constituting ESL Debt or Prepetition Obligations owned by any Non-ESL Insider.  Nothing in this paragraph shall affect or impact the Prepetition ABL Obligations that are not owned by ESL, or any Non-ESL Insider, or Prepetition ABL Liens securing such obligations, or any adequate protection granted to the Prepetition ABL Credit Parties other than ESL, or any Non-ESL Insider.

**L.**    ***Cash Collateral.***    The Junior DIP Obligors represent that all of the Junior DIP Obligors' cash, including the cash in their deposit accounts, wherever located, whether as original collateral or proceeds of other Prepetition ABL Collateral, constitutes Cash Collateral and is Prepetition ABL Collateral but not Prepetition Second Lien Collateral.

**M.**    ***Permitted Prior Liens.***    Nothing herein shall constitute a finding or ruling by this Court that any alleged Permitted Prior Lien (as defined in the Junior DIP Credit Agreement) is valid, senior, enforceable, prior, perfected, or non-avoidable.  Moreover, nothing shall prejudice the rights of any party-in-interest, including, but not limited to the Debtors, the DIP ABL Credit Parties, the Junior DIP Credit Parties, the Prepetition Credit Parties, or the Creditors' Committee, to challenge the validity, priority, enforceability, seniority, avoidability, perfection, or extent of

any alleged Permitted Prior Lien and/or security interests. For the avoidance of doubt, nothing herein shall be deemed a waiver of (a) the provisions of section 506(c) of the Bankruptcy Code, (b) any "equities of the case" under section 552(b) of the Bankruptcy Code, or (c) the equitable doctrine of "marshaling" or any similar doctrine with respect to the Permitted Prior Liens, *provided that* the lack of such a waiver shall not adversely affect in any manner the Prepetition ABL Credit Parties, the DIP ABL Credit Parties, or the Junior DIP Credit Parties, *provided, further* that any attempts or efforts to invoke the provisions referenced in clauses (a) through (c) of this sentence shall be subject in all respects to the prior written consent of the DIP ABL Agent, and the Prepetition ABL Agents until the payment in full in cash of all the DIP ABL Obligations and Prepetition ABL Obligations, respectively.

N.      [RESERVED]*.*

O.      *Findings Regarding DIP Financing.*

a.      ***Good Cause.*** Good cause has been shown for the entry of this Final Junior DIP Order, and the Junior DIP Obligors' have exercised good business judgment in seeking such relief, which is necessary to each of them and in the best interests of their respective estates and creditors. All objections to the Motion have been resolved as set forth herein or are otherwise overruled by the Bankruptcy Court at the Final Hearing.

b.      ***Request for Post-Petition Financing.*** The Junior DIP Obligors have sought authority to enter into the Junior DIP Documents. The Junior DIP Credit Parties shall have no obligation to make or be deemed to have made loans, advances or other extensions of credit under the Junior DIP Facility except to the extent required under the respective Junior DIP Documents and shall have no obligation to waive any conditions required thereunder. The Junior DIP Obligors have sought authority to use Cash Collateral on the terms described in the Final DIP

10

ABL Order, and in accordance with the Approved Budget, to administer their Chapter 11 Cases

and fund their operations.

        c.     ***Need for Post-Petition Financing.***  The Debtors' need to obtain credit as

set forth in the Junior DIP Documents is immediate and critical in order to, among other things,

enable the Debtors to continue operations and to administer and preserve the value of their estates.

The ability of the Debtors to maintain business relationships, pay employees, protect the value of

their assets and otherwise finance their operations requires the availability of working capital from

the Junior DIP Facility, the absence of either of which would immediately and irreparably harm

the Debtors, their estates, creditors and other stakeholders, and the possibility for maximizing the

value of their businesses.  The Debtors do not have sufficient available sources of working capital

and financing to operate their business or to maintain their properties in the ordinary course of

business without the Junior DIP Facility.  Consummation of the financing contemplated by the

Junior DIP Documents, pursuant to the terms of this Final Junior DIP Order therefore are in the

best interests of the Debtors' estates.

        d.     ***No Credit Available on More Favorable Terms.***  Given their current

financial condition, financing arrangements, and capital structure, despite diligent efforts, the

Junior DIP Obligors are unable to reasonably obtain junior post-petition financing from sources

other than the Junior DIP Lenders on terms more favorable than those set forth in the Junior DIP

Documents.  The Junior DIP Obligors have been unable to obtain adequate unsecured credit

allowable under section 503(b)(1) of the Bankruptcy Code as an administrative expense.  The

Junior DIP Obligors have also been unable to obtain junior secured credit from other sources on

better terms:  (a) solely having priority over that of administrative expenses of the kind specified

in sections 503(b), 507(a) and 507(b) of the Bankruptcy Code; (b) secured only by a lien on

property of the Junior DIP Obligors and their estates that is not otherwise subject to a lien; or (c) secured solely by a junior lien on property of the Junior DIP Obligors and their estates that is already subject to a prepetition lien. Further, the (i) DIP ABL Loan Parties consent to the *pari passu* sharing of liens on Specified Collateral with the Junior DIP Obligors, on the terms and conditions set forth in the DIP Intercreditor Agreement, (ii) no Prepetition Credit Party has objected to the priority of the Adequate Protection Liens set forth in the DIP ABL Final Order, subject to entry of the DIP ABL Final Order, and this Final Junior DIP Order, and (iii) the adequate protection provided in the DIP ABL Orders is sufficient to satisfy the requirements of section 364(d) of the Bankruptcy Code. Junior priority financing on a post-petition basis is not otherwise available without granting the Junior DIP Agent, for itself and for the benefit of all of the other Junior DIP Credit Parties: (i) perfected security interests in and liens on (each as provided herein) all of the Junior DIP Obligors' existing and after-acquired assets with the priorities set forth herein; (ii) superpriority claims; and (iii) the other protections set forth in this Final Junior DIP Order.

1.      ***Use of Proceeds; Approved Budget.***  As a condition to entry into the Junior DIP Documents, the extensions of credit under the Junior DIP Facility, the Junior DIP Lenders require, and the Junior DIP Obligors have agreed, that proceeds of the Junior DIP Facility and Cash Collateral shall be used in accordance with the terms of the Junior DIP Documents, and the DIP ABL Documents, including the Approved Budget, which shall be subject to (a) such variances as may be permitted by the Junior DIP Documents, (b) this Final Junior DIP Order, and (c) the Carve-Out. The Junior DIP Obligors shall not directly or indirectly pay any expense or other disbursement other than those set forth in the Approved Budget or the Carve-Out. The proceeds of the Junior DIP Facility shall be used solely as provided in the Junior DIP Documents

and the proceeds of the Junior DIP Facility and Cash Collateral shall be used solely in accordance with the Approved Budget (subject to the Carve-Out).

2.      ***Willingness to Provide Financing.*** The Junior DIP Lenders have indicated a willingness to provide financing to the Junior DIP Obligors, subject to the entry of this Final Junior DIP Order, including findings that such financing is essential to the Junior DIP Obligors' estates, that the Junior DIP Lenders are extending credit to the Junior DIP Obligors as set forth in the Junior DIP Documents in good faith, and that the Junior DIP Credit Parties' claims, superpriority claims, security interests, liens, rights, and other protections will have the protections provided in section 364(e) of the Bankruptcy Code and will not be affected by any subsequent reversal, modification, vacatur, amendment, reargument or reconsideration of the Interim Junior DIP Order, this Final Junior DIP Order or any other order.  As a condition to the entry into the Junior DIP Documents and the extensions of credit under the Junior DIP Facility, the Junior DIP Obligors, the Junior DIP Agent, and the other Junior DIP Credit Parties have agreed that proceeds of Junior DIP Collateral and all payments and collections received by the Junior DIP Obligors shall be applied solely as set forth in the Junior DIP Documents and the Junior DIP Orders.

3.      ***Business Judgment and Good Faith Pursuant to Section 364(e).***  The extension of credit under the Junior DIP Facility and the Junior DIP Documents on the terms set forth herein are fair, reasonable, and the best available to the Junior DIP Obligors under the circumstances, reflect the Junior DIP Obligors' exercise of sound and prudent business judgment, are supported by reasonably equivalent value and consideration, and were entered into at arm's-length, under no duress, and without undue influence, negligence or violation of public policy or law.  The Junior DIP Documents and the Junior DIP Facility were negotiated in good faith and at arm's length among the Junior DIP Obligors, DIP ABL Loan Parties, certain of the Prepetition

Credit Parties, the DIP ABL Credit Parties, and the Junior DIP Credit Parties, under no duress, and without undue influence, in respect of all actions taken by them in connection with or related in any way to negotiating, implementing, documenting, or obtaining the requisite approvals of the Junior DIP Facility including in respect of the granting of the Junior DIP Liens, any challenges or objections to the Junior DIP Facility, and all documents related to any and all transactions contemplated by the foregoing. Any credit to be extended as set forth in this Final Junior DIP Order and in the Junior DIP Documents shall be deemed to have been so allowed, advanced, made, used or extended in good faith, and for valid business purposes and uses, within the meaning of section 364(e) of the Bankruptcy Code, and the Junior DIP Credit Parties are therefore entitled to the protections and benefits of section 364(e) of the Bankruptcy Code and this Final Junior DIP Order, and therefore, the claims, security interests, liens, and other protections granted pursuant to this Final Junior DIP Order should be preserved to the extent provided for in this Final Junior DIP Order.

4.      *Priority of Liens.*  The priority of the Junior DIP Liens on the DIP ABL Collateral to the extent set forth in this Final Junior DIP Order will enable the Junior DIP Obligors to obtain the Junior DIP Facility and to continue to operate their businesses for the benefit of their estates and creditors. The Required Lenders (as defined in the DIP ABL Credit Agreement) have consented to liens solely to the extent set forth in this Final Junior DIP Order and the DIP ABL Orders. The DIP ABL Lenders have acted in good faith in connection with the negotiation and approval of the Junior DIP Facility.

5.      *Adequate Protection for Prepetition Credit Parties.*  The Prepetition Credit Parties are entitled to, and shall receive, adequate protection as set forth in the DIP ABL Order. Nothing in this Final Junior DIP Order shall alter, modify, or affect the finality of the rights of the

Prepetition Credit Parties, other than ESL, or any Non-ESL Insider, to adequate protection as set forth in the DIP ABL Order.

6.     ***Sections 506(c) and 552(b).***   The Debtors waive, for the benefit of the Junior DIP Credit Parties (solely in their capacities as such), of (a) the provisions of section 506(c) of the Bankruptcy Code, (b) any "equities of the case" under section 552(b) of the Bankruptcy Code, and (c) the equitable doctrine of "marshaling" or any similar doctrine with respect to the Junior DIP Collateral, except to the extent set forth in paragraph 12 below and with respect to their rights under the DIP Intercreditor Agreement, in light of (i) the subordination of their liens and superpriority claims, as applicable, to the Carve-Out, and (ii) the Approved Budget covering all administrative costs projected by the Junior DIP Obligors.   For the avoidance of doubt, nothing herein shall be deemed a waiver of (a) the provisions of section 506(c) of the Bankruptcy Code, (b) any "equities of the case under section 552(b) of the Bankruptcy Code or (c) the equitable doctrine of "marshaling" or any similar doctrine with respect to any prepetition liens.

7.     ***Notice.***   Notice of the Final Hearing and the relief requested in the Motion has been provided by the Debtors, whether by facsimile, email, overnight courier or hand delivery, to certain parties in interest as set forth in the Motion and the Interim Junior DIP Order.  The notice given by the Debtors of the Motion, the relief requested therein, and the Final Hearing constitutes adequate notice thereof and complies with Bankruptcy Rules 4001(b) and (c) and the Local Bankruptcy Rules, and no further notice of the relief granted herein is necessary or required.

Based upon the foregoing findings and conclusions, the Motion and the record before the Bankruptcy Court with respect to the Motion, and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1.    ***Motion Granted.***  The Motion is granted on a final basis to the extent set forth herein.

2.    [RESERVED]

3.    ***Objections Overruled.***  All objections to and reservations of rights with respect to the final relief sought in the Motion and to the entry of this Final Junior DIP Order to the extent not withdrawn or resolved are hereby overruled on the merits in their entirety.

**Junior DIP Facility Authorization**

4.    ***Authorization of the Junior DIP Documents.***  The Junior DIP Obligors are hereby authorized to execute, issue, deliver, enter into, and adopt, as the case may be, the Junior DIP Documents to be delivered pursuant hereto or thereto or in connection herewith or therewith. The Junior DIP Obligors are hereby authorized to borrow money under the applicable Junior DIP Documents, on a final basis in accordance with and subject to the terms and conditions of this Final Junior DIP Order and the Junior DIP Documents, and to perform all other obligations hereunder and thereunder.

5.    [RESERVED].

6.    ***Authorized Action.***  In furtherance of the foregoing and without further approval of this Court, each Debtor is authorized to perform all acts, to make, execute and deliver all instruments and documents that may be necessary or required for performance by the Junior DIP Obligors under the Junior DIP Documents and the creation and perfection of the Junior DIP Liens described in, provided for and perfected by this Final Junior DIP Order and the Junior DIP Documents.  Subject to paragraphs 19(e) of the DIP ABL Order, the Junior DIP Obligors are hereby authorized to pay, in accordance with this Final Junior DIP Order, the principal, interest, fees, expenses and other amounts described in the Junior DIP Documents as such become due and

without need to obtain further Court approval, including administrative agent fees, closing fees, extension fees, undrawn fees, monitoring fees, and the fees and disbursements of the Junior DIP Agent's attorneys, advisers, accountants and other consultants.  All fees shall be payable in accordance with the Junior DIP Documents.

7. ***Validity of Junior DIP Secured Obligations.***  Upon entry of this Final Junior DIP Order, the Junior DIP Documents shall represent valid, binding and unavoidable obligations of the Junior DIP Obligors, enforceable against the Junior DIP Obligors and their estates in accordance with their terms, subject to the terms of this Final Junior DIP Order and the DIP Intercreditor Agreement.  The Junior DIP Documents and this Final Junior DIP Order constitute and evidence the validity and binding effect of the Junior DIP Secured Obligations of the Junior DIP Obligors, which Junior DIP Secured Obligations shall be enforceable, jointly and severally, against the Junior DIP Obligors, their estates and any successors thereto, including any trustee or other estate representative appointed in the Chapter 11 Cases or any case under chapter 7 of the Bankruptcy Code upon the conversion of any of the Chapter 11 Cases (each, a "Successor Case").  No obligation, payment, transfer, or grant of a security or other interest to the Junior DIP Agent or any other Junior DIP Credit Party under the Junior DIP Documents or this Final Junior DIP Order shall be stayed, restrained, voidable, or recoverable under the Bankruptcy Code or any applicable law (including under sections 502(d), 544, 548 or 549 of the Bankruptcy Code), or subject to any defense, reduction, set-off, recoupment, claim or counterclaim.  The Junior DIP Secured Obligations include all loans and any other indebtedness or obligations, contingent or absolute, now existing or hereafter arising, which may from time to time be or become owing by the Junior DIP Obligors to the Junior DIP Credit Parties under the Junior DIP Documents, and, in

17

the case of each of the foregoing, including all principal, interest, costs, fees, expenses and other amounts owed in connection therewith or otherwise pursuant to the Junior DIP Documents.

8.      ***No Obligation to Extend Credit.***  The Junior DIP Credit Parties shall have no obligation to make the loans or advances under the Junior DIP Facility specified in the Final Junior DIP Order unless and until the conditions precedent to the closing and the making of such extensions of credit under the Junior DIP Documents (including those set forth in the Junior DIP Credit Agreement), have been satisfied in full or waived in accordance with the terms of the Junior DIP Documents (such date, the "<u>Final Closing Date</u>"), which date shall occur no later than January 5, 2019.

9.      ***Use of Junior DIP Facility Proceeds.***  The Junior DIP Obligors are authorized, subject to the satisfaction of the terms and conditions set forth in the Junior DIP Documents, to use proceeds of extensions of credit under the Junior DIP Facility only for the purposes specifically set forth in this Final Junior DIP Order and the Junior DIP Documents (i) for the ongoing working capital and general corporate purposes of the Junior DIP Obligors, in each case consistent with, subject to, and within the limitations contained in, the Approved Budget; and (ii) to pay fees, costs and expenses incurred in connection with the transactions contemplated hereby and other administration costs incurred in connection with the Chapter 11 Cases (including all fees, charges and disbursements of all counsel and advisors to the Junior DIP Agent and the Junior DIP Lenders).

10.      ***No Obligation to Monitor.*** No Junior DIP Credit Party shall have any obligation or responsibility to monitor any Junior DIP Obligor's use of the Junior DIP Facility, and each Junior DIP Credit Party may rely upon each Junior DIP Obligor 's representations that the amount of debtor in possession financing requested at any time, and the use thereof, are in

18

accordance with the requirements of this Final Junior DIP Order, the Junior DIP Documents, and Bankruptcy Rule 4001(c)(2).

11.    ***Junior DIP Superpriority Claims.***    Subject to the Carve-Out and the last sentence of this paragraph 11, pursuant to section 364(c)(1) of the Bankruptcy Code, all of the Junior DIP Secured Obligations shall constitute allowed administrative expense claims against each of the Junior DIP Obligors' estates, jointly and severally, with equal priority to the DIP ABL Superpriority Claims and otherwise with priority over any and all administrative expenses, including any superpriority claims associated with any other postpetition financing facility, all Adequate Protection Claims and, to the fullest extent permitted under the Bankruptcy Code, all other claims against the Junior DIP Obligors, now existing or hereafter arising, whether or not such expenses or claims may become secured by a judgment lien or other non-consensual lien, levy, or attachment (the "Junior DIP Superpriority Claims"), which Junior DIP Superpriority Claims shall be payable from and have recourse to all prepetition and post-petition property of the Junior DIP Obligors and their estates and all proceeds thereof, subject only to liens secured thereby and the Carve-Out.  The Junior DIP Superpriority Claims shall be entitled to the full protection of section 364(e) of the Bankruptcy Code in the event that this Final Junior DIP Order or any provision hereof is vacated, reversed, amended or otherwise modified, on appeal or otherwise. Notwithstanding anything to the contrary herein, the Junior DIP Superpriority Claims shall be of equal priority to the DIP ABL Superpriority Claim.

**Junior DIP Liens and Junior DIP Collateral.**

12.    Effective immediately upon entry of the Interim Junior DIP Order and as more fully set forth in the Junior DIP Documents, as security for the full and prompt performance and payment when due (whether at the stated maturity, by acceleration, or otherwise) of the

Junior DIP Secured Obligations, the Junior DIP Agent were granted, for itself and for the benefit of all of the Junior DIP Credit Parties, continuing valid, binding, enforceable, non-avoidable, automatically and properly perfected, post-petition security interests in and liens (the "Junior DIP Liens") on all Junior DIP Collateral *nunc pro tunc* to the Petition Date without the necessity of the execution by the Junior DIP Obligors (or recordation or other filing or notice) of security agreements, control agreements, pledge agreements, copyright security agreements, trademark security agreements, patent security agreements, financing statements, mortgages, schedules or other similar documents, or the possession or control by the Junior DIP Agent or any other Junior DIP Credit Party of any Junior DIP Collateral.  The term "Junior DIP Collateral" means DIP ABL Collateral (as defined in the DIP ABL Order) excluding any of the following (collectively, the "Excluded Property") (i) (a) leases of real property except as permitted in the applicable lease or pursuant to applicable non-bankruptcy law (but in no event shall Junior DIP Collateral exclude the proceeds of such leases), and (b) any security deposits or the Debtors' interests, if any, in pre-paid rent, unless liens on such security deposits or pre-paid rent are expressly permitted pursuant to the underlying lease documents; *provided*, however, that solely in the event the Debtors subsequently seek by separate motion and obtain by final order liens on all of their leases of real property in connection with a debtor-in-possession financing facility other than the Junior DIP Facility, the Junior DIP Collateral shall include all leases of real property, *provided* that the Junior DIP Liens shall be immediately junior to the DIP ABL Liens and the Adequate Protection Liens (other than leases of real property that are Specified Collateral which the Junior DIP Liens and DIP ABL Liens shall share *pari passu*) and senior to any other liens thereon, (ii) Avoidance Actions but not excluding the Avoidance Action Proceeds, *provided*, for the avoidance of doubt, that the Junior DIP Collateral shall include any proceeds or property recovered, unencumbered or otherwise the

subject of successful Avoidance Actions whether by judgment, settlement, or otherwise (iii) any Intellectual Property (as defined in the Junior DIP Loan Documents) consisting of intent-to-use trademark applications and rights in and to such applications, prior to the filing of a "Statement of Use" or "Amendment to Allege Use" to the extent that a grant of security interest in such application would impair validity or enforceability, (iv) any property to the extent that the grant of a security interest therein would violate applicable law, require a consent not obtained of any Governmental Authority (as defined in the Junior DIP Credit Agreement) or constitute a breach or default under, or result in the termination of or require a consent not obtained under, any contract, non-real property lease, license or other agreement evidencing or giving rise to such property, or result in the invalidation of such property or provide any party to such contract, non-real property lease, license or agreement with a right of termination of such contract, non-real property lease, license or agreement (in each case, after giving effect to applicable provisions of the New York UCC, the Bankruptcy Code or other applicable law), (v) D&O Claims, but not proceeds thereof, (vi) the Carve-Out Account, and (vii) proceeds and products of any of the foregoing Excluded Property described in clauses (i), (iii), through (iv) above solely to the extent such proceeds and products would constitute property or assets of the type described in clauses (i), (iii), through (iv) above; *provided that* in each case of property described in clause (iv) of this definition, such property shall constitute "Excluded Property" only to the extent and for so long as such contract, non-real property lease, license or other agreement or applicable law prohibits the creation of a lien on such property in favor of the Junior DIP Agent, and upon termination of such prohibition, such property shall cease to constitute "Excluded Property".  Each of the Junior DIP Agent, DIP ABL Agents, their respective lenders and the Debtors are bound by the DIP Intercreditor Agreement; *provided*, that the DIP ABL Agents and the Junior DIP Agent and each of their

respective lenders are contractually obligated to comply with the DIP Intercreditor Agreement, and the Junior DIP Agent and Junior DIP Lenders may enforce such agreement against the DIP ABL Agents and their respective lenders in these Chapter 11 Cases without the need for any further order of the Bankruptcy Court; *provided, further* that the Debtors and their estates shall be deemed to be express third party beneficiaries of, and shall be entitled to enforce the provisions of section 4.1(b)(iii) and section 4.1(b)(iv) of the DIP Intercreditor Agreement and the immediately succeeding sentence of this paragraph 12 (collectively, the "Reverse Marshaling Provisions"), which Reverse Marshaling Provisions shall remain enforceable by the Debtors and their estates until the repayment in full in cash of the DIP ABL Obligations and the Junior DIP Obligations. The DIP ABL Agents shall not apply proceeds of any Prepetition Unencumbered Collateral (as defined herein) received in connection with any Exercise of Secured Creditor Remedies (as defined in the DIP Intercreditor Agreement) or from any sale, transfer or other disposition of such assets pursuant to section 363 or section 1129 of the Bankruptcy Code (or any similar provision under the law applicable to the Chapter 11 Cases or any other Insolvency Proceeding (as defined in the DIP Intercreditor Agreement) or under a court order in respect of measures granted with similar effect under any foreign Debtor Relief Laws (as defined in the DIP Intercreditor Agreement)) to the repayment of obligations under the DIP ABL Facility until (x) all but a *de minimis* amount of Prepetition ABL Collateral of the type that is eligible to be included in the term "Borrowing Base" in the DIP ABL Credit Agreement as in effect on the date of the DIP Intercreditor Agreement (but without giving effect to any changes or adjustments to the Borrowing Base or the eligibility criteria therefor, in each case, that any DIP ABL Agent may make in its "Permitted Discretion (as defined in the DIP ABL Credit Agreement as in effect on the date of the DIP Intercreditor Agreement)) has been sold, transferred or otherwise been disposed of and the proceeds thereof applied in

accordance with the DIP Intercreditor Agreement or (y) all but a *de minimis* amount of Prepetition

ABL Collateral of the type that is eligible to be included in the term "Borrowing Base" in the DIP

ABL Credit Agreement as in effect on the date of the DIP Intercreditor Agreement (but without

giving effect to any changes or adjustments to the Borrowing Base or the eligibility criteria therefor,

in each case, that any DIP ABL Agent may make in its "Permitted Discretion" (as defined in the

DIP ABL Credit Agreement as in effect on the date of the DIP Intercreditor Agreement)) is

otherwise no longer available to be used to apply to and satisfy the DIP ABL Obligations; *provided,*

*however*, that if the proceeds of any Prepetition Unencumbered Collateral (including Specified

Collateral) are used to satisfy any DIP ABL Secured Obligations or Prepetition ABL Obligations

in accordance with this paragraph 12, notwithstanding anything in this Final Order to the contrary,

after the Discharge of Senior DIP Obligations and the Discharge of Prepetition ABL Obligations

(as each such term is defined in the Intercreditor Agreement), all ensuing proceeds of

Prepetition ABL Collateral shall be deemed to be proceeds of Prepetition Unencumbered

Collateral (including Specified Collateral) until such proceeds equal the amount of Prepetition

Unencumbered Collateral (including Specified Collateral) that were used to satisfy any DIP ABL

Secured Obligations or Prepetition ABL Obligations. No amendment, modification or waiver of

the Reverse Marshaling Provisions, Section 7.4 of the DIP Intercreditor Agreement or clause (y) of

Section 7.10 of the DIP Intercreditor Agreement, nor consent to any departure of such provisions

by any person, shall be effective, nor shall any amendment or modification to any defined term

used or incorporated by reference in the Reverse Marshaling Provisions, or any component

definition thereof, be given effect in such Reverse Marshaling Provisions, unless in each case it is

in a written agreement executed by the Debtors and approved by the Creditors' Committee or the

Bankruptcy Court.  In addition, no amendment, modification or waiver of Section 4.1(b)(i) or

Section 4.1(b)(ii) of the DIP Intercreditor Agreement, nor any consent to any departure of such

provisions by any person, shall be effective, nor shall any amendment or modification to any

defined term used or incorporated by reference in Section 4.1(b)(i) or Section 4.1(b)(ii) of the DIP

Intercreditor Agreement, or any component definition thereof, be given effect in such section

4.1(b)(i) or section 4.1(b)(ii) of the DIP Intercreditor Agreement, unless in each case the Creditors'

Committee has been given at least three (3) days prior written notice of such proposed amendment,

modification, waiver or departure.

**Priority of Junior DIP Liens**

13.     The Junior DIP Liens on the Junior DIP Collateral shall in each case be

subject to the Carve-Out and the Senior Permitted Liens (as defined in the Junior DIP Credit

Agreement) and otherwise have the following priority:

(a)     pursuant to section 364(c)(3) of the Bankruptcy Code, an automatically perfected junior security interest in and lien on all Prepetition ABL Collateral, subject to the relative priorities for Prepetition ABL Collateral set forth in the table included as part of paragraph 14 below;

(b)     pursuant to sections 364(d) and 364(c)(3) of the Bankruptcy Code,   an automatically perfected junior security interest in and lien on all Junior DIP Collateral (other than Prepetition ABL Collateral) that is subject to valid and perfected liens and security interests in favor of third parties as of the Petition Date, junior only to (i) such liens and security interests in favor of such third parties as of the Petition Date, (ii) the Senior Permitted Liens, and (iii) the DIP ABL Liens;

(c)     pursuant to section 364(d) of the Bankruptcy Code, an automatically perfected security interest in and lien on all Junior DIP Collateral that is not otherwise subject to a valid, perfected and non-avoidable security interest or lien as of the Petition Date (other than Specified Collateral, as defined below, but specifically including those assets described on Schedule 3 hereto, collectively, the "Prepetition Unencumbered Collateral"), which, for the avoidance of doubt shall be junior only to the Senior Permitted Liens and the DIP ABL Liens; and

(d)     pursuant to section 364(d) of the Bankruptcy Code,   an automatically perfected first priority security interest in and lien on (i) all of the rights,

24

title and interests of any Junior DIP Obligor in that certain cause of action identified on Schedule 1 hereto and (ii) all of the rights, title and interests of any Junior DIP Obligor in the assets set forth on Schedule 2 hereto and all books, records, documents and data related thereto and all proceeds thereof (such collateral and proceeds, collectively, the "Specified Collateral") which security interest and lien shall be pari passu with the DIP ABL Liens; provided, that the proceeds of such Specified Collateral shall be shared by the Junior DIP Lenders and the DIP ABL Lenders pro rata based on the aggregate commitment amount under the Junior DIP Facility (i.e., $350,000,000) and aggregate incremental commitments and extensions of credit under the DIP ABL Facility (i.e., $300,000,000) without giving regard to the roll-up portion thereof, respectively.

14.    Notwithstanding anything to the contrary herein, the following table sets forth the relative priorities of the Carve-Out, the Senior Permitted Liens, DIP ABL Liens, Junior DIP Liens, Adequate Protection Liens, *provided* that the Prepetition Second Lien Adequate Protection Liens shall be asserted only against the assets of the Prepetition Second Lien Loan Parties, and the Prepetition Liens on the Junior DIP Collateral upon effectiveness of this Final Junior DIP Order:

| Prepetition ABL Collateral | Prepetition Encumbered Collateral[4] | Prepetition Unencumbered Collateral (Other than Specified Collateral) | Specified Collateral |
|---|---|---|---|
| Carve-Out | Carve-Out | Carve-Out | Carve-Out |
| Senior Permitted Liens | All valid and perfected security interests in favor of third parties as of the Petition Date and any Senior Permitted Liens | Senior Permitted Liens | Senior Permitted Liens |
| DIP ABL Liens | DIP ABL Liens | DIP ABL Liens | DIP ABL Liens, *pari passu* with Junior DIP Liens |

---

4    The priorities set forth in this column are subject to paragraph 64.

| | | | |
|---|---|---|---|
| Prepetition ABL Facilities Adequate Protection Liens | Junior DIP Liens | Junior DIP Liens | Prepetition ABL Facilities Adequate Protection Liens |
| 2018 FILO Adequate Protection Liens | Prepetition ABL Facilities Adequate Protection Liens | Prepetition ABL Facilities Adequate Protection Liens | 2018 FILO Adequate Protection Liens |
| Prepetition LC Facility Adequate Protection Liens | 2018 FILO Adequate Protection Liens | 2018 FILO Adequate Protection Liens | Prepetition LC Facility Adequate Protection Liens |
| Prepetition ABL Liens | Prepetition LC Facility Adequate Protection Liens | Prepetition LC Facility Adequate Protection Liens | Postpetition Intercompany Liens |
| Postpetition Intercompany Liens | Postpetition Intercompany Liens | Postpetition Intercompany Liens | Prepetition Second Lien Adequate Protection Liens (only with respect to property of Prepetition Second Lien Loan Parties) |
| Prepetition Second Lien Adequate Protection Liens | Prepetition Second Lien Adequate Protection Liens (only with respect to property of Prepetition Second Lien Loan Parties) | Prepetition Second Lien Adequate Protection Liens (only with respect to property of Prepetition Second Lien Loan Parties) | |
| Prepetition Second Lien Facilities Liens (except on Specified Non-Prepetition Second Lien Collateral) | | | |
| Junior DIP Liens | | | |

15.    ***Treatment of Junior DIP Liens.***  Other than as set forth herein, the Junior

DIP Liens shall not be made subject to or *pari passu* with any lien or security interest heretofore

26

or hereafter granted in the Chapter 11 Cases or any Successor Case. The Junior DIP Liens shall

be valid and enforceable against any trustee or other estate representative appointed in the Chapter

11 Cases or any Successor Case, upon the conversion of any of the Chapter 11 Cases to a case

under chapter 7 of the Bankruptcy Code (or in any other Successor Case), and/or upon the

dismissal of any of the Chapter 11 Cases or any Successor Case. No lien or interest avoided and

preserved for the benefit of the Junior DIP Obligors' estates pursuant to section 551 of the

Bankruptcy Code shall be *pari passu* with or senior to the Junior DIP Liens.

**Adequate Protection**

16.    [RESERVED].

17.    [RESERVED]

18.    [RESERVED]

19.    ***Costs, Fees, Expenses, and Indemnification.***

(a)    *Junior DIP Credit Parties.* The Junior DIP Obligors are authorized

to pay any and all reasonable and documented fees and expenses (including, without limitation,

the reasonable and documented fees and expenses of Milbank, Tweed, Hadley & McCloy LLP

and Norton Rose Fulbright) of the Junior DIP Agent in connection with the Junior DIP Facility

and as provided for in the Junior DIP Documents, whether incurred before, on or after the Petition

Date and whether or not the transactions contemplated hereby are consummated or such fees and

expenses are set forth in the Approved Budget, including fees and expenses incurred in connection

with (i) the preparation, negotiation and execution of the Junior DIP Documents; (ii) the

syndication and funding of the Junior DIP Facility; (iii) the creation, perfection or protection of

the liens under the Junior DIP Documents (including all search, filing and recording fees); (iv) the

on-going administration of the Junior DIP Documents (including the preparation, negotiation and

execution of any amendments, consents, waivers, assignments, restatements or supplements thereto) and the Chapter 11 Cases; (v) the enforcement of the Junior DIP Documents; (vi) any refinancing or restructuring of the Junior DIP Facility; and (vii) any legal proceeding relating to or arising out of the Junior DIP Facility or the other transactions contemplated by the Junior DIP Documents, including the Chapter 11 Cases.  Payment of all such professional fees and expenses shall not be subject to allowance by the Bankruptcy Court or to the U.S. Trustee guidelines, but shall be subject to the procedures set forth in paragraph 19(f) of the DIP ABL Order.  Such fees and expenses shall not be subject to any offset, defense, claim, counterclaim or diminution of any type, kind or nature whatsoever.

(b)     *Indemnification of Junior DIP Credit Parties*.  The Junior DIP Credit Parties shall have no liability to any third party relating to the Junior DIP Documents, the Junior DIP Facility and Junior DIP Obligors' use of the financing provided thereunder, and shall not, by virtue of making the extensions of credit under the Junior DIP Facility, extending funds thereunder, or otherwise complying with the Junior DIP Documents, be deemed to be in control of the operations of Debtors, to owe any fiduciary duty to the Debtors, their respective creditors, shareholders, or estates or to be acting as a "responsible person" or managing agent with respect to the operation or management of the Debtors.  The Junior DIP Obligors shall, and are hereby authorized to, indemnify and hold harmless the Junior DIP Credit Parties and their respective affiliates and Representatives (each in their capacity as such) from and against all losses, liabilities, claims, damages, penalties, actions, judgments, suits, expenses or disbursements of any nature whatsoever arising out of or relating to the Junior DIP Documents, including the syndication of any obligations thereunder, and the Junior DIP Obligors' use of the financing provided thereunder, provided, however, that the foregoing indemnity shall not apply to any actions of any indemnified

28

parties determined in a final non-appealable judgment of a court of competent jurisdiction to constitute gross negligence or willful misconduct. This indemnification shall survive and continue for the benefit of all such persons or entities.

**Provisions Common to DIP Financing**

        20.     ***Carve-Out.***

        (a)     *Carve-Out.* The Carve-Out as used in this Final Junior DIP Order, the DIP ABL Order, the Junior DIP Documents and the DIP ABL Loan Documents, shall be defined and set forth in the DIP ABL Order. In addition, the Junior DIP Agent shall be entitled to all reporting related to the Carve-Out at the same time such report is delivered to the DIP ABL Administrative Agent pursuant to paragraph 21 of the DIP ABL Order.

        (b)     *Carve-Out Account.* Upon the entry of this Final Junior DIP Order, the Debtors shall establish a segregated account (to the extent one is not already maintained with the DIP ABL Administrative Agent) with the Junior DIP Administrative Agent (the "Carve-Out Account"), which shall be funded in an amount up to the Carve-Out Reserve Amount less (i) the Clerk and UST Fees, (ii) the Chapter 7 Trustee Fee Cap, (iii) the Committee Member Expense Cap, (iv) the Post Trigger Notice Carve-Out Fee Cap  (the "Carve-Out Account Required Balance") first with cash on hand  and if such cash is insufficient to fully fund the Carve-Out Account, with borrowings under the Junior DIP Facility.  Bank of America shall not be responsible or have any liability for, or have any duty to ascertain, inquire into, monitor or enforce, compliance with the Carve-Out Account.  Amounts in the Carve-Out Account shall be held in trust to pay all amounts included in the Carve-Out.  On each Friday after the date hereof (or if such day is not a business day, then the next business day), the Debtors shall deposit into the Carve-Out Account an amount sufficient to cause the balance in the Carve-Out Account to equal the Carve-Out Account Required

Balance.  All Allowed Professional Fees of Professional Persons shall be paid to the applicable

Professional Person first from the Carve-Out Account in accordance with the order or orders of

the Bankruptcy Court allowing such Allowed Professional Fees.  Notwithstanding anything to the

contrary in this or any other Court order, the Carve-Out Account and the amounts on deposit in

the Carve-Out Account shall be available and used only to satisfy obligations of Professional

Persons benefitting from the Carve-Out, and, thereafter, as provided in paragraph 20(e)(v).  Prior

to a Carve-Out Trigger Notice, in no event shall the total balance in the Carve-Out Account ever

exceed the Carve-Out Account Required Balance.  The failure of the Carve-Out Account to satisfy

Allowed Professional Fees in full shall not affect the priority of the Carve-Out.

(c)     *Carve-Out Funding After a Carve-Out Trigger Notice*.    The

following provisions with respect to the Carve-Out Account shall apply only upon delivery of a

Carve-Out Trigger Notice:

(i)     On the date of the Carve-Out Trigger Notice, the Carve-Out Trigger Notice shall
be deemed to constitute a demand to the Debtors to utilize all cash on hand as of such date and any
availability or proceeds of the Junior DIP Facility to fund the Carve-Out Account in an amount
equal to the full Carve-Out Reserve Amount (to the extent not previously funded into the Carve-
Out Account) to be held in trust to pay all amounts included the Carve-Out.

(ii)     On or after the date of a Carve-Out Trigger Notice, the Junior DIP Administrative
Agent shall not sweep or foreclose on cash of the Debtors (including cash received as a result of
the sale or other disposition of any assets) until the Carve-Out Account has been fully funded.  To
the extent such cash on hand is not sufficient to fully fund the Carve-Out Account, the Carve-Out
Trigger Notice shall be deemed to constitute a draw request and notice of borrowing by the Debtors
for Junior DIP Advances under the Junior DIP Documents (on a pro rata basis based on the then
outstanding Junior DIP Commitments) to fully fund the Carve-Out Account.  On the first business
day after delivery of the Carve-Out Trigger Notice, notwithstanding anything in the Junior DIP
Documents to the contrary, including with respect to the existence of a Default (as defined in the
Junior DIP Documents) or Event of Default (as defined in the Junior DIP Documents), the failure
of the Debtors to satisfy any or all of the conditions precedent for Junior DIP Advances under the
Junior DIP Credit Agreement, any termination of the commitments thereunder following an Event
of Default at the direction of the Junior DIP Administrative Agent, each DIP Term Loan Lender
with an outstanding Junior DIP Commitment (on a pro rata basis based on the then outstanding
Junior DIP Commitments) shall make available to the Junior DIP Administrative Agent such DIP
Term Loan Lender's pro rata share with respect to the borrowings required to fully fund the Carve-

Out Account in accordance with the Junior DIP Credit Agreement. Any such funding of the Carve-Out shall be added to, and made a part of, the Junior DIP Secured Obligations secured by the Junior DIP Collateral and shall otherwise be entitled to the protections granted under this Final Junior DIP Order, the Junior DIP Documents, the Bankruptcy Code, and applicable law.

(iii)    In no event shall the Junior DIP Administrative Agent, or the Junior DIP Lenders be required to (x) extend Junior DIP Advances to fund the Carve-Out other than pursuant to this paragraph 20), (y) extend Junior DIP Advances pursuant to a deemed draw and borrowing pursuant to this paragraph in an aggregate amount exceeding the Carve-Out Reserve Amount, or (z) pay in the aggregate more than the Carve-Out Reserve Amount for all fees and expenses included in the Carve-Out.

(iv)    All funds in the Carve-Out Account shall be used first to pay the obligations set forth in the definition of the Carve-Out set forth above until paid in full. All payments and reimbursements made from the Carve-Out Account shall permanently reduce the Carve-Out on a dollar-for-dollar basis.

(v)    To the extent any funds remain in the Carve-Out Account after payment of all amounts included in the Carve-Out, such funds shall first be used to pay the DIP ABL Administrative Agent for the benefit of the DIP ABL Lenders, unless the DIP ABL Obligations have been indefeasibly paid in full, in cash, all commitments under the DIP ABL Facility have been terminated, and all Letters of Credit (as defined in the DIP ABL Loan Documents) have been cancelled (or all such Letters of Credit have been fully cash collateralized or otherwise backstopped to the satisfaction of the DIP ABL Administrative Agent in its sole and absolute discretion), in which case any such excess shall next be paid to the Junior DIP Agent and/or the Prepetition Credit Parties in accordance with their rights and priorities under this Final Junior DIP Order and the DIP ABL Order.

(d)    [RESERVED].

(e)    *No Direct Obligation to Pay Allowed Fees; No Waiver of Right to Object to Fees.*  Other than the funding of the Carve-Out with the proceeds of the Junior DIP Facility as provided herein and in the Junior DIP Documents, the Junior DIP Credit Parties shall not be responsible for the payment or reimbursement of any fees or disbursements of any Professional Person incurred in connection with these Chapter 11 Cases, any Successor Cases, or otherwise. Nothing in this Final Junior DIP Order or otherwise shall be construed: (i) to obligate the Junior DIP Credit Parties, DIP ABL Credit Parties or the Prepetition ABL Credit Parties, in any way, to pay compensation to, or to reimburse expenses of, any Professional Person or to

31

guarantee that the Debtors have sufficient funds to pay such compensation or reimbursement, other than the Carve-Out Reserve Amount; (ii) as consent to the allowance of any fees and expenses of Professional Persons; or (iii) to affect the rights of the Junior DIP Credit Parties, DIP ABL Credit Parties, the Prepetition ABL Credit Parties or any other party-in-interest to object to the allowance and payment of such fees and expenses.

(f)    *Payment of Compensation.* The Debtors shall be permitted to pay fees and expenses allowed and payable by order of the Bankruptcy Court (that has not been vacated or stayed, unless the stay has been vacated) under sections 330 and 331 of the Bankruptcy Code, as the same may be due and payable from the Carve-Out Account.  Such payments prior to a Carve-Out Trigger Notice shall not reduce the Post Trigger Notice Carve-Out Fee Cap.

21.    **Budget; Budget Compliance.**  The Junior DIP Obligors shall comply in all respects with the Approved Budget (as defined in the Junior DIP Documents) and all related provisions, each as set forth in the Junior DIP Documents.  The budget provisions that apply to Junior DIP Obligors, the Junior DIP Documents, and this Final Junior DIP Order shall be identical (other than changes to reflect the applicable parties) as those set forth in paragraph 22 of the DIP ABL Order and the DIP ABL Documents.  The proceeds of the Junior DIP Facility shall be used solely as provided in the Junior DIP Documents and the proceeds of the Junior DIP Facility and Cash Collateral shall be used solely in accordance with the Approved Budget (subject to the Carve-Out).  A copy of the Approved Budget is attached hereto as <u>Exhibit A</u>.

22.    **Winddown Account.**    (a) Upon the consummation of any sales of Prepetition Unencumbered Collateral, the Junior DIP Obligors shall (i) deposit or cause to be deposited the net aggregate cash proceeds in respect of such sales into the Winddown Account[5]

---

5    The Winddown Account will be held at Bank of America, N.A. in an account ending in 8965.

until $240,000,000 in the aggregate has been funded into the Winddown Account; *provided* that in no event shall more than $240,000,000 be funded into such account, (ii) deposit or cause to be deposited any remaining net aggregate cash proceeds in respect of such sales into a cash collateral account maintained with Bank of America, N.A. (the "Senior DIP Cash Collateral Account") to secure the payment of the DIP ABL Obligations (including (A) with respect to amounts available to be drawn under outstanding letters of credit issued or deemed issued under the DIP ABL Facility (or indemnities or other undertakings issued pursuant thereto in respect of such outstanding letters of credit), an amount equal to 105% of the aggregate undrawn amount of such letters of credit, and (B) with respect to Bank Products and Cash Management Services included in the DIP ABL Obligations (or indemnities or other undertakings issued pursuant thereto in respect thereof), an amount of cash collateral in compliance with the terms of the DIP ABL Credit Agreement), and (iii) upon and after the indefeasible payment in full in cash of the DIP ABL Obligations as described in clause (ii) above, deposit or cause to be deposited any remaining net cash proceeds in respect of such sales into a cash collateral account designated by the Junior DIP Agent (the "Junior DIP Cash Collateral Account") to secure the payment of the Junior DIP Facility, and (b) upon the consummation of any sales of Specified Collateral, the Junior DIP Obligors shall (i) as contemplated in paragraph 22(a)(i), deposit or cause to be deposited the net cash proceeds in respect of such sales into the Winddown Account until $240,000,000 in the aggregate has been funded into the Winddown Account; *provided* that in no event shall more than $240,000,000 be funded into such account, and (ii) deposit or cause to be deposited any remaining net cash proceeds in respect of such sales to the Senior DIP Cash Collateral Account and to the Junior DIP Cash Collateral Account, on a pro rata basis based on the aggregate commitment under the Junior DIP Facility (i.e., $350,000,000) and the aggregate incremental commitments and extensions of credit

under the DIP ABL Facility (i.e., $300,000,000) without giving regard to the roll-up portion thereof, until either the indefeasible payment in full in cash of the DIP ABL Secured Obligations or the Junior DIP Obligations has occurred, after which all such net cash proceeds shall be applied to the payment of the DIP ABL Secured Obligations or the Junior DIP Obligations, respectively, provided that nothing contained in this paragraph 22 shall impair or modify the Reverse Marshaling Provisions and no payments shall be made on the DIP ABL Secured Obligations or the Junior DIP Obligations in contravention thereof. "Winddown Account" shall mean a deposit account at Bank of America, N.A. that, prior to the discharge and indefeasible payment in full of all obligations under the DIP ABL Facility and the Junior DIP Facility, may only be used to pay winddown costs of the DIP ABL Loan Parties and Junior DIP Obligors at the discretion of the DIP ABL Loan Parties and Junior DIP Obligors following entry of the Junior DIP Final Order. Notwithstanding anything to the contrary in this or any other Bankruptcy Court order, the Winddown Account and the amounts on deposit in the Winddown Account shall be available and used only to satisfy winddown costs and shall not be subject to any prepetition liens or any liens or superpriority claims granted hereunder, including liens or superpriority claims granted to the DIP ABL Credit Parties or Junior DIP Credit Parties or as Adequate Protection. For the avoidance of doubt, the Winddown Account and the amounts on deposit in the Winddown Account shall not constitute DIP ABL Collateral, Junior DIP Collateral or Cash Collateral. Bank of America shall not be responsible or have any liability for, or have any duty to ascertain, inquire into, monitor or enforce, compliance with the provisions of this definition.

23.     ***Modification of Junior DIP Documents***.   Upon no less than three (3) business days' notice to the Creditors' Committee and the DIP ABL Agents (in each case, only to the extent reasonably practicable), the Junior DIP Obligors and the Junior DIP Agent are hereby

authorized, subject to the Junior DIP Documents, to implement, in accordance with the terms of the respective Junior DIP Documents, any amendments, waivers, consents or other modifications to or under the Junior DIP Documents (including any change in the number or composition of the Junior DIP Lenders), and with the consent of the DIP ABL Agents to the extent required under the DIP Intercreditor Agreement or the DIP ABL Credit Agreement, without further order of this Court unless such amendment, waiver, consent or other modification (a) shortens the maturity or the scheduled termination date thereunder or (b) effects or relates to the Reverse Marshaling Provisions.

24.    ***Right to Credit Bid.***  Subject to Section 363(k) of the Bankruptcy Code and the DIP Intercreditor Agreement, the Junior DIP Agent shall have the right to "credit bid" up to the full allowed amount of its or its lenders' claims and outstanding obligations in connection with any sale of all or any portion of the Junior DIP Collateral, including any sale occurring pursuant to section 363 of the Bankruptcy Code or included as part of a restructuring plan subject to confirmation under section 1129(b)(2)(A)(ii) of the Bankruptcy Code or a sale or disposition by a chapter 7 trustee for any Debtor under section 725 of the Bankruptcy Code or otherwise.  For the avoidance of doubt, any such credit bid for all or any portion of the Junior DIP Collateral must, upon closing of such sale transaction, provide for payment in full in cash of all senior or *pari passu* security interests in and liens on all of the Junior DIP Collateral being acquired in such sale transaction, absent waiver by the Junior DIP Agent, DIP ABL Agents, and/or the Prepetition ABL Administrative Agent, as applicable.

25.    ***Automatic Perfection of Junior DIP Liens.***

(a)    This Final Junior DIP Order shall be sufficient and conclusive evidence of the validity, perfection, and priority of all liens granted herein, including the Junior

35

DIP Liens, without the necessity of filing or recording financing statements, intellectual property filings, mortgages, notices of lien or similar instruments in any jurisdiction, taking possession of or control over cash, deposit accounts, securities, or other assets, or the taking of any other action (including, for the avoidance of doubt, entering into any deposit account control agreement, customs broker agreement or freight forwarding agreement) to validate or perfect (in accordance with applicable non-bankruptcy law) the Junior DIP Liens, or to entitle the Junior DIP Credit Parties, DIP ABL Credit Parties or the Prepetition Credit Parties to the priorities granted herein.

(b)      Notwithstanding the foregoing, the Junior DIP Agent is hereby authorized, but not required, to file or record (and to execute in the name of the applicable Junior DIP Obligors, as their true and lawful attorneys, with full power of substitution, to the maximum extent permitted by law) financing statements, intellectual property filings, mortgages, notices of lien or similar instruments in any jurisdiction, take possession of or control over cash, deposit accounts, securities, or other assets, or take any other action, as they may elect, in order to validate and perfect the liens and security interests granted to them hereunder.  Whether or not the Junior DIP Agent chooses, in its sole discretion, to file such financing statements, intellectual property filings, mortgages, notices of lien or similar instruments, take possession of or control over any cash, deposit accounts, securities, or other assets, or otherwise confirm perfection of the liens and security interests granted to the Junior DIP Agent, hereunder, such liens and security interests shall be deemed valid, perfected, allowed, enforceable, non-avoidable and not subject to challenge, dispute or subordination (subject to the priorities set forth in this Final Junior DIP Order) immediately upon entry of this Final Junior DIP Order.

(c)      The Junior DIP Obligors are authorized to execute and deliver promptly upon demand to the Junior DIP Agent all such financing statements, mortgages, control

36

agreements, notices and other documents as the Junior DIP Agent may reasonably request. The Junior DIP Obligors are authorized to, and shall, execute and deliver to the Junior DIP Agent such agreements, financing statements, mortgages, instruments and other documents as the Junior DIP Agent may reasonably request to evidence, confirm, validate, or perfect the Junior DIP Liens; and the failure by the Junior DIP Obligors to execute or deliver any documentation relating to the Junior DIP Liens shall in no way affect the validity, enforceability, nonavoidability, perfection, or priority of such liens.

(d)      The financing statements described above may describe the Junior DIP Collateral in the same manner as described herein, in the Junior DIP Credit Agreement, or may contain an indication or description of the Junior DIP Collateral that describes such property in any other manner as the Junior DIP Agent may determine is necessary, advisable or prudent, including describing such property as "all assets and all personal property whether now owned or hereafter acquired" of the applicable Debtor or words of similar effect.

(e)      The Junior DIP Agent in its discretion, may file a photocopy of this Final Junior DIP Order as a financing statement or other notice of lien or similar instrument, with any filing or recording office or with any registry of deeds or similar office, and accordingly, each officer is authorized to accept and record the photocopy of this Final Junior DIP Order, in addition to or in lieu of such financing statements, notices of lien or similar instrument. Each Debtor is authorized to execute and deliver to the Junior DIP Agent, mortgages in recordable form with respect to any real estate constituting Junior DIP Collateral and identified by the Junior DIP Agent on terms reasonably satisfactory to the Junior DIP Agent.

26.      ***Other Automatic Perfection Matters.***  To the extent that any Prepetition Agent is the secured party under any account control agreements, listed as loss payee or additional

37

insured under any of the Junior DIP Obligors' insurance policies, or is the secured party under any

Prepetition Loan Document, the Junior DIP Agent, for itself and on behalf of the Junior DIP Credit

Parties is also deemed to be the secured party under such account control agreements, loss payee

or additional insured under the Junior DIP Obligors' insurance policies, and the secured party

under each such Prepetition Loan Document (in any such case with the same priority of liens and

claims thereunder relative to the priority of (a) the Junior DIP Liens, and (b) the Prepetition Liens

and Adequate Protection Liens, in each case, as set forth in this Final Junior DIP Order and the

DIP ABL Order), and shall have all rights and powers in each case attendant to that position

(including rights of enforcement but subject in all respects to the terms of this Final Junior DIP

Order and the DIP ABL Order), and shall act in that capacity and distribute any proceeds recovered

or received in accordance with the terms of this Final Junior DIP Order, the Junior DIP Documents,

the DIP Intercreditor Agreement, and the DIP ABL Order.  The Prepetition ABL Control Co-

Collateral Agent or the Prepetition Second Lien Collateral Agent, as applicable, shall serve as

agent for the Junior DIP Agents for purposes of perfecting the Junior DIP Agents' security interests

in and liens on all Junior DIP Collateral that is of a type such that perfection of a security interest

therein may be accomplished only by possession or control by a secured party. Notwithstanding

the foregoing, no Prepetition Agent shall have any obligation whatsoever to the Junior DIP Agent,

any Junior DIP Credit Party or any other person to assure that any collateral is genuine or owned

by any Junior DIP Obligor or any other person or to preserve rights or benefits of any person.  No

Prepetition Agent is or shall be deemed to be a fiduciary of any kind for the Junior DIP Agent or

any Junior DIP Credit Party or any other person and vice versa with respect to the Junior DIP Agent and any Prepetition Agent or any Prepetition Credit Party.

27.    ***Proceeds of Subsequent Financing***.  If any of the Junior DIP Obligors, any trustee, any examiner with enlarged powers, any responsible officer or any other estate representative subsequently appointed in any of the Chapter 11 Cases or any Successor Case, shall obtain credit or incur debt in breach of the Junior DIP Documents, at any time prior to the repayment in full in cash of all Junior DIP Secured Obligations, DIP ABL Secured Obligations or all Prepetition ABL Obligations, including subsequent to the confirmation of any plan of reorganization or liquidation with respect to the Junior DIP Obligors and the Junior DIP Obligors' estates, then all cash proceeds derived from such credit or debt shall immediately be turned over to the DIP ABL Administrative Agent, to be applied in accordance with the DIP ABL Order and the DIP Intercreditor Agreement.  All existing blocked account agreements, deposit account control agreements, securities account control agreements, credit card acknowledgements, credit card agreements, collateral access agreements, landlord agreements, warehouse agreements, bailee agreements, carrier agency agreements, customs broker agency agreements, subordination agreements (including any intercompany subordination agreements), and freight forwarder agreements constituting Prepetition ABL Loan Documents, and all existing Uniform Commercial Code filings and all existing filings with the United States Patent and Trademark Office or the United States Copyright Office with respect to the recordation of an interest in the intellectual property of the Debtors, which in each case were filed by any Prepetition ABL Agent, subject to the DIP Intercreditor Agreement, shall in each case be deemed to be delivered and/or filed in connection with the Junior DIP Facility, shall constitute Junior DIP Documents and shall remain

39

in full force and effect without any further action by the Debtors, the Junior DIP Agent, or any other person, and in each case the Junior DIP Agent shall be deemed to be a party thereto.

28.    ***Maintenance and Disposition of Junior DIP Collateral / Cash Management.***  Until the indefeasible payment in full in cash of all Junior DIP Secured Obligations, and the termination of the obligation of the Junior DIP Credit Parties to extend credit under the Junior DIP Facility, the Junior DIP Obligors shall (a) maintain and insure the Junior DIP Collateral in amounts, for the risks, and by the entities as required under the Junior DIP Documents, (b) except as set forth in this paragraph 28, maintain their cash management system as in effect as of the Petition Date, (i) subject to the Junior DIP Documents; (ii) subject to the Cash Management Order,[6] as may be modified, with the prior written consent of the Junior DIP Agents and the DIP ABL Agents by any order that may be entered by this Court; and (iii) in a manner which, in any event, shall be satisfactory to the Junior DIP Agent.  Other than as expressly required pursuant to the Junior DIP Documents, the Cash Management Order or this Final Junior DIP Order, no modifications to the Junior DIP Obligors' cash management system existing as of the Petition Date may be made without the prior approval of the Junior DIP Agent.  Further, the Junior DIP Obligors shall not sell, transfer, lease, encumber or otherwise dispose of any portion of the Junior DIP Collateral other than in the ordinary course of business without the prior consent of the, Junior DIP Agent (and no consent shall be implied, from any other action, inaction or acquiescence by the

---

6    "Cash Management Order" means the interim Cash Management Order entered on October 16, 2018 [ECF No. 102] and any final cash management order that may be entered by the Bankruptcy Court.

Junior DIP Agent, or from any order of this Court), except as otherwise provided for in the Junior

DIP Documents, the DIP ABL Loan Documents or otherwise ordered by the Bankruptcy Court.

29.    [RESERVED].

30.    ***Application of Proceeds of Collateral, Payments and Collections.***    After

repayment in full in cash of all Junior DIP Secured Obligations, DIP ABL Secured Obligations

and all Prepetition ABL Obligations, any remaining proceeds of the Junior DIP Collateral shall be

applied to the Junior DIP Obligors' remaining outstanding and unpaid obligations, in a manner

consistent with the Bankruptcy Code and, except as may be otherwise ordered in one or more

orders of this Bankruptcy Court, including the DIP ABL Order.

31.    ***Case Milestones.***    The Junior DIP Obligors shall comply with the case

milestones set forth in the Junior DIP Documents (as may be amended from time to time in

accordance with the Junior DIP Documents, the "Case Milestones").  For the avoidance of doubt,

the failure of the Junior DIP Obligors to comply with any of the Case Milestones shall (a) constitute

an Event of Default under the Junior DIP Documents and this Final Junior DIP Order; and

(b) permit the Junior DIP Administrative Agent, subject to paragraph 33, to exercise the rights and

remedies provided for in this Final Junior DIP Order and the Junior DIP Documents, subject to the

DIP Intercreditor Agreement.

32.    ***Termination Event.***    The (a) occurrence of any Event of Default (as defined

in the Junior DIP Documents), or (b) noncompliance of the Junior DIP Obligors, in any material

respect or in a manner adverse to the Junior DIP Credit Parties, with any of the terms, provisions,

41

conditions, covenants or obligations under this Final Junior DIP Order are each referred to herein as a "Termination Event."

33.    ***Rights and Remedies Following a Termination Event.***

(a)    *Termination*. Immediately upon the occurrence and during the continuation of a Termination Event, with no further action of this Court, the Junior DIP Administrative Agent may (or at the direction of the Required Lenders (as defined in the Junior DIP Documents) shall), notify the Junior DIP Obligors, the DIP ABL Agent, and the Creditors' Committee in writing that a Termination Event has occurred and is continuing (such notice, a "Termination Notice," and the date of any such notice, the "Termination Notice Date").

(b)    *Notice of Termination.* Any Termination Notice shall be given by electronic mail (or other electronic means) to counsel to the Debtors, counsel to the Creditors' Committee, the U.S. Trustee, counsel to the DIP ABL Agents, and counsel to each of the Prepetition Agents. The Remedies Notice Period shall commence on the Termination Notice Date and shall expire five (5) business days after the Termination Notice Date (the "Remedies Notice Period" and the date of the expiration of the Remedies Notice Period, the "Termination Date").

(c)    Without limiting the rights and remedies of the Junior DIP Agent and the other Junior DIP Credit Parties under the Junior DIP Documents, the Junior DIP Administrative Agent may, at its option, and/or shall, upon the direction of the Required Lenders (as defined in the Junior DIP Documents), as applicable, immediately upon the occurrence of and during the continuation of a Termination Event following the issuance of a Termination Notice, *inter alia*, without notice and unless the Bankruptcy Court orders otherwise, (a) declare, subject to expiration of the Remedies Notice Period, all obligations owing under the applicable Junior DIP Documents to be immediately due and payable, without presentment, demand, protest, or other

42

notice of any kind, all of which are expressly waived by the Junior DIP Obligors, (b) declare the termination, reduction or restriction of any further commitment to extend credit to the Junior DIP Obligors to the extent any such commitment remains, (c) terminate the Junior DIP Facility and the applicable Junior DIP Documents as to any future liability or obligation of the Junior DIP Agent, any DIP Term Loan Lender, or any other Junior DIP Credit Party, but without affecting any of the liens or the obligations and exercise all other rights and remedies provided in the Junior DIP Documents and applicable law but subject in all respects to the DIP Intercreditor Agreement (any of the actions set forth in the foregoing (a), (b), and (c), a "Termination");

(d)    During the Remedies Notice Period, the Junior DIP Obligors shall be entitled to seek an emergency hearing with this Court for the purpose of contesting a Termination or for the contested use of Cash Collateral, *provided* that the sole issues that may be raised before the Bankruptcy Court at any such hearing are whether a Termination Event has occurred and/or is continuing and the use of Cash Collateral. During the Remedies Notice Period, the Junior DIP Obligors may continue to use the Junior DIP Collateral, including Cash Collateral, solely to meet payroll obligations (excluding any severance obligations) and pay expenses that the Junior DIP Agent approves as critical to keeping the Junior DIP Obligors' business operating in accordance with the Approved Budget, or as otherwise agreed by the Junior DIP Administrative Agent in its sole and absolute discretion and it being understood that none of the Junior DIP Credit Parties shall have any obligation to make an extension of credit under the Junior DIP Facility, or otherwise to fund the Carve-Out Account. Upon expiration of the Remedies Notice Period, subject to the DIP Intercreditor Agreement and the DIP ABL Order, the DIP ABL Credit Parties or, upon payment in full of the DIP ABL Secured Obligations, the Junior DIP Credit Parties or, upon payment in full of the Junior DIP Secured Obligations, the Prepetition ABL Credit Parties, shall

be permitted to exercise all remedies set forth herein, in the Junior DIP Documents, DIP ABL Documents or the Prepetition ABL Documents, as applicable, and as otherwise available at law without further order of or application or motion to the Bankruptcy Court. Upon the occurrence and during the continuation of a Termination Event and the expiration of the Remedies Notice Period, the DIP ABL Administrative Agent, or upon payment in full of the DIP ABL Secured Obligations, the Junior DIP Administrative Agent, or upon payment in full of the Junior DIP Secured Obligations, the Prepetition ABL Administrative Agent, and any liquidator or other professional acting on their behalf will have the right to access and utilize, on a royalty-free basis, any trade names, trademarks, copyrights or other intellectual property and any warehouse, distribution centers, store or other locations that the Junior DIP Obligors have a right to occupy to the extent necessary or appropriate in order to sell, lease or otherwise dispose of any of the Junior DIP Collateral, including pursuant to any Court approved sale process. Notwithstanding the foregoing, the Junior DIP Agent's exercise of remedies pursuant to this paragraph shall be subject to the DIP Intercreditor Agreement and: (i) any agreement in writing between any of the Junior DIP Agent, DIP ABL Agents or the Prepetition ABL Agents, as applicable, and any applicable landlord, (ii) pre-existing rights of any of the Junior DIP Agent, DIP ABL Agents or any of the Prepetition ABL Agents, as applicable, and any applicable landlord under applicable non-bankruptcy law, (iii) consent of the applicable landlord, or (iv) further order of the Bankruptcy Court following notice and a hearing.

34. ***Modification of Automatic Stay.*** The automatic stay imposed under section 362(a) of the Bankruptcy Code is hereby modified as necessary to effectuate all of the terms and provisions of this Final Junior DIP Order, including to (a) permit the Junior DIP Obligors to grant the Junior DIP Liens and the Junior DIP Superpriority Claims; (b) permit the Junior DIP Agent to

44

take any actions permitted hereunder, including but not limited to the actions set forth in paragraph 33 hereof; and (c) authorize the Junior DIP Obligors to pay, and the Junior DIP Credit Parties to retain and apply, payments made in accordance with this Final Junior DIP Order and the DIP Intercreditor Agreement.

35.    ***Good Faith***.

(a)    *Good Faith Under Section 364 of the Bankruptcy Code*.  The Junior DIP Credit Parties have acted in good faith in connection with this Final Junior DIP Order and their reliance on this Final Junior DIP Order is in good faith.  Based on the findings set forth in this Final Junior DIP Order and the record made during the Interim Hearing and the Final Hearing, and in accordance with section 364(e) of the Bankruptcy Code, in the event any or all of the provisions of this Final Junior DIP Order are hereafter modified, amended or vacated by a subsequent order of the Bankruptcy Court, or any other court, the Junior DIP Credit Parties are entitled to the protections provided in section 364(e) of the Bankruptcy Code.  Any such modification, amendment or vacatur shall not affect the validity and enforceability of the Junior DIP Secured Obligations, or any lien, claim or priority authorized or created hereby.  Any liens or claims granted to the Junior DIP Credit Parties hereunder arising prior to the effective date of any such modification, amendment or vacatur of this Final Junior DIP Order shall be governed in all respects by the original provisions of this Final Junior DIP Order, including entitlement to all rights, remedies, privileges and benefits granted herein.

(b)    *DIP ABL Credit Parties*. The DIP ABL Credit Parties have acted in good faith in connection with this Final Junior DIP Order, including, without limitation, the negotiation and approval of the DIP Intercreditor Agreement, and their reliance on this Final Junior DIP Order and the DIP Intercreditor Agreement is in good faith. Based on the findings set forth in

this Final Junior DIP Order and the record made at the Interim Hearing and the Final Hearing, and in accordance with section 364(e) of the Bankruptcy Code, in the event any or all of the provisions of this Final Junior DIP Order are hereafter modified, amended or vacated by a subsequent order of the Bankruptcy Court, or any other Court, the DIP ABL Credit Parties are entitled to the protections provided in section 364(e) of the Bankruptcy Code. Any such modification, amendment or vacatur shall not affect the validity and enforceability of the DIP Intercreditor Agreement and/or any of the DIP ABL Documents.

36.    ***Proofs of Claim.***  Any order entered by the Bankruptcy Court establishing a bar date for any claims (including administrative claims) in any of the Chapter 11 Cases or any Successor Case shall not apply to any Junior DIP Credit Party (for purposes of this paragraph 36, in their respective capacities as such).  The Junior DIP Credit Parties shall not be required to file proofs of claim or requests for approval of administrative expenses authorized by this Final Junior DIP Order in any of the Chapter 11 Cases or any Successor Case, and the provisions of this Final Junior DIP Order relating to the amount of the Junior DIP Secured Obligations, the Junior DIP Liens and the Junior DIP Superpriority Claims shall constitute a sufficient and timely filed proof of claim and/or administrative expense request in respect of such obligations and such secured status.  For the avoidance of doubt, the books and records of the Junior DIP Agent and its respective successors and assigns shall be deemed conclusive as to the amount of the claims of each such party against the Junior DIP Credit Parties.

37.    ***Rights of Access and Information.***  Without limiting the rights of access and information afforded the Junior DIP Credit Parties under the Junior DIP Documents, the Junior DIP Obligors shall be, and hereby are, required to afford Representatives, agents and/or employees of the Junior DIP Agent reasonable access to: (a) the Junior DIP Obligors' premises,

(b) knowledgeable officers of the Junior DIP Obligors, (c) the Junior DIP Obligors' books and records, and (d) the Junior DIP Obligors' properties and other collateral of any Debtor against whom such parties are granted Junior DIP Liens or Junior DIP Superpriority Claims under this Final Junior DIP Order and the Junior DIP Obligors shall reasonably cooperate, consult with, and provide to such persons all such information as may be reasonably requested.  Without limiting any other rights or remedies of the Junior DIP Agent or the other Junior DIP Credit Parties, or otherwise available at law or in equity, and subject to the terms of the Junior DIP Documents and the DIP Intercreditor Agreement unless otherwise ordered by the Bankruptcy Court, upon three (3) business days' written notice to counsel to the Junior DIP Obligors, the DIP ABL Agents, counsel to the Creditors' Committee, and any landlord, lienholder, licensor, or other third party owner of any leased or licensed premises or intellectual property, after the expiration of the Remedies Notice Period, that a Termination Event has occurred and is continuing, the Junior DIP Agent, (i) may, unless otherwise expressly provided in any separate agreement by and between the applicable landlord or licensor and the Junior DIP Agent (the terms of which shall be reasonably acceptable to the parties thereto), enter upon any leased or licensed premises of the Junior DIP Obligors for the purpose of exercising any remedy with respect to Junior DIP Collateral located thereon, and (ii) shall be entitled to all of the Junior DIP Obligors' rights and privileges as lessee or licensee under the applicable license and to use any and all trademarks, trade names, copyrights, licenses, patents, or any other similar assets of the Junior DIP Obligors, which are owned by or subject to a lien of any third party and which are used by Junior DIP Obligors in their businesses, in either the case of (i) or (ii), without interference from lienholders or licensors thereunder; provided, however, that the Junior DIP Agent (on behalf of the applicable Junior DIP Lenders) shall pay only rent and additional rent, fees, royalties, or other monetary obligations of the Junior DIP Obligors under,

47

and solely as required by, the applicable lease and any amendments thereto that accrue during the period of such occupancy or actual use by Junior DIP Agent calculated on a per diem basis. Nothing herein shall require the Junior DIP Obligors, the Junior DIP Agent or the other Junior DIP Credit Parties, to assume any lease or license under Bankruptcy Code section 365(a) as a precondition to the rights afforded to the Junior DIP Agent and the other Junior DIP Credit Parties herein. Notwithstanding the foregoing, this paragraph shall be subject to the DIP Intercreditor Agreement and: (i) any agreement in writing between any of the Junior DIP Agent, the DIP ABL Agents or the Prepetition ABL Agents, as applicable, and any applicable landlord, (ii) pre-existing rights of any of the Junior DIP Agent, the DIP ABL Agents, or the Prepetition ABL Agents, as applicable, and any applicable landlord under applicable non-bankruptcy law, (iii) consent of the applicable landlord, or (iv) further order of the Bankruptcy Court following notice and a hearing.

38.    ***Intercompany Obligations.***    To the extent any Debtor owes any post-petition intercompany obligation or indebtedness to any other Debtor (the "Intercompany Obligations"), such Intercompany Obligations shall be subordinated only to the DIP ABL Secured Obligations, until the DIP ABL Secured Obligations are indefeasibly repaid in full in cash and the Junior DIP Secured Obligations until the Junior DIP Secured Obligations are indefeasibly repaid in full. All Intercompany Obligations incurred after the Petition Date ("Postpetition Intercompany Obligations") shall be secured by an automatically perfected security interest in and lien on, as to any Debtor transferee, all DIP ABL Collateral including Prepetition ABL Collateral, Prepetition Encumbered Collateral and Prepetition Unencumbered Collateral of the transferee for the benefit of the Debtor transferor (the "Postpetition Intercompany Liens") junior to the Carve-Out, the DIP ABL Liens, the Senior Permitted Liens, the Junior DIP Liens, the Adequate Protection Liens (other than the Prepetition Second Lien Adequate Protection Liens), and the Prepetition ABL Liens, and

senior to all other liens, and as to any non-Debtor transferee, liens on all assets and property of such transferee. For the avoidance of doubt, any reference in this Final Junior DIP Order to payment (or repayment) in full shall mean: (a) indefeasible repayment of all outstanding obligations in full in cash, (b) termination or expiration of all commitments under any applicable Junior DIP Documents, DIP ABL Loan Documents or Prepetition ABL Loan Documents and termination or expiration of any other commitment of any Junior DIP Credit Parties, DIP ABL Credit Parties or Prepetition ABL Credit Parties to make extensions of credit to any of the Junior DIP Obligors, DIP ABL Loan Parties under any such Junior DIP Documents, DIP ABL Loan Documents or Prepetition ABL Loan Documents, respectively, (c) all letters of credit issued or deemed issued under the DIP ABL Loan Documents have been canceled or have expired, and all amounts drawn thereunder have been reimbursed in full in cash (or other arrangements with respect thereto satisfactory to the DIP ABL Agents in their sole discretion shall have been made), and (d) solely with respect to the Prepetition ABL Obligations (i) if no Challenge Proceeding has been timely and properly commenced with respect to the prepetition obligations subject to the ABL Roll Up (as defined in the DIP ABL Order), the expiration of the Challenge Period, or (ii) the date on which any order entered by the Bankruptcy Court in favor of the applicable secured party in such Challenge Proceeding becomes final and non-appealable. For the avoidance of doubt, any Intercompany Obligations shall be subordinated to the Junior DIP Secured Obligations, DIP ABL Secured Obligations, the Adequate Protection Liens (other than the Prepetition Second Lien Adequate Protection Liens), and the Adequate Protection Claims (other than the Second Lien Facilities Superpriority Claims (as defined in the DIP ABL Order)), except to the extent set forth on the lien priority chart in paragraph 14. The Debtors shall establish reasonable procedures (reasonably acceptable to the Creditors' Committee, the DIP ABL Agents, the Junior DIP Agent,

and the Prepetition Second Lien Credit Parties) to trace cash proceeds from the sale of inventory

of the Debtors and to track liabilities and payables of the Debtors, including shared services and

professional fees and costs (collectively, the "Allocable Costs"), on an entity by entity basis,

including without limitation between obligors and non-obligors under the Prepetition Second Lien

Obligations, and to report the same to the Creditors' Committee, the DIP ABL Agents, the Junior

DIP Agent, and the Prepetition Second Lien Credit Parties on a monthly basis.  At the time of

repayment or treatment of the Postpetition Intercompany Obligations pursuant to a chapter 11 plan

or otherwise, the Debtors, the Creditors' Committee, the DIP ABL Agents, the Junior DIP Agent,

and the Prepetition Second Lien Credit Parties agree to cooperate in good faith to propose and

adopt a fair and reasonable allocation of all Allocable Costs on an entity by entity basis.

39.     *Prohibited Use of Junior DIP Facility, Junior DIP Collateral, Cash Collateral, Carve-Out, etc*.  Notwithstanding anything herein, prior to indefeasible payment in full in cash of the Junior DIP Secured Obligations except as otherwise expressly provided in this Final Junior DIP Order, the Junior DIP Collateral, proceeds thereof, and the Carve-Out may not be used:

> (a)     for the payment of interest and principal with respect to Prepetition Obligations or any other prepetition indebtedness of the Debtors, except for: (i) the Carve-Out; (ii) prepetition employee wages, benefits and related employee taxes as of the Petition Date; (iii) prepetition sales, use and real property taxes; (iv) prepetition amounts due in respect of insurance financings, premiums and brokerage fees; (v) payment of certain interest and expenses (which expenses shall include fees and expenses of professionals) of the Prepetition ABL Agents and the Prepetition ABL Credit Parties (solely as required under the DIP ABL Order); (vi) other "first day" interim and final orders permitting payment of prepetition claims, in the case of (ii) through (vi) pursuant to an order or orders of the Bankruptcy Court in form and substance acceptable to the Junior DIP Agent and DIP ABL Agents in their sole and absolute discretion and subject to and in accordance with the Approved Budget; (vii) the ABL Roll Up (as provided

for under the DIP ABL Order); and (viii) other indebtedness to the extent authorized by the Bankruptcy Court and set forth in the Approved Budget;

(b) subject to this Final Junior DIP Order, in connection with or to finance in any way any action, suit, arbitration, proceeding, application, motion or other litigation or threatened litigation (including any investigation in connection with such litigation or threatened litigation) of any type adverse to the rights, remedies, claims or defenses of the Junior DIP Credit Parties, DIP ABL Credit Parties[7] or the Joint Lead Arrangers under the DIP ABL Loan Documents or the Prepetition ABL Credit Parties under the Prepetition ABL Loan Documents, this Final Junior DIP Order, including for the payment of any services rendered by the professionals retained by the Debtors or the Creditors' Committee in connection with the assertion of or joinder in any claim, counterclaim, action, proceeding, application, motion, objection, defense or other contested matter, the purpose of which is to seek, or the result of which would be to obtain, any order, judgment determination, declaration or similar relief (A) invalidating, setting aside, avoiding, challenging, or subordinating, in whole or in part, the Junior DIP Secured Obligations, Junior DIP Liens, DIP ABL Secured Obligations, DIP ABL Liens, the Prepetition ABL Obligations, the Prepetition ABL Liens, the Adequate Protection Claims, the Adequate Protection Liens, or any adequate protection payments pursuant to this Final Junior DIP Order; (B) for monetary, injunctive, declarative or other affirmative relief against the Junior DIP Credit Parties, DIP ABL Credit Parties or the Prepetition ABL Credit Parties or their respective collateral; or (C) preventing, hindering or otherwise delaying the exercise by the Junior DIP Credit Parties, DIP ABL Credit Parties or the Prepetition ABL Credit Parties of any rights and remedies under this Final Junior DIP Order, the Junior DIP Documents, the DIP ABL Loan Documents, the Prepetition ABL Loan Documents or applicable law, or the enforcement or realization (whether by foreclosure, credit bid, further order of the Bankruptcy Court or otherwise) by the Junior DIP Credit Parties, DIP ABL Credit Parties or the Prepetition ABL Credit Parties upon any of their respective collateral;

(c) to make any payment in settlement of any claim, action or proceeding, before any court, arbitrator or other governmental body, without prior written consent of the Junior DIP Agent and DIP ABL Agents, unless otherwise set forth in the Approved Budget;

(d) to pay any fees or similar amounts to any person who has proposed or may propose to purchase interests of the Debtors (including so-called "topping fees," "exit fees" and other similar amounts), except as approved by the

---

[7] For the purposes of this paragraph 39 and paragraphs 43, 44, and 45 the Prepetition ABL Credit Parties do not include ESL or any Non-ESL Insider, in any capacity.

Bankruptcy Court, without prior written consent by the Junior DIP Agent and DIP ABL Agents, unless otherwise included in the Approved Budget;

(e)     to object to, contest, or interfere with, in any way, the Junior DIP Credit Parties, DIP ABL Credit Parties' or the Prepetition ABL Credit Parties' enforcement or realization upon any of the Junior DIP Collateral, Prepetition ABL Collateral or DIP ABL Collateral once a Termination Event has occurred, except as provided for in this Final Junior DIP Order, or seek to prevent the Junior DIP Credit Parties, DIP ABL Credit Parties or the Prepetition ABL Credit Parties from credit bidding in connection with any proposed plan of reorganization or liquidation or any proposed transaction pursuant to section 363 of the Bankruptcy Code;

(f)     unless in connection with the repayment in full, in cash of the Junior DIP Facility, DIP ABL Facility, or the Prepetition ABL Secured Obligations, as applicable, to use or seek to use Cash Collateral while the Junior DIP Secured Obligations, DIP ABL Secured Obligations, the Prepetition ABL Obligations and/or any of the DIP Term Loan Credit Parties' commitments under the Junior DIP Documents remain outstanding, or the DIP ABL Credit Parties' commitments under the DIP ABL Loan Documents remain outstanding, without the consent of the DIP Term Loan Agent, DIP ABL Agents, or the Prepetition ABL Administrative Agent, as applicable, other than during the Remedies Notice Period during which period the Junior DIP Obligors and the DIP ABL Loan Parties may only use Cash Collateral in accordance with the terms of this Final Junior DIP Order;

(g)     to use or seek to use any insurance or tax refund proceeds constituting Junior DIP Collateral, or Prepetition ABL Collateral other than solely in accordance with the Approved Budget, the Junior DIP Documents, and the DIP ABL Loan Documents;

(h)     to incur indebtedness other than in accordance with the Approved Budget, the Junior DIP Documents or the DIP ABL Loan Documents without the prior consent of the Junior DIP Agent and the DIP ABL Agent;

(i)     to object to or challenge in any way the claims, liens, or interests held by or on behalf of the Junior DIP Credit Parties, DIP ABL Credit Parties or the Prepetition ABL Credit Parties; provided, however, that, not more than $100,000 in the aggregate of proceeds of the Carve-Out, any Cash Collateral, or any proceeds of the DIP ABL Facility, the DIP ABL Collateral, the Junior DIP Facility or the Junior DIP Collateral may be used by such Creditors' Committee for purposes of investigating such claims, liens, or interests of

52

the Prepetition ABL Credit Parties (but not to litigate any of the foregoing) pursuant to the DIP ABL Order;

(j)    to assert, commence, prosecute or support any claims or causes of action whatsoever, including any Avoidance Action, against the Junior DIP Credit Parties, DIP ABL Credit Parties or the Prepetition ABL Credit Parties; provided that the foregoing shall not be construed to prohibit the Debtors from responding to discovery requests as required in their reasonable business judgment in consultation with legal counsel;

(k)    to prosecute any objection to, contest in any manner, or raise any defenses to, the validity, perfection, priority, or enforceability of, or seek equitable relief from any of the Adequate Protection Claims, the Adequate Protection Liens, any adequate protection payments pursuant to the DIP ABL Orders or any other rights or interests of the DIP ABL Credit Parties or the Prepetition ABL Credit Parties;

(l)    to prosecute an objection to, contest in any manner, or raise any defenses to, the validity, extent, amount, perfection, priority, or enforceability of, or seek equitable relief from, any of the Junior DIP Secured Obligations, Junior DIP Liens, DIP ABL Secured Obligations, the DIP ABL Liens, the Prepetition ABL Obligations, the Prepetition ABL Liens, the Junior DIP Superpriority Claim or DIP ABL Superpriority Claims;

(m)    to sell or otherwise dispose of the Junior DIP Collateral, DIP ABL Collateral or the Prepetition ABL Collateral other than as contemplated by the Junior DIP Documents, DIP ABL Loan Documents or the Prepetition ABL Loan Documents, as applicable; or

(n)    for any purpose otherwise limited by the Junior DIP Documents, DIP ABL Loan Documents or the Prepetition ABL Loan Documents, as applicable.

40.    [RESERVED].

41.    [RESERVED].

42.    ***No Third Party Rights.***  Except as explicitly provided for herein, this Final Junior DIP Order does not create any rights for the benefit of any third party, creditor, equity holder or any direct, indirect, or incidental beneficiary.

43.    ***Limitations on Charging Expenses.***  No costs or expenses of administration which have been or may be incurred in the Chapter 11 Cases or any Successor

Cases at any time shall be charged against the Junior DIP Credit Parties (solely in their capacity as Junior DIP Credit Parties) or the Junior DIP Collateral pursuant to sections 105 or 506(c) of the Bankruptcy Code or any other legal or equitable doctrine (including unjust enrichment) or any similar principle of law, without the prior written consent of the Junior DIP Agent and/or any Junior DIP Credit Party, as applicable, and no such consent shall be implied from this Final Junior DIP Order or any other action, inaction, or acquiescence by any such agents or lenders.

44.    ***Section 552(b).***  The "equities of the case" exception under section 552(b) of the Bankruptcy Code shall not apply to the Junior DIP Credit Parties, with respect to proceeds, products, offspring or profits of any of the Junior DIP Collateral.

45.    ***No Marshaling/Applications of Proceeds.***  Subject to the DIP Intercreditor Agreement and the Reverse Marshaling Provisions, the Junior DIP Credit Parties shall not be subject to the equitable doctrine of "marshaling" or any other similar doctrine with respect to any of the Junior DIP Collateral except as set forth herein.

46.    ***Discharge Waiver.***  The Debtors expressly stipulate, and the Bankruptcy Court finds and adjudicates that, none of the Junior DIP Secured Obligations, the Junior DIP Superpriority Claims, or the Junior DIP Liens shall be discharged by the entry of an order confirming any plan of reorganization, notwithstanding the provisions of section 1141(d) of the Bankruptcy Code, unless the Junior DIP Secured Obligations have been indefeasibly paid in full in cash on or before the effective date of a confirmed plan of reorganization.

47.    ***Rights Preserved.***  Other than as expressly set forth in this Final Junior DIP Order, any other rights, claims or privileges (whether legal, equitable or otherwise) of the Junior DIP Credit Parties, DIP ABL Credit Parties and the Prepetition Credit Parties are preserved. Nothing contained herein shall be deemed to prevent the Prepetition Credit Parties from requesting

additional adequate protection or from arguing that the adequate protection granted in the DIP ABL Order does not in fact adequately protect the Prepetition Credit Parties against post-petition diminution in value of the Prepetition Collateral if any; *provided* that all parties' rights to oppose such relief are fully preserved.

48.    ***Release.***  As further set forth in the Junior DIP Documents, the Debtors, on behalf of themselves and their estates (including any successor trustee or other estate representative in these Chapter 11 Cases or any Successor Case) and any party acting by, through, or under any of the Debtors or any of their estates, hereby stipulate and agree that they forever and irrevocably (a) release, discharge, waive, and acquit the current or future Junior DIP Agent and other current or future Junior DIP Credit Parties, and each of their respective participants and each of their respective affiliates, and each of their respective Representatives (each of the foregoing only in their capacity as such), from any and all claims, demands, liabilities, responsibilities, disputes, remedies, causes of action, indebtedness, and obligations, rights, assertions, allegations, actions, suits, controversies, proceedings, losses, damages, injuries, attorneys' fees, costs, expenses, or judgments of every type, whether known, unknown, asserted, unasserted, suspected, unsuspected, accrued, unaccrued, fixed, contingent, pending, or threatened, including all legal and equitable theories of recovery, arising under common law, statute or regulation or by contract, of every nature and description, arising out of, in connection with, or relating to the Junior DIP Facility, the Junior DIP Documents or the transactions and relationships contemplated hereunder or thereunder, including (i) any so-called "lender liability" or equitable subordination claims or defenses, (ii) any and all claims and causes of action arising under the Bankruptcy Code, and (iii) any and all claims and causes of action regarding the validity, priority, perfection, or avoidability of the liens or secured claims of the Junior DIP Agent and the other Junior DIP Credit Parties; and (b) waive any

55

and all defenses (including offsets and counterclaims of any nature or kind) as to the validity, perfection, priority, enforceability, and nonavoidability of the Junior DIP Secured Obligations, the Junior DIP Liens, and the Junior DIP Superpriority Claims, *provided, however*, that the foregoing release shall not release any claims for fraud or willful misconduct, *provided, further* that ESL, or any Non-ESL Insider, in any capacity, shall not be entitled to a release pursuant to this paragraph and shall not be permitted to become a Junior DIP Credit Party without a further order of the Bankruptcy Court. For the avoidance of doubt, the foregoing release shall not constitute a release of any rights arising under the Junior DIP Documents or of ESL or any Non-ESL Insider.

49.      *No Waiver by Failure to Seek Relief.* The failure or delay of the Junior DIP Credit Parties, the DIP ABL Credit Parties or the Prepetition Credit Parties to seek relief or otherwise exercise their respective rights and remedies under this Final Junior DIP Order, the Junior DIP Documents, the Prepetition Loan Documents, the DIP ABL Loan Documents, or applicable law, as the case may be, shall not constitute a waiver of any of the rights hereunder, thereunder, or otherwise of the Junior DIP Credit Parties, the DIP ABL Credit Parties, or the Prepetition Credit Parties.

50.      *Binding Effect of Final Junior DIP Order.* Immediately upon entry by the Bankruptcy Court (notwithstanding any applicable Bankruptcy Rules or any other law or rule to the contrary), the terms and provisions of this Final Junior DIP Order, including the liens granted herein shall, *nunc pro tunc* to the date of entry of the Interim Junior DIP Order, become valid and binding upon and inure to the benefit of the Debtors, the Junior DIP Credit Parties, and their respective successors and assigns; *provided* that ESL shall not be permitted to have any interest in any Junior DIP Obligations, either directly or indirectly, including by participation or otherwise,

and any such interest shall be void *ab initio*.  To the extent there is any applicable stay of this Final Junior DIP Order, it is hereby waived.

51. ***No Modification of Final Junior DIP Order.***  The Debtors irrevocably waive the right to seek and shall not seek or consent, directly or indirectly without the prior written consent of the Junior DIP Agent and the DIP ABL Agents, which consent of the Junior DIP Agent and the DIP ABL Agents may be refused in their sole and absolute discretion: (a)  any modification, stay, vacatur or amendment to this Final Junior DIP Order; (b) other than the Carve-Out, a priority claim for any administrative expense or unsecured claim against the Debtors to the fullest extent permitted under the Bankruptcy Code in the Chapter 11 Cases or any Successor Case, equal or superior to the Junior DIP Superpriority Claim; (c) any lien on any of the Junior DIP Collateral, with priority equal or superior to the Junior DIP Liens.  The Debtors irrevocably waive any right to seek any amendment, modification or extension of this Final Junior DIP Order without the prior written consent of the Junior DIP Agent and the DIP ABL Agents, and no such consent shall be implied by any other action, inaction or acquiescence of the Junior DIP Credit Parties, Prepetition ABL Credit Parties or the DIP ABL Credit Parties.  Neither the Interim Junior DIP Order nor this Final Junior DIP Order shall be modified without the consent of the DIP ABL Agents.

52. ***Controlling DIP Order.***  In the event of any inconsistency between the terms and conditions of the Junior DIP Documents or this Final Junior DIP Order, the provisions of this Final Junior DIP Order shall govern and control.  In the event of any inconsistency between the terms and conditions of the Final DIP ABL Order and the Final Junior DIP Order, the Final DIP ABL Order shall govern and control.

53. ***Survival.***  The provisions of this Final Junior DIP Order and any actions taken pursuant hereto shall survive entry of any order which may be entered: (a) confirming any

57

plan of reorganization in the Chapter 11 Cases; (b) converting any of the Chapter 11 Cases to a case under chapter 7 of the Bankruptcy Code; (c) dismissing any of the Chapter 11 Cases or any Successor Case; or (d) pursuant to which the Bankruptcy Court abstains from hearing the Chapter 11 Cases or any Successor Case. The terms and provisions of this Final Junior DIP Order, including the claims, liens, security interests and other protections granted to the Junior DIP Credit Parties, and the DIP ABL Credit Parties pursuant to this Final Junior DIP Order, notwithstanding the entry of any such order, shall continue in the Chapter 11 Cases, in any Successor Case, or following dismissal of any of the Chapter 11 Cases or any Successor Case, and shall maintain their priority as provided by this Final Junior DIP Order until all Junior DIP Secured Obligations have been paid in full.

54.     ***Preservation of Rights Granted Under this Final Junior DIP Order***.

(a)     Except as expressly provided herein, in the Junior DIP Documents, or the DIP ABL Order no claim (to the fullest extent permitted under the Bankruptcy Code) or lien having a priority senior to or *pari passu* with that granted by this Final Junior DIP Order to the Junior DIP Credit Parties shall be granted while any portion of the Junior DIP Secured Obligations remain outstanding, and the Junior DIP Liens shall not be subject to or junior to any lien or security interest that is avoided and preserved for the benefit of the Debtors' estates under section 551 of the Bankruptcy Code or subordinate to or made *pari passu* with any other lien or security interest, whether under section 364(d) of the Bankruptcy Code or otherwise.

(b)     Unless all Junior DIP Secured Obligations shall have been indefeasibly paid in full in cash, the Debtors shall not seek, and it shall constitute an Event of Default under the Junior DIP Documents if there is entered (i) any stay, vacatur, rescission, modification, amendment, or extension of the Interim Junior DIP Order or this Final Junior DIP

58

Order without the prior written consent of the Junior DIP Agent and the DIP ABL Agents, and no such consent shall be implied by any other action, inaction or acquiescence by the Junior DIP Agent or the DIP ABL Agents; (ii) an order converting any of these Chapter 11 Cases to cases under chapter 7 of the Bankruptcy Code or dismissing any of these Chapter 11 Cases; or (iii) any other order granting adequate protection or authorizing the use of Cash Collateral without the prior written consent of the Junior DIP Agent, DIP ABL Agents and the Prepetition ABL Agents, and no such consent shall be implied by any other action, inaction, or acquiescence by any of the Junior DIP Agent, DIP ABL Agents and the Prepetition ABL Agents.  If an order dismissing or converting any of these Chapter 11 Cases under section 1112 of the Bankruptcy Code or otherwise is at any time entered this Bankruptcy Court shall retain jurisdiction to the extent it has jurisdiction, notwithstanding such dismissal or conversion, for the purposes of enforcing the claims, liens and security interests referred to in paragraph 53.

(c)    If any or all of the provisions of this Final Junior DIP Order are hereafter reversed, modified, vacated or stayed or any order is entered dismissing any of the Chapter 11 Cases or converting any of these Chapter 11 Cases to cases under chapter 7 of the Bankruptcy Code, such reversal, stay, modification, vacatur, conversion, or dismissal shall not affect (i) the validity, priority or enforceability of any Junior DIP Secured Obligations incurred prior to the actual receipt of written notice by the Junior DIP Agent of the effective date of such reversal, stay, modification or vacatur, or (ii) the validity, priority, or enforceability of the Junior DIP Liens.  Notwithstanding any such reversal, stay, modification or vacatur, any use of Junior DIP Collateral, any Junior DIP Secured Obligations incurred by the Junior DIP Obligors, Junior DIP Agent, and/or other Junior DIP Credit Parties, as the case may be, prior to the actual receipt of written notice by the Junior DIP Agent, of such reversal, stay, modification or vacatur

shall be governed in all respects by the original provisions of this Final Junior DIP Order, and the
Junior DIP Credit Parties shall be entitled to all of the rights, remedies, privileges and benefits
granted in section 364(e) of the Bankruptcy Code, this Final Junior DIP Order, and pursuant to the
Junior DIP Documents with respect to all such uses of the Junior DIP Collateral and all Junior DIP
Secured Obligations.

55.    ***Chubb Reservation of Rights.***    For the avoidance of doubt, (i) the Junior
DIP Credit Parties shall not have a security interest or lien on any collateral provided by or on
behalf of the Debtors to ACE American Insurance Company and ACE Fire Underwriters Insurance
Company (together, with each of their affiliates and affiliates successors, "Chubb"), (ii) the
Debtors may not grant liens and/or security interests in such property to any other party, (iii) this
Order does not grant the Debtors any right to use any property (or the proceeds thereof) held by
Chubb as collateral to secure obligations under insurance policies and related agreements;
*provided* that to the extent any such property reverts to the Debtors, such property shall be subject
to the terms of this Final Junior DIP Order; and (iv) nothing, including the Junior DIP Credit
Agreement and/or this Order, alters or modifies (a) the terms and conditions of any insurance
policies or related agreements issued by Chubb or any notices of non-renewal related thereto;
(b) Chubb's right to decline to renew any insurance policies or to decline to issue replacement
insurance policies for any expiring insurance policies, or (c) the expiration of any insurance
policies issued by Chubb pursuant to their terms or any notices of non-renewal related thereto.

56.    ***United States of America***

(a)    In determining to make any loan under the Junior DIP Credit
Agreement or in exercising any rights or remedies as and when permitted pursuant to this
Final Junior DIP Order or the Junior DIP Documents, the Junior DIP Credit Parties shall not be

deemed to be in control of the operations of the Debtors or to be acting as a "responsible person" or "owner or operator" with respect to the operation or management of the Debtors, so long as the Junior DIP Credit Parties' actions do not constitute, within the meaning of 42 U.S.C. § 9601(20)(F), actual participation in the management or operational affairs of a vessel or facility owned or operated by a Debtor, or otherwise cause liability to arise to the federal or state government or the status of responsible person or managing agent to exist under applicable law (as such terms, or any similar terms, are used in the United States Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. § 9601 et seq., as amended, or any similar federal or state statute).

(b)        Nothing in this Final Junior DIP Order or the Junior DIP Documents shall permit the Debtors to violate 28 U.S.C. § 959(b).

(c)        As to the United States, its agencies, departments, or agents, nothing in this Final Junior DIP Order or the Junior DIP Documents shall discharge, release or otherwise preclude any valid right of setoff or recoupment that any such entity may have, and the Debtors and all other parties in interest, including the Junior DIP Credit Parties, reserve all rights to challenge the validity of any such purported right of setoff or recoupment.

57.      ***Setoff and Recoupment.***  Notwithstanding anything to the contrary in this Final Junior DIP Order, nothing herein is intended to, and shall not:  (a) waive, modify, prejudice, limit or otherwise impair the right of any party to exercise rights of setoff or recoupment, if any, under the Bankruptcy Code (including, without limitation, pursuant to section 553 of the Bankruptcy Code) or any other applicable non-bankruptcy law, subject, however, to section 546(c) of the Bankruptcy Code, (b) provide any party with any greater or lesser setoff or recoupment rights, if any, than they would have under the Bankruptcy Code or any other applicable non-

61

bankruptcy law, or eliminate the need to seek relief from the automatic stay where required before exercising any such rights, or (c) waive, modify, prejudice, limit or otherwise impair any defenses or objections of the Junior DIP Agent or any of the other Junior DIP Credit Parties, the Debtors and any other party in interest to such setoff and recoupment rights or the exercise thereof.

58.    ***Prepetition Consolidated Loan Lenders.***  As adequate protection of liens held by SL Agent, LLC, as agent (in such capacity, the "Prepetition Consolidated Loan Agent") under that certain Third Amended and Restated Loan Agreement, dated as of June 4, 2018 (as amended, restated, amended and restated, supplemented, waived or otherwise modified prior to the date hereof, the "Prepetition Consolidated Loan Agreement"), among (i) JPP, LLC, JPP II, LLC and Cascade Investment, L.L.C., collectively, as lenders and (iii) Sears, Roebuck And Co., KMART Stores of Illinois LLC, KMART of Washington LLC, KMART Corporation, SHC Desert Springs, LLC, Innovel Solutions, Inc., Sears Holdings Management Corporation, Maxserv, Inc., Troy Coolidge No. 13, LLC, Sears Development Co., Big Beaver Of Florida Development, LLC and Sears Holdings Corporation (collectively, the "Prepetition Consolidated Loan Parties"), the Prepetition Consolidated Loan Parties are authorized and directed, on a final basis, to provide adequate protection in the form of (i) current cash reimbursement of reasonable and documented fees and expenses and other disbursements of the Prepetition Consolidated Loan Agent whether incurred before, on or after the Petition Date, including the reasonable documented fees and expenses of its professional advisors subject to the procedures set forth in paragraph 19(f) of the DIP ABL Order, Debevoise & Plimpton LLP, (ii) continued maintenance and insurance of the "Collateral" as such term is defined in the Prepetition Consolidated Loan Agreement in amounts and for the risks, and by the entities, as required under the Prepetition Consolidated Loan Agreement and this Final Order and (iii) cash payment of post-petition interest on Note A-1 and

62

Note A-2 (each as defined in the Prepetition Consolidated Loan Agreement) under the Prepetition

Consolidated Loan Agreement as such interest becomes due and payable at the applicable non-

default rate thereunder from and after the Petition Date; *provided* that in the event of a final

determination that the Prepetition Consolidated Loan Parties, as applicable are undersecured as of

the Petition Date, payments received by the applicable Prepetition Consolidated Loan Parties

pursuant to this clause (iii) may be recharacterized and applied as payments of principal.  For the

avoidance of doubt, the foregoing does not apply to any portion of the Prepetition Consolidated

Loan held by ESL.

   59. ***Reclamation, Setoff and Recoupment.*** To the extent a seller of goods (a

"Reclamation Creditor") asserts rights of reclamation pursuant to and in accordance with both

section 2-702(2) of the Uniform Commercial Code (the "UCC") and section 546(c) of the

Bankruptcy Code (each a "Reclamation Claim" and, collectively, the "Reclamation Claims")

requesting that the Debtors return certain goods identified in the Reclamation Claims (the

"Reclamation Goods"), the rights of such Reclamation Creditor (the "Reclamation Rights") in

either Reclamation Goods or the proceeds thereof (the "Reclamation Proceeds") and the priority

of such Reclamation Rights as against any other interest in the Reclamation Goods or the

Reclamation Proceeds shall be preserved solely to the extent a Challenge Proceeding with respect

to the Prepetition ABL Revolving Extensions of Credit, the Prepetition ABL Term Loans or the

liens securing any of such obligations has been successfully brought in compliance with the

provisions of this Final Junior DIP Order and determined by an order entered by the Bankruptcy

Court that becomes final and non-appealable; *provided* that in no event shall any alleged

Reclamation Claim or Reclamation Right be deemed or treated hereunder as a Permitted Prior Lien

rather, any such alleged Reclamation Claim or Reclamation Right shall have the same rights and

priority with respect to the Junior DIP Facility, and Junior DIP Liens as such rights and claims had with respect to the Prepetition ABL Facilities, Prepetition ABL Liens and Prepetition ABL Collateral (subject to paragraphs 40 and 41 of the DIP ABL Order). Notwithstanding anything herein to the contrary, nothing herein shall determine, or be deemed a determination of the validity or extent of any Reclamation Rights or Reclamation Claims and all parties rights with respect thereto are expressly reserved.

60.    ***Specified Governmental Unit Assets.***  As adequate protection for the claims of the Specified Governmental Units,[8] the Debtors either will pay such claims directly or fund a segregated account (the "Specified Governmental Units Account"), in each case from the proceeds of the Store Closing Sales (as defined in the DIP ABL Order) located in jurisdictions subject to the authority of the Specified Governmental Units Account. The liens asserted by Specified Governmental Units shall attach to the Specified Governmental Units Account in the same amount, to the same extent and with the same priority, validity and enforceability, and subject to the same

---

8    For purposes of this Final Junior DIP Order, "Specified Governmental Units" means Allen ISD, Angelina County, Aransas Count, Atascosa County, Atlanta, Atlanta ISD, Bee County, Bexar County, Blanco CAD, Cameron County, Cleveland ISD, Cypress-Fairbanks ISD, Dallas County, Del Rio, Eagle Pass, Eagle Pass ISD, El Paso, Ellis County, Fort Bend County, Frisco, Galveston County, Grayson County, Gregg County, Harlingen, Harlingen CISD, Harris County, Hidalgo County, Hood CAD, Hopkins County, Hunt County, Irving ISD, Jasper County, Jefferson County, Jim Wells CAD, Kaufman County, Lewisville ISD, Matagorda County, McAllen, McLennan County, Montgomery County, Navarro County, Nueces County, Parker CAD, Pecos County, Pleasanton, Polk County, Rockwall CAD, San Patricio County, Smith County, Stephenville, Stephenville ISD, Sulphur Springs, Sulphur Springs ISD, Tarrant County, Tom Green CAD, Val Verde County, Van Zandt CAD, Victoria County, Wharton Co. Jr. College Dist., Wilson County, Wise CAD, Wise County, Wood County, Nolan County, City Sweetwater, Sweetwater Independent School District (ISD), Palo Pinto County, City Mineral Wells, Mineral Wells ISD, Johnson County, City Cleburne, Cleburne , ISD, Arlington ISD, Crowley ISD, Eagle Mountain-Saginaw ISD, City Grapevine, Grapevine-Colleyville ISD, Richardson ISD, Carrollton-Farmers Branch ISD, City of Garland, Lubbock Central Appraisal District, Midland County, Tyler ISD, Cass County, Houston County, Mineola ISD, Nacogdoches County ISD, Austin County Appraisal District, Brazoria County Tax Office, Brazoria County Municipal Utility District (MUD) #35, Brazoria County Tax Office, Fort Bend ISD, Fort Bend County Levee Improvement District #2, First Colony MUD #10, Clear Creek ISD, Galveston County Mgmt. Dist. #1, Dickinson ISD, Interstate MUD, Clear Creek ISD, Galveston County Mgmt Dist. #1, Dickinson ISD, Interstate MUD, Clear Creek ISD, City of Houston, Galena Park ISD, HC MUD 285, Clear Creek ISD, City of Houston, Galena Park ISD, Spring Branch ISD, Spring ISD, Alief ISD, Tomball ISD, City of Tomball, Midtown Mgmt District, City of Jasper, City of Cleveland, Bay City ISD, Kerr County, Kendall County, Fayette County, Maverick County, Uvalde County, Weslaco City, Weslaco ISD, Randall County Tax Office, Potter County Tax Office, Gray County Tax Office, Garland ISD, Humble ISD, Harris County MUD 109, and Maricopa County Treasurer.

defenses, as the liens the Specified Governmental Units now have against such assets of the Debtors. Further, nothing in this Final Junior DIP Order or final orders with respect to post-petition financing, use of cash collateral, the closing of certain store locations or the same of the Debtors' assets shall affect the priority of the ad valorem tax liens of the Specified Governmental Units (if any) which may arise during the pendency of these cases. The Specified Governmental Units Account shall be maintained solely for the purpose of providing adequate protection and shall constitute neither the allowance of the claims of the Specified Governmental Units, nor a floor or cap on the amounts the Specified Governmental Units may be entitled to receive. All parties' rights to object to the priority, validity, amount, and extent of the claims and liens asserted by the Specified Governmental Units are fully preserved. Funds in the Specified Governmental Units Account may be distributed upon agreement between the Specified Governmental Units and the Debtors, with the consent of the DIP ABL Administrative Agent, and Junior DIP Agent, or by subsequent order of the Bankruptcy Court, duly noticed to the Specified Governmental Units.

61. ***Consignment Merchandise*** To the extent of any conflict between paragraphs 36 through 41 of the *Final Order Approving (I) Procedures For Store Closing Sales And (II) Assumption Of Liquidation Consulting Agreement* [ECF No. 876] (the "GOB Order") and this Final Junior DIP Order, paragraphs 36 through 41 of the GOB Order shall control.

62. ***American Greetings Corporation.*** Nothing in this Final Junior DIP Order shall affect or impair (i) the rights of American Greetings Corporation and its affiliates ("AG") in and to certain greetings cards and related products sold by AG to the Debtors on a scan-based method of sale (the "AG Products"), (ii) AG's rights in the proceeds of the AG Products (the "AG Proceeds"), (iii) AG's claims against the Debtors, the Junior DIP Lenders, or any other party relating to the AG Products, including, without limitation, AG's claims to recover the AG Proceeds,

or (iv) any defenses or objections to such claims or rights that may be asserted by the Debtors, the Junior DIP lenders or any other party in interest, all of which rights, claims, defenses and objections are hereby preserved.

63.    ***School District Unit 300.***    Notwithstanding anything to the contrary contained herein, and consistent with the record of the hearing held before the Court on November 28, 2018, all rights of Community Unit School District 300 with respect to any ongoing stayed litigation and the transactions and events referenced therein, including the right to assert a constructive trust or a senior secured lien, and all defenses or objections of the Debtors and/or any and all other parties thereto, shall be preserved, and nothing herein shall waive, modify, prejudice, limit or otherwise impair any such rights, defenses or objections as the case may be, or be deemed a determination as to the validity, priority or extent of any such rights, claims or liens (if any) and all parties' rights with respect thereto are also expressly reserved.

64.    ***SHLD and Cyrus and Relator Carl Ireland.***    Notwithstanding anything to the contrary contained herein (including, but not limited to, paragraphs iv, 13, and 14 hereof), nothing herein, including the Carve-Out, shall be deemed to prime or be otherwise made senior or pari passu to any valid, perfected and non-avoidable security interests or liens held by (i) SHLD Lendco, LLC or Cyrus Capital Partners, L.P. under the IP/Ground Lease Term Loan or (ii) Relator Carl Ireland, Administrator of the Estate of James Garbe, and the other parties to the Garbe settlement agreement sharing in that security interest with Garbe (such security interests and liens the "Specified Security Interests").  All parties' rights to object to the priority, validity, amount, and extent of the Specified Security Interests and the claims secured thereby (and all objections and defenses of the holders of the Specified Security Interests) are hereby fully preserved. All rights and remedies of the Debtors in respect of the Specified Security Interests,

66

including, but not limited to, the right to seek to surcharge and to seek to impose the remedy of marshaling (and, in each case, all objections and defenses of the holders of the Specified Security Interests) are hereby fully preserved. All rights of the holders of the Specified Security Interests to seek relief from the automatic stay of section 362 of the Bankruptcy Code, to seek adequate protection of the Specified Security Interests, and/or other permissible secured creditor rights, including the right to object to any relief sought pursuant to the Debtors' reserved rights, are hereby fully reserved.

65.    *Clover.* Notwithstanding anything to the contrary contained herein, all rights of Clover Technologies Group, LLC ("Clover") with respect to any proceeds remitted to the Debtors prior to the Petition Date pursuant to that certain agreement between Clover and certain of the Debtors governing the distribution and retail sales of certain inventory on a scan-based trading method of sales (as further described the objection filed by Clover under [ECF No. 212]) shall be preserved, and the rights of the Debtors and any other party in interest to object are also hereby preserved.

66.    *Retention of Jurisdiction*.  The Bankruptcy Court shall retain jurisdiction to enforce this Final Junior DIP Order according to its terms to the fullest extent permitted by applicable law.


Dated: _____, 2018
White Plains, New York

                                    _____
                                    Robert D. Drain
                                    United States Bankruptcy Judge

## Exhibit A

**Approved Initial Budget**

## **Exhibit B**

**Junior DIP Credit Agreement**

## Schedule 1

Any direct or indirect claim, cause of action, or right to payment of any Obligor or of any of the successors of any such Obligor in respect of (i) anti-trust claims or other claims against any of Visa Inc., Mastercard Inc., JPMorgan Chase & Co, Citigroup N.A., Bank of America N.A., or any of their respective affiliates in relation to certain practices with respect to merchant processing fees and merchant processing agreements and (ii) any settlement with respect to the foregoing, including without limitation any direct or indirect settlement with any such financial institution or other person.

**Schedule 2**

| No. | Store Number | City | State |
|---|---|---|---|
| 1. | 7777 | New York | NY |
| 2. | 7749 | New York | NY |
| 3. | 9423 | Bridgehampton | NY |

**Schedule 3**

| *Unencumbered Collateral* |
|---|
| All of the rights, title, and interests of any Obligor, and the proceeds of any sale thereof, in those certain SRAC Medium Term Notes Series B issued by Sears Roebuck Acceptance Corp. as further described in the *Emergency Motion of Debtors for Order Approving Sale of Medium Term Notes* [ECF No. 642]. |
| All of the rights, title and interest, whether now existing or hereafter acquired, in and to all assets of Sears Home Improvement Products, Inc., and the proceeds and products, whether tangible or intangible, thereof, including, without limitation, the sale of any assets, properties and rights related to the SHIP Business (as defined in the *Motion of Debtors for Entry of Order (I)(A) Approving Bidding Procedures for Sale of Sears Home Improvement Business, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for and Hearing to Approve Sale of Sears Home Improvement Business, (D) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, (E) Approving Assumption and Assignment Procedures, (II) Approving the Sale of Sears Home Improvement Business in Accordance with the Stalking Horse Agreement and (III) Granting Related Relief* [ECF No. 450]), in each case that is not subject to a valid and perfected lien or security interest as of the Petition Date (including liens on the Prepetition ABL Collateral). |
| All of the rights, title and interest, whether now existing or hereafter acquired, in and to all assets of Sears PartsDirect, and the proceeds and products, whether tangible or intangible, thereof, in each case that is not subject to a valid and perfected lien or security interest as of the Petition Date (including liens on the Prepetition ABL Collateral). |
| Any and all estates or interests in real property (including any leases) identified as unencumbered in Exhibit 1 to this Schedule 3. With respect to leases this includes any agreement, whether written or oral, no matter how styled or structured, and all amendments, guaranties and other agreements relating thereto, pursuant to which an Obligor is entitled to the use or occupancy of any real property for any period of time. |
| All intellectual property and proprietary rights of any kind or nature of the Obligors, whether arising under United States, multinational or foreign laws or otherwise, whether registered or unregistered, including business names, copyrights (including rights in computer software) and works of authorship, patents and inventions, data, databases, domain names, trademarks, confidential information, designs, service marks, technology, trade secrets, know-how, and processes, and all applications and registrations therefor, and all rights, priorities, and privileges arising out of or relating to any of the foregoing, not subject to a valid and perfected lien or security interest as of the Petition Date. |
| Any and all rent, income, revenues or proceeds paid by or received from tenants or subtenants in respect of real property (including any leases) identified as unencumbered in Exhibit 1 to this Schedule 3.<br><br>All accounts, general intangibles or payment intangibles (each as defined in the UCC) of or other obligations owing to, any Loan Party or any of their Subsidiaries that are Debtors (including, without limitation, vendor credits), in each case to the extent not constituting Prepetition ABL Collateral and not otherwise subject to a valid and perfected lien as of the Petition Date. |

To the extent not otherwise covered above, all other assets, and all other proceeds of any additional assets, of the Obligors in each case to the extent not constituting Prepetition ABL Collateral and not otherwise subject to a valid and perfected lien or security interest as of the Petition Date.

## EXHIBIT 1
## UNENCUMBERED REAL PROPERTY

### A. OWNED AND GROUND LEASED UNENCUMBERED REAL PROPERTY NOT SUBJECT TO A VALID AND PERFECTED LIEN AS OF THE PETITION DATE

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|----|---------|----------|----------------|--------|----------|
| 2027 | 202700 | Wasilla | AK | 1000 S Seward Meridian Rd | 99654 | Open Store | Open Store | GL |
| 2796 | 279600 | Tuscaloosa | AL | 1701 McFarland Blvd E #207 | 35404 | Closed Store | Closed Store | GL |
| 61901 | 6190100 | SCOTTSDALE | AZ | 16275 N Scottsdale Rd | 85260 | Closed Store | Closed Store | GL |
| 1728 | 172800 | Tucson | AZ | 4570 N Oracle Rd | 85705 | Open Store | Open Store | GL |
| 4996 | 499600 | Tucson | AZ | 7055 E Broadway St | 85710 | Open Store | Open Store | GL |
| 1838 | 183800 | Burbank | CA | 111 E Magnolia Blvd | 91502 | Open Store | Open Store | GL |
| 1678 | 167800 | Carlsbad | CA | 2561 El Camino Real | 92008 | Open Store | Open Store | GL |
| 2728 | 272800 | Downey | CA | 600 Stonewood | 90241 | Open Store | Open Store | GL |
| 3725 | 372500 | Freedom | CA | 1702 Freedom Boulevard | 95019 | Open Store | Open Store | GL |
| 1088 | 108800 | Glendale | CA | 236 N Central Ave | 91203 | Open Store | Open Store | GL |
| 2028 | 202800 | Hemet | CA | 2200 W Florida Ave | 92545 | Open Store | Open Store | GL |
| 3748 | 374800 | Hollister | CA | 491 Tres Pinos Road | 95023 | Open Store | Open Store | GL |
| 9328 | 932800 | Long Beach | CA | 2900 Bellflower Blvd | 90815 | Open Store | Open Store | GL |
| 2798 | 279800 | PALM DESERT | CA | 44430 TOWN CENTER WAY | 92260 | Open Store | Open Store | GL |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|----|---------|----------|----------------|--------|----------|
| 1818 | 181800 | Rancho Cucamonga | CA | 8250 Day Creek Blvd | 91739 | Open Store | Open Store | GL |
| 9797 | 979700 | Scotts Valley | CA | 270 Mt Hermon Rd | 95066 | Open Store | Open Store | GL |
| 3828 | 382800 | Temecula | CA | 26471 Ynez Road | 92591 | Open Store | Open Store | GL |
| 1278 | 127800 | Torrance | CA | 22100 Hawthorn Blvd | 90503 | Open Store | Open Store | GL |
| 1111 | 111100 | Colorado Springs | CO | 2050 Southgate Rd | 80906 | Open Store | Open Store | GL |
| 1467 | 146700 | Ft Collins | CO | 205 E Foothills Pkwy | 80525 | Open Store | Open Store | GL |
| 6820 | 682000 | Boynton Beach | FL | 805 N Congress Ave | 33426 | Open Store | Open Store | GL |
| 2485 | 248500 | Brooksville | FL | 13085 Cortez Blvd | 34613 | Open Store | Open Store | GL |
| 1195 | 119500 | Ft Lauderdale | FL | 901 N Federal Hwy | 33304 | Open Store | Open Store | GL |
| 1456 | 145600 | Oviedo | FL | 1360 Oviedo Blvd | 32765 | Open Store | Open Store | GL |
| 1585 | 158500 | Tallahassee | FL | 1500 Apalachee Pkwy | 32301 | Open Store | Open Store | GL |
| 8049 | 804900 | HILO | HI | 50 Pohaku St | 96720 | Non-retail | Active Non- | GL |
| 8158 | 815800 | HONOLULU | HI | 2886 Paa St | 96819 | Non-retail | Active Non- | GL |
| 1738 | 173800 | Kaneohe(Sur) | HI | 46-056 Kamehameha Hwy | 96744 | Open Store | Open Store | GL |
| 8818 | 881800 | PEARL CITY | HI | 98-600 Kamehameha Hwy | 96782 | Non-retail | Active Non- | GL |
| 2936 | 293600 | Chicago | IL | 1800 W Lawrence Ave | 60640 | Open Store | Open Store | GL |
| 1640 | 164000 | Fairview Hts | IL | 235 Saint Clair Sq | 62208 | Open Store | Open Store | GL |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|----|---------|----------|----------------|--------|----------|
| 3251 | 325100 | Indianapolis | IN | 6780 W Washington St | 46241 | Open Store | Annc'd to | GL |
| 7042 | 704200 | Valparaiso | IN | 2801 Calumet Ave | 46383 | Open Store | Open Store | GL |
| 1161 | 116100 | Wichita-Town East | KS | 7700 E Kellogg Dr | 67207 | Open Store | Open Store | GL |
| 1283 | 128300 | Braintree | MA | 250 Granite St | 02184 | Open Store | Open Store | GL |
| 1374 | 137400 | Bel Air | MD | 658 Baltimore Pike | 21014 | Open Store | Open Store | GL |
| 1013 | 101300 | Glen Burnie | MD | 7900 Gov Ritchie Hwy | 21061 | Open Store | Open Store | GL |
| 7031 | 703100 | Menominee | MI | 1101-7Th Ave | 49858 | Open Store | Open Store | GL |
| 1722 | 172200 | Bloomington | MN | 2000 N E Court | 55425 | Open Store | Open Store | GL |
| 3405 | 340500 | Minneapolis | MN | 10 W Lake Street | 55408 | Open Store | Open Store | GL |
| 30956 | 3095600 | West St. Paul | MN | 50 Signal Hill Mall | 55118 | Closed Store | Closed Store | GL |
| 3239 | 323900 | Kansas City | MO | 7100 Nw Prairie View Rd | 64151 | Open Store | Annc'd to | GL |
| 62707 | 6270700 | SPRINGFIELD | MO | 3803 S Glenstone | 65804 | Closed Store | Closed Store | GL |
| 1335 | 133500 | Greensboro | NC | 3200 W Friendly Ave | 27408 | Open Store | Open Store | GL |
| 3744 | 374400 | Kill Devil Hills | NC | 1091 N Croatan Highway | 27948 | Open Store | Open Store | GL |
| 1041 | 104100 | Omaha | NE | 7424 Dodge St | 68114 | Open Store | Open Store | GL |
| 69722 | 6972200 | NORTH BRUNSWICK | NJ | 1055 Route 1 South | 08902 | Closed Store | Closed Store | GL |
| 9463 | 946300 | Somers Point | NJ | 250 New Rd (Rt 9) | 08244 | Open Store | Open Store | GL |
| 1684 | 168400 | Woodbridge | NJ | 150 Woodbridge Ctr Ct | 07095 | Open Store | Open Store | GL |

77

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|-----|---------|----------|----------------|--------|----------|
| 1709 | 170900 | Henderson | NV | 1245 W Warm Springs Rd | 89014 | Open Store | Annc'd to Close | GL |
| 2754 | 275400 | HENDERSON | NV | 1511 W SUNSET RD | 89014 | Closed Store | Closed Store | GL |
| 1828 | 182800 | Las Vegas | NV | 4355 Grand Canyon Dr | 89147 | Open Store | Open Store | GL |
| 26741 | 2674100 | Amherst | NY | 1261 Niagara Falls Blvd | 14226 | Closed Store | Closed Store | GL |
| 3862 | 386200 | Bohemia | NY | 5151 Sunrise Hwy | 11716 | Open Store | Open Store | GL |
| 7654 | 765400 | Bronx | NY | 300 Baychester Avenue | 10475 | Open Store | Open Store | GL |
| 2626 | 262600 | College Point | NY | 131-08 20Th Ave | 11356 | Open Store | Open Store | GL |
| 4871 | 487100 | Farmingville | NY | 2280 North Ocean Ave. | 11738 | Open Store | Open Store | GL |
| 2744 | 274400 | Horseheads/Elmira | NY | 3300 Chambers Rd | 14845 | Open Store | Open Store | GL |
| 1404 | 140400 | Massapequa | NY | 800 Sunrise Mall | 11758 | Open Store | Open Store | GL |
| 2741 | 274100 | Massapequa | NY | 34 Carmans Rd | 11758 | Open Store | Open Store | GL |
| 1894 | 189400 | Rochester | NY | 10 Miracle Mile Dr | 14623 | Open Store | Open Store | GL |
| 1081 | 108100 | Heath | OH | 771 S 30Th St | 43056 | Open Store | Open Store | GL |
| 2001 | 200100 | Piqua | OH | 987 E Ash St Ste 170 | 45356 | Open Store | Open Store | GL |
| 1280 | 128000 | Springdale | OH | 300 E Kemper Rd | 45246 | Closed Store | Closed Store | GL |
| 1073 | 107300 | Exton | PA | 222 Exton Square Mall | 19341 | Open Store | Open Store | GL |
| 1714 | 171400 | Greensburg | PA | 5256 Route 30 | 15601 | Open Store | Open Store | GL |
| 1644 | 164400 | Lancaster | PA | 200 Park City Ctr | 17601 | Open Store | Open Store | GL |
| 1654 | 165400 | Media | PA | 1067 W Baltimore Pike | 19063 | Open Store | Open Store | GL |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|-----|---------|----------|----------------|--------|----------|
| 1834 | 183400 | North Wales | PA | 600 Montgomery Mall | 19454 | Open Store | Open Store | GL |
| 2355 | 235500 | Hatillo(Arecibo) | PR | 506 Calle Truncado | 00659 | Open Store | Open Store | GL |
| 1905 | 190500 | Hato Rey | PR | Ave F D Roosevelt | 00918 | Open Store | Open Store | GL |
| 7783 | 778300 | Hato Rey | PR | Pr #22 & Pr #18 | 00918 | Open Store | Open Store | GL |
| 1935 | 193500 | Mayaguez | PR | 975 Hostos Ave Ste 110 | 00680 | Open Store | Open Store | GL |
| 7461 | 746100 | Clarksville | TN | 2300 Madison Street | 37043 | Closed Store | Closed Store | GL |
| 1386 | 138600 | Goodlettsville | TN | 1000 Rivergate Pkwy | 37072 | Open Store | Open Store | GL |
| 67036 | 6703600 | DALLAS | TX | 3407 W Northwest Hwy | 75220 | Closed Store | Closed Store | GL |
| 67409 | 6740900 | LAYTON | UT | 881 W Hillfield Rd | 84041 | Closed Store | Closed Store | GL |
| 1274 | 127400 | Chesterfield | VA | 11500 Midlothian Tpke | 23235 | Open Store | Open Store | GL |
| 2395 | 239500 | Manassas | VA | 8200 Sudley Rd | 20109 | Open Store | Open Store | GL |
| 1463 | 146300 | Burlington | VT | 155 Dorest St | 05403 | Open Store | Open Store | GL |
| 1129 | 112900 | Tacoma | WA | 4502 S Steele St Ste 100 | 98409 | Closed Store | Closed Store | GL |
| 1130 | 113000 | Janesville | WI | 2500 Milton Ave | 53545 | Open Store | Open Store | GL |
| 1915 | 191500 | Bayamon | PR | Avenida Aguas Buenas | 00959 | Open Store | Open Store | GL |
| 8722 | 108910 | Anchorage(Sur) | AK | 5900 Old Seward Highway | 99503 | Non-retail | Active Non-... | Owned |
| 8106 | 810600 | BIRMINGHAM | AL | 196 Vulcan Rd | 35209 | Non-retail | Active Non-... | Owned |
| 8706 | 870603 | BIRMINGHAM | AL | 262 Oxmoor Court | 35209 | Non-retail | Active Non-... | Owned |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|----|---------|----------|----------------|--------|----------|
| 30957 | 3095700 | Springdale | AR | 3142 West Sunset Ave | 72762 | Closed Store | Closed Store | Owned |
| 68235 | 6823500 | PHOENIX | AZ | 1717 E Mcdowell Rd | 85006 | Non-retail | Active Non-... | Owned |
| 3699 | 369900 | Apple Valley | CA | 20777 Bear Valley Road | 92308 | Open Store | Open Store | Owned |
| 7619 | 761903 | Atascadero | CA | 4180 El Camino Real | 93422 | Non-retail | Active Non-... | Owned |
| 4320 | 432003 | Bellflower | CA | 10400 Rosecrans | 90706 | Non-retail | Active Non-... | Owned |
| 4721 | 472103 | Coalinga | CA | 25 West Polk Street | 93210 | Non-retail | Active Non-... | Owned |
| 6233 | 623300 | Covina | CA | 710 W Arrow Hwy | 91722 | Closed Store | Closed Store | Owned |
| 3998 | 399800 | Dinubi | CA | East El Monte Way | 93618 | Non-retail | Active Non-... | Owned |
| 3998 | 399802 | Dinubi | CA | East El Monte Way | 93618 | Non-retail | Active Non-... | Owned |
| 8038 | 803800 | EL CAJON | CA | 1406 North Johnson Ave | 92020 | Non-retail | Active Non-... | Owned |
| 30958 | 3095800 | EL CENTRO | CA | 1950 N IMPERIAL AVE | 92243 | Non-retail | Active Non-... | Owned |
| 7916 | 791603 | Eureka | CA | 4325 Broadway | 95503 | Non-retail | Active Non-... | Owned |
| 7916 | 791604 | Eureka | CA | 4325 Broadway | 95503 | Non-retail | Active Non-... | Owned |
| 3982 | 398203 | Lemoore | CA | 215 W Hanford/Armona Rd | 93245 | Non-retail | Active Non-... | Owned |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|----|---------|----------|----------------|--------|----------|
| 3842 | 384203 | Oakdale | CA | 1555 E F ST | 98233 | Non-retail | Active Non-.. | Owned |
| 1068 | 106802 | Palmdale | CA | 1345 W Avenue P | 93551 | Non-retail | Active Non-.. | Owned |
| 1788 | 178800 | Richmond | CA | 2300 Hilltop Mall Rd | 94806 | Open Store | Open Store | Owned |
| 8098 | 809800 | SN BERNARDINO | CA | 595 S "G" St | 92410 | Non-retail | Active Non-.. | Owned |
| 6858 | 685800 | SN LUIS OBSPO | CA | 1310 Roundhouse Ave | 93401 | Non-retail | Active Non-.. | Owned |
| 3968 | 396800 | Wasco | CA | 2785 Highway 46 | 93280 | Non-retail | Active Non-.. | Owned |
| 2451 | 245100 | Greeley | CO | 2800 Greeley Mall | 80631 | Closed Store | Closed Store | Owned |
| 1075 | 107500 | Daytona Beach | FL | 1700 W Intl Speedway Blvd | 32114 | Open Store | Open Store | Owned |
| 1195 | 119503 | Ft Lauderdale | FL | 901 N Federal Hwy | 33304 | Non-retail | Active Non-.. | Owned |
| 7435 | 743500 | HIALEAH | FL | 5890 Nw 173Rd Drive | 33015 | Non-retail | Active Non-.. | Owned |
| 24025 | 2402500 | LONGWOOD | FL | 1024 FLORIDA CENTRALPKWY | 32750 | Non-retail | Active Non-.. | Owned |
| 4019 | 401900 | MELBOURNE | FL | 601 Atlantis Rd | 32904 | Non-retail | Active Non-.. | Owned |
| 2135 | 213500 | Sebring | FL | 901 Us27 N Ste 130 | 33870 | Open Store | Open Store | Owned |
| 8035 | 803500 | COLLEGE PARK | GA | 2511 Sullivan Rd | 30337 | Non-retail | Active Non-.. | Owned |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|----|---------|----------|----------------|--------|----------|
| 1251 | 125100 | Lithonia | GA | 8020 Mall Pkwy | 30038 | Closed Store | Closed Store | Owned |
| 7439 | 743900 | Council Bluff | IA | 1110 Woodbury Ave | 51503 | Closed Store | Closed Store | Owned |
| 31002 | 3100200 | MOUNTAIN HOME | ID | 2800 AMERICAN LEGION BLVD | 83647 | Non-retail | Active Non- | Owned |
| 61510 | 6151000 | Calumet City | IL | 2 River Oaks S/C | 60409 | Closed Store | Closed Store | Owned |
| 26985 | 2698500 | Chicago | IL | 79th/Stoney Island | 60617 | Non-retail | Active Non- | Owned |
| 30920 | 3092000 | Chicago | IL | 7050 S Pulaski | 60629 | Closed Store | Closed Store | Owned |
| 61030 | 6103000 | Chicago | IL | 6153 S Western Ave | 60636 | Closed Store | Closed Store | Owned |
| 26987 | 2698700 | Chicago * | IL | 6045 (or 6007) N Western Ave | 60659 | Non-retail | Active Non- | Owned |
| 261 | 26100 | Danville | IL | 26 N Vermillion | 61832 | Non-retail | Active Non- | Owned |
| 2632 | 263200 | Fairview Hts | IL | 317 Lincoln Hwy | 62208 | Open Store | Open Store | Owned |
| 6490 | 649000 | HOFFMAN EST | IL | 5334 Sears Parkway | 60192 | Non-retail | Active Non- | Owned |
| 30901 | 3090100 | Lansing | IL | 17355 Torrence Ave | 60438 | Closed Store | Closed Store | Owned |
| 30927 | 3092700 | Macomb | IL | 1325 East Jackson | 61455 | Closed Store | Closed Store | Owned |
| 470 | 47000 | MANTENO | IL | 8374 N 4000 EAST RD | 60950 | Non-retail | Active Non- | Owned |
| 6784 | 678400 | Matteson | IL | 4605 W Lincoln Hwy | 60443 | Open Store | Open Store | Owned |
| 30900 | 3090000 | New Lenox | IL | 1500 W Lincoln Hwy | 60451 | Closed Store | Closed Store | Owned |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|----|---------|----------|----------------|--------|----------|
| 31900 | 3190000 | Sterling | IL | 2901 E Fourth St | 61081 | Closed Store | Closed Store | Owned |
| 6062 | 606200 | Tinley Park | IL | Rte 43 & Us 6 | 60477 | Non-retail | Active Non-... | Owned |
| 26185 | 2618500 | Clarksville | IN | 1416 Blackiston Mill Rd | 47129 | Closed Store | Closed Store | Owned |
| 7246 | 724603 | Richmond | IN | 3150 National Road West | 47374 | Non-retail | Active Non-... | Owned |
| 8171 | 817100 | OVERLAND PARK | KS | 9000 Nieman Road | 66214 | Non-retail | Active Non-... | Owned |
| 9255 | 925500 | Palmer | MA | Wilbraham Road (Sr 20) | 01069 | Open Store | Open Store | Owned |
| 6303 | 630300 | BANGOR | ME | 60 Doane St | 04401 | Non-retail | Active Non-... | Owned |
| 31004 | 3100400 | CHARLOTTE | MI | 1658 Lansing Rd | 48813 | Non-retail | Active Non-... | Owned |
| 9245 | 924500 | Cheboygan | MI | 1131 E State St | 49721 | Closed Store | Closed Store | Owned |
| 30918 | 3091800 | Jackson | MI | 3001 E Mich Ave | 49202 | Closed Store | Closed Store | Owned |
| 6892 | 689200 | Taylor | MI | | 48180 | Non-retail | Active Non-... | Owned |
| 61106 | 6110600 | Jackson | MS | 1400 Metrocenter | 39209 | Closed Store | Closed Store | Owned |
| 30949 | 3094900 | Natchez | MS | 280 John R Junkin Dr | 39120 | Closed Store | Closed Store | Owned |
| 3213 | 321300 | SOUTHAVEN | MS | 7457 Airways | 38671 | Non-retail | Active Non-... | Owned |
| 31005 | 3100500 | ASHEBORO | NC | 1330 E. DIXIE DRIVE | 27356 | Non-retail | Active Non-... | Owned |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|---|---|---|---|---|---|---|---|---|
| 1475 | 147500 | Durham | NC | 6910 Fayetteville Rd Ste 400 | 27713 | Open Store | Open Store | Owned |
| 30961 | 3096100 | Greensboro | NC | 300 Penry Rd | 27405 | Non-retail | Active Non-... | Owned |
| 2374 | 237400 | Vineland | NJ | 8 W Landis Ave | 08360 | Closed Store | Closed Store | Owned |
| 6133 | 613300 | Reno | NV | West Side Of S. Virginia | 89030 | Non-retail | Active Non-... | Owned |
| 6298 | 629800 | SPARKS | NV | 350 Glendale Ave | 89431 | Non-retail | Active Non-... | Owned |
| 1353 | 135300 | De Witt/Syracuse | NY | 3649 Erie Blvd E | 13214 | Closed Store | Closed Store | Owned |
| 1514 | 151400 | Niagara Falls | NY | 6929 Williams Rd | 14304 | Closed Store | Closed Store | Owned |
| 8254 | 825400 | ROCHESTER | NY | 2213 Brighton Henrietta (Town Line ... | 14623 | Non-retail | Active Non-... | Owned |
| 26731 | 2673100 | Dublin | OH | 4975 Tuttle Crossing Blvd | 43016 | Closed Store | Closed Store | Owned |
| 1370 | 137000 | Eastland | OH | 2765 Eastland Mall | 43232 | Closed Store | Closed Store | Owned |
| 1310 | 131000 | Elyria | OH | 4900 Midway Mall | 44035 | Closed Store | Closed Store | Owned |
| 2940 | 294000 | Franklin | OH | 3457 Towne Blvd | 45005 | Closed Store | Closed Store | Owned |
| 3243 | 324303 | North Canton | OH | Main Street N Canton | 44720 | Non-retail | Active Non-... | Owned |
| 6092 | 609200 | North Canton | OH | Main Street N Canton | 44720 | Non-retail | Active Non-... | Owned |
| 1610 | 161000 | Northgate | OH | 9505 Colerain Ave | 45251 | Open Store | Annc'd to C... | Owned |
| 26588 | 2658800 | Salem | OH | 5200 Salem Ave | 45426 | Closed Store | Closed Store | Owned |

84

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|-----|---------|----------|----------------|--------|----------|
| 9676 | 967600 | Streetsboro | OH | 9059 State Rt #14 | 44241 | Closed Store | Closed Store | Owned |
| 37563 | 3756300 | Washington | OH | 1666 Columbus Ave | 43160 | Non-retail | Active Non-... | Owned |
| 1150 | 115000 | Westland | OH | 4411 W Broad St | 43228 | Closed Store | Closed Store | Owned |
| 1261 | 126100 | Midwest City | OK | 6909 E Reno Ave | 73110 | Closed Store | Closed Store | Owned |
| 1863 | 186300 | Johnstown | PA | 540 Galleria Dr | 15904 | Closed Store | Closed Store | Owned |
| 31924 | 3192400 | Moon Twp. | PA | 2000 Market Blvd - parking lot | 15108 | Non-retail | Active Non-... | Owned |
| 9394 | 939400 | Fajardo | PR | Eastern Reg'l S/C; State Road #3 | 00738 | Open Store | Open Store | Owned |
| 3853 | 385300 | Guayama | PR | Puerto Rico Hwy 3 | 00784 | Open Store | Open Store | Owned |
| 6488 | 648800 | Mayaguez | PR | Western Plaza S/C | 00680 | Non-retail | Active Non-... | Owned |
| 8935 | 893500 | RIO PIEDRAS | PR | Carr #176 Km 0.5; Gpo Box 70209 | 00936 | Non-retail | Active Non-... | Owned |
| 8975 | 897500 | RIO PIEDRAS | PR | Road #176 Km 0.5 Cupey Bajo | 00936 | Non-retail | Active Non-... | Owned |
| 30941 | 3094100 | Sioux Falls | SD | 3709 East 10Th Street | 57103 | Closed Store | Closed Store | Owned |
| 446 | 44600 | MEMPHIS | TN | 3456 Meyers Rd | 38108 | Non-retail | Active Non-... | Owned |
| 30934 | 3093400 | Memphis | TN | 3201 Austin Peay | 38128 | Closed Store | Closed Store | Owned |
| 26596 | 2659600 | Memphis/Hickory | TN | 6120 Hickory Ridge Mall | 38115 | Closed Store | Closed Store | Owned |

85

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|---|---|---|---|---|---|---|---|---|
| 8247 | 824700 | DICKINSON | TX | 1000 West Fm 517 | 77539 | Non-retail | Active Non- | Owned |
| 6874 | 687400 | HOUSTON | TX | 2737 HWY 6 S | 77082 | Closed Store | Closed Store | Owned |
| 8167 | 816700 | HOUSTON | TX | 525 E Little York Rd | 77037 | Non-retail | Active Non- | Owned |
| 61237 | 6123700 | HOUSTON | TX | 100 Greenspoint Mall | 77060 | Closed Store | Closed Store | Owned |
| 2332 | 233200 | San Antonio | TX | 8551 Wurzbach Road | 56701 | Open Store | Open Store | Owned |
| 1065 | 106500 | Glen Allen | VA | 10101 Brook Rd | 23059 | Open Store | Open Store | Owned |
| 26717 | 2671700 | Newport News | VA | 12263 Hornsby Lane | 23602 | Closed Store | Closed Store | Owned |
| 3544 | 354400 | Salem | VA | 1355 West Main Street | 24153 | Closed Store | Closed Store | Owned |
| 8345 | 834500 | VIRGINIA BEACH | VA | 102 South Witchduck Rd | 23462 | Non-retail | Active Non- | Owned |
| 2299 | 229900 | Aberdeen | WA | 1219 S Boone St | 98520 | Open Store | Open Store | Owned |
| 6579 | 657900 | Spokane | WA | 7005 N Division St | 99207 | Open Store | Open Store | Owned |
| 31903 | 3190300 | Fort Atkinson | WI | 1309 N High St | 53538 | Closed Store | Closed Store | Owned |
| 3589 | 358903 | Cleveland | OH | 14901 Lorain Ave | 44111 | Non-retail | Active Non- | Owned |
| 3628 | 362803 | Tolleson | AZ | 8701 West Mc Dowell | 85353 | Non-retail | Active Non- | Owned |
| 7309 | 730903 | TEXARKANA | TX | 4520 W 7TH ST | 75501 | Non-retail | Active Non- | Owned |
| 31930 | 3193003 | HIALEAH | FL | 5750 NW 183RD ST | 33015 | Non-retail | Active Non- | Owned |

### B. LEASED UNENCUMBERED REAL PROPERTY NOT SUBJECT TO A VALID AND PERFECTED LIEN AS OF THE PETITION DATE

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|---|---|---|---|---|---|---|---|
| 8706 | 870600 | BIRMINGHAM | AL | 262 Oxmoor Court | 35209 | Non-retail | Active Non- |
| 24002 | 2400200 | BIRMINGHAM | AL | 2194-A Parkway Lake Dr | 35244 | Non-retail | Active Non- |
| 2306 | 230600 | Gadsden | AL | 1001 Rainbow Dr | 35901 | Open Store | Annc'd to |
| 49003 | 4900300 | MOBILE | AL | 3412 Demotropolis Rd | 36693 | Non-retail | Active Non- |
| 2126 | 212600 | Hot Springs | AR | 4501 Central Ave Ste 101 | 71913 | Open Store | Open Store |
| 8941 | 894100 | LITTLE ROCK | AR | 1900 W 65Th St-Ste 10 | 72209 | Non-retail | Active Non- |
| 1206 | 120600 | North Little Rock | AR | 3930 Mccain Blvd | 72116 | Open Store | Open Store |
| 9711 | 971100 | Russellville | AR | 2821 East Main St | 72801 | Open Store | Annc'd to |
| 1169 | 116900 | Chandler | AZ | 3177 Chandler Village Dr | 85226 | Open Store | Annc'd to |
| 2358 | 235800 | Flagstaff | AZ | 4800 N Us Highway 89 | 86004 | Open Store | Annc'd to |
| 1798 | 179800 | Glendale | AZ | 7780 W Arrowhead Towne Ctr | 85308 | Open Store | Open Store |
| 3707 | 370700 | Lake Havasu City | AZ | 1870 Mc Cullouch Blvd | 86403 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|---|---|---|---|---|---|---|---|
| 7088 | 708800 | MESA | AZ | 952 E Baseline Rd; Ste 111 | 85204 | Non-retail | Active Non- |
| 1078 | 107800 | Mesa/East | AZ | 6515 E Southern Ave | 85206 | Open Store | Annc'd to |
| 1768 | 176800 | Paradise Vly | AZ | 4604 E Cactus Rd | 85032 | Open Store | Open Store |
| 8778 | 877800 | PHOENIX | AZ | 844 N 44Th Ave Ste 2 | 85043 | Non-retail | Active Non- |
| 24521 | 2452100 | PHOENIX | AZ | 4401 Baseline Rd; Ste 205 | 85042 | Non-retail | Active Non- |
| 1708 | 170800 | Phoenix-Desert Sky | AZ | 7611 W Thomas Rd | 85033 | Open Store | Annc'd to |
| 2218 | 221800 | Prescott | AZ | 3400 Gateway Blvd | 86303 | Open Store | Open Store |
| 5865 | 586500 | Scottsdale - Showroom | AZ | 15500 Greenway-Hayden Loop | 85260 | Open Store | Open Store |
| 2047 | 204700 | Sierra Vista | AZ | 2250 El Mercado Loop | 85635 | Open Store | Annc'd to |
| 5880 | 588000 | TEMPE | AZ | 9025 S Kyrene Rd (Suites 101-105) | 85284 | Non-retail | Active Non- |
| 49028 | 4902800 | TEMPE | AZ | 8440 S Hardy Dr | 85284 | Non-retail | Active Non- |
| 8937 | 893700 | TUCSON | AZ | 807 S Euclid | 85719 | Non-retail | Active Non- |
| 49011 | 4901100 | TUCSON | AZ | 4755 S Butterfield Dr | 85714 | Non-retail | Active Non- |
| 5866 | 586600 | Tucson (Marana) - Showroom | AZ | 3850 W. Orange Grove Road | 85741 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Prope rty | Status |
|------|-------|------|-----|---------|----------|-----------|--------|
| 2078 | 207800 | Yuma | AZ | 3150 S 4Th Ave | 85364 | Open Store | Annc'd to |
| 36314 | 3631400 | BANANI, DHAKA-1213 | BANGLADE SH | 7TH FLOOR, BOOTH WING | --- | Non-retail | Active Non- |
| 4762 | 476200 | Antioch | CA | 3625 East 18Th Street | 94509 | Open Store | Annc'd to |
| 7619 | 761900 | Atascadero | CA | 3980 El Camino Real | 93422 | Open Store | Open Store |
| 9608 | 960800 | Auburn | CA | 2505 Bell Rd | 95603 | Open Store | Open Store |
| 1318 | 131800 | Bakersfield | CA | 3001 Ming Ave | 93304 | Open Store | Annc'd to |
| 1018 | 101800 | Baldwin Hills | CA | 3755 Santa Rosalia Dr | 90008 | Open Store | Open Store |
| 8901 | 890100 | BENICIA | CA | 521 Stone Rd | 94510 | Non-retail | Active Non- |
| 7653 | 765300 | Big Bear Lake | CA | 42126 Big Bear Blvd | 92315 | Open Store | Open Store |
| 7756 | 775600 | Bishop | CA | 1200 N Main St | 93514 | Open Store | Open Store |
| 1008 | 100800 | Boyle | CA | 2650 E Olympic Blvd | 90023 | Open Store | Open Store |
| 1638 | 163800 | Brea | CA | 100 Brea Mall | 92821 | Clos ed | Closed Store |
| 1268 | 126800 | Buena Park | CA | 8150 La Palma Ave | 90620 | Open Store | Open Store |
| 3834 | 383400 | Burbank | CA | 1000 San Fernando Road | 91504 | Open Store | Open Store |
| 7165 | 716500 | Camarillo | CA | 940 Arneill Rd | 93010 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|------|-------|------|----|---------|----------|----------|--------|
| 1518 | 151800 | Cerritos | CA | 100 Los Cerritos Mall | 90703 | Open Store | Annc'd to |
| 3086 | 308600 | Chico | CA | 2155 Pillsbury Rd | 95926 | Open Store | Open Store |
| 1358 | 135800 | Chula Vista | CA | 565 Broadway | 91910 | Open Store | Open Store |
| 1098 | 109800 | Clovis | CA | 1140 Shaw Ave | 93612 | Open Store | Open Store |
| 3582 | 358200 | Clovis | CA | 1075 Shaw Ave | 93612 | Open Store | Annc'd to |
| 7098 | 709800 | Concord | CA | 5100 Clayton Road | 94521 | Open Store | Open Store |
| 5798 | 579800 | Concord-McPhails Showroom | CA | 2260 Commerce Ave Ste E | 94520 | Open Store | Open Store |
| 1388 | 138800 | Costa Mesa | CA | 3333 Bristol St | 92626 | Open Store | Annc'd to |
| 4047 | 404700 | Costa Mesa | CA | 2200 Harbor Blvd | 92627 | Open Store | Open Store |
| 5382 | 538200 | Costa Mesa | CA | 3333 Bristol St. | 92626 | Open Store | Open Store |
| 3945 | 394500 | Delano | CA | 912 County Line Rd | 93215 | Open Store | Annc'd to |
| 1988 | 198800 | El Centro | CA | 3751 S Dogwood Ave | 92243 | Open Store | Annc'd to |
| 2628 | 262800 | Eureka | CA | 3300 Broadway | 95501 | Open Store | Open Store |
| 1408 | 140800 | Florin | CA | 5901 Florin Rd | 95823 | Open Store | Annc'd to |
| 8963 | 896300 | Fontana | CA | 14650 Miller Ave | 92336 | Non-retail | Active Non- |

90

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|------|-------|------|----|---------|----------|----------|--------|
| 1208 | 120800 | Fresno | CA | 3636 N Blackstone Ave | 93726 | Open Store | Open Store |
| 8366 | 836600 | Fresno | CA | 1922 N HELM AVE | 93727 | Non-retail | Active Non- |
| 8913 | 891300 | Fresno | CA | 3688 E. Central Avenue | 93725 | Non-retail | Active Non- |
| 7195 | 719500 | Goleta | CA | 6865 Hollister Ave | 93117 | Closed | Closed Store |
| 9746 | 974600 | Grass Valley | CA | 111 W Mc Knight Way | 95949 | Open Store | Open Store |
| 2656 | 265600 | Hanford | CA | Hanford Mall - 1545 Mall Drive | 93230 | Open Store | Open Store |
| 1248 | 124800 | Hayward | CA | 660 W Winton Ave | 94545 | Open Store | Open Store |
| 5689 | 568900 | HAYWARD | CA | 30803 SANTANA STREET | 94544 | Non-retail | Active Non- |
| 4819 | 481900 | Lakeport | CA | 2019 South Main | 95453 | Open Store | Open Store |
| 8258 | 825800 | LAKEWOOD | CA | 5436 Woodruff Ave | 90713 | Non-retail | Active Non- |
| 3982 | 398200 | Lemoore | CA | 215 W Hanford/Armona Rd | 93245 | Open Store | Annc'd to |
| 24510 | 2451000 | LIVERMORE | CA | 283 E Airway Blvd | 94551 | Non-retail | Active Non- |
| 7225 | 722500 | Los Angeles | CA | 6310 W 3Rd Street | 90036 | Open Store | Annc'd to |
| 8253 | 825300 | MCCLELLAN | CA | 4326 Forcum Ave | 95652 | Non-retail | Active Non- |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|------|-------|------|-----|---------|----------|----------|--------|
| 7390 | 739000 | McKinleyville | CA | 1500 Anna Sparks Way | 95521 | Open Store | Open Store |
| 2298 | 229800 | Merced | CA | 1011 W Olive Ave | 95348 | Open Store | Annc'd to Cl |
| 8868 | 886800 | MILPITAS | CA | 1021 Cadillac Ct | 95035 | Non-retail | Active Non- |
| 8780 | 878000 | Mira Loma | CA | 3100 Milliken Ave | 91752 | Non-retail | Active Non- |
| 8928 | 892800 | MIRA LOMA(JURUPA VL) | CA | 11385 Venture Dr; Bldg A | 91752 | Non-retail | Active Non- |
| 1618 | 161800 | Modesto | CA | 100 Vintage Faire Mall | 95356 | Open Store | Annc'd to Cl |
| 3345 | 334500 | Modesto | CA | 1351 E Hatch Rd | 95351 | Open Store | Annc'd to Cl |
| 1748 | 174800 | Montclair | CA | 5080 Montclair Plz Ln | 91763 | Open Store | Open Store |
| 1998 | 199800 | Montebello | CA | 1401 N Montebello Blvd | 90640 | Open Store | Annc'd to Cl |
| 1868 | 186800 | Moreno Vly | CA | 22550 Town Cir | 92553 | Open Store | Open Store |
| 1698 | 169800 | Newark | CA | 6000 Mowry Ave | 94560 | Closed S | Closed Store |
| 1168 | 116800 | No Hollywood | CA | 12121 Victory Blvd | 91606 | Open Store | Open Store |
| 4421 | 442100 | North Hollywood | CA | 13007 Sherman Way | 91605 | Open Store | Open Store |
| 1508 | 150800 | Northridge | CA | 9301 Tampa Ave | 91324 | Open Store | Open Store |
| 3842 | 384200 | Oakdale | CA | 175 Maag Avenue | 95361 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|------|-------|------|-----|---------|----------|----------|--------|
| 3483 | 348300 | Ontario | CA | 2530 S Euclid Ave | 91762 | Open Store | Annc'd to |
| 8287 | 828700 | Ontario | CA | 5600 East Airport Rd | 91761 | Non-retail | Active Non- |
| 8729 | 872900 | ONTARIO | CA | 5691 E Philadelphia; Ste 100 | 92337 | Non-retail | Active Non- |
| 1968 | 196800 | Palm Desert | CA | 72-880 Hwy 111 | 92260 | Open Store | Open Store |
| 9551 | 955100 | Paradise | CA | 6600 Clark Road | 95969 | Open Store | Open Store |
| 3501 | 350100 | Petaluma | CA | 261 N Mc Dowell Blvd | 94954 | Open Store | Open Store |
| 3531 | 353100 | Pinole | CA | 1500 Fitzgerald Dr | 94564 | Open Store | Annc'd to |
| 7471 | 747100 | Placerville | CA | 3968-A Missouri Flat Road | 95667 | Open Store | Annc'd to |
| 1019 | 101900 | Pleasanton | CA | 1700 Stoneridge Dr | 94588 | Open Store | Annc'd to |
| 3678 | 367800 | Ramona | CA | 1855 Main Street | 92065 | Open Store | Open Store |
| 5668 | 566800 | Rancho Cordova | CA | 11340 WHITE ROCK ROAD | 95742 | Open Store | Open Store |
| 4349 | 434900 | Redwood City | CA | 1155 Veteran'S Blvd | 94063 | Open Store | Open Store |
| 1298 | 129800 | Riverside | CA | 5261 Arlington Ave | 92504 | Open Store | Open Store |
| 4706 | 470600 | Riverside | CA | 375 E Alessandro Blvd | 92508 | Open Store | Annc'd to |
| 7175 | 717500 | Riverside | CA | 7840 Limonite Ave | 92509 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|---|---|---|---|---|---|---|---|
| 5784 | 578400 | ROHNERT PARK | CA | 6085 State Farm Drive | 94928 | Non-retail | Active Non- |
| 8768 | 876800 | SACRAMENTO | CA | 1200 Blumenfeld Dr | 95815 | Non-retail | Active Non- |
| 24547 | 2454700 | SACRAMENTO | CA | 1200 Del Paso Rd; Ste 100 | 95834 | Non-retail | Active Non- |
| 1688 | 168800 | Salinas | CA | 1700 N Main St | 93906 | Open Store | Open Store |
| 3412 | 341200 | Salinas | CA | 1050 North Davis Road | 93907 | Open Store | Open Store |
| 1398 | 139800 | San Bernardino | CA | 100 Inland Ctr | 92408 | Open Store | Open Store |
| 1478 | 147800 | San Bruno | CA | 1178 El Camino Real | 94066 | Open Store | Open Store |
| 8748 | 874800 | SAN DIEGO | CA | 960 Sherman St | 92110 | Non-retail | Active Non- |
| 24523 | 2452300 | SAN DIEGO | CA | 9586 Distribution Ave; Ste F | 92121 | Non-retail | Active Non- |
| 62529 | 6252900 | San Diego | CA | 7655 Clairemont Mesa Blvd | 92111 | Closed | Closed Store |
| 31882 | 3188200 | San Diego | CA | 5405 University Ave | 92105 | Closed | Closed Store |
| 5000 | 500000 | San Francisco | CA | 310 Carolina Street | 94103 | Open Store | Open Store |
| 38112 | 3811200 | San Francisco | CA | 201 Spear St | 94105 | Non-retail | Active Non- |
| 8398 | 839800 | SAN JOSE | CA | 1202 S Sixth St | 95112 | Non-retail | Active Non- |

| Unit | RE ID | NAME | ST | Address | Zip Code | Prope rty | Status |
|------|-------|------|-----|---------|----------|-----------|--------|
| 38734 | 3873400 | San Jose | CA | 1735 Technology Drive, Suite 600 | 95110 | Non-retail | Active Non- |
| 1488 | 148800 | San Jose-Eastridge | CA | 2180 Tully Rd | 95122 | Open Store | Open Store |
| 30969 | 3096900 | San Leandro | CA | 250 Floresta Blvd | 94578 | Closed | Closed Store |
| 5787 | 578700 | San Rafael - McPhails Showroom | CA | 530 W Francisco Blvd | 94901 | Open Store | Open Store |
| 8369 | 836900 | SANTA ANA | CA | 400 W Warner Ave | 92707 | Non-retail | Active Non- |
| 8808 | 880800 | SANTA ANA | CA | 500 W Warner Ave #28 | 92707 | Non-retail | Active Non- |
| 2138 | 213800 | Santa Barbara | CA | 3845 State St | 93105 | Open Store | Open Store |
| 5764 | 576400 | Santa Clara | CA | 52 Winchester Blvd; Suite A | 95050 | Non-retail | Active Non- |
| 24548 | 2454800 | SANTA CLARITA | CA | 28159 AVENUE STANFORD | 91355 | Non-retail | Active Non- |
| 2308 | 230800 | Santa Cruz | CA | 4015 Capitola Rd | 95062 | Open Store | Annc'd to |
| 24524 | 2452400 | Santa Fe Springs | CA | 10415 Slushier Dr | 90670 | Non-retail | Active Non- |
| 2088 | 208800 | Santa Maria | CA | 200 Town Ctr E | 93454 | Open Store | Open Store |
| 7639 | 763900 | Santa Paula | CA | 895 Faukner Road | 93060 | Open Store | Open Store |
| 1658 | 165800 | Santa Rosa | CA | 100 Santa Rosa Plz | 95401 | Open Store | Annc'd to |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|---|---|---|---|---|---|---|---|
| 9153 | 915300 | South Lake Tahoe | CA | 1056 Emerald Bay Rd | 96150 | Open Store | Open Store |
| 3076 | 307600 | Spring Valley | CA | 935 Sweetwater Rd | 91977 | Open Store | Annc'd to |
| 3174 | 317400 | Stockton | CA | 2180 E Mariposa Rd | 95205 | Open Store | Open Store |
| 8708 | 870800 | STOCKTON | CA | 2115 Sinclair Avenue | 95215 | Non-retail | Active Non- |
| 8758 | 875800 | SYLMAR | CA | 14090 Balboa Blvd | 91342 | Non-retail | Active Non- |
| 4751 | 475100 | Tehachapi | CA | 710 West Tehachapi | 93561 | Open Store | Open Store |
| 1108 | 110800 | Temecula | CA | 40710 Winchester Rd | 92591 | Open Store | Open Store |
| 3127 | 312700 | Temple City | CA | 5665 N Rosemead Blvd | 91780 | Open Store | Open Store |
| 2059 | 205900 | Tracy | CA | 3350 Naglee Rd | 95304 | Open Store | Open Store |
| 62538 | 6253800 | TUSTIN | CA | 2505 El Camino Real | 92782 | Closed | Closed Store |
| 3018 | 301800 | Valencia | CA | 23222 W Valencia Blvd | 91355 | Closed | Closed Store |
| 1148 | 114800 | Ventura | CA | 3295 E Main St | 93003 | Open Store | Open Store |
| 68738 | 3685300 | VERNON | CA | 2700 Fruitland Ave | 90058 | Non-retail | Active Non- |
| 68738 | 6873800 | VERNON | CA | 5525 S. Soto Street | 90058 | Non-retail | Active Non- |
| 2829 | 282900 | Victorville | CA | 14420 Bear Valley Rd | 92392 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Prope rty | Status |
|------|-------|------|-----|---------|----------|-----------|--------|
| 6628 | 662800 | VICTORVILLE | CA | 13695 Mariposa Rd | 92395 | Non-retail | Active Non- |
| 2068 | 206800 | Visalia | CA | 3501 S Mooney Blvd | 93277 | Open Store | Open Store |
| 2068 | 206802 | Visalia | CA | 3501 S Mooney Blvd | 93277 | Non-retail | Active Non- |
| 9761 | 976100 | Visalia | CA | 3247 W Noble Ave | 93277 | Open Store | Annc'd to |
| 1189 | 118900 | West Covina | CA | 1209 Plz Dr | 91790 | Open Store | Open Store |
| 3235 | 323500 | West Covina | CA | 730 South Orange | 91790 | Open Store | Open Store |
| 9489 | 948900 | WEST HILLS | CA | 8407 FALLBROOK AVE | 91304 | Non-retail | Active Non- |
| 1149 | 114900 | Whittier | CA | 15600 Whittwood Ln | 90603 | Open Store | Open Store |
| 2238 | 223800 | Yuba City | CA | 1235 Colusa Ave | 95991 | Open Store | Open Store |
| 1141 | 114100 | Aurora | CO | 14200 E Alameda Ave | 80012 | Open Store | Open Store |
| 8290 | 829000 | Brighton | CO | 18875 Bromley Lane | 80601 | Non-retail | Active Non- |
| 1131 | 113100 | Centennial | CO | 7001 S University Blvd | 80122 | Open Store | Annc'd to |
| 1221 | 122100 | Chapel Hills | CO | 1650 Briargate Blvd | 80920 | Open Store | Open Store |
| 4224 | 3193100 | Denver | CO | 2150 S Monaco St Pkwy | 80222 | Clos ed | Closed Store |
| 24507 | 2450700 | DENVER | CO | 12330E 46Th Ave; Unit 300 | 80239 | Non-retail | Active Non- |

| Unit | RE ID | NAME | ST | Address | Zip Code | Prope rty | Status |
|------|-------|------|----|---------|----------|-----------|--------|
| 2361 | 236100 | Grand Junction | CO | 100 Mesa Mall | 81505 | Open Store | Annc'd to |
| 1071 | 107100 | Lakewood | CO | 10785 W Colfax Ave | 80215 | Open Store | Annc'd to |
| 7329 | 732900 | Loveland | CO | 2665 W Eisenhower | 80537 | Open Store | Open Store |
| 4453 | 445300 | Pueblo | CO | 3415 N Elizabeth St | 81008 | Open Store | Open Store |
| 78723 | 7872300 | Becon Falls | CT | 125 Railroad Ave | 06403 | Non-retail | Active Non- |
| 1303 | 130300 | Danbury | CT | 7 Backus Ave (Ex 3 Rt 84) | 06810 | Open Store | Open Store |
| 1014 | 101400 | Enfield | CT | 90 Elm St | 06082 | Clos ed | Closed Store |
| 1134 | 113400 | Milford | CT | 1201 Boston Post RdSp 2095 | 06460 | Open Store | Annc'd to |
| 3495 | 349500 | Milford | CT | 589 Bridgeport Ave | 06460 | Open Store | Annc'd to |
| 8743 | 874300 | NEWINGTON | CT | 65 Holmes Rd | 06111 | Non-retail | Active Non- |
| 24592 | 2459200 | ROCKY HILL | CT | 51 Belamose Ave | 06067 | Non-retail | Active Non- |
| 3216 | 321600 | Vernon | CT | 295 Hartford Turnpike | 06066 | Open Store | Open Store |
| 1193 | 119300 | Waterford | CT | 850 Hartford Tnpk | 06385 | Open Store | Annc'd to |
| 7109 | 710900 | Watertown | CT | 595 Straits Turnpike | 06795 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|---|---|---|---|---|---|---|---|
| 8723 | 872300 | West Haven | CT | 190 Frontage Rd | 06516 | Non-retail | Active Non- |
| 4807 | 480700 | Bear | DE | 301 Governor Place | 19701 | Open Store | Open Store |
| 4456 | 445600 | BRIDGEVILLE | DE | 7494 Federalsburg Road | 19933 | Non-retail | Active Non- |
| 2654 | 265400 | Dover | DE | 1000 Dover Mall | 19901 | Closed | Closed Store |
| 7725 | 772500 | Rehoboth Beach | DE | 19563 Coastal Hwy, Unit A | 19971 | Open Store | Open Store |
| 3873 | 387300 | Wilmington | DE | 4700 Limestone Road | 19808 | Open Store | Open Store |
| 1355 | 135500 | Altamonte Spg | FL | 451 E Altamonte Dr Ste 401 | 32714 | Closed | Closed Store |
| 24033 | 2403300 | ALTAMONTE SPG | FL | 1260 American Way#156 | 32714 | Non-retail | Active Non- |
| 3317 | 331700 | Boca Raton | FL | 1401 W Palmetto Park Rd | 33486 | Open Store | Open Store |
| 5958 | 595800 | Bonita Springs Showroom | FL | 27180 Bay Landing Dr | 34135 | Open Store | Open Store |
| 1755 | 175500 | Boynton Beach | FL | 801 N Congress Ave | 33426 | Open Store | Open Store |
| 2565 | 256500 | Bradenton | FL | 303 Us Hwy 301 Blvd W | 34205 | Open Store | Annc'd to |
| 7321 | 732100 | Bradenton | FL | 7321 Manatee Ave West | 34209 | Open Store | Open Store |
| 1007 | 100700 | Brandon | FL | 686 Brandon Town Center Mall | 33511 | Open Store | Open Store |
| 1125 | 112500 | Coral Gables | FL | 3655 Sw 22Nd St | 33145 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|---|---|---|---|---|---|---|---|
| 1715 | 171500 | Doral(Miami) | FL | 1625 Nw 107Th Ave | 33172 | Open Store | Annc'd to |
| 4893 | 489300 | Ellenton | FL | 6126 Highway 301 | 34222 | Open Store | Open Store |
| 7067 | 706700 | Fort Myers | FL | 3853 Cleveland Ave S | 33901 | Closed | Closed Store |
| 1495 | 149500 | Ft Myers | FL | 4125 Cleveland Ave Suite 88 | 33901 | Open Store | Open Store |
| 5863 | 586300 | Ft Myers | FL | 7916 Drew Circle | 33967 | Non-retail | Active Non- |
| 8972 | 897200 | FT MYERS | FL | 10898 Metro Parkway | 33966 | Non-retail | Active Non- |
| 8990 | 899000 | FT PIERCE | FL | All South Delivery | 34945 | Non-retail | Active Non- |
| 3424 | 342400 | Gainesville | FL | 900 N W 76 Boulevard | 32606 | Open Store | Annc'd to |
| 1345 | 134500 | Hialeah/Westland | FL | 1625 W 49Th St | 33012 | Open Store | Open Store |
| 3818 | 381800 | Hollywood | FL | 3800 Oakwood Blvd | 33020 | Open Store | Open Store |
| 425 | 42500 | JACKSONVILLE | FL | 10512 Busch Dr N | 32218 | Non-retail | Active Non- |
| 7979 | 797900 | JACKSONVILLE | FL | 3555-1 St Johns Bluff Road S | 32224 | Non-retail | Active Non- |
| 2315 | 231500 | Jensen Bch(Stuart) | FL | 3342 Nw Federal HwyUs 1 | 34957 | Open Store | Open Store |
| 9614 | 961400 | Key Largo | FL | 101399 Overseas Highway | 33037 | Open Store | Open Store |
| 2215 | 221500 | Key West | FL | 3200 N Roosevelt Blvd | 33040 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|------|-------|------|-----|---------|----------|----------|--------|
| 4725 | 472500 | Key West | FL | 2928 North Roosevelt Blvd | 33040 | Open Store | Open Store |
| 49012 | 4901200 | LAKE MARY | FL | 3200 Lake Emma Rd; Suite 1020 | 32746 | Non-retail | Active Non- |
| 1955 | 195500 | Lakeland | FL | 3800 Us Highway 98 N Ste 500 | 33809 | Open Store | Annc'd to |
| 3269 | 326900 | Lantana | FL | 1201 S Dixie | 33462 | Open Store | Open Store |
| 2745 | 274500 | Leesburg | FL | 10401 Us Highway 441 Ste 2002 | 34788 | Open Store | Open Store |
| 9224 | 922400 | Marathon | FL | 5561 Overseas Hwy | 33050 | Open Store | Open Store |
| 2245 | 224500 | Melbourne | FL | 1050 S Babcock St | 32901 | Open Store | Annc'd to |
| 3074 | 307400 | Miami | FL | 14091 S W88Th St | 33186 | Open Store | Open Store |
| 3793 | 379300 | Miami | FL | 12350 Sw 8Th Street | 33184 | Open Store | Annc'd to |
| 4728 | 472800 | Miami | FL | 3825 7Th Street North W | 33126 | Open Store | Open Store |
| 8065 | 806500 | MIAMI | FL | 3301 Nw 107Th Ave | 33178 | Non-retail | Active Non- |
| 5991 | 599100 | Miami - Showroom | FL | 6300 S Dixie Hwy | 33143 | Open Store | Open Store |
| 1365 | 136500 | Miami/Cutler Rdg | FL | 20701 Sw 112Th Ave | 33189 | Open Store | Open Store |
| 2056 | 205600 | Mry Est/Ft Wltn Bch | FL | 300 Mary Esther Blvd | 32569 | Open Store | Annc'd to |
| 2695 | 269500 | Naples | FL | 2000 9Th StN | 34102 | Open Store | Annc'd to |

101

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|------|-------|------|----|---------|---------|--------|--------|
| 5237 | 523700 | Oakland Park | FL | 3484 NE 12th Ave | 33334 | Open Store | Open Store |
| 1006 | 100600 | Ocala | FL | 3100 Sw College Rd Ste 300 | 34474 | Open Store | Annc'd to |
| 8864 | 886400 | OCALA | FL | 5041 W Silver Springs Blvd | 34482 | Non-retail | Active Non- |
| 2805 | 280500 | Panama City | FL | 733 N Highway 231 | 32405 | Open Store | Annc'd to |
| 1775 | 177500 | Pembroke Pines | FL | 12055 Pines Blvd | 33026 | Open Store | Open Store |
| 31918 | 3191800 | Pembroke Pines | FL | 10501 Pines Blvd | 33026 | Closed | Closed Store |
| 8066 | 806600 | PENSACOLA | FL | 7801 Sears Blvd | 32514 | Non-retail | Active Non- |
| 8957 | 895700 | PENSACOLA | FL | 7801 Sears Blvd | 32514 | Non-retail | Active Non- |
| 24019 | 2401900 | PENSACOLA | FL | 8761 Ely Rd; Unit B | 32514 | Non-retail | Active Non- |
| 1205 | 120500 | Pompano Beach | FL | 2251 N Federal Hwy | 33062 | Open Store | Annc'd to |
| 5962 | 596200 | Pompano Beach - Showroom | FL | 1742 W. Atlantic Blvd | 33069 | Open Store | Open Store |
| 2145 | 214500 | Port Charlotte | FL | 1441 Tamiami Trl | 33948 | Open Store | Open Store |
| 5976 | 597600 | Sarasota | FL | 5670 Fruitville Rd | 34232 | Open Store | Open Store |
| 4355 | 435500 | St. Petersburg | FL | 4501 66Th Street N | 33709 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|------|-------|------|-----|---------|----------|----------|--------|
| 8815 | 881500 | SUNRISE | FL | 900 International Parkway | 33323 | Non-retail | Active Non- |
| 8895 | 889500 | TAMPA | FL | 8640 Elm Fair Blvd | 33610 | Non-retail | Active Non- |
| 24023 | 2402300 | TAMPA | FL | 4713 Oak Fair Blvd | 33610 | Non-retail | Active Non- |
| 1745 | 174500 | Tampa/Westshore | FL | 347 Westshore Plz | 33609 | Open Store | Open Store |
| 1465 | 146500 | Tampa-University | FL | 2266 University Square Mall | 33612 | Open Store | Annc'd to |
| 1066 | 106600 | The Avenues | FL | 10302 Southside Blvd | 32256 | Open Store | Open Store |
| 7294 | 729400 | Vero Beach | FL | 1501 U S 1 | 32960 | Open Store | Open Store |
| 5959 | 595900 | West Palm Bch - Showroom | FL | 400 Northpoint Pkwy Ste403 | 33407 | Open Store | Open Store |
| 5185 | 518500 | Winter Park | FL | 500 S. Park Avenue | 32789 | Open Store | Open Store |
| 8825 | 882500 | WINTER PARK | FL | 3825 Forsyth Rd | 32792 | Non-retail | Active Non- |
| 1385 | 138500 | Atlanta | GA | 1500 Cumberland Mall Se | 30339 | Open Store | Annc'd to |
| 4931 | 493100 | AUGUSTA | GA | 2417 Regency Blvd Ste 6 | 30906 | Non-retail | Active Non- |
| 3713 | 371300 | Covington | GA | 6239 Turner Lake Road | 30014 | Open Store | Annc'd to |
| 2505 | 250500 | Gainesville | GA | 150 Pearl Nix Pkwy | 30501 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|------|-------|------|----|---------| ---------|----------|--------|
| 24018 | 2401800 | NORCROSS | GA | 1650 International Court, Unit 200 | 30093 | Non-retail | Active Non- |
| 3978 | 397800 | Peachtree City | GA | 400 Crosstown Road | 30269 | Open Store | Annc'd to |
| 8872 | 887200 | PENDERGRASS | GA | 580 Raco Parkway | 30575 | Non-retail | Active Non- |
| 1305 | 130500 | Savannah | GA | 7810 Abercorn St | 31406 | Open Store | Annc'd to |
| 8902 | 890200 | SAVANNAH | GA | 3 Patton Rd; Ste 150 Bldg G | 31405 | Non-retail | Active Non- |
| 1578 | 157800 | Aiea Oahu-Pearl Rdg | HI | 98-180 Kamehameha Hwy | 96701 | Open Store | Open Store |
| 2388 | 238800 | Hilo(Sur) | HI | 111 E Puainako St | 96720 | Open Store | Open Store |
| 2388 | 238802 | Hilo(Sur) | HI | 111 E Puainako St | 96720 | Non-retail | Active Non- |
| 1681 | 168100 | Honolulu | HI | 1505 Kapioloni Blvd | 96815 | Open Store | Open Store |
| 6248 | 624800 | KAHULUI | HI | 142 Alamaha St | 96732 | Non-retail | Active Non- |
| 36318 | 3631800 | KOWLOON | HK | 8 ARGYLE STREET | --- | Non-retail | Active Non- |
| 36318 | 3631803 | KOWLOON | HK | 8 ARGYLE STREET | --- | Non-retail | Active Non- |
| 36318 | 3631804 | Shanhai | HK | Unit 01-11, Floor 7, Plaza 336 | --- | Non-retail | Active Non- |
| 9220 | 922000 | Algona | IA | 1501 Hwy 169 N | 50511 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|------|-------|------|-----|---------|----------|----------|--------|
| 7767 | 776700 | Charles City | IA | 1405 South Grand | 50616 | Open Store | Open Store |
| 9222 | 922200 | Cherokee | IA | 1111 N 2Nd | 51012 | Open Store | Annc'd to |
| 3447 | 344700 | Clive | IA | 10331 University Ave | 50325 | Closed | Closed Store |
| 3097 | 309700 | Council Bluffs | IA | 2803 E Kanesville Blvd | 51503 | Open Store | Annc'd to |
| 45113 | 4511300 | DES MOINES | IA | 1605 NE 58TH AVE | 64150 | Non-retail | Active Non- |
| 2422 | 242200 | Sioux City | IA | 4480 Sergeant Rd | 51106 | Open Store | Open Store |
| 1072 | 107200 | Waterloo | IA | 2060 Crossroads Blvd | 50702 | Closed | Closed Store |
| 9309 | 930900 | Webster City | IA | 2307 Superior | 50595 | Open Store | Annc'd to |
| 1229 | 122900 | Boise | ID | 460 N Milwaukee St | 83704 | Open Store | Annc'd to |
| 8711 | 871100 | BOISE | ID | 7095 Bethel Street | 83704 | Non-retail | Active Non- |
| 2278 | 227800 | Idaho Falls | ID | 2300 E 17Th St | 83404 | Open Store | Open Store |
| 7033 | 703300 | Lewiston | ID | 1815-21St St | 83501 | Open Store | Open Store |
| 7006 | 700600 | Twin Falls | ID | 2258 Addison Ave East | 83301 | Open Store | Open Store |
| 7951 | 795100 | AURORA | IL | 4020 Fox Valley Center Dr | 60504 | Non-retail | Active Non- |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|---|---|---|---|---|---|---|---|
| 2840 | 284000 | Bloomington | IL | 1631 E Empire St | 61701 | Open Store | Annc'd to |
| 8844 | 884400 | BLOOMINGTON | IL | 3 Quest Dirve Units301-302 | 61704 | Non-retail | Active Non- |
| 4381 | 438100 | Bridgeview | IL | 7325 W 79Th Street | 60455 | Open Store | Open Store |
| 8350 | 835000 | Bridgeview | IL | 7310 W 87TH ST | 60455 | Non-retail | Active Non- |
| 25009 | 2500900 | Bridgeview | IL | 10004 S 76 Ave - Unit C | 60455 | Non-retail | Active Non- |
| 25008 | 2500800 | BUFFALO GROVE | IL | 1005 Commerce Ct | 60089 | Non-retail | Active Non- |
| 3371 | 337100 | Chicago | IL | 3443 W Addison | 60618 | Open Store | Open Store |
| 37914 | 3791400 | Chicago | IL | 2 N State St | 60602 | Non-retail | Active Non- |
| 4214 | 421400 | Des Plaines | IL | 1155 Oakton St | 60018 | Open Store | Open Store |
| 36950 | 3695000 | ELGIN | IL | 2428-2432 Bath Road | 60124 | Non-retail | Active Non- |
| 8555 | 855500 | Elk Grove Village | IL | 1500 Higgins Rd | 60007 | Non-retail | Active Non- |
| 24509 | 2450900 | ELK GROVE VLG | IL | 1370 E Higgins Rd; Unit B | 60007 | Non-retail | Active Non- |
| 8730 | 873000 | GRANITE CITY | IL | 117 Industrial Dr | 62040 | Non-retail | Active Non- |
| 45114 | 4511400 | GRANITE CITY | IL | 117 INDUSTRIAL DR | 62040 | Non-retail | Active Non- |

| Unit | RE ID | NAME | ST | Address | Zip Code | Prope rty | Status |
|------|-------|------|-----|---------|----------|-----------|--------|
| 1740 | 174000 | Joliet | IL | 3340 Mall Loop Dr | 60431 | Open Store | Annc'd to |
| 440 | 44000 | MANTENO | IL | 1600 N Boudreau Rd | 60950 | Non-retail | Active Non- |
| 8720 | 872000 | MELROSE PARK | IL | 2065 George St | 60160 | Non-retail | Active Non- |
| 24544 | 2454400 | MOKENA | IL | 8901 W 192Nd Street; Ste C | 60448 | Non-retail | Active Non- |
| 4297 | 429700 | Moline | IL | 5000 23Rd Ave | 61265 | Open Store | Annc'd to |
| 1212 | 121200 | N Riverside | IL | 7503 W Cermak Rd | 60546 | Open Store | Open Store |
| 8262 | 826200 | NAPERVILLE | IL | 1835 Ferry Rd | 60563 | Non-retail | Active Non- |
| 1290 | 129000 | Niles | IL | 400 Golf Mill Ctr | 60714 | Open Store | Annc'd to |
| 9348 | 934800 | Norridge | IL | 4210 N Harlem Ave | 60706 | Open Store | Annc'd to |
| 1300 | 130000 | Oakbrook | IL | 2 Oakbrook Ctr | 60523 | Open Store | Open Store |
| 4433 | 443300 | Quincy | IL | 3701 Broadway St | 62301 | Open Store | Annc'd to |
| 2990 | 299000 | Rockford-Cherryvale | IL | 7200 Harrison Ave | 61112 | Open Store | Open Store |
| 8871 | 887100 | ROMEOVILLE | IL | 1701 W Normantown Road | 60446 | Non-retail | Active Non- |
| 8934 | 893400 | ROMEOVILLE | IL | 1801 W. Normantown Road | 60446 | Non-retail | Active Non- |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|------|-------|------|----|---------|----------|----------|--------|
| 7289 | 728900 | Steger | IL | 3231 Chicago Rd | 60475 | Open Store | Annc'd to |
| 9124 | 912400 | Elwood | IN | 1519 State Road 37 S | 46036 | Open Store | Open Store |
| 8017 | 801700 | EVANSVILLE | IN | 333 N Plaza East Blvd | 47715 | Non-retail | Active Non- |
| 8013 | 801300 | FORT WAYNE | IN | 6420 Wilson Dr | 46806 | Non-retail | Active Non- |
| 1830 | 183000 | Ft Wayne | IN | 4201 Coldwater Rd | 46805 | Open Store | Annc'd to |
| 1470 | 147000 | Greenwood | IN | 1251 Us Highway 31 N | 46142 | Open Store | Annc'd to |
| 9354 | 935400 | Griffith | IN | 430 W Ridge Rd | 46319 | Open Store | Annc'd to |
| 8750 | 875000 | INDIANAPOLIS | IN | 5160 W 81St St - West Dock | 46268 | Non-retail | Active Non- |
| 3823 | 382300 | Jasper | IN | 723 3Rd Ave | 47546 | Open Store | Annc'd to |
| 7243 | 724300 | Kokomo | IN | 705 North Dixon | 46901 | Open Store | Open Store |
| 9030 | 903000 | Peru | IN | 11 Sherwood Square | 46970 | Open Store | Open Store |
| 7246 | 724600 | Richmond | IN | 3150 National Road West | 47374 | Open Store | Open Store |
| 8014 | 801400 | SOUTH BEND | IN | 630 East Bronson Street | 46601 | Non-retail | Active Non- |
| 2600 | 260000 | Terre Haute | IN | 3401 S Us Highway 41 | 47802 | Open Store | Annc'd to |

108

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|------|-------|------|-----|---------|----------|----------|--------|
| 9122 | 912200 | Warsaw | IN | 3350 U S 30 East | 46580 | Open Store | Open Store |
| 4215 | 421500 | Kansas City | KS | 7836 State Ave | 66112 | Open Store | Annc'd to |
| 8273 | 827300 | Lawrence | KS | 2400 Kresge Rd | 66049 | Non-retail | Active Non- |
| 24512 | 2451200 | LENEXA | KS | 8246 Neiman Rd Bldg 1 | 66214 | Non-retail | Active Non- |
| 8420 | 842000 | OLATHE | KS | 14804 117TH STREET | 66062 | Non-retail | Active Non- |
| 7169 | 716900 | Salina | KS | 400 South Broadway | 67401 | Open Store | Annc'd to |
| 8081 | 808100 | WICHITA | KS | 2940 S Minneapolis Ave | 67216 | Non-retail | Active Non- |
| 2546 | 254600 | Bowling Green | KY | 2625 Scottsville Rd | 42104 | Open Store | Annc'd to |
| 3029 | 302900 | Erlanger | KY | 3071 Dixie Hwy | 41018 | Open Store | Open Store |
| 7229 | 722900 | Grayson | KY | 600 C W Stevens Blvd | 41143 | Open Store | Annc'd to |
| 8920 | 892000 | LOUISVILLE | KY | 3509 Bashford Ave | 40218 | Non-retail | Active Non- |
| 24015 | 2401500 | LOUISVILLE | KY | 12900 Fenwick CenterDr; Ste B | 40223 | Non-retail | Active Non- |
| 1790 | 179000 | Louisville-Okolona | KY | 4807 Outer Loop | 40219 | Open Store | Annc'd to |

| Unit | RE ID | NAME | ST | Address | Zip Code | Prope rty | Status |
|------|-------|------|----|---------|----------|-----------|--------|
| 3941 | 394100 | Russell Springs | KY | Northridge S/C Us Hwy 127 | 42642 | Open Store | Annc'd to |
| 7255 | 725500 | Somerset | KY | 411 Russell Dyche Hwy | 42501 | Open Store | Open Store |
| 8896 | 889600 | GONZALES | LA | 810 Hwy 30 West; Suite F | 70737 | Non-retail | Active Non- |
| 2016 | 201600 | Hammond | LA | 2000 Sw Railroad Ave | 70403 | Open Store | Annc'd to |
| 8736 | 873600 | HARAHAN | LA | 624 Elmwood Pkwy | 70123 | Non-retail | Active Non- |
| 1336 | 133600 | Lake Charles | LA | 640 W Prien Lake Rd | 70601 | Clos ed | Closed Store |
| 1226 | 122600 | Metairie | LA | 4400 Veterans Mem Blvd | 70006 | Open Store | Open Store |
| 4810 | 481000 | Metairie | LA | 2940 Veterans Blvd | 70002 | Open Store | Open Store |
| 7223 | 722300 | Metairie | LA | 7000 Veterans Memorial | 70003 | Open Store | Annc'd to |
| 24564 | 2456403 | ST ROSE | LA | 110 Widgeon Dr; Ste 190 | 70087 | Non-retail | Active Non- |
| 7104 | 710400 | Acton | MA | 252 Main St | 01720 | Open Store | Open Store |
| 1213 | 121300 | Auburn | MA | 385 Southbridge St | 01501 | Open Store | Open Store |
| 3288 | 328800 | Billerica | MA | 484 Boston Rd | 01821 | Open Store | Open Store |
| 4407 | 440700 | Brockton | MA | 2001 Main Street | 02301 | Open Store | Open Store |
| 1343 | 134300 | Cambridge | MA | 100 Cambridgeside Pl | 02141 | Open Store | Annc'd to |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|---|---|---|---|---|---|---|---|
| 4444 | 444400 | Fitchburg | MA | 140 Whalon St | 01420 | Closed | Closed Store |
| 1243 | 124300 | Hanover | MA | 1775 Washington St | 02339 | Open Store | Open Store |
| 1273 | 127300 | Holyoke | MA | 50 Holyoke St | 01040 | Open Store | Annc'd to Close |
| 2323 | 232300 | Hyannis | MA | 793 Lyannough Road Rte 132 | 02601 | Open Store | Annc'd to Close |
| 3040 | 304000 | Hyannis | MA | 768 Iyanough Rd | 02601 | Open Store | Open Store |
| 1133 | 113300 | Leominster | MA | 100 Commercial Rd | 01453 | Open Store | Open Store |
| 1403 | 140300 | Natick | MA | 1235 Worcester Rd & | 01760 | Open Store | Annc'd to Close |
| 2373 | 237300 | No Dartmouth | MA | 100 N Dartmouth Mall | 02747 | Open Store | Open Store |
| 1053 | 105300 | Saugus | MA | 1325 Broadway | 01906 | Open Store | Open Store |
| 3486 | 348600 | Somerville | MA | 77 Middlesex Ave | 02145 | Open Store | Open Store |
| 9692 | 969200 | Webster | MA | Route 12 | 01570 | Open Store | Open Store |
| 8851 | 885100 | WESTWOOD | MA | 349 University Ave | 02090 | Non-retail | Active Non-retail |
| 1725 | 172500 | Annapolis | MD | 1040 Annapolis Mall | 21401 | Open Store | Open Store |
| 3256 | 325600 | Baltimore | MD | 8980 Waltham Woods Rd | 21234 | Open Store | Open Store |
| 24504 | 2450400 | BALTIMORE | MD | 2700 Lord Baltimore Dr; Ste 140 | 21244 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|------|-------|------|-----|---------|----------|----------|--------|
| 2823 | 282300 | Baltimore/E Pt | MD | 7885 Eastern Blvd | 21224 | Closed | Closed Store |
| 1424 | 142400 | Bethesda | MD | 7103 Democracy Blvd | 20817 | Open Store | Open Store |
| 2034 | 203400 | Bowie | MD | 15700 Emerald Way | 20716 | Open Store | Annc'd to |
| 1844 | 184400 | Columbia | MD | 10300 Little Patuxent Pkwy | 21044 | Open Store | Annc'd to |
| 8814 | 881400 | COLUMBIA | MD | 8700 Robert Fulton Drive | 21046 | Non-retail | Active Non- |
| 2774 | 277400 | Cumberland | MD | 1262 Vocke Rd | 21502 | Open Store | Open Store |
| 7713 | 771300 | Edgewater | MD | 3207 Solomons Island Rd | 21037 | Open Store | Open Store |
| 2664 | 266400 | Frederick | MD | 5500 Buckeystown Pike | 21703 | Open Store | Open Store |
| 3131 | 313100 | Frederick | MD | 1003 W Patrick St | 21702 | Open Store | Open Store |
| 1754 | 175400 | Gaithersburg | MD | 701 Russell Ave | 20877 | Open Store | Open Store |
| 3172 | 317200 | Hagerstown | MD | 1713 Massey Blvd | 21740 | Open Store | Open Store |
| 3798 | 379800 | Hyattsville | MD | 6411 Riggs Road | 20783 | Open Store | Open Store |
| 9277 | 927700 | ODENTON | MD | 1781 Crossroads Dr | 21113 | Non-retail | Active Non- |
| 3654 | 365400 | Oxon Hill | MD | 6163 Oxon Hill Road | 20745 | Open Store | Annc'd to |
| 3807 | 380700 | Prince Frederick | MD | 835 Solomons Island Rd N | 20678 | Open Store | Annc'd to |

112

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|------|-------|------|-----|---------|----------|----------|--------|
| 1773 | 177300 | Salisbury | MD | 2306 N Salisbury Blvd | 21801 | Open Store | Open Store |
| 4399 | 439900 | Silver Spring | MD | 14014 Connecticut Ave | 20906 | Open Store | Open Store |
| 7673 | 767300 | Stevensville | MD | 200 Kent Landing | 21666 | Open Store | Open Store |
| 2963 | 296300 | Westminster | MD | 400 N Center St | 21157 | Open Store | Annc'd to Cl |
| 3021 | 302100 | Auburn | ME | 603 Center St | 04210 | Open Store | Open Store |
| 7133 | 713300 | Augusta | ME | 58 Western Avenue | 04330 | Open Store | Open Store |
| 2203 | 220300 | Brunswick | ME | 8 Gurnet Rd | 04011 | Open Store | Open Store |
| 9521 | 952100 | Madawaska | ME | 417 Main Street | 04756 | Open Store | Annc'd to Cl |
| 2183 | 218302 | So Portland | ME | 400 Maine Mall Rd | 04106 | Non-retail | Active Non-r |
| 3380 | 338000 | Waterville | ME | 18 Elm Plaza | 04901 | Open Store | Open Store |
| 1390 | 139000 | Ann Arbor | MI | 900 Briarwood Cir | 48108 | Open Store | Annc'd to Cl |
| 3155 | 315500 | Belleville | MI | 2095 Rawsonville Rd | 48111 | Open Store | Open Store |
| 3820 | 382000 | Charlevoix | MI | 06600 M-66 North | 49720 | Open Store | Annc'd to Cl |
| 9557 | 955700 | Grayling | MI | 2425 S Grayling | 49738 | Open Store | Open Store |
| 3819 | 381900 | Hastings | MI | 802 West State Street | 49058 | Open Store | Open Store |
| 2050 | 205000 | Jackson | MI | 1250 Jackson XingI-94 | 49202 | Open Store | Annc'd to Cl |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|---|---|---|---|---|---|---|---|
| 3308 | 330800 | Lake Orion | MI | 1025 M-24 | 48360 | Open Store | Annc'd to |
| 1170 | 117000 | Lansing | MI | 3131 E Michigan Ave | 48912 | Open Store | Open Store |
| 1250 | 125000 | Lincoln Park | MI | 2100 Southfield Rd | 48146 | Open Store | Annc'd to |
| 8830 | 883000 | LIVONIA | MI | 12001 Sears Ave | 48150 | Non-retail | Active Non- |
| 3841 | 384100 | Marshall | MI | 15861 Michigan Avenue | 49068 | Open Store | Open Store |
| 7068 | 706800 | Midland | MI | 1820 S Saginaw Rd | 48640 | Open Store | Open Store |
| 9593 | 959300 | Oscoda | MI | 5719 N US 23 | 48750 | Open Store | Open Store |
| 6232 | 623200 | Roseville | MI | 32123 Gratiot Ave | 48066 | Open Store | Open Store |
| 8982 | 898200 | SAGINAW | MI | 3202 W. Sawyer Drive | 48601 | Non-retail | Active Non- |
| 1490 | 149000 | Troy | MI | 300 W 14 Mile Rd | 48083 | Closed | Closed Store |
| 3379 | 337900 | Waterford Twp. | MI | 5100 Dixie Hwy | 48329 | Open Store | Open Store |
| 8949 | 894900 | WAYLAND | MI | 1172 147Th Street | 49348 | Non-retail | Active Non- |
| 24651 | 2465100 | Wixom | MI | 46985 Enterprise Ct | 48393 | Non-retail | Active Non- |
| 8134 | 813400 | WYOMING | MI | 3455 Byron Center SW | 49519 | Non-retail | Active Non- |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|------|-------|------|-----|---------|----------|----------|--------|
| 8162 | 816200 | Eden Prairie | MN | 7615 Golden Triangle Dr | 55344 | Non-retail | Active Non- |
| 9689 | 968900 | International Falls | MN | 1606 Hwy 11-71 | 56649 | Open Store | Open Store |
| 1112 | 111200 | Minnetonka | MN | 12431 Wayzata Blvd | 55305 | Open Store | Annc'd to |
| 4351 | 435100 | Rochester | MN | 201 Ninth St S E | 55904 | Open Store | Open Store |
| 1052 | 105200 | St Paul | MN | 425 Rice St | 55103 | Open Store | Annc'd to |
| 3059 | 305900 | St. Paul | MN | 245 E Maryland Ave | 55117 | Open Store | Open Store |
| 24546 | 2454600 | BRIDGETON | MO | 12930 Hollenberg Dr | 63044 | Non-retail | Active Non- |
| 7021 | 702100 | Cape Girardeau | MO | 11 South Kings Hwy 61 | 63703 | Open Store | Annc'd to |
| 9353 | 935300 | Crystal City | MO | 155 Twin City Mall | 63019 | Open Store | Open Store |
| 7323 | 732300 | FENTON | MO | 639 Gravois Bluffs Blvd; Ste B | 63026 | Non-retail | Active Non- |
| 4304 | 430400 | Florissant | MO | 1 Flower Valley Shp Ctr | 63033 | Open Store | Annc'd to |
| 1042 | 104202 | Joplin | MO | 101 N Rangeline Rd | 64801 | Non-retail | Active Non- |
| 7324 | 732400 | O'Fallon | MO | 20 O'Fallon Square | 63366 | Closed | Closed Store |
| 8701 | 870100 | RIVERSIDE | MO | 761 Nw Parkway | 64150 | Non-retail | Active Non- |

| Unit | RE ID | NAME | ST | Address | Zip Code | Prope rty | Status |
|------|-------|------|----|---------|----------|-----------|--------|
| 4026 | 402600 | St. Joseph | MO | 2901-5 N Belt Hwy | 64506 | Open Store | Annc'd to |
| 2939 | 293900 | Biloxi | MS | 2600 Beach Rd | 39531 | Open Store | Open Store |
| 7719 | 771900 | Columbus | MS | 2308 Highway 45 N | 39701 | Open Store | Annc'd to |
| 9520 | 952000 | Gulfport | MS | 12057-A Highway 49 | 39503 | Open Store | Open Store |
| 88776 | 8877600 | Olive Branch | MS | 10425 Ridgewood Dr | 38654 | Non-retail | Active Non- |
| 2106 | 210600 | Tupelo | MS | 1001 Barnes Crossing Rd | 38804 | Open Store | Open Store |
| 9808 | 980800 | Hamilton | MT | 1235 North First Street | 59840 | Open Store | Open Store |
| 4814 | 481400 | Havre | MT | 3180 Highway 2 West | 59501 | Clos ed | Closed Store |
| 7030 | 703000 | Kalispell | MT | 2024 Us Hwy 2 E | 59901 | Open Store | Open Store |
| 3886 | 388600 | Asheville | NC | 980 Brevard Road | 28806 | Open Store | Open Store |
| 4112 | 411200 | Asheville | NC | 1001 Patton Ave | 28806 | Open Store | Annc'd to |
| 2105 | 210500 | Burlington | NC | 100 Colonial Mall | 27215 | Open Store | Open Store |
| 8319 | 831900 | Charlotte | NC | 9801 A Southern Pine Blvd | 28273 | Non-retail | Active Non- |
| 8822 | 882200 | CHARLOTTE | NC | 4800 A Sirus Ln | 28208 | Non-retail | Active Non- |
| 24005 | 2400500 | CHARLOTTE | NC | 8301 Arrowridge Blvd; Suite A | 28273 | Non-retail | Active Non- |

| Unit | RE ID | NAME | ST | Address | Zip Code | Prope rty | Status |
|------|-------|------|----|---------|----------|-----------|--------|
| 7208 | 720800 | Clemmons | NC | 2455 Lewisville-Clemmon | 27012 | Open Store | Open Store |
| 1045 | 104500 | Durham-Northgate | NC | 1620 Guess Rd | 27701 | Open Store | Open Store |
| 1405 | 140500 | Fayetteville | NC | 400 Cross Creek Mall | 28303 | Open Store | Annc'd to |
| 2225 | 222500 | Goldsboro | NC | 703 N Berkeley Blvd | 27534 | Open Store | Annc'd to |
| 8704 | 870400 | GREENSBORO | NC | 651A Brigham Rd | 27409 | Non-retail | Active Non- |
| 24608 | 2460800 | GREENSBORO | NC | 4523 Green Point Drive | 27410 | Non-retail | Active Non- |
| 30961 | 3096103 | GREENSBORO | NC | 300 PENRY RD | 27405 | Non-retail | Active Non- |
| 2755 | 275500 | Jacksonville | NC | 344 Jacksonville Mall | 28546 | Open Store | Open Store |
| 9619 | 961900 | Morehead City | NC | 4841 Arendell St | 28557 | Open Store | Open Store |
| 9549 | 954900 | Morganton | NC | 110-112 Bost Rd | 28655 | Open Store | Open Store |
| 1646 | 164600 | Pineville | NC | 11033 Carolina Place Pkwy | 28134 | Open Store | Annc'd to |
| 3667 | 366700 | Raleigh | NC | 8701 Six Forks Road | 27615 | Open Store | Open Store |
| 4450 | 445000 | Raleigh | NC | 4500 Western Blvd | 27606 | Open Store | Annc'd to |
| 7385 | 738500 | RALEIGH | NC | 819 E Six Forks Rd | 27609 | Non-retail | Active Non- |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|---|---|---|---|---|---|---|---|
| 1805 | 180500 | Raleigh (Crabtree) | NC | 4601 Glenwood Ave Unit 1 | 27612 | Open Store | Annc'd to |
| 3808 | 380800 | Statesville | NC | 1530 East Broad Street | 28625 | Open Store | Annc'd to |
| 7626 | 762600 | Waynesville | NC | 1300 Dellwood Road | 28786 | Open Store | Open Store |
| 3116 | 311600 | Wilmington | NC | 815 S College Rd | 28403 | Closed | Closed Store |
| 1375 | 137500 | Winston Salem | NC | 3320 Silas Creek Pkwy | 27103 | Open Store | Open Store |
| 4272 | 427200 | Bismarck | ND | 2625 State St | 58503 | Open Store | Open Store |
| 4057 | 405700 | Fargo | ND | 2301 S University Dr | 58103 | Open Store | Open Store |
| 4022 | 402200 | Grand Forks | ND | 1900 S Washington St | 58201 | Open Store | Open Store |
| 4353 | 435300 | Minot | ND | 1-20Th Ave S E | 58701 | Open Store | Open Store |
| 9319 | 931900 | Alliance | NE | 1515 W 3Rd | 69301 | Open Store | Open Store |
| 2421 | 242100 | Grand Island | NE | 175 Conestoga Mall | 68803 | Open Store | Open Store |
| 2023 | 202300 | Concord | NH | 270 Loudon Rd | 03301 | Open Store | Open Store |
| 3175 | 317500 | Hooksett | NH | 1267 Hooksett Rd | 03106 | Open Store | Open Store |
| 8703 | 870300 | Kingston | NH | 266 Route 125 | 03848 | Non-retail | Active Non- |
| 2443 | 244300 | Manchester | NH | 1500 S Willow St | 03103 | Open Store | Annc'd to |
| 1313 | 131300 | Nashua | NH | 310 Daniel Webster Hwy Ste 102 | 03060 | Open Store | Open Store |

118

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|------|-------|------|----|---------|----------|----------|--------|
| 1313 | 131302 | Nashua | NH | 310 Daniel Webster Hwy Ste 102 | 03060 | Non-retail | Active Non- |
| 2663 | 266300 | Portsmouth | NH | 50 Fox Run Rd Ste 74 | 03801 | Open Store | Annc'd to |
| 1003 | 100300 | Salem | NH | 77 Rockingham Park Blvd | 03079 | Open Store | Annc'd to |
| 4448 | 444800 | Salem | NH | 161 S Broadway | 03079 | Open Store | Open Store |
| 7048 | 704800 | West Lebanon | NH | 200 S Main | 03784 | Open Store | Open Store |
| 3438 | 343800 | Avenel | NJ | 1550 St George Ave | 07001 | Open Store | Open Store |
| 7177 | 717700 | Belleville | NJ | 371-411 Main Street | 07109 | Open Store | Open Store |
| 1464 | 146400 | Deptford | NJ | 1750 Deptford Cener Rd | 08096 | Open Store | Annc'd to |
| 24603 | 2460300 | EAST HANOVER | NJ | 50 Williams Parkway | 07936 | Non-retail | Active Non- |
| 1204 | 120400 | Freehold | NJ | 3710 US Hwy 9 Ste 1100 | 07728 | Open Store | Open Store |
| 3393 | 339300 | Glassboro | NJ | 779 Delsea Dr N | 08028 | Open Store | Annc'd to |
| 3499 | 349900 | Kearny | NJ | 200 Passaic Ave | 07032 | Open Store | Open Store |
| 9395 | 939500 | Lawnside | NJ | 200 White Horse Pike | 08045 | Closed | Closed Store |
| 1574 | 157400 | Middletown | NJ | 1500 Highway 35 | 07748 | Open Store | Annc'd to |

119

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|------|-------|------|-----|---------|----------|----------|--------|
| 24649 | 2464900 | MOORESTOWN | NJ | 41 TWISOME DR | 08057 | Non-retail | Active Non- |
| 78714 | 7871400 | Secaucus | NJ | 1000 New County Road | 07094 | Non-retail | Active Non- |
| 8835 | 883500 | SWEDESBORO | NJ | 2100 Center Square Road, Suite 125 (Bldg. K) | 08085 | Non-retail | Active Non- |
| 3071 | 307100 | Toms River | NJ | 213 Highway 37 E | 08753 | Open Store | Open Store |
| 4478 | 447800 | Trenton | NJ | 1061 Whitehorse-Mercervil | 08610 | Open Store | Open Store |
| 7602 | 760200 | Wall | NJ | 1825 Highway 35 | 07719 | Open Store | Open Store |
| 8380 | 838000 | WALL TOWNSHIP | NJ | 1324 Wyckoff Road | 07753 | Non-retail | Active Non- |
| 1434 | 143400 | Wayne | NJ | 50 Route 46 | 07470 | Open Store | Open Store |
| 3056 | 305600 | Wayne | NJ | 1020 Hamburg Turnpike | 07470 | Open Store | Open Store |
| 4470 | 447000 | West Long Branch | NJ | 108 Monmouth Rd | 07764 | Open Store | Open Store |
| 9413 | 941300 | West Orange | NJ | 235 Prospect Ave | 07052 | Open Store | Open Store |
| 3202 | 320200 | Westwood | NJ | 700 Broadway | 07675 | Open Store | Open Store |
| 8905 | 890500 | Albuquerque | NM | 5921 Midway Park Blvd NE | 87109 | Non-retail | Active Non- |
| 1287 | 128700 | Coronado | NM | 6600 Menaul Blvd Ne Ste 700 | 87110 | Open Store | Annc'd to |
| 2597 | 259700 | Farmington | NM | 4601 E Main St | 87402 | Open Store | Open Store |
| 7035 | 703500 | Farmington | NM | 3000 East Main St | 87402 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Prope rty | Status |
|------|-------|------|-----|---------|----------|-----------|--------|
| 7016 | 701600 | Hobbs | NM | 2220 North Grimes St | 88240 | Open Store | Open Store |
| 2527 | 252700 | Las Cruces | NM | 700 S Telshor Blvd | 88011 | Open Store | Open Store |
| 3301 | 330100 | Santa Fe | NM | 1712 St Michael'S Dr | 87505 | Open Store | Open Store |
| 3592 | 359200 | Las Vegas | NV | 5051 E Bonanza Rd | 89110 | Open Store | Open Store |
| 8970 | 897000 | LAS VEGAS | NV | 4320 N Lamb Blvd; Bldg 1 Ste 500 | 89115 | Non-retail | Active Non- |
| 5864 | 586400 | Las Vegas - Showroom | NV | 7370 S Dean Martin Drive Suite 401 | 89139 | Open Store | Open Store |
| 1328 | 132800 | Las Vegas(Blvd) | NV | 3450 S Maryland Pkwy | 89109 | Open Store | Open Store |
| 1668 | 166800 | Las Vegas(Meadows) | NV | 4000 Meadow Ln | 89107 | Open Store | Open Store |
| 5779 | 577900 | Reno - McPhails Showroom | NV | 7525 Colbert Dr Ste 108 | 89511 | Open Store | Open Store |
| 30960 | 3096000 | SPARKS | NV | 1750 FRANKLIN WAY | 89431 | Non-retail | Active Non- |
| 4741 | 474100 | Batavia | NY | 8363 Lewiston Road | 14020 | Open Store | Annc'd to |
| 9589 | 958900 | Bath | NY | Plaza 15Route 415 | 14810 | Open Store | Open Store |
| 9423 | 942300 | Bridgehampton | NY | 2044 Montauk Hwy | 11932 | Open Store | Open Store |
| 9420 | 942000 | Bronx | NY | 1998 Bruckner Blvd | 10473 | Open Store | Open Store |
| 3415 | 341500 | Buffalo | NY | 1001 Hertel Avenue | 14216 | Open Store | Open Store |
| 1984 | 198400 | Buffalo/Hamburg | NY | S 3701 Mckinley Pkwy | 14219 | Open Store | Open Store |
| 8854 | 885400 | CHEEKTOWAGA | NY | 60 Industrial Parkway | 14227 | Non-retail | Active Non- |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|---|---|---|---|---|---|---|---|
| 1623 | 162300 | Clay | NY | 4155 State Rt 31 | 13041 | Closed | Closed Store |
| 2453 | 245300 | Glens Falls | NY | Aviation Rd | 12804 | Open Store | Annc'd to Cl |
| 9274 | 927400 | Greenwich | NY | West Main St R D #1 | 12834 | Open Store | Open Store |
| 7065 | 706500 | Horseheads | NY | 1020 Center Street | 14845 | Open Store | Open Store |
| 9381 | 938100 | Huntington | NY | 839 New York Ave | 11743 | Open Store | Open Store |
| 2584 | 258400 | Lakewood | NY | Rt 394 & Hunt Blvd | 14750 | Open Store | Annc'd to Cl |
| 9415 | 941500 | Mahopac | NY | 987 Route 6 | 10541 | Open Store | Annc'd to Cl |
| 4034 | 403400 | Mattydale | NY | 2803 Brewerton Rd | 13211 | Open Store | Open Store |
| 24601 | 2460100 | MELVILLE | NY | 35 Melville Park Rd | 11747 | Non-retail | Active Non- |
| 8959 | 895900 | MENANDS | NY | 279 Broadway | 12204 | Non-retail | Active Non- |
| 1414 | 141400 | Nanuet | NY | 75 W Route 59 Ste 100 | 10954 | Open Store | Annc'd to Cl |
| 2933 | 293300 | New Hyde Park | NY | 1400 Union Tpke | 11040 | Open Store | Annc'd to Cl |
| 24593 | 2459300 | NEW ROCHELLE | NY | 5 Plain Ave | 10801 | Non-retail | Active Non- |
| 7749 | 774900 | New York | NY | 250 W 34Th St | 10119 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Prope rty | Status |
|------|-------|------|----|---------|----------|-----------|--------|
| 7777 | 777700 | New York | NY | 770 Broadway | 10003 | Open Store | Open Store |
| 2593 | 259300 | Newburgh | NY | 1401 Route 300 | 12550 | Open Store | Open Store |
| 4123 | 412300 | Niagara Falls | NY | 2590 Military Rd | 14304 | Open Store | Annc'd to |
| 4868 | 486800 | Riverhead | NY | 605 Old Country Rd | 11901 | Open Store | Annc'd to |
| 8102 | 810200 | ROCHESTER | NY | 100 Mushroom Blvd | 14623 | Non-retail | Active Non- |
| 2173 | 217300 | Saratoga | NY | 3065 Route 50 | 12866 | Open Store | Open Store |
| 3600 | 360000 | Schenectady | NY | 93 West Campbell Rd | 12306 | Open Store | Annc'd to |
| 7676 | 767600 | Sidney | NY | 171 Delaware Ave | 13838 | Open Store | Open Store |
| 1624 | 162400 | Staten Island | NY | 283 Platinum Ave | 10314 | Open Store | Open Store |
| 8753 | 875300 | SYOSSET | NY | 225 Robbins Lane | 11791 | Non-retail | Active Non- |
| 1584 | 158400 | Victor | NY | 200 Eastview Mall | 14564 | Open Store | Annc'd to |
| 2683 | 268300 | Watertown | NY | I-81 & Arsenal Rt 3 | 13601 | Open Store | Open Store |
| 7677 | 767700 | Wellsville | NY | 121 Bolivar Rd | 14895 | Open Store | Open Store |
| 9392 | 939200 | West Seneca | NY | 349 Orchard Park Rd | 14224 | Open Store | Annc'd to |
| 1674 | 167400 | White Plains | NY | 100 Main St | 10601 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|---|---|---|---|---|---|---|---|
| 9416 | 941600 | White Plains | NY | 399 Tarrytown Rd | 10607 | Open Store | Open Store |
| 1733 | 173300 | Yonkers | NY | Rte 87(Ny St)& Cross Ct Pkwy | 10704 | Open Store | Open Store |
| 9414 | 941400 | Yorktown Heights | NY | Rte 118, 355 Downing Dr | 10598 | Open Store | Open Store |
| 1944 | 194400 | Yorktown Hts | NY | 600 Lee Blvd | 10598 | Open Store | Annc'd to Cl... |
| 7383 | 738300 | Barberton | OH | 241 Wooster Rd North | 44203 | Open Store | Open Store |
| 3286 | 328600 | Brunswick | OH | 3301 Center Rd | 44212 | Open Store | Open Store |
| 1410 | 141000 | Canton | OH | 4100 Belden Village Mall | 44718 | Open Store | Open Store |
| 4937 | 493700 | Chillicothe | OH | 1470 North Bridge Street | 45601 | Open Store | Annc'd to |
| 1810 | 181000 | Cincinnati-Eastgate | OH | 4595 Eastgate Blvd | 45245 | Open Store | Open Store |
| 3013 | 301300 | Cleveland | OH | 7701 Broadview Road | 44131 | Open Store | Open Store |
| 8790 | 879000 | CLEVELAND | OH | 4620 Hickley Industrial Pkwy | 44109 | Non-retail | Active Non-... |
| 8712 | 871200 | COLUMBUS | OH | 1621 Georgesville Rd | 43228 | Non-retail | Active Non-... |
| 8862 | 886200 | COLUMBUS | OH | 5330 Crosswind Dr; Ste A | 43228 | Non-retail | Active Non-... |
| 24545 | 2454500 | COLUMBUS | OH | 2204 City Gate Drive | 43219 | Non-retail | Active Non-... |
| 1560 | 156000 | Dayton Mall | OH | 2700 Miamisburg Centerville Rd | 45459 | Open Store | Annc'd to Cl... |

| Unit | RE ID | NAME | ST | Address | Zip Code | Prope rty | Status |
|------|-------|------|-----|---------|----------|-----------|--------|
| 7209 | 720900 | East Liverpool | OH | 15891 State Rt 170 | 43920 | Open Store | Annc'd to |
| 9096 | 909600 | Fostoria | OH | 620 Plaza Dr | 44830 | Open Store | Open Store |
| 7595 | 759500 | Gahanna | OH | 845 Claycraft Road | 43230 | Non-retail | Active Non- |
| 7397 | 739700 | Grove City | OH | 2400 Stringtown Road | 43123 | Open Store | Open Store |
| 30962 | 3096204 | GROVEPORT | OH | 5765 GREEN POINTE DRIVE | 43125 | Non-retail | Active Non- |
| 7644 | 764400 | Harrison | OH | 10560 Harrison Avenue | 45030 | Open Store | Open Store |
| 25016 | 2501600 | LEWIS CENTER | OH | 8482 COTTER ST | 43035 | Non-retail | Active Non- |
| 7477 | 747700 | Marietta | OH | 502 Pike Street | 45750 | Open Store | Open Store |
| 4257 | 425700 | Middleburg Heights | OH | 17840 Bagley Rd | 44130 | Open Store | Annc'd to |
| 1430 | 143000 | Middleburg Hts | OH | 6950 W 130Th St | 44130 | Non-retail | Active Non- |
| 8918 | 891800 | MONROE | OH | 4425 Salzman Road | 45044 | Non-retail | Active Non- |
| 1564 | 156400 | Niles | OH | 5320 Youngstown Rd | 44446 | Open Store | Annc'd to |
| 3243 | 324300 | North Canton | OH | 1447 N Main St | 44720 | Open Store | Open Store |
| 1210 | 121000 | Polaris | OH | 1400 Polaris Pkwy | 43240 | Open Store | Open Store |
| 2104 | 210400 | St Clairsville | OH | Banfield Rd & I-70 | 43950 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|---|---|---|---|---|---|---|---|
| 3142 | 314200 | Tallmadge | OH | 555 South Ave | 44278 | Open Store | Open Store |
| 24538 | 2453800 | WARRENSVLL HT | OH | 4829 Galaxy Pky | 44128 | Non-retail | Active Non- |
| 4782 | 478200 | Clinton | OK | 2501 Redwheat Drive | 73601 | Open Store | Open Store |
| 26716 | 2671600 | LAWTON | OK | 416 Se F Ave | 73501 | Non-retail | Active Non- |
| 2311 | 231100 | Norman | OK | 3201 W Main St | 73072 | Open Store | Annc'd to |
| 1091 | 109100 | Okla City/Sequoyah | OK | 4400 S Western Ave | 73109 | Closed | Closed Store |
| 8931 | 893100 | OKLAHOMA CITY | OK | 1425 S Central | 73129 | Non-retail | Active Non- |
| 4363 | 436300 | TULSA | OK | 3643 S 73Rd East Ave | 74145 | Non-retail | Active Non- |
| 24024 | 2402400 | TULSA | OK | 12626 E. 60Th Street | 74146 | Non-retail | Active Non- |
| 1151 | 115100 | Tulsa Woodland Hls | OK | 6929 S Memorial Dr | 74133 | Open Store | Annc'd to |
| 4455 | 445500 | Beaverton | OR | 3955 S W Murray Blvd | 97005 | Open Store | Annc'd to |
| 6374 | 637400 | CLACKAMAS | OR | 14658 Se 82Nd Dr | 97015 | Non-retail | Active Non- |
| 24562 | 2456200 | Clackamas | OR | 16131 Se Evelyn Street | 97015 | Non-retail | Active Non- |
| 3839 | 383900 | Corvallis | OR | 400 North East Circle Blv | 97330 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Prope rty | Status |
|------|-------|------|----|---------|----------|-----------|--------|
| 8883 | 888300 | EUGENE | OR | 4725 Pacific Ave | 97402 | Non-retail | Active Non- |
| 1119 | 111900 | Happy Valley | OR | 11800 SE 82nd Ave | 97086 | Open Store | Annc'd to |
| 2179 | 217900 | Medford | OR | 501 Medford Ctr | 97504 | Open Store | Open Store |
| 8228 | 822800 | Portland | OR | 12402 Ne Marx Street | 97230 | Non-retail | Active Non- |
| 8841 | 884100 | PORTLAND | OR | 15427 Ne Airport Way | 97230 | Non-retail | Active Non- |
| 2715 | 271500 | Salem | OR | 955 Lancaster Dr Ne | 97301 | Open Store | Annc'd to |
| 2119 | 211900 | Salem(Lancaster) | OR | 827 Lancaster Dr Ne | 97301 | Open Store | Annc'd to |
| 3888 | 388800 | The Dalles | OR | 2640 West Sixth St | 97058 | Open Store | Open Store |
| 1079 | 107900 | Washington Sq | OR | 9800 Sw Washington Square Rd | 97223 | Open Store | Annc'd to |
| 3361 | 336100 | Allentown | PA | 1502 South Fourth St | 18103 | Open Store | Annc'd to |
| 8744 | 874400 | ALLENTOWN | PA | 1820 Race Street | 18109 | Non-retail | Active Non- |
| 2494 | 249400 | Altoona | PA | 5580 Goods Lane Suite 1005 | 16602 | Open Store | Open Store |
| 4150 | 415000 | Altoona | PA | 528 W Plank Road | 16602 | Open Store | Annc'd to |
| 8875 | 887500 | Altoona | PA | 700 N Third Avenue | 16601 | Non-retail | Active Non- |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|------|-------|------|----|---------|----------|----------|--------|
| 1454 | 145400 | Bensalem/Crnwls Hts | PA | 100 Neshaminy Mall | 19020 | Open Store | Annc'd to |
| 9161 | 916100 | Berwick | PA | 1520 W Front St | 18603 | Open Store | Open Store |
| 24411 | 2441100 | BRIDGEVILLE | PA | 300 Bursca Drive; Suite 303 | 15017 | Non-retail | Active Non- |
| 1711 | 171100 | Camp Hill | PA | 3505 Capitol Hill City Mall Dr | 17011 | Open Store | Open Store |
| 7746 | 774600 | Carlisle | PA | 1180 Walnut Bottom Rd | 17013 | Open Store | Annc'd to |
| 3225 | 322500 | Chambersburg | PA | 1005 Wayne Ave | 17201 | Open Store | Open Store |
| 8781 | 878100 | Chambersburg | PA | 1475 Nitterhouse Dr | 17201 | Non-retail | Active Non- |
| 7293 | 729300 | Clifton Heights | PA | 713 E Baltimore Pike | 19018 | Open Store | Open Store |
| 3911 | 391100 | Columbia | PA | 3975 Columbia Ave | 17512 | Open Store | Open Store |
| 3737 | 373700 | Doylestown | PA | 4377 Route 313 | 18901 | Open Store | Open Store |
| 2124 | 212400 | Dubois | PA | 5522 Shaffer Rd Ste 129 | 15801 | Open Store | Annc'd to |
| 7192 | 719200 | Easton | PA | 320 South 25Th Street | 18042 | Open Store | Open Store |
| 3266 | 326600 | Edwardsville | PA | U S Route 11 Mark Plaza | 18704 | Open Store | Open Store |
| 3963 | 396300 | Elizabethtown | PA | 1605 South Market Street | 17022 | Open Store | Open Store |
| 9662 | 966200 | Ephrata | PA | 1127 S State St | 17522 | Open Store | Open Store |
| 4113 | 411300 | Erie | PA | 2873 W 26Th Street | 16506 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Prope rty | Status |
|---|---|---|---|---|---|---|---|
| 24517 | 2451700 | EXPORT | PA | 1022 Corporate Lane, Bldg #2 | 15632 | Non-retail | Active Non- |
| 8873 | 887300 | GOULDSBORO | PA | 400 First Avenue | 18424 | Non-retail | Active Non- |
| 2244 | 224400 | Hanover | PA | 1155 Carlisle St Ste 5 | 17331 | Closed | Closed Store |
| 6814 | 681400 | Hermitage | PA | 3235 E State-Shennango Vly Ml | 16148 | Open Store | Annc'd to |
| 3597 | 359700 | Holmes | PA | 600 Macdade Blvd | 19043 | Open Store | Open Store |
| 7470 | 747000 | Hummelstown | PA | 1170 Mae Street | 17036 | Open Store | Annc'd to |
| 1064 | 106400 | Langhrn/Oxford Vly | PA | 2300 E Lincoln Hwy | 19047 | Open Store | Annc'd to |
| 7699 | 769900 | Lebanon | PA | 1745 Quentin | 17042 | Open Store | Open Store |
| 7372 | 737200 | Leechburg | PA | 451 Hude Park Road | 15656 | Open Store | Open Store |
| 3884 | 388400 | Matamoras | PA | 111 Hulst Dr, Ste 722 | 18336 | Open Store | Annc'd to |
| 433 | 43300 | MIDDLETOWN | PA | 2040 N Union St | 17057 | Non-retail | Active Non- |
| 8275 | 827500 | Morrisville | PA | One Kresge Rd | 19030 | Non-retail | Active Non- |
| 6254 | 625400 | New Castle | PA | 2500 W State StUnion Plz | 16101 | Open Store | Open Store |
| 7083 | 708300 | New Castle | PA | 2650 Ellwood Rd | 16101 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Prope rty | Status |
|---|---|---|---|---|---|---|---|
| 4054 | 405400 | New Kensington | PA | 100 Tarentum Rd | 15068 | Open Store | Annc'd to |
| 4064 | 406400 | North Versailles | PA | 1901 Lincoln Hwy | 15137 | Open Store | Open Store |
| 3527 | 352700 | Philadelphia | PA | 7101 Roosevelt Blvd | 19149 | Open Store | Open Store |
| 9409 | 940900 | Phoenixville | PA | 1000 Nutt Rd | 19460 | Open Store | Annc'd to |
| 4010 | 401000 | Pittsburgh | PA | 880 Butler Street | 15223 | Open Store | Annc'd to |
| 8724 | 872400 | PITTSBURGH | PA | 27 51St St | 15201 | Non-retail | Active Non- |
| 9438 | 943800 | Pleasant Hills | PA | 720 Clairton Blvd/Rte 51 | 15236 | Open Store | Annc'd to |
| 1484 | 148400 | Reading | PA | Warren St Bypass & Bern Rd | 19610 | Open Store | Open Store |
| 1034 | 103400 | Ross Park | PA | 1008 Ross Park Mall Dr | 15237 | Clos ed | Closed Store |
| 8976 | 897600 | ROYERSFORD | PA | 477 N Lewis Rd | 19468 | Non-retail | Active Non- |
| 24527 | 2452700 | SHARON HILL | PA | 800 Calcon Hook Rd | 19079 | Non-retail | Active Non- |
| 3136 | 313600 | Shillington | PA | 1 Parkside Ave | 19607 | Open Store | Open Store |
| 1334 | 133400 | South Hills | PA | 300 S Hills Vlg | 15241 | Clos ed | Closed Store |
| 2605 | 260500 | State College | PA | 183 Shiloh Rd | 16801 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|---|---|---|---|---|---|---|---|
| 8962 | 896200 | STEELTON | PA | 1235 S Harrisburg St | 17113 | Non-retail | Active Non- |
| 2074 | 207400 | Stroudsburg | PA | 344 Stroud Mall | 18360 | Open Store | Open Store |
| 9539 | 953900 | Thorndale | PA | 3205 Lincoln Hwy | 19372 | Open Store | Annc'd to Cl |
| 4713 | 471300 | Towanda | PA | Rt #6 Brandford Town Ctr | 18848 | Open Store | Open Store |
| 3954 | 395400 | Walnutport | PA | 400 North Best Ave | 18088 | Open Store | Open Store |
| 2114 | 211400 | Washington | PA | 1500 W Chestnut St | 15301 | Open Store | Open Store |
| 7374 | 737400 | West Chester | PA | 985 Paoli Pike | 19380 | Open Store | Open Store |
| 1154 | 115400 | Whitehall | PA | 1259 Whitehall Mall | 18052 | Open Store | Open Store |
| 443 | 44300 | WILKES BARRE | PA | Hanover Industrial Pk | 13656 | Non-retail | Active Non- |
| 3268 | 326800 | Wilkes-Barre | PA | 910 Wilkes Barre Twp Blvd | 18702 | Open Store | Open Store |
| 3390 | 339000 | Williamsport | PA | 1915 E Third St | 17701 | Open Store | Open Store |
| 3810 | 381000 | Willow Street | PA | 2600 N Willow Street Pike | 17584 | Open Store | Open Store |
| 3949 | 394900 | Wind Gap | PA | 803 Male Rd | 18091 | Open Store | Open Store |
| 4732 | 473200 | Aguadilla | PR | Road 2 Km 126.5 | 00605 | Open Store | Open Store |
| 7566 | 756600 | Arecibo | PR | State Road 2 Km 80.2 | 00612 | Open Store | Open Store |
| 7570 | 757000 | Bayamon | PR | Plaza Rio Hondo & Comerio Ave | 00961 | Open Store | Open Store |
| 7788 | 778800 | Bayamon | PR | Pr 167 & Las Cumbres | 00957 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|---|---|---|---|---|---|---|---|
| 1085 | 108500 | Caguas | PR | Intsctn St Rd Pr 1 & Pr 156 | 00725 | Open Store | Open Store |
| 4858 | 485800 | Caguas | PR | Calle Betances Final #400 | 00726 | Open Store | Open Store |
| 7419 | 741900 | Caguas | PR | Rafael Cordero & Hwy 30 | 00725 | Open Store | Open Store |
| 1925 | 192500 | Carolina | PR | Carolina S/C | 00988 | Open Store | Open Store |
| 7665 | 766500 | Carolina | PR | 65Th Infantry Ave | 00985 | Open Store | Open Store |
| 7446 | 744600 | Cayey | PR | Carr Rt #1 - Km 106 | 00736 | Open Store | Open Store |
| 2085 | 208500 | Fajardo | PR | State Rd 3 | 00738 | Open Store | Open Store |
| 2675 | 267500 | Guayama | PR | Road 3 Km.L34.7 | 00784 | Open Store | Open Store |
| 7768 | 776800 | Guaynabo | PR | Pr 20 And Esmeralda | 00969 | Open Store | Open Store |
| 7842 | 784200 | HATO REY | PR | Plz Las Americas Mall | 00918 | Open Store | Open Store |
| 3993 | 399300 | Juana Diaz | PR | State Rd 149&State Rd 584 | 00795 | Open Store | Open Store |
| 1935 | 193502 | Mayaguez | PR | 975 Hostos Ave Ste 110 | 00680 | Non-retail | Active Non- |
| 3882 | 388200 | Mayaguez | PR | Pr Rte #2; Km 149.5 | 00680 | Open Store | Open Store |
| 2385 | 238500 | Naranjito | PR | El Mercado Plaza | 00782 | Open Store | Open Store |
| 1945 | 194500 | Ponce | PR | Plaza Del Caribe 2050 (Rd 2) | 00731 | Open Store | Open Store |
| 1945 | 194502 | Ponce | PR | Plaza Del Caribe 2050 (Rd 2) | 00731 | Non-retail | Active Non- |
| 7741 | 774100 | Ponce | PR | 2643 Ponce Bypass | 00728 | Open Store | Open Store |
| 4844 | 484400 | Rio Piedras | PR | 9410 Ave Los Romeros | 00926 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Prope rty | Status |
|---|---|---|---|---|---|---|---|
| 3896 | 389600 | San German | PR | Castro Perez Ave (Pr 122) | 00683 | Open Store | Open Store |
| 4490 | 449000 | San Juan | PR | Caparra Hgts - San Patricio S/C Roosevelt & San Patricio | 00920 | Open Store | Open Store |
| 4494 | 449400 | Trujillo Alto | PR | 200 Carr 181 | 00976 | Open Store | Open Store |
| 7784 | 778400 | Vega Alta | PR | Carr 2, Estatal, Plaza Caribe Mall | 00692 | Open Store | Open Store |
| 7752 | 775200 | Yauco | PR | Sr 128 @ Sr 2 Km 0.5 | 00698 | Open Store | Open Store |
| 24560 | 2456000 | CAYCE | SC | 2110 Commerce Dr | 29033 | Non-retail | Active Non- |
| 4016 | 401600 | Greenville | SC | Church St Extension | 29605 | Open Store | Open Store |
| 8846 | 884600 | GREENVILLE | SC | 115 Haywood Rd | 29607 | Non-retail | Active Non- |
| 8858 | 885800 | Ladson | SC | 3831 Commercial Cneter Rd | 29456 | Non-retail | Active Non- |
| 7616 | 761600 | Lexington | SC | 748 W Main Street | 29072 | Open Store | Open Store |
| 7274 | 727400 | Mauldin | SC | 129 West Butler Avenue | 29662 | Open Store | Annc'd to |
| 2807 | 280700 | Rock Hill | SC | 2197 Dave Lyle Blvd | 29730 | Open Store | Open Store |
| 7043 | 704300 | Rock Hill | SC | 2302 Cherry Rd | 29732 | Open Store | Annc'd to |
| 7062 | 706200 | Sumter | SC | 1143 Broad St | 29150 | Open Store | Open Store |
| 4141 | 414100 | West Columbia | SC | 1500 Charleston Hwy | 29169 | Open Store | Open Store |
| 4170 | 417000 | Rapid City | SD | 1111 E North St | 57701 | Open Store | Open Store |

133

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|------|-------|------|----|---------|----------|----------|--------|
| 7241 | 724100 | Bartlett | TN | 8024 Stage Hills Blvd | 38133 | Non-retail | Active Non- |
| 1115 | 111500 | Chattanooga | TN | 2100 Hamilton Place Blvd | 37421 | Open Store | Annc'd to |
| 8037 | 803700 | CHATTANOOGA | TN | 6300 Enterprise Park Dr; Ste A | 37416 | Non-retail | Active Non- |
| 2335 | 233500 | Clarksville | TN | 2801 Wilma Rudolph Blvd | 37040 | Open Store | Annc'd to |
| 1146 | 114600 | Cordova | TN | 2800 N Germantown Prkway | 38133 | Open Store | Annc'd to |
| 2036 | 203600 | Jackson | TN | 2021 N Highland Ave | 38305 | Open Store | Open Store |
| 2265 | 226500 | Johnson City | TN | 2011 N Roan St | 37601 | Open Store | Open Store |
| 7460 | 746000 | Knoxville | TN | 6909 Maynardville Pike Ne | 37918 | Open Store | Annc'd to |
| 8947 | 894700 | KNOXVILLE | TN | 114 Sherlake Rd | 37922 | Non-retail | Active Non- |
| 9621 | 962100 | Lebanon | TN | 1443 W Main St | 37087 | Open Store | Open Store |
| 2156 | 215600 | Maryville | TN | 198 Foothills Mall | 37801 | Open Store | Open Store |
| 8756 | 875600 | Memphis | TN | 3952 Willow Lake Blvd; Bldg 5 | 38118 | Non-retail | Active Non- |
| 24542 | 2454200 | MEMPHIS | TN | 1710 Shelby Oaks Drive | 38133 | Non-retail | Active Non- |
| 2226 | 222600 | Murfreesboro | TN | 1720 Old Fort Pkwy | 37129 | Open Store | Open Store |

134

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|------|-------|------|----|---------|----------|----------|--------|
| 8206 | 820600 | NASHVILLE | TN | 640 Thompson Lane | 37211 | Non-retail | Active Non- |
| 24611 | 2461100 | NASHVILLE | TN | 5010 Linbar Drive # 125 | 37211 | Non-retail | Active Non- |
| 9735 | 973500 | Sevierville | TN | 217 Forks Of River Pkwy | 37862 | Open Store | Open Store |
| 1395 | 139500 | West Town | TN | 7600H Kingston Pike | 37919 | Open Store | Annc'd to |
| 1387 | 138700 | Amarillo | TX | 7701 I-40 W | 79121 | Open Store | Open Store |
| 1137 | 113700 | Austin | TX | 1000 E 41St | 78751 | Open Store | Annc'd to |
| 1357 | 135700 | Austin/Barton Creek | TX | 2901 S Capitol Of Texas Hwy | 78746 | Open Store | Annc'd to |
| 1327 | 132700 | Baytown | TX | 1000 San Jacinto Mall | 77521 | Open Store | Annc'd to |
| 30954 | 3095400 | Brownsville | TX | 2440 Pablo Kisel Blvd | 78526 | Closed | Closed Store |
| 1217 | 121702 | Corpus Christi | TX | 1305 Airline Rd | 78412 | Non-retail | Active Non- |
| 8870 | 887000 | DALLAS | TX | 1600 Roe St | 75215 | Non-retail | Active Non- |
| 8021 | 802100 | EL PASO | TX | 39B Concord | 79906 | Non-retail | Active Non- |
| 24554 | 2455400 | El Paso | TX | 1335 Geronimo Dr | 79925 | Non-retail | Active Non- |

| Unit | RE ID | NAME | ST | Address | Zip Code | Prope rty | Status |
|------|-------|------|----|---------|----------|-----------|--------|
| 1080 | 108000 | Frisco | TX | 2605 Preston Rd | 75034 | Open Store | Annc'd to |
| 447 | 44700 | GARLAND | TX | 2775 W Miller Rd | 75042 | Non-retail | Active Non- |
| 8907 | 890700 | GARLAND | TX | 1501 Kings Rd | 75042 | Non-retail | Active Non- |
| 8807 | 880700 | GRAPEVINE | TX | 615 Westport Pkwy; Ste 200 | 76051 | Non-retail | Active Non- |
| 2537 | 253700 | Harlingen | TX | 2002 S Expy 83 | 78552 | Open Store | Annc'd to |
| 24011 | 2401100 | HOUSTON | TX | 10055 Regal Row | 77040 | Non-retail | Active Non- |
| 1277 | 127700 | Ingram | TX | 6301 Nw Loop 410 | 78238 | Open Store | Annc'd to |
| 2147 | 214700 | Irving | TX | 2501 Irving Mall | 75062 | Open Store | Annc'd to |
| 2487 | 248700 | Killeen | TX | 2000 Killeen Mall | 76543 | Open Store | Open Store |
| 2247 | 224702 | Laredo | TX | 5300 San Dario Ave | 78041 | Non-retail | Active Non- |
| 2557 | 255700 | Longview | TX | 3510 Mccann Rd | 75605 | Open Store | Open Store |
| 1247 | 124700 | Lubbock | TX | 6002 Slide Rd | 79414 | Open Store | Annc'd to |
| 4389 | 438900 | McAllen | TX | 1801 South 10Th Street | 78503 | Open Store | Open Store |
| 7972 | 797200 | McAllen | TX | 3701 North McColl | 78503 | Non-retail | Active Non- |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|---|---|---|---|---|---|---|---|
| 1067 | 106700 | Memorial | TX | 303 Memorial City Mall | 77024 | Open Store | Annc'd to |
| 8922 | 892200 | PFLUGERSVILLE | TX | 828 New Meister Lane, Suite 100 | 78660 | Non-retail | Active Non- |
| 1629 | 162900 | Pharr | TX | 500 N. Jackson Road | 78577 | Open Store | Open Store |
| 9767 | 976700 | PLANO | TX | 2301 West Plano Parkwayl, Suite 201 | 75075 | Non-retail | Active Non- |
| 2637 | 263700 | Port Arthur | TX | 3100 FM 365 | 77642 | Open Store | Open Store |
| 1207 | 120700 | Richardson | TX | 201 S Plano Rd | 75081 | Open Store | Open Store |
| 1097 | 109700 | San Antonio | TX | 2310 Sw Military Dr | 78224 | Open Store | Open Store |
| 8747 | 874700 | SAN ANTONIO | TX | 1331 N Pine St | 78202 | Non-retail | Active Non- |
| 9507 | 950700 | SAN ANTONIO | TX | 1560 CABLE RANCH RD | 78245 | Non-retail | Active Non- |
| 24029 | 2402900 | SAN ANTONIO | TX | 5696 Randolph Blvd | 78239 | Non-retail | Active Non- |
| 1127 | 112700 | Shepherd | TX | 4000 N Shepherd Dr | 77018 | Open Store | Open Store |
| 1227 | 122700 | Southwest Ctr | TX | 3450 W Camp Wisdom Rd | 75237 | Open Store | Annc'd to |
| 2077 | 207700 | Tyler | TX | 4701 S Broadway Ave | 75703 | Open Store | Annc'd to |
| 2617 | 261700 | Victoria | TX | 7508 N Navarro St | 77904 | Open Store | Annc'd to |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|---|---|---|---|---|---|---|---|
| 1367 | 136700 | Waco | TX | 6001 W Waco Dr | 76710 | Open Store | Open Store |
| 8948 | 894800 | SALT LAKE CTY | UT | 175 W 1300 South | 84115 | Non-retail | Active Non- |
| 24604 | 2460400 | SALT LAKE CTY | UT | 2027 S 4130 W | 84104 | Non-retail | Active Non- |
| 9794 | 979400 | St. George | UT | 785 S Bluff | 84770 | Open Store | Open Store |
| 1888 | 188800 | West Jordan | UT | 7453 S Plaza Center Dr | 84084 | Open Store | Annc'd to |
| 1284 | 128400 | Alexandria | VA | 5901 Duke St | 22304 | Open Store | Open Store |
| 4483 | 448300 | Annandale | VA | 4251 John Marr Drive | 22003 | Open Store | Annc'd to |
| 2435 | 243500 | Charlottesville | VA | 1531 Rio Rd E | 22901 | Open Store | Open Store |
| 3471 | 347100 | Chesapeake | VA | 2001 South Military Hwy | 23320 | Open Store | Open Store |
| 8838 | 883800 | CHESAPEAKE | VA | 713 Fenway Ave; Ste D | 23323 | Non-retail | Active Non- |
| 1615 | 161500 | Chspk/Greenbrier | VA | 1401 Greenbrier Pkwy | 23320 | Closed | Closed Store |
| 8823 | 882300 | DULLES | VA | 45065 Old Ox Rd | 20166 | Non-retail | Active Non- |
| 1814 | 181400 | Fairfax | VA | 12000 Fair Oaks Mall | 22033 | Open Store | Annc'd to |
| 1024 | 102400 | Falls Church | VA | 6211 Leesburg Pike | 22044 | Open Store | Open Store |
| 2694 | 269400 | Fredericksburg | VA | 100 Spotsylvania Mall | 22407 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|---|---|---|---|---|---|---|---|
| 1575 | 157500 | Hampton | VA | 100 Newmarket Fair Mall | 23605 | Open Store | Annc'd to Close |
| 8836 | 883600 | RICHMOND | VA | 4100 Tomlyn St | 23230 | Non-retail | Active Non-retail |
| 24552 | 2455200 | RICHMOND | VA | 5340 S Laburnum Ave | 23231 | Non-retail | Active Non-retail |
| 7415 | 741500 | Springfield | VA | 6364 Springfield Plaza | 22150 | Open Store | Annc'd to Close |
| 3785 | 378500 | Tabb | VA | 5007 Victory Blvd | 23693 | Open Store | Open Store |
| 1265 | 126500 | Virginia Beach | VA | 4588 Virginia Beach Blvd | 23462 | Closed | Closed Store |
| 7717 | 771700 | Waynesboro | VA | 2712 W Main St | 22980 | Open Store | Annc'd to Close |
| 7259 | 725900 | Williamsburg | VA | 118 Waller Mill Rd | 23185 | Open Store | Annc'd to Close |
| 2784 | 278400 | Winchester | VA | 1850 Apple Blossom Dr | 22601 | Open Store | Open Store |
| 7413 | 741300 | Frederiksted | VI | Remainder Matriculate #1 | 00840 | Open Store | Open Store |
| 3972 | 397200 | St. Croix | VI | Sunny Isle S/C, Space #1 | 00820 | Open Store | Open Store |
| 3829 | 382900 | St. Thomas | VI | 26 - A Tutu Park Mall | 00802 | Open Store | Open Store |
| 7793 | 779300 | St. Thomas | VI | 9000 Lockhart Gdns S/C; Ste 1 | 00802 | Open Store | Open Store |
| 45061 | 4506100 | COLCHESTER | VT | 4 ACORN LANE | 03848 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|------|-------|------|-----|---------|----------|----------|--------|
| 3133 | 313300 | Bellingham | WA | 1001 E Sunset Drive | 98226 | Open Store | Annc'd to |
| 2049 | 204900 | Everett | WA | 1302 Se Everett Mall Way | 98208 | Open Store | Open Store |
| 2329 | 232900 | Kennewick(Pasco) | WA | 1321 N Columbia Center Blvd | 99336 | Open Store | Open Store |
| 3413 | 341300 | Kent | WA | 24800 W Valley Hwy | 98032 | Closed | Closed Store |
| 8709 | 870900 | KENT | WA | 7650 S 228Th St | 98032 | Non-retail | Active Non- |
| 8897 | 889700 | KENT | WA | 6250 S. 196Th Street | 98032 | Non-retail | Active Non- |
| 2330 | 233000 | Puyallup | WA | 3500 S MeridianSte 900 | 98373 | Open Store | Annc'd to |
| 2329 | 232902 | Richland | WA | 1661 B Fowler St | 99352 | Non-retail | Active Non- |
| 36692 | 3669200 | Seattle | WA | 701 5th Ave | 98104 | Non-retail | Active Non- |
| 38167 | 3816700 | Seattle | WA | 1415 NE 45th Street | 98105 | Non-retail | Active Non- |
| 24526 | 2452600 | Seattle/Tukwilla | WA | 12628 Interurban Ave South | 98168 | Non-retail | Active Non- |
| 8004 | 800400 | Spokane | WA | 10424 W Aero Rd | 99004 | Non-retail | Active Non- |
| 9480 | 948000 | SPOKANE | WA | 12310 Mirabeau Parkway; Suite 500 | 99216 | Non-retail | Active Non- |

140

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|---|---|---|---|---|---|---|---|
| 2239 | 223900 | Vancouver | WA | 8800 Ne Vancouver Mall Dr | 98662 | Open Store | Annc'd to |
| 7034 | 703400 | Walla Walla | WA | 2200 East Isaacs Ave | 99362 | Open Store | Open Store |
| 24555 | 2455500 | BROOKFIELD | WI | 13040 W Lisbon Rd; Bldg 2 Ste 300 | 53005 | Non-retail | Active Non- |
| 8968 | 896800 | JANESVILLE | WI | 3920 Kennedy Rd | 53545 | Non-retail | Active Non- |
| 7648 | 764800 | Mauston | WI | 800 North Union | 53948 | Open Store | Open Store |
| 8220 | 822000 | NEW BERLIN | WI | 16255-16351 W LINCOLN AVE | 53151 | Non-retail | Active Non- |
| 3692 | 369200 | Oconomowoc | WI | 1450 Summit Avenue | 53066 | Open Store | Open Store |
| 3851 | 385100 | Racine | WI | 5141 Douglas Ave | 53402 | Open Store | Open Store |
| 7649 | 764900 | Ripon | WI | 1200 West Fond Du Lac St | 54971 | Open Store | Open Store |
| 8725 | 872500 | VANDENBROEK | WI | N 168 Apoltolic Rd | 54140 | Non-retail | Active Non- |
| 3750 | 375000 | Waupaca | WI | 830 West Fulton St | 54981 | Open Store | Open Store |
| 8782 | 878200 | WAUWATOSA | WI | 4320 N. 124Th Street | 53222 | Non-retail | Active Non- |
| 6375 | 282601 | Bridgeport | WV | 225 Meadowbrook Mall | 26330 | Open Store | Open Store |
| 4188 | 418800 | Charleston | WV | 1701 4Th Ave W | 25387 | Open Store | Annc'd to |
| 4442 | 444200 | Charleston | WV | 6531 Mccorkle Avenue S E | 25304 | Open Store | Open Store |

141

| Unit | RE ID | NAME | ST | Address | Zip Code | Property | Status |
|------|-------|------|-----|---------|----------|----------|--------|
| 3484 | 348400 | Elkview | WV | I-79/Us 43 Crossings Mall | 25071 | Open Store | Open Store |
| 3724 | 372400 | Scott Depot | WV | 101 Great Teays Blvd | 25560 | Open Store | Annc'd to Close |
| 2304 | 230400 | Westover/Morgantown | WV | 9520 Mall Rd | 26501 | Open Store | Annc'd to Close |
| 2341 | 234100 | Casper | WY | 701 Se Wyoming Blvd | 82609 | Open Store | Annc'd to Close |
| 4736 | 473600 | Casper | WY | 4000 East 2Nd Street | 82609 | Open Store | Annc'd to Close |
| 2371 | 237100 | Cheyenne | WY | 1400 Del Range Blvd | 82009 | Closed | Closed Store |
| 4863 | 486300 | Gillette | WY | 2150 South Douglas Hwy | 82716 | Open Store | Annc'd to Close |
| 7139 | 713900 | Jackson | WY | 510 S Hwy 89 | 83002 | Open Store | Open Store |
| 30938 | 3093800 | Glendale | AZ | 6767 West Bell Road | 85308 | Closed | Closed Store |

**<u>Exhibit B</u>**

**Redline of Proposed Final Junior DIP Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                              :
                                                   :         **Chapter 11**
**SEARS HOLDINGS CORPORATION, et al.,**            :
                                                   :         **Case No. 18-23538 (RDD)**

|  | : |  |
|---|---|---|
| Debtors. [1] | : | (Jointly Administered) |

-------------------------------------------------------------------x

## ~~INTERIM~~FINAL JUNIOR DIP ORDER
## (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN ~~POST-PETITION~~ POST-PETITION FINANCING AND (B) GRANT SECURED PRIMING LIENS ~~AND SUPERPRIORITY~~ AND SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS; (II) MODIFYING THE AUTOMATIC STAY; AND (III) ~~SCHEDULING FINAL HEARING; AND (IV)~~ GRANTING RELATED RELIEF

s

Upon the motion (the "Motion") of Sears Holdings Corporation ("Holdings") and its affiliated debtors, as debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") pending in the United States Bankruptcy Court for the Southern District of New York (the "~~"~~"Bankruptcy Court") seeking entry of an interim order (~~this~~the "Interim Junior DIP Order") and a final order (~~the~~this "Final Junior DIP Order" and, together with the Interim Junior DIP Order, the "Junior DIP Orders") providing for, among other things, the following relief:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

(i)       authorizing Sears Roebuck Acceptance Corp., a Delaware corporation, ("SRAC"), and Kmart Corporation, a Michigan corporation ("Kmart", and together with SRAC, the "Junior DIP Borrowers") to borrow, and each of the other Debtors, to guarantee (in such capacity, the "Junior DIP Guarantors" and, together with the Junior DIP Borrowers, the "Junior DIP Obligors"), a secured debtor-in-possession superpriority priming multiple draw term loan credit facility (the "Junior DIP Facility"), in an aggregate principal amount of up to $350,000,000 on the terms and conditions set forth in the Junior DIP Credit Agreement, a copy of which, in substantially final form, is attached hereto as Exhibit B (the "Junior DIP Credit Agreement"), among the Debtors, Cantor Fitzgerald Securities, as administrative agent ("Junior DIP Administrative Agent") and collateral agent (in both capacities collectively, the "Junior DIP Agent"), the term loan lenders from time to time party thereto (the "Junior DIP Lenders," and together with the Junior DIP Agent, the "Junior DIP Credit Parties"), allocated and made available to the Junior DIP Borrowers as follows:

(a)               upon entry of ~~this~~the Interim Junior DIP Order, subject to the terms and conditions set forth in the Junior DIP Credit Agreement and ~~this~~the Interim Junior DIP Order, a term loan credit facility with aggregate initial commitments of up to $250,000,000 ("Initial Junior DIP Commitments");

(b)       upon entry of ~~the~~this Final Junior DIP Order, subject to the terms and conditions set forth in the Junior DIP Credit Agreement, the Junior DIP Documents and the Final Junior DIP Order, a term loan credit facility with aggregate commitments of up to $350,000,000 (the "Junior DIP Commitments") and the advances made pursuant thereto, (the "Junior DIP Advances", and together with the Junior DIP Commitments including the Initial Junior DIP Commitments and all other obligations under the Junior DIP Documents (as defined below), the "Junior DIP Secured Obligations");

(ii)            authorizing the Junior DIP Obligors to execute, deliver and abide by (x) the Junior DIP Credit Agreement, (y) the DIP Intercreditor Agreement (as defined below) and (z) any other agreements, instruments, pledge agreements, guarantees, control agreements and other loan documents related to any of the foregoing (including any security agreements, intellectual property security agreements, notes, blocked account agreements, deposit account control agreements, securities account control agreements, credit card acknowledgements, credit card agreements, collateral access agreements, landlord agreements, warehouse agreements, bailee agreements, carrier agency agreements, customs broker agency agreements, subordination agreements (including any intercompany subordination agreements), and freight forwarder agreements, and all Uniform Commercial Code filings and all filings with the United States Patent and Trademark Office or the United States Copyright Office with respect to the recordation of an interest in the intellectual property of the Debtors) (each of the foregoing, as amended, restated, supplemented, waived, and/or modified from time to time, and collectively, with the Junior DIP Credit Agreement, and the DIP Intercreditor Agreement, the "Junior DIP Documents"), and to perform such other acts as may be necessary or desirable in connection with the Junior DIP Documents;

(iii)           authorizing the Junior DIP Administrative Agent to terminate any of its obligations under the Junior DIP Documents upon the occurrence and continuance of a Termination Event (as defined below), which includes an Event of Default (as defined in the Junior DIP Documents);

(iv)           as collateral security for all Junior DIP Secured Obligations, granting to the Junior DIP Agent, for itself and for the benefit of all Junior DIP Credit Parties, in accordance with the relative priorities set forth in the Junior DIP Orders and in that certain DIP Intercreditor Agreement by and between the Junior DIP Agent and the DIP ABL Agents (the "DIP Intercreditor Agreement"), and in each case subject to the Carve-Out (as defined below), as more fully described herein including paragraphs O(d), 11, 13 and 14 with respect to, among other things, use of Cash Collateral and priority:

(a)                         pursuant to sections 364(c)(1), 503(b), and 507(a)(2) of title 11 of the United States Code (the "Bankruptcy Code"), joint and several superpriority allowed administrative priority expense claims in each of the Junior DIP Obligors' Chapter 11 Cases and any Successor Cases (as defined below); provided, however, that such claims shall be of equal priority to the DIP ABL Superpriority Claims (as defined in the DIP ABL Order) granted to the DIP ABL Control Co-Collateral Agent (as defined in the DIP ABL Order) under the postpetition financing order entered October 16, 2018 [~~Docket~~ECF No. 101] (the "Interim DIP ABL Order", and together with any final DIP ABL order [ECF No. 955] (the "Final DIP ABL Order") entered by the Bankruptcy Court approving the DIP ABL Credit Facility, the "DIP ABL Order").[2]

(b)                         pursuant to section 364(c)(3) of the Bankruptcy Code, an automatically perfected junior security interest in and lien on the Prepetition ABL Collateral and all proceeds thereof;

(c)                         pursuant to section 364(d) of the Bankruptcy Code, an automatically perfected junior security interest in and lien on all property (including all proceeds thereof) of the Junior DIP Obligors' estates (other than the Prepetition ABL Collateral) that is subject to valid and perfected liens and security interests in favor of third parties existing on the Petition Date (as defined below), junior only to (i) such valid and perfected liens and security interests in such property in favor of such third parties as of the Petition Date, (ii) the Senior Permitted Liens (as defined in the Junior DIP Documents), and (iii) the DIP ABL Liens;

(d)                         pursuant to section 364(d) of the Bankruptcy Code, an automatically perfected security interest in and lien on (i) all of the rights, title and interest of any Junior DIP Obligor in that certain cause of action identified on Schedule 1 hereto, and (ii) all of the rights, title and interest of any Junior DIP Obligor in the assets set forth in Schedule 2 hereto and all books, records, documents and data related thereto and all proceeds thereof, *pari passu* with the DIP ABL Liens; and

---

[2]  ~~Substantially concurrently herewith, the Bankruptcy Court entered the *Final Order (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing; (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; And (IV) Granting Related Relief* [Docket No. [ ]].~~

(e)                        pursuant to section 364(d) of the Bankruptcy Code, an automatically perfected security interest in and lien on all unencumbered assets, and all proceeds (other than the collateral described above in (i)(d)) of the Junior DIP Obligors' estates that are not subject to a valid and perfected lien on the Petition Date (including all unencumbered assets created or acquired after the Petition Date, excluding, for the avoidance of doubt, any such assets that constitute Prepetition ABL Collateral and, without limitation, specifically including those assets described on Schedule 3 hereto) junior only to the Carve-Out and the DIP ABL Liens<del>32</del>;

(v)                        authorizing and directing the Junior DIP Obligors to pay the principal, interest, fees, expenses and other amounts payable under the Junior DIP Documents as they are earned, due and payable in accordance with the terms of the Junior DIP Documents and the Junior DIP Orders;

(vi)                        [RESERVED];

(vii)                        [RESERVED];

(viii)                        solely upon entry of ~~the~~this Final Junior DIP Order, the waiver by the Junior DIP Obligors for the benefit of the Junior DIP Credit Parties (solely in their capacities as such) of (a) any right to surcharge the Junior DIP Collateral pursuant to section 506(c) of the Bankruptcy Code, (b) any rights under the "equities of the case" exception in section 552(b) of the Bankruptcy Code, and (c) the equitable doctrine of "marshaling" or any similar doctrine with respect to the Junior DIP Collateral;

(ix)                        vacating and modifying the automatic stay under section 362 of the Bankruptcy Code to the extent necessary to implement and effectuate the terms of the Junior DIP Orders and the Junior DIP Documents; ~~and~~

(x)                        pursuant to Bankruptcy Rules 4001(b)(2) and 4001(c)(2), requesting ~~an initial~~a hearing ~~on the Motion~~ be held before the Bankruptcy Court to consider entry of the Interim Junior DIP Order (the "Interim Hearing") to authorize on ~~an~~a interim basis a multiple draw borrowing under the Junior DIP Documents in an aggregate amount of up to $250 million;

---

<del>32</del>  ~~Solely u~~Upon entry of ~~the~~this Final Junior DIP Order, ~~the Debtors will request that~~ all of the proceeds (the "Avoidance Action Proceeds") of the Junior DIP Obligors claims and causes of action arising under sections 502(d), 544, 545, 547, 548, 549, 550 and 553 of the Bankruptcy Code and any other avoidance or similar action under the Bankruptcy Code or similar state law (the "Avoidance Actions") and the proceeds of any and all claims or causes of action against current or former directors and officers of any Junior DIP Obligor including, without limitation, any claim for or relating to a breach of fiduciary duty by any such director or officer ("D&O Claims") shall constitute Junior DIP Collateral.

(xi)                    approving the DIP Intercreditor Agreement; and

(xii)                   scheduling a final hearing (the ""Final Hearing") to approve the Motion and consider entry of the Final Junior DIP Order.

The Interim Hearing having been held before the Bankruptcy Court on November 27, 2018, and the Final Hearing having been held before the Bankruptcy Court on December 20, 2018, each pursuant to Bankruptcy Rules 4001(b)(2) and 4001(c)(2), and upon the record made by the Junior DIP Obligors at the Interim Hearing and the Final Hearing and the representations made thereat; and after due deliberation and consideration and sufficient cause appearing therefor:

**THE BANKRUPTCY COURT HEREBY FINDS AND CONCLUDES AS FOLLOWS:**[43]

A.    *Petition Date*.  On October 15, 2018 (the "Petition Date"), each of the Debtors except for SHC Licensed Business LLC and SHC Promotions LLC filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court.  On October 18, 2018, SHC Licensed Business LLC filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court.  On October 22, 2018, SHC Promotions LLC filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court.

B.    *Joint Administration*.  On the Petition Date, the Bankruptcy Court entered an order approving the joint administration of the Chapter 11 Cases. On November 6, 2018, the Bankruptcy Court entered an order approving the joint administration of the chapter 11 cases of SHC Licensed Business LLC and SHC Promotions LLC with the other Debtors' chapter 11 cases.

C.    *Debtors in Possession*.  The Debtors are continuing in the management and operation of their businesses and properties as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

D.    *Official Committees*.  No trustee or examiner has been appointed in these Chapter 11 Cases as of the date of this ~~Interim~~Final Junior DIP Order.  The Official Committee of Unsecured Creditors (the "Creditors' Committee") was appointed in these Chapter 11 Cases on October 24, 2018 [~~Docket~~ECF No. 276].

---

[43] The findings and conclusions set forth herein constitute the Bankruptcy Court's findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052.  To the extent any findings of fact constitute conclusions of law, they are adopted as such.  To the extent any conclusions of law constitute findings of fact, they are adopted as such.

8

E. **_Jurisdiction and Venue_**.  The Bankruptcy Court has jurisdiction over these proceedings pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b).  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  The Bankruptcy Court may enter ~~a~~this Final Junior DIP Order consistent with Article III of the United States Constitution.  Venue for the Chapter 11 Cases is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  The predicates for the relief set forth herein are sections 105, 361, 362, 363(c), 363(e), 364(c), 364(d), 364(e), 503, 506 and 507 of the Bankruptcy Code, Bankruptcy Rules 2002, 4001, 6003, 6004 and 9014, and Rule 4001-2 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules").

F. **_Notice_**.  Adequate and sufficient notice of the Motion has been provided in accordance with the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules, and no other or further notice of the Motion ~~or,~~ the ~~entry of this~~ Interim Junior DIP Order, or this Final Junior DIP Order shall be required~~, except as set forth in paragraph 68 below.  The interim relief granted herein is necessary to avoid immediate and irreparable harm to the Debtors' estates.~~.

G. **_DIP ABL Facility._**  ~~Substantially concurrently herewith~~On November 30, 2018, the Bankruptcy Court entered the DIP ABL Order [ECF No. 955].  Capitalized terms used but not defined herein have the meanings ascribed to them in the DIP ABL Order.

**H.**    ***Debtors' Stipulations.***    The Junior DIP Credit Parties have relied upon the Debtors' Stipulations (as defined in the DIP ABL Order) and are entitled to rely upon the Debtors' Stipulations as if fully set forth herein; *provided* that nothing in this ~~Interim~~Final Junior DIP Order shall alter, modify, or affect the finality of the Debtors' Stipulations as set forth in the DIP ABL Order; *provided further*, that none of the Debtors' Stipulations shall apply to ESL Investments, Inc. or any of its affiliates (including any fund in which ESL or any affiliate of ESL acts as investment manager, investment advisor, general partner, managing member or in any similar capacity, the "ESL Affiliates," and together with ESL Investments, Inc., "ESL"), or any other insider or such insider's affiliates (a "Non-ESL Insider").  For the avoidance of doubt any reference to "insider" or "Non-ESL Insider" in this ~~Interim~~Final Junior DIP Order shall not include the Sears Holdings Pension Plan.

**I.**    [RESERVED].

**J.**    [RESERVED].

**K.**     *Validity of Prepetition Obligations/Prepetition Collateral related to ESL and Any Other Insider.*  Nothing herein shall constitute a finding or ruling by this Court in favor of ESL, or any Non-ESL Insider, that any Prepetition Obligation and/or Prepetition Lien in respect of any Prepetition Obligations owned by ESL (collectively, the "ESL Debt"), or any Non-ESL Insider, is valid, senior, enforceable, prior, perfected, or non-avoidable, *provided*, *however* there shall be no effect or impact on (i) any Prepetition ABL Obligations owed to any person or entity other than ESL, or any Non-ESL Insider, (ii) any of the Prepetition ABL Liens, or (iii) any adequate protection granted to the Prepetition ABL Credit Parties pursuant to and in accordance with the terms of the DIP ABL Orders; notwithstanding anything to the contrary herein, with respect to (ii) or (iii) of this proviso, ESL, or any Non-ESL Insider, shall not be entitled to any proceeds or other distributions on account of such Prepetition ABL Liens, Adequate Protection Liens, prepetition claims, or Adequate Protection Claims absent further order of the Bankruptcy Court; *provided* that this sentence shall not apply to the cash payment of post-petition interest on the Prepetition ABL Obligations as adequate protection, subject to any rights of the Debtors or the Creditors' Committee to seek disgorgement of any such adequate protection payments from ESL, any Non-ESL Insider, or any of their respective immediate or mediate transferees. Moreover, nothing shall prejudice the rights of any party-in-interest, including, but not limited to the Debtors or the Creditors' Committee, to challenge the validity, priority, enforceability, seniority, avoidability, perfection, or extent of any alleged ESL Debt and/or related security interests or Prepetition Obligations and/or related security interests owned by any Non-ESL Insider, *provided*, *however* there shall be no effect or impact on (i) any Prepetition ABL Obligations owed to any person or entity other than ESL, or any Non-ESL Insider, (ii) any of the Prepetition ABL Liens, or (iii) any Adequate Protection Liens granted to the Prepetition ABL

Credit Parties; notwithstanding anything to the contrary herein, with respect to (ii) or (iii) of this proviso, ESL, or any Non-ESL Insider, shall not be entitled to any proceeds or other distributions on account of such Prepetition ABL Liens, Adequate Protection Liens, prepetition claims, or Adequate Protection Claims absent further order of the Bankruptcy Court; *provided* that this proviso shall not apply to the cash payment of post-petition interest on the Prepetition ABL Obligations as adequate protection, subject to any rights of the Debtors or the Creditors' Committee to seek disgorgement of any such adequate protection payments from ESL, any Non-ESL Insider, or any of their respective immediate or mediate transferees.  For the avoidance of doubt, nothing herein shall be deemed a waiver of (a) the provisions of section 506(c) of the Bankruptcy Code, (b) any "equities of the case" under section 552(b) of the Bankruptcy Code, or (c) the equitable doctrine of "marshaling" or any similar doctrine with respect to any ESL Debt or Prepetition Obligations owned by any Non-ESL Insider, collateral securing any ESL Debt or Prepetition Obligations owned by any Non-ESL Insider, in each case, after payment in full of all Junior DIP Obligations and Prepetition ABL Obligations not constituting ESL Debt or Prepetition Obligations owned by any Non-ESL Insider.  Nothing in this paragraph shall affect or impact the Prepetition ABL Obligations that are not owned by ESL, or any Non-ESL Insider, or Prepetition ABL Liens securing such obligations, or any adequate protection granted to the Prepetition ABL Credit Parties other than ESL, or any Non-ESL Insider.

L.    *Cash Collateral.*    The Junior DIP Obligors represent that all of the Junior DIP Obligors' cash, including the cash in their deposit accounts, wherever located, whether as original collateral or proceeds of other Prepetition ABL Collateral, constitutes Cash Collateral and is Prepetition ABL Collateral but not Prepetition Second Lien Collateral.

12

**M.**    ***Permitted Prior Liens.***  Nothing herein shall constitute a finding or ruling by this Court that any alleged Permitted Prior Lien (as defined in the Junior DIP Credit Agreement) is valid, senior, enforceable, prior, perfected, or non-avoidable.  Moreover, nothing shall prejudice the rights of any party-in-interest, including, but not limited to the Debtors, the DIP ABL Credit Parties, the Junior DIP Credit Parties, the Prepetition Credit Parties, or the Creditors' Committee, to challenge the validity, priority, enforceability, seniority, avoidability, perfection, or extent of any alleged Permitted Prior Lien and/or security interests.  For the avoidance of doubt, nothing herein shall be deemed a waiver of (a) the provisions of section 506(c) of the Bankruptcy Code, (b) any "equities of the case" under section 552(b) of the Bankruptcy Code, or (c) the equitable doctrine of "marshaling" or any similar doctrine with respect to the Permitted Prior Liens, *provided that* the lack of such a waiver shall not adversely affect in any manner the Prepetition ABL Credit Parties, the DIP ABL Credit Parties, or the Junior DIP Credit Parties, *provided, further* that any attempts or efforts to invoke the provisions referenced in clauses (a) through (c) of this sentence shall be subject in all respects to the prior written consent of the DIP ABL Agent, and the Prepetition ABL Agents until the payment in full in cash of all the DIP ABL Obligations and Prepetition ABL Obligations, respectively.

**N.**    [RESERVED].

**O.**    ***Findings Regarding DIP Financing.***

a.    ***Good Cause.***  Good cause has been shown for the entry of this ~~Interim~~Final Junior DIP Order~~.~~, and the Junior DIP Obligors' have exercised good business judgment in seeking such relief, which is necessary to each of them and in the best interests of their respective estates and creditors.  All objections to the Motion have been resolved as set forth herein or are otherwise overruled by the Bankruptcy Court at the Final Hearing.

13

b.      ***Request for Post-Petition Financing.***   The Junior DIP Obligors have sought authority to enter into the Junior DIP Documents.  The Junior DIP Credit Parties shall have no obligation to make or be deemed to have made loans, advances or other extensions of credit under the Junior DIP Facility except to the extent required under the respective Junior DIP Documents and shall have no obligation to waive any conditions required thereunder.  The Junior DIP Obligors have sought authority to use Cash Collateral on the terms described in the Final DIP ABL Order, and in accordance with the Approved Budget, to administer their Chapter 11 Cases and fund their operations.

c.      ***Need for Post-Petition Financing.***   The Debtors' need to obtain credit as set forth in the Junior DIP Documents is immediate and critical in order to, among other things, enable the Debtors to continue operations and to administer and preserve the value of their estates.  The ability of the Debtors to maintain business relationships, pay employees, protect the value of their assets and otherwise finance their operations requires the availability of working capital from the Junior DIP Facility, the absence of either of which would immediately and irreparably harm the Debtors, their estates, creditors and other stakeholders, and the possibility for maximizing the value of their businesses.  The Debtors do not have sufficient available sources of working capital and financing to operate their business or to maintain their properties in the ordinary course of business without the Junior DIP Facility.  Consummation of the financing contemplated by the Junior DIP Documents, pursuant to the terms of this ~~Interim~~Final Junior DIP Order therefore are in the best interests of the Debtors' estates.

14

d.     ***No Credit Available on More Favorable Terms.***   Given their current financial condition, financing arrangements, and capital structure, despite diligent efforts, the Junior DIP Obligors are unable to reasonably obtain junior post-petition financing from sources other than the Junior DIP Lenders on terms more favorable than those set forth in the Junior DIP Documents.   The Junior DIP Obligors have been unable to obtain adequate unsecured credit allowable under section 503(b)(1) of the Bankruptcy Code as an administrative expense.   The Junior DIP Obligors have also been unable to obtain junior secured credit from other sources on better terms:  (a) solely having priority over that of administrative expenses of the kind specified in sections 503(b), 507(a) and 507(b) of the Bankruptcy Code; (b) secured only by a lien on property of the Junior DIP Obligors and their estates that is not otherwise subject to a lien; or (c) secured solely by a junior lien on property of the Junior DIP Obligors and their estates that is already subject to a prepetition lien**.**  Further, the (i) DIP ABL Loan Parties consent to the *pari passu* sharing of liens on Specified Collateral with the Junior DIP Obligors, on the terms and conditions set forth in the DIP Intercreditor Agreement, (ii) no Prepetition Credit Party has objected to the priority of the Adequate Protection Liens set forth in the DIP ABL Final Order, subject to entry of the DIP ABL Final Order, and this ~~Interim~~Final Junior DIP Order, and (iii) the adequate protection provided in the DIP ABL Orders is sufficient to satisfy the requirements of section 364(d) of the Bankruptcy Code.   Junior priority financing on a post-petition basis is not otherwise available without granting the Junior DIP Agent, for itself and for the benefit of all of the other Junior DIP Credit Parties: (i) perfected security interests in and liens on (each as provided herein) all of the Junior DIP Obligors' existing and after-acquired assets with the priorities set forth herein; (ii) superpriority claims; and (iii) the other protections set forth in this ~~Interim~~Final Junior DIP Order.

15

1.     ***Use of Proceeds; Approved Budget.***    As a condition to entry into the Junior DIP Documents, the extensions of credit under the Junior DIP Facility, the Junior DIP Lenders require, and the Junior DIP Obligors have agreed, that proceeds of the Junior DIP Facility and Cash Collateral shall be used in accordance with the terms of the Junior DIP Documents, and the DIP ABL Documents, including the Approved Budget, which shall be subject to (a) such variances as may be permitted by the Junior DIP Documents, (b) this ~~Interim~~Final Junior DIP Order, and (c) the Carve-Out.  The Junior DIP Obligors shall not directly or indirectly pay any expense or other disbursement other than those set forth in the Approved Budget or the Carve-Out.  The proceeds of the Junior DIP Facility shall be used solely as provided in the Junior DIP Documents and the proceeds of the Junior DIP Facility and Cash Collateral shall be used solely in accordance with the Approved Budget (subject to the Carve-Out).

2.      ***Willingness to Provide Financing.*** The Junior DIP Lenders have indicated a willingness to provide financing to the Junior DIP Obligors, subject to the entry of this ~~Interim Junior DIP Order and conditioned upon entry of the~~ Final Junior DIP Order, including findings that such financing is essential to the Junior DIP Obligors' estates, that the Junior DIP Lenders are extending credit to the Junior DIP Obligors as set forth in the Junior DIP Documents in good faith, and that the Junior DIP Credit Parties' claims, superpriority claims, security interests, liens, rights, and other protections will have the protections provided in section 364(e) of the Bankruptcy Code and will not be affected by any subsequent reversal, modification, vacatur, amendment, reargument or reconsideration of ~~this~~the Interim Junior DIP Order, ~~the~~this Final Junior DIP Order or any other order.  As a condition to the entry into the Junior DIP Documents and the extensions of credit under the Junior DIP Facility, the Junior DIP Obligors, the Junior DIP Agent, and the other Junior DIP Credit Parties have agreed that proceeds of Junior DIP Collateral and all payments and collections received by the Junior DIP Obligors shall be applied solely as set forth in the Junior DIP Documents and the Junior DIP Orders.

3.       ***Business Judgment and Good Faith Pursuant to Section 364(e).*** The

extension of credit under the Junior DIP Facility and the Junior DIP Documents on the terms set

forth herein are fair, reasonable, and the best available to the Junior DIP Obligors under the

circumstances, reflect the Junior DIP Obligors' exercise of sound and prudent business judgment,

are supported by reasonably equivalent value and consideration, and were entered into at

arm's-length, under no duress, and without undue influence, negligence or violation of public

policy or law.  The Junior DIP Documents and the Junior DIP Facility were negotiated in good

faith and at arm's length among the Junior DIP Obligors, DIP ABL Loan Parties, certain of the

Prepetition Credit Parties, the DIP ABL Credit Parties, and the Junior DIP Credit Parties, under

no duress, and without undue influence, in respect of all actions taken by them in connection with

or related in any way to negotiating, implementing, documenting, or obtaining the requisite

approvals of the Junior DIP Facility including in respect of the granting of the Junior DIP Liens,

any challenges or objections to the Junior DIP Facility, and all documents related to any and all

transactions contemplated by the foregoing.  Any credit to be extended as set forth in this

~~Interim~~Final Junior DIP Order and in the Junior DIP Documents shall be deemed to have been so

allowed, advanced, made, used or extended in good faith, and for valid business purposes and

uses, within the meaning of section 364(e) of the Bankruptcy Code, and the Junior DIP Credit

Parties are therefore entitled to the protections and benefits of section 364(e) of the Bankruptcy

Code and this ~~Interim~~Final Junior DIP Order, and therefore, the claims, security interests, liens,

and other protections granted pursuant to this ~~Interim~~Final Junior DIP Order should be preserved

to the extent provided for in this ~~Interim~~Final Junior DIP Order.

4.     ***Priority of Liens.***  The priority of the Junior DIP Liens on the DIP ABL Collateral to the extent set forth in this ~~Interim~~Final Junior DIP Order will enable the Junior DIP Obligors to obtain the Junior DIP Facility and to continue to operate their businesses for the benefit of their estates and creditors.  The Required Lenders (as defined in the DIP ABL Credit Agreement) have consented to liens solely to the extent set forth in this ~~Interim~~Final Junior DIP Order and the DIP ABL Orders.  The DIP ABL Lenders have acted in good faith in connection with the negotiation and approval of the Junior DIP Facility.

5.     ***Adequate Protection for Prepetition Credit Parties.***  The Prepetition Credit Parties are entitled to, and shall receive, adequate protection as set forth in the DIP ABL Order.  Nothing in this ~~Interim~~Final Junior DIP Order shall alter, modify, or affect the finality of the rights of the Prepetition Credit Parties, other than ESL, or any Non-ESL Insider, to adequate protection as set forth in the DIP ABL Order.

6.    ***Sections 506(c) and 552(b).***  ~~In t~~The ~~Final Junior DIP Order, the~~ Debtors ~~will seek a~~ waive~~r~~, for the benefit of the Junior DIP Credit Parties (solely in their capacities as such), of (a) the provisions of section 506(c) of the Bankruptcy Code, (b) any "equities of the case" under section 552(b) of the Bankruptcy Code, and (c) the equitable doctrine of "marshaling" or any similar doctrine with respect to the Junior DIP Collateral, except to the extent set forth in paragraph 12 below and with respect to their rights under the DIP Intercreditor Agreement, in light of (i) the subordination of their liens and superpriority claims, as applicable, to the Carve-Out, and (ii) the Approved Budget covering all administrative costs projected by the Junior DIP Obligors.  For the avoidance of doubt, nothing herein shall be deemed a waiver of (a) the provisions of section 506(c) of the Bankruptcy Code, (b) any "equities of the case under section 552(b) of the Bankruptcy Code or (c) the equitable doctrine of "marshaling" or any similar doctrine with respect to any prepetition liens.

~~7. *Final Hearing.*  At the Final Hearing, the Junior DIP Obligors will seek final approval of the proposed post-petition financing arrangements pursuant to the Final Junior DIP Order, which shall be in form and substance acceptable to the Junior DIP Agent in its sole and absolute discretion.  Notice of the Final Hearing and Final Junior DIP Order will be provided in accordance with this Interim Junior DIP Order and no further notice, except as provided by this Interim Junior DIP Order, shall be required.~~

8. ***Immediate Entry.*** ~~The Junior DIP Obligors have requested immediate entry of this Interim Junior DIP Order pursuant to Bankruptcy Rules 4001(b)(2) and (c)(2) and Local Bankruptcy Rule 4001-2. The authorization granted herein on an interim basis to enter into the Junior DIP Documents, and to borrow under the Junior DIP Facility is necessary to avoid immediate and irreparable harm to the Junior DIP Obligors and their estates during the period beginning on the date hereof through and including the earlier to occur of (i) the date of the entry of the Final Junior DIP Order by this Court and (ii) the Termination Date (as defined below). This Court concludes that the entry of this Interim Junior DIP Order is in the best interests of the Junior DIP Obligors and their estates and creditors because it will, among other things, allow the Junior DIP Obligors to meet payroll and other critical expenses and thereby maximize the value of their estates.~~

7. ~~9.~~ ***Notice.*** Notice of the ~~Interim~~Final Hearing and the ~~emergency~~ relief requested in the Motion has been provided by the Debtors, whether by facsimile, email, overnight courier or hand delivery, to certain parties in interest as set forth in the Motion and the Interim Junior DIP Order. The notice given by the Debtors of the Motion, the relief requested therein, and the ~~Interim~~Final Hearing constitutes adequate notice thereof and complies with Bankruptcy Rules 4001(b) and (c) and the Local Bankruptcy Rules, and no further notice of the relief granted herein is necessary or required.

Based upon the foregoing findings and conclusions, the Motion and the record before the Bankruptcy Court with respect to the Motion, and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1.    ***Motion Granted.***   The Motion is granted on ~~an interim~~a final basis to the

extent set forth herein.

2.    [RESERVED]

3.      ***Objections Overruled.***  All objections to and reservations of rights with respect to the ~~interim~~final relief sought in the Motion and to the entry of this ~~Interim~~Final Junior DIP Order to the extent not withdrawn or resolved are hereby overruled on the merits in their entirety.

## Junior DIP Facility Authorization

4.      ***Authorization of the Junior DIP Documents.***  The Junior DIP Obligors are hereby authorized to execute, issue, deliver, enter into, and adopt, as the case may be, the Junior DIP Documents to be delivered pursuant hereto or thereto or in connection herewith or therewith.  The Junior DIP Obligors are hereby authorized to borrow money under the applicable Junior DIP Documents, on ~~an interim~~a final basis in accordance with and subject to the terms and conditions of this ~~Interim~~Final Junior DIP Order and the Junior DIP Documents, and to perform all other obligations hereunder and thereunder~~, provided that until the entry of the Final Junior DIP Order, the Junior DIP Obligors are only authorized to borrow an aggregate principal amount of up to $250 million under the Junior DIP Facility~~.

5.      [RESERVED].

23

6.    ***Authorized Action.***  In furtherance of the foregoing and without further approval of this Court, each Debtor is authorized to perform all acts, to make, execute and deliver all instruments and documents that may be necessary or required for performance by the Junior DIP Obligors under the Junior DIP Documents and the creation and perfection of the Junior DIP Liens described in, provided for and perfected by this ~~Interim~~Final Junior DIP Order and the Junior DIP Documents.  Subject to paragraphs 19(e) of the DIP ABL Order, the Junior DIP Obligors are hereby authorized to pay, in accordance with this ~~Interim~~Final Junior DIP Order, the principal, interest, fees, expenses and other amounts described in the Junior DIP Documents as such become due and without need to obtain further Court approval, including administrative agent fees, closing fees, extension fees, undrawn fees, monitoring fees, and the fees and disbursements of the Junior DIP Agent's attorneys, advisers, accountants and other consultants.  All fees shall be payable in accordance with the Junior DIP Documents.

7. ***Validity of Junior DIP Secured Obligations.*** Upon entry of this ~~Interim~~Final Junior DIP Order, the Junior DIP Documents shall represent valid, binding and unavoidable obligations of the Junior DIP Obligors, enforceable against the Junior DIP Obligors and their estates in accordance with their terms, subject to the terms of this ~~Interim~~Final Junior DIP Order and the DIP Intercreditor Agreement. The Junior DIP Documents and this ~~Interim~~Final Junior DIP Order constitute and evidence the validity and binding effect of the Junior DIP Secured Obligations of the Junior DIP Obligors, which Junior DIP Secured Obligations shall be enforceable, jointly and severally, against the Junior DIP Obligors, their estates and any successors thereto, including any trustee or other estate representative appointed in the Chapter 11 Cases or any case under chapter 7 of the Bankruptcy Code upon the conversion of any of the Chapter 11 Cases (each, a "Successor Case"). No obligation, payment, transfer, or grant of a security or other interest to the Junior DIP Agent or any other Junior DIP Credit Party under the Junior DIP Documents or this ~~Interim~~Final Junior DIP Order shall be stayed, restrained, voidable, or recoverable under the Bankruptcy Code or any applicable law (including under sections 502(d), 544, 548 or 549 of the Bankruptcy Code), or subject to any defense, reduction, set-off, recoupment, claim or counterclaim. The Junior DIP Secured Obligations include all loans and any other indebtedness or obligations, contingent or absolute, now existing or hereafter arising, which may from time to time be or become owing by the Junior DIP Obligors to the Junior DIP Credit Parties under the Junior DIP Documents, and, in the case of each of the foregoing, including all principal, interest, costs, fees, expenses and other amounts owed in connection therewith or otherwise pursuant to the Junior DIP Documents.

8.      ***No Obligation to Extend Credit.***  The Junior DIP Credit Parties shall have no obligation to make the loans or advances under the Junior DIP Facility specified in the Final Junior DIP Order unless and until the conditions precedent to the closing and the making of such extensions of credit under the Junior DIP Documents, (including those set forth in the Junior DIP Credit Agreement), have been satisfied in full or waived in accordance with the terms of the Junior DIP Documents (such date, the "~~Initial~~Final Closing Date"), which date shall occur no later than ~~three (3) business days after the entry of this Interim Junior DIP Order (as such date may be extended by agreement of the Debtors and the Junior DIP Agent without further order of the Bankruptcy Court)~~January 5, 2019.

9.      ***Use of Junior DIP Facility Proceeds.***  The Junior DIP Obligors are authorized, subject to the satisfaction of the terms and conditions set forth in the Junior DIP Documents, to use proceeds of extensions of credit under the Junior DIP Facility only for the purposes specifically set forth in this ~~Interim~~Final Junior DIP Order and the Junior DIP Documents (i) for the ongoing working capital and general corporate purposes of the Junior DIP Obligors, in each case consistent with, subject to, and within the limitations contained in, the Approved Budget; and (ii) to pay fees, costs and expenses incurred in connection with the transactions contemplated hereby and other administration costs incurred in connection with the Chapter 11 Cases (including all fees, charges and disbursements of all counsel and advisors to the Junior DIP Agent and the Junior DIP Lenders).

26

10.    ***No Obligation to Monitor.*** No Junior DIP Credit Party shall have any obligation or responsibility to monitor any Junior DIP Obligor's use of the Junior DIP Facility, and each Junior DIP Credit Party may rely upon each Junior DIP Obligor 's representations that the amount of debtor in possession financing requested at any time, and the use thereof, are in accordance with the requirements of this ~~Interim~~Final Junior DIP Order, the Junior DIP Documents, and Bankruptcy Rule 4001(c)(2).

11.    ***Junior DIP Superpriority Claims.*** Subject to the Carve-Out and the last sentence of this paragraph 11, pursuant to section 364(c)(1) of the Bankruptcy Code, all of the Junior DIP Secured Obligations shall constitute allowed administrative expense claims against each of the Junior DIP Obligors' estates, jointly and severally, with equal priority to the DIP ABL Superpriority Claims and otherwise with priority over any and all administrative expenses, including any superpriority claims associated with any other postpetition financing facility, all Adequate Protection Claims and, to the fullest extent permitted under the Bankruptcy Code, all other claims against the Junior DIP Obligors, now existing or hereafter arising, whether or not such expenses or claims may become secured by a judgment lien or other non-consensual lien, levy, or attachment (the "Junior DIP Superpriority Claims"), which Junior DIP Superpriority Claims shall be payable from and have recourse to all prepetition and post-petition property of the Junior DIP Obligors and their estates and all proceeds thereof, subject only to liens secured thereby and the Carve-Out.  The Junior DIP Superpriority Claims shall be entitled to the full protection of section 364(e) of the Bankruptcy Code in the event that this ~~Interim~~Final Junior DIP Order or any provision hereof is vacated, reversed, amended or otherwise modified, on appeal or otherwise.  Notwithstanding anything to the contrary herein, the Junior DIP Superpriority Claims shall be of equal priority to the DIP ABL Superpriority Claim.

27

**Junior DIP Liens and Junior DIP Collateral.**

12.    Effective immediately upon entry of ~~this~~the Interim Junior DIP Order and as more fully set forth in the Junior DIP Documents, as security for the full and prompt performance and payment when due (whether at the stated maturity, by acceleration, or otherwise) of the Junior DIP Secured Obligations, the Junior DIP Agent ~~is hereby~~were granted, for itself and for the benefit of all of the Junior DIP Credit Parties, continuing valid, binding, enforceable, non-avoidable, automatically and properly perfected, post-petition security interests in and liens (the "Junior DIP Liens") on all Junior DIP Collateral *nunc pro tunc* to the Petition Date without the necessity of the execution by the Junior DIP Obligors (or recordation or other filing or notice) of security agreements, control agreements, pledge agreements, copyright security agreements, trademark security agreements, patent security agreements, financing statements, mortgages, schedules or other similar documents, or the possession or control by the Junior DIP Agent or any other Junior DIP Credit Party of any Junior DIP Collateral.  The term "Junior DIP Collateral" means DIP ABL Collateral (as defined in the DIP ABL Order) excluding any of the following (collectively, the "Excluded Property") (i) (a) leases of real property except as permitted in the applicable lease or pursuant to applicable non-bankruptcy law (but in no event shall Junior DIP Collateral exclude the proceeds of such leases), and (b) any security deposits or the Debtors' interests, if any, in pre-paid rent, unless liens on such security deposits or pre-paid rent are expressly permitted pursuant to the underlying lease documents; *provided*, however, that solely in the event the Debtors subsequently seek by separate motion and obtain by final order liens on all of their leases of real property in connection with a debtor-in-possession financing facility other than the Junior DIP Facility, the Junior DIP Collateral shall include all leases of real property, *provided* that the Junior DIP Liens shall be immediately junior to the DIP ABL Liens and the Adequate Protection Liens (other than leases of real property that are Specified

29

Collateral which the Junior DIP Liens and DIP ABL Liens shall share *pari passu*) and senior to any other liens thereon, (ii) Avoidance Actions but not excluding the Avoidance Action Proceeds, *provided*, for the avoidance of doubt, that the Junior DIP Collateral shall include any proceeds or property recovered, unencumbered or otherwise the subject of successful Avoidance Actions whether by judgment, settlement, or otherwise (iii) any Intellectual Property (as defined in the Junior DIP Loan Documents) consisting of intent-to-use trademark applications and rights in and to such applications, prior to the filing of a "Statement of Use" or "Amendment to Allege Use" to the extent that a grant of security interest in such application would impair validity or enforceability, (iv) any property to the extent that the grant of a security interest therein would violate applicable law, require a consent not obtained of any Governmental Authority (as defined in the Junior DIP Credit Agreement) or constitute a breach or default under, or result in the termination of or require a consent not obtained under, any contract, non-real property lease, license or other agreement evidencing or giving rise to such property, or result in the invalidation of such property or provide any party to such contract, non-real property lease, license or agreement with a right of termination of such contract, non-real property lease, license or agreement (in each case, after giving effect to applicable provisions of the New York UCC, the Bankruptcy Code or other applicable law), (v) D&O Claims, but not proceeds thereof, (vi) the Carve-Out Account, and (vii) proceeds and products of any of the foregoing Excluded Property described in clauses (i), (iii), through (iv) above solely to the extent such proceeds and products would constitute property or assets of the type described in clauses (i), (iii), through (iv) above; *provided that* in each case of property described in clause (iv) of this definition, such property shall constitute "Excluded Property" only to the extent and for so long as such contract, non-real property lease, license or other agreement or applicable law prohibits the creation of a lien on

30

such property in favor of the Junior DIP Agent, and upon termination of such prohibition, such property shall cease to constitute "Excluded Property".  Each of the Junior DIP Agent, DIP ABL Agents, their respective lenders and the Debtors are bound by the DIP Intercreditor Agreement; *provided*, that the DIP ABL Agents and the Junior DIP Agent and each of their respective lenders are contractually obligated to comply with the DIP Intercreditor Agreement, and the Junior DIP Agent and Junior DIP Lenders may enforce such agreement against the DIP ABL Agents and their respective lenders in these Chapter 11 Cases without the need for any further order of the Bankruptcy Court; *provided, further* that the Debtors and their estates shall be deemed to be express third party beneficiaries of, and shall be entitled to enforce the provisions of section 4.1(b)(iii) and section 4.1(b)(iv) of the DIP Intercreditor Agreement and the immediately succeeding sentence of this paragraph 12 (collectively, the "Reverse Marshaling Provisions"), which Reverse Marshaling Provisions shall remain enforceable by the Debtors and their estates until the repayment in full in cash of the DIP ABL Obligations and the Junior DIP Obligations.  The DIP ABL Agents shall not apply proceeds of any Prepetition Unencumbered Collateral (as defined herein) received in connection with any Exercise of Secured Creditor Remedies (as defined in the DIP Intercreditor Agreement) or from any sale, transfer or other disposition of such assets pursuant to section 363 or section 1129 of the Bankruptcy Code (or any similar provision under the law applicable to the Chapter 11 Cases or any other Insolvency Proceeding (as defined in the DIP Intercreditor Agreement) or under a court order in respect of measures granted with similar effect under any foreign Debtor Relief Laws (as defined in the DIP Intercreditor Agreement)) to the repayment of obligations under the DIP ABL Facility until (x) all but a *de minimis* amount of Prepetition ABL Collateral of the type that is eligible to be included in the term "Borrowing Base" in the DIP ABL Credit Agreement as in effect on the date

31

of the DIP Intercreditor Agreement (but without giving effect to any changes or adjustments to the Borrowing Base or the eligibility criteria therefor, in each case, that any DIP ABL Agent may make in its "Permitted Discretion (as defined in the DIP ABL Credit Agreement as in effect on the date of the DIP Intercreditor Agreement)) has been sold, transferred or otherwise been disposed of and the proceeds thereof applied in accordance with the DIP Intercreditor Agreement or (y) all but a *de minimis* amount of Prepetition ABL Collateral of the type that is eligible to be included in the term "Borrowing Base" in the DIP ABL Credit Agreement as in effect on the date of the DIP Intercreditor Agreement (but without giving effect to any changes or adjustments to the Borrowing Base or the eligibility criteria therefor, in each case, that any DIP ABL Agent may make in its "Permitted Discretion" (as defined in the DIP ABL Credit Agreement as in effect on the date of the DIP Intercreditor Agreement)) is otherwise no longer available to be used to apply to and satisfy the DIP ABL Obligations; *provided, however*, that if the proceeds of any Prepetition Unencumbered Collateral (including Specified Collateral) are used to satisfy any DIP ABL Secured Obligations or Prepetition ABL Obligations in accordance with this paragraph 12, notwithstanding anything in this Final Order to the contrary, after the Discharge of Senior DIP Obligations and the Discharge of Prepetition ABL Obligations (as each such term is defined in the Intercreditor Agreement), all ensuing proceeds of Prepetition ABL Collateral shall be deemed to be proceeds of Prepetition Unencumbered Collateral (including Specified Collateral) until such proceeds equal the amount of Prepetition Unencumbered Collateral (including Specified Collateral) that were used to satisfy any DIP ABL Secured Obligations or Prepetition ABL Obligations. No amendment, modification or waiver of the Reverse Marshaling Provisions, Section 7.4 of the DIP Intercreditor Agreement or clause (y) of Section 7.10 of the DIP Intercreditor Agreement, nor consent to any departure of such

provisions by any person, shall be effective, nor shall any amendment or modification to any defined term used or incorporated by reference in the Reverse Marshaling Provisions, or any component definition thereof, be given effect in such Reverse Marshaling Provisions, unless in each case it is in a written agreement executed by the Debtors and approved by the Creditors' Committee or the Bankruptcy Court.  In addition, no amendment, modification or waiver of Section 4.1(b)(i) or Section 4.1(b)(ii) of the DIP Intercreditor Agreement, nor any consent to any departure of such provisions by any person, shall be effective, nor shall any amendment or modification to any defined term used or incorporated by reference in Section 4.1(b)(i) or Section 4.1(b)(ii) of the DIP Intercreditor Agreement, or any component definition thereof, be given effect in such section 4.1(b)(i) or section 4.1(b)(ii) of the DIP Intercreditor Agreement, unless in each case the Creditors' Committee has been given at least three (3) days prior written notice of such proposed amendment, modification, waiver or departure.

**Priority of Junior DIP Liens**

13.     The Junior DIP Liens on the Junior DIP Collateral shall in each case be subject to the Carve-Out and the Senior Permitted Liens (as defined in the Junior DIP Credit Agreement) and otherwise have the following priority:

(a)          pursuant to section 364(c)(3) of the Bankruptcy Code, an automatically perfected junior security interest in and lien on all Prepetition ABL Collateral, subject to the relative priorities for Prepetition ABL Collateral set forth in the table included as part of paragraph 14 below;

(b)          pursuant to sections 364(d) and 364(c)(3) of the Bankruptcy Code,  an automatically perfected junior security interest in and lien on all Junior DIP Collateral (other than Prepetition ABL Collateral) that is subject to valid and perfected liens and security interests in favor of third parties as of the Petition Date, junior only to (i) such liens and security interests in favor of such third parties as of the Petition Date, (ii) the Senior Permitted Liens, and (iii) the DIP ABL Liens;

(c)                    pursuant to section 364(d) of the Bankruptcy Code, an automatically perfected security interest in and lien on all Junior DIP Collateral that is not otherwise subject to a valid, perfected and non-avoidable security interest or lien as of the Petition Date (other than Specified Collateral, as defined below, but specifically including those assets described on Schedule 3 hereto, collectively, the "Prepetition Unencumbered Collateral"), which, for the avoidance of doubt shall be junior only to the Senior Permitted Liens and the DIP ABL Liens; and

(d)                    pursuant to section 364(d) of the Bankruptcy Code,  an automatically perfected first priority security interest in and lien on (i) all of the rights, title and interests of any Junior DIP Obligor in that certain cause of action identified on Schedule 1 hereto and (ii) all of the rights, title and interests of any Junior DIP Obligor in the assets set forth on Schedule 2 hereto and all books, records, documents and data related thereto and all proceeds thereof (such collateral and proceeds, collectively, the "Specified Collateral") which security interest and lien shall be pari passu with the DIP ABL Liens; provided, that the proceeds of such Specified Collateral shall be shared by the Junior DIP Lenders and the DIP ABL Lenders pro rata based on the aggregate commitment amount under the Junior DIP Facility (i.e., $350,000,000) and aggregate incremental commitments and extensions of credit under the DIP ABL Facility (i.e., $300,000,000) without giving regard to the roll-up portion thereof, respectively.

14.    Notwithstanding anything to the contrary herein, the following table sets forth the relative priorities of the Carve-Out, the Senior Permitted Liens, DIP ABL Liens, Junior DIP Liens, Adequate Protection Liens, *provided* that the Prepetition Second Lien Adequate Protection Liens shall be asserted only against the assets of the Prepetition Second Lien Loan Parties, and the Prepetition Liens on the Junior DIP Collateral upon effectiveness of this InterimFinal Junior DIP Order:

| Prepetition ABL Collateral | Prepetition Encumbered Collateral[54] | Prepetition Unencumbered Collateral (Other than Specified | Specified Collateral |
|---|---|---|---|

---

[54]  The priorities set forth in this column are subject to paragraph 64.

| | | (Collateral) | |
|---|---|---|---|
| Carve-Out | Carve-Out | Carve-Out | Carve-Out |
| Senior Permitted Liens | All valid and perfected security interests in favor of third parties as of the Petition Date and any Senior Permitted Liens | Senior Permitted Liens | Senior Permitted Liens |
| DIP ABL Liens | DIP ABL Liens | DIP ABL Liens | DIP ABL Liens, *pari passu* with Junior DIP Liens |
| Prepetition ABL Facilities Adequate Protection Liens | Junior DIP Liens | Junior DIP Liens | Prepetition ABL Facilities Adequate Protection Liens |
| 2018 FILO Adequate Protection Liens | Prepetition ABL Facilities Adequate Protection Liens | Prepetition ABL Facilities Adequate Protection Liens | 2018 FILO Adequate Protection Liens |
| Prepetition LC Facility Adequate Protection Liens | 2018 FILO Adequate Protection Liens | 2018 FILO Adequate Protection Liens | Prepetition LC Facility Adequate Protection Liens |
| Prepetition ABL Liens | Prepetition LC Facility Adequate Protection Liens | Prepetition LC Facility Adequate Protection Liens | Postpetition Intercompany Liens |
| Postpetition Intercompany Liens | Postpetition Intercompany Liens | Postpetition Intercompany Liens | Prepetition Second Lien Adequate Protection Liens (only with respect to property of Prepetition Second Lien Loan Parties) |
| Prepetition Second Lien Adequate Protection Liens | Prepetition Second Lien Adequate Protection Liens (only with respect to property of | Prepetition Second Lien Adequate Protection Liens (only with respect to property of | |

| | Prepetition Second Lien Loan Parties) | Prepetition Second Lien Loan Parties) | |
|---|---|---|---|
| Prepetition Second Lien Facilities Liens (except on Specified Non-Prepetition Second Lien Collateral) | | | |
| Junior DIP Liens | | | |

15.    ***Treatment of Junior DIP Liens.***  Other than as set forth herein, the Junior DIP Liens shall not be made subject to or *pari passu* with any lien or security interest heretofore or hereafter granted in the Chapter 11 Cases or any Successor Case.  The Junior DIP Liens shall be valid and enforceable against any trustee or other estate representative appointed in the Chapter 11 Cases or any Successor Case, upon the conversion of any of the Chapter 11 Cases to a case under chapter 7 of the Bankruptcy Code (or in any other Successor Case), and/or upon the dismissal of any of the Chapter 11 Cases or any Successor Case.  No lien or interest avoided and preserved for the benefit of the Junior DIP Obligors' estates pursuant to section 551 of the Bankruptcy Code shall be *pari passu* with or senior to the Junior DIP Liens.

**Adequate Protection**

16.    [RESERVED].

17.    [RESERVED]

18.    [RESERVED]

19.    ***Costs, Fees, Expenses, and Indemnification.***

(a)    *Junior DIP Credit Parties.*    The Junior DIP Obligors are authorized to pay any and all reasonable and documented fees and expenses (including, without limitation, the reasonable and documented fees and expenses of Milbank, Tweed, Hadley & McCloy LLP and Norton Rose Fulbright) of the Junior DIP Agent in connection with the Junior DIP Facility and as provided for in the Junior DIP Documents, whether incurred before, on or after the Petition Date and whether or not the transactions contemplated hereby are consummated or such fees and expenses are set forth in the Approved Budget, including fees and expenses incurred in connection with (i) the preparation, negotiation and execution of the Junior DIP Documents; (ii) the syndication and funding of the Junior DIP Facility; (iii) the creation, perfection or protection of the liens under the Junior DIP Documents (including all search, filing and recording fees); (iv) the on-going administration of the Junior DIP Documents (including the preparation, negotiation and execution of any amendments, consents, waivers, assignments, restatements or supplements thereto) and the Chapter 11 Cases; (v) the enforcement of the Junior DIP Documents; (vi) any refinancing or restructuring of the Junior DIP Facility; and (vii) any legal proceeding relating to or arising out of the Junior DIP Facility or the other transactions contemplated by the Junior DIP Documents, including the Chapter 11 Cases.  Payment of all such professional fees and expenses shall not be subject to allowance by the Bankruptcy Court or to the U.S. Trustee guidelines, but shall be subject to the procedures set forth in paragraph 19(f) of the DIP ABL Order.  Such fees and expenses shall not be subject to any offset, defense, claim, counterclaim or diminution of any type, kind or nature whatsoever.

38

(b)     *Indemnification of Junior DIP Credit Parties.*  The Junior DIP Credit Parties shall have no liability to any third party relating to the Junior DIP Documents, the Junior DIP Facility and Junior DIP Obligors' use of the financing provided thereunder, and shall not, by virtue of making the extensions of credit under the Junior DIP Facility, extending funds thereunder, or otherwise complying with the Junior DIP Documents, be deemed to be in control of the operations of Debtors, to owe any fiduciary duty to the Debtors, their respective creditors, shareholders, or estates or to be acting as a "responsible person" or managing agent with respect to the operation or management of the Debtors.  The Junior DIP Obligors shall, and are hereby authorized to, indemnify and hold harmless the Junior DIP Credit Parties and their respective affiliates and Representatives (each in their capacity as such) from and against all losses, liabilities, claims, damages, penalties, actions, judgments, suits, expenses or disbursements of any nature whatsoever arising out of or relating to the Junior DIP Documents, including the syndication of any obligations thereunder, and the Junior DIP Obligors' use of the financing provided thereunder, provided, however, that the foregoing indemnity shall not apply to any actions of any indemnified parties determined in a final non-appealable judgment of a court of competent jurisdiction to constitute gross negligence or willful misconduct.  This indemnification shall survive and continue for the benefit of all such persons or entities.

## Provisions Common to DIP Financing

20.     ***Carve-Out.***

(a)    *Carve-Out.*  The Carve-Out as used in this ~~Interim~~Final Junior DIP Order, the DIP ABL Order, the Junior DIP Documents and the DIP ABL Loan Documents, shall be defined and set forth in the DIP ABL Order. In addition, the Junior DIP Agent shall be entitled to all reporting related to the Carve-Out at the same time such report is delivered to the DIP ABL Administrative Agent pursuant to paragraph 21 of the DIP ABL Order.

40

(b)    *Carve-Out Account*.   Upon the entry of this ~~Interim~~Final Junior DIP Order, the Debtors shall establish a segregated account (to the extent one is not already maintained with the DIP ABL Administrative Agent) with the Junior DIP Administrative Agent (the "Carve-Out Account"), which shall be funded in an amount up to the Carve-Out Reserve Amount less (i) the Clerk and UST Fees, (ii) the Chapter 7 Trustee Fee Cap, (iii) the Committee Member Expense Cap, (iv) the Post Trigger Notice Carve-Out Fee Cap   (the "Carve-Out Account Required Balance") first with cash on hand  and if such cash is insufficient to fully fund the Carve-Out Account, with borrowings under the Junior DIP Facility.  Bank of America shall not be responsible or have any liability for, or have any duty to ascertain, inquire into, monitor or enforce, compliance with the Carve-Out Account.  Amounts in the Carve-Out Account shall be held in trust to pay all amounts included in the Carve-Out.  On each Friday after the date hereof (or if such day is not a business day, then the next business day), the Debtors shall deposit into the Carve-Out Account an amount sufficient to cause the balance in the Carve-Out Account to equal the Carve-Out Account Required Balance.  All Allowed Professional Fees of Professional Persons shall be paid to the applicable Professional Person first from the Carve-Out Account in accordance with the order or orders of the Bankruptcy Court allowing such Allowed Professional Fees.  Notwithstanding anything to the contrary in this or any other Court order, the Carve-Out Account and the amounts on deposit in the Carve-Out Account shall be available and used only to satisfy obligations of Professional Persons benefitting from the Carve-Out, and, thereafter, as provided in paragraph 20(e)(v).  Prior to a Carve-Out Trigger Notice, in no event shall the total balance in the Carve-Out Account ever exceed the Carve-Out Account Required Balance.  The failure of the Carve-Out Account to satisfy Allowed Professional Fees in full shall not affect the priority of the Carve-Out.

41

(c)    *Carve-Out Funding After a Carve-Out Trigger Notice.*    The following provisions with respect to the Carve-Out Account shall apply only upon delivery of a Carve-Out Trigger Notice:

(i)    On the date of the Carve-Out Trigger Notice, the Carve-Out Trigger Notice shall be deemed to constitute a demand to the Debtors to utilize all cash on hand as of such date and any availability or proceeds of the Junior DIP Facility to fund the Carve-Out Account in an amount equal to the full Carve-Out Reserve Amount (to the extent not previously funded into the Carve-Out Account) to be held in trust to pay all amounts included the Carve-Out.

(ii)    On or after the date of a Carve-Out Trigger Notice, the Junior DIP Administrative Agent shall not sweep or foreclose on cash of the Debtors (including cash received as a result of the sale or other disposition of any assets) until the Carve-Out Account has been fully funded. To the extent such cash on hand is not sufficient to fully fund the Carve-Out Account, the Carve-Out Trigger Notice shall be deemed to constitute a draw request and notice of borrowing by the Debtors for Junior DIP Advances under the Junior DIP Documents (on a pro rata basis based on the then outstanding Junior DIP Commitments) to fully fund the Carve-Out Account. On the first business day after delivery of the Carve-Out Trigger Notice, notwithstanding anything in the Junior DIP Documents to the contrary, including with respect to the existence of a Default (as defined in the Junior DIP Documents) or Event of Default (as defined in the Junior DIP Documents), the failure of the Debtors to satisfy any or all of the conditions precedent for Junior DIP Advances under the Junior DIP Credit Agreement, any termination of the commitments thereunder following an Event of Default at the direction of the Junior DIP Administrative Agent, each DIP Term Loan Lender with an outstanding Junior DIP Commitment (on a pro rata basis based on the then outstanding Junior DIP Commitments) shall make available to the Junior DIP Administrative Agent such DIP Term Loan Lender's pro rata share with respect to the borrowings required to fully fund the Carve-Out Account in accordance with the Junior DIP Credit Agreement. Any such funding of the Carve-Out shall be added to, and made a part of, the Junior DIP Secured Obligations secured by the Junior DIP Collateral and shall otherwise be entitled to the protections granted under this ~~Interim~~Final Junior DIP Order, the Junior DIP Documents, the Bankruptcy Code, and applicable law.

(iii)    In no event shall the Junior DIP Administrative Agent, or the Junior DIP Lenders be required to (x) extend Junior DIP Advances to fund the Carve-Out other than pursuant to this paragraph 20), (y) extend Junior DIP Advances pursuant to a deemed draw and borrowing pursuant to this paragraph in an aggregate amount exceeding the Carve-Out Reserve Amount, or (z) pay in the aggregate more than the Carve-Out Reserve Amount for all fees and expenses included in the Carve-Out.

(iv)    All funds in the Carve-Out Account shall be used first to pay the obligations set forth in the definition of the Carve-Out set forth above until paid in full. All payments and reimbursements made from the Carve-Out Account shall permanently reduce the Carve-Out on a dollar-for-dollar basis.

(v)      To the extent any funds remain in the Carve-Out Account after payment of all amounts included in the Carve-Out, such funds shall first be used to pay the DIP ABL Administrative Agent for the benefit of the DIP ABL Lenders, unless the DIP ABL Obligations have been indefeasibly paid in full, in cash, all commitments under the DIP ABL Facility have been terminated, and all Letters of Credit (as defined in the DIP ABL Loan Documents) have been cancelled (or all such Letters of Credit have been fully cash collateralized or otherwise backstopped to the satisfaction of the DIP ABL Administrative Agent in its sole and absolute discretion), in which case any such excess shall next be paid to the Junior DIP Agent and/or the Prepetition Credit Parties in accordance with their rights and priorities under this ~~Interim~~Final Junior DIP Order and the DIP ABL Order.

(d)      [RESERVED].

(e)      *No Direct Obligation to Pay Allowed Fees; No Waiver of Right to Object to Fees.*  Other than the funding of the Carve-Out with the proceeds of the Junior DIP Facility as provided herein and in the Junior DIP Documents, the Junior DIP Credit Parties shall not be responsible for the payment or reimbursement of any fees or disbursements of any Professional Person incurred in connection with these Chapter 11 Cases, any Successor Cases, or otherwise.  Nothing in this ~~Interim~~Final Junior DIP Order or otherwise shall be construed:  (i) to obligate the Junior DIP Credit Parties, DIP ABL Credit Parties or the Prepetition ABL Credit Parties, in any way, to pay compensation to, or to reimburse expenses of, any Professional Person or to guarantee that the Debtors have sufficient funds to pay such compensation or reimbursement, other than the Carve-Out Reserve Amount; (ii) as consent to the allowance of any fees and expenses of Professional Persons; or (iii) to affect the rights of the Junior DIP Credit Parties, DIP ABL Credit Parties, the Prepetition ABL Credit Parties or any other party-in-interest to object to the allowance and payment of such fees and expenses.

43

(f)      *Payment of Compensation.* The Debtors shall be permitted to pay fees and expenses allowed and payable by order of the Bankruptcy Court (that has not been vacated or stayed, unless the stay has been vacated) under sections 330 and 331 of the Bankruptcy Code, as the same may be due and payable from the Carve-Out Account.  Such payments prior to a Carve-Out Trigger Notice shall not reduce the Post Trigger Notice Carve-Out Fee Cap.

21.      ***Budget; Budget Compliance.***  The Junior DIP Obligors shall comply in all respects with the Approved Budget (as defined in the Junior DIP Documents) and all related provisions, each as set forth in the Junior DIP Documents.  The budget provisions that apply to Junior DIP Obligors, the Junior DIP Documents, and this ~~Interim~~Final Junior DIP Order shall be identical (other than changes to reflect the applicable parties) as those set forth in paragraph 22 of the DIP ABL Order and the DIP ABL Documents.  The proceeds of the Junior DIP Facility shall be used solely as provided in the Junior DIP Documents and the proceeds of the Junior DIP Facility and Cash Collateral shall be used solely in accordance with the Approved Budget (subject to the Carve-Out).  A copy of the Approved Budget is attached hereto as <u>Exhibit A</u>.

44

22.    ***Winddown Account.***    (a) Upon the consummation of any sales of Prepetition Unencumbered Collateral, the Junior DIP Obligors shall (i) deposit or cause to be deposited the net aggregate cash proceeds in respect of such sales into the Winddown Account~~6~~ [5] until $240,000,000 in the aggregate has been funded into the Winddown Account; *provided* that in no event shall more than $240,000,000 be funded into such account, (ii) deposit or cause to be deposited any remaining net aggregate cash proceeds in respect of such sales into a cash collateral account maintained with Bank of America, N.A. (the "Senior DIP Cash Collateral Account") to secure the payment of the DIP ABL Obligations (including (A) with respect to amounts available to be drawn under outstanding letters of credit issued or deemed issued under the DIP ABL Facility (or indemnities or other undertakings issued pursuant thereto in respect of such outstanding letters of credit), an amount equal to 105% of the aggregate undrawn amount of such letters of credit, and (B) with respect to Bank Products and Cash Management Services included in the DIP ABL Obligations (or indemnities or other undertakings issued pursuant thereto in respect thereof), an amount of cash collateral in compliance with the terms of the DIP ABL Credit Agreement), and (iii) upon and after the indefeasible payment in full in cash of the DIP ABL Obligations as described in clause (ii) above, deposit or cause to be deposited any remaining net cash proceeds in respect of such sales into a cash collateral account designated by the Junior DIP Agent (the "Junior DIP Cash Collateral Account") to secure the payment of the Junior DIP Facility, and (b) upon the consummation of any sales of Specified Collateral, the Junior DIP Obligors shall (i) as contemplated in paragraph 22(a)(i), deposit or cause to be deposited the net cash proceeds in respect of such sales into the Winddown Account until

---

~~6~~ [5]  The Winddown Account will be held at Bank of America, N.A. in an account ending in 8965.

$240,000,000 in the aggregate has been funded into the Winddown Account; *provided* that in no event shall more than $240,000,000 be funded into such account, and (ii) deposit or cause to be deposited any remaining net cash proceeds in respect of such sales to the Senior DIP Cash Collateral Account and to the Junior DIP Cash Collateral Account, on a pro rata basis based on the aggregate commitment under the Junior DIP Facility (i.e., $350,000,000) and the aggregate incremental commitments and extensions of credit under the DIP ABL Facility (i.e., $300,000,000) without giving regard to the roll-up portion thereof, until either the indefeasible payment in full in cash of the DIP ABL Secured Obligations or the Junior DIP Obligations has occurred, after which all such net cash proceeds shall be applied to the payment of the DIP ABL Secured Obligations or the Junior DIP Obligations, respectively, provided that nothing contained in this paragraph 22 shall impair or modify the Reverse Marshaling Provisions and no payments shall be made on the DIP ABL Secured Obligations or the Junior DIP Obligations in contravention thereof.  "Winddown Account" shall mean a deposit account at Bank of America, N.A. that, prior to the discharge and indefeasible payment in full of all obligations under the DIP ABL Facility and the Junior DIP Facility, may only be used to pay winddown costs of the DIP ABL Loan Parties and Junior DIP Obligors at the discretion of the DIP ABL Loan Parties and Junior DIP Obligors following entry of the Junior DIP Final Order.  Notwithstanding anything to the contrary in this or any other Bankruptcy Court order, the Winddown Account and the amounts on deposit in the Winddown Account shall be available and used only to satisfy winddown costs and shall not be subject to any prepetition liens or any liens or superpriority claims granted hereunder, including liens or superpriority claims granted to the DIP ABL Credit Parties or Junior DIP Credit Parties or as Adequate Protection.  For the avoidance of doubt, the Winddown Account and the amounts on deposit in the Winddown Account shall not constitute

46

DIP ABL Collateral, Junior DIP Collateral or Cash Collateral. Bank of America shall not be responsible or have any liability for, or have any duty to ascertain, inquire into, monitor or enforce, compliance with the provisions of this definition.

23. ***Modification of Junior DIP Documents***.  Upon no less than three (3) business days' notice to the Creditors' Committee and the DIP ABL Agents (in each case, only to the extent reasonably practicable), the Junior DIP Obligors and the Junior DIP Agent are hereby authorized, subject to the Junior DIP Documents, to implement, in accordance with the terms of the respective Junior DIP Documents, any amendments, waivers, consents or other modifications to or under the Junior DIP Documents (including any change in the number or composition of the Junior DIP Lenders), and with the consent of the DIP ABL Agents to the extent required under the DIP Intercreditor Agreement or the DIP ABL Credit Agreement, without further order of this Court unless such amendment, waiver, consent or other modification (a) shortens the maturity or the scheduled termination date thereunder or (b) effects or relates to the Reverse Marshaling Provisions.

24.    ***Right to Credit Bid.***  Subject to Section 363(k) of the Bankruptcy Code and the DIP Intercreditor Agreement, the Junior DIP Agent shall have the right to "credit bid" up to the full allowed amount of its or its lenders' claims and outstanding obligations in connection with any sale of all or any portion of the Junior DIP Collateral, including any sale occurring pursuant to section 363 of the Bankruptcy Code or included as part of a restructuring plan subject to confirmation under section 1129(b)(2)(A)(ii) of the Bankruptcy Code or a sale or disposition by a chapter 7 trustee for any Debtor under section 725 of the Bankruptcy Code or otherwise.  For the avoidance of doubt, any such credit bid for all or any portion of the Junior DIP Collateral must, upon closing of such sale transaction, provide for payment in full in cash of all senior or *pari passu* security interests in and liens on all of the Junior DIP Collateral being acquired in such sale transaction, absent waiver by the Junior DIP Agent, DIP ABL Agents, and/or the Prepetition ABL Administrative Agent, as applicable.

25.    ***Automatic Perfection of Junior DIP Liens.***

(a)    This ~~Interim~~Final Junior DIP Order shall be sufficient and conclusive evidence of the validity, perfection, and priority of all liens granted herein, including the Junior DIP Liens, without the necessity of filing or recording financing statements, intellectual property filings, mortgages, notices of lien or similar instruments in any jurisdiction, taking possession of or control over cash, deposit accounts, securities, or other assets, or the taking of any other action (including, for the avoidance of doubt, entering into any deposit account control agreement, customs broker agreement or freight forwarding agreement) to validate or perfect (in accordance with applicable non-bankruptcy law) the Junior DIP Liens, or to entitle the Junior DIP Credit Parties, DIP ABL Credit Parties or the Prepetition Credit Parties to the priorities granted herein.

(b)    Notwithstanding the foregoing, the Junior DIP Agent is hereby authorized, but not required, to file or record (and to execute in the name of the applicable Junior DIP Obligors, as their true and lawful attorneys, with full power of substitution, to the maximum extent permitted by law) financing statements, intellectual property filings, mortgages, notices of lien or similar instruments in any jurisdiction, take possession of or control over cash, deposit accounts, securities, or other assets, or take any other action, as they may elect, in order to validate and perfect the liens and security interests granted to them hereunder.  Whether or not the Junior DIP Agent chooses, in its sole discretion, to file such financing statements, intellectual property filings, mortgages, notices of lien or similar instruments, take possession of or control over any cash, deposit accounts, securities, or other assets, or otherwise confirm perfection of the liens and security interests granted to the Junior DIP Agent, hereunder, such liens and security interests shall be deemed valid, perfected, allowed, enforceable, non-avoidable and not subject to challenge, dispute or subordination (subject to the priorities set forth in this ~~Interim~~Final Junior DIP Order) immediately upon entry of this ~~Interim~~Final Junior DIP Order.

(c)    The Junior DIP Obligors are authorized to execute and deliver promptly upon demand to the Junior DIP Agent all such financing statements, mortgages, control agreements, notices and other documents as the Junior DIP Agent may reasonably request.  The Junior DIP Obligors are authorized to, and shall, execute and deliver to the Junior DIP Agent such agreements, financing statements, mortgages, instruments and other documents as the Junior DIP Agent may reasonably request to evidence, confirm, validate, or perfect the Junior DIP Liens; and the failure by the Junior DIP Obligors to execute or deliver any documentation relating to the Junior DIP Liens shall in no way affect the validity, enforceability, nonavoidability, perfection, or priority of such liens.

49

(d)        The financing statements described above may describe the Junior DIP Collateral in the same manner as described herein, in the Junior DIP Credit Agreement, or may contain an indication or description of the Junior DIP Collateral that describes such property in any other manner as the Junior DIP Agent may determine is necessary, advisable or prudent, including describing such property as "all assets and all personal property whether now owned or hereafter acquired" of the applicable Debtor or words of similar effect.

(e)        The Junior DIP Agent in its discretion, may file a photocopy of this ~~Interim~~Final Junior DIP Order as a financing statement or other notice of lien or similar instrument, with any filing or recording office or with any registry of deeds or similar office, and accordingly, each officer is authorized to accept and record the photocopy of this ~~Interim~~Final Junior DIP Order, in addition to or in lieu of such financing statements, notices of lien or similar instrument.   Each Debtor is authorized to execute and deliver to the Junior DIP Agent, mortgages in recordable form with respect to any real estate constituting Junior DIP Collateral and identified by the Junior DIP Agent on terms reasonably satisfactory to the Junior DIP Agent.

26.    ***Other Automatic Perfection Matters.***  To the extent that any Prepetition Agent is the secured party under any account control agreements, listed as loss payee or additional insured under any of the Junior DIP Obligors' insurance policies, or is the secured party under any Prepetition Loan Document, the Junior DIP Agent, for itself and on behalf of the Junior DIP Credit Parties is also deemed to be the secured party under such account control agreements, loss payee or additional insured under the Junior DIP Obligors' insurance policies, and the secured party under each such Prepetition Loan Document (in any such case with the same priority of liens and claims thereunder relative to the priority of (a) the Junior DIP Liens, and (b) the Prepetition Liens and Adequate Protection Liens, in each case, as set forth in this ~~Interim~~Final Junior DIP Order and the DIP ABL Order), and shall have all rights and powers in each case attendant to that position (including rights of enforcement but subject in all respects to the terms of this ~~Interim~~Final Junior DIP Order and the DIP ABL Order), and shall act in that capacity and distribute any proceeds recovered or received in accordance with the terms of this ~~Interim~~Final Junior DIP Order, the Junior DIP Documents, the DIP Intercreditor Agreement, and the DIP ABL Order.  The Prepetition ABL Control Co-Collateral Agent or the Prepetition Second Lien Collateral Agent, as applicable, shall serve as agent for the Junior DIP Agents for purposes of perfecting the Junior DIP Agents' security interests in and liens on all Junior DIP Collateral that is of a type such that perfection of a security interest therein may be accomplished only by possession or control by a secured party. Notwithstanding the foregoing, no Prepetition Agent shall have any obligation whatsoever to the Junior DIP Agent, any Junior DIP Credit Party or any other person to assure that any collateral is genuine or owned by any Junior DIP Obligor or any other person or to preserve rights or benefits of any person.  No Prepetition Agent is or shall be deemed to be a fiduciary of any kind for the Junior DIP Agent or any Junior DIP Credit

Party or any other person and vice versa with respect to the Junior DIP Agent and any Prepetition Agent or any Prepetition Credit Party.

27.    ***Proceeds of Subsequent Financing***.  If any of the Junior DIP Obligors, any trustee, any examiner with enlarged powers, any responsible officer or any other estate representative subsequently appointed in any of the Chapter 11 Cases or any Successor Case, shall obtain credit or incur debt in breach of the Junior DIP Documents, at any time prior to the repayment in full in cash of all Junior DIP Secured Obligations, DIP ABL Secured Obligations or all Prepetition ABL Obligations, including subsequent to the confirmation of any plan of reorganization or liquidation with respect to the Junior DIP Obligors and the Junior DIP Obligors' estates, then all cash proceeds derived from such credit or debt shall immediately be turned over to the DIP ABL Administrative Agent, to be applied in accordance with the DIP ABL Order and the DIP Intercreditor Agreement.  All existing blocked account agreements, deposit account control agreements, securities account control agreements, credit card acknowledgements, credit card agreements, collateral access agreements, landlord agreements, warehouse agreements, bailee agreements, carrier agency agreements, customs broker agency agreements, subordination agreements (including any intercompany subordination agreements), and freight forwarder agreements constituting Prepetition ABL Loan Documents, and all existing Uniform Commercial Code filings and all existing filings with the United States Patent and Trademark Office or the United States Copyright Office with respect to the recordation of an interest in the intellectual property of the Debtors, which in each case were filed by any Prepetition ABL Agent, subject to the DIP Intercreditor Agreement, shall in each case be deemed to be delivered and/or filed in connection with the Junior DIP Facility, shall constitute Junior DIP Documents and shall remain in full force and effect without any further action by the Debtors, the Junior DIP Agent, or any other person, and in each case the Junior DIP Agent shall be deemed to be a party thereto.

53

28.    ***Maintenance and Disposition of Junior DIP Collateral / Cash Management.*** Until the indefeasible payment in full in cash of all Junior DIP Secured Obligations, and the termination of the obligation of the Junior DIP Credit Parties to extend credit under the Junior DIP Facility, the Junior DIP Obligors shall (a) maintain and insure the Junior DIP Collateral in amounts, for the risks, and by the entities as required under the Junior DIP Documents, (b) except as set forth in this paragraph 28, maintain their cash management system as in effect as of the Petition Date, (i) subject to the Junior DIP Documents; (ii) subject to the Cash Management Order,⁷ ⁶ as may be modified, with the prior written consent of the Junior DIP Agents and the DIP ABL Agents by any order that may be entered by this Court; and (iii) in a manner which, in any event, shall be satisfactory to the Junior DIP Agent.  Other than as expressly required pursuant to the Junior DIP Documents, the Cash Management Order or this ~~Interim~~Final Junior DIP Order, no modifications to the Junior DIP Obligors' cash management system existing as of the Petition Date may be made without the prior approval of the Junior DIP Agent.  Further, the Junior DIP Obligors shall not sell, transfer, lease, encumber or otherwise dispose of any portion of the Junior DIP Collateral other than in the ordinary course of business without the prior consent of the, Junior DIP Agent (and no consent shall be implied, from any other action, inaction or acquiescence by the Junior DIP Agent, or from any order of this Court), except as otherwise provided for in the Junior DIP Documents, the DIP ABL Loan Documents or otherwise ordered by the Bankruptcy Court.

29.    [RESERVED].

---

⁷⁶ "Cash Management Order" means the interim Cash Management Order entered on October 16, 2018 [~~Docket~~ECF No. 102] and any final cash management order that may be entered by the Bankruptcy Court.

30.    ***Application of Proceeds of Collateral, Payments and Collections.***  After repayment in full in cash of all Junior DIP Secured Obligations, DIP ABL Secured Obligations and all Prepetition ABL Obligations, any remaining proceeds of the Junior DIP Collateral shall be applied to the Junior DIP Obligors' remaining outstanding and unpaid obligations, in a manner consistent with the Bankruptcy Code and, except as may be otherwise ordered in one or more orders of this Bankruptcy Court, including the DIP ABL Order.

31.    ***Case Milestones.***  The Junior DIP Obligors shall comply with the case milestones set forth in the Junior DIP Documents (as may be amended from time to time in accordance with the Junior DIP Documents, the "Case Milestones").  For the avoidance of doubt, the failure of the Junior DIP Obligors to comply with any of the Case Milestones shall (a) constitute an Event of Default under the Junior DIP Documents and this ~~Interim~~Final Junior DIP Order; and (b) permit the Junior DIP Administrative Agent, subject to paragraph 33, to exercise the rights and remedies provided for in this ~~Interim~~Final Junior DIP Order and the Junior DIP Documents, subject to the DIP Intercreditor Agreement.

32.    ***Termination Event.***  The (a) occurrence of any Event of Default (as defined in the Junior DIP Documents), or (b) noncompliance of the Junior DIP Obligors, in any material respect or in a manner adverse to the Junior DIP Credit Parties, with any of the terms, provisions, conditions, covenants or obligations under this ~~Interim~~Final Junior DIP Order are each referred to herein as a "Termination Event."

33.    ***Rights and Remedies Following a Termination Event.***

(a)     *Termination.* Immediately upon the occurrence and during the continuation of a Termination Event, with no further action of this Court, the Junior DIP Administrative Agent may (or at the direction of the Required Lenders (as defined in the Junior DIP Documents) shall), notify the Junior DIP Obligors, the DIP ABL Agent, and the Creditors' Committee in writing that a Termination Event has occurred and is continuing (such notice, a "Termination Notice," and the date of any such notice, the "Termination Notice Date").

(b)     *Notice of Termination.*  Any Termination Notice shall be given by electronic mail (or other electronic means) to counsel to the Debtors, counsel to the Creditors' Committee, the U.S. Trustee, counsel to the DIP ABL Agents, and counsel to each of the Prepetition Agents.  The Remedies Notice Period shall commence on the Termination Notice Date and shall expire five (5) business days after the Termination Notice Date (the "Remedies Notice Period" and the date of the expiration of the Remedies Notice Period, the "Termination Date").

(c)      Without limiting the rights and remedies of the Junior DIP Agent and the other Junior DIP Credit Parties under the Junior DIP Documents, the Junior DIP Administrative Agent may, at its option, and/or shall, upon the direction of the Required Lenders (as defined in the Junior DIP Documents), as applicable, immediately upon the occurrence of and during the continuation of a Termination Event following the issuance of a Termination Notice, *inter alia*, without notice and unless the Bankruptcy Court orders otherwise, (a) declare, subject to expiration of the Remedies Notice Period, all obligations owing under the applicable Junior DIP Documents to be immediately due and payable, without presentment, demand, protest, or other notice of any kind, all of which are expressly waived by the Junior DIP Obligors, (b) declare the termination, reduction or restriction of any further commitment to extend credit to the Junior DIP Obligors to the extent any such commitment remains, (c) terminate the Junior DIP Facility and the applicable Junior DIP Documents as to any future liability or obligation of the Junior DIP Agent, any DIP Term Loan Lender, or any other Junior DIP Credit Party, but without affecting any of the liens or the obligations and exercise all other rights and remedies provided in the Junior DIP Documents and applicable law but subject in all respects to the DIP Intercreditor Agreement (any of the actions set forth in the foregoing (a), (b), and (c), a "Termination");

58

(d)        During the Remedies Notice Period, the Junior DIP Obligors shall be entitled to seek an emergency hearing with this Court for the purpose of contesting a Termination or for the contested use of Cash Collateral, *provided* that the sole issues that may be raised before the Bankruptcy Court at any such hearing are whether a Termination Event has occurred and/or is continuing and the use of Cash Collateral.  During the Remedies Notice Period, the Junior DIP Obligors may continue to use the Junior DIP Collateral, including Cash Collateral, solely to meet payroll obligations (excluding any severance obligations) and pay expenses that the Junior DIP Agent approves as critical to keeping the Junior DIP Obligors' business operating in accordance with the Approved Budget, or as otherwise agreed by the Junior DIP Administrative Agent in its sole and absolute discretion and it being understood that none of the Junior DIP Credit Parties shall have any obligation to make an extension of credit under the Junior DIP Facility, or otherwise to fund the Carve-Out Account.  Upon expiration of the Remedies Notice Period, subject to the DIP Intercreditor Agreement and the DIP ABL Order, the DIP ABL Credit Parties or, upon payment in full of the DIP ABL Secured Obligations, the Junior DIP Credit Parties or, upon payment in full of the Junior DIP Secured Obligations, the Prepetition ABL Credit Parties, shall be permitted to exercise all remedies set forth herein, in the Junior DIP Documents, DIP ABL Documents or the Prepetition ABL Documents, as applicable, and as otherwise available at law without further order of or application or motion to the Bankruptcy Court.  Upon the occurrence and during the continuation of a Termination Event and the expiration of the Remedies Notice Period, the DIP ABL Administrative Agent, or upon payment in full of the DIP ABL Secured Obligations, the Junior DIP Administrative Agent, or upon payment in full of the Junior DIP Secured Obligations, the Prepetition ABL Administrative Agent, and any liquidator or other professional acting on

59

their behalf will have the right to access and utilize, on a royalty-free basis, any trade names, trademarks, copyrights or other intellectual property and any warehouse, distribution centers, store or other locations that the Junior DIP Obligors have a right to occupy to the extent necessary or appropriate in order to sell, lease or otherwise dispose of any of the Junior DIP Collateral, including pursuant to any Court approved sale process.    Notwithstanding the foregoing, the Junior DIP Agent's exercise of remedies pursuant to this paragraph shall be subject to the DIP Intercreditor Agreement and: (i) any agreement in writing between any of the Junior DIP Agent, DIP ABL Agents or the Prepetition ABL Agents, as applicable, and any applicable landlord, (ii) pre-existing rights of any of the Junior DIP Agent, DIP ABL Agents or any of the Prepetition ABL Agents, as applicable, and any applicable landlord under applicable non-bankruptcy law, (iii) consent of the applicable landlord, or (iv) further order of the Bankruptcy Court following notice and a hearing.

34.    ***Modification of Automatic Stay.***    The automatic stay imposed under section 362(a) of the Bankruptcy Code is hereby modified as necessary to effectuate all of the terms and provisions of this ~~Interim~~Final Junior DIP Order, including to (a) permit the Junior DIP Obligors to grant the Junior DIP Liens and the Junior DIP Superpriority Claims; (b) permit the Junior DIP Agent to take any actions permitted hereunder, including but not limited to the actions set forth in paragraph 33 hereof; and (c) authorize the Junior DIP Obligors to pay, and the Junior DIP Credit Parties to retain and apply, payments made in accordance with this ~~Interim~~Final Junior DIP Order and the DIP Intercreditor Agreement.

35.    ***Good Faith***.

60

(a)     *Good Faith Under Section 364 of the Bankruptcy Code*.  The Junior DIP Credit Parties have acted in good faith in connection with this ~~Interim~~Final Junior DIP Order and their reliance on this ~~Interim~~Final Junior DIP Order is in good faith.  Based on the findings set forth in this ~~Interim~~Final Junior DIP Order and the record made during the Interim Hearing and the Final Hearing, and in accordance with section 364(e) of the Bankruptcy Code, in the event any or all of the provisions of this ~~Interim~~Final Junior DIP Order are hereafter modified, amended or vacated by a subsequent order of the Bankruptcy Court, or any other court, the Junior DIP Credit Parties are entitled to the protections provided in section 364(e) of the Bankruptcy Code.  Any such modification, amendment or vacatur shall not affect the validity and enforceability of the Junior DIP Secured Obligations, or any lien, claim or priority authorized or created hereby.  Any liens or claims granted to the Junior DIP Credit Parties hereunder arising prior to the effective date of any such modification, amendment or vacatur of this ~~Interim~~Final Junior DIP Order shall be governed in all respects by the original provisions of this ~~Interim~~Final Junior DIP Order, including entitlement to all rights, remedies, privileges and benefits granted herein.

(b)      *DIP ABL Credit Parties*. The DIP ABL Credit Parties have acted in good faith in connection with this Final Junior DIP ~~Interim~~ Order, including, without limitation, the negotiation and approval of the DIP Intercreditor Agreement, and their reliance on this Final Junior DIP ~~Interim~~ Order and the DIP Intercreditor Agreement is in good faith. Based on the findings set forth in this Final Junior DIP ~~Interim~~ Order and the record made at the Interim Hearing and the Final Hearing, and in accordance with section 364(e) of the Bankruptcy Code, in the event any or all of the provisions of this Final Junior DIP Order are hereafter modified, amended or vacated by a subsequent order of the Bankruptcy Court, or any other Court, the DIP ABL Credit Parties are entitled to the protections provided in section 364(e) of the Bankruptcy Code. Any such modification, amendment or vacatur shall not affect the validity and enforceability of the DIP Intercreditor Agreement and/or any of the DIP ABL Documents.

36.    ***Proofs of Claim.***  Any order entered by the Bankruptcy Court establishing a bar date for any claims (including administrative claims) in any of the Chapter 11 Cases or any Successor Case shall not apply to any Junior DIP Credit Party (for purposes of this paragraph 36, in their respective capacities as such).  The Junior DIP Credit Parties shall not be required to file proofs of claim or requests for approval of administrative expenses authorized by this ~~Interim~~Final Junior DIP Order in any of the Chapter 11 Cases or any Successor Case, and the provisions of this ~~Interim Junior DIP Order, and, upon the entry thereof, the~~ Final Junior DIP Order~~,~~ relating to the amount of the Junior DIP Secured Obligations, the Junior DIP Liens and the Junior DIP Superpriority Claims shall constitute a sufficient and timely filed proof of claim and/or administrative expense request in respect of such obligations and such secured status.  For the avoidance of doubt, the books and records of the Junior DIP Agent and its respective successors and assigns shall be deemed conclusive as to the amount of the claims of each such party against the Junior DIP Credit Parties.

37.    ***Rights of Access and Information.***  Without limiting the rights of access and information afforded the Junior DIP Credit Parties under the Junior DIP Documents, the Junior DIP Obligors shall be, and hereby are, required to afford Representatives, agents and/or employees of the Junior DIP Agent reasonable access to: (a) the Junior DIP Obligors' premises, (b) knowledgeable officers of the Junior DIP Obligors, (c) the Junior DIP Obligors' books and records, and (d) the Junior DIP Obligors' properties and other collateral of any Debtor against whom such parties are granted Junior DIP Liens or Junior DIP Superpriority Claims under this ~~Interim~~Final Junior DIP Order and the Junior DIP Obligors shall reasonably cooperate, consult with, and provide to such persons all such information as may be reasonably requested.  Without limiting any other rights or remedies of the Junior DIP Agent or the other Junior DIP Credit Parties, or otherwise available at law or in equity, and subject to the terms of the Junior DIP Documents and the DIP Intercreditor Agreement unless otherwise ordered by the Bankruptcy Court, upon three (3) business days' written notice to counsel to the Junior DIP Obligors, the DIP ABL Agents, counsel to the Creditors' Committee, and any landlord, lienholder, licensor, or other third party owner of any leased or licensed premises or intellectual property, after the expiration of the Remedies Notice Period, that a Termination Event has occurred and is continuing, the Junior DIP Agent, (i) may, unless otherwise expressly provided in any separate agreement by and between the applicable landlord or licensor and the Junior DIP Agent (the terms of which shall be reasonably acceptable to the parties thereto), enter upon any leased or licensed premises of the Junior DIP Obligors for the purpose of exercising any remedy with respect to Junior DIP Collateral located thereon, and (ii) shall be entitled to all of the Junior DIP Obligors' rights and privileges as lessee or licensee under the applicable license and to use any and all trademarks, trade names, copyrights, licenses, patents, or any other similar assets of the

64

Junior DIP Obligors, which are owned by or subject to a lien of any third party and which are used by Junior DIP Obligors in their businesses, in either the case of (i) or (ii), without interference from lienholders or licensors thereunder; provided, however, that the Junior DIP Agent (on behalf of the applicable Junior DIP Lenders) shall pay only rent and additional rent, fees, royalties, or other monetary obligations of the Junior DIP Obligors under, and solely as required by, the applicable lease and any amendments thereto that accrue during the period of such occupancy or actual use by Junior DIP Agent calculated on a per diem basis. Nothing herein shall require the Junior DIP Obligors, the Junior DIP Agent or the other Junior DIP Credit Parties, to assume any lease or license under Bankruptcy Code section 365(a) as a precondition to the rights afforded to the Junior DIP Agent and the other Junior DIP Credit Parties herein. Notwithstanding the foregoing, this paragraph shall be subject to the DIP Intercreditor Agreement and: (i) any agreement in writing between any of the Junior DIP Agent, the DIP ABL Agents or the Prepetition ABL Agents, as applicable, and any applicable landlord, (ii) pre-existing rights of any of the Junior DIP Agent, the DIP ABL Agents, or the Prepetition ABL Agents, as applicable, and any applicable landlord under applicable non-bankruptcy law, (iii) consent of the applicable landlord, or (iv) further order of the Bankruptcy Court following notice and a hearing.

38.    ***Intercompany Obligations.***    To the extent any Debtor owes any post-petition intercompany obligation or indebtedness to any other Debtor (the "Intercompany Obligations"), such Intercompany Obligations shall be subordinated only to the DIP ABL Secured Obligations, until the DIP ABL Secured Obligations are indefeasibly repaid in full in cash and the Junior DIP Secured Obligations until the Junior DIP Secured Obligations are indefeasibly repaid in full.  All Intercompany Obligations incurred after the Petition Date ("Postpetition Intercompany Obligations") shall be secured by an automatically perfected security interest in and lien on, as to any Debtor transferee, all DIP ABL Collateral including Prepetition ABL Collateral, Prepetition Encumbered Collateral and Prepetition Unencumbered Collateral of the transferee for the benefit of the Debtor transferor (the "Postpetition Intercompany Liens") junior to the Carve-Out, the DIP ABL Liens, the Senior Permitted Liens, the Junior DIP Liens, the Adequate Protection Liens (other than the Prepetition Second Lien Adequate Protection Liens), and the Prepetition ABL Liens, and senior to all other liens, and as to any non-Debtor transferee, liens on all assets and property of such transferee.  For the avoidance of doubt, any reference in this ~~Interim~~Final Junior DIP Order to payment (or repayment) in full shall mean: (a) indefeasible repayment of all outstanding obligations in full in cash, (b) termination or expiration of all commitments under any applicable Junior DIP Documents, DIP ABL Loan Documents or Prepetition ABL Loan Documents and termination or expiration of any other commitment of any Junior DIP Credit Parties, DIP ABL Credit Parties or Prepetition ABL Credit Parties to make extensions of credit to any of the Junior DIP Obligors, DIP ABL Loan Parties under any such Junior DIP Documents, DIP ABL Loan Documents or Prepetition ABL Loan Documents, respectively, (c) all letters of credit issued or deemed issued under the DIP ABL Loan Documents have been canceled or have expired, and all amounts drawn thereunder

66

have been reimbursed in full in cash (or other arrangements with respect thereto satisfactory to the DIP ABL Agents in their sole discretion shall have been made), and (d) solely with respect to the Prepetition ABL Obligations (i) if no Challenge Proceeding has been timely and properly commenced with respect to the prepetition obligations subject to the ABL Roll Up (as defined in the DIP ABL Order), the expiration of the Challenge Period, or (ii) the date on which any order entered by the Bankruptcy Court in favor of the applicable secured party in such Challenge Proceeding becomes final and non-appealable. For the avoidance of doubt, any Intercompany Obligations shall be subordinated to the Junior DIP Secured Obligations, DIP ABL Secured Obligations, the Adequate Protection Liens (other than the Prepetition Second Lien Adequate Protection Liens), and the Adequate Protection Claims (other than the Second Lien Facilities Superpriority Claims (as defined in the DIP ABL Order)), except to the extent set forth on the lien priority chart in paragraph 14.    The Debtors shall establish reasonable procedures (reasonably acceptable to the Creditors' Committee, the DIP ABL Agents, the Junior DIP Agent, and the Prepetition Second Lien Credit Parties) to trace cash proceeds from the sale of inventory of the Debtors and to track liabilities and payables of the Debtors, including shared services and professional fees and costs (collectively, the "Allocable Costs"), on an entity by entity basis, including without limitation between obligors and non-obligors under the Prepetition Second Lien Obligations, and to report the same to the Creditors' Committee, the DIP ABL Agents, the Junior DIP Agent, and the Prepetition Second Lien Credit Parties on a monthly basis.  At the time of repayment or treatment of the Postpetition Intercompany Obligations pursuant to a chapter 11 plan or otherwise, the Debtors, the Creditors' Committee, the DIP ABL Agents, the Junior DIP Agent, and the Prepetition Second Lien Credit Parties agree to cooperate in good faith to propose and adopt a fair and reasonable allocation of all Allocable Costs on an entity by

entity basis.

39.    ***Prohibited Use of Junior DIP Facility, Junior DIP Collateral, Cash Collateral, Carve-Out, etc***.  Notwithstanding anything herein, prior to indefeasible payment in full in cash of the Junior DIP Secured Obligations except as otherwise expressly provided in this ~~Interim~~Final Junior DIP Order, the Junior DIP Collateral, proceeds thereof, and the Carve-Out may not be used:

(a)                    for the payment of interest and principal with respect to Prepetition Obligations or any other prepetition indebtedness of the Debtors, except for: (i) the Carve-Out; (ii) prepetition employee wages, benefits and related employee taxes as of the Petition Date; (iii) prepetition sales, use and real property taxes; (iv) prepetition amounts due in respect of insurance financings, premiums and brokerage fees; (v) payment of certain interest and expenses (which expenses shall include fees and expenses of professionals) of the Prepetition ABL Agents and the Prepetition ABL Credit Parties (solely as required under the DIP ABL Order); (vi) other "first day" interim and final orders permitting payment of prepetition claims, in the case of (ii) through (vi) pursuant to an order or orders of the Bankruptcy Court in form and substance acceptable to the Junior DIP Agent and DIP ABL Agents in their sole and absolute discretion and subject to and in accordance with the Approved Budget; (vii) the ABL Roll Up (as provided for under the DIP ABL Order); and (viii) other indebtedness to the extent authorized by the Bankruptcy Court and set forth in the Approved Budget;

(b)                    subject to this ~~Interim~~Final Junior DIP Order, in connection with or to finance in any way any action, suit, arbitration, proceeding, application, motion or other litigation or threatened litigation (including any investigation in connection with such litigation or threatened litigation) of any type adverse to the rights, remedies, claims or defenses of the Junior DIP Credit Parties, DIP ABL Credit Parties~~*~~ [7] or the Joint Lead Arrangers under the DIP ABL Loan Documents or the Prepetition ABL Credit Parties under the Prepetition ABL Loan Documents, this ~~Interim~~Final Junior DIP Order, including for the payment of any services rendered by the professionals retained by the Debtors or the Creditors' Committee in connection with the assertion of or joinder in any claim, counterclaim, action, proceeding, application, motion, objection, defense or other contested matter, the purpose of which is to seek, or the result of which would be to obtain, any order, judgment determination, declaration or similar relief (A) invalidating, setting aside, avoiding, challenging, or subordinating, in whole or in part, the Junior DIP Secured Obligations, Junior DIP Liens, DIP ABL Secured Obligations, DIP ABL Liens, the Prepetition ABL Obligations, the Prepetition ABL Liens, the Adequate Protection Claims, the Adequate Protection Liens, or any adequate protection payments pursuant to this ~~Interim~~Final Junior DIP Order; (B) for monetary, injunctive, declarative or other affirmative relief against the Junior DIP Credit Parties, DIP ABL Credit Parties or the Prepetition ABL Credit Parties or their respective collateral; or (C) preventing, hindering or otherwise delaying the exercise by the Junior DIP Credit Parties, DIP ABL Credit Parties or the Prepetition ABL Credit Parties of any rights and remedies under this ~~Interim~~Final Junior DIP Order, the Junior DIP Documents, the DIP ABL Loan Documents, the Prepetition ABL Loan Documents or applicable law, or the enforcement or realization (whether by foreclosure, credit bid, further order of the Bankruptcy Court or otherwise) by the Junior DIP Credit Parties, DIP ABL Credit Parties or the Prepetition ABL Credit Parties upon any of their respective collateral;

(c)                    to make any payment in settlement of any claim, action or proceeding, before any court, arbitrator or other governmental body, without prior written consent of the Junior DIP Agent and DIP ABL Agents, unless otherwise set forth in the Approved Budget;

---

[~~8~~7] For the purposes of this paragraph 39 and paragraphs 43, 44, and 45 the Prepetition ABL Credit Parties do not include ESL or any Non-ESL Insider, in any capacity.

(d)          to pay any fees or similar amounts to any person who has proposed or may propose to purchase interests of the Debtors (including so-called "topping fees," "exit fees" and other similar amounts), except as approved by the Bankruptcy Court, without prior written consent by the Junior DIP Agent and DIP ABL Agents, unless otherwise included in the Approved Budget;

(e)          to object to, contest, or interfere with, in any way, the Junior DIP Credit Parties, DIP ABL Credit Parties' or the Prepetition ABL Credit Parties' enforcement or realization upon any of the Junior DIP Collateral, Prepetition ABL Collateral or DIP ABL Collateral once a Termination Event has occurred, except as provided for in this ~~Interim~~Final Junior DIP Order, or seek to prevent the Junior DIP Credit Parties, DIP ABL Credit Parties or the Prepetition ABL Credit Parties from credit bidding in connection with any proposed plan of reorganization or liquidation or any proposed transaction pursuant to section 363 of the Bankruptcy Code;

(f)          unless in connection with the repayment in full, in cash of the Junior DIP Facility, DIP ABL Facility, or the Prepetition ABL Secured Obligations, as applicable, to use or seek to use Cash Collateral while the Junior DIP Secured Obligations, DIP ABL Secured Obligations, the Prepetition ABL Obligations and/or any of the DIP Term Loan Credit Parties' commitments under the Junior DIP Documents remain outstanding, or the DIP ABL Credit Parties' commitments under the DIP ABL Loan Documents remain outstanding, without the consent of the DIP Term Loan Agent, DIP ABL Agents, or the Prepetition ABL Administrative Agent, as applicable, other than during the Remedies Notice Period during which period the Junior DIP Obligors and the DIP ABL Loan Parties may only use Cash Collateral in accordance with the terms of this ~~Interim~~Final Junior DIP Order;

(g)          to use or seek to use any insurance or tax refund proceeds constituting Junior DIP Collateral, or Prepetition ABL Collateral other than solely in accordance with the Approved Budget, the Junior DIP Documents, and the DIP ABL Loan Documents;

(h)          to incur indebtedness other than in accordance with the Approved Budget, the Junior DIP Documents or the DIP ABL Loan Documents without the prior consent of the Junior DIP Agent and the DIP ABL Agent;

(i)             to object to or challenge in any way the claims, liens, or interests held by or on behalf of the Junior DIP Credit Parties, DIP ABL Credit Parties or the Prepetition ABL Credit Parties; provided, however, that, not more than $100,000 in the aggregate of proceeds of the Carve-Out, any Cash Collateral, or any proceeds of the DIP ABL Facility, the DIP ABL Collateral, the Junior DIP Facility or the Junior DIP Collateral may be used by such Creditors' Committee for purposes of investigating such claims, liens, or interests of the Prepetition ABL Credit Parties (but not to litigate any of the foregoing) pursuant to the DIP ABL Order;

(j)             to assert, commence, prosecute or support any claims or causes of action whatsoever, including any Avoidance Action, against the Junior DIP Credit Parties, DIP ABL Credit Parties or the Prepetition ABL Credit Parties; provided that the foregoing shall not be construed to prohibit the Debtors from responding to discovery requests as required in their reasonable business judgment in consultation with legal counsel;

(k)             to prosecute any objection to, contest in any manner, or raise any defenses to, the validity, perfection, priority, or enforceability of, or seek equitable relief from any of the Adequate Protection Claims, the Adequate Protection Liens, any adequate protection payments pursuant to the DIP ABL Orders or any other rights or interests of the DIP ABL Credit Parties or the Prepetition ABL Credit Parties;

(l)             to prosecute an objection to, contest in any manner, or raise any defenses to, the validity, extent, amount, perfection, priority, or enforceability of, or seek equitable relief from, any of the Junior DIP Secured Obligations, Junior DIP Liens, DIP ABL Secured Obligations, the DIP ABL Liens, the Prepetition ABL Obligations, the Prepetition ABL Liens, the Junior DIP Superpriority Claim or DIP ABL Superpriority Claims;

(m)             to sell or otherwise dispose of the Junior DIP Collateral, DIP ABL Collateral or the Prepetition ABL Collateral other than as contemplated by the Junior DIP Documents, DIP ABL Loan Documents or the Prepetition ABL Loan Documents, as applicable; or

(n)             for any purpose otherwise limited by the Junior DIP Documents, DIP ABL Loan Documents or the Prepetition ABL Loan Documents, as applicable.

40.    [RESERVED].

41.    [RESERVED].

71

42. ***No Third Party Rights.*** Except as explicitly provided for herein, this ~~Interim~~Final Junior DIP Order does not create any rights for the benefit of any third party, creditor, equity holder or any direct, indirect, or incidental beneficiary.

43. ***Limitations on Charging Expenses.*** ~~In the Final Junior DIP Order, the Debtors will request that no~~No costs or expenses of administration which have been or may be incurred in the Chapter 11 Cases or any Successor Cases at any time shall be charged against the Junior DIP Credit Parties (solely in their capacity as Junior DIP Credit Parties) or the Junior DIP Collateral pursuant to sections 105 or 506(c) of the Bankruptcy Code or any other legal or equitable doctrine (including unjust enrichment) or any similar principle of law, without the prior written consent of the Junior DIP Agent and/or any Junior DIP Credit Party, as applicable, and no such consent shall be implied from this ~~Interim~~Final Junior DIP Order or any other action, inaction, or acquiescence by any such agents or lenders.

44. ***Section 552(b).*** ~~In t~~The ~~Final Junior DIP Order, the Debtors will request that the~~ "equities of the case" exception under section 552(b) of the Bankruptcy Code shall not apply to the Junior DIP Credit Parties, with respect to proceeds, products, offspring or profits of any of the Junior DIP Collateral.

45. ***No Marshaling/Applications of Proceeds.*** ~~In the Final Junior DIP Order, the Debtors will request that, s~~Subject to the DIP Intercreditor Agreement and the Reverse Marshaling Provisions, the Junior DIP Credit Parties shall not be subject to the equitable doctrine of "marshaling" or any other similar doctrine with respect to any of the Junior DIP Collateral except as set forth herein.

46.    ***Discharge Waiver.***    The Debtors expressly stipulate, and the Bankruptcy Court finds and adjudicates that, none of the Junior DIP Secured Obligations, the Junior DIP Superpriority Claims, or the Junior DIP Liens shall be discharged by the entry of an order confirming any plan of reorganization, notwithstanding the provisions of section 1141(d) of the Bankruptcy Code, unless the Junior DIP Secured Obligations have been indefeasibly paid in full in cash on or before the effective date of a confirmed plan of reorganization.

47.    ***Rights Preserved.***    Other than as expressly set forth in this ~~Interim~~Final Junior DIP Order, any other rights, claims or privileges (whether legal, equitable or otherwise) of the Junior DIP Credit Parties, DIP ABL Credit Parties and the Prepetition Credit Parties are preserved.  Nothing contained herein shall be deemed to prevent the Prepetition Credit Parties from requesting additional adequate protection or from arguing that the adequate protection granted in the DIP ABL Order does not in fact adequately protect the Prepetition Credit Parties against post-petition diminution in value of the Prepetition Collateral if any; *provided* that all parties' rights to oppose such relief are fully preserved.

73

48.     ***Release.*** ~~In the Final Junior DIP Order, the Debtors will seek approval of the following: as~~As further set forth in the Junior DIP Documents, the Debtors, on behalf of themselves and their estates (including any successor trustee or other estate representative in these Chapter 11 Cases or any Successor Case) and any party acting by, through, or under any of the Debtors or any of their estates, hereby stipulate and agree that they forever and irrevocably (a) release, discharge, waive, and acquit the current or future Junior DIP Agent and other current or future Junior DIP Credit Parties, and each of their respective participants and each of their respective affiliates, and each of their respective Representatives (each of the foregoing only in their capacity as such), from any and all claims, demands, liabilities, responsibilities, disputes, remedies, causes of action, indebtedness, and obligations, rights, assertions, allegations, actions, suits, controversies, proceedings, losses, damages, injuries, attorneys' fees, costs, expenses, or judgments of every type, whether known, unknown, asserted, unasserted, suspected, unsuspected, accrued, unaccrued, fixed, contingent, pending, or threatened, including all legal and equitable theories of recovery, arising under common law, statute or regulation or by contract, of every nature and description, arising out of, in connection with, or relating to the Junior DIP Facility, the Junior DIP Documents or the transactions and relationships contemplated hereunder or thereunder, including (i) any so-called "lender liability" or equitable subordination claims or defenses, (ii) any and all claims and causes of action arising under the Bankruptcy Code, and (iii) any and all claims and causes of action regarding the validity, priority, perfection, or avoidability of the liens or secured claims of the Junior DIP Agent and the other Junior DIP Credit Parties; and (b) waive any and all defenses (including offsets and counterclaims of any nature or kind) as to the validity, perfection, priority, enforceability, and nonavoidability of the Junior DIP Secured Obligations, the Junior DIP Liens, and the Junior DIP Superpriority

74

Claims, *provided*, *however*, that the foregoing release shall not release any claims for fraud or willful misconduct, *provided*, *further* that ESL, or any Non-ESL Insider, in any capacity, shall not be entitled to a release pursuant to this paragraph and shall not be permitted to become a Junior DIP Credit Party without a further order of the Bankruptcy Court. For the avoidance of doubt, the foregoing release shall not constitute a release of any rights arising under the Junior DIP Documents or of ESL or any Non-ESL Insider.

49.     ***No Waiver by Failure to Seek Relief.*** The failure or delay of the Junior DIP Credit Parties, the DIP ABL Credit Parties or the Prepetition Credit Parties to seek relief or otherwise exercise their respective rights and remedies under this ~~Interim~~Final Junior DIP Order, the Junior DIP Documents, the Prepetition Loan Documents, the DIP ABL Loan Documents, or applicable law, as the case may be, shall not constitute a waiver of any of the rights hereunder, thereunder, or otherwise of the Junior DIP Credit Parties, the DIP ABL Credit Parties, or the Prepetition Credit Parties.

50.     ***Binding Effect of ~~Interim~~Final Junior DIP Order.*** Immediately upon entry by the Bankruptcy Court (notwithstanding any applicable Bankruptcy Rules or any other law or rule to the contrary), the terms and provisions of this ~~Interim~~Final Junior DIP Order, including the liens granted herein shall, *nunc pro tunc* to the date of entry of the Interim Junior DIP Order, become valid and binding upon and inure to the benefit of the Debtors, the Junior DIP Credit Parties, and their respective successors and assigns; *provided* that ESL shall not be permitted to have any interest in any Junior DIP Obligations, either directly or indirectly, including by participation or otherwise, and any such interest shall be void *ab initio*. To the extent there is any applicable stay of this ~~Interim~~Final Junior DIP Order, it is hereby waived.

75

51.    ***No Modification of ~~Interim~~Final Junior DIP Order.***    The Debtors irrevocably waive the right to seek and shall not seek or consent, directly or indirectly without the prior written consent of the Junior DIP Agent and the DIP ABL Agents, which consent of the Junior DIP Agent and the DIP ABL Agents may be refused in their sole and absolute discretion: (a) any modification, stay, vacatur or amendment to this ~~Interim~~Final Junior DIP Order; (b) other than the Carve-Out, a priority claim for any administrative expense or unsecured claim against the Debtors to the fullest extent permitted under the Bankruptcy Code in the Chapter 11 Cases or any Successor Case, equal or superior to the Junior DIP Superpriority Claim; (c) any lien on any of the Junior DIP Collateral, with priority equal or superior to the Junior DIP Liens. The Debtors irrevocably waive any right to seek any amendment, modification or extension of this ~~Interim~~Final Junior DIP Order without the prior written consent of the Junior DIP Agent and the DIP ABL Agents, and no such consent shall be implied by any other action, inaction or acquiescence of the Junior DIP Credit Parties, Prepetition ABL Credit Parties or the DIP ABL Credit Parties. Neither ~~this~~the Interim Junior DIP Order nor ~~the~~this Final Junior DIP Order shall be modified without the consent of the DIP ABL Agents.

52.    ***Controlling DIP Order.***    In the event of any inconsistency between the terms and conditions of the Junior DIP Documents or this ~~Interim~~Final Junior DIP Order, the provisions of this ~~Interim~~Final Junior DIP Order shall govern and control. In the event of any inconsistency between the terms and conditions of the Final ~~ABL~~ DIP ABL Order and the Final Junior DIP ~~Interim~~ Order, the Final DIP ABL Order shall govern and control.

53.    ***Survival.***  The provisions of this ~~Interim~~Final Junior DIP Order and any actions taken pursuant hereto shall survive entry of any order which may be entered: (a) confirming any plan of reorganization in the Chapter 11 Cases; (b) converting any of the Chapter 11 Cases to a case under chapter 7 of the Bankruptcy Code; (c) dismissing any of the Chapter 11 Cases or any Successor Case; or (d) pursuant to which the Bankruptcy Court abstains from hearing the Chapter 11 Cases or any Successor Case.  The terms and provisions of this ~~Interim~~Final Junior DIP Order, including the claims, liens, security interests and other protections granted to the Junior DIP Credit Parties, and the DIP ABL Credit Parties pursuant to this ~~Interim~~Final Junior DIP Order, notwithstanding the entry of any such order, shall continue in the Chapter 11 Cases, in any Successor Case, or following dismissal of any of the Chapter 11 Cases or any Successor Case, and shall maintain their priority as provided by this ~~Interim~~Final Junior DIP Order until all Junior DIP Secured Obligations have been paid in full.

54.    ***Preservation of Rights Granted Under this ~~Interim~~Final Junior DIP Order***.

(a)    Except as expressly provided herein, in the Junior DIP Documents, or the DIP ABL Order no claim (to the fullest extent permitted under the Bankruptcy Code) or lien having a priority senior to or *pari passu* with that granted by this ~~Interim~~Final Junior DIP Order to the Junior DIP Credit Parties shall be granted while any portion of the Junior DIP Secured Obligations remain outstanding, and the Junior DIP Liens shall not be subject to or junior to any lien or security interest that is avoided and preserved for the benefit of the Debtors' estates under section 551 of the Bankruptcy Code or subordinate to or made *pari passu* with any other lien or security interest, whether under section 364(d) of the Bankruptcy Code or otherwise.

(b)     Unless all Junior DIP Secured Obligations shall have been indefeasibly paid in full in cash, the Debtors shall not seek, and it shall constitute an Event of Default under the Junior DIP Documents if there is entered (i) any stay, vacatur, rescission, modification, amendment, or extension of ~~this~~the Interim Junior DIP Order or ~~the~~this Final Junior DIP Order without the prior written consent of the Junior DIP Agent and the DIP ABL Agents, and no such consent shall be implied by any other action, inaction or acquiescence by the Junior DIP Agent or the DIP ABL Agents; (ii) an order converting any of these Chapter 11 Cases to cases under chapter 7 of the Bankruptcy Code or dismissing any of these Chapter 11 Cases; or (iii) any other order granting adequate protection or authorizing the use of Cash Collateral without the prior written consent of the Junior DIP Agent, DIP ABL Agents and the Prepetition ABL Agents, and no such consent shall be implied by any other action, inaction, or acquiescence by any of the Junior DIP Agent, DIP ABL Agents and the Prepetition ABL Agents.  If an order dismissing or converting any of these Chapter 11 Cases under section 1112 of the Bankruptcy Code or otherwise is at any time entered this Bankruptcy Court shall retain jurisdiction to the extent it has jurisdiction, notwithstanding such dismissal or conversion, for the purposes of enforcing the claims, liens and security interests referred to in paragraph 53.

(c)      If any or all of the provisions of this ~~Interim~~Final Junior DIP Order are hereafter reversed, modified, vacated or stayed or any order is entered dismissing any of the Chapter 11 Cases or converting any of these Chapter 11 Cases to cases under chapter 7 of the Bankruptcy Code, such reversal, stay, modification, vacatur, conversion, or dismissal shall not affect (i) the validity, priority or enforceability of any Junior DIP Secured Obligations incurred prior to the actual receipt of written notice by the Junior DIP Agent of the effective date of such reversal, stay, modification or vacatur, or (ii) the validity, priority, or enforceability of the Junior DIP Liens.  Notwithstanding any such reversal, stay, modification or vacatur, any use of Junior DIP Collateral, any Junior DIP Secured Obligations incurred by the Junior DIP Obligors, Junior DIP Agent, and/or other Junior DIP Credit Parties, as the case may be, prior to the actual receipt of written notice by the Junior DIP Agent, of such reversal, stay, modification or vacatur shall be governed in all respects by the original provisions of this ~~Interim~~Final Junior DIP Order, and the Junior DIP Credit Parties shall be entitled to all of the rights, remedies, privileges and benefits granted in section 364(e) of the Bankruptcy Code, this ~~Interim~~Final Junior DIP Order, and pursuant to the Junior DIP Documents with respect to all such uses of the Junior DIP Collateral and all Junior DIP Secured Obligations.

55.    ***Chubb Reservation of Rights.***  For the avoidance of doubt, (i) the Junior DIP Credit Parties shall not have a security interest or lien on any collateral provided by or on behalf of the Debtors to ACE American Insurance Company and ACE Fire Underwriters Insurance Company (together, with each of their affiliates and affiliates successors, "Chubb"), (ii) the Debtors may not grant liens and/or security interests in such property to any other party, (iii) this Order does not grant the Debtors any right to use any property (or the proceeds thereof) held by Chubb as collateral to secure obligations under insurance policies and related agreements; *provided* that to the extent any such property reverts to the Debtors, such property shall be subject to the terms of this ~~Interim~~Final Junior DIP Order; and (iv) nothing, including the Junior DIP Credit Agreement and/or this Order, alters or modifies (a) the terms and conditions of any insurance policies or related agreements issued by Chubb or any notices of non-renewal related thereto; (b) Chubb's right to decline to renew any insurance policies or to decline to issue replacement insurance policies for any expiring insurance policies, or (c) the expiration of any insurance policies issued by Chubb pursuant to their terms or any notices of non-renewal related thereto.

56.    ***United States of America***

(a)        In determining to make any loan under the Junior DIP Credit Agreement or in exercising any rights or remedies as and when permitted pursuant to this ~~Interim~~Final Junior DIP Order or the Junior DIP Documents, the Junior DIP Credit Parties shall not be deemed to be in control of the operations of the Debtors or to be acting as a "responsible person" or "owner or operator" with respect to the operation or management of the Debtors, so long as the Junior DIP Credit Parties' actions do not constitute, within the meaning of 42 U.S.C. § 9601(20)(F), actual participation in the management or operational affairs of a vessel or facility owned or operated by a Debtor, or otherwise cause liability to arise to the federal or state government or the status of responsible person or managing agent to exist under applicable law (as such terms, or any similar terms, are used in the United States Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. § 9601 et seq., as amended, or any similar federal or state statute).

(b)        Nothing in this ~~Interim~~Final Junior DIP Order or the Junior DIP Documents shall permit the Debtors to violate 28 U.S.C. § 959(b).

(c)        As to the United States, its agencies, departments, or agents, nothing in this ~~Interim~~Final Junior DIP Order or the Junior DIP Documents shall discharge, release or otherwise preclude any valid right of setoff or recoupment that any such entity may have, and the Debtors and all other parties in interest, including the Junior DIP Credit Parties, reserve all rights to challenge the validity of any such purported right of setoff or recoupment.

57.     ***Setoff and Recoupment.***  Notwithstanding anything to the contrary in this ~~Interim~~Final Junior DIP Order, nothing herein is intended to, and shall not:  (a) waive, modify, prejudice, limit or otherwise impair the right of any party to exercise rights of setoff or recoupment, if any, under the Bankruptcy Code (including, without limitation, pursuant to section 553 of the Bankruptcy Code) or any other applicable non-bankruptcy law, subject, however, to section 546(c) of the Bankruptcy Code, (b) provide any party with any greater or lesser setoff or recoupment rights, if any, than they would have under the Bankruptcy Code or any other applicable non-bankruptcy law, or eliminate the need to seek relief from the automatic stay where required before exercising any such rights, or (c) waive, modify, prejudice, limit or otherwise impair any defenses or objections of the Junior DIP Agent or any of the other Junior DIP Credit Parties, the Debtors and any other party in interest to such setoff and recoupment rights or the exercise thereof.

58.    ***Prepetition Consolidated Loan Lenders.***  As adequate protection of liens held by SL Agent, LLC, as agent (in such capacity, the "Prepetition Consolidated Loan Agent") under that certain Third Amended and Restated Loan Agreement, dated as of June 4, 2018 (as amended, restated, amended and restated, supplemented, waived or otherwise modified prior to the date hereof, the "Prepetition Consolidated Loan Agreement"), among (i) JPP, LLC, JPP II, LLC and Cascade Investment, L.L.C., collectively, as lenders and (iii) Sears, Roebuck And Co., KMART Stores of Illinois LLC, KMART of Washington LLC, KMART Corporation, SHC Desert Springs, LLC, Innovel Solutions, Inc., Sears Holdings Management Corporation, Maxserv, Inc., Troy Coolidge No. 13, LLC, Sears Development Co., Big Beaver Of Florida Development, LLC and Sears Holdings Corporation (collectively, the "Prepetition Consolidated Loan Parties"), the Prepetition Consolidated Loan Parties are authorized and directed, on ~~an~~ ~~interim~~a final basis, to provide adequate protection in the form of (i) current cash reimbursement of reasonable and documented fees and expenses and other disbursements of the Prepetition Consolidated Loan Agent whether incurred before, on or after the Petition Date, including the reasonable documented fees and expenses of its professional advisors subject to the procedures set forth in paragraph 19(f) of the DIP ABL Order, Debevoise & Plimpton LLP, (ii) continued maintenance and insurance of the "Collateral" as such term is defined in the Prepetition Consolidated Loan Agreement in amounts and for the risks, and by the entities, as required under the Prepetition Consolidated Loan Agreement and this Final Order and (iii) cash payment of post-petition interest on Note A-1 and Note A-2 (each as defined in the Prepetition Consolidated Loan Agreement) under the Prepetition Consolidated Loan Agreement as such interest becomes due and payable at the applicable non-default rate thereunder from and after the Petition Date; *provided* that in the event of a final determination that the Prepetition Consolidated Loan Parties,

83

as applicable are undersecured as of the Petition Date, payments received by the applicable Prepetition Consolidated Loan Parties pursuant to this clause (iii) may be recharacterized and applied as payments of principal. For the avoidance of doubt, the foregoing does not apply to any portion of the Prepetition Consolidated Loan held by ESL.

59.    ***Reclamation, Setoff and Recoupment.***  To the extent a seller of goods (a "Reclamation Creditor") asserts rights of reclamation pursuant to and in accordance with both section 2-702(2) of the Uniform Commercial Code (the "UCC") and section 546(c) of the Bankruptcy Code (each a "Reclamation Claim" and, collectively, the "Reclamation Claims") requesting that the Debtors return certain goods identified in the Reclamation Claims (the "Reclamation Goods"), the rights of such Reclamation Creditor (the "Reclamation Rights") in either Reclamation Goods or the proceeds thereof (the "Reclamation Proceeds") and the priority of such Reclamation Rights as against any other interest in the Reclamation Goods or the Reclamation Proceeds shall be preserved solely to the extent a Challenge Proceeding with respect to the Prepetition ABL Revolving Extensions of Credit, the Prepetition ABL Term Loans or the liens securing any of such obligations has been successfully brought in compliance with the provisions of this Final Junior DIP Order and determined by an order entered by the Bankruptcy Court that becomes final and non-appealable; *provided* that in no event shall any alleged Reclamation Claim or Reclamation Right be deemed or treated hereunder as a Permitted Prior Lien rather, any such alleged Reclamation Claim or Reclamation Right shall have the same rights and priority with respect to the Junior DIP Facility, and Junior DIP Liens as such rights and claims had with respect to the Prepetition ABL Facilities, Prepetition ABL Liens and Prepetition ABL Collateral (subject to paragraphs 40 and 41 of the DIP ABL Order).  Notwithstanding anything herein to the contrary, nothing herein shall determine, or be deemed a determination of the validity or extent of any Reclamation Rights or Reclamation Claims and all parties rights with respect thereto are expressly reserved.

60.    ***Specified Governmental Unit Assets.***    As adequate protection for the claims of the Specified Governmental Units,[9][8] the Debtors either will pay such claims directly or fund a segregated account (the "Specified Governmental Units Account"), in each case from the proceeds of the Store Closing Sales (as defined in the DIP ABL Order) located in jurisdictions subject to the authority of the Specified Governmental Units Account.  The liens asserted by Specified Governmental Units shall attach to the Specified Governmental Units Account in the same amount, to the same extent and with the same priority, validity and enforceability, and subject to the same defenses, as the liens the Specified Governmental Units now have against such assets of the Debtors.  Further, nothing in this ~~Interim~~Final Junior DIP Order or final orders with respect to post-petition financing, use of cash collateral, the closing of certain store locations or the same of the Debtors' assets shall affect the priority of the ad valorem tax liens of

---

[9][8]  For purposes of this ~~Interim~~Final Junior DIP Order, "Specified Governmental Units" means Allen ISD, Angelina County, Aransas Count, Atascosa County, Atlanta, Atlanta ISD, Bee County, Bexar County, Blanco CAD, Cameron County, Cleveland ISD, Cypress-Fairbanks ISD, Dallas County, Del Rio, Eagle Pass, Eagle Pass ISD, El Paso, Ellis County, Fort Bend County, Frisco, Galveston County, Grayson County, Gregg County, Harlingen, Harlingen CISD, Harris County, Hidalgo County, Hood CAD, Hopkins County, Hunt County, Irving ISD, Jasper County, Jefferson County, Jim Wells CAD, Kaufman County, Lewisville ISD, Matagorda County, McAllen, McLennan County, Montgomery County, Navarro County, Nueces County, Parker CAD, Pecos County, Pleasanton, Polk County, Rockwall CAD, San Patricio County, Smith County, Stephenville, Stephenville ISD, Sulphur Springs, Sulphur Springs ISD, Tarrant County, Tom Green CAD, Val Verde County, Van Zandt CAD, Victoria County, Wharton Co. Jr. College Dist., Wilson County, Wise CAD, Wise County, Wood County, Nolan County, City Sweetwater, Sweetwater Independent School District (ISD), Palo Pinto County, City Mineral Wells, Mineral Wells ISD, Johnson County, City Cleburne, Cleburne , ISD, Arlington ISD, Crowley ISD, Eagle Mountain-Saginaw ISD, City Grapevine, Grapevine-Colleyville ISD, Richardson ISD, Carrollton-Farmers Branch ISD, City of Garland, Lubbock Central Appraisal District, Midland County, Tyler ISD, Cass County, Houston County, Mineola ISD, Nacogdoches County ISD, Austin County Appraisal District, Brazoria County Tax Office, Brazoria County Municipal Utility District (MUD) #35, Brazoria County Tax Office, Fort Bend ISD, Fort Bend County Levee Improvement District #2, First Colony MUD #10, Clear Creek ISD, Galveston County Mgmt. Dist. #1, Dickinson ISD, Interstate MUD, Clear Creek ISD, Galveston County Mgmt Dist. #1, Dickinson ISD, Interstate MUD, Clear Creek ISD, City of Houston, Galena Park ISD, HC MUD 285, Clear Creek ISD, City of Houston, Galena Park ISD, Spring Branch ISD, Spring ISD, Alief ISD, Tomball ISD, City of Tomball, Midtown Mgmt District, City of Jasper, City of Cleveland, Bay City ISD, Kerr County, Kendall County, Fayette County, Maverick County, Uvalde County, Weslaco City, Weslaco ISD, Randall County Tax Office, Potter County Tax Office, Gray County Tax Office, Garland ISD, Humble ISD, Harris County MUD 109, and Maricopa County Treasurer.

the Specified Governmental Units (if any) which may arise during the pendency of these cases. The Specified Governmental Units Account shall be maintained solely for the purpose of providing adequate protection and shall constitute neither the allowance of the claims of the Specified Governmental Units, nor a floor or cap on the amounts the Specified Governmental Units may be entitled to receive.  All parties' rights to object to the priority, validity, amount, and extent of the claims and liens asserted by the Specified Governmental Units are fully preserved.

Funds in the Specified Governmental Units Account may be distributed upon agreement between the Specified Governmental Units and the Debtors, with the consent of the DIP ABL Administrative Agent, and Junior DIP Agent, or by subsequent order of the Bankruptcy Court, duly noticed to the Specified Governmental Units.

61. ***Consignment Merchandise***   To the extent of any conflict between paragraphs 36 through 41 of the *Final Order Approving (I) Procedures For Store Closing Sales And (II) Assumption Of Liquidation Consulting Agreement* [ECF No. 876] (the "GOB Order") and this ~~Interim~~Final Junior DIP Order, paragraphs 36 through 41 of the GOB Order shall control.

62. ***American Greetings Corporation.***  Nothing in this ~~Interim~~Final Junior DIP Order shall affect or impair (i) the rights of American Greetings Corporation and its affiliates ("AG") in and to certain greetings cards and related products sold by AG to the Debtors on a scan-based method of sale (the "AG Products"), (ii) AG's rights in the proceeds of the AG Products (the "AG Proceeds"), (iii) AG's claims against the Debtors, the Junior DIP Lenders, or any other party relating to the AG Products, including, without limitation, AG's claims to recover the AG Proceeds, or (iv) any defenses or objections to such claims or rights that may be asserted by the Debtors, the Junior DIP lenders or any other party in interest, all of which rights, claims, defenses and objections are hereby preserved.

63. ***School District Unit 300.***  Notwithstanding anything to the contrary contained herein, and consistent with the record of the hearing held before the Court on November 28, 2018, all rights of Community Unit School District 300 with respect to any ongoing stayed litigation and the transactions and events referenced therein, including the right to assert a constructive trust or a senior secured lien, and all defenses or objections of the Debtors and/or any and all other parties thereto, shall be preserved, and nothing herein shall waive, modify, prejudice, limit or otherwise impair any such rights, defenses or objections as the case may be, or be deemed a determination as to the validity, priority or extent of any such rights, claims or liens (if any) and all parties' rights with respect thereto are also expressly reserved.

64.   ***SHLD and Cyrus and Relator Carl Ireland.***  Notwithstanding anything to the contrary contained herein (including, but not limited to, paragraphs iv, 13, and 14 hereof), nothing herein, including the Carve-Out, shall be deemed to prime or be otherwise made senior or pari passu to any valid, perfected and non-avoidable security interests or liens held by (i) SHLD Lendco, LLC or Cyrus Capital Partners, L.P. under the IP/Ground Lease Term Loan or (ii) Relator Carl Ireland, Administrator of the Estate of James Garbe, and the other parties to the Garbe settlement agreement sharing in that security interest with Garbe (such security interests and liens the "Specified Security Interests").  All parties' rights to object to the priority, validity, amount, and extent of the Specified Security Interests and the claims secured thereby (and all objections and defenses of the holders of the Specified Security Interests) are hereby fully preserved. All rights and remedies of the Debtors in respect of the Specified Security Interests, including, but not limited to, the right to seek to surcharge and to seek to impose the remedy of marshaling (and, in each case, all objections and defenses of the holders of the Specified Security Interests) are hereby fully preserved. All rights of the holders of the Specified Security Interests to seek relief from the automatic stay of section 362 of the Bankruptcy Code, to seek adequate protection of the Specified Security Interests, and/or other permissible secured creditor rights, including the right to object to any relief sought pursuant to the Debtors' reserved rights, are hereby fully reserved.

65. ***Clover.*** Notwithstanding anything to the contrary contained herein, all rights of Clover Technologies Group, LLC ("Clover") with respect to any proceeds remitted to the Debtors prior to the Petition Date pursuant to that certain agreement between Clover and certain of the Debtors governing the distribution and retail sales of certain inventory on a scan-based trading method of sales (as further described the objection filed by Clover under [ECF No. 212]) shall be preserved, and the rights of the Debtors and any other party in interest to object are also hereby preserved.

66. At the time of submission of this Order, the Debtors, the DIP Agents and Luxottica Retail North America, Inc. ("Luxottica") are continuing to formulate language addressing the issues raised by Luxottica's objection (ECF No. 757) (the "Luxottica Objection"). If the Debtors, the DIP Agents and Luxottica reach an agreement on that language, the Debtors will file a stipulation with the Court, which stipulation shall govern to the extent of any inconsistency with this order.  If the Debtors, the DIP Agents and Luxottica cannot agree on such language, the parties will request a hearing before the Court. Neither the entry of this Order nor passage of time shall prejudice the Luxottica Objection in any way. In addition, neither the entry of this Order nor the passage of time shall prejudice Luxottica's right to argue that an agreement resolving the Luxottica Objection was reached, and further shall not prejudice Luxottica's ability to enforce the terms of such agreement; provided that the Debtors' and the DIP Agent's rights to object to the same shall be preserved in every respect.

67. ***Final Hearing***.  ~~The Final Hearing to consider entry of the Final Junior DIP Order and approval of the DIP ABL Facility on a final basis is scheduled for **December 20, 2018 at 10:00 a.m. Eastern Time** before the Honorable Robert D. Drain, United States Bankruptcy Judge, the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601.~~

68. ***Notice of Final Hearing***:  ~~Notice of the Final Hearing shall be provided in accordance with the terms of the Case Management Order.~~

69. ***Objection Deadline***.  ~~Objections, if any, to the relief sought in the Motion with respect to entry of the Final Junior DIP Order shall be in writing, shall set forth with particularity the grounds for such objections or other statement of position, shall be filed with the clerk of the Bankruptcy Court, and served upon:  (a) proposed counsel to the Debtors; (b) the U.S. Trustee; (c) proposed counsel to the Creditors' Committee; (d) counsel to the DIP ABL Agents; (e) counsel to the Prepetition ABL Administrative Agent; and (f) counsel to the Prepetition Second Lien Agents, so that such objections are filed with the Bankruptcy Court and received by said parties on or before **4:00 p.m. Eastern Time on December 13, 2018**.~~

<u>66.</u>  ~~70.~~  ***Retention of Jurisdiction***.  The Bankruptcy Court shall retain jurisdiction to enforce this ~~Interim~~<u>Final</u> Junior DIP Order according to its terms to the fullest extent permitted by applicable law.

Dated: _____, 2018
White Plains, New York

_____
Robert D. Drain
United States Bankruptcy Judge

91

## Exhibit A

**Approved Initial Budget**

**Exhibit B**

**Junior DIP Credit Agreement**

## Schedule 1

Any direct or indirect claim, cause of action, or right to payment of any Obligor or of any of the successors of any such Obligor in respect of (i) anti-trust claims or other claims against any of Visa Inc., Mastercard Inc., JPMorgan Chase & Co, Citigroup N.A., Bank of America N.A., or any of their respective affiliates in relation to certain practices with respect to merchant processing fees and merchant processing agreements and (ii) any settlement with respect to the foregoing, including without limitation any direct or indirect settlement with any such financial institution or other person.

**Schedule 2**

| No. | Store Number | City | State |
|-----|--------------|------|-------|
| 1. | 7777 | New York | NY |
| 2. | 7749 | New York | NY |
| 3. | 9423 | Bridgehampton | NY |

## Schedule 3

| Unencumbered Collateral |
|---|
| All of the rights, title, and interests of any Obligor, and the proceeds of any sale thereof, in those certain SRAC Medium Term Notes Series B issued by Sears Roebuck Acceptance Corp. as further described in the *Emergency Motion of Debtors for Order Approving Sale of Medium Term Notes* [~~Docket~~ECF No. 642]. |
| All of the rights, title and interest, whether now existing or hereafter acquired, in and to all assets of Sears Home Improvement Products, Inc., and the proceeds and products, whether tangible or intangible, thereof, including, without limitation, the sale of any assets, properties and rights related to the SHIP Business (as defined in the *Motion of Debtors for Entry of Order (I)(A) Approving Bidding Procedures for Sale of Sears Home Improvement Business, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for and Hearing to Approve Sale of Sears Home Improvement Business, (D) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, (E) Approving Assumption and Assignment Procedures, (II) Approving the Sale of Sears Home Improvement Business in Accordance with the Stalking Horse Agreement and (III) Granting Related Relief* [~~Docket~~ECF No. 450]), in each case that is not subject to a valid and perfected lien or security interest as of the Petition Date (including liens on the Prepetition ABL Collateral). |
| All of the rights, title and interest, whether now existing or hereafter acquired, in and to all assets of Sears PartsDirect, and the proceeds and products, whether tangible or intangible, thereof, in each case that is not subject to a valid and perfected lien or security interest as of the Petition Date (including liens on the Prepetition ABL Collateral). |
| Any and all estates or interests in real property (including any leases) identified as unencumbered in Exhibit 1 to this Schedule 3. With respect to leases this includes any agreement, whether written or oral, no matter how styled or structured, and all amendments, guaranties and other agreements relating thereto, pursuant to which an Obligor is entitled to the use or occupancy of any real property for any period of time. |
| All intellectual property and proprietary rights of any kind or nature of the Obligors, whether arising under United States, multinational or foreign laws or otherwise, whether registered or unregistered, including business names, copyrights (including rights in computer software) and works of authorship, patents and inventions, data, databases, domain names, trademarks, confidential information, designs, service marks, technology, trade secrets, know-how, and processes, and all applications and registrations therefor, and all rights, priorities, and privileges arising out of or relating to any of the foregoing, not subject to a valid and perfected lien or security interest as of the Petition Date. |
| Any and all rent, income, revenues or proceeds paid by or received from tenants or subtenants in respect of real property (including any leases) identified as unencumbered in Exhibit 1 to this Schedule 3.<br><br>All accounts, general intangibles or payment intangibles (each as defined in the UCC) of or other obligations owing to, any Loan Party or any of their Subsidiaries that are Debtors (including, without limitation, vendor credits), in each case to the extent not constituting Prepetition ABL Collateral and not otherwise subject to a valid and perfected lien as of the Petition Date. |

To the extent not otherwise covered above, all other assets, and all other proceeds of any additional assets, of the Obligors in each case to the extent not constituting Prepetition ABL Collateral and not otherwise subject to a valid and perfected lien or security interest as of the Petition Date.

## EXHIBIT 1
## UNENCUMBERED REAL PROPERTY

A. OWNED AND GROUND LEASED UNENCUMBERED REAL PROPERTY NOT SUBJECT TO A VALID AND PERFECTED LIEN AS OF THE PETITION DATE

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|----|---------|----------|----------------|--------|----------|
| 2027 | 202700 | Wasilla | AK | 1000 S Seward Meridian Rd | 99654 | Open Store | Open Store | GL |
| 2796 | 279600 | Tuscaloosa | AL | 1701 McFarland Blvd E #207 | 35404 | Closed Store | Closed Store | GL |
| 61901 | 6190100 | SCOTTSDALE | AZ | 16275 N Scottsdale Rd | 85260 | Closed Store | Closed Store | GL |
| 1728 | 172800 | Tucson | AZ | 4570 N Oracle Rd | 85705 | Open Store | Open Store | GL |
| 4996 | 499600 | Tucson | AZ | 7055 E Broadway St | 85710 | Open Store | Open Store | GL |
| 1838 | 183800 | Burbank | CA | 111 E Magnolia Blvd | 91502 | Open Store | Open Store | GL |
| 1678 | 167800 | Carlsbad | CA | 2561 El Camino Real | 92008 | Open Store | Open Store | GL |
| 2728 | 272800 | Downey | CA | 600 Stonewood | 90241 | Open Store | Open Store | GL |
| 3725 | 372500 | Freedom | CA | 1702 Freedom Boulevard | 95019 | Open Store | Open Store | GL |
| 1088 | 108800 | Glendale | CA | 236 N Central Ave | 91203 | Open Store | Open Store | GL |
| 2028 | 202800 | Hemet | CA | 2200 W Florida Ave | 92545 | Open Store | Open Store | GL |
| 3748 | 374800 | Hollister | CA | 491 Tres Pinos Road | 95023 | Open Store | Open Store | GL |
| 9328 | 932800 | Long Beach | CA | 2900 Bellflower Blvd | 90815 | Open Store | Open Store | GL |
| 2798 | 279800 | PALM DESERT | CA | 44430 TOWN CENTER WAY | 92260 | Open Store | Open Store | GL |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|----|---------|----------|----------------|--------|----------|
| 1818 | 181800 | Rancho Cucamonga | CA | 8250 Day Creek Blvd | 91739 | Open Store | Open Store | GL |
| 9797 | 979700 | Scotts Valley | CA | 270 Mt Hermon Rd | 95066 | Open Store | Open Store | GL |
| 3828 | 382800 | Temecula | CA | 26471 Ynez Road | 92591 | Open Store | Open Store | GL |
| 1278 | 127800 | Torrance | CA | 22100 Hawthorn Blvd | 90503 | Open Store | Open Store | GL |
| 1111 | 111100 | Colorado Springs | CO | 2050 Southgate Rd | 80906 | Open Store | Open Store | GL |
| 1467 | 146700 | Ft Collins | CO | 205 E Foothills Pkwy | 80525 | Open Store | Open Store | GL |
| 6820 | 682000 | Boynton Beach | FL | 805 N Congress Ave | 33426 | Open Store | Open Store | GL |
| 2485 | 248500 | Brooksville | FL | 13085 Cortez Blvd | 34613 | Open Store | Open Store | GL |
| 1195 | 119500 | Ft Lauderdale | FL | 901 N Federal Hwy | 33304 | Open Store | Open Store | GL |
| 1456 | 145600 | Oviedo | FL | 1360 Oviedo Blvd | 32765 | Open Store | Open Store | GL |
| 1585 | 158500 | Tallahassee | FL | 1500 Apalachee Pkwy | 32301 | Open Store | Open Store | GL |
| 8049 | 804900 | HILO | HI | 50 Pohaku St | 96720 | Non-retail | Active Non-retail | GL |
| 8158 | 815800 | HONOLULU | HI | 2886 Paa St | 96819 | Non-retail | Active Non-retail | GL |
| 1738 | 173800 | Kaneohe(Sur) | HI | 46-056 Kamehameha Hwy | 96744 | Open Store | Open Store | GL |
| 8818 | 881800 | PEARL CITY | HI | 98-600 Kamehameha Hwy | 96782 | Non-retail | Active Non-retail | GL |
| 2936 | 293600 | Chicago | IL | 1800 W Lawrence Ave | 60640 | Open Store | Open Store | GL |
| 1640 | 164000 | Fairview Hts | IL | 235 Saint Clair Sq | 62208 | Open Store | Open Store | GL |

99

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|---|---|---|---|---|---|---|---|---|
| 3251 | 325100 | Indianapolis | IN | 6780 W Washington St | 46241 | Open Store | Annc'd to Close | GL |
| 7042 | 704200 | Valparaiso | IN | 2801 Calumet Ave | 46383 | Open Store | Open Store | GL |
| 1161 | 116100 | Wichita-Town East | KS | 7700 E Kellogg Dr | 67207 | Open Store | Open Store | GL |
| 1283 | 128300 | Braintree | MA | 250 Granite St | 02184 | Open Store | Open Store | GL |
| 1374 | 137400 | Bel Air | MD | 658 Baltimore Pike | 21014 | Open Store | Open Store | GL |
| 1013 | 101300 | Glen Burnie | MD | 7900 Gov Ritchie Hwy | 21061 | Open Store | Open Store | GL |
| 7031 | 703100 | Menominee | MI | 1101-7Th Ave | 49858 | Open Store | Open Store | GL |
| 1722 | 172200 | Bloomington | MN | 2000 N E Court | 55425 | Open Store | Open Store | GL |
| 3405 | 340500 | Minneapolis | MN | 10 W Lake Street | 55408 | Open Store | Open Store | GL |
| 30956 | 3095600 | West St. Paul | MN | 50 Signal Hill Mall | 55118 | Closed Store | Closed Store | GL |
| 3239 | 323900 | Kansas City | MO | 7100 Nw Prairie View Rd | 64151 | Open Store | Annc'd to Close | GL |
| 62707 | 6270700 | SPRINGFIELD | MO | 3803 S Glenstone | 65804 | Closed Store | Closed Store | GL |
| 1335 | 133500 | Greensboro | NC | 3200 W Friendly Ave | 27408 | Open Store | Open Store | GL |
| 3744 | 374400 | Kill Devil Hills | NC | 1091 N Croatan Highway | 27948 | Open Store | Open Store | GL |
| 1041 | 104100 | Omaha | NE | 7424 Dodge St | 68114 | Open Store | Open Store | GL |
| 69722 | 6972200 | NORTH BRUNSWICK | NJ | 1055 Route 1 South | 08902 | Closed Store | Closed Store | GL |
| 9463 | 946300 | Somers Point | NJ | 250 New Rd (Rt 9) | 08244 | Open Store | Open Store | GL |

| 1684 | 168400 | Woodbridge | NJ | 150 Woodbridge Ctr Ct | 07095 | Open Store | Open Store | GL |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|---|---|---|---|---|---|---|---|---|
| 1709 | 170900 | Henderson | NV | 1245 W Warm Springs Rd | 89014 | Open Store | Annc'd to Close | GL |
| 2754 | 275400 | HENDERSON | NV | 1511 W SUNSET RD | 89014 | Closed Store | Closed Store | GL |
| 1828 | 182800 | Las Vegas | NV | 4355 Grand Canyon Dr | 89147 | Open Store | Open Store | GL |
| 26741 | 2674100 | Amherst | NY | 1261 Niagara Falls Blvd | 14226 | Closed Store | Closed Store | GL |
| 3862 | 386200 | Bohemia | NY | 5151 Sunrise Hwy | 11716 | Open Store | Open Store | GL |
| 7654 | 765400 | Bronx | NY | 300 Baychester Avenue | 10475 | Open Store | Open Store | GL |
| 2626 | 262600 | College Point | NY | 131-08 20Th Ave | 11356 | Open Store | Open Store | GL |
| 4871 | 487100 | Farmingville | NY | 2280 North Ocean Ave. | 11738 | Open Store | Open Store | GL |
| 2744 | 274400 | Horseheads/Elmira | NY | 3300 Chambers Rd | 14845 | Open Store | Open Store | GL |
| 1404 | 140400 | Massapequa | NY | 800 Sunrise Mall | 11758 | Open Store | Open Store | GL |
| 2741 | 274100 | Massapequa | NY | 34 Carmans Rd | 11758 | Open Store | Open Store | GL |
| 1894 | 189400 | Rochester | NY | 10 Miracle Mile Dr | 14623 | Open Store | Open Store | GL |
| 1081 | 108100 | Heath | OH | 771 S 30Th St | 43056 | Open Store | Open Store | GL |
| 2001 | 200100 | Piqua | OH | 987 E Ash St Ste 170 | 45356 | Open Store | Open Store | GL |
| 1280 | 128000 | Springdale | OH | 300 E Kemper Rd | 45246 | Closed Store | Closed Store | GL |
| 1073 | 107300 | Exton | PA | 222 Exton Square Mall | 19341 | Open Store | Open Store | GL |
| 1714 | 171400 | Greensburg | PA | 5256 Route 30 | 15601 | Open Store | Open Store | GL |
| 1644 | 164400 | Lancaster | PA | 200 Park City Ctr | 17601 | Open Store | Open Store | GL |
| 1654 | 165400 | Media | PA | 1067 W Baltimore Pike | 19063 | Open Store | Open Store | GL |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|---|---|---|---|---|---|---|---|---|
| 1834 | 183400 | North Wales | PA | 600 Montgomery Mall | 19454 | Open Store | Open Store | GL |
| 2355 | 235500 | Hatillo(Arecibo) | PR | 506 Calle Truncado | 00659 | Open Store | Open Store | GL |
| 1905 | 190500 | Hato Rey | PR | Ave F D Roosevelt | 00918 | Open Store | Open Store | GL |
| 7783 | 778300 | Hato Rey | PR | Pr #22 & Pr #18 | 00918 | Open Store | Open Store | GL |
| 1935 | 193500 | Mayaguez | PR | 975 Hostos Ave Ste 110 | 00680 | Open Store | Open Store | GL |
| 7461 | 746100 | Clarksville | TN | 2300 Madison Street | 37043 | Closed Store | Closed Store | GL |
| 1386 | 138600 | Goodlettsville | TN | 1000 Rivergate Pkwy | 37072 | Open Store | Open Store | GL |
| 67036 | 6703600 | DALLAS | TX | 3407 W Northwest Hwy | 75220 | Closed Store | Closed Store | GL |
| 67409 | 6740900 | LAYTON | UT | 881 W Hillfield Rd | 84041 | Closed Store | Closed Store | GL |
| 1274 | 127400 | Chesterfield | VA | 11500 Midlothian Tpke | 23235 | Open Store | Open Store | GL |
| 2395 | 239500 | Manassas | VA | 8200 Sudley Rd | 20109 | Open Store | Open Store | GL |
| 1463 | 146300 | Burlington | VT | 155 Dorest St | 05403 | Open Store | Open Store | GL |
| 1129 | 112900 | Tacoma | WA | 4502 S Steele St Ste 100 | 98409 | Closed Store | Closed Store | GL |
| 1130 | 113000 | Janesville | WI | 2500 Milton Ave | 53545 | Open Store | Open Store | GL |
| 1915 | 191500 | Bayamon | PR | Avenida Aguas Buenas | 00959 | Open Store | Open Store | GL |
| 8722 | 108910 | Anchorage(Sur) | AK | 5900 Old Seward Highway | 99503 | Non-retail | Active Non-retail | Owned |
| 8106 | 810600 | BIRMINGHAM | AL | 196 Vulcan Rd | 35209 | Non-retail | Active Non-retail | Owned |

| 8706 | 870603 | BIRMINGHAM | AL | 262 Oxmoor Court | 35209 | Non-retail | Active Non-retail | Owned |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|----|---------|----------|----------------|--------|----------|
| 30957 | 3095700 | Springdale | AR | 3142 West Sunset Ave | 72762 | Closed Store | Closed Store | Owned |
| 68235 | 6823500 | PHOENIX | AZ | 1717 E Mcdowell Rd | 85006 | Non-retail | Active Non-retail | Owned |
| 3699 | 369900 | Apple Valley | CA | 20777 Bear Valley Road | 92308 | Open Store | Open Store | Owned |
| 7619 | 761903 | Atascadero | CA | 4180 El Camino Real | 93422 | Non-retail | Active Non-retail | Owned |
| 4320 | 432003 | Bellflower | CA | 10400 Rosecrans | 90706 | Non-retail | Active Non-retail | Owned |
| 4721 | 472103 | Coalinga | CA | 25 West Polk Street | 93210 | Non-retail | Active Non-retail | Owned |
| 6233 | 623300 | Covina | CA | 710 W Arrow Hwy | 91722 | Closed Store | Closed Store | Owned |
| 3998 | 399800 | Dinubi | CA | East El Monte Way | 93618 | Non-retail | Active Non-retail | Owned |
| 3998 | 399802 | Dinubi | CA | East El Monte Way | 93618 | Non-retail | Active Non-retail | Owned |
| 8038 | 803800 | EL CAJON | CA | 1406 North Johnson Ave | 92020 | Non-retail | Active Non-retail | Owned |
| 30958 | 3095800 | EL CENTRO | CA | 1950 N IMPERIAL AVE | 92243 | Non-retail | Active Non-retail | Owned |
| 7916 | 791603 | Eureka | CA | 4325 Broadway | 95503 | Non-retail | Active Non-retail | Owned |

| 7916 | 791604 | Eureka | CA | 4325 Broadway | 95503 | Non-retail | Active Non-retail | Owned |
| 3982 | 398203 | Lemoore | CA | 215 W Hanford/Armona Rd | 93245 | Non-retail | Active Non-retail | Owned |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|----|---------|----------|----------------|--------|----------|
| 3842 | 384203 | Oakdale | CA | 1555 E F ST | 98233 | Non-retail | Active Non-retail | Owned |
| 1068 | 106802 | Palmdale | CA | 1345 W Avenue P | 93551 | Non-retail | Active Non-retail | Owned |
| 1788 | 178800 | Richmond | CA | 2300 Hilltop Mall Rd | 94806 | Open Store | Open Store | Owned |
| 8098 | 809800 | SN BERNARDINO | CA | 595 S "G" St | 92410 | Non-retail | Active Non-retail | Owned |
| 6858 | 685800 | SN LUIS OBSPO | CA | 1310 Roundhouse Ave | 93401 | Non-retail | Active Non-retail | Owned |
| 3968 | 396800 | Wasco | CA | 2785 Highway 46 | 93280 | Non-retail | Active Non-retail | Owned |
| 2451 | 245100 | Greeley | CO | 2800 Greeley Mall | 80631 | Closed Store | Closed Store | Owned |
| 1075 | 107500 | Daytona Beach | FL | 1700 W Intl Speedway Blvd | 32114 | Open Store | Open Store | Owned |
| 1195 | 119503 | Ft Lauderdale | FL | 901 N Federal Hwy | 33304 | Non-retail | Active Non-retail | Owned |
| 7435 | 743500 | HIALEAH | FL | 5890 Nw 173Rd Drive | 33015 | Non-retail | Active Non-retail | Owned |
| 24025 | 2402500 | LONGWOOD | FL | 1024 FLORIDA CENTRAL PKWY | 32750 | Non-retail | Active Non-retail | Owned |
| 4019 | 401900 | MELBOURNE | FL | 601 Atlantis Rd | 32904 | Non-retail | Active Non-retail | Owned |

| 2135 | 213500 | Sebring | FL | 901 Us27 N Ste 130 | 33870 | Open Store | Open Store | Owned |
| 8035 | 803500 | COLLEGE PARK | GA | 2511 Sullivan Rd | 30337 | Non-retail | Active Non-retail | Owned |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|----|---------|----------|----------------|--------|----------|
| 1251 | 125100 | Lithonia | GA | 8020 Mall Pkwy | 30038 | Closed Store | Closed Store | Owned |
| 7439 | 743900 | Council Bluff | IA | 1110 Woodbury Ave | 51503 | Closed Store | Closed Store | Owned |
| 31002 | 3100200 | MOUNTAIN HOME | ID | 2800 AMERICAN LEGION BLVD | 83647 | Non-retail | Active Non-retail | Owned |
| 61510 | 6151000 | Calumet City | IL | 2 River Oaks S/C | 60409 | Closed Store | Closed Store | Owned |
| 26985 | 2698500 | Chicago | IL | 79th/Stoney Island | 60617 | Non-retail | Active Non-retail | Owned |
| 30920 | 3092000 | Chicago | IL | 7050 S Pulaski | 60629 | Closed Store | Closed Store | Owned |
| 61030 | 6103000 | Chicago | IL | 6153 S Western Ave | 60636 | Closed Store | Closed Store | Owned |
| 26987 | 2698700 | Chicago * | IL | 6045 (or 6007) N Western Ave | 60659 | Non-retail | Active Non-retail | Owned |
| 261 | 26100 | Danville | IL | 26 N Vermillion | 61832 | Non-retail | Active Non-retail | Owned |
| 2632 | 263200 | Fairview Hts | IL | 317 Lincoln Hwy | 62208 | Open Store | Open Store | Owned |
| 6490 | 649000 | HOFFMAN EST | IL | 5334 Sears Parkway | 60192 | Non-retail | Active Non-retail | Owned |
| 30901 | 3090100 | Lansing | IL | 17355 Torrence Ave | 60438 | Closed Store | Closed Store | Owned |
| 30927 | 3092700 | Macomb | IL | 1325 East Jackson | 61455 | Closed Store | Closed Store | Owned |
| 470 | 47000 | MANTENO | IL | 8374 N 4000 EAST RD | 60950 | Non-retail | Active Non-retail | Owned |

| 6784 | 678400 | Matteson | IL | 4605 W Lincoln Hwy | 60443 | Open Store | Open Store | Owned |
| 30900 | 3090000 | New Lenox | IL | 1500 W Lincoln Hwy | 60451 | Closed Store | Closed Store | Owned |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|----|---------|----------|----------------|--------|----------|
| 31900 | 3190000 | Sterling | IL | 2901 E Fourth St | 61081 | Closed Store | Closed Store | Owned |
| 6062 | 606200 | Tinley Park | IL | Rte 43 & Us 6 | 60477 | Non-retail | Active Non-retail | Owned |
| 26185 | 2618500 | Clarksville | IN | 1416 Blackiston Mill Rd | 47129 | Closed Store | Closed Store | Owned |
| 7246 | 724603 | Richmond | IN | 3150 National Road West | 47374 | Non-retail | Active Non-retail | Owned |
| 8171 | 817100 | OVERLAND PARK | KS | 9000 Nieman Road | 66214 | Non-retail | Active Non-retail | Owned |
| 9255 | 925500 | Palmer | MA | Wilbraham Road (Sr 20) | 01069 | Open Store | Open Store | Owned |
| 6303 | 630300 | BANGOR | ME | 60 Doane St | 04401 | Non-retail | Active Non-retail | Owned |
| 31004 | 3100400 | CHARLOTTE | MI | 1658 Lansing Rd | 48813 | Non-retail | Active Non-retail | Owned |
| 9245 | 924500 | Cheboygan | MI | 1131 E State St | 49721 | Closed Store | Closed Store | Owned |
| 30918 | 3091800 | Jackson | MI | 3001 E Mich Ave | 49202 | Closed Store | Closed Store | Owned |
| 6892 | 689200 | Taylor | MI | | 48180 | Non-retail | Active Non-retail | Owned |
| 61106 | 6110600 | Jackson | MS | 1400 Metrocenter | 39209 | Closed Store | Closed Store | Owned |
| 30949 | 3094900 | Natchez | MS | 280 John R Junkin Dr | 39120 | Closed Store | Closed Store | Owned |

| 3213 | 321300 | SOUTHAVEN | MS | 7457 Airways | 38671 | Non-retail | Active Non-retail | Owned |
|------|--------|-----------|----|--------------|-------|-----------|--------------------|-------|
| 31005 | 3100500 | ASHEBORO | NC | 1330 E. DIXIE DRIVE | 27356 | Non-retail | Active Non-retail | Owned |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|---|---|---|---|---|---|---|---|---|
| 1475 | 147500 | Durham | NC | 6910 Fayetteville Rd Ste 400 | 27713 | Open Store | Open Store | Owned |
| 30961 | 3096100 | Greensboro | NC | 300 Penry Rd | 27405 | Non-retail | Active Non-retail | Owned |
| 2374 | 237400 | Vineland | NJ | 8 W Landis Ave | 08360 | Closed Store | Closed Store | Owned |
| 6133 | 613300 | Reno | NV | West Side Of S. Virginia | 89030 | Non-retail | Active Non-retail | Owned |
| 6298 | 629800 | SPARKS | NV | 350 Glendale Ave | 89431 | Non-retail | Active Non-retail | Owned |
| 1353 | 135300 | De Witt/Syracuse | NY | 3649 Erie Blvd E | 13214 | Closed Store | Closed Store | Owned |
| 1514 | 151400 | Niagara Falls | NY | 6929 Williams Rd | 14304 | Closed Store | Closed Store | Owned |
| 8254 | 825400 | ROCHESTER | NY | 2213 Brighton Henrietta (Town Line Rd) | 14623 | Non-retail | Active Non-retail | Owned |
| 26731 | 2673100 | Dublin | OH | 4975 Tuttle Crossing Blvd | 43016 | Closed Store | Closed Store | Owned |
| 1370 | 137000 | Eastland | OH | 2765 Eastland Mall | 43232 | Closed Store | Closed Store | Owned |
| 1310 | 131000 | Elyria | OH | 4900 Midway Mall | 44035 | Closed Store | Closed Store | Owned |
| 2940 | 294000 | Franklin | OH | 3457 Towne Blvd | 45005 | Closed Store | Closed Store | Owned |
| 3243 | 324303 | North Canton | OH | Main Street N Canton | 44720 | Non-retail | Active Non-retail | Owned |
| 6092 | 609200 | North Canton | OH | Main Street N Canton | 44720 | Non-retail | Active Non-retail | Owned |

| 1610 | 161000 | Northgate | OH | 9505 Colerain Ave | 45251 | Open Store | Annc'd to Close | Owned |
| 26588 | 2658800 | Salem | OH | 5200 Salem Ave | 45426 | Closed Store | Closed Store | Owned |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|----|---------|----------|----------------|--------|----------|
| 9676 | 967600 | Streetsboro | OH | 9059 State Rt #14 | 44241 | Closed Store | Closed Store | Owned |
| 37563 | 3756300 | Washington Courthouse | OH | 1666 Columbus Ave | 43160 | Non-retail | Active Non-retail | Owned |
| 1150 | 115000 | Westland | OH | 4411 W Broad St | 43228 | Closed Store | Closed Store | Owned |
| 1261 | 126100 | Midwest City | OK | 6909 E Reno Ave | 73110 | Closed Store | Closed Store | Owned |
| 1863 | 186300 | Johnstown | PA | 540 Galleria Dr | 15904 | Closed Store | Closed Store | Owned |
| 31924 | 3192400 | Moon Twp. | PA | 2000 Market Blvd - parking lot | 15108 | Non-retail | Active Non-retail | Owned |
| 9394 | 939400 | Fajardo | PR | Eastern Reg'l S/C; State Road #3 | 00738 | Open Store | Open Store | Owned |
| 3853 | 385300 | Guayama | PR | Puerto Rico Hwy 3 | 00784 | Open Store | Open Store | Owned |
| 6488 | 648800 | Mayaguez | PR | Western Plaza S/C | 00680 | Non-retail | Active Non-retail | Owned |
| 8935 | 893500 | RIO PIEDRAS | PR | Carr #176 Km 0.5; Gpo Box 70209 | 00936 | Non-retail | Active Non-retail | Owned |
| 8975 | 897500 | RIO PIEDRAS | PR | Road #176 Km 0.5 Cupey Bajo | 00936 | Non-retail | Active Non-retail | Owned |
| 30941 | 3094100 | Sioux Falls | SD | 3709 East 10Th Street | 57103 | Closed Store | Closed Store | Owned |
| 446 | 44600 | MEMPHIS | TN | 3456 Meyers Rd | 38108 | Non-retail | Active Non-retail | Owned |

115

| 30934 | 3093400 | Memphis | TN | 3201 Austin Peay | 38128 | Closed Store | Closed Store | Owned |
| 26596 | 2659600 | Memphis/Hickory | TN | 6120 Hickory Ridge Mall | 38115 | Closed Store | Closed Store | Owned |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status | Owned/GL |
|------|-------|------|-----|---------|----------|----------------|--------|----------|
| 8247 | 824700 | DICKINSON | TX | 1000 West Fm 517 | 77539 | Non-retail | Active Non-retail | Owned |
| 6874 | 687400 | HOUSTON | TX | 2737 HWY 6 S | 77082 | Closed Store | Closed Store | Owned |
| 8167 | 816700 | HOUSTON | TX | 525 E Little York Rd | 77037 | Non-retail | Active Non-retail | Owned |
| 61237 | 6123700 | HOUSTON | TX | 100 Greenspoint Mall | 77060 | Closed Store | Closed Store | Owned |
| 2332 | 233200 | San Antonio | TX | 8551 Wurzbach Road | 56701 | Open Store | Open Store | Owned |
| 1065 | 106500 | Glen Allen | VA | 10101 Brook Rd | 23059 | Open Store | Open Store | Owned |
| 26717 | 2671700 | Newport News | VA | 12263 Hornsby Lane | 23602 | Closed Store | Closed Store | Owned |
| 3544 | 354400 | Salem | VA | 1355 West Main Street | 24153 | Closed Store | Closed Store | Owned |
| 8345 | 834500 | VIRGIN IA BEACH | VA | 102 South Witchduck Rd | 23462 | Non-retail | Active Non-retail | Owned |
| 2299 | 229900 | Aberdeen | WA | 1219 S Boone St | 98520 | Open Store | Open Store | Owned |
| 6579 | 657900 | Spokane | WA | 7005 N Division St | 99207 | Open Store | Open Store | Owned |
| 31903 | 3190300 | Fort Atkinson | WI | 1309 N High St | 53538 | Closed Store | Closed Store | Owned |
| 3589 | 358903 | Cleveland | OH | 14901 Lorain Ave | 44111 | Non-retail | Active Non-retail | Owned |
| 3628 | 362803 | Tolleson | AZ | 8701 West Mc Dowell | 85353 | Non-retail | Active Non-retail | Owned |
| 7309 | 730903 | TEXARKANA | TX | 4520 W 7TH ST | 75501 | Non-retail | Active Non-retail | Owned |

117

| 31930 | 3193003 | HIALEAH | FL | 5750 NW 183RD ST | 33015 | Non-retail | Active Non-retail | Owned |
|-------|---------|---------|-----|------------------|-------|------------|-------------------|-------|

### B. LEASED UNENCUMBERED REAL PROPERTY NOT SUBJECT TO A VALID AND PERFECTED LIEN AS OF THE PETITION DATE

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 8706 | 870600 | BIRMINGHAM | AL | 262 Oxmoor Court | 35209 | Non-retail | Active Non-retail |
| 24002 | 2400200 | BIRMINGHAM | AL | 2194-A Parkway Lake Dr | 35244 | Non-retail | Active Non-retail |
| 2306 | 230600 | Gadsden | AL | 1001 Rainbow Dr | 35901 | Open Store | Annc'd to Close |
| 49003 | 4900300 | MOBILE | AL | 3412 Demotropolis Rd | 36693 | Non-retail | Active Non-retail |
| 2126 | 212600 | Hot Springs | AR | 4501 Central Ave Ste 101 | 71913 | Open Store | Open Store |
| 8941 | 894100 | LITTLE ROCK | AR | 1900 W 65Th St-Ste 10 | 72209 | Non-retail | Active Non-retail |
| 1206 | 120600 | North Little Rock | AR | 3930 Mccain Blvd | 72116 | Open Store | Open Store |
| 9711 | 971100 | Russellville | AR | 2821 East Main St | 72801 | Open Store | Annc'd to Close |
| 1169 | 116900 | Chandler | AZ | 3177 Chandler Village Dr | 85226 | Open Store | Annc'd to Close |
| 2358 | 235800 | Flagstaff | AZ | 4800 N Us Highway 89 | 86004 | Open Store | Annc'd to Close |

119

| 1798 | 179800 | Glendale | AZ | 7780 W Arrowhead Towne Ctr | 85308 | Open Store | Open Store |
| 3707 | 370700 | Lake Havasu City | AZ | 1870 Mc Cullouch Blvd | 86403 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 7088 | 708800 | MESA | AZ | 952 E Baseline Rd; Ste 111 | 85204 | Non-retail | Active Non-retail |
| 1078 | 107800 | Mesa/East | AZ | 6515 E Southern Ave | 85206 | Open Store | Annc'd to Close |
| 1768 | 176800 | Paradise Vly | AZ | 4604 E Cactus Rd | 85032 | Open Store | Open Store |
| 8778 | 877800 | PHOENIX | AZ | 844 N 44Th Ave Ste 2 | 85043 | Non-retail | Active Non-retail |
| 24521 | 2452100 | PHOENIX | AZ | 4401 Baseline Rd; Ste 205 | 85042 | Non-retail | Active Non-retail |
| 1708 | 170800 | Phoenix-Desert Sky | AZ | 7611 W Thomas Rd | 85033 | Open Store | Annc'd to Close |
| 2218 | 221800 | Prescott | AZ | 3400 Gateway Blvd | 86303 | Open Store | Open Store |
| 5865 | 586500 | Scottsdale - Showroom | AZ | 15500 Greenway-Hayden Loop | 85260 | Open Store | Open Store |
| 2047 | 204700 | Sierra Vista | AZ | 2250 El Mercado Loop | 85635 | Open Store | Annc'd to Close |
| 5880 | 588000 | TEMPE | AZ | 9025 S Kyrene Rd (Suites 101-105) | 85284 | Non-retail | Active Non-retail |
| 49028 | 4902800 | TEMPE | AZ | 8440 S Hardy Dr | 85284 | Non-retail | Active Non-retail |

| 8937 | 893700 | TUCSON | AZ | 807 S Euclid | 85719 | Non-retail | Active Non-retail |
| 49011 | 4901100 | TUCSON | AZ | 4755 S Butterfield Dr | 85714 | Non-retail | Active Non-retail |
| 5866 | 586600 | Tucson (Marana) - Showroom | AZ | 3850 W. Orange Grove Road | 85741 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|-----|---------|----------|----------------|--------|
| 2078 | 207800 | Yuma | AZ | 3150 S 4Th Ave | 85364 | Open Store | Annc'd to Close |
| 36314 | 3631400 | BANANI, DHAKA-1213 | BANGLADESH | 7TH FLOOR, BOOTH WING | --- | Non-retail | Active Non-retail |
| 4762 | 476200 | Antioch | CA | 3625 East 18Th Street | 94509 | Open Store | Annc'd to Close |
| 7619 | 761900 | Atascadero | CA | 3980 El Camino Real | 93422 | Open Store | Open Store |
| 9608 | 960800 | Auburn | CA | 2505 Bell Rd | 95603 | Open Store | Open Store |
| 1318 | 131800 | Bakersfield | CA | 3001 Ming Ave | 93304 | Open Store | Annc'd to Close |
| 1018 | 101800 | Baldwin Hills | CA | 3755 Santa Rosalia Dr | 90008 | Open Store | Open Store |
| 8901 | 890100 | BENICIA | CA | 521 Stone Rd | 94510 | Non-retail | Active Non-retail |
| 7653 | 765300 | Big Bear Lake | CA | 42126 Big Bear Blvd | 92315 | Open Store | Open Store |
| 7756 | 775600 | Bishop | CA | 1200 N Main St | 93514 | Open Store | Open Store |
| 1008 | 100800 | Boyle | CA | 2650 E Olympic Blvd | 90023 | Open Store | Open Store |
| 1638 | 163800 | Brea | CA | 100 Brea Mall | 92821 | Closed Store | Closed Store |
| 1268 | 126800 | Buena Park | CA | 8150 La Palma Ave | 90620 | Open Store | Open Store |

| 3834 | 383400 | Burbank | CA | 1000 San Fernando Road | 91504 | Open Store | Open Store |
| 7165 | 716500 | Camarillo | CA | 940 Arneill Rd | 93010 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 1518 | 151800 | Cerritos | CA | 100 Los Cerritos Mall | 90703 | Open Store | Annc'd to Close |
| 3086 | 308600 | Chico | CA | 2155 Pillsbury Rd | 95926 | Open Store | Open Store |
| 1358 | 135800 | Chula Vista | CA | 565 Broadway | 91910 | Open Store | Open Store |
| 1098 | 109800 | Clovis | CA | 1140 Shaw Ave | 93612 | Open Store | Open Store |
| 3582 | 358200 | Clovis | CA | 1075 Shaw Ave | 93612 | Open Store | Annc'd to Close |
| 7098 | 709800 | Concord | CA | 5100 Clayton Road | 94521 | Open Store | Open Store |
| 5798 | 579800 | Concord-McPhails Showroom | CA | 2260 Commerce Ave Ste E | 94520 | Open Store | Open Store |
| 1388 | 138800 | Costa Mesa | CA | 3333 Bristol St | 92626 | Open Store | Annc'd to Close |
| 4047 | 404700 | Costa Mesa | CA | 2200 Harbor Blvd | 92627 | Open Store | Open Store |
| 5382 | 538200 | Costa Mesa | CA | 3333 Bristol St. | 92626 | Open Store | Open Store |
| 3945 | 394500 | Delano | CA | 912 County Line Rd | 93215 | Open Store | Annc'd to Close |
| 1988 | 198800 | El Centro | CA | 3751 S Dogwood Ave | 92243 | Open Store | Annc'd to Close |
| 2628 | 262800 | Eureka | CA | 3300 Broadway | 95501 | Open Store | Open Store |
| 1408 | 140800 | Florin | CA | 5901 Florin Rd | 95823 | Open Store | Annc'd to Close |

125

| 8963 | 896300 | Fontana | CA | 14650 Miller Ave | 92336 | Non-retail | Active Non-retail |
|------|--------|---------|----|-----------------|-------|-----------|-------------------|

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 1208 | 120800 | Fresno | CA | 3636 N Blackstone Ave | 93726 | Open Store | Open Store |
| 8366 | 836600 | Fresno | CA | 1922 N HELM AVE | 93727 | Non-retail | Active Non-retail |
| 8913 | 891300 | Fresno | CA | 3688 E. Central Avenue | 93725 | Non-retail | Active Non-retail |
| 7195 | 719500 | Goleta | CA | 6865 Hollister Ave | 93117 | Closed Store | Closed Store |
| 9746 | 974600 | Grass Valley | CA | 111 W Mc Knight Way | 95949 | Open Store | Open Store |
| 2656 | 265600 | Hanford | CA | Hanford Mall - 1545 Mall Drive | 93230 | Open Store | Open Store |
| 1248 | 124800 | Hayward | CA | 660 W Winton Ave | 94545 | Open Store | Open Store |
| 5689 | 568900 | HAYWARD | CA | 30803 SANTANA STREET | 94544 | Non-retail | Active Non-retail |
| 4819 | 481900 | Lakeport | CA | 2019 South Main | 95453 | Open Store | Open Store |
| 8258 | 825800 | LAKEWOOD | CA | 5436 Woodruff Ave | 90713 | Non-retail | Active Non-retail |
| 3982 | 398200 | Lemoore | CA | 215 W Hanford/Armona Rd | 93245 | Open Store | Annc'd to Close |
| 24510 | 2451000 | LIVERMORE | CA | 283 E Airway Blvd | 94551 | Non-retail | Active Non-retail |

127

| 7225 | 722500 | Los Angeles | CA | 6310 W 3Rd Street | 90036 | Open Store | Annc'd to Close |
| 8253 | 825300 | MCCLELLAN | CA | 4326 Forcum Ave | 95652 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 7390 | 739000 | McKinleyville | CA | 1500 Anna Sparks Way | 95521 | Open Store | Open Store |
| 2298 | 229800 | Merced | CA | 1011 W Olive Ave | 95348 | Open Store | Annc'd to Close |
| 8868 | 886800 | MILPITAS | CA | 1021 Cadillac Ct | 95035 | Non-retail | Active Non-retail |
| 8780 | 878000 | Mira Loma | CA | 3100 Milliken Ave | 91752 | Non-retail | Active Non-retail |
| 8928 | 892800 | MIRA LOMA(JURUPA VL) | CA | 11385 Venture Dr; Bldg A | 91752 | Non-retail | Active Non-retail |
| 1618 | 161800 | Modesto | CA | 100 Vintage Faire Mall | 95356 | Open Store | Annc'd to Close |
| 3345 | 334500 | Modesto | CA | 1351 E Hatch Rd | 95351 | Open Store | Annc'd to Close |
| 1748 | 174800 | Montclair | CA | 5080 Montclair Plz Ln | 91763 | Open Store | Open Store |
| 1998 | 199800 | Montebello | CA | 1401 N Montebello Blvd | 90640 | Open Store | Annc'd to Close |
| 1868 | 186800 | Moreno Vly | CA | 22550 Town Cir | 92553 | Open Store | Open Store |
| 1698 | 169800 | Newark | CA | 6000 Mowry Ave | 94560 | Closed Store | Closed Store |

129

| 1168 | 116800 | No Hollywood | CA | 12121 Victory Blvd | 91606 | Open Store | Open Store |
| 4421 | 442100 | North Hollywood | CA | 13007 Sherman Way | 91605 | Open Store | Open Store |
| 1508 | 150800 | Northridge | CA | 9301 Tampa Ave | 91324 | Open Store | Open Store |
| 3842 | 384200 | Oakdale | CA | 175 Maag Avenue | 95361 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 3483 | 348300 | Ontario | CA | 2530 S Euclid Ave | 91762 | Open Store | Annc'd to Close |
| 8287 | 828700 | Ontario | CA | 5600 East Airport Rd | 91761 | Non-retail | Active Non-retail |
| 8729 | 872900 | ONTARIO | CA | 5691 E Philadelphia; Ste 100 | 92337 | Non-retail | Active Non-retail |
| 1968 | 196800 | Palm Desert | CA | 72-880 Hwy 111 | 92260 | Open Store | Open Store |
| 9551 | 955100 | Paradise | CA | 6600 Clark Road | 95969 | Open Store | Open Store |
| 3501 | 350100 | Petaluma | CA | 261 N Mc Dowell Blvd | 94954 | Open Store | Open Store |
| 3531 | 353100 | Pinole | CA | 1500 Fitzgerald Dr | 94564 | Open Store | Annc'd to Close |
| 7471 | 747100 | Placerville | CA | 3968-A Missouri Flat Road | 95667 | Open Store | Annc'd to Close |
| 1019 | 101900 | Pleasanton | CA | 1700 Stoneridge Dr | 94588 | Open Store | Annc'd to Close |
| 3678 | 367800 | Ramona | CA | 1855 Main Street | 92065 | Open Store | Open Store |
| 5668 | 566800 | Rancho Cordova | CA | 11340 WHITE ROCK ROAD | 95742 | Open Store | Open Store |
| 4349 | 434900 | Redwood City | CA | 1155 Veteran'S Blvd | 94063 | Open Store | Open Store |
| 1298 | 129800 | Riverside | CA | 5261 Arlington Ave | 92504 | Open Store | Open Store |

| 4706 | 470600 | Riverside | CA | 375 E Alessandro Blvd | 92508 | Open Store | Annc'd to Close |
| 7175 | 717500 | Riverside | CA | 7840 Limonite Ave | 92509 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 5784 | 578400 | ROHNERT PARK | CA | 6085 State Farm Drive | 94928 | Non-retail | Active Non-retail |
| 8768 | 876800 | SACRAMENTO | CA | 1200 Blumenfeld Dr | 95815 | Non-retail | Active Non-retail |
| 24547 | 2454700 | SACRAMENTO | CA | 1200 Del Paso Rd; Ste 100 | 95834 | Non-retail | Active Non-retail |
| 1688 | 168800 | Salinas | CA | 1700 N Main St | 93906 | Open Store | Open Store |
| 3412 | 341200 | Salinas | CA | 1050 North Davis Road | 93907 | Open Store | Open Store |
| 1398 | 139800 | San Bernardino | CA | 100 Inland Ctr | 92408 | Open Store | Open Store |
| 1478 | 147800 | San Bruno | CA | 1178 El Camino Real | 94066 | Open Store | Open Store |
| 8748 | 874800 | SAN DIEGO | CA | 960 Sherman St | 92110 | Non-retail | Active Non-retail |
| 24523 | 2452300 | SAN DIEGO | CA | 9586 Distribution Ave; Ste F | 92121 | Non-retail | Active Non-retail |
| 62529 | 6252900 | San Diego | CA | 7655 Clairemont Mesa Blvd | 92111 | Closed Store | Closed Store |
| 31882 | 3188200 | San Diego | CA | 5405 University Ave | 92105 | Closed Store | Closed Store |

| 5000 | 500000 | San Francisco | CA | 310 Carolina Street | 94103 | Open Store | Open Store |
| 38112 | 3811200 | San Francisco | CA | 201 Spear St | 94105 | Non-retail | Active Non-retail |
| 8398 | 839800 | SAN JOSE | CA | 1202 S Sixth St | 95112 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 38734 | 3873400 | San Jose | CA | 1735 Technology Drive, Suite 600 | 95110 | Non-retail | Active Non-retail |
| 1488 | 148800 | San Jose-Eastridge | CA | 2180 Tully Rd | 95122 | Open Store | Open Store |
| 30969 | 3096900 | San Leandro | CA | 250 Floresta Blvd | 94578 | Closed Store | Closed Store |
| 5787 | 578700 | San Rafael - McPhails Showroom | CA | 530 W Francisco Blvd | 94901 | Open Store | Open Store |
| 8369 | 836900 | SANTA ANA | CA | 400 W Warner Ave | 92707 | Non-retail | Active Non-retail |
| 8808 | 880800 | SANTA ANA | CA | 500 W Warner Ave #28 | 92707 | Non-retail | Active Non-retail |
| 2138 | 213800 | Santa Barbara | CA | 3845 State St | 93105 | Open Store | Open Store |
| 5764 | 576400 | Santa Clara | CA | 52 Winchester Blvd; Suite A | 95050 | Non-retail | Active Non-retail |
| 24548 | 2454800 | SANTA CLARITA | CA | 28159 AVENUE STANFORD | 91355 | Non-retail | Active Non-retail |
| 2308 | 230800 | Santa Cruz | CA | 4015 Capitola Rd | 95062 | Open Store | Annc'd to Close |
| 24524 | 2452400 | Santa Fe Springs | CA | 10415 Slushier Dr | 90670 | Non-retail | Active Non-retail |

| 2088 | 208800 | Santa Maria | CA | 200 Town Ctr E | 93454 | Open Store | Open Store |
| 7639 | 763900 | Santa Paula | CA | 895 Faukner Road | 93060 | Open Store | Open Store |
| 1658 | 165800 | Santa Rosa | CA | 100 Santa Rosa Plz | 95401 | Open Store | Annc'd to Close |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 9153 | 915300 | South Lake Tahoe | CA | 1056 Emerald Bay Rd | 96150 | Open Store | Open Store |
| 3076 | 307600 | Spring Valley | CA | 935 Sweetwater Rd | 91977 | Open Store | Annc'd to Close |
| 3174 | 317400 | Stockton | CA | 2180 E Mariposa Rd | 95205 | Open Store | Open Store |
| 8708 | 870800 | STOCKTON | CA | 2115 Sinclair Avenue | 95215 | Non-retail | Active Non-retail |
| 8758 | 875800 | SYLMAR | CA | 14090 Balboa Blvd | 91342 | Non-retail | Active Non-retail |
| 4751 | 475100 | Tehachapi | CA | 710 West Tehachapi | 93561 | Open Store | Open Store |
| 1108 | 110800 | Temecula | CA | 40710 Winchester Rd | 92591 | Open Store | Open Store |
| 3127 | 312700 | Temple City | CA | 5665 N Rosemead Blvd | 91780 | Open Store | Open Store |
| 2059 | 205900 | Tracy | CA | 3350 Naglee Rd | 95304 | Open Store | Open Store |
| 62538 | 6253800 | TUSTIN | CA | 2505 El Camino Real | 92782 | Closed Store | Closed Store |
| 3018 | 301800 | Valencia | CA | 23222 W Valencia Blvd | 91355 | Closed Store | Closed Store |
| 1148 | 114800 | Ventura | CA | 3295 E Main St | 93003 | Open Store | Open Store |

| 68738 | 3685300 | VERNON | CA | 2700 Fruitland Ave | 90058 | Non-retail | Active Non-retail |
| 68738 | 6873800 | VERNON | CA | 5525 S. Soto Street | 90058 | Non-retail | Active Non-retail |
| 2829 | 282900 | Victorville | CA | 14420 Bear Valley Rd | 92392 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 6628 | 662800 | VICTORVILLE | CA | 13695 Mariposa Rd | 92395 | Non-retail | Active Non-retail |
| 2068 | 206800 | Visalia | CA | 3501 S Mooney Blvd | 93277 | Open Store | Open Store |
| 2068 | 206802 | Visalia | CA | 3501 S Mooney Blvd | 93277 | Non-retail | Active Non-retail |
| 9761 | 976100 | Visalia | CA | 3247 W Noble Ave | 93277 | Open Store | Annc'd to Close |
| 1189 | 118900 | West Covina | CA | 1209 Plz Dr | 91790 | Open Store | Open Store |
| 3235 | 323500 | West Covina | CA | 730 South Orange | 91790 | Open Store | Open Store |
| 9489 | 948900 | WEST HILLS | CA | 8407 FALLBROOK AVE | 91304 | Non-retail | Active Non-retail |
| 1149 | 114900 | Whittier | CA | 15600 Whittwood Ln | 90603 | Open Store | Open Store |
| 2238 | 223800 | Yuba City | CA | 1235 Colusa Ave | 95991 | Open Store | Open Store |
| 1141 | 114100 | Aurora | CO | 14200 E Alameda Ave | 80012 | Open Store | Open Store |
| 8290 | 829000 | Brighton | CO | 18875 Bromley Lane | 80601 | Non-retail | Active Non-retail |
| 1131 | 113100 | Centennial | CO | 7001 S University Blvd | 80122 | Open Store | Annc'd to Close |
| 1221 | 122100 | Chapel Hills | CO | 1650 Briargate Blvd | 80920 | Open Store | Open Store |

| 4224 | 3193100 | Denver | CO | 2150 S Monaco St Pkwy | 80222 | Closed Store | Closed Store |
| 24507 | 2450700 | DENVER | CO | 12330E 46Th Ave; Unit 300 | 80239 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 2361 | 236100 | Grand Junction | CO | 100 Mesa Mall | 81505 | Open Store | Annc'd to Close |
| 1071 | 107100 | Lakewood | CO | 10785 W Colfax Ave | 80215 | Open Store | Annc'd to Close |
| 7329 | 732900 | Loveland | CO | 2665 W Eisenhower | 80537 | Open Store | Open Store |
| 4453 | 445300 | Pueblo | CO | 3415 N Elizabeth St | 81008 | Open Store | Open Store |
| 78723 | 7872300 | Becon Falls | CT | 125 Railroad Ave | 06403 | Non-retail | Active Non-retail |
| 1303 | 130300 | Danbury | CT | 7 Backus Ave (Ex 3 Rt 84) | 06810 | Open Store | Open Store |
| 1014 | 101400 | Enfield | CT | 90 Elm St | 06082 | Closed Store | Closed Store |
| 1134 | 113400 | Milford | CT | 1201 Boston Post RdSp 2095 | 06460 | Open Store | Annc'd to Close |
| 3495 | 349500 | Milford | CT | 589 Bridgeport Ave | 06460 | Open Store | Annc'd to Close |
| 8743 | 874300 | NEWINGTON | CT | 65 Holmes Rd | 06111 | Non-retail | Active Non-retail |
| 24592 | 2459200 | ROCKY HILL | CT | 51 Belamose Ave | 06067 | Non-retail | Active Non-retail |

| 3216 | 321600 | Vernon | CT | 295 Hartford Turnpike | 06066 | Open Store | Open Store |
| 1193 | 119300 | Waterford | CT | 850 Hartford Tnpk | 06385 | Open Store | Annc'd to Close |
| 7109 | 710900 | Watertown | CT | 595 Straits Turnpike | 06795 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 8723 | 872300 | West Haven | CT | 190 Frontage Rd | 06516 | Non-retail | Active Non-retail |
| 4807 | 480700 | Bear | DE | 301 Governor Place | 19701 | Open Store | Open Store |
| 4456 | 445600 | BRIDGEVILLE | DE | 7494 Federalsburg Road | 19933 | Non-retail | Active Non-retail |
| 2654 | 265400 | Dover | DE | 1000 Dover Mall | 19901 | Closed Store | Closed Store |
| 7725 | 772500 | Rehoboth Beach | DE | 19563 Coastal Hwy, Unit A | 19971 | Open Store | Open Store |
| 3873 | 387300 | Wilmington | DE | 4700 Limestone Road | 19808 | Open Store | Open Store |
| 1355 | 135500 | Altamonte Spg | FL | 451 E Altamonte Dr Ste 401 | 32714 | Closed Store | Closed Store |
| 24033 | 2403300 | ALTAMONTE SPG | FL | 1260 American Way#156 | 32714 | Non-retail | Active Non-retail |
| 3317 | 331700 | Boca Raton | FL | 1401 W Palmetto Park Rd | 33486 | Open Store | Open Store |
| 5958 | 595800 | Bonita Springs Showroom | FL | 27180 Bay Landing Dr | 34135 | Open Store | Open Store |
| 1755 | 175500 | Boynton Beach | FL | 801 N Congress Ave | 33426 | Open Store | Open Store |
| 2565 | 256500 | Bradenton | FL | 303 Us Hwy 301 Blvd W | 34205 | Open Store | Annc'd to Close |
| 7321 | 732100 | Bradenton | FL | 7321 Manatee Ave West | 34209 | Open Store | Open Store |

143

| 1007 | 100700 | Brandon | FL | 686 Brandon Town Center Mall | 33511 | Open Store | Open Store |
| 1125 | 112500 | Coral Gables | FL | 3655 Sw 22Nd St | 33145 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 1715 | 171500 | Doral(Miami) | FL | 1625 Nw 107Th Ave | 33172 | Open Store | Annc'd to Close |
| 4893 | 489300 | Ellenton | FL | 6126 Highway 301 | 34222 | Open Store | Open Store |
| 7067 | 706700 | Fort Myers | FL | 3853 Cleveland Ave S | 33901 | Closed Store | Closed Store |
| 1495 | 149500 | Ft Myers | FL | 4125 Cleveland Ave Suite 88 | 33901 | Open Store | Open Store |
| 5863 | 586300 | Ft Myers | FL | 7916 Drew Circle | 33967 | Non-retail | Active Non-retail |
| 8972 | 897200 | FT MYERS | FL | 10898 Metro Parkway | 33966 | Non-retail | Active Non-retail |
| 8990 | 899000 | FT PIERCE | FL | All South Delivery | 34945 | Non-retail | Active Non-retail |
| 3424 | 342400 | Gainesville | FL | 900 N W 76 Boulevard | 32606 | Open Store | Annc'd to Close |
| 1345 | 134500 | Hialeah/Westland | FL | 1625 W 49Th St | 33012 | Open Store | Open Store |
| 3818 | 381800 | Hollywood | FL | 3800 Oakwood Blvd | 33020 | Open Store | Open Store |
| 425 | 42500 | JACKSONVILLE | FL | 10512 Busch Dr N | 32218 | Non-retail | Active Non-retail |

| 7979 | 797900 | JACKSONVILLE | FL | 3555-1 St Johns Bluff Road S | 32224 | Non-retail | Active Non-retail |
| 2315 | 231500 | Jensen Bch(Stuart) | FL | 3342 Nw Federal HwyUs 1 | 34957 | Open Store | Open Store |
| 9614 | 961400 | Key Largo | FL | 101399 Overseas Highway | 33037 | Open Store | Open Store |
| 2215 | 221500 | Key West | FL | 3200 N Roosevelt Blvd | 33040 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 4725 | 472500 | Key West | FL | 2928 North Roosevelt Blvd | 33040 | Open Store | Open Store |
| 49012 | 4901200 | LAKE MARY | FL | 3200 Lake Emma Rd; Suite 1020 | 32746 | Non-retail | Active Non-retail |
| 1955 | 195500 | Lakeland | FL | 3800 Us Highway 98 N Ste 500 | 33809 | Open Store | Annc'd to Close |
| 3269 | 326900 | Lantana | FL | 1201 S Dixie | 33462 | Open Store | Open Store |
| 2745 | 274500 | Leesburg | FL | 10401 Us Highway 441 Ste 2002 | 34788 | Open Store | Open Store |
| 9224 | 922400 | Marathon | FL | 5561 Overseas Hwy | 33050 | Open Store | Open Store |
| 2245 | 224500 | Melbourne | FL | 1050 S Babcock St | 32901 | Open Store | Annc'd to Close |
| 3074 | 307400 | Miami | FL | 14091 S W88Th St | 33186 | Open Store | Open Store |
| 3793 | 379300 | Miami | FL | 12350 Sw 8Th Street | 33184 | Open Store | Annc'd to Close |
| 4728 | 472800 | Miami | FL | 3825 7Th Street North W | 33126 | Open Store | Open Store |
| 8065 | 806500 | MIAMI | FL | 3301 Nw 107Th Ave | 33178 | Non-retail | Active Non-retail |
| 5991 | 599100 | Miami - Showroom | FL | 6300 S Dixie Hwy | 33143 | Open Store | Open Store |
| 1365 | 136500 | Miami/Cutler Rdg | FL | 20701 Sw 112Th Ave | 33189 | Open Store | Open Store |
| 2056 | 205600 | Mry Est/Ft Wltn Bch | FL | 300 Mary Esther Blvd | 32569 | Open Store | Annc'd to Close |

| 2695 | 269500 | Naples | FL | 2000 9Th StN | 34102 | Open Store | Annc'd to Close |
|------|--------|--------|----|--------------|-------|-----------|-----------------|

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 5237 | 523700 | Oakland Park | FL | 3484 NE 12th Ave | 33334 | Open Store | Open Store |
| 1006 | 100600 | Ocala | FL | 3100 Sw College Rd Ste 300 | 34474 | Open Store | Annc'd to Close |
| 8864 | 886400 | OCALA | FL | 5041 W Silver Springs Blvd | 34482 | Non-retail | Active Non-retail |
| 2805 | 280500 | Panama City | FL | 733 N Highway 231 | 32405 | Open Store | Annc'd to Close |
| 1775 | 177500 | Pembroke Pines | FL | 12055 Pines Blvd | 33026 | Open Store | Open Store |
| 31918 | 3191800 | Pembroke Pines | FL | 10501 Pines Blvd | 33026 | Closed Store | Closed Store |
| 8066 | 806600 | PENSACOLA | FL | 7801 Sears Blvd | 32514 | Non-retail | Active Non-retail |
| 8957 | 895700 | PENSACOLA | FL | 7801 Sears Blvd | 32514 | Non-retail | Active Non-retail |
| 24019 | 2401900 | PENSACOLA | FL | 8761 Ely Rd; Unit B | 32514 | Non-retail | Active Non-retail |
| 1205 | 120500 | Pompano Beach | FL | 2251 N Federal Hwy | 33062 | Open Store | Annc'd to Close |
| 5962 | 596200 | Pompano Beach -Showroom | FL | 1742 W. Atlantic Blvd | 33069 | Open Store | Open Store |

149

| 2145 | 214500 | Port Charlotte | FL | 1441 Tamiami Trl | 33948 | Open Store | Open Store |
|------|--------|----------------|-----|------------------|-------|------------|------------|
| 5976 | 597600 | Sarasota | FL | 5670 Fruitville Rd | 34232 | Open Store | Open Store |
| 4355 | 435500 | St. Petersburg | FL | 4501 66Th Street N | 33709 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 8815 | 881500 | SUNRISE | FL | 900 International Parkway | 33323 | Non-retail | Active Non-retail |
| 8895 | 889500 | TAMPA | FL | 8640 Elm Fair Blvd | 33610 | Non-retail | Active Non-retail |
| 24023 | 2402300 | TAMPA | FL | 4713 Oak Fair Blvd | 33610 | Non-retail | Active Non-retail |
| 1745 | 174500 | Tampa/Westshore | FL | 347 Westshore Plz | 33609 | Open Store | Open Store |
| 1465 | 146500 | Tampa-University | FL | 2266 University Square Mall | 33612 | Open Store | Annc'd to Close |
| 1066 | 106600 | The Avenues | FL | 10302 Southside Blvd | 32256 | Open Store | Open Store |
| 7294 | 729400 | Vero Beach | FL | 1501 U S 1 | 32960 | Open Store | Open Store |
| 5959 | 595900 | West Palm Bch - Showroom | FL | 400 Northpoint Pkwy Ste403 | 33407 | Open Store | Open Store |
| 5185 | 518500 | Winter Park | FL | 500 S. Park Avenue | 32789 | Open Store | Open Store |
| 8825 | 882500 | WINTER PARK | FL | 3825 Forsyth Rd | 32792 | Non-retail | Active Non-retail |
| 1385 | 138500 | Atlanta | GA | 1500 Cumberland Mall Se | 30339 | Open Store | Annc'd to Close |
| 4931 | 493100 | AUGUSTA | GA | 2417 Regency Blvd Ste 6 | 30906 | Non-retail | Active Non-retail |

151

| 3713 | 371300 | Covington | GA | 6239 Turner Lake Road | 30014 | Open Store | Annc'd to Close |
| 2505 | 250500 | Gainesville | GA | 150 Pearl Nix Pkwy | 30501 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 24018 | 2401800 | NORCROSS | GA | 1650 International Court, Unit 200 | 30093 | Non-retail | Active Non-retail |
| 3978 | 397800 | Peachtree City | GA | 400 Crosstown Road | 30269 | Open Store | Annc'd to Close |
| 8872 | 887200 | PENDERGRASS | GA | 580 Raco Parkway | 30575 | Non-retail | Active Non-retail |
| 1305 | 130500 | Savannah | GA | 7810 Abercorn St | 31406 | Open Store | Annc'd to Close |
| 8902 | 890200 | SAVANNAH | GA | 3 Patton Rd; Ste 150 Bldg G | 31405 | Non-retail | Active Non-retail |
| 1578 | 157800 | Aiea Oahu-Pearl Rdg | HI | 98-180 Kamehameha Hwy | 96701 | Open Store | Open Store |
| 2388 | 238800 | Hilo(Sur) | HI | 111 E Puainako St | 96720 | Open Store | Open Store |
| 2388 | 238802 | Hilo(Sur) | HI | 111 E Puainako St | 96720 | Non-retail | Active Non-retail |
| 1681 | 168100 | Honolulu | HI | 1505 Kapioloni Blvd | 96815 | Open Store | Open Store |
| 6248 | 624800 | KAHULUI | HI | 142 Alamaha St | 96732 | Non-retail | Active Non-retail |
| 36318 | 3631800 | KOWLOON | HK | 8 ARGYLE STREET | --- | Non-retail | Active Non-retail |

153

| 36318 | 3631803 | KOWLOON | HK | 8 ARGYLE STREET | --- | Non-retail | Active Non-retail |
| 36318 | 3631804 | Shanhai | HK | Unit 01-11, Floor 7, Plaza 336 | --- | Non-retail | Active Non-retail |
| 9220 | 922000 | Algona | IA | 1501 Hwy 169 N | 50511 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|-----|---------|----------|----------------|--------|
| 7767 | 776700 | Charles City | IA | 1405 South Grand | 50616 | Open Store | Open Store |
| 9222 | 922200 | Cherokee | IA | 1111 N 2Nd | 51012 | Open Store | Annc'd to Close |
| 3447 | 344700 | Clive | IA | 10331 University Ave | 50325 | Closed Store | Closed Store |
| 3097 | 309700 | Council Bluffs | IA | 2803 E Kanesville Blvd | 51503 | Open Store | Annc'd to Close |
| 45113 | 4511300 | DES MOINES | IA | 1605 NE 58TH AVE | 64150 | Non-retail | Active Non-retail |
| 2422 | 242200 | Sioux City | IA | 4480 Sergeant Rd | 51106 | Open Store | Open Store |
| 1072 | 107200 | Waterloo | IA | 2060 Crossroads Blvd | 50702 | Closed Store | Closed Store |
| 9309 | 930900 | Webster City | IA | 2307 Superior | 50595 | Open Store | Annc'd to Close |
| 1229 | 122900 | Boise | ID | 460 N Milwaukee St | 83704 | Open Store | Annc'd to Close |
| 8711 | 871100 | BOISE | ID | 7095 Bethel Street | 83704 | Non-retail | Active Non-retail |
| 2278 | 227800 | Idaho Falls | ID | 2300 E 17Th St | 83404 | Open Store | Open Store |

155

| 7033 | 703300 | Lewiston | ID | 1815-21St St | 83501 | Open Store | Open Store |
| 7006 | 700600 | Twin Falls | ID | 2258 Addison Ave East | 83301 | Open Store | Open Store |
| 7951 | 795100 | AURORA | IL | 4020 Fox Valley Center Dr | 60504 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 2840 | 284000 | Bloomington | IL | 1631 E Empire St | 61701 | Open Store | Annc'd to Close |
| 8844 | 884400 | BLOOMINGTON | IL | 3 Quest Dirve Units301-302 | 61704 | Non-retail | Active Non-retail |
| 4381 | 438100 | Bridgeview | IL | 7325 W 79Th Street | 60455 | Open Store | Open Store |
| 8350 | 835000 | Bridgeview | IL | 7310 W 87TH ST | 60455 | Non-retail | Active Non-retail |
| 25009 | 2500900 | Bridgeview | IL | 10004 S 76 Ave - Unit C | 60455 | Non-retail | Active Non-retail |
| 25008 | 2500800 | BUFFALO GROVE | IL | 1005 Commerce Ct | 60089 | Non-retail | Active Non-retail |
| 3371 | 337100 | Chicago | IL | 3443 W Addison | 60618 | Open Store | Open Store |
| 37914 | 3791400 | Chicago | IL | 2 N State St | 60602 | Non-retail | Active Non-retail |
| 4214 | 421400 | Des Plaines | IL | 1155 Oakton St | 60018 | Open Store | Open Store |
| 36950 | 3695000 | ELGIN | IL | 2428-2432 Bath Road | 60124 | Non-retail | Active Non-retail |
| 8555 | 855500 | Elk Grove Village | IL | 1500 Higgins Rd | 60007 | Non-retail | Active Non-retail |

| 24509 | 2450900 | ELK GROVE VLG | IL | 1370 E Higgins Rd; Unit B | 60007 | Non-retail | Active Non-retail |
| 8730 | 873000 | GRANITE CITY | IL | 117 Industrial Dr | 62040 | Non-retail | Active Non-retail |
| 45114 | 4511400 | GRANITE CITY | IL | 117 INDUSTRIAL DR | 62040 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 1740 | 174000 | Joliet | IL | 3340 Mall Loop Dr | 60431 | Open Store | Annc'd to Close |
| 440 | 44000 | MANTENO | IL | 1600 N Boudreau Rd | 60950 | Non-retail | Active Non-retail |
| 8720 | 872000 | MELROSE PARK | IL | 2065 George St | 60160 | Non-retail | Active Non-retail |
| 24544 | 2454400 | MOKENA | IL | 8901 W 192Nd Street; Ste C | 60448 | Non-retail | Active Non-retail |
| 4297 | 429700 | Moline | IL | 5000 23Rd Ave | 61265 | Open Store | Annc'd to Close |
| 1212 | 121200 | N Riverside | IL | 7503 W Cermak Rd | 60546 | Open Store | Open Store |
| 8262 | 826200 | NAPERVILLE | IL | 1835 Ferry Rd | 60563 | Non-retail | Active Non-retail |
| 1290 | 129000 | Niles | IL | 400 Golf Mill Ctr | 60714 | Open Store | Annc'd to Close |
| 9348 | 934800 | Norridge | IL | 4210 N Harlem Ave | 60706 | Open Store | Annc'd to Close |
| 1300 | 130000 | Oakbrook | IL | 2 Oakbrook Ctr | 60523 | Open Store | Open Store |
| 4433 | 443300 | Quincy | IL | 3701 Broadway St | 62301 | Open Store | Annc'd to Close |

| 2990 | 299000 | Rockford-Cherryvale | IL | 7200 Harrison Ave | 61112 | Open Store | Open Store |
| 8871 | 887100 | ROMEOVILLE | IL | 1701 W Normantown Road | 60446 | Non-retail | Active Non-retail |
| 8934 | 893400 | ROMEOVILLE | IL | 1801 W. Normantown Road | 60446 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 7289 | 728900 | Steger | IL | 3231 Chicago Rd | 60475 | Open Store | Annc'd to Close |
| 9124 | 912400 | Elwood | IN | 1519 State Road 37 S | 46036 | Open Store | Open Store |
| 8017 | 801700 | EVANSVILLE | IN | 333 N Plaza East Blvd | 47715 | Non-retail | Active Non-retail |
| 8013 | 801300 | FORT WAYNE | IN | 6420 Wilson Dr | 46806 | Non-retail | Active Non-retail |
| 1830 | 183000 | Ft Wayne | IN | 4201 Coldwater Rd | 46805 | Open Store | Annc'd to Close |
| 1470 | 147000 | Greenwood | IN | 1251 Us Highway 31 N | 46142 | Open Store | Annc'd to Close |
| 9354 | 935400 | Griffith | IN | 430 W Ridge Rd | 46319 | Open Store | Annc'd to Close |
| 8750 | 875000 | INDIANAPOLIS | IN | 5160 W 81St St - West Dock | 46268 | Non-retail | Active Non-retail |
| 3823 | 382300 | Jasper | IN | 723 3Rd Ave | 47546 | Open Store | Annc'd to Close |
| 7243 | 724300 | Kokomo | IN | 705 North Dixon | 46901 | Open Store | Open Store |
| 9030 | 903000 | Peru | IN | 11 Sherwood Square | 46970 | Open Store | Open Store |
| 7246 | 724600 | Richmond | IN | 3150 National Road West | 47374 | Open Store | Open Store |

161

| 8014 | 801400 | SOUTH BEND | IN | 630 East Bronson Street | 46601 | Non-retail | Active Non-retail |
| 2600 | 260000 | Terre Haute | IN | 3401 S Us Highway 41 | 47802 | Open Store | Annc'd to Close |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|-----|---------|----------|----------------|--------|
| 9122 | 912200 | Warsaw | IN | 3350 U S 30 East | 46580 | Open Store | Open Store |
| 4215 | 421500 | Kansas City | KS | 7836 State Ave | 66112 | Open Store | Annc'd to Close |
| 8273 | 827300 | Lawrence | KS | 2400 Kresge Rd | 66049 | Non-retail | Active Non-retail |
| 24512 | 2451200 | LENEXA | KS | 8246 Neiman Rd Bldg 1 | 66214 | Non-retail | Active Non-retail |
| 8420 | 842000 | OLATHE | KS | 14804 117TH STREET | 66062 | Non-retail | Active Non-retail |
| 7169 | 716900 | Salina | KS | 400 South Broadway | 67401 | Open Store | Annc'd to Close |
| 8081 | 808100 | WICHITA | KS | 2940 S Minneapolis Ave | 67216 | Non-retail | Active Non-retail |
| 2546 | 254600 | Bowling Green | KY | 2625 Scottsville Rd | 42104 | Open Store | Annc'd to Close |
| 3029 | 302900 | Erlanger | KY | 3071 Dixie Hwy | 41018 | Open Store | Open Store |
| 7229 | 722900 | Grayson | KY | 600 C W Stevens Blvd | 41143 | Open Store | Annc'd to Close |
| 8920 | 892000 | LOUISVILLE | KY | 3509 Bashford Ave | 40218 | Non-retail | Active Non-retail |

| 24015 | 2401500 | LOUISVILLE | KY | 12900 Fenwick CenterDr; Ste B | 40223 | Non-retail | Active Non-retail |
| 1790 | 179000 | Louisville-Okolona | KY | 4807 Outer Loop | 40219 | Open Store | Annc'd to Close |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 3941 | 394100 | Russell Springs | KY | Northridge S/C Us Hwy 127 | 42642 | Open Store | Annc'd to Close |
| 7255 | 725500 | Somerset | KY | 411 Russell Dyche Hwy | 42501 | Open Store | Open Store |
| 8896 | 889600 | GONZALES | LA | 810 Hwy 30 West; Suite F | 70737 | Non-retail | Active Non-retail |
| 2016 | 201600 | Hammond | LA | 2000 Sw Railroad Ave | 70403 | Open Store | Annc'd to Close |
| 8736 | 873600 | HARAHAN | LA | 624 Elmwood Pkwy | 70123 | Non-retail | Active Non-retail |
| 1336 | 133600 | Lake Charles | LA | 640 W Prien Lake Rd | 70601 | Closed Store | Closed Store |
| 1226 | 122600 | Metairie | LA | 4400 Veterans Mem Blvd | 70006 | Open Store | Open Store |
| 4810 | 481000 | Metairie | LA | 2940 Veterans Blvd | 70002 | Open Store | Open Store |
| 7223 | 722300 | Metairie | LA | 7000 Veterans Memorial | 70003 | Open Store | Annc'd to Close |
| 24564 | 2456403 | ST ROSE | LA | 110 Widgeon Dr; Ste 190 | 70087 | Non-retail | Active Non-retail |
| 7104 | 710400 | Acton | MA | 252 Main St | 01720 | Open Store | Open Store |
| 1213 | 121300 | Auburn | MA | 385 Southbridge St | 01501 | Open Store | Open Store |

165

| 3288 | 328800 | Billerica | MA | 484 Boston Rd | 01821 | Open Store | Open Store |
| 4407 | 440700 | Brockton | MA | 2001 Main Street | 02301 | Open Store | Open Store |
| 1343 | 134300 | Cambridge | MA | 100 Cambridgeside Pl | 02141 | Open Store | Annc'd to Close |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 4444 | 444400 | Fitchburg | MA | 140 Whalon St | 01420 | Closed Store | Closed Store |
| 1243 | 124300 | Hanover | MA | 1775 Washington St | 02339 | Open Store | Open Store |
| 1273 | 127300 | Holyoke | MA | 50 Holyoke St | 01040 | Open Store | Annc'd to Close |
| 2323 | 232300 | Hyannis | MA | 793 Lyannough Road Rte 132 | 02601 | Open Store | Annc'd to Close |
| 3040 | 304000 | Hyannis | MA | 768 Iyanough Rd | 02601 | Open Store | Open Store |
| 1133 | 113300 | Leominster | MA | 100 Commercial Rd | 01453 | Open Store | Open Store |
| 1403 | 140300 | Natick | MA | 1235 Worcester Rd & | 01760 | Open Store | Annc'd to Close |
| 2373 | 237300 | No Dartmouth | MA | 100 N Dartmouth Mall | 02747 | Open Store | Open Store |
| 1053 | 105300 | Saugus | MA | 1325 Broadway | 01906 | Open Store | Open Store |
| 3486 | 348600 | Somerville | MA | 77 Middlesex Ave | 02145 | Open Store | Open Store |
| 9692 | 969200 | Webster | MA | Route 12 | 01570 | Open Store | Open Store |
| 8851 | 885100 | WESTWOOD | MA | 349 University Ave | 02090 | Non-retail | Active Non-retail |
| 1725 | 172500 | Annapolis | MD | 1040 Annapolis Mall | 21401 | Open Store | Open Store |
| 3256 | 325600 | Baltimore | MD | 8980 Waltham Woods Rd | 21234 | Open Store | Open Store |

| 24504 | 2450400 | BALTIMORE | MD | 2700 Lord Baltimore Dr; Ste 140 | 21244 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 2823 | 282300 | Baltimore/E Pt | MD | 7885 Eastern Blvd | 21224 | Closed Store | Closed Store |
| 1424 | 142400 | Bethesda | MD | 7103 Democracy Blvd | 20817 | Open Store | Open Store |
| 2034 | 203400 | Bowie | MD | 15700 Emerald Way | 20716 | Open Store | Annc'd to Close |
| 1844 | 184400 | Columbia | MD | 10300 Little Patuxent Pkwy | 21044 | Open Store | Annc'd to Close |
| 8814 | 881400 | COLUMBIA | MD | 8700 Robert Fulton Drive | 21046 | Non-retail | Active Non-retail |
| 2774 | 277400 | Cumberland | MD | 1262 Vocke Rd | 21502 | Open Store | Open Store |
| 7713 | 771300 | Edgewater | MD | 3207 Solomons Island Rd | 21037 | Open Store | Open Store |
| 2664 | 266400 | Frederick | MD | 5500 Buckeystown Pike | 21703 | Open Store | Open Store |
| 3131 | 313100 | Frederick | MD | 1003 W Patrick St | 21702 | Open Store | Open Store |
| 1754 | 175400 | Gaithersburg | MD | 701 Russell Ave | 20877 | Open Store | Open Store |
| 3172 | 317200 | Hagerstown | MD | 1713 Massey Blvd | 21740 | Open Store | Open Store |
| 3798 | 379800 | Hyattsville | MD | 6411 Riggs Road | 20783 | Open Store | Open Store |
| 9277 | 927700 | ODENTON | MD | 1781 Crossroads Dr | 21113 | Non-retail | Active Non-retail |

| 3654 | 365400 | Oxon Hill | MD | 6163 Oxon Hill Road | 20745 | Open Store | Annc'd to Close |
| 3807 | 380700 | Prince Frederick | MD | 835 Solomons Island Rd N | 20678 | Open Store | Annc'd to Close |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 1773 | 177300 | Salisbury | MD | 2306 N Salisbury Blvd | 21801 | Open Store | Open Store |
| 4399 | 439900 | Silver Spring | MD | 14014 Connecticut Ave | 20906 | Open Store | Open Store |
| 7673 | 767300 | Stevensville | MD | 200 Kent Landing | 21666 | Open Store | Open Store |
| 2963 | 296300 | Westminster | MD | 400 N Center St | 21157 | Open Store | Annc'd to Close |
| 3021 | 302100 | Auburn | ME | 603 Center St | 04210 | Open Store | Open Store |
| 7133 | 713300 | Augusta | ME | 58 Western Avenue | 04330 | Open Store | Open Store |
| 2203 | 220300 | Brunswick | ME | 8 Gurnet Rd | 04011 | Open Store | Open Store |
| 9521 | 952100 | Madawaska | ME | 417 Main Street | 04756 | Open Store | Annc'd to Close |
| 2183 | 218302 | So Portland | ME | 400 Maine Mall Rd | 04106 | Non-retail | Active Non-retail |
| 3380 | 338000 | Waterville | ME | 18 Elm Plaza | 04901 | Open Store | Open Store |
| 1390 | 139000 | Ann Arbor | MI | 900 Briarwood Cir | 48108 | Open Store | Annc'd to Close |
| 3155 | 315500 | Belleville | MI | 2095 Rawsonville Rd | 48111 | Open Store | Open Store |
| 3820 | 382000 | Charlevoix | MI | 06600 M-66 North | 49720 | Open Store | Annc'd to Close |
| 9557 | 955700 | Grayling | MI | 2425 S Grayling | 49738 | Open Store | Open Store |

| 3819 | 381900 | Hastings | MI | 802 West State Street | 49058 | Open Store | Open Store |
| 2050 | 205000 | Jackson | MI | 1250 Jackson XingI-94 | 49202 | Open Store | Annc'd to Close |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 3308 | 330800 | Lake Orion | MI | 1025 M-24 | 48360 | Open Store | Annc'd to Close |
| 1170 | 117000 | Lansing | MI | 3131 E Michigan Ave | 48912 | Open Store | Open Store |
| 1250 | 125000 | Lincoln Park | MI | 2100 Southfield Rd | 48146 | Open Store | Annc'd to Close |
| 8830 | 883000 | LIVONIA | MI | 12001 Sears Ave | 48150 | Non-retail | Active Non-retail |
| 3841 | 384100 | Marshall | MI | 15861 Michigan Avenue | 49068 | Open Store | Open Store |
| 7068 | 706800 | Midland | MI | 1820 S Saginaw Rd | 48640 | Open Store | Open Store |
| 9593 | 959300 | Oscoda | MI | 5719 N US 23 | 48750 | Open Store | Open Store |
| 6232 | 623200 | Roseville | MI | 32123 Gratiot Ave | 48066 | Open Store | Open Store |
| 8982 | 898200 | SAGINAW | MI | 3202 W. Sawyer Drive | 48601 | Non-retail | Active Non-retail |
| 1490 | 149000 | Troy | MI | 300 W 14 Mile Rd | 48083 | Closed Store | Closed Store |
| 3379 | 337900 | Waterford Twp. | MI | 5100 Dixie Hwy | 48329 | Open Store | Open Store |
| 8949 | 894900 | WAYLAND | MI | 1172 147Th Street | 49348 | Non-retail | Active Non-retail |

| 24651 | 2465100 | Wixom | MI | 46985 Enterprise Ct | 48393 | Non-retail | Active Non-retail |
| 8134 | 813400 | WYOMING | MI | 3455 Byron Center SW | 49519 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 8162 | 816200 | Eden Prairie | MN | 7615 Golden Triangle Dr | 55344 | Non-retail | Active Non-retail |
| 9689 | 968900 | International Falls | MN | 1606 Hwy 11-71 | 56649 | Open Store | Open Store |
| 1112 | 111200 | Minnetonka | MN | 12431 Wayzata Blvd | 55305 | Open Store | Annc'd to Close |
| 4351 | 435100 | Rochester | MN | 201 Ninth St S E | 55904 | Open Store | Open Store |
| 1052 | 105200 | St Paul | MN | 425 Rice St | 55103 | Open Store | Annc'd to Close |
| 3059 | 305900 | St. Paul | MN | 245 E Maryland Ave | 55117 | Open Store | Open Store |
| 24546 | 2454600 | BRIDGETON | MO | 12930 Hollenberg Dr | 63044 | Non-retail | Active Non-retail |
| 7021 | 702100 | Cape Girardeau | MO | 11 South Kings Hwy 61 | 63703 | Open Store | Annc'd to Close |
| 9353 | 935300 | Crystal City | MO | 155 Twin City Mall | 63019 | Open Store | Open Store |
| 7323 | 732300 | FENTON | MO | 639 Gravois Bluffs Blvd; Ste  B | 63026 | Non-retail | Active Non-retail |
| 4304 | 430400 | Florissant | MO | 1 Flower Valley Shp Ctr | 63033 | Open Store | Annc'd to Close |
| 1042 | 104202 | Joplin | MO | 101 N Rangeline Rd | 64801 | Non-retail | Active Non-retail |

| 7324 | 732400 | O'Fallon | MO | 20 O'Fallon Square | 63366 | Closed Store | Closed Store |
| 8701 | 870100 | RIVERSIDE | MO | 761 Nw Parkway | 64150 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 4026 | 402600 | St. Joseph | MO | 2901-5 N Belt Hwy | 64506 | Open Store | Annc'd to Close |
| 2939 | 293900 | Biloxi | MS | 2600 Beach Rd | 39531 | Open Store | Open Store |
| 7719 | 771900 | Columbus | MS | 2308 Highway 45 N | 39701 | Open Store | Annc'd to Close |
| 9520 | 952000 | Gulfport | MS | 12057-A Highway 49 | 39503 | Open Store | Open Store |
| 88776 | 8877600 | Olive Branch | MS | 10425 Ridgewood Dr | 38654 | Non-retail | Active Non-retail |
| 2106 | 210600 | Tupelo | MS | 1001 Barnes Crossing Rd | 38804 | Open Store | Open Store |
| 9808 | 980800 | Hamilton | MT | 1235 North First Street | 59840 | Open Store | Open Store |
| 4814 | 481400 | Havre | MT | 3180 Highway 2 West | 59501 | Closed Store | Closed Store |
| 7030 | 703000 | Kalispell | MT | 2024 Us Hwy 2 E | 59901 | Open Store | Open Store |
| 3886 | 388600 | Asheville | NC | 980 Brevard Road | 28806 | Open Store | Open Store |
| 4112 | 411200 | Asheville | NC | 1001 Patton Ave | 28806 | Open Store | Annc'd to Close |
| 2105 | 210500 | Burlington | NC | 100 Colonial Mall | 27215 | Open Store | Open Store |
| 8319 | 831900 | Charlotte | NC | 9801 A Southern Pine Blvd | 28273 | Non-retail | Active Non-retail |

| 8822 | 882200 | CHARLOTTE | NC | 4800 A Sirus Ln | 28208 | Non-retail | Active Non-retail |
| 24005 | 2400500 | CHARLOTTE | NC | 8301 Arrowridge Blvd; Suite A | 28273 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 7208 | 720800 | Clemmons | NC | 2455 Lewisville-Clemmon | 27012 | Open Store | Open Store |
| 1045 | 104500 | Durham-Northgate | NC | 1620 Guess Rd | 27701 | Open Store | Open Store |
| 1405 | 140500 | Fayetteville | NC | 400 Cross Creek Mall | 28303 | Open Store | Annc'd to Close |
| 2225 | 222500 | Goldsboro | NC | 703 N Berkeley Blvd | 27534 | Open Store | Annc'd to Close |
| 8704 | 870400 | GREENSBORO | NC | 651A Brigham Rd | 27409 | Non-retail | Active Non-retail |
| 24608 | 2460800 | GREENSBORO | NC | 4523 Green Point Drive | 27410 | Non-retail | Active Non-retail |
| 30961 | 3096103 | GREENSBORO | NC | 300 PENRY RD | 27405 | Non-retail | Active Non-retail |
| 2755 | 275500 | Jacksonville | NC | 344 Jacksonville Mall | 28546 | Open Store | Open Store |
| 9619 | 961900 | Morehead City | NC | 4841 Arendell St | 28557 | Open Store | Open Store |
| 9549 | 954900 | Morganton | NC | 110-112 Bost Rd | 28655 | Open Store | Open Store |
| 1646 | 164600 | Pineville | NC | 11033 Carolina Place Pkwy | 28134 | Open Store | Annc'd to Close |
| 3667 | 366700 | Raleigh | NC | 8701 Six Forks Road | 27615 | Open Store | Open Store |
| 4450 | 445000 | Raleigh | NC | 4500 Western Blvd | 27606 | Open Store | Annc'd to Close |

| 7385 | 738500 | RALEIGH | NC | 819 E Six Forks Rd | 27609 | Non-retail | Active Non-retail |
|------|--------|---------|----|--------------------|-------|-----------|-------------------|

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 1805 | 180500 | Raleigh (Crabtree) | NC | 4601 Glenwood Ave Unit 1 | 27612 | Open Store | Annc'd to Close |
| 3808 | 380800 | Statesville | NC | 1530 East Broad Street | 28625 | Open Store | Annc'd to Close |
| 7626 | 762600 | Waynesville | NC | 1300 Dellwood Road | 28786 | Open Store | Open Store |
| 3116 | 311600 | Wilmington | NC | 815 S College Rd | 28403 | Closed Store | Closed Store |
| 1375 | 137500 | Winston Salem | NC | 3320 Silas Creek Pkwy | 27103 | Open Store | Open Store |
| 4272 | 427200 | Bismarck | ND | 2625 State St | 58503 | Open Store | Open Store |
| 4057 | 405700 | Fargo | ND | 2301 S University Dr | 58103 | Open Store | Open Store |
| 4022 | 402200 | Grand Forks | ND | 1900 S Washington St | 58201 | Open Store | Open Store |
| 4353 | 435300 | Minot | ND | 1-20Th Ave S E | 58701 | Open Store | Open Store |
| 9319 | 931900 | Alliance | NE | 1515 W 3Rd | 69301 | Open Store | Open Store |
| 2421 | 242100 | Grand Island | NE | 175 Conestoga Mall | 68803 | Open Store | Open Store |
| 2023 | 202300 | Concord | NH | 270 Loudon Rd | 03301 | Open Store | Open Store |
| 3175 | 317500 | Hooksett | NH | 1267 Hooksett Rd | 03106 | Open Store | Open Store |
| 8703 | 870300 | Kingston | NH | 266 Route 125 | 03848 | Non-retail | Active Non-retail |

| 2443 | 244300 | Manchester | NH | 1500 S Willow St | 03103 | Open Store | Annc'd to Close |
| 1313 | 131300 | Nashua | NH | 310 Daniel Webster Hwy Ste 102 | 03060 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 1313 | 131302 | Nashua | NH | 310 Daniel Webster Hwy Ste 102 | 03060 | Non-retail | Active Non-retail |
| 2663 | 266300 | Portsmouth | NH | 50 Fox Run Rd Ste 74 | 03801 | Open Store | Annc'd to Close |
| 1003 | 100300 | Salem | NH | 77 Rockingham Park Blvd | 03079 | Open Store | Annc'd to Close |
| 4448 | 444800 | Salem | NH | 161 S Broadway | 03079 | Open Store | Open Store |
| 7048 | 704800 | West Lebanon | NH | 200 S Main | 03784 | Open Store | Open Store |
| 3438 | 343800 | Avenel | NJ | 1550 St George Ave | 07001 | Open Store | Open Store |
| 7177 | 717700 | Belleville | NJ | 371-411 Main Street | 07109 | Open Store | Open Store |
| 1464 | 146400 | Deptford | NJ | 1750 Deptford Cener Rd | 08096 | Open Store | Annc'd to Close |
| 24603 | 2460300 | EAST HANOVER | NJ | 50 Williams Parkway | 07936 | Non-retail | Active Non-retail |
| 1204 | 120400 | Freehold | NJ | 3710 US Hwy 9 Ste 1100 | 07728 | Open Store | Open Store |
| 3393 | 339300 | Glassboro | NJ | 779 Delsea Dr N | 08028 | Open Store | Annc'd to Close |
| 3499 | 349900 | Kearny | NJ | 200 Passaic Ave | 07032 | Open Store | Open Store |

| 9395 | 939500 | Lawnside | NJ | 200 White Horse Pike | 08045 | Closed Store | Closed Store |
| 1574 | 157400 | Middletown | NJ | 1500 Highway 35 | 07748 | Open Store | Annc'd to Close |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 24649 | 2464900 | MOORESTOWN | NJ | 41 TWISOME DR | 08057 | Non-retail | Active Non-retail |
| 78714 | 7871400 | Secaucus | NJ | 1000 New County Road | 07094 | Non-retail | Active Non-retail |
| 8835 | 883500 | SWEDESBORO | NJ | 2100 Center Square Road, Suite 125 (Bldg. K) | 08085 | Non-retail | Active Non-retail |
| 3071 | 307100 | Toms River | NJ | 213 Highway 37 E | 08753 | Open Store | Open Store |
| 4478 | 447800 | Trenton | NJ | 1061 Whitehorse-Mercervil | 08610 | Open Store | Open Store |
| 7602 | 760200 | Wall | NJ | 1825 Highway 35 | 07719 | Open Store | Open Store |
| 8380 | 838000 | WALL TOWNSHIP | NJ | 1324 Wyckoff Road | 07753 | Non-retail | Active Non-retail |
| 1434 | 143400 | Wayne | NJ | 50 Route 46 | 07470 | Open Store | Open Store |
| 3056 | 305600 | Wayne | NJ | 1020 Hamburg Turnpike | 07470 | Open Store | Open Store |
| 4470 | 447000 | West Long Branch | NJ | 108 Monmouth Rd | 07764 | Open Store | Open Store |
| 9413 | 941300 | West Orange | NJ | 235 Prospect Ave | 07052 | Open Store | Open Store |
| 3202 | 320200 | Westwood | NJ | 700 Broadway | 07675 | Open Store | Open Store |
| 8905 | 890500 | Albuquerque | NM | 5921 Midway Park Blvd NE | 87109 | Non-retail | Active Non-retail |

| 1287 | 128700 | Coronado | NM | 6600 Menaul Blvd Ne Ste 700 | 87110 | Open Store | Annc'd to Close |
| 2597 | 259700 | Farmington | NM | 4601 E Main St | 87402 | Open Store | Open Store |
| 7035 | 703500 | Farmington | NM | 3000 East Main St | 87402 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 7016 | 701600 | Hobbs | NM | 2220 North Grimes St | 88240 | Open Store | Open Store |
| 2527 | 252700 | Las Cruces | NM | 700 S Telshor Blvd | 88011 | Open Store | Open Store |
| 3301 | 330100 | Santa Fe | NM | 1712 St Michael'S Dr | 87505 | Open Store | Open Store |
| 3592 | 359200 | Las Vegas | NV | 5051 E Bonanza Rd | 89110 | Open Store | Open Store |
| 8970 | 897000 | LAS VEGAS | NV | 4320 N Lamb Blvd; Bldg 1 Ste 500 | 89115 | Non-retail | Active Non-retail |
| 5864 | 586400 | Las Vegas - Showroom | NV | 7370 S Dean Martin Drive Suite 401 | 89139 | Open Store | Open Store |
| 1328 | 132800 | Las Vegas(Blvd) | NV | 3450 S Maryland Pkwy | 89109 | Open Store | Open Store |
| 1668 | 166800 | Las Vegas(Meadows) | NV | 4000 Meadow Ln | 89107 | Open Store | Open Store |
| 5779 | 577900 | Reno - McPhails Showroom | NV | 7525 Colbert Dr Ste 108 | 89511 | Open Store | Open Store |
| 30960 | 3096000 | SPARKS | NV | 1750 FRANKLIN WAY | 89431 | Non-retail | Active Non-retail |
| 4741 | 474100 | Batavia | NY | 8363 Lewiston Road | 14020 | Open Store | Annc'd to Close |
| 9589 | 958900 | Bath | NY | Plaza 15Route 415 | 14810 | Open Store | Open Store |
| 9423 | 942300 | Bridgehampton | NY | 2044 Montauk Hwy | 11932 | Open Store | Open Store |
| 9420 | 942000 | Bronx | NY | 1998 Bruckner Blvd | 10473 | Open Store | Open Store |
| 3415 | 341500 | Buffalo | NY | 1001 Hertel Avenue | 14216 | Open Store | Open Store |
| 1984 | 198400 | Buffalo/Hamburg | NY | S 3701 Mckinley Pkwy | 14219 | Open Store | Open Store |

187

| 8854 | 885400 | CHEEKTOWAGA | NY | 60 Industrial Parkway | 14227 | Non-retail | Active Non-retail |
|------|--------|-------------|-----|----------------------|-------|------------|------------------|

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 1623 | 162300 | Clay | NY | 4155 State Rt 31 | 13041 | Closed Store | Closed Store |
| 2453 | 245300 | Glens Falls | NY | Aviation Rd | 12804 | Open Store | Annc'd to Close |
| 9274 | 927400 | Greenwich | NY | West Main St R D #1 | 12834 | Open Store | Open Store |
| 7065 | 706500 | Horseheads | NY | 1020 Center Street | 14845 | Open Store | Open Store |
| 9381 | 938100 | Huntington | NY | 839 New York Ave | 11743 | Open Store | Open Store |
| 2584 | 258400 | Lakewood | NY | Rt 394 & Hunt Blvd | 14750 | Open Store | Annc'd to Close |
| 9415 | 941500 | Mahopac | NY | 987 Route 6 | 10541 | Open Store | Annc'd to Close |
| 4034 | 403400 | Mattydale | NY | 2803 Brewerton Rd | 13211 | Open Store | Open Store |
| 24601 | 2460100 | MELVILLE | NY | 35 Melville Park Rd | 11747 | Non-retail | Active Non-retail |
| 8959 | 895900 | MENANDS | NY | 279 Broadway | 12204 | Non-retail | Active Non-retail |
| 1414 | 141400 | Nanuet | NY | 75 W Route 59 Ste 100 | 10954 | Open Store | Annc'd to Close |

| 2933 | 293300 | New Hyde Park | NY | 1400 Union Tpke | 11040 | Open Store | Annc'd to Close |
| 24593 | 2459300 | NEW ROCHELLE | NY | 5 Plain Ave | 10801 | Non-retail | Active Non-retail |
| 7749 | 774900 | New York | NY | 250 W 34Th St | 10119 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 7777 | 777700 | New York | NY | 770 Broadway | 10003 | Open Store | Open Store |
| 2593 | 259300 | Newburgh | NY | 1401 Route 300 | 12550 | Open Store | Open Store |
| 4123 | 412300 | Niagara Falls | NY | 2590 Military Rd | 14304 | Open Store | Annc'd to Close |
| 4868 | 486800 | Riverhead | NY | 605 Old Country Rd | 11901 | Open Store | Annc'd to Close |
| 8102 | 810200 | ROCHESTER | NY | 100 Mushroom Blvd | 14623 | Non-retail | Active Non-retail |
| 2173 | 217300 | Saratoga | NY | 3065 Route 50 | 12866 | Open Store | Open Store |
| 3600 | 360000 | Schenectady | NY | 93 West Campbell Rd | 12306 | Open Store | Annc'd to Close |
| 7676 | 767600 | Sidney | NY | 171 Delaware Ave | 13838 | Open Store | Open Store |
| 1624 | 162400 | Staten Island | NY | 283 Platinum Ave | 10314 | Open Store | Open Store |
| 8753 | 875300 | SYOSSET | NY | 225 Robbins Lane | 11791 | Non-retail | Active Non-retail |
| 1584 | 158400 | Victor | NY | 200 Eastview Mall | 14564 | Open Store | Annc'd to Close |
| 2683 | 268300 | Watertown | NY | I-81 & Arsenal Rt 3 | 13601 | Open Store | Open Store |
| 7677 | 767700 | Wellsville | NY | 121 Bolivar Rd | 14895 | Open Store | Open Store |

191

| 9392 | 939200 | West Seneca | NY | 349 Orchard Park Rd | 14224 | Open Store | Annc'd to Close |
| 1674 | 167400 | White Plains | NY | 100 Main St | 10601 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 9416 | 941600 | White Plains | NY | 399 Tarrytown Rd | 10607 | Open Store | Open Store |
| 1733 | 173300 | Yonkers | NY | Rte 87(Ny St)& Cross Ct Pkwy | 10704 | Open Store | Open Store |
| 9414 | 941400 | Yorktown Heights | NY | Rte 118, 355 Downing Dr | 10598 | Open Store | Open Store |
| 1944 | 194400 | Yorktown Hts | NY | 600 Lee Blvd | 10598 | Open Store | Annc'd to Close |
| 7383 | 738300 | Barberton | OH | 241 Wooster Rd North | 44203 | Open Store | Open Store |
| 3286 | 328600 | Brunswick | OH | 3301 Center Rd | 44212 | Open Store | Open Store |
| 1410 | 141000 | Canton | OH | 4100 Belden Village Mall | 44718 | Open Store | Open Store |
| 4937 | 493700 | Chillicothe | OH | 1470 North Bridge Street | 45601 | Open Store | Annc'd to Close |
| 1810 | 181000 | Cincinnati-Eastgate | OH | 4595 Eastgate Blvd | 45245 | Open Store | Open Store |
| 3013 | 301300 | Cleveland | OH | 7701 Broadview Road | 44131 | Open Store | Open Store |
| 8790 | 879000 | CLEVELAND | OH | 4620 Hickley Industrial Pkwy | 44109 | Non-retail | Active Non-retail |
| 8712 | 871200 | COLUMBUS | OH | 1621 Georgesville Rd | 43228 | Non-retail | Active Non-retail |
| 8862 | 886200 | COLUMBUS | OH | 5330 Crosswind Dr; Ste A | 43228 | Non-retail | Active Non-retail |
| 24545 | 2454500 | COLUMBUS | OH | 2204 City Gate Drive | 43219 | Non-retail | Active Non-retail |

193

| 1560 | 156000 | Dayton Mall | OH | 2700 Miamisburg Centerville Rd | 45459 | Open Store | Annc'd to Close |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 7209 | 720900 | East Liverpool | OH | 15891 State Rt 170 | 43920 | Open Store | Annc'd to Close |
| 9096 | 909600 | Fostoria | OH | 620 Plaza Dr | 44830 | Open Store | Open Store |
| 7595 | 759500 | Gahanna | OH | 845 Claycraft Road | 43230 | Non-retail | Active Non-retail |
| 7397 | 739700 | Grove City | OH | 2400 Stringtown Road | 43123 | Open Store | Open Store |
| 30962 | 3096204 | GROVEPORT | OH | 5765 GREEN POINTE DRIVE | 43125 | Non-retail | Active Non-retail |
| 7644 | 764400 | Harrison | OH | 10560 Harrison Avenue | 45030 | Open Store | Open Store |
| 25016 | 2501600 | LEWIS CENTER | OH | 8482 COTTER ST | 43035 | Non-retail | Active Non-retail |
| 7477 | 747700 | Marietta | OH | 502 Pike Street | 45750 | Open Store | Open Store |
| 4257 | 425700 | Middleburg Heights | OH | 17840 Bagley Rd | 44130 | Open Store | Annc'd to Close |
| 1430 | 143000 | Middleburg Hts | OH | 6950 W 130Th St | 44130 | Non-retail | Active Non-retail |
| 8918 | 891800 | MONROE | OH | 4425 Salzman Road | 45044 | Non-retail | Active Non-retail |
| 1564 | 156400 | Niles | OH | 5320 Youngstown Rd | 44446 | Open Store | Annc'd to Close |

| 3243 | 324300 | North Canton | OH | 1447 N Main St | 44720 | Open Store | Open Store |
| 1210 | 121000 | Polaris | OH | 1400 Polaris Pkwy | 43240 | Open Store | Open Store |
| 2104 | 210400 | St Clairsville | OH | Banfield Rd & I-70 | 43950 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 3142 | 314200 | Tallmadge | OH | 555 South Ave | 44278 | Open Store | Open Store |
| 24538 | 2453800 | WARRENSVLL HT | OH | 4829 Galaxy Pky | 44128 | Non-retail | Active Non-retail |
| 4782 | 478200 | Clinton | OK | 2501 Redwheat Drive | 73601 | Open Store | Open Store |
| 26716 | 2671600 | LAWTON | OK | 416 Se F Ave | 73501 | Non-retail | Active Non-retail |
| 2311 | 231100 | Norman | OK | 3201 W Main St | 73072 | Open Store | Annc'd to Close |
| 1091 | 109100 | Okla City/Sequoyah | OK | 4400 S Western Ave | 73109 | Closed Store | Closed Store |
| 8931 | 893100 | OKLAHOMA CITY | OK | 1425 S Central | 73129 | Non-retail | Active Non-retail |
| 4363 | 436300 | TULSA | OK | 3643 S 73Rd East Ave | 74145 | Non-retail | Active Non-retail |
| 24024 | 2402400 | TULSA | OK | 12626 E. 60Th Street | 74146 | Non-retail | Active Non-retail |
| 1151 | 115100 | Tulsa Woodland Hls | OK | 6929 S Memorial Dr | 74133 | Open Store | Annc'd to Close |

| 4455 | 445500 | Beaverton | OR | 3955 S W Murray Blvd | 97005 | Open Store | Annc'd to Close |
| 6374 | 637400 | CLACKAMAS | OR | 14658 Se 82Nd Dr | 97015 | Non-retail | Active Non-retail |
| 24562 | 2456200 | Clackamas | OR | 16131 Se Evelyn Street | 97015 | Non-retail | Active Non-retail |
| 3839 | 383900 | Corvallis | OR | 400 North East Circle Blv | 97330 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 8883 | 888300 | EUGENE | OR | 4725 Pacific Ave | 97402 | Non-retail | Active Non-retail |
| 1119 | 111900 | Happy Valley | OR | 11800 SE 82nd Ave | 97086 | Open Store | Annc'd to Close |
| 2179 | 217900 | Medford | OR | 501 Medford Ctr | 97504 | Open Store | Open Store |
| 8228 | 822800 | Portland | OR | 12402 Ne Marx Street | 97230 | Non-retail | Active Non-retail |
| 8841 | 884100 | PORTLAND | OR | 15427 Ne Airport Way | 97230 | Non-retail | Active Non-retail |
| 2715 | 271500 | Salem | OR | 955 Lancaster Dr Ne | 97301 | Open Store | Annc'd to Close |
| 2119 | 211900 | Salem(Lancaster) | OR | 827 Lancaster Dr Ne | 97301 | Open Store | Annc'd to Close |
| 3888 | 388800 | The Dalles | OR | 2640 West Sixth St | 97058 | Open Store | Open Store |
| 1079 | 107900 | Washington Sq | OR | 9800 Sw Washington Square Rd | 97223 | Open Store | Annc'd to Close |
| 3361 | 336100 | Allentown | PA | 1502 South Fourth St | 18103 | Open Store | Annc'd to Close |
| 8744 | 874400 | ALLENTOWN | PA | 1820 Race Street | 18109 | Non-retail | Active Non-retail |

| 2494 | 249400 | Altoona | PA | 5580 Goods Lane Suite 1005 | 16602 | Open Store | Open Store |
| 4150 | 415000 | Altoona | PA | 528 W Plank Road | 16602 | Open Store | Annc'd to Close |
| 8875 | 887500 | Altoona | PA | 700 N Third Avenue | 16601 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 1454 | 145400 | Bensalem/Crnwls Hts | PA | 100 Neshaminy Mall | 19020 | Open Store | Annc'd to Close |
| 9161 | 916100 | Berwick | PA | 1520 W Front St | 18603 | Open Store | Open Store |
| 24411 | 2441100 | BRIDGEVILLE | PA | 300 Bursca Drive; Suite 303 | 15017 | Non-retail | Active Non-retail |
| 1711 | 171100 | Camp Hill | PA | 3505 Capitol Hill City Mall Dr | 17011 | Open Store | Open Store |
| 7746 | 774600 | Carlisle | PA | 1180 Walnut Bottom Rd | 17013 | Open Store | Annc'd to Close |
| 3225 | 322500 | Chambersburg | PA | 1005 Wayne Ave | 17201 | Open Store | Open Store |
| 8781 | 878100 | Chambersburg | PA | 1475 Nitterhouse Dr | 17201 | Non-retail | Active Non-retail |
| 7293 | 729300 | Clifton Heights | PA | 713 E Baltimore Pike | 19018 | Open Store | Open Store |
| 3911 | 391100 | Columbia | PA | 3975 Columbia Ave | 17512 | Open Store | Open Store |
| 3737 | 373700 | Doylestown | PA | 4377 Route 313 | 18901 | Open Store | Open Store |
| 2124 | 212400 | Dubois | PA | 5522 Shaffer Rd Ste 129 | 15801 | Open Store | Annc'd to Close |
| 7192 | 719200 | Easton | PA | 320 South 25Th Street | 18042 | Open Store | Open Store |
| 3266 | 326600 | Edwardsville | PA | U S Route 11 Mark Plaza | 18704 | Open Store | Open Store |
| 3963 | 396300 | Elizabethtown | PA | 1605 South Market Street | 17022 | Open Store | Open Store |

| 9662 | 966200 | Ephrata | PA | 1127 S State St | 17522 | Open Store | Open Store |
| 4113 | 411300 | Erie | PA | 2873 W 26Th Street | 16506 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 24517 | 2451700 | EXPORT | PA | 1022 Corporate Lane, Bldg #2 | 15632 | Non-retail | Active Non-retail |
| 8873 | 887300 | GOULDSBORO | PA | 400 First Avenue | 18424 | Non-retail | Active Non-retail |
| 2244 | 224400 | Hanover | PA | 1155 Carlisle St Ste 5 | 17331 | Closed Store | Closed Store |
| 6814 | 681400 | Hermitage | PA | 3235 E State-Shennango Vly Ml | 16148 | Open Store | Annc'd to Close |
| 3597 | 359700 | Holmes | PA | 600 Macdade Blvd | 19043 | Open Store | Open Store |
| 7470 | 747000 | Hummelstown | PA | 1170 Mae Street | 17036 | Open Store | Annc'd to Close |
| 1064 | 106400 | Langhrn/Oxford Vly | PA | 2300 E Lincoln Hwy | 19047 | Open Store | Annc'd to Close |
| 7699 | 769900 | Lebanon | PA | 1745 Quentin | 17042 | Open Store | Open Store |
| 7372 | 737200 | Leechburg | PA | 451 Hude Park Road | 15656 | Open Store | Open Store |
| 3884 | 388400 | Matamoras | PA | 111 Hulst Dr, Ste 722 | 18336 | Open Store | Annc'd to Close |
| 433 | 43300 | MIDDLETOWN | PA | 2040 N Union St | 17057 | Non-retail | Active Non-retail |

| 8275 | 827500 | Morrisville | PA | One Kresge Rd | 19030 | Non-retail | Active Non-retail |
| 6254 | 625400 | New Castle | PA | 2500 W State StUnion Plz | 16101 | Open Store | Open Store |
| 7083 | 708300 | New Castle | PA | 2650 Ellwood Rd | 16101 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 4054 | 405400 | New Kensington | PA | 100 Tarentum Rd | 15068 | Open Store | Annc'd to Close |
| 4064 | 406400 | North Versailles | PA | 1901 Lincoln Hwy | 15137 | Open Store | Open Store |
| 3527 | 352700 | Philadelphia | PA | 7101 Roosevelt Blvd | 19149 | Open Store | Open Store |
| 9409 | 940900 | Phoenixville | PA | 1000 Nutt Rd | 19460 | Open Store | Annc'd to Close |
| 4010 | 401000 | Pittsburgh | PA | 880 Butler Street | 15223 | Open Store | Annc'd to Close |
| 8724 | 872400 | PITTSBURGH | PA | 27 51St St | 15201 | Non-retail | Active Non-retail |
| 9438 | 943800 | Pleasant Hills | PA | 720 Clairton Blvd/Rte 51 | 15236 | Open Store | Annc'd to Close |
| 1484 | 148400 | Reading | PA | Warren St Bypass & Bern Rd | 19610 | Open Store | Open Store |
| 1034 | 103400 | Ross Park | PA | 1008 Ross Park Mall Dr | 15237 | Closed Store | Closed Store |
| 8976 | 897600 | ROYERSFORD | PA | 477 N Lewis Rd | 19468 | Non-retail | Active Non-retail |
| 24527 | 2452700 | SHARON HILL | PA | 800 Calcon Hook Rd | 19079 | Non-retail | Active Non-retail |

| 3136 | 313600 | Shillington | PA | 1 Parkside Ave | 19607 | Open Store | Open Store |
| 1334 | 133400 | South Hills | PA | 300 S Hills Vlg | 15241 | Closed Store | Closed Store |
| 2605 | 260500 | State College | PA | 183 Shiloh Rd | 16801 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 8962 | 896200 | STEELTON | PA | 1235 S Harrisburg St | 17113 | Non-retail | Active Non-retail |
| 2074 | 207400 | Stroudsburg | PA | 344 Stroud Mall | 18360 | Open Store | Open Store |
| 9539 | 953900 | Thorndale | PA | 3205 Lincoln Hwy | 19372 | Open Store | Annc'd to Close |
| 4713 | 471300 | Towanda | PA | Rt #6 Brandford Town Ctr | 18848 | Open Store | Open Store |
| 3954 | 395400 | Walnutport | PA | 400 North Best Ave | 18088 | Open Store | Open Store |
| 2114 | 211400 | Washington | PA | 1500 W Chestnut St | 15301 | Open Store | Open Store |
| 7374 | 737400 | West Chester | PA | 985 Paoli Pike | 19380 | Open Store | Open Store |
| 1154 | 115400 | Whitehall | PA | 1259 Whitehall Mall | 18052 | Open Store | Open Store |
| 443 | 44300 | WILKES BARRE | PA | Hanover Industrial Pk | 13656 | Non-retail | Active Non-retail |
| 3268 | 326800 | Wilkes-Barre | PA | 910 Wilkes Barre Twp Blvd | 18702 | Open Store | Open Store |
| 3390 | 339000 | Williamsport | PA | 1915 E Third St | 17701 | Open Store | Open Store |
| 3810 | 381000 | Willow Street | PA | 2600 N Willow Street Pike | 17584 | Open Store | Open Store |
| 3949 | 394900 | Wind Gap | PA | 803 Male Rd | 18091 | Open Store | Open Store |
| 4732 | 473200 | Aguadilla | PR | Road 2 Km 126.5 | 00605 | Open Store | Open Store |
| 7566 | 756600 | Arecibo | PR | State Road 2 Km 80.2 | 00612 | Open Store | Open Store |
| 7570 | 757000 | Bayamon | PR | Plaza Rio Hondo & Comerio Ave | 00961 | Open Store | Open Store |

207

| 7788 | 778800 | Bayamon | PR | Pr 167 & Las Cumbres | 00957 | Open Store | Open Store |
| --- | --- | --- | --- | --- | --- | --- | --- |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 1085 | 108500 | Caguas | PR | Intsctn St Rd Pr 1 & Pr 156 | 00725 | Open Store | Open Store |
| 4858 | 485800 | Caguas | PR | Calle Betances Final #400 | 00726 | Open Store | Open Store |
| 7419 | 741900 | Caguas | PR | Rafael Cordero & Hwy 30 | 00725 | Open Store | Open Store |
| 1925 | 192500 | Carolina | PR | Carolina S/C | 00988 | Open Store | Open Store |
| 7665 | 766500 | Carolina | PR | 65Th Infantry Ave | 00985 | Open Store | Open Store |
| 7446 | 744600 | Cayey | PR | Carr Rt #1 - Km 106 | 00736 | Open Store | Open Store |
| 2085 | 208500 | Fajardo | PR | State Rd 3 | 00738 | Open Store | Open Store |
| 2675 | 267500 | Guayama | PR | Road 3 Km.L34.7 | 00784 | Open Store | Open Store |
| 7768 | 776800 | Guaynabo | PR | Pr 20 And Esmeralda | 00969 | Open Store | Open Store |
| 7842 | 784200 | HATO REY | PR | Plz Las Americas Mall | 00918 | Open Store | Open Store |
| 3993 | 399300 | Juana Diaz | PR | State Rd 149&State Rd 584 | 00795 | Open Store | Open Store |
| 1935 | 193502 | Mayaguez | PR | 975 Hostos Ave Ste 110 | 00680 | Non-retail | Active Non-retail |
| 3882 | 388200 | Mayaguez | PR | Pr Rte #2; Km 149.5 | 00680 | Open Store | Open Store |
| 2385 | 238500 | Naranjito | PR | El Mercado Plaza | 00782 | Open Store | Open Store |
| 1945 | 194500 | Ponce | PR | Plaza Del Caribe 2050 (Rd 2) | 00731 | Open Store | Open Store |
| 1945 | 194502 | Ponce | PR | Plaza Del Caribe 2050 (Rd 2) | 00731 | Non-retail | Active Non-retail |
| 7741 | 774100 | Ponce | PR | 2643 Ponce Bypass | 00728 | Open Store | Open Store |

| 4844 | 484400 | Rio Piedras | PR | 9410 Ave Los Romeros | 00926 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 3896 | 389600 | San German | PR | Castro Perez Ave (Pr 122) | 00683 | Open Store | Open Store |
| 4490 | 449000 | San Juan | PR | Caparra Hgts - San Patricio S/C Roosevelt & San Patricio Avenues | 00920 | Open Store | Open Store |
| 4494 | 449400 | Trujillo Alto | PR | 200 Carr 181 | 00976 | Open Store | Open Store |
| 7784 | 778400 | Vega Alta | PR | Carr 2, Estatal, Plaza Caribe Mall | 00692 | Open Store | Open Store |
| 7752 | 775200 | Yauco | PR | Sr 128 @ Sr 2 Km 0.5 | 00698 | Open Store | Open Store |
| 24560 | 2456000 | CAYCE | SC | 2110 Commerce Dr | 29033 | Non-retail | Active Non-retail |
| 4016 | 401600 | Greenville | SC | Church St Extension | 29605 | Open Store | Open Store |
| 8846 | 884600 | GREENVILLE | SC | 115 Haywood Rd | 29607 | Non-retail | Active Non-retail |
| 8858 | 885800 | Ladson | SC | 3831 Commercial Cneter Rd | 29456 | Non-retail | Active Non-retail |
| 7616 | 761600 | Lexington | SC | 748 W Main Street | 29072 | Open Store | Open Store |
| 7274 | 727400 | Mauldin | SC | 129 West Butler Avenue | 29662 | Open Store | Annc'd to Close |
| 2807 | 280700 | Rock Hill | SC | 2197 Dave Lyle Blvd | 29730 | Open Store | Open Store |
| 7043 | 704300 | Rock Hill | SC | 2302 Cherry Rd | 29732 | Open Store | Annc'd to Close |
| 7062 | 706200 | Sumter | SC | 1143 Broad St | 29150 | Open Store | Open Store |

| 4141 | 414100 | West Columbia | SC | 1500 Charleston Hwy | 29169 | Open Store | Open Store |
| 4170 | 417000 | Rapid City | SD | 1111 E North St | 57701 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|-----|---------|----------|----------------|--------|
| 7241 | 724100 | Bartlett | TN | 8024 Stage Hills Blvd | 38133 | Non-retail | Active Non-retail |
| 1115 | 111500 | Chattanooga | TN | 2100 Hamilton Place Blvd | 37421 | Open Store | Annc'd to Close |
| 8037 | 803700 | CHATTANOOGA | TN | 6300 Enterprise Park Dr; Ste A | 37416 | Non-retail | Active Non-retail |
| 2335 | 233500 | Clarksville | TN | 2801 Wilma Rudolph Blvd | 37040 | Open Store | Annc'd to Close |
| 1146 | 114600 | Cordova | TN | 2800 N Germantown Prkway | 38133 | Open Store | Annc'd to Close |
| 2036 | 203600 | Jackson | TN | 2021 N Highland Ave | 38305 | Open Store | Open Store |
| 2265 | 226500 | Johnson City | TN | 2011 N Roan St | 37601 | Open Store | Open Store |
| 7460 | 746000 | Knoxville | TN | 6909 Maynardville Pike Ne | 37918 | Open Store | Annc'd to Close |
| 8947 | 894700 | KNOXVILLE | TN | 114 Sherlake Rd | 37922 | Non-retail | Active Non-retail |
| 9621 | 962100 | Lebanon | TN | 1443 W Main St | 37087 | Open Store | Open Store |
| 2156 | 215600 | Maryville | TN | 198 Foothills Mall | 37801 | Open Store | Open Store |
| 8756 | 875600 | Memphis | TN | 3952 Willow Lake Blvd; Bldg 5 | 38118 | Non-retail | Active Non-retail |

| 24542 | 2454200 | MEMPHIS | TN | 1710 Shelby Oaks Drive | 38133 | Non-retail | Active Non-retail |
| 2226 | 222600 | Murfreesboro | TN | 1720 Old Fort Pkwy | 37129 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 8206 | 820600 | NASHVILLE | TN | 640 Thompson Lane | 37211 | Non-retail | Active Non-retail |
| 24611 | 2461100 | NASHVILLE | TN | 5010 Linbar Drive # 125 | 37211 | Non-retail | Active Non-retail |
| 9735 | 973500 | Sevierville | TN | 217 Forks Of River Pkwy | 37862 | Open Store | Open Store |
| 1395 | 139500 | West Town | TN | 7600H Kingston Pike | 37919 | Open Store | Annc'd to Close |
| 1387 | 138700 | Amarillo | TX | 7701 1-40 W | 79121 | Open Store | Open Store |
| 1137 | 113700 | Austin | TX | 1000 E 41St | 78751 | Open Store | Annc'd to Close |
| 1357 | 135700 | Austin/Barton Creek | TX | 2901 S Capitol Of Texas Hwy | 78746 | Open Store | Annc'd to Close |
| 1327 | 132700 | Baytown | TX | 1000 San Jacinto Mall | 77521 | Open Store | Annc'd to Close |
| 30954 | 3095400 | Brownsville | TX | 2440 Pablo Kisel Blvd | 78526 | Closed Store | Closed Store |
| 1217 | 121702 | Corpus Christi | TX | 1305 Airline Rd | 78412 | Non-retail | Active Non-retail |
| 8870 | 887000 | DALLAS | TX | 1600 Roe St | 75215 | Non-retail | Active Non-retail |

215

| 8021 | 802100 | EL PASO | TX | 39B Concord | 79906 | Non-retail | Active Non-retail |
| 24554 | 2455400 | El Paso | TX | 1335 Geronimo Dr | 79925 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 1080 | 108000 | Frisco | TX | 2605 Preston Rd | 75034 | Open Store | Annc'd to Close |
| 447 | 44700 | GARLAND | TX | 2775 W Miller Rd | 75042 | Non-retail | Active Non-retail |
| 8907 | 890700 | GARLAND | TX | 1501 Kings Rd | 75042 | Non-retail | Active Non-retail |
| 8807 | 880700 | GRAPEVINE | TX | 615 Westport Pkwy; Ste 200 | 76051 | Non-retail | Active Non-retail |
| 2537 | 253700 | Harlingen | TX | 2002 S Expy 83 | 78552 | Open Store | Annc'd to Close |
| 24011 | 2401100 | HOUSTON | TX | 10055 Regal Row | 77040 | Non-retail | Active Non-retail |
| 1277 | 127700 | Ingram | TX | 6301 Nw Loop 410 | 78238 | Open Store | Annc'd to Close |
| 2147 | 214700 | Irving | TX | 2501 Irving Mall | 75062 | Open Store | Annc'd to Close |
| 2487 | 248700 | Killeen | TX | 2000 Killeen Mall | 76543 | Open Store | Open Store |
| 2247 | 224702 | Laredo | TX | 5300 San Dario Ave | 78041 | Non-retail | Active Non-retail |
| 2557 | 255700 | Longview | TX | 3510 Mccann Rd | 75605 | Open Store | Open Store |

| 1247 | 124700 | Lubbock | TX | 6002 Slide Rd | 79414 | Open Store | Annc'd to Close |
| 4389 | 438900 | McAllen | TX | 1801 South 10Th Street | 78503 | Open Store | Open Store |
| 7972 | 797200 | McAllen | TX | 3701 North McColl | 78503 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 1067 | 106700 | Memorial | TX | 303 Memorial City Mall | 77024 | Open Store | Annc'd to Close |
| 8922 | 892200 | PFLUGERSVILLE | TX | 828 New Meister Lane, Suite 100 | 78660 | Non-retail | Active Non-retail |
| 1629 | 162900 | Pharr | TX | 500 N. Jackson Road | 78577 | Open Store | Open Store |
| 9767 | 976700 | PLANO | TX | 2301 West Plano Parkwayl, Suite 201 | 75075 | Non-retail | Active Non-retail |
| 2637 | 263700 | Port Arthur | TX | 3100 FM 365 | 77642 | Open Store | Open Store |
| 1207 | 120700 | Richardson | TX | 201 S Plano Rd | 75081 | Open Store | Open Store |
| 1097 | 109700 | San Antonio | TX | 2310 Sw Military Dr | 78224 | Open Store | Open Store |
| 8747 | 874700 | SAN ANTONIO | TX | 1331 N Pine St | 78202 | Non-retail | Active Non-retail |
| 9507 | 950700 | SAN ANTONIO | TX | 1560 CABLE RANCH RD | 78245 | Non-retail | Active Non-retail |
| 24029 | 2402900 | SAN ANTONIO | TX | 5696 Randolph Blvd | 78239 | Non-retail | Active Non-retail |
| 1127 | 112700 | Shepherd | TX | 4000 N Shepherd Dr | 77018 | Open Store | Open Store |
| 1227 | 122700 | Southwest Ctr | TX | 3450 W Camp Wisdom Rd | 75237 | Open Store | Annc'd to Close |

| 2077 | 207700 | Tyler | TX | 4701 S Broadway Ave | 75703 | Open Store | Annc'd to Close |
| 2617 | 261700 | Victoria | TX | 7508 N Navarro St | 77904 | Open Store | Annc'd to Close |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 1367 | 136700 | Waco | TX | 6001 W Waco Dr | 76710 | Open Store | Open Store |
| 8948 | 894800 | SALT LAKE CTY | UT | 175 W 1300 South | 84115 | Non-retail | Active Non-retail |
| 24604 | 2460400 | SALT LAKE CTY | UT | 2027 S 4130 W | 84104 | Non-retail | Active Non-retail |
| 9794 | 979400 | St. George | UT | 785 S Bluff | 84770 | Open Store | Open Store |
| 1888 | 188800 | West Jordan | UT | 7453 S Plaza Center Dr | 84084 | Open Store | Annc'd to Close |
| 1284 | 128400 | Alexandria | VA | 5901 Duke St | 22304 | Open Store | Open Store |
| 4483 | 448300 | Annandale | VA | 4251 John Marr Drive | 22003 | Open Store | Annc'd to Close |
| 2435 | 243500 | Charlottesville | VA | 1531Rio Rd E | 22901 | Open Store | Open Store |
| 3471 | 347100 | Chesapeake | VA | 2001 South Military Hwy | 23320 | Open Store | Open Store |
| 8838 | 883800 | CHESAPEAKE | VA | 713 Fenway Ave; Ste D | 23323 | Non-retail | Active Non-retail |
| 1615 | 161500 | Chspk/Greenbrier | VA | 1401 Greenbrier Pkwy | 23320 | Closed Store | Closed Store |
| 8823 | 882300 | DULLES | VA | 45065 Old Ox Rd | 20166 | Non-retail | Active Non-retail |

221

| 1814 | 181400 | Fairfax | VA | 12000 Fair Oaks Mall | 22033 | Open Store | Annc'd to Close |
| 1024 | 102400 | Falls Church | VA | 6211 Leesburg Pike | 22044 | Open Store | Open Store |
| 2694 | 269400 | Fredericksburg | VA | 100 Spotsylvania Mall | 22407 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|------|-------|------|----|---------|----------|----------------|--------|
| 1575 | 157500 | Hampton | VA | 100 Newmarket Fair Mall | 23605 | Open Store | Annc'd to Close |
| 8836 | 883600 | RICHMOND | VA | 4100 Tomlyn St | 23230 | Non-retail | Active Non-retail |
| 24552 | 2455200 | RICHMOND | VA | 5340 S Laburnum Ave | 23231 | Non-retail | Active Non-retail |
| 7415 | 741500 | Springfield | VA | 6364 Springfield Plaza | 22150 | Open Store | Annc'd to Close |
| 3785 | 378500 | Tabb | VA | 5007 Victory Blvd | 23693 | Open Store | Open Store |
| 1265 | 126500 | Virginia Beach | VA | 4588 Virginia Beach Blvd | 23462 | Closed Store | Closed Store |
| 7717 | 771700 | Waynesboro | VA | 2712 W Main St | 22980 | Open Store | Annc'd to Close |
| 7259 | 725900 | Williamsburg | VA | 118 Waller Mill Rd | 23185 | Open Store | Annc'd to Close |
| 2784 | 278400 | Winchester | VA | 1850 Apple Blossom Dr | 22601 | Open Store | Open Store |
| 7413 | 741300 | Frederiksted | VI | Remainder Matriculate #1 | 00840 | Open Store | Open Store |
| 3972 | 397200 | St. Croix | VI | Sunny Isle S/C, Space #1 | 00820 | Open Store | Open Store |
| 3829 | 382900 | St. Thomas | VI | 26 - A Tutu Park Mall | 00802 | Open Store | Open Store |

223

| 7793 | 779300 | St. Thomas | VI | 9000 Lockhart Gdns S/C; Ste 1 | 00802 | Open Store | Open Store |
| 45061 | 4506100 | COLCHESTER | VT | 4 ACORN LANE | 03848 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 3133 | 313300 | Bellingham | WA | 1001 E Sunset Drive | 98226 | Open Store | Annc'd to Close |
| 2049 | 204900 | Everett | WA | 1302 Se Everett Mall Way | 98208 | Open Store | Open Store |
| 2329 | 232900 | Kennewick(Pasco) | WA | 1321 N Columbia Center Blvd | 99336 | Open Store | Open Store |
| 3413 | 341300 | Kent | WA | 24800 W Valley Hwy | 98032 | Closed Store | Closed Store |
| 8709 | 870900 | KENT | WA | 7650 S 228Th St | 98032 | Non-retail | Active Non-retail |
| 8897 | 889700 | KENT | WA | 6250 S. 196Th Street | 98032 | Non-retail | Active Non-retail |
| 2330 | 233000 | Puyallup | WA | 3500 S MeridianSte 900 | 98373 | Open Store | Annc'd to Close |
| 2329 | 232902 | Richland | WA | 1661 B Fowler St | 99352 | Non-retail | Active Non-retail |
| 36692 | 3669200 | Seattle | WA | 701 5th Ave | 98104 | Non-retail | Active Non-retail |
| 38167 | 3816700 | Seattle | WA | 1415 NE 45th Street | 98105 | Non-retail | Active Non-retail |

| 24526 | 2452600 | Seattle/Tukwilla | WA | 12628 Interurban Ave South | 98168 | Non-retail | Active Non-retail |
| 8004 | 800400 | Spokane | WA | 10424 W Aero Rd | 99004 | Non-retail | Active Non-retail |
| 9480 | 948000 | SPOKANE | WA | 12310 Mirabeau Parkway; Suite 500 | 99216 | Non-retail | Active Non-retail |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 2239 | 223900 | Vancouver | WA | 8800 Ne Vancouver Mall Dr | 98662 | Open Store | Annc'd to Close |
| 7034 | 703400 | Walla Walla | WA | 2200 East Isaacs Ave | 99362 | Open Store | Open Store |
| 24555 | 2455500 | BROOKFIELD | WI | 13040 W Lisbon Rd; Bldg 2 Ste 300 | 53005 | Non-retail | Active Non-retail |
| 8968 | 896800 | JANESVILLE | WI | 3920 Kennedy Rd | 53545 | Non-retail | Active Non-retail |
| 7648 | 764800 | Mauston | WI | 800 North Union | 53948 | Open Store | Open Store |
| 8220 | 822000 | NEW BERLIN | WI | 16255-16351 W LINCOLN AVE | 53151 | Non-retail | Active Non-retail |
| 3692 | 369200 | Oconomowoc | WI | 1450 Summit Avenue | 53066 | Open Store | Open Store |
| 3851 | 385100 | Racine | WI | 5141 Douglas Ave | 53402 | Open Store | Open Store |
| 7649 | 764900 | Ripon | WI | 1200 West Fond Du Lac St | 54971 | Open Store | Open Store |
| 8725 | 872500 | VANDENBROEK | WI | N 168 Apoltolic Rd | 54140 | Non-retail | Active Non-retail |
| 3750 | 375000 | Waupaca | WI | 830 West Fulton St | 54981 | Open Store | Open Store |
| 8782 | 878200 | WAUWATOSA | WI | 4320 N. 124Th Street | 53222 | Non-retail | Active Non-retail |
| 6375 | 282601 | Bridgeport | WV | 225 Meadowbrook Mall | 26330 | Open Store | Open Store |

| 4188 | 418800 | Charleston | WV | 1701 4Th Ave W | 25387 | Open Store | Annc'd to Close |
| 4442 | 444200 | Charleston | WV | 6531 Mccorkle Avenue S E | 25304 | Open Store | Open Store |

| Unit | RE ID | NAME | ST | Address | Zip Code | Property Group | Status |
|---|---|---|---|---|---|---|---|
| 3484 | 348400 | Elkview | WV | I-79/Us 43 Crossings Mall | 25071 | Open Store | Open Store |
| 3724 | 372400 | Scott Depot | WV | 101 Great Teays Blvd | 25560 | Open Store | Annc'd to Close |
| 2304 | 230400 | Westover/Morgantown | WV | 9520 Mall Rd | 26501 | Open Store | Annc'd to Close |
| 2341 | 234100 | Casper | WY | 701 Se Wyoming Blvd | 82609 | Open Store | Annc'd to Close |
| 4736 | 473600 | Casper | WY | 4000 East 2Nd Street | 82609 | Open Store | Annc'd to Close |
| 2371 | 237100 | Cheyenne | WY | 1400 Del Range Blvd | 82009 | Closed Store | Closed Store |
| 4863 | 486300 | Gillette | WY | 2150 South Douglas Hwy | 82716 | Open Store | Annc'd to Close |
| 7139 | 713900 | Jackson | WY | 510 S Hwy 89 | 83002 | Open Store | Open Store |
| 30938 | 3093800 | Glendale | AZ | 6767 West Bell Road | 85308 | Closed Store | Closed Store |

-

| Summary report: | |
|---|---|
| **Litéra® Change-Pro TDC 10.1.0.800 Document comparison done on 12/18/2018 12:39:38 PM** | |
| **Style name:** Default Style | |
| **Intelligent Table Comparison:** Active | |
| **Original filename:** Sears - Interim Junior DIP Order (Cantor) [11-29 Filing Version]_WEIL_96816980_5.DOCX | |
| **Modified DMS:** iw://WEILDMS/WEIL/96825627/6 | |
| **Changes:** | |
| Add | 180 |
| Delete | 203 |
| Move From | 2 |
| Move To | 2 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 387 |