UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re                                          :
                                               :        **Chapter 11**
**SEARS HOLDINGS CORPORATION**, *et al.*,      :
                                               :        **Case No. 18-23538 (RDD)**
                                               :
                    Debtors.[1]                :        **(Jointly Administered)**
----------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Sebastian V. Higgins, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 13, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Notice of Meeting of Creditors Pursuant to Section 341 of the Bankruptcy Code [Docket No. 807]

On December 13, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on ICAN Benefit Group, LLC [MMLID:4890327] Attn: Steve Tucker, 2700 N. Military Trl, Suite 340, Boca Raton, FL, 33431-6394:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

- Final Order Approving (I) Procedures for Store Closing Sales and (II) Assumption of Liquidation Consulting Agreement [Docket No. 823]

Dated: December 18, 2018

Sebastian V. Higgins

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 18, 2018, by Sebastian V. Higgins, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

MARK M BROWN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02BR6305738
Qualified in New York County
My Commission Expires June 09, 2018 22

SRF 29542

**<u>Exhibit A</u>**

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 4721178 | A LAUDERDALE, STEPHEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4656518 | ADAMS, NATASHA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4860315 | 360TRAINING.COM | 6801 N CAPITAL OF TEXAS HWY # 150 | | | | AUSTIN | TX | 78731-1780 |
| 4466624 | AJAYE-CHISHOLM, STARR | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4799719 | ACTIONTEC ELECTRONICS INC | 3301 OLCOTT ST | | | | SANTA CLARA | CA | 95054 |
| 4855519 | Allen, Michael T. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4796081 | AIREX FILTER CORPORATION | 17 EXECUTIVE DR | | | | HUDSON | NH | 03051-4903 |
| 4592841 | ALLEN, OLGA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4868332 | ALL PRO PLUMBING CORP | 5001 ONTARIO MILLS PKWY | | | | ONTARIO | CA | 91764-5123 |
| 4725049 | ALVAREZ, AMERICO | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4725607 | ALVAREZ, WAYNE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4292980 | ANDERSON, MACY E | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4183354 | ANDERSON, TRAVIS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4812213 | Anna Gehriger | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4825038 | ANNIE MILLER FAUX PAINTING | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4765511 | ARTHUR, GREGORY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4856800 | ATTANASIO, STEVEN J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4593314 | AUGE, MARIA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4673308 | BABCOCK, CHRIS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4621809 | BACE, DAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4876796 | B & G POWER EQUIPMENT | HEALY POWER DESIGN INC | 274 SOUTH ST | | | WALPOLE | MA | 02081-2707 |
| 4878104 | B & W APPLIANCE & LAWNMOWER REAPIR | 381 E OUTER RD | | | | POPLAR BLUFF | MO | 63901-6885 |
| 4812431 | BAILET, JEFF AND COLLEEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4750394 | BAIN, LINDA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4603757 | BAKER, DOUG H | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4602606 | BALDWIN, WALTER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4757321 | BALLI, RAUL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4672979 | BARKER, ALAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4749584 | BARNES, MICHAEL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4337407 | BARNETTE, KIM A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4276011 | BASS, JORDAN E | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4325940 | BEAL, EDWARD A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4848025 | BARRON HOOPER | 3037 FIVE MILE RD | | | | PLACERVILLE | CA | 95667-5114 |
| 4283317 | BECKHAM, ASHLEY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4220887 | BERG, ADELIA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4788774 | Binninger Jr, Gareth | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4732625 | BOLLEN, ALVIN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4813040 | BOSA DEVELOPMENT CALIFORNIA, INC parent | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4567915 | BOYD, DOUGLAS A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4674133 | BRADLEY, FRANCES F | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4660670 | BRADSHAW, NICK | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4475114 | CANTIE, DEIRDRE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4825787 | CARR , GERALDINE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4887063 | BROOKE BADER OPTOMETRY INC | SEARS OPTICAL 1310 | 833 E. BROAD ST | | | ELYRIA | OH | 44035-6557 |
| 4872939 | BTI TOOLS LLC | BATTENFELD TECHNOLOGIES INC | 2501 LEMONE INDUSTRIAL BLVD | | | COLUMBIA | MO | 65201-8266 |
| 4665637 | CARR, PATSY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4733085 | CARTER, ERIC | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 4751257 | CAUFFMAN, SUSAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4649663 | CELESTINA, JOSEPH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4647781 | CEURVELS, PATRICK | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4637494 | CHAKRAVARTY, SUBRATA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4613366 | CLARK, SCOTT | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4675759 | CLARK, TRACEY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4859692 | CHOYS INC | 104 MANSFIELD VLG | | | | HACKETTSTOWN | NJ | 07840-3601 |
| 4796147 | CHRISTOPHER BEAN EXECUTIVE COFFEE | DBA CHRISTOPHER BEAN COFFEE | 1601 TIONIA RD | | | NEW SMYRNA | FL | 32168-9290 |
| 4855668 | Clarke, Andrew | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4586143 | COFFEY, CODY L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4471058 | COLE, MORRIS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4590324 | COLLETTI, JENNY M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4602604 | CONNER, TAMMY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4474792 | COOLEY, GREGORY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4875747 | COMPLETE LANDSCAPING | ERIC HOUSTON | 401 N 19TH ST | | | GRAND JCT | CO | 81501-7901 |
| 4366601 | COOLONG, ADAM P | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4872120 | COOLE INC | 1344 YELLOWBUD PL | | | | WSHNGTN CT HS | OH | 43160-2456 |
| 4580883 | COTTRELL, TRENTON K | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4640683 | COVINO, ROBERT | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4622766 | CRAIG, JOHN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4722568 | CRAMER, DUSTIN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4604342 | CROCKER, BRUCE R | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4757526 | CROUSE, MARIE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4669118 | CRUMBLEY, PETER E | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4589612 | CUOCCIO, PAUL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4664382 | DAVIS, KRISTINA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4158888 | DAWSON, OLIVIA M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4797460 | CYBERVISION ELECTRONICS INC | 1150 W CENTRAL AVE STE C | | | | BREA | CA | 92821-2259 |
| 4848218 | DANIEL LYNN | 1943 JUNCTION RD | | | | MOCKSVILLE | NC | 27028-5332 |
| 4714195 | DAY, MERTHA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4666375 | DEAN, JOHN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4163176 | DEGROAT, ANNIS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4663975 | DELGADO, GINA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4733087 | DEMETRI, ANNE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4225899 | DEPAUL, DAVID | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4774141 | DEURIARTE, PAUL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4754036 | DIERCKS, SUSANE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4688100 | DIXSON, LAURA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4652511 | DOLENC, DONALD | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4721347 | DOW, LINDA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4663425 | DUDGEON, IRENE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4252116 | DURBIN, JESSIE M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4760418 | EDWARDS, DAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4597215 | EDWARDS, MARY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4855440 | Ejarque Lopez, Victor | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4815240 | ELIZABETH REAVENCROFT | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4785659 | Elliott, Noreen | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 4645355 | ELLIS, RONALD | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4312811 | ELLIS, STACY G | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4653202 | ERDHAL, ANN T | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4298255 | ERICKSON, ASHLEY L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4609470 | ESCALANTE, RICARDO | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4748964 | EWGBUNA, JOHN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4729586 | EWING, DANA S | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4398898 | FELICIANO, MAGDALY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4709532 | FERGUSON, CARA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4815506 | FIFE, BENJAMIN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4647059 | FISH  JR, GALEN  R | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4735721 | FLEMING, PATRICIA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4859817 | FIRE PROTECTION COMPANY | 8150 185TH ST STE H | | | | Tinley Park | IL | 60487-9319 |
| 4144938 | FLOYD, COLLIN M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4287457 | FOSHAG, JASON A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4621317 | FOUNTAIN, TRASHONNE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4738122 | FRANCHINI, NINA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4610966 | GARVIN, CHEZA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4755647 | GEIST, PHYLLIS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4876104 | FRANKS MOWER REPAIR | FRANK G FOX | 10027 W CALLA RD | | | SALEM | OH | 44460-9630 |
| 4876014 | FSC FLITZ SERVICE CORPORATION | FLITZ SERVICE CORPORATION | N70W25156 INDIAN GRASS LN STE H | | | SUSSEX | WI | 53089-2584 |
| 4416727 | GENTRY, CARL R | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4263564 | GERROW, SUZANNE H | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4836103 | GH3 ENTERPRISES LLC | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4826993 | GI CONSTRUCTION | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4161898 | GIBBS, JEREMY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4649745 | GILLOON, PAULINE A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4657523 | GILMORE, BRIDGETTE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4868706 | GIGWALK INC | 535 MISSION ST FL 14 | | | | SAN FRANCISCO | CA | 94105-3253 |
| 4687602 | GONZALEZ, NORA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4217547 | GONZALEZ, SERGIO | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4300160 | GRAVOIS, KATHLEEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4193657 | GRAY, MILES | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4528634 | GRAYSON, VANISHA L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4621259 | GRIER, ANDRE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4290760 | HAMILL, JENNY S | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4262647 | HAMILTON, SHANELL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4893233 | Hajoca Corporation | 2001 JOSHUA RD | | | | LAFAYETTE HL | PA | 19444-2431 |
| 4280578 | HARDESTY, KATLYNN R | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4612380 | HARMON, EVE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4729087 | HARPEY, THIBAUD | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4437789 | HARRISON, DYLAN S | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4467742 | HART, CLEON B | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4263787 | HELTON, KEISHA L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4760853 | HENDERSON, BILLENE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4595029 | HERRERA, FRANK | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4328345 | HESTER, CHRISTOPHER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 4157638 | HEWITT, DEBRA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4836867 | HILFRICH RESIDENCE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4670883 | HILL, ERIC | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4522771 | HODGE, CHRISTINA R | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4351390 | HOFFMAN, GREGG K | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4717654 | HOUSE, TONYA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4157827 | HOWAT, LISA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4160996 | HUDDLESTON, MONIQUE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4266346 | HUDSON, CHASITY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4757368 | HUFFMAN, ROBERT | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4324598 | HUGGINS, JATARIE T | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4718008 | JACKSON, ANTHONY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4867889 | IMAGITAS | 1101 RED VENTURES DR | | | | FORT MILL | SC | 29707-5005 |
| 4885791 | J & R CROCKER INC | RANDALL J CROCKER | 2502 W SILVER BEACH RD | | | CHEBOYGAN | MI | 49721-9051 |
| 4795287 | J&B TOOL SALES INC | 15875 BLUE SKIES DR | | | | LIVONIA | MI | 48154-1467 |
| 4766761 | JACKSON, JOYCE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4546325 | JACKSON, PHYLLIS M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4159916 | JOHNSON, ERIC J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4877573 | JD SMALL ENGINE REPAIR | JIMMY FOSTER | PO BOX 54 | | | WATERLOO | IL | 62298-0054 |
| 4852420 | JOE JONES | 1621 TENNESSEE ST | | | | GARY | IN | 46407-1536 |
| 4603951 | JOHNSON, JACQUELYN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4699237 | JOHNSON, PATRICIA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4265759 | JONES, PAUL A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4595692 | JONES, SYDNEY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4235877 | KARL, JENNIFER N | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4721803 | KARZEN-RAYBUCK, KAREN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4655215 | KEISTER, JAY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4852790 | KATHERINE PARISH | 555 NOTINGHAM AVE | | | | EUGENE | OR | 97404-1386 |
| 4717192 | KOELLNER, STEPHEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4710217 | KOZMA, DONNA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4734124 | KUERBITZ, CHARLES | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4752701 | LANE, LULU | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4261586 | LASHLEY, JONATHAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4857949 | LANGUAGE SCIENTIFIC INC | 101 STATION LNDG STE 501 | | | | MEDFORD | MA | 02155-5148 |
| 4303442 | LAUER, AMBER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4838728 | LAWRENCE, KRISTINE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4268065 | LEE, DOMINQUE M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4709972 | LEE, SUNG I | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4301659 | LEGATE, DENNY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4649775 | LETSINGER, JEAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4854059 | Leonard's Carpet Works | 20118 SE 100th Ct | | | | Inglis | FL | 34449-3877 |
| 4716753 | LOHNER, ALRAY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4144761 | LOPEZ, KIANA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4846468 | LONGEVITY HEATING AND COOLING | 701 W SOUTH AVE | | | | INDEPENDENCE | MO | 64050-4353 |
| 4711124 | LOTTO, LUCIANO | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4699095 | LUCAS, DENNIS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4666603 | LYNN, LORI | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 4866058 | LUCIDWORKS INC | 717 MARKET ST STE 800 | | | | SAN FRANCISCO | CA | 94103-2139 |
| 4593026 | MADISON, GLENDA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4370633 | MAHAJAN, NEHA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4734437 | MANGAL, PUNEET | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4182256 | MANRIQUEZ, BIANCA M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4592577 | MARTIN, DAVID L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4611550 | MARTIN, LARRY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4163160 | MARTINEZ, DANIEL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4756419 | MARTINEZ, PATRICIA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4738037 | MASCIA, ALBERT | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4659573 | MATA, ROXANNA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4808329 | MASCO CORP | 17450 COLLEGE PKWY | | | | LIVONIA | MI | 48152-2300 |
| 4293102 | MATHIS JR, RONALD | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4840037 | MICHAEL DEMKO | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4870067 | MELVILLE CANDY CORPORATION | 28 YORK AVE | | | | RANDOLPH | MA | 02368-1828 |
| 4804743 | MEMORYC INC | DBA MEMORYC.COM | 10810 INDEPENDENCE POINT PKWY STE F | | | MATTHEWS | NC | 28105-1754 |
| 4879259 | MILSEK COMPANY | MILSEK FURNITURE POLISH INC | 1351 QUAKER CIR | | | SALEM | OH | 44460-1006 |
| 4860970 | MINDSWARMS INC | 1501 MARIPOSA STREET STE 326 | | | | SAN FRANCISCO | CA | 94107-2367 |
| 4655572 | MINTON, BRADLEY J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4866870 | MIYU FURNITURE LLC | PO BOX 616 | | | | GREENWOOD | IN | 46142-0616 |
| 4840293 | MODERN CONSTRUCTION CORP. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4727375 | MORAN, CHARLES | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4795388 | MYRIAM MORAN | 205 BLUE JACKET CIR | | | | PICKERINGTON | OH | 43147 |
| 4226877 | NECHAJ, JENNIFER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4471339 | NELSON, CHYNA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4857965 | NEVADA PRESORT & MAIL MARKETING INC | 1560 HYMER AVE | | | | SPARKS | NV | 89431-5614 |
| 4722418 | ORNSTEIN, JEFF | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4370031 | OSBORNE, DAVID | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4265915 | PARKS, CHELSEA B | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4193280 | PATILLO, BJORN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4864976 | PATRICK LEE COPLAN JR | 29224 SOUTHERNESS | | | | LAKE ELSINORE | CA | 92530 |
| 4516554 | PATTON, PHOENICIA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4700764 | PEREZ, KELLY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4878119 | PINEAPPLE BUOY 717 LLC | 612 EASTLAKE TRL | | | | OXFORD | MI | 48371-3554 |
| 4717189 | POOLEY, NIKKI | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4688799 | PRAGOSA, FRANK | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4716828 | PRATER, JEFFERY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4303840 | PRUETT, STEPHANIE R | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4722374 | PRUSACK, JORDAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4841801 | RAIN DESIGN INC./DONANNE BRUDE-RAMOS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4886145 | RAYNLEY FOODS INC | ROBERT A YATES | PO BOX 578 | | | RAYMOND | ME | 04071-0578 |
| 4855623 | Reese, Brian | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4597143 | REPASKY, DIANE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4739338 | RICHES, NIKOLAS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4190262 | RIOS, KAREN J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4250743 | RIVERA, DENISE J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4494488 | RIVERA, GABRIELLE R | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

In re: Sears Holdings Corporation, et al.

Case No. 18-23538 (RDD)

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 4250816 | RIVERA, JALEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4775176 | RODRIGUEZ, WILLIAM | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4162357 | ROMBAKIS, STELLA E | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4842462 | ROSS,ROSANN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4724854 | ROSSELL, SHELLEY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4760094 | ROWLAND, TASHA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4859030 | RUSH CREEK CREATIONS INC | 3245 S 20TH ST | | | | MILWAUKEE | WI | 53215-4441 |
| 4822173 | SAN JOSE CONSTRUCTION CO INC | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4288630 | SAXTON, KIMERA K | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4611246 | SCHROEDER, LYNN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4842868 | SCOTT, CHRIS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4878056 | SEATON GROUP INC | 663 RED SPRUCE DR | | | | HGHLANDS RANCH | CO | 80126-5747 |
| 4860971 | SEQUENCE LLC | 50 FREMONT ST FL 24 | | | | SAN FRANCISCO | CA | 94105-2247 |
| 4724998 | SHANNON, ROBERT L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4764084 | SHEEREN, KATHLEEN A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4763218 | SHEHATA, SAMI | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4537846 | SHELTON, JUSTIN T | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4794970 | SHU LIU | 1475 FOLSOM ST APT 260 | | | | BOULDER | CO | 80302-6837 |
| 4617200 | SIMEONE, KENNETH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4374962 | SIMMONS, SHANTA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4871326 | SINGLE CYLINDER REPAIR SAN CARLOS | 1300 INDUSTRIAL RD STE 12 | | | | SAN CARLOS | CA | 94070-4130 |
| 4612591 | SISCO, JIMMIE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4331376 | SIWIK, JEANNE M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4719448 | SLAUGHTER, JOSHUA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4545142 | SNYDER, RICK E | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4856663 | SORSCHER, SAMUEL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4281609 | SPAN, KRISTINA M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4752739 | SPIVEY, BARBARA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4296011 | SPURGEON, MARVIN E | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4607581 | STAMBOLIC, PRISCILLA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4373069 | STEALEY, REILLY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4847562 | STEVEN J DONAHUE | 117 BAILEY RD | | | | ANDOVER | MA | 01810-4242 |
| 4152780 | STEVENS, DOLORES G | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4601661 | STODDARD, ANGELA LYNN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4714609 | STONE, GARY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4614952 | STONE, KIMBERLY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4574389 | STUDAKER, JARED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4380399 | SUAREZ-BARRETO, EMILIA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4610972 | SUN, QI | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4851425 | TANJA BECK | 1874 HIGH SCHOOL RD | | | | SEBASTOPOL | CA | 95472-2621 |
| 4795205 | THE BRACE SHOP | PO BOX 880024 | | | | BOCA RATON | FL | 33488-0024 |
| 4823575 | THE OLSEN TEAM/VILLAGE ASSOCIATES | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4632668 | THORNTON, LOUISE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4605807 | THURINGER, SARAH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4719914 | TRAYLER, NADIA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4809072 | TROY DOMIER | 828 INDEPENDENCE AVE | | | | MOUNTAIN VIEW | CA | 94043-2333 |
| 4823871 | TROY DOMIER BUILDERS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 4581560 | TRUJILLO, DYLAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4340736 | TSOGBE, AGODOH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4158813 | UNDERWOOD, JANELL A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4223908 | VELAZQUEZ, MARCO A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4824030 | VENTURA, ANGELA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4710869 | VILLANO, GREGORY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4220027 | WALKER, DOUGLAS B | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4605118 | WATSON, REBECCA A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4607952 | WEAVER, RUDINE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4762344 | WHITELEY, SAMANTHA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4733585 | WHITTAKER, TINA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4855692 | Wical, Kelly J. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4372530 | WILLIAMS, JAZMINE L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4384101 | WILLIAMS, SARAH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4342059 | WILSON, JUSTIN C | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4723161 | WILSON, WILLIE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4617231 | WINCHESTER, TERAL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4870575 | WISCONSIN BINGO SUPPLY & EQUIPMENT | PO BOX 20911 | | | | GREENFIELD | WI | 53220-0911 |
| 4652801 | WOLFE, STANLEY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4607949 | WONG-GREEN, GLEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4677956 | WOOD, DOUGLAS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4736309 | WOODS, TINA M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4393238 | WRIGHT, BRANDON J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4250933 | WRIGHT, LORETTA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4159075 | WRIGHT, MELISSA J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4859831 | X SEED LLC | 3955 SHADOWWOOD DR. NE | | | | SAUK RAPIDS | MN | 56379 |
| 4295969 | YATES, ASHLI N | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4349339 | YELDELL, OMAR K | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4710787 | YOO, CHONG | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4728489 | YOUNG, PHYLLIS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4618617 | YOUNG, SIDNEY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4311013 | ZACHARY, ANITA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4614594 | ZALEWSKI, RAYMOND | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4717130 | ZOUBI, SOLOMON | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |