IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| SEARS HOLDINGS CORPORATION, | ) | Case No. 18-23538-RDD |
| | ) | (Jointly Administered) |
| | ) | Judge Drain |
| Debtor. | ) | |

## APPEARANCE OF COUNSEL AND
## REQUEST FOR COPIES OF ALL NOTICES,
## DOCUMENTS AND PLEADINGS

Please take notice that the Law Firm of Wiles & Wiles, LLP counsel for 156 Tom Hill, LLC hereby enters its appearance of counsel and requests that all notices given or required to be given in this case, and all papers, pleadings and documents filed or served or required to be filed in this case, be given to and served upon the following person as attorney for 156 Tom Hill, LLC:

> Victor W. Newmark, Esq.
> Wiles & Wiles, LLP
> 800 Kennesaw Avenue, Suite 400
> Marietta, Georgia 30060-7946
> bankruptcy@evict.net

This request for notice encompasses, but is not limited to, all notices, copies, documents and pleadings referred to, inter alia, in Rules 2002, 3017, or 9007 of the Bankruptcy Rules and without limitation, notices of any orders, motions, demands,

complaints, petitions, pleadings, requests, applications, or any other document brought before this Court in any case, whether formal or informal, written or oral, or transmitted by mail delivery, CM/ECF, telephone, telegraph, telex or otherwise which affect or seek to affect the above case.

This 18th day of December, 2018.

Respectfully submitted,

/s/Victor W. Newmark
Victor W. Newmark, Esq.
Georgia Bar No. 541405

Of Counsel:

Wiles & Wiles, LLP
800 Kennesaw Avenue, Suite 400
Marietta, Georgia 30060-7946
(770) 426-4619
(770) 426-4846 – Facsimile
bankruptcy@evict.net
\\SERVER2012\Shared\DATA\T140\2appear.doc