**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.* | No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Whitebox Multi-Strategy Partners, LP** | **Permasteel, Inc.** |
| Name of Transferee | Name of Transferor |
| Phone: (612) 253-6061 | Phone: (718) 349-4300 |
| Last Four Digits of Acct #: N/A | Last Four Digits of Acct #: N/A |
| Name and Address where notices and payments to transferee should be sent: | Claim No: 2875 (Sears Holding Corporation) (18-23538) |
| **Whitebox Multi-Strategy Partners, LP** **3033 Excelsior Blvd, Ste 300** **Minneapolis, MN 55416** | Date Filed: November 5, 2018 |
| | Amount of Claim: $414,572.40 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: December _17_ . 2018

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:            United States Bankruptcy Court Southern District of New York

AND TO:        Sears Holdings Corporation, et al. (collectively, "Debtors"); Case No. 18-23538 (RDD),
               Jointly Administered

Claim No.      2875 (Sears Holding Corporation) (18-23538)

Bankruptcy Case: In re Sears Holdings Corporation, *et al.*, Case No. 18-23538 (RDD), Jointly
               Administered

**PERMASTEEL, INC.** its successors and assigns ("Seller"), for good and valuable consideration the
receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell,
transfer and assign unto:

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**
3033 Excelsior Blvd, Ste 300
Minneapolis, MN 55416
Attn: Scott Specken

its successors and assigns ("Buyer"), all rights, title and interest in and to the claims of Seller, including all
rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the
bankruptcy case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens
held by Seller; (d) to vote on any question relating to the Claims in the bankruptcy case; and (e) to any
amounts listed on the Debtors schedules, in the principal amount of $414,572.40 ("Claim") against Debtors
in the United States Bankruptcy Court, or any other court with jurisdiction over the Debtors' Bankruptcy
Case.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the
Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or
right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the
Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands
and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further
notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the
Claim.

Buyer does not assume and shall not be responsible for any obligations or liabilities of the Seller related to
or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all and future
payments and distributions free and clear of all setoffs and deductions, and to give all notices and other
communications, in respect of the Claim to Buyer.

[Signature Page Follows]

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the
11 day of December 2018.

PERMASTEEL, INC

By:
Name: Hazel Hu
Title: President

WHITEBOX MULTI-STRATEGY PARTNERS, LP

By:
Name:
Title:

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the 17 day of December 2018.

PERMASTEEL, INC

By:_____
Name:
Title:

WHITEBOX MULTI-STRATEGY PARTNERS, LP

By:_____
Name:    Mark Strefling
Title:    Partner & CEO