**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                       :
                                                            :   Chapter 11
**SEARS HOLDINGS CORPORATION**, *et al.*,                   :
                                                            :   Case No. 18-23538 (RDD)
                                                            :
        Debtors.[1]                                         :   (Jointly Administered)
------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Christine Porter, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 28, 2018, at my direction and under my supervision, Joudeleen C. Frans coordinated the service of the following document:

- Motion of Debtors for Entry of an Order Extending the Automatic Stay to Certain Non-Debtor Parties [Docket No. 924] (the "***Motion to Extend Automatic Stay***")

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

      As set forth in the Affidavit of Service of Joudeleen C. Frans Regarding Motion to Extend Automatic Stay [Docket No. 1034] (the "*Frans Affidavit*"), the Motion to Extend Automatic Stay was sent via Overnight Mail to Karen Smith at two (2) addresses and ten (10) email addresses, each denoted as "Address on File" on the Frans Affidavit. The true and correct addresses to which the Motion to Extend Automatic Stay was sent via Overnight Mail on November 28, 2018 is set forth on **Exhibit A**. The true and correct email addresses to which the Motion to Extend Automatic Stay was sent via Email on November 28, 2018 is set forth on **Exhibit B**.

Dated: December 19, 2018

                                                                                      Christine Porter

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 19, 2018, by Christine Porter, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _Paul Pullo_

      PAUL PULLO
Notary Public, State of New York
      No. 01PU6231078
   Qualified in Nassau County
Commission Expires Nov. 15, 20_22_

**Exhibit A**

Exhibit A

Served via Overnight Mail

| NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|
| SMITH, KAREN | 1032 PARKWAY DR | BELLEVUE | NE | 68005 |
| SMITH, KAREN | 5827 WHISTLING WINGS DR | NEW LISBON | WI | 53950 |

**Exhibit B**

## Exhibit B

Served via Email

| NAME | EMAIL |
| --- | --- |
| SMITH, KAREN | 6karen50@comcast.net |
| SMITH, KAREN | CRANCED@ATT.NET |
| SMITH, KAREN | eksmith50@hughes.net |
| SMITH, KAREN | kals.mortg@yahoo.com |
| SMITH, KAREN | karen.golder@hotmail.com |
| SMITH, KAREN | KSONTHETRAIL@YAHOO.COM |
| SMITH, KAREN | kspiff27@yahoo.com |
| SMITH, KAREN | louis.e.smith3.civ@mail.mil |
| SMITH, KAREN | rbkabooks@swbell.net |
| SMITH, KAREN | sweetpiebaker@gmail.com |