**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In Re: ) | Chapter 11 |
| Sears Holdings Corporation et al ) | Case Number 18-23538 (RDD) |
| Debtors ) | (Jointly administered) |

**ORDER GRANTING APPLICATION FOR ADMISSION**
***PRO HAC VICE***

Sedric E. Banks, whose business address is 1038 North Ninth Street, Monroe, La. 71201 and telephone number is 318-388-1655, and who is an active member in good standing of the bar of the State of Louisiana, having applied in the above-entitled cases for admission to practice in the United States Bankruptcy Court for the Southern District of New York on a *pro hac vice* basis, representing Jerry and Esther Vosburg limited to filing and pursuing their motion to lift automatic stay in the above cases; and good and sufficient cause appearing it is hereby

ORDERED, that the application is granted, provided that the filing fee is paid and subject to the terms and conditions of the Local Bankruptcy Rules.

Dated: White Plains, New York
       December 17, 2018

                                              /s/ Robert D. Drain
                                              United States Bankruptcy Judge