December 17, 2018

United Stated Bankruptcy Court

Southern District of New York

Attn: Judge Drain (rdd.chambers@nysb.uscourts.gov)

White Plains Division

300 Quarropas Street

White Plains, NY 10601

RE: ADA Court Assistance, Objection to Motion, Untimely/Delayed Notice by Petitioner
(Case No. 18-23588- Sears Holdings Corporation, et al.)

Your Honor:

I am a multiply disabled person on a very fixed income and would like to respectfully request the Court's and your assistance as a disabled court user in communicating with and access to the Court in the above titled bankruptcy matter (Case No. 18-23588 – Sears Holdings Corporation, et al.).

Your Honor, I would like to request that the Court allow me to respond and object to the Petitioner's Motion since I received their notice after the deadline of December 13, 2018 at 4pm EST expired. I have further outlined the facts in the attached: **"Claimant's Valid Reasons for Not Filing a Timely Response/Objection to Petitioner's Motion".**

Your Honor, I respectfully request that the Court honor my request for an untimely filing as a debtor/claimant against the petition as afforded by law: "If the deadline was missed for an excusable reason, the court has discretion to allow late proof of claim filings." I will therefore attempt to provide a written objection motion and request to make oral arguments to the Court on or before the scheduled hearing of December 20, 2018 at 10:00am EST provided the Court provided disabled access to the Court on and before that date. I also request that the Court immediately provide me a contact number to make a telephone appearance on that date as afforded to me under the ADA Title II/III, CA 504 Unruh laws and CA Business and Professions Codes.

Sincerely,

Alex Carey, Creditor/Claimant


Cc/Weil, Gotshal & Manges LLP