**Claimant's Valid Reasons for Not Filing a Timely Response/Objection to Petitioner's Motion**

1. I am a multiply disabled creditor/claimant and have a traumatic brain injury (TBI) which severely affects my memory and organizational skills.
2. The petitioner improperly notified me in an untimely manner, and I just received the notice on December 15, 2018 as documented by my mail service. Furthermore, although the petitioner's motion was filed or penned on November 28, 2018 they allegedly designated overnight/next-day delivery and shipped it untimely on November 30, 2018. In addition, and most importantly the notice was not shipped or delivered overnight to arrive on December 1, 2018 as indicated but instead arrived to the carrier in California one week later on December 8, 2018. *(see attached exhibit)
3. I am a disabled layperson and cannot be expected to know or respond to a motion with less than five (5) days' notice. As indicated, the notice was untimely delivered to California (not to me personally) on December 8, 2018 and the petitioner's deadline was December 13, 2018. Technically, even if I received the notice on December 8, 2018 (which I actually received on Saturday, December 15, 2018) I would have had only three days to respond or prepare my response since December 8th and December 9th are non-business/court days.
4. Besides my disabilities, I also have a medical justification for the untimely response. The Court may be aware of the horrific and tragic fires in Northern California, known as the Camp Fires. My disabled relative, Ernie Foss and his stepson (and their service dog) were burned alive and were the first identified victims of the fire. As such, I have been severely grieving over his death and suffering from added depression. I have been under doctor's care due to this traumatic experience and request latitude by the Court and the Petitioner.
5. The petitioner has placed an undue burden on my as a severely low-income disabled person and has an unfair financial advantage since I cannot afford an attorney or have any legal background or knowledge. Furthermore, the US Court System has also unjustly put into place a two-tiered and biased/discriminatory legal system where people that cannot afford a lawyer, or are not educated as one cannot have fair and equal legal representation or their 'day in court'.