

# Sears gets approval to pay $25.3 million in bonuses to top execs filing for bankruptcy

BY **ARIS FOLLEY** - 12/15/18 10:14 PM EST

**16,010** SHARES

SHARE    TW

**Just In...**

**Why no details about criminal justice 'reform'?**
OPINION — 6M 34S AGO

**Dem pollster says Americans are not sold on impeaching Trump**
WHAT AMERICA'S THINKING — 7M 56S AGO

**Just one-third say women made 'major gains' toward equality in past year: poll**
BLOG BRIEFING ROOM — 12M 52S AGO

**Harris announces support for White House-backed criminal justice bill**
SENATE — 27M 26S AGO

**Judge orders convicted deer poacher to watch 'Bambi' once a month**
STATE WATCH — 31M 10S AGO

**Federal Reserve must not raise interest rates for good reasons**
OPINION — 36M 33S AGO

**McConnell's marijuana conundrum: Cory Gardner**
OPINION — 51M 35S AGO

**Cuomo calls for legalizing recreational marijuana in New York**
STATE WATCH — 56M 37S AGO

Sears gets approval to pay $25.3 million in bonus…

A U.S. bankruptcy court on Friday reportedly approved Sears's request to pay as much as $25.3 million in bonuses to the company's top executives and high-ranking employees, just months after the company filed for bankruptcy.

The company behind Sears, Hoffman Estates, Ill.-based Sears Holdings Corp., argued it needed to give employees such a financial incentive to encourage them to remain with the company as it works to rebuild, despite it reporting nearly $1.9 billion in losses in the first three quarters of this year, CBS News reported.

"Under these circumstances, it would be understandable if many key employees are asking themselves whether they should be seeking other opportunities," the company said in a court filing in November, according to the publication.

But the company "cannot afford this uncertainty — however understandable it may be," the filing also reportedly states.

The company's proposal will reportedly offer bonuses to 19 executives amounting to up to $8.4 million over the next six months if the company is successful in hitting certain financial goals.

The employees would also be eligible for more money in bonuses if the retailer is in a position to hit those financial targets when sold, an attorney

VIEW ALL

for the company reportedly said at the hearing.

Sears announced in October that it was forced to file Chapter 11 bankruptcy, which allows it to restructure its finances, after it failed to pay a $134 million debt payment that was due at the time.

SHARE        TWEET

### Related News    by |


Fox News host tells co-host: 'You sound like...


Brzezinski apologizes after backlash over...


Program Pays For Seniors To Renovate...
Sponsored | Senior Saving Club


Pacific Life pulls ads from Tucker Carlson's...



**THE HILL 1625 K STREET, NW SUITE 900 WASHINGTON DC 20006 | 202-628-8500 TEL | 202-628-8503 FAX**
**THE CONTENTS OF THIS SITE ARE ©2018 CAPITOL HILL PUBLISHING CORP., A SUBSIDIARY OF NEWS COMMUNICATIONS, INC.**