**Find** tacos, cheap dinner, Max's         **Near** San Francisco, CA         Log In

- Restaurants ▾
- Home Services ▾
- Auto Services ▾
- More ▾
- ✎ Write a Review



🚫 **Yelpers report this location has closed.** Find a *similar spot*.

# Sears

★★☆☆☆  74 reviews   📊 Details

$$ · Electronics, Appliances, Furniture Stores   Edit

 

See all 4 photos

1191 Galleria Blvd
Roseville, CA 95678                        ✎ Edit
Get Directions
(916) 787-7400
sears.com
Send to your Phone

Photo of Sears - Roseville, CA, United States by Jeremy T.

"He hooked us up **big time** and got us and out quickly." in 3 reviews

"Great service, the **sales man** actually knew what he was talking about and the price was great!" in 2 reviews

"Been Sears customer for years and still buy there 'Made in America tools" since they stand the **test** if time." in 3 reviews

## You Might Also Consider

## Ask the Community

Yelp users haven't asked any questions yet about **Sears**.

## Recommended Reviews for Sears

⚠ **Your trust is our top concern,** so businesses can't pay to alter or remove their reviews. *Learn more.*   ✕

| Search within the reviews | Sort by Yelp Sort ▾ | Language English (74) ▾ |

Start your review of **Sears**.

---

**$$$$** Price range **Moderate**
✎ **Edit business info**

### Hours

### More business info
Accepts Credit Cards  **Yes**
Accepts Apple Pay  **No**
Accepts Google Pay  **No**
Parking  **Garage**
Bike Parking  **Yes**

**Ron G.**
1  First to review

### From the business
Please visit your local store at 1191 Galleria Blvd in Roseville for more details about values and deals! Sears for the past 100+ years has provided its customers with great …

*Learn more about Sears - CLOSED*

### You might also consider

### Collections including Sears
**Westfield Galleria Mall in R…**
By Ida H.



**Lillian W.**
Sacramento, CA
196 friends
448 reviews
4203 photos
Elite '18

★★★★★ 6/18/2017

✓ 1 check-in

Good ole Sears department store.  Boy how it has stood the test of time and is still around. Good for them.

It has been awhile since I browsed through this Sears in the Roseville Galleria.  I was shopping for Fathers Day gifts.  I honed in on the men's clothing and shoe section. Overall good merchandise and customer service.

The men's and young men's clothes section was organized and clean.  No overly fancy mannequin displays but not stark and bare either.  The brands that they carry which not all department stores carry include: Levi's, wrangler jeans, Dickies jeans, Arrow polo shirts, and under armor athletic.  As I browsed, I was asked if I needed assistance twice by two different associates.  Great customer service--attentive staff.  The checkout for this section is one line with several registers.  The line is clearly marked, which I appreciated.  No guessing game here.  I had a coupon which the cashier ran and she even advised of other discounts.  Great!

The shoe selection for men's work boots (including steel toe) was good.  All the shoe inventory are already placed on the sale shelves, it is a help yourself shoe section.  I didn't buy anything, but I did notice comparable brands to those carried at Red Wing Shoes.

9 Places

More Collections

**Other places nearby**

Find more Appliances near Sears

Find more Electronics near Sears

Find more Furniture Stores near Sears

**Browse nearby**

🍴 Restaurants

🍷 Nightlife

👜 Shopping

••• Show all

**Near Me**

Electronics Near Me

Furniture Stores Near Me



**Kim H.**
Rocklin, CA
200 friends
280 reviews
429 photos
Elite '18

★★☆☆☆ 1/19/2018

I'm not even sure where to start, I'm SO disappointed.  We were in the market for a very specific piece of furniture, I found one via Sears online, and it stated there was a model available at this location.  We presented on a Sunday afternoon, the store was pretty busy downstairs.  When we arrived to what USED to be a furniture center, we saw (literally) 6 pieces of furniture that looked like it came from Good Will.  There were NO sales reps ANYWHERE to be found.  We walked over to the register area, and there were 6 employees there (all chatting) and when we asked for help, they actually acted like we were interrupting their "break time."
Needless to say, one rep did follow us over to the now (extinct) furniture section.  We had questions about a chair, and were told that was "all they had", and if we wanted a different color, we'd need to order it.
We did NOT make our purchase, nor would I return or recommend.
Best to stick to the tools area, but even that section has dramatically changed.  Sad day, Sears USED to be the GO to for many household items!



**Jashan S.**
Roseville, CA
0 friends
12 reviews

6/14/2018

Bought an oven for $3200 at Sears over a month ago. Paid extra money for the delivery & install. Still waiting for the install. Called the store & the appliance dept multiple times but no answer. Doesn't surprise me that Sears is going out of business. Horrible customer service. I would give these guys zero stars if Yelp would let me because even 1 star is more than they deserve. Stay away from this company because they are gonna fold soon



**Ida H.**
Sacramento, CA
1034 friends
1112 reviews
13360 photos
Elite '18

 2/13/2017
1 check-in

While wandering the Roseville Galleria Mall, I was happy to find a Sears within! It's almost comforting to know you can still find just about anything you need from appliances to workout equipment. If it's not available in the store, than it probably can be ordered from their catalog. I've always enjoyed shopping here whether it's for clothes, accessories, gifts, jewelry, tools, or even my hard to find vacuum cleaner bags!

I've grown up shopping at a Sears for just about anything this department store offers. In my eyes, Sears keeps withstanding the tests of time. Many department stores have come and gone. But good old Sears is still around! I think more people, (especially the young timers), should rediscover this store!

youtube.com/watch?v=ulY0…



**Jesse R.**
Sacramento, CA
218 friends
250 reviews
1063 photos
Elite '18

5/8/2016
11 check-ins

Hit and miss on the work clothes but staff is eager to help and sign you for credit cards.
Some tools on sales



**Lisa B.**
Roseville, CA
80 friends
3 reviews

 6/15/2018

So it's now been almost 2 months without a refrigerator that has a warranty. I now know why sears is going out of business!? I had to pay $250 for a part that was under warranty because they couldn't figure that out and still haven't received my money back after sending the part back. I have a family of 5 with no refrigerator because sears keeps ordering parts that we don't need. All I want is my refrigerator fixed before the warranty is expired and my $250 I spent tho I sent the part back. Shame on you sears for just being not nice in this whole situation! I promise I will never buy a Kenmore product and unfortunately thank God sears will be gone soon so no one buys anything from them!



**Jim S.**
Granite Bay, CA
0 friends
14 reviews

12/17/2018 18-23538-shl Sears-1329-5 74 Reviews-Galleria - 1151 Galleria Blvd, Roseville, CA 45678 Number of Roseville
Doc 1329-5 Filed 12/18/18 Entered 12/19/18 11:54:54 Roseville
CA Store Complaints no. 1 Pg 4 of 8

5/26/2018

Been Sears customer for years and still buy there 'Made in America tools" since they stand the test if time. I have some wrench sets that are almost 40 years old and still work like champ since double drop forged. Thats fancy talk for heavy duty. even AJ Foyt used Craftsman tools.

Buy my Levi's, heavy shop shirts and pants (cant destroy them I have tried) and low top boots since the dont slip. Bought my Whirlpool washer and dryer there last year and cheaper than Lowes or Home Depot

It appears most bad reviews are from cry babies who shop for everything online and don't actually visit the store. Saw review from dude name 'Insert Name Here' and he has nothing good to say about anything except food and church; guess he trying get into heaven without actually loving thy brother.

Sad see Sears in such disarray, was an American Icon till everyone wanted cheap low quality stuff. They actually paid employees wages in depression with their own money and offered a retirement till cheaper from China became the way.



**Dewey H.**
Roseville, CA
95 friends
6 reviews

 5/14/2018

I would give Zero stars if that was an option. The way this company does business is horrible. It is completely understandable why Sears is going out of business. We have purchased beds, fridges, washer/dryer at sears previously.
First we went to Sears in the mall since they have a 12 month with no interest if put on the Sears card. My girlfriend and I had already picked out a bed online to buy but wanted to see it in person and buy it in store. As we get to the mattress section of the store, we see one sales person. Didn't greet us or say anything. Then he disappears. We wait for a bit and look for him but he is no where to be found. So I go over to the kitchen appliance section to get someone else to check us out. They say wait by the bed section and he'll look for the missing employee. 10 minutes go by and no one shows up. We go back to the appliance section and there is still a group of about 5 employees standing/sitting and talking. We see the same person that was "looking" for the other employee so I ask him can you just check us out. He says no, we don't like to step on other co-workers sales. I tell him well he is not here and I want to buy a bed. So I ask for the manager and I have him check us out. While this is happening there were 2 different people looking to purchase a bed but walk out since no one is helping them even after they asked the group of employees for help, since no one likes to "step on co-workers shoes ".
As the manger completes our check out, he charged the amount on our Sears card but did not add, for some reason, the 12 month no interest. So we have to call their financial department to fix this and they told us to call them again before our first payment to fix this. It was Tuesday the 8th and were told if we pick it up then it would be ready by Friday.

Friday comes around and a Sears rep from the warehouse calls me to say that it will most likely be the 18th instead. I said okay fine but if that is the case then I want it delivered since the only reason that I was going to pick up the bed was because it would be sooner. The sears employee tells me no problem and puts me on hold while she changes our bed from pick up to delivery. She comes back and says that she accidentally cancels our order! I tell her okay well fix that since we want the bed. She tells me that she can't and that I would have to go back to the Sears store and place the order all over again. I said no, this is not acceptable. I would like to speak to your manager. She tells me that the manager is in a meeting and will call me when he is out. Manager never calls.

So I finally called corporate to get this fixed and the representative there was nice and fixed the issue but the bed won't be delivered until the 25th, 2 and a half weeks after the initial purchase date. This will obviously be my last time shopping here after this expierence.

---



**Aaron T.**
Citrus Heights, CA
441 friends
196 reviews
118 photos
Elite '18

 11/19/2016

2 check-ins

Two stars for surprisingly rude service. I wanted to return and exhange a shirt I bought in September that is a bit too tight. It sat in my car for some time and I just realized that they have a thirty day return policy. Ok, I realize it's important to be proactive in returning items but... ok. So I waited for a bit for two staff to chat about a customer (who apparently had the audacity to ask a question), when one motioned to the other to help me out. I had the old shirt, my receipt and the new one in wanted to exchange it for, and was treated to an assortment of "we'll need Manager approval," "why did you wait," "we can't do that, you waited too long," "the computer will get mad at us" and the like by a growing motley crew of employees. I said ok, fine, have a good day, and then had to tell one that, no, I wasn't going to buy the new shirt.

A poor showing for a store that's near empty. I understand that I didn't read the policy but, come on, I was going to get a more expensive shirt in the end (and pay the difference). Anyway, I won't be back, and wish them the best in getting some customer service training. Thanks.

---



**Jennifer H.**
Roseville, CA
199 friends
50 reviews
21 photos
Elite '18

12/18/2017

I purchased a washer/dryer set on December 1st. They were delivered on Dec 3rd. The washer started leaking that same night. I called and they hung up on me. I called back and they hung up on me. I called back and they were closed. The next day I got transferred around 5 times and given 2 separate numbers. Finally they sent someone out to look at the washer. He technician stated hat it was the design of the washer. I tried it again, sears delivered another washer and it leaked again. I went into the store the next night and spent 2 hours there. Raj and Amandeep were great. I quickly realized that they had a laundry list of numbers to call. They had 3 phones going at once. It took several transfers and new phones numbers before they could get someone on the phone to exchange the washer for a new model. The new model was smaller but I was expected to pay the additional $200. Raj credited me back the difference. 2 Days later sears called to schedule delivery of the new model as I didn't want one to leak and continue to damage my wood floors. NO ONE showed up today.   I purchased the washer 17 days ago and I still don't have a washer that works, I have yet to have someone call me about the claim for my damaged floors, and when I called tonight about the missed delivery, I was told that they had to send an email and someone would call me in the morning. I will have a payment due soon and I still have yet to wash my clothes!  The customer service is the worst I have EVER experienced in my life. I will NEVER purchase ANYTHING from sears again. I literally feel hopeless as this point about getting this remedied let alone get my damaged floors fixed. All and all, I have spent 12 hours of my time between phone calls and time off for delivery for this washer that I have yet to be able to use!  No one at sears cares!

---



**Donald D.**
Roseville, CA
0 friends
3 reviews
1 photo

12/17/2018    18-23538-shl    Sears - 13299 E- 74 Reviews - 2/4 to 1/1 - 1310 Galleria Blvd, Roseville, CA 95678 - Phone Number: (916) Roseville
Doc 1329-5  Filed 12/18/18  Entered 12/19/18 11:54:54  Roseville
CA Store Complaints no. 1    Pg 6 of 8

★☆☆☆☆ 6/6/2017

We ordered two matresses from Sears in Roseville, CA. last week. In spite of my better judgement, because we had such a bad experience last year when we purchased a Gas Grill from them. And history repeated itself!
Not only did they not deliver as promised, and we paid for, they refused to deliver it the next day. Just like they did with the grill. This horror story could go on forever, but I don't want to give them that much time. Needless to say, I WILL NEVER SHOP AT SEARS AGAIN!!!


**Michelle K.**
El Dorado Hills, CA
72 friends
16 reviews

★☆☆☆☆ 4/25/2018

I'd give zero stars if I could. Purchased 4 kitchen appliances one year ago (Kenmore Elites). 2 of 4 have broken. Sears repairman was at my home and looked at broken dishwasher during warranty period. I elected not to have him fix it (he quoted me $100). A local plumber determined it is the machine, not the lines. Now Sears is refusing to cover it under the warranty because the tech's notes are inconsistent and they say they can't ask him for more information?!?!. The call center people are rude, too. Stay away. Even if you like the people in the store, once you pay they can't help you with anything, I tried.


**Amber W.**
Galleria, Roseville, CA
0 friends
7 reviews

 4/24/2018

Awful service, we got talked into spending more on tools becsuse the joker at the counter said we would get $25 loaded and could come back in 24 hours and use it but had to use it within 14 days. Came back 8 days later. No money loaded, we argued with 3 cashiers. One finally called the shitty rewards center. We stood there for 28 minutes and they said it was loaded. We had them check before they hung up and no money was loaded. They said come back in 10 minutes. Came back in 15 and no money loaded. They called again, and they said it would be 24 hours. Don't feed into their scam of everything's cheap. You will never get your rewards. No wonder you are going out of business.


**Raul F.**
Woodland, CA
5 friends
3 reviews

 5/25/2018

I called for a diagnostic test only  on my washer was told I would get a report of that that was not true before I set up the appointment I want to know what was wrong with the washer and was told I would get a written report again that was not true call to get a report sent to me was told I could not get one asked for a supervisor supervisor told me I could not get the report repeatedly their happy to take your money promise you the world and give you nothing in the past I had a good experiences with Sears now its one of the worst places to do business without


**Nunya B.**
Roseville, CA
2 friends
15 reviews

⭐ 9/11/2017

Ordered a mattress in the store to have it delivered. Payed an additional fee to have it delivered at a specific time. They never showed up. I called them, they said the truck could not make it. They rescheduled me for a couple days later. Unprofessional. Customer service folks had thick accents they were hard to understand. Anyway this place sucks. Ill never buy anything from here to be delivered again.  Oh and they said they cannot refund my extra fee I paid to have it delivered at that specific time.


**Jennifer D.**
Granite Bay, CA
👥 0 friends
⭐ 3 reviews

 5/1/2018

BEWARE of what you're purchasing from SEARS in the bed/bath department!!!!! Their brand CANNON is a fraud. I bought a "universal" toilet lid cover and it didn't even come close to fitting. Yes a lot of time passed before I realized it was defective, but I didn't think they would have a problem taking back something that is not as advertised. (With a receipt)
To my dismay, I saw a bunch of these still on the racks, obviously previously returned (missing tags) but they were still trying to sell a whole bunch of these!! And they would not even let me EXCHANGE mine for something different, knowing that the product is completely fraudulent!! Please beware as this store is closing and once they sell these, NO ONE will be able to return them. It's totally a scam!! They know they don't fit, but they continue to try to sell them, as a FINAL SALE. What a joke of a store. I will NEVER shop at Sears AGAIN, or Land's End for that matter. They just lost a long time customer for good. I'm DONE.


**Ralph K.**
Roseville, CA
👥 173 friends
⭐ 236 reviews
📷 138 photos

 6/28/2017

No wonder they're going out of business - horrible service!  Made the mistake of buying a Kenmoore BBQ here which came in complete pieces with horrible directions and no marked parts.  My fault was not reading the reviews thoroughly on this. I called a few days ago to return the item asking to speak with a manager to make sure it was ok to bring it back on today's date since we were out of town.  The manager said that wouldn't be a problem but when we arrived today for the return we were turned away with no refund and told that we were one day past the return period.  My wife and I explained my conversation on the phone and we were just met with a smug smirk.  So now we have a Chinese made hunk of garbage sitting in our garage.  No more business with Sears for us


**Vic C.**
Roseville, CA
👥 25 friends
⭐ 3 reviews

 1/23/2018

I've been buying from Sears for a long time now, everything for tools to clothes washers ect. Recently in the last couple years of purchases I've tried to get a return on some products that where faulty, Sears managers Will not do returns on anything after 30 days. When speaking to thier manager Ed, his reply was "you took a chance on that product" and would not exchange or refund the product. Are you freaking serious!!! I left the product at their registered and he said he was going to throw it away. I told him he could do what ever he wants with his garbage. I feeling like my business with Sears is coming to an end


**Victor V.**
Rancho Cordova, CA
👥 0 friends
⭐ 3 reviews

 12/22/2017

Service and repair is the worst experience I ever had! Got Kenmore washer and dryer from Sears Roseville, they are late with their scheduled delivery ( Dec 15, 2017) and they left soon after even finishing testing the washer and dryer, so the washer flooded my brand new house and the dryer was not heating. Called them many times ( like everyday for a week) to schedule an appointment, then they sent me a non English speaking repair man to no avail! I contacted the house builder and they were kind enough to fix the washer flooding issue but then I called Sears to fix or exchange the Kenmore dryer and they scheduled me for repair on December 28, 2017. I have not done my laundry for more than a week now even as I was writing this review! I'm extremely upset with Sears service and please anyone who reads this stay away from Sears!



**Richard S.**
Roseville, CA
0 friends
3 reviews

6/26/2017

Having been a Sears Customer for decades I can only say I am disgusted with their "home repair" service. Call for service only to find as a warrantied dryer, I must speak to another department who are currently unavailable. Next day, finally make contact and am scheduled for the next Wed.  Follow up email pushes out the date another week. Calls to service are futile - finally give me a number in USA which automatically goes to voice mail.  Frustrated? You bet!  Never buy another Sears product.

Page 1 of 4 　　　　　　　　　　1  2  3  4  Next

12 other reviews that are not currently recommended

## You Might Also Consider



---

**About**
About Yelp
Careers
Press
Investor Relations
Content Guidelines
Terms of Service
Privacy Policy
Ad Choices

**Discover**
Costs
Collections
Talk
Events
The Local Yelp
Yelp Blog
Support
Yelp Mobile
Developers
RSS

**Yelp for Business Owners**
Claim your Business Page
Advertise on Yelp
Yelp Reservations
Yelp WiFi
Yelp Nowait
Business Success Stories
Business Support
Yelp Blog for Business Owners

**Languages**
English

**Countries**
United States

Site Map  |  Atlanta  |  Austin  |  Boston  |  Chicago  |  Dallas  |  Denver  |  Detroit  |  Honolulu  |  Houston  |  Los Angeles  |  Miami  |  Minneapolis  |  New York  |  Philadelphia  |  Portland  |  Sacramento  |  San Diego  |  San Francisco  |  San Jose  |  Seattle  |  Washington, DC  |  More Cities

Copyright © 2004–2018 Yelp Inc. Yelp, , and related marks are registered trademarks of Yelp.