

**Find** tacos, cheap dinner, Max's      **Near** San Francisco, CA      Log In

- Restaurants
- Home Services
- Auto Services
- More
- Write a Review

Yelpers report this location has closed. Find a *similar spot*.

# Sears

★★☆☆☆ 74 reviews  Details

$$ • Electronics, Appliances, Furniture Stores    Edit



1191 Galleria Blvd
Roseville, CA 95678      Edit

Get Directions
(916) 787-7400
sears.com
Send to your Phone



Photo of Sears - Roseville, CA, United States by Jeremy T.

See all 4 photos

 "He hooked us up **big time** and got us and out quickly." in 3 reviews

 "Great service, the **sales man** actually knew what he was talking about and the price was great!" in 2 reviews

 "Been Sears customer for years and still buy there 'Made in America tools" since they stand the **test** if time." in 3 reviews

## You Might Also Consider

## Ask the Community

Yelp users haven't asked any questions yet about **Sears**.

## Recommended Reviews for Sears

⚠ **Your trust is our top concern,** so businesses can't pay to alter or remove their reviews. *Learn more.*  ✕

| Search within the reviews | Sort by Yelp Sort ▾ | Language English (74) ▾ |



Start your review of **Sears**.

---

$$$$  Price range **Moderate**
✏ **Edit business info**

### Hours

### More business info

Accepts Credit Cards  Yes
Accepts Apple Pay  No
Accepts Google Pay  No
Parking  Garage
Bike Parking  Yes

 

**Ron G.**
First to review

### From the business

Please visit your local store at 1191 Galleria Blvd in Roseville for more details about values and deals! Sears for the past 100+ years has provided its customers with great …

*Learn more about Sears - CLOSED*

### You might also consider

### Collections including Sears

Westfield Galleria Mall in R…
By Ida H.



**Giggey G.**
Lincoln, CA
33 friends
31 reviews
1 photo

★★★☆☆ 7/14/2017 • Updated review

We never got another call from Sears but the delivery guys did show up on the day they promised (6/26/17), only 1.5 hours later then planned. These guys were beat! It was a very hot day and they apologized many times for being late. They still had three more deliveries after us. They set up the new refrigerator in about 20 minutes and was off to the next delivery. So let me say this...the delivery guys were late but great. It was the phone customer service that was the pits!

★☆☆☆☆ 6/26/2017 • Previous review

Poor customer Service. Bought a new refrigerator on Thursday. First the salesman said it could be… Read more



**Marcella D.**
Yuba City, CA
0 friends
15 reviews
17 photos

★☆☆☆☆ 12/8/2017

I live out of town & had been trying to reach the store all day today since they opened by telephone. I tried to connect to children's & after several rings it would direct me to leave a voice mail message. After several attempts I decided to call mall security & still no such luck! I ended up calling & using the prompts to get through to the large appliance dept. I was finally successful. A supervisor by the name of Anthony was very helpful with my needs. He went way over & beyond the call of duty to help me after expressing how terrible their customer service was. I needed to find a children's holiday dress & he took the initiative to provide excellent customer service & go check on the item himself. Unfortunately the store did not have the item but he gave me the stock number so that I can try another store. I have tried to get in contact with corporate to express how lousy their phone system is!

**Austin P.**
Penryn, CA
0 friends
30 reviews
4 photos

★★★★★ 7/13/2017

Went to Home Depot to buy appliance besides the horrible service at HD and the fact it was going to take a month to get them.
I went to Sears and the service was great(thanks Moe) and they are getting delivered in 3 days and I saved $500 Bucks.
I forgot about sears .
To bad we have been conditioned to go get ripped off at Home Depot.
Thank you sears

**Jenni T.**
Truckee, CA
344 friends
969 reviews
7114 photos
Elite '18

★★★★☆ 5/3/2015
1 check-in

I came to this Sears location to buy a carpet shampooer because we have a house full of carpet and two cats and a dog. Enough said.

All employees I came into contact with were super friendly and helpful. The guy in the pick up area even took the carpet shampooer out to my car and loaded it for me into my tiny two door hatchback without asking. Sweet!

What I like about this location is that the store pick up area has it's own designated loading zone so you don't have to drive around and try to find parking if you're just picking something up that you ordered online. This being said, the price I paid for said carpet shampooer was GREAT because they matched Amazon.com's price AND I could pick it up within the hour. Very cool.

I don't care for too much else in the store (not my style) but I do like how this store carries Lands End merchandise (not

9 Places

More Collections

**Other places nearby**

Find more Appliances near Sears

Find more Electronics near Sears

Find more Furniture Stores near Sears

**Browse nearby**

🍴 Restaurants

🍷 Nightlife

🛍 Shopping

••• Show all

**Near Me**

Electronics Near Me

Furniture Stores Near Me

12/17/2018    18-23538-shl    Sears - CLOSED - 74 Reviews - Electronics - 1901 Galleria Blvd, Roseville, CA - Phone Number - Roseville CA store complaints
Doc 1329-6   Filed 12/18/18   Entered 12/19/18 11:54:54   Roseville
                              no. 2    Pg 3 of 8

all stores do, which makes buying online and returning in store that much easier. They used to carry the "Lands End Canvas" line as well, but unfortunately they stopped making it. RIP.



**Joe E.**
Loomis, CA
0 friends
43 reviews

★☆☆☆☆ 3/22/2017

I purchased a Kenmore range and then a few years later, my lights went out in a storm and when they went back on, my oven would not work. I got a repair bill for over 300.00 and found out that the motherboard burned out when the electricity went back on. When I tried to get reimbursed, the lady at Sears refused and told me that the problem was not with the oven, but with my home!! Sears Sucks

**Brien B.**
Fair Oaks, CA
0 friends
16 reviews

★★★★★ 4/15/2017

I bought my appliances at the sunrise location a range, hood, refrigerator, dishwasher
Danny the salesperson who helped me with 4 range exchanges came through big time and finally after 4 weeks my kitchen is done
I will continue to shop at Sears, make sure you have sears do your install initially I did not and that was my problem. Danny was able to get sears to do install after weeks of hassles with the company that did my remodel it took sears about 15 minutes to install the range.



**Noe R.**
El Dorado Hills, CA
0 friends
5 reviews

★☆☆☆☆ 7/11/2016

I had a service call for an oven (Kenmore), the door would not open.  The service man said I need a new oven and that I could credit the charge of $84 towards a new one.  Based on this I purchased an oven $600 plus from Sears after the sales manager (unk name) agreed to give me credit.  Problem was I did not have a receipt on me, but he agreed to allow me to bring it in later.  One week later I met with a different supervisor, Danny.  He would not refund me the $84.00 and
made little effort to help me.  I felt I was scammed or this company has incompetent supervisors.  I will never shop here again and will tell all my hundreds of friends to do likewise.



**Tameka F.**
Citrus Heights, CA
0 friends
6 reviews
3 photos

★★★★★ 9/27/2017

Really enjoyed my experience while shopping there.
 Spencer was really knowledgeable and amazing customer service .



**Heidi H.**
Roseville, CA
228 friends
6 reviews
4 photos

12/17/2018 18-23538-shl Doc 1329-6 Filed 12/18/18 Entered 12/19/18 11:54:54 Roseville CA store complaints no. 2 Pg 4 of 8

Sears - CLOSED - 74 Reviews - Electronics - 1151 Galleria Blvd, Roseville, CA - Phone Number - Yelp

⭐ 6/6/2016

There's only one Star there because it requires you to put at least one for a review. Purchased an order online - they refuse to cancel the order - I assume. I have called 57 times today, nobody in the store picks up. TERRIBLE SERVICE! BUY AT YOUR OWN RISK. Be sure to have money on hand because a refund will take months!



**Paul F.**
Rocklin, CA
3 friends
6 reviews

⭐ 6/29/2016

Horrible customer service

Had a $160 pair of work boots for three months, a eye broke and Sears said too bad talk to the manufacturer .... Strictly enforced their 30 day return policy

No customer service at all

Other stores know how to take care of a customer



**T K.**
Colfax, CA
1 friend
45 reviews
4 photos

⭐ 1/4/2017

this store sucks! big time. will not exchange gift. I mean seriously how many times have you gotten a Christmas gift that you cannot use? I am not asking for cash!



**Tabby T.**
Antelope, CA
6 friends
29 reviews

⭐ 1/14/2016

OMG...where do I begin??? If I could rate this whole experience with NO stars I would.

Moving from the Bay Area to the Roseville area and still working in the Bay Area I strategically planned out my delivery for a washer and dryer and a refrigerator as I am still transitioning into my move here. It all started out with a visit to the Sears Appliance Department in the Roseville Galleria. I brought my sister along to help with decisions. We ended up choosing some very acceptable appliances. This was way back in perhaps September??? Bank-owned property I purchased was in a VERY long escrow. So delivery, of course, was on hold. In the interim, Hunter, my sales person talked me into a different model refrigerator than the one I had initially ordered saying 'it was the same price' as the smaller refrigerator I initially chose. Mind you, Hunter, had all the dimensions from the get go. So delivery day FINALLY arrives on January 16th. Since I was on my way, my sister was there to meet the delivery guys who, of course, do not work for Sears. Sister watching them from the window dawdle around the truck FINALLY get the washer and dryer up the stairs (condo second level). They had NO clue that it was upstairs nor were we ever asked about special delivery circumstances. So, I assumed (one should never assume) since the Sears delivery department is local that they would, of course, know that the address everything was being delivered to has over 200 units. Might add here that I ordered a pan kit to go under the washing machine (required for upper level units). NO PAN. They told my sister she had to go to Home Depot and go buy the pan kit but they do not install it...huh??? Who then will install the pan? Well, that was for us to figure out. This is only the beginning. The refrigerator that Hunter up-sold me (yes, up-sold as it was in all actuality $300.00 more than my original choice!). So delivery guys go back to the truck talking and dawdling. My sister goes down to the truck to inquire as to what was going on. The 2 guys said the refrigerator is SO big that a

12/17/2018　18-23538-shl　Sears - CLOSED - 74 Reviews - Electronics - 1901 Galleria Blvd, Roseville, CA - Phone Number - Yelp

Doc 1329-6　Filed 12/18/18　Entered 12/19/18 11:54:54　Roseville
CA store complaints_no. 2　Pg 5 of 8

4-man crew is needed to bring it upstairs and that I should be hearing from Sears in about 4 days...what the hell???  So my sister and I don't take well to them telling us what they are going to do and how we are going to be inconvenienced.  Long story short, I end up talking to the GM of the Roseville store after many calls to their 'Customer Care' 800 number...what a JOKE!   Kevin, very nice gentleman, arrives in the evening with a pan to go under the washing machine but still tells us that Sears does not do this...hmmm wonder why I purchased a pan kit from Sears to begin with.  There are so many bad things that happened in between this point, but I would have to right a book, so you can use your imagination and just fill in the blanks with the worst-case customer care scenarios you could ever think of.  So the refrigerator gets scheduled for re-delivery the very next day as I am only in the area for 2 days before going back to the Bay Area.  The refrigerator arrives on January 16th WITH A 2-MAN crew once again.  They tell us that the other delivery guys 'were too lazy to bring the refrigerator upstairs'...nice.  So these TWO guys bring it upstairs and the thing is AS BIG AS A SMALL AIRPLANE and is now more than a focal point in my tiny condo kitchen.  My sister flips out when she sees the horrifying appliance I was talked into.  So, what next...I decide to have my SMALL AIRPLANE of a refrigerator picked up and exchange it for my original choice.  OMG...Customer Care (ha, ha, ha) is in the Philippines and getting this across was almost near impossible.  So, I was instructed that another Sears person would call me in about 4 days to complete the pick-up and exchange...here's hoping.

Anyways, NEVER again Sears for ANYTHING!  So sad they are going down the retail tubes...no doubt.  WHAT A FREAKIN' NIGHTMARE...can you hear me screaming!


**Grace B.**
Sacramento, CA
288 friends
695 reviews
684 photos
Elite '18

 1/1/2013
1 check-in

Lots of sales.  I went into the luggage area and looked for something to hold my books and laptop.  I didnt know they were also back packs.  I got a quality Samsung back pack and it was sturdy, TSA approved and it was made for travel.  I figured it would be a great back pack to prepare me for my upcoming semester at school.  I found out I have eight textbooks for the semester and the thought of that makes me wonder.

I also went to the second floor at electronics and found a sale on headphones for 20.00.  Brand name is Nakamichi.  Im using it right now and it seems good quality.  Works pretty well.


**Brad M.**
Roseville, CA
0 friends
1 review

 2/11/2017

One star but if only I could give them no stars for the simple fact that sears doesn't return any items past 30 days even with a receipt. Got an item for a present and because it was over 30 days old they would not work with me on a return or store credit. I have been shopping there for years and never had a problem until now. Never will I step foot in a sears store again.


**Tilly M.**
Truckee, CA
258 friends
10 reviews
2 photos

Doc 1329-6   Filed 12/18/18   Entered 12/19/18 11:54:54   Roseville

⭐ 1/22/2016

BE WARNED!! BUYING appliances from SEARS! After a very short time 45 day purchase of KENMORE appliances that are VERY poorly constructed, SEARS will not honor an exchange! If I gave my customers service like this, I would not longer have a business.  I am real estate and need to order a full set of kitchen appliances.  I will NOT be ordering from SEARS.  Who has your back?  NOT SEARS CUSTOMER SERVICE !!!!



**Von Erick V.**
Sacramento, CA
299 friends
48 reviews
62 photos

⭐⭐ 6/29/2014

On all the days you're just passing through you get hounded by salesmen. On this day where I want to give them my money I get no help. A man named Mike asked if I needed help. I said yes and explain what I needed. He proceeded to help somebody else. After another 15 minutes of waiting I decide to just order online through my phone. 5 minutes later I got the confirmation and was able to pick up my order downstairs. I should have done that in the first place.

Death to all salesmen



**Nathan R.**
Antelope, CA
0 friends
1 review

⭐ 12/9/2016

Would give negative stars if i could, i have had by far the worst custom service ever. I purchased a fridge and it was not ready for pick up so we received free delivery and were told we had to wait 10 days then a manager "found" one we could get in 2 days! YAYYY. But nope 2 days later we get a call that the driver hit his 8 hour work limit and we had to wait to more day wish i didnt call out of work. New delivery date with a GUARENTEE of 8-12 in the morning, okay ill get a closing shift at work. Night before they call and delivery is scheduled for 4-6 at night due to where my house is located. And they say all they can do is push my delivery to a leter date and i can pay extra to have it when i want it. No compensation no help no anything i wish i had never bought the fridge!!!



**Z A.**
Yuba City, CA
0 friends
60 reviews
5 photos

⭐ 5/15/2014

On 5/10/14 we walked up to the register with 3 items and the cashier looked at the big cash register with a bit of a puzzled look and then grabbed an iPad to ring up the sale.  Problem was that seemed to really slow the process.

Rather than just scan each item and then slide our card he scanned one item, tapped on the screen several times then a few more times then back to the item and back to tapping on the screen.  from what I could see of the screen it looked like he was looking the items up on the sears.com site and adding them to the cart and had to select options once he got there.    The process repeated for all 3 items.  It just shouldn't take that long.  JCPenny has iPhones that they use for checkout that take seconds, not minutes.

Finally after what seemed like a long time it looked like we were getting close to completing the purchase and he looks up and asks "Are you a member of our shop your way rewards?"

All I wanted to do at that point was finish the transaction and get out of the store so I said "no thank you".   To which he responded with a new 'what are you stupid' look and tone to his voice and asked "What, you don't like saving money?"

Still trying to be polite and really just wanting to be done I simply said "I just don't have the time right now" looking at my watch and the exit to the store.   He again gave me the "You don't like saving money?" question with the stupid

look. He didn't proceed with the transaction, he just sat there apparently waiting for me to answer his question.

I just wanted to give the store money in exchange for merchandise and be on my way. I didn't want an argument. I didn't want attitude. I know they really like to push their rewards program but how about a little respect for the customer. Offer the program, point out a couple features but don't insult the customer and don't add more time to an already painfully slow checkout process.

At that point we left the merchandise and walked out of the store.

Sears has now dropped to the bottom of the list of stores to check when we need anything. I have no desire to go back into a Sears after being treated that way. I wish I had asked to speak to a manager in the hope that this wasn't really the way they were trained to push the rewards program. I wish I had gotten the cashiers name; all I remember is a tattoo on his arm that said "est" and then roman numerals.

Over the years we've bought all of our appliances, our TV our lawnmower etc from Sears and now anytime I think of Sears I think of this experience and it will no longer even be part of our loop when walking through the mall.



**Lauren F.**
Lincoln, CA
 48 friends
 10 reviews
1 photo

 10/5/2016

If I could leave no stars I would. So we are on our second refrigerator in the last two years. After over 20 house calls and maintenance runaround, we FINALLY got Sears to comply with letting us buy a new one. Now we are just over a year with our new refrigerator and our fridge has COMPLETELY stopped working. We have NO functioning refrigerator. We have had to throw out all of our food, and we can only claim $300 reimbursement, even though we had way more then that in our fridge. Now we are still getting the runaround trying to get this fixed. It has been 3 WEEKS without a functioning refrigerator. I am sick and tired of having to eat out everyday, which obviously has put us out well over $300 and it's been 3 WEEKS! I am beyond furious. Thanks for the worst customer service and the biggest joke. We will NEVER buy anything from Sears.



**Annett S.**
Lincoln, CA
 200 friends
61 reviews
13 photos

12/17/2018 18-23538-shl Sears - 1329-6 - 74 Reviews - Galleria Blvd, Roseville, CA store complaints no. 2 Pg 8 of 8

Doc 1329-6 Filed 12/18/18 Entered 12/19/18 11:54:54 Roseville CA store complaints - Exhibit 612, Roseville, CA # 1044 Numbers



1 check-in

7/12/2015

The merchandise pickup area lost half of our stainless steel appliances. They're still looking. The original person assigned to us was John then Richard. John scolded poor Richard for not being able to find the entire purchase. Customer Service poor in merchandising. Maybe it's hot in the warehouse. The reason we purchased our appliances here was because of the amazing Salesman Art in Appliances. He knows every appliance made and which one does what. Regardless if you're wanting to purchase an appliance at Sears or somewhere else. I highly recommend speaking with Art. We went to four different stores before choosing Sears.

Page 2 of 4     ‹ Previous   1  **2**  3  4   Next ›

12 other reviews that are not currently recommended ▾

**You Might Also Consider**

**About**
About Yelp
Careers
Press
Investor Relations
Content Guidelines
Terms of Service
Privacy Policy
Ad Choices

**Discover**
Costs
Collections
Talk
Events
The Local Yelp
Yelp Blog
Support
Yelp Mobile
Developers
RSS

**Yelp for Business Owners**
Claim your Business Page
Advertise on Yelp
Yelp Reservations
Yelp WiFi
Yelp Nowait
Business Success Stories
Business Support
Yelp Blog for Business Owners

**Languages**
English ▾

**Countries**
United States ▾

Site Map | Atlanta | Austin | Boston | Chicago | Dallas | Denver | Detroit | Honolulu | Houston | Los Angeles | Miami | Minneapolis | New York | Philadelphia | Portland | Sacramento | San Diego | San Francisco | San Jose | Seattle | Washington, DC | More Cities

Copyright © 2004–2018 Yelp Inc. Yelp, , and related marks are registered trademarks of Yelp.