**Find** tacos, cheap dinner, Max's     **Near** San Francisco, CA     Log In

- Restaurants
- Home Services
- Auto Services
- More
- Write a Review



🚫 **Yelpers report this location has closed.** Find a *similar spot*.

# Sears

★★☆☆☆ 74 reviews   Details

$$ · Electronics, Appliances, Furniture Stores   Edit

 

See all 4 photos

1191 Galleria Blvd
Roseville, CA 95678   ✎ Edit

Get Directions
(916) 787-7400
sears.com
Send to your Phone

Photo of Sears - Roseville, CA, United States by Jeremy T.

"He hooked us up **big time** and got us and out quickly." in 3 reviews

"Great service, the **sales man** actually knew what he was talking about and the price was great!" in 2 reviews

"Been Sears customer for years and still buy there 'Made in America tools" since they stand the **test** if time." in 3 reviews

## You Might Also Consider

## Ask the Community

Yelp users haven't asked any questions yet about **Sears**.

## Recommended Reviews for Sears

⚠ **Your trust is our top concern,** so businesses can't pay to alter or remove their reviews. *Learn more.* ✕

Search within the reviews   Sort by **Yelp Sort** ▾   Language **English (74)** ▾



Start your review of **Sears**.

| | |
|---|---|
| $$$$ | Price range **Moderate** |
| ✎ | **Edit business info** |

**Hours**

**More business info**

Accepts Credit Cards **Yes**
Accepts Apple Pay **No**
Accepts Google Pay **No**
Parking **Garage**
Bike Parking **Yes**

**Ron G.**
First to review

**From the business**

Please visit your local store at 1191 Galleria Blvd in Roseville for more details about values and deals! Sears for the past 100+ years has provided its customers with great …

*Learn more about Sears - CLOSED*

**You might also consider**

**Collections including Sears**

Westfield Galleria Mall in R…
By Ida H.



**Kathy R.**
Sacramento, CA
10 friends
63 reviews
3 photos

 11/4/2015

The prices are amazing, really cute styles that my picky daughter liked. Just one thing, the background "music" is horrendous. It was all we could do to stay in the store. Just a helpful hint Sears.

9 Places

More Collections

**Other places nearby**

Find more Appliances near Sears

Find more Electronics near Sears

Find more Furniture Stores near Sears

**Browse nearby**

 Restaurants

 Nightlife

 Shopping

 Show all

**Near Me**

Electronics Near Me

Furniture Stores Near Me

**Erica J.**
Roseville, CA
150 friends
20 reviews

 7/17/2013

If it was possible to give negative stars....now would be the time. I had horrible experiences with Sears Online. Purchased a lawnmower from them and discovered it was defective after I had already assembled it and was told I could return it at this store. Clerk hassled me and said it was not possible. Had to speak to a manager.

I also purchased a refrigerator online which could not be delivered for a month. While I was attempting to return my lawnmower I thought I would look at the refrigerator I ordered. I found the same refrigerator with an ice and water dispenser in the door for $100 cheaper. So I cancelled my online order and ordered the one in the store. EIGHTEEN days later I am still waiting for a credit on my account for the cancelled refrigerator.

Online customer service tells me the credit will be issued in just a few more days....their offline department is looking into the problem....while the refrigerator shows it is cancelled in our system we are not sure why the credit is not processing. This was their response every third day I called inquiring about the credit.

Needless to say I felt compelled to cancel the refrigerator I purchased in the store too. I turned around and bought the lawnmower and the refrigerator at Home Depot. By the way, Home Depot had the same price, no delivery fee, no premium delivery fee for a weekend and no haul away fee.

I will never buy another thing from Sears.



**Ramona Y.**
Sacramento, CA
73 friends
13 reviews
6 photos

⭐☆☆☆☆ 6/25/2016

Worst experience of my life. I went in to buy a new washer and dryer. They were delivered within a week. A few days later I kept getting an error code. I refused to get it repaired. Considering they cost me 1500$ there was no way I was getting something like that repaired when I owned them for a few days. I called sears multiple times , the tech on the phone literally told me I was doing laundry wrong... and got sooo frustrated with their repair center which asked me to wait a week to come out. Again I had the machines literally 2- 3 days at this point. I had called them to get picked up and returned. They came 3 days later. Took them and left. So about a month later I received my bill because I used my Sears credit card to purchase them and they only returned the dryer. The washer and all accessories were still charged. So I called Sears who told me would open an investigation and get back to me within 48 hours. 4 days later no call. I called them back they said the same thing. A week later no response I called again. Spoke with a manager who said she will ask the ware house to locate the washer. This process was a back and forth for 2 month!!!!! Meanwhile the credit card company was charging me late fees for not paying my bill. Why would I pay if I don't own them! Sooo finally one of the higher up managers stayed on the phone with me for almost an hour until everything was figured out and cleared. I still had to go in the store to get my refund back. But got a bill again with all the late fees still applied. I called the credit card company and they removed them instantly. Honestly the worst experience ever. I will never ever ever buy from them again!  I wish I knew this before I completely remodeled my kitchen with all Kenmore appliances. ( washer and dryer were Kenmore too) I will be shopping elsewhere from now on. This was definitely not worth 2 months of headache.



**Tina N.**
Folsom, CA
👥 0 friends
⭐ 5 reviews

⭐☆☆☆☆ 3/11/2017

I was a loyal customer for 30+ years. To be honest, I never had a problem with any of the items I purchase throughout the years. However, I am very disappointed with Sear's.  Their customer service and the quality of their products is in dire need of improvements. I no longer shop at any of the Sear's Stores. My problem started with a brand new Kenmore Elite front loader washer. After the 30 days warranty expired, wouldn't you know it, my washer was acting up. When the washer was in rinsing/spinning mode the washer would make this horrible banging noise. It sounded like the older washing machine when the belt was ready to go out. The washing machine front loader door didn't seem like it was closed correctly. I felt that it was going to burst open at any time. Several calls to Sear's and several maintenance calls later I now know that Sear's doesn't care about customer satisfaction and they certainly DO NOT stand behind the products they sell. The Technicians that came to my house (4 times) all know exactly what I was talking about, they seen and heard it for themselves. I even have several videos when it seemed worst at times. However, all the Technicians said, they didn't find anything wrong and no repairs was necessary since the washer was working fine. I have repeatedly asked for a replacement and every time I was told, if this happened before the 30 day warranty they could have granted my request. So now EVERYTIME I wash my clothes I am CONSTANTLY reminded that I made the wrong choice when spending my hard earned money on Sear's.



**Darin H.**
Roseville, CA
👥 0 friends
⭐ 5 reviews

⭐ 12/1/2012

**Buyer Beware**

worst customer service I have ever had. Bought a ping pong table from them and canceled the order a week prior to it arriving. Now a year later it is still on my bill. Roseville Sears agrees I never picked it up however they told me they charge my credit card anyways because they wanted to make sure I did not want it. After repeated messages I have left the store manager, he has yet to return my calls. I will now file a complaint with the BBB. I have also learned that this is a Sear policy that you are charged from the time you place the order and regardless of if you pick the order up or not Sears will leave it on your credit card. They must make millions of this criminal policy. Sounds lick it's time for a class action against Sears.



**Rebecca K.**
Roseville, CA
0 friends
13 reviews

⭐⭐⭐ 10/11/2015

I have memories of Sears from when I was a kid that paint this place as a one stop shop for everything you could need. Now it seems like it's a deserted town with nothing left of value. Every once in a while you can find a great deal on a floor model television or exercise bike, but that is few and far between. I'm hoping they can pump life back into this business.



**J M.**
Antelope, CA
27 friends
11 reviews

⭐ 1/15/2016

No stars for Sears large appliance customer service. DON'T BUY LARGE APPLIANCES FROM SEARS. You will be pulling your hair out.



**Mandalyn S.**
Roseville, CA
0 friends
3 reviews
3 photos

⭐ 3/9/2016

ZERO STARS FOR THIS BRANCH! Do not buy large appliances from them. You will seriously regret it. Within the same two months my mother-in-law and myself have had similarly bad experiences with repairs and warranty renewals on our dryers... bran new dryers!! They are not easy to get in touch with, they pass you from department to department, they are horrid! I purchased a protection package from them before scheduling a repair appointment for my dryer.. When the repair technician comes for the appointment, he repairs everything within twenty minutes and then gave me a bill.... I told him that the dryer was covered.. He couldn't find anything so I called Sears immediately. They told me that they couldn't see any kind of coverage for that product in their system. I told them that if I hadn't purchased the protection, I would never have made the appointment. They then told me that I had to call the credit card company for the card I used and confirm that it was processed... Low and behold.. It was!! But alas, they were still telling me that I had to fix the problem. They put me on hold, meanwhile the technician is still in my home waiting for this to be cleared up and is late for his appointments. He told me he couldn't bill me and I would either need to pay or get the warranty issue worked out. So after TWO HOURS on the phone and three people on the line at once, they give me a corporate number to call so that I can fax my credit card statement with the transaction to the corporate center. WTF? Then two minutes after I start telling them that I was pretty upset about this and that they needed to find another option, someone interrupts me and tells me that they have found receipt of my payment for the protection plan and that they couldn't see it because of

a system glitch and that it happens all the time... Needless to say, I've never been more disappointed with a company. They burdened me and my family. They set the technician back three hours and he traveled from Reno to fix my dryer in AUBURN. Outrageous.



**T G.**
Santa Cruz, CA
0 friends
14 reviews

★★★★★ 8/13/2016

We knew we should have gotten an appointment, but wanted to come anyhow. Gary was so nice and took us without an appointment. He hooked us up big time and got us and out quickly. We live out of town, so it was extra nice to get great customer service! We stayed in a hotel next door, so it was nice to drop off our car, shop and eat while our car was serviced! Thanks Gary, you made our day!



**Leslie D.**
Shingle Springs, CA
0 friends
35 reviews

★☆☆☆☆ 11/21/2014

Was in Sears in the Galleria this past week to buy a shed. It took over 45 minutes to complete the transaction. After the guy took my debit card and charged it he made a mistake and couldn't delete the transaction. When I asked him to place the charge back on my debit card he couldn't. IN THE 21ST CENTURY SEARS CANNOT PUT A PURCHASE BACK ON YOUR DEBIT CARD! He said if I wanted a refund I would have to wait 30 days.

I told him that that was unacceptable. He said that he would have to give me my purchase amount in cash (over $400) but he didn't have that much in his cash register. After calling his manager they had to raid other cash registers and pay me in cash and then I had to give him the money back so they could do the purchase all over. Unbelievable..........If I hadn't been with a friend I would have stormed out......I will never shop at Sears again and understand why they are about to go belly-up.



**Paul D.**
Antelope, CA
25 friends
52 reviews
19 photos

★★★★★ 12/1/2014

Un sung heroes of the appliances world. We bought a refrigerator and washer/dryer and had fantastic customer service. The delivery team was awesome and really made this a great experience for our family. Our home had smaller doors then most homes and they handled the situation like champs. Remember more people will review the negative, not the positive. I for one, will remember the positive.



**Genea P.**
Rocklin, CA
59 friends
133 reviews
3 photos

★★★☆☆ 11/14/2014
1 check-in

It's okay, I recommend only shopping in clearance only, otherwise above any other store of this type they're EXTREMELY overpriced. Use you're Rewards Card to get points which is essentially cash back to use on anything in store. BTW As a woman, I'm reviewing the non guy section.



**Food I.**
Roseville, CA
0 friends
13 reviews

★☆☆☆☆ 2/24/2016

Called sears to send out a tech to look at our Kenmore fridge.Got an over seas person with horrible English speaking skills.Then got a sales pitch 39.99 a month for twelve months would cover a 500 dollar max repair bill if needed.No thanks can you just send someone to look at the fridge. Second call still hard to understand what they were saying but managed to get an appointment,1-5pm. Ok take time off work and no show,no call.Call at 6pm,is anyone coming? Nope,no explanation,no sorry,just more broken English and gibberish.I can only imagine where I would be had I given them my card and purchased a service contract.Sears has really left much to be desired in the past,but now I don't even think I'll shop there any longer.


**Nicole S.**
Rocklin, CA
160 friends
87 reviews
145 photos

 5/3/2014
1 check-in

Their merchandise pick up is absolutely ridiculous! We ordered a three piece garage cabinet system back on April 6. It's now may 3 and they only have two of three items in. It was suppose to be here April 16. And in top of that they can't refund our money! Online it says out product had been shipped to the store and here they say it's not here. So we have to now go back online and cancel the order. They need a better system, and a better link to their distribution centers!


**Jenny K.**
Auburn, CA
20 friends
96 reviews
4 photos

 4/9/2016

i was really disappointed with this sears. i have brought an item online and have received the email and text notification that is was ready to pick up. when i got to the pick up site, the man came out and stated that they were all out of stock. he didn't even give me a min to say anything, he just left. i was really mad since i had to drive 35 miles to get to this sears.  i then went to the sears tool department and was so glad the manager actually took the effort to go to the back and look for my item. Good news, he found my item. then i had to go back to the pick up department and get my item. the same guy brag me the item and was very rude. Two stars for the manager who helped me.


**Al L.**
Folsom, CA
4 friends
74 reviews
26 photos

 7/26/2014

Don't ever expect to be able to reach anyone at this location by phone. This location almost never picks up their phone. This is especially important when you want to call to see if they have an item in stock. While other locations will answer and check stuff for you, I've never had any luck with this Sears location. When I finally just drive to this location and mention this to them, they just say, "Many of our locations don't even use phones anymore." Again, I never have an issue reaching a live person at the Sunrise Mall or Arden Fair Mall location, but this one just never picks up the phone.


**Nancy G.**
Rocklin, CA
5 friends
19 reviews

12/17/2018  18-23538-shl  Sears Closed - 74 Reviews - Electronics - 1901 Galleria Blvd, Roseville, CA - Phone Number - Roseville CA store complaints  no. 3  Pg 7 of 9

Doc 1329-7  Filed 12/18/18  Entered 12/19/18 11:54:54  Roseville

★★★★☆ 4/2/2015

Had a 50 gal. water heater that was 17 years old spring a leak at the bottom overnight. Called another well known company in my area. They charged me $79 to look at it and tell me I needed a new one. Dah! After a very lengthily hard core sales pitch on packages & warranties, I passed and called Sears. Told them what I needed and I needed a new one yesterday. Had a plumbing tech here within the time frame they quoted, half the price and even a follow-up call to make sure everything was still working okay. My only complaint is they lacked "clean up" technique!



**Marko P.**
Roseville, CA
0 friends
3 reviews

★☆☆☆☆ 12/11/2015

Let me share my today's experience.

Me and my 7,5 months pregnant wife just came back from the "Pick-up" department. Reason for being there - a sweet deal KitchenAid mixer we ordered online in November, by Black Friday price. Here is what happened.

Now issues with that order began, when system showed it was delivered 3rd of December to store, but we got no pick-up e-mail. So I contacted Sears online and they told ne "no problem", just get there, swipe your card and your mixer will be out in seconds. OK I said, let's do this.

Got there, swipe... Order in status "ordered". Hmm... By chance, a clerk was there, so I explain the situation. No problem, he finds the person that actually SIGNED the acceptance of my product. Good I think, this will speed things up. Boy was I wrong... After 1,5h (!!!!) of sitting and waiting, 3 different clerks and manager talking to us, we got the following - We are very sorry but your mixer is not here or anywhere in the store for that matter. I tried to keep it calm and my wife even more (remember, 7,5 months pregnant). So staff did what they did and in the end, we got a SOLUTION! Oh boy...

SOLUTION for SEARS is - well, we will flag the product as that you returned it, we give you your money back and off you go. Oh, of course, not to forget, you can make another order online, this time regular price and when product comes, you can take it. You can imagine my response. Huh? How did you imagine that? You make your problem my problem now? Where do you live, on Mars? Now to be fair, we were offered another mixer, but hey, I paid and ordered a RED one, so don't offer me black or silver, that nobody wants to take, as they are ugly. I will not look at it on my counter every day and go YEAH, that was a GREAT solution for SEARS f*** up. Me taking a unit which is ugly and I even PAID for it from my pocket... There is a sucker born every minute, but I was not in that queue... Of course, to top their solution was the little bit of information, that this mixer will not and cannot be ordered by them anymore. Really? And Target, Best Buy, QVC is having them on sale from where today?

But joke aside. Practice that SEARS showed is a clear ignorance and spit into the face of a customer. Solution to their problem is making it yours. In my case, canceling my order and sending me out, to buy mixer at MUCH HIGHER price. For what? Because SEARS cannot handle their business, I should pay? Honestly, considering time spent, nerves lost, money lost, I thanked them and left. We were already wasting time there like we actually have time to waste. Newsflash SEARS, you are the last place I want to waste my time in. I have a lot more important things to do in my life. This is last time they will do any business with me and it was also the first time. I guess I now know why I never bought anything from them before...

What I do have to honestly say is kudos to the clerks. Everybody was affraid I will bite their heads off (and I can tell you I was close couple of times), but they really did their best to try and help us in any way. If it was not for them, I

would probably already tear part of the store apart after 15min. Thank you to the manager K. for the efforts.

So that is it for today, hope tomorrow is a better one lined up for us "3". To SEARS - Thank you but NO THANK YOU!



**Ryan H.**
Fair Oaks, CA
25 friends
191 reviews
108 photos

 1/22/2014

1 check-in

My wife and I are expecting soon and we have been looking for a crib. We were online and found a good deal on the crib/combo deal that has the crib, dresser, changing table and a rocking chair. It said online that it was in stock at this Sears so we decided to drive over there and check it out. We arrived and found the set but we wanted to see if they had the rocking chair out so we could see all of it. The employee that helped us said it was all special order and not in stock. Basically online only. We asked if she could check for us. She was very rude and seemed like we were asking her to go way out of her way to help us. She also made it very clear that to get the online price it would have to be purchased online and shipped to us. Even though going online it says ready to be picked up from that store if we purchase. She finally looked into it and figured it was in fact all in stock. She then says we would have to order online though to get that price. We were fine with that and she used the store computer for us to purchase it on line. After several failed attempts on the store computer she said she could just give us the online price at the front counter. What a waste of time if the whole time she could have just taken care of it at her register.

We also asked her what mattress options there were and she said they were all boxed up and we just would need to know what we want. Pretty much pointless when they offer so many types. After paying for everything we decided to go up stairs and low and behold the rocking chair was sitting there in all its rocking glory!

In the end we were able to get the full set that we came there for and it looks great. Its just sad that we had to waste so much time with a rude employee that was to lazy to do her job. Customer service goes a long way.

We won't be back to this Sears location



**Diane C.**
Roseville, CA
33 friends
15 reviews
2 photos





5/13/2015

After a month of other appliance repair people, I finally called Sears. I was able to schedule my appointment on line and for the same day. The technician actually called me to let me know when he was on the way. They may not have been the cheapest, but my fridge is fixed finally.

Page 3 of 4    ‹ Previous   1   2   **3**   4   Next ›

12 other reviews that are not currently recommended ▾

## You Might Also Consider

### About
- About Yelp
- Careers
- Press
- Investor Relations
- Content Guidelines
- Terms of Service
- Privacy Policy
- Ad Choices

### Discover
- Costs
- Collections
- Talk
- Events
- The Local Yelp
- Yelp Blog
- Support
- Yelp Mobile
- Developers
- RSS

### Yelp for Business Owners
- Claim your Business Page
- Advertise on Yelp
- Yelp Reservations
- Yelp WiFi
- Yelp Nowait
- Business Success Stories
- Business Support
- Yelp Blog for Business Owners

### Languages
English ▾

### Countries
United States ▾

Site Map | Atlanta | Austin | Boston | Chicago | Dallas | Denver | Detroit | Honolulu | Houston | Los Angeles | Miami | Minneapolis | New York | Philadelphia | Portland | Sacramento | San Diego | San Francisco | San Jose | Seattle | Washington, DC | More Cities

Copyright © 2004–2018 Yelp Inc. Yelp, yelp, and related marks are registered trademarks of Yelp.