Find tacos, cheap dinner, Max's    Near San Francisco, CA    Log In

Restaurants    Home Services    Auto Services    More    Write a Review



Yelpers report this location has closed. Find a similar spot.

# Sears

74 reviews    Details

$$ • Electronics, Appliances, Furniture Stores    Edit

 

1191 Galleria Blvd
Roseville, CA 95678    Edit

Get Directions
(916) 787-7400
sears.com
Send to your Phone

See all 4 photos

Photo of Sears - Roseville, CA, United States by Jeremy T.

"He hooked us up **big time** and got us and out quickly." in 3 reviews

"Great service, the **sales man** actually knew what he was talking about and the price was great!" in 2 reviews

"Been Sears customer for years and still buy there 'Made in America tools" since they stand the **test** if time." in 3 reviews

$$$$  Price range  Moderate
Edit business info

## Hours

### More business info
Accepts Credit Cards  Yes
Accepts Apple Pay  No
Accepts Google Pay  No
Parking  Garage
Bike Parking  Yes

Ron G.
1  First to review

### From the business
Please visit your local store at 1191 Galleria Blvd in Roseville for more details about values and deals! Sears for the past 100+ years has provided its customers with great …

Learn more about Sears - CLOSED

## You Might Also Consider

## Ask the Community

Yelp users haven't asked any questions yet about **Sears**.

## Recommended Reviews for Sears

Your trust is our top concern, so businesses can't pay to alter or remove their reviews. Learn more.

Search within the reviews    Sort by Yelp Sort    Language English (74)

### You might also consider

### Collections including Sears

Westfield Galleria Mall in R…
By Ida H.

Start your review of **Sears**.




**Heather M.**
Citrus Heights, CA
3 friends
12 reviews
50 photos

5/21/2015

If I could give no stars I would. I will never shop at sears again after the experience I had. My sister and I had gone into the store Saturday the 9th. We wanted to get our mom a mother's day gift so we decided on a dishwasher since hers was broken. The guy that helped us was super friendly. So we picked out the dishwasher we thought she would love it was around 600 dollars plus we had to pay for delivery installing and removing of the old dishwasher so it came out to about 800 dollars. We paid 500 cash and rest on a card. So we start discussing what day we would like the delivery mind you it was Saturday the 9th he said would you like it Monday the 11th. Unfortunately we couldn't do that date because everyone was working. So we decided on Saturday the 16th. I gave him my number for them to call and they asked for another number to call in case they couldn't get a hold of me so my sister gave them hers. I get a call on Friday the 15th they left a message saying to call them back. I called them back after I got off of work and the business we closed. So saturday morning I try again and they are not open on saturday. I called sears and they said that the will not be able to deliver today. (On the day they were supposed to) I couldn't believe that they didn't give me any notice (they didnt even call my sister either) and my mother had been sitting at home all morning waiting for her new washer. So I'm on the phone with Sears trying to figure out what the hell is going on. The guy tells me they can deliver it on Thursday which does not work with our schedule. After being on the phone for an hour and being so upset I decided fuck this. I go into sears and tell one of their workers what was going on. He had the fucking nerve to just hand me another number and say call them on Monday and figure it out. What the fuck!!!!! I walk out I had to remove myself from the situation before I cussed them out. I called my sister told her I'm getting our money back I do not want to deal with these people. I got back in tell them I would like to return the dishwasher. They had no problem doing that. The manager comes over tells me she's getting my money. They didn't even offer to cut a deal of some sort with me like wave the delivery fee or take 10% off ( if they had done that they might have kept my business) I took my money and left. I went to RC Willey on monday picked out a dishwasher they gave me 10% off and they delivered it on Wednesday. Never again will I deal with Sears. Their customer service was disgusting. I will take my business elsewhere as I should have from the beginning



**Heather R.**
Roseville, CA
45 friends
26 reviews

 7/2/2013

Friendly service. I was helped by someone named Nina. Super nice and professional.



**Adam M.**
Roseville, CA
0 friends
5 reviews

9 Places

More Collections

**Other places nearby**

Find more Appliances near Sears

Find more Electronics near Sears

Find more Furniture Stores near Sears

**Browse nearby**

Restaurants

Nightlife

Shopping

Show all

**Near Me**

Electronics Near Me

Furniture Stores Near Me

12/17/2018    18-23538-shl    Sears - CLOSED - 74 Reviews - Electronics - 1311 Galleria Blvd, Roseville, CA - Phone Number - Yelp

Doc 1329-8    Filed 12/18/18    Entered 12/19/18 11:54:54    Roseville CA store complaints    no. 4    Pg 3 of 7

4/23/2014

Beware Sears customer service! I had a sears brand dryer stop working after 2 years of use and had a HORRIBLE time with their service department. Problem being, nobody could speak English clearly enough to understand.  Keep in mind this was the service dept in Roseville,  not service dept in another country.  At any rate, my wife called to send out a service man, the Indian's women broken English confirmed a service repair man would come out the next day,  but when I called to confirm our appt, they had no record or schdual for someone coming out to us. When we called back to complain, the Manager spoke broken English as well. I like Sears but they're service dept in 2014 is questionable.



**Ardalan A.**
San Francisco, CA
34 friends
41 reviews
1 photo

 6/30/2014

These people have some of the most friendly, helpful, and professional employees in the greater sacramento area I highly recommend them to everyone to shop there for sound valuable service and products.



**Jacquie C.**
Antelope, CA
0 friends
7 reviews
1 photo

 8/27/2014

Called customer service to order a refrigerator and was assured a delivery date of September 6th three times so I placed the order.  Then 30 minutes later I receive an email telling me it wouldn't be delivered until October 4th.  I called back to cancel the order that i just placed and they told me had to wait 3 to 5 business days to cancel.   Will never buy from them again!



**K. H.**
Auburn, CA
0 friends
4 reviews

10/10/2013 • Updated review

14 phone calls & 5 hours later and I still have not been able to talk to anyone in tools, merchandise pick up, or a manager! TERRIBLE STORE! I cannot find out if my items have even arrived for pick up. When I tried online chat as a last resort, no one can find any info on my order number (I have the receipt sitting in front of me) HORRIBLE STORE! I guess I should have known how bad they were when I went in there to buy my items and spent 25 mins. trying to find someone in tools to help me price a workbench. I was only forced to do this because the 5/5 pricing sheets on the work bench were missing.
  Finally used headquarters to get a hold of a manager. HQ and the manager were polite and apologetic

12/17/2018 18-23538-shl Sears - CLOSED - 74 Reviews - Electronics - 1191 Galleria Blvd, Roseville, CA - Phone Number - Roseville CA store complaints

Doc 1329-8 Filed 12/18/18 Entered 12/19/18 11:54:54 Roseville no. 4 Pg 4 of 7

10/15/2013 Previous review

14 phone calls later and I still have not been able to talk to anyone in tools, merchandise pick up,… Read more



**Torgerson B.**
Roseville, CA
0 friends
5 reviews

 11/11/2013

I recently purchased a refrigerator at sears. I was told it was in stock and would be delivered 11/11/13. I received a conformation the prior night and a window for delivery. I received a call from a person that clearly did not have a clue about what he was doing and was told the item was still at the manufacturers and it would be another 48 hours before I would be advised when they could re-schedule a delivery. This is after I was assured they had it in stock when I purchased it.
We had a Sears credit card for many years and closed it for their horrible service. I thought I would give them a chance again and boy was I wrong. I am not surprised that this company is in the media and not doing well. I would not recommend doing business with Sears especially if you have to order the product



**Francesca M.**
Roseville, CA
0 friends
8 reviews
3 photos

 4/18/2014

I'd bought a cook top from Home Depot and after 5 weeks, yes five, they finally showed up just to say it wouldn't fit and my granite needed cutting. Over the course of waiting for my cooktop I ordered the wall oven to match my cooktop. No, I did not go back to Home Depot but went to Sears! Wow! Great service, the sales man actually knew what he was talking about and the price was great! I'm never lucky to get the sale price on big stuff! That I heard was common at Sears! Good deals! My delivery and install was scheduled the next week. The guys came and saw the mess the mess Home Depot installer made and said don't worry .... We will do it right. They came back within days with the right tool and not only put in my oven but the elusive cook top from Home Depot too. They also installed a new new faucet in the kitchen which I happened to buy and was going to put in. The guys did a beautiful job! Quickly, cleanly and on time. I intend to shop at Sears for my appliances from now on and I'm going to call the installers (preferred electrical and plumbing) back to do other jobs for me!!! Nice job Sears! You did in one week what Home Depot didn't get done in 5!



**E K.**
Loomis, CA
 2 friends
 78 reviews
14 photos

⭐ 12/17/2018

Absolutely ridiculous.
A friend purchased a treadmill for us online. On the online order form there is a space to write in who is picking up if its not the person paying and she had written in my name. She said I'll send you the receipt and just take it in.... simple enough I thought. Brought in the printed receipt with my name on it and my drivers license.
Nope... its under someone elses name we can only release it to that person. - is what I was told. But on the receipt it says "Person Picking up: My Name" .
My friend calls in to someone... we go back in... should be good now?....
Manager comes out... "I'm still not comfortable releasing this to you, it's a safety issue" MY NAME IS ON THE RECEIPT that says who is picking up. WHY is this so hard? We spent Well over an hour at Sears getting this nonsense figured out.
Finally reluctantly they let me have it.
DON'T BUY THINGS ONLINE FROM SEARS if you and only you are not the one picking up.



**Michael H.**
Roseville, CA
0 friends
2 reviews

⭐ 8/9/2015

On Friday I purchased a new washer and dryer.  I got a new Sears card for the additional 5% off.  On Saturday I received and email from Sears to confirm delivery.   There was no dryer on the confirmation.  I went online, started a chat session, long story short, they told me to go back to the store.   Because I didn't order online they couldn't see everything.   Sunday I went back to Sears with all my paperwork.   A salesperson came up and asked "do you have a question".    I explained the situation and without looking at the paperwork, he said that "everything is fine - you will get the washer and dryer together.   Everything was rung up correctly".   When I questioned him further, he said "I don't know, I don't work on the computer.  If the dryer doesn't get delivered with the washer, I will refuse delivery.   I didn't bother with the 2nd problem.   My mailing address on the receipt had the wrong city listed.   Their computer pulls the city in from the zip code, which was correct.  Let's see if my new Sears card comes in the mail or not.



**L D.**
Roseville, CA
0 friends
8 reviews
2 photos

⭐ 7/24/2016 • 🔄 Updated review

wow! unfortunately Sears sucks!  it's really sad that after reading all these reviews the management team can't seem to fix it things.  I already wrote a Yelp review prior on my experience and was totally HOPING I could turn it around but deep in my mind I just KNEW I would be writing another negative one.  :(  so sad.  So, I ordered something online.  1/2 hour prior to the sale online deadline and I hit submit.   Up pops in big letters that my time has run out on ordering ... try again... my first thought (already thinking negative) ...... that Sears is trying NOT to give me the sale price..... WAIT it gets better..... So I resubmit and excited that I made the deadline for the sale item.  Then I checked my credit card statement and I was CHARGED TWICE!!!!  OMG!!!!  so the FIRST transmission says items out of stock and the SECOND states my order has been placed.  The item out of stock notice states to reply within 2 business days or this order will cancel and my cc will NOT be charged.  ok.  so I don't respond.  I get an email that states the order of the "out of stock" item is cancelled and to please allow 5-7 days for refund processing.  The email was sent to me on July 21 and my card gets charged on July 22nd.  Why the heck would they even charge my card if it hadn't been charged when I placed the stupid order?  Oh, and in case I didn't mention, I placed my order on July 19th and my card was NEVER charged for either order until July 22nd.  Oh it even gets better.... the ONE order that states they have the item IN STOCK won't even be ready for pickup until a WEEK LATER!  HUh?  it's not like I am asking for them to BUILD IT!  I guess you can say that Sears will unfortunately go under in the next few years if they don't get better at

customer service. Customer service is where its at and it DOES make a difference. Last item EVER to be purchased at sears. :(

⭐ 9/29/2015 • Previous review

It's very unfortunate that Sears Department Store is taking a hit for their Credit Card Department... Read more



**Kasey G.**
Roseville, CA
👥 0 friends
⭐ 5 reviews

 12/1/2013
✓ 1 check-in

Searched pretty much all of the mall for a certain pair of boots that was "in" last year. Found them at Sears. If I didn't need the boots so bad I would've just left. Rude, rude, rude employees. Checking out took forever! Wouldn't recommend shopping here during the holiday season.



**Ron G.**
Citrus Heights, CA
👥 4 friends
⭐ 65 reviews
📷 1 photo

 10/1/2009
① First to Review

I made the unfortunate decision to buy a central heat and air system from Sears last year and wanted to post my experience about repairs. While the system has worked well, it has been down for weeks while I experienced repair person after repair person come to my home, mis-diagnose the problem, order the wrong part while leaving me sitting in the heat. I have called many many times and have yet to talk to anyone with the ability or even an interest in solving this problem. Just today for example I called five times and ultimately was disconnected each time. Please dont make the same error I did and purchase anything from this company as they are unable to stand behind what they sell.



**Kelly H.**
Roseville, CA
👥 106 friends
⭐ 55 reviews
📷 19 photos

⭐ 2/25/2011

i have purchased from sears in past years, but this was the worst experience by far. i am a handy woman who knows her appliances, yet always likes a second opinion. i came in the store to purchase a new washer and dryer, preferably LG (front loader) which is around $3000. though i knew that this brand would meet my needs from research, the salesman proceeded to tell us that this brand would never meet my needs and that i shouldn't be looking at it. he told me this about every brand except samsung. if course the samsung was a larger purchase price.i did purchase the samsung (because it is a great brand) and after a little more deliberation and deeper research, i chose to change my purchase back to the LG and just wanted the difference credited to my card. they couldnt do that.. the entire transaction was voided and they re -ran my debit card as credit, freezing my savings, checking and credit card (all are linked together) because the bank now thinks its fraud. when my card was ran for the first time, they never discussed with me how returns work or exchanges, they just swiped my card when they wanted as many times as they wanted! my account has now been frozen for a week due to this fiasco. not only am i upset about this, but that sears has people working there who lie about every detail just to make a buck, i expect 98% of the truth, but when i tell the store about my needs that need to be met, and they counter with me that my research is wrong, i am truly skeptical. it seems that in home depot, best buy and lowes my research was accurate, confirming that i made the right choice to switch. yet, sears kept telling me, that they only have to the best price, and that my research was wrong about price matching as well. until i got management involved that was a dead end conversation with the sales

man because he lied about even looking to price match at other stores!!! what makes it worse, is that my washer had broken and flooded my downstairs, so now i have been without a washer for a week, wet flooring, an insurance claim, and now a frozen bank account. they sales rep and manager proceeded to tell me that i look young, and that "they know its harder for me to purchase things"... WOW. i am 29 years old, going on 30, am married, own my own home, have a college education and a career. i look young, yes i know, but that was completely uncalled for. i have purchased about 4 sets of washers/dryers in my life, so this isnt the first time...it just goes to show greedy americans, judging a book by its cover. so, after all of this, i go back to the store because i am determined to purchase the washer/dryer. one week later, the unit is now not available, and the sales guy wanted me to shop around for another unit to purchase through him!!! FORGET IT!!! i will NEVER give sears by business again.

Page 4 of 4    ← Previous    1  2  3  **4**

12 other reviews that are not currently recommended ▾

**You Might Also Consider**

**About**
About Yelp
Careers
Press
Investor Relations
Content Guidelines
Terms of Service
Privacy Policy
Ad Choices

**Discover**
Costs
Collections
Talk
Events
The Local Yelp
Yelp Blog
Support
Yelp Mobile
Developers
RSS

**Yelp for Business Owners**
Claim your Business Page
Advertise on Yelp
Yelp Reservations
Yelp WiFi
Yelp Nowait
Business Success Stories
Business Support
Yelp Blog for Business Owners

**Languages**
English ▾

**Countries**
United States ▾

Site Map  |  Atlanta  |  Austin  |  Boston  |  Chicago  |  Dallas  |  Denver  |  Detroit  |  Honolulu  |  Houston  |  Los Angeles  |  Miami  |  Minneapolis  |  New York  |  Philadelphia  |  Portland  |  Sacramento  |  San Diego  |  San Francisco  |  San Jose  |  Seattle  |  Washington, DC  |  More Cities

Copyright © 2004–2018 Yelp Inc. Yelp, ⚹, and related marks are registered trademarks of Yelp.