**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

In re:

SEARS HOLDINGS CORPORATION, *et al.*[1],

Debtors.

Chapter 11

Case No. 18-23538 (RDD)

(Jointly Administered)

## NOTICE OF APPEARANCE AND REQUEST OF SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that Binder & Malter LLP hereby appears in the above-captioned cases (the "Chapter 11 Cases") pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010(b) (the "Bankruptcy Rules") as counsel to Wilshire Investments, LLC (formerly known as Wilshire Business Center, a California General Partnership) and its managing member William J. Weiner, as creditor and landlord of K-Mart Store #7030 located in Kalispell, Montana, and requests, pursuant to Bankruptcy Rules 2002, 9007 and 9010 and 11 U.SC. § 342, that copies of all notices and pleadings given or filed in the above captioned case be given and served upon the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

Michael W. Malter
Julie H. Rome-Banks
BINDER & MALTER LLP
2775 Park Avenue
Santa Clara, California 95050
Telephone: (408) 295-1700
Facsimile: (408) 295-1531
Email:  michael@bindermalter.com
          julie@bindermalter.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the parties in interest (1) to have final orders in non-core matters entered only after de novo review by a United States District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to have documents served in accordance with Bankruptcy Rule 7004 and Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, or defenses, in law, in equity, or otherwise, all of which rights, claims, actions, and defenses, are expressly reserved.

Dated: December 19, 2018                    BINDER & MALTER, LLP

                                By:    /s/ Julie H. Rome-Banks
                                       Julie H. Rome-Banks (CA. ID #142364)
                                       Michael W. Malter (CA. ID #96533)
                                       Binder & Malter LLP
                                       2775 Park Avenue
                                       Santa Clara, California 95050
                                       Telephone: (408) 295-1700
                                       Facsimile: (408) 295-1531
                                       Email:  michael@bindermalter.com
                                                 julie@bindermalter.com

2

# CERTIFICATE OF SERVICE

I declare that:

I am employed in the County of Santa Clara, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 2775 Park Avenue, Santa Clara, California 95050. On December 19, 2018, I caused the following:

**NOTICE OF APPEARANCE AND REQUEST OF SERVICE OF DOCUMENTS**

to be on the interested parties in said case through the Court's CM/ECF electronic noticing system upon all parties who have requested or elected to receive electronic notice in this action.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Santa Clara, California on December 19, 2018.

/s/ Trang Do
Trang Do