DAVID MEEGAN
**MEEGAN, HANSCHU & KASSENBROCK**
11341 Gold Express Drive, Suite 110
Gold River, CA  95670
Telephone:  (916) 925-1800
Facsimile:  (916) 925-1265

Attorneys for Creditors Loki Investments, LLC,
Michael Rue, J. Terry Eager and Susan B. Eager,
as Co-Trustees of the J. Terry Eager Family
Trust-1995, and CEMR Properties

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**SEARS HOLDINGS CORPORATION,**<br>et al.,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Joint Administered) |

**ENTRY OF APPEARANCE AND REQUEST FOR
COPIES OF ALL PLEADINGS, NOTICES AND ORDERS**

Pursuant to the provisions of Bankruptcy Rule 2002(g), MEEGAN, HANSCHU & KASSENBROCK hereby requests that all matters which must be noticed to creditors, any creditors' committee and other parties in interest, whether sent by the court, the debtor, or any other party on this case, be sent to the undersigned, and that the following address be added to the court's master mailing list:

DAVID M. MEEGAN, ESQ.
MEEGAN, HANSCHU & KASSENBROCK
11341 Gold Express Drive, Suite 110
Gold River, CA  95670
Email: dmeegan@mhksacto.com

1

**MEEGAN, HANSCHU & KASSENBROCK**

DATED: December 18, 2018         /s/ *David M. Meegan*
**DAVID M. MEEGAN**
Attorneys for Creditors Loki Investments, LLC, Michael Rue, J. Terry Eager and Susan B. Eager, as Co-Trustees of the J. Terry Eager Family Trust-1995, and CEMR Properties

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing document was served by ECF electronic noticing on this 18th day of December, 2018, upon all counsel of record.

                                                    /s/ *David M. Meegan*