UNITED STATES BANKRUPTCY COURT
SOUTHERN  DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE:                                                             CHAPTER 13

   Ngozi Onuachu,                                          **NOTICE OF APPEARANCE**

                    Debtor.                                Case No.: 18-13974-cgm

------------------------------------------------------------X


   **PLEASE TAKE NOTICE,** Select Portfolio Servicing, Inc. as servicer for U.S. Bank

National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust

2007-AHL2, Asset-Backed Pass-Through Certificates, Series 2007-AHL2, Mortgage Pass-Through

Certificates, hereby appears in this action and the undersigned has been retained as attorneys and

demands that you serve all papers in this action upon the undersigned at the address stated below.

Dated: Williamsville, New York
          December 19, 2018

                              Frenkel, Lambert, Weiss, Weisman & Gordon,  LLP

                              By:   /s/ Michelle C. Marans
                              Michelle C. Marans, Esq.
                              53 Gibson Street
                              Bay Shore, New York 11706
                              (631) 969-3100
                              Our File No.:01-069355-B00

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

IN RE:                                                 CASE NO.: 18-13974-cgm

   Ngozi Onuachu,                                      CHAPTER 13

                  Debtor.            Judge: Cecelia G. Morris
-----------------------------------------------------------------x

### CERTIFICATE OF SERVICE

I, Paul Styslowsky, do certify that on December 19, 2018, I electronically filed the within Notice of Appearance in the above titled case with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following:

Glenn R. Meyers, Esq.
Attorney for the debtor
themeyerslawfirm@gmail.com

Chapter 13 Standing Trustee
Trustee
info@ch13kp.com

S/ Paul Styslowsky
Paul Styslowsky