Dennis D. Miller (Cal. Bar No. 138669)
**LUBIN OLSON & NIEWIADOMSKI LLP**
The Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, CA  94111
Tel:  (415) 981-0550
Fax: (415) 981-4343
Email:  dmiller@lubinolson.com

Attorneys for Creditor
Trinet Essential Facilities XXVII, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re:* | Chapter 11 |
| SEARS HOLDINGS CORPORATIONS[1], et al. | Case No. 18-23538 (RDD) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel for

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Trinet Essential Facilities XXVII, Inc. ("Trinet") requests that all notices given or required in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following, and that the following be added to the mailing matrix in this case:

Lubin Olson & Niewiadomski LLP<br>
The Transamerica Pyramid<br>
600 Montgomery Street, 14th Floor<br>
San Francisco, California 94111<br>
(415) 981-0550 (telephone)<br>
(415) 981-4343 (facsimile)<br>
dmiller@lubinolson.com<br>
Attn: Dennis D. Miller, Esq.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive Trinet's right to have final orders in non-core matters entered only after de novo review by a district judge; Trinet's right to have any orders entered in core matters when the Bankruptcy Court lacks authority only after de novo review by a district judge; Trinet's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; Trinet's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or any other rights, claims, actions, defenses, setoffs or recoupments to which Trinet is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Trinet expressly reserves.

3

Dated: December 19, 2018 LUBIN OLSON & NIEWIADOMSKI LLP

By: */s/ Dennis D. Miller*
Dennis D. Miller, Cal. Bar No. 138669
The Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, CA  94111
Tel:  (415) 981-0550
Fax: (415) 981-4343
Email:  dmiller@lubinolson.com

ATTORNEYS FOR CREDITOR
Trinet Essential Facilities XXVII, Inc.

## **CERTIFICATE OF SERVICE**

I Dennis Miller do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, has been served upon the parties listed on the Court's ECF transmission list in this case via ECF e-notice, fax or U.S. mail, on this 19th day of December, 2018.

                                                                                                   /s/ Dennis D. Miller
                                                                                                       ATTORNEY