Hearing Date and Time: December 20, 2018 at 10:00 a.m. (Eastern Time)

Joseph N. Froehlich
Locke Lord LLP
Brookfield Place
200 Vesey Street, 20th Floor
New York, New York 10281
(212) 415-8600
jfroehlich@lockelord.com
-and-
W. Steven Bryant *(pro hac vice motion to be filed)*
Locke Lord LLP
600 Congress Avenue, Ste. 2200
Austin, Texas 78701
(512) 305-4726
sbryant@lockelord.com
*Counsel for Cardtronics USA, Inc.*

UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors.[1] | Jointly Administered |

**NOTICE OF WITHDRAWAL OF LIMITED RESPONSE OF CARDTRONICS USA, INC. TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE SALE OF CERTAIN REAL PROPERTY, (II) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES IN CONNECTION THEREWITH, AND (III) GRANTING RELATED RELIEF**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Cardtronics USA, Inc. ("Cardtronics"), by and through its attorneys Locke Lord LLP, hereby withdraws, without prejudice, Cardtronics' *Limited Response* [D.I. 1228] (the "Response") filed on December 14, 2018 to the *Motion of Debtors for Entry of an Order (I) Approving the Sale of Certain Real Property, (II) Authorizing the Assumption and Assignment of Certain Unexpired Lease in Connection Therewith, and (III) Granting Related Relief* [D.I. 938] (the "Motion") filed by the Debtors in the above-styled, jointly administered bankruptcy cases (the "Bankruptcy Cases").

Dated: December 19, 2018  
      New York, New York

Respectfully Submitted,

By: */s/ Joseph N. Froehlich*  
Joseph N. Froehlich  
Locke Lord LLP  
Brookfield Place  
200 Vesey Street, 20th Floor  
New York, New York 10281  
(212) 415-8600  
jfroehlich@lockelord.com

-and-

W. Steven Bryant *(pro hac vice motion to be filed)*  
Locke Lord LLP  
600 Congress Avenue, Ste. 2200  
Austin, Texas 78701  
(512) 305-4726  
sbryant@lockelord.com  
*Counsel for Cardtronics USA, Inc.*

## CERTIFICATE OF SERVICE

 I hereby certify that a true and correct copy of the foregoing *Withdrawal* was served via ECF upon all parties registered to receive service via ECF in these Bankruptcy Cases on this 19th day of December, 2018.

            */s/ Joseph N. Froehlich*
            Joseph N. Froehlich