**ROPES & GRAY LLP**
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
James M. Wilton (*admitted pro hac vice*)
Patricia I. Chen (*admitted pro hac vice*)

*Attorneys for Cross Country Home Services, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
In re                                                                     :    Chapter 11
                                                                              :
**SEARS HOLDINGS CORPORATION,** *et al.,*[1]  :    Case No. 18-23538 (RDD)
                                                                              :
                    **Debtors.**                                   :    (Jointly Administered)
----------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF CROSS COUNTRY HOME SERVICES, INC. TO DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING ENTRY INTO ADMINISTRATION AGREEMENT

Cross Country Home Services, Inc. ("CCHS") hereby withdraws its *Limited Objection to Debtors' Motion for Entry of an Order Authorizing Entry into Administration Agreement*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[Docket No. 1200].

Dated: December 20, 2018
       Boston, Massachusetts

                                        */s/ James M. Wilton*
                                 James M. Wilton (*admitted pro hac vice*)
                                 Patricia I. Chen (*admitted pro hac vice*)
                                 ROPES & GRAY LLP
                                 Prudential Tower, 800 Boylston Street
                                 Boston, MA 02199-3600
                                 Telephone: (617) 951-7000
                                 Facsimile: (617) 951-7050
                                 james.wilton@ropesgray.com
                                 patricia.chen@ropesgray.com