# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEARS HOLDING CORPORATION, et al.,[1] | ) Case No. 18-23538 (RDD) |
| | ) |
| Debtors. | ) Jointly Administered |

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Joseph E. Sarachek, Esq. of The Sarachek Law Firm hereby enters this Notice of Appearance pursuant to Sections 342 and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel for Helen Andrews Inc. in the above-captioned matter. The undersigned requests that the Clerk of this Court add counsel's name and address to the master list of creditors and any official service list for purposes of receiving notices and pleadings, including pursuant to Bankruptcy Rules 2002, 3017 and 9007, and request

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SRC Sparrow 1 LLC (None); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); SRC Sparrow 2 LLC (None); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); SRC O.P. LLC (None); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); SRC Facilities LLC (None); and SRC Real Estate (TX), LLC (None). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.
.

that the Clerk, its agent, and all other parties to this case deliver all such notices and pleadings, as follows:

> Joseph E. Sarachek, Esq.
> The Sarachek Law Firm
> 101 Park Avenue, 27th Floor
> New York, NY  10178
> Telephone: (646) 517-5420
> Facsimile: (646) 861-4950
> Email: joe@sarachaeklawfirm.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rule 3017(a), this request also constitutes a request in writing for copies of any disclosure statements or plans of reorganization filed in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notices nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive any (i) rights to have final orders in non-core matters (or core matters as to which such grant of core status by Congress violates the Constitution) entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related thereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Helen Andrews Inc. is or may be entitled under

agreements, in law, or, in equity, all of which rights, claims, actions, defenses setoffs, and recoupments are expressly reserved.

Dated: December 20, 2018
      New York, New York

Respectfully Submitted,
**THE SARACHEK LAW FIRM**
*/s/ Joseph E. Sarachek*
Joseph E. Sarachek (NY Bar No. 2163228)
The Sarachek Law Firm
101 Park Avenue, 27th Floor
New York, NY 10178
Telephone: (646) 517-5420
Facsimile: (646) 861-4950
Email: joe@saracheklawfirm.com

## **CERTIFICATE OF SERVICE**

    I certify that, on November 7, 2018, a true and correct copy of the foregoing Notice of Appearance and Request for Notices and Service of All Other Papers was served via ECF upon all parties who receive service via ECF.

                                                 */s/ Joseph E. Sarachek*
                                                 Joseph E. Sarachek