December 19, 2018

United Stated Bankruptcy Court

Southern District of New York

Attn: Judge Drain (rdd.chambers@nysb.uscourts.gov)

White Plains Division

300 Quarropas Street

White Plains, NY 10601

RE: Request to Withdrawal Motion and Claims Against Petitioner Without Prejudice
(Case No. 18-23588- Sears Holdings Corporation, et al.)

Your Honor:

I have been able to receive advice on my claim from a California Bankruptcy Attorney, who has explained the process and limitations of my rights in a bankruptcy proceedings as an "unsecure creditor".

Please be advised that I wish to withdrawal my claim and motion against the Petition "without prejudice" effective immediately.

I would also like you to advise the Petitioner and their legal representatives not mail me or deliver to me any further documents or notices regarding their legal actions.

Sincerely,


Alex Carey, Creditor/Claimant


Cc/Weil, Gotshal & Manges LLP