**Requested Hearing Date and Time: February 14, 2019 at 10:00 a.m. (Eastern Time)**
**Requested Objection Date and Time: February 7, 2019 (Eastern Time)**

FERRAIUOLI LLC
390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001
Email: scolon@ferraiuoli.com
Email: gchico@ferraiuoli.com

Counsel for *Santa Rosa Mall, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF HEARING ON MOTION FOR ENTRY OF ORDER FOR THE DEBTOR TO: (i) DISCLOSE STATUS OF INSURANCE CLAIM; (ii) DEPOSIT ANY INSURANCE PROCEED INTO SEPARATE ACCOUNT TO BE USED EXCLUSIVELY TO REPAIR THE INSURED DEMISED PREMISES; AND (iii) ALTERNATIVELY, FIND THE AUTOMATIC STAY INAPPLICABLE TO THE INSURANCE PROCEEDS**
(Related document: Docket No. 1240)

**PLEASE TAKE NOTICE** that on December 14, 2018, Santa Rosa Mall, LLC ("Santa Rosa

Mall"), filed a *Motion for the Debtor to (i) Disclose Status of Insurance Claim; (ii) Deposit Any Insurance*

*Proceed into Separate Account to be Used Exclusively to Repair the Insured Demised Premises; and (iii)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC(6546); Sears Operations LLC(4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

*Alternatively, Find the Automatic Stay Inapplicable to the Insurance Proceeds* (the "Motion", Docket No.

1240).

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion will be held before

the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the

Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, on February 14,

2019 at 10:00 a.m. (Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (each, an "Objection")

be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules

for the Southern District of New York, shall be filed with the Bankruptcy Court (i) by attorneys practicing

in the Bankruptcy Court, including attorneys admitted pro hac vice, electronically in accordance with

General Order M399 (which can be found at www.nysb.uscourts.gov), and (ii) by all other parties in

interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered

directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General

Order M-399, to the extent applicable, and shall be served in accordance with the Amended Order

Implementing Certain Notice and Case Management Procedures (Docket No. 405), entered on November

1, 2018, so as to be filed and received no later than seven (7) days prior to the Hearing, on February 7, 2019

(the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with

respect to the Motion, Santa Rosa Mall may, on or after the Objection Deadline, submit to the Court an

order substantially in the form attached to the Motion, which orders the Court may enter without further

notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the

hearing, and failure to appear may result in relief being granted upon default.

[Signatures in the next page]

Respectfully submitted.
Orlando, Florida.
Dated: December 20, 2018.

**Ferraiuoli** LLC

390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Phone: (407) 982-7310
Fax: (787) 766-7001

-and-

221 Ponce de León Avenue
5th Floor, San Juan, PR 00917
Telephone: (407) 982-7310
Facsimile: (787) 766-7001

*/s/ Sonia E. Colon Colon*
Sonia E. Colón Colón
*Admitted Pro Hac Vice*
USDC-PR No. 213809
scolon@ferraiuoli.com

*/s/ Gustavo A. Chico-Barris*
Gustavo A. Chico-Barris
USDC-PR No. 224205
*Admission to SDNY pending*
gchico@ferraiuoli.com

Attorneys for
*Santa Rosa Mall, LLC*