**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| SEARS HOLDINGS CORPORATION, | : |  |
| *et al.*, | : | Case No. 18-23538 (RDD) |
|  | : |  |
| Debtors. [1] | : | (Jointly Administered) |
|  | : |  |

## DECLARATION OF SERVICE

Anna McDermott certifies, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Debevoise & Plimpton LLP, the attorneys for SL Agent, LLC.

2.      On the 20th day of December 2018, I caused the *Limited Objection of SL Agent, LLC to the Debtors' Motion for Entry of an Order (I) Approving the Sale of Certain Real Property, (II) Authorizing the Assumption and Assignment of Certain Unexpired Leases in Connection Therewith, and (III) Granting Related Relief* [Docket No. 1357] to be served upon the list of parties in the attached Exhibit A in the service mode as set forth therein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 20, 2018             */s/ Anna McDermott*
                                                                    Anna McDermott

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SRC Sparrow 1 LLC (None); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); SRC Sparrow 2 LLC (None); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); SRC O.P. LLC (None); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); SRC Facilities LLC (None); and SRC Real Estate (TX), LLC (None). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**EXHIBIT A**

| Company | Name | Address | | City | State | Zip | Email | Service Mode |
|---|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner | One Bryant Park | | New York | NY | 10036 | idizengoff@akingump.com pdublin@akingump.com aqureshi@akingump.com sbrauner@akingump.com | Email |
| Aldine Independent School District | Attn: Pamela H. Walters, Johnetta Lang | 2520 W.W. Thorne Drive | | Houston | TX | 77073 | bnkatty@aldineisd.org | Email |
| Aldridge Pite, LLP | Attn: Jenelle C. Arnold | 4375 Jutland Drive, Suite 200 | P.O. Box 17933 | San Diego | CA | 92177-0933 | jarnold@aldridgepite.com | Email |
| Alston & Bird LLP | Attn: James J. Vincequerra | 90 Park Avenue | | New York | NY | 10016-1387 | James.Vincequerra@alston.com | Email |
| Alston & Bird LLP | Attn: Leib M. Lerner | 333 South Hope Street | 16th Floor | Los Angeles | CA | 90071 | leib.lerner@alston.com | Email |
| Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Esq. | 365 Rifle Camp Road | | Woodland Park | NJ | 07424 | ajd@ansellgrimm.com | Email |
| Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Joshua S. Bauchner | 365 Rifle Camp Road | | Woodland Park | NJ | 07424 | ajd@ansellgrimm.com | Email |
| Archer & Greiner, P.C. | Attn: Allen G. Kadish, Lance A. Schildkraut | 630 Third Avenue | | New York | NY | 10017 | akadish@archerlaw.com lschildkraut@archerlaw.com | Email |
| Arnold & Porter Kaye Scholer LLP | Attn: Brian J. Lohan, Esq., Ginger Clements, Esq. | 70 West Madison Street | Suite 4200 | Chicago | IL | 60602 | brian.lohan@arnoldporter.com ginger.clements@arnoldporter.com | Email |
| Ashford – Schael LLC | Attn: Courtney A. Schael, Esq. | 100 Quimby Street | Suite 1 | Westfield | NJ | 07090 | CSchael@AshfordNJLaw.com | Email |
| ASK LLP | Attn: Edward E. Neiger, Jennifer A. Christian | 151 West 46th Street | 4th Floor | New York | NY | 10036 | eneiger@askllp.com jchristian@askllp.com | Email |
| AT&T Services Legal Department | Attn: James W. Grudus, Esq. | One AT&T Way | Room 3A115 | Bedminster | NJ | 07921 | Jg5786@att.com | Email |
| Austin Enterprises, LP. | Attn: Magdalena Cuellar | 5108 E. Clinton Way | Ste. 109 | Fresno | CA | 93727 | mcuellar45@austinenterpriseslp.com | Email |
| Baker & Hostetler LLP | Attn: Eric R. Goodman | Key Tower | 127 Public Square, Suite 2000 | Cleveland | OH | 44114 | egoodman@bakerlaw.com | Email |
| Baker & Hostetler LLP | Attn: Ferve Khan | 45 Rockefeller Plaza | | New York | NY | 10111 | fkhan@bakerlaw.com | Email |
| Ballard Spahr LLP | Attn: David L. Pollack | 52nd Floor - Mellon Bank Center | 1735 Market Street | Philadelphia | PA | 19103 | pollack@ballardspahr.com | Email |
| Ballard Spahr LLP | Attn: Dustin P. Branch | 2029 Century Park East | Suite 800 | Los Angeles | CA | 90067-2909 | branchd@ballardspahr.com | Email |
| Ballard Spahr LLP | Attn: Leslie C. Heilman, Matthew G. Summers | 919 N. Market Street | 11th Floor | Wilmington | DE | 19801 | heilmanl@ballardspahr.com summersm@ballardspahr.com | Email |
| Ballard Spahr LLP | Attn: Paul E. Harner, Alyssa E. Kutner | 1675 Broadway | 19th Floor | New York | NY | 10019-5820 | harnerp@ballardspahr.com kutnera@ballardspahr.com | Email |
| Barclay Damon LLP | Attn: Kevin M. Newman | Barclay Damon Tower | 125 East Jefferson Street | Syracuse | NY | 13202 | knewman@barclaydamon.com | Email |
| Bayard, P.A. | Attn: Evan T. Miller | 600 N. King Street | Suite 400 | Wilmington | DE | 19801 | emiller@bayardlaw.com | Email |
| Beard & Savory, PLLC | Attn: Russell W. Savory | 119 South Main Street | Suite 500 | Memphis | TN | 38103 | russ@bsavory.com | Email |
| Bell Nunnally & Martin LLP | Attn: Russell W. Mills, R. Kent Love | 2323 Ross Avenue | Suite 1900 | Dallas | TX | 75201 | rmills@bellnunnally.com klove@bellnunnally.com | Email |
| Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Michael J. Barrie, Kevin M. Capuzzi | 222 Delaware Avenue | Suite 801 | Wilmington | DE | 19801 | mbarrie@beneschlaw.com kcapuzzi@beneschlaw.com | Email |
| Benesch, Friedlander, Coplan & Aronoff LLP | Attn: William E. Schonberg, Esq. | 200 Public Square | Suite 2300 | Cleveland | OH | 44114 | wschonberg@beneschlaw.com | Email |
| Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab, Thomas M. Gaa | 633 Menlo Ave. | Suite 100 | Menlo Park | CA | 94025 | Tgaa@bbslaw.com | Email |
| Blank Rome LLP | Attn: Jeffrey Rhodes | 1825 Eye Street NW | | Washington | DC | 20006 | JRhodes@BlankRome.com | Email |
| Blank Rome LLP | Attn: Stanley B. Tarr, Evan J. Zucker | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 | Tarr@BlankRome.com EZucker@BlankRome.com | Email |
| Borges & Associates, LLC | Attn: Wanda Borges, Esq., Sue L. Chin, Esq. | 575 Underhill Blvd. | Suite 118 | Syosset | NY | 11791 | bankruptcy@borgeslawllc.com wborges@borgeslawllc.com schin@borgeslawllc.com | Email |
| Brach Eichler LLC | Attn: Anthony M. Rainone | 101 Eisenhower Parkway | | Roseland | NJ | 07068-1067 | arainone@bracheichler.com | Email |

**EXHIBIT A**

| Company | Name | Address | | City | State | Zip | Email | Service Mode |
|---|---|---|---|---|---|---|---|---|
| Brookfield Property REIT Inc. | Attn: Kristen N. Pate | 350 N. Orleans St. | Suite 300 | Chicago | IL | 60654-1607 | | First Class Mail |
| Brown & Connery, LLP | Attn: Julie F. Montgomery, Esq. | 6 North Broad Street | Suite 100 | Woodbury | NJ | 08096 | jmontgomery@brownconnery.com | Email |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | 55 Second Street | 17th Floor | San Francisco | CA | 94105-3493 | schristianson@buchalter.com | Email |
| Cafaro Management Company | Attn: Richard T. Davis | 5577 Youngstown-Warren Rd. | | Niles | OH | 44446 | rdavis@cafarocompany.com | Email |
| Cahill Gordon & Reindel LLP | Attn: Joel H. Levitin, Richard A. Stieglitz Jr. | Eighty Pine Street | | New York | NY | 10005 | jlevitin@cahill.com rstieglitz@cahill.com | Email |
| Carmody MacDonald P.C. | Attn: Sarah J. Klebolt, Esq. | 120 South Central Avenue | Ste. 1800 | St. Louis | MO | 63105 | sjk@carmodymacdonald.com | Email |
| Carter Conboy Case Blackmore Maloney & Laird, P.C. | Attn: Michael J. Catalfimo, Esq., John R. Canney, IV, Esq. | 20 Corporate Woods Blvd. | Suite 500 | Albany | NY | 12211 | mcatalfimo@carterconboy.com | Email |
| Carter Ledyard & Milburn LLP | Attn: James Gadsden, Esq. | 2 Wall Street | | New York | NY | 10005 | gadsden@clm.com bankruptcy@clm.com Dennis.roemlein@bnymellon.com | Email |
| Certilman Balin Adler & Hyman, LLP | Attn: Richard J. McCord, Esq., Robert D. Nosek, Esq. | 90 Merrick Avenue | | East Meadow | NY | 11554 | rmccord@certilmanbalin.com rnosek@certilmanbalin.com | Email |
| Chambers of Honorable Robert D. Drain | Sears Chambers Copy | US Bankruptcy Court SDNY | 300 Quarropas Street, Room 248 | White Plains | NY | 10601 | | First Class Mail |
| Chapman and Cutler LLP | Attn: Laura E. Appleby, Steven Wilamowsky | 1270 Avenue of the Americas | | New York | NY | 10020 | appleby@chapman.com wilamowsky@chapman.com | Email |
| Chiesa Shahinian & Giantomasi PC | Attn: Beth J. Rotenberg, Scott A. Zuber | One Boland Drive | | West Orange | NJ | 07052 | brotenberg@csglaw.com szuber@csglaw.com | Email |
| Choate, Hall & Stewart LLP | Attn: Kevin J. Simard, Jonathan D. Marshall | Two International Place | | Boston | MA | 02110 | ksimard@choate.com jmarshall@choate.com | Email |
| Choi & Park, LLC | Attn: Hyun Suk Choi, Chull S. Park | 11 Broadway | Suite 615 | New York | NY | 10004 | hchoi@choiandpark.com cpark@choiandpark.com lkleist@choiandpark.com | Email |
| Chuhak & Tecson, P.C. | Attn: Miriam R. Stein | 30 South Wacker Drive | Suite 2600 | Chicago | IL | 60606 | mstein@chuhak.com | Email |
| CKR Law LLP | Attn: Edward L. Schnitzer, Gilbert R. Saydah Jr. | 1330 Avenue of the Americas | 14th Floor | New York | NY | 10019 | eschnitzer@ckrlaw.com gsaydah@ckrlaw.com | Email |
| Clark Hill Strasburger | Attn: Duane J. Brescia | 720 Brazos | Suite 700 | Austin | TX | 78701 | duane.brescia@clarkhillstrasburger.com | Email |
| Clark Hill, PLC | Attn: David M. Blau | 151 S. Old Woodward Ave. | Ste. 200 | Birmingham | MI | 48009 | dblau@clarkhill.com | Email |
| Cleary, Gottlieb, Steen & Hamilton LLP | Attn: Sean A. O'Neal, James L. Bromley, Andrew Weaver, Rahul Mukhi, Jennifer Kennedy Park | One Liberty Plaza | | New York | NY | 10006 | soneal@cgsh.com jbromley@cgsh.com aweaver@cgsh.com rmukhi@cgsh.com jkpark@cgsh.com | Email |
| Cohen, Weiss and Simon LLP | Attn: Richard M. Seltzer, Melissa S. Woods | 900 Third Avenue | 21st Floor | New York | NY | 10022-4869 | rseltzer@cwsny.com | Email |
| Computershare Trust Company, N.A. | Attn: Michael A. Smith, Vice President – Corporate Trust | 2950 Express Drive South, Suite 210 | | Islandia | NY | 11749 | Michael.smith2@computershare.com | Email |
| Connolly Gallagher LLP | Attn: Karen C. Bifferato, Kelly M. Conlan, N. Christopher Griffiths | The Brandywine Building | 1000 West Street, Suite 1400 | Wilmington | DE | 19801 | kbifferato@connollygallagher.com kconlan@connollygallagher.com cgriffiths@connollygallagher.com | Email |
| Cooley LLP | Attn: Seth Van Aalten, Sarah Carnes | 1114 Avenue of the Americas | | New York | NY | 10036 | svanaalten@cooley.com scarnes@cooley.com | Email |
| Covington & Burling LLP | Attn: Dianne Coffino, R. Alexander Clark | The New York Times Building | 620 Eighth Avenue | New York | NY | 10018 | dcoffino@cov.com aclark@cov.com | Email |
| Cozen O'Connor | Attn: Marl E. Felger | 1201 N. Market Street | Suite 1001 | Wilmington | DE | 19801 | mfelger@cozen.com | Email |

<u>EXHIBIT A</u>

| Company | Name | Address | | City | State | Zip | Email | Service Mode |
|---|---|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro | Worldwide Plaza | 825 Eighth Avenue | New York | NY | 10019 | pzumbro@cravath.com | Email |
| Dahan & Nowick LLP | Attn: David R. Taxin, Esq. | 123 Main Street | 9th Floor | White Plains | NY | 10601 | davidtaxin@dahannowick.com | Email |
| Davidoff Hutcher & Citron LLP | Attn: David H. Wander, Esq. | 605 Third Avenue | | New York | NY | 10158 | dhw@dhclegal.com | Email |
| Davis Polk & Wardwell LLP | Attn: Marshall S. Huebner, Esq, Eli J. Vonnegut, Esq. | 450 Lexington Avenue | | New York | NY | 10017 | marshall.huebner@davispolk.com<br>eli.vonnegut@davispolk.com<br>sears.service@davispolk.com | Email |
| Debevoise & Plimpton LLP | Attn: Erica S. Weisgerber, My Chi To | 919 Third Avenue | | New York | NY | 10022 | mcto@debevoise.com<br>eweisgerber@debevoise.com | Email |
| DFS Services, LLC | Attn: Beth J. Solomon | 2500 Lake Cook Road | | Riverwoods | IL | 60015 | bethsolomon@discover.com | Email |
| Duane Morris LLP | Attn: Lawrence J. Kotler, Wendy M. Simkulak | 1540 Broadway | | New York | NY | 10036-4086 | LJKotler@duanemorris.com<br>WMSimkulak@duanemorris.com | Email |
| Duane Morris LLP | Attn: Wendy M. Simkulak, Esquire & Catherine B. Heitzenrater, Esquire | 30 South 17th Street | | Philadelphia | PA | 19103 | WMSimkulak@duanemorris.com<br>Cheitzenrater@duanemorris.com | Email |
| Eiseman Levine Lehrhaupt & Kakoyiannis, P.C. | Attn: Laurence May, Esq. | 805 Third Avenue | 10th Floor | New York | NY | 10022 | lmay@eisemanlevine.com | Email |
| Environmental Protection Agency | Attn: Matthew Leopold, General Counsel | Office of General Counsel 2310A | 1200 Pennsylvania Ave NW, 2310A | Washington | DC | 20460 | Leopold.matt@Epa.gov | Email |
| Epicor Software Corporation | Attn: Larry Bercovich | Senior Legal Counsel | 4120 Dublin Blvd., Suite 300 | Dublin | CA | 94568 | lbercovich@epicor.com | Email |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Attn: Paul J. Pascuzzi | 400 Capitol Mall | Suite 1750 | Sacramento | CA | 95814 | ppascuzzi@ffwplaw.com | Email |
| FisherBroyles, LLP | Attn: Mark E. Wilson | 203 North LaSalle Street | Suite 2100 | Chicago | IL | 60601 | mark.wilson@fisherbroyles.com | Email |
| FisherBroyles, LLP | Attn: Patricia B. Fugée | 27100 Oakmead Drive | #306 | Perrysburg | OH | 43553 | patricia.fugee@fisherbroyles.com | Email |
| Foley & Lardner LLP | Attn: Derek L. Wright | 90 Park Ave. | | New York | NY | 10016 | dlwright@foley.com | Email |
| Foley & Lardner LLP | Attn: Michael Small | 321 N. Clark Street | Suite 2800 | Chicago | IL | 60654 | msmall@foley.com | Email |
| Fox Rothschild LLP | Attn: Allen J. Guon, Esq. | 321 N. Clark Street | Suite 800 | Chicago | IL | 60654 | aguon@foxrothschild.com | Email |
| Fox Rothschild LLP | Attn: Paul J. Labov | 101 Park Avenue | Suite 1700 | New York | NY | 10017 | plabov@foxrothschild.com | Email |
| Fox Rothschild LLP | Attn: Thomas M. Horan | 919 North Market Street | Suite 300 | Wilmington | DE | 19899-2323 | thoran@foxrothschild.com | Email |
| Fox Rothschild, LLP | Attn: Mark E. Hall, Michael R. Herz | 49 Market Street | | Morristown | NJ | 07960 | mhall@foxrothschild.com<br>mherz@foxrothschild.com | Email |
| Fox Swibel Levin & Carroll LLP | Attn: N. Neville Reid | 200 West Madison Street | Suite 3000 | Chicago | IL | 60606 | nreid@foxswibel.com | Email |
| FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinman | 325 North LaSalle Street | Suite 625 | Chicago | IL | 60654 | jfrank@fgllp.com<br>jkleinman@fgllp.com | Email |
| Freeborn & Peters LLP | Attn: Devon J. Eggert, Esq. | 311 South Wacker Drive | Suite 3000 | Chicago | IL | 60606 | deggert@freeborn.com | Email |
| Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Brad Eric Scheler, Scott B. Luftglass, Peter B. Siroka | One New York Plaza | | New York | NY | 10004 | brad.eric.scheler@friedfrank.com<br>scott.luftglass@friedfrank.com<br>peter.siroka@friedfrank.com | Email |
| Frost Brown Todd LLC | Attn: Edward M. King | 400 W Market St | Suite 3200 | Louisville | KY | 40202 | tking@fbtlaw.com | Email |
| Frost Brown Todd LLC | Attn: Ronald E. Gold & AJ Webb | 3300 Great American Tower | 301 East Fourth Street | Cincinnati | OH | 45202 | rgold@fbtlaw.com<br>awebb@fbtlaw.com | Email |
| Fultz Maddox Dickens PLC | Attn: Phillip A. Martin, Laura M. Brymer | 101 South Fifth Street | 27th Floor | Louisville | KY | 40202 | pmartin@fmdlegal.com<br>lbrymer@fmdlegal.com | Email |
| Gellert Scali Busenkell & Brown LLC | Attn: Gary F. Seitz | 8 Penn Center | 1628 John F. Kennedy Blvd, Suite 1901 | Philadelphia | PA | 19103 | gseitz@gsbblaw.com | Email |
| Gensburg Calandriello & Kanter, P.C. | Attn: Matthew T. Gensburg | 200 West Adams Street | Suite 2425 | Chicago | IL | 60606 | mgensburg@gcklegal.com | Email |
| Gibbons P.C. | Attn: Brett S. Theisen, Natasha M. Songonuga | One Pennsylvania Plaza | 37th Floor | New York | NY | 10119-3701 | btheisen@gibbonslaw.com<br>nsongonuga@gibbonslaw.com | Email |
| Gibbons P.C. | Attn: Howard A. Cohen | 300 Delaware Avenue | Suite 1015 | Wilmington | DE | 19801-1671 | hcohen@gibbonslaw.com | Email |

**EXHIBIT A**

| Company | Name | Address | | City | State | Zip | Email | Service Mode |
|---|---|---|---|---|---|---|---|---|
| Godfrey & Kahn, S.C. | Attn: Timothy F. Nixon | One East Main Street | Suite 500 | Madison | WI | 53703 | tnixon@gklaw.com | Email |
| Golenbock Eiseman Assor Bell & Peskoe LLP | Attn: Jonathan L. Flaxer, Esq., Michael S. Weinstein, Esq. | 711 Third Avenue | | New York | NY | 10017 | jflaxer@golenbock.com<br>mweinstein@golenbock.com | Email |
| Goodwin Procter LLP | Attn: Barry Z. Bazian | The New York Times Building | 620 Eighth Avenue | New York | NY | 10018 | gfox@goodwinlaw.com<br>bbazian@goodwinlaw.com | Email |
| Goulston & Storrs PC | Attn: Douglas B. Rosner | 400 Atlantic Avenue | | Boston | MA | 02110-3333 | drosner@goulstonstorrs.com | Email |
| Goulston & Storrs PC | Attn: Trevor R. Hoffmann | 885 Third Avenue | 18th Floor | New York | NY | 10022 | thoffmann@goulstonstorrs.com | Email |
| Greer, Herz & Adams, LLP | Attn: Frederick Black, Tara B. Annweiler, Marc D. Young | One Moody Plaza | 18th Floor | Galveston | TX | 77550 | tannweiler@greerherz.com | Email |
| Hahn & Hessen LLP | Attn: Janine M. Figueiredo, Esq. | 488 Madison Avenue | 15th Floor | New York | NY | 10022 | jfigueiredo@hahnhessen.com | Email |
| Halperin Battaglia Benzija, LLP | Attn: Alan D. Halperin, Esq., Ligee Gu, Esq. | 40 Wall Street | 37th Floor | New York | NY | 10005 | ahalperin@halperinlaw.net<br>lgu@halperinlaw.net | Email |
| Halperin Battaglia Benzija, LLP | Attn: Donna H. Lieberman, Esq. | 40 Wall Street | 37th Floor | New York | NY | 10005 | dlieberman@halperinlaw.net | Email |
| Hanesbrands Inc | Attn: Joia Johnson, Chief Administrative Officer and General Counsel | 1000 East Hanes Mill Road | | Winston Salem | NC | 27105 | joia.johnson@hanes.com<br>howard.upchurch@hanes.com | Email |
| Harris Beach PLLC | Attn: Kevin Tompsett, Esq. | 99 Garnsey Road | | Pittsford | NY | 14534 | ktompsett@harrisbeach.com | Email |
| Herrick, Feinstein LLP | Attn: Stephen B. Selbst | 2 Park Avenue | | New York | NY | 10016 | sselbst@herrick.com | Email |
| Higgs Fletcher & Mack LLP | Attn: Martin A. Eliopulos, Esq. | 401 West A Street | Suite 2600 | San Diego | CA | 92101 | elio@higgslaw.com | Email |
| Holland & Knight LLP | Attn: Attn: Arthur E. Rosenberg, Esq., Marc L. Antonecchia, Esq. | 31 West 52nd Street | | New York | NY | 10019 | arthur.rosenberg@hklaw.com<br>Marc.Antonecchia@hklaw.com | Email |
| Holland & Knight LLP | Attn: Barbra R. Parlin | 31 West 52nd Street | | New York | NY | 10019 | barbra.parlin@hklaw.com<br>elvin.ramos@hklaw.com | Email |
| Holland & Knight LLP | Attn: Jose A. Casal, Esq., Joaquin J. Alemany, Esq. | 701 Brickell Avenue | Suite 3300 | Miami | FL | 33131 | jose.casal@hklaw.com<br>jjalemany@hklaw.com | Email |
| Honigman Miller Schwartz and Cohn LLP | Attn: Lawrence A. Lichtman | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | llichtman@honigman.com | Email |
| Hunton Andrews Kurth LLP | Attn: Brett L. Gross, Michael S. Legge | 200 Park Avenue | | New York | NY | 10166 | bgross@HuntonAK.com<br>mlegge@huntonak.com | Email |
| Hunton Andrews Kurth LLP | Attn: Gregory G. Hesse | 1445 Ross Avenue | Suite 3700 | Dallas | TX | 75202 | ghesse@huntonak.com | Email |
| Husch Blackwell LLP | Attn: Caleb T. Holzaepfel | 736 Georgia Avenue | Suite 300 | Chattanooga | TN | 37402 | caleb.holzaepfel@huschblackwell.com | Email |
| Husch Blackwell LLP | Attn: Lynn H. Butler | 111 Congress Avenue | Suite 1400 | Austin | TX | 78701 | lynn.butler@huschblackwell.com | Email |
| Ice Miller LLP | Attn: Daniel R. Swetnam | 250 West Street, Suite 700 | | Columbus | OH | 43215 | Daniel.Swetnam@icemiller.com | Email |
| Imperial County Treasurer- Tax Collector | Attn: Karen Vogel, Treasurer-Tax Collector | 940 West Main Street | Suite 106 | El Centro | CA | 92243 | taxcollector@co.imperial.ca.us | Email |
| Impremedia Operating Company, LLC | Attn: Carol Rodas | 915 Wilshire Blvd | Suite 800 | Los Angeles | CA | 90017 | carol.rodas@impremedia.com | Email |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market Street | | Philadelphia | PA | 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| Iron Mountain Information Management, LLC | Attn: Joseph Corrigan | One Federal Street | | Boston | MA | 02110 | Bankruptcy2@ironmountain.com | Email |
| Judith Elkin PLLC | Attn: Judith Elkin | 23 Malysana Lane | | New Rochelle | NY | 10805 | elkinj@mac.com | Email |
| Kelley Drye & Warren LLP | Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq. | 101 Park Avenue | | New York | NY | 10178 | KDWBankruptcyDepartment@KelleyDrye.com<br>bfeder@kelleydrye.com | First Class Mail |
| Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Sean C. Southard, Lauren C. Kiss | 200 West 41st Street | 17th Floor | New York | NY | 10036-7203 | ssouthard@klestadt.com<br>lkiss@klestadt.com | Email |
| Kurtzman \| Steady, LLC | Attn: Jeffrey Kurtzman | 401 S. 2nd Street | Suite 200 | Philadelphia | PA | 19147 | kurtzman@kurtzmansteady.com | Email |
| Langley & Banack, Incorporated | Attn: David S. Gragg | Trinity Plaza II, Ninth Floor | 745 E. Mulberry, Suite 900 | San Antonio | TX | 78212 | dgragg@langleybanack.com | Email |

**EXHIBIT A**

| Company | Name | Address | | City | State | Zip | Email | Service Mode |
|---|---|---|---|---|---|---|---|---|
| Lasky Fifarek, P.C. | Attn: John R. Fifarek, Esq. | 120 N. Washington Square | Ste. 625 | Lansing | MI | 48933 | jfifarek@laskyfifarek.com | Email |
| Lasser Hochman, L.L.C. | Attn: Richard L. Zucker | 75 Eisenhower Parkway | | Roseland | NJ | 07068 | rzucker@lasserhochman.com | Email |
| Latham & Watkins LLP | Attn: Marc A. Zelina | 885 Third Avenue | | New York | NY | 10022 | marc.zelina@lw.com | Email |
| Latham & Watkins LLP | Attn: Peter M. Gilhuly, Ted A. Dillman | 355 South Grand Ave | Ste. 100 | Los Angeles | CA | 90071-1560 | peter.gilhuly@lw.com ted.dillman@lw.com | Email |
| Law Office of Gilbert A. Lazarus, PLLC. | Attn: Gilbert A. Lazarus | 92-12 68th Avenue | | Forest Hills | NY | 11375 | gillazarus@gmail.com | Email |
| Law Office of Kevin S. Neiman, PC | Attn: Kevin S. Neiman | 999 18th Street | Suite 1230 S | Denver | CO | 80202 | kevin@ksnpc.com | Email |
| Law Office of William P. Fennell, APLC | Attn: William P. Fennell | 401 West A Street | Suite 1800 | San Diego | CA | 92101 | william.fennell@fennelllaw.com luralene.schultz@fennelllaw.com office@fennelllaw.com | Email |
| Law Offices of Charles A. Gruen | 381 Broadway | Suite 300 | | Westwood | NJ | 07675 | cgruen@gruenlaw.com | Email |
| Law Offices of Douglas T. Tabachnik, P.C. | Attn: Douglas T. Tabachnik, Esq. | 63 West Main Street | Suite C | Freehold | NJ | 07728 | dtabachnik@dttlaw.com | Email |
| Law Offices of Penny R. Stark | Attn: Penny R. Stark | 9861 Sunrise Lakes Boulevard | Suite 308 | Fort Lauderdale | FL | 33322 | pstarkesq@gmail.com | Email |
| Lazarus & Lazarus, P.C. | Attn: Harlan M. Lazarus | 240 Madison Avenue | 8th Floor | New York | NY | 10016 | hlazarus@lazarusandlazarus.com harlan.lazarus@gmail.com | Email |
| LeClairRyan, PLLC | Attn: Ilan Markus and Niclas A. Ferland | 545 Long Wharf Drive | 9th Floor | New Haven | CT | 06511 | ilan.markus@leclairryan.com niclas.ferland@leclairryan.com andrew.cole@leclairryan.com | Email |
| Linebarger Goggan Blair & Sampson, LLP | Attn: David G. Aelvoet | 711 Navarro Street | Ste 300 | San Antonio | TX | 78205 | sanantonio.bankruptcy@publicans.com | Email |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Diane Wade Sanders | P.O. Box 17428 | | Austin | TX | 78760 | | First Class Mail |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75027 | dallas.bankruptcy@publicans.com | Email |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | houston_bankruptcy@publicans.com | Email |
| Linowes and Blocher LLP | Attn: John T. Farnum, Esq. | 7200 Wisconsin Avenue | Suite 800 | Bethesda | MD | 20814 | jfarnum@linowes-law.com | Email |
| Lippes Mathias Wexler Friedman LLP | Attn: John A. Mueller | 50 Fountain Plaza | Suite 1700 | Buffalo | NY | 14202-2216 | jmueller@lippes.com | Email |
| Locke Lord LLP | Attn: Brian A. Raynor, Aaron C. Smith, David W. Wirt | 111 South Wacker Drive | | Chicago | IL | 60606 | braynor@lockelord.com asmith@lockelord.com dwirt@lockelord.com | Email |
| Locke Lord LLP | Attn: Ira S. Green | 200 Vesey Street | | New York | NY | 10281 | ira.greene@lockelord.com | Email |
| Locke Lord LLP | Attn: Joseph N. Froehlich | Brookfield Place | 200 Vesey Street, 20th Floor | New York | NY | 10281 | jfroehlich@lockelord.com | Email |
| Locke Lord LLP | Attn: W. Steven Bryant | 600 Congress Avenue | Ste. 2200 | Austin | TX | 78701 | sbryant@lockelord.com | Email |
| Lowenstein Sandler LLP | Attn: Bruce Buechler | One Lowenstein Drive | | Roseland | NJ | 07068 | bbuechler@lowenstein.com | Email |
| Lowenstein Sandler LLP | Attn: Bruce S. Nathan, Esq., Eric S. Chafetz, Esq. | 1251 Avenue of the Americas | | New York | NY | 10020 | echafetz@lowenstein.com bnathan@lowenstein.com | Email |
| McCreary, Veselka, Bragg & Allen, P.C. | Attn: Lee Gordon, Tara LeDay | P. O. Box 1269 | | Round Rock | TX | 78680 | tleday@mvbalaw.com | Email |
| McGlinchey Stafford, PLLC | Attn: Brian S. McGrath, Kristen D. Romano | 112 West 34th Street | Suite 1515 | New York | NY | 10120 | bmcgrath@mcglinchey.com kromano@mcglinchey.com | Email |
| McGlinchey Stafford, PLLC | Attn: Mark J. Chaney, Esq., Richard A. Aguilar, Esq., Rudy J. Cerone, Esq. | 601 Poydras Street | 12th Floor | New Orleans | LA | 70130 | mchaney@mcglinchey.com raguilar@mcglinchey.com rcerone@mcglinchey.com | Email |
| McKool Smith, P.C. | Attn: H. Jeffrey Schwartz | One Bryant Park | 47th Floor | New York | NY | 10036 | hjschwartz@mckoolsmith.com | Email |
| Meister Seelig & Fein LLP | Attn: Christopher J. Major | 125 Park Avenue | 7th Floor | New York | NY | 10017 | cjm@msf-law.com | Email |
| Meyers, Rodvell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | 6801 Kenilworth Avenue | Suite 400 | Riverdale | MD | 20737-1385 | nkenworthy@mrrlaw.net | Email |

**EXHIBIT A**

| Company | Name | Address | | City | State | Zip | Email | Service Mode |
|---|---|---|---|---|---|---|---|---|
| Milbank, Tweed, Hadley & McCloy LLP | Attn: Craig M. Price | 28 Liberty Street | | New York | NY | 10005-1413 | cprice@milbank.com | Email |
| Milbank, Tweed, Hadley & McCloy LLP | Attn: Robert J. Liubicic | 2029 Century Park East | 33rd Floor | Los Angeles | CA | 90067 | RLiubicic@milbank.com | Email |
| Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther, Special Assistant Attorney General | 301 W. High Street, Room 670 | P.O. Box 475 | Jefferson City | MO | 65105-0475 | sdnyecf@dor.mo.gov | Email |
| Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. | Attn: Stan D. Smith | 425 West Capitol Avenue | Suite 1800 | Little Rock | AR | 72201-3525 | ssmith@mwlaw.com | Email |
| Montee & Associates | Attn: Kevin P. Montee, Esq. | 1250-I Newell Ave. | Suite 149 | Walnut Creek | CA | 94596 | | First Class Mail |
| Morgan, Lewis & Bockius LLP | Attn: Laura McCarthy | One Federal Street | 32nd Fl | Boston | MA | 02110-1726 | laura.mccarthy@morganlewis.com | Email |
| Morgan, Lewis & Bockius LLP | Attn: Neil E. Herman | 101 Park Avenue | | New York | NY | 10178-0600 | neil.herman@morganlewis.com | Email |
| Morris James LLP | Attn: Stephen M. Miller | 500 Delaware Avenue, Suite 1500 | P.O. Box 2306 | Wilmington | DE | 19899-2306 | smiller@morrisjames.com | Email |
| Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller, Joseph C. Barsalona II | 1201 North Market Street | P.O. Box 1347 | Wilmington | DE | 19899 | cmiller@mnat.com jbarsalona@mnat.com | Email |
| Morrison & Foerster LLP | Attn: Jennifer L. Marines, Benjamin W. Butterfield | 250 West 55th Street | | New York | NY | 10019 | jmarines@mofo.com bbutterfield@mofo.com | Email |
| Morrison Cohen LLP | Attn: Joseph T. Moldovan, Robert K. Dakis | 909 Third Avenue | | New York | NY | 10022 | bankruptcy@morrisoncohen.com | Email |
| MRO Attorneys at Law, LLC | Attn: Myrna L. Ruiz-Olmo, Esq. | PO Box 367819 | | San Juan | PR | 00936-7819 | mro@prbankruptcy.com | Email |
| Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | 500 N. Akard Street | Suite 3800 | Dallas | TX | 75201-6659 | dperry@munsch.com | Email |
| National Association of Attorneys General | Attn: Karen Cordry | 1850 M St., NW | 12th Floor | Washington | DC | 20036 | kcordry@naag.org | Email |
| Nelson Mullins Riley & Scarborough LLP | Attn: Jody A. Bedenbaugh | 1320 Main Street, 17th Floor | Post Office Box 11070 (29211) | Columbia | SC | 29201 | jody.bedenbaugh@nelsonmullins.com | Email |
| Nelson Mullins Riley & Scarborough LLP | Attn: Shane G. Ramsey | 280 Park Avenue | 15th Floor West | New York | NY | 10017 | shane.ramsey@nelsonmullins.com | Email |
| New York State Department of Taxation and Finance | Attn: Enid Nagler Stuart; Assistant Attorney General | Special Bankruptcy Counsel, Office of the New York State Attorney General | 28th Liberty Street, 17th Floor | New York | NY | 10005 | enid.stuart@ag.ny.gov | Email |
| Nixon Peabody, LLP | Attn: Daniel W. Sklar, Esquire | 900 Elm Street | | Manchester | NH | 03101 | dsklar@nixonpeabody.com | Email |
| Norton Rose Fulbright US LLP | Attn: Bob B. Bruner | 1301 McKinney | Suite 5100 | Houston | TX | 77010 | bob.bruner@nortonrosefulbright.com | Email |
| Norton Rose Fulbright US LLP | Attn: David A. Rosenzweig | 1301 Avenue of the Americas | | New York | NY | 10019 | david.rosenzweig@nortonrosefulbright.com | Email |
| Norton Rose Fulbright US LLP | Attn: Howard Seife, Esq., & Christy Rivera, Esq. | 1301 Avenue of the Americas | | New York | NY | 10019-6022 | howard.seife@nortonrosefulbright.com christy.rivera@nortonrosefulbright.com | Email |
| Norton Rose Fulbright US LLP | Attn: Stephen Castro, David A. Rosenzweig | 1301 Avenue of the Americas | | New York | NY | 10019 | stephen.castro@nortonrosefulbright.com david.rosenzweig@nortonrosefulbright.com | Email |
| Office of Attorney General | Attn: Carol E. Momjian, Josh Shapiro | The Phoenix Building | 1600 Arch Street, Suite 300 | Philadelphia | PA | 19103 | cmomjian@attorneygeneral.gov | Email |
| Office of the Texas Attorney General | Attn: Rachel R. Obaldo, Assistant Attorney General | Bankruptcy & Collections Division MC 008 | P.O. Box 12548 | Austin | TX | 78711-2548 | rachel.obaldo@oag.texas.gov | Email |
| Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey | 201 Varick St. | Ste. 1006 | New York | NY | 10014 | richard.morrissey@usdoj.gov paul.schwartzberg@usdoj.gov | Email & First Class Mail |
| Offit Kurman, P.A. | Attn: Albena Petrakov, Esq. | 10 East 40th Street | | New York | NY | 10016 | apetrakov@offitkurman.com | Email |
| Offit Kurman, P.A. | Attn: Stephen A. Metz, Esq. | 4800 Montgomery Lane | 9th Floor | Bethesda | MD | 20814 | smetz@offitkurman.com | Email |

**EXHIBIT A**

| Company | Name | Address | | City | State | Zip | Email | Service Mode |
|---|---|---|---|---|---|---|---|---|
| OKeefe & Associates Law Corporation, P.C. | Attn: Sean A. O'Keefe | 130 Newport Center Drive | Suite 140 | Newport Beach | CA | 92660 | sokeefe@okeefelc.com | Email |
| Paco (China) Garment Ltd | Attn: Lily Wang | No 9 Yueyang Road, Building B | | Qingdao | Shandong, China | 266000 | lily@pacogarment.com | Email |
| Parker Poe Adams & Bernstein LLP | Attn: Kiah T. Ford IV | 401 South Tryon Street | Suite 3000 | Charlotte | NC | 28202 | chipford@parkerpoe.com | Email |
| Paul Hastings LLP | Attn: Leslie A. Plaskon, Esq., Andrew V. Tenzer, Esq., Shlomo Maza, Esq. | 200 Park Avenue | | New York | NY | 10166 | leslieplaskon@paulhastings.com andrewtenzer@paulhastings.com shlomomaza@paulhastings.com | Email |
| Pepper Hamilton LLP | Attn: Henry Jaffe, Kenneth A. Listwak | Hercules Plaza, Suite 5100 | 1313 N. Market Street | Wilmington | DE | 19899-1709 | jaffeh@pepperlaw.com listwakk@pepperlaw.com | Email |
| Perdue Brandon Fielder Collins and Mott, LLP | Attn: Eboney Cobb, Esq. | 500 East Border Street | Suite 640 | Arlington | TX | 76010 | ecobb@pbfcm.com | Email |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Ebony Cobb | 500 E. Border Street | Suite 640 | Arlington | TX | 76010 | ecobb@pbfcm.com | Email |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | P.O. Box 817 | | Lubbock | TX | 79408 | lmbkr@pbfcm.com | Email |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik | 1235 North Loop West | Suite 600 | Houston | TX | 77008 | osonik@pbfcm.com | Email |
| Pick & Zabicki LLP | Attn: Douglas J. Pick | 369 Lexington Avenue | 12th Floor | New York | NY | 10017 | dpick@picklaw.net | Email |
| Pierce McCoy, PLLC | Attn: Jonathan A. Grasso | 85 Broad Street | Suite 17-063 | New York | NY | 10004 | jon@piercemccoy.com | Email |
| Price Meese Shulman & D'Arminio, P.C. | Attn: Rick A. Steinberg | 50 Tice Boulevard | Suite 380 | Woodcliff Lake | NJ | 07677 | rsteinberg@pricemeese.com | Email |
| Prime Clerk LLC | Attn: Herb Baer, Richard M. Allen | 830 3rd Avenue | 9th Floor | New York | NY | 10022 | searsteam@primeclerk.com serviceqa@primeclerk.com | Email |
| Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy | 525 B Street | Suite 2200 | San Diego | CA | 92101 | gerald.kennedy@procopio.com | Email |
| Pryor & Mandelup, L.L.P. | Attn: Robert L. Pryor | 675 Old Country Road | | Westbury | NY | 11590 | rlp@pryormandelup.com | Email |
| Reid and Riege, P.C. | Attn: Charles J. Filardi, Jr. | One Financial Plaza | 21st Floor | Hartford | CT | 06103 | cfilardi@rrlawpc.com | Email |
| Reiss+Preuss LLP | Attn: Guy A. Reiss, Erik Tikkanen | 200 West 41st Street | 20th Floor | New York | NY | 10036 | greiss@reisspreuss.com etikkanen@reisspreuss.com | Email |
| Rice Pugatch Robinson Storfer & Cohen, PLLC | Attn: Chad P. Pugatch | 101 Northeast Third Avenue | Suite 1800 | Fort Lauderdale | FL | 33301 | cpugatch@rprslaw.com | Email |
| Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd. | Attn: Kenneth M. Florey, M. Neal Smith | 631 E. Boughton Road | Suite 200 | Bolingbrook | IL | 60440 | kflorey@robbins-schwartz.com nsmith@robbins-schwartz.com | Email |
| Robert E. Michael & Associates PLLC | Attn: Robert E. Michael, Aaron Hume | 5911 Riverdale Avenue | | New York | NY | 10471 | Robert.e.michael.esq@gmail.com Aron.hume@gmail.com | Email |
| Robinson Brog Leinwand Greene Genovese & Gluck P.C. | Attn: Fred B. Ringel, Esq. | 875 Third Avenue | 9th Floor | New York | NY | 10022 | fbr@robinsonbrog.com | Email |
| Ropes & Gray LLP | Attn: Gregg M. Galardi, Kimberly J. Kodis, Sam N. Ashuraey | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | gregg.galardi@ropesgray.com kimberly.kodis@ropesgray.com sam.ashuraey@ropesgray.com | Email |
| Ropes & Gray LLP | Attn: James M. Wilton, Patricia I. Chen, Stephen Moeller-Sally, Joshua Y. Sturm | Prudential Tower | 800 Boylston Street | Boston | MA | 02199-3600 | james.wilton@ropesgray.com patricia.chen@ropesgray.com ssally@ropesgray.com joshua.sturm@ropesgray.com | Email |
| Ropes & Gray LLP | Attn: Nicholas M. Berg, Timothy Farrell | 191 North Wacker Drive | 32nd Floor | Chicago | IL | 60606-4302 | nicholas.berg@ropesgray.com timothy.farrell@ropesgray.com | Email |
| Rosen & Associates, P.C. | Attn: Sanford P. Rosen, Esq. | 747 Third Avenue | | New York | NY | 10017-2803 | srosen@rosenpc.com | Email |
| Ruskin Moscou Faltischek, P.C. | Attn: Michael S. Amato, Esq. | East Tower, 15th Floor | 1425 RXR Plaza | Uniondale | NY | 11556-1425 | mamato@rmfpc.com | Email |

**EXHIBIT A**

| Company | Name | Address | | City | State | Zip | Email | Service Mode |
|---|---|---|---|---|---|---|---|---|
| S&D Law | Attn: Steven W. Kelly | 1290 Broadway | Suite 1650 | Denver | CO | 80203 | skelly@s-d.com | Email |
| S&D Law | Attn: Steven W. Kelly, Esq. | 1290 Broadway | Suite 1650 | Denver | CO | 80203 | skelly@s-d.com | Email |
| Sahn Ward Coschignano, PLLC | Attn: Robert A. Abiuso, Matthew C. McCann | 333 Earle Ovington Boulevard | Suite 601 | Uniondale | NY | 11553 | mmccann@swc-law.com rabiuso@swc-law.com | Email |
| Sakar | Attn: Jay Weinblatt | 195 Carter Drive | | Edison | NJ | 08817 | jweinblatt@sakar.com | Email |
| Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Abigail Snow, Pamela Bosswick | 230 Park Avenue | | New York | NY | 10169 | cbelmonte@ssbb.com asnow@ssbb.com pbosswick@ssbb.com | Email |
| Saul Ewing Arnstein & Lehr LLP | Attn: Dipesh Patel | 1270 Avenue of the Americas | Suite 2005 | New York | NY | 10020 | dipesh.patel@saul.com | Email |
| Saul Ewing Arnstein & Lehr LLP | Attn: Phillip M. Hudson III, Carmen Contreras-Martinez | 200 S. Biscayne Blvd. | Suite 3600 | Miami | FL | 33131 | phil.hudson@saul.com carmen.contreras-martinez@saul.com | Email |
| Schiff Hardin LLP | Attn: Louis T. DeLucia, Esq., Alyson M. Fiedler, Esq. | 666 Fifth Avenue | Suite 1700 | New York | NY | 10103 | ldelucia@schiffhardin.com afiedler@schiffhardin.com | Email |
| Sears Holding Corporation | Attn: Stephen Sitley Esq., Luke J. Valentino, Esq | 3333 Beverly Road | | Hoffman Estates | IL | 60179 | | First Class Mail |
| Securities & Exchange Commission | Attn: Secretary of the Treasury | 100 F Street, NE | | Washington | DC | 20549 | secbankruptcy@sec.gov NYROBankruptcy@sec.gov | Email |
| Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | bankruptcynoticeschr@sec.gov | Email |
| Seward & Kissel LLP | Attn: John R. Ashmead, Esq. & Arlene R. Alves, Esq. | One Battery Park Plaza | | New York | NY | 10004 | ashmead@sewkis.com alves@sewkis.com | Email |
| Seyfarth Shaw LLP | Attn: Edward M. Fox | 620 8th Avenue | | New York | NY | 10018 | emfox@seyfarth.com | Email |
| Shearman & Sterling LLP | Attn: Fredric Sosnick, Sara Coelho | 599 Lexington Avenue | | New York | NY | 10022 | fsosnick@shearman.com sara.coelho@shearman.com | Email |
| Sheppard Mullin Richter & Hampton, LLP | Attn: Alan M. Feld, Esq., Ted Cohen, Esq. | 30 Rockerfeller Plaza | | New York | NY | 10112 | afeld@sheppardmullin.com tcohen@sheppardmullin.com | Email |
| Shutts & Bowen LLP | Attn: Ryan C. Reinert, Esq. | 4301 W. Boy Scout Blvd | Suite 300 | Tampa | FL | 33607 | rreinert@shutts.com | Email |
| Simon Property Group, L.P. | Attn: Ronald M. Tucker, Esq. | 225 West Washington Street | | Indianapolis | IN | 46204 | rtucker@simon.com | Email |
| Singer & Levick, P.C. | Attn: Michelle E. Shriro | 16200 Addison Road | Suite 140 | Addison | TX | 75001 | mshriro@singerlevick.com | Email |
| Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon, Esquire | 123 South Broad Street | Suite 2100 | Philadelphia | PA | 19109 | dplon@sirlinlaw.com | Email |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | 4 Times Square | | New York | NY | 10036 | Paul.Leake@skadden.com Shana.Elberg@skadden.com George.Howard@skadden.com | Email |
| Skierski Jain PLLC | Attn: Doug Skierski, Kristin H. Jain | 400 N. St. Paul | Suite 510 | Dallas | TX | 75201 | enotices@skijain.com | Email |
| Smiley Wang-Ekvall, LLP | Attn: Lei Lei Wang Ekvall, Philip E. Strok | 3200 Park Center Drive | Suite 250 | Costa Mesa | CA | 92626 | pstrok@swelawfirm.com | Email |
| Snell & Wilmer L.L.P. | Attn: Robert R. Kinas | 3883 Howard Hughes Parkway | #1100 | Las Vegas | NV | 89169-5958 | rkinas@swlaw.com | Email |
| Sorenson Van Leuven, PLLC | Attn: James E. Sorenson | PO Box 3637 | | Tallahassee | FL | 32315-3637 | bk@svllaw.com | Email |
| Sorling Northrup | Attn: David A. Rolf & Patrick M. Ryan | 1 N. Old State Capitol, Suite 200 | P.O. Box 5131 | Springfield | IL | 62705-5131 | darolf@sorlinglaw.com pmryan@sorlinglaw.com | Email |
| SRAC Medium Term Notes | Attn: Mary A. Callahan Vice President | The Bank of New York Mellon Trust Company | 2 N. LaSalle Street – Suite 700 | Chicago | IL | 60602 | mary.callahan@bnymellon.com | Email |
| SRAC Unsecured Notes | Attn: Mary A. Callahan Vice President | The Bank of New York Mellon Trust Company | 2 N. LaSalle Street – Suite 700 | Chicago | IL | 60602 | mary.callahan@bnymellon.com | Email |
| Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin | P.O. Box 5315 | | Princeton | NJ | 08543 | tonder@stark-stark.com jlemkin@stark-stark.com | Email |
| Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | cp@stevenslee.com | Email |
| Stinson Leonard Street LLP | Attn: Thomas J. Salerno | 1850 N. Central Avenue | Suite 2100 | Phoenix | AZ | 85004-4584 | thomas.salerno@stinson.com | Email |

1004868141v1                                                    Page 8 of 10

**EXHIBIT A**

| Company | Name | Address | | City | State | Zip | Email | Service Mode |
|---|---|---|---|---|---|---|---|---|
| Streusand, Landon, Ozburn & Lemon, LLP | Attn: Sabrina L. Streusand | 1801 S. Mopac Expressway | Suite 320 | Austin | TX | 78746 | streusand@slollp.com | Email |
| Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Brian D. Glueckstein, David R. Zylberberg | 125 Broad Street | | New York | NY | 1004-2498 | dietdericha@sullcrom.com zylberbergd@sullcrom.com | Email |
| SulmeyerKupetz, A Professional Corporation | Attn: David S. Kupetz & Claire K. Wu | 333 South Grand Avenue | Suite 3400 | Los Angeles | CA | 90071 | dkupetz@sulmeyerlaw.com ckwu@sulmeyerlaw.com | Email |
| Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Michael J. Riela | 900 Third Avenue | 13th Floor | New York | NY | 10022 | Riela@thsh.com | Email |
| Taubman Landlords | Attn: Andrew S. Conway | 200 East Long Lake Road | Suite 300 | Bloomfield Hills | MI | 48304 | aconway@taubman.com | Email |
| The Bank of New York Mellon Trust Company | Attn: Corporate Trust Administration | 101 Barclay St., Floor 8W | | New York | NY | 10286 | | First Class Mail |
| The Pension Benefit Guaranty Corporation (PBGC) | Attn: Judith Starr, Kartar S. Khalsa, William McCarron, Jr., & Adi Berger, Director | Office of the General Counsel | 1200 K Street, N.W. | Washington | DC | 20005-4026 | Starr.Judith@pbgc.gov mccarron.william@pbgc.gov efile@pbgc.gov | Email |
| The Sarachek Law Firm | Attn: Joseph E. Sarachek | 101 Park Avenue | 27th Floor | New York | NY | 10178 | joe@saracheklawfirm.com | Email |
| Thompson Hine LLP | Attn: Curtis L. Tuggle | 3900 Key Center | 127 Public Square | Cleveland | OH | 44114-1291 | Curtis.Tuggle@ThompsonHine.com | Email |
| TJ Tianxing Kesheng Leather Products Co Ltd | Attn: Power Wang | No. 2 Jianshe Road Baodi District | | Tianjin | Tianjin, China | 301200 | powerwangtxks@vip.126.com | Email |
| TN Dept of Revenue | Attn: Herbert H. Slatery III, Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | AGBankNewYork@ag.tn.gov | Email |
| Travis County Attorney | Attn: David Escamilla | P.O. Box 1748 | | Austin | TX | 78767 | | First Class Mail |
| U.S. Bank National Association | Attn: Jose A Galarza, Vice President, Global Structured Finance | 190 S. LaSalle Street, 3rd Floor | MS: MK-IL-SL7M | Chicago | IL | 60603 | jose.galarza@usbank.com | Email |
| US Attorney for Southern District of New York | Attn: Bankruptcy Division | 86 Chambers Street | 3rd Floor | New York | NY | 10007 | David.Jones6@usdoj.gov Jeffrey.Oestericher@usdoj.gov Joseph.Cordaro@usdoj.gov Carina.Schoenberger@usdoj.gov Lawrence.Fogelman@usdoj.gov Peter.Aronoff@usdoj.gov Linda.Riffkin@usdoj.gov | Email |
| Vedder Price P.C. | Attn: Joshua A. Dunn, Esq., Michael Schein | 1633 Broadway | 31st Floor | New York | NY | 10019 | jdunn@vedderprice.com | Email |
| Vedder Price P.C. | Attn: Kevin J. Etzel | 1633 Broadway | 31st Floor | New York | NY | 10019 | ketzel@vedderprice.com | Email |
| Vedder Price P.C. | Attn: Michael L. Schein | 1633 Broadway | 31st Floor | New York | NY | 10019 | mschein@vedderprice.com | Email |
| Verizon Capital Corp. | Attn: Marva M. Levine | 221 East 37th Street | 7th Floor | New York | NY | 10016 | marva.m.levine@verizon.com | Email |
| Waldrep LLP | Attn: Thomas W. Waldrep, Jr. | 101 S. Stratford Road | Suite 210 | Winston-Salem | NC | 27104 | notice@waldrepllp.com | Email |
| Walsh Pizzi O'Reilly Falanga LLP | Attn: Stephen V. Falanga, Esq. | One Riverfront Plaza | 1037 Raymond Blvd., Ste. 600 | Newark | NJ | 07012 | sfalanga@walsh.law | Email |
| Warner Norcross + Judd LLP | Attn: Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, NW | Grand Rapids | MI | 49503 | gtoering@wnj.com | Email |
| Wasserman, Jurista & Stolz, P.C. | Attn: Donald W. Clarke | 110 Allen Rd. | Ste. 304 | Basking Ridge | NJ | 07920 | Dclarke@wjslaw.com | Email |
| Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny SinghJared R. Friedmann, Jessie B. | 767 Fifth Avenue | | New York | NY | 10153 | rayschrock@weil.com garrett.fail@weil.com | Email & First Class Mail |
| Weiss Zarett Brofman Sonnenklar & Levy, P.C. | Attn: Michael D. Brofman, Esq. | 3333 New Hyde Park Road | Suite 211 | New Hyde Park | NY | 11042 | mbrofman@weisszarett.com | Email |
| Weltman, Weinberg & Reis Co., L.P.A. | Attn: Scott D. Fink | Lakeside Place, Suite 200 | 323 W. Lakeside Avenue | Cleveland | OH | 44113-1099 | sfink@weltman.com | Email |
| White and Williams LLP | Attn: James C. Vandermark | 7 Times Square | Suite 2900 | New York | NY | 10036-6524 | vandermarkj@whiteandwilliams.com | Email |

1004868141v1                                                    Page 9 of 10

**EXHIBIT A**

| Company | Name | Address | | City | State | Zip | Email | Service Mode |
|---|---|---|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC | Attn: Stephen B. Gerald | The Renaissance Centre | 405 North King Street, Suite 500 | Wilmington | DE | 19801-3700 | sgerald@wtplaw.com | Email |
| Williams Legal Advisory Group, LLC | Attn: Amy M. Williams | 169 Ramapo Valley Road | Suite 106 | Oakland | NJ | 07436 | awilliams@williamsadvisors.com | Email |
| Willkie Farr & Gallagher LLP | Attn: Alan J. Lipkin, Gabriel Brunswick | 787 Seventh Avenue | | New York | NY | 10019 | alipkin@willkie.com gbrunswick@willkie.com | Email |
| Wilmington Savings Fund Society, FSB | Attn: Patrick J. Healy | 501 Carr Road | Suite 100 | Wilmington | DE | 19801 | phealy@wsfsbank.com | Email |
| Wilmington Trust, National Association | Attn: Sears Holdings Corp. Administrator | Corporate Capital Markets | 50 South Sixth Street, Suite 1290 | Minneapolis | MN | 55402 | | First Class Mail |
| Wilmington Trust, National Association | Attn: Steven Cimalore, Vice President | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890-0001 | scimalore@wilmingtontrust.com | Email |
| Wilmorite Management Group LLC | Attn: Donald C. Cowan, Jr. | 1265 Scottsville Road | | Rochester | NY | 14624 | | First Class Mail |
| Wilson, Elser, Moskowitz, Edelman & Dicker LLP | Attn: David L. Tillem | 1133 Westchester Avenue | | White Plains | NY | 10604 | david.tillem@wilsonelser.com | Email |
| Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron | 11400 West Olympic Boulevard | 9th Floor | Los Angeles | CA | 90064-1582 | saron@wrslawyers.com | Email |
| Wyatt, Tarrant & Combs, LLP | Attn: Mary L. Fullington | 250 West Main Street | Suite 1600 | Lexington | KY | 40507-1746 | mfullington@wyattfirm.com | Email |
| Zimmerman Law Offices, P.C. | Attn: Thomas A. Zimmerman, Jr. | 77 West Washington Street | Suite 1220 | Chicago | IL | 60602 | tom@attorneyzim.com | Email |

1004868141v1