UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

SEARS HOLDINGS CORPORATION,
et.al.,

Debtor.
_____/

CASE NO. 18-23538 (RDD)

Chapter 11

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PLEADINGS AND OTHER PAPERS

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

The undersigned, as counsel for creditor and interested party, ORACLE ELEVATOR COMPANY, files this Notice of Appearance and Demand for Service of Pleadings and Other Papers, pursuant to 11 U.S.C. §1109(b) and Rule 2002 of the Federal Rules of Bankruptcy Procedure, and respectfully requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned attorney(s) at the following address:

Richard P. Hermann, Esq.
Matthew Kish, Esq.
Jennifer Shafer, Esq.
Shapiro, Blasi, Wasserman & Hermann, P.A.
7777 Glades Road, Suite 400
Boca Raton, Florida 33434
Phone (561) 477-7800
Fax (561) 477-7722
Email: rhermann@sbwh.law
mkish@sbwh.law
jshafer@sbwh.law
floridaservice@sbwh.law

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the request for service of notice includes notices and papers referred to in the Federal Rules of Bankruptcy

[800010.028/5097687]                                        Page 1 of 2

Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, disclosure statement, or plan of reorganization in the above-captioned bankruptcy case, whether transmitted or conveyed by mail, telephone, facsimile, email or otherwise.

Dated: December 12, 2018.

Respectfully submitted:

/s/ Jennifer Shafer
Jennifer Shafer, Esq.
Fla. Bar No. 102834
Shapiro, Blasi, Wasserman & Hermann, P.A.
7777 Glades Road, Suite 400
Boca Raton, Florida 33434
Phone (561) 477-7800
Fax (561) 477-7722
Email: jshafer@sbwh.law

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 12, 2018, a true and correct copy of the foregoing was served upon all parties who are currently on the list to receive email notice/service for this case via the Court's CM/ECF System and/or U.S. mail.

/s/ Jennifer S. Shafer
Jennifer Shafer