**Hearing Date: January 18, 2019**
                                                             **Objection Deadline: January 11, 2019**

The Employment Law Firm
Cynthia L. Pollick, Esquire
363 Laurel Street
Pittston, PA 18640
(570) 654-9675

Attorney for Karen Smith
*Pro Hac Vice*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
In re:

SEARS HOLDING CORPORATION, et al.        Chapter 11

       Debtor s                      Case No.: 18-23538 (RDD)

                                                (Jointly Administered)
                                                Honorable Robert D. Drain
-------------------------------------------------------------x

STATE OF PENNSYLVANIA  )
LUZERNE COUNTY            )

      Cynthia L. Pollick, Esquire, an attorney admitted Pro Hac Vice, affirms the following to be true:

      1.      I am over the age of 18 and am not a party to this action. I am a lawyer with The Employment Law Firm, counsel for Karen Smith.

      2.      On December 20, 2018, I caused to be served a true copy of the Objection and Supplemental Authority, upon all the following parties via first class mail:

>Honorable Robert D. Drain
>United States Bankruptcy Court
>Southern District of New York
>300 Quarropas Street
>White Plains, NY 10601
>
>Paul Schwartzberg
>Richard Morrissey
>Office of the United States Trustee
>US Federal Office Building
>201 Varick Street, Suite 1006
>New York, NY 10014

3.    On December 20, 2018, I also caused to be served a true copy of the Objection and Supplemental Authority, upon all parties on the service list attached hereto as Exhibit "A" via email.

4.    On December 18, 2018, I also caused to be served a true copy of the Objection on Debtors' attorneys and on December 19, 2018, I caused to be served a true copy of Supplemental Authority, upon Debtors via ECF.

>s/Cynthia L. Pollick
>Cynthia L. Pollick, Esquire
>Pa. I.D. No.: 83826
>363 Laurel Street
>Pittston, PA 18640
>(570) 654-9675
>*Admitted Pro Hac Vice*