

PLEASE REPLY TO:
LONG ISLAND OFFICE
53 GIBSON STREET
BAY SHORE, NY 11706
Tel: (631) 969-3100

December 20, 2018

Court Clerk
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re:    Case No.: 18-23538-rdd**

Dear Clerk of the Court:

On December 19, 2018, my office inadvertently filed a Notice of Appearance not related to this Case at ecf docket number 1342 in this case. Please consider this letter a request to have that Notice of Appearance withdrawn as filed in error. It will be re-filed in the correct case.

As the appearance is being withdrawn, I further respectfully request that my name be removed as a person who receives ecf notices in the case.

Please contact the undersigned with any concerns.

Very truly yours,
Frenkel Lambert Weiss Weisman & Gordon, LLP

BY:  /s/ Michelle C. Marans
       Michelle C. Marans, Esq.

encl.

NYC Office:
61 Broadway, Suite 2020
New York, NY 10006-2700
Tel: (212) 344-3100

WWW.FLWLAW.COM

NJ Office:
80 Main Street
West Orange, NJ 07052
Tel: (973) 325-8800