UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------x
In re                                                             :
                                                                  :     Chapter 11
SEARS HOLDINGS CORPORATION, et al.,                               :
                                                                  :     Case No. 18-23538 (RDD)
                                                                  :
                   Debtors.¹                                      :     (Jointly Administered)
-----------------------------------------------------------------x
```

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 17, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Supplemental Business Contract Service List attached hereto as **Exhibit A**:

- Notice of Assumption and Assignment in Connection with Sale of Sears Home Improvement Business [Docket No. 901] (the "***Sears Home Improvement Business Sale Notice***")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

On December 17, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Supplemental Non-Debtor Service List attached hereto as **Exhibit B**:

- Motion of Debtors for Entry of an Order Extending the Automatic Stay to Certain Non-Debtor Parties [Docket No. 924] (the "*Motion to Extend Automatic Stay*")

On December 17, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on Workers United SEIU Local 196 (MMLID#4778423), Attn: Tanita Williams, 1017 W Hamilton St., Allentown, PA, 18101:

- Interim Junior DIP Order (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing and (B) Grant Secured Priming Liens and Superpriority Administrative Expense Claims; (II) Modifying the Automatic Stay; (III) Scheduling Final Hearing; and (IV) Granting Related Relief [Docket No. 951]

- Final Order (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief [Docket No. 952]

- Supplemental Order Approving Rejection of Certain Unexpired Leases and Related Subleases of Nonresidential Real Property [Docket No. 953]

- Final Order (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief [Docket No. 955]

- Notice of Final Hearing on Debtors' Motion for Authority to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Certain Protections to Prepetition Secured Parties, and (D) Schedule Second Interim Hearing and Final Hearing (With Respect to Junior DIP Financing) [Docket No. 967]

On December 17, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Teamsters 705 (MMLID#4778428), Attn: Joe Bakes, 1645 W. Jackson Blvd., Floor 7, Chicago, IL, 60612-3227:

- Final Order Approving (I) Procedures for Store Closing Sales and (II) Assumption of Liquidation Consulting Agreement [Docket No. 876]

On December 17, 2018, at my direction and under my supervision, employees of Prime Clerk caused the Sears Home Improvement Business Sale Notice and the following document to be served via First Class Mail on Hajoca Corporation (MMLID#4811271), 2001 Joshua Rd., Lafayette Hill, PA, 19444-2431:

- Notice of Meeting of Creditors [Docket No. 807] (the "*Creditors Meeting Notice*")

On December 17, 2018, at my direction and under my supervision, employees of Prime Clerk caused the Motion to Extend Automatic Stay and the Creditors Meeting Notice to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit C**.

Dated: December 20, 2018

_____
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 20, 2018, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 22

SRF 29564

**Exhibit A**

18-23538-shl Doc 1370 Filed 12/20/18 Entered 12/20/18 16:08:24 Main Document Pg 4 of 9

# Exhibit A

Supplemental Business Contract Service List

Served via First Class Mail

| MMLD | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 4893230 | Beacon Sales Acquisition, Inc. (Allied/Roofing Supply) | One Lakeland Park Drive | | Peabody | MA | 01960 |
| 4893218 | Caesarstone USA, Inc. | Attn: General Counsel | 1401 W. Morehead | Charlotte | NC | 28208 |
| 4127702 | Expert Mechanical Services, Inc. | 542 Biddle Ave | | Wyandotte | MI | 48192 |
| 4893177 | National Excelsior Company | 17725 Volbrecht Road | | Lansing | IL | 60438 |
| 4893200 | Sertifi, Inc. | Attn: Nick Stojka | 350 N LaSalle Dr., # 300 | Chicago | IL | 60654 |

**Exhibit B**

Exhibit B

Supplemetnal Non-Debtor Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 4899998 | Byrd, Gary and Lori Kay | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4900004 | Orange Park Mall, LLC | Orange Park Mall, LLC | Randy Bowman, General Manager | 180 East Broad Street | Columbus | OH | 43215 |
| 4900151 | Zion Evangelical Lutheran Church, Springfield, Missouri, Inc. | Rev. Edwin A. Lehmann | 4717 Golden Ave | | Springfield | MO | 65810 |

In re:  Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

Page 1 of 1

**Exhibit C**

**Exhibit C**

Exhibit C

Notice Parties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 4798380 | BRIGGS & STRATTON POWER PRODUCTS | GROUP LLC | P.O. BOX 702 | MILWAUKEE | WI | 53201 |
| 4870638 | DIAKON LOGISTICS INC | 550 BROADVIEW AVENUE | SUITE 200 | WARRENTON | VA | 20186 |
| 4886706 | THREE BROTHERS CONSTRUCTION CO | SEARS GARAGE DOORS | 601 NORTH CENTER STREET | EUSTIS | FL | 32726 |