FERRAIUOLI LLC
221 Plaza
221 Ponce de Leon Avenue, 5th Floor
San Juan, PR 00917
Phone: (787) 766-7000
Fax: (787) 766-7001
gchico@ferraiuoli.com
Counsel for *Santa Rosa Mall, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

TO THE HONORABLE COURT:

COMES NOW Santa Rosa Mall ("Santa Rosa Mall"), through the undersigned counsel, and respectfully prays and states as follows:

The undersigned counsel appears pursuant to Fed. R. Bankr. P. 9010(b) and requests that copies of all future notices, pleadings, and other filings in all cases included in the enclosed list be served upon her. The undersigned also requests to be added to the Master List maintained by the Clerk of the Court.

Certificate of Service

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants in this case.

Respectfully submitted.
Dated: December 20, 2018.
San Juan, Puerto Rico.

**Ferraiuoli** LLC
Attorneys for Santa Rosa Mall
221 Plaza
221 Ponce de Leon Avenue, 5th Floor
San Juan, PR 00917
Phone: (787) 766-7000
Fax: (787) 766-7001

*/s/ Gustavo A. Chico-Barris*
GUSTAVO A. CHICO-BARRIS
USDC-SDNY No. 929147
gchico@ferraiuoli.com