| Company Code | Payer | Sold to | Name on Invoice | Posting Key | Document type | Customer PO | Order Number | Delivery Note | Shipment number | Billing Document | Reference | Document Number | Document Date | Document currency | Amount in doc. curr. | Terms of Payment | Net due date | Arrears after net due date | Assignment | Text | Reason Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US00 | 300010 | 1001300 | SEARS RETAIL | 01 | RV | 279038312 | 100061839 | 800090550 | | 90075815 | 0090075815 | 1800054109 | 9/24/2018 | USD | 884.00 | C055 | 11/23/2018 | 4 | | | |
| US00 | 300010 | 1001300 | SEARS RETAIL | 01 | RV | 279038048 | 100061847 | 800090552 | | 90077534 | 0090077534 | 1800054900 | 9/25/2018 | USD | 262.50 | C055 | 11/24/2018 | 3 | | | |
| US00 | 300010 | 1001300 | SEARS RETAIL | 01 | RV | 279444446 | 100064773 | 800096254 | | 90081784 | 0090081784 | 1800056872 | 9/27/2018 | USD | 390.00 | C055 | 11/26/2018 | 1 | | | |
| US00 | 300010 | 1001300 | SEARS RETAIL | 01 | RV | 279355760 | 100063989 | 800094664 | 10014341 | 90081925 | 0090081925 | 1800056999 | 9/27/2018 | USD | 590.00 | C055 | 11/26/2018 | 1 | | | |
| US00 | 300010 | 1001300 | SEARS RETAIL | 01 | RV | 279866798 | 100065567 | 800098173 | | 90084050 | 0090084050 | 1800058105 | 9/28/2018 | USD | 260.00 | C055 | 11/27/2018 | 0 | | | |
| US00 | 300010 | 1001044 | SEARS HOLDINGS CORPORATION | 01 | RV | 555841 | 100044555 | 800084304 | 10012420 | 90075266 | 0090075266 | 1800053669 | 9/24/2018 | USD | 57,627.16 | C055 | 11/23/2018 | 4 | | | |
| US00 | 300010 | 1001044 | SEARS HOLDINGS CORPORATION | 01 | RV | 555837 | 100044551 | 800088677 | 10012893 | 90074891 | 0090074891 | 1800054227 | 9/24/2018 | USD | 36,279.40 | C055 | 11/23/2018 | 4 | | | |
| US00 | 300010 | 1001044 | SEARS HOLDINGS CORPORATION | 01 | RV | 556649 | 100049114 | 800092634 | 10013623 | 90080076 | 0090080076 | 1800056106 | 9/26/2018 | USD | 5,891.84 | C055 | 11/25/2018 | 2 | | | |
| US00 | 300010 | 1001044 | SEARS HOLDINGS CORPORATION | 01 | RV | 556646 | 100049111 | 800092598 | 10013564 | 90081202 | 0090081202 | 1800056335 | 9/27/2018 | USD | 90,660.48 | C055 | 11/26/2018 | 1 | | | |
| US00 | 300010 | 1001044 | SEARS HOLDINGS CORPORATION | 01 | RV | 558411 | 100059001 | 800092560 | 10013619 | 90081238 | 0090081238 | 1800056368 | 9/27/2018 | USD | 28,711.52 | C055 | 11/26/2018 | 1 | | | |
| US00 | 300010 | 1001044 | SEARS HOLDINGS CORPORATION | 01 | RV | 558479 | 100060243 | 800092579 | 10013622 | 90081252 | 0090081252 | 1800056380 | 9/27/2018 | USD | 19,448.60 | C055 | 11/26/2018 | 1 | | | |
| US00 | 300010 | 1001044 | SEARS HOLDINGS CORPORATION | 01 | RV | 556641 | 100049106 | 800094613 | 10013912 | 90083760 | 0090083760 | 1800057825 | 9/28/2018 | USD | 41,664.80 | C055 | 11/27/2018 | 0 | | | |
| US00 | 300010 | 1001044 | SEARS HOLDINGS CORPORATION | 01 | RV | 558477 | 100060241 | 800094616 | 10013912 | 90083763 | 0090083763 | 1800057827 | 9/28/2018 | USD | 53,573.16 | C055 | 11/27/2018 | 0 | | PAY 12/02 | |