

BRIGGS & STRATTON CORPORATION
12301 W WIRTH STREET
WAUWATOSA, WISCONSIN 53222 USA
TELEPHONE (414)259-5333
DUNS 00-608-2531
GST REGISTRATION NO  82015 1702 RT0001

## Invoice

PLEASE SHOW INV NO
ON YOUR REMITTANCE

INVOICE NO 90075815
INVOICE DATE 09/24/2018

**CUSTOMER** 1001300
SEARS RETAIL
3333 BEVERLY RD
HOFFMAN ESTATES IL 60179-0001
USA

**SHIP TO**
Rebecca Harrell
16037 HOGENVILLE AVE
BATON ROUGE LA 70817-2444
USA

**CHARGE TO:** 300010
**VENDOR:**
**TERMS:** NET 60 DAYS INVOICE DATE
**INCOTERMS** FCA BRIGGS & STRATTON CORP

Subject to Briggs & Stratton Standard
Terms and Conditions of Sale

| CUSTOMER PO | QUANTITY | PART NUMBER DESCRIPTION | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| 279038312 | 1 | 030545 | 884 00  Per 1 | 884 00 |
| | | GEN, INVRTR, 3000, B&S | | |
| | | Origin of the above item is  China | | |
| | | **TOTAL BEFORE TAX** | | 884 00 |
| | | **TOTAL AMOUNT** | | USD  884 00 |

REMIT PAYMENT TO
JPMORGAN CHASE BANK, N A
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10081
ABA ROUTING NO  021000021 (WIRE)
ABA ROUTING NO  075000019 (ACH)
SWIFT CODE  CHASUS33
FOR CREDIT TO BRIGGS & STRATTON CORPORATION
ACCOUNT NO  550004049
REFERENCING THE INVOICE NUMBER

BRIGGS & STRATTON WILL PROVIDE MINIMUM INSURANCE COVERAGE AS REQUIRED UNDER OUR STANDARD
CARGO POLICY FOR SHIPMENTS MOVED UNDER CIP INCOTERMS ONLY

SALES DOCUMENT  100061839

CURRENCY OF THIS DOCUMENT IS US DOLLAR



BRIGGS & STRATTON CORPORATION
12301 W  WIRTH STREET
WAUWATOSA, WISCONSIN 53222 USA
TELEPHONE (414)259-5333
DUNS 00-608-2531
GST REGISTRATION NO  82015 1702 RT0001

| **Invoice** |
| --- |
| PLEASE SHOW INV NO<br>ON YOUR REMITTANCE |
| INVOICE NO  90075815<br>INVOICE DATE  09/24/2018 |

**CUSTOMER** 1001300
SEARS RETAIL
3333 BEVERLY RD
HOFFMAN ESTATES IL  60179-0001
USA

**SHIP TO**
Rebecca Harrell
16037 HOGENVILLE AVE
BATON ROUGE LA  70817-2444
USA

THESE ITEMS ARE CONTROLLED BY THE U S  GOVERNMENT AND AUTHORIZED FOR EXPORT ONLY TO THE
COUNTRY OF ULTIMATE DESTINATION FOR USE BY THE ULTIMATE CONSIGNEE OR END-USER(S) HEREIN
IDENTIFIED   THEY MAY NOT BE RESOLD, TRANSFERRED, OR OTHERWISE DISPOSED OF, TO ANY OTHER
COUNTRY OR TO ANY PERSON OTHER THAN THE AUTHORIZED ULTIMATE CONSIGNEE OR END-USER(S),
EITHER IN THEIR ORIGINAL FORM OR AFTER BEING INCORPORATED INTO OTHER ITEMS, WITHOUT FIRST
OBTAINING APPROVAL FROM THE U S  GOVERNMENT OR AS OTHERWISE AUTHORIZED BY U.S  LAW AND
REGULATIONS

THE GOODS SHOWN ON THIS DOCUMENT ARE OF U.S A  ORIGIN UNLESS OTHERWISE STATED

CURRENCY OF THIS DOCUMENT IS US DOLLAR

Shipment Number                **Packing List**                          Page 1 / 1

Date    09/24/2018 Time    21 38 26

Sold-to-party  1001300          Service agent                 Shipping point   WHE812
  SEARS RETAIL                                                  B&S Warehouse MCDONOUGH
Ship-to-party  021ZSHIPTO       Trailer Number                 1793 Highway 42 S
  Rebecca Harrell               Seal Number                    MCDONOUGH GA 30252-7628
  16037 HOGENVILLE AVE          Pro Number
  BATON ROUGE LA 70817-2444     Tracking Number

| Quantity | Material Number | Material Desc | Customer PO | Customer Part | Case Number | Pallet SSCC Number |
|---|---|---|---|---|---|---|
| 1 | 030545 | GEN, INVRTR, 3000, B&S | 279038312 | 11920 | 300011675001428923 | |

TOTALS

Pallet        0
Loose case    1                                    *8 000 90550*
Quantity      1

                        ** Gross Weight        96 4  LB,           43 7  KG
                        ** Net Weight          96 4  LB,           43 7  KG

  DIMENSIONS   L=Length  W=Width  H=Height  CF=Cubic Foot
         GL=Gross Weight(LBs)  NL=Net Weight(LBs)  GK=Gross Weight(KGs)  NK=Net Weight(KGs)
         DN=Delivery Number

                                          ACT WT   86 0 LBS   #PK 1
                        320982      SEP 24, 2018
                        SVC GNDRES              BL WT            ALL CURRENCY USD
                        TRACKING# 1Z3209620349970577
                        REF 1
                        REF 2.
                                          CNS 0 00        FRT SHP
                        HC 0 00                           SVC  68 70  USD
                        SHIPMENT PUB RATE CHARGES   COD   0 00   RS  0 00
                        DV 0 00                   DOD    0 00
                        DC 0 00                   PR     0 00        ROD  0 00
                        AH 12 00                               PUB + HC 70 70
                           TOT PUB CHG 70 70
                           THIS DOCUMENT IS NOT AN INVOICE

10/18/2018

Tracking  UPS - United States

# Proof of Delivery

Close Window

Dear Customer

This notice serves as proof of delivery for the shipment listed below

| | |
|---|---|
| Tracking Number: | 1Z3209620345978577 |
| Service: | UPS Ground |
| Weight | 96 00 lbs |
| Shipped/Billed On | 09/25/2018 |
| Delivered On: | 09/27/2018 3 54 PM |
| Delivered To | BATON ROUGE LA US |
| Received By | DRIVER RELEASE |
| Left At | Front Door |

Thank you for giving us this opportunity to serve you
Sincerely,
UPS
Tracking results provided by UPS   10/16/2018 10 39 A.M.  ET

# Order Details - 279038312

ID# 12554750 (Sears Online)

MORE ACTIONS    ∨    ‹ BACK

**Order Status: Complete**                                      Received: 09/23/2018 02:15 PM

**Billing Address**

Rebecca Harrell
Rebecca Harrell
16037 Hogenville Ave
BATON ROUGE, LA 70817
US
T 2257534508
E bmspls07@cox.net

**Shipping Address**

Rebecca Harrell
Rebecca Harrell
16037 Hogenville Ave
BATON ROUGE  LA 70817
US
T 2257534508
E bmspls07@cox.net

**Additional Information**

**Shipping & Payment Information**

| | |
|---|---|
| Shipping Method | UPSN-CG |
| Req Ship Date | 09/25/2018 |
| Payment Terms | |

**General Information**

| | |
|---|---|
| Customer ID | |
| Customer Name | Rebecca Harrell |
| Order ID | 877882079 |
| Partner Order ID | |
| Reference # | 279038312 |

**Order Items**

| | LINE ID | PRODUCT | DESCRIPTION | WEIGHT | QUANTITY | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|
| + | 1 | SKU 030543<br>PartnerSKU 07311920009<br>UPC 011675305451 | BRIGGS STRATTON 030545 POWERSMART SERIES 3000W INVERTER C | 0 | Ordered 1<br>Shipped 1<br>Canceled 0 | $884.00 | $884.00 |

Notes

**Order Totals**

| | |
|---|---|
| Subtotal | $884.00 |



BRIGGS & STRATTON CORPORATION
12301 W  WIRTH STREET
WAUWATOSA, WISCONSIN 53222 USA
TELEPHONE (414)259-5333
DUNS 00-608-2531
GST REGISTRATION NO  82015 1702 RT0001

| **Invoice** | |
|---|---|
| PLEASE SHOW INV NO | |
| ON YOUR REMITTANCE | |
| INVOICE NO  90077534 | |
| INVOICE DATE  09/25/2018 | |

**CUSTOMER** 1001300
SEARS RETAIL
3333 BEVERLY RD
HOFFMAN ESTATES IL  60179-0001
USA

**SHIP TO**
Oscar Costilla
54701 SAGEWOOD DR
MISHAWAKA IN  46545-1841
USA

**CHARGE TO:** 300010
**VENDOR:**
**TERMS:** NET 60 DAYS INVOICE DATE
**INCOTERMS**  FCA BRIGGS & STRATTON CORP

Subject to Briggs & Stratton Standard
Terms and Conditions of Sale

| CUSTOMER PO | QUANTITY | PART NUMBER DESCRIPTION | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| 279038048 | 1 | 030667 | 262 50  Per 1 | 262 50 |
| | | GEN,3500, POWERBOSS, CSA | | |
| | | Origin of the above item is  China | | |
| | | **TOTAL BEFORE TAX** | | 262 50 |
| | | **TOTAL AMOUNT** | | USD  262 50 |

REMIT PAYMENT TO
JPMORGAN CHASE BANK, N A
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10081
ABA ROUTING NO  021000021 (WIRE)
ABA ROUTING NO  075000019 (ACH)
SWIFT CODE  CHASUS33
FOR CREDIT TO BRIGGS & STRATTON CORPORATION
ACCOUNT NO  550004049
REFERENCING THE INVOICE NUMBER

BRIGGS & STRATTON WILL PROVIDE MINIMUM INSURANCE COVERAGE AS REQUIRED UNDER OUR STANDARD
CARGO POLICY FOR SHIPMENTS MOVED UNDER CIP INCOTERMS ONLY

SALES DOCUMENT  100061847

CURRENCY OF THIS DOCUMENT IS US DOLLAR



BRIGGS & STRATTON CORPORATION
12301 W WIRTH STREET
WAUWATOSA, WISCONSIN 53222 USA
TELEPHONE (414)259-5333
DUNS 00-608-2531
GST REGISTRATION NO  82015 1702 RT0001

| **Invoice** | |
| --- | --- |
| | PLEASE SHOW INV NO<br>ON YOUR REMITTANCE |
| INVOICE NO  90077534 | |
| INVOICE DATE  09/25/2018 | |

**CUSTOMER** 1001300
SEARS RETAIL
3333 BEVERLY RD
HOFFMAN ESTATES IL  60179-0001
USA

**SHIP TO**
Oscar Costilla
54701 SAGEWOOD DR
MISHAWAKA IN  46545-1841
USA

THESE ITEMS ARE CONTROLLED BY THE U S GOVERNMENT AND AUTHORIZED FOR EXPORT ONLY TO THE
COUNTRY OF ULTIMATE DESTINATION FOR USE BY THE ULTIMATE CONSIGNEE OR END-USER(S) HEREIN
IDENTIFIED  THEY MAY NOT BE RESOLD, TRANSFERRED, OR OTHERWISE DISPOSED OF, TO ANY OTHER
COUNTRY OR TO ANY PERSON OTHER THAN THE AUTHORIZED ULTIMATE CONSIGNEE OR END-USER(S),
EITHER IN THEIR ORIGINAL FORM OR AFTER BEING INCORPORATED INTO OTHER ITEMS, WITHOUT FIRST
OBTAINING APPROVAL FROM THE U S GOVERNMENT OR AS OTHERWISE AUTHORZED BY U S LAW AND
REGULATIONS

THE GOODS SHOWN ON THIS DOCUMENT ARE OF U S.A. ORIGIN UNLESS OTHERWISE STATED.

CURRENCY OF THIS DOCUMENT IS US DOLLAR

Shipment Number                    **Packing List**                        Page 1 / 1

                                                              Date    09/25/2018  Time   13 44 46

Sold-to-party  1001300          Service agent              Shipping point   WHE812
     SEARS RETAIL                                          B&S Warehouse MCDONOUGH
Ship-to-party  021ZSHIPTO       Trailer Number             1793 Highway 42 S
     Oscar Costilla             Seal Number                MCDONOUGH GA 30252-7628
     54701 SAGEWOOD DR          Pro Number
     MISHAWAKA IN 46545-1841    Tracking Number

| Quantity | Material Number | Material Desc | Customer PO | Customer Part | Case Number | Pallet SSCC Number |
|----------|-----------------|---------------|-------------|---------------|-------------|--------------------|
| 1 | 030667 | GEN,3500, POWERBOSS, CSA | 279038048 | 8910 | 300011675001442585 | |

TOTALS

Pallet        0
Loose case    1                            8000 90552
Quantity      1

                        ** Gross Weight         109 8  LB,            49 8   KG
                        ** Net Weight           109 8  LB,            49 8   KG

DIMENSIONS  L=Length  W=Width  H=Height  CF=Cubic Foot
      GL=Gross Weight(LBs)  NL=Net Weight(LBs)  GK=Gross Weight(KGs)  NK=Net Weight(KGs)
      DN=Delivery Number

320882    SEP 25, 2018  -   ACT WT  110 0 LBS  #PK 1
SVC GNDRES                BL WT
TRACKING# 123208620345693402         ALL CURRENCY USD
REF 1
REF 2

HC 0 00           CNS 0 00           FRT SHP
SHIPMENT PUB RATE CHARGES               SVC 67 90 USD
DV 0 00           COD   0 00           RS  0 00
DC 0 00           DAD   0 00
AH 12.00          PR    0 00           ROD 0 00
TOT PUB CHG 79 90            PUB+ HC79 90

THIS DOCUMENT IS NOT AN INVOICE

10/16/2018

Tracking  UPS - United States

# ups  Proof of Delivery

Close Window

Dear Customer

This notice serves as proof of delivery for the shipment listed below

| | |
|---|---|
| **Tracking Number:** | 1Z3209620345683402 |
| **Service:** | UPS Ground |
| **Weight** | 110.00 lbs |
| **Shipped/Billed On** | 09/25/2018 |
| **Delivered On:** | 09/27/2018 4.11 PM |
| **Delivered To** | MISHAWAKA IN US |
| **Received By** | DRIVER RELEASE |
| **Left At** | Met Customer Man |

Thank you for giving us this opportunity to serve you

Sincerely,

UPS

Tracking results provided by UPS  10/16/2018 10.40 A.M.  ET

# Order Details - 279038048

ID# 12554667 (Sears Online)

MORE ACTIONS ⌄    ‹ BACK

| Order Status: Complete | Received: 09/23/2018 02:14 PM |
|---|---|

**Billing Address**

oscar costilla
oscar costilla
54701 sagewood drive
MISHAWAKA, IN 46545
US
T 5743032169
E ocostilla56@yahoo.com

**Shipping Address**

oscar costilla
oscar costilla
54701 sagewood drive
MISHAWAKA, IN 46545
US
T 5743032169
E ocostilla56@yahoo.com

## Additional Information

**Shipping & Payment Information**

| | |
|---|---|
| Shipping Method | UPSN-CG |
| Req Ship Date | 09/25/2018 |
| Payment Terms | |

**General Information**

| | |
|---|---|
| Customer ID | |
| Customer Name | oscar costilla |
| Order ID | 877881546 |
| Partner Order ID | |
| Reference # | 279038048 |

## Order Items

| LINE ID | PRODUCT | DESCRIPTION | WEIGHT | QUANTITY | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 1 | SKU 030667 PartnerSKU 07308*10000 UPC 011675306278 | POWERBOSS 030667 5500 WATT PORTABLE GENERATOR | 0 | Ordered 1 Shipped 1 Cancelled 0 | $262.50 | $262.50 |

Notes

**Order Totals**

| | |
|---|---|
| Subtotal | $262.50 |



BRIGGS & STRATTON CORPORATION
12301 W  WIRTH STREET
WAUWATOSA, WISCONSIN 53222 USA
TELEPHONE (414)259-5333
DUNS 00-608-2531
GST REGISTRATION NO  82015 1702 RT0001

## Invoice

PLEASE SHOW INV NO
ON YOUR REMITTANCE

INVOICE NO  90081784
INVOICE DATE  09/27/2018

**CUSTOMER**  1001300
SEARS RETAIL
3333 BEVERLY RD
HOFFMAN ESTATES IL  60179-0001
USA

**SHIP TO**
Bobbi Barlow
197 HAZELWOOD RIVER RD
EDGEWATER FL  32141-7208
USA

**CHARGE TO:** 300010
**VENDOR:**
**TERMS:** NET 60 DAYS INVOICE DATE
**INCOTERMS**  FCA BRIGGS & STRATTON CORP

Subject to Briggs & Stratton Standard
Terms and Conditions of Sale

| CUSTOMER PO | QUANTITY | PART NUMBER DESCRIPTION | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| 279444446 | 1 | 020541<br>HSPW, 3100@2 8, BRIGGS<br>Origin of the above item is  China | 390 00  Per 1 | 390 00 |
| | | **TOTAL BEFORE TAX** | | 390 00 |
| | | **TOTAL AMOUNT** | | USD  390 00 |

REMIT PAYMENT TO
JPMORGAN CHASE BANK, N A
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10081
ABA ROUTING NO  021000021 (WIRE)
ABA ROUTING NO  075000019 (ACH)
SWIFT CODE  CHASUS33
FOR CREDIT TO BRIGGS & STRATTON CORPORATION
ACCOUNT NO  550004049
REFERENCING THE INVOICE NUMBER

BRIGGS & STRATTON WILL PROVIDE MINIMUM INSURANCE COVERAGE AS REQUIRED UNDER OUR STANDARD
CARGO POLICY FOR SHIPMENTS MOVED UNDER CIP INCOTERMS ONLY

SALES DOCUMENT  100064773

CURRENCY OF THIS DOCUMENT IS US DOLLAR



BRIGGS & STRATTON CORPORATION
12301 W  WIRTH STREET
WAUWATOSA, WISCONSIN 53222 USA
TELEPHONE (414)259-5333
DUNS 00-608-2531
GST REGISTRATION NO  82015 1702 RT0001

| **Invoice** |
| --- |
| PLEASE SHOW INV NO<br>ON YOUR REMITTANCE |
| INVOICE NO  90081784<br>INVOICE DATE  09/27/2018 |

**CUSTOMER** 1001300
SEARS RETAIL
3333 BEVERLY RD
HOFFMAN ESTATES IL  60179-0001
USA

**SHIP TO**
Bobbi Barlow
197 HAZELWOOD RIVER RD
EDGEWATER FL  32141-7208
USA

THESE ITEMS ARE CONTROLLED BY THE U S  GOVERNMENT AND AUTHORIZED FOR EXPORT ONLY TO THE
COUNTRY OF ULTIMATE DESTINATION FOR USE BY THE ULTIMATE CONSIGNEE OR END-USER(S) HEREIN
IDENTIFIED   THEY MAY NOT BE RESOLD, TRANSFERRED, OR OTHERWISE DISPOSED OF, TO ANY OTHER
COUNTRY OR TO ANY PERSON OTHER THAN THE AUTHORIZED ULTIMATE CONSIGNEE OR END-USER(S),
EITHER IN THEIR ORIGINAL FORM OR AFTER BEING INCORPORATED INTO OTHER ITEMS, WITHOUT FIRST
OBTAINING APPROVAL FROM THE U S  GOVERNMENT OR AS OTHERWISE AUTHORIZED BY U S  LAW AND
REGULATIONS

THE GOODS SHOWN ON THIS DOCUMENT ARE OF U S.A. ORIGIN UNLESS OTHERWISE STATED.

CURRENCY OF THIS DOCUMENT IS US DOLLAR

## Packing List

Shipment Number                                                                Page 1 / 1

Date   09/27/2018  Time   14 20 20

Sold-to-party  1001300              Service agent                    Shipping point  WHE812
    SEARS RETAIL                                                         B&S Warehouse MCDONOUGH
Ship-to-party  021ZSHIPTO              Trailer Number                    1793 Highway 42 S
    Bobbi Barlow                       Seal Number                      MCDONOUGH GA 30252-7628
    197 HAZELWOOD RIVER RD             Pro Number
    EDGEWATER FL 32141-7208            Tracking Number

| Quantity | Material Number | Material Desc | Customer PO | Customer Part | Case Number | Pallet SSCC Number |
|---|---|---|---|---|---|---|
| 1 | 020541 | HSPW, 3100@2 8, BRIGGS | 279444446 | 92857 | 300011675001508175 | |

TOTALS

Pallet        0
Loose case    1                                           *300096254*
Quantity      1

                    ** Gross Weight          115 7  LB,          52 5  KG
                    ** Net Weight            115 7  LB,          52 5  KG

DIMENSIONS  L=Length  W=Width  H=Height  CF=Cubic Foot
        GL=Gross Weight(Lbs)   NL=Net Weight(Lbs)  GK=Gross Weight(KGs)  NK=Net Weight(KGs)
        DN=Delivery Number

320082        SEP 27, 2018      ACT WT   116 0 LBS  #PK 1
SVC GNDRES                     BL WT
TRACKING# 1Z3209620344659173              ALL CURRENCY USD
REF 1
REF 2

HC 0 00                 CNS 0 00        FRT SHP
SHIPMENT PUB RATE CHARGES             SVC  69 08 USD
DV 0 00                              HS  0 00
DC 0 00          COD  0 00
AH 12 00         DGD  0 00
TOT PUB CHG 81 08    PR  0 00        PUB+HC81 08  ROD  0 00

THIS DOCUMENT IS NOT AN INVOICE

10/16/2018

Tracking  UPS - United States

# Proof of Delivery

Close Window

Dear Customer

This notice serves as proof of delivery for the shipment listed below

| | |
|---|---|
| **Tracking Number:** | 1Z3209620344659173 |
| **Service:** | UPS Ground |
| **Weight:** | 116.00 lbs |
| **Shipped/Billed On** | 09/27/2018 |
| **Delivered On:** | 10/01/2018 5.18 PM |
| **Delivered To** | EDGEWATER, FL  US |
| **Received By** | DRIVER RELEASE |
| **Left At** | Front Door |

Thank you for giving us this opportunity to serve you

Sincerely,

UPS

Tracking results provided by UPS   10/16/2018 10.40 A.M.  CT

# Order Details - 279444446



ID# 12744675 (Sears Online)

MORE ACTIONS    ⌄    ‹ BACK

**Order Status: Complete**    Received: 09/26/2018 04:15 PM

**Billing Address**

Bilal Aslam
Bilal Aslam
1266 Dovershire Pl
HIGH POINT, NC 27262
US
T 4132298024
E ruc8757@searshc.com

**Shipping Address**

Bobbi Barlow
Bobbi Barlow
197 HAZELWOOD RIVER RD
EDGEWATER, FL 32141
US
T 3864284056
E ruc8757@searshc.com

**Additional Information**

**Shipping & Payment Information**

Shipping Method    UPSN CG
Req Ship Date      09/28/2018
Payment Terms

**General Information**

Customer ID
Customer Name    Bilal Aslam
Order ID          878061151
Partner Order ID
Reference #       279444446

**Order Items**

| LINE ID | PRODUCT | DESCRIPTION | WEIGHT | QUANTITY | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 1 | SKU 20541<br>Partner SKU 07392857000<br>UPC 011675205=16 | 205413.00 MAX PSI 28 MAX CP MERIGGS STRATTON PRESSURE WAS | 0 | Ordered 1<br>Shipped 1<br>Cancelled 0 | $590.00 | $590.00 |

Notes

**Order Totals**

Subtotal    $390.00



BRIGGS & STRATTON CORPORATION
12301 W  WIRTH STREET
WAUWATOSA, WISCONSIN 53222 USA
TELEPHONE  (414)259-5333
DUNS 00-608-2531
GST REGISTRATION NO  82015 1702 RT0001

| Invoice |
|---|
| PLEASE SHOW INV NO<br>ON YOUR REMITTANCE |
| INVOICE NO  90081925<br>INVOICE DATE  09/27/2018 |

**CUSTOMER** 1001300
SEARS RETAIL
3333 BEVERLY RD
HOFFMAN ESTATES IL  60179-0001
USA

SHIP TO
Paul Schuch
11 E ALLEN ST
NAZARETH PA  18064-1102
USA

**CHARGE TO:** 300010
**VENDOR:**
**TERMS:** NET 60 DAYS INVOICE DATE
**INCOTERMS**  FCA BRIGGS & STRATTON CORP

Subject to Briggs & Stratton Standard
Terms and Conditions of Sale

| CUSTOMER PO | QUANTITY | PART NUMBER<br>DESCRIPTION | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| 279355760 | 1 | 1696619<br>SNW 27 11 5 BRIGGS S1227 MD NA<br>Origin of the above item is  China | 590 00  Per 1 | 590 00 |
| | | **TOTAL BEFORE TAX** | | 590 00 |
| | | **TOTAL AMOUNT** | | USD  590 00 |

REMIT PAYMENT TO
JPMORGAN CHASE BANK, N A
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10081
ABA ROUTING NO  021000021 (WIRE)
ABA ROUTING NO  075000019 (ACH)
SWIFT CODE·  CHASUS33
FOR CREDIT TO BRIGGS & STRATTON CORPORATION
ACCOUNT NO  550004049
REFERENCING THE INVOICE NUMBER

BRIGGS & STRATTON WILL PROVIDE MINIMUM INSURANCE COVERAGE AS REQUIRED UNDER OUR STANDARD
CARGO POLICY FOR SHIPMENTS MOVED UNDER CIP INCOTERMS ONLY

SERVICE AGENT  DEMAR LOGISTICS
SHIPMENT NO  10014341

CURRENCY OF THIS DOCUMENT IS US DOLLAR

BRIGGS & STRATTON CORPORATION
12301 W  WIRTH STREET
WAUWATOSA, WISCONSIN 53222 USA
TELEPHONE (414)259-5333
DUNS 00-608-2531
GST REGISTRATION NO  82015 1702 RT0001

**Invoice**

PLEASE SHOW INV NO
ON YOUR REMITTANCE

INVOICE NO  90081925
INVOICE DATE. 09/27/2018

**CUSTOMER** 1001300
SEARS RETAIL
3333 BEVERLY RD
HOFFMAN ESTATES IL  60179-0001
USA

SHIP TO
Paul Schuch
11 E ALLEN ST
NAZARETH PA  18064-1102
USA

PRO NO  7998082
SALES DOCUMENT  100063989

THESE ITEMS ARE CONTROLLED BY THE U S  GOVERNMENT AND AUTHORIZED FOR EXPORT ONLY TO THE
COUNTRY OF ULTIMATE DESTINATION FOR USE BY THE ULTIMATE CONSIGNEE OR END-USER(S) HEREIN
IDENTIFIED   THEY MAY NOT BE RESOLD, TRANSFERRED, OR OTHERWISE DISPOSED OF, TO ANY OTHER
COUNTRY OR TO ANY PERSON OTHER THAN THE AUTHORIZED ULTIMATE CONSIGNEE OR END-USER(S),
EITHER IN THEIR ORIGINAL FORM OR AFTER BEING INCORPORATED INTO OTHER ITEMS, WITHOUT FIRST
OBTAINING APPROVAL FROM THE U S  GOVERNMENT OR AS OTHERWISE AUTHORZED BY U S  LAW AND
REGULATIONS

THE GOODS SHOWN ON THIS DOCUMENT ARE OF U S A. ORIGIN UNLESS OTHERWISE STATED.

CURRENCY OF THIS DOCUMENT IS US DOLLAR

| Date 09/27/2018 | **BILL OF LADING** | Page 1 / 1 |

**SHIP FROM**

B&S DIST CTR RICHARDS MKE WI
4353 N RICHARDS ST
MILWAUKEE WI 53212-1015
USA

Bill of Lading Number: 10014341

Fwd Agent TrackerID
Carrier Name: **DEMAR LOGISTICS**
Vehicle Number:
Seal number
SCAC:DELG
PRO Number 7998082

**SHIP TO**

Paul Schuch
11 E ALLEN ST
NAZARETH PA 18064-1102
USA

**Freight Charge Terms** : (freight charges are
Prepaid unless marked otherwise).
Prepaid ___ Collect X__ 3rd Party ____

**THIRD PARTY FREIGHT CHARGES BILL TO**

☐      Master Bill of Lading
(Checkbox)    with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS

Delivery No. 800094664

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | Customer Release No | # PKGS | WEIGHT | Pallet/Slip | Additional Shipper Information |
|---|---|---|---|---|---|
| 279355760 | | 1 | 70.1 LB | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| GRAND TOTAL | | 1 | 70 LB | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | COMMODITY DESCRIPTION | | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care See section 2(e) of NMFC Item 360 | H M (X) | NMFC # | CLASS |
| 1 | PALLET | 1 | EA | 249 8 LB | OTHER SNOW-BLOWERS (THROWERS) | | | |
| | | | | | | | | |
| | | | | | | | | |
| 1 | | 1 | | 250 LB | GRAND TOTAL | | | |

**785492**

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows

"The agreed or declared value of the property is specifically stated by the shipper
NOTE Liability Limitation for loss or damage in this shipment may be applicable See 49 U S C  * 14706(c)(1)(A) and (B)

COD Amount  $ _____
Fee Terms.  Collect ☐      Prepaid ☐
Customer check acceptable ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request  The shipper hereby certifies that he/she is familiar with all the terms and conditions of the NMFC Uniform Straight Bill of Lading, including those on the back thereof, and the said terms and conditions are hereby agreed to by the shipper and accepted for him/herself and his/her assigns

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

Eugene Hojnacki  Shipper
Signature

SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT

Name  Eugene Hojnacki      Date  09/27/2018

CARRIER SIGNATURE / PICKUP DATE
CSTM EX        9/27/18
Carrier acknowledges receipt of packages and required placards  Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle Property described above is received in good order, except as noted

(1) INTACT SW SKID

# Packing List

Shipment Number : 8000946641

1001143-1

Page 1 / 1
Date : 09/27/2018  Time : 02:07:11

Service agent :

Shipping point : WHE813
B&S Warehouse RICHARD STREET
N. RICHARDS STREET
MILWAUKEE WI 53212

Sold-to-party :1001300
SEARS RETAIL
Ship-to-party :0212SHIPTO
Paul Schuch
11 E ALLEN ST
NAZARETH PA 18064-1102

Trailer Number :
Seal Number :
Pro Number :
Tracking Number :

| Quantity | Material Number | Material Desc | Customer PO | Customer Part | Case Number | Pallet SSCC Number |
|---|---|---|---|---|---|---|
| 1 | 1696619 | SNW 27 11.5 BRIGGS S1227 MD NA | 279355760 | 87813 | | 18966390200002100005 |

** Gross Weight :   249.8  LB,      113.3  KG
** Net Weight   :   217.8  LB,       98.8  KG

TOTALS

Pallet     : 1
Loose case : 0
Quantity   : 1

DIMENSIONS  L=Length  W=Width  H=Height  CF=Cubic Foot
GL=Gross Weight(LBs)  NL=Net Weight(LBs)  GK=Gross Weight(KGs)  NK=Net Weight(KGs)
DN=Delivery Number

M, S
-9-26-18
101 A-22

# DEMAR
Logistics, Inc.

# SEARS HOLDINGS

## Request for Transportation

Sears K

| Request Date | 26-Sep-18 |
|---|---|
| Customer | Briggs & Stratton |
| Address | 4353 N Richards Street |
| City/State/Zip | Milwaukee, WI 53212 |
| Contact | Eugene |
| Phone | 414-978-4114 |
| Assigned Ship Day | Thursday |

**Notes**

DN 8000994664 ORDER 100063989 Model 1696619

| Customer Name | Address | City | St | Zip | Phone No. (Dash) | Description | Customer Order Number | Pcs | Skids Dimensions | Wgt |
|---|---|---|---|---|---|---|---|---|---|---|
| PAUL SCHUCH | 11 E. ALLEN STREET | NAZARETH | PA | 18064 | (610) 704-2162 | SNW 27 11.5 BRIGGS S1227 MD NA | 100063989 | 1 | 35X23X26 | 211 |

Rev 200909

**Contact Infomation for Shipping**
Email this form to the following contacts by Noon (central time) on day prior to pick up
**E-mail to: searsdispatchDG@demarlogistics.com**



# Order Details - 279355760

ID# 12699379 (Sears Online)

MORE ACTIONS    ⌄    ⌃ BACK

| Order Status: Complete | Received: 09/25/2018 09:15 PM |
|---|---|

**Billing Address**

paul schuch jr
paul schuch jr
11 E ALLEN
NAZARETH PA 18064
US
T 6107042162
E hnut24@rcn.com

**Shipping Address**

paul schuch
paul schuch
11 e allen st
NAZARETH PA 18064
US
T 6107042162
E hnut24@rcn.com

## Additional Information

**Shipping & Payment Information**

| Shipping Method | DELG-SG |
|---|---|
| Req Ship Date | 10/04/2018 |
| Payment Terms | |

**General Information**

| Customer ID | |
|---|---|
| Customer Name | paul schuch jr |
| Order ID | 878022466 |
| Partner Order ID | |
| Reference # | 279355760 |

## Order Items

| LINE ID | | PRODUCT | DESCRIPTION | WEIGHT | QUANTITY | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|
| 1 | : | SKU 1696619 PartnerSKU 07157613000 UPC 053207074139 | BRIGGS STRATTON 1696619 115 TP 27 MEDIUMDUTY DUALSTAGE ELE | 0 | Ordered 1 Shipped 1 Cancelled 0 | $590.00 | $590.00 |



BRIGGS & STRATTON CORPORATION
12301 W WIRTH STREET
WAUWATOSA, WISCONSIN 53222 USA
TELEPHONE (414)259-5333
DUNS 00-608-2531
GST REGISTRATION NO 82015 1702 RT0001

| **Invoice** | |
| --- | --- |
| PLEASE SHOW INV NO ON YOUR REMITTANCE | |
| INVOICE NO 90084050 | |
| INVOICE DATE 09/28/2018 | |

**CUSTOMER** 1001300
SEARS RETAIL
3333 BEVERLY RD
HOFFMAN ESTATES IL 60179-0001
USA

**SHIP TO**
DIANE FORE
96 CADWELL RD
OPELIKA AL 36804-1858
USA

**CHARGE TO:** 300010
**VENDOR:**
**TERMS:** NET 60 DAYS INVOICE DATE
**INCOTERMS** FCA BRIGGS & STRATTON CORP

Subject to Briggs & Stratton Standard
Terms and Conditions of Sale

| CUSTOMER PO | QUANTITY | PART NUMBER DESCRIPTION | UNIT PRICE | NET AMOUNT |
| --- | --- | --- | --- | --- |
| 279866798 | 1 | 020574 VSPW, 2800@2 3, NAT ACCTS | 260 00  Per 1 | 260 00 |
| | | **TOTAL BEFORE TAX** | | 260 00 |
| | | **TOTAL AMOUNT** | | USD  260 00 |

REMIT PAYMENT TO
JPMORGAN CHASE BANK, N A
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10081
ABA ROUTING NO 021000021 (WIRE)
ABA ROUTING NO 075000019 (ACH)
SWIFT CODE  CHASUS33
FOR CREDIT TO BRIGGS & STRATTON CORPORATION
ACCOUNT NO 550004049
REFERENCING THE INVOICE NUMBER

BRIGGS & STRATTON WILL PROVIDE MINIMUM INSURANCE COVERAGE AS REQUIRED UNDER OUR STANDARD
CARGO POLICY FOR SHIPMENTS MOVED UNDER CIP INCOTERMS ONLY

SALES DOCUMENT  100065567

CURRENCY OF THIS DOCUMENT IS US DOLLAR

Page 1 of 2



BRIGGS & STRATTON CORPORATION
12301 W  WIRTH STREET
WAUWATOSA, WISCONSIN 53222 USA
TELEPHONE (414)259-5333
DUNS 00-608-2531
GST REGISTRATION NO  82015 1702 RT0001

**Invoice**

PLEASE SHOW INV NO
ON YOUR REMITTANCE

INVOICE NO  90084050
INVOICE DATE  09/28/2018

**CUSTOMER** 1001300
SEARS RETAIL
3333 BEVERLY RD
HOFFMAN ESTATES IL  60179-0001
USA

**SHIP TO**
DIANE FORE
96 CADWELL RD
OPELIKA AL  36804-1858
USA

THESE ITEMS ARE CONTROLLED BY THE U S  GOVERNMENT AND AUTHORIZED FOR EXPORT ONLY TO THE
COUNTRY OF ULTIMATE DESTINATION FOR USE BY THE ULTIMATE CONSIGNEE OR END-USER(S) HEREIN
IDENTIFIED   THEY MAY NOT BE RESOLD, TRANSFERRED, OR OTHERWISE DISPOSED OF, TO ANY OTHER
COUNTRY OR TO ANY PERSON OTHER THAN THE AUTHORIZED ULTIMATE CONSIGNEE OR END-USER(S),
EITHER IN THEIR ORIGINAL FORM OR AFTER BEING INCORPORATED INTO OTHER ITEMS, WITHOUT FIRST
OBTAINING APPROVAL FROM THE U S  GOVERNMENT OR AS OTHERWISE AUTHORZED BY U S  LAW AND
REGULATIONS

THE GOODS SHOWN ON THIS DOCUMENT ARE OF U S A. ORIGIN UNLESS OTHERWISE STATED.

CURRENCY OF THIS DOCUMENT IS US DOLLAR

| Shipment Number | **Packing List** | Page 1 / 1 |
|---|---|---|

Date   09/28/2018 **Time**   14 51 16

Sold-to-party  1001300
  SEARS RETAIL
Ship-to-party  021ZSHIPTO
  DIANE FORE
  96 CADWELL RD
  Opelika AL 36804-1858

Service agent

  Trailer Number
  Seal Number
  Pro Number
  Tracking Number

Shipping point   WHE812
B&S Warehouse MCDONOUGH
1793 Highway 42 S
MCDONOUGH GA 30252-7628

| Quantity | Material Number | Material Desc | Customer PO | Customer Part | Case Number | Pallet SSCC Number |
|---|---|---|---|---|---|---|
| 1 | 020574 | VSPW, 2800@2.3, NAT ACCTS 279866798 | | 94545 | 300011675001539667 | |

TOTALS

Pallet       0
Loose case   1
Quantity     1

*800098173*

|  |  |  |  |  |
|---|---|---|---|---|
| ** Gross Weight | 57 0 | LB, | 25 9 | KG |
| ** Net Weight | 57 0 | LB, | 25 9 | KG |

DIMENSIONS   L=Length   W=Width   H=Height   CF=Cubic Foot
    GL=Gross Weight(LBs)   NL=Net Weight(LBs)   GK=Gross Weight(KGs)   NK=Net Weight(KGs)
    DN=Delivery Number

320982    SEP 20, 2018      ACT WT  57 0 LBS   #PK 1
SVC ONDCOM        BL WT
TRACKING# 173209820344126462       ALL CURRENCY USD
REF 1
REF 2

HC 0 00           CNS 9 00        FRT: SHP
SHIPMENT PUB RATE CHARGES           SVC  31 00 USD
DV 0 00           COD   0 00       RS   0 00
DC 0 00           DGD   0 00
AH 0 00           PR    0 00       ROD  0 00
TOT PUB CHG 31 00           PUB + HC31 00

THIS DOCUMENT IS NOT AN INVOICE

10/16/2018

Tracking  UPS - United States

## UPS Proof of Delivery

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below

| | |
|---|---|
| **Tracking Number:** | 1Z3209620344126462 |
| **Service:** | UPS Ground |
| **Weight** | 57.00 lbs |
| **Shipped/Billed On** | 09/28/2018 |
| **Delivered On:** | 10/01/2018 1:35 PM |
| **Delivered To** | OPELIKA  AL US |
| **Received By** | DRIVER RELEASE |
| **Left At** | Garage |

Thank you for giving us this opportunity to serve you

Sincerely,

UPS

Tracking results provided by UPS  10/16/2018 10:40 A.M.  ET

# Order Details - 279866798

ID# 12817464 (Sears Online)

MORE ACTIONS  ˅   ‹ BACK

**Order Status: Complete**    Received: 09/28/2018 12:14 AM

**Billing Address**

Mark Herbert
Mark Herbert
2299 Perimeter Park Drive
Atlanta GA 30341
US
T 8885788935
E vendoremails@rewardtrax.com

**Shipping Address**

DIANE FORE
DIANE FORE
96 Cadwell Rd
Opelika AL 36804
US
T 4058122424
E no-reply@reward-hq.com

**— Additional Information**

**Shipping & Payment Information**

Shipping Method    UPSN CG
Req Ship Date      10/02/2018
Payment Terms

**General Information**

Customer ID
Customer Name    Mark Herbert
Order ID         878128059
Partner Order ID
Reference #      279866798

**— Order Items**

| LINE ID | PRODUCT | DESCRIPTION | WEIGHT | QUANTITY | UNIT PRICE | EXT PRICE |
|---------|---------|-------------|--------|----------|------------|-----------|
| + 1 | SKU 20574<br>PartnerSKU 07194545000<br>UPC 0719545000 | 20574 2300 MAX PSI 23 MAX GPM POWER BOSS PRESSURE WASHER | 0 | Ordered 1<br>Shipped 1<br>Cancelled 0 | $260.00 | $260.00 |

Notes

Order Totals



BRIGGS & STRATTON CORPORATION
12301 W WIRTH STREET
WAUWATOSA, WISCONSIN 53222 USA
TELEPHONE (414)259-5333
DUNS 00-608-2531
GST REGISTRATION NO  82015 1702 RT0001

| **Invoice** |
| --- |
| PLEASE SHOW INV NO |
| ON YOUR REMITTANCE |
| INVOICE NO  90075266 |
| INVOICE DATE  09/24/2018 |

**CUSTOMER** 1001044
SEARS HOLDINGS CORPORATION
**DO NOT MAIL INVOICES**
3333 BEVERLY RD
HOFFMAN ESTATES IL  60179-0001
USA

**SHIP TO** 2017000
SEARS RRC #447
2775 W MILLER RD
GARLAND TX  75041-1210
USA

**CHARGE TO:** 300010
**VENDOR:** 000134544
**TERMS:** NET 60 DAYS INVOICE DATE
**INCOTERMS**  FCA BRIGGS & STRATTON CORP

Subject to Briggs & Stratton Standard
Terms and Conditions of Sale

| CUSTOMER PO | QUANTITY | PART NUMBER DESCRIPTION | UNIT PRICE | NET AMOUNT |
| --- | --- | --- | --- | --- |
| 555841 | 80 | 020579 VSPW, 2800@2 3, SRS Order 100044555 from 09/01/2018 | 239 00  Per 1 | 19,120 00 |
| 556645 | 360 | 6161 ACC, KIT, PERFECTMIX, MLD & MLDW, 32 OZ Origin of the above item is  Taiwan Order 100049110 from 09/07/2018 | 3 90  Per 1 | 1,404 00 |
| 556645 | 16 | 020563 VSPW, 2200@1 9, SRS Order 100049110 from 09/07/2018 | 188 60  Per 1 | 3,017 60 |
| 557682 | 16 | 6201 ACC, GUN, SPRAY, PRO Origin of the above item is  Italy Order 100054571 from 09/14/2018 | 16 43  Per 1 | 262 88 |
| 557682 | 40 | 6202 ACC, WAND, ADJ SPRAY Origin of the above item is  Italy Order 100054571 from 09/14/2018 | 9 52  Per 1 | 380 80 |
| 557682 | 48 | 6200 ACC, GUN, SPRAY Origin of the above item is  China Order 100054571 from 09/14/2018 | 15 00  Per 1 | 720 00 |

CURRENCY OF THIS DOCUMENT IS US DOLLAR

Page 1 of 3



BRIGGS & STRATTON CORPORATION
12301 W WIRTH STREET
WAUWATOSA, WISCONSIN 53222 USA
TELEPHONE (414)259-5333
DUNS 00-608-2531
GST REGISTRATION NO  82015 1702 RT0001

## Invoice

PLEASE SHOW INV NO
ON YOUR REMITTANCE

INVOICE NO 90075266
INVOICE DATE  09/24/2018

**CUSTOMER** 1001044
SEARS HOLDINGS CORPORATION
**DO NOT MAIL INVOICES**
3333 BEVERLY RD
HOFFMAN ESTATES IL  60179-0001
USA

**SHIP TO** 2017000
SEARS RRC #447
2775 W MILLER RD
GARLAND TX  75041-1210
USA

| CUSTOMER PO | QUANTITY | PART NUMBER DESCRIPTION | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| 557682 | 32 | 6195 ACC, KIT, QC, TURBO, B&S Origin of the above item is  China Order 100054571 from 09/14/2018 | 16 00 Per 1 | 512 00 |
| 557682 | 20 | 6205 ACC, KIT, QC, WAND, 20 IN Order 100054571 from 09/14/2018 | 7 27 Per 1 | 145 40 |
| 557682 | 20 | 6197 ACC, KIT, QC, MULTI-TIP, B&S Order 100054571 from 09/14/2018 | 14 76 Per 1 | 295 20 |
| 557682 | 32 | 020698 VSPW, 2700@2 1, CRAFTSMAN Order 100054571 from 09/14/2018 | 216 00 Per 1 | 6,912 00 |
| 557682 | 32 | 020670 VSPW,3100@2 5,CRAFTSMAN Order 100054571 from 09/14/2018 | 298 79 Per 1 | 9,561 28 |
| 557682 | 64 | 020579 VSPW, 2800@2 3, SRS Order 100054571 from 09/14/2018 | 239 00 Per 1 | 15,296 00 |

TOTAL BEFORE TAX                                              57,627 16

TOTAL AMOUNT                                        USD  57,627 16

CURRENCY OF THIS DOCUMENT IS US DOLLAR



BRIGGS & STRATTON CORPORATION
12301 W WIRTH STREET
WAUWATOSA, WISCONSIN 53222 USA
TELEPHONE (414)259-5333
DUNS 00-608-2531
GST REGISTRATION NO  82015 1702 RT0001

| **Invoice** |
| --- |
| PLEASE SHOW INV NO ON YOUR REMITTANCE |
| INVOICE NO 90075266 |
| INVOICE DATE 09/24/2018 |

**CUSTOMER** 1001044
SEARS HOLDINGS CORPORATION
**DO NOT MAIL INVOICES**
3333 BEVERLY RD
HOFFMAN ESTATES IL  60179-0001
USA

**SHIP TO** 2017000
SEARS RRC #447
2775 W MILLER RD
GARLAND TX 75041-1210
USA

REMIT PAYMENT TO
JPMORGAN CHASE BANK, N A
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10081
ABA ROUTING NO  021000021 (WIRE)
ABA ROUTING NO  075000019 (ACH)
SWIFT CODE   CHASUS33
FOR CREDIT TO BRIGGS & STRATTON CORPORATION
ACCOUNT NO 550004049
REFERENCING THE INVOICE NUMBER

BRIGGS & STRATTON WILL PROVIDE MINIMUM INSURANCE COVERAGE AS REQUIRED UNDER OUR STANDARD
CARGO POLICY FOR SHIPMENTS MOVED UNDER CIP INCOTERMS ONLY

000373555
0447
671

SERVICE AGENT  J B HUNT TRANSPORT INC
SHIPMENT NO  10012420

THESE ITEMS ARE CONTROLLED BY THE U S  GOVERNMENT AND AUTHORIZED FOR EXPORT ONLY TO THE
COUNTRY OF ULTIMATE DESTINATION FOR USE BY THE ULTIMATE CONSIGNEE OR END-USER(S) HEREIN
IDENTIFIED   THEY MAY NOT BE RESOLD, TRANSFERRED, OR OTHERWISE DISPOSED OF, TO ANY OTHER
COUNTRY OR TO ANY PERSON OTHER THAN THE AUTHORIZED ULTIMATE CONSIGNEE OR END-USER(S),
EITHER IN THEIR ORIGINAL FORM OR AFTER BEING INCORPORATED INTO OTHER ITEMS, WITHOUT FIRST
OBTAINING APPROVAL FROM THE U S  GOVERNMENT OR AS OTHERWISE AUTHORZED BY U S  LAW AND
REGULATIONS

THE GOODS SHOWN ON THIS DOCUMENT ARE OF U S.A  ORIGIN UNLESS OTHERWISE STATED

CURRENCY OF THIS DOCUMENT IS US DOLLAR

# BILL OF LADING

| Date 09/24/2018 | | Page 1 / 2 |

**SHIP FROM**

B&S Warehouse MCDONOUGH
1793 Highway 42 S
MCDONOUGH GA  30252-7628
USA

Bill of Lading Number  10012420

Fwd Agent TrackerID. 21974279
Carrier Name. J B HUNT TRANSPORT INC
Vehicle Number  259973
Seal number · 21974279
SCAC.HJBT
PRO Number.

**SHIP TO**

SEARS RRC #447
2775 W MILLER RD
GARLAND TX  75041-1210
USA

**Freight Charge Terms   (freight charges are
Prepaid unless marked otherwise):**
Prepaid _____ Collect  X  3rd Party _____

**THIRD PARTY FREIGHT CHARGES BILL TO**

☐  Master Bill of Lading
(Checkbox)     with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS

See Page   2

Delivery No  800084304,800084307,800084308

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | Customer Release No | # PKGS | WEIGHT | Pallet/Slip | Additional Shipper Information |
|---|---|---|---|---|---|
| 555841 | HJBT | 80 | 302 5 LB | | |
| 557682 | HJBT | 304 | 645 2 LB | | |
| 556645 | HJBT | 376 | 57 8 LB | | |
| | | | | | |
| | | | | | |
| GRAND TOTAL | | 780 | 1005 LB | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care  See section 2(e) of NMFC Item 360 | | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | | H M (X) | NMFC # | CLASS |
| 1 | PALLET | 360 | EA | 849 2 LB | | | 48580-3 | 55 |
| 10 | SPLOOSE | 160 | EA | 9600 0 LB | STEAM JET PROJECTING MACHINE NESOI | | | |
| 1 | PALLET | 156 | EA | 188 6 LB | SPRAY GUNS AND SIMILAR ITEMS | | | |
| | PALLET | 20 | EA | 6 0 LB | PARTS FOR MACHINES & MECH  APPLIANCES | | | |
| 4 | SPLOOSE | 64 | EA | 3849 6 LB | STEAM JET PROJECTING MACHINE NESOI | | 108382 | 85 |
| 16 | | 760 | | 14493 LB | GRAND TOTAL | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows "The agreed or declared value of the property is specifically stated by the

NOTE Liability Limitation for loss or damage in this shipment may be applicable  See 49 U S C  ' 14706(c)(1)(A) and (B)

COD Amount $_____
Fee Terms  Collect ☐    Prepaid ☐
Customer check acceptable. ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable  otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request  The shipper hereby certifies that he/she is familiar with all the terms and conditions of the NMFC Uniform Straight Bill of Lading, including those on the back thereof, and the said terms and conditions hereby agreed to by the shipper and accepted for him/herself and his/her assigns

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

Curtis Wyatt   Shipper
Signature

SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified  described  packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT

Name   Curtis Wyatt      Date   09/24/2018

CARRIER SIGNATURE / PICKUP DATE

Carrier acknowledges receipt of packages and required placards  Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle  Property described above is received in good order  except as noted

| Date  09/24/2018 | **BILL OF LADING** | Page    2  / 2 |
|---|---|---|

| | |
|---|---|
| **SHIP FROM** | Bill of Lading Number.  10012420 |
| B&S Warehouse MCDONOUGH<br>1793 Highway 42 S<br>MCDONOUGH GA   30252-7628<br>USA | |
| | Fwd Agent TrackerID  21974279 |
| **SHIP TO** | Carrier Name.  J B HUNT TRANSPORT INC<br>Vehicle Number  259973<br>Seal number  ·  21974279 |
| SEARS RRC #447<br>2775 W MILLER RD<br>GARLAND TX  75041-1210<br>USA | SCAC: HJBT<br>PRO Number· |
| **THIRD PARTY FREIGHT CHARGES BILL TO** | **Freight Charge Terms .  (freight charges are<br>Prepaid  unless marked otherwise)**<br>Prepaid ____   Collect _X__  3rd Party _____ |
| SPECIAL INSTRUCTIONS | ☐       Master Bill of Lading<br>(Checkbox)     with attached underlying Bills of Lading |
| Delivery No.  800084304,800084307,800084308 | |

**Special Instructions**

**Delivery Number   0800084304**
9-19-2018
BKG 18091900363

**Special Instructions**

**Delivery Number   0800084308**
9-19-2018
BKG 18091900363

**Special Instructions**

**Delivery Number   0800084307**
9-19-2018
BKG 18091900363

# BILL OF LADING

Date 09/24/2018                                                        Page 1 / 2

| SHIP FROM | |
|---|---|

B&S Warehouse MCDONOUGH
1793 Highway 42 S
MCDONOUGH GA  30252-7628
USA

Bill of Lading Number  10012420

Fwd Agent TrackerID  21974279
Carrier Name  J B HUNT TRANSPORT INC
Vehicle Number  259973
Seal number  21974279
SCAC HJBT
PRO Number:

| SHIP TO | |
|---|---|

SEARS RRC #447
2775 W MILLER RD
GARLAND TX  75041-1210
USA

**Freight Charge Terms :** (freight charges are
Prepaid unless marked otherwise)
Prepaid _____ Collect X__ 3rd Party _____

| THIRD PARTY FREIGHT CHARGES BILL TO | |
|---|---|

☐  Master Bill of Lading
(Checkbox)    with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS                                   See Page   2

Delivery No  800084304,800084307,800084308

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | Customer Release No | # PKGS | WEIGHT | Pallet/Slip | Additional Shipper Information |
|---|---|---|---|---|---|
| 555841 | HJBT | 80 | 302 5 LB | | |
| 557682 | HJBT | 304 | 645 2 LB | | |
| 556646 | HJBT | 376 | 57 8 LB | | |
| | | | | | |
| | | | | | |
| | | | | | |
| GRAND TOTAL | | 760 | 1005 LB | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | COMMODITY DESCRIPTION | H M (X) | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care  See section 2(e) of NMFC Item 360 | | NMFC # | CLASS |
| 1 | PALLET | 360 | EA | 849 2 LB | | X | 48580-3 | 55 |
| 10 | SPLOOSE | 160 | EA | 9600 0 LB | STEAM JET PROJECTING MACHINE NESOI | | | |
| 1 | PALLET | 156 | EA | 188 6 LB | SPRAY GUNS AND SIMILAR ITEMS | | | |
| | PALLET | 20 | EA | 6 0 LB | PARTS FOR MACHINES & MECH  APPLIANCES | | | |
| 4 | SPLOOSE | 64 | EA | 3849 6 LB | STEAM JET PROJECTING MACHINE NESOI | | 108382 | 85 |
| 16 | | 760 | | 14493 LB | GRAND TOTAL | | | |

Where the rate is dependent on value, shippers are required to state
specifically in writing the agreed or declared value of the property as follows
"The agreed or declared value of the property is specifically stated by the

COD Amount  $ _____
Fee Terms  Collect ☐    Prepaid ☐
Customer check acceptable ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable See 49 U S C  * 14706(c)(1)(A) and (B)

RECEIVED  subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request  The shipper hereby certifies that he/she is familiar with all the terms and conditions of the NMFC Uniform Streight Bill of Lading  including those on the back thereof  and the said terms and conditions are hereby agreed to by the shipper and accepted for him/herself and his/her assigns

The carrier shall not make delivery of this shipment without payment of freight
and all other lawful charges

Curtis Wyatt  Shipper
Signature

| SHIPPER SIGNATURE / DATE | CARRIER SIGNATURE / PICKUP DATE |
|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT | Carrier acknowledges receipt of packages and required placards  Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle  Property described above is received in good order, except as noted |
| Name   Curtis Wyatt        Date    09/24/2018 | |

| Date 09/24/2018 | **BILL OF LADING** | Page   2 / 2 |
|---|---|---|

| SHIP FROM |
|---|
| B&S Warehouse MCDONOUGH |
| 1793 Highway 42 S |
| MCDONOUGH GA  30252-7628 |
| USA |

Bill of Lading Number   10012420

Fwd Agent TrackerID  21974279
Carrier Name  J B HUNT TRANSPORT INC
Vehicle Number  259973
Seal number   21974279
SCAC  HJBT
PRO Number

| SHIP TO |
|---|
| SEARS RRC #447 |
| 2775 W MILLER RD |
| GARLAND TX  75041-1210 |
| USA |

| THIRD PARTY FREIGHT CHARGES BILL TO |
|---|
| |

**Freight Charge Terms**   (freight charges are
Prepaid unless marked otherwise)
Prepaid _____ Collect X  3rd Party _____

SPECIAL INSTRUCTIONS

☐        Master Bill of Lading
(Checkbox)    with attached underlying Bills of Lading

Delivery No  800084304,800084307,800084308

Special Instructions

  Delivery Number  0800084304
9-19-2018
BKG 18091900363

Special Instructions

  Delivery Number  0800084308
9-19-2018
BKG 18091900363

Special Instructions

  Delivery Number  0800084307
9-19-2018
BKG 18091900363

# Briggs and Stratton

Log Entry #    12517

Sears

| Appointment Time | Driver In | Started | Driver Out |
|---|---|---|---|
| | 12:34 | | |

Mass or Road ☐          International ☐          Storm Load III ☐

Carrier.          Trailer Number   259973          Seal

## Pickup Information

| Pickup Numbers | Shipment Numbers | Delivery Notes |
|---|---|---|
| 18091900363 | 100 12420 | 800084304
800084307
800084308 |

Manifest? ☐          Flow Center? ☐          Fax Number.

## Staging

| Location | Initials | Index Number | Time Started | Time Finished |
|---|---|---|---|---|
| 129 | FT | 47900 | | |

## Scanning

| Pallet Count | Initials | Index Number | Time Started | Time Finished |
|---|---|---|---|---|
| 8 9 16 | FT | 47900 | | |

## Loading

| Initials | Index | Verified By (Index) | Picture Number | Taken By (Index) |
|---|---|---|---|---|
| | | | | |

Humidity Readings? ☐          Front.          Middle:          Back

## Notes

Record any notes here regarding staging, scanning, or loading issues

Pete is in 800084304

Gallo + Fred pulled other
2 DN's

Created By  - Last Edited By  - Printed By  201428 on 9/13/2018 11 04 23 AM

# Packing List

Page 1 / 2

**Shipment Number : 10012420**

Date : 09/20/2018  Time : 10:35:49

| Sold-to-party :1001044 | Service agent :50000074 | Shipping point : WHB812 |
|---|---|---|
| SEARS HOLDINGS CORPORATION | J B HUNT TRANSPORT INC | B&S Warehouse MCDONOUGH |
| Ship-to-party :2017000 | Trailer Number : | 1793 Highway 42 S |
| SEARS RRC #447 | Seal Number :A_ | MCDONOUGH GA 30252-7628 |
| 2775 W MILLER RD | Pro Number : | |
| GARLAND TX 75041-1210 | Tracking Number : | |

| Quantity | Material Number | Material Desc | Customer PO | Customer Part | Case Number | Pallet SSCC Number |
|---|---|---|---|---|---|---|
| 16 | 020579 | VSPW, 2800@2.3, SRS | 557682 | 75491 | | 18966390200232038 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 557682 | 75491 | | 18966390200232045 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 557682 | 75491 | | 18966390200232076 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 557682 | 75491 | | 18966390200232168 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 555841 | 75491 | | 18966390200255600 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 555841 | 75491 | | 18966390200255617 |
| 16 | 020563 | VSPW, 2200@1.9, SRS | 556645 | 75040 | | 18966390200324498 |
| 16 | 020670 | VSPW,3100@2.5,CRAFTSMAN | 557682 | 75490 | | 18966390200565815 |
| 16 | 020670 | VSPW,3100@2.5,CRAFTSMAN | 557682 | 75490 | | 18966390200565846 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 555841 | 75491 | | 18966390200671202 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 555841 | 75491 | | 18966390200671219 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 555841 | 75491 | | 18966390200671226 |
| 16 | 020698 | VSPW, 2700@2.1, CRAFTSMAN | 557682 | 75277 | | 18966390004976893 |
| 16 | 020698 | VSPW, 2700@2.1, CRAFTSMAN | 557682 | 75277 | | 18966390804976947 |
| 360 | 6161 | ACC, KIT, PERFECTMIX, MLD & MLDW, 32 OZ | 556645 | 74406 | | 30001167500132843 8 |
| 32 | 6195 | ACC, KIT, QC, TURBO, B&S | 557682 | 75136 | | 30001167500133756 0 |
| 20 | 6197 | ACC, KIT, QC, MULTI-TIP, B&S | 557682 | 75246 | | 30001167500133756 0 |
| 48 | 6200 | ACC, GUN, SPRAY | 557682 | 75131 | | 30001167500133756 0 |
| 16 | 6201 | ACC, GUN, SPRAY, PRO | 557682 | 75120 | | 30001167500133756 0 |
| 40 | 6202 | ACC, WAND, ADJ SPRAY | 557682 | 75125 | | 30001167500133756 0 |
| 20 | 6205 | ACC, KIT, QC, WAND, 20 IN | 557682 | 75145 | | 30001167500133756 0 |

**TOTALS**

Pallet : 16
Loose case : 0
Quantity : 760

Packing List

Page 2 / 2

Date : 09/20/2018  Time : 10:35:49

Shipment Number : 10012420

Sold-to-party :1001044
  SEARS HOLDINGS CORPORATION
Ship-to-party :2017000
  SEARS RRC #447
  2775 W MILLER RD
  GARLAND TX 75041-1210

Service agent       :50000074
J B HUNT TRANSPORT INC
Trailer Number    :
Seal Number       :A_
Pro Number        :
Tracking Number   :

Shipping point : WHB812
  B&S Warehouse MCDONOUGH
  1793 Highway 42 S
  MCDONOUGH GA 30252-7628

** Gross Weight :        14,493.4   LB,        6,574.2   KG
** Net Weight   :        14,429.4   LB,        6,545.2   KG

DIMENSIONS  L=Length  W=Width  H=Height  CF=Cubic Foot
  GL=Gross Weight(LBs)  NL=Net Weight(LBs)  GK=Gross Weight(KGs)  NK=Net Weight(KGs)
  DN=Delivery Number



# Purchase Order

---

**General Information**

**Document Information**
Purchase Order Number  557682
Transaction Purpose Code  Original

Purchase Order Date  9/13/2018
Purchase Order Type Code  Reorder

**Reference Identification**
Department Number  671
Internal Vendor Number  000373555

**Date/Time Reference**
Requested Ship  9/20/2018

**Buying Party (Purchaser)**
(Assigned by Buyer or Buyer's Agent  0447)

**Ship To**
(Assigned by Buyer or Buyer's Agent  0447)

---

**Line Item Information**

| Line | Description | Quan | UI | Price($) | Total($) |
|------|-------------|------|-----|----------|----------|
| | **Buyer's Item Number**  75120<br>**U.P.C Consumer Package Code (1-5-5-1)**  011675751203<br>[+] Additional Information | 16 | EA | 16 43 | 262 88 |
| | **Buyer's Item Number**  75125<br>**U.P.C. Consumer Package Code (1-5-5-1)**  011675751258<br>[+] Additional Information | 40 | EA | 9 52 | 380 8 |
| | **Buyer's Item Number**  75131<br>**U.P.C. Consumer Package Code (1-5-5-1)**  011675062002<br>[+] Additional Information | 48 | EA | 15 | 720 |
| | **Buyer's Item Number**  75136<br>**U.P.C. Consumer Package Code (1-5-5-1)**  011675061951<br>[+] Additional Information | 32 | EA | 16 | 512 |
| | **Buyer's Item Number**  75145<br>**U.P.C. Consumer Package Code (1-5-5-1)**  011675751456<br>[+] Additional Information | 20 | EA | 7 27 | 145 4 |
| | **Buyer's Item Number**  75246<br>**U.P.C. Consumer Package Code (1-5-5-1)**  011675752460<br>[+] Additional Information | 20 | EA | 14 76 | 295 2 |
| | **Buyer's Item Number**  75277<br>**U.P.C. Consumer Package Code (1-5-5-1)**  011675206987<br>[+] Additional Information | 32 | EA | 216 | 6912 |
| | **Buyer's Item Number**  75490<br>**U.P.C. Consumer Package Code (1-5-5-1)**  011675206703 | 32 | EA | 298 79 | 9561 28 |

[+] **Additional Information**

| | | | | |
|---|---|---|---|---|
| **Buyer's Item Number** 75491 | 64 | EA | 239 | 15296 |
| **U P.C. Consumer Package Code (1-5-5-1)** 011675205799 | | | | |

[+] **Additional Information**

**Line Count** 9

© 2018 Liaison Technologies, Inc , All Rights Reserved



## Purchase Order

| General Information |
|---|

**Document Information**
Purchase Order Number  556645                     Purchase Order Date  9/6/2018
Transaction Purpose Code  Original                Purchase Order Type Code  Reorder

**Reference Identification**
Department Number  671
Internal Vendor Number  000373555

**Date/Time Reference**
Requested Ship  9/20/2018

**Buying Party (Purchaser)**                      **Ship To**
(Assigned by Buyer or Buyer's Agent  0447)        (Assigned by Buyer or Buyer's Agent  0447)

| Line Item Information |
|---|

| Line | Description | Quan | UI | Price($) | Total($) |
|---|---|---|---|---|---|
|  | **Buyer's Item Number  74406**<br>**U.P C. Consumer Package Code (1-5-5-1)**  011675061616 | 360 | EA | 3 9 | 1404 |
|  | [+] Additional Information |  |  |  |  |
|  | **Buyer's Item Number  75040**<br>**U.P.C. Consumer Package Code (1-5-5-1)**  011675205638 | 16 | EA | 188 6 | 3017 6 |
|  | [+] Additional Information |  |  |  |  |

Line Count  2

© 2018 Liaison Technologies, Inc., All Rights Reserved

**X12:850:004010**

**Beginning Segment for Purchase Order**

| | |
|---|---|
| Transaction Set Purpose Code | 00 **Original** |
| Purchase Order Type Code | RE **Reorder** |
| Purchase Order Number | 555841 |
| Date | 20180831 |

**Reference Identification**

| | |
|---|---|
| Department Number | 671 |
| Internal Vendor Number | 000373555 |

**Date/Time Reference**

| | |
|---|---|
| Requested Ship | 20180920 |

**Buying Party (Purchaser)**

| | |
|---|---|
| Assigned by Buyer or Buyer's Agent | 0447 |

**Ship To**

| | |
|---|---|
| Assigned by Buyer or Buyer's Agent | 0447 |

**Line Item Information**

| Line Item # | Quantity | Unit of Measure | Price |
|---|---|---|---|
| | 80 | Each | 239 |

| | |
|---|---|
| Buyer's Item Number | 75491 |
| U.P.C. Consumer Package Code (1-5-5-1) | 011675205799 |

**Transaction Totals**

| | |
|---|---|
| Number of Line Items | 1 |

total processing time 158ms



## Purchase Order

| General Information |
| --- |

**Document Information**
Purchase Order Number  555834
Transaction Purpose Code  Original

Purchase Order Date  8/31/2018
Purchase Order Type Code  Reorder

**Reference Identification**
Department Number  671
Internal Vendor Number  000373555

**Date/Time Reference**
Requested Ship  9/6/2018

**Buying Party (Purchaser)**
(Assigned by Buyer or Buyer's Agent  0425)

**Ship To**
(Assigned by Buyer or Buyer's Agent  0425)

| Line Item Information |
| --- |

| Line | Description | Quan | UI | Price($) | Total($) |
| --- | --- | --- | --- | --- | --- |
| | **Buyer's Item Number  75491** | 128 | EA | 239 | 30592 |
| | **U.P.C. Consumer Package Code (1-5-5-1)**  011675205799 | | | | |
| | ⊞ Additional Information | | | | |

Line Count  1

© 2018 Liaison Technologies, Inc , All Rights Reserved

## Purchase Order

| General Information |
| --- |

**Document Information**
Purchase Order Number  555835
Transaction Purpose Code  Original

Purchase Order Date  8/31/2018
Purchase Order Type Code  Reorder

**Reference Identification**
Department Number  671
Internal Vendor Number  000373555

**Date/Time Reference**
Requested Ship  9/20/2018

**Buying Party (Purchaser)**
(Assigned by Buyer or Buyer's Agent  0425)

**Ship To**
(Assigned by Buyer or Buyer's Agent  0425)

| Line Item Information |
| --- |

| Line | Description | Quan | UI | Price($) | Total($) |
| --- | --- | --- | --- | --- | --- |

| | Buyer's Item Number 75491 | 48 | EA | 239 | 11472 |
| | U.P.C. Consumer Package Code (1-5-5-1) 011675205799 | | | | |

⊞ Additional Information

Line Count 1

© 2018 Liaison Technologies, Inc , All Rights Reserved

# Purchase Order

| General Information |
| --- |

**Document Information**
Purchase Order Number 555836                Purchase Order Date 8/31/2018
Transaction Purpose Code Original           Purchase Order Type Code Reorder

**Reference Identification**
Department Number 671
Internal Vendor Number 000373555

**Date/Time Reference**
Requested Ship 9/6/2018

**Buying Party (Purchaser)**                **Ship To**
(Assigned by Buyer or Buyer's Agent 0440)   (Assigned by Buyer or Buyer's Agent 0440)

| Line Item Information |
| --- |

| Line | Description | Quan | UI | Price($) | Total($) |
| --- | --- | --- | --- | --- | --- |
| | Buyer's Item Number 75491 | 64 | EA | 239 | 15296 |
| | U.P.C. Consumer Package Code (1-5-5-1) 011675205799 | | | | |

⊞ Additional Information

Line Count 1

© 2018 Liaison Technologies, Inc , All Rights Reserved

# Purchase Order

| General Information |
| --- |

**Document Information**
Purchase Order Number 555837                Purchase Order Date 8/31/2018
Transaction Purpose Code Original           Purchase Order Type Code Reorder

**Reference Identification**
Department Number 671
Internal Vendor Number 000373555

**Date/Time Reference**
Requested Ship 9/20/2018

**Buying Party (Purchaser)**
(Assigned by Buyer or Buyer's Agent 0440)

**Ship To**
(Assigned by Buyer or Buyer's Agent 0440)

**Line Item Information**

| Line | Description | Quan | UI | Price($) | Total($) |
|------|-------------|------|-----|----------|----------|
| | **Buyer's Item Number 75491** **U.P.C. Consumer Package Code (1-5-5-1)** 011675205799 | 48 | EA | 239 | 11472 |
| | [+] Additional Information | | | | |

Line Count 1

© 2018 Liaison Technologies, Inc , All Rights Reserved

# Purchase Order

**General Information**

**Document Information**
Purchase Order Number 555838
Transaction Purpose Code Original

Purchase Order Date 8/31/2018
Purchase Order Type Code Reorder

**Reference Identification**
Department Number 671
Internal Vendor Number 000373555

**Date/Time Reference**
Requested Ship 9/6/2018

**Buying Party (Purchaser)**
(Assigned by Buyer or Buyer's Agent 0443)

**Ship To**
(Assigned by Buyer or Buyer's Agent 0443)

**Line Item Information**

| Line | Description | Quan | UI | Price($) | Total($) |
|------|-------------|------|-----|----------|----------|
| | **Buyer's Item Number 75491** **U.P.C. Consumer Package Code (1-5-5-1)** 011675205799 | 64 | EA | 239 | 15296 |
| | [+] Additional Information | | | | |

Line Count 1

© 2018 Liaison Technologies, Inc , All Rights Reserved

# Purchase Order

**General Information**

**Document Information**
Purchase Order Number 555839
Transaction Purpose Code Original

Purchase Order Date 8/31/2018
Purchase Order Type Code Reorder

Reference Identification
Department Number  671
Internal Vendor Number  000373555

Date/Time Reference
Requested Ship  9/20/2018

Buying Party (Purchaser)                          Ship To
(Assigned by Buyer or Buyer's Agent  0443)        (Assigned by Buyer or Buyer's Agent  0443)

| Line Item Information | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Line** | **Description** | **Quan** | **UI** | **Price($)** | **Total($)** |
| | Buyer's Item Number  75491 | 48 | EA | 239 | 11472 |
| | U.P.C. Consumer Package Code (1-5-5-1)  011675205799 | | | | |
| | ☐ Additional Information | | | | |

Line Count  1

© 2018 Liaison Technologies, Inc., All Rights Reserved

# Purchase Order

| General Information |
| --- |

Document Information
Purchase Order Number  555840                     Purchase Order Date  8/31/2018
Transaction Purpose Code  Original                Purchase Order Type Code  Reorder

Reference Identification
Department Number  671
Internal Vendor Number  000373555

Date/Time Reference
Requested Ship  9/6/2018

Buying Party (Purchaser)                          Ship To
(Assigned by Buyer or Buyer's Agent  0447)        (Assigned by Buyer or Buyer's Agent  0447)

| Line Item Information | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Line** | **Description** | **Quan** | **UI** | **Price($)** | **Total($)** |
| | Buyer's Item Number  75131 | 16 | EA | 15 | 240 |
| | U.P.C. Consumer Package Code (1-5-5-1)  011675062002 | | | | |
| | ☐ Additional Information | | | | |
| | Buyer's Item Number  75491 | 80 | EA | 239 | 19120 |
| | U.P.C. Consumer Package Code (1-5-5-1)  011675205799 | | | | |
| | ☐ Additional Information | | | | |

Line Count  2

© 2018 Liaison Technologies, Inc., All Rights Reserved

# Purchase Order

| General Information |
| --- |

**Document Information**
Purchase Order Number: 555841
Transaction Purpose Code: Original

Purchase Order Date: 8/31/2018
Purchase Order Type Code: Reorder

**Reference Identification**
Department Number: 671
Internal Vendor Number: 000373555

**Date/Time Reference**
Requested Ship: 9/20/2018

**Buying Party (Purchaser)**
(Assigned by Buyer or Buyer's Agent: 0447)

**Ship To**
(Assigned by Buyer or Buyer's Agent: 0447)

| Line Item Information |
| --- |

| Line | Description | Quan | UI | Price($) | Total($) |
| --- | --- | --- | --- | --- | --- |
| | **Buyer's Item Number: 75491**<br>**U.P.C. Consumer Package Code (1-5-5-1): 011675205799** | 80 | EA | 239 | 19120 |
| | ⊞ Additional Information | | | | |

Line Count: 1

© 2018 Liaison Technologies, Inc., All Rights Reserved.

# Purchase Order

| General Information |
| --- |

**Document Information**
Purchase Order Number: 555842
Transaction Purpose Code: Original

Purchase Order Date: 8/31/2018
Purchase Order Type Code: Reorder

**Reference Identification**
Department Number: 671
Internal Vendor Number: 000373555

**Date/Time Reference**
Requested Ship: 9/6/2018

**Buying Party (Purchaser)**
(Assigned by Buyer or Buyer's Agent: 0449)

**Ship To**
(Assigned by Buyer or Buyer's Agent: 0449)

| Line Item Information |
| --- |

| Line | Description | Quan | UI | Price($) | Total($) |
| --- | --- | --- | --- | --- | --- |
| | **Buyer's Item Number: 75491**<br>**U.P.C. Consumer Package Code (1-5-5-1): 011675205799** | 32 | EA | 239 | 7648 |
| | ⊞ Additional Information | | | | |

Line Count  1

© 2018 Liaison Technologies, Inc , All Rights Reserved

## Purchase Order

| General Information |
|---|

**Document Information**
Purchase Order Number  555843                    Purchase Order Date  8/31/2018
Transaction Purpose Code  Original               Purchase Order Type Code  Reorder

**Reference Identification**
Department Number  671
Internal Vendor Number  000373555

**Date/Time Reference**
Requested Ship  9/20/2018

**Buying Party (Purchaser)**                     **Ship To**
(Assigned by Buyer or Buyer's Agent  0449)       (Assigned by Buyer or Buyer's Agent  0449)

| Line Item Information |
|---|

| Line | Description | Quan | UI | Price($) | Total($) |
|---|---|---|---|---|---|
|  | **Buyer's Item Number  75491** | 48 | EA | 239 | 11472 |
|  | **U.P.C. Consumer Package Code (1-5-5-1)**  011675205799 |  |  |  |  |
|  | [+] Additional Information |  |  |  |  |

Line Count  1

© 2018 Liaison Technologies, Inc , All Rights Reserved



BRIGGS & STRATTON CORPORATION
12301 W WIRTH STREET
WAUWATOSA, WISCONSIN 53222 USA
TELEPHONE (414)259-5333
DUNS 00-608-2531
GST REGISTRATION NO  82015 1702 RT0001

## Invoice

PLEASE SHOW INV NO
ON YOUR REMITTANCE

INVOICE NO 90074891
INVOICE DATE 09/24/2018

**CUSTOMER** 1001044
SEARS HOLDINGS CORPORATION
**DO NOT MAIL INVOICES**
3333 BEVERLY RD
HOFFMAN ESTATES IL  60179-0001
USA

**SHIP TO** 2016486
SEARS RRC #440
1600 N BOUDREAU RD
MANTENO IL  60950-9377
USA

**CHARGE TO:** 300010
**VENDOR:** 000134544
**TERMS:** NET 60 DAYS INVOICE DATE
**INCOTERMS**  FCA BRIGGS & STRATTON CORP

Subject to Briggs & Stratton Standard
Terms and Conditions of Sale

| CUSTOMER PO | QUANTITY | PART NUMBER DESCRIPTION | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| 555837 | 48 | 020579 | 239 00  Per 1 | 11,472 00 |
| | | VSPW, 2800@2 3, SRS | | |
| | | Order 100044551 from 09/01/2018 | | |
| 556640 | 360 | 6161 | 3 90  Per 1 | 1,404 00 |
| | | ACC, KIT, PERFECTMIX, MLD & MLDW, 32 OZ | | |
| | | Origin of the above item is  Taiwan | | |
| | | Order 100049105 from 09/07/2018 | | |
| 556640 | 20 | 6201 | 16 43  Per 1 | 328 60 |
| | | ACC, GUN, SPRAY, PRO | | |
| | | Origin of the above item is  Italy | | |
| | | Order 100049105 from 09/07/2018 | | |
| 556640 | 40 | 6188 | 10 30  Per 1 | 412 00 |
| | | ACC, HOSE, 1/4 X 30 | | |
| | | Order 100049105 from 09/07/2018 | | |
| 556640 | 12 | 020681 | 147 00  Per 1 | 1,764 00 |
| | | EPW, 2000@1 2 B&S | | |
| | | Origin of the above item is  China | | |
| | | Order 100049105 from 09/07/2018 | | |
| 557680 | 360 | 6159 | 2 70  Per 1 | 972 00 |
| | | ACC, KIT, PERFECTMIX, MULTI PURPOSE, 32 | | |
| | | Origin of the above item is  Taiwan | | |

CURRENCY OF THIS DOCUMENT IS US DOLLAR



BRIGGS & STRATTON CORPORATION
12301 W  WIRTH STREET
WAUWATOSA, WISCONSIN 53222 USA
TELEPHONE (414)259-5333
DUNS 00-608-2531
GST REGISTRATION NO  02015 1702 RT0001

### Invoice

PLEASE SHOW INV NO
ON YOUR REMITTANCE

INVOICE NO  90074891
INVOICE DATE  09/24/2018

**CUSTOMER** 1001044
SEARS HOLDINGS CORPORATION
**DO NOT MAIL INVOICES**
3333 BEVERLY RD
HOFFMAN ESTATES IL  60179-0001
USA

**SHIP TO**  2016486
SEARS RRC #440
1600 N BOUDREAU RD
MANTENO IL  60950-9377
USA

| CUSTOMER PO | QUANTITY | PART NUMBER / DESCRIPTION | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| | | Order 100054568 from 09/14/2018 | | |
| 557680 | 32 | 020563 | 188 60  Per 1 | 6,035 20 |
| | | VSPW, 2200@1 9, SRS | | |
| | | Order 100054568 from 09/14/2018 | | |
| 557680 | 16 | 6198 | 2 50  Per 1 | 40 00 |
| | | ACC, KIT, O-RING | | |
| | | Order 100054568 from 09/14/2018 | | |
| 557680 | 60 | 6188 | 10 30  Per 1 | 618 00 |
| | | ACC, HOSE, 1/4 X 30 | | |
| | | Order 100054568 from 09/14/2018 | | |
| 557680 | 40 | 6193 | 9 46  Per 1 | 378 40 |
| | | ACC, KIT, QC, SPRAY TIPS, B&S | | |
| | | Order 100054568 from 09/14/2018 | | |
| 557680 | 16 | 6192 | 38 21  Per 1 | 611 36 |
| | | ACC, HOSE, 3/8 X 50, QC | | |
| | | Order 100054568 from 09/14/2018 | | |
| 557680 | 16 | 6195 | 16 00  Per 1 | 256 00 |
| | | ACC, KIT, QC, TURBO, B&S | | |
| | | Origin of the above item is  China | | |
| | | Order 100054568 from 09/14/2018 | | |
| 557680 | 20 | 6197 | 14 76  Per 1 | 295 20 |
| | | ACC, KIT, QC, MULTI-TIP, B&S | | |
| | | Order 100054568 from 09/14/2018 | | |
| 557680 | 32 | 020698 | 216 00  Per 1 | 6,912 00 |
| | | VSPW, 2700@2 1, CRAFTSMAN | | |
| | | Order 100054568 from 09/14/2018 | | |
| 557680 | 16 | 020670 | 298 79  Per 1 | 4,780 64 |
| | | VSPW,3100@2 5,CRAFTSMAN | | |
| | | Order 100054568 from 09/14/2018 | | |

CURRENCY OF THIS DOCUMENT IS US DOLLAR



BRIGGS & STRATTON CORPORATION
12301 W WIRTH STREET
WAUWATOSA, WISCONSIN 53222 USA
TELEPHONE (414)259-5333
DUNS 00-608-2531
GST REGISTRATION NO  82015 1702 RT0001

## Invoice

PLEASE SHOW INV NO
ON YOUR REMITTANCE

INVOICE NO 90074891
INVOICE DATE 09/24/2018

**CUSTOMER** 1001044
SEARS HOLDINGS CORPORATION
**DO NOT MAIL INVOICES**
3333 BEVERLY RD
HOFFMAN ESTATES IL  60179-0001
USA

**SHIP TO**  2016486
SEARS RRC #440
1600 N BOUDREAU RD
MANTENO IL  60950-9377
USA

**TOTAL BEFORE TAX**                                      36,279 40

**TOTAL AMOUNT**                                      USD  36,279 40

REMIT PAYMENT TO
JPMORGAN CHASE BANK, N A
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10081
ABA ROUTING NO  021000021 (WIRE)
ABA ROUTING NO  075000019 (ACH)
SWIFT CODE  CHASUS33
FOR CREDIT TO BRIGGS & STRATTON CORPORATION
ACCOUNT NO 550004049
REFERENCING THE INVOICE NUMBER

BRIGGS & STRATTON WILL PROVIDE MINIMUM INSURANCE COVERAGE AS REQUIRED UNDER OUR STANDARD
CARGO POLICY FOR SHIPMENTS MOVED UNDER CIP INCOTERMS ONLY

000373555
0440
671

SERVICE AGENT  SWIFT TRANSPORT
SHIPMENT NO 10012893
TRAILER NO  133097

THESE ITEMS ARE CONTROLLED BY THE U S  GOVERNMENT AND AUTHORIZED FOR EXPORT ONLY TO THE
COUNTRY OF ULTIMATE DESTINATION FOR USE BY THE ULTIMATE CONSIGNEE OR END-USER(S) HEREIN
IDENTIFIED  THEY MAY NOT BE RESOLD, TRANSFERRED, OR OTHERWISE DISPOSED OF, TO ANY OTHER
COUNTRY OR TO ANY PERSON OTHER THAN THE AUTHORIZED ULTIMATE CONSIGNEE OR END-USER(S),
EITHER IN THEIR ORIGINAL FORM OR AFTER BEING INCORPORATED INTO OTHER ITEMS, WITHOUT FIRST
OBTAINING APPROVAL FROM THE U S  GOVERNMENT OR AS OTHERWISE AUTHORZED BY U S  LAW AND
REGULATIONS

THE GOODS SHOWN ON THIS DOCUMENT ARE OF U S A. ORIGIN UNLESS OTHERWISE STATED.

CURRENCY OF THIS DOCUMENT IS US DOLLAR

| Date 09/24/2018 | **BILL OF LADING** | Page 1 / 3 |

**SHIP FROM**

B&S Warehouse MCDONOUGH
1793 Highway 42 S
MCDONOUGH GA  30252-7628
USA

Bill of Lading Number  10012893

Fwd Agent TrackerID 21974273
Carrier Name: SWIFT TRANSPORT
Vehicle Number  133097
Seal number : 21974273
SCAC SWFT
PRO Number:

**SHIP TO**

SEARS RRC #440
1600 N BOUDREAU RD
MANTENO IL  60950-9377
USA

**Freight Charge Terms**   (freight charges are
Prepaid unless marked otherwise)
Prepaid _____   Collect X   3rd Party _____

**THIRD PARTY FREIGHT CHARGES BILL TO**

☐   Master Bill of Lading
(Checkbox)   with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS                    See Page   3

Delivery No  800088677,800088678,800088689

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | Customer Release No | # PKGS | WEIGHT | Pallet/Slip | Additional Shipper Information |
|---|---|---|---|---|---|
| 555837 | SWFT | 48 | 181 5 LB | | |
| 556640 | SWFT | 432 | 815 5 LB | | |
| 557680 | SWFT | 608 | 1435 7 LB | | |
| | | | | | |
| | | | | | |
| | | | | | |
| GRAND TOTAL | | 1088 | 2433 LB | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | | COMMODITY DESCRIPTION | H M (X) | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See section 2(e) of NMFC item 360 | | NMFC # | CLASS |
| 1 | PALLET | 360 | EA | 849 2 LB | | | 48580-3 | 55 |
| 1 | PALLET | 360 | EA | 846 6 LB | PAPER, LABEL, PRINTED, LITHOGRAPH | | 48580-3 | 55 |
| 5 | SPLOOSE | 80 | EA | 4680 0 LB | STEAM JET PROJECTING MACHINE NESOI | | | |
| 1 | PALLET | 36 | EA | 72 2 LB | SPRAY GUNS AND SIMILAR ITEMS | | | |
| 1 | PALLET | 192 | EA | 443 8 LB | PARTS FOR MACHINES & MECH  APPLIANCES | | | |
| 1 | PALLET | 12 | EA | 580 2 LB | OTHER STEAM/SAND &JET PROJECTING MACHINE | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
NOTE liability Limitation for loss or damage in this shipment may be applicable  See 49 U S C  * 14706(c)(1)(A) and (B)

COD Amount  $ _____
Fee Terms  Collect ☐     Prepaid ☐
Customer check acceptable ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper on request. The shipper hereby certifies that he/she is familiar with all the terms and conditions of the NMFC Uniform Straight Bill of Lading including those on the back thereof and the said terms and conditions are hereby agreed to by the shipper and accepted for him/herself and his/her assigns

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

Curtis Wyatt  Shipper
Signature _____  9/24/18

SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified  described, packaged marked and labeled  and are in proper condition for transportation according to the applicable regulations of the DOT

Name  Curtis Wyatt     Date   09/24/2018

CARRIER SIGNATURE / PICKUP DATE

Carrier acknowledges receipt of packages and required placards  Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle Property described above is received in good order  except as noted

Date 09/24/2018                                                                    Page 3 / 3

## Bill of Lading Number: 10012893

| CARRIER INFORMATION | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | | COMMODITY DESCRIPTION | | | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | WEIGHT | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See section 2(e) of NMFC Item 360 | | H M (X) | NMFC # | CLASS |
| 3 | SPLOOSE | 48 | EA | 2849 603 LB | STEAM JET PROJECTING MACHINE NESOI | | | 108382 | 85 |
| 13 | | 1088 | | 10320 586 LB | GRAND TOTAL | | | | |

| Date 09/24/2018 | **BILL OF LADING** | Page    3 / 3 |
|---|---|---|

**SHIP FROM**

B&S Warehouse MCDONOUGH
1793 Highway 42 S
MCDONOUGH GA  30252-7628
USA

Bill of Lading Number  10012893

Fwd Agent TrackerID  21974273
Carrier Name· SWIFT TRANSPORT
Vehicle Number. 133097
Seal number  21974273
SCAC  SWFT
PRO Number

**SHIP TO**

SEARS RRC #440
1600 N BOUDREAU RD
MANTENO IL  60950-9377
USA

**THIRD PARTY FREIGHT CHARGES BILL TO**

**Freight Charge Terms**   (freight charges are
Prepaid unless marked otherwise)·
Prepaid _____ Collect X___ 3rd Party _____

SPECIAL INSTRUCTIONS

☐     Master Bill of Lading
(Checkbox)    with attached underlying Bills of Lading

Delivery No  800088677,800088678,800088689

Special Instructions

Delivery Number  0800088677
9-21-2018
BKG 18091900362

Special Instructions

Delivery Number  0800088678
9-21-2018
BKG 18091900362

Special Instructions

Delivery Number  0800088689
9-21-2018
BKG 18091900362

| Date 09/24/2018 | **BILL OF LADING** | Page 1 / 3 |
|---|---|---|

**SHIP FROM**

B&S Warehouse MCDONOUGH
1793 Highway 42 S
MCDONOUGH GA  30252-7628
USA

**SHIP TO**

SEARS RRC #440
1600 N BOUDREAU RD
MANTENO IL  60950-9377
USA

**THIRD PARTY FREIGHT CHARGES BILL TO**

SPECIAL INSTRUCTIONS                    See Page   3

Delivery No  800088677,800088678,800088689

---

Bill of Lading Number. 10012893

Fwd Agent TrackerID  21974273
Carrier Name.  SWIFT TRANSPORT
Vehicle Number: 133097
Seal number   21974273
SCAC SWFT
PRO Number·

**Freight Charge Terms**   (freight charges are
Prepaid unless marked otherwise)·
Prepaid _____ Collect  X ___3rd Party _____

☐         Master Bill of Lading
(Checkbox)     with attached underlying Bills of Lading

---

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | Customer Release No | # PKGS | WEIGHT | Pallet/Slip | Additional Shipper Information |
|---|---|---|---|---|---|
| 555837 | SWFT | 48 | 181 5 LB | | |
| 556640 | SWFT | 432 | 815 5 LB | | |
| 557680 | SWFT | 608 | 1435 7 LB | | |
| | | | | | |
| | | | | | |
| **GRAND TOTAL** | | 1088 | 2433 LB | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | COMMODITY DESCRIPTION | H M (X) | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care  See section 2(e) of NMFC Item 360 | | NMFC # | CLASS |
| 1 | PALLET | 360 | EA | 849 2 LB | PAPER, LABEL, PRINTED, LITHOGRAPH | X | 48580-3 | 55 |
| 1 | PALLET | 360 | EA | 845 6 LB | PAPER, LABEL, PRINTED, LITHOGRAPH | X | 48580-3 | 55 |
| 5 | SPLOOSE | 80 | EA | 4680 0 LB | STEAM JET PROJECTING MACHINE NESOI | | | |
| 1 | PALLET | 36 | EA | 72 2 LB | SPRAY GUNS AND SIMILAR ITEMS | | | |
| 1 | PALLET | 192 | EA | 443 8 LB | PARTS FOR MACHINES & MECH  APPLIANCES | | | |
| 1 | PALLET | 12 | EA | 580 2 LB | OTHER STEAM/SAND &JET PROJECTING MACHINE | | | |

Where the rate is dependent on value, shippers are required to state
specifically in writing the agreed or declared value of the property as follows
"The agreed or declared value of the property is specifically stated by the
NOTE Liability Limitation for loss or damage in this shipment may be applicable  See 49 U S C  * 14706(c)(1)(A) and (B)

COD Amount  $_____
Fee Terms  Collect  ☐   Prepaid  ☐
Customer check acceptable  ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request  The shipper hereby certifies that he/she is familiar with all the terms and conditions of the NMFC Uniform Straight Bill of Lading  including those on the back thereof and the said terms and conditions are hereby agreed to by the shipper and accepted for him/herself and his/her assigns

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

Curtis Wyatt  Shipper
Signature

SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT

Name   Curtis Wyatt       Date   09/24/2018

CARRIER SIGNATURE / PICKUP DATE

Carrier acknowledges receipt of packages and required placards  Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle  Property described above is received in good order, except as noted

Date 09/24/2018                                                                    Page 3 / 3

## Bill of Lading Number: 10012893

| | CARRIER INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | | COMMODITY DESCRIPTION | | | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | WEIGHT | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care  See section 2(e) of NMFC item 360 | H M (X) | NMFC # | CLASS |
| 3 | SPLOOSE | 48 | EA | 2849 603 LB | STEAM JET PROJECTING MACHINE NESOI | | 108382 | 85 |
| 13 | | 1088 | | 10320 586 LB | GRAND TOTAL | | | |

| Date 09/24/2018 | **BILL OF LADING** | Page 3 / 3 |
|---|---|---|

| SHIP FROM | Bill of Lading Number: 10012893 |
|---|---|

B&S Warehouse MCDONOUGH
1793 Highway 42 S
MCDONOUGH GA 30252-7628
USA

Fwd Agent TrackerID 21974273

Carrier Name: <u>SWIFT TRANSPORT</u>
Vehicle Number: 133097
Seal number 21974273
SCAC: SWFT
PRO Number:

### SHIP TO

SEARS RRC #440
1600 N BOUDREAU RD
MANTENO IL 60950-9377
USA

### THIRD PARTY FREIGHT CHARGES BILL TO

**Freight Charge Terms** (freight charges are Prepaid unless marked otherwise)
Prepaid _____ Collect X 3rd Party _____

SPECIAL INSTRUCTIONS

☐    Master Bill of Lading
(Checkbox)    with attached underlying Bills of Lading

Delivery No: 800088677,800088678,800088689

Special Instructions

Delivery Number  0800088677
9-21-2018
BKG 18091900362

Special Instructions

Delivery Number  0800088678
9-21-2018
BKG 18091900362

Special Instructions

Delivery Number  0800088689
9-21-2018
BKG 18091900362

| | | Log Entry # | 12517 |
|---|---|---|---|

# Briggs and Stratton

**Sears**

| | Appointment Time | Driver In | Started | Driver Out |
|---|---|---|---|---|

| Mass or Road ☐ | International ☐ | Storm Load III ☐ |
|---|---|---|

| Carrier. | Trailer Number: ~~133099~~ | Seal. |
|---|---|---|

## Pickup Information

133097

| Pickup Numbers | Shipment Numbers | Delivery Notes |
|---|---|---|
| | 10012893 | |

| Manifest? ☐ | Flow Center? ☐ | Fax Number |
|---|---|---|

## Staging

| Location | Initials | Index Number | Time Started | Time Finished |
|---|---|---|---|---|
| Door 128 | Rota | 20060 8 | | |

## Scanning

| Pallet Count | Initials | Index Number | Time Started | Time Finished |
|---|---|---|---|---|
| 13 | Rota | 20060 8 | | |

## Loading

| Initials | Index | Verified By (Index) | Picture Number | Taken By (Index) |
|---|---|---|---|---|
| LD | 20060 4 | 20060 4 | | |

| Humidity Readings? ☐ | Front: | Middle: | Back: |
|---|---|---|---|

## Notes

Record any notes here regarding staging, scanning, or loading issues.

# Packing List

Page 1 / 2

Date : 09/21/2018 Time : 19:15:19

| | | | Service agent | SWIFT TRANSPORT | | Shipping point : WHE812 |
| Shipment Number | : 10012893 | | | | | B&S Warehouse MCDONOUGH |

Sold-to-party :1001044
SEARS HOLDINGS CORPORATION
Ship-to-party :2016486
SEARS RRC #440
1600 N BOUDREAU RD
MANTENO IL 60950-9377

Service agent        SWIFT TRANSPORT
Trailer Number  :
Seal Number     :A_
Pro Number      :
Tracking Number :

Shipping point : WHE812
B&S Warehouse MCDONOUGH
1793 Highway 42 S
MCDONOUGH GA 30252-7628

:50000143

| Quantity | Material Number | Material Desc | Customer PO | Customer Part | Case Number | Pallet SSCC Number |
|---|---|---|---|---|---|---|
| 16 | 020563 | VSPW, 2200@1.9, SRS | 557680 | 75040 | | 18966390200208033 |
| 16 | 020563 | VSPW, 2200@1.9, SRS | 557680 | 75040 | | 18966390200324504 |
| 16 | 020670 | VSPW, 3100@2.5, CRAFTSMAN | 557680 | 75490 | | 18966390200565938 |
| 16 | 020579 | VSPW, 2800@2 3, SRS | 555837 | 75491 | | 18966390200671271 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 555837 | 75491 | | 18966390200671318 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 555837 | 75491 | | 18966390200671431 |
| 16 | 020698 | VSPW, 2700@2.1, CRAFTSMAN | 557680 | 75277 | | 18966390800976862 |
| 16 | 020698 | VSPW, 2700@2.1, CRAFTSMAN | 557680 | 75277 | | 18966390804976886 |
| 360 | 6159 | ACC, KIT, PERFRCTMIX, MULTI PURPOSE, 32 | 557680 | 74404 | | 30001167500856574 |
| 360 | 6161 | ACC, KIT, PERFRCTMIX, MLD & MLDW, 32 OZ | 556640 | 74406 | | 30001167500382263 |
| 12 | 020681 | EPW, 2000@1.2 B&S | 556640 | 99330 | | 30001167500382317 |
| 40 | 6188 | ACC, HOSE, 1/4 X 30 | 556640 | 75122 | | 30001167500382584 |
| 20 | 6201 | ACC, GUN, SPRAY, PRO | 556640 | 75120 | | 30001167500382584 |
| 60 | 6188 | ACC, HOSE, 1/4 X 30 | 557680 | 75122 | | 30001167500383307 |
| 16 | 6192 | ACC, HOSE, 3/8 X 50, QC | 557680 | 75134 | | 30001167500383307 |
| 40 | 6193 | ACC, KIT, QC, SPRAY TIPS, B&S | 557680 | 75126 | | 30001167500383307 |
| 16 | 6195 | ACC, KIT, QC, TURBO, B&S | 557680 | 75136 | | 30001167500383307 |
| 20 | 6197 | ACC, KIT, QC, MULTI-TIP, B&S | 557680 | 75246 | | 30001167500383307 |
| 16 | 6198 | ACC, KIT, O-RING | 557680 | 75116 | | 30001167500383307 |

TOTALS

Pallet    : 13
Loose case : 0
Quantity  : 1,088..

# Packing List

Page 2 / 2

Date : 09/21/2018 Time : 19:15:19

Shipment Number    10012893

Sold-to-party :1001044
SEARS HOLDINGS CORPORATION
Ship-to-party :2016486
SEARS RRC #440
1600 N BOUDREAU RD
MANTENO IL 60950-9377

Service agent        :50000143
SWIFT TRANSPORT
Trailer Number   :
Seal Number      :A_
Pro Number       :
Tracking Number  :

Shipping point : WHE812
B&S Warehouse MCDONOUGH
1793 Highway 42 S
MCDONOUGH GA 30252-7628

** Gross Weight :    10,320.6   LB,    4,681.4   KG
** Net Weight   :    10,160.6   LB,    4,608.8   KG

DIMENSIONS  L=Length  W=Width  H=Height  CF=Cubic Foot
GL=Gross Weight(LBs)  NL=Net Weight(LBs)  GK=Gross Weight(KGs)  NK=Net Weight(KGs)
DN=Delivery Number



## Purchase Order

| General Information |
|---|

**Document Information**
Purchase Order Number  557680
Transaction Purpose Code  Original

Purchase Order Date  9/13/2018
Purchase Order Type Code  Reorder

**Reference Identification**
Department Number  671
Internal Vendor Number  000373555

**Date/Time Reference**
Requested Ship  9/20/2018

**Buying Party (Purchaser)**
(Assigned by Buyer or Buyer's Agent  0440)

**Ship To**
(Assigned by Buyer or Buyer's Agent  0440)

| Line Item Information |
|---|

| Line | Description | Quan | UI | Price($) | Total($) |
|---|---|---|---|---|---|
| | **Buyer's Item Number  74404**<br>**U.P.C. Consumer Package Code (1-5-5-1)** 011675061593<br>⊞ Additional Information | 360 | EA | 2 7 | 972 |
| | **Buyer's Item Number  75040**<br>**U.P.C. Consumer Package Code (1-5-5-1)** 011675205638<br>⊞ Additional Information | 32 | EA | 188 6 | 6035 2 |
| | **Buyer's Item Number  75116**<br>**U.P.C. Consumer Package Code (1-5-5-1)** 011675751166<br>⊞ Additional Information | 16 | EA | 2 5 | 40 |
| | **Buyer's Item Number  75122**<br>**U.P.C. Consumer Package Code (1-5-5-1)** 011675751227<br>⊞ Additional Information | 60 | EA | 10 3 | 618 |
| | **Buyer's Item Number  75126**<br>**U.P.C. Consumer Package Code (1-5-5-1)** 011675061937<br>⊞ Additional Information | 40 | EA | 9 46 | 378 4 |
| | **Buyer's Item Number  75134**<br>**U.P.C. Consumer Package Code (1-5-5-1)** 011675061920<br>⊞ Additional Information | 16 | EA | 38 21 | 611 36 |
| | **Buyer's Item Number  75136**<br>**U.P.C. Consumer Package Code (1-5-5-1)** 011675061951<br>⊞ Additional Information | 16 | EA | 16 | 256 |
| | **Buyer's Item Number  75246**<br>**U.P.C. Consumer Package Code (1-6-5-1)** 011675752460 | 20 | EA | 14 76 | 295 2 |

⊞ **Additional Information**

**Buyer's Item Number** 75277                32        EA      216        6912
**U.P.C. Consumer Package Code (1-5-5-1)** 011675206987

⊞ **Additional Information**

**Buyer's Item Number** 75490                16        EA      298 79     4780 64
**U.P.C. Consumer Package Code (1-5-5-1)** 011675206703

⊞ **Additional Information**

**Line Count** 10

© 2018 Liaison Technologies, Inc , All Rights Reserved

Liaison EDINotepad EDI Render



## Purchase Order

| General Information |
| --- |

**Document Information**
Purchase Order Number  556640
Transaction Purpose Code  Original

Purchase Order Date  9/6/2018
Purchase Order Type Code  Reorder

**Reference Identification**
Department Number  671
Internal Vendor Number  000373555

**Date/Time Reference**
Requested Ship  9/20/2018

**Buying Party (Purchaser)**
(Assigned by Buyer or Buyer's Agent  0440)

**Ship To**
(Assigned by Buyer or Buyer's Agent  0440)

| Line Item Information |
| --- |

| Line | Description | Quan | UI | Price($) | Total($) |
| --- | --- | --- | --- | --- | --- |
| | **Buyer's Item Number**  74406<br>**U.P.C. Consumer Package Code (1-5-5-1)**  011675061616<br>⊞ Additional Information | 360 | EA | 3 9 | 1404 |
| | **Buyer's Item Number**  75120<br>**U.P.C. Consumer Package Code (1-5-5-1)**  011675751203<br>⊞ Additional Information | 20 | EA | 16 43 | 328 6 |
| | **Buyer's Item Number**  75122<br>**U.P.C. Consumer Package Code (1-5-5-1)**  011675751227<br>⊞ Additional Information | 40 | EA | 10 3 | 412 |
| | **Buyer's Item Number**  99330<br>**U.P.C. Consumer Package Code (1-5-5-1)**  011675206819<br>⊞ Additional Information | 12 | EA | 147 | 1764 |

**Line Count  4**

© 2018 Liaison Technologies, Inc , All Rights Reserved

**X12:850:004010**

**Beginning Segment for Purchase Order**

| | |
|---|---|
| Transaction Set Purpose Code | 00 **Original** |
| Purchase Order Type Code | **RE Reorder** |
| Purchase Order Number | 555837 |
| Date | 20180831 |

**Reference Identification**

| | |
|---|---|
| Department Number | 671 |
| Internal Vendor Number | 000373555 |

**Date/Time Reference**

| | |
|---|---|
| Requested Ship | 20180920 |

**Buying Party (Purchaser)**

| | |
|---|---|
| Assigned by Buyer or Buyer's Agent | 0440 |

**Ship To**

| | |
|---|---|
| Assigned by Buyer or Buyer's Agent | 0440 |

**Line Item Information**

| Line Item # | Quantity | Unit of Measure | Price |
|---|---|---|---|
| | 48 | Each | 239 |

| | |
|---|---|
| Buyer's Item Number | 75491 |
| U.P.C. Consumer Package Code (1-5-5-1) | 011675205799 |

**Transaction Totals**

| | |
|---|---|
| Number of Line Items | 1 |

total processing time 210ms



## Purchase Order

| General Information |
| --- |

**Document Information**
Purchase Order Number  555834
Transaction Purpose Code  Original

Purchase Order Date  8/31/2018
Purchase Order Type Code  Reorder

**Reference Identification**
Department Number  671
Internal Vendor Number  000373555

**Date/Time Reference**
Requested Ship  9/6/2018

**Buying Party (Purchaser)**
(Assigned by Buyer or Buyer's Agent  0425)

**Ship To**
(Assigned by Buyer or Buyer's Agent  0425)

| Line Item Information |
| --- |

| Line | Description | Quan | UI | Price($) | Total($) |
| --- | --- | --- | --- | --- | --- |
| | Buyer's Item Number  75491 | 128 | EA | 239 | 30592 |
| | U.P.C. Consumer Package Code (1-5-5-1)  011675205799 | | | | |
| | ⊞ Additional Information | | | | |

Line Count  1

© 2018 Liaison Technologies, Inc , All Rights Reserved

## Purchase Order

| General Information |
| --- |

**Document Information**
Purchase Order Number  555835
Transaction Purpose Code  Original

Purchase Order Date  8/31/2018
Purchase Order Type Code  Reorder

**Reference Identification**
Department Number  671
Internal Vendor Number  000373555

**Date/Time Reference**
Requested Ship  9/20/2018

**Buying Party (Purchaser)**
(Assigned by Buyer or Buyer's Agent  0425)

**Ship To**
(Assigned by Buyer or Buyer's Agent  0425)

| Line Item Information |
| --- |

| Line | Description | Quan | UI | Price($) | Total($) |
| --- | --- | --- | --- | --- | --- |

| Buyer's Item Number: 75491 | 48 | EA | 239 | 11472 |
|---|---|---|---|---|
| U.P.C. Consumer Package Code (1-5-5-1): 011675205799 | | | | |

⊞ Additional Information

Line Count: 1

© 2018 Liaison Technologies, Inc., All Rights Reserved.

# Purchase Order

## General Information

**Document Information**
Purchase Order Number: 555836
Transaction Purpose Code: Original

Purchase Order Date: 8/31/2018
Purchase Order Type Code: Reorder

**Reference Identification**
Department Number: 671
Internal Vendor Number: 000373555

**Date/Time Reference**
Requested Ship: 9/6/2018

**Buying Party (Purchaser)**
(Assigned by Buyer or Buyer's Agent: 0440)

**Ship To**
(Assigned by Buyer or Buyer's Agent: 0440)

## Line Item Information

| Line | Description | Quan | UI | Price($) | Total($) |
|---|---|---|---|---|---|
| | Buyer's Item Number: 75491 | 64 | EA | 239 | 15296 |
| | U.P.C. Consumer Package Code (1-5-5-1): 011675205799 | | | | |

⊞ Additional Information

Line Count: 1

© 2018 Liaison Technologies, Inc., All Rights Reserved.

# Purchase Order

## General Information

**Document Information**
Purchase Order Number: 555837
Transaction Purpose Code: Original

Purchase Order Date: 8/31/2018
Purchase Order Type Code: Reorder

**Reference Identification**
Department Number: 671
Internal Vendor Number: 000373555

**Date/Time Reference**
Requested Ship: 9/20/2018

**Buying Party (Purchaser)**
(Assigned by Buyer or Buyer's Agent  0440)

**Ship To**
(Assigned by Buyer or Buyer's Agent  0440)

| Line Item Information | | | | | |
|---|---|---|---|---|---|
| Line | Description | Quan | UI | Price($) | Total($) |
| | Buyer's Item Number  75491 | 48 | EA | 239 | 11472 |
| | U.P.C. Consumer Package Code **(1-5-5-1)**  011675205799 | | | | |
| | ☐ Additional Information | | | | |

Line Count  1

© 2018 Liaison Technologies, Inc , All Rights Reserved

## Purchase Order

| General Information |
|---|

**Document Information**
Purchase Order Number  555838
Transaction Purpose Code  Original

Purchase Order Date  8/31/2018
Purchase Order Type Code  Reorder

**Reference Identification**
Department Number  671
Internal Vendor Number  000373555

**Date/Time Reference**
Requested Ship  9/6/2018

**Buying Party (Purchaser)**
(Assigned by Buyer or Buyer's Agent  0443)

**Ship To**
(Assigned by Buyer or Buyer's Agent  0443)

| Line Item Information | | | | | |
|---|---|---|---|---|---|
| Line | Description | Quan | UI | Price($) | Total($) |
| | Buyer's Item Number  75491 | 64 | EA | 239 | 15296 |
| | U.P.C. Consumer Package Code **(1-5-5-1)**  011675205799 | | | | |
| | ☐ Additional Information | | | | |

Line Count  1

© 2018 Liaison Technologies, Inc , All Rights Reserved

## Purchase Order

| General Information |
|---|

**Document Information**
Purchase Order Number  555839
Transaction Purpose Code  Original

Purchase Order Date  8/31/2018
Purchase Order Type Code  Reorder

**Reference Identification**
Department Number 671
Internal Vendor Number 000373555

**Date/Time Reference**
Requested Ship 9/20/2018

**Buying Party (Purchaser)**                    **Ship To**
(Assigned by Buyer or Buyer's Agent 0443)        (Assigned by Buyer or Buyer's Agent 0443)

| Line Item Information | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Line** | **Description** | **Quan** | **UI** | **Price($)** | **Total($)** |
| | Buyer's Item Number 75491 | 48 | EA | 239 | 11472 |
| | U.P.C. Consumer Package Code (1-5-5-1) 011675205799 | | | | |
| | ⊞ Additional Information | | | | |

Line Count 1

© 2018 Liaison Technologies, Inc , All Rights Reserved

# Purchase Order

| General Information |
| --- |

**Document Information**
Purchase Order Number 555840                    Purchase Order Date 8/31/2018
Transaction Purpose Code Original               Purchase Order Type Code Reorder

**Reference Identification**
Department Number 671
Internal Vendor Number 000373555

**Date/Time Reference**
Requested Ship 9/6/2018

**Buying Party (Purchaser)**                    **Ship To**
(Assigned by Buyer or Buyer's Agent 0447)        (Assigned by Buyer or Buyer's Agent 0447)

| Line Item Information | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Line** | **Description** | **Quan** | **UI** | **Price($)** | **Total($)** |
| | Buyer's Item Number 75131 | 16 | EA | 15 | 240 |
| | U.P.C. Consumer Package Code (1-5-5-1) 011675062002 | | | | |
| | ⊞ Additional Information | | | | |
| | Buyer's Item Number 75491 | 80 | EA | 239 | 19120 |
| | U.P.C. Consumer Package Code (1-5-5-1) 011675205799 | | | | |
| | ⊞ Additional Information | | | | |

Line Count 2

© 2018 Liaison Technologies, Inc , All Rights Reserved

# Purchase Order

| General Information |
|---|

**Document Information**
Purchase Order Number  555841
Transaction Purpose Code  Original

Purchase Order Date  8/31/2018
Purchase Order Type Code  Reorder

**Reference Identification**
Department Number  671
Internal Vendor Number  000373555

**Date/Time Reference**
Requested Ship  9/20/2018

**Buying Party (Purchaser)**
(Assigned by Buyer or Buyer's Agent  0447)

**Ship To**
(Assigned by Buyer or Buyer's Agent  0447)

| Line Item Information |
|---|

| Line | Description | Quan | UI | Price($) | Total($) |
|---|---|---|---|---|---|
|  | **Buyer's Item Number 75491** | 80 | EA | 239 | 19120 |
|  | **U.P.C. Consumer Package Code (1-5-5-1)** 011675205799 |  |  |  |  |
|  | ⊞ Additional Information |  |  |  |  |

Line Count  1

© 2018 Liaison Technologies, Inc., All Rights Reserved

# Purchase Order

| General Information |
|---|

**Document Information**
Purchase Order Number  555842
Transaction Purpose Code  Original

Purchase Order Date  8/31/2018
Purchase Order Type Code  Reorder

**Reference Identification**
Department Number  671
Internal Vendor Number  000373555

**Date/Time Reference**
Requested Ship  9/6/2018

**Buying Party (Purchaser)**
(Assigned by Buyer or Buyer's Agent  0449)

**Ship To**
(Assigned by Buyer or Buyer's Agent  0449)

| Line Item Information |
|---|

| Line | Description | Quan | UI | Price($) | Total($) |
|---|---|---|---|---|---|
|  | **Buyer's Item Number 75491** | 32 | EA | 239 | 7648 |
|  | **U.P.C. Consumer Package Code (1-5-5-1)** 011675205799 |  |  |  |  |
|  | ⊞ Additional Information |  |  |  |  |

Line Count 1

© 2018 Liaison Technologies, Inc , All Rights Reserved

## Purchase Order

| General Information |
|---|

**Document Information**
Purchase Order Number 555843
Transaction Purpose Code Original

Purchase Order Date 8/31/2018
Purchase Order Type Code Reorder

**Reference Identification**
Department Number 671
Internal Vendor Number 000373555

**Date/Time Reference**
Requested Ship 9/20/2018

**Buying Party (Purchaser)**
(Assigned by Buyer or Buyer's Agent 0449)

**Ship To**
(Assigned by Buyer or Buyer's Agent 0449)

| Line Item Information |
|---|

| Line | Description | Quan | UI | Price($) | Total($) |
|---|---|---|---|---|---|
|  | **Buyer's Item Number** 75491 | 48 | EA | 239 | 11472 |
|  | **U.P C. Consumer Package Code (1-5-5-1)** 011675205799 | | | | |
|  | ⊞ Additional Information | | | | |

Line Count 1

© 2018 Liaison Technologies, Inc , All Rights Reserved



BRIGGS & STRATTON CORPORATION
12301 W WIRTH STREET
WAUWATOSA, WISCONSIN 53222 USA
TELEPHONE (414)259-5333
DUNS 00-608-2531
GST REGISTRATION NO  82015 1702 RT0001

| **Invoice** |
|---|
| PLEASE SHOW INV NO
ON YOUR REMITTANCE |
| INVOICE NO  90080076
INVOICE DATE  09/26/2018 |

**CUSTOMER** 1001044
SEARS HOLDINGS CORPORATION
**DO NOT MAIL INVOICES**
3333 BEVERLY RD
HOFFMAN ESTATES IL  60179-0001
USA

**SHIP TO** 2015646
SEARS RRC #449
1700 SCHUSTER RD
DELANO CA  93215-9572
USA

**CHARGE TO:** 300010
**VENDOR:** 000134544
**TERMS:** NET 60 DAYS INVOICE DATE
**INCOTERMS** FCA BRIGGS & STRATTON CORP

Subject to Briggs & Stratton Standard
Terms and Conditions of Sale

| CUSTOMER PO | QUANTITY | PART NUMBER DESCRIPTION | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| 556649 | 20 | 6201
ACC, GUN, SPRAY, PRO
Origin of the above item is Italy
Order 100049114 from 09/07/2018 | 16 43  Per 1 | 328 60 |
| 558483 | 20 | 6201
ACC, GUN, SPRAY, PRO
Origin of the above item is Italy
Order 100060247 from 09/21/2018 | 16 43  Per 1 | 328 60 |
| 558483 | 20 | 6188
ACC, HOSE, 1/4 X 30
Order 100060247 from 09/21/2018 | 10 30  Per 1 | 206 00 |
| 558483 | 40 | 6033
ACC, BTTL, 15 OZ SYN PUMP OIL, B&S
Order 100060247 from 09/21/2018 | 6 20  Per 1 | 248 00 |
| 558483 | 16 | 020670
VSPW,3100@2 5,CRAFTSMAN
Order 100060247 from 09/21/2018 | 298 79  Per 1 | 4,780 64 |

| | |
|---|---|
| **TOTAL BEFORE TAX** | 5,891 84 |
| **TOTAL AMOUNT** | USD  5,891 84 |

CURRENCY OF THIS DOCUMENT IS US DOLLAR



BRIGGS & STRATTON CORPORATION
12301 W WIRTH STREET
WAUWATOSA, WISCONSIN 53222 USA
TELEPHONE (414)259-5333
DUNS 00-608-2531
GST REGISTRATION NO  82015 1702 RT0001

**Invoice**

PLEASE SHOW INV NO
ON YOUR REMITTANCE

INVOICE NO  90080076
INVOICE DATE  09/26/2018

**CUSTOMER** 1001044
SEARS HOLDINGS CORPORATION
**DO NOT MAIL INVOICES**
3333 BEVERLY RD
HOFFMAN ESTATES IL  60179-0001
USA

**SHIP TO** 2015646
SEARS RRC #449
1700 SCHUSTER RD
DELANO CA  93215-9572
USA

REMIT PAYMENT TO
JPMORGAN CHASE BANK, N A
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10081
ABA ROUTING NO  021000021 (WIRE)
ABA ROUTING NO  075000019 (ACH)
SWIFT CODE  CHASUS33
FOR CREDIT TO BRIGGS & STRATTON CORPORATION
ACCOUNT NO  550004049
REFERENCING THE INVOICE NUMBER

BRIGGS & STRATTON WILL PROVIDE MINIMUM INSURANCE COVERAGE AS REQUIRED UNDER OUR STANDARD
CARGO POLICY FOR SHIPMENTS MOVED UNDER CIP INCOTERMS ONLY

000373555
0449
671

SERVICE AGENT  UPS
SHIPMENT NO. 10013623

THESE ITEMS ARE CONTROLLED BY THE U S  GOVERNMENT AND AUTHORIZED FOR EXPORT ONLY TO THE
COUNTRY OF ULTIMATE DESTINATION FOR USE BY THE ULTIMATE CONSIGNEE OR END-USER(S) HEREIN
IDENTIFIED  THEY MAY NOT BE RESOLD, TRANSFERRED, OR OTHERWISE DISPOSED OF, TO ANY OTHER
COUNTRY OR TO ANY PERSON OTHER THAN THE AUTHORIZED ULTIMATE CONSIGNEE OR END-USER(S),
EITHER IN THEIR ORIGINAL FORM OR AFTER BEING INCORPORATED INTO OTHER ITEMS, WITHOUT FIRST
OBTAINING APPROVAL FROM THE U S  GOVERNMENT OR AS OTHERWISE AUTHORZED BY U S  LAW AND
REGULATIONS

THE GOODS SHOWN ON THIS DOCUMENT ARE OF U S.A. ORIGIN UNLESS OTHERWISE STATED

CURRENCY OF THIS DOCUMENT IS US DOLLAR

| Date 09/27/2018 | **BILL OF LADING** | Page 1 / 2 |
|---|---|---|

**SHIP FROM**

B&S Warehouse MCDONOUGH
1793 Highway 42 S
MCDONOUGH GA  30252-7628
USA

Bill of Lading Number: 10013623

Fwd Agent TrackerID.
Carrier Name: UPS
Vehicle Number  931077
Seal number
SCAC:UPSF
PRO Number:329637033

**SHIP TO**

SEARS RRC #449
1700 SCHUSTER RD
DELANO CA  93215-9572
USA

**Freight Charge Terms**  (freight charges are Prepaid unless marked otherwise)
Prepaid _____  Collect X  3rd Party _____

☐  Master Bill of Lading
(Checkbox)  with attached underlying Bills of Lading

**THIRD PARTY FREIGHT CHARGES BILL TO**

SPECIAL INSTRUCTIONS                                      See Page  2

Delivery No  800092634,800092636

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | Customer Release No | # PKGS | WEIGHT | Pallet/Slip | Additional Shipper Information |
|---|---|---|---|---|---|
| 558483 | UPSN | 96 | 175 0 LB | | |
| 556649 | UPSN | 20 | 28 8 LB | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| GRAN | | 116 | 204 LB | | |

LIMITATIONS OF LIABILITY APPLY  SUBJECT TO LIMITS OF LIABILITY OF THE CARRIER'S RULES TARIFF. CUSTOMER SERVICE 1-800-333-7400

UPS Freight  329 637 033 ATL

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | | COMMODITY DESCRIPTION | | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | WEIGHT | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care  See section 2(e) of NMFC Item 360 | H M (X) | NMFC # | CLASS |
|---|---|---|---|---|---|---|---|---|
| 1 | PALLET | 60 | EA | 99 4 LB | SPRAY GUNS AND SIMILAR ITEMS | | | |
| | PALLET | 20 | EA | 45 1 LB | PARTS FOR MACHINES & MECH  APPLIANCES | | | |
| 1 | SPLOOSE | 16 | EA | 1000 0 LB | STEAM JET PROJECTING MACHINE NESOI | | 108382 | 85 |
| 1 | 259999 | 20 | EA | 28 8 LB | SPRAY GUNS AND SIMILAR ITEMS | | | |
| | | | | | | | | |
| | | | | | | | | |
| 3 | | 116 | | 1173 LB | GRAND TOTAL | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows "The agreed or declared value of the property is specifically stated by the

NOTE Liability Limitation for loss or damage in this shipment may be applicable  See 49 U S C  * 14706(c)(1)(A) and (B)

COD Amount  $
Fee Terms  Collect ☐   Prepaid ☐
Customer check acceptable. ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request  The shipper hereby certifies that he/she is familiar with all the terms and conditions of the NMFC Uniform Straight Bill of Lading, including those on the back thereof and the said terms and conditions are hereby agreed to by the shipper and accepted for him/herself and his/her assigns

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

Shaun O'Dell  Shipper
Signature

SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT

Name  Shaun O'Dell    Date  09/27/2018

CARRIER SIGNATURE  PICKUP DATE  9-26-18
Carrier acknowledges receipt of packages and required placards  Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle
Property described above is received in good order except as noted

| Date 09/27/2018 | **BILL OF LADING** | Page   2 / 2 |
|---|---|---|

| SHIP FROM | Bill of Lading Number   10013623 |
|---|---|

B&S Warehouse MCDONOUGH
1793 Highway 42 S
MCDONOUGH GA  30252-7628
USA

Fwd Agent TrackerID:
Carrier Name. UPS
Vehicle Number: 931077
Seal number
SCAC UPSF
PRO Number.329637033

**SHIP TO**

SEARS RRC #449
1700 SCHUSTER RD
DELANO CA  93215-9572
USA

**THIRD PARTY FREIGHT CHARGES BILL TO**

**Freight Charge Terms**   (freight charges are
Prepaid unless marked otherwise):
Prepaid _____ Collect _X_ 3rd Party _____

SPECIAL INSTRUCTIONS

☐     Master Bill of Lading
(Checkbox)    with attached underlying Bills of Lading

Delivery No  800092634,800092636

Special Instructions

Delivery Number   0800092636

9-25-2018
BKG 18092500455

Special Instructions

Delivery Number   0800092634

9-25-2018
BKG 18092500456

# Packing List

Page 1 / 1
Date : 09/25/2018 Time : 20:15-20

Shipment Number : 10013623

| | |
|---|---|
| Sold-to-party : 1001044 | Service agent · 50000166 |
| SEARS HOLDINGS CORPORATION | UPS |
| Ship-to-party : 2015646 | Trailer Number . |
| SEARS RRC #449 | Seal Number : A_ |
| 1700 SCHUSTER RD | Pro Number . |
| DELANO CA 93215-9572 | Tracking Number . |

Shipping point : WHE812
B&S Warehouse MCDONOUGH
1793 Highway 42 S
MCDONOUGH GA 30252-7628

| Quantity | Material Number | Material Desc | Customer PO | Customer Part | Case Number | Pallet SSCC Number |
|---|---|---|---|---|---|---|
| 20 | 6201 | ACC, GUN, SPRAY, PRO | 556649 | 75120 | 300011675001452546 | |
| 16 | 020670 | VSPW,3100@2.5,CRAFTSMAN | 558483 | 76490 | | 18966390200056591 |
| 40 | 6033 | ACC, BTTL, 15 OZ SYN PUMP OIL, B&S | 558483 | 75127 | | 300011675001452645 |
| 20 | 6188 | ACC, HOSE, 1/4 X 30 | 558483 | 75122 | | 300011675001452645 |
| 20 | 6201 | ACC, GUN, SPRAY, PRO | 558483 | 75120 | | 300011675001452645 |

## TOTALS

| | |
|---|---|
| Pallet | : 2 |
| Loose case | : 1 |
| Quantity | : 116 |

** Gross Weight : 1,173.3 LB, 532.2 KG
** Net Weight : 1,141.3 LB, 517.7 KG

DIMENSIONS L=Length W=Width H=Height CF=Cubic Foot
GL=Gross Weight (LBs) NL=Net Weight (LBs) GK=Gross Weight (KGs) NK=Net Weight (KGs)
DN=Delivery Number

**SHIPPING MANIFEST**

Ship From: Briggs & Stratton Yard Products
1793 Hwy 42 S
McDonough, GA 30252

Ship To: RRC449
Sears Logistics Services, Inc
1700 Schuster Rd.
Delano CA 93215

Bill of Lading # 10013623          Trailer Number # 931077

BOOKING # 18092500455

| Sears Dept | PO Number. | Sears SKU | Vendor Model | Total Item Qty: | Total Cartons. | Total Weight. |
|---|---|---|---|---|---|---|
| 671 | 556649 | 75120 | 6201 | 20 | 5 | 29 |
| 671 | 558483 | 75127 | 6033 | 40 | 10 | 39 |
| 671 | 558483 | 75120 | 6201 | 20 | 5 | 29 |
| 671 | 558483 | 75122 | 6188 | 20 | 5 | 45 |
| 671 | 558483 | 75490 | 20670 | 16 | 16 | 1,000 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | Totals: | 116 | skids | 1142 |

UPSN
9/25/2018

Liaison EDINotepad EDI Render                                                          Page 1 of 1



# Purchase Order

| General Information |
|---|

**Document Information**
Purchase Order Number  558483                    Purchase Order Date  9/20/2018
Transaction Purpose Code  Original                Purchase Order Type Code  Reorder

**Reference Identification**
Department Number  671
Internal Vendor Number  000373555

**Date/Time Reference**
Requested Ship  9/27/2018

**Buying Party (Purchaser)**                      **Ship To**
(Assigned by Buyer or Buyer's Agent  0449)       (Assigned by Buyer or Buyer's Agent  0449)

| Line Item Information |
|---|

| Line | Description | Quan | UI | Price($) | Total($) |
|---|---|---|---|---|---|
| | Buyer's Item Number  75120<br>U.P.C. Consumer Package Code (1-5-5-1)  011675751203<br>⊞ Additional Information | 20 | EA | 16 43 | 328 6 |
| | Buyer's Item Number  75122<br>U.P.C. Consumer Package Code (1-5-5-1)  011675751227<br>⊞ Additional Information | 20 | EA | 10 3 | 206 |
| | Buyer's Item Number  75127<br>U.P.C. Consumer Package Code (1-5-5-1)  011675060336<br>⊞ Additional Information | 40 | EA | 6 2 | 248 |
| | Buyer's Item Number  75490<br>U.P.C. Consumer Package Code (1-5-5-1)  011675206703<br>⊞ Additional Information | 16 | EA | 298 79 | 4780 64 |

Line Count  4

© 2018 Liaison Technologies, Inc , All Rights Reserved

Liaison EDINotepad EDI Render                                                      Page 1 of 1



## Purchase Order

| General Information |
|---|

**Document Information**
Purchase Order Number  556649                          Purchase Order Date  9/6/2018
Transaction Purpose Code  Original                     Purchase Order Type Code  Reorder

**Reference Identification**
Department Number  671
Internal Vendor Number  000373555

**Date/Time Reference**
Requested Ship  9/27/2018

**Buying Party (Purchaser)**                            **Ship To**
(Assigned by Buyer or Buyer's Agent  0449)             (Assigned by Buyer or Buyer's Agent  0449)

| Line Item Information |
|---|

| Line | Description | Quan | UI | Price($) | Total($) |
|---|---|---|---|---|---|
| | Buyer's Item Number  75120 | 20 | EA | 16 43 | 328 6 |
| | U.P.C. Consumer Package Code (1-5-5-1)  011675751203 | | | | |
| | ➕ Additional Information | | | | |

Line Count  1

© 2018 Liaison Technologies, Inc , All Rights Reserved

**X12:850:004010**

**Beginning Segment for Purchase Order**

|  |  |
|---|---|
| Transaction Set Purpose Code | 00 Original |
| Purchase Order Type Code | RE Reorder |
| Purchase Order Number | 556649 |
| Date | 20180906 |

**Reference Identification**

|  |  |
|---|---|
| Department Number | 671 |
| Internal Vendor Number | 000373555 |

**Date/Time Reference**

|  |  |
|---|---|
| Requested Ship | 20180927 |

**Buying Party (Purchaser)**

|  |  |
|---|---|
| Assigned by Buyer or Buyer's Agent | 0449 |

**Ship To**

|  |  |
|---|---|
| Assigned by Buyer or Buyer's Agent | 0449 |

**Line Item Information**

| Line Item # | Quantity | Unit of Measure | Price |
|---|---|---|---|
|  | 20 | Each | 16 43 |

|  |  |
|---|---|
| Buyer's Item Number | 75120 |
| U.P.C. Consumer Package Code (1-5-5-1) | 011675751203 |

**Transaction Totals**

|  |  |
|---|---|
| Number of Line Items | 1 |

total processing time 591ms



BRIGGS & STRATTON CORPORATION
12301 W  WIRTH STREET
WAUWATOSA, WISCONSIN 53222 USA
TELEPHONE  (414)259-5333
DUNS 00-608-2531
GST REGISTRATION NO  82015 1702 RT0001

| **Invoice** |
| --- |
| PLEASE SHOW INV NO ON YOUR REMITTANCE |
| INVOICE NO  90081202 |
| INVOICE DATE  09/27/2018 |

**CUSTOMER** 1001044
SEARS HOLDINGS CORPORATION
**DO NOT MAIL INVOICES**
3333 BEVERLY RD
HOFFMAN ESTATES IL  60179-0001
USA

**SHIP TO** 2017000
SEARS RRC #447
2775 W MILLER RD
GARLAND TX  75041-1210
USA

**CHARGE TO:** 300010
**VENDOR:** 000134544
**TERMS:** NET 60 DAYS INVOICE DATE
**INCOTERMS** FCA BRIGGS & STRATTON CORP

Subject to Briggs & Stratton Standard
Terms and Conditions of Sale

| CUSTOMER PO | QUANTITY | PART NUMBER DESCRIPTION | UNIT PRICE | NET AMOUNT |
| --- | --- | --- | --- | --- |
| 556646 | 16 | 020653 HSPW, 3600@2 5, CRAFTSMAN Order 100049111 from 09/07/2018 | 590 00  Per 1 | 9,440 00 |
| 557683 | 16 | 020652 HSPW, 3400@2 8, CRAFTSMAN Order 100054572 from 09/14/2018 | 370 00  Per 1 | 5,920 00 |
| 558413 | 32 | 020563 VSPW, 2200@1 9, SRS Order 100059003 from 09/20/2018 | 188 60  Per 1 | 6,035 20 |
| 558481 | 16 | 6198 ACC, KIT, O-RING Order 100060245 from 09/21/2018 | 2 50  Per 1 | 40 00 |
| 558481 | 40 | 6193 ACC, KIT, QC, SPRAY TIPS, B&S Order 100060245 from 09/21/2018 | 9 46  Per 1 | 378 40 |
| 558481 | 16 | 6195 ACC, KIT, QC, TURBO, B&S Origin of the above item is  China Order 100060245 from 09/21/2018 | 16 00  Per 1 | 256 00 |
| 558481 | 40 | 6205 ACC, KIT, QC, WAND, 20 IN Order 100060245 from 09/21/2018 | 7 27  Per 1 | 290 80 |
| 558481 | 40 | 6197 | 14 76  Per 1 | 590 40 |

CURRENCY OF THIS DOCUMENT IS US DOLLAR



BRIGGS & STRATTON CORPORATION
12301 W  WIRTH STREET
WAUWATOSA, WISCONSIN 53222 USA
TELEPHONE (414) 259-5333
DUNS 00-608-2531
GST REGISTRATION NO  82015 1702 RT0001

## Invoice

PLEASE SHOW INV NO
ON YOUR REMITTANCE

INVOICE NO  90081202
INVOICE DATE  09/27/2018

**CUSTOMER** 1001044
SEARS HOLDINGS CORPORATION
**DO NOT MAIL INVOICES**
3333 BEVERLY RD
HOFFMAN ESTATES IL  60179-0001
USA

**SHIP TO**  2017000
SEARS RRC #447
2775 W MILLER RD
GARLAND TX  75041-1210
USA

| CUSTOMER PO | QUANTITY | PART NUMBER / DESCRIPTION | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| | | ACC, KIT, QC, MULTI-TIP, B&S | | |
| | | Order 100060245 from 09/21/2018 | | |
| 558481 | 16 | 020698 | 216 00  Per 1 | 3,456 00 |
| | | VSPW, 2700@2 1, CRAFTSMAN | | |
| | | Order 100060245 from 09/21/2018 | | |
| 558481 | 32 | 020670 | 298 79  Per 1 | 9,561 28 |
| | | VSPW,3100@2 5,CRAFTSMAN | | |
| | | Order 100060245 from 09/21/2018 | | |
| 558313 | 84 | 030663A | 651 10  Per 1 | 54,692 40 |
| | | GEN, 7000, ELITE, B&S | | |
| | | Origin of the above item is  China | | |
| | | Order 100057938 from 09/19/2018 | | |

| | | |
|---|---|---|
| **TOTAL BEFORE TAX** | | 90,660 48 |
| **TOTAL AMOUNT** | | USD 90,660 48 |

REMIT PAYMENT TO
JPMORGAN CHASE BANK, N A
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10081
ABA ROUTING NO. 021000021 (WIRE)
ABA ROUTING NO  075000019 (ACH)
SWIFT CODE   CHASUS33
FOR CREDIT TO BRIGGS & STRATTON CORPORATION
ACCOUNT NO  550004049
REFERENCING THE INVOICE NUMBER

BRIGGS & STRATTON WILL PROVIDE MINIMUM INSURANCE COVERAGE AS REQUIRED UNDER OUR STANDARD
CARGO POLICY FOR SHIPMENTS MOVED UNDER CIP INCOTERMS ONLY

000373555

CURRENCY OF THIS DOCUMENT IS US DOLLAR



BRIGGS & STRATTON CORPORATION
12301 W WIRTH STREET
WAUWATOSA, WISCONSIN 53222 USA
TELEPHONE (414)259-5333
DUNS 00-608-2531
GST REGISTRATION NO  82015 1702 RT0001

| Invoice | |
|---|---|
| | PLEASE SHOW INV NO<br>ON YOUR REMITTANCE |
| INVOICE NO  90081202<br>INVOICE DATE  09/27/2018 | |

**CUSTOMER** 1001044
SEARS HOLDINGS CORPORATION
**DO NOT MAIL INVOICES**
3333 BEVERLY RD
HOFFMAN ESTATES IL  60179-0001
USA

**SHIP TO** 2017000
SEARS RRC #447
2775 W MILLER RD
GARLAND TX  75041-1210
USA

0447
671

SERVICE AGENT  J B HUNT TRANSPORT INC
SHIPMENT NO  10013564

THESE ITEMS ARE CONTROLLED BY THE U S GOVERNMENT AND AUTHORIZED FOR EXPORT ONLY TO THE COUNTRY OF ULTIMATE DESTINATION FOR USE BY THE ULTIMATE CONSIGNEE OR END-USER(S) HEREIN IDENTIFIED  THEY MAY NOT BE RESOLD, TRANSFERRED, OR OTHERWISE DISPOSED OF, TO ANY OTHER COUNTRY OR TO ANY PERSON OTHER THAN THE AUTHORIZED ULTIMATE CONSIGNEE OR END-USER(S), EITHER IN THEIR ORIGINAL FORM OR AFTER BEING INCORPORATED INTO OTHER ITEMS, WITHOUT FIRST OBTAINING APPROVAL FROM THE U S GOVERNMENT OR AS OTHERWISE AUTHORZED BY U S LAW AND REGULATIONS

THE GOODS SHOWN ON THIS DOCUMENT ARE OF U.S.A. ORIGIN UNLESS OTHERWISE STATED.

CURRENCY OF THIS DOCUMENT IS US DOLLAR

# BILL OF LADING

Date 09/27/2018        Page 1 / 2

Bill of Lading Number: 10013564

**SHIP FROM**

B&S Warehouse MCDONOUGH
1793 Highway 42 S
MCDONOUGH GA 30252-7628
USA

Fwd Agent TrackerID. 21974297
Carrier Name: J B HUNT TRANSPORT INC
Vehicle Number JBHU247812
Seal number 21974297
SCAC HJBT
PRO Number

**SHIP TO**

SEARS RRC #447
2775 W MILLER RD
GARLAND TX 75041-1210
USA

**Freight Charge Terms** (freight charges are
Prepaid unless marked otherwise)
Prepaid _____ Collect X 3rd Party _____

☐ Master Bill of Lading
(Checkbox) with attached underlying Bills of Lading

**THIRD PARTY FREIGHT CHARGES BILL TO**

SPECIAL INSTRUCTIONS      See Page 2

Delivery No 800092598,800092601,800092606,800092614,800092624

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | Customer Release No | # PKGS | WEIGHT | Pallet/Slip | Additional Shipper Information |
|---|---|---|---|---|---|
| 558313 | HJBT | 84 | 3379 7 LB | | |
| 558413 | HJBT | 32 | 111 0 LB | | |
| 558481 | HJBT | 200 | 244 0 LB | | |
| 556646 | HJBT | 16 | 92 4 LB | | |
| 557683 | HJBT | 16 | 78 1 LB | | |
| GRAND TOTAL | | 348 | 3905 LB | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | COMMODITY DESCRIPTION | H M (X) | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care See section 2(e) of NMFC Item 360 | | NMFC # | CLASS |
| 14 | PALLET | 84 | EA | 9905 9 LB | OTHER GENERATING SETS W SPARK ENGINE | | | |
| 2 | SPLOOSE | 32 | EA | 1776 0 LB | STEAM JET PROJECTING MACHINE NESOI | | | |
| 1 | PALLET | 96 | EA | 52 2 LB | PARTS FOR MACHINES & MECH APPLIANCES | | | |
| | PALLET | 56 | EA | 41 0 LB | SPRAY GUNS AND SIMILAR ITEMS | | | |
| 5 | SPLOOSE | 80 | EA | 5652 8 LB | STEAM JET PROJECTING MACHINE NESOI | | 108382 | 85 |
| 22 | | 348 | | 17428 LB | GRAND TOTAL | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows "The agreed or declared value of the property is specifically stated by the
NOTE Liability Limitation for loss or damage in this shipment may be applicable See 49 U S C ' 14706(c)(1)(A) and (B)

COD Amount $ _____
Fee Terms Collect ☐    Prepaid ☐
Customer check acceptable ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper if applicable, otherwise to the rates classifications and rules that have been established by the carrier and are available to the shipper, on request The shipper hereby certifies that he/she is familiar with all the terms and conditions of the NMFC Uniform Straight Bill of Lading, including those on the back thereof and the said terms and conditions are hereby agreed to by the shipper and accepted for him/herself and his/her assigns

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

Vickie Osborne Shipper Signature

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT

Name Vickie Osborne    Date 09/27/2018

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle Property described above is received in good order except as noted

| Date '09/27/2018 | **BILL OF LADING** | Page 2 / 2 |
|---|---|---|

| | |
|---|---|
| **SHIP FROM** | Bill of Lading Number: 10013564 |
| B&S Warehouse MCDONOUGH<br>1793 Highway 42 S<br>MCDONOUGH GA  30252-7628<br>USA | ‖‖‖‖‖‖‖‖‖‖‖‖ |
| | Fwd Agent TrackerID· 21974297 |
| **SHIP TO** | Carrier Name. J B HUNT TRANSPORT INC<br>Vehicle Number. JBHU247812<br>Seal number : 21974297 |
| SEARS RRC #447<br>2775 W MILLER RD<br>GARLAND TX  75041-1210<br>USA | SCAC: HJBT<br>PRO Number |
| **THIRD PARTY FREIGHT CHARGES BILL TO** | **Freight Charge Terms . (freight charges are Prepaid unless marked otherwise)**<br>Prepaid _____ Collect X __3rd Party _____ |
| SPECIAL INSTRUCTIONS | ☐          Master Bill of Lading<br>(Checkbox)    with attached underlying Bills of Lading |
| Delivery No. 800092598,800092601,800092606,800092614,800092624 | |

Special Instructions

Delivery Number   0800092624

9-25-2018

BKG 18092500453

Special Instructions

Delivery Number   0800092606

9-25-2018

BKG 18092500453

Special Instructions

Delivery Number   0800092614

9-25-2018

BKG 18092500453

Special Instructions

Delivery Number   0800092598

9-25-2018

BKG 18092500453

Special Instructions

Delivery Number   0800092601

9-25-2018

BKG 18092500453

Log Entry #   12517

# Briggs and Stratton

| Appointment Time | Driver In | Started | Driver Out |
|---|---|---|---|
| | | | |

Mass or Road ☐    International ☐    Storm Load !!! ☐

Carrier:    Trailer Number: 29 7812    Seal: 21974291

## Pickup Information

JBHa

| Pickup Numbers | Shipment Numbers | Delivery Notes |
|---|---|---|
| | 10013564 | |

Manifest? ☐    Flow Center? ☐    Fax Number:

## Staging

| Location | Initials | Index Number | Time Started | Time Finished |
|---|---|---|---|---|
| 124 | CU | 50580 | | |

## Scanning

| Pallet Count | Initials | Index Number | Time Started | Time Finished |
|---|---|---|---|---|
| 16 | CN | 50580 | | |

## Loading

| Initials | Index | Verified By (Index) | Picture Number | Taken By (Index) |
|---|---|---|---|---|
| pto | | 20068 | | |

Humidity Readings? ☐    Front:    Middle:    Back:

## Notes

Record any notes here regarding staging, scanning, or loading issues.

020698 - 16
020670 - 32
020652 - 16

Created By  - Last Edited By  - Printed By  201428 on 9/13/2018 11 04 36 AM

# Packing List

Shipment Number : 10013564 

Sold-to-party : 1001044
SEARS HOLDINGS CORPORATION
Ship-to-party : 2017000
SEARS RRC #447
2775 W MILLER RD
GARLAND TX 75041-1210

Service agent        : 50000074
J B HUNT TRANSPORT INC
Trailer Number  :
Seal Number     : A_
Pro Number      :
Tracking Number :

Shipping point : WHE812
B&S Warehouse MCDONOUGH
1793 Highway 42 S
MCDONOUGH GA 30252-7628

Date : 09/27/2018 Time : 14:14:56

| Quantity | Material Number | Material Desc | Customer PO | Customer Part | Case Number | Pallet SSCC Number |
|---|---|---|---|---|---|---|
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558313 | 33183 | | 18966390200079879 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558313 | 33183 | | 18966390200079916 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558313 | 33183 | | 18966390200079954 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558313 | 33183 | | 18966390200080233 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558313 | 33183 | | 18966390200080264 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558313 | 33183 | | 18966390200080332 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558313 | 33183 | | 18966390200080356 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558313 | 33183 | | 18966390200080370 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558313 | 33183 | | 18966390200080394 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558313 | 33183 | | 18966390200080400 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558313 | 33183 | | 18966390200080448 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558313 | 33183 | | 18966390200080455 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558313 | 33183 | | 18966390200080462 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558313 | 33183 | | 18966390200080479 |
| 16 | 020563 | VSPW, 2200@1.9, SRS | 558413 | 75040 | | 18966390200324528 |
| 16 | 020563 | VSPW, 2200@1.9, SRS | 558413 | 75040 | | 18966390200324542 |
| 16 | 020670 | VSPW, 3100@2.5, CRAFTSMAN | 558481 | 75490 | | 18966390200630209 |
| 16 | 020670 | VSPW, 3100@2.5, CRAFTSMAN | 558481 | 75490 | | 18966390200630223 |
| 16 | 020698 | VSPW, 2700@2.1, CRAFTSMAN | 558481 | 75277 | | 18966390800499010 |
| 16 | 020652 | HSPW, 3400@2.8, CRAFTSMAN | 557683 | 75244 | | 18966390800533976S |
| 16 | 020653 | HSPW, 3600@2.5, CRAFTSMAN | 556646 | 75499 | | 18966390800550984T |
| 40 | 6193 | ACC, KIT, QC, SPRAY TIPS, B&S | 558481 | 75126 | | 30001167500147564A |
| 16 | 6195 | ACC, KIT, QC, TURBO, B&S | 558481 | 75136 | | 30001167500147564A |
| 40 | 6197 | ACC, KIT, QC, MULTI-TIP, B&S | 558481 | 75246 | | 30001167500147564A |

**PACKING LIST**

Page 2 / 2

Shipment Number  . 10013564

Date : 09/27/2018 Time : 14:14:56

Sold-to-party :1001044
  SEARS HOLDINGS CORPORATION
Ship-to-party :2017000
  SEARS RRC #447
  2775 W MILER RD
  GARLAND TX 75041-1210

Service agent    :50000074
  J B HUNT TRANSPORT INC
Trailer Number :
Seal Number    :A_
Pro Number     :
Tracking Number :

Shipping point : WHE812
  B&S Warehouse MCDONOUGH
  1793 Highway 42 S
  MCDONOUGH GA 30252-7628

| Quantity | Material Number | Material Desc | Customer PO | Customer Part | Case Number | Pallet SSCC Number |
|---|---|---|---|---|---|---|
| 16 | 6198 | ACC, KIT, O-RING | 558481 | 75116 | | 300011675001475644 |
| 40 | 6205 | ACC, KIT, QC, WAND, 20 IN | 558481 | 75145 | | 300011675001475644 |

** Gross Weight :   17,427.9  LB,   7,905.3  KG
** Net Weight   :   16,947.9  LB,   7,687.6  KG

TOTALS

Pallet     . 22
Loose case . 0
Quantity   . 348

DIMENSIONS  L=Length  W=Width  H=Height  CF=Cubic Foot
  GL=Gross Weight(LBs)  NL=Net Weight(LBs)  GK=Gross Weight(KGs)  NK=Net Weight(KGs)
  DN=Delivery Number



# Purchase Order

| General Information |
|---|

**Document Information**
Purchase Order Number  558313                          Purchase Order Date  9/18/2018
Transaction Purpose Code  Original                     Purchase Order Type Code  Reorder

**Reference Identification**
Department Number  671
Internal Vendor Number  000373555

**Date/Time Reference**
Requested Ship  9/26/2018

**Buying Party (Purchaser)**                            **Ship To**
(Assigned by Buyer or Buyer's Agent  0447)             (Assigned by Buyer or Buyer's Agent  0447)

| Line Item Information |
|---|

| Line | Description | Quan | UI | Price($) | Total($) |
|---|---|---|---|---|---|
|  | Buyer's Item Number  33183 | 84 | EA | 651 1 | 54692 4 |
|  | U.P.C. Consumer Package Code (1-5-5-1)  011675306632 |  |  |  |  |
|  | ⊞ Additional Information |  |  |  |  |

Line Count  1

© 2018 Liaison Technologies, Inc , All Rights Reserved

# SEARS

## Purchase Order

| General Information |
|---|

**Document Information**
Purchase Order Number  558481
Transaction Purpose Code  Original

Purchase Order Date  9/20/2018
Purchase Order Type Code  Reorder

**Reference Identification**
Department Number  671
Internal Vendor Number  000373555

**Date/Time Reference**
Requested Ship  9/27/2018

**Buying Party (Purchaser)**
(Assigned by Buyer or Buyer's Agent  0447)

**Ship To**
(Assigned by Buyer or Buyer's Agent  0447)

| Line Item Information |
|---|

| Line | Description | Quan | UI | Price($) | Total($) |
|---|---|---|---|---|---|
| | Buyer's Item Number  75116<br>U.P.C. Consumer Package Code (1-5-5-1)  011675751166<br>⊞ Additional Information | 16 | EA | 2 5 | 40 |
| | Buyer's Item Number  75126<br>U.P.C  Consumer Package Code (1-5-5-1)  011675061937<br>⊞ Additional Information | 40 | EA | 9 46 | 378 4 |
| | Buyer's Item Number  75136<br>U.P.C  Consumer Package Code (1-5-5-1)  011675061951<br>⊞ Additional Information | 16 | EA | 16 | 256 |
| | Buyer's Item Number  75145<br>U.P.C.  Consumer Package Code (1-5-5-1)  011675751456<br>⊞ Additional Information | 40 | EA | 7 27 | 290 8 |
| | Buyer's Item Number  75246<br>U.P.C.  Consumer Package Code (1-5-5-1)  011675752460<br>⊞ Additional Information | 40 | EA | 14 76 | 590 4 |
| | Buyer's Item Number  75277<br>U.P.C  Consumer Package Code (1-5-5-1)  011675206987<br>⊞ Additional Information | 16 | EA | 216 | 3456 |
| | Buyer's Item Number  75490<br>U.P.C.  Consumer Package Code (1-5-5-1)  011675206703<br>⊞ Additional Information | 32 | EA | 298 79 | 9561 28 |

Line Count  7

© 2018 Liaison Technologies, Inc., All Rights Reserved

Liaison EDINotepad EDI Render                                                    Page 1 of 1



## Purchase Order

| General Information |
|---|

**Document Information**
Purchase Order Number  558413                    Purchase Order Date  9/19/2018
Transaction Purpose Code  Original               Purchase Order Type Code   Reorder

**Reference Identification**
Department Number  671
Internal Vendor Number  000373555

**Date/Time Reference**
Requested Ship  9/27/2018

**Buying Party (Purchaser)**                      **Ship To**
(Assigned by Buyer or Buyer's Agent  0447)        (Assigned by Buyer or Buyer's Agent  0447)

| Line Item Information |
|---|

| Line | Description | Quan | UI | Price($) | Total($) |
|---|---|---|---|---|---|
|  | **Buyer's Item Number**  75040 | 32 | EA | 188 6 | 6035 2 |
|  | **U.P.C. Consumer Package Code (1-5-5-1)**  011675205638 |  |  |  |  |
|  | ⊞ Additional Information |  |  |  |  |

Line Count  1

© 2018 Liaison Technologies, Inc , All Rights Reserved

Liaison EDINotepad EDI Render                                          Page 1 of 1



# Purchase Order

| General Information |
| --- |

**Document Information**
Purchase Order Number  557683                    Purchase Order Date  9/13/2018
Transaction Purpose Code  Original                 Purchase Order Type Code  Reorder

**Reference Identification**
Department Number  671
Internal Vendor Number  000373555

**Date/Time Reference**
Requested Ship  9/27/2018

**Buying Party (Purchaser)**                        **Ship To**
(Assigned by Buyer or Buyer's Agent  0447)          (Assigned by Buyer or Buyer's Agent  0447)

| Line Item Information |
| --- |

| Line | Description | Quan | UI | Price($) | Total($) |
| --- | --- | --- | --- | --- | --- |
|  | **Buyer's Item Number**  75244 | 16 | EA | 370 | 5920 |
|  | **U P.C. Consumer Package Code (1-5-5-1)**  011675206529 | | | | |
|  | [+] Additional Information | | | | |

Line Count  1

© 2018 Liaison Technologies, Inc., All Rights Reserved.

Liaison EDINotepad EDI Render                                                    Page 1 of 1



## Purchase Order

| General Information |
|---|

**Document Information**
  Purchase Order Number  556646                    Purchase Order Date  9/6/2018
  Transaction Purpose Code  Original               Purchase Order Type Code  Reorder

**Reference Identification**
  Department Number  671
  Internal Vendor Number  000373555

**Date/Time Reference**
  Requested Ship  9/27/2018

**Buying Party (Purchaser)**                        **Ship To**
  (Assigned by Buyer or Buyer's Agent  0447)         (Assigned by Buyer or Buyer's Agent  0447)

| Line Item Information |
|---|

| Line | Description | Quan | UI | Price($) | Total($) |
|---|---|---|---|---|---|
| | **Buyer's Item Number**  75499 | 16 | EA | 590 | 9440 |
| | **U.P.C. Consumer Package Code (1-5-5-1)**  011675206536 | | | | |
| | ⊞ Additional Information | | | | |

Line Count  1

© 2018 Liaison Technologies, Inc , All Rights Reserved

**X12:850:004010**

**Beginning Segment for Purchase Order**

| | |
|---|---|
| Transaction Set Purpose Code | 00 **Original** |
| Purchase Order Type Code | **RE Reorder** |
| Purchase Order Number | 556646 |
| Date | 20180906 |

**Reference Identification**

| | |
|---|---|
| Department Number | 671 |
| Internal Vendor Number | 000373555 |

**Date/Time Reference**

| | |
|---|---|
| Requested Ship | 20180927 |

**Buying Party (Purchaser)**

| | |
|---|---|
| Assigned by Buyer or Buyer's Agent | 0447 |

**Ship To**

| | |
|---|---|
| Assigned by Buyer or Buyer's Agent | 0447 |

**Line Item Information**

| Line Item # | Quantity | Unit of Measure | Price |
|---|---|---|---|
| | 16 | Each | 590 |

| | |
|---|---|
| Buyer's Item Number | 75499 |
| U.P.C. Consumer Package Code (1-5-5-1) | 011675206536 |

**Transaction Totals**

| | |
|---|---|
| Number of Line Items | 1 |

total processing time 255ms



BRIGGS & STRATTON CORPORATION
12301 W WIRTH STREET
WAUWATOSA, WISCONSIN 53222 USA
TELEPHONE (414)259-5333
DUNS 00-608-2531
GST REGISTRATION NO  82015 1702 RT0001

## Invoice

PLEASE SHOW INV NO
ON YOUR REMITTANCE

INVOICE NO  90081238
INVOICE DATE  09/27/2018

**CUSTOMER** 1001044
SEARS HOLDINGS CORPORATION
**DO NOT MAIL INVOICES**
3333 BEVERLY RD
HOFFMAN ESTATES IL  60179-0001
USA

**SHIP TO** 2015645
SEARS RRC #425
10512 BUSCH DRIVE NORTH
JACKSONVILLE FL  32218
USA

**CHARGE TO:** 300010
**VENDOR:** 000134544
**TERMS:** NET 60 DAYS INVOICE DATE
**INCOTERMS** FCA BRIGGS & STRATTON CORP

Subject to Briggs & Stratton Standard
Terms and Conditions of Sale

| CUSTOMER PO | QUANTITY | PART NUMBER DESCRIPTION | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| 558411 | 16 | 020563<br>VSPW, 2200@1 9, SRS<br>Order 100059001 from 09/20/2018 | 188 60 Per 1 | 3,017 60 |
| 558476 | 40 | 6033<br>ACC, BTTL, 15 OZ SYN PUMP OIL, B&S<br>Order 100060240 from 09/21/2018 | 6 20 Per 1 | 248 00 |
| 558476 | 16 | 020698<br>VSPW, 2700@2 1, CRAFTSMAN<br>Order 100060240 from 09/21/2018 | 216 00 Per 1 | 3,456 00 |
| 558476 | 48 | 020670<br>VSPW,3100@2 5,CRAFTSMAN<br>Order 100060240 from 09/21/2018 | 298 79 Per 1 | 14,341 92 |
| 558476 | 32 | 020579<br>VSPW, 2800@2 3, SRS<br>Order 100060240 from 09/21/2018 | 239 00 Per 1 | 7,648 00 |

| | | | | |
|---|---|---|---|---|
| | | **TOTAL BEFORE TAX** | | 28,711 52 |
| | | **TOTAL AMOUNT** | | USD  28,711 52 |

CURRENCY OF THIS DOCUMENT IS US DOLLAR



BRIGGS & STRATTON CORPORATION
12301 W WIRTH STREET
WAUWATOSA, WISCONSIN 53222 USA
TELEPHONE (414)259-5333
DUNS 00-608-2531
GST REGISTRATION NO  82015 1702 RT0001

**Invoice**

PLEASE SHOW INV NO
ON YOUR REMITTANCE

INVOICE NO  90081238
INVOICE DATE  09/27/2018

**CUSTOMER** 1001044
SEARS HOLDINGS CORPORATION
**DO NOT MAIL INVOICES**
3333 BEVERLY RD
HOFFMAN ESTATES IL  60179-0001
USA

**SHIP TO** 2015645
SEARS RRC #425
10512 BUSCH DRIVE NORTH
JACKSONVILLE FL  32218
USA

REMIT PAYMENT TO
JPMORGAN CHASE BANK, N A
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10081
ABA ROUTING NO  021000021 (WIRE)
ABA ROUTING NO  075000019 (ACH)
SWIFT CODE  CHASUS33
FOR CREDIT TO BRIGGS & STRATTON CORPORATION
ACCOUNT NO  550004049
REFERENCING THE INVOICE NUMBER

BRIGGS & STRATTON WILL PROVIDE MINIMUM INSURANCE COVERAGE AS REQUIRED UNDER OUR STANDARD
CARGO POLICY FOR SHIPMENTS MOVED UNDER CIP INCOTERMS ONLY

000373555
0425
671

SERVICE AGENT  CENTRAL TRANSPORT
SHIPMENT NO  10013619

THESE ITEMS ARE CONTROLLED BY THE U S  GOVERNMENT AND AUTHORIZED FOR EXPORT ONLY TO THE
COUNTRY OF ULTIMATE DESTINATION FOR USE BY THE ULTIMATE CONSIGNEE OR END-USER(S) HEREIN
IDENTIFIED  THEY MAY NOT BE RESOLD, TRANSFERRED, OR OTHERWISE DISPOSED OF, TO ANY OTHER
COUNTRY OR TO ANY PERSON OTHER THAN THE AUTHORIZED ULTIMATE CONSIGNEE OR END-USER(S),
EITHER IN THEIR ORIGINAL FORM OR AFTER BEING INCORPORATED INTO OTHER ITEMS, WITHOUT FIRST
OBTAINING APPROVAL FROM THE U S  GOVERNMENT OR AS OTHERWISE AUTHORZED BY U S  LAW AND
REGULATIONS

THE GOODS SHOWN ON THIS DOCUMENT ARE OF U.S A  ORIGIN UNLESS OTHERWISE STATED

CURRENCY OF THIS DOCUMENT IS US DOLLAR

# BILL OF LADING

Page 1 / 2

| Date 09/27/2018 | Bill of Lading Number. 10013619 |
|---|---|

**SHIP FROM**

B&S Warehouse MCDONOUGH
1793 Highway 42 S
MCDONOUGH GA 30252-7628
USA

Fwd Agent TrackerID: 21974288
Carrier Name CENTRAL TRANSPORT
Vehicle Number: 1700780
Seal number . 21974288
SCAC CTII
PRO Number.14578348618

**SHIP TO**

SEARS RRC #425
10512 BUSCH DRIVE NORTH
JACKSONVILLE FL 32218
USA

**Freight Charge Terms :** (freight charges are Prepaid unless marked otherwise):
Prepaid _____ Collect X 3rd Party _____

**THIRD PARTY FREIGHT CHARGES BILL TO**

☐ Master Bill of Lading
(Checkbox)  with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS                    See Page    2

Delivery No  800092560,800092563

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | Customer Release No | # PKGS | WEIGHT | Pallet/Slip | Additional Shipper Information |
|---|---|---|---|---|---|
| 558411 | CTII | 16 | 55 5 LB | | |
| 558476 | CTII | 136 | 802 0 LB | | |
| | | | | | |
| | | | | | |
| | | | | | |
| GRAND TOTAL | | 152 | 858 LB | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | COMMODITY DESCRIPTION | | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care See section 2(e) of NMFC Item 360 | H M (X) | NMFC # | CLASS |
| 3 | SPLOOSE | 41 | EA | 2400 5 LB | STEAM JET PROJECTING MACHINE NESOI | | | |
| 1 | PALLET | 40 | EA | 70 6 LB | SPRAY GUNS AND SIMILAR ITEMS | | | |
| | PALLET | 7 | EA | 423 5 LB | STEAM JET PROJECTING MACHINE NESOI | | | |
| 4 | SPLOOSE | 64 | EA | 3924 8 LB | STEAM JET PROJECTING MACHINE NESOI | | 108382 | 85 |
| | | | | | | | | |
| 8 | | 152 | | 6819 LB | GRAND TOTAL | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows "The agreed or declared value of the property is specifically stated by the

| COD Amount. $ _____ | | |
|---|---|---|
| Fee Terms  Collect ☐  Prepaid ☐ | | |
| Customer check acceptable. ☐ | | |

NOTE Liability Limitation for loss or damage in this shipment may be applicable  See 49 U S C  * 14706(c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request  The shipper hereby certifies that he/she is familiar with all the terms and conditions of the NMFC Uniform Straight Bill of Lading, including those on the back thereof, and the said terms and conditions are hereby agreed to by the shipper and accepted for him/herself and his/her assigns

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

Curtis Wyatt  Shipper
Signature

SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT

Name    Curtis Wyatt         Date    09/27/2018

CARRIER SIGNATURE / PICKUP DATE     9/27/18

Carrier acknowledges receipt of packages and required placards  Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle  Property described above is received in good order, except as noted

| Date 09/27/2018 | **BILL OF LADING** | | Page   2 / 2 |
|---|---|---|---|

| SHIP FROM |
|---|
| B&S Warehouse MCDONOUGH |
| 1793 Highway 42 S |
| MCDONOUGH GA  30252-7628 |
| USA |

Bill of Lading Number  10013619

Fwd Agent TrackerID. 21974288
Carrier Name: CENTRAL TRANSPORT
Vehicle Number: 1700780
Seal number : 21974288
SCAC· CTII
PRO Number·14578348618

| SHIP TO |
|---|
| SEARS RRC #425 |
| 10512 BUSCH DRIVE NORTH |
| JACKSONVILLE FL  32218 |
| USA |

| THIRD PARTY FREIGHT CHARGES BILL TO |
|---|
| |

**Freight Charge Terms** : (freight charges are
Prepaid unless marked otherwise):
Prepaid ____   Collect X   3rd Party _____

SPECIAL INSTRUCTIONS

☐      Master Bill of Lading
(Checkbox)    with attached underlying Bills of Lading

Delivery No  800092560,800092563

Special Instructions

   Delivery Number  0800092560

9-25-2018
BKG 18092500412

Special Instructions

   Delivery Number  0800092563

9-25-2018
LOAD 18092500412

# BILL OF LADING

Date 09/27/2018     Page 1 / 2

**SHIP FROM**

B&S Warehouse MCDONOUGH
1793 Highway 42 S
MCDONOUGH GA  30252-7628
USA

**SHIP TO**

SEARS RRC #425
10512 BUSCH DRIVE NORTH
JACKSONVILLE FL  32218
USA

**THIRD PARTY FREIGHT CHARGES BILL TO**

SPECIAL INSTRUCTIONS     See Page  2

**Delivery No** 800092560,800092563

---

Bill of Lading Number: 10013619

Fwd Agent TrackerID. 21974288
Carrier Name: CENTRAL TRANSPORT
Vehicle Number: 1700780
Seal number : 21974288
SCAC:CTII
PRO Number:14578348618

**Freight Charge Terms** . (freight charges are
Prepaid unless marked otherwise)
Prepaid _____  Collect  X__  3rd Party _____

☐  Master Bill of Lading
(Checkbox)   with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | Customer Release No | # PKGS | WEIGHT | Pallet/Slip | Additional Shipper Information |
|---|---|---|---|---|---|
| 558411 | CTII | 16 | 55 5 LB | | |
| 558476 | CTII | 136 | 802 0 LB | | |
| | | | | | |
| | | | | | |
| | | | | | |
| GRAND TOTAL | | 152 | 858 LB | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | COMMODITY DESCRIPTION | H M (X) | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care  See section 2(e) of NMFC Item 360. | | NMFC # | CLASS |
| 3 | SPLOOSE | 41 | EA | 2400 5 LB | STEAM JET PROJECTING MACHINE NESOI | | | |
| 1 | PALLET | 40 | EA | 70 6 LB | SPRAY GUNS AND SIMILAR ITEMS | | | |
| | PALLET | 7 | EA | 423 5 LB | STEAM JET PROJECTING MACHINE NESOI | | | |
| 4 | SPLOOSE | 64 | EA | 3924 8 LB | STEAM JET PROJECTING MACHINE NESOI | | 108382 | 85 |
| | | | | | | | | |
| 8 | | 152 | | 6819 LB | GRAND TOTAL | | | |

Where the rate is dependent on value, shippers are required to state
specifically in writing the agreed or declared value of the property as follows
"The agreed or declared value of the property is specifically stated by the

NOTE Liability Limitation for loss or damage in this shipment may be applicable  See 49 U S C  * 14706(c)(1)(A) and (B)

COD Amount  $_____
Fee Terms  Collect ☐  Prepaid ☐
Customer check acceptable ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in
writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and
rules that have been established by the carrier and are available to the shipper, on request  The
shipper hereby certifies that he/she is familar with all the terms and conditions of the NMFC
Uniform Straight Bill of Lading including those on the back thereof  and the said terms and
conditions are hereby agreed to by the shipper and accepted for him/herself and his/her assigns

The carrier shall not make delivery of this shipment without payment of freight
and all other lawful charges

Curtis Wyatt  Shipper
Signature

SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, described, packaged,
marked and labeled, and are in proper condition for transportation according to the applicable
regulations of the DOT

Name   Curtis Wyatt    Date   09/27/2018

CARRIER SIGNATURE / PICKUP DATE

Carrier acknowledges receipt of packages and required placards  Carrier certifies
emergency response information was made available and/or carrier has the DOT
emergency response guidebook or equivalent documentation in the vehicle
Property described above is received in good order, except as noted

| Date 09/27/2018 | **BILL OF LADING** | Page 2 / 2 |

**SHIP FROM**

B&S Warehouse MCDONOUGH
1793 Highway 42 S
MCDONOUGH GA  30252-7628
USA

Bill of Lading Number: 10013619

||||||| |||||| ||||

Fwd Agent TrackerID. 21974288
Carrier Name: <u>CENTRAL TRANSPORT</u>
Vehicle Number: 1700780
Seal number   21974288
SCAC· CTII
PRO Number:14578348618

||||||| |||||| ||||

**SHIP TO**

SEARS RRC #425
10512 BUSCH DRIVE NORTH
JACKSONVILLE FL  32218
USA

**Freight Charge Terms**   (freight charges are
Prepaid unless marked otherwise):
Prepaid _____ Collect X___ 3rd Party _____

**THIRD PARTY FREIGHT CHARGES BILL TO**

☐        Master Bill of Lading
(Checkbox)    with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS

Delivery No  800092560,800092563

**Special Instructions**

**Delivery Number  0800092560**

9-25-2018
BKG 18092500412

**Special Instructions**

**Delivery Number  0800092563**

9-25-2018
LOAD 18092500412

# Packing List

Page 1 / 1

Shipment Number : -10013619

||||

Date : 09/25/2018 Time : 19:45:33

Sold-to-party :1001044
SEARS HOLDINGS CORPORATION

Ship-to-party :2015645
SEARS RRC #425
10512 BUSCH DRIVE NORTH
JACKSONVILLE FL 32218

Service agent          :50000018
CENTRAL TRANSPORT
Trailer Number       :
Seal Number          :A
Pro Number           :1459742298-0
Tracking Number      :

Shipping point : WHE812
B&S Warehouse MCDONOUGH
1793 Highway 42 S
MCDONOUGH GA 30252-7628

| Quantity | Material Number | Material Desc | Customer PO | Customer Part | Case Number | Pallet SSCC Number |
|---|---|---|---|---|---|---|
| 16 | 020579 | VSPW, 2800@2.3, SRS | 558476 | 75491 | | 18966390200023231 |
| 16 | 020563 | VSPW, 2200@1 9, SRS | 558411 | 75040 | | 18966390200032447 4 |
| 16 | 020670 | VSPW,3100@2 5,CRAFTSMAN | 558476 | 75490 | | 18966390200056590 7 |
| 16 | 020670 | VSPW,3100@2.5,CRAFTSMAN | 558476 | 75490 | | 18966390200056594 5 |
| 16 | 020670 | VSPW,3100@2 5,CRAFTSMAN | 558476 | 75490 | | 18966390200056595 2 |
| 9 | 020579 | VSPW, 2800@2.3, SRS | 558476 | 75491 | | 18966390200067123 3 |
| 16 | 020698 | VSPW, 2700@2.1, CRAFTSMAN | 558476 | 75277 | | 18966390800497697 8 |
| 7 | 020579 | VSPW, 2800@2.3, SRS | 558476 | 75491 | | 30001167500145228 7 |
| 40 | 6033 | ACC, BTTL, 15 OZ SYN PUMP OIL, B&S | 558476 | 75127 | | 30001167500145228 7 |

** Gross Weight          6,819.4    LB,    3,093.3    KG
** Net Weight            6,787.4    LB,    3,078.8    KG

TOTALS

Pallet       : 8
Loose case   : 0
Quantity     : 152

DIMENSIONS  L=Length  W=Width  H=Height  CF=Cubic  Foot
GL=Gross Weight(LBs)  NL=Net Weight (LBs)  GK=Gross Weight(KGs)  NK=Net Weight (KGs)
DN=Delivery Number

WWW.CENTRALTRANSPORT.COM
Driver's Signature Only Acknowledges Receipt of Freight

145-7834861-8

SHIPPER LABEL

CENTRAL TRANSPORT



# Purchase Order

| General Information |
|---|

**Document Information**
Purchase Order Number 558476
Transaction Purpose Code Original

Purchase Order Date 9/20/2018
Purchase Order Type Code Reorder

**Reference Identification**
Department Number 671
Internal Vendor Number 000373555

**Date/Time Reference**
Requested Ship 9/27/2018

**Buying Party (Purchaser)**
(Assigned by Buyer or Buyer's Agent 0425)

**Ship To**
(Assigned by Buyer or Buyer's Agent 0425)

| Line Item Information |
|---|

| Line | Description | Quan | UI | Price($) | Total($) |
|---|---|---|---|---|---|
| | **Buyer's Item Number** 75127<br>**U.P.C. Consumer Package Code (1-5-5-1)** 011675060336<br>⊞ Additional Information | 40 | EA | 6 2 | 248 |
| | **Buyer's Item Number** 75277<br>**U.P.C Consumer Package Code (1-5-5-1)** 011675206987<br>⊞ Additional Information | 16 | EA | 216 | 3456 |
| | **Buyer's Item Number** 75490<br>**U.P.C. Consumer Package Code (1-5-6-1)** 011675206703<br>⊞ Additional Information | 48 | EA | 298 79 | 14341 92 |
| | **Buyer's Item Number** 75491<br>**U.P.C. Consumer Package Code (1-5-5-1)** 011675205799<br>⊞ Additional Information | 32 | EA | 239 | 7648 |

Line Count 4

© 2018 Liaison Technologies, Inc., All Rights Reserved.



## Purchase Order

### General Information

**Document Information**
Purchase Order Number  558411
Transaction Purpose Code  Original

Purchase Order Date  9/19/2018
Purchase Order Type Code  Reorder

**Reference Identification**
Department Number  671
Internal Vendor Number  000373555

**Date/Time Reference**
Requested Ship  9/27/2018

**Buying Party (Purchaser)**
(Assigned by Buyer or Buyer's Agent  0425)

**Ship To**
(Assigned by Buyer or Buyer's Agent  0425)

### Line Item Information

| Line | Description | Quan | UI | Price($) | Total($) |
|------|-------------|------|-----|----------|----------|
| | Buyer's Item Number  75040 | 16 | EA | 188 6 | 3017 6 |
| | U.P.C. Consumer Package Code (1-5-5-1)  011675205638 | | | | |
| | ⊞ Additional Information | | | | |

Line Count  1

© 2018 Liaison Technologies, Inc., All Rights Reserved

**X12:850:004010**

**Beginning Segment for Purchase Order**

| | |
|---|---|
| Transaction Set Purpose Code | 00·**Original** |
| Purchase Order Type Code | RE **Reorder** |
| Purchase Order Number | 558411 |
| Date | 20180919 |

**Reference Identification**

| | |
|---|---|
| Department Number | 671 |
| Internal Vendor Number | 000373555 |

**Date/Time Reference**

| | |
|---|---|
| Requested Ship | 20180927 |

**Buying Party (Purchaser)**

| | |
|---|---|
| Assigned by Buyer or Buyer's Agent | 0425 |

**Ship To**

| | |
|---|---|
| Assigned by Buyer or Buyer's Agent | 0425 |

**Line Item Information**

| Line Item # | Quantity | Unit of Measure | Price |
|---|---|---|---|
| | 16 | Each | 188 6 |

| | |
|---|---|
| Buyer's Item Number | 75040 |
| U.P.C. Consumer Package Code (1-5-5-1) | 011675205638 |

**Transaction Totals**

| | |
|---|---|
| Number of Line Items | 1 |

total processing time 96ms



BRIGGS & STRATTON CORPORATION
12301 W WIRTH STREET
WAUWATOSA, WISCONSIN 53222 USA
TELEPHONE (414)259-5333
DUNS 00-608-2531
GST REGISTRATION NO  82015 1702 RT0001

| **Invoice** |
| --- |
| PLEASE SHOW INV NO ON YOUR REMITTANCE |
| INVOICE NO  90081252 |
| INVOICE DATE  09/27/2018 |

**CUSTOMER** 1001044
SEARS HOLDINGS CORPORATION
**DO NOT MAIL INVOICES**
3333 BEVERLY RD
HOFFMAN ESTATES IL  60179-0001
USA

**SHIP TO** 2015366
SEARS RRC #443
1055 HANOVER ST
WILKES BARRE PA  18706-2028
USA

**CHARGE TO:** 300010
**VENDOR:** 000134544
**TERMS:** NET 60 DAYS INVOICE DATE
**INCOTERMS**  FCA BRIGGS & STRATTON CORP

Subject to Briggs & Stratton Standard
Terms and Conditions of Sale

| CUSTOMER PO | QUANTITY | PART NUMBER DESCRIPTION | UNIT PRICE | NET AMOUNT |
| --- | --- | --- | --- | --- |
| 558479 | 20 | 6201 ACC, GUN, SPRAY, PRO Origin of the above item is Italy | 16 43  Per 1 | 328 60 |
| 558479 | 80 | 020579 VSPW, 2800@2 3, SRS | 239 00  Per 1 | 19,120 00 |
| | | **TOTAL BEFORE TAX** | | 19,448 60 |
| | | **TOTAL AMOUNT** | | USD  19,448 60 |

REMIT PAYMENT TO
JPMORGAN CHASE BANK, N A
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10081
ABA ROUTING NO  021000021 (WIRE)
ABA ROUTING NO  075000019 (ACH)
SWIFT CODE  CHASUS33
FOR CREDIT TO BRIGGS & STRATTON CORPORATION
ACCOUNT NO  550004049
REFERENCING THE INVOICE NUMBER

BRIGGS & STRATTON WILL PROVIDE MINIMUM INSURANCE COVERAGE AS REQUIRED UNDER OUR STANDARD
CARGO POLICY FOR SHIPMENTS MOVED UNDER CIP INCOTERMS ONLY

000373555

CURRENCY OF THIS DOCUMENT IS US DOLLAR



BRIGGS & STRATTON CORPORATION
12301 W WIRTH STREET
WAUWATOSA, WISCONSIN 53222 USA
TELEPHONE (414)259-5333
DUNS 00-608-2531
GST REGISTRATION NO  82015 1702 RT0001

| Invoice | ' |
|---|---|
| PLEASE SHOW INV NO ON YOUR REMITTANCE | |

INVOICE NO 90081252
INVOICE DATE 09/27/2018

**CUSTOMER** 1001044
SEARS HOLDINGS CORPORATION
**DO NOT MAIL INVOICES**
3333 BEVERLY RD
HOFFMAN ESTATES IL 60179-0001
USA

**SHIP TO** 2015366
SEARS RRC #443
1055 HANOVER ST
WILKES BARRE PA 18706-2028
USA

0443
671

SERVICE AGENT  CENTRAL TRANSPORT
SHIPMENT NO  10013622
PRO NO  14578348600
TRAILER NO  1700780
SALES DOCUMENT  100060243

THESE ITEMS ARE CONTROLLED BY THE U S GOVERNMENT AND AUTHORIZED FOR EXPORT ONLY TO THE COUNTRY OF ULTIMATE DESTINATION FOR USE BY THE ULTIMATE CONSIGNEE OR END-USER(S) HEREIN IDENTIFIED  THEY MAY NOT BE RESOLD, TRANSFERRED, OR OTHERWISE DISPOSED OF, TO ANY OTHER COUNTRY OR TO ANY PERSON OTHER THAN THE AUTHORIZED ULTIMATE CONSIGNEE OR END-USER(S), EITHER IN THEIR ORIGINAL FORM OR AFTER BEING INCORPORATED INTO OTHER ITEMS, WITHOUT FIRST OBTAINING APPROVAL FROM THE U S GOVERNMENT OR AS OTHERWISE AUTHORIZED BY U S LAW AND REGULATIONS

THE GOODS SHOWN ON THIS DOCUMENT ARE OF U S.A. ORIGIN UNLESS OTHERWISE STATED.

CURRENCY OF THIS DOCUMENT IS US DOLLAR

# BILL OF LADING

Date 09/27/2018                                                                                     Page 1 / 2

Bill of Lading Number: 10013622

**SHIP FROM**

B&S Warehouse MCDONOUGH
1793 Highway 42 S
MCDONOUGH GA  30252-7628
USA

Fwd Agent TrackerID: 21974288
Carrier Name. CENTRAL TRANSPORT
Vehicle Number: 1700780
Seal number : 21974288
SCAC:CTII
PRO Number.14578348600

**SHIP TO**

SEARS RRC #443
1055 HANOVER ST
WILKES BARRE PA  18706-2028
USA

**Freight Charge Terms** (freight charges are
Prepaid unless marked otherwise):
Prepaid _____ Collect X   3rd Party _____

**THIRD PARTY FREIGHT CHARGES BILL TO**

☐  Master Bill of Lading
(Checkbox)   with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS                    See Page    2

Delivery No  800092579

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | Customer Release No | # PKGS | WEIGHT | Pallet/Slip | Additional Shipper Information |
|---|---|---|---|---|---|
| 558479 | CTII | 100 | 331 3 LB | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| GRAND TOTAL | | 100 | 331 LB | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | COMMODITY DESCRIPTION | | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care  See section 2(e) of NMFC Item 360 | H M (X) | NMFC # | CLASS |
| 1 | PALLET | 20 | EA | 60 8 LB | SPRAY GUNS AND SIMILAR ITEMS | | | |
| 5 | SPLOOSE | 80 | EA | 4840 0 LB | STEAM JET PROJECTING MACHINE NESOI | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 6 | | 100 | | 4901 LB | GRAND TOTAL | | | |

Where the rate is dependent on value, shippers are required to state
specifically in writing the agreed or declared value of the property as follows
"The agreed or declared value of the property is specifically stated by the

COD Amount  $ _____
Fee Terms  Collect ☐    Prepaid ☐
Customer check acceptable. ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable  See 49 U S C  ' 14706(c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in
writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and
rules that have been established by the carrier and are available to the shipper, on request  The
shipper hereby certifies that he/she is familiar with all the terms and conditions of the NMFC
Uniform Straight Bill of Lading, including those on the back thereof, and the said terms and
conditions are hereby agreed to by the shipper and accepted for him/herself end his/her assigns

The carrier shall not make delivery of this shipment without payment of freight
and all other lawful charges

Curtis Wyatt  Shipper
Signature

SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, described, packaged,
marked and labeled, and are in proper condition for transportation according to the applicable
regulations of the DOT

CARRIER SIGNATURE / PICKUP DATE    9/27/18
Carrier acknowledges receipt of packages and required placards  Carrier certifies
emergency response information was made available and/or carrier has the DOT
emergency response guidebook or equivalent documentation in the vehicle
Property described above is received in good order except as noted

Name    Curtis Wyatt      Date    09/27/2018

| Date 09/27/2018 | **BILL OF LADING** | Page   2 / 2 |
| --- | --- | --- |

| SHIP FROM |
| --- |
| B&S Warehouse MCDONOUGH |
| 1793 Highway 42 S |
| MCDONOUGH GA   30252-7628 |
| USA |

| SHIP TO |
| --- |
| SEARS RRC #443 |
| 1055 HANOVER ST |
| WILKES BARRE PA   18706-2028 |
| USA |

| THIRD PARTY FREIGHT CHARGES BILL TO |
| --- |
| |

SPECIAL INSTRUCTIONS

Delivery No  800092579

Bill of Lading Number. 10013622

Fwd Agent TrackerID: 21974288
Carrier Name: CENTRAL TRANSPORT
Vehicle Number: 1700780
Seal number : 21974288
SCAC. CTII
PRO Number: 14578348600

**Freight Charge Terms**   (freight charges are Prepaid unless marked otherwise).
Prepaid _____ Collect X  3rd Party _____

☐   Master Bill of Lading
(Checkbox)   with attached underlying Bills of Lading

Special Instructions

  Delivery  Number   0800092579

9-25-2018
BKG 18092500469

| Date 09/27/2018 | **BILL OF LADING** | Page 1 / 2 |
|---|---|---|

| SHIP FROM | Bill of Lading Number: 10013622 |
|---|---|

B&S Warehouse MCDONOUGH
1793 Highway 42 S
MCDONOUGH GA  30252-7628
USA

**SHIP TO**

SEARS RRC #443
1055 HANOVER ST
WILKES BARRE PA  18706-2028
USA

Fwd Agent TrackerID: 21974288
Carrier Name. CENTRAL TRANSPORT
Vehicle Number: 1700780
Seal number : 21974288
SCAC·CTII
PRO Number 14578348600

**THIRD PARTY FREIGHT CHARGES BILL TO**

**Freight Charge Terms · (freight charges are Prepaid unless marked otherwise).**
Prepaid _____  Collect X  3rd Party _____

☐ (Checkbox)   Master Bill of Lading   with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS                                    See Page    2

Delivery No  800092579

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | Customer Release No | # PKGS | WEIGHT | Pallet/Slip | Additional Shipper Information |
|---|---|---|---|---|---|
| 558479 | CTII | 100 | 331 3 LB | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| GRAND TOTAL | | 100 | 331 LB | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | | COMMODITY DESCRIPTION | | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care  See section 2(e) of NMFC Item 360 | H M (X) | NMFC # | CLASS |
| 1 | PALLET | 20 | EA | 60 8 LB | SPRAY GUNS AND SIMILAR ITEMS | | | |
| 5 | SPLOOSE | 80 | EA | 4840 0 LB | STEAM JET PROJECTING MACHINE NESOI | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 6 | | 100 | | 4901 LB | GRAND TOTAL | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows "The agreed or declared value of the property is specifically stated by the

COD Amount  $ _____
Fee Terms:  Collect ☐   Prepaid ☐
Customer check acceptable. ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable  See 49 U S C  * 14706(c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper  if applicable, otherwise to the rates  classifications and rules that have been established by the carrier and are available to the shipper, on request  The shipper hereby certifies that he/she is familiar with all the terms and conditions of the NMFC Uniform Straight Bill of Lading, including those on the back thereof  and the said terms and conditions are hereby agreed to by the shipper and accepted for him/herself and his/her assigns

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

Curtis Wyatt  Shipper
Signature

SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT

Name   Curtis Wyatt      Date   09/27/2018

CARRIER SIGNATURE / PICKUP DATE

Carrier acknowledges receipt of packages and required placards  Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle  Property described above is received in good order, except as noted

| Date  09/27/2018 | **BILL OF LADING** | Page   2 / 2 |
|---|---|---|

| SHIP FROM |
|---|
| B&S Warehouse MCDONOUGH |
| 1793 Highway 42 S |
| MCDONOUGH GA  30252-7628 |
| USA |

Bill of Lading Number   10013622

|||||||||||||||| (barcode)

Fwd Agent TrackerID  21974288
Carrier Name. **CENTRAL TRANSPORT**
Vehicle Number: 1700780
Seal number : 21974288
SCAC: CTII
PRO Number 14578348600

|||||||||||||||| (barcode)

| SHIP TO |
|---|
| SEARS RRC #443 |
| 1055 HANOVER ST |
| WILKES BARRE PA  18706-2028 |
| USA |

**Freight Charge Terms**   (freight charges are
Prepaid unless marked otherwise).
Prepaid _____ Collect X___ 3rd Party _____

| THIRD PARTY FREIGHT CHARGES BILL TO |
|---|

☐         Master Bill of Lading
(Checkbox)      with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS

Delivery No  800092579

**Special Instructions**

**Delivery Number   0800092579**

9-25-2018
BKG 18092500469

# Packing List

*NOT*

Page 1 / 1
Date : 09/25/2018  Time : 19:59:34

Shipment Number  : 10013622

Sold-to-party :1001044
  SEARS HOLDINGS CORPORATION
Ship-to-party :2015366
  SEARS RRC #443
  1055 HANOVER ST
  WILKES BARRE PA 18706-2028

Service agent
  CENTRAL TRANSPORT
Trailer Number    :
Seal Number       :A
Pro Number        :
Tracking Number   :        1700 780

Shipping point : WHB812
  B&S Warehouse MCDONOUGH
  1793 Highway 42 S
  MCDONOUGH GA 30252-7628

| Quantity | Material Number | Material Desc | Customer PO | Customer Part | Case Number | Pallet SSCC Number |
|---|---|---|---|---|---|---|
| 16 | 020579 | VSPW, 2800@2.3, SRS | 558479 | 75491 | | 18966390200067103 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 558479 | 75491 | | 18966390200067127 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 558479 | 75491 | | 18966390200067165 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 558479 | 75491 | | 18966390200067196 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 558479 | 75491 | | 18966390200067295 |
| 20 | 6201 | ACC, GUN, SPRAY, PRO | 558479 | 75120 | | 30011675001452812 |

WWW.CENTRALTRANSPORT.COM
Driver's Signature Only Acknowledges Receipt of Freight

**145-7834860-0**

CENTRAL TRANSPORT  SHIPPER LABEL

** Gross Weight :     4,900.8  LB.     2,223.0  KG
** Net Weight  :     4,868.8  LB.     2,208.5  KG

TOTALS
Pallet       : 6
Loose case   : 0
Quantity     : 100

DIMENSIONS  L=Length  W=Width  H=Height  CF=Cubic Foot
GL=Gross Weight(LBs)  NL=Net Weight(LBs)  GK=Gross Weight(KGs)  NK=Net Weight(KGs)
DN=Delivery Number

1008

8000 92579



## Purchase Order

| General Information |
|---|

**Document Information**
Purchase Order Number  558479
Transaction Purpose Code  Original

Purchase Order Date  9/20/2018
Purchase Order Type Code  Reorder

**Reference Identification**
Department Number  671
Internal Vendor Number  000373555

**Date/Time Reference**
Requested Ship  9/27/2018

**Buying Party (Purchaser)**
(Assigned by Buyer or Buyer's Agent  0443)

**Ship To**
(Assigned by Buyer or Buyer's Agent  0443)

| Line Item Information |
|---|

| Line | Description | Quan | UI | Price($) | Total($) |
|---|---|---|---|---|---|
|  | **Buyer's Item Number**  75120 | 20 | EA | 16 43 | 328 6 |
|  | **U.P.C. Consumer Package Code (1-5-5-1)**  011675751203 |  |  |  |  |
|  | ⊞ Additional Information |  |  |  |  |
|  | **Buyer's Item Number**  75491 | 80 | EA | 239 | 19120 |
|  | **U.P.C. Consumer Package Code (1-5-5-1)**  011675205799 |  |  |  |  |
|  | ⊞ Additional Information |  |  |  |  |

Line Count  2

© 2018 Liaison Technologies, Inc., All Rights Reserved

**X12:850:004010**

**Beginning Segment for Purchase Order**

| | |
|---|---|
| Transaction Set Purpose Code | 00 **Original** |
| Purchase Order Type Code | RE **Reorder** |
| Purchase Order Number | 558479 |
| Date | 20180920 |

**Reference Identification**

| | |
|---|---|
| Department Number | 671 |
| Internal Vendor Number | 000373555 |

**Date/Time Reference**

| | |
|---|---|
| Requested Ship | 20180927 |

**Buying Party (Purchaser)**

| | |
|---|---|
| Assigned by Buyer or Buyer's Agent | 0443 |

**Ship To**

| | |
|---|---|
| Assigned by Buyer or Buyer's Agent | 0443 |

**Line Item Information**

| Line Item # | Quantity | Unit of Measure | Price |
|---|---|---|---|
| | 20 | Each | 16 43 |

| | |
|---|---|
| Buyer's Item Number | 75120 |
| U.P.C Consumer Package Code (1-5-5-1) | 011675751203 |

**Line Item Information**

| Line Item # | Quantity | Unit of Measure | Price |
|---|---|---|---|
| | 80 | Each | 239 |

| | |
|---|---|
| Buyer's Item Number | 75491 |
| U.P.C. Consumer Package Code (1-5-5-1) | 011675205799 |

**Transaction Totals**



BRIGGS & STRATTON CORPORATION
12301 W  WIRTH STREET
WAUWATOSA, WISCONSIN 53222 USA
TELEPHONE  (414)259-5333
DUNS 00-608-2531
GST REGISTRATION NO  82015 1702 RT0001

## Invoice

PLEASE SHOW INV NO
ON YOUR REMITTANCE

INVOICE NO  90083760
INVOICE DATE  09/28/2018

**CUSTOMER** 1001044
SEARS HOLDINGS CORPORATION
**DO NOT MAIL INVOICES**
3333 BEVERLY RD
HOFFMAN ESTATES IL  60179-0001
USA

**SHIP TO** 2016486
SEARS RRC #440
1600 N BOUDREAU RD
MANTENO IL  60950-9377
USA

**CHARGE TO:** 300010
**VENDOR:** 000134544
**TERMS:** NET 60 DAYS INVOICE DATE
**INCOTERMS**  FCA BRIGGS & STRATTON CORP

Subject to Briggs & Stratton Standard
Terms and Conditions of Sale

| CUSTOMER PO | QUANTITY | PART NUMBER DESCRIPTION | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| 556641 | 360 | 6160 ACC, KIT, PERFECTMIX, CBT, 32 OZ, SRS | 2 70  Per 1 | 972 00 |
| | | Origin of the above item is  Taiwan | | |
| | | Order 100049106 from 09/07/2018 | | |
| 556641 | 16 | 020653 HSPW, 3600@2 5, CRAFTSMAN | 590 00  Per 1 | 9,440 00 |
| | | Order 100049106 from 09/07/2018 | | |
| 558312 | 48 | 030663A GEN, 7000, ELITE, B&S | 651 10  Per 1 | 31,252 80 |
| | | Origin of the above item is  China | | |
| | | Order 100057937 from 09/19/2018 | | |

**TOTAL BEFORE TAX**                                      41,664 80

**TOTAL AMOUNT**                               USD  41,664 80

CURRENCY OF THIS DOCUMENT IS US DOLLAR



BRIGGS & STRATTON CORPORATION
12301 W WIRTH STREET
WAUWATOSA, WISCONSIN 53222 USA
TELEPHONE (414)259-5333
DUNS 00-608-2531
GST REGISTRATION NO  82015 1702 RT0001

**Invoice**

PLEASE SHOW INV NO
ON YOUR REMITTANCE

INVOICE NO· 90083760
INVOICE DATE 09/28/2018

**CUSTOMER** 1001044
SEARS HOLDINGS CORPORATION
**DO NOT MAIL INVOICES**
3333 BEVERLY RD
HOFFMAN ESTATES IL 60179-0001
USA

**SHIP TO** 2016486
SEARS RRC #440
1600 N BOUDREAU RD
MANTENO IL  60950-9377
USA

REMIT PAYMENT TO
JPMORGAN CHASE BANK, N A
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10081
ABA ROUTING NO  021000021 (WIRE)
ABA ROUTING NO  075000019 (ACH)
SWIFT CODE  CHASUS33
FOR CREDIT TO BRIGGS & STRATTON CORPORATION
ACCOUNT NO  550004049
REFERENCING THE INVOICE NUMBER

BRIGGS & STRATTON WILL PROVIDE MINIMUM INSURANCE COVERAGE AS REQUIRED UNDER OUR STANDARD
CARGO POLICY FOR SHIPMENTS MOVED UNDER CIP INCOTERMS ONLY

000373555
0440
671

SERVICE AGENT  CIRCLE 8 LOGISTICS
SHIPMENT NO  10013912

THESE ITEMS ARE CONTROLLED BY THE U S GOVERNMENT AND AUTHORIZED FOR EXPORT ONLY TO THE
COUNTRY OF ULTIMATE DESTINATION FOR USE BY THE ULTIMATE CONSIGNEE OR END-USER(S) HEREIN
IDENTIFIED  THEY MAY NOT BE RESOLD, TRANSFERRED, OR OTHERWISE DISPOSED OF, TO ANY OTHER
COUNTRY OR TO ANY PERSON OTHER THAN THE AUTHORIZED ULTIMATE CONSIGNEE OR END-USER(S),
EITHER IN THEIR ORIGINAL FORM OR AFTER BEING INCORPORATED INTO OTHER ITEMS, WITHOUT FIRST
OBTAINING APPROVAL FROM THE U S GOVERNMENT OR AS OTHERWISE AUTHORIZED BY U S LAW AND
REGULATIONS

THE GOODS SHOWN ON THIS DOCUMENT ARE OF U S A. ORIGIN UNLESS OTHERWISE STATED.

CURRENCY OF THIS DOCUMENT IS US DOLLAR

# BILL OF LADING

| Date 09/28/2018 | | Page 1 / 2 |
|---|---|---|

**SHIP FROM**

B&S Warehouse MCDONOUGH
1793 Highway 42 S
MCDONOUGH GA   30252-7628
USA

Bill of Lading Number  10013912

Fwd Agent TrackerID  21974265
Carrier Name  CIRCLE 8 LOGISTICS
Vehicle Number:  K5763
Seal number :  21974265
SCAC CEEG
PRO Number

**SHIP TO**

SEARS RRC #440
1600 N BOUDREAU RD
MANTENO IL   60950-9377
USA

**THIRD PARTY FREIGHT CHARGES BILL TO**

**Freight Charge Terms**   (freight charges are Prepaid unless marked otherwise)
Prepaid _____ Collect __X__ 3rd Party _____

☐   Master Bill of Lading
(Checkbox)   with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS                                    See Page   2

Delivery No  800094613,800094614,800094616,800094620

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | Customer Release No | # PKGS | WEIGHT | Pallet/Slip | Additional Shipper Information |
|---|---|---|---|---|---|
| 556641 | CEEG | 376 | 906 0 LB | | |
| 558477 | CEEG | 380 | 893 5 LB | | |
| 558312 | CEEG | 48 | 1931 3 LB | | |
| | | | | | |
| | | | | | |
| | | | | | |
| GRAND TOTAL | | 804 | 3731 LB | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | COMMODITY DESCRIPTION | | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care  See section 2(e) of NMFC Item 360 | H M (X) | NMFC # | CLASS |
| 1 | PALLET | 360 | EA | 845 6 LB | SURFACE-ACTIVE PREPARATIONS, WASH/CLEAN | X | 48580-3 | 55 |
| 1 | PALLET | 148 | EA | 168 8 LB | SPRAY GUNS AND SIMILAR ITEMS | | | |
| | PALLET | 40 | EA | 7 8 LB | PARTS FOR MACHINES & MECH  APPLIANCES | | | |
| 7 | SPLOOSE | 112 | EA | 7652 8 LB | STEAM JET PROJECTING MACHINE NESOI | | 108382 | 85 |
| 6 | SPLOOSE | 96 | EA | 5808 0 LB | STEAM JET PROJECTING MACHINE NESOI | | | |
| 8 | PALLET | 48 | EA | 5660.5 LB | OTHER GENERATING SETS W  SPARK ENGINE | | | |
| 23 | | 804 | | 20144 LB | GRAND TOTAL | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows "The agreed or declared value of the property is specifically stated by the

COD Amount  $ _____
Fee Terms   Collect ☐     Prepaid ☐
Customer check acceptable. ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable  See 49 U S C  * 14706(c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper on request  The shipper hereby certifies that he/she is familiar with all the terms and conditions of the NMFC Uniform Straight Bill of Lading, including those on the back thereof, and the said terms and conditions are hereby agreed to by the shipper and accepted for him/herself and his/her assigns

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

Shaun O'Dell / Shipper
Signature

SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT

Name   Shaun O'Dell        Date   09/28/2018

CARRIER SIGNATURE / PICKUP DATE

Carrier acknowledges receipt of packages and required placards  Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle  Property described above is received in good order, except as noted

| Date 09/28/2018 | **BILL OF LADING** | Page   2 / 2 |
|---|---|---|

| SHIP FROM |
|---|
| B&S Warehouse MCDONOUGH |
| 1793 Highway 42 S |
| MCDONOUGH GA  30252-7628 |
| USA |

Bill of Lading Number: 10013912

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

Fwd Agent TrackerID: 21974265
Carrier Name: <u>CIRCLE 8 LOGISTICS</u>
Vehicle Number  K5763
Seal number  21974265
SCAC. CEEG
PRO Number.

| SHIP TO |
|---|
| SEARS RRC #440 |
| 1600 N BOUDREAU RD |
| MANTENO IL  60950-9377 |
| USA |

| THIRD PARTY FREIGHT CHARGES BILL TO |
|---|

**Freight Charge Terms**   (freight charges are Prepaid unless marked otherwise):
Prepaid _____ Collect <u>X</u> 3rd Party _____

SPECIAL INSTRUCTIONS

☐ (Checkbox)   Master Bill of Lading with attached underlying Bills of Lading

Delivery No  800094613,800094614,800094616,800094620

Special Instructions

Delivery Number  0800094613
9-26-2018
BKG 18092500475

Special Instructions

Delivery Number  0800094616
9-26-2018
BKG 18092500475

Special Instructions

Delivery Number  0800094620
9-26-2018
BKG 18092500475

Special Instructions

Delivery Number  0800094614
9-26-2018
BKG 18092500475

**SHIPPING MANIFEST**

| Ship From | Briggs & Stratton Yard Products<br>1793 Hwy 42 S<br>McDonough, GA. 30253 | | Ship To. | RRC440<br>Sears Logistics Services, Inc<br>1600 Boudreau Road<br>Manteno, IL. 60950 |

Bill of Lading # 100I3912     Trailer Number # K5763

BOOKING # 18092500475

| Sears Dept | PO Number. | Sears SKU | Vendor Model | Total Item Qty. | Total Cartons. | Total Weight |
|---|---|---|---|---|---|---|
| 671 | 556641 | 75499 | 20653 | 16 | 16 | 1,478 |
| 671 | 556641 | 74405 | 6160 | 360 | 60 | 889 |
| 671 | 558477 | 0 | 20698 | 16 | 16 | 925 |
| 671 | 558477 | 75490 | 20670 | 64 | 64 | 4,000 |
| 671 | 558477 | 75120 | 6201 | 20 | 5 | 29 |
| 671 | 558477 | 75131 | 6200 | 16 | 4 | 20 |
| 671 | 558477 | 75136 | 6195 | 32 | 8 | 23 |
| 671 | 558477 | 75145 | 6205 | 40 | 10 | 30 |
| 671 | 558477 | 75244 | 20652 | 16 | 16 | 1452.8 |
| 671 | 558477 | 75491 | 20579 | 96 | 96 | 5808 |
| 671 | 558477 | 75126 | 6193 | 40 | 10 | 7.8 |
| 671 | 558477 | 75125 | 6202 | 40 | 10 | 35.4 |
| 671 | 558312 | 0 | 030663A | 48 | 48 | 11616 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | **Totals:** | 804 | 23 skids | 26314 |

CIRCLE 8 LOGISTICS
9/26/2018

# Packing List

Page 1/2

**Shipment Number : 10013912**

Sold-to-party :1001044
SEARS HOLDINGS CORPORATION
Ship-to-party :2016486
SEARS RRC #440
1600 N BOUDREAU RD
MANTENO IL 60950-9377

Service agent :50000021
CIRCLE 8 LOGISTICS
Trailer Number :
Seal Number :A_
Pro Number :
Tracking Number :

Date : 09/26/2018 Time : 19:17.40

Shipping point : WHE812
B&S Warehouse MCDONOUGH
1793 Highway 42 S
MCDONOUGH GA 30252-7628

| Quantity | Material Number | Material Desc | Customer PO | Customer Part | Case Number | Pallet SSCC Number |
|---|---|---|---|---|---|---|
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | 18966390200080240 |
| 6 | 030663A | GEN, 7000, ELITE, -B&S | 558312 | 33183 | | 18966390200080288 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | 18966390200080301 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | 18966390200080318 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | 18966390200080417 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | 18966390200080431 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | 18966390200080486 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | 18966390200080493 |
| 16 | 020670 | VSPW,3100@2.5,CRAFTSMAN | 558477 | 75490 | | 18966390200566072 |
| 16 | 020670 | VSPW,3100@2.5,CRAFTSMAN | 558477 | 75490 | | 18966390200566102 |
| 16 | 020670 | VSPW,3100@2.5,CRAFTSMAN | 558477 | 75490 | | 18966390200630179 |
| 16 | 020670 | VSPW,3100@2.5,CRAFTSMAN | 558477 | 75490 | | 18966390200630186 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 558477 | 75491 | | 18966390200671134 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 558477 | 75491 | | 18966390200671189 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 558477 | 75491 | | 18966390200671288 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 558477 | 75491 | | 18966390200671363 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 558477 | 75491 | | 18966390200671370 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 558477 | 75491 | | 18966390200671448 |
| 16 | 020698 | VSPW, 2700@2.1, CRAFTSMAN | 558477 | 75277 | | 189663908004976879 |
| 16 | 020652 | HSPW, 3400@2.8, CRAFTSMAN | 558477 | 75244 | | 189663908005339772 |
| 16 | 020653 | HSPW, 3600@2.5, CRAFTSMAN | 556641 | 75499 | | 189663908005509861 |
| 40 | 6193 | ACC, KIT, QC, SPRAY TIPS, B&S | 558477 | 75126 | | 300011675001480969 |
| 32 | 6195 | ACC, KIT, QC, TURBO, B&S | 558477 | 75136 | | 300011675001480969 |
| 16 | 6200 | ACC, GUN, SPRAY | 558477 | 75131 | | 300011675001480969 |
| 20 | 6201 | ACC, GUN, SPRAY, PRO | 558477 | 75120 | | 300011675001480969 |

# Packing List

Shipment Number : 10013912

Page 2 / 2

Date : 09/26/2018 Time : 19:17:40

Sold-to-party :1001044
  SEARS HOLDINGS CORPORATION
Ship-to-party :2016486
  SEARS RRC #440
  1600 N BOUDREAU RD
  MANTENO IL 60950-9377

Service agent       :50000021
  CIRCLE 8 LOGISTICS
  Trailer Number :
  Seal Number    :A_
  Pro Number     :
  Tracking Number :

Shipping point : WHB812
  B&S Warehouse MCDONOUGH
  1793 Highway 42 S
  MCDONOUGH GA 30252-7628

| Quantity | Material Number | Material Desc | Customer PO | Customer Part | Case Number | Pallet SSCC Number |
|---|---|---|---|---|---|---|
| 40 | 6202 | ACC, WAND, ADJ SPRAY | 558477 | 75125 | | 300011675001480969 |
| 40 | 6205 | ACC, KIT, QC, WAND, 20 IN | 558477 | 75145 | | 300011675001480969 |
| 360 | 6160 | ACC, KIT, PERFECTMIX, CBT, 32 OZ, SRS | 556641 | 74405 | | 300011675001481003 |

TOTALS

Pallet      : 23
Loose case  : 0
Quantity    : 804

** Gross Weight :        20,143.5   LB,    9,137.1   KG
** Net Weight   :        19,823.5   LB,    8,992.0   KG

DIMENSIONS  L=Length  W=Width  H=Height  CF=Cubic Foot
  GL=Gross Weight (LBs)  NL=Net Weight (LBs)  GK=Gross Weight (KGs)  NK=Net Weight (KGs)
  DN=Delivery Number

| Date 09/28/2018 | **BILL OF LADING** | Page 1 / 2 |
|---|---|---|

**SHIP FROM**

B&S Warehouse MCDONOUGH
1793 Highway 42 S
MCDONOUGH GA  30252-7628
USA

Bill of Lading Number  10013912

Fwd Agent TrackerID  21974265
Carrier Name  CIRCLE 8 LOGISTICS
Vehicle Number: K5763
Seal number · 21974265·
SCAC.CEEG
PRO Number

**SHIP TO**

SEARS RRC #440
1600 N BOUDREAU RD
MANTENO IL  60950-9377
USA

**Freight Charge Terms** . (freight charges are Prepaid unless marked otherwise)
Prepaid _____ Collect X  3rd Party _____ .

**THIRD PARTY FREIGHT CHARGES BILL TO**

☐     Master Bill of Lading
(Checkbox)     with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS                     See Page    2

Delivery No  800094613,800094614,800094616,800094620

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | Customer Release No | # PKGS | WEIGHT | Pallet/Slip | Additional Shipper Information |
|---|---|---|---|---|---|
| 556641 | CEEG | 376 | 906 0 LB | | |
| 558477 | CEEG | 380 | 893 5 LB | | |
| 558312 | CEEG | 48 | 1931 3 LB | | |
| | | | | | |
| | | | | | |
| | | | | | |
| GRAND TOTAL | | 804 | 3731 LB | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | COMMODITY DESCRIPTION | H M (X) | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care  See section 2(e) of NMFC Item 360 | | (NMFC # | CLASS |
| 1 | PALLET | 360 | EA | 845 6 LB | SURFACE-ACTIVE PREPARATIONS, WASH/CLEAN | X | 48580-3 | 55 |
| 1 | PALLET | 148 | EA | 168 8 LB | SPRAY GUNS AND SIMILAR ITEMS | | | |
| | PALLET | 40 | EA | 7 8 LB | PARTS FOR MACHINES & MECH  APPLIANCES | | | |
| 7 | SPLOOSE | 112 | EA | 7652 8 LB | STEAM JET PROJECTING MACHINE NESOI | | 108382 | 85 |
| 6 | SPLOOSE | 96 | EA | 5808 0 LB | STEAM JET PROJECTING MACHINE NESOI | | | |
| 8 | PALLET | 48 | EA | 6660 5 LB | OTHER GENERATING SETS W  SPARK ENGINE | | | |
| 23 | | 804 | | 20144 LB | GRAND TOTAL | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows "The agreed or declared value of the property is specifically stated by the

NOTE Liability Limitation for loss or damage in this shipment may be applicable  See 49 U S C  ° 14706(c)(1)(A) and (B)

COD Amount  $ _____
Fee Terms  Collect ☐     Prepaid ☐
Customer check acceptable. ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper  if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request  The shipper hereby certifies that he/she is familiar with all the terms and conditions of the NMFC Uniform Straight Bill of Lading  including those on the back thereof, and the said terms and conditions are hereby agreed to by the shipper and accepted for him/herself and his/her assigns

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

Shaun O'Dell  Shipper
Signature

SHIPPER SIGNATURE / DATE

CARRIER SIGNATURE / PICKUP DATE

This is to certify that the above named materials are properly classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT

Name    Shaun O'Dell     Date    09/28/2018

Carrier acknowledges receipt of packages and required placards  Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle  Property described above is received in good order, except as noted

| Date 09/28/2018 | **BILL OF LADING** | Page  2 / 2 |
|---|---|---|

**SHIP FROM**

B&S Warehouse MCDONOUGH
1793 Highway 42 S
MCDONOUGH GA  30252-7628
USA

Bill of Lading Number   10013912

Fwd Agent TrackerID· 21974265
Carrier Name· CIRCLE 8 LOGISTICS
Vehicle Number· K5763
Seal number   21974265
SCAC· CEEG
PRO Number

**SHIP TO**

SEARS RRC #440
1600 N BOUDREAU RD
MANTENO IL  60950-9377
USA

**THIRD PARTY FREIGHT CHARGES BILL TO**

**Freight Charge Terms**   (freight charges are Prepaid unless marked otherwise):
Prepaid _____ Collect X   3rd Party _____

☐   Master Bill of Lading
(Checkbox)   with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS

Delivery No  800094613,800094614,800094616,800094620

Special Instructions

   Delivery Number   0800094613
9-26-2018
BKG 18092500475

   Special Instructions

   Delivery Number   0800094616
9-26-2018
BKG 18092500475

   Special Instructions

   Delivery Number   0800094620
9-26-2018
BKG 18092500475

   Special Instructions

   Delivery Number   0800094614
9-26-2018
BKG 18092500475

**SHIPPING MANIFEST**

| Ship From. | Briggs & Stratton Yard Products<br>1793 Hwy 42 S.<br>McDonough, GA. 30253 | Ship To | RRC440<br>Sears Logistics Services, Inc<br>1600 Boudreau Road<br>Manteno, IL  60950 |
|---|---|---|---|

Bill of Lading # 10013912          Trailer Number # KS763

BOOKING #   18092500475

| Sears Dept | PO Number: | Sears SKU | Vendor Model | Total Item Qty: | Total Cartons | Total Weight: |
|---|---|---|---|---|---|---|
| 671 | 556641 | 75499 | 20653 | 16 | 16 | 1,478 |
| 671 | 556641 | 74405 | 6160 | 360 | 60 | 889 |
| 671 | 558477 | 0 | 20698 | 16 | 16 | 925 |
| 671 | 558477 | 75490 | 20670 | 64 | 64 | 4,000 |
| 671 | 558477 | 75120 | 6201 | 20 | 5 | 29 |
| 671 | 558477 | 75131 | 6200 | 16 | 4 | 20 |
| 671 | 558477 | 75136 | 6195 | 32 | 8 | 23 |
| 671 | 558477 | 75145 | 6205 | 40 | 10 | 30 |
| 671 | 558477 | 75244 | 20652 | 16 | 16 | 1452.8 |
| 671 | 558477 | 75491 | 20579 | 96 | 96 | 5808 |
| 671 | 558477 | 75126 | 6193 | 40 | 10 | 7.8 |
| 671 | 558477 | 75125 | 6202 | 40 | 10 | 35.4 |
| 671 | 558312 | 0 | 030663A | 48 | 48 | 11616 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  | **Totals:** | 804 | 23 skids | 26314 |

CIRCLE 8 LOGISTICS
9/26/2018

| | | Log Entry # | 12501 |
|---|---|---|---|

# Briggs and Stratton

| Appointment Time | Driver In | Started | Driver Out |
|---|---|---|---|
| | | | |

| Mass or Road ☐ | International ☐ | | Storm Load !!! ☐ |
|---|---|---|---|
| Carrier | Trailer Number K 5 7 6 3 | | Seal |

## Pickup Information

| Pickup Numbers | Shipment Numbers | Delivery Notes |
|---|---|---|
| | 10013912 | 800 0 9 4 6 1 3 94614 94616 94620 |

| Manifest? ☐ | Flow Center? ☐ | Fax Number: |
|---|---|---|

## Staging

| Location | Initials | Index Number | Time Started | Time Finished |
|---|---|---|---|---|
| 124 | FT/CM | 47960/50580 | | |

## Scanning

| Pallet Count | Initials | Index Number | Time Started | Time Finished |
|---|---|---|---|---|
| 23 | FT/CM | 47960/50580 | | |

## Loading

| Initials | Index | Verified By (Index) | Picture Number | Taken By (Index) |
|---|---|---|---|---|
| | | | | |

| Humidity Readings? ☐ | Front | Middle | Back. |
|---|---|---|---|

## Notes

Record any notes here regarding staging, scanning, or loading issues

# Packing List

Page-1 / 2

Date : 09/26/2018   Time : 19:17:40

**Shipment Number : 10013912**

Sold-to-party : 1001044
SEARS HOLDINGS CORPORATION
Ship-to-party : 2016486
SEARS RRC #440
1600 N BOUDREAU RD
MANTENO IL 60950-9377

Service agent           : 50000021
CIRCLE 8 LOGISTICS
Trailer Number  :
Seal Number     : A
Pro Number      :
Tracking Number :

Shipping point : WHE812
B&S Warehouse MCDONOUGH
1793 Highway 42 S
MCDONOUGH GA 30252-7628

| Quantity | Material Number | Material Desc | Customer PO | Customer Part | Customer Part Number | Case Number | Pallet SSCC Number |
|---|---|---|---|---|---|---|---|
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | | 18966390200080240 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | | 18966390200080288 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | | 18966390200080301 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | | 18966390200080318 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | | 18966390200080417 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | | 18966390200080431 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | | 18966390200080486 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | | 18966390200080493 |
| 16 | 020670 | VSPW, 3100@2.5, CRAFTSMAN | 558477 | 75490 | | | 18966390200566072 |
| 16 | 020670 | VSPW, 3100@2.5, CRAFTSMAN | 558477 | 75490 | | | 18966390200566102 |
| 16 | 020670 | VSPW, 3100@2.5, CRAFTSMAN | 558477 | 75490 | | | 18966390200630179 |
| 16 | 020670 | VSPW, 3100@2.5, CRAFTSMAN | 558477 | 75490 | | | 18966390200630186 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 558477 | 75491 | | | 18966390200671134 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 558477 | 75491 | | | 18966390200671189 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 558477 | 75491 | | | 18966390200671288 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 558477 | 75491 | | | 18966390200671363 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 558477 | 75491 | | | 18966390200671370 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 558477 | 75491 | | | 18966390200671448 |
| 16 | 020698 | VSPW, 2700@2.1, CRAFTSMAN | 558477 | 75277 | | | 18966390800049976879 |
| 16 | 020652 | HSPW, 3400@2.8, CRAFTSMAN | 558477 | 75244 | | | 18966390005339772 |
| 16 | 020653 | HSPW, 3600@2.5, CRAFTSMAN | 556641 | 75499 | | | 18966390800055099861 |
| 40 | 6193 | ACC, KIT, QC, SPRAY TIPS, B&S | 558477 | 75126 | | | 30001167500148096 |
| 32 | 6195 | ACC, KIT, QC, TURBO, B&S | 558477 | 75136 | | | 30001167500148096 |
| 16 | 6200 | ACC, GUN, SPRAY | 558477 | 75131 | | | 30001167500148096 |
| 20 | 6201 | ACC, GUN, SPRAY, PRO | 558477 | 75120 | | | 30001167500148096 |

# Packing List

Shipment Number   . 10013912

Page 2 / 2
Date : 09/26/2018 Time : 19:17:40

**Sold-to-party** :1001044
SEARS HOLDINGS CORPORATION
**Ship-to-party** :2016486
SEARS RRC #440
1600 N BOUDREAU RD
MANTENO IL 60950-9377

**Service agent** :50000021
CIRCLR 8 LOGISTICS
**Trailer Number** :
**Seal Number** :A_
**Pro Number** :
**Tracking Number** :

**Shipping point** : WHE812
B&S Warehouse MCDONOUGH
1793 Highway 42 S
MCDONOUGH GA 30252-7628

| Quantity | Material Number | Material Desc | Customer PO | Customer Part | Case Number | Pallet SSCC Number |
|---|---|---|---|---|---|---|
| 40 | 6202 | ACC, WAND, ADJ SPRAY | 558477 | 75125 | | 300011675001480969 |
| 40 | 6205 | ACC, KIT, QC, WAND, 20 IN | 558477 | 75145 | | 300011675001480969 |
| 360 | 6160 | ACC, KIT, PERFECTMIX, CBT, 32 OZ, SRS | 556641 | 74405 | | 300011675001481003 |

**TOTALS**

Pallet     : 23
Loose case : 0
Quantity   : 804

** Gross Weight :    20,143.5  LB,    9,137.1  KG
** Net Weight   :    19,823.5  LB,    8,992.0  KG

DIMENSIONS  L=Length  W=Width  H=Height  CF=Cubic Foot
GL=Gross Weight(LBs)  NL=Net Weight(LBs)  GK=Gross Weight(KGs)  NK=Net Weight(KGs)
DN=Delivery Number



## Purchase Order

| General Information |
| --- |

**Document Information**
Purchase Order Number  558312
Transaction Purpose Code  Original

Purchase Order Date  9/18/2018
Purchase Order Type Code  Reorder

**Reference Identification**
Department Number  671
Internal Vendor Number  000373555

**Date/Time Reference**
Requested Ship  9/26/2018

**Buying Party (Purchaser)**
(Assigned by Buyer or Buyer's Agent  0440)

**Ship To**
(Assigned by Buyer or Buyer's Agent  0440)

| Line Item Information |
| --- |

| Line | Description | Quan | UI | Price($) | Total($) |
| --- | --- | --- | --- | --- | --- |
| | Buyer's Item Number  33183 | 48 | EA | 651 1 | 31252 8 |
| | U.P.C. Consumer Package Code (1-5-5-1)  011675306632 | | | | |
| | [+] Additional Information | | | | |

Line Count  1

© 2018 Liaison Technologies, Inc , All Rights Reserved

Liaison EDINotepad EDI Render                                                                 Page 1 of 1



## Purchase Order

| General Information |
|---|

**Document Information**
Purchase Order Number  556641
Transaction Purpose Code  Original

Purchase Order Date  9/6/2018
Purchase Order Type Code  Reorder

**Reference Identification**
Department Number  671
Internal Vendor Number  000373555

**Date/Time Reference**
Requested Ship  9/27/2018

**Buying Party (Purchaser)**
(Assigned by Buyer or Buyer's Agent  0440)

**Ship To**
(Assigned by Buyer or Buyer's Agent  0440)

| Line Item Information |
|---|

| Line | Description | Quan | UI | Price($) | Total($) |
|---|---|---|---|---|---|
| | Buyer's Item Number  74405<br>U.P.C. Consumer Package Code (1-5-5-1)  011675061609<br>⊞ Additional Information | 360 | EA | 2 7 | 972 |
| | Buyer's Item Number  75499<br>U.P.C. Consumer Package Code (1-5-5-1)  011675206536<br>⊞ Additional Information | 16 | EA | 590 | 9440 |

Line Count  2

© 2018 Liaison Technologies, Inc., All Rights Reserved

**X12:850:004010**

**Beginning Segment for Purchase Order**

| | |
|---|---|
| Transaction Set Purpose Code | 00 **Original** |
| Purchase Order Type Code | RE **Reorder** |
| Purchase Order Number | 556641 |
| Date | 20180906 |

**Reference Identification**

| | |
|---|---|
| Department Number | 671 |
| Internal Vendor Number | 000373555 |

**Date/Time Reference**

| | |
|---|---|
| Requested Ship | 20180927 |

**Buying Party (Purchaser)**

| | |
|---|---|
| Assigned by Buyer or Buyer's Agent | 0440 |

**Ship To**

| | |
|---|---|
| Assigned by Buyer or Buyer's Agent | 0440 |

**Line Item Information**

| Line Item # | Quantity | Unit of Measure | Price |
|---|---|---|---|
| | 360 | Each | 2 7 |

| | |
|---|---|
| Buyer's Item Number | 74405 |
| U P C. Consumer Package Code (1-5-5-1) | 011675061609 |

**Line Item Information**

| Line Item # | Quantity | Unit of Measure | Price |
|---|---|---|---|
| | 16 | Each | 590 |

| | |
|---|---|
| Buyer's Item Number | 75499 |
| U.P.C. Consumer Package Code (1-5-5-1) | 011675206536 |

**Transaction Totals**

Number of Line Items    2

total processing time 146ms



BRIGGS & STRATTON CORPORATION
12301 W WIRTH STREET
WAUWATOSA, WISCONSIN 53222 USA
TELEPHONE (414)259-5333
DUNS 00-608-2531
GST REGISTRATION NO  82015 1702 RT0001

| Invoice |
| --- |
| PLEASE SHOW INV NO<br>ON YOUR REMITTANCE |
| INVOICE NO  90083763 |
| INVOICE DATE  09/28/2018 |

**CUSTOMER** 1001044
SEARS HOLDINGS CORPORATION
\*\*DO NOT MAIL INVOICES\*\*
3333 BEVERLY RD
HOFFMAN ESTATES IL  60179-0001
USA

**SHIP TO** 2016486
SEARS RRC #440
1600 N BOUDREAU RD
MANTENO IL  60950-9377
USA

**CHARGE TO:** 300010
**VENDOR:** 000134544
**TERMS:** NET 60 DAYS INVOICE DATE
**INCOTERMS**  FCA BRIGGS & STRATTON CORP

Subject to Briggs & Stratton Standard
Terms and Conditions of Sale

| CUSTOMER PO | QUANTITY | PART NUMBER<br>DESCRIPTION | UNIT PRICE | NET AMOUNT |
| --- | --- | --- | --- | --- |
| 558477 | 20 | 6201<br>ACC, GUN, SPRAY, PRO<br>Origin of the above item is  Italy | 16 43  Per 1 | 328 60 |
| 558477 | 40 | 6202<br>ACC, WAND, ADJ SPRAY<br>Origin of the above item is  Italy | 9 52  Per 1 | 380 80 |
| 558477 | 40 | 6193<br>ACC, KIT, QC, SPRAY TIPS, B&S | 9 46  Per 1 | 378 40 |
| 558477 | 16 | 6200<br>ACC, GUN, SPRAY<br>Origin of the above item is  China | 15 00  Per 1 | 240 00 |
| 558477 | 32 | 6195<br>ACC, KIT, QC, TURBO, B&S<br>Origin of the above item is  China | 16 00  Per 1 | 512 00 |
| 558477 | 40 | 6205<br>ACC, KIT, QC, WAND, 20 IN | 7 27  Per 1 | 290 80 |
| 558477 | 16 | 020652<br>HSPW, 3400@2 8, CRAFTSMAN | 370 00  Per 1 | 5,920 00 |
| 558477 | 16 | 020698<br>VSPW, 2700@2 1, CRAFTSMAN | 216 00  Per 1 | 3,456 00 |
| 558477 | 64 | 020670<br>VSPW,3100@2 5,CRAFTSMAN | 298 79  Per 1 | 19,122 56 |
| 558477 | 96 | 020579 | 239 00  Per 1 | 22,944 00 |

CURRENCY OF THIS DOCUMENT IS US DOLLAR



BRIGGS & STRATTON CORPORATION
12301 W WIRTH STREET
WAUWATOSA, WISCONSIN 53222 USA
TELEPHONE (414)259-5333
DUNS 00-608-2531
GST REGISTRATION NO  82015 1702 RT0001

| Invoice | |
|---|---|
| PLEASE SHOW INV NO ON YOUR REMITTANCE | |
| INVOICE NO 90083763 | |
| INVOICE DATE 09/28/2018 | |

**CUSTOMER** 1001044
SEARS HOLDINGS CORPORATION
**DO NOT MAIL INVOICES**
3333 BEVERLY RD
HOFFMAN ESTATES IL 60179-0001
USA

**SHIP TO** 2016486
SEARS RRC #440
1600 N BOUDREAU RD
MANTENO IL 60950-9377
USA

| CUSTOMER PO | QUANTITY | PART NUMBER DESCRIPTION | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| | | VSPW, 2800@2 3, SRS | | |
| | | **TOTAL BEFORE TAX** | | 53,573 16 |
| | | **TOTAL AMOUNT** | | USD 53,573 16 |

REMIT PAYMENT TO
JPMORGAN CHASE BANK, N A
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10081
ABA ROUTING NO  021000021 (WIRE)
ABA ROUTING NO  075000019 (ACH)
SWIFT CODE  CHASUS33
FOR CREDIT TO BRIGGS & STRATTON CORPORATION
ACCOUNT NO 550004049
REFERENCING THE INVOICE NUMBER

BRIGGS & STRATTON WILL PROVIDE MINIMUM INSURANCE COVERAGE AS REQUIRED UNDER OUR STANDARD
CARGO POLICY FOR SHIPMENTS MOVED UNDER CIP INCOTERMS ONLY

000373555
0440
671

SERVICE AGENT  CIRCLE 8 LOGISTICS
SHIPMENT NO 10013912
SALES DOCUMENT  100060241

THESE ITEMS ARE CONTROLLED BY THE U S GOVERNMENT AND AUTHORIZED FOR EXPORT ONLY TO THE
COUNTRY OF ULTIMATE DESTINATION FOR USE BY THE ULTIMATE CONSIGNEE OR END-USER(S) HEREIN
IDENTIFIED  THEY MAY NOT BE RESOLD, TRANSFERRED, OR OTHERWISE DISPOSED OF, TO ANY OTHER
COUNTRY OR TO ANY PERSON OTHER THAN THE AUTHORIZED ULTIMATE CONSIGNEE OR END-USER(S),
EITHER IN THEIR ORIGINAL FORM OR AFTER BEING INCORPORATED INTO OTHER ITEMS, WITHOUT FIRST
CURRENCY OF THIS DOCUMENT IS US DOLLAR



BRIGGS & STRATTON CORPORATION
12301 W  WIRTH STREET
WAUWATOSA, WISCONSIN 53222 USA
TELEPHONE (414)259-5333
DUNS 00-608-2531
GST REGISTRATION NO  82015 1702 RT0001

| Invoice |
|---|
| PLEASE SHOW INV NO<br>ON YOUR REMITTANCE |
| INVOICE NO  90083763<br>INVOICE DATE  09/28/2018 |

**CUSTOMER** 1001044
SEARS HOLDINGS CORPORATION
**DO NOT MAIL INVOICES**
3333 BEVERLY RD
HOFFMAN ESTATES IL  60179-0001
USA

**SHIP TO** 2016486
SEARS RRC #440
1600 N BOUDREAU RD
MANTENO IL  60950-9377
USA

OBTAINING APPROVAL FROM THE U S  GOVERNMENT OR AS OTHERWISE AUTHORIZED BY U S  LAW AND
REGULATIONS

THE GOODS SHOWN ON THIS DOCUMENT ARE OF U S A  ORIGIN UNLESS OTHERWISE STATED

CURRENCY OF THIS DOCUMENT IS US DOLLAR

# BILL OF LADING

Date 09/28/2018                                                                    Page 1 / 2

**SHIP FROM**

B&S Warehouse MCDONOUGH
1793 Highway 42 S
MCDONOUGH GA  30252-7628
USA

**SHIP TO**

SEARS RRC #440
1600 N BOUDREAU RD
MANTENO IL  60950-9377
USA

**THIRD PARTY FREIGHT CHARGES BILL TO**

SPECIAL INSTRUCTIONS                               See Page      2

Delivery No  800094613,800094614,800094616,800094620

---

Bill of Lading Number: 10013912

Fwd Agent TrackerID: 21974265
Carrier Name: CIRCLE 8 LOGISTICS
Vehicle Number: K5763
Seal number . 21974265
SCAC.CEEG
PRO Number·

**Freight Charge Terms   (freight charges are Prepaid unless marked otherwise)·**
Prepaid _____ Collect X___ 3rd Party _____

☐      Master Bill of Lading
(Checkbox)      with attached underlying Bills of Lading

---

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | Customer Release No | # PKGS | WEIGHT | Pallet/Slip | Additional Shipper Information |
|---|---|---|---|---|---|
| 556641 | CEEG | 376 | 906 0 LB | | |
| 558477 | CEEG | 380 | 893 5 LB | | |
| 558312 | CEEG | 48 | 1931 3 LB | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **GRAND TOTAL** | | **804** | **3731 LB** | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | COMMODITY DESCRIPTION | | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care See section 2(e) of NMFC Item 360 | H M (X) | NMFC # | CLASS |
| 1 | PALLET | 360 | EA | 845 6 LB | SURFACE-ACTIVE PREPARATIONS, WASH/CLEAN | X | 48580-3 | 55 |
| 1 | PALLET | 148 | EA | 168 8 LB | SPRAY GUNS AND SIMILAR ITEMS | | | |
| | PALLET | 40 | EA | 7 8 LB | PARTS FOR MACHINES & MECH  APPLIANCES | | | |
| 7 | SPLOOSE | 112 | EA | 7652 8 LB | STEAM JET PROJECTING MACHINE NESOI | | 108382 | 85 |
| 6 | SPLOOSE | 96 | EA | 5808 0 LB | STEAM JET PROJECTING MACHINE NESOI | | | |
| 8 | PALLET | 48 | EA | 5660.5 LB | OTHER GENERATING SETS W  SPARK ENGINE | | | |
| 23 | | 804 | EA | 20144 LB | GRAND TOTAL | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows "The agreed or declared value of the property is specifically stated by the

NOTE Liability Limitation for loss or damage in this shipment may be applicable  See 49 U S C  * 14706(c)(1)(A) and (B)

COD Amount  $ _____
Fee Terms  Collect  ☐      Prepaid  ☐
Customer check acceptable  ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper on request  The shipper hereby certifies that he/she is familiar with all the terms and conditions of the NMFC Uniform Straight Bill of Lading, including those on the back thereof, and the said terms and conditions are hereby agreed to by the shipper and accepted for him/herself and his/her assigns

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

Shaun O'Dell  Shipper
Signature

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT

Name  Shaun O'Dell      Date  09/28/2018

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards  Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle  Property described above is received in good order, except as noted

| Date 09/28/2018 | BILL OF LADING | Page    2 / 2 |

| | |
|---|---|
| **SHIP FROM** | Bill of Lading Number  10013912 |
| B&S Warehouse MCDONOUGH<br>1793 Highway 42 S<br>MCDONOUGH GA   30252-7628<br>USA | |
| | Fwd Agent TrackerID  21974265 |
| **SHIP TO** | Carrier Name  CIRCLE 8 LOGISTICS<br>Vehicle Number  K5763<br>Seal number   21974265 |
| SEARS RRC #440<br>1600 N BOUDREAU RD<br>MANTENO IL  60950-9377<br>USA | SCAC  CEEG<br>PRO Number: |
| **THIRD PARTY FREIGHT CHARGES BILL TO** | **Freight Charge Terms**   (freight charges are Prepaid unless marked otherwise).<br>Prepaid _____ Collect X  3rd Party _____ |
| SPECIAL INSTRUCTIONS | ☐                 Master Bill of Lading<br>(Checkbox)    with attached underlying Bills of Lading |
| Delivery No  800094613,800094614,800094616,800094620 | |

Special Instructions

   Delivery Number  0800094613

9-26-2018
BKG 18092500475

   Special Instructions

   Delivery Number  0800094616

9-26-2018
BKG 18092500475

   Special Instructions

   Delivery Number  0800094620

9-26-2018
BKG 18092500475

   Special Instructions

   Delivery Number  0800094614

9-26-2018
BKG 18092500475

**SHIPPING MANIFEST**

| Ship From | Briggs & Stratton Yard Products<br>1793 Hwy 42 S<br>McDonough, GA 30253 | Ship To. | RRC440<br>Sears Logistics Services, Inc<br>1600 Boudreau Road<br>Manteno, IL 60950 |
|---|---|---|---|

Bill of Lading # 10013912          Trailer Number # KS763

BOOKING # 18092500475

| Sears Dept | PO Number | Sears SKU | Vendor Model | Total Item Qty. | Total Cartons. | Total Weight: |
|---|---|---|---|---|---|---|
| 671 | 556641 | 75499 | 20653 | 16 | 16 | 1,478 |
| 671 | 556641 | 74405 | 6160 | 360 | 60 | 889 |
| 671 | 558477 | 0 | 20698 | 16 | 16 | 925 |
| 671 | 558477 | 75490 | 20670 | 64 | 64 | 4,000 |
| 671 | 558477 | 75120 | 6201 | 20 | 5 | 29 |
| 671 | 558477 | 75131 | 6200 | 16 | 4 | 20 |
| 671 | 558477 | 75136 | 6195 | 32 | 8 | 23 |
| 671 | 558477 | 75145 | 6205 | 40 | 10 | 30 |
| 671 | 558477 | 75244 | 20652 | 16 | 16 | 1452.8 |
| 671 | 558477 | 75491 | 20579 | 96 | 96 | 5808 |
| 671 | 558477 | 75126 | 6193 | 40 | 10 | 7.8 |
| 671 | 558477 | 75125 | 6202 | 40 | 10 | 35.4 |
| 671 | 558312 | 0 | 030663A | 48 | 48 | 11616 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  | **Totals:** | 804 | 23 skids | 26314 |

CIRCLE 8 LOGISTICS
9/26/2018

# Packing List

Page 1 / 2
Time : 19:17:40

**Shipment Number** : 10013912

**Sold-to-party** :1001044
SEARS HOLDINGS CORPORATION
**Ship-to-party** :2016486
SEARS RRC #440
1600 N BOUDREAU RD
MANTENO IL 60950-9377

**Service agent** :50000021
CIRCLE 8 LOGISTICS
**Trailer Number** :
**Seal Number** :A_
**Pro Number** :
**Tracking Number** :

**Shipping point** : WHE812
B&S Warehouse MCDONOUGH
1793 Highway 42 S
MCDONOUGH GA 30252-7628

**Date** : 09/26/2018

| Quantity | Material Number | Material Desc | Customer PO | Customer Part | Case Number | Pallet SSCC Number |
|---|---|---|---|---|---|---|
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | 18966390200080240 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | 18966390200080288 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | 18966390200080301 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | 18966390200080318 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | 18966390200080417 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | 18966390200080431 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | 18966390200080486 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | 18966390200080493 |
| 16 | 020670 | VSPW,3100@2.5,CRAFTSMAN | 558477 | 75490 | | 18966390200566072 |
| 16 | 020670 | VSPW,3100@2.5,CRAFTSMAN | 558477 | 75490 | | 18966390200566102 |
| 16 | 020670 | VSPW,3100@2.5,CRAFTSMAN | -558477 | 75490 | | 18966390200630179 |
| 16 | 020670 | VSPW,3100@2.5,CRAFTSMAN | 558477 | 75490 | | 18966390200630186 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 558477 | 75491 | | 18966390200671134 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 558477 | 75491 | | 18966390200671189 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 558477 | 75491 | | 18966390200671288 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 558477 | 75491 | | 18966390200671363 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 558477 | 75491 | | 18966390200671370 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 558477 | 75491 | | 18966390200671448 |
| 16 | 020698 | VSPW, 2700@2.1, CRAFTSMAN | 558477 | 75277 | | 18966390800497687.9 |
| 16 | 020652 | HSPW, 3400@2.8, CRAFTSMAN | 558477 | 75244 | | 18966390800533977.2 |
| 16 | 020653 | HSPW, 3600@2.5, CRAFTSMAN | 556641 | 75499 | | 18966390800550986.1 |
| 40 | 6193 | ACC, KIT, QC, SPRAY TIPS, B&S | 558477 | 75126 | | 30001167500148096.9 |
| 32 | 6195 | ACC, KIT, QC, TURBO, B&S | 558477 | 75136 | | 30001167500148096.9 |
| 16 | 6200 | ACC, GUN, SPRAY | 558477 | 75131 | | 30001167500148096.9 |
| 20 | 6201 | ACC, GUN, SPRAY, PRO | 558477 | 75120 | | 30001167500148096.9 |

**Packing List**

Page 2 / 2

Date : 09/26/2018 Time : 19:17:40

Shipment Number : 10013912

Sold-to-party : 1001044
SEARS HOLDINGS CORPORATION
Ship-to-party : 2016486
SEARS RRC #440
1600 N BOUDREAU RD
MANTENO IL 60950-9377

Service agent : 50000021
CIRCLE 8 LOGISTICS
Trailer Number :
Seal Number :
Pro Number : A_
Tracking Number :

Shipping point : WHE812
B&S Warehouse MCDONOUGH
1793 Highway 42 S
MCDONOUGH GA 30252-7628

| Quantity | Material Number | Material Desc | Customer PO | Customer Part | Case Number | Pallet SSCC Number |
|---|---|---|---|---|---|---|
| 40 | 6202 | ACC, WAND, ADJ SPRAY | 558477 | 75125 | | 30001167500148096 |
| 40 | 6205 | ACC, KIT, QC, WAND, 20 IN | 558477 | 75145 | | 30001167500148096 |
| 360 | 6160 | ACC, KIT, PERFECTMIX, CBT, 32 OZ, SRS | 556641 | 74405 | | 30001167500148100 |

TOTALS

Pallet : 23
Loose case : 0
Quantity : 804

** Gross Weight :      20,143.5   LB,     9,137.1  KG
** Net Weight .        19,823.5   LB,     8,992.0  KG

DIMENSIONS  L=Length  W=Width  H=Height  CF=Cubic Foot
GL=Gross Weight (LBs)  NL=Net Weight (LBs)  GK=Gross Weight (KGs)  NK=Net Weight (KGs)
DN=Delivery Number

# BILL OF LADING

| | |
|---|---|
| Date 09/28/2018 | Page 1 / 2 |

**Bill of Lading Number:** 10013912

### SHIP FROM
B&S Warehouse MCDONOUGH
1793 Highway 42 S
MCDONOUGH GA  30252-7628
USA

Fwd Agent TrackerID: 21974265
Carrier Name  CIRCLE 8 LOGISTICS
Vehicle Number: K5763
Seal number   21974265
SCAC:CEEG
PRO Number

### SHIP TO
SEARS RRC #440
1600 N BOUDREAU RD
MANTENO IL  60950-9377
USA

**Freight Charge Terms · (freight charges are Prepaid unless marked otherwise)**
Prepaid _____ Collect  X  3rd Party _____

### THIRD PARTY FREIGHT CHARGES BILL TO

☐ Master Bill of Lading
(Checkbox)   with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS                          See Page   2

Delivery No  800094613,800094614,800094616,800094620

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | Customer Release No | # PKGS | WEIGHT | Pallet/Slip | Additional Shipper Information |
|---|---|---|---|---|---|
| 556641 | CEEG | 376 | 906 0 LB | | |
| 558477 | CEEG | 380 | 893 5 LB | | |
| 658312 | CEEG | 48 | 1931 3 LB | | |
| GRAND TOTAL | | 804 | 3731 LB | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | COMMODITY DESCRIPTION | H M (X) | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care  See section 2(e) of NMFC Item 360 | | (NMFC # | CLASS |
| 1 | PALLET | 360 | EA | 845 6 LB | SURFACE-ACTIVE PREPARATIONS, WASH/CLEAN | X | 48580-3 | 55 |
| 1 | PALLET | 148 | EA | 168 8 LB | SPRAY GUNS AND SIMILAR ITEMS | | | |
| | PALLET | 40 | EA | 7 8 LB | PARTS FOR MACHINES & MECH  APPLIANCES | | | |
| 7 | SPLOOSE | 112 | EA | 7652 8 LB | STEAM JET PROJECTING MACHINE NESOI | | 108382 | 85 |
| 6 | SPLOOSE | 96 | EA | 5808 0 LB | STEAM JET PROJECTING MACHINE NESOI | | | |
| 8 | PALLET | 48 | EA | 5660 5 LB | OTHER GENERATING SETS W  SPARK ENGINE | | | |
| 23 | | 804 | | 20144 LB | GRAND TOTAL | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows "The agreed or declared value of the property is specifically stated by the

NOTE Liability Limitation for loss or damage in this shipment may be applicable  See 49 U S C  * 14706(c)(1)(A) and (B)

| COD Amount $ | | |
|---|---|---|
| Fee Terms  Collect ☐ | Prepaid ☐ | |
| Customer check acceptable. ☐ | | |

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper  if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request  The shipper hereby certifies that he/she is familiar with all the terms and conditions of the NMFC Uniform Straight Bill of Lading including those on the back thereof, and the said terms and conditions are hereby agreed to by the shipper and accepted for him/herself and his/her assigns.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shaun O'Dell  Shipper
Signature

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified  described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT

Name  Shaun O'Dell        Date   09/28/2018

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards  Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle  Property described above is received in good order, except as noted

| Date 09/28/2018 | **BILL OF LADING** | Page   2 / 2 |
|---|---|---|

| SHIP FROM |
|---|
| B&S Warehouse MCDONOUGH |
| 1793 Highway 42 S |
| MCDONOUGH GA  30252-7628 |
| USA |

Bill of Lading Number  10013912

|||||||||||||  (barcode)

Fwd Agent TrackerID  21974265
Carrier Name.  CIRCLE 8 LOGISTICS
Vehicle Number: K5763
Seal number   21974265
SCAC· CEEG
PRO Number·

| SHIP TO |
|---|
| SEARS RRC #440 |
| 1600 N BOUDREAU RD |
| MANTENO IL  60950-9377 |
| USA |

| THIRD PARTY FREIGHT CHARGES BILL TO |
|---|
| |

**Freight Charge Terms**   (freight charges are
Prepaid unless marked otherwise):
Prepaid _____  Collect X_  3rd Party _____

SPECIAL INSTRUCTIONS

☐    Master Bill of Lading
(Checkbox)    with attached underlying Bills of Lading

Delivery No  800094613,800094614,800094616,800094620

---

Special Instructions

Delivery Number  0800094613

9-26-2018
BKG 18092500475

Special Instructions

Delivery Number  0800094616

9-26-2018
BKG 18092500475

Special Instructions

Delivery Number  0800094620

9-26-2018
BKG 18092500475

Special Instructions

Delivery Number  0800094614

9-26-2018
BKG 18092500475

**SHIPPING MANIFEST**

Ship From   Briggs & Stratton Yard Products
            1793 Hwy 42 S.
            McDonough, GA. 30253

Ship To   RRC440
          Sears Logistics Services, Inc
          1600 Boudreau Road
          Manteno, IL. 60950

Bill of Lading # 10013912

Trailer Number # KS763

BOOKING # 18092500475

| Sears Dept | PO Number | Sears SKU | Vendor Model | Total Item Qty | Total Cartons | Total Weight |
|---|---|---|---|---|---|---|
| 671 | 556641 | 75499 | 20653 | 16 | 16 | 1,478 |
| 671 | 556641 | 74405 | 6160 | 360 | 60 | 889 |
| 671 | 558477 | 0 | 20698 | 16 | 16 | 925 |
| 671 | 558477 | 75490 | 20670 | 64 | 64 | 4,000 |
| 671 | 558477 | 75120 | 6201 | 20 | 5 | 29 |
| 671 | 558477 | 75131 | 6200 | 16 | 4 | 20 |
| 671 | 558477 | 75136 | 6195 | 32 | 8 | 23 |
| 671 | 558477 | 75145 | 6205 | 40 | 10 | 30 |
| 671 | 558477 | 75244 | 20652 | 16 | 16 | 1452.8 |
| 671 | 558477 | 75491 | 20579 | 96 | 96 | 5808 |
| 671 | 558477 | 75126 | 6193 | 40 | 10 | 7.8 |
| 671 | 558477 | 75125 | 6202 | 40 | 10 | 35.4 |
| 671 | 558312 | 0 | 030663A | 48 | 48 | 11616 |
| | | | Totals: | 804 | 23 skids | 26314 |

CIRCLE 8 LOGISTICS
9/26/2018

| | | Log Entry # | 12501 |
|---|---|---|---|

# Briggs and Stratton

| Appointment Time | Driver In | Started | Driver Out |
|---|---|---|---|
| | | | |

| Mass or Road ☐ | International ☐ | Storm Load !!! ☐ |
|---|---|---|

| Carrier | Trailer Number  K5763 | Seal |
|---|---|---|

## Pickup Information

| Pickup Numbers | Shipment Numbers | Delivery Notes |
|---|---|---|
| | 10013912 | 800094613 94614 94616 94620 |

| Manifest? ☐ | Flow Center? ☐ | Fax Number |
|---|---|---|

## Staging

| Location | Initials | Index Number | Time Started | Time Finished |
|---|---|---|---|---|
| 124 | FT/CH | 47960/50580 | | |

## Scanning

| Pallet Count | Initials | Index Number | Time Started | Time Finished |
|---|---|---|---|---|
| 23 | FT/CH | 47960/50580 | | |

## Loading

| Initials | Index | Verified By (Index) | Picture Number | Taken By (Index) |
|---|---|---|---|---|
| | | | | |

| Humidity Readings? ☐ | Front. | Middle. | Back |
|---|---|---|---|

## Notes

Record any notes here regarding staging, scanning, or loading issues

# Packing List

Page -1 / 2
Date : 09/26/2018 Time : 19:17:40

Shipment Number : 10013912

Sold-to-party :1001044
  SEARS HOLDINGS CORPORATION
Ship-to-party :2016486
  SEARS RRC #440
  1600 N BOUDREAU RD
  MANTENO IL 60950-9377

Service agent :50000021
  CIRCLE 8 LOGISTICS
Trailer Number :
Seal Number :A_
Pro Number :
Tracking Number :

Shipping point : WHE812
  B&S Warehouse MCDONOUGH
  1793 Highway 42 S
  MCDONOUGH GA 30252-7628

| Quantity | Material Number | Material Desc | Customer PO | Customer Part | Case Number | Pallet SSCC Number |
|---|---|---|---|---|---|---|
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | 18966390200000240 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | 18966390200008288 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | 18966390200008301 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | 18966390200080318 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | 18966390200080417 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | 18966390200080431 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | 18966390200080486 |
| 6 | 030663A | GEN, 7000, ELITE, B&S | 558312 | 33183 | | 18966390200080493 |
| 16 | 020670 | VSPW, 3100@2.5, CRAFTSMAN | 558477 | 75490 | | 18966390200566072 |
| 16 | 020670 | VSPW, 3100@2.5, CRAFTSMAN | 558477 | 75490 | | 18966390200566102 |
| 16 | 020670 | VSPW, 3100@2.5, CRAFTSMAN | 558477 | 75490 | | 18966390200630179 |
| 16 | 020670 | VSPW, 3100@2.5, CRAFTSMAN | 558477 | 75490 | | 18966390200630186 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 558477 | 75491 | | 18966390200671134 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 558477 | 75491 | | 18966390200671189 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 558477 | 75491 | | 18966390200671288 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 558477 | 75491 | | 18966390200671363 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 558477 | 75491 | | 18966390200671370 |
| 16 | 020579 | VSPW, 2800@2.3, SRS | 558477 | 75491 | | 18966390200671448 |
| 16 | 020698 | VSPW, 2700@2 1, CRAFTSMAN | 558477 | 75277 | | 18966390800497679 |
| 16 | 020652 | HSPW, 3400@2.8, CRAFTSMAN | 558477 | 75244 | | 18966390800533972 |
| 16 | 020653 | HSPW, 3600@2.5, CRAFTSMAN | 556641 | 75499 | | 18966390800509861 |
| 40 | 6193 | ACC, KIT, QC, SPRAY TIPS, B&S | 558477 | 75126 | | 300011675001480969 |
| 32 | 6195 | ACC, KIT, QC, TURBO, B&S | 558477 | 75136 | | 300011675001480969 |
| 16 | 6200 | ACC, GUN, SPRAY | 558477 | 75131 | | 300011675001480969 |
| 20 | 6201 | ACC, GUN, SPRAY, PRO | 558477 | 75120 | | 300011675001480969 |

Packing List

Page 2 / 2
Date : 09/26/2018 Time : 19:17:40

Shipment Number : 10013912

Sold-to-party :1001044
  SEARS HOLDINGS CORPORATION
Ship-to-party :2016486
  SEARS RRC #440
  1600 N BOUDREAU RD
  MANTENO IL 60950-9377

Service agent          :50000021
  CIRCLE 8 LOGISTICS
  Trailer Number   :
  Seal Number      :A
  Pro Number       :
  Tracking Number  :

Shipping point : WHE812
  B&S Warehouse MCDONOUGH
  1793 Highway 42 S
  MCDONOUGH GA 30252-7628

| Quantity | Material Number | Material Desc | Customer PO | Customer Part | Case Number | Pallet SSCC Number |
|---|---|---|---|---|---|---|
| 40 | 6202 | ACC, WAND, ADJ SPRAY | 558477 | 75125 | | 300011675001480969 |
| 40 | 6205 | ACC, KIT, QC, WAND, 20 IN | 558477 | 75145 | | 300011675001480969 |
| 360 | 6160 | ACC, KIT, PERFECTMIX, CBT, 32 OZ, SRS | 556641 | 74405 | | 300011675001481003 |

TOTALS

Pallet     : 23
Loose case : 0
Quantity   : 804

** Gross Weight :        20,143.5  LB,        9,137.1  KG
** Net Weight   :        19,823.5  LB,        8,992.0  KG

DIMENSIONS  L=Length  W=Width  H=Height  CF=Cubic Foot
            GL=Gross Weight(LBs)  NL=Net Weight(LBs)  GK=Gross Weight(KGs)  NK=Net Weight(KGs)
            DN=Delivery Number

Liaison EDINotepad EDI Render                                                          Page 1 of 2



## Purchase Order

| General Information |
|---|

**Document Information**
Purchase Order Number  558477                     Purchase Order Date  9/20/2018
Transaction Purpose Code  Original                Purchase Order Type Code  Reorder

**Reference Identification**
Department Number  671
Internal Vendor Number  000373555

**Date/Time Reference**
Requested Ship  9/27/2018

**Buying Party (Purchaser)**                      **Ship To**
(Assigned by Buyer or Buyer's Agent  0440)        (Assigned by Buyer or Buyer's Agent  0440)

| Line Item Information |
|---|

| Line | Description | Quan | UI | Price($) | Total($) |
|---|---|---|---|---|---|
| | **Buyer's Item Number**  75120<br>**U.P.C. Consumer Package Code (1-5-5-1)**  011675751203<br>⊞ Additional Information | 20 | EA | 16 43 | 328 6 |
| | **Buyer's Item Number**  75125<br>**U.P.C. Consumer Package Code (1-5-5-1)**  011675751258<br>⊞ Additional Information | 40 | EA | 9 52 | 380 8 |
| | **Buyer's Item Number**  75126<br>**U.P.C. Consumer Package Code (1-5-5-1)**  011675061937<br>⊞ Additional Information | 40 | EA | 9 46 | 378 4 |
| | **Buyer's Item Number**  75131<br>**U.P.C. Consumer Package Code (1-5-5-1)**  011675062002<br>⊞ Additional Information | 16 | EA | 15 | 240 |
| | **Buyer's Item Number**  75136<br>**U.P.C. Consumer Package Code (1-5-5-1)**  011675061951<br>⊞ Additional Information | 32 | EA | 16 | 512 |
| | **Buyer's Item Number**  75145<br>**U.P.C. Consumer Package Code (1-5-5-1)**  011675751456<br>⊞ Additional Information | 40 | EA | 7 27 | 290 8 |
| | **Buyer's Item Number**  75244<br>**U.P.C  Consumer Package Code (1-5-5-1)**  011675206529<br>⊞ Additional Information | 16 | EA | 370 | 5920 |
| | **Buyer's Item Number**  75277<br>**U.P C  Consumer Package Code (1-5-5-1)**  011675206987 | 16 | EA | 216 | 3456 |

**X12:850:004010**

**Beginning Segment for Purchase Order**

Transaction Set Purpose Code· 00 **Original**

Purchase Order Type Code  RE **Reorder**

Purchase Order Number  558477

Date  20180920

**Reference Identification**

Department Number  671

Internal Vendor Number  000373555

**Date/Time Reference**

Requested Ship  20180927

**Buying Party (Purchaser)**

Assigned by Buyer or Buyer's Agent  0440

**Ship To**

Assigned by Buyer or Buyer's Agent  0440

**Line Item Information**

| Line Item # | Quantity | Unit of Measure | Price |
|---|---|---|---|
| | 20 | Each | 16 43 |

Buyer's Item Number  75120

U.P.C. Consumer Package Code (1-5-5-1)  011675751203

**Line Item Information**

| Line Item # | Quantity | Unit of Measure | Price |
|---|---|---|---|
| | 40 | Each | 9 52 |

Buyer's Item Number  75125

U.P.C. Consumer Package Code (1-5-5-1)  011675751258

**Line Item Information**

| Line Item # | Quantity | Unit of Measure | Price |
|---|---|---|---|
| | 40 | Each | 9 46 |

Buyer's Item Number   75126

U.P.C. Consumer Package Code (1-5-5-1)   011675061937

## Line Item Information

| Line Item # | Quantity | Unit of Measure | Price |
|---|---|---|---|
| | 16 | Each | 15 |

Buyer's Item Number   75131

U.P.C. Consumer Package Code (1-5-5-1)   011675062002

## Line Item Information

| Line Item # | Quantity | Unit of Measure | Price |
|---|---|---|---|
| | 32 | Each | 16 |

Buyer's Item Number   75136

U.P.C. Consumer Package Code (1-5-5-1)   011675061951

## Line Item Information

| Line Item # | Quantity | Unit of Measure | Price |
|---|---|---|---|
| | 40 | Each | 7.27 |

Buyer's Item Number   75145

U.P.C. Consumer Package Code (1-5-5-1)   011675751456

## Line Item Information

| Line Item # | Quantity | Unit of Measure | Price |
|---|---|---|---|
| | 16 | Each | 370 |

Buyer's Item Number   75244

U.P.C. Consumer Package Code (1-5-5-1)   011675206529

## Line Item Information

| Line Item # | Quantity | Unit of Measure | Price |
|---|---|---|---|
| | 16 | Each | 216 |

**Buyer's Item Number**  75277

**U.P.C. Consumer Package Code (1-5-5-1)**  011675206987

**Line Item Information**

| Line Item # | Quantity | Unit of Measure | Price |
|---|---|---|---|
| | 64 | Each | 298 79 |

**Buyer's Item Number**  75490

**U.P.C. Consumer Package Code (1-5-5-1)·**  011675206703

**Line Item Information**

| Line Item # | Quantity | Unit of Measure | Price |
|---|---|---|---|
| | 96 | Each | 239 |

**Buyer's Item Number**  75491

**U.P.C. Consumer Package Code (1-5-5-1)·**  011675205799

**Transaction Totals**

Number of Line Items  10

total processing time 100ms