UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re:                                                    :      Chapter 11
:
Sears Holdings Corporation, et al.,                       :      Case No. 18-23538-rdd
:
    Debtors.                          :      (Jointly Administered)
:
------------------------------------------------------------x

**ORDER GRANTING BRIGGS & STRATTON CORPORATION AN ALLOWED ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §503(b)(9)**

Upon the motion (the "Motion") dated December 20, 2018 of Briggs & Stratton Corporation ("Briggs") for the allowance and immediate payment to Briggs of an administrative expense claim pursuant to 11 U.S.C. §503(b)(9); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157(b) and 1334; and the Court's consideration of the relief requested in the Motion being a core proceeding in accordance with 28 U.S.C. § 157(b); and due and proper notice of the Motion having been provided; it is hereby,

**ORDERED**, that Briggs shall have an allowed administrative expense claim in the amount of $336,243.46 pursuant to 11 U.S.C. §503(b)(9) in the above-captioned Chapter 11 case of Sears Holdings Corporation (the "Debtor"); and it is further

**ORDERED**, that upon entry of this Order, the Debtor is directed to immediately pay the allowed administrative expense claim in the amount of $336,243.46 to Briggs; and it is further

**ORDERED** that this Order is binding upon the Debtor and Briggs, their successors and assigns and upon any trustee appointed in this or any converted case, and in the event that the Debtor's Chapter 11 case is converted to a case under Chapter 7 and a trustee is appointed, this Order shall remain in full force and effect; and it is further

4833-6510-2468.1

**ORDERED**, that the Court shall retain jurisdiction to interpret and enforce this Order.

Dated: White Plains, New York
_____ \_\_, 2019

 

HONORABLE ROBERT D. DRAIN
UNITED    STATES    BANKRUPTCY
JUDGE