Charles George
WYRICK ROBBINS YATES & PONTON LLP
4101 Lake Boone Trail, Suite 300
Raleigh, North Carolina 27607
Telephone: (919) 781-4000
Facsimile: (919) 781-4865
cgeorge@wyrick.com

*Counsel for Z.A. Sneeden's Sons, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re:                                                         :
                                                               :
                                                               :    Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,                          :    Case No. 18-23538 (RDD)
                                                               :
                                                               :    (Jointly Administered)
                        Debtors.                               :
---------------------------------------------------------------x

## ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Charles George to be admitted, *pro hac vice*, to represent Z.A. Sneeden's Sons, Inc., in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of North Carolina and has been admitted to practice in the United States District Courts for the Eastern, Middle, and Western Districts of North Carolina, and the United States Court of Appeals for the Fourth Circuit, it is hereby:

**ORDERED**, that Charles George, is admitted to practice, *pro hac vice*, in the above-referenced case to represent Z.A. Sneeden's Sons, Inc., in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge