FOLEY & LARDNER LLP
Richard J. Bernard, Esq.
Carly Everhardt, Esq.
90 Park Avenue
New York, NY 10016-1314
Telephone:    (212) 682-7474
Facsimile:    (212) 687-2329
Email: rbernard@foley.com
Email: ceverhardt@foley.com

BECK, CHAET, BAMBERGER & POLSKY, S.C.
Kevin L. Keeler, Esq.
Olivier H. Reiher, Esq.
Two Plaza East, Suite 1085
330 East Kilbourn Avenue
Milwaukee, WI 53202
Telephone:    (414) 390-5935
Facsimile:    (414) 273-7786
*Admitted Pro Hac Vice*

*Counsel to Briggs & Stratton Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                              :
In re:                                        :    Chapter 11
                                              :
Sears Holdings Corporation, et al.,           :    Case No. 18-23538-rdd
                                              :
        Debtors.                              :    (Jointly Administered)
                                              :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that true and exact copies of the Motion of Briggs & Stratton Corporation for Allowance and Immediate Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 509(b)(c) [Dkt. No. 1374], including its exhibits were served: (i) on the 20th day of December, 2018 by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt; and (ii) via First Class Mail to all parties listed below:

| | |
|---|---|
| The Bank of New York Mellon Trust Company<br>Attn: Corporate Trust Administration | Wilmington Trust, National Association<br>Attn: Sears holdings Corp. Administrator<br>Corporate Capital Markets |

4837-6303-7572.1

101 Barclay St., Floor 8W
New York, New York 10286

50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

Wilmorite Management Group LLC
Attn: Donald C. Cowan, Jr.
1265 Scottsville Road
Rochester, NY 14624

Schiff Hardin LLP
Attn: Louis T. DeLucia, Esq.
Alyson M. Fiedler, Esq.
666 Fifth Avenue, Suite 1700
New York, NY 10103

Travis County Attorney
Attn: David Escamilla
P.O. Box 1748
Austin, TX 78767

Brookfield Property REIT Inc.
Kristen N. Pate
350 N. Orleans Street, Suite 300
Chicago, IL
60654-1607

Linebarger Goggan Blair & Sampson, LLP
Attn: Diane Wade Sanders
P.O. Box 172428
Austin, TX 78760

United States Bankruptcy Court for the
Southern District of New York
Chambers of the Hon. Robert D. Drain
300 Quarropas Street, Room 248
White Plains, NY 10601

Internal Revenue Service
Attn: Centralized Insolvency Operation
2970 Market Street
Philadelphia, PA 19104-5016

Sears Holding Corporation
Attn: Stephen Sitley, Esq.
         Luke J. Valentino Esq.
3333 Beverly Road, IL 60179

Office of the United States Trustee for
Region 2
Attn: Paul Schwartzberg, Richard Morrissey
201 Varick St., Suite 1006
New York, NY 10014

Internal Revenue Service
Attn: Centralized insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Securities & Exchange Commission
Attn: Secretary of the Treasury
100 F. Street, NE
Washington, DC 20549

Securities & Exchange Commission
New York Office
Attn: Bankruptcy Department
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

TN Dept. of Revenue
Attn: Herbert H. Slatery III; Marvin E. Clements, Jr.
c/o TN Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

US Attorney for the Southern District of New York
Attn: Bankruptcy Division
86 Chambers Street, 3rd Floor
New York, NY 10007

.

Dated this 21st day of December, 2018.

                 FOLEY & LARDNER LLP

                 */s/ Richard J. Bernard, Esq.*
                 Richard J. Bernard, Esq.
                 Carly Everhardt, Esq.
                 90 Park Avenue
                 New York, NY 10016-1314
                 Telephone: (212) 682-7474
                 Facsimile: (212) 687-2329
                 Email: rbernard@foley.com
                 Email: ceverhardt@foley.com

                 -and-

                 BECK, CHAET, BAMBERGER &
                 POLSKY, S.C.

                 Kevin L. Keeler, Esq.
                 Olivier H. Reiher, Esq.
                 Two Plaza East, Suite 1085
                 330 East Kilbourn Avenue
                 Milwaukee, WI 53202
                 Telephone: (414) 390-5935
                 Facsimile: (414) 273-7786
                 *Admitted Pro Hac Vice*

                 *Counsel to Briggs & Stratton Corporation*

4837-6303-7572.1

4837-6303-7572.1