# EXHIBIT B

**[PROPOSED ORDER]**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                          :

In re:                                               :        Chapter 11

                                                       :

SEARS HOLDINGS CORPORATION, *et al.*,    :        Case No. 18-23538 (RDD)

                                                     :

                         Debtors.          :        (Jointly Administered)

-------------------------------------------------------------

**ORDER GRANTING MOTION FOR ALLOWANCE OF SECTION
503(b)(9) ADMINISTRATIVE EXPENSE CLAIM OF CUPID FOUNDATIONS, INC.**

       This matter came on for hearing _____ ____, 2019, on the *Motion for Allowance of Section 503(b)(9) Administrative Expense Claim* (the "**Motion**") filed by Cupid Foundations, Inc. (the "**Claimant**") against Sears Holdings Corporation, one of the above-captioned debtors and debtors in possession (the "**Debtor**"). The Court considered the Motion and the relief requested therein. Accordingly, it is ORDERED that:

       1.       The Motion is GRANTED.

       2.       Claimant shall have an allowed administrative claim pursuant to 11 U.S.C. § 503(b)(9) against the Debtor in the amount of $27,752.88 (the "**Allowed Admin Claim**").

       3.       Debtor is directed to make payment on account of the Allowed Admin Claim in the amount of $14,017.64, which represents the balance due after taking into account payments previously received by the Claimant on account of the Allowed Admin Claim.

Dated: _____, 2019
White Plains, New York

                                                    HONORABLE ROBERT D. DRAIN,
                                                    UNITED STATES BANKRUPTCY JUDGE