## EXHIBIT B

Summary Spreadsheet for Winners' 21 Shipments

| Shipment No. | Shipment details | Counterparty | Booking No. | Forwarder's Cargo Receipt No. | Invoice no. | Container Nos. | Order amount | Payment Term | ETD/ Sailing Date | Payment Due Date | CODE address | Shipping Company | Maersk confirmed delivery date | APL confirmed delivery date | YANG MING confirmed delivery date | Administrative Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Kmart store tree+Kmart store greenery 31*40HQ containers | Kmart Corporation | 965601588 | 7795517356 | 201820480925 | BSIU9844925; CAXU9968162; HASU4278402; MAXU6255960; MRKU2236621; MRKU2432671; MRKU2470012; MRKU2883628; MRKU3043611; MRKU3244154; MRKU3371631; MRKU4031507; MRKU4347558; MRKU4668981; MRKU5892114; MRKU6270007; MRSU3853620; MSKU0232629; MSKU1030089; MSKU1111832; MSKU8950561; MSKU9612701; MSKU9733339; PONU7196122; PONU7291290; PONU7532567; TCLU8372677; TCNU8128863; TGHU6604279; TLLU5238317; TRLU6808605 | $1,059,016.27 | ETD TT 74 DAYS | 7/25/2018 | 10/8/2018 | WCD Wilmington,CA 90744 Door | MAERSK | 16-Aug-18 | | | Undetermined |
| 2 | Kmart store tree, 6*40HQ containers | Kmart Corporation | 965641458 | 7795614959 | 201820920555 | CAIU7150220; HASU5138350; MIEU0002012; MRKU5538137; TCLU9214995; TGHU8349655 | $156,552.65 | ETD TT 74 DAYS | 7/30/2018 | 10/13/2018 | WCD Wilmington,CA | MAERSK | 23-Aug-18 | | | Undetermined |
| 3 | Sears store tree 36*40HQ containers | Sears, Roebuck and Co. | 965733445 | 7795584192 | 201820738719 | GESU5333919; GESU6427777; HASU5091669; HJMU1433327; MRKU2582012; MRKU2742804; MRKU3631106; MRKU3763041; MRKU3909373; MRKU4526018; MRKU4864680; MRKU4869212; MRKU6325033; MRSU3931087; MSKU0948779; MSKU1069440; MSKU1548951; MSKU1606209; MSKU8235584; MSKU8556703; MSKU9028703; MSKU9112732; MSKU9131455; MSKU9286694; MSKU9478470; MSKU9799790; MSKU9892238; PONU7819074; SUDU8846524; TCLU5058560; TCLU8058434; TCNU2740608; TCNU7605940; TLLU5279023; TRLU8098204; UESU4522824 | $1,036,505.05 | ETD TT 74 DAYS | 7/30/2018 | 10/13/2018 | SHW/Wilmington,CA 90744 Door | MAERSK | 21-Aug-18 | | | Undetermined |
| 4 | Sears store tree 3*40HQ containers | Sears, Roebuck and Co. | 577679625 | 7795674821 | 201821060906 | MSKU0416354; MSKU1272312; MSKU8405187 | $93,983.84 | ETD TT 74 DAYS | 8/6/2018 | 10/20/2018 | SHW/Wilmington,CA 90744 Door | MAERSK | 30-Aug-18 | | | Undetermined |
| 5 | Kmart online 1*40HQ | Kmart Corporation | 965779815 | 7795645077 | 201820904112 | MSKU9965205 | $37,582.00 | ETD TT 74 DAYS | 8/6/2018 | 10/20/2018 | WCD Wilmington,CA | MAERSK | 29-Aug-18 | | | Undetermined |
| 6 | Sears online 1*40HQ | Sears, Roebuck and Co. | 965769975 | 7795645022 | 201820903961 | MSKU9965205; SUDU6642727 | $42,830.00 | ETD TT 74 DAYS | 8/6/2018 | 10/20/2018 | SHW/Wilmington,CA 90744 Door | MAERSK | 30-Aug-18 | | | Undetermined |
| 7 | Kmart store tree, 1*40HQ container | Kmart Corporation | 751005522 | 779577732T | 201821333448 | CMAU5368113 | $38,385.00 | ETD TT 74 DAYS | 8/19/2018 | 11/2/2018 | MOR/Fairless Hills,PA 19030 Door | APL | | 10/03/18 to 10/05/18 | | 503(b)(9) |
| 8 | Kmart store tree, 5 containers | Kmart Corporation | 750932894 | 7795819086 | 201821137567 | APHU6879974; CMAU4221473; CMAU4492691; CMAU7102396; TRLU7468222 | $156,142.44 | ETD TT 74 DAYS | 8/26/2018 | 11/9/2018 | MOR/Fairless Hills,PA 19030 Door | APL | | 09/27/18 to 09/28/18 | | 503(b)(9) |
| 9 | Sears store tree 1 container | Sears, Roebuck and Co. | 750932897 | 7795819053 | 201821411437 | TCNU2997216 | $22,922.00 | ETD TT 74 DAYS | 8/26/2018 | 11/9/2018 | RWB/Wilkes-Barre,PA 18706 | APL | | 09/26/18 to 09/28/18 | | 503(b)(9) |
| 10 | Sears store tree 1*40HQ | Sears, Roebuck and Co. | E30059534801 | 7795813410 | 201821289109 | YMLU8856018 | $22,825.00 | ETD TT 74 DAYS | 8/28/2018 | 11/11/2018 | RJA Jacksonville FL 32218 Door | YANG MING | | | 28-Sep-18 | 503(b)(9) |
| 11 | Sears store tree, 9 containers 9*40HQ | Sears, Roebuck and Co. | 751021619 | 7795872150 | 201821238135 | APHU6957193; BMOU6711760; CMAU7396109; ECMU9729747; TCLU1882180; TCNU1855346; TCNU4013423; TCNU9844517; TLLU5006034 | $282,236.20 | ETD TT 74 DAYS | 9/2/2018 | 11/16/2018 | RWB/Wilkes-Barre,PA 18706 Door | APL | | 10/03/18 to 10/05/18 | | 503(b)(9) |
| 12 | Kmart store tree 2*40HQ | Kmart Corporation | 965880940 | 7795872601 | 201821293093 | MRKU5914194; MSKU0962972 | $75,334.92 | ETD TT 74 DAYS | 9/4/2018 | 11/18/2018 | ONT/Ontario,CA 91761 Door | MAERSK | 01-Oct-18 | | | 503(b)(9) |
| 13 | Kmart store tree 22*40HQ | Kmart Corporation | 965846546 | 7795872469 | 201821492528 | CAIU8185134; CLHU8522683; HASU4222255; HASU4740547; MRKU2792322; MRKU3211382; MRKU3278724; MRKU3525090; MRKU3696236; MRKU4366922; MRKU4707084; MRKU5814209; MRKU6451670; MRKU6477416; MRSU3575319; MSKU0291215; MSKU0334472; MSKU9255380; MSKU9840300; PONU7196708; TCNU8636695; TGBU6849731 | $667,264.50 | ETD TT 74 DAYS | 9/4/2018 | 11/18/2018 | WCD/Wilmington,CA90744 Door | MAERSK | 26-Sep-18 | | | 503(b)(9) |
| 14 | Sears store tree 6*40HQ | Sears, Roebuck and Co. | W30230350901 | 7795877617 | 201821297012 | CAIU4288704; DRYU9528347; TLLU4102331; YMMU6002780; YMMU6140141; YMMU6208827 | $183,483.30 | ETD TT 74 DAYS | 9/5/2018 | 11/19/2018 | RDE/Deland,CA 93215 Door | YANG MING | | | 09/28/18 to 09/29/18 | 503(b)(9) |
| 15 | Sears store tree 2*40HQ | Sears, Roebuck and Co. | 750686757 | 7795936258 | 201821297068 | FSCU6830299; GESU5228451 | $45,747.00 | ETD TT 74 DAYS | 9/7/2018 | 11/21/2018 | RGA/Garland,TX 75041 Door | APL | | 10/01/18 to10/05/18 | | 503(b)(9) |
| 16 | Sears store tree 13*40HQ | Sears, Roebuck and Co. | 965924393 | 7795946048 | 201821569708 | CAIU7223121; MRKU6099635; MRSU3342488; MRSU3810296; MRSU4413454; MSKU8752036; SUDU8774208; SUDU8887230; TCKU6572046; TCLU9528419; TGBU6844513; TGBU6852083; TGBU6853958 | $386,729.73 | ETD TT 74 DAYS | 9/11/2018 | 11/25/2018 | SHW/Wilmington,CA 90744 Door | MAERSK | 09-Oct-18 | | | 503(b)(9) |
| 17 | Sears storetree 15*40HQ | Sears, Roebuck and Co. | 965963456 | 7795987694 | 201821848426 | CAIU8318638; HASU4837727; MRKU2189920; MRKU3943167; PONU7250244; PONU7352400; TCKU6575894; TCKU6576015; TCKU6578189; TCKU6586780; TCKU6591370; TCNU1483450; TCNU1842565; TCNU1957332; TCNU2778431 | $464,650.00 | ETD TT 74 DAYS | 9/22/2018 | 12/6/2018 | SHW WILMINGTON, CA 90740 DOOR | MAERSK | 18-Oct-18 | | | 503(b)(1)(A) |
| 18 | Kmart store tree 6*40HQ | Kmart Corporation | 965891001 | 7795990147 | 201821845945 | BEAU5022036; MRKU3816666; PONU8193792; SUDU8752934; TCKU6572175; TCKU6588783 | $180,799.86 | ETD TT 74 DAYS | 9/22/2018 | 12/6/2018 | WCD Wilmington,CA | MAERSK | 11-Oct-18 | | | 503(b)(9) |
| 19 | Kmart store tree 2*40HQ | Kmart Corporation | 965891046 | 7796069380 | 201822257795 | TCNU1957353; TCNU1957369 | $88,038.72 | ETD TT 74 DAYS | 9/28/2018 | 12/12/2018 | WCD WILMINGTON, CA | MAERSK | 20-Oct-18 | | | 503(b)(1)(A) |
| 20 | Sears store tree 8*40HQ | Sears, Roebuck and Co. | 966057087 | 7796039812 | 201821849073 | BSIU9729259; MRKU3892199; MRKU4757845; MRKU6138900; MSKU1512291; MSKU8153439; MSKU8401263; TCLU5961544 | $290,476.60 | ETD TT 74 DAYS | 9/28/2018 | 12/12/2018 | SHW WILMINGTON, CA | MAERSK | 20-Oct-18 | | | 503(b)(1)(A) |
| 21 | Sears store tree 1*40HQ | Sears, Roebuck and Co. | 966098896 | 7796110641 | 201822318340 | CLHU8626651 | $27,696.00 | ETD TT 74 DAYS | 10/3/2018 | 12/17/2018 | SHW WILMINGTON, CA | MAERSK | 25-Oct-18 | | | 503(b)(1)(A) |
| | | | | | | | $5,359,201.08 | | | | | | | | | |