## EXHIBIT C

Documents Related to Shipment No. 1:

Forwarder's Cargo Receipt No. 7795517356 (with Invoice No. 201820480925 and related packing list attached)

**UPS Supply Chain Solutions** ℠

UPS SUPPLY CHAIN SOLUTIONS, INC.
**FORWARDER'S CARGO RECEIPT**

U S License No: 275F

| | | |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED | 965601588 | 7795517356 |
| UNIT A, 10/F., WAH LUNG BUILDING | | |
| 49-53 WANG LUNG STREET, TSUEN WAN | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| NEW TERRITORIES | AWB 7795517356 | 20-JUL-2018 |
| HONG KONG | | |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to conta
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is limit
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN,CHINA | |
| EXPORT CARRIER (VESSEL V/OY/FLAG) | PORT OF LOADING | |
| MSC VEGA 829N | YANTIAN,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON-CARRIER | NO. OF ORIGINALS |
| LOS ANGELES,CA | WILMINGTON,CA | 1/ONE |

| PARTICULARS FURNISHED BY SHIPPER | | | | | |
|---|---|---|---|---|---|
| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | | GROSS WEIGHT | MEASUREMENT |
| CTRNO: BSIU9844925<br>SEALCODE1:<br>CN0337726<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 470 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2P7L/B2P7M<br>DEPT#009<br>REF#802 | | 6580.000 KG<br>14506.410 LB | 65.112 M<br>2299.105 F |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: 02-JUL-2018 | This shipment will be handled subject to the terms set forth he and on the reverse of this document which are incorporated he by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit. |
|---|---|
| Document List | As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | |
| PACKING LIST | 0 | 1 |

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 07 | 2018 |
|---|---|---|
| Month _____ | Day _____ | Year _____ |

**UPS Supply Chain Solutions** ℠

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | | |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED | 965601588 | 7795517356 |
| UNIT A, 10/F., WAH LUNG BUILDING | | |
| 49-53 WANG LUNG STREET, TSUEN WAN | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| NEW TERRITORIES | AWB 7795517356 | 20-JUL-2018 |
| HONG KONG | | |

CONSIGNEE (COMPLETE NAME AND ADDRESS) (CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is limi
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unl
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN,CHINA | |
| EXPORT CARRIER (VESSEL V/OY) (FLAG) | PORT OF LOADING | |
| MSC VEGA 829N | YANTIAN,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON-CARRIER | NO. OF ORIGINALS |
| LOS ANGELES,CA | WILMINGTON,CA | ONE |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN |
|---|---|---|---|---|
| CTRNO: CAXU9968162 SEALCODE1: CN0586750 MARKS & NO: KMART ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 1274 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE KMART PO#B2P79 DEPT#009 REF#802 | 6370.000 KG 14043.440 LB | 67.641 M 2388.404 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 02-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Sup
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 07 | 2018 |
|---|---|---|
| Month _____ | Day _____ | Year _____ |




**UPS Supply Chain Solutions** ℠

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

OTI License No. 275F

# UPS Supply Chain Solutions™

OTI License No. 275F

| | | |
|---|---|---|
| SHIPPER | 965601588 | 7795517356 |
| WINNERS INDUSTRY COMPANY LIMITED | | |
| UNIT A, 10/F., WAH LUNG BUILDING | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| 49-53 WANG LUNG STREET, TSUEN WAN | AWB 7795517356 | 20-JUL-2018 |
| NEW TERRITORIES | | |
| HONG KONG | | |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

## THIS IS NOT A DOCUMENT OF TITLE.

### UPS SUPPLY CHAIN SOLUTIONS, INC.
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent g order and condition from Shipper, the package(s) listed below are said to con the goods hereinafter described. This receipt is not valid unless verified signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unle higher value is declared on this receipt and the extra charge paid, liability is lin to $0.50 per pound of goods lost or damaged. If COGSA governs with the for law, its limitation, described in paragraph 3 on the reverse hereof, controls un a higher value is declared.

Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| | | |
|---|---|---|
| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER
YANTIAN, CHINA | EXPORT LICENSE NO. |
| EXPORT CARRIER (VESSEL V OY / FLAG)
MSC VEGA 829N | PORT OF LOADING
YANTIAN, CHINA | |
| PORT OF DISCHARGE
LOS ANGELES, CA | PLACE OF DELIVERY BY ON-CARRIER
WILMINGTON, CA | NO. OF ORIGINALS
1/ONE |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREM |
|---|---|---|---|---|
| CTRNO:
HASU4278402
SEALCODE1:
CN0000079
MARKS & NO:
KMART
ITEM NO:
MADE IN: CHINA
(MAINLAND)
CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 550 CARTON
SAID TO CONTAIN
ARTIFICIAL CHRISTMAS TREE
KMART PO#B2NQ5/B2P7L
DEPT#009
REF#802

ORIGINAL | 6160.000 KG
13580.470 LB | 65.961
2329.08; |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: 02-JUL-2018 | | | This shipment will be handled subject to the terms set forth and on the reverse of this document which are incorporated by reference. These Terms limit or exclude UPS Supply Solutions liability and include certain indemnities to UPS S Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |
|---|---|---|---|
| Document List | Original | Copy | |
| COMMERCIAL INVOICE | 0 | | |
| PACKING LIST | 0 | 1 | |

SHENZHEN

Issued by _____

| Aug | 07 | 2018 |
|---|---|---|
| Month _____ | Day _____ | Year _____ |

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT



UPS Supply Chain Solutions™          OTI License No. 275F

UPS Supply Chain Solutions℠

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | | |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED | 9656011588 | 7795517356 |
| UNIT A, 10/F., WAH LUNG BUILDING | | |
| 49-53 WANG LUNG STREET, TSUEN WAN | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| NEW TERRITORIES | AWB 7795517356 | 20-JUL-2018 |
| HONG KONG | | |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent g
order and condition from Shipper, the package(s) listed below are said to con
the goods hereinafter described. This receipt is not valid unless verified
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is lim
to $0.50 per pound of goods lost or damaged. If COGSA governs with the forc
law, its limitation, described in paragraph 3 on the reverse hereof, controls unl
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN, CHINA | |
| EXPORT CARRIER (VESSEL V/OY/FLAG) | PORT OF LOADING | |
| MSC VEGA 829N | YANTIAN, CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES, CA | WILMINGTON, CA | NONE |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN |
|---|---|---|---|---|
| CTRNO: MAXU6255960 SEALCODE1: CN0326397 MARKS & NO: KMART ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 346 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE KMART PO#B2PEQ/B2PER DEPT#009 REF#802 | 7266.800 KG 16020.550 LB | 66.138 M 2335.333 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 02-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Sup
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 07 | 2018 |
|---|---|---|
| Month _____ | Day _____ | Year _____ |

UPS Supply Chain Solutions℠

UPS SUPPLY CHAIN SOLUTIONS, INC.

**UPS Supply Chain Solutions**     **FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER | | |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | 96560 1588 | 7795517356 |
| | EXPORT REFERENCES<br>AWB 7795517356 | DATE OF RECEIPT OF CARGO<br>20-JUL-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good
order and condition from Shipper, the package(s) listed below are said to contain
the goods hereinafter described. This receipt is not valid unless verified and
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a
higher value is declared on this receipt and the extra charge paid, liability is limited
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of
law, its limitation, described in paragraph 3 on the reverse hereof, controls unless
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN, CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL /VOY/FLAG)<br>MSC VEGA 829N | PORT OF LOADING<br>YANTIAN, CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES, CA | PLACE OF DELIVERY BY ON-CARRIER<br>WILMINGTON, CA | NO. OF ORIGINALS<br>1 ONE |

| PARTICULARS FURNISHED BY SHIPPER | | | | |
|---|---|---|---|---|
| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
| CTRNO:<br>MRKU2236621<br>SEALCODE1:<br>CN0326483<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 905 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2PL2/B2PBU<br>DEPT#009<br>REF#802 | 5023.130 KG<br>11074.100 LB | 65.103 M<br>2298.787 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have
received the following documents from shipper
on: 02-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Sup
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 07 | 2018 |
|---|---|---|
| Month | Day | Year |



UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

UPS Supply Chain Solutions

OTI License No. 275F

# UPS Supply Chain Solutions ™ **ups**

UPS SUPPLY CHAIN SOLUTIONS, INC.

**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER (COMPLETE NAME AND ADDRESS) | | |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | 965601588 | 7795517356 |
| | EXPORT REFERENCES<br>AWB 7795517356 | DATE OF RECEIPT OF CARGO<br>20-JUL-2018 |

CONSIGNEE (COMPLETE NAME AND ADDRESS) (IF CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good
order and condition from Shipper, the package(s) listed below are said to contain
the goods hereinafter described. This receipt is not valid unless verified and
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a
higher value is declared on this receipt and the extra charge paid, liability is limited
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of
law, its limitation, described in paragraph 3 on the reverse hereof, controls unless
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN, CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORTING CARRIER (VESSEL/VOYAGE/FLAG)<br>MSC VEGA 829N | PORT OF LOADING<br>YANTIAN, CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES, CA | PLACE OF DELIVERY BY ON-CARRIER<br>WILMINGTON, CA | NO. OF ORIGINALS<br>1/ONE |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MRKU2432671<br>SEALCODE1:<br>CN0003479<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 1399 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2PL0/B2PL1<br>DEPT#009<br>REF#802 | 12802.200 KG<br>28224.010 LB | 65.084 M<br>2298.116 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have
received the following documents from shipper
on: 02-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | 0 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here
and on the reverse of this document which are incorporated here
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month __Aug__ Day __07__ Year __2018__

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

UPS Supply Chain Solutions ™ **ups**

OTI License No. 275F

SOLUTIONS, INC.

**UPS Supply Chain Solutions**℠ UPS

**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING # 985601588 | 7795517356 |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED | | |
| UNIT A, 10/F., WAH LUNG BUILDING | | |
| 49-53 WANG LUNG STREET, TSUEN WAN | EXPORT REFERENCES AWB 7795517356 | DATE OF RECEIPT OF CARGO 20-JUL-2018 |
| NEW TERRITORIES | | |
| HONG KONG | | |

CONSIGNEE (NO-NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to conta
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is limit
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER YANTIAN,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL)(V)(FLAG) MSC VEGA 829N | PORT OF LOADING YANTIAN,CHINA | |
| PORT OF DISCHARGE LOS ANGELES,CA | PLACE OF DELIVERY BY ON-CARRIER WILMINGTON,CA | NO OF ORIGINALS 1/ONE |

| PARTICULARS FURNISHED BY SHIPPER | | | | |
|---|---|---|---|---|
| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
| CTRNO: MRKU2470012 SEALCODE1: CN0003347 MARKS & NO: KMART ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 780 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE KMART PO#B2NQ3/B2P7G DEPT#009 REF#802 | 5526.000 KG 12182.740 LB | 67.273 M 2375.410 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have
received the following documents from shipper
on: 02-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | 0 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 07 | 2018 |
|---|---|---|
| Month _____ | Day _____ | Year _____ |

**UPS Supply Chain Solutions**℠ UPS

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

**UPS Supply Chain Solutions℠** 

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

SHIPPER (COMPLETE NAME AND ADDRESS)
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

| 965601588 | 7795517356 |
|---|---|
| EXPORT REFERENCES AWB 7795517356 | DATE OF RECEIPT OF CARGO 20-JUL-2018 |

CONSIGNEE (COMPLETE NAME AND ADDRESS OR CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent goo
order and condition from Shipper, the package(s) listed below are said to conta
the goods hereinafter described. This receipt is not valid unless verified an
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is limit
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER YANTIAN,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORTING CARRIER (VESSEL/VOY) (FLAG) MSC VEGA 829N | PORT OF LOADING YANTIAN,CHINA | |
| PORT OF DISCHARGE LOS ANGELES,CA | INTENDED PLACE OF DELIVERY BY CARRIER WILMINGTON,CA | NO. OF ORIGINALS 1/ONE |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MRKU2883628<br>SEALCODE1:<br>CN0326137<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 1010 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2P7A/B2NQ3<br>DEPT#009<br>REF#802 | 5160.000 KG<br>11375.850 LB | 67.439 M<br>2381.271 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 02-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth her
and on the reverse of this document which are incorporated her
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 07 | 2018 |
|---|---|---|
| Month | Day | Year |



UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

**UPS Supply Chain Solutions** ℠   UPS

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER | 965601588 | 7795517356 |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED | | |
| UNIT A, 10/F., WAH LUNG BUILDING | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| 49-53 WANG LUNG STREET, TSUEN WAN | AWB 7795517356 | 20-JUL-2018 |
| NEW TERRITORIES | | |
| HONG KONG | | |

CONSIGNED (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent g
order and condition from Shipper, the package(s) listed below are said to con
the goods hereinafter described. This receipt is not valid unless verified
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is limi
to $0.50 per pound of goods lost or damaged. If COGSA governs with the forc
law, its limitation, described in paragraph 3 on the reverse hereof, controls unl
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER YANTIAN,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL V0Y/FLAG) MSC VEGA 829N | PORT OF LADING YANTIAN,CHINA | |
| PORT OF DISCHARGE LOS ANGELES,CA | PLACE OF DELIVERY BY ON CARRIER WILMINGTON,CA | NUMBER OF ORIGINALS 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN |
|---|---|---|---|---|
| CTRNO: MRKU3043611 SEALCODE1: CN0337411 MARKS & NO: KMART ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 559 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE KMART PO#B2P7G/B2P7H DEPT#009 REF#802 | 7826.000 KG 17253.370 LB | 65.296 2305.602 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have
received the following documents from shipper
on: 02-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth h
and on the reverse of this document which are incorporated h
by reference. These Terms limit or exclude UPS Supply Ch
Solutions liability and include certain indemnities to UPS Sup
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 07 | 2018 |
|---|---|---|
| Month | Day | Year |



UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

# UPS Supply Chain Solutions ℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | 7795517356 |
|---|---|---|
| WINNER'S INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | | |
| | **EXPORT REFERENCES**<br>AWB 7795517356 | **DATE OF RECEIPT OF CARGO**<br>20-JUL-2018 |

CONSIGNEE (COMPLETE NAME AND ADDRESS) (IF CONSIGNED TO ORDER)
**KMART CORPORATION**
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good
order and condition from Shipper, the package(s) listed below are said to contain
the goods hereinafter described. This receipt is not valid unless verified and
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a
higher value is declared on this receipt and the extra charge paid, liability is limited
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of
law, its limitation, described in paragraph 3 on the reverse hereof, controls unless
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
**UPS SUPPLY CHAIN SOLUTIONS**
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY)(FLAG)<br>MSC VEGA 629N | PORT OF LOADING<br>YANTIAN,CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES,CA | PLACE OF DELIVERY BY ON-CARRIER<br>WILMINGTON,CA | NUMBER OF ORIGINALS |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MRKU3244154<br>SEALCODE1:<br>CN0557342<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 342 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2PEQ<br>DEPT#009<br>REF#802 | 7250.400 KG<br>15984.390 LB | 66.636 M<br>2352.917 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: 02-JUL-2018 | | | This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit. |
|---|---|---|---|
| Document List | Original | Copy | |
| COMMERCIAL INVOICE | 0 | | |
| PACKING LIST | 0 | 1 | |

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 07 | 2018 |
|---|---|---|
| Month _____ | Day _____ | Year _____ |



**UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT**

UPS Supply Chain Solutions ℠

**UPS Supply Chain Solutions**     OTI License No. 275F

## UPS SUPPLY CHAIN SOLUTIONS, INC.
## FORWARDER'S CARGO RECEIPT

SHIPPER (PRINCIPAL'S NAME & ADDRESS)
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| BOOKING NO. | CARGO RECEIPT NO. |
|---|---|
| | 7795517356 |

| EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
|---|---|
| AWB 7795517356 | 20-JUL-2018 |

### THIS IS NOT A DOCUMENT OF TITLE.

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to conta
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is limit
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER YANTIAN, CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL /VOY/FLAG) MSC VEGA 829N | PORT OF LOADING YANTIAN, CHINA | |
| PORT OF DISCHARGE LOS ANGELES, CA | PLACE OF DELIVERY BY ON-CARRIER WILMINGTON, CA | NUMBER OF ORIGINALS |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MRKU3371631 SEALCODE1: CN0337355 MARKS & NO: KMART ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 578 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE KMART PO#B2P7N/B2PEM DEPT#009 REF#802 | 8092.000 KG 17839.800 LB | 65.013 M 2295.609 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have
received the following documents from shipper
on: 02-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 0 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 07 | 2018 |
|---|---|---|
| Month | Day | Year |

UPS SUPPLY CHAIN SOLUTIONS, INC.

**UPS Supply Chain Solutions℠**

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED UNIT A, 10/F., WAH LUNG BUILDING 49-53 WANG LUNG STREET, TSUEN WAN NEW TERRITORIES HONG KONG | | 7795517356 |
| | EXPORT REFERENCES AWB 7795517356 | DATE OF RECEIPT OF CARGO 20-JUL-2018 |

CONSIGNEE (COMPLETE NAME AND ADDRESS) (IF CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go order and condition from Shipper, the package(s) listed below are said to conta the goods hereinafter described. This receipt is not valid unless verified a signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limit to $0.50 per pound of goods lost or damaged. If COGSA governs with the force law, its limitation, described in paragraph 3 on the reverse hereof, controls unle a higher value is declared.
Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER YANTIAN, CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY) (FLAG) MSC VEGA 829N | PORT OF LOADING YANTIAN, CHINA | |
| PORT OF DISCHARGE LOS ANGELES, CA | PLACE OF DELIVERY BY ON-CARRIER WILMINGTON, CA | NUMBER OF ORIGINALS |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MRKU4031507 SEALCODE1: CN0337664 MARKS & NO: KMART ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 578 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE KMART PO#B2PEM DEPT#009 REF#802 | 8092.000 KG 17839.800 LB | 65.014 M 2295.644 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 02-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he and on the reverse of this document which are incorporated he by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 07 | 2018 |
|---|---|---|
| Month _____ | Day _____ | Year _____ |



**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

**UPS Supply Chain Solutions℠** 

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| | |
|---|---|
| SHIPPER (COMPLETE NAME AND ADDRESS)<br>WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | BOOKING NO.<br><br>CARGO RECEIPT NO.<br>7795517356 |
| | EXPORT REFERENCES<br>AWB 7795517356 | DATE OF RECEIPT OF CARGO<br>20-JUL-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good
order and condition from Shipper, the package(s) listed below are said to contain
the goods hereinafter described. This receipt is not valid unless verified and
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a
higher value is declared on this receipt and the extra charge paid, liability is limited
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of
law, its limitation, described in paragraph 3 on the reverse hereof, controls unless
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL V/OY/FLAG)<br>MSC VEGA 829N) | PORT OF LOADING<br>YANTIAN,CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES,CA | PLACE OF DELIVERY BY ON-CARRIER<br>WILMINGTON,CA | NUMBER OF ORIGINALS |

| PARTICULARS FURNISHED BY SHIPPER | | | | |
|---|---|---|---|---|
| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
| CTRNO:<br>MRKU4347558<br>SEALCODE1:<br>CN0327415<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 574 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2P7M/B2P7N<br>DEPT#009<br>REF#802<br><br>ORIGINAL | 8036.000 KG<br>17716.340 LB | 65.672 M3<br>2318.878 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have
received the following documents from shipper
on:   02-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | 0 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here
and on the reverse of this document which are incorporated here
by reference. These Terms limit or exclude UPS Supply Chain
Solutions liability and include certain indemnities to UPS Supply
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 07 | 2018 |
|---|---|---|
| Month _____ | Day _____ | Year _____ |

UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS Supply Chain Solutions℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | |
|---|---|
| SHIPPER: **WINNERS INDUSTRY COMPANY** LIMITED | BOOKING NO. **7795517356** |
| UNIT A, 10/F., WAH LUNG BUILDING | |
| 49-53 WANG LUNG STREET, TSUEN WAN | EXPORT REFERENCES **AWB 7795517356** / DATE OF RECEIPT OF CARGO **20-JUL-2018** |
| NEW TERRITORIES | |
| HONG KONG | |

CONSIGNEE (NON NEGOTIABLE UNLESS CONSIGNED TO ORDER)
**KMART CORPORATION**
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to conta
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is limit
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
**UPS SUPPLY CHAIN SOLUTIONS**
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER **YANTIAN,CHINA** | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL V0Y) (FLAG) **MSC VEGA 829N** | PORT OF LOADING **YANTIAN,CHINA** | |
| PORT OF DISCHARGE **LOS ANGELES,CA** | INTENDED DELIVERY BY ON-CARRIER **WILMINGTON,CA** | NUMBER OF ORIGINALS |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MRKU4688981<br>SEALCODE1:<br>CN0327362<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 560 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2P7G<br>DEPT#009<br>REF#802 | 7840.000 KG<br>17284.240 LB | 65.411 M<br>2309.662 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: **02-JUL-2018**

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 07 | 2018 |
|---|---|---|
| Month _____ | Day _____ | Year _____ |



**UPS SUPPLY CHAIN SOLUTIONS, INC.**
FORWARDER'S CARGO RECEIPT



**UPS Supply Chain Solutions**℠

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED | | 7795517356 |
| UNIT A, 10/F., WAH LUNG BUILDING | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| 49-53 WANG LUNG STREET, TSUEN WAN | AWB 7795517356 | 20-JUL-2018 |
| NEW TERRITORIES | | |
| HONG KONG | | |

CONSIGNEE (NON-NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to conta
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is limit
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN, CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MSC VEGA 829N | PORT OF LOADING<br>YANTIAN, CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES, CA | PLACE OF DELIVERY BY ON-CARRIER<br>WILMINGTON, CA | NUMBER OF ORIGINALS |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MRKU5892114<br>SEALCODE1:<br>CN0326063<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 342 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2PEQ<br>DEPT#009<br>REF#802 | 7250.400 KG<br>15984.390 LB | 66.636 M<br>2352.917 F |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 02-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 07 | 2018 |
|---|---|---|
| Month _____ | Day _____ | Year _____ |

UPS SUPPLY CHAIN SOLUTIONS, INC.





**UPS Supply Chain Solutions** ℠

OTI License No. 275F

# UPS SUPPLY CHAIN SOLUTIONS, INC.
## FORWARDER'S CARGO RECEIPT

SHIPPER:
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

BOOKING NO.
7795517356

EXPORT REFERENCES
AWB 7795517356

DATE OF RECEIPT OF CARGO
20-JUL-2018

CONSIGNEE (COMPLETE NAME AND ADDRESS OR CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is limit
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

EXPORT LICENSE NO.

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER YANTIAN,CHINA | EXPORT LICENSE NO. |
| EXPORTING CARRIER (VESSEL/VOY.) (FLAG) MSC VEGA 829N | PORT OF LOADING YANTIAN,CHINA | |
| PORT OF DISCHARGE LOS ANGELES,CA | PLACE OF DELIVERY BY ON-CARRIER WILMINGTON,CA | NUMBER OF ORIGINALS |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MRKU6270007<br>SEALCODE1:<br>CN0337255<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 400 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2P7L<br>DEPT#009<br>REF#802 | 5600.000 KG<br>12345.880 LB | 66.152 M<br>2335.827 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 02-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month __Aug__ Day __07__ Year __2018__



UPS SUPPLY CHAIN SOLUTIONS, INC.

**UPS Supply Chain Solutions™**

OTI License No. 275F

## UPS SUPPLY CHAIN SOLUTIONS, INC.
## FORWARDER'S CARGO RECEIPT

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | | BOOKING NO. | | CARGO RECEIPT NO. 7795517356 |
|---|---|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED | | 7795517356 | | |

WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

| EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
|---|---|
| AWB 7795517356 | 20-JUL-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

### THIS IS NOT A DOCUMENT OF TITLE.
### UPS SUPPLY CHAIN SOLUTIONS, INC.

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER YANTIAN,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL VOY/FLAG) MSC VEGA 829N | PORT OF LOADING YANTIAN,CHINA | |
| PORT OF DISCHARGE LOS ANGELES,CA | PLACE OF DELIVERY BY ON-CARRIER WILMINGTON,CA | NUMBER OF ORIGINALS |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MRSU3853620 SEALCODE1: CN0326218 MARKS & NO: KMART ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 354 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE KMART PO#B2PER DEPT#009 REF#802 | 7292.400 KG 16076.990 LB | 65.004 M3 2295.291 F3 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 02-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 07 | 2018 |
|---|---|---|
| Month | Day | Year |



UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

# UPS Supply Chain Solutions ℠

**OTI License No. 275F**

## UPS SUPPLY CHAIN SOLUTIONS, INC.
## FORWARDER'S CARGO RECEIPT

SHIPPER (EXPORTER) (COMPLETE NAME AND ADDRESS)
**WINNERS INDUSTRY COMPANY** LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

| BOOKING NO. | |
|---|---|
| | 7795517356 |

| EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
|---|---|
| AWB 7795517356 | 20-JUL-2018 |

CONSIGNEE (NON-NEGOTIABLE UNLESS CONSIGNED TO ORDER)
**KMART CORPORATION**
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

### THIS IS NOT A DOCUMENT OF TITLE.
### UPS SUPPLY CHAIN SOLUTIONS, INC.
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is limi
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
**UPS SUPPLY CHAIN SOLUTIONS**
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

EXPORT LICENSE NO.

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER |
|---|---|
| | YANTIAN,CHINA |

| EXPORT CARRIER (VESSEL) (VOY)(FLAG) | PORT OF LOADING |
|---|---|
| MSC VEGA 829N | YANTIAN,CHINA |

| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON-CARRIER |
|---|---|
| LOS ANGELES,CA | WILMINGTON,CA |

NUMBER OF ORIGINALS

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MSKU0232629<br>SEALCODE1:<br>CN0336468<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 342 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2PEQ<br>DEPT#009<br>REF#802 | 7250.400 KG<br>15984.390 LB | 66.636 M<br>2352.917 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have
received the following documents from shipper
on: 02-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____ ,

| Aug | 07 | 2018 |
|---|---|---|
| Month _____ | Day _____ | Year _____ |



UPS SUPPLY CHAIN SOLUTIONS, INC.

# UPS Supply Chain Solutions ℠ 

**OTI License No. 275F**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| | |
|---|---|
| SHIPPER (COMPLETE NAME AND ADDRESS)<br>WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | BOOKING NO.<br>7795517356 |
| | EXPORT REFERENCES<br>AWB 7795517356 |
| | DATE OF RECEIPT OF CARGO<br>20-JUL-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good
order and condition from Shipper, the package(s) listed below are said to contain
the goods hereinafter described. This receipt is not valid unless verified and
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is limited
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of
law, its limitation, described in paragraph 3 on the reverse hereof, controls unless
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL V'OY/FLAG)<br>MSC VEGA 829N | PORT OF LOADING<br>YANTIAN,CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES,CA | PLACE OF DELIVERY BY ON-CARRIER<br>WILMINGTON,CA | NUMBER OF ORIGINALS |

| PARTICULARS FURNISHED BY SHIPPER | | | | |
|---|---|---|---|---|
| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
| CTRNO:<br>MSKU1030089<br>SEALCODE1:<br>CN0328272<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 384 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2PEM/B2PEQ<br>DEPT#009<br>REF#802 | 7291.200 KG<br>16074.340 LB | 65.101 M<br>2298.716 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: 02-JUL-2018 | This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit. |
|---|---|

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Aug          07          2018
Month _____ Day _____ Year _____

UPS SUPPLY CHAIN SOLUTIONS, INC.

# UPS Supply Chain Solutions℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | | |
|---|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED | | 7795517356 | |
| UNIT A, 10/F., WAH LUNG BUILDING | | | |
| 49-53 WANG LUNG STREET, TSUEN WAN | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO | |
| NEW TERRITORIES | AWB 7795517356 | 20-JUL-2018 | |
| HONG KONG | | | |

CONSIGNEE (COMPLETE NAME AND ADDRESS) (IF CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

### THIS IS NOT A DOCUMENT OF TITLE.
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good
order and condition from Shipper, the package(s) listed below are said to contain
the goods hereinafter described. This receipt is not valid unless verified and
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a
higher value is declared on this receipt and the extra charge paid, liability is limited
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of
law, its limitation, described in paragraph 3 on the reverse hereof, controls unless
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN,CHINA | |
| EXPORT CARRIER (VESSEL V.OY) (FLAG) | PORT OF LOADING | |
| MSC VEGA 829N | YANTIAN,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON-CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES,CA | WILMINGTON,CA | |

| PARTICULARS FURNISHED BY SHIPPER | | | | |
|---|---|---|---|---|
| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
| CTRNO:<br>MSKU1111832<br>SEALCODE1:<br>CN0556110<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 1083 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2P7J/B2NQ5<br>DEPT#009<br>REF#802 | 8688.000 KG<br>19153.760 LB | 65.772 M<br>2322.409 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: 02-JUL-2018 | This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit. |
|---|---|

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 07 | 2018 |
|---|---|---|
| Month _____ | Day _____ | Year _____ |



**UPS SUPPLY CHAIN SOLUTIONS, INC.**



**UPS Supply Chain Solutions™**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)<br>**WINNERS INDUSTRY COMPANY LIMITED**<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | BOOKING NO.<br>**7795517356** |
| | EXPORT REFERENCES<br>AWB 7795517356 | CARGO RECEIPT NO.<br>**7795517356**<br>DATE OF RECEIPT OF CARGO<br>20-JUL-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
**KMART CORPORATION**
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
**UPS SUPPLY CHAIN SOLUTIONS**
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL)(VOY/FLAG)<br>**MSC VEGA 829N** | PORT OF LOADING<br>YANTIAN,CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES,CA | PLACE OF DELIVERY BY ON-CARRIER<br>WILMINGTON,CA | NUMBER OF ORIGINALS |

| PARTICULARS FURNISHED BY SHIPPER | | | | |
|---|---|---|---|---|
| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
| CTRNO:<br>MSKU8950561<br>SEALCODE1:<br>CN0327258<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 580 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2P7M<br>DEPT#009<br>REF#802 | 8120.000 KG<br>17901.530 LB | 66.652 M<br>2353.482 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 02-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 07 | 2018 |
|---|---|---|
| Month | Day | Year |

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

# UPS Supply Chain Solutions™ UPS

OTI License No. 275F

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | 7795517356 |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED | | |
| UNIT A, 10/F., WAH LUNG BUILDING | | |
| 49-53 WANG LUNG STREET, TSUEN WAN | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| NEW TERRITORIES | AWB 7795517356 | 20-JUL-2018 |
| HONG KONG | | |

CONSIGNEE (COMPLETE NAME AND ADDRESS) (IF CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is limit
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY / COMPLETE NAME AND ADDRESS

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER YANTIAN,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL V/OY (FLAG) MSC VEGA 829N | PORT OF LOADING YANTIAN,CHINA | |
| PORT OF DISCHARGE LOS ANGELES,CA | PLACE OF DELIVERY BY ON-CARRIER WILMINGTON,CA | NUMBER OF ORIGINALS |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MSKU9612701<br>SEALCODE1:<br>CN0321035<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 558 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2P7H<br>DEPT#009<br>REF#802 | 7812.000 KG<br>17222.510 LB | 65.178 M<br>2301.435 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have
received the following documents from shipper
on: 02-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth her
and on the reverse of this document which are incorporated her
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 07 | 2018 |
|---|---|---|
| Month | Day | Year |

UPS Supply Chain Solutions™ UPS

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

# UPS Supply Chain Solutions℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED | | 7795517356 |
| UNIT A, 10/F., WAH LUNG BUILDING | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| 49-53 WANG LUNG STREET, TSUEN WAN | AWB 7795517356 | 20-JUL-2018 |
| NEW TERRITORIES | | |
| HONG KONG | | |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go order and condition from Shipper, the package(s) listed below are said to conta the goods hereinafter described. This receipt is not valid unless verified a signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limit to $0.50 per pound of goods lost or damaged. If COGSA governs with the force law, its limitation, described in paragraph 3 on the reverse hereof, controls unle a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN,CHINA | |
| EXPORT CARRIER (VESSEL V/OY/FLAG) | PORT OF LOADING | |
| MSC VEGA 829N | YANTIAN,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON-CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES,CA | WILMINGTON,CA | |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MSKU9733339 SEALCODE1: CN0326057 MARKS & NO: KMART ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 342 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE KMART PO#B2PEQ DEPT#009 REF#802 | 7250.400 KG 15984.390 LB | 66.636 M³ 2352.917 F³ |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 02-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 0 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth her and on the reverse of this document which are incorporated her by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| | Aug | 07 | 2018 |
|---|---|---|---|
| Month | | Day | Year |



**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

**UPS Supply Chain Solutions ℠** 

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER (COMPLETE NAME AND ADDRESS) | | BOOKING NO. | 7795517356 |
|---|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED | | | |
| UNIT A, 10/F., WAH LUNG BUILDING | | | |
| 49-53 WANG LUNG STREET, TSUEN WAN | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO | |
| NEW TERRITORIES | AWB 7795517356 | 20-JUL-2018 | |
| HONG KONG | | | |

CONSIGNEE (COMPLETE NAME AND ADDRESS) (IF CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is limit
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY / COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN,CHINA | |
| EXPORT CARRIER (VESSEL VOY./FLAG) | PORT OF LOADING | |
| MSC VEGA 829N | YANTIAN,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON-CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES,CA | WILMINGTON,CA | |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: PONU7196122 SEALCODE1: CN0586641 MARKS & NO: KMART ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 533 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE KMART PO#B2P7H/B2P7J DEPT#009 REF#802 | 7882.000 KG 17376.830 LB | 65.173 M 2301.259 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 02-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 07 | 2018 |
|---|---|---|
| Month _____ | Day _____ | Year _____ |

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

**UPS Supply Chain Solutions℠** 

UPS SUPPLY CHAIN SOLUTIONS, INC.
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | |
|---|---|---|
| WINNER'S INDUSTRY COMPANY LIMITED | | 7795517356 |
| UNIT A, 10/F., WAH LUNG BUILDING | | |
| 49-53 WANG LUNG STREET, TSUEN WAN | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| NEW TERRITORIES | AWB 7795517356 | 20-JUL-2018 |
| HONG KONG | | |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is limi
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN,CHINA | |
| EXPORT CARRIER (VESSEL V/OY/FLAG) | PORT OF LOADING | |
| MSC VEGA 829N | YANTIAN,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON-CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES,CA | WILMINGTON,CA | |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: PONU7291290 SEALCODE1: CN0321070 MARKS & NO: KMART ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 634 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE KMART PO#B2PER/B2PL2 DEPT#009 REF#802 | 8842.840 KG 19495.120 LB | 66.240 M 2338.934 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 02-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 07 | 2018 |
|---|---|---|
| Month _____ | Day _____ | Year _____ |

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

**UPS Supply Chain Solutions™**

UPS SUPPLY CHAIN SOLUTIONS, INC.
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | 7795517356 |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED | | |
| UNIT A, 10/F., WAH LUNG BUILDING | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| 49-53 WANG LUNG STREET, TSUEN WAN | AWB 7795517356 | 20-JUL-2018 |
| NEW TERRITORIES | | |
| HONG KONG | | |

CONSIGNEE (COMPLETE NAME AND ADDRESS) (IF CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER YANTIAN,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORTING CARRIER (VESSEL/VOYAGE/FLAG) MSC VEGA 829N | PORT OF LOADING YANTIAN,CHINA | |
| PORT OF DISCHARGE LOS ANGELES,CA | PLACE OF DELIVERY BY ON-CARRIER WILMINGTON,CA | NUMBER OF ORIGINALS |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: PONU7532567 SEALCODE1: CN0337654 MARKS & NO: KMART ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 511 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE KMART PO#B2P7J DEPT#009 REF#802  ORIGINAL | 8176.000 KG 18024.990 LB | 66.781 M 2358.037 F |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 02-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 07 | 2018 |
|---|---|---|
| Month | Day | Year |

UPS SUPPLY CHAIN SOLUTIONS, INC.
**FORWARDER'S CARGO RECEIPT**

UPS Supply Chain Solutions™

**UPS Supply Chain Solutions℠**  ups

UPS SUPPLY CHAIN SOLUTIONS, INC.
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
**WINNER'S INDUSTRY COMPANY LIMITED**
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

| BOOKING NO. | 7795517356 |
|---|---|
| AWB 7795517356 | DATE OF RECEIPT OF CARGO 20-JUL-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
**KMART CORPORATION**
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

### THIS IS NOT A DOCUMENT OF TITLE.

#### UPS SUPPLY CHAIN SOLUTIONS, INC.

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to conta
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is limit
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.

Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
**UPS SUPPLY CHAIN SOLUTIONS**
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER YANTIAN, CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL V/OY /FLAG) MSC VEGA 829N | PORT OF LOADING YANTIAN, CHINA | |
| PORT OF DISCHARGE LOS ANGELES, CA | PLACE OF DELIVERY BY ON-CARRIER WILMINGTON, CA | NUMBER OF ORIGINALS |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: TCLU8372677 SEALCODE1: CN0000021 MARKS & NO: KMART ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 1635 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE KMART PO#B2YRV/B2P7K DEPT# 009 REF#802 | 9711.200 KG 21409.530 LB | 65.390 M³ 2308.921 F³ |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have
received the following documents from shipper
on: 02-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| | | |
|---|---|---|
| Aug | 07 | 2018 |
| Month _____ | Day _____ | Year _____ |

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

**UPS Supply Chain Solutions℠**  ups

**UPS Supply Chain Solutions**℠  (ups)

UPS SUPPLY CHAIN SOLUTIONS, INC.
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | | 7795517356 |
|---|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED | | | |
| UNIT A, 10/F., WAH LUNG BUILDING | | | |
| 49-53 WANG LUNG STREET, TSUEN WAN | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO | |
| NEW TERRITORIES | AWB 7795517356 | 20-JUL-2018 | |
| HONG KONG | | | |

CONSIGNEE (COMPLETE NAME AND ADDRESS OR CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont:
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles:
higher value is declared on this receipt and the extra charge paid, liability is limit
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER YANTIAN,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORTING CARRIER (VESSEL/VOY/FLAG) MSC VEGA 829N | PORT OF LOADING YANTIAN,CHINA | |
| PORT OF DISCHARGE LOS ANGELES,CA | PLACE OF DELIVERY BY ON-CARRIER WILMINGTON,CA | NUMBER OF ORIGINALS |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: TCNU8128863 SEALCODE1: CN0326704 MARKS & NO: KMART ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 578 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE KMART PO#B2P7N DEPT#009 REF#802 | 8092.000 KG 17839.800 LB | 65.013 M: 2295.609 F! |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 02-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 07 | 2018 |
|---|---|---|
| Month ____ | Day ____ | Year ____ |

UPS Supply Chain Solutions℠  (ups)

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

# UPS Supply Chain Solutions℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | 7795517356 |
|---|---|---|

WINNER'S INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

| EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
|---|---|
| AWB 7795517356 | 20-JUL-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to conta
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is limit
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER YANTIAN,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL)/(V)/(FLAG) MSC VEGA 829N | PORT OF LOADING YANTIAN,CHINA | |
| PORT OF DISCHARGE LOS ANGELES,CA | PLACE OF DELIVERY BY ON-CARRIER WILMINGTON,CA | NUMBER OF ORIGINALS |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>TGHU6604279<br>SEALCODE1:<br>CN0326694<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 511 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2P7J<br>DEPT#009<br>REF#802 | 8176.000 KG<br>18024.990 LB | 66.781 M:<br>2358.037 F: |

*ORIGINAL*

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 02-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____ ,

| | | |
|---|---|---|
| Aug | 07 | 2018 |
| Month _____ | Day _____ | Year _____ |



UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

**UPS Supply Chain Solutions** ℠  

**UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)<br>**WINNERS INDUSTRY COMPANY LIMITED**<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | BOOKING NO.<br>7795517356 |
| | EXPORT REFERENCES<br>AWB 7795517356     DATE OF RECEIPT OF CARGO<br>20-JUL-2018 |

CONSIGNEE (COMPLETE NAME AND ADDRESS OR CONSIGNED TO ORDER)
**KMART CORPORATION**
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
**UPS SUPPLY CHAIN SOLUTIONS**
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN, CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>**MSC VEGA 829N** | PORT OF LOADING<br>YANTIAN, CHINA | |
| PORT OF DISCHARGE<br>**LOS ANGELES,CA** | PLACE OF DELIVERY BY ON-CARRIER<br>WILMINGTON,CA | NUMBER OF ORIGINALS |

| PARTICULARS FURNISHED BY SHIPPER | | | | |
|---|---|---|---|---|
| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
| CTRNO: TLLU5238317<br>SEALCODE1:<br>CN0336684<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 582 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2P7M<br>DEPT#009<br>REF#802 | 8148.000 KG<br>17963.260 LB | 68.876 M<br>2361.392 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 02-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____,

| Aug | 07 | 2018 |
|---|---|---|
| Month | Day | Year |

**UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT**

# UPS Supply Chain Solutions™

**OTI License No. 275F**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)<br>WINNER'S INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | BOOKING NO. |  7795517356 |
| | EXPORT REFERENCES<br>AWB 7795517356 | DATE OF RECEIPT OF CARGO<br>20-JUL-2018 |

CONSIGNEE (NON-NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to conta
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is limit
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN, CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MSC VEGA 829N | PORT OF LOADING<br>YANTIAN, CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES, CA | PLACE OF DELIVERY BY ON-CARRIER<br>WILMINGTON, CA | NUMBER OF ORIGINALS |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: TRLU6808605<br>SEALCODE1:<br>CN0327259<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 511 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2P7J<br>DEPT#009<br>REF#802<br><br>CODE: WCD/WILMINGTON, CA 90744 DOOR<br>FREIGHT COLLECT<br>SHIPPER LOAD AND COUNT AND SEAL<br>THE ABOVE SHIPMENT DOES NOT CONTAINS ANY<br>SOLID WOOD PACKAGING MATERIAL.<br>SAILING DATE: 25-JUL-2018<br>FCR DATE: 20-JUL-2018 | 8176.000 KG<br>18024.990 LB | 66.781 M<br>2358.037 F |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: __02-JUL-2018__ | | | This shipment will be handled subject to the terms set forth her and on the reverse of this document which are incorporated her by reference. These Terms limit or exclude UPS Supply Chai Solutions liability and include certain indemnities to UPS Suppl Chain Solutions' benefit. |
|---|---|---|---|
| Document List | Original | Copy | As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |
| COMMERCIAL INVOICE | 0 | 0 | |
| PACKING LIST | | 1 | |

UPS SCS (CHINA) LIMITED SHENZHEN BRANCH

*Rockybang*

SHENZHEN            AS AGENT FOR
                    UPS SUPPLY CHAIN SOLUTIONS INC.
Issued by _____        Authorized Signatures

Month ___Aug___ Day ___07___ Year ___2018___

# COMMERCIAL INVOICE

**DATE:** July 18, 2018

**INVOICE NO.:** 201820040925

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:**   Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| KMART | B2NQ3 | 6FT POP UP 931 TIPS | | 1,000 | 1,000 | 29.200  USD | 29,200.00  USD |
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 140094475720 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  PIECES | | | | | | |

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION:  6FT  POP UP PVC TREE
TREE NO.: 60
LIGHT COUNT AND COLOUR: 150 CLEAR LIGHTS
TIPS COUNT:  931 TIPS
GIRTH:  28IN
100PCT PVC
WRAPPED CONSTRUCTION
PLASTIC STAND
TAH COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: WT18-931POPUP
ITEM UPC NO.: 810174025019
MATERIAL BREAKDOWN:
PLASTIC 30 PCT,METAL 30 PCT, LIGHT 40 PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2NQ3 | **REFERENCE NO.** | 802 |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | WT18-931POPU P | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**     103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**     CNDONGUADON

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| KMART | B2NQ5 | 7FT PVC PENCIL 656 TIPS | | 1,180 | 1,180 | 51.240  USD | 60,463.20  USD |
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 140094475746 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  PIECES | | | | | | |

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 7FT CSP PENCIL PINE
TREE NO.: 72
LIGHT COUNT AND COLOUR: 220 DUAL COLOR LED
TIPS COUNT:  656 TIPS
GIRTH:  24IN
100PCT PVC
WRAP CONSTRUCTION
METAL STAND
CSP COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL INCLUDED
EXTRA BULBS  INCLUDED
VENDOR STOCK NO.:  WT18-656
ITEM UPC NO.: 810174025026
MATERIAL BREAKDOWN:

# COMMERCIAL INVOICE

**DATE:** July 18, 2018

**INVOICE NO.:** 201820480925

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

PLASTIC 25PCT, METAL 15PCT,LIGHT 60PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2NQ5 | **REFERENCE NO.** | 802 |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | WT18-656 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.** CNDONGUADON

| KMART | B2P79 | 4.5FT REDWOOD BERRY FLOCKED PINE 200 LT | | 1,274 | 1,274 | 23.900 USD | 30,448.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

**ITEM:** 140095924239

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 PIECES

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 4.5FT REDWOOD PINE BERRY FLOCKED SPRUCE
TREE NO.: 44
LIGHT COUNT AND COLOUR: 200 CLEAR LIGHTS
TIPS COUNT: 440 TIPS
PVC THICKNESS: 0.07MM + 0.12MM
WIRE GAUGE ON TIPS: 20#
GIRTH: 33IN
100PCT PVC
HINGED CONSTRUCTION
PLASTIC STAND
J SMITH COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 440PB-46K
ITEM UPC NO.: 810174023442
MATERIAL BREAKDOWN:
PLASTIC 27.7PCT,METAL 10PCT, LIGHT 37.5PCT, DECORATION 24.8PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2P79 | **REFERENCE NO.** | 802 |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | 440PB-46K | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG

# COMMERCIAL INVOICE

Page 3 of 14

**DATE:** July 18, 2018

**INVOICE NO.:** 201820480925

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China
**FTY MID NO.**          CNDONGUADON

| KMART | B2P7A | 4.5FT VANCOUVER FIR 8F 150L DUAL COLOR | | 590 | 590 | 27.690  USD | 16,337.10  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 140077502318 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  PIECES | | | | | | |

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 4.5FT VANCOUVER FIR 8 FUNCTION WITH MEMORY AND REMOTE CONTROL
TREE NO. 45
LIGHT COUNT AND COLOUR: 150L LED DUAL COLOR LIGHTS
TIPS COUNT: 464 TIPS
PVC THICKNESS: 0.07MM AND 0.12MM AND 0.14MM
WIRE GAUGE ON TIPS: 20#
GIRTH: 33IN
100PCT PVC
HINGED CONSTRUCTION
PLASTIC TREE STAND
FUNCTION CONTROL BOX
8FUNCTIONS DETAIL:
1.STEADY ON
2.SLOW SPARKLING
3.QUICK SPARKLING
4.SLOW FADE
5.QUICK FADE
6.SLOW GLOW
7.FLASHING
8.COLOR SWITCHING
COLOR SWITCH PLUS COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LABEL TO BE INCLUDED
2PCS LIGHT STRING SPARE BULBS  INCLUDED
VENDOR STOCK NO.: W-464PB-46KH
ITEM UPC NO.: 810174021622
MATERIAL BREAKDOWN:
39.14PCT PVC, 27.16PCT WIRE, 7.49PCT STAND,
11.24PCT LITE, 11.24PCT METAL, 3.73PCT PLASTICS

| **CONTRACT NO.** | B2P7A | **REFERENCE NO.** | 802 |
|---|---|---|---|
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | W-464PB-46KH | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**          103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China
**FTY MID NO.**          CNDONGUADON

| KMART | B2P7G | 6.5FT CAROLINA SPR 500 CLEAR LIGHTS | | 1,200 | 1,200 | 47.500  USD | 57,000.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 140095924312 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  PIECES | | | | | | |

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE

# COMMERCIAL INVOICE

Page 4 of 14

**DATE:** July 18, 2018

**INVOICE NO.:** 201820480925

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China        **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

ITEM DESCRIPTION: 6.5FT CAROLINA SPRUCE
TREE NO.: 64A
LIGHT COUNT AND COLOUR: 500 CLEAR LIGHTS
TIPS COUNT: 713 TIPS
PVC THICKNESS:  0.07MM  + CASHMERE/HARDNEEDLE
WIRE GAUGE ON TIPS: 19# + 20#
GIRTH:  46IN
PVC 45PCT CASHMERE 55PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
J SMITH COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 713-66KHZC
ITEM UPC NO.: 810174023466
MATERIAL BREAKDOWN:
PLASTIC 34PCT,METAL 17.3PCT, LIGHT 48.7PCT
1 PC TREE PER MASTER CARTON

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2P7G | **REFERENCE NO.** | 802 | |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | |
| **VENDOR ITEM CODE** | 713-66KHZC | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**        103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**        CNDONGUADON

| KMART | B2P7H | 6.5FT CAROLINA SPRUC500 MULTI LIGHTS | 1,000 | 1,000 | 47.500  USD | 47,500.00  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 140095924320 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  PIECES | | | | | |

ARTIFICIAL PRELIT CHRISTMAS TREE
VENDOR STOCK NO.: 713-66KHZM
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 6.5FT CAROLINA SPRUCE
TREE NO.: 64B
LIGHT COUNT AND COLOUR: 500 MULTI LIGHTS
TIPS COUNT: 713 TIPS
PVC THICKNESS:  0.07MM  + CASHMERE/HARDNEEDLE
WIRE GAUGE ON TIPS: 19# + 20#
GIRTH:  46IN
PVC 45PCT CASHMERE 55PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
J SMITH COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
ITEM UPC NO.: 810174023473
MATERIAL BREAKDOWN:
PLASTIC 34PCT,METAL 17.3PCT, LIGHT 48.7PCT
1 PC TREE PER MASTER CARTON

# COMMERCIAL INVOICE

Page 5 of 14

**DATE:** July 18, 2018

**INVOICE NO.:** 201820480925

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2P7H | **REFERENCE NO.** | 802 |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | 713-66KHZM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**   103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**   CNDONGUADON

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **KMART** | B2P7J | 6.5FT VANCOUVER FIR 8F 400L DUAL COLOR | | 1,866 | 1,866 | 76.770 USD | 143,252.82 USD |
| | | | | CARTONS | PIECES | PIECES | |

**ITEM:**   140077502326

**MADE IN**   CHINA (MAINLAND)

**CONTENTS**   1 PIECES

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 6.5FT VANCOUVER FIR 8 FUNCTION WITH MEMORY AND REMOTE CONTROL
TREE NO. 65
LIGHT COUNT AND COLOUR: 400L LED DUAL COLOR LIGHTS
TIPS COUNT:  1230 TIPS
PVC THICKNESS: 0.07MM AND 0.12MM AND 0.14MM
WIRE GAUGE ON TIPS: 20#
GIRTH: 46IN
100PCT PVC
HINGED CONSTRUCTION
PLASTIC ROTATING TREE STAND
FUNCTION CONTROL BOX
LYTE SYSTEM ("LIGHT YOUR TREE EASY" SYSTEM)
8FUNCTIONS DETAIL:
1.STEADY ON
2.SLOW SPARKLING
3.QUICK SPARKLING
4.SLOW FADE
5.QUICK FADE
6.SLOW GLOW
7.FLASHING
8.COLOR SWITCHING
COLOR SWITCH PLUS COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LABEL TO BE INCLUDED
10PCS LED SPARE BULBS INCLUDED
VENDOR STOCK NO.:W-1230RT-66KHZ
ITEM UPC NO.: 810174021639
MATERIAL BREAKDOWN:
36.61PCT PVC, 33.53PCT WIRE, 9.22PCT STAND,
11.01PCT LITE, 8.26PCT METAL, 1.37PCT PLASTICS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2P7J | **REFERENCE NO.** | 802 |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | W-1230RT-66K HZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**   103562

# COMMERCIAL INVOICE

**DATE:** July 18, 2018

**INVOICE NO.:** 201820480925

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China        **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**        CNDONGUADON

| KMART | B2P7K | 7FT UNLIT HIGHLAND CASHMERE W PINECONES | | 35 | 35 | 31.770  USD | 1,111.95  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

**ITEM:**        140022226740

**MADE IN**        CHINA (MAINLAND)

**CONTENTS**        1  PIECES

ARTIFICIAL UNLIT CHRISTMAS TREE
ITEM DESCRIPTION: 7FT UNLIT HIGHLAND CASHMERE WITH PINECONES
TREE NO. 73
TIPS COUNT: 969 TIPS
PVC THICKNESS: 0.07MM, 0.12MM AND 0.4MM
WIRE GAUGE ON TIPS: 19# AND 20#
GIRTH: 46IN
100PCT PVC
HINGED CONSTRUCTION
METAL TREE STAND
JACLYN SMITH COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL,
VENDOR STOCK NO.: WT0003
ITEM UPC NO.: 810174022162
MATERIAL BREAKDOWN:
31.39PCT HARDNEEDLE, 22.61PCT PVC, 37.69PCT METAL,
5.09PCT PLASTIC, 3.22PCT DECORATION

| **CONTRACT NO.** | B2P7K | **REFERENCE NO.** | 802 |
|---|---|---|---|
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | WT0003 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**        103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**        CNDONGUADON

| KMART | B2P7L | 7FT ICELANDIC SPRUCE600L CLEAR | | 950 | 950 | 61.800  USD | 58,710.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

**ITEM:**        140022226757

**MADE IN**        CHINA (MAINLAND)

**CONTENTS**        1  PIECES

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 7FT ICELANDIC SPRUCE TREE
TREE NO. 76
LIGHT COUNT AND COLOUR: 600 CLEAR REGULAR LIGHTS
TIPS COUNT: 633 TIPS
PVC THICKNESS: 0.05MM, 0.07MM, 0.12MM AND 0.4MM

# COMMERCIAL INVOICE

**DATE:** July 18, 2018

**INVOICE NO.:** 201820480925

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China

**SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

WIRE GAUGE ON TIPS: 19# AND 20#
GIRTH: 46IN
100PCT PVC
HINGED CONSTRUCTION
METAL TREE STAND
LYTE SYSTEM ("LIGHT YOUR TREE EASY" SYSTEM)
JACLYN SMITH COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LABEL TO BE INCLUDED
SPARE BULBS AND FUSES INCLUDED
VENDOR STOCK NO.: WT0004-C
ITEM UPC NO.: 810174022179
MATERIAL BREAKDOWN:
33.67PCT HARDNEEDLE, 10.79PCT PVC, 14.3PCT METAL,
39.63PCT LIGHT, 1.61PCT PLASTIC

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2P7L | **REFERENCE NO.** | 802 |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | WT0004-C | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**    103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**    CNDONGUADON

| | | | | | | |
|---|---|---|---|---|---|---|
| **KMART** | B2P7M | 7FT COLORADO FLOCKEDPINE 600 CLEAR LT | | 1,866 | 1,866 | 62.840  USD | 117,259.44  USD |
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 140095925673 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  PIECES |

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 7FT COLORADO FLOCKED PINE
TREE NO.: 79
LIGHT COUNT AND COLOUR: 600 CLEAR LIGHTS
TIPS COUNT: 1312 TIPS
PVC THICKNESS:  0.12+0.07MM
WIRE GAUGE ON TIPS: 20#
GIRTH: 50IN
100PCT PVC
HINGED CONSTRUCTION
METAL STAND
J SMITH COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 1312-70KH
ITEM UPC NO.: 810174023480
MATERIAL BREAKDOWN:
PLASTIC 22.7PCT,METAL 21.5PCT, LIGHT 40.8PCT,DECORATION 15PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2P7M | **REFERENCE NO.** | 802 |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | 1312-70KH | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

# COMMERCIAL INVOICE

**DATE:** July 18, 2018

**INVOICE NO.:** 201820480925

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:**  Yantian, China          **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:**  Ocean

FOB China

| | | | | | | |
|---|---|---|---|---|---|---|
| **FACTORY NO.** | 103562 | | | | | |

DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.**          CNDONGUADON

| KMART | B2P7N | 7FT CLEARWATER 500 CLEAR LT | | 1,000 | 1,000 | 57.150 USD | 57,150.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 140096106174 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 PIECES | | | | | | |

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 7FT CLEARWATER SLIM CASHMERE
TREE NO.: 77A
LIGHT COUNT AND COLOUR: 500 CLEAR LIGHTS
TIPS COUNT: 961 TIPS
PVC THICKNESS: 0.07+0.12MM + CASHMERE
WIRE GAUGE ON TIPS: 19# + 20#
GIRTH: 42IN
PVC 67PCT CASHMERE 33PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
J SMITH COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 961-70KHZC
ITEM UPC NO.: 810174023497
MATERIAL BREAKDOWN:
PLASTIC 31.2PCT,METAL 20.4PCT, LIGHT 48.4PCT
1 PC TREE PER MASTER CARTON

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2P7N | **REFERENCE NO.** | 802 | |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | |
| **VENDOR ITEM CODE** | 961-70KHZC | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**          103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.**          CNDONGUADON

| KMART | B2PBU | 22IN PINE WREATH UNLIT | | 684 | 4,104 | 2.200 USD | 9,028.80 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 170078871738 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 6 PIECES | | | | | | |

# COMMERCIAL INVOICE

Page 9 of 14

**DATE:** July 18, 2018

**INVOICE NO.:** 201820480925

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

CHRISTMAS WREATH DECORATION
HANGING DECOR, HOME DECOR
ITEM DESCRIPTION: 22IN PINE WREATH
SPECIFICATION: 144 TIPS
UNLIT
100PCT PVC
FOR INDOOR AND OUTDOOR USE
VENDOR STOCK NO.: W-144-22W
BRAND NAME: TRIM A HOME
PRODUCT DIMENSION: 22IN X 22IN X 4IN
ITEM UPC NO.: 810174021677
MATERIAL BREAKDOWN:
46.74PCT PVC, 28.66PCT WIRE, 24.6PCT METAL
EACH PC IN TRIM A HOME WREATH HANGTAG WITH PREPRICED AND UPC INFO,
6PCS INTO A MASTER CARTON

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2PBU | **REFERENCE NO.** | 801 | |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | |
| **VENDOR ITEM CODE** | W-144-22W | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**      103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**      CNDONGUADON

| | | | | | | |
|---|---|---|---|---|---|---|
| **KMART** | B2PEM | 7FT CLEARWATER 500 MULTI LT | | 972 | 57.150  USD | 55,549.80  USD |
| | | | | CARTONS | PIECES | PIECES |
| **ITEM:** | 140096106562 | | 972 | | | |
| **MADE IN** | CHINA (MAINLAND) | | PIECES | | | |
| **CONTENTS** | 1  PIECES | | | | | |

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 7FT CLEARWATER SLIM CASHMERE
TREE NO.: 77B
LIGHT COUNT AND COLOUR: 500 MULTI LIGHTS
TIPS COUNT: 961 TIPS
PVC THICKNESS:  0.07+0.12MM  + CASHMERE
WIRE GAUGE ON TIPS: 19# + 20#
GIRTH:  42IN
PVC 67PCT CASHMERE 33PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
J SMITH COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 961-70KHZM
ITEM UPC NO.: 810174023503
MATERIAL BREAKDOWN:
PLASTIC 31.2PCT,METAL 20.4PCT, LIGHT 48.4PCT
1 PC TREE PER MASTER CARTON

# COMMERCIAL INVOICE

**DATE:** July 18, 2018

**INVOICE NO.:** 201820480925

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China   **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2PEM | **REFERENCE NO.** | 802 |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | 961-70KHZM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**   103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**   CNDONGUADON

| KMART | B2PEQ | 7.5FT VANCOUVER FIR 8F 550L DUAL COLOR | 1,866 | 1,866 | 94.760 USD | 176,822.16 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

**ITEM:**   140077502334

**MADE IN**   CHINA (MAINLAND)

**CONTENTS**   1 PIECES

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 7.5FT VANCOUVER FIR 8 FUNCTION WITH MEMORY AND REMOTE CONTROL
TREE NO. 89
LIGHT COUNT AND COLOUR: 550L LED DUAL COLOR LIGHTS
TIPS COUNT: 1766 TIPS
PVC THICKNESS: 0.07MM AND 0.12MM AND 0.14MM
WIRE GAUGE ON TIPS: 20#
GIRTH: 52IN
100PCT PVC
HINGED CONSTRUCTION
PLASTIC ROTATING TREE STAND
FUNCTION CONTROL BOX
LYTE SYSTEM ("LIGHT YOUR TREE EASY" SYSTEM)
8FUNCTIONS DETAIL:
1.STEADY ON
2.SLOW SPARKLING
3.QUICK SPARKLING
4.SLOW FADE
5.QUICK FADE
6.SLOW GLOW
7.FLASHING
8.COLOR SWITCHING
COLOR SWITCH PLUS COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LABEL TO BE INCLUDED
10PCS LED SPARE BULBS INCLUDED
VENDOR STOCK NO.: W-1766RT-76KHZ
ITEM UPC NO.: 810174021646
MATERIAL BREAKDOWN:
37.36PCT PVC, 35.49PCT WIRE, 6.57PCT STAND,
10.79PCT LITE, 7.85PCT METAL, 1.94PCT PLASTICS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2PEQ | **REFERENCE NO.** | 802 |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | W-1766RT-76K HZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**   103562

# COMMERCIAL INVOICE

**DATE:** July 18, 2018

**INVOICE NO.:** 201820480925

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**          CNDONGUADON

| KMART | B2PER | 9FT VANCOUVER FIR CSP 8 FUNCTION | 714 CARTONS | 714 PIECES | 113.800 USD PIECES | 81,253.20 USD |
|-------|-------|--------------------------------|-------------|------------|--------------------|---------------|

**ITEM:** 140096107214

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 PIECES

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 9FT VANCOUVER FIR
TREE NO.: 90
LIGHT COUNT AND COLOUR: 700 DUAL LED
TIPS COUNT: 1926 TIPS
PVC THICKNESS: 0.14+0.12+0.07MM
WIRE GAUGE ON TIPS: 20#
GIRTH: 48IN
100PCT PVC
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL TREE STAND
COLOR SWITCH PLUS COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, ETL LISTED LABEL TO BE INCLUDED
EXTRA BULBS INCLUDED
VENDOR STOCK NO.: 1926-90KHZ
ITEM UPC NO.: 810174023510
MATERIAL BREAKDOWN:
PLASTIC 23PCT,   LIGHT 59PCT, METAL 18PCT
1 PC TREE PER MASTER CARTON

| **CONTRACT NO.** | B2PER | **REFERENCE NO.** | 802 |
|------------------|-------|-------------------|-----|
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | 1926-90KHZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**          103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**          CNDONGUADON

| KMART | B2PL0 | LARGE METAL STAND 4 LEG LARGE | 719 CARTONS | 4,314 PIECES | 6.500 USD PIECES | 28,041.00 USD |
|-------|-------|-------------------------------|-------------|--------------|------------------|---------------|

**ITEM:** 140096151089

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 6 PIECES

ARTIFICIAL CHRISTMAS TREE STAND
THIS IS CHRISTMAS ITEM AND DISPOSABLE

# COMMERCIAL INVOICE

**DATE:** July 18, 2018

**INVOICE NO.:** 201820480925

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

ITEM DESCRIPTION: 4 LEG LARGE METAL TREE STAND
VENDOR NO.:STAND-B
ITEM NO.:810174023527
BRAND NAME:TRIM-A-HOME
MATERIAL BREAKDOWN:
PLASTIC 5PCT,METAL  95PCT
6 PCS STAND PER CARTON

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2PL0 | **REFERENCE NO.** | 802 | |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | |
| **VENDOR ITEM CODE** | STAND-B | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**          103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**          CNDONGUADON

| KMART | B2PL1 | SMALL METAL STAND 4 LEG SMALL | | 680 | 4,080 | 4.000  USD | 16,320.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 140096151725 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 6  PIECES | | | | | | |

ARTIFICIAL CHRISTMAS TREE STAND
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 4 LEG SMALL METAL TREE STAND
VENDOR NO.: STAND-S
ITEM NO.:810174023534
BRAND NAME:TRIM-A-HOME
MATERIAL BREAKDOWN:
PLASTIC 5PCT,METAL  95PCT
6 PCS STAND PER CARTON

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2PL1 | **REFERENCE NO.** | 802 | |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | |
| **VENDOR ITEM CODE** | STAND-S | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**          103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**          CNDONGUADON

# COMMERCIAL INVOICE

Page 13 of 14

**DATE:** July 18, 2018

**INVOICE NO.:** 201820480925

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2PL2 | ROTATING STAND 26IN | | 609 CARTONS | 3,654 PIECES | 12.300 USD PIECES | 44,944.20 USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 140096151923 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 6  PIECES | | | | | | |

ARTIFICIAL CHRISTMAS TREE STAND
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: ROTATING TREE STAND
VENDOR NO.: STAND-RK
ITEM NO.: 810174023541
BRAND NAME:TRIM-A-HOME
MATERIAL BREAKDOWN:
PLASTIC 90PCT ,METAL 10PCT
6 PCS STAND PER CARTON

| **CONTRACT NO.** | B2PL2 | **REFERENCE NO.** | 802 |
|---|---|---|---|
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | STAND-RK | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**     103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**     CNDONGUADON

| KMART | B2YRV | 4FT POT TREE 233 TIPS | | 1,600 CARTONS | 1,600 PIECES | 17.890 USD PIECES | 28,624.00 USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 140098015480 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  PIECES | | | | | | |

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 4FT NOBLE BERRY AND PINECONES WITH GALVANIZED POT
TREE NO.: 41
LIGHT COUNT AND COLOUR: 50 WARM WHITE LED WITH 3AA BO(BATTERY NOT INCLUDED)
TIPS COUNT:  233 TIPS
GIRTH: 16IN
100PCT PVC
WRAPPED CONSTRUCTION
METAL POT STAND
TAH COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL INCLUDED
VENDOR STOCK NO.:  WT18-233
ITEM UPC NO.: 810174025002
MATERIAL BREAKDOWN:
PLASTIC 20 PCT,METAL 50PCT, LIGHT 25 PCT, DECORATION 5 PCT
1 PC TREE PER MASTER CARTON

| **CONTRACT NO.** | B2YRV | **REFERENCE NO.** | 802 |
|---|---|---|---|
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | WT18-233 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

# COMMERCIAL INVOICE

Page 14 of 14

**DATE:** July 18, 2018

**INVOICE NO.:** 201820480925

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

**FACTORY NO.**    103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.**    CNDONGUADON

**PAYMENT TERM**    Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**    OPEN ACCOUNT

**LC#**    NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 19,805 | 33,265 | PIECES | 1,059,016.27  USD |

TOTAL US DOLLARS ONE MILLION FIFTY-NINE THOUSAND SIXTEEN DOLLARS AND TWENTY-SEVEN CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| WINNERS INDUSTRY COMPANY LIMITED |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

# PACKING LIST

Exhibit 3 Part 3

**DATE:** July 18, 2018

**INVOICE NO.:** 201820480925

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington, CA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| KMART | B2NQ3 | 6FT POP UP 931 TIPS | | | | | | |
| ITEM: | 140094475720 | | | | | | | |
| MADE IN | CHINA (MAINLAND ) | PER OUTER CARTON | | 1 | 0.076 | 4.700 | 3.500 | |
| CONTENTS | 1 PIECES | TOTAL | 1,000 | 1,000 | 75.708 | 4,700.000 | 3,500.000 | 0.000 |

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2NQ3 | REFERENCE NO. | 802 |
| DC CODE | WCD | DEPARTMENT NO. | 009 |
| DIVISION NO. | Division 2 | VENDOR NO. | 9386 |
| VENDOR ITEM CODE | WT18-931POPUP | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC BROWN BOX WITH COLOR LABEL

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 61.0 | 22.2 | 55.9 | 0.076 |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| KMART | B2NQ5 | 7FT PVC PENCIL 656 TIPS | | | | | | |
| ITEM: | 140094475746 | | | | | | | |
| MADE IN | CHINA (MAINLAND ) | PER OUTER CARTON | | 1 | 0.052 | 7.000 | 5.900 | |
| CONTENTS | 1 PIECES | TOTAL | 1,180 | 1,180 | 61.085 | 8,260.000 | 6,962.000 | 0.000 |

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2NQ5 | REFERENCE NO. | 802 |
| DC CODE | WCD | DEPARTMENT NO. | 009 |
| DIVISION NO. | Division 2 | VENDOR NO. | 9386 |
| VENDOR ITEM CODE | WT18-656 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC BROWN BOX WITH COLOR LABEL

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 91.4 | 22.9 | 24.8 | 0.052 |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| KMART | B2P79 | 4.5FT REDWOOD BERRY FLOCKED PINE 200 LT | | | | | | |
| ITEM: | 140095924239 | | | | | | | |
| MADE IN | CHINA (MAINLAND ) | PER OUTER CARTON | | 1 | 0.053 | 5.000 | 4.000 | |
| CONTENTS | 1 PIECES | TOTAL | 1,274 | 1,274 | 67.642 | 6,370.000 | 5,096.000 | 0.000 |

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2P79 | REFERENCE NO. | 802 |
| DC CODE | WCD | DEPARTMENT NO. | 009 |
| DIVISION NO. | Division 2 | VENDOR NO. | 9386 |
| VENDOR ITEM CODE | 440PB-46K | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 91.4 | 22.9 | 25.4 | 0.053 |

# PACKING LIST
A-G Packing List

**DATE:** July 18, 2018

**INVOICE NO.:** 201820480925

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:**  Wilmington, CA

---

| KMART | B2P7A | 4.5FT VANCOUVER FIR 8F 150L DUAL COLOR |
|---|---|---|

**ITEM:** 140077502318

**MADE IN CONTENTS** CHINA (MAINLAND )  1 PIECES

| | | | | | | |
|---|---|---|---|---|---|---|
| **PER OUTER CARTON** | | | 1 | 0.060 | 5.400 | 4.500 | |
| **TOTAL** | 590 | 590 | 35.642 | 3,186.000 | 2,655.000 | 0.000 |

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2P7A | **REFERENCE NO.** | 802 |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | W-464PB-46KH | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
EACH PC PACKED IN KARFT BOX WITH COLOR SWITCH PLUS COLOUR LABEL. ONE PC TEAROFF BAR CODE LABEL ON THE OUTER CARTON.

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 24.8 | 25.3 | 96.5 | 0.060 |

---

| KMART | B2P7G | 6.5FT CAROLINA SPR 500 CLEAR LIGHTS |
|---|---|---|

**ITEM:** 140095924312

**MADE IN CONTENTS** CHINA (MAINLAND )  1 PIECES

| | | | | | | |
|---|---|---|---|---|---|---|
| **PER OUTER CARTON** | | | 1 | 0.117 | 14.000 | 11.000 | |
| **TOTAL** | 1,200 | 1,200 | 140.168 | 16,800.000 | 13,200.000 | 0.000 |

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2P7G | **REFERENCE NO.** | 802 |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | 713-66KHZC | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 111.8 | 30.5 | 34.3 | 0.117 |

---

| KMART | B2P7H | 6.5FT CAROLINA SPRUC500 MULTI LIGHTS |
|---|---|---|

**ITEM:** 140095924320

**MADE IN CONTENTS** CHINA (MAINLAND )  1 PIECES

| | | | | | | |
|---|---|---|---|---|---|---|
| **PER OUTER CARTON** | | | 1 | 0.117 | 14.000 | 11.000 | |
| **TOTAL** | 1,000 | 1,000 | 116.807 | 14,000.000 | 11,000.000 | 0.000 |

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2P7H | **REFERENCE NO.** | 802 |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | 713-66KHZM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 111.8 | 30.5 | 34.3 | 0.117 |

# PACKING LIST
Page 3 of 7

**DATE:** July 18, 2018

**INVOICE NO.:** 201820480925

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington, CA

---

| KMART | B2P7J | 6.5FT VANCOUVER FIR 8F 400L DUAL COLOR |
|---|---|---|

**ITEM:** 140077502326

**MADE IN CONTENTS** CHINA (MAINLAND) 1 PIECES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **PER OUTER CARTON** | | | | 1 | 0.131 | 16.000 | 14.400 |
| **TOTAL** | | | 1,866 | 1,866 | 243.862 | 29,856.000 | 26,870.400 | 0.000 |

| CONTRACT NO. | B2P7J | REFERENCE NO. | 802 |
|---|---|---|---|
| DC CODE | WCD | DEPARTMENT NO. | 009 |
| DIVISION NO. | Division 2 | VENDOR NO. | 9386 |
| VENDOR ITEM CODE | W-1230RT-66KHZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
EACH PC PACKED IN KARFT BOX WITH COLOR SWITCH PLUS COLOUR LABEL. ONE PC TEAROFF BAR CODE LABEL ON THE OUTER CARTON.

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 36.8 | 31.8 | 111.8 | 0.131 |

---

| KMART | B2P7K | 7FT UNLIT HIGHLAND CASHMERE W PINECONES |
|---|---|---|

**ITEM:** 140022226740

**MADE IN CONTENTS** CHINA (MAINLAND) 1 PIECES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **PER OUTER CARTON** | | | | 1 | 0.099 | 12.320 | 10.060 |
| **TOTAL** | | | 35 | 35 | 3.470 | 431.200 | 352.100 | 0.000 |

| CONTRACT NO. | B2P7K | REFERENCE NO. | 802 |
|---|---|---|---|
| DC CODE | WCD | DEPARTMENT NO. | 009 |
| DIVISION NO. | Division 2 | VENDOR NO. | 9386 |
| VENDOR ITEM CODE | WT0003 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
EACH PC PACKED IN KARFT BOX WITH JACLYN SMITH COLOUR LABEL. ONE PC TEAROFF BAR CODE LABEL ON THE OUTER CARTON.

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 111.8 | 27.9 | 31.8 | 0.099 |

---

| KMART | B2P7L | 7FT ICELANDIC SPRUCE600L CLEAR |
|---|---|---|

**ITEM:** 140022226757

**MADE IN CONTENTS** CHINA (MAINLAND) 1 PIECES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **PER OUTER CARTON** | | | | 1 | 0.165 | 14.000 | 12.500 |
| **TOTAL** | | | 950 | 950 | 157.109 | 13,300.000 | 11,875.000 | 0.000 |

| CONTRACT NO. | B2P7L | REFERENCE NO. | 802 |
|---|---|---|---|
| DC CODE | WCD | DEPARTMENT NO. | 009 |
| DIVISION NO. | Division 2 | VENDOR NO. | 9386 |
| VENDOR ITEM CODE | WT0004-C | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
EACH PC PACKED IN KARFT BOX WITH JACLYN SMITH COLOUR LABEL. ONE PC TEAROFF BAR CODE LABEL ON THE OUTER CARTON.

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 121.9 | 36.8 | 36.8 | 0.165 |

# PACKING LIST
## A Ghin List

**DATE:** July 18, 2018

**INVOICE NO.:** 201820480925

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington, CA

---

| KMART | B2P7M | 7FT COLORADO FLOCKEDPINE 600 CLEAR LT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 140095925673 | | | | | | | | |
| **MADE IN** | CHINA (MAINLAND ) | **PER OUTER CARTON** | | | 1 | 0.115 | 14.000 | 11.800 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 1,866 | 1,866 | 214.430 | 26,124.000 | 22,018.800 | 0.000 |

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2P7M | **REFERENCE NO.** | 802 | |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | |
| **VENDOR ITEM CODE** | 1312-70KH | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 111.8 | 31.8 | 32.4 | 0.115 |

---

| KMART | B2P7N | 7FT CLEARWATER 500 CLEAR LT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 140096106174 | | | | | | | | |
| **MADE IN** | CHINA (MAINLAND ) | **PER OUTER CARTON** | | | 1 | 0.112 | 14.000 | 11.200 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 1,000 | 1,000 | 112.481 | 14,000.000 | 11,200.000 | 0.000 |

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2P7N | **REFERENCE NO.** | 802 | |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | |
| **VENDOR ITEM CODE** | 961-70KHZC | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 111.8 | 30.5 | 33.0 | 0.112 |

---

| KMART | B2PBU | 22IN PINE WREATH UNLIT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 170078871738 | | | | | | | | |
| **MADE IN** | CHINA (MAINLAND ) | **PER OUTER CARTON** | | | 6 | 0.078 | 4.200 | 3.500 | |
| **CONTENTS** | 6 PIECES | **TOTAL** | | 684 | 4,104 | 53.103 | 2,872.800 | 2,394.000 | 0.000 |

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2PBU | **REFERENCE NO.** | 801 | |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | |
| **VENDOR ITEM CODE** | W-144-22W | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |

**PACKING INSTRUCTIONS:**
EACH PC IN TRIM A HOME WREATH HANGTAG WITH PREPRICED
AND UPC INFO, 6PCS INTO A MASTER CARTON

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 45.7 | 40.6 | 41.8 | 0.078 |

# PACKING LIST

**DATE:** July 18, 2018

**INVOICE NO.:** 201820480925

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:**  Wilmington, CA

---

| KMART | B2PEM | 7FT CLEARWATER 500 MULTI LT | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 140096106562 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | | 1 | 0.112 | 14.000 | 11.200 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 972 | 972 | 109.331 | 13,608.000 | 10,886.400 | 0.000 |

| **CONTRACT NO.** | B2PEM | **REFERENCE NO.** | 802 |
|---|---|---|---|
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | 961-70KHZM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 111.8 | 30.5 | 33.0 | 0.112 |

---

| KMART | B2PEQ | 7.5FT VANCOUVER FIR 8F 550L DUAL COLOR | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 140077502334 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | | 1 | 0.195 | 21.200 | 19.800 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 1,866 | 1,866 | 363.576 | 39,559.200 | 36,946.800 | 0.000 |

| **CONTRACT NO.** | B2PEQ | **REFERENCE NO.** | 802 |
|---|---|---|---|
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | W-1766RT-76KHZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
EACH PC PACKED IN KARFT BOX WITH COLOR SWITCH PLUS COLOUR LABEL. ONE PC TEAROFF BAR CODE LABEL ON THE OUTER CARTON.

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 127.0 | 36.8 | 41.7 | 0.195 |

---

| KMART | B2PER | 9FT VANCOUVER FIR CSP 8 FUNCTION | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 140096107214 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | | 1 | 0.184 | 20.600 | 19.500 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 714 | 714 | 131.110 | 14,708.400 | 13,923.000 | 0.000 |

| **CONTRACT NO.** | B2PER | **REFERENCE NO.** | 802 |
|---|---|---|---|
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | 1926-90KHZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 121.9 | 36.8 | 40.9 | 0.184 |

# PACKING LIST
Exhibit 3

**DATE:** July 18, 2018

**INVOICE NO.:** 201820480925

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington, CA

| KMART | B2PL0 | LARGE METAL STAND 4 LEG LARGE |
|---|---|---|

**ITEM:** 140096151089

| MADE IN CONTENTS | CHINA (MAINLAND) 6 PIECES | **PER OUTER CARTON** | | | 6 | 0.061 | 11.800 | 8.800 | |
|---|---|---|---|---|---|---|---|---|---|
| | | **TOTAL** | | 719 | 4,314 | 43.877 | 8,484.200 | 6,327.200 | 0.000 |

| CONTRACT NO. | B2PL0 | REFERENCE NO. | 802 |
|---|---|---|---|
| DC CODE | WCD | DEPARTMENT NO. | 009 |
| DIVISION NO. | Division 2 | VENDOR NO. | 9386 |
| VENDOR ITEM CODE | STAND-B | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC COLOR BOX 6 PCS INTO CARTON

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 35.6 | 35.6 | 48.3 | 0.061 |

| KMART | B2PL1 | SMALL METAL STAND 4 LEG SMALL |
|---|---|---|

**ITEM:** 140096151725

| MADE IN CONTENTS | CHINA (MAINLAND) 6 PIECES | **PER OUTER CARTON** | | | 6 | 0.031 | 6.350 | 4.010 | |
|---|---|---|---|---|---|---|---|---|---|
| | | **TOTAL** | | 680 | 4,080 | 21.207 | 4,318.000 | 2,726.800 | 0.000 |

| CONTRACT NO. | B2PL1 | REFERENCE NO. | 802 |
|---|---|---|---|
| DC CODE | WCD | DEPARTMENT NO. | 009 |
| DIVISION NO. | Division 2 | VENDOR NO. | 9386 |
| VENDOR ITEM CODE | STAND-S | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC COLOR BOX 6 PCS INTO CARTON

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 36.8 | 26.7 | 31.8 | 0.031 |

| KMART | B2PL2 | ROTATING STAND 26IN |
|---|---|---|

**ITEM:** 140096151923

| MADE IN CONTENTS | CHINA (MAINLAND) 6 PIECES | **PER OUTER CARTON** | | | 6 | 0.054 | 9.730 | 6.520 | |
|---|---|---|---|---|---|---|---|---|---|
| | | **TOTAL** | | 609 | 3,654 | 33.068 | 5,925.570 | 3,970.680 | 0.000 |

| CONTRACT NO. | B2PL2 | REFERENCE NO. | 802 |
|---|---|---|---|
| DC CODE | WCD | DEPARTMENT NO. | 009 |
| DIVISION NO. | Division 2 | VENDOR NO. | 9386 |
| VENDOR ITEM CODE | STAND-RK | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC COLOR BOX 6 PCS INTO CARTON

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 59.7 | 29.8 | 30.5 | 0.054 |

# PACKING LIST

**DATE:** July 18, 2018
**INVOICE NO.:** 201820480925

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China        **SHIPPED TO:** Wilmington, CA

| KMART | B2YRV | 4FT POT TREE 233 TIPS |
|-------|-------|------------------------|

| ITEM: | 140098015480 | | | | | | | |
|-------|--------------|---|---|---|---|---|---|---|
| **MADE IN** | CHINA (MAINLAND ) | **PER OUTER CARTON** | | | 1 | 0.039 | 5.800 | 4.600 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | 1,600 | 1,600 | 61.920 | 9,280.000 | 7,360.000 | 0.000 |

| **CONTRACT NO.** | B2YRV | **REFERENCE NO.** | 802 |
|------------------|-------|--------------------|-----|
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | WT18-233 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC BROWN BOX WITH COLOR LABEL

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|-------------|------------|-------------|--------------|
| **OUTER CARTON DIMENSIONS** | 91.4 | 20.3 | 20.8 | 0.039 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|--------------------|--------------------|--------------|---------------------|-------------------|-----------------------|
| **TOTAL PACKING LIST** | 19,805 | 33,265 | 2,045.596 | 235,783.370 | 199,264.180 | 0.000 |

We hereby certify that this shipment does not contain solid wood packing material.

| WINNERS INDUSTRY COMPANY LIMITED |
|----------------------------------|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |