## EXHIBIT D

Documents Related to Shipment No. 2:

Forwarder's Cargo Receipt No. 7795614959 (with Invoice No. 201820920555 and related packing list attached)

# UPS Supply Chain Solutions

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**
OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | 965641458 | 7795614959 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO<br>15-JUL-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| KMART CORPORATION<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>IL 60179 USA |

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent [good]
order and condition from Shipper, the package(s) listed below are said to co[ntain]
the goods hereinafter described. This receipt is not valid unless verified [and]
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unle[ss a]
higher value is declared on this receipt and the extra charge paid, liability is li[mited]
to $0.50 per pound of goods lost or damaged. If COGSA governs with the for[ce of]
law, its limitation, described in paragraph 3 on the reverse hereof, controls u[nless]
a higher value is declared.
Declared Value is: _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE:(310)404-2792 FAX:(310)<br>404-2962 ATTN: MARY ELLEN WRATSCHKO |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN, CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MAERSK ENPING 830N | PORT OF LOADING<br>YANTIAN, CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES, CA | PLACE OF DELIVERY BY ON CARRIER<br>WILMINGTON, CA | NUMBER OF ORIGINALS<br>1/ONE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREME[NT] |
|---|---|---|---|---|
| CTRNO: CAIU7150220<br>SEALCODE1:<br>CN0000131<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 1100 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2P7A<br>DEPT# 009<br>REF#803<br>ITEM#140077502318 | 5940.000 KG<br>13095.450 LB | 66.45<br>2346.42 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 23-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he[reof] and on the reverse of this document which are incorporated he[rein] by reference. These Terms limit or exclude UPS Supply Cha[in] Solutions liability and include certain indemnities to UPS Sup[ply] Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN
Issued by _____

Month Aug    Day 01    Year 2018

**UPS Supply Chain Solutions**
OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

# UPS Supply Chain Solutions

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | 965641458 | 7795614959 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO<br>15-JUL-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| KMART CORPORATION<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>IL 60179 USA |

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE:(310)404-2792 FAX:(310)<br>404-2962 ATTN: MARY ELLEN WRATSCHKO |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN, CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MAERSK ENPING 830N | PORT OF LOADING<br>YANTIAN, CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES, CA | PLACE OF DELIVERY BY ON CARRIER<br>WILMINGTON, CA | NUMBER OF ORIGINALS<br>1/ONE |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>HASU5138350<br>SEALCODE1:<br>CN6901849<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 804 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2P7K/B2P79<br>DEPT# 009<br>REF#804<br>ITEM#<br>1400222226740<br>140095924239 | 7584.840 KG<br>16721.710 LB | 65.114<br>2299.175 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 23-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth hereon and on the reverse of this document which are incorporated herein by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month Aug   Day 01   Year 2018

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

UPS Supply Chain Solutions

# UPS Supply Chain Solutions℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | |
|---|---|
| **SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**<br>WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | **BOOKING NO.** 965641458    **CARGO RECEIPT NO.** 7795614959<br>**EXPORT REFERENCES**    **DATE OF RECEIPT OF CARGO** 15-JUL-2018 |
| **CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**<br>KMART CORPORATION<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>IL 60179 USA | **THIS IS NOT A DOCUMENT OF TITLE.**<br>**UPS SUPPLY CHAIN SOLUTIONS, INC.**<br>Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.<br>Declared Value is: _____ |
| **NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE:(310)404-2792 FAX:(310)<br>404-2962 ATTN: MARY ELLEN WRATSCHKO | **EXPORT LICENSE NO.** |
| **PRE-CARRIAGE BY** | **PLACE OF RECEIPT BY PRE-CARRIER**<br>YANTIAN, CHINA |
| **EXPORT CARRIER (VESSEL/VOY/FLAG)**<br>MAERSK ENPING 830N | **PORT OF LOADING**<br>YANTIAN, CHINA |
| **PORT OF DISCHARGE**<br>LOS ANGELES, CA | **PLACE OF DELIVERY BY ON CARRIER**<br>WILMINGTON, CA | **NUMBER OF ORIGINALS** 1/ONE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MIEU0002012<br>SEALCODE1:<br>CN0336755<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 672 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2P7K<br>DEPT# 009<br>REF#804<br>ITEM#140022226740 | 8279.040 KG<br>18252.150 LB | 66.623<br>2352.458 |

*ORIGINAL*

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 23-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month Aug   Day 01   Year 2018

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

# UPS Supply Chain Solutions℠ 

OTI License No. 275F

# UPS SUPPLY CHAIN SOLUTIONS, INC.
# FORWARDER'S CARGO RECEIPT

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | 965641458 | 7795614959 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO<br>15-JUL-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| KMART CORPORATION<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>IL 60179 USA |

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent g
order and condition from Shipper, the package(s) listed below are said to con
the goods hereinafter described. This receipt is not valid unless verified
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unle
higher value is declared on this receipt and the extra charge paid, liability is lim
to $0.50 per pound of goods lost or damaged. If COGSA governs with the forc
law, its limitation, described in paragraph 3 on the reverse hereof, controls un
a higher value is declared.
Declared Value is: _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE:(310)404-2792 FAX:(310)<br>404-2962 ATTN: MARY ELLEN WRATSCHKO |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN, CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MAERSK ENPING 830N | PORT OF LOADING<br>YANTIAN, CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES, CA | PLACE OF DELIVERY BY ON CARRIER<br>WILMINGTON, CA | NUMBER OF ORIGINALS<br>1/ONE |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN |
|---|---|---|---|---|
| CTRNO:<br>MRKU5538137<br>SEALCODE1:<br>CN0336810<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 1100 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2P7A<br>DEPT# 009<br>REF#803<br>ITEM#140077502318 | 5940.000 KG<br>13095.450 LB | 66.45<br>2346.42 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 23-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month  Aug      Day  01      Year  2018

# UPS Supply Chain Solutions℠ 

OTI License No. 275F

## UPS SUPPLY CHAIN SOLUTIONS, INC.
## FORWARDER'S CARGO RECEIPT

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

**BOOKING NO.** 965641458

**CARGO RECEIPT NO.** 7795614959

**EXPORT REFERENCES**

**DATE OF RECEIPT OF CARGO** 15-JUL-2018

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
|  | YANTIAN, CHINA |  |
| **EXPORT CARRIER (VESSEL/VOY/FLAG)** | **PORT OF LOADING** |  |
| MAERSK ENPING 830N | YANTIAN, CHINA |  |
| **PORT OF DISCHARGE** | **PLACE OF DELIVERY BY ON CARRIER** | **NUMBER OF ORIGINALS** |
| LOS ANGELES, CA | WILMINGTON, CA | 1/ONE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: TCLU9214995<br>SEALCODE1:<br>CN0327391<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 1117 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2P79/B2P7A<br>DEPT# 009<br>REF#803/804<br>ITEM#<br>140095924239<br>140077502318 | 5921.800 KG<br>13055.330 LB | 65.465<br>2311.569 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 23-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth herein and on the reverse of this document which are incorporated herein by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for **UPS SUPPLY CHAIN SOLUTIONS, INC.**

SHENZHEN

Issued by _____

Month Aug   Day 01   Year 2018

# UPS Supply Chain Solutions ℠ 

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. 965641458 | CARGO RECEIPT NO. 7795614959 |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO<br>15-JUL-2018 |

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is limi
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unl
a higher value is declared.
Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN, CHINA | EXPORT LICENSE NO. | |
|---|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MAERSK ENPING 830N | PORT OF LOADING<br>YANTIAN, CHINA | | |
| PORT OF DISCHARGE<br>LOS ANGELES, CA | PLACE OF DELIVERY BY ON CARRIER<br>WILMINGTON, CA | NUMBER OF ORIGINALS<br>1/ONE | |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN |
|---|---|---|---|---|
| CTRNO:<br>TGHU8349655<br>SEALCODE1:<br>CN0320321<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 672 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2P7K<br>DEPT# 009<br>REF#804<br>ITEM#140022226740<br>CODE: WCD WILMINGTON, CA 90744 DOOR<br>FREIGHT COLLECT<br>SHIPPER LOAD AND COUNT AND SEAL<br>THE ABOVE SHIPMENT DOES NOT CONTAINS ANY<br>SOLID WOOD PACKAGING MATERIAL.<br>SAILING DATE: 30-JUL-2018<br>FCR DATE: 15-JUL-2018 | 8279.040 KG<br>18252.150 LB | 66.623<br>2352.45 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 23-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Sup
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED SHENZHEN BRANCH

*Rockyfong*

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
SHENZHEN                    Authorized Signatures

Issued by _____

Month Aug    Day 01    Year 2018

# COMMERCIAL INVOICE

Page 1 of 3
**DATE:** July 25, 2018
**INVOICE NO.:** 201820920555

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China    **SHIPPED TO:** Wilmington , CA
**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2P79 | 4.5FT REDWOOD BERRY FLOCKED PINE 200 LT | 592 CARTONS | 592 PIECES | 23.900 USD PIECES | 14,148.80 USD |
| **ITEM:** | 140095924239 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |
| | | ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 4.5FT REDWOOD PINE BERRY FLOCKED SPRUCE
TREE NO.: 44
LIGHT COUNT AND COLOUR: 200 CLEAR LIGHTS
TIPS COUNT: 440 TIPS
PVC THICKNESS:  0.07MM +  0.12MM
WIRE GAUGE ON TIPS: 20#
GIRTH:  33IN
100PCT PVC
HINGED CONSTRUCTION
PLASTIC STAND
J SMITH COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 440PB-46K
ITEM UPC NO.: 810174023442
MATERIAL BREAKDOWN:
PLASTIC 27.7PCT,METAL 10PCT, LIGHT 37.5PCT, DECORATION 24.8PCT
1 PC TREE PER MASTER CARTON | | | | |
| | **CONTRACT NO.** | B2P79 | **REFERENCE NO.** | 804 | | |
| | **DC CODE** | WCD | **DEPARTMENT NO.** | 009 | | |
| | **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | | |
| | **VENDOR ITEM CODE** | 440PB-46K | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |
| | **FACTORY NO.** | 103562 | | | | |
| | DONG GUAN CITY MEI GAO INDUSTRY CO LTD | | | | | |
| | JIN SONG ROAD, LIU WU XIANG VILLAGE | | | | | |
| | LIAO BU TOWN, | | | | | |
| | DONGGUAN | | | | | |
| | GUANGDONG | | | | | |
| | China | | | | | |
| | **FTY MID NO.** | CNDONGUADON | | | | |
| KMART | B2P7A | 4.5FT VANCOUVER FIR 8F 150L DUAL COLOR | 3,042 CARTONS | 3,042 PIECES | 27.690 USD PIECES | 84,232.98 USD |
| **ITEM:** | 140077502318 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |
| | | ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 4.5FT VANCOUVER FIR 8 FUNCTION WITH MEMORY AND REMOTE CONTROL
TREE NO. 45
LIGHT COUNT AND COLOUR: 150L LED DUAL COLOR LIGHTS
TIPS COUNT:  464 TIPS
PVC THICKNESS: 0.07MM AND 0.12MM AND 0.14MM
WIRE GAUGE ON TIPS: 20#
GIRTH: 33IN
100PCT PVC
HINGED CONSTRUCTION
PLASTIC TREE STAND
FUNCTION CONTROL BOX
8FUNCTIONS DETAIL:
1.STEADY ON | | | | |

# COMMERCIAL INVOICE

**DATE:** July 25, 2018
**INVOICE NO.:** 201820920555

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China
**MODE OF TRANSPORTATION:** Ocean
**SHIPPED TO:** Wilmington, CA
FOB China

2.SLOW SPARKLING
3.QUICK SPARKLING
4.SLOW FADE
5.QUICK FADE
6.SLOW GLOW
7.FLASHING
8.COLOR SWITCHING
COLOR SWITCH PLUS COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LABEL TO BE INCLUDED
2PCS LIGHT STRING SPARE BULBS INCLUDED
VENDOR STOCK NO.: W-464PB-46KH
ITEM UPC NO.: 810174021622
MATERIAL BREAKDOWN:
39.14PCT PVC, 27.16PCT WIRE, 7.49PCT STAND,
11.24PCT LITE, 11.24PCT METAL, 3.73PCT PLASTICS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2P7A | **REFERENCE NO.** | 803 |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | W-464PB-46KH | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |
| **FACTORY NO.** | 103562 | | |

DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.**  CNDONGUADON

| KMART | B2P7K | 7FT UNLIT HIGHLAND CASHMERE W PINECONES | 1,831 CARTONS | 1,831 PIECES | 31.770 USD PIECES | 58,170.87 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 140022226740 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |

ARTIFICIAL UNLIT CHRISTMAS TREE
ITEM DESCRIPTION: 7FT UNLIT HIGHLAND CASHMERE WITH PINECONES
TREE NO. 73
TIPS COUNT: 969 TIPS
PVC THICKNESS: 0.07MM, 0.12MM AND 0.4MM
WIRE GAUGE ON TIPS: 19# AND 20#
GIRTH: 46IN
100PCT PVC
HINGED CONSTRUCTION
METAL TREE STAND
JACLYN SMITH COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL,
VENDOR STOCK NO.: WT0003
ITEM UPC NO.: 810174022162
MATERIAL BREAKDOWN:
31.39PCT HARDNEEDLE, 22.61PCT PVC, 37.69PCT METAL,
5.09PCT PLASTIC, 3.22PCT DECORATION

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2P7K | **REFERENCE NO.** | 804 |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | WT0003 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |
| **FACTORY NO.** | 103562 | | |

# COMMERCIAL INVOICE

Page 3 of 3

**DATE:** July 25, 2018
**INVOICE NO.:** 201820920555

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China
**MODE OF TRANSPORTATION:** Ocean
**SHIPPED TO:** Wilmington , CA

FOB China

DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.**    CNDONGUADON

**PAYMENT TERM**    Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**    OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 5,465 | 5,465 | PIECES | 156,552.65  USD |

**TOTAL US DOLLARS ONE HUNDRED FIFTY-SIX THOUSAND FIVE HUNDRED FIFTY-TWO DOLLARS AND SIXTY-FIVE CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

**WINNERS INDUSTRY COMPANY LIMITED**
**EMPLOYEE NAME**
**EMPLOYEE TITLE**

# PACKING LIST

**DATE:** July 25, 2018
**INVOICE NO.:** 201820920555

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China            **SHIPPED TO:** Wilmington, CA

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|
| KMART   B2P79 | 4.5FT REDWOOD BERRY FLOCKED PINE 200 LT | | | | | | |
| ITEM: 140095924239 | | | | | | | |
| MADE IN CHINA (MAINLAND) | PER OUTER CARTON | | 1 | 0.053 | 5.000 | 3.900 | |
| CONTENTS 1 PIECES | TOTAL | 592 | 592 | 31.432 | 2,960.000 | 2,308.800 | 0.000 |

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2P79 | **REFERENCE NO.** | 804 | |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | |
| **VENDOR ITEM CODE** | 440PB-46K | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 91.4 | 22.9 | 25.4 | 0.053 |

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|
| KMART   B2P7A | 4.5FT VANCOUVER FIR 8F 150L DUAL COLOR | | | | | | |
| ITEM: 140077502318 | | | | | | | |
| MADE IN CHINA (MAINLAND) | PER OUTER CARTON | | 1 | 0.060 | 5.400 | 4.500 | |
| CONTENTS 1 PIECES | TOTAL | 3,042 | 3,042 | 183.769 | 16,426.800 | 13,689.000 | 0.000 |

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2P7A | **REFERENCE NO.** | 803 | |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | |
| **VENDOR ITEM CODE** | W-464PB-46KH | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |

**PACKING INSTRUCTIONS:**
EACH PC PACKED IN KARFT BOX WITH COLOR SWITCH PLUS COLOUR LABEL. ONE PC TEAROFF BAR CODE LABEL ON THE OUTER CARTON.

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 24.8 | 25.3 | 96.5 | 0.060 |

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|
| KMART   B2P7K | 7FT UNLIT HIGHLAND CASHMERE W PINECONES | | | | | | |
| ITEM: 140022226740 | | | | | | | |
| MADE IN CHINA (MAINLAND) | PER OUTER CARTON | | 1 | 0.099 | 12.320 | 10.060 | |
| CONTENTS 1 PIECES | TOTAL | 1,831 | 1,831 | 181.529 | 22,557.920 | 18,419.860 | 0.000 |

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2P7K | **REFERENCE NO.** | 804 | |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | |
| **VENDOR ITEM CODE** | WT0003 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |

**PACKING INSTRUCTIONS:**
EACH PC PACKED IN KARFT BOX WITH JACLYN SMITH COLOUR LABEL. ONE PC TEAROFF BAR CODE LABEL ON THE OUTER CARTON.

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 111.8 | 27.9 | 31.8 | 0.099 |

# PACKING LIST

**DATE:** July 25, 2018
**INVOICE NO.:** 201820920555

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington, CA

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| **TOTAL PACKING LIST** | 5,465 | 5,465 | 396.729 | 41,944.720 | 34,417.660 | 0.000 |

**We hereby certify that this shipment does not contain solid wood packing material.**

| WINNERS INDUSTRY COMPANY LIMITED | |
|---|---|
| **EMPLOYEE NAME** | |
| **EMPLOYEE TITLE** | |