## EXHIBIT E

Documents Related to Shipment No. 3:

Forwarder's Cargo Receipt No. 7795584192 (with Invoice No. 201820738719 and related packing list attached)

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

UPS Supply Chain Solutions℠

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. 569733445 | CARGO RECEIPT NO. **569584132 |
|---|---|---|

INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

EXPORT REFERENCES                          DATE OF RECEIPT OF CARGO  26-JUL-2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good
order and condition from Shipper, the package(s) listed below are said to contain
the goods hereinafter described. This receipt is not valid unless verified and
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is limited
to \$0.50 per pound of goods lost or damaged. If COGSA governs with the force of
law, its limitation, described in paragraph 3 on the reverse hereof, controls unless
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER  YANTIAN,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)  MAERSK EMPING 830N | PORT OF LOADING  YANTIAN,CHINA | |
| PORT OF DISCHARGE  LOS ANGELES | PLACE OF DELIVERY BY ON CARRIER  WILMINGTON, CA 90744 DOOR | NUMBER OF ORIGINALS  NONE |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: GESU5333919 SEALCODE1: CN0588714 MARKS & NO: SEARS ITEM NO: MADE IN CHINA (MAINLAND) CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 271 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE SEARS PO#SP3735,SQ3736 DEPT#009 REF#802 ITEM#140078238466 ,140096602990 | 6911.340 KG 15236.890 LB | 65.010 M 2295.503 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have
received the following documents from shipper
on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here
and on the reverse of this document which are incorporated here
by reference. These Terms limit or exclude UPS Supply Chain
Solutions liability and include certain indemnities to UPS Supply
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month  Aug  Day  01  Year  2018

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

UPS Supply Chain Solutions℠

OTI License No. 275F

**UPS Supply Chain Solutions ™**  

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

SHIPPER(S) (COMPLETE NAME AND ADDRESS)
WINNER'S INDUSTRIAL COMPANY LIMITED
UNIT A, 10/F, WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS ROEBUCK CO
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| BOOKING NO | CARGO RECEIPT NO |
| 969739445 | 7785384192 |

| EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | 28-JUL-2018 |

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good
order and condition from Shipper, the package(s) listed below are said to contain
the goods hereinafter described. This receipt is not valid unless verified and
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a
higher value is declared on this receipt and the extra charge paid, liability is limited
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of
law, its limitation, described in paragraph 3 on the reverse hereof, controls unless
a higher value is declared.
Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
| | YANTIAN, CHINA | |

| EXPORT CARRIER (VESSEL/VOYAGE/FLAG) | PORT OF LOADING |
| MAERSK EMPING GSON | YANTIAN, CHINA |

| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON-CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES | WILMINGTON CA 90744 DOOR | NONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>GESU6427777<br>SEALCODE1:<br>CN0570364<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 310 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SO3734<br>DEPT#009<br>REF#802<br>ITEM#140026616037 | 5834.200 KG<br>12862.210 LB | 66.687 M<br>2354.718 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have
received the following documents from shipper
on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here
and on the reverse of this document which are incorporated herein
by reference. These Terms limit or exclude UPS Supply Chain
Solutions liability and include certain indemnities to UPS Supply
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 01 | 2018 |
| Month _____ | Day _____ | Year _____ |

**UPS Supply Chain Solutions ™**  

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

# UPS Supply Chain Solutions ℠ 

## UPS SUPPLY CHAIN SOLUTIONS, INC.
## FORWARDER'S CARGO RECEIPT

OTI License No. 275F

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
WINNER INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

**BOOKING NO.** 987/53445

**CARGO RECEIPT NO.** 7793564152

**EXPORT REFERENCES**

**DATE OF RECEIPT OF CARGO** 28-JUL-2018

**CONSIGNEE (NON-NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

### THIS IS NOT A DOCUMENT OF TITLE.

#### UPS SUPPLY CHAIN SOLUTIONS, INC.
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to conta
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is limit
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

**EXPORT LICENSE NO.**

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER YANTIAN,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOYAGE/FLAG) MAERSK ENPING 830N | PORT OF LOADING YANTIAN,CHINA | |
| PORT OF DISCHARGE LOS ANGELES | PLACE OF DELIVERY BY ON CARRIER WILMINGTON, CA 90744 DOOR | NUMBER OF ORIGINALS THREE |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>HASU5091669<br>SEALCODE1:<br>140096152277<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 608 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SP3724<br>DEPT#009<br>REF#802<br>ITEM#140096152277<br><br>ORIGINAL | 6444.800 KG<br>14208.350 LB | 65.758 M3<br>2321.915 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth her
and on the reverse of this document which are incorporated her
by reference. These Terms limit or exclude UPS Supply Chai
Solutions liability and include certain indemnities to UPS Suppl
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 01 | 2018 |
|---|---|---|
| Month _____ | Day _____ | Year _____ |

UPS SUPPLY CHAIN SOLUTIONS, INC.

**UPS Supply Chain Solutions℠** 

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNER INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | 995733445 | 7795584192 |

EXPORT REFERENCES

DATE OF RECEIPT OF CARGO
28-JUL-2018

CONSIGNEE (NON-NEGOTIABLE UNLESS CONSIGNED TO ORDER)
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SC   E 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

EXPORT LICENSE NO.

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN CHINA | |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOYAGE/FLAG)<br>MAERSK ENPING 050N | PORT OF LOADING<br>YANTIAN CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES | PLACE OF DELIVERY ON CARRIER<br>WILMINGTON CA A00744 DOOR | NUMBER OF ORIGINALS |

---

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>HJMU1433327<br>SEALCODE1:<br>CN0336080<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 257 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SP3735<br>DEPT#009<br>REF#802<br>ITEM#140078238466 | 6337.620 KG<br>13972.060 LB | 65.165 M<br>2300.976 F |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| ~~INVOICE~~ | | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Aug          01          2018
Month _____ Day _____ Year _____

UPS SUPPLY CHAIN SOLUTIONS, INC.

**UPS Supply Chain Solutions** ℠   (UPS)

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)<br>WINNER'S INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | BOOKING NO.<br>963733445      CARGO RECEIPT NO.<br>7793384192 |
| | EXPORT REFERENCES      DATE OF RECEIPT OF CARGO<br>28-JUL-2018 |
| CONSIGNEE (NON-NEGOTIABLE UNLESS CONSIGNED TO ORDER)<br>SEARS, ROEBUCK AND CO<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES, IL 60179 USA | |

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

| | |
|---|---|
| NOTIFY PARTY (COMPLETE NAME AND ADDRESS)<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE: (310) 404-2792 FAX: (310)<br>404-2962 ATTN: MARY ELLEN WRATSCHKO | |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MAERSK ENPING 830N | PORT OF LOADING<br>YANTIAN,CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES | PLACE OF DELIVERY BY ON CARRIER<br>WILMINGTON, CA 90744 DOOR | NO. OF ORIGINALS<br>NONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MRKU2582012<br>SEALCODE1:<br>CN0332270<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 882 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SO3692<br>DEPT#009<br>REF#802<br>ITEM#140078228988 | 5203.800 KG<br>11472.410 LB | 66.457 M3<br>2346.597 F3 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| | |
|---|---|
| In accordance with instruction from Buyer, we have received the following documents from shipper on: | This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.<br><br>As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | |
| PACKING LIST | 0 | 1 |

SHENZHEN

Issued by _____

| Aug | 01 | 2018 |
|---|---|---|
| Month _____ | Day _____ | Year _____ |

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

**UPS Supply Chain Solutions** ℠   (ups)

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

BOOKING NO.
989739445

CARGO RECEIPT NO.
7793354792

EXPORT REFERENCES

DATE OF RECEIPT OF CARGO
28-JUL-2018

CONSIGNEE (NON NEGOTIABLE UNLESS CONSIGNED TO ORDER)
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER YAN TIAN, CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) MAERSK EMPIRE 830N | PORT OF LOADING YAN TIAN, CHINA | |
| PORT OF DISCHARGE ANGELES | PLACE OF DELIVERY ON CARRIER WILMINGTON, CA 90744 DOOR | NUMBER OF ORIGINALS |

| PARTICULARS FURNISHED BY SHIPPER | | | | |
|---|---|---|---|---|
| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
| CTRNO: MRKU2742804 SEALCODE1: CN0553767 MARKS & NO: SEARS ITEM NO: MADE IN CHINA (MAINLAND) CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 310 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE SEARS PO#SO3734 DEPT#009 REF#802 ITEM#140026616037 | 5834.200 KG 12862.210 LB | 66.687 M: 2354.718 F: |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:
28-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 01 | 2018 |
|---|---|---|
| Month _____ | Day _____ | Year _____ |

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

**UPS Supply Chain Solutions** ℠   (ups)

OTI License No. 275F



**UPS Supply Chain Solutions** ℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNER'S INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | 983733445 | 7793564192 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO<br>28-JUL-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MAERSK ENPING 830N | PORT OF LOADING<br>YANTIAN,CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES | PLACE OF DELIVERY BY ON CARRIER<br>WILMINGTON, CA 90744 DOOR | NUMBER OF ORIGINALS<br>NONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MRKU3631106<br>SEALCODE1:<br>CN0332330<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 882 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SO3692<br>DEPT#009<br>REF#802<br>ITEM#140078228988 | 5203.800 KG<br>11472.410 LB | 66.457 M3<br>2346.597 F3 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____ *

Aug          .01          2018
Month _____ Day _____ Year _____



**UPS SUPPLY CHAIN SOLUTIONS, INC.**



**UPS Supply Chain Solutions** ™

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

BOOKING NO.
9601793445

CARGO RECEIPT NO.
7103264782

EXPORT REFERENCES

DATE OF RECEIPT OF CARGO
28-JUL-2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good
order and condition from Shipper, the package(s) listed below are said to contain
the goods hereinafter described. This receipt is not valid unless verified and
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is limited
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of
law, its limitation, described in paragraph 3 on the reverse hereof, controls unless
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER YANTIAN,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOYAGE/FLAG) MAERSK ENPING 830N | PORT OF LOADING YANTIAN,CHINA | |
| PORT OF DISCHARGE LOS ANGELES | PLACE OF DELIVERY BY ON-CARRIER WILMINGTON CA 90744 DOOR | NUMBER OF ORIGINALS |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MRKU3763041 SEALCODE1: CN0552162 MARKS & NO: SEARS ITEM NO: MADE IN CHINA (MAINLAND) CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 385 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE SEARS PO#SQ3732,SP3733 DEPT#009 REF#802 ITEM#140096602925 ,140096602446 | 5835.900 KG 12865.950 LB | 67.944 M 2399.103 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have
received the following documents from shipper
on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here
and on the reverse of this document which are incorporated here
by reference. These Terms limit or exclude UPS Supply Chain
Solutions liability and include certain indemnities to UPS Supply
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Aug          01          2018
Month _____ Day _____ Year _____



**UPS Supply Chain Solutions** ℠

OTI License No. 275F

## UPS SUPPLY CHAIN SOLUTIONS, INC.
### FORWARDER'S CARGO RECEIPT

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
WINKY INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

BOOKING NO. 563735445
CARGO RECEIPT NO. 7735564192

EXPORT REFERENCES

DATE OF RECEIPT OF CARGO
28-JUL-2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

### UPS SUPPLY CHAIN SOLUTIONS, INC.
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is limit
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER YANTIAN, CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) MAERSK ENPING 830N | PORT OF LOADING YANTIAN, CHINA | |
| PORT OF DISCHARGE LOS ANGELES | PLACE OF DELIVERY BY ON CARRIER WILMINGTON, CA 90744 DOOR | NUMBER OF ORIGINALS |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MRKU3909373 SEALCODE1: CN0574353 MARKS & NO: SEARS ITEM NO: MADE IN CHINA (MAINLAND) CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 1260 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE SEARS PO#SO3727, SO3728 DEPT#009 REF#802 ITEM#140010003291, 140010093458 | 8190.000 KG 18055.850 LB | 66.072 M 2333.002 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month ____ Aug ____ Day ____ 01 ____ Year ____ 2018

**UPS Supply Chain Solutions℠**   UPS

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNER INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | | 7795564792 |

| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
|---|---|---|
| | | 28-JUL-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

SEARS ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go order and condition from Shipper, the package(s) listed below are said to conta the goods hereinafter described. This receipt is not valid unless verified a signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limit to $0.50 per pound of goods lost or damaged. If COGSA governs with the force law, its limitation, described in paragraph 3 on the reverse hereof, controls unle a higher value is declared.

Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YAN TIAN,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOYAGE/FLAG)<br>MAERSK ENPING 830N | PORT OF LOADING<br>YAN TIAN,CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES | PLACE OF DELIVERY BY ON CARRIER<br>MEMPHIS TRY,CA 38044 DOOR | NUMBER OF ORIGINALS |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MRKU4526018<br>SEALCODE1:<br>CN0584429<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 385 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SQ3732<br>DEPT#009<br>REF#802<br>ITEM#140096602925 | 5831.500 KG<br>12856.250 LB | 67.427 M<br>2380.847 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he and on the reverse of this document which are incorporated he by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 01 | 2018 |
|---|---|---|
| Month | Day | Year |

UPS SUPPLY CHAIN SOLUTIONS, INC.

**UPS Supply Chain Solutions™** [UPS]

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | | |
|---|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) <br> WINNER'S INDUSTRY COMPANY LIMITED <br> UNIT A, 10/F., WAH LUNG BUILDING <br> 49-53 WANG LUNG STREET, TSUEN WAN <br> NEW TERRITORIES <br> HONG KONG | BOOKING NO. | CARGO RECEIPT NO. <br> 779556-4192 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO <br> 26-JUL-2018 |
| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) <br> SEARS, ROEBUCK AND CO. <br> 3333 BEVERLY ROAD, <br> HOFFMAN ESTATES, IL 60179 USA | | |

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go order and condition from Shipper, the package(s) listed below are said to conta the goods hereinafter described. This receipt is not valid unless verified a signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limit to \$0.50 per pound of goods lost or damaged. If COGSA governs with the force law, its limitation, described in paragraph 3 on the reverse hereof, controls unle a higher value is declared.

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER <br> YANTIAN,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL V/OY/FLAG) <br> MAERSK ENPING 830N | PORT OF LOADING <br> YANTIAN,CHINA | |
| PORT OF DISCHARGE <br> LOS ANGELES | PLACE OF DELIVERY BY ON CARRIER <br> WILMINGTON, CA 90744 DOOR | NUMBER OF ORIGINALS |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: <br> MRKU4864680 <br> SEALCODE1: <br> CN0331921 <br> MARKS & NO: <br> SEARS <br> ITEM NO: <br> MADE IN CHINA <br> (MAINLAND) <br> CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 310 CARTON <br> SAID TO CONTAIN <br> ARTIFICIAL CHRISTMAS TREE <br> SEARS PO#SO3734 <br> DEPT#009 <br> REF#802 <br> ITEM#140026616037 | 5834.200 KG <br> 12862.210 LB | 66.687 M <br> 2354.718 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:
26-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he and on the reverse of this document which are incorporated he by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Aug _____ - 01 _____ 2018
Month _____ Day _____ Year _____

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

# UPS Supply Chain Solutions™ 

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | | |
|---|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) WINNERS' ... COMPANY LIMITED UNIT A, 10/F., WAH LUNG BUILDING 49-53 WANG LUNG STREET, TSUEN WAN NEW TERRITORIES HONG KONG | BOOKING NO. | CARGO RECEIPT NO. 7192584192 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO 26-JUL-2018 |
| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) SEARS ROEBUCK AND CO. 3333 BEVERLY ROAD, HOFFMAN ESTATES, IL 60179 USA | | |

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go order and condition from Shipper, the package(s) listed below are said to conta the goods hereinafter described. This receipt is not valid unless verified a signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles higher value is declared on this receipt and the extra charge paid, liability is limit to \$0.50 per pound of goods lost or damaged. If COGSA governs with the force law, its limitation, described in paragraph 3 on the reverse hereof, controls unle a higher value is declared.

Declared Value is: _____

| | | |
|---|---|---|
| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) UPS SUPPLY CHAIN SOLUTIONS 19701 HAMILTON AVENUE, SUITE 250 TORRANCE, CA 90502 PHONE: (310) 404-2792 FAX: (310) 404-2962 ATTN: MARY ELLEN WRATSCHKO | | |
| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER YAN TIAN CHINA | EXPORT LICENSE NO. |
| EXPORT CARRIER (VESSEL/VOYAGE/FLAG) MAERSK ENPING 830N | PORT OF LOADING YANTIAN CHINA | |
| PORT OF DISCHARGE LOS ANGELES | PLACE OF DELIVERY BY ON CARRIER WILMINGTON CA90744 DOOR | NUMBER OF ORIGINALS |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MRKU4869212 SEALCODE1: CN0551226 MARKS & NO: SEARS ITEM NO: MADE IN CHINA (MAINLAND) CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 275 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE SEARS PO#SO3729 DEPT#009 REF#802 ITEM#140010100006 | 5637.500 KG 12426.560 LB | 65.118 M 2299.317 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

---

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| INVOICE | | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he and on the reverse of this document which are incorporated he by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Aug         -01         2018
Month_____ Day_____ Year _____

**UPS SUPPLY CHAIN SOLUTIONS, INC.**



# UPS Supply Chain Solutions℠

**OTI License No. 275F**

## UPS SUPPLY CHAIN SOLUTIONS, INC.
### FORWARDER'S CARGO RECEIPT

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
WINTHELLA INDUSTRIAL COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

**BOOKING NO.**
7786554182

**CARGO RECEIPT NO.**

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS ROEBUCK AND CO
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**EXPORT REFERENCES**

**DATE OF RECEIPT OF CARGO**
28-JUL-2018

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good
order and condition from Shipper, the package(s) listed below are said to conta
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is lim
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

**EXPORT LICENSE NO.**

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN,CHINA | |
| EXPORT CARRIER (VESSEL/VOY-FLAG) | PORT OF LOADING | |
| MAERSK ENPING 830N | YANTIAN,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES | WILMINGTON,CA 90744 DOOR | |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MRKU6325033<br>SEALCODE1:<br>CN0332399<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 282 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SP3730,SN3731<br>DEPT#009<br>REF#802<br>ITEM#140022453096 ,140096606769 | 5605.800 KG<br>12358.670 LB | 65.063 M<br>2297.375 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have
received the following documents from shipper
on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 01 | 2018 |
|---|---|---|
| Month | Day | Year |

**UPS Supply Chain Solutions** ℠ 

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | | 7793584192 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO<br>28-JUL-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS ROEBUCK AND CO
3333  BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent goo
order and condition from Shipper, the package(s) listed below are said to conta
the goods hereinafter described. This receipt is not valid unless verified an
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is limite
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY FLAG)<br>MAERSK EMDEN 828N | PORT OF LOADING<br>YANTIAN CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES | PLACE OF DELIVERY BY ON-CARRIER<br>LOS ANGELES CY 44 DOOR | NUMBER OF ORIGINALS |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MRSU3931087<br>SEALCODE1:<br>CN0332310<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 466 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SO3726,SP3689<br>DEPT#009<br>REF#802<br>ITEM#140078238458 ,140027662164 | 6601.640 KG<br>14554.120 LB | 65.076 M3<br>2297.834 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth her
and on the reverse of this document which are incorporated her
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Aug          01          2018
Month _____ Day _____ Year _____

# UPS Supply Chain Solutions™ 

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNER'S INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | | 7793584192 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO<br>28-JUL-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good
order and condition from Shipper, the package(s) listed below are said to contain
the goods hereinafter described. This receipt is not valid unless verified and
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a
higher value is declared on this receipt and the extra charge paid, liability is limited
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of
law, its limitation, described in paragraph 3 on the reverse hereof, controls unless
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX. (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY-FLAG)<br>MAERSK ENPING 830N | PORT OF LOADING<br>YANTIAN,CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES | PLACE OF DELIVERY BY ON-CARRIER<br>WILMINGTON,CA 90744 DOOR | NUMBER OF ORIGINALS |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MSKU0948779<br>SEALCODE1:<br>CN0331827<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 290 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SO3734,SP3735<br>DEPT#009<br>REF#802<br>ITEM#140026616037 ,140078238466 | 5866.600 KG<br>12933.640 LB | 65.075 M3<br>2297.798 F3 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here
and on the reverse of this document which are incorporated here
by reference. These Terms limit or exclude UPS Supply Chain
Solutions liability and include certain indemnities to UPS Supply
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month ___Aug___ Day ___01___ Year ___2018___



**UPS Supply Chain Solutions™** (ups)

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNER'S INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | | 7795584792 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO<br>28-JUL-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

SEARS ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to conta
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is limit
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YAN TIAN, CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MAERSK LEIPZIG/830N | PORT OF LOADING<br>YAN TIAN, CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES | PLACE OF DELIVERY BY ON CARRIER<br>LOS ANGELES/CY/44 DOOR | NUMBER OF ORIGINALS |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MSKU1069440<br>SEALCODE1:<br>CN0331904<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 275 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SN3731<br>DEPT#009<br>REF#802<br>ITEM#140096606769 | 5637.500 KG<br>12428.560 LB | 65.118 M<br>2299.317 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have
received the following documents from shipper
on:

| Document List | Original | Copy |
|---|---|---|
| INVOICE | | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Sup
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 01 | 2018 |
|---|---|---|
| Month _____ | Day _____ | Year _____ |

UPS SUPPLY CHAIN SOLUTIONS, INC.

# UPS Supply Chain Solutions℠ 

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. 7793564192 |
| WINFIELD FUTURN COMPANY LIMITED | |
| UNIT A, 10/F., WAH LUNG BUILDING | EXPORT REFERENCES |
| 49-53 WANG LUNG STREET, TSUEN WAN | DATE OF RECEIPT OF CARGO 28-JUL-2018 |
| NEW TERRITORIES | |
| HONG KONG | |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per package of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS):
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| | | |
|---|---|---|
| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER YANTIAN,CHINA | EXPORT LICENSE NO. |
| EXPORT CARRIER (VESSEL/VOY/FLAG) MAERSK ENPING 830N | PORT OF LOADING YANTIAN,CHINA | |
| PORT OF DISCHARGE LOS ANGELES | PLACE OF DELIVERY BY ON CARRIER WILMINGTON,CA90744 DOOR | NUMBER OF ORIGINALS |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MSKU1548951 SEALCODE1: CN0333220 MARKS & NO: SEARS ITEM NO: MADE IN CHINA (MAINLAND) CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 275 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE SEARS PO#SO3729 DEPT#009 REF#802 ITEM#140010100006 | 5637.500 KG 12428.560 LB | 65.118 M3 2299.317 F3 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 01 | 2018 |
|---|---|---|
| Month _____ | Day _____ | Year _____ |

UPS SUPPLY CHAIN SOLUTIONS, INC.

# UPS Supply Chain Solutions™ 

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| ...... COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | | 732554192 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO<br>28-JUL-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
...... ROEBUCK AND CO
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

## THIS IS NOT A DOCUMENT OF TITLE.

### UPS SUPPLY CHAIN SOLUTIONS, INC.

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MAERSK EMDEN 0830N | PORT OF LOADING<br>YANTIAN,CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES | PLACE OF DELIVERY BY ON-CARRIER<br>FREMONT, CA 90044 DOOR | NUMBER OF ORIGINALS |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MSKU1606209<br>SEALCODE1:<br>CN0580609<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 275 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SN3731<br>DEPT#009<br>REF#802<br>ITEM#140096606769 | 5637.500 KG<br>12428.560 LB | 65.118 M3<br>2299.317 F3 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| ...... INVOICE | | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | · 01 | 2018 |
|---|---|---|
| Month _____ | Day _____ | Year _____ |

UPS SUPPLY CHAIN SOLUTIONS, INC.



# UPS Supply Chain Solutions℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
WINNERS IND'USTRY COMPANY LIMITED
UNIT A, 10/F , WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

BOOKING NO.

CARGO RECEIPT NO.
7782304102

EXPORT REFERENCES

DATE OF RECEIPT OF CARGO
28-JUL-2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO
3333  BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

### THIS IS NOT A DOCUMENT OF TITLE.

#### UPS SUPPLY CHAIN SOLUTIONS, INC.
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good
order and condition from Shipper, the package(s) listed below are said to contain
the goods hereinafter described. This receipt is not valid unless verified and
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a
higher value is declared on this receipt and the extra charge paid, liability is limited
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of
law, its limitation, described in paragraph 3 on the reverse hereof, controls unless
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

PRE-CARRIAGE BY

PLACE OF RECEIPT BY PRE-CARRIER
YANTIAN, CHINA

EXPORT LICENSE NO.

EXPORT CARRIER (VESSEL VOY/FLAG)
MAERSK ENPING 830N

PORT OF LOADING
YANTIAN, CHINA

PORT OF DISCHARGE
LOS ANGELES

PLACE OF DELIVERY BY ON CARRIER
WILMINGTON, CA 30744 DOOR

NUMBER OF ORIGINALS

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MSKU8235584<br>SEALCODE1:<br>CN0569396<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 1244 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SP3689,SO3727<br>DEPT#009<br>REF#802<br>ITEM#140027662154 , 140010003291 | 6962.560 KG<br>15349.810 LB | 64.045 M3<br>2261.429 F3 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have
received the following documents from shipper
on:

| Document List | Original | Copy |
|---|---|---|
| INVOICE | | |
| PACKING LIST | 3 | 1 |

This shipment will be handled subject to the terms set forth here
and on the reverse of this document which are incorporated here
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 01 | 2018 |
|---|---|---|
| Month _____ | Day _____ | Year _____ |

**UPS Supply Chain Solutions℠** (UPS)

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) ... LY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | BOOKING NO.        CARGO RECEIPT NO.<br>793584792 |
| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES, IL 60179 USA | EXPORT REFERENCES     DATE OR RECEIPT OF CARGO<br>28-JUL-2018 |

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

EXPORT LICENSE NO.

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MAERSK EMDEN 830N | PORT OF LOADING<br>YANTIAN CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES | PLACE OF DELIVERY BY ON CARRIER<br>WILMINGTON, CA 90744 DOOR | NUMBER OF ORIGINALS |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MSKU8856703<br>SEALCODE1:<br>CN0331869<br>MARKS & NO.<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 608 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SP3724,SN3725<br>DEPT#009<br>REF#802<br>ITEM#140096152277 ,140096152921 | 6768.800 KG<br>14922.650 LB | 65.758 M:<br>2321.915 F: |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: | This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit. |
|---|---|
| **Document List**     Original    Copy<br>INVOICE<br>PACKING LIST        0      1 | As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |

SHENZHEN

Issued by _____ .

| Aug | 01 | 2018 |
|---|---|---|
| Month _____ | Day _____ | Year _____ |

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

**UPS Supply Chain Solutions℠** **ups**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)<br>WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | BOOKING NO.<br>CARGO RECEIPT NO.<br>1795584192 |
| | EXPORT REFERENCES<br>DATE OF RECEIPT OF CARGO<br>28-JUL-2018 |
| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)<br>SEARS, ROEBUCK AND CO.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES, IL 60179 USA | |

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

| | |
|---|---|
| NOTIFY PARTY (COMPLETE NAME AND ADDRESS)<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE: (310) 404-2792 FAX: (310)<br>404-2962 ATTN: MARY ELLEN WRATSCHKO | |
| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN,CHINA | EXPORT LICENSE NO. |
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MAERSK ENPING 830N | PORT OF LOADING<br>YANTIAN,CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES | PLACE OF DELIVERY BY ON CARRIER<br>MEMPHIS FGW CA 90744 DOOR | NUMBER OF ORIGINALS |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MSKU9028703<br>SEALCODE1:<br>CN0332303<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 257 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SP3735<br>DEPT#009<br>REF#802<br>ITEM#140078238466 | 6337.620 KG<br>13972.060 LB | 65.165 M<br>2300.976 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on:<br>28-JUL-2018 | This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.<br>As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |
|---|---|

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | |
| PACKING LIST | 0 | 1 |

SHENZHEN

Issued by _____

| Aug | 01 | 2018 |
|---|---|---|
| Month _____ | Day _____ | Year _____ |

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

**UPS Supply Chain Solutions ™** 

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS): ...NY LIMITED
UNIT A, 10/F, WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

BOOKING NO.

CARGO RECEIPT NO. ...3538192

EXPORT REFERENCES

DATE OF RECEIPT OF CARGO
28-JUL-2018

CONSIGNEE (NON NEGOTIABLE UNLESS CONSIGNED TO ORDER)
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go order and condition from Shipper, the package(s) listed below are said to cont. the goods hereinafter described. This receipt is not valid unless verified a signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles higher value is declared on this receipt and the extra charge paid, liability is limit to $0.50 per pound of goods lost or damaged. If COGSA governs with the force law, its limitation, described in paragraph 3 on the reverse hereof, controls unle a higher value is declared.

Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS): ...TIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

EXPORT LICENSE NO.

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER |
| --- | --- |
| | YAN TIAN CHINA |

| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING |
| --- | --- |
| MAERSK ESSEN 830N | YAN TIAN CHINA |

| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| --- | --- | --- |
| LOS ANGELES | WILMINGTON CA 90744 DOOR | |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
| --- | --- | --- | --- | --- |
| CTRNO:<br>MSKU9112732<br>SEALCODE1:<br>CN0333100<br>MARKS & NO<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 296 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SQ3736<br>DEPT#009<br>REF#802<br>ITEM#140096602990 | 7903.200 KG<br>17423.570 LB | 65.265 M<br>2304.507 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
| --- | --- | --- |
| INVOICE | | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he and on the reverse of this document which are incorporated he by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Month | Day | Year |
| --- | --- | --- |
| Aug | 01 | 2018 |



**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Month _____ Day _____ Year _____

**UPS Supply Chain Solutions℠**   UPS

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
WAI MEI HK COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

BOOKING NO.

CARGO RECEIPT NO.
7395354792

EXPORT REFERENCES

DATE OF RECEIPT OF CARGO
28-JUL-2018

CONSIGNEE (NON-NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS ROEBUCK AND CO
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to conta
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is limit
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER YAN TIAN, CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOYAGE/FLAG) MAERSK ENPING 830N | PORT OF LOADING YAN TIAN, CHINA | |
| PORT OF DISCHARGE LOS ANGELES | PLACE OF DELIVERY BY ON CARRIER WILMINGTON CA 90744 DOOR | NUMBER OF ORIGINALS |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MSKU9131455<br>SEALCODE1:<br>CN0580720<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 310 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SO3734<br>DEPT#009<br>REF#802<br>ITEM#140026616037 | 5834.200 KG<br>12862.210 LB | 66.687 M<br>2354.718 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 16 JUL 2018

| Document List | Original | Copy |
|---|---|---|
| INVOICE | | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Aug          01          2018
Month        Day         Year



**UPS Supply Chain Solutions** ℠

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT**

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
WINNER'S ... COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

BOOKING NO.

CARGO RECEIPT NO.
7755554792

EXPORT REFERENCES

DATE OF RECEIPT OF CARGO
28 JUL 2018

CONSIGNEE (NON-NEGOTIABLE UNLESS CONSIGNED TO ORDER)
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to conta
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is limit
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is:

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER YAN TIAN, CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORTING CARRIER (VESSEL/VOYAGE/FLAG) MATSON MESSILAZVYL833N | PORT OF LOADING CHINA | |
| PORT OF DISCHARGE LOS ANGELES | PLACE OF DELIVERY BY ON CARRIER ... 44 DOOR | NUMBER OF ORIGINALS |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MSKU9286694 SEALCODE1: CN0584340 MARKS & NO: SEARS ITEM NO: MADE IN CHINA (MAINLAND) CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 1193 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE SEARS PO#SQ3687,SO3692 DEPT#009 REF#802 ITEM#140097910046 ,140078228988 | 5985.700 KG 13196.210 LB | 66.459 M 2346.667 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | |
| PACKING LIST | 6 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Aug              '01                2018
Month _____ Day _____ Year _____

UPS SUPPLY CHAIN SOLUTIONS, INC.

# UPS Supply Chain Solutions™ 

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNER'S INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F , WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | | 7795564792 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO<br>28-JUL-2018 |

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**

SEARS ROEBUCK AND CO
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179 USA

### THIS IS NOT A DOCUMENT OF TITLE.
#### UPS SUPPLY CHAIN SOLUTIONS, INC.
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MAERSK ENPING 830N | PORT OF LOADING<br>YANTIAN,CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES | PLACE OF DELIVERY BY ON-CARRIER<br>WILMINGTON, CA 90744 DOOR | NUMBER OF ORIGINALS |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MSKU9478470<br>SEALCODE1:<br>CN0332312<br>MARKS & NO:<br>SEARS<br>ITEM NO.<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 296 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SQ3736<br>DEPT#009<br>REF#802<br>ITEM#140096602990 | 7903.200 KG<br>17423.570 LB | 65.265 M³<br>2304.507 F³ |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Aug            01            2018
Month _____ Day _____ Year _____

# UPS Supply Chain Solutions ℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) WINNERS INDUSTRY COMPANY LIMITED | BOOKING NO. |
| UNIT A, 10/F., WAH LUNG BUILDING | CARGO RECEIPT NO. 7793564132 |
| 49-53 WANG LUNG STREET, TSUEN WAN | EXPORT REFERENCES |
| NEW TERRITORIES | DATE OF RECEIPT OF CARGO 28-JUL-2018 |
| HONG KONG | |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

### THIS IS NOT A DOCUMENT OF TITLE.

#### UPS SUPPLY CHAIN SOLUTIONS, INC.

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is limit
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.

Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER YAN TIAN, CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOYAGE) MAERSK MC KINNEY MOLLER | PORT OF LOADING YAN TIAN, CHINA | |
| PORT OF DISCHARGE LOS ANGELES | PLACE OF DELIVERY BY ON CARRIER WILMINGTON, CA 90744 DOOR | NUMBER OF ORIGINALS |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MSKU9799790<br>SEALCODE1:<br>CN0580717<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 257 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SP3735<br>DEPT#009<br>REF#802<br>ITEM#140078238466 | 6337.620 KG<br>13972.060 LB | 65.165 M<br>2300.976 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have
received the following documents from shipper
on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____ *

| Aug | 01 | 2018 |
|---|---|---|
| Month _____ | Day _____ | Year _____ |

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

# UPS Supply Chain Solutions℠ 

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNER'S INDUSTRY COMPANY LIMITED UNIT A, 10/F., WAH LUNG BUILDING 49-53 WANG LUNG STREET, TSUEN WAN NEW TERRITORIES HONG KONG | | 7755584192 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

EXPORT REFERENCES | DATE OF RECEIPT OF CARGO
28-JUL-2018

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent g order and condition from Shipper, the package(s) listed below are said to con the goods hereinafter described. This receipt is not valid unless verified signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unle higher value is declared on this receipt and the extra charge paid, liability is lim to $0.50 per pound of goods lost or damaged. If COGSA governs with the forc law, its limitation, described in paragraph 3 on the reverse hereof, controls un a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER YAN TIAN,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) MAERSK ENPING 830N | PORT OF LOADING YAN TIAN,CHINA | |
| PORT OF DISCHARGE LOS ANGELES | PLACE OF DELIVERY BY ON CARRIER WILMINGTON, CA 90744 DOOR | NUMBER OF ORIGINALS |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN |
|---|---|---|---|---|
| CTRNO: MSKU9892238 SEALCODE1: CN0331970 MARKS & NO: SEARS ITEM NO: MADE IN CHINA (MAINLAND) CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 430 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE SEARS PO#SO3726 DEPT#009 REF#802 ITEM#140078238458 | 6630.600 KG 14617.970 LB | 65.187 M 2301.753 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | |
| PACKING LIST | 9 | 1 |

This shipment will be handled subject to the terms set forth he and on the reverse of this document which are incorporated he by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Aug         01         2018
Month _____ Day _____ Year _____

# UPS Supply Chain Solutions ℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) WINNER INDUSTRIES COMPANY LIMITED | BOOKING NO. |
| UNIT A, 10/F., WAH LUNG BUILDING | CARGO RECEIPT NO. 7795564192 |
| 49-53 WANG LUNG STREET, TSUEN WAN | EXPORT REFERENCES |
| NEW TERRITORIES | DATE OF RECEIPT OF CARGO 26-JUL-2018 |
| HONG KONG | |

CONSIGNEE (NON NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

## THIS IS NOT A DOCUMENT OF TITLE.

### UPS SUPPLY CHAIN SOLUTIONS, INC.

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go order and condition from Shipper, the package(s) listed below are said to cont the goods hereinafter described. This receipt is not valid unless verified a signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles higher value is declared on this receipt and the extra charge paid, liability is limit to $0.50 per pound of goods lost or damaged. If COGSA governs with the force law, its limitation, described in paragraph 3 on the reverse hereof, controls unle a higher value is declared.

Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER YANTIAN,CHINA | EXPORT LICENSE NO |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY FLAG) MAERSK ELLEN/837N | PORT OF LOADING YANTIAN,CHINA | |
| PORT OF DISCHARGE LOS ANGELES | PLACE OF DELIVERY ON CARRIER WILMINGTON, CA 90744 DOOR | NUMBER OF ORIGINALS |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: PONU7819074 SEALCODE1: CN0570401 MARKS & NO: SEARS ITEM NO: MADE IN CHINA (MAINLAND) CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 1064 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE SEARS PO#SO3728,SP3730 DEPT#009 REF#802 ITEM#140010093458 ,140022453096 | 7465.400 KG 16458.390 LB | 65.055 M: 2297.092 F: |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth her and on the reverse of this document which are incorporated her by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month _____ Aug   Day _____ 01   Year _____ 2018

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

# UPS Supply Chain Solutions ℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
WINNER'S INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

**BOOKING NO.**
7793564192

**CARGO RECEIPT NO.**

**EXPORT REFERENCES**

**DATE OF RECEIPT OF CARGO**
28-JUL-2018

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS, ROEBUCK AND CO
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent g
order and condition from Shipper, the package(s) listed below are said to con
the goods hereinafter described. This receipt is not valid unless verified
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is lim
to $0.50 per pound of goods lost or damaged. If COGSA governs with the forc
law, its limitation, described in paragraph 3 on the reverse hereof, controls unl
a higher value is declared.

Declared Value is:

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

**EXPORT LICENSE NO.**

**PRE-CARRIAGE BY**

**PLACE OF RECEIPT BY PRE-CARRIER**
YANTIAN,CHINA

**EXPORT CARRIER (VESSEL/VOYAGE NO.)**
MAERSK EMPING 830N

**PORT OF LOADING**
YANTIAN,CHINA

**PORT OF DISCHARGE**
LOS ANGELES

**PLACE OF DELIVERY BY ON CARRIER**
WILMINGTON, CA 90744 DOOR

**NUMBER OF ORIGINALS**

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>SUDU8846524<br>SEALCODE1:<br>CN0553751<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 348 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SO3729,SQ3732<br>DEPT#009<br>REF#802<br>ITEM#140010100006 ,140096602925 | 5616.600 KG<br>12382.480 LB | 65.078 M<br>2297.904 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

**Document List**

| | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth her
and on the reverse of this document which are incorporated her
by reference. These Terms limit or exclude UPS Supply Chai
Solutions liability and include certain indemnities to UPS Suppl
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 01 | 2018 |
|---|---|---|
| Month | Day | Year |

# UPS Supply Chain Solutions ℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

# UPS Supply Chain Solutions℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) ... Y LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | BOOKING NO.<br><br>CARGO RECEIPT NO.<br>7793359132 |
| | EXPORT REFERENCES<br><br>DATE OF RECEIPT OF CARGO<br>28-JUL-2018 |
| CONSIGNEE (NON-NEGOTIABLE UNLESS CONSIGNED TO ORDER)<br>SEARS ROEBUCK AND CO<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES, IL 60179 USA | |

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to conta
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is limit
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.

Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MAERSK ENPING 835N | PORT OF LOADING<br>YANTIAN,CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES | PLACE OF DELIVERY / ON CARRIER<br>WILMINGTON CA 90744 DOOR | NUMBER OF ORIGINALS |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: TCLU5058560<br>SEALCODE1:<br>CN0561116<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 562 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SN3725,SO3726<br>DEPT#009<br>REF#802<br>ITEM#140096152921 ,140078238458 | 6724.840 KG<br>14825.730 LB | 65.216 M:<br>2302.777 F: |
| CTRNO: TCLU8058434<br>SEALCODE1:<br>CN0561046<br>MARKS & NO:<br>SEARS<br>ITEM NO: | 1 | 40' HIGH CUBE CONTAINER 429 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SO3726<br>DEPT#009   REF#802<br>ITEM#140078238458 | 6615.180 KG<br>14583.970 LB | 65.034 M:<br>2296.351 F: |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: | This shipment will be handled subject to the terms set forth he and on the reverse of this document which are incorporated he by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit. |
|---|---|
| | As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | |
| PACKING LIST | 0 | 1 |

SHENZHEN

Issued by _____.

Aug          01          2018
Month _____ Day _____ Year _____



**UPS SUPPLY CHAIN SOLUTIONS, INC.**

**UPS Supply Chain Solutions ℠** (UPS)

**UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO |
|---|---|---|
| WINNER INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | | 7793584132 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO<br>28-JUL-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is limit
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

EXPORT LICENSE NO.

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN, CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MAERSK ENPING 830N | PORT OF LOADING<br>YANTIAN, CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES | PLACE OF DELIVERY BY ON-CARRIER<br>WILMINGTON CA 90744 DOOR | NUMBER OF ORIGINALS |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| MADE IN CHINA<br>(MAINLAND)<br>CONTENTS:<br><br>CTRNO:<br>TCNU2740608<br>SEALCODE1:<br>CN0331818<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 722 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SO3692,SP3724<br>DEPT#009<br>REF#802<br>ITEM#140078228988 ,140096152277 | 5782.600 KG<br>12748.450 LB | 65.032 M<br>2296.280 F |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 19 JUL 2018

| Document List | Original | Copy |
|---|---|---|
| INVOICE | | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 01 | 2018 |
|---|---|---|
| Month ____ | Day ____ | Year ____ |



**UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT**

**UPS Supply Chain Solutions℠** 

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. |
| WINNER'S INDUSTRY COMPANY LIMITED | CARGO RECEIPT NO. 7755564792 |
| UNIT A, 10/F., WAH LUNG BUILDING | |
| 49-53 WANG LUNG STREET, TSUEN WAN | EXPORT REFERENCES |
| NEW TERRITORIES | DATE OF RECEIPT OF CARGO 28-JUL-2018 |
| HONG KONG | |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good
order and condition from Shipper, the package(s) listed below are said to contain
the goods hereinafter described. This receipt is not valid unless verified and
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a
higher value is declared on this receipt and the extra charge paid, liability is limited
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of
law, its limitation, described in paragraph 3 on the reverse hereof, controls unless
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER YANTIAN,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOYAGE/FLAG) MAERSK EN'PING 830N | PORT OF LOADING YANTIAN,CHINA | |
| PORT OF DISCHARGE LOS ANGELES | PLACE OF DELIVERY BY ON CARRIER WILMINGTON, CA 90744 DOOR | NUMBER OF ORIGINALS |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| MADE IN CHINA (MAINLAND) CONTENTS: CTRNO: TCNU2740608 SEALCODE1: CN0331818 MARKS & NO: SEARS ITEM NO: MADE IN CHINA (MAINLAND) CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 722 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE SEARS PO#SO3692,SP3724 DEPT#009 REF#802 ITEM#140078228988 ,140096152277 | 5782.600 KG 12748.450 LB | 65.032 M3 2296.280 F3 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 01-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here
and on the reverse of this document which are incorporated here
by reference. These Terms limit or exclude UPS Supply Chain
Solutions liability and include certain indemnities to UPS Supply
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 01 | 2018 |
|---|---|---|
| Month _____ | Day _____ | Year _____ |

# UPS Supply Chain Solutions℠ 

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | | |
|---|---|---|
| SHIPPER (ENTER COMPUTER NAME AND ADDRESS) WINNER INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | BOOKING NO. | CARGO RECEIPT NO. 79538?192 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO 28-JUL-2018 |
| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) SEARS ROEBUCK AND CO<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES, IL 60179 USA | | |

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is limi
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is: _____

| | | |
|---|---|---|
| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE: (310) 404-2792 FAX: (310)<br>404-2962 ATTN: MARY ELLEN WRATSCHKO | | |
| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER YANTIAN,CHINA | EXPORT LICENSE NO. |
| EXPORT CARRIER (VESSEL/VOYAGE) MAERSK EHPING 830N | PORT OF LOADING YANTIAN,CHINA | |
| PORT OF DISCHARGE LOS ANGELES | PLACE OF DELIVERY ON CARRIER MEMPHIS TO PO-44 DOOR | NUMBER OF ORIGINALS |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>TCNU7605940<br>SEALCODE1:<br>CN0551083<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 275 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SN3731,SO3729<br>DEPT#009<br>REF#802<br>ITEM#140096606769,140010100006 | 5637.500 KG<br>12428.560 LB | 65.118 M<br>2299.317 F |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Aug          -01          2018
Month _____ Day _____ Year _____

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

# UPS Supply Chain Solutions℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. / CARGO RECEIPT NO. |
| WINNINGINDUSTRY COMPANY LIMITED | 7799554192 |
| UNIT A, 10/F., WAH LUNG BUILDING | |
| 49-53 WANG LUNG STREET, TSUEN WAN | DATE OF RECEIPT OF CARGO |
| NEW TERRITORIES | 26-JUL-2018 |
| HONG KONG | EXPORT REFERENCES |

CONSIGNEE (NON-NEGOTIABLE UNLESS CONSIGNED TO ORDER)
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

SEARS, ROEBUCK AND CO.

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN,CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MAERSK ENPING 830N | YANTIAN,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES | WILMINGTON, CA 90744 DOOR | |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: TLLU5279023 SEALCODE1: CN0332347 MARKS & NO: SEARS ITEM NO: MADE IN CHINA (MAINLAND) CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 310 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE SEARS PO#SO3734 DEPT#009 REF#802 ITEM#140026616037 | 5834.200 KG 12862.210 LB | 66.687 M 2354.718 F |
| CTRNO: TRLU8098204 SEALCODE1: CN0584364 MARKS & NO: SEARS ITEM NO: | 1 | 40' HIGH CUBE CONTAINER 394 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE SEARS PO#SO3728, SP3730 DEPT#009   REF#802 ITEM#140010093458 , 140022453096 | 5200.800 KG 11465.800 LB | 65.158 M 2300.729 F |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 26-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

| Aug | 01 | 2018 |
|---|---|---|
| Month _____ | Day _____ | Year _____ |



**UPS SUPPLY CHAIN SOLUTIONS, INC.**
FORWARDER'S CARGO RECEIPT

**UPS Supply Chain Solutions™**    (ups)

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| PARTNERSHIP SOURCE COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | | 795564792 |

| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO<br>28-JUL-2018 |
|---|---|---|
| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES, IL 60179 USA | | |

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS)<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE: (310) 404-2792 FAX: (310)<br>404-2962 ATTN: MARY ELLEN WRATSCHKO | Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.<br><br>Declared Value is: _____ |
|---|---|

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORTING CARRIER (VESSEL) (VOYAGE)<br>KOALA/0113-WING'GSUN | PORT OF LOADING<br>YANTIAN CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES | PLACE OF DELIVERY BY ON-CARRIER<br>WILMINGTON 244 DOOR | NUMBER OF ORIGINALS |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| MADE IN CHINA<br>(MAINLAND)<br>CONTENTS:<br><br>CTRNO:<br>UESU4522824<br>SEALCODE1:<br>CN0570273<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 310 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SO3734<br>DEPT#009<br>REF#802<br>ITEM#140026616037 | 5834.200 KG<br>12862.210 LB | 66.687 M<br>2354.718 F |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: | This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit.<br><br>As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |
|---|---|

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

SHENZHEN

Issued by _____

| Aug | ' 01 | 2018 |
|---|---|---|
| Month _____ | Day _____ | Year _____ |

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

UPS Supply Chain Solutions℠  **UPS**

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| ... COMPANY LIMITED UNIT A, 10/F, WAH LUNG BUILDING 49-53 WANG LUNG STREET, TSUEN WAN NEW TERRITORIES HONG KONG | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO 28-JUL-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent
order and condition from Shipper, the package(s) listed below are said to co
the goods hereinafter described. This receipt is not valid unless verified
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Un
higher value is declared on this receipt and the extra charge paid, liability is li
to $0.50 per pound of goods lost or damaged. If COGSA governs with the fo
law, its limitation, described in paragraph 3 on the reverse hereof, controls u
a higher value is declared.
Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER YANTIAN,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) MAERSK ENPING 830N | PORT OF LOADING YANTIAN,CHINA | |
| PORT OF DISCHARGE LOS ANGELES | PLACE OF DELIVERY BY ON CARRIER WILMINGTON, CA 90744 DOOR | NUMBER OF ORIGINALS |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREM |
|---|---|---|---|---|
| | | CODE: SHW/WILMINGTON, CA 90744 DOOR FREIGHT COLLECT SHIPPER LOAD AND COUNT AND SEAL THE ABOVE SHIPMENT DOES NOT CONTAINS ANY SOLID WOOD PACKAGING MATERIAL. SAILING DATE:30-JUL-2018 FCR DATE:.28-JUL-2018 | | |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have
received the following documents from shipper
on:

| Document List | Original | Copy |
|---|---|---|
| INVOICE | | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth
and on the reverse of this document which are incorporated
by reference. These Terms limit or exclude UPS Supply
Solutions liability and include certain indemnities to UPS S
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED SHENZHEN BRANCH

*Rockybang*

SHENZHEN    AS AGENT FOR
**UPS SUPPLY CHAIN SOLUTIONS INC.**
Authorized Signatures

Issued by _____

Month ___ Aug    Day ___ 01    Year ___ 2018

# COMMERCIAL INVOICE

Page 1 of 13

**DATE:** July 25, 2018

**INVOICE NO.:** 201820738719

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China   **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|---|
| SEARS | SN3725 | 6.5FT SLIM WESTCHESTER | | | 1,000 | 1,000 | 47.000  USD | 47,000.00  USD |
| | | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 140096152921 | | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | | |
| CONTENTS | 1  PIECES | | | | | | | |
| SEARS DIV | 671 | | | | | | | |
| SEARS ITEM/SKU | 57982/000 | ARTIFICIAL PRELIT CHRISTMAS TREE | | | | | | |

ITEM DESCRIPTION: 6.5FT WESTCHESTER SLIM CASHMERE PINE
TREE NO.: 60B
LIGHT COUNT AND COLOUR: 350 MULTI LIGHTS
TIPS COUNT: 656 TIPS
PVC THICKNESS:  0.07MM / 0.12MM + CASHMERE
WIRE GAUGE ON TIPS: 19# + 20#
GIRTH: 38IN
PVC 60PCT CASHMERE 40PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
DB COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.:  656-66KHZM
ITEM UPC NO.:  810174023572
MATERIAL BREAKDOWN:
PLASTIC 39.4PCT,METAL 18.3PCT, LIGHT 42.3PCT
1 PC TREE PER MASTER CARTON

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN3725 | **REFERENCE NO.** | 802 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 | |
| **VENDOR ITEM CODE** | 656-66KHZM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**   103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**   CNDONGUADON

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SN3731 | 7.5 WESTCHESTER DELUXE 600 CLEAR LT | 1,000 | 1,000 | 83.000  USD | 83,000.00  USD |
| | | | CARTONS | PIECES | PIECES | |
| ITEM: | 140096606769 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  PIECES | | | | | |
| SEARS DIV | 671 | | | | | |
| SEARS ITEM/SKU | 57991/000 | | | | | |

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 7.5FT WESTCHESTER DELUXE CASHMERE PINE
TREE NO.: 74A
LIGHT COUNT AND COLOUR: 600 CLEAR LIGHTS
TIPS COUNT: 1138 TIPS
PVC THICKNESS:  0.07MM / 0.12MM + CASHMERE
WIRE GAUGE ON TIPS: 19# + 20#

# COMMERCIAL INVOICE

Page 2 of 13

**DATE:** July 25, 2018

**INVOICE NO.:** 201820738719

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Wilmington , CA

FOB China

GIRTH: 59IN
PVC 50PCT CASHMERE 50PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
DB COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 1138-76KHZC
ITEM UPC NO.: 810174023602
MATERIAL BREAKDOWN:
PLASTIC 44.2PCT,METAL 18.5PCT, LIGHT 37.3PCT
1 PC TREE PER MASTER CARTON

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN3731 | **REFERENCE NO.** | 802 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 | |
| **VENDOR ITEM CODE** | 1138-76KHZC | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |
| **FACTORY NO.** | 103562 | | | |

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.** CNDONGUADON

| SEARS | SO3692 | 4.5FT REGAL FIR 150 DUAL LED | | 2,302 | 2,302 | 30.940 USD | 71,223.88 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 140078228988 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 PIECES |
| **SEARS DIV** | 671 |
| **SEARS ITEM/SKU** | 44791/000 |

CHRISTMAS ARTIFICIAL PRELIT TREE
VENDOR STOCK NBR : W-521PB-46KH
FULL PRODUCT DESC :
CHRISTMAS 4.5FT REGAL FIR
WITH 150 DUAL COLOR LED
FULL PRODUCT SPEC :
TREE NBR : 41
TOTAL TIPS COUNT: 521 TIPS
(PE:20.54%, PVC:79.46%)
LIGHT COUNT: 150 DUAL LED LIGHTS - A4 CAPS
8 FUNCTIONS:
1.STEADY ON
2. SLOW SPARKLING
3. QUICK SPARKLING
4. SLOW FADE
5. QUICK FADE
6. SLOW GLOW
7. FLASHING
8.COLOR SWITCHING
BRANCH TYPE : HINGED
GIRTH : 33INCH
PLASTIC STAND
WITH CONTROLLER AND REMOTE CONTROL
INSTRUCTION MANUAL, CAUTION LABEL AND ETL LABEL TO BE INCLUDED
INDIVIDUAL UPC NBR : 810174021592
EC PC PACKED IN KRAFT BOX
MATERIAL BREAKDOWN: PE 8.78%, PVC 26.16%, WIRE 28.15%, STAND 8.21%,
LITE 12.31%, METAL 12.31%, PLASTIC 4.08%.
THIS IS FOR SEARS FULL LINE STORE

# COMMERCIAL INVOICE

**DATE:** July 25, 2018

**INVOICE NO.:** 201820738719

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SO3692 | **REFERENCE NO.** | 802 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 | |
| **VENDOR ITEM CODE** | W-521PB-46KH | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |
| **FACTORY NO.** | 103562 | | | |

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**    CNDONGUADON

| SEARS | SO3726 | 6.5FT REGAL FIR 400 DUAL LED | 1,371 | 1,371 | 79.550 USD | 109,063.05 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 140078238458 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 PIECES |
| **SEARS DIV** | 671 |
| **SEARS ITEM/SKU** | 44792/000 |

CHRISTMAS ARTIFICIAL PRELIT TREE
VENDOR STOCK NBR : W-1289RT-66KHZ
FULL PRODUCT DESC :
CHRISTMAS 6.5FT REGAL FIR
WITH 400 DUAL COLOR LED
FULL PRODUCT SPEC :
TREE NBR : 61
TOTAL TIPS COUNT: 1289 TIPS
(PE: 22.58%, PVC:77.42%)
LIGHT COUNT: 400 DUAL LED LIGHTS - A4 CAPS
8 FUNCTIONS:
1.STEADY ON
2. SLOW SPARKLING
3. QUICK SPARKLING
4. SLOW FADE
5.QUICK FADE
6. SLOW GLOW
7. FLASHING
8.COLOR SWITCHING
BRANCH TYPE : HINGED
GIRTH : 47INCH
PLASTIC ROTATING STAND
WITH CONTROLLER AND REMOTE CONTROL
LYTE SYSTEM ("LIGHT YOUR TREE EASY" SYSTEM)
INSTRUCTION MANUAL, CAUTION LABEL AND UL LABEL TO BE INCLUDED
10PCS LED SPARE BULBS INCLUDED
INDIVIDUAL UPC NBR : 810174021608
EC PC PACKED IN KRAFT BOX
MATERIAL BREAKDOWN: PE 8.9%, PVC 25.95%, WIRE 31.98%, STAND 10.25%,
LITE 12.23%, METAL 9.18%, PLASTIC 1.51%.
THIS IS FOR SEARS FULL LINE STORE

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SO3726 | **REFERENCE NO.** | 802 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 | |
| **VENDOR ITEM CODE** | W-1289RT-66K HZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |
| **FACTORY NO.** | 103562 | | | |

# COMMERCIAL INVOICE

**DATE:** July 25, 2018

**INVOICE NO.:** 201820738719

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China
**FTY MID NO.**      CNDONGUADON

| SEARS | SO3727 | 7FT ALPINE BALSAM 250 CLEAR LIGHTS | | 1,371 | 1,371 | 23.780  USD | 32,602.38  USD |
|-------|--------|-----------------------------------|--|-------|-------|-------------|----------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 140010003291 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  PIECES |
| **SEARS DIV** | 671 |
| **SEARS ITEM/SKU** | 57992/000 |

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 7FT ALPINE BALSAM FIR
TREE NO.: 76A
LIGHT COUNT AND COLOUR: 250 CLEAR LIGHTS
TIPS COUNT: 611 TIPS
PVC THICKNESS:  0.11+0.07MM
WIRE GAUGE ON TIPS:  20#
GIRTH:  44IN
100PCT PVC
HINGED CONSTRUCTION
PLASTIC STAND
TT COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.:611-70KC
ITEM UPC NO.: 810174023589
MATERIAL BREAKDOWN:
PLASTIC 23.5PCT,METAL 23PCT, LIGHT 53.5PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SO3727 | **REFERENCE NO.** | 802 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | 611-70KC | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**      103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China
**FTY MID NO.**      CNDONGUADON

| SEARS | SO3728 | 7FT PRE LIT ALPINE 250 MULTI LT | | 1,371 | 1,371 | 23.780  USD | 32,602.38  USD |
|-------|--------|--------------------------------|--|-------|-------|-------------|----------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 140010093458 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  PIECES |
| **SEARS DIV** | 671 |

# COMMERCIAL INVOICE

Page 5 of 13

**DATE:** July 25, 2018

**INVOICE NO.:** 201820738719

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

**SEARS ITEM/SKU** | 57993/000

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 7FT ALPINE BALSAM FIR
TREE NO.: 76B
LIGHT COUNT AND COLOUR: 250 MULTI LIGHTS
TIPS COUNT: 611 TIPS
PVC THICKNESS:  0.11+0.07MM
WIRE GAUGE ON TIPS: 20#
GIRTH:  44IN
100PCT PVC
HINGED CONSTRUCTION
PLASTIC STAND
TT COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.:611-70KM
ITEM UPC NO.: 810174023596
MATERIAL BREAKDOWN:
PLASTIC 23.5PCT,METAL 23PCT, LIGHT 53.5PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SO3728 | **REFERENCE NO.** | 802 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | 611-70KM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**   103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**   CNDONGUADON

| **SEARS** | SO3729 | 7.5FT WESTCHESTER DELUXE 600 MULTI LT | 700 | 700 | 83.000  USD | 58,100.00  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 140010100006 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 PIECES |
| **SEARS DIV** | 671 |
| **SEARS ITEM/SKU** | 57994/000 |

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 7.5FT WESTCHESTER DELUXE CASHMERE PINE
TREE NO.: 74B
LIGHT COUNT AND COLOUR: 600 MULTI LIGHTS
TIPS COUNT: 1138 TIPS
PVC THICKNESS:  0.07MM / 0.12MM + CASHMERE
WIRE GAUGE ON TIPS: 19# + 20#
GIRTH:  59IN
PVC 50PCT CASHMERE 50PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
DB COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 1138-76KHZM
ITEM UPC NO.: 810174023619
MATERIAL BREAKDOWN:
PLASTIC 44.2PCT,METAL 18.5PCT, LIGHT 37.3PCT
1 PC TREE PER MASTER CARTON

# COMMERCIAL INVOICE

**DATE:** July 25, 2018

**INVOICE NO.:** 201820738719

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SO3729 | **REFERENCE NO.** | 802 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | 1138-76KHZM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**          103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**          CNDONGUADON

| SEARS | SO3734 | 7.5FT SNOW COUNTRY FLOCKED PINE 600LT | 2,080 | 2,080 | 73.000 USD | 151,840.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 140026616037 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  PIECES |
| **SEARS DIV** | 671 |
| **SEARS ITEM/SKU** | 25891/000 |

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 7.5FT SNOW COUNTRY FLOCKED PINE
TREE NO. 81
LIGHT COUNT AND COLOUR: 600L CLEAR REGULAR LIGHTS
TIPS COUNT: 1409TIPS
PVC THICKNESS: 0.07MM AND 0.12MM
WIRE GAUGE ON TIPS: 20#
GIRTH: 53IN
100PCT PVC
HINGED CONSTRUCTION
METAL TREE STAND
DONNER & BLITZEN COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LABEL TO BE INCLUDED
SPARE BULBS AND FUSES INCLUDED
VENDOR STOCK NO.: WT0013-B
ITEM UPC NO.: 810174022254
MATERIAL BREAKDOWN:
20.16PCT PVC, 22.51 PCT METAL, 38.01PCT LIGHT,
3.11PCT PLASTIC, 16.21PCT DECORATION

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SO3734 | **REFERENCE NO.** | 802 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | WT0013-B | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**          103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**          CNDONGUADON

# COMMERCIAL INVOICE

**DATE:** July 25, 2018

**INVOICE NO.:** 201820738719

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China

**SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SP3689 | 7FT PENCIL 890 TIPS | | | 800 | 800 | 50.970  USD | 40,776.00  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |

| **ITEM:** | 140027662154 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  PIECES |
| **SEARS DIV** | 671 |
| **SEARS ITEM/SKU** | 30261/000 |

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION:  7FT CSP PE MIXED PENCIL PINE
TREE NO.: 73
LIGHT COUNT AND COLOUR: 220 DUAL COLOR LED
TIPS COUNT:  890 TIPS
GIRTH:  20IN
WRAPPED CONSTRUCTION
METAL STAND
TT COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL INCLUDED
EXTRA BULBS  INCLUDED
VENDOR STOCK NO.: WT18-890
ITEM UPC NO.: 810174025040
MATERIAL BREAKDOWN:
PLASTIC 30PCT, METAL 15PCT,LIGHT 55PCT
1 PC TREE PER MASTER CARTON

| **CONTRACT NO.** | SP3689 | **REFERENCE NO.** | 802 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | WT18-890 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**  103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China
**FTY MID NO.**  CNDONGUADON

| SEARS | SP3724 | 6.5 WESTCHESTER SL PINE 350 CLEAR LT | | | 1,000 | 1,000 | 47.000  USD | 47,000.00  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |

| **ITEM:** | 140096152277 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  PIECES |
| **SEARS DIV** | 671 |
| **SEARS ITEM/SKU** | 57981/000 |

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 6.5FT WESTCHESTER SLIM CASHMERE PINE
TREE NO.: 60A
LIGHT COUNT AND COLOUR: 350 CLEAR LIGHTS
TIPS COUNT:  656 TIPS
PVC THICKNESS:  0.07MM / 0.12MM + CASHMERE
WIRE GAUGE ON TIPS: 19# + 20#
GIRTH:  38IN
PVC 60PCT CASHMERE 40PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
DB COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED

# COMMERCIAL INVOICE

**DATE:** July 25, 2018

**INVOICE NO.:** 201820738719

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

VENDOR STOCK NO.: 656-66KHZC
ITEM UPC NO.: 810174023565
MATERIAL BREAKDOWN:
PLASTIC 39.4PCT,METAL 18.3PCT, LIGHT 42.3PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP3724 | **REFERENCE NO.** | 802 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | 656-66KHZC | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.** CNDONGUADON

| SEARS | SP3730 | 7FT GLACIER PINE 600LT | | 500 | 500 | 62.000 USD | 31,000.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 140022453096 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 PIECES | | | | | | |
| **SEARS DIV** | 671 | | | | | | |
| **SEARS ITEM/SKU** | 50698/000 | | | | | | |

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 7FT GLACIER WHITE PINE
TREE NO. 71
LIGHT COUNT AND COLOUR:  600L CLEAR REGULAR LIGHTS
TIPS COUNT: 635 TIPS
PVC THICKNESS: 0.05MM, 0.07MM, 0.12MM AND 0.4MM
WIRE GAUGE ON TIPS: 19# AND 20#
GIRTH: 44IN
100PCT PVC
HINGED CONSTRUCTION
METAL TREE STAND
LYTE SYSTEM ("LIGHT YOUR TREE EASY" SYSTEM)
DONNER & BLITZEN COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LABEL TO BE INCLUDED
SPARE BULBS AND FUSES INCLUDED
VENDOR STOCK NO.: WT0010-C
ITEM UPC NO.: 810174022230
MATERIAL BREAKDOWN:
18.53PCT HARDNEEDLE, 16.09PCT PVC, 15.45PCT METAL,
47.93PCT LIGHT, 1.99PCT PLASTIC

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP3730 | **REFERENCE NO.** | 802 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | WT0010-C | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 103562

# COMMERCIAL INVOICE

**DATE:** July 25, 2018

**INVOICE NO.:** 201820738719

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.**          CNDONGUADON

| SEARS | SP3733 | 7.5 WEST 600 MULTI LT | 56 | 56 | 69.500  USD | 3,892.00  USD |
|-------|--------|----------------------|-----|-----|------------|--------------|
|       |        |                      | CARTONS | PIECES | PIECES |          |

| | |
|---|---|
| **ITEM:** | 140096602446 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  PIECES |
| **SEARS DIV** | 671 |
| **SEARS ITEM/SKU** | 57987/000 |

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 7.5FT WESTCHESTER SLIM CASHMERE PINE
TREE NO.: 75B
LIGHT COUNT AND COLOUR: 600 MULTI  LIGHTS
TIPS COUNT:  952 TIPS
PVC THICKNESS:  0.07MM / 0.12MM + CASHMERE
WIRE GAUGE ON TIPS: 19# + 20#
GIRTH:  40IN
PVC 63PCT CASHMERE 37PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
DB COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 952-76KHZM
ITEM UPC NO.: 810174023626
MATERIAL BREAKDOWN:
PLASTIC 33.9PCT,METAL 18.8PCT, LIGHT 47.3PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP3733 | **REFERENCE NO.** | 802 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | 952-76KHZC | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**          103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.**          CNDONGUADON

# COMMERCIAL INVOICE

**DATE:** July 25, 2018

**INVOICE NO.:** 201820738719

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SP3735 | 7.5FT REGAL FIR 800 DUAL LED | 1,000 | 1,000 | 133.210 USD | 133,210.00 USD |
|-------|--------|------------------------------|-------|-------|-------------|----------------|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 140078238466 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  PIECES |
| **SEARS DIV** | 671 |
| **SEARS ITEM/SKU** | 44793/000 |

CHRISTMAS ARTIFICIAL PRELIT TREE
VENDOR STOCK NBR : W-2183RT-76KHZ
FULL PRODUCT DESC :
CHRISTMAS 7.5FT REGAL FIR
WITH 800 DUAL COLOR LED
FULL PRODUCT SPEC :
TREE NBR : 79
TOTAL TIPS COUNT: 2183 TIPS
(PE: 46.59%, PVC:53.41%)
LIGHT COUNT: 800 DUAL LED LIGHTS - A4 CAPS
8 FUNCTIONS:
1.STEADY ON
2. SLOW SPARKLING
3. QUICK SPARKLING
4.SLOW FADE
5.QUICK FADE
6. SLOW GLOW
7. FLASHING
8.COLOR SWITCHING
BRANCH TYPE : HINGED
GIRTH : 54INCH
PLASTIC ROTATING STAND
WITH CONTROLLER AND REMOTE CONTROL
LYTE SYSTEM ("LIGHT YOUR TREE EASY" SYSTEM)
INSTRUCTION MANUAL, CAUTION LABEL AND UL LABEL TO BE INCLUDED
10PCS LED SPARE BULBS INCLUDED
INDIVIDUAL UPC NBR : 810174021615
EC PC PACKED IN KRAFT BOX
MATERIAL BREAKDOWN: PE 16.32%, PVC 20.39%, WIRE 32.44%, STAND 5.96%,
LITE 14.24%, METAL 8.9%, PLASTIC 1.75%.
THIS IS FOR SEARS FULL LINE STORE

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP3735 | **REFERENCE NO.** | 802 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | W-2183RT-76K HZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

| | |
|---|---|
| **FACTORY NO.** | 103562 |
| DONG GUAN CITY MEI GAO INDUSTRY CO LTD | |
| JIN SONG ROAD, LIU WU XIANG VILLAGE | |
| LIAO BU TOWN, | |
| DONGGUAN | |
| GUANGDONG | |
| China | |
| **FTY MID NO.** | CNDONGUADON |

| SEARS | SQ3687 | 4.5FT FLOC 440 TIPS | 1,053 | 1,053 | 23.900 USD | 25,166.70 USD |
|-------|--------|---------------------|-------|-------|-------------|----------------|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 140097910046 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  PIECES |
| **SEARS DIV** | 671 |
| **SEARS ITEM/SKU** | 22074/000 |

ARTIFICIAL PRELIT CHRISTMAS TREE

# COMMERCIAL INVOICE

**DATE:** July 25, 2018

**INVOICE NO.:** 201820738719

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 4.5FT REDWOOD PINE BERRY FLOCKED SPRUCE
TREE NO.: 44
LIGHT COUNT AND COLOUR: 200 CLEAR LIGHTS
TIPS COUNT:  440 TIPS
GIRTH:  33IN
100PCT PVC
HINGED CONSTRUCTION
PLASTIC STAND
DB COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: WT18-440-S
ITEM UPC NO.: 810174025033
MATERIAL BREAKDOWN:
PLASTIC 27.7PCT,METAL 10PCT, LIGHT 37.5PCT, DECORATION 24.8PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SQ3687 | **REFERENCE NO.** | 802 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | WT18-440-S | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**      103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**      CNDONGUADON

| SEARS | SQ3732 | 7.5 WEST 600L CLEAR LIGHTS | 995 | 995 | 69.500 USD | 69,152.50 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 140096602925 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |
| **SEARS DIV** | 671 | | | | | |
| **SEARS ITEM/SKU** | 57988/000 | | | | | |

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 7.5FT WESTCHESTER SLIM CASHMERE PINE
TREE NO.: 75A
LIGHT COUNT AND COLOUR: 600 CLEAR LIGHTS
TIPS COUNT: 952 TIPS
PVC THICKNESS:  0.07MM / 0.12MM + CASHMERE
WIRE GAUGE ON TIPS: 19# + 20#
GIRTH:  40IN
PVC 63PCT CASHMERE 37PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
DB COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 952-76KHZC
ITEM UPC NO.: 810174023633
MATERIAL BREAKDOWN:
PLASTIC 33.9PCT,METAL 18.8PCT, LIGHT 47.3PCT
1 PC TREE PER MASTER CARTON

# COMMERCIAL INVOICE

Page 12 of 13

**DATE:** July 25, 2018

**INVOICE NO.:** 201820738719

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China        **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SQ3732 | **REFERENCE NO.** | 802 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | 952-76KHZM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**   103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China
**FTY MID NO.**   CNDONGUADON

| **SEARS** | SQ3736 | 7.5 NORWEGIAN SPRUC800 CLEAR LT | 704 | 704 | 143.290 USD | 100,876.16 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 140096602990 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 PIECES |
| **SEARS DIV** | 671 |
| **SEARS ITEM/SKU** | 57989/000 |

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 7.5FT NORWEGIAN SPRUCE
TREE NO.: 78
LIGHT COUNT AND COLOUR: 800 DUAL COLOR C3 CAP
TIPS COUNT: 4335 TIPS
PVC THICKNESS:  0.07MM / 0.12MM
WIRE GAUGE ON TIPS: 20#
GIRTH: 66IN
PVC 37PCT PE 63PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
SEARS, ROEBUCK AND CO COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, ETL LISTED LABEL TO BE INCLUDED
EXTRA BULBS
VENDOR STOCK NO.: 4335-76KHZ
ITEM UPC NO.:  810174023640
MATERIAL BREAKDOWN:
PLASTIC 40.3PCT,METAL 10.4PCT, LIGHT 49.3PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SQ3736 | **REFERENCE NO.** | 802 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | 4335-76KHZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**   103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China
**FTY MID NO.**   CNDONGUADON

# COMMERCIAL INVOICE

**DATE:** July 25, 2018

**INVOICE NO.:** 201820738719

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 17,303 | 17,303 | PIECES | 1,036,505.05  USD |

**TOTAL US DOLLARS ONE MILLION THIRTY-SIX THOUSAND FIVE HUNDRED FIVE DOLLARS AND FIVE CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| WINNERS INDUSTRY COMPANY LIMITED |
|---|
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

# PACKING LIST
A-G through H-J

**DATE:** July 25, 2018

**INVOICE NO.:** 201820738719

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington, CA

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|
| **SEARS** SN3725 | 6.5FT SLIM WESTCHESTER | | | | | | |
| **ITEM:** 140096152921 | | | | | | | |
| **MADE IN** CHINA (MAINLAND ) | PER OUTER CARTON | | 1 | 0.108 | 11.200 | 9.300 | |
| **CONTENTS** 1 PIECES | TOTAL | 1,000 | 1,000 | 108.155 | 11,200.000 | 9,300.000 | 0.000 |
| **SEARS DIV** 671 | | | | | | | |
| **SEARS ITEM/SKU** 57982/000 | | | | | | | |

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN3725 | **REFERENCE NO.** | 802 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** 656-66KHZM | | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 111.8 | 30.5 | 31.8 | 0.108 |

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|
| **SEARS** SN3731 | 7.5 WESTCHESTER DELUXE 600 CLEAR LT | | | | | | |
| **ITEM:** 140096606769 | | | | | | | |
| **MADE IN** CHINA (MAINLAND ) | PER OUTER CARTON | | 1 | 0.237 | 20.500 | 18.800 | |
| **CONTENTS** 1 PIECES | TOTAL | 1,000 | 1,000 | 236.793 | 20,500.000 | 18,800.000 | 0.000 |
| **SEARS DIV** 671 | | | | | | | |
| **SEARS ITEM/SKU** 57991/000 | | | | | | | |

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN3731 | **REFERENCE NO.** | 802 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** 1138-76KHZC | | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 127.0 | 43.2 | 43.2 | 0.237 |

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|
| **SEARS** SO3692 | 4.5FT REGAL FIR 150 DUAL LED | | | | | | |
| **ITEM:** 140078228988 | | | | | | | |
| **MADE IN** CHINA (MAINLAND ) | PER OUTER CARTON | | 1 | 0.075 | 5.900 | 4.600 | |
| **CONTENTS** 1 PIECES | TOTAL | 2,302 | 2,302 | 173.450 | 13,581.800 | 10,589.200 | 0.000 |
| **SEARS DIV** 671 | | | | | | | |
| **SEARS ITEM/SKU** 44791/000 | | | | | | | |

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SO3692 | **REFERENCE NO.** | 802 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** W-521PB-46KH | | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
EACH TREE PACKED IN CARTON BOX WITH COLOR SWITCH PLUS
COLOR LABEL W/SEARS UPC PRE-PRICE. CSP COLOR UPC
HANGTAG ON THE PRODUCT. ONE PC TEAROFF BAR CODE
LABEL ON THE OUTER CARTON.

# PACKING LIST

**DATE:** July 25, 2018

**INVOICE NO.:** 201820738719

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:**  Wilmington, CA

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 27.9 | 27.9 | 96.5 | 0.075 |

| **SEARS** | SO3726 | 6.5FT REGAL FIR 400 DUAL LED | | | | | | |
|---|---|---|---|---|---|---|---|---|

| **ITEM:** | 140078238458 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | | 1 | 0.152 | 15.420 | 13.200 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 1,371 | 1,371 | 207.839 | 21,140.820 | 18,097.200 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | |
| **SEARS ITEM/SKU** | 44792/000 | | | | | | | |

| **CONTRACT NO.** | SO3726 | **REFERENCE NO.** | 802 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | W-1289RT-66KHZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
EACH TREE PACKED IN CARTON BOX WITH COLOR SWITCH PLUS
COLOR LABEL W/SEARS UPC PRE-PRICE. CSP COLOR UPC
HANGTAG ON THE PRODUCT. ONE PC TEAROFF BAR CODE
LABEL ON THE OUTER CARTON.

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 36.8 | 36.8 | 111.8 | 0.152 |

| **SEARS** | SO3727 | 7FT ALPINE BALSAM 250 CLEAR LIGHTS | | | | | | |
|---|---|---|---|---|---|---|---|---|

| **ITEM:** | 140010003291 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | | 1 | 0.052 | 6.500 | 5.600 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 1,371 | 1,371 | 71.893 | 8,911.500 | 7,677.600 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | |
| **SEARS ITEM/SKU** | 57992/000 | | | | | | | |

| **CONTRACT NO.** | SO3727 | **REFERENCE NO.** | 802 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | 611-70KC | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 101.6 | 20.3 | 25.4 | 0.052 |

| **SEARS** | SO3728 | 7FT PRE LIT ALPINE 250 MULTI LT | | | | | | |
|---|---|---|---|---|---|---|---|---|

| **ITEM:** | 140010093458 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | | 1 | 0.052 | 6.500 | 5.600 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 1,371 | 1,371 | 71.893 | 8,911.500 | 7,677.600 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | |
| **SEARS ITEM/SKU** | 57993/000 | | | | | | | |

# PACKING LIST

**DATE:** July 25, 2018

**INVOICE NO.:** 201820738719

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China      **SHIPPED TO:** Wilmington, CA

| | |
|---|---|
| **CONTRACT NO.** | SO3728 |
| **DC CODE** | SHW |
| **DIVISION NO.** | Division 2 |
| **VENDOR ITEM CODE** | 611-70KM |

| | |
|---|---|
| **REFERENCE NO.** | 802 |
| **DEPARTMENT NO.** | 009 |
| **VENDOR NO.** | 9383 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 101.6 | 20.3 | 25.4 | 0.052 |

| SEARS | SO3729 | 7.5FT WESTCHESTER DELUXE 600 MULTI LT |
|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 140010100006 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | | 1 | 0.237 | 20.500 | 18.800 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 700 | 700 | 165.755 | 14,350.000 | 13,160.000 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | |
| **SEARS ITEM/SKU** | 57994/000 | | | | | | | |

| | |
|---|---|
| **CONTRACT NO.** | SO3729 |
| **DC CODE** | SHW |
| **DIVISION NO.** | Division 2 |
| **VENDOR ITEM CODE** | 1138-76KHZM |

| | |
|---|---|
| **REFERENCE NO.** | 802 |
| **DEPARTMENT NO.** | 009 |
| **VENDOR NO.** | 9383 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 127.0 | 43.2 | 43.2 | 0.237 |

| SEARS | SO3734 | 7.5FT SNOW COUNTRY FLOCKED PINE 600LT |
|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 140026616037 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | | 1 | 0.215 | 18.820 | 15.200 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 2,080 | 2,080 | 447.449 | 39,145.600 | 31,616.000 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | |
| **SEARS ITEM/SKU** | 25891/000 | | | | | | | |

| | |
|---|---|
| **CONTRACT NO.** | SO3734 |
| **DC CODE** | SHW |
| **DIVISION NO.** | Division 2 |
| **VENDOR ITEM CODE** | WT0013-B |

| | |
|---|---|
| **REFERENCE NO.** | 802 |
| **DEPARTMENT NO.** | 009 |
| **VENDOR NO.** | 9383 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
EACH TREE PACKED IN CARTON BOX WITH DONNER & BLITZEN
COLOR LABEL W/SEARS UPC PRE-PRICE . D&B COLOR UPC
HANGTAG ON THE PRODUCT. ONE PC TEAROFF BAR CODE
LABEL ON THE OUTER CARTON.

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 132.1 | 37.7 | 43.2 | 0.215 |

| SEARS | SP3689 | 7FT PENCIL 890 TIPS |
|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 140027662154 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | | 1 | 0.052 | 4.990 | 3.800 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 800 | 800 | 41.749 | 3,992.000 | 3,040.000 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | |

# PACKING LIST

**DATE:** July 25, 2018
**INVOICE NO.:** 201820738719

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:**  Wilmington, CA

**SEARS ITEM/SKU** 30261/000

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP3689 | **REFERENCE NO.** | 802 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | WT18-890 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 85.1 | 24.8 | 24.8 | 0.052 |

| **SEARS** | SP3724 | 6.5 WESTCHESTER SL PINE 350 CLEAR LT |
|---|---|---|

| **ITEM:** | 140096152277 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **MADE IN** | CHINA (MAINLAND ) | **PER OUTER CARTON** | | | 1 | 0.108 | 10.600 | 9.300 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 1,000 | 1,000 | 108.155 | 10,600.000 | 9,300.000 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | |
| **SEARS ITEM/SKU** | 57981/000 | | | | | | | |

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP3724 | **REFERENCE NO.** | 802 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | 656-66KHZC | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 111.8 | 30.5 | 31.8 | 0.108 |

| **SEARS** | SP3730 | 7FT GLACIER PINE 600LT |
|---|---|---|

| **ITEM:** | 140022453096 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **MADE IN** | CHINA (MAINLAND ) | **PER OUTER CARTON** | | | 1 | 0.165 | 13.200 | 12.000 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 500 | 500 | 82.689 | 6,600.000 | 6,000.000 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | |
| **SEARS ITEM/SKU** | 50698/000 | | | | | | | |

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP3730 | **REFERENCE NO.** | 802 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | WT0010-C | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
EACH TREE PACKED IN CARTON BOX WITH DONNER & BLITZEN
COLOR LABEL W/SEARS UPC PRE-PRICE . D&B COLOR UPC
HANGTAG ON THE PRODUCT. ONE PC TEAROFF BAR CODE
LABEL ON THE OUTER CARTON.

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 121.9 | 36.8 | 36.8 | 0.165 |

| **SEARS** | SP3733 | 7.5 WEST 600 MULTI LT |
|---|---|---|

| **ITEM:** | 140096602446 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **MADE IN** | CHINA (MAINLAND ) | **PER OUTER CARTON** | | | 1 | 0.184 | 15.500 | 13.800 | |

# PACKING LIST

**DATE:** July 25, 2018

**INVOICE NO.:** 201820738719

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington, CA

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **CONTENTS** | 1 PIECES | **TOTAL** | | 56 | 56 | 10.324 | 868.000 | 772.800 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | |
| **SEARS ITEM/SKU** | 57987/000 | | | | | | | |

| | |
|---|---|
| **CONTRACT NO.** | SP3733 |
| **DC CODE** | SHW |
| **DIVISION NO.** | Division 2 |
| **VENDOR ITEM CODE** | 952-76KHZC |

| | |
|---|---|
| **REFERENCE NO.** | 802 |
| **DEPARTMENT NO.** | 009 |
| **VENDOR NO.** | 9383 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 127.0 | 38.1 | 38.1 | 0.184 |

| **SEARS** | SP3735 | 7.5FT REGAL FIR 800 DUAL LED | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 140078238466 | | | | | | | | |
| **MADE IN** | CHINA (MAINLAND ) | **PER OUTER CARTON** | | | 1 | 0.254 | 24.660 | 21.350 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 1,000 | 1,000 | 253.561 | 24,660.000 | 21,350.000 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | | |
| **SEARS ITEM/SKU** | 44793/000 | | | | | | | | |

| | |
|---|---|
| **CONTRACT NO.** | SP3735 |
| **DC CODE** | SHW |
| **DIVISION NO.** | Division 2 |
| **VENDOR ITEM CODE** | W-2183RT-76KHZ |

| | |
|---|---|
| **REFERENCE NO.** | 802 |
| **DEPARTMENT NO.** | 009 |
| **VENDOR NO.** | 9383 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
EACH TREE PACKED IN CARTON BOX WITH COLOR SWITCH PLUS
COLOR LABEL W/SEARS UPC PRE-PRICE. CSP COLOR UPC
HANGTAG ON THE PRODUCT. ONE PC TEAROFF BAR CODE
LABEL ON THE OUTER CARTON.

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 43.8 | 43.8 | 132.1 | 0.254 |

| **SEARS** | SQ3687 | 4.5FT FLOC 440 TIPS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 140097910046 | | | | | | | | |
| **MADE IN** | CHINA (MAINLAND ) | **PER OUTER CARTON** | | | 1 | 0.053 | 4.900 | 4.010 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 1,053 | 1,053 | 55.908 | 5,159.700 | 4,222.530 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | | |
| **SEARS ITEM/SKU** | 22074/000 | | | | | | | | |

| | |
|---|---|
| **CONTRACT NO.** | SQ3687 |
| **DC CODE** | SHW |
| **DIVISION NO.** | Division 2 |
| **VENDOR ITEM CODE** | WT18-440-S |

| | |
|---|---|
| **REFERENCE NO.** | 802 |
| **DEPARTMENT NO.** | 009 |
| **VENDOR NO.** | 9383 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 91.4 | 22.9 | 25.4 | 0.053 |

# PACKING LIST

**DATE:** July 25, 2018
**INVOICE NO.:** 201820738719

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington, CA

| SEARS | SQ3732 | 7.5 WEST 600L CLEAR LIGHTS | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 140096602925 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND） | **PER OUTER CARTON** | | | 1 | 0.175 | 15.100 | 13.800 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 995 | 995 | 174.261 | 15,024.500 | 13,731.000 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | |
| **SEARS ITEM/SKU** | 57988/000 | | | | | | | |

| **CONTRACT NO.** | SQ3732 | **REFERENCE NO.** | 802 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | 952-76KHZM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 127.0 | 38.1 | 36.2 | 0.175 |

| SEARS | SQ3736 | 7.5 NORWEGIAN SPRUC800 CLEAR LT | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 140096602990 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND） | **PER OUTER CARTON** | | | 1 | 0.220 | 26.700 | 22.950 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 704 | 704 | 155.224 | 18,796.800 | 16,156.800 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | |
| **SEARS ITEM/SKU** | 57989/000 | | | | | | | |

| **CONTRACT NO.** | SQ3736 | **REFERENCE NO.** | 802 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | 4335-76KHZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 132.1 | 38.1 | 43.8 | 0.220 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| **TOTAL PACKING LIST** | 17,303 | 17,303 | 2,365.098 | 223,442.220 | 191,490.730 | 0.000 |

**We hereby certify that this shipment does not contain solid wood packing material.**

**PACKING LIST**

A-G through L-S

**DATE:** July 25, 2018

**INVOICE NO.:** 201820738719

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington, CA

| WINNERS INDUSTRY COMPANY LIMITED | |
|---|---|
| **EMPLOYEE NAME** | |
| **EMPLOYEE TITLE** | |