### E<small>XHIBIT</small> F

Documents Related to Shipment No. 4:

Forwarder's Cargo Receipt No. 7795674821 (with Invoice No. 201821060906 and related packing list attached)

# UPS Supply Chain Solutions℠

OTI License No. 275F

## UPS SUPPLY CHAIN SOLUTIONS, INC.
### FORWARDER'S CARGO RECEIPT

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET. TSUEN WAN
NEW TERRITORIES
HONG KONG

**BOOKING NO.**
577679625

**CARGO RECEIPT NO.**
7795674821

**EXPORT REFERENCES**
AWB 7795674821

**DATE OF RECEIPT OF CARGO**
30-JUL-2018

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL
60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent order and condition from Shipper, the package(s) listed below are said to c the goods hereinafter described. This receipt is not valid unless verifie signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Un higher value is declared on this receipt and the extra charge paid, liability is l to $0.50 per pound of goods lost or damaged. If COGSA governs with the fo law, its limitation, described in paragraph 3 on the reverse hereof, controls u a higher value is declared.

Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE. SUITE 250
TORRANCE. CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
|  | YANTIAN, CHINA |  |
| **EXPORT CARRIER (VESSEL/VOY/FLAG)** | **PORT OF LOADING** | |
| MAERSK EDINBURGH 831N | YANTIAN, CHINA | |
| **PORT OF DISCHARGE** | **PLACE OF DELIVERY BY ON CARRIER** | **NUMBER OF ORIGINALS** |
| LOS ANGELES, CA | WILMINGTON, CA | 1/ONE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREM |
|---|---|---|---|---|
| CTRNO: MSKU0416354 SEALCODE1: CN0556253 MARKS & NO: SEARS ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES SEARS DIV 671 SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 355 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE SEARS PO#SP3733/SO3734 DEPT# 009 REF#803/804 ITEM# 140096602446 140026616037 | 5635.300 KG 12423.710 LB | 66.67 2354.3 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: **13-JUL-2018**

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth h and on the reverse of this document which are incorporated h by reference. These Terms limit or exclude UPS Supply Ch Solutions liability and include certain indemnities to UPS Su Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month **Aug**    Day **08**    Year **2018**

# UPS Supply Chain Solutions℠

**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | 577679625 | 7795674821 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | AWB 7795674821 | 30-JUL-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| SEARS, ROEBUCK AND CO.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES, IL<br>60179 USA |

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE:(310)404-2792 FAX:(310)<br>404-2962 ATTN: MARY ELLEN WRATSCHKO |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN, CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MAERSK EDINBURGH 831N | YANTIAN, CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES, CA | WILMINGTON, CA | 1/ONE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MSKU1272312<br>SEALCODE1:<br>CN0568496<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES<br>SEARS DIV 671<br>SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 385 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SQ3732<br>DEPT# 009<br>REF#804<br>ITEM#140096602925 | 5813.500 KG<br>12816.570 LB | 67.427<br>2380.847 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 13-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth hereon and on the reverse of this document which are incorporated herein by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month __Aug__ Day __08__ Year __2018__

UPS SUPPLY CHAIN SOLUTIONS, INC.
**FORWARDER'S CARGO RECEIPT**

UPS Supply Chain Solutions℠     OTI License No. 275F

**UPS Supply Chain Solutions** — **FORWARDER'S CARGO RECEIPT**

GI License No. 275F

| | |
|---|---|
| **SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)** | **BOOKING NO.** 577679625 |
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | **CARGO RECEIPT NO.** 7795674821 |
| | **EXPORT REFERENCES** AWB 7795674821 |
| | **DATE OF RECEIPT OF CARGO** 30-JUL-2018 |
| **CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**<br>SEARS, ROEBUCK AND CO.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES, IL<br>60179 USA | |
| **NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE:(310)404-2792 FAX:(310)<br>404-2962 ATTN: MARY ELLEN WRATSCHKO | **THIS IS NOT A DOCUMENT OF TITLE.**<br>**UPS SUPPLY CHAIN SOLUTIONS, INC.**<br>Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent g... order and condition from Shipper, the package(s) listed below are said to con... the goods hereinafter described. This receipt is not valid unless verified... signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unle... higher value is declared on this receipt and the extra charge paid, liability is lim... to $0.50 per pound of goods lost or damaged. If COGSA governs with the forc... law, its limitation, described in paragraph 3 on the reverse hereof, controls un... a higher value is declared.<br>Declared Value is: _____ |
| **PRE-CARRIAGE BY** | **PLACE OF RECEIPT BY PRE-CARRIER** YANTIAN, CHINA | **EXPORT LICENSE NO.** |
| **EXPORT CARRIER (VESSEL/VOY/FLAG)** MAERSK EDINBURGH 831N | **PORT OF LOADING** YANTIAN, CHINA | |
| **PORT OF DISCHARGE** LOS ANGELES, CA | **PLACE OF DELIVERY BY ON CARRIER** WILMINGTON, CA | **NUMBER OF ORIGINALS** 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN[T] |
|---|---|---|---|---|
| CTRNO: MSKU8405187<br>SEALCODE1: CN0574472<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN: CHINA (MAINLAND)<br>CONTENTS: 1 PIECES<br>SEARS DIV 671<br>SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 296 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SQ3736<br>DEPT# 009<br>REF#804<br>ITEM#140096602990<br><br>CODE: SHW WILMINGTON, CA 90744 DOOR<br>FREIGHT COLLECT<br>SHIPPER LOAD AND COUNT AND SEAL<br>THE ABOVE SHIPMENT DOES NOT CONTAINS ANY<br>SOLID WOOD PACKAGING MATERIAL.<br>SAILING DATE: 06-AUG-2018<br>FCR DATE: 30-JUL-2018 | 7903.200 KG<br>17423.570 LB | 65.265<br>2304.507 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 13-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he... and on the reverse of this document which are incorporated he... by reference. These Terms limit or exclude UPS Supply Ch... Solutions' liability and include certain indemnities to UPS Sup... Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED SHENZHEN BRANCH

*[signature: Rockybang]*

SHENZHEN AGENT FOR
Issued by UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Month Aug   Day 08   Year 2018

# COMMERCIAL INVOICE

Page 1 of 4
**DATE:** July 31, 2018
**INVOICE NO.:** 201821060906

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China     **SHIPPED TO:** Wilmington, CA
**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SO3734 | 7.5FT SNOW COUNTRY FLOCKED PINE 600LT | 40 CARTONS | 40 PIECES | 73.000 USD PIECES | 2,920.00 USD |
| **ITEM:** | 140026616037 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |
| **SEARS DIV** | 671 | | | | | |
| **SEARS ITEM/SKU** | 25891/000 | | | | | |

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 7.5FT SNOW COUNTRY FLOCKED PINE
TREE NO. 81
LIGHT COUNT AND COLOUR: 600L CLEAR REGULAR LIGHTS
TIPS COUNT: 1409TIPS
PVC THICKNESS: 0.07MM AND 0.12MM
WIRE GAUGE ON TIPS: 20#
GIRTH: 53IN
100PCT PVC
HINGED CONSTRUCTION
METAL TREE STAND
DONNER & BLITZEN COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LABEL TO BE INCLUDED
SPARE BULBS AND FUSES INCLUDED
VENDOR STOCK NO.: WT0013-B
ITEM UPC NO.: 810174022254
MATERIAL BREAKDOWN:
20.16PCT PVC, 22.51 PCT METAL, 38.01PCT LIGHT,
3.11PCT PLASTIC, 16.21PCT DECORATION

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SO3734 | **REFERENCE NO.** | 804 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 | |
| **VENDOR ITEM CODE** | WT0013-B | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |
| **FACTORY NO.** | 103562 | | | |

DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.**     CNDONGUADON

| | | | | | | |
|---|---|---|---|---|---|---|
| SEARS | SP3733 | 7.5 WEST 600 MULTI LT | 315 CARTONS | 315 PIECES | 69.500 USD PIECES | 21,892.50 USD |
| **ITEM:** | 140096602446 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |
| **SEARS DIV** | 671 | | | | | |
| **SEARS ITEM/SKU** | 57987/000 | | | | | |

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 7.5FT WESTCHESTER SLIM CASHMERE PINE
TREE NO.: 75B
LIGHT COUNT AND COLOUR: 600 MULTI LIGHTS
TIPS COUNT: 952 TIPS
PVC THICKNESS: 0.07MM / 0.12MM + CASHMERE
WIRE GAUGE ON TIPS: 19# + 20#
GIRTH: 40IN

# COMMERCIAL INVOICE

**DATE:** July 31, 2018
**INVOICE NO.:** 201821060906

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China    **SHIPPED TO:** Wilmington , CA
**MODE OF TRANSPORTATION:** Ocean

FOB China

PVC 63PCT CASHMERE 37PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
DB COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 952-76KHZM
ITEM UPC NO.: 810174023626
MATERIAL BREAKDOWN:
PLASTIC 33.9PCT,METAL 18.8PCT, LIGHT 47.3PCT
1 PC TREE PER MASTER CARTON

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP3733 | **REFERENCE NO.** | 803 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 | |
| **VENDOR ITEM CODE** | 952-76KHZC | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |
| **FACTORY NO.** | 103562 | | | |

DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.**    CNDONGUADON

| SEARS | SQ3732 | 7.5 WEST 600L CLEAR LIGHTS | 385 CARTONS | 385 PIECES | 69.500 USD PIECES | 26,757.50 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 140096602925 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |
| **SEARS DIV** | 671 | | | | | |
| **SEARS ITEM/SKU** | 57988/000 | | | | | |

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 7.5FT WESTCHESTER SLIM CASHMERE PINE
TREE NO.: 75A
LIGHT COUNT AND COLOUR: 600 CLEAR LIGHTS
TIPS COUNT: 952 TIPS
PVC THICKNESS:  0.07MM / 0.12MM + CASHMERE
WIRE GAUGE ON TIPS: 19# + 20#
GIRTH: 40IN
PVC 63PCT CASHMERE 37PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
DB COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 952-76KHZC
ITEM UPC NO.: 810174023633
MATERIAL BREAKDOWN:
PLASTIC 33.9PCT,METAL 18.8PCT, LIGHT 47.3PCT
1 PC TREE PER MASTER CARTON

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SQ3732 | **REFERENCE NO.** | 804 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 | |
| **VENDOR ITEM CODE** | 952-76KHZM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

# COMMERCIAL INVOICE

**DATE:** July 31, 2018
**INVOICE NO.:** 201821060906

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China    **SHIPPED TO:** Wilmington, CA
**MODE OF TRANSPORTATION:** Ocean
FOB China

| | | | | | | |
|---|---|---|---|---|---|---|
| **FACTORY NO.** | 103562 | | | | | |
| DONG GUAN CITY MEI GAO INDUSTRY CO LTD | | | | | | |
| JIN SONG ROAD, LIU WU XIANG VILLAGE | | | | | | |
| LIAO BU TOWN, | | | | | | |
| DONGGUAN | | | | | | |
| GUANGDONG | | | | | | |
| China | | | | | | |
| **FTY MID NO.** | CNDONGUADON | | | | | |

| SEARS | SQ3736 | 7.5 NORWEGIAN SPRUC800 CLEAR LT | 296 CARTONS | 296 PIECES | 143.290 USD PIECES | 42,413.84 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 140096602990 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |
| **SEARS DIV** | 671 | | | | | |
| **SEARS ITEM/SKU** | 57989/000 | | | | | |

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 7.5FT NORWEGIAN SPRUCE
TREE NO.: 78
LIGHT COUNT AND COLOUR: 800 DUAL COLOR C3 CAP
TIPS COUNT: 4335 TIPS
PVC THICKNESS:  0.07MM / 0.12MM
WIRE GAUGE ON TIPS: 20#
GIRTH:  66IN
PVC 37PCT PE 63PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
SEARS, ROEBUCK AND CO COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, ETL LISTED LABEL TO BE INCLUDED
EXTRA BULBS
VENDOR STOCK NO.: 4335-76KHZ
ITEM UPC NO.: 810174023640
MATERIAL BREAKDOWN:
PLASTIC 40.3PCT,METAL 10.4PCT, LIGHT 49.3PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SQ3736 | **REFERENCE NO.** | 804 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | 4335-76KHZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

| | |
|---|---|
| **FACTORY NO.** | 103562 |
| DONG GUAN CITY MEI GAO INDUSTRY CO LTD | |
| JIN SONG ROAD, LIU WU XIANG VILLAGE | |
| LIAO BU TOWN, | |
| DONGGUAN | |
| GUANGDONG | |
| China | |
| **FTY MID NO.** | CNDONGUADON |

**PAYMENT TERM**    Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**    OPEN ACCOUNT

# COMMERCIAL INVOICE

Page 4 of 4

**DATE:** July 31, 2018
**INVOICE NO.:** 201821060906

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China     **SHIPPED TO:** Wilmington , CA
**MODE OF TRANSPORTATION:** Ocean

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 1,036 | 1,036 | PIECES | 93,983.84 USD |

**TOTAL US DOLLARS NINETY-THREE THOUSAND NINE HUNDRED EIGHTY-THREE DOLLARS AND EIGHTY-FOUR CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| WINNERS INDUSTRY COMPANY LIMITED |
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

# PACKING LIST

**DATE:** July 31, 2018
**INVOICE NO.:** 201821060906

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China     **SHIPPED TO:** Wilmington, CA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| **SEARS** | SO3734 | 7.5FT SNOW COUNTRY FLOCKED PINE 600LT | | | | | | |
| **ITEM:** | 140026616037 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | 1 | 0.215 | 18.820 | 15.200 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | 40 | 40 | 8.605 | 752.800 | 608.000 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | |
| **SEARS ITEM/SKU** | 25891/000 | | | | | | | |

| | CONTRACT NO. | SO3734 | REFERENCE NO. | 804 |
|---|---|---|---|---|
| | DC CODE | SHW | DEPARTMENT NO. | 009 |
| | DIVISION NO. | Division 2 | VENDOR NO. | 9383 |
| | VENDOR ITEM CODE | WT0013-B | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
EACH TREE PACKED IN CARTON BOX WITH DONNER & BLITZEN COLOR LABEL W/SEARS UPC PRE-PRICE . D&B COLOR UPC HANGTAG ON THE PRODUCT. ONE PC TEAROFF BAR CODE LABEL ON THE OUTER CARTON.

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 132.1 | 37.7 | 43.2 | 0.215 |

| **SEARS** | SP3733 | 7.5 WEST 600 MULTI LT | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 140096602446 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | 1 | 0.184 | 15.500 | 13.800 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | 315 | 315 | 58.072 | 4,882.500 | 4,347.000 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | |
| **SEARS ITEM/SKU** | 57987/000 | | | | | | | |

| | CONTRACT NO. | SP3733 | REFERENCE NO. | 803 |
|---|---|---|---|---|
| | DC CODE | SHW | DEPARTMENT NO. | 009 |
| | DIVISION NO. | Division 2 | VENDOR NO. | 9383 |
| | VENDOR ITEM CODE | 952-76KHZC | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 127.0 | 38.1 | 38.1 | 0.184 |

| **SEARS** | SQ3732 | 7.5 WEST 600L CLEAR LIGHTS | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 140096602925 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | 1 | 0.175 | 15.100 | 13.800 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | 385 | 385 | 67.428 | 5,813.500 | 5,313.000 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | |
| **SEARS ITEM/SKU** | 57988/000 | | | | | | | |

| | CONTRACT NO. | SQ3732 | REFERENCE NO. | 804 |
|---|---|---|---|---|
| | DC CODE | SHW | DEPARTMENT NO. | 009 |
| | DIVISION NO. | Division 2 | VENDOR NO. | 9383 |
| | VENDOR ITEM CODE | 952-76KHZM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

# PACKING LIST

**DATE:** July 31, 2018
**INVOICE NO.:** 201821060906

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China      **SHIPPED TO:** Wilmington, CA

|  | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 127.0 | 38.1 | 36.2 | 0.175 |

| SEARS | SQ3736 | 7.5 NORWEGIAN SPRUC800 CLEAR LT |
|---|---|---|

| **ITEM:** | 140096602990 | | | | | | |
|---|---|---|---|---|---|---|---|
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | 1 | 0.220 | 26.700 | 22.950 |
| **CONTENTS** | 1 PIECES | **TOTAL** | 296 | 296 | 65.264 | 7,903.200 | 6,793.200 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | |
| **SEARS ITEM/SKU** | 57989/000 | | | | | | | |

| **CONTRACT NO.** | SQ3736 | **REFERENCE NO.** | 804 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | 4335-76KHZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

|  | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 132.1 | 38.1 | 43.8 | 0.220 |

|  | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| **TOTAL PACKING LIST** | 1,036 | 1,036 | 199.368 | 19,352.000 | 17,061.200 | 0.000 |

**We hereby certify that this shipment does not contain solid wood packing material.**

**WINNERS INDUSTRY COMPANY LIMITED**
**EMPLOYEE NAME**
**EMPLOYEE TITLE**