## **E**XHIBIT **G**

Documents Related to Shipment No. 5:

Forwarder's Cargo Receipt No. 7795645077 (with Invoice No. 201820904112 and related packing list attached)

# UPS Supply Chain Solutions℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**
OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | 965779815 | 7795645077 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | AWB 7795645077 | 31-JUL-2018 |

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
UPS SUPPLY CHAIN SOLUTIONS, INC.
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent g[ood]
order and condition from Shipper, the package(s) listed below are said to con[tain]
the goods hereinafter described. This receipt is not valid unless verified a[nd]
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles[s a]
higher value is declared on this receipt and the extra charge paid, liability is lim[ited]
to $0.50 per pound of goods lost or damaged. If COGSA governs with the forc[e of]
law, its limitation, described in paragraph 3 on the reverse hereof, controls unl[ess]
a higher value is declared.
Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE. SUITE 250
TORRANCE. CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

EXPORT LICENSE NO.

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER |
|---|---|
| | YANTIAN, CHINA |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING |
| MAERSK EDINBURGH 831N | YANTIAN, CHINA |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES, CA | WILMINGTON, CA | 1/ONE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN[T] |
|---|---|---|---|---|
| CTRNO:<br>MSKU9965205<br>SEALCODE1:<br>CN0559854<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 690 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2YTA/B2YTB/B2YTC<br>DEPT# 009   REF#801<br>ITEM#140023687882 /140023693104 /140023693096<br>CODE: WCD WILMINGTON, CA 90744 DOOR<br>FREIGHT COLLECT<br>SHIPPER LOAD AND COUNT AND SEAL<br>THE ABOVE SHIPMENT DOES NOT CONTAINS ANY<br>SOLID WOOD PACKAGING MATERIAL.<br>SAILING DATE:06-AUG-2018<br>FCR DATE:..31-JUL-2018 | 5773.000 KG<br>12727.280 LB | 56.329<br>1988.977 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 21-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he[reon]
and on the reverse of this document which are incorporated he[rein]
by reference. These Terms limit or exclude UPS Supply Ch[ain]
Solutions liability and include certain indemnities to UPS Sup[ply]
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED SHENZHEN BRANCH

SHENZHEN      *Rockyfang*
                 AS AGENT FOR
Issued by UPS SUPPLY CHAIN SOLUTIONS INC.
                 Authorized Signatures

Month Aug   Day 08   Year 2018

# COMMERCIAL INVOICE

Page 1 of 3

**DATE:** July 30, 2018
**INVOICE NO.:** 201820904112

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China     **SHIPPED TO:** Wilmington, CA
**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| KMART | B2YTA | SET 3 430 TIPS | | 230 CARTONS | 230 PIECES | 32.500 USD PIECES | 7,475.00 USD |
| ITEM: | 140023687882 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 PIECES | | | | | | |
| | | ARTIFICIAL CHRISTMAS TREE<br>THIS IS CHRISTMAS ITEM AND DISPOSABLE<br>ITEM DESCRIPTION:  SET OF 3 3FT / 4FT / 5FT BURLAP TREE<br>LIGHT COUNT AND COLOUR: UNLIT<br>TIPS COUNT:  430 TIPS<br>GIRTH: 11 IN<br>WRAPPED CONSTRUCTION<br>BURLAP BASE<br>INSTRUCTION MANUAL INCLUDED<br>VENDOR STOCK NO.:  W18-set3<br>ITEM UPC NO.:  810174025248<br>MATERIAL BREAKDOWN:<br>PLASTIC 44% IRON 21% DECORATION 35%<br>1 SET MAIL BOX (INCLUDING 3FT / 4FT / 5FT BURLAP TREE) | | | | | |
| | CONTRACT NO. | B2YTA | REFERENCE NO. | 801 | | | |
| | DC CODE | WCD | DEPARTMENT NO. | 009 | | | |
| | DIVISION NO. | Division 2 | VENDOR NO. | 9386 | | | |
| | VENDOR ITEM CODE | W18-SET3 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | | |
| | BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | | | |
| | FACTORY NO. | 103562 | | | | | |
| | DONG GUAN CITY MEI GAO INDUSTRY CO LTD | | | | | | |
| | JIN SONG ROAD, LIU WU XIANG VILLAGE | | | | | | |
| | LIAO BU TOWN, | | | | | | |
| | DONGGUAN | | | | | | |
| | GUANGDONG | | | | | | |
| | China | | | | | | |
| | FTY MID NO. | CNDONGUADON | | | | | |
| KMART | B2YTB | 7 FEET 350 TIPS | | 230 CARTONS | 230 PIECES | 32.300 USD PIECES | 7,429.00 USD |
| ITEM: | 140023693104 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 PIECES | | | | | | |
| | | ARTIFICIAL CHRISTMAS TREE<br>THIS IS CHRISTMAS ITEM AND DISPOSABLE<br>ITEM DESCRIPTION:  7FT PVC PENCIL TREE<br>LIGHT COUNT AND COLOUR:150 WARM WHITE LED<br>TIPS COUNT: 350 TIPS<br>GIRTH: 22  IN<br>WRAPPED CONSTRUCTION<br>METAL STAND<br>INSTRUCTION MANUAL INCLUDED<br>VENDOR STOCK NO.:  W18-7-350<br>ITEM UPC NO.:  810174025255<br>MATERIAL BREAKDOWN:<br>PLASTIC 35%, IRON 17%,LIGHTING 48%<br>1 PC MAIL BOX | | | | | |

# COMMERCIAL INVOICE

Page 2 of 3
**DATE:** July 30, 2018
**INVOICE NO.:** 201820904112

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China    **SHIPPED TO:** Wilmington , CA
**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YTB | **REFERENCE NO.** | 801 | |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | |
| **VENDOR ITEM CODE** | W18-7-350 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**   103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China
**FTY MID NO.**   CNDONGUADON

| | | | | | | |
|---|---|---|---|---|---|---|
| **KMART** | B2YTC | 7.5 FEET 1300 TIPS | | 230 CARTONS | 230 PIECES | 98.600 USD PIECES | 22,678.00 USD |
| **ITEM:** | 140023693096 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |

ARTIFICIAL CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 7.5FT HARDNEEDLE MIXED PINE
LIGHT COUNT AND COLOUR:500 INCANDESCENT CLEAR  LIGHTS
TIPS COUNT:   1300 TIPS
GIRTH:  I50 IN
HINGED CONSTRUCTION
METAL  STAND
INSTRUCTION MANUAL INCLUDED
VENDOR STOCK NO.:   W18-7.5-1300
ITEM UPC NO.:  810174025262
MATERIAL BREAKDOWN:
1 PC MAIL BOX
PLASTIC 41%, IRON 19%,LIGHTING 40%

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YTC | **REFERENCE NO.** | 801 | |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | |
| **VENDOR ITEM CODE** | W18-7.5-1300 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**   103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China
**FTY MID NO.**   CNDONGUADON

# COMMERCIAL INVOICE

Page 3 of 3

**DATE:** July 30, 2018
**INVOICE NO.:** 201820904112

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China    **SHIPPED TO:** Wilmington, CA
**MODE OF TRANSPORTATION:** Ocean

FOB China

**PAYMENT TERM**      Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**       OPEN ACCOUNT
**LC#**               NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 690 | 690 | PIECES | 37,582.00  USD |

**TOTAL US DOLLARS THIRTY-SEVEN THOUSAND FIVE HUNDRED EIGHTY-TWO DOLLARS AND ZERO CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

**WINNERS INDUSTRY COMPANY LIMITED**

**EMPLOYEE NAME**
**EMPLOYEE TITLE**

# PACKING LIST

**DATE:** July 30, 2018
**INVOICE NO.:** 201820904112

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington, CA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| KMART | B2YTA | SET 3 430 TIPS | | | | | | |
| ITEM: | 140023687882 | | | | | | | |
| MADE IN | CHINA (MAINLAND) | PER OUTER CARTON | | 1 | 0.068 | 6.500 | 5.700 | |
| CONTENTS | 1 PIECES | TOTAL | 230 | 230 | 15.734 | 1,495.000 | 1,311.000 | 0.000 |

| | CONTRACT NO. | B2YTA | REFERENCE NO. | 801 | PACKING INSTRUCTIONS: |
|---|---|---|---|---|---|
| | DC CODE | WCD | DEPARTMENT NO. | 009 | 1 SET MAIL BOX |
| | DIVISION NO. | Division 2 | VENDOR NO. | 9386 | |
| | VENDOR ITEM CODE | W18-SET3 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 87.6 | 27.9 | 27.9 | 0.068 |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| KMART | B2YTB | 7 FEET 350 TIPS | | | | | | |
| ITEM: | 140023693104 | | | | | | | |
| MADE IN | CHINA (MAINLAND) | PER OUTER CARTON | | 1 | 0.041 | 4.900 | 3.800 | |
| CONTENTS | 1 PIECES | TOTAL | 230 | 230 | 9.407 | 1,127.000 | 874.000 | 0.000 |

| | CONTRACT NO. | B2YTB | REFERENCE NO. | 801 | PACKING INSTRUCTIONS: |
|---|---|---|---|---|---|
| | DC CODE | WCD | DEPARTMENT NO. | 009 | 1 PC MAIL BOX |
| | DIVISION NO. | Division 2 | VENDOR NO. | 9386 | |
| | VENDOR ITEM CODE | W18-7-350 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 99.1 | 20.3 | 20.3 | 0.041 |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| KMART | B2YTC | 7.5 FEET 1300 TIPS | | | | | | |
| ITEM: | 140023693096 | | | | | | | |
| MADE IN | CHINA (MAINLAND) | PER OUTER CARTON | | 1 | 0.136 | 13.700 | 11.300 | |
| CONTENTS | 1 PIECES | TOTAL | 230 | 230 | 31.188 | 3,151.000 | 2,599.000 | 0.000 |

| | CONTRACT NO. | B2YTC | REFERENCE NO. | 801 | PACKING INSTRUCTIONS: |
|---|---|---|---|---|---|
| | DC CODE | WCD | DEPARTMENT NO. | 009 | 1 PC MAIL BOX |
| | DIVISION NO. | Division 2 | VENDOR NO. | 9386 | |
| | VENDOR ITEM CODE | W18-7.5-1300 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 111.8 | 32.4 | 37.5 | 0.136 |

# PACKING LIST

**DATE:** July 30, 2018
**INVOICE NO.:** 201820904112

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington, CA

|  | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| **TOTAL PACKING LIST** | 690 | 690 | 56.329 | 5,773.000 | 4,784.000 | 0.000 |

**We hereby certify that this shipment does not contain solid wood packing material.**

| WINNERS INDUSTRY COMPANY LIMITED |
| --- |
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |