## **EXHIBIT H**

Documents Related to Shipment No. 6:

Forwarder's Cargo Receipt No. 7795645022 (with Invoice No. 201820903961 and related packing list attached)

# UPS Supply Chain Solutions℠

OTI License No. 275F

**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | 965769975 | 7795645022 |
| | EXPORT REFERENCES<br>AWB 7795645022 | DATE OF RECEIPT OF CARGO<br>31-JUL-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| SEARS, ROEBUCK AND CO.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES, IL<br>60179 USA |

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent g[ood]
order and condition from Shipper, the package(s) listed below are said to con[tain]
the goods hereinafter described. This receipt is not valid unless verified [and]
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles[s a]
higher value is declared on this receipt and the extra charge paid, liability is lim[ited]
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force [of]
law, its limitation, described in paragraph 3 on the reverse hereof, controls unl[ess]
a higher value is declared.

Declared Value is: _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE:(310)404-2792 FAX:(310) 404-2962 ATTN: MARY ELLEN WRATSCHKO |

EXPORT LICENSE NO.

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN, CHINA | |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MAERSK EDINBURGH 831N | PORT OF LOADING<br>YANTIAN, CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES, CA | PLACE OF DELIVERY BY ON CARRIER<br>WILMINGTON, CA | NUMBER OF ORIGINALS<br>1/ONE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN[T] |
|---|---|---|---|---|
| CTRNO:<br>MSKU9965205<br>SEALCODE1:<br>CN0559854<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN: CHINA (MAINLAND)<br>CONTENTS: 1 PIECES<br>SEARS DIV 671<br>SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 190 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SO3529<br>DEPT# 009<br>REF#801<br>ITEM#140023687908 | 948.100 KG<br>2090.200 LB | 8.905<br>314.436 |

*ORIGINAL*

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:  21-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |
| FUMIGATION | 0 | 1 |

This shipment will be handled subject to the terms set forth h[ereon]
and on the reverse of this document which are incorporated h[erein]
by reference. These Terms limit or exclude UPS Supply Ch[ain]
Solutions liability and include certain indemnities to UPS Sup[ply]
Chain Solutions' benefit.

As Agent for **UPS SUPPLY CHAIN SOLUTIONS, INC.**

SHENZHEN

Issued by _____

Month  Aug    Day  08    Year  2018



**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

UPS Supply Chain Solutions℠    OTI License No. 275F

# UPS Supply Chain Solutions℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | 965769975 | 7795645022 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | AWB 7795645022 | 31-JUL-2018 |

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL
60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent g[ood]
order and condition from Shipper, the package(s) listed below are said to con[tain]
the goods hereinafter described. This receipt is not valid unless verified a[nd]
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles[s a]
higher value is declared on this receipt and the extra charge paid, liability is lim[ited]
to $0.50 per pound of goods lost or damaged. If COGSA governs with the forc[e of]
law, its limitation, described in paragraph 3 on the reverse hereof, controls unl[ess]
a higher value is declared.
Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE. SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

EXPORT LICENSE NO.

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER |
|---|---|
| | YANTIAN, CHINA |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING |
| MAERSK EDINBURGH 831N | YANTIAN, CHINA |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES, CA | WILMINGTON, CA | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN[T] |
|---|---|---|---|---|
| CTRNO: SUDU6642727<br>SEALCODE1: CN0553612<br>MARKS & NO: SEARS<br>ITEM NO:<br>MADE IN: CHINA (MAINLAND)<br>CONTENTS: 1 PIECES<br>SEARS DIV 671<br>SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 630 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SO3529/SP3535/SM3539/SN3543<br>DEPT# 009<br>REF#801<br>ITEM#<br>140023687908<br>140023687890<br>140023688021<br>140023688039 | 5177.900 KG<br>11415.310 LB | 65.348<br>2307.438 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: 21-JUL-2018 | | |
|---|---|---|
| Document List | Original | Copy |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |
| FUMIGATION | 0 | 1 |

This shipment will be handled subject to the terms set forth he[reof]
and on the reverse of this document which are incorporated he[reon]
by reference. These Terms limit or exclude UPS Supply Cha[in]
Solutions liability and include certain indemnities to UPS Sup[ply]
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month __Aug__ Day __08__ Year __2018__



**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

# UPS Supply Chain Solutions℠

**OTI License No. 275F**

## UPS SUPPLY CHAIN SOLUTIONS, INC.
## FORWARDER'S CARGO RECEIPT

| Field | Value |
|---|---|
| BOOKING NO. | 965769975 |
| CARGO RECEIPT NO. | 7795645022 |
| EXPORT REFERENCES | AWB 7795645022 |
| DATE OF RECEIPT OF CARGO | 31-JUL-2018 |

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL
60179 USA

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent order and condition from Shipper, the package(s) listed below are said to co the goods hereinafter described. This receipt is not valid unless verified signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Un higher value is declared on this receipt and the extra charge paid, liability is li to $0.50 per pound of goods lost or damaged. If COGSA governs with the fo law, its limitation, described in paragraph 3 on the reverse hereof, controls u a higher value is declared.
Declared Value is: _____

| | |
|---|---|
| PRE-CARRIAGE BY | |
| PLACE OF RECEIPT BY PRE-CARRIER | YANTIAN, CHINA |
| EXPORT LICENSE NO. | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | MAERSK EDINBURGH 831N |
| PORT OF LOADING | YANTIAN, CHINA |
| PORT OF DISCHARGE | LOS ANGELES, CA |
| PLACE OF DELIVERY BY ON CARRIER | WILMINGTON, CA |
| NUMBER OF ORIGINALS | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREM |
|---|---|---|---|---|
| | | CODE: SHW/WILMINGTON, CA 90744 DOOR<br>FREIGHT COLLECT<br>SHIPPER LOAD AND COUNT AND SEAL<br>THE ABOVE SHIPMENT DOES NOT CONTAINS ANY<br>SOLID WOOD PACKAGING MATERIAL.<br>SAILING DATE: 06-AUG-2018<br>FCR DATE: 31-JUL-2018 | | |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: **21-JUL-2018**

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |
| FUMIGATION | 0 | 1 |

This shipment will be handled subject to the terms set forth and on the reverse of this document which are incorporated by reference. These Terms limit or exclude UPS Supply C Solutions liability and include certain indemnities to UPS Su Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED SHENZHEN BRANCH

*[signature]*

SHENZHEN AS AGENT FOR
Issued by UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Month **Aug**    Day **08**    Year **2018**

# COMMERCIAL INVOICE

Page 1 of 4
**DATE:** July 29, 2018
**INVOICE NO.:** 201820903961

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China     **SHIPPED TO:** Wilmington, CA
**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| **SEARS** | SM3539 | 6 FEET 1478 TIP | 220 CARTONS | 220 PIECES | 49.500 USD PIECES | 10,890.00 USD |
| **ITEM:** | 140023688021 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |
| **SEARS DIV** | 671 | | | | | |
| **SEARS ITEM/SKU** | 29984/000 | | | | | |
| | | ARTIFICIAL CHRISTMAS TREE
ITEM DESCRIPTION: 6FT FLOCKED UNLIT PORCH TREE
LIGHT COUNT AND COLOUR: UNLIT
TIPS COUNT: 1478 TIPS
GIRTH: 33 IN
HINGED CONSTRUCTION
RESIN BASE
INSTRUCTION MANUAL INCLUDED
VENDOR STOCK NO.: W18-6-1478F
ITEM UPC NO.: 810174025293
MATERIAL BREAKDOWN:
PLASTIC 30% IRON 25% RESIN 30% DECORATION 15%
1 PC TREE PER MASTER CARTON | | | | |
| | **CONTRACT NO.** | SM3539 | **REFERENCE NO.** | 801 | | |
| | **DC CODE** | SHW | **DEPARTMENT NO.** | 009 | | |
| | **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 | | |
| | **VENDOR ITEM CODE** | W18-6-1478F | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |
| | **FACTORY NO.** | 103562 | | | | |
| | DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China | | | | | |
| | **FTY MID NO.** | CNDONGUADON | | | | |
| **SEARS** | SN3543 | 7.5 FEET 1556 TIP | 200 CARTONS | 200 PIECES | 106.500 USD PIECES | 21,300.00 USD |
| **ITEM:** | 140023688039 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |
| **SEARS DIV** | 671 | | | | | |
| **SEARS ITEM/SKU** | 29986/000 | | | | | |
| | | ARTIFICIAL CHRISTMAS TREE
ITEM DESCRIPTION: 7.5FROSTED PVC TREE WITH PINECONES
LIGHT COUNT AND COLOUR: 280 WARM WHITE LED
TIPS COUNT: 1556 TIPS
GIRTH: 57 IN
HINGED CONSTRUCTION
METAL STAND
INSTRUCTION MANUAL INCLUDED
VENDOR STOCK NO.: W18-7.5-1556
ITEM UPC NO.: 810174025316
MATERIAL BREAKDOWN:
PLASTIC 33% IRON 20% LIGHTING 35% DECONRATION 12%
1 PC TREE PER MASTER CARTON | | | | |

# COMMERCIAL INVOICE

Page 2 of 4

**DATE:** July 29, 2018
**INVOICE NO.:** 201820903961

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China
**MODE OF TRANSPORTATION:** Ocean
**SHIPPED TO:** Wilmington , CA
FOB China

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **CONTRACT NO.** | SN3543 | **REFERENCE NO.** | 801 | | | | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 | | | | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 | | | | |
| **VENDOR ITEM CODE** | W18-7.5-1556 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | | | |

**FACTORY NO.** 103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.** CNDONGUADON

| SEARS | SO3529 | 4 FEET 728 TIP | | 200 CARTONS | 200 PIECES | 28.100 USD PIECES | 5,620.00 USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 140023687908 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 PIECES | | | | | | |
| **SEARS DIV** | 671 | | | | | | |
| **SEARS ITEM/SKU** | 23314/000 | | | | | | |

ARTIFICIAL CHRISTMAS TREE
ITEM DESCRIPTION: 4FT PE FLOCKED UNLIT PORCH TREE
LIGHT COUNT AND COLOUR: UNLIT
TIPS COUNT: 728 TIPS
GIRTH: 25 IN
HINGED CONSTRUCTION
RESIN BASE
INSTRUCTION MANUAL INCLUDED
VENDOR STOCK NO.: W18-4-728F
ITEM UPC NO.: 810174025279
MATERIAL BREAKDOWN:
PLASTIC 30% IRON 25% RESIN 30% DECORATION 15%
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SO3529 | **REFERENCE NO.** | 801 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | W18-4-728F | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.** CNDONGUADON

# COMMERCIAL INVOICE

**DATE:** July 29, 2018
**INVOICE NO.:** 201820903961

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China
**MODE OF TRANSPORTATION:** Ocean
**SHIPPED TO:** Wilmington, CA

FOB China

| SEARS | SP3535 | 4 FEET 728 TIP | 200 CARTONS | 200 PIECES | 25.100 USD PIECES | 5,020.00 USD |
|---|---|---|---|---|---|---|

**ITEM:** 140023687890
**MADE IN:** CHINA (MAINLAND)
**CONTENTS:** 1 PIECES
**SEARS DIV:** 671
**SEARS ITEM/SKU:** 23261/000

ARTIFICIAL CHRISTMAS TREE
ITEM DESCRIPTION: 4FT PE UNLIT PORCH TREE
LIGHT COUNT AND COLOUR: UNLIT
TIPS COUNT: 728 TIPS
GIRTH: 25 IN
HINGED CONSTRUCTION
RESIN BASE
INSTRUCTION MANUAL INCLUDED
VENDOR STOCK NO.: W18-4-728
ITEM UPC NO.: 810174025286
MATERIAL BREAKDOWN:
PLASTIC 42% IRON 25% RESIN 33%
1 PC TREE PER MASTER CARTON

**CONTRACT NO.** SP3535
**DC CODE** SHW
**DIVISION NO.** Division 2
**VENDOR ITEM CODE** W18-4-728
**BINDING RULING # OR PRECLASS #**

**REFERENCE NO.** 801
**DEPARTMENT NO.** 009
**VENDOR NO.** 9383
**COUNTRY OF ORIGIN** CHINA (MAINLAND)
**CATEGORY** RNONE

**FACTORY NO.** 103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China
**FTY MID NO.** CNDONGUADON

**PAYMENT TERM** Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER** OPEN ACCOUNT
**LC#** NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 820 | 820 | PIECES | 42,830.00 USD |

**TOTAL US DOLLARS FORTY-TWO THOUSAND EIGHT HUNDRED THIRTY DOLLARS AND ZERO CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

# COMMERCIAL INVOICE

Page 4 of 4

**DATE:** July 29, 2018
**INVOICE NO.:** 201820903961

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China  **SHIPPED TO:** Wilmington , CA
**MODE OF TRANSPORTATION:** Ocean

FOB China

**WINNERS INDUSTRY COMPANY LIMITED**

**EMPLOYEE NAME**
**EMPLOYEE TITLE**

# PACKING LIST

**DATE:** July 29, 2018
**INVOICE NO.:** 201820903961

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China    **SHIPPED TO:** Wilmington, CA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|---|
| **SEARS** | SM3539 | 6 FEET 1478 TIP | | | | | | | |
| **ITEM:** | 140023688021 | | | | | | | | |
| **MADE IN** | CHINA (MAINLAND ) | **PER OUTER CARTON** | | | 1 | 0.094 | 6.800 | 4.900 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 220 | 220 | 20.701 | 1,496.000 | 1,078.000 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | | |
| **SEARS ITEM/SKU** | 29984/000 | | | | | | | | |
| | **CONTRACT NO.** | SM3539 | **REFERENCE NO.** | 801 | | **PACKING INSTRUCTIONS:** | | | |
| | **DC CODE** | SHW | **DEPARTMENT NO.** | 009 | | 1 PC MAIL BOX | | | |
| | **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 | | | | | |
| | **VENDOR ITEM CODE** | W18-6-1478F | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | | | | |

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 91.4 | 36.8 | 27.9 | 0.094 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **SEARS** | SN3543 | 7.5 FEET 1556 TIP | | | | | | | |
| **ITEM:** | 140023688039 | | | | | | | | |
| **MADE IN** | CHINA (MAINLAND ) | **PER OUTER CARTON** | | | 1 | 0.174 | 13.600 | 11.500 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 200 | 200 | 34.806 | 2,720.000 | 2,300.000 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | | |
| **SEARS ITEM/SKU** | 29986/000 | | | | | | | | |
| | **CONTRACT NO.** | SN3543 | **REFERENCE NO.** | 801 | | **PACKING INSTRUCTIONS:** | | | |
| | **DC CODE** | SHW | **DEPARTMENT NO.** | 009 | | 1 PC MAIL BOX | | | |
| | **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 | | | | | |
| | **VENDOR ITEM CODE** | W18-7.5-1556 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | | | | |

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 121.9 | 38.1 | 37.5 | 0.174 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **SEARS** | SO3529 | 4 FEET 728 TIP | | | | | | | |
| **ITEM:** | 140023687908 | | | | | | | | |
| **MADE IN** | CHINA (MAINLAND ) | **PER OUTER CARTON** | | | 1 | 0.047 | 4.990 | 3.800 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 200 | 200 | 9.373 | 998.000 | 760.000 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | | |
| **SEARS ITEM/SKU** | 23314/000 | | | | | | | | |
| | **CONTRACT NO.** | SO3529 | **REFERENCE NO.** | 801 | | **PACKING INSTRUCTIONS:** | | | |
| | **DC CODE** | SHW | **DEPARTMENT NO.** | 009 | | 1 PC MAIL BOX | | | |
| | **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 | | | | | |
| | **VENDOR ITEM CODE** | W18-4-728F | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | | | | |

# PACKING LIST

**DATE:** July 29, 2018
**INVOICE NO.:** 201820903961

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China    **SHIPPED TO:** Wilmington, CA

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 82.5 | 27.9 | 20.3 | 0.047 |

| SEARS | SP3535 | 4 FEET 728 TIP |
|---|---|---|

| ITEM: | 140023687890 | | | | | | |
|---|---|---|---|---|---|---|---|
| MADE IN | CHINA (MAINLAND) | PER OUTER CARTON | | 1 | 0.047 | 4.560 | 3.600 |
| CONTENTS | 1 PIECES | TOTAL | 200 | 200 | 9.373 | 912.000 | 720.000 | 0.000 |
| SEARS DIV | 671 | | | | | | |
| SEARS ITEM/SKU | 23261/000 | | | | | | |

| CONTRACT NO. | SP3535 | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | SHW | DEPARTMENT NO. | 009 |
| DIVISION NO. | Division 2 | VENDOR NO. | 9383 |
| VENDOR ITEM CODE | W18-4-728 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC MAIL BOX

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 82.5 | 27.9 | 20.3 | 0.047 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| **TOTAL PACKING LIST** | 820 | 820 | 74.253 | 6,126.000 | 4,858.000 | 0.000 |

We hereby certify that this shipment does not contain solid wood packing material.

**WINNERS INDUSTRY COMPANY LIMITED**
**EMPLOYEE NAME**
**EMPLOYEE TITLE**