**E**XHIBIT **I**

Documents Related to Shipment No. 7:

Forwarder's Cargo Receipt No. 779577732T (with Invoice No. 201821333448 and related packing list attached)

# UPS Supply Chain Solutions℠

OTI License No. 275F

**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. 751005522 | CARGO RECEIPT NO. 779577732T |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES HONG KONG | EXPORT REFERENCES<br>AWB 779577732T<br>CUST. | DATE OF RECEIPT OF CARGO<br>12-AUG-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent g[ood]
order and condition from Shipper, the package(s) listed below are said to con[tain]
the goods hereinafter described. This receipt is not valid unless verified
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unle[ss a]
higher value is declared on this receipt and the extra charge paid, liability is lim[ited]
to $0.50 per pound of goods lost or damaged. If COGSA governs with the forc[e of]
law, its limitation, described in paragraph 3 on the reverse hereof, controls un[less]
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN, CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>OOCL BERLIN 024 | PORT OF LOADING<br>YANTIAN, CHINA | |
| PORT OF DISCHARGE<br>NEW YORK, NY | PLACE OF DELIVERY BY ON CARRIER<br>FAIRLESS HILLS PA 19030 DOOR | NUMBER OF ORIGINALS<br>1/ONE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN[T] |
|---|---|---|---|---|
| CTRNO:<br>CMAU5368113<br>SEALCODE1:<br>K6107382<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 500 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>6.5FT<br>VANCOUVER FIR<br>8F 400L DUAL<br>COLOR<br>KMART PO#B2P7J<br>DEPT# 009<br>REF#105<br>ITEM#140077502326<br><br>CODE: MOR/FAIRLESS HILLS, PA 19030 DOOR<br>FREIGHT COLLECT<br>SHIPPER LOAD AND COUNT AND SEAL | 8350.000 KG<br>18408.590 LB | 65.343<br>2307.26 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 01-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth h[ereon]
and on the reverse of this document which are incorporated h[erein]
by reference. These Terms limit or exclude UPS Supply Ch[ain]
Solutions liability and include certain indemnities to UPS Sup[ply]
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month Sep   Day 07   Year 2018

UPS SUPPLY CHAIN SOLUTIONS, INC.
**FORWARDER'S CARGO RECEIPT**

UPS Supply Chain Solutions℠
OTI License No. 275F

# UPS Supply Chain Solutions℠

**FORWARDER'S CARGO RECEIPT**

GRI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. 751005522 | CARGO RECEIPT NO. 779577732T |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES HONG KONG | EXPORT REFERENCES<br>AWB 779577732T<br>CUST. | DATE OF RECEIPT OF CARGO<br>12-AUG-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| KMART CORPORATION<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>IL 60179 USA |

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the foreign law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE: (310) 404-2792 FAX: (310) 404-2962 ATTN: MARY ELLEN WRATSCHKO |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN, CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>OOCL BERLIN 024 | PORT OF LOADING<br>YANTIAN, CHINA | |
| PORT OF DISCHARGE<br>NEW YORK, NY | PLACE OF DELIVERY BY ON CARRIER<br>FAIRLESS HILLS PA 19030 DOOR | NUMBER OF ORIGINALS<br>1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | THE ABOVE SHIPMENT DOES NOT CONTAINS ANY SOLID WOOD PACKAGING MATERIAL.<br>SAILING DATE: 19-AUG-2018<br>FCR DATE: 12-AUG-2018 | | |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 01-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth herein and on the reverse of this document which are incorporated herein by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month _____ Sep   Day _____ 07   Year _____ 2018

# COMMERCIAL INVOICE

Page 1 of 2

**DATE:** August 13, 2018
**INVOICE NO.:** 201821333448

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China   **SHIPPED TO:** Fairless Hills, PA
**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2P7J | 6.5FT VANCOUVER FIR 8F 400L DUAL COLOR | 500 CARTONS | 500 PIECES | 76.770 USD PIECES | 38,385.00 USD |
| **ITEM:** | 140077502326 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |
| | | ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 6.5FT VANCOUVER FIR 8 FUNCTION WITH MEMORY AND REMOTE CONTROL
TREE NO. 65
LIGHT COUNT AND COLOUR: 400L LED DUAL COLOR LIGHTS
TIPS COUNT: 1230 TIPS
PVC THICKNESS: 0.07MM AND 0.12MM AND 0.14MM
WIRE GAUGE ON TIPS: 20#
GIRTH: 46IN
100PCT PVC
HINGED CONSTRUCTION
PLASTIC ROTATING TREE STAND
FUNCTION CONTROL BOX
LYTE SYSTEM ("LIGHT YOUR TREE EASY" SYSTEM)
8FUNCTIONS DETAIL:
1.STEADY ON
2.SLOW SPARKLING
3.QUICK SPARKLING
4.SLOW FADE
5.QUICK FADE
6.SLOW GLOW
7.FLASHING
8.COLOR SWITCHING
COLOR SWITCH PLUS COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LABEL TO BE INCLUDED
10PCS LED SPARE BULBS INCLUDED
VENDOR STOCK NO.:W-1230RT-66KHZ
ITEM UPC NO.: 810174021639
MATERIAL BREAKDOWN:
36.61PCT PVC, 33.53PCT WIRE, 9.22PCT STAND,
11.01PCT LITE, 8.26PCT METAL, 1.37PCT PLASTICS | | | | |
| **CONTRACT NO.** | B2P7J | **REFERENCE NO.** | 105 | | | |
| **DC CODE** | MOR | **DEPARTMENT NO.** | 009 | | | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | | | |
| **VENDOR ITEM CODE** | W-1230RT-66K HZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | | |
| **FACTORY NO.** | 103562 | | | | | |
| | DONG GUAN CITY MEI GAO INDUSTRY CO LTD | | | | | |
| | JIN SONG ROAD, LIU WU XIANG VILLAGE | | | | | |
| | LIAO BU TOWN, | | | | | |
| | DONGGUAN | | | | | |
| | GUANGDONG | | | | | |
| | China | | | | | |
| **FTY MID NO.** | CNDONGUADON | | | | | |

**PAYMENT TERM** Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER** OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 500 | 500 | PIECES | 38,385.00 USD |

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** August 13, 2018
**INVOICE NO.:** 201821333448

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China     **SHIPPED TO:** Fairless Hills , PA
**MODE OF TRANSPORTATION:** Ocean

FOB China

**TOTAL US DOLLARS THIRTY-EIGHT THOUSAND THREE HUNDRED EIGHTY-FIVE DOLLARS AND ZERO CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| **WINNERS INDUSTRY COMPANY LIMITED** | |
|---|---|
| **EMPLOYEE NAME** | |
| **EMPLOYEE TITLE** | |

# PACKING LIST

**DATE:** August 13, 2018
**INVOICE NO.:** 201821333448

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Fairless Hills, PA

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|
| **KMART**   B2P7J | 6.5FT VANCOUVER FIR 8F 400L DUAL COLOR | | | | | | |
| **ITEM:**   140077502326 | | | | | | | |
| **MADE IN**   CHINA (MAINLAND) | **PER OUTER CARTON** | | 1 | 0.131 | 16.700 | 14.400 | |
| **CONTENTS**   1 PIECES | **TOTAL** | 500 | 500 | 65.343 | 8,350.000 | 7,200.000 | 0.000 |

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2P7J | **REFERENCE NO.** | 105 | |
| **DC CODE** | MOR | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | |
| **VENDOR ITEM CODE** | W-1230RT-66KHZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |

**PACKING INSTRUCTIONS:**
EACH PC PACKED IN KARFT BOX WITH COLOR SWITCH PLUS COLOUR LABEL. ONE PC TEAROFF BAR CODE LABEL ON THE OUTER CARTON.

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 36.8 | 31.8 | 111.8 | 0.131 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| **TOTAL PACKING LIST** | 500 | 500 | 65.343 | 8,350.000 | 7,200.000 | 0.000 |

**We hereby certify that this shipment does not contain solid wood packing material.**

WINNERS INDUSTRY COMPANY LIMITED
**EMPLOYEE NAME**
**EMPLOYEE TITLE**