## **E**XHIBIT **J**

Documents Related to Shipment No. 8:

Forwarder's Cargo Receipt No. 7795819086 (with Invoice No. 201821137567 and related packing list attached)

# UPS Supply Chain Solutions℠

**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. 750932894 | CARGO RECEIPT NO. 7795819086 |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | EXPORT REFERENCES<br>AWB 7795819086 | DATE OF RECEIPT OF CARGO<br>21-AUG-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| KMART CORPORATION<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>IL 60179 USA |

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE:(310)404-2792 FAX:(310)<br>404-2962 ATTN: MARY ELLEN WRATSCHKO |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN, CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>COSCO SHIPPING PEONY 002 | PORT OF LOADING<br>YANTIAN, CHINA | |
| PORT OF DISCHARGE<br>NEW YORK, NY | PLACE OF DELIVERY BY ON CARRIER<br>FAIRLESS HILLS, PA | NUMBER OF ORIGINALS<br>1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>APHU6879974<br>SEALCODE1:<br>K6061039<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 1260 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2P79<br>DEPT# 009<br>REF#105<br>ITEM#140095924239 | 6300.000 KG<br>13889.120 LB | 66.899<br>2362.204 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 01-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth hereon and on the reverse of this document which are incorporated herein by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month Sep   Day 07   Year 2018

**UPS Supply Chain Solutions℠**

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

# UPS Supply Chain Solutions

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | |
|---|---|
| **SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**<br>WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | **BOOKING NO.** 750932894    **CARGO RECEIPT NO.** 7795819086<br>**EXPORT REFERENCES** AWB 7795819086<br>**DATE OF RECEIPT OF CARGO** 21-AUG-2018 |
| **CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**<br>KMART CORPORATION<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>IL 60179 USA | **THIS IS NOT A DOCUMENT OF TITLE.**<br>UPS SUPPLY CHAIN SOLUTIONS, INC.<br>Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent order and condition from Shipper, the package(s) listed below are said to co... the goods hereinafter described. This receipt is not valid unless verified signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unle... higher value is declared on this receipt and the extra charge paid, liability is lin to $0.50 per pound of goods lost or damaged. If COGSA governs with the for... law, its limitation, described in paragraph 3 on the reverse hereof, controls ur a higher value is declared.<br>Declared Value is: _____ |
| **NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE:(310)404-2792 FAX:(310) 404-2962 ATTN: MARY ELLEN WRATSCHKO | |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN, CHINA | EXPORT LICENSE NO. |
|---|---|---|
| **EXPORT CARRIER (VESSEL/VOY/FLAG)**<br>COSCO SHIPPING PEONY 002 | **PORT OF LOADING**<br>YANTIAN, CHINA | |
| **PORT OF DISCHARGE**<br>NEW YORK, NY | **PLACE OF DELIVERY BY ON CARRIER**<br>FAIRLESS HILLS, PA | **NUMBER OF ORIGINALS**<br>1/ONE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN |
|---|---|---|---|---|
| CTRNO:<br>CMAU4221473<br>SEALCODE1:<br>K6060491<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 858 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2NQ3<br>DEPT# 009<br>REF#105<br>ITEM#140094475720 | 4032.600 KG<br>8890.360 LB | 65.696<br>2319.72 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: 01-AUG-2018 | | | This shipment will be handled subject to the terms set forth h... and on the reverse of this document which are incorporated h... by reference. These Terms limit or exclude UPS Supply Ch... Solutions liability and include certain indemnities to UPS Sup... Chain Solutions' benefit.<br>As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |
|---|---|---|---|
| Document List | Original | Copy | |
| COMMERCIAL INVOICE | 0 | 1 | |
| PACKING LIST | 0 | 1 | |

SHENZHEN

Issued by _____

Month Sep    Day 07    Year 2018



UPS SUPPLY CHAIN SOLUTIONS, INC.

# UPS Supply Chain Solutions

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

**BOOKING NO.** 750932894
**CARGO RECEIPT NO.** 7795819086
**EXPORT REFERENCES** AWB 7795819086
**DATE OF RECEIPT OF CARGO** 21-AUG-2018

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent g
order and condition from Shipper, the package(s) listed below are said to con
the goods hereinafter described. This receipt is not valid unless verified
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is lim
to $0.50 per pound of goods lost or damaged. If COGSA governs with the forc
law, its limitation, described in paragraph 3 on the reverse hereof, controls unl
a higher value is declared.
Declared Value is:

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

**PRE-CARRIAGE BY**
**PLACE OF RECEIPT BY PRE-CARRIER** YANTIAN, CHINA
**EXPORT LICENSE NO.**

**EXPORT CARRIER (VESSEL/VOY/FLAG)** COSCO SHIPPING PEONY 002
**PORT OF LOADING** YANTIAN, CHINA

**PORT OF DISCHARGE** NEW YORK, NY
**PLACE OF DELIVERY BY ON CARRIER** FAIRLESS HILLS, PA
**NUMBER OF ORIGINALS** 1/ONE

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: CMAU4492691 SEALCODE1: K6063241 MARKS & NO: KMART ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 588 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE KMART PO#B2P7M DEPT# 009 REF#105 ITEM#140095925673 | 8161.440 KG 17992.890 LB | 66.244 2339.076 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 01-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month Sep   Day 07   Year 2018

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

# UPS Supply Chain Solutions 

OTI License No. 275F

## UPS SUPPLY CHAIN SOLUTIONS, INC.
## FORWARDER'S CARGO RECEIPT

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| BOOKING NO | CARGO RECEIPT NO |
|---|---|
| 750932894 | 7795819086 |

| EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
|---|---|
| AWB 7795819086 | 21-AUG-2018 |

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS, INC. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN, CHINA | |

| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | | |
|---|---|---|---|
| COSCO SHIPPING PEONY 002 | YANTIAN, CHINA | | |

| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
|---|---|---|
| NEW YORK, NY | FAIRLESS HILLS, PA | 1/ONE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: CMAU7102396 SEALCODE1: K6065995 MARKS & NO: KMART ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 588 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE KMART PO#B2P7M DEPT# 009 REF#105 ITEM#140095925673 | 8161.440 KG 17992.890 LB | 66.244 2339.076 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 01-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth hereon and on the reverse of this document which are incorporated herein by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month Sep    Day 07    Year 2018

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

# UPS Supply Chain Solutions

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | |
|---|---|
| **SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)** | **BOOKING NO.** 750932894 |
| WINNERS INDUSTRY COMPANY LIMITED | **CARGO RECEIPT NO.** 7795819086 |
| UNIT A, 10/F., WAH LUNG BUILDING | **EXPORT REFERENCES** AWB 7795819086 |
| 49-53 WANG LUNG STREET, TSUEN WAN | **DATE OF RECEIPT OF CARGO** 21-AUG-2018 |
| NEW TERRITORIES | |
| HONG KONG | |
| **CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)** | |
| KMART CORPORATION | |
| 3333 BEVERLY ROAD, | |
| HOFFMAN ESTATES, | |
| IL 60179 USA | |

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: ____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310) 404-2962 ATTN: MARY ELLEN WRATSCHKO

| | |
|---|---|
| **PRE-CARRIAGE BY** | **PLACE OF RECEIPT BY PRE-CARRIER** YANTIAN, CHINA |
| **EXPORT CARRIER (VESSEL/VOY/FLAG)** COSCO SHIPPING PEONY 002 | **PORT OF LOADING** YANTIAN, CHINA |
| **PORT OF DISCHARGE** NEW YORK, NY | **PLACE OF DELIVERY BY ON CARRIER** FAIRLESS HILLS, PA |

**EXPORT LICENSE NO.**

**NUMBER OF ORIGINALS** 1/ONE

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: TRLU7468222<br>SEALCODE1:<br>K6060049<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA (MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 570 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2P7G<br>DEPT# 009<br>REF#105<br>ITEM#140095924312<br><br>CODE: MOR FAIRLESS HILLS, PA 19030 DOOR<br>FREIGHT COLLECT<br>SHIPPER LOAD AND COUNT AND SEAL<br>THE ABOVE SHIPMENT DOES NOT CONTAINS ANY SOLID WOOD PACKAGING MATERIAL.<br>SAILING DATE: 26-AUG-2018<br>FCR DATE: 21-AUG-2018 | 7695.000 KG<br>16964.570 LB | 66.580<br>2350.940 |

*ORIGINAL*

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 01-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth hereon and on the reverse of this document which are incorporated herein by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by ____

Month Sep     Day 07     Year 2018



**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

# UPS Supply Chain Solutions

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. 750932894 | CARGO RECEIPT NO. 7795819086 |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | EXPORT REFERENCES<br>AWB 7795819086 | DATE OF RECEIPT OF CARGO<br>21-AUG-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| KMART CORPORATION<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>IL 60179 USA |

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE:(310)404-2792 FAX:(310) 404-2962 ATTN: MARY ELLEN WRATSCHKO |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN, CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>COSCO SHIPPING PEONY 002 | PORT OF LOADING<br>YANTIAN, CHINA | |
| PORT OF DISCHARGE<br>NEW YORK, NY | PLACE OF DELIVERY BY ON CARRIER<br>FAIRLESS HILLS, PA | NUMBER OF ORIGINALS<br>1/ONE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | ORIGINAL | | |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 01-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | 0 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth hereon and on the reverse of this document which are incorporated herein by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month ___Sep___ Day ___07___ Year ___2018___

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

# COMMERCIAL INVOICE

**DATE:** August 15, 2018
**INVOICE NO.:** 201821137567

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China
**MODE OF TRANSPORTATION:** Ocean
**SHIPPED TO:** Fairless Hills , PA

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2NQ3 | 6FT POP UP 931 TIPS | 858 CARTONS | 858 PIECES | 29.200 USD PIECES | 25,053.60 USD |
| **ITEM:** | 140094475720 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |
| | | ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 6FT POP UP PVC TREE
TREE NO.: 60
LIGHT COUNT AND COLOUR: 150 CLEAR LIGHTS
TIPS COUNT: 931 TIPS
GIRTH: 28IN
100PCT PVC
WRAPPED CONSTRUCTION
PLASTIC STAND
TAH COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: WT18-931POPUP
ITEM UPC NO.: 810174025019
MATERIAL BREAKDOWN:
PLASTIC 30 PCT,METAL 30 PCT, LIGHT 40 PCT
1 PC TREE PER MASTER CARTON | | | | |
| | **CONTRACT NO.** | B2NQ3 | **REFERENCE NO.** | 105 | | |
| | **DC CODE** | MOR | **DEPARTMENT NO.** | 009 | | |
| | **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | | |
| | **VENDOR ITEM CODE** | WT18-931POPU P | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |
| | **FACTORY NO.** | 103562 | | | | |
| | DONG GUAN CITY MEI GAO INDUSTRY CO LTD | | | | | |
| | JIN SONG ROAD, LIU WU XIANG VILLAGE | | | | | |
| | LIAO BU TOWN, | | | | | |
| | DONGGUAN | | | | | |
| | GUANGDONG | | | | | |
| | China | | | | | |
| | **FTY MID NO.** | CNDONGUADON | | | | |
| KMART | B2P79 | 4.5FT REDWOOD BERRY FLOCKED PINE 200 LT | 1,260 CARTONS | 1,260 PIECES | 23.900 USD PIECES | 30,114.00 USD |
| **ITEM:** | 140095924239 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |
| | | ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 4.5FT REDWOOD PINE BERRY FLOCKED SPRUCE
TREE NO.: 44
LIGHT COUNT AND COLOUR: 200 CLEAR LIGHTS
TIPS COUNT: 440 TIPS
PVC THICKNESS: 0.07MM + 0.12MM
WIRE GAUGE ON TIPS: 20#
GIRTH: 33IN
100PCT PVC
HINGED CONSTRUCTION
PLASTIC STAND
J SMITH COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 440PB-46K | | | | |

# COMMERCIAL INVOICE

**DATE:** August 15, 2018
**INVOICE NO.:** 201821137567

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China   **SHIPPED TO:** Fairless Hills, PA
**MODE OF TRANSPORTATION:** Ocean

FOB China

ITEM UPC NO.: 810174023442
MATERIAL BREAKDOWN:
PLASTIC 27.7PCT, METAL 10PCT, LIGHT 37.5PCT, DECORATION 24.8PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2P79 | **REFERENCE NO.** | 105 |
| **DC CODE** | MOR | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | 440PB-46K | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |
| **FACTORY NO.** | 103562 | | |

DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.** CNDONGUADON

---

| KMART | B2P7G | 6.5FT CAROLINA SPR 500 CLEAR LIGHTS | 570 CARTONS | 570 PIECES | 47.500 USD PIECES | 27,075.00 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 140095924312 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 6.5FT CAROLINA SPRUCE
TREE NO.: 64A
LIGHT COUNT AND COLOUR: 500 CLEAR LIGHTS
TIPS COUNT: 713 TIPS
PVC THICKNESS: 0.07MM + CASHMERE/HARDNEEDLE
WIRE GAUGE ON TIPS: 19# + 20#
GIRTH: 46IN
PVC 45PCT CASHMERE 55PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
J SMITH COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 713-66KHZC
ITEM UPC NO.: 810174023466
MATERIAL BREAKDOWN:
PLASTIC 34PCT, METAL 17.3PCT, LIGHT 48.7PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2P7G | **REFERENCE NO.** | 105 |
| **DC CODE** | MOR | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | 713-66KHZC | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |
| **FACTORY NO.** | 103562 | | |

DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN

# COMMERCIAL INVOICE

Page 3 of 4
**DATE:** August 15, 2018
**INVOICE NO.:** 201821137567

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China    **SHIPPED TO:** Fairless Hills, PA
**MODE OF TRANSPORTATION:** Ocean

FOB China

GUANGDONG
China
**FTY MID NO.**    CNDONGUADON

| KMART | B2P7M | 7FT COLORADO FLOCKEDPINE 600 CLEAR LT | 1,176 CARTONS | 1,176 PIECES | 62.840 USD PIECES | 73,899.84 USD |

**ITEM:** 140095925673
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 PIECES

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 7FT COLORADO FLOCKED PINE
TREE NO.: 79
LIGHT COUNT AND COLOUR: 600 CLEAR LIGHTS
TIPS COUNT: 1312 TIPS
PVC THICKNESS: 0.12+0.07MM
WIRE GAUGE ON TIPS: 20#
GIRTH: 50IN
100PCT PVC
HINGED CONSTRUCTION
METAL STAND
J SMITH COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 1312-70KH
ITEM UPC NO.: 810174023480
MATERIAL BREAKDOWN:
PLASTIC 22.7PCT,METAL 21.5PCT, LIGHT 40.8PCT,DECORATION 15PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2P7M | **REFERENCE NO.** | 105 |
| **DC CODE** | MOR | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | 1312-70KH | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**    103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China
**FTY MID NO.**    CNDONGUADON

**PAYMENT TERM**    Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**    OPEN ACCOUNT
**LC#**    NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 3,864 | 3,864 PIECES | | 156,142.44 USD |

**TOTAL US DOLLARS ONE HUNDRED FIFTY-SIX THOUSAND ONE HUNDRED FORTY-TWO DOLLARS AND FORTY-FOUR CENTS ONLY.**

# COMMERCIAL INVOICE

Page 4 of 4

**DATE:** August 15, 2018
**INVOICE NO.:** 201821137567

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China  **SHIPPED TO:** Fairless Hills, PA
**MODE OF TRANSPORTATION:** Ocean

FOB China

**We hereby certify that this shipment does not contain solid wood packing material.**

**WINNERS INDUSTRY COMPANY LIMITED**

**EMPLOYEE NAME**
**EMPLOYEE TITLE**

# PACKING LIST

**DATE:** August 15, 2018
**INVOICE NO.:** 201821137567

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China  **SHIPPED TO:** Fairless Hills, PA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| **KMART** | B2NQ3 | 6FT POP UP 931 TIPS | | | | | | |
| **ITEM:** | 140094475720 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | 1 | 0.077 | 4.700 | 3.500 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | 858 | 858 | 65.696 | 4,032.600 | 3,003.000 | 0.000 |

| | **CONTRACT NO.** | B2NQ3 | **REFERENCE NO.** | 105 | **PACKING INSTRUCTIONS:** |
|---|---|---|---|---|---|
| | **DC CODE** | MOR | **DEPARTMENT NO.** | 009 | 1 PC BROWN BOX WITH COLOR LABEL |
| | **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | |
| | **VENDOR ITEM CODE** | WT18-931POPUP | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 61.0 | 22.2 | 56.5 | 0.077 |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| **KMART** | B2P79 | 4.5FT REDWOOD BERRY FLOCKED PINE 200 LT | | | | | | |
| **ITEM:** | 140095924239 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | 1 | 0.053 | 5.000 | 4.000 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | 1,260 | 1,260 | 66.899 | 6,300.000 | 5,040.000 | 0.000 |

| | **CONTRACT NO.** | B2P79 | **REFERENCE NO.** | 105 | **PACKING INSTRUCTIONS:** |
|---|---|---|---|---|---|
| | **DC CODE** | MOR | **DEPARTMENT NO.** | 009 | 1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS |
| | **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | |
| | **VENDOR ITEM CODE** | 440PB-46K | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 91.4 | 22.9 | 25.4 | 0.053 |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| **KMART** | B2P7G | 6.5FT CAROLINA SPR 500 CLEAR LIGHTS | | | | | | |
| **ITEM:** | 140095924312 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | 1 | 0.117 | 13.500 | 11.000 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | 570 | 570 | 66.580 | 7,695.000 | 6,270.000 | 0.000 |

| | **CONTRACT NO.** | B2P7G | **REFERENCE NO.** | 105 | **PACKING INSTRUCTIONS:** |
|---|---|---|---|---|---|
| | **DC CODE** | MOR | **DEPARTMENT NO.** | 009 | 1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS |
| | **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | |
| | **VENDOR ITEM CODE** | 713-66KHZC | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 111.8 | 30.5 | 34.3 | 0.117 |

# PACKING LIST

**DATE:** August 15, 2018
**INVOICE NO.:** 201821137567

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China    **SHIPPED TO:** Fairless Hills, PA

| KMART | B2P7M | 7FT COLORADO FLOCKEDPINE 600 CLEAR LT | | | | | |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 140095925673 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | 1 | 0.113 | 13.880 | 11.800 |
| **CONTENTS** | 1 PIECES | **TOTAL** | 1,176 | 1,176 | 132.489 | 16,322.880 | 13,876.800 | 0.000 |

| **CONTRACT NO.** | B2P7M | **REFERENCE NO.** | 105 |
| **DC CODE** | MOR | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | 1312-70KH | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 111.8 | 31.8 | 31.8 | 0.113 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| **TOTAL PACKING LIST** | 3,864 | 3,864 | 331.663 | 34,350.480 | 28,189.800 | 0.000 |

**We hereby certify that this shipment does not contain solid wood packing material.**

| WINNERS INDUSTRY COMPANY LIMITED |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |