## E<span style="font-variant:small-caps">xhibit</span> K

Documents Related to Shipment No. 9:

Forwarder's Cargo Receipt No. 7795819053 (with Invoice No. 201821411437 and related packing list attached)

# UPS Supply Chain Solutions 

OTI License No. 275F

## UPS SUPPLY CHAIN SOLUTIONS, INC.
## FORWARDER'S CARGO RECEIPT

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)<br>WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | BOOKING NO. 750932897    CARGO RECEIPT NO. 7795819053<br>EXPORT REFERENCES<br>AWB 7795819053<br>CUST .<br>DATE OF RECEIPT OF CARGO: 18-AUG-2018 |
| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)<br>SEARS, ROEBUCK AND CO.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES, IL<br>60179 USA | **THIS IS NOT A DOCUMENT OF TITLE.**<br>**UPS SUPPLY CHAIN SOLUTIONS, INC.**<br>Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.<br>Declared Value is: |
| NOTIFY PARTY (COMPLETE NAME AND ADDRESS)<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE:(310)404-2792 FAX:(310)<br>404-2962 ATTN: MARY ELLEN WRATSCHKO | |
| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER: YANTIAN, CHINA | EXPORT LICENSE NO. |
| EXPORT CARRIER (VESSEL/VOY/FLAG): COSCO SHIPPING PEONY 002 | PORT OF LOADING: YANTIAN, CHINA | |
| PORT OF DISCHARGE: NEW YORK, NY | PLACE OF DELIVERY BY ON-CARRIER: WILKES-BARRE, PA 18706 DOOR | NUMBER OF ORIGINALS: NONE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: TCNU2997216<br>SEALCODE1: K6060468<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN: CHINA<br>CONTENTS:<br>SEARS DIV<br>SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 314 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SO3734<br>DEPT# 009<br>REF#106<br>ITEM#140026616037<br>CODE: RWB/DELANO, CA 93215 DOOR<br>FREIGHT COLLECT<br>SHIPPER LOAD AND COUNT AND SEAL<br>THE ABOVE SHIPMENT DOES NOT CONTAINS ANY<br>SOLID WOOD PACKAGING MATERIAL.<br>SAILING DATE: 26-AUG-2018<br>FCR DATE: 18-AUG-2018 | 5909.480 KG<br>13028.170 LB | 65.956<br>2328.906 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 06-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth hereon and on the reverse of this document which are incorporated herein by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED SHENZHEN BRANCH

SHENZHEN _[signature]_
AS AGENT FOR
Issued by UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Month Sep    Day 07    Year 2018

# COMMERCIAL INVOICE

Page 1 of 2

**DATE:** August 22, 2018
**INVOICE NO.:** 201821411437

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China    **SHIPPED TO:** Wilkes-Barre , PA
**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SO3734 | 7.5FT SNOW COUNTRY FLOCKED PINE 600LT | 314 CARTONS | 314 PIECES | 73.000 USD PIECES | 22,922.00 USD |
| **ITEM:** | 140026616037 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |
| **SEARS DIV** | 671 | | | | | |
| **SEARS ITEM/SKU** | 25891/000 | | | | | |
| | | ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 7.5FT SNOW COUNTRY FLOCKED PINE TREE NO. 81
LIGHT COUNT AND COLOUR: 600L CLEAR REGULAR LIGHTS
TIPS COUNT:  1409TIPS
PVC THICKNESS: 0.07MM AND 0.12MM
WIRE GAUGE ON TIPS: 20#
GIRTH: 53IN
100PCT PVC
HINGED CONSTRUCTION
METAL TREE STAND
DONNER & BLITZEN COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LABEL TO BE INCLUDED
SPARE BULBS AND FUSES INCLUDED
VENDOR STOCK NO.: WT0013-B
ITEM UPC NO.: 810174022254
MATERIAL BREAKDOWN:
20.16PCT PVC, 22.51 PCT METAL, 38.01PCT LIGHT,
3.11PCT PLASTIC, 16.21PCT DECORATION | | | | |

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SO3734 | **REFERENCE NO.** | 106 | |
| **DC CODE** | RWB | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 | |
| **VENDOR ITEM CODE** | WT0013-B | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |
| **FACTORY NO.** | 103562 | | | |
| DONG GUAN CITY MEI GAO INDUSTRY CO LTD | | | | |
| JIN SONG ROAD, LIU WU XIANG VILLAGE | | | | |
| LIAO BU TOWN, | | | | |
| DONGGUAN | | | | |
| GUANGDONG | | | | |
| China | | | | |
| **FTY MID NO.** | CNDONGUADON | | | |

**PAYMENT TERM**    Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**    OPEN ACCOUNT

| | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|---|
| **TOTAL INVOICE** | | 314 | 314 PIECES | | 22,922.00 USD |

**TOTAL US DOLLARS TWENTY-TWO THOUSAND NINE HUNDRED TWENTY-TWO DOLLARS AND ZERO CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** August 22, 2018
**INVOICE NO.:** 201821411437

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China      **SHIPPED TO:** Wilkes-Barre , PA
**MODE OF TRANSPORTATION:** Ocean

FOB China

**WINNERS INDUSTRY COMPANY LIMITED**

**EMPLOYEE NAME**

**EMPLOYEE TITLE**

# PACKING LIST

**DATE:** August 22, 2018
**INVOICE NO.:** 201821411437

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China     **SHIPPED TO:** Wilkes-Barre, PA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| **SEARS** | SO3734 | 7.5FT SNOW COUNTRY FLOCKED PINE 600LT | | | | | | |
| **ITEM:** | 140026616037 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | 1 | 0.210 | 18.820 | 15.200 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | 314 | 314 | 65.956 | 5,909.480 | 4,772.800 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | |
| **SEARS ITEM/SKU** | 25891/000 | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SO3734 | **REFERENCE NO.** | 106 | | |
| **DC CODE** | RWB | **DEPARTMENT NO.** | 009 | | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 | | |
| **VENDOR ITEM CODE** | WT0013-B | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |

**PACKING INSTRUCTIONS:**
EACH TREE PACKED IN CARTON BOX WITH DONNER & BLITZEN COLOR LABEL W/SEARS UPC PRE-PRICE . D&B COLOR UPC HANGTAG ON THE PRODUCT. ONE PC TEAROFF BAR CODE LABEL ON THE OUTER CARTON.

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 132.1 | 36.8 | 43.2 | 0.210 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| **TOTAL PACKING LIST** | 314 | 314 | 65.956 | 5,909.480 | 4,772.800 | 0.000 |

We hereby certify that this shipment does not contain solid wood packing material.

**WINNERS INDUSTRY COMPANY LIMITED**
**EMPLOYEE NAME**
**EMPLOYEE TITLE**