## EXHIBIT L

Documents Related to Shipment No. 10:

Forwarder's Cargo Receipt No. 7795813410 (with Invoice No. 201821289109 and related packing list attached)

# UPS Supply Chain Solutions 

OTI License No. 275F

## UPS SUPPLY CHAIN SOLUTIONS, INC. FORWARDER'S CARGO RECEIPT

| Field | Value |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG |
| BOOKING NO. | E30059534801 |
| CARGO RECEIPT NO. | 7795813410 |
| EXPORT REFERENCES | AWB 7795813410 |
| DATE OF RECEIPT OF CARGO | 21-AUG-2018 |
| CUST. | |
| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | SEARS, ROEBUCK AND CO.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES, IL<br>60179 USA |
| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) | UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE:(310)404-2792 FAX:(310)<br>404-2962 ATTN: MARY ELLEN WRATSCHKO |
| PRE-CARRIAGE BY | |
| PLACE OF RECEIPT BY PRE-CARRIER | YANTIAN, CHINA |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | YM UNITY 073E |
| PORT OF LOADING | YANTIAN, CHINA |
| PORT OF DISCHARGE | SAVANNAH, CA |
| PLACE OF DELIVERY BY ON CARRIER | JACKSONVILLE, FL 32226 DOOR 1 |
| NUMBER OF ORIGINALS | ONE |
| EXPORT LICENSE NO. | |

THIS IS NOT A DOCUMENT OF TITLE.
UPS SUPPLY CHAIN SOLUTIONS, INC.
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go order and condition from Shipper, the package(s) listed below are said to cont the goods hereinafter described. This receipt is not valid unless verified a signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limit to $0.50 per pound of goods lost or damaged. If COGSA governs with the force law, its limitation, described in paragraph 3 on the reverse hereof, controls unle a higher value is declared.
Declared Value is: _____

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>YMLU8856018<br>SEALCODE1:<br>YMAB947056<br>MARKS & NO:<br>SEARS SN3731<br>ITEM NO:<br>140096606769<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES<br>SEARS DIV 671<br>SEARS ITEM/SKU<br>57991/000 | 1 | 40' HIGH CUBE CONTAINER 275 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO# SN3731<br>DEPT# 009<br>REF#104<br>ITEM#140096606769<br>CODE: RJA JACKSONVILLE FL 32218 DOOR<br>FREIGHT COLLECT<br>SHIPPER LOAD AND COUNT AND SEAL<br>THE ABOVE SHIPMENT DOES NOT CONTAINS ANY<br>SOLID WOOD PACKAGING MATERIAL.<br>SAILING DATE:28-AUG-2018<br>FCR DATE: 21-AUG-2018 | 5637.500 KG<br>12428.560 LB | 65.118<br>2299.317 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 08-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he and on the reverse of this document which are incorporated he by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month Sep  Day 07  Year 2018

UPS SUPPLY CHAIN SOLUTIONS, INC.



# COMMERCIAL INVOICE

**DATE:** August 24, 2018
**INVOICE NO.:** 201821289109

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China      **SHIPPED TO:** Jacksonville , FL
**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SN3731 | 7.5 WESTCHESTER DELUXE 600 CLEAR LT | 275 CARTONS | 275 PIECES | 83.000 USD PIECES | 22,825.00 USD |

**ITEM:** 140096606769
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 PIECES
**SEARS DIV** 671
**SEARS ITEM/SKU** 57991/000

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 7.5FT WESTCHESTER DELUXE CASHMERE PINE
TREE NO.: 74A
LIGHT COUNT AND COLOUR: 600 CLEAR LIGHTS
TIPS COUNT:  1138 TIPS
PVC THICKNESS:   0.07MM / 0.12MM + CASHMERE
WIRE GAUGE ON TIPS: 19# + 20#
GIRTH:  59IN
PVC 50PCT CASHMERE 50PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
DB COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 1138-76KHZC
ITEM UPC NO.:  810174023602
MATERIAL BREAKDOWN:
PLASTIC 44.2PCT,METAL 18.5PCT, LIGHT 37.3PCT
1 PC TREE PER MASTER CARTON

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN3731 | **REFERENCE NO.** | 104 | |
| **DC CODE** | RJA | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 | |
| **VENDOR ITEM CODE** | 1138-76KHZC | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |
| **FACTORY NO.** | 103562 | | | |

DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.**    CNDONGUADON

**PAYMENT TERM**   Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**   OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 275 | 275 | PIECES | 22,825.00 USD |

**TOTAL US DOLLARS TWENTY-TWO THOUSAND EIGHT HUNDRED TWENTY-FIVE DOLLARS AND ZERO CENTS ONLY.**

# COMMERCIAL INVOICE

**DATE:** August 24, 2018
**INVOICE NO.:** 201821289109

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China  **SHIPPED TO:** Jacksonville, FL
**MODE OF TRANSPORTATION:** Ocean

FOB China

**We hereby certify that this shipment does not contain solid wood packing material.**

**WINNERS INDUSTRY COMPANY LIMITED**

**EMPLOYEE NAME** _____
**EMPLOYEE TITLE** _____

# PACKING LIST

**DATE:** August 24, 2018
**INVOICE NO.:** 201821289109

| | |
|---|---|
| 9383 | **TO:** SEARS ROEBUCK & CO. |
| WINNERS INDUSTRY COMPANY LIMITED | 3333 Beverly Road |
| UNIT A, 10/F., WAH LUNG BUILDING | Hoffman Estates, IL 60179 |
| 49-53 WANG LUNG STREET, TSUEN WAN | US |
| NEW TERRITORIES | |
| Hong Kong | |

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Jacksonville, FL

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|
| SEARS    SN3731 | 7.5 WESTCHESTER DELUXE 600 CLEAR LT | | | | | | |

| | |
|---|---|
| **ITEM:** | 140096606769 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 PIECES |
| **SEARS DIV** | 671 |
| **SEARS ITEM/SKU** | 57991/000 |

| | PER OUTER CARTON | | 1 | 0.237 | 20.500 | 18.800 | |
|---|---|---|---|---|---|---|---|
| | TOTAL | 275 | 275 | 65.118 | 5,637.500 | 5,170.000 | 0.000 |

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN3731 | **REFERENCE NO.** | 104 | |
| **DC CODE** | RJA | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 | |
| **VENDOR ITEM CODE** | 1138-76KHZC | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 127.0 | 43.2 | 43.2 | 0.237 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| **TOTAL PACKING LIST** | 275 | 275 | 65.118 | 5,637.500 | 5,170.000 | 0.000 |

We hereby certify that this shipment does not contain solid wood packing material.

**WINNERS INDUSTRY COMPANY LIMITED**
**EMPLOYEE NAME**  _____
**EMPLOYEE TITLE** _____