## E<span style="font-size:smaller">XHIBIT</span> M

Documents Related to Shipment No. 11:

Forwarder's Cargo Receipt No. 7795872150 (with Invoice No. 201821238135 and related packing list attached)

# UPS Supply Chain Solutions℠

**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES HONG KONG | 7751021619 | 7795872150 |
| | EXPORT REFERENCES<br>AWB 7795872150<br>CUST SP3724 | DATE OF RECEIPT OF CARGO<br>27-AUG-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| SEARS, ROEBUCK AND CO.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES, IL<br>60179 USA |

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE: (310) 404-2792  FAX: (310) 404-2962  ATTN: MARY ELLEN WRATSCHKO |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN, CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>COSCO EXCELLENCE 044 | PORT OF LOADING<br>YANTIAN, CHINA | |
| PORT OF DISCHARGE<br>NEW YORK, NY | PLACE OF DELIVERY BY ON-CARRIER<br>WILKES-BARRE, PA 18706 DOOR | NUMBER OF ORIGINALS<br>NONE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>APHU6957193<br>SEALCODE1:<br>K6039010<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN: CHINA (MAINLAND)<br>CONTENTS: 1 PIECES<br>SEARS DIV 671<br>SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 275 CARTON<br>SAID TO CONTAIN<br>7.5 WESTCHESTER DELUXE 600 CLEAR LT<br>SEARS PO#SN3731<br>DEPT# 009<br>REF#106<br>ITEM#140096606769 | 5637.500 KG<br>12428.560 LB | 65.118<br>2299.317 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: 06-AUG-2018 | |  | |
|---|---|---|---|
| Document List | | Original | Copy |
| COMMERCIAL INVOICE | | 0 | |
| PACKING LIST | | 0 | 1 |

This shipment will be handled subject to the terms set forth herein and on the reverse of this document which are incorporated herein by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month Sep   Day 07   Year 2018

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**
OTI License No. 275F

# UPS Supply Chain Solutions℠

**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | |
|---|---|
| BOOKING NO. | CARGO RECEIPT NO. |
| 751021619 | 7795872150 |
| EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| AWB 7795872150 | 27-AUG-2018 |
| CUST SP3724 | |

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**

WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES HONG KONG

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**

SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL
60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310) 404-2962 ATTN: MARY ELLEN WRATSCHKO

EXPORT LICENSE NO.

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER |
|---|---|
| | YANTIAN, CHINA |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING |
| COSCO EXCELLENCE 044 | YANTIAN, CHINA |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER |
| NEW YORK, NY | WILKES-BARRE, PA 18706 DOOR 1/ONE |

NUMBER OF ORIGINALS

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: BMOU6711760 SEALCODE1: K6039144 MARKS & NO: SEARS ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES SEARS DIV 671 SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 310 CARTON SAID TO CONTAIN 7.5 NORWEGIAN SPRUC800 CLEAR LT SEARS SQ3736 DEPT# 009 REF#106 ITEM#140096602990 | 8277.000 KG 18247.660 LB | 67.955 2399.491 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 06-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth hereon and on the reverse of this document which are incorporated herein by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN
Issued by _____

Month Sep   Day 07   Year 2018



**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

# UPS Supply Chain Solutions℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | |
|---|---|
| **SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)** | |
| WINNERS INDUSTRY COMPANY LIMITED | |
| UNIT A, 10/F., WAH LUNG BUILDING | |
| 49-53 WANG LUNG STREET, TSUEN WAN | |
| NEW TERRITORIES HONG KONG | |

| BOOKING NO. | CARGO RECEIPT NO. |
|---|---|
| 751021619 | 7795872150 |
| **EXPORT REFERENCES** | **DATE OF RECEIPT OF CARGO** |
| AWB 7795872150 | 27-AUG-2018 |
| CUST SP3724 | |

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL
60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to con
the goods hereinafter described. This receipt is not valid unless verified
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is lim
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unl
a higher value is declared.
Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310) 404-2962 ATTN: MARY ELLEN WRATSCHKO

EXPORT LICENSE NO.

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER |
|---|---|
| | YANTIAN, CHINA |
| **EXPORT CARRIER (VESSEL/VOY/FLAG)** | **PORT OF LOADING** |
| COSCO EXCELLENCE 044 | YANTIAN, CHINA |
| **PORT OF DISCHARGE** | **PLACE OF DELIVERY BY ON CARRIER** | **NUMBER OF ORIGINALS** |
| NEW YORK, NY | WILKES-BARRE, PA 18706 DOOR 1/ONE | |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: CMAU7396109 SEALCODE1: K4830969 MARKS & NO: SEARS ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES SEARS DIV 671 SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 608 CARTON SAID TO CONTAIN 6.5 WESTCHESTER SL PINE 350 CLEAR LT SEARS SP3724 DEPT# 009 REF#106 ITEM#140096152277 | 6444.800 KG 14208.350 LB | 65.758 2321.915 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: 06-AUG-2018 | | |
|---|---|---|
| **Document List** | **Original** | **Copy** |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he and on the reverse of this document which are incorporated he by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN
Issued by _____

Month _Sep___  Day _07___  Year _2018___



**UPS Supply Chain Solutions℠**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

# UPS Supply Chain Solutions℠

OTI License No. 275F

## FORWARDER'S CARGO RECEIPT

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES HONG KONG

**BOOKING NO.** 751021619
**EXPORT REFERENCES**
AWB 7795872150
CUST SP3724

**CARGO RECEIPT NO.** 7795872150
**DATE OF RECEIPT OF CARGO** 27-AUG-2018

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL
60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
UPS SUPPLY CHAIN SOLUTIONS, INC.
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310) 404-2962 ATTN: MARY ELLEN WRATSCHKO

**PRE-CARRIAGE BY**
**PLACE OF RECEIPT BY PRE-CARRIER** YANTIAN, CHINA
**EXPORT LICENSE NO.**

**EXPORT CARRIER (VESSEL/VOY/FLAG)** COSCO EXCELLENCE 044
**PORT OF LOADING** YANTIAN, CHINA

**PORT OF DISCHARGE** NEW YORK, NY
**PLACE OF DELIVERY BY ON CARRIER** WILKES-BARRE, PA 18706 DOOR 1
**NUMBER OF ORIGINALS** ONE

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: ECMU9729747<br>SEALCODE1: K5106983<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN: CHINA (MAINLAND)<br>CONTENTS: 1 PIECES<br>SEARS DIV 671<br>SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 372 CARTON SAID TO CONTAIN<br>7.5 WEST 600L CLEAR LIGHTS<br>SEARS SQ3732<br>DEPT# 009<br>REF#106<br>ITEM#140096602925 | 5617.200 KG<br>12383.800 LB | 65.151<br>2300.48 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 06-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated herein by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

Issued by SHENZHEN _____

Month Sep   Day 07   Year 2018



UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

UPS Supply Chain Solutions℠   OTI License No. 275F

# UPS Supply Chain Solutions℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
OTI License No. 275F
**FORWARDER'S CARGO RECEIPT**

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES HONG KONG

**BOOKING NO.**
751021619

**CARGO RECEIPT NO.**
7795872150

**EXPORT REFERENCES**
AWB 7795872150
CUST SP3724

**DATE OF RECEIPT OF CARGO**
27-AUG-2018

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL
60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310) 404-2962 ATTN: MARY ELLEN WRATSCHKO

**EXPORT LICENSE NO.**

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER |
|---|---|
|  | YANTIAN, CHINA |
| **EXPORT CARRIER (VESSEL/VOY/FLAG)** | **PORT OF LOADING** |
| COSCO EXCELLENCE 044 | YANTIAN, CHINA |
| **PORT OF DISCHARGE** | **PLACE OF DELIVERY BY ON CARRIER** |
| NEW YORK, NY | WILKES-BARRE, PA 18706 DOOR |

**NUMBER OF ORIGINALS**
1/ONE

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: TCLU1882180<br>SEALCODE1:<br>K5106975<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES<br>SEARS DIV 671<br>SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 270 CARTON<br>SAID TO CONTAIN<br>7.5FT REGAL FIR 800 DUAL LED<br>SEARS SP3735<br>DEPT# 009<br>REF#106<br>ITEM#140078238466 | 6658.200 KG<br>14678.810 LB | 68.462<br>2417.393 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 06-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth herein and on the reverse of this document which are incorporated herein by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN
Issued by _____

Month _Sep_____ Day _07_____ Year _2018_____

UPS Supply Chain Solutions℠
OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

# UPS Supply Chain Solutions℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES HONG KONG | 751021619 | 7795872150 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | AWB 7795872150<br>CUST SP3724 | 27-AUG-2018 |

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL
60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310) 404-2962 ATTN: MARY ELLEN WRATSCHKO

EXPORT LICENSE NO.

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER |
|---|---|
| | YANTIAN, CHINA |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING |
| COSCO EXCELLENCE 044 | YANTIAN, CHINA |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| NEW YORK, NY | WILKES-BARRE, PA 18706 DOOR 1/ONE | |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>TCNU1855346<br>SEALCODE1:<br>K4830978<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES<br>SEARS DIV 671<br>SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 275 CARTON<br>SAID TO CONTAIN<br>7.5 WESTCHESTER DELUXE 600 CLEAR LT<br>SEARS PO#SN3731<br>DEPT# 009<br>REF#106<br>ITEM#140096606769 | 5637.500 KG<br>12428.560 LB | 65.118<br>2299.317 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 06-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth hereon and on the reverse of this document which are incorporated herein by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN
Issued by _____

Month _Sep_  Day _07_  Year _2018_



**UPS Supply Chain Solutions℠**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

# UPS Supply Chain Solutions℠

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES HONG KONG

**BOOKING NO.** 751021619
**EXPORT REFERENCES**
AWB 7795872150
CUST SP3724

**CARGO RECEIPT NO.** 7795872150
**DATE OF RECEIPT OF CARGO** 27-AUG-2018

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL
60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310) 404-2962 ATTN: MARY ELLEN WRATSCHKO

**EXPORT LICENSE NO.**

**PRE-CARRIAGE BY**

**PLACE OF RECEIPT BY PRE-CARRIER** YANTIAN, CHINA

**EXPORT CARRIER (VESSEL/VOY/FLAG)** COSCO EXCELLENCE 044

**PORT OF LOADING** YANTIAN, CHINA

**PORT OF DISCHARGE** NEW YORK, NY

**PLACE OF DELIVERY BY ON CARRIER** WILKES-BARRE, PA 18706 DOOR

**NUMBER OF ORIGINALS** 1/ONE

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: TCNU4013423 SEALCODE1: K4831040 MARKS & NO: SEARS ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES SEARS DIV 671 SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 434 CARTON SAID TO CONTAIN 6.5FT REGAL FIR 400 DUAL LED SEARS SO3726 DEPT# 009 REF#106 ITEM#140078238458 | 6692.280 KG 14753.950 LB | 65.793 2323.151 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 06-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth herein and on the reverse of this document which are incorporated herein by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

Issued by SHENZHEN _____

Month Sep  Day 07  Year 2018



UPS Supply Chain Solutions℠

OTI License No. 275F

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

# UPS Supply Chain Solutions℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES HONG KONG

**BOOKING NO.**
751021619

**CARGO RECEIPT NO.**
7795872150

**EXPORT REFERENCES**
AWB 7795872150
CUST SP3724

**DATE OF RECEIPT OF CARGO**
27-AUG-2018

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL
60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310) 404-3962 ATTN: MARY ELLEN WRATSCHKO

**PRE-CARRIAGE BY**

**PLACE OF RECEIPT BY PRE-CARRIER**
YANTIAN, CHINA

**EXPORT LICENSE NO.**

**EXPORT CARRIER (VESSEL/VOY/FLAG)**
COSCO EXCELLENCE 044

**PORT OF LOADING**
YANTIAN, CHINA

**PORT OF DISCHARGE**
NEW YORK, NY

**PLACE OF DELIVERY BY ON CARRIER**
WILKES-BARRE, PA 18706 DOOR 1/ONE

**NUMBER OF ORIGINALS**

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: TCNU9844517<br>SEALCODE1: K4831007<br>MARKS & NO: SEARS<br>ITEM NO:<br>MADE IN: CHINA (MAINLAND)<br>CONTENTS: 1 PIECES<br>SEARS DIV 671<br>SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 275 CARTON SAID TO CONTAIN<br>7.5 WESTCHESTER DELUXE 600 CLEAR LT<br>SEARS PO#SN3731<br>DEPT# 009<br>REF#106<br>ITEM#140096606769 | 5637.500 KG<br>12428.560 LB | 65.118<br>2299.317 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 06-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth hereon and on the reverse of this document which are incorporated herein by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

Issued by  SHENZHEN _____

Month _Sep_____  Day _07_____  Year _2018_____



**UPS Supply Chain Solutions℠**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**
OTI License No. 275F

# UPS Supply Chain Solutions℠

**FORWARDER'S CARGO RECEIPT**

9TH License No. 275F

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES HONG KONG

**BOOKING NO.** 751021619
**CARGO RECEIPT NO.** 7795872150
**EXPORT REFERENCES**
AWB 7795872150
CUST SP3724
**DATE OF RECEIPT OF CARGO** 27-AUG-2018

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL
60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310) 404-2962 ATTN: MARY ELLEN WRATSCHKO

**EXPORT LICENSE NO.**

**PRE-CARRIAGE BY**
**PLACE OF RECEIPT BY PRE-CARRIER** YANTIAN, CHINA
**EXPORT CARRIER (VESSEL/VOY/FLAG)** COSCO EXCELLENCE 044
**PORT OF LOADING** YANTIAN, CHINA
**PORT OF DISCHARGE** NEW YORK, NY
**PLACE OF DELIVERY BY ON CARRIER** WILKES-BARRE, PA 18706 DOOR 1/ONE
**NUMBER OF ORIGINALS**

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: TLLU5006034<br>SEALCODE1: K5107160<br>MARKS & NO: SEARS<br>ITEM NO:<br>MADE IN: CHINA (MAINLAND)<br>CONTENTS: 1 PIECES<br>SEARS DIV 671<br>SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 310 CARTON<br>SAID TO CONTAIN<br>7.5 NORWEGIAN SPRUC800 CLEAR LT<br>SEARS SQ3736<br>DEPT# 009<br>REF#106<br>ITEM#140096602990<br>CODE: RWB / WILKES-BARRE, PA 18706 DOOR<br>FREIGHT COLLECT<br>SHIPPER LOAD AND COUNT AND SEAL<br>THE ABOVE SHIPMENT DOES NOT CONTAINS ANY<br>SOLID WOOD PACKAGING MATERIAL.<br>SAILING DATE:02-SEP-2018<br>FCR DATE:.27-AUG-2018 | 8277.000 KG<br>18247.660 LB | 67.955<br>2399.491 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 06-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth hereon and on the reverse of this document which are incorporated herein by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED SHENZHEN BRANCH

*[signature]*

SHENZHEN AGENT FOR
Issued by UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Month Sep   Day 07   Year 2018

# COMMERCIAL INVOICE

**DATE:** August 22, 2018
**INVOICE NO.:** 201821238135

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China    **SHIPPED TO:** Wilkes-Barre, PA
**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SN3731 | 7.5 WESTCHESTER DELUXE 600 CLEAR LT | 825 CARTONS | 825 PIECES | 83.000 USD PIECES | 68,475.00 USD |
| **ITEM:** | 140096606769 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |
| **SEARS DIV** | 671 | | | | | |
| **SEARS ITEM/SKU** | 57991/000 | | | | | |
| | | ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 7.5FT WESTCHESTER DELUXE CASHMERE PINE
TREE NO.: 74A
LIGHT COUNT AND COLOUR: 600 CLEAR LIGHTS
TIPS COUNT: 1138 TIPS
PVC THICKNESS: 0.07MM / 0.12MM + CASHMERE
WIRE GAUGE ON TIPS: 19# + 20#
GIRTH: 59IN
PVC 50PCT CASHMERE 50PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
DB COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 1138-76KHZC
ITEM UPC NO.: 810174023602
MATERIAL BREAKDOWN:
PLASTIC 44.2PCT, METAL 18.5PCT, LIGHT 37.3PCT
1 PC TREE PER MASTER CARTON | | | | |
| | **CONTRACT NO.** | SN3731 | **REFERENCE NO.** | 106 | | |
| | **DC CODE** | RWB | **DEPARTMENT NO.** | 009 | | |
| | **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 | | |
| | **VENDOR ITEM CODE** | 1138-76KHZC | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |
| | **FACTORY NO.** | 103562 | | | | |
| | DONG GUAN CITY MEI GAO INDUSTRY CO LTD | | | | | |
| | JIN SONG ROAD, LIU WU XIANG VILLAGE | | | | | |
| | LIAO BU TOWN, | | | | | |
| | DONGGUAN | | | | | |
| | GUANGDONG | | | | | |
| | China | | | | | |
| | **FTY MID NO.** | CNDONGUADON | | | | |
| SEARS | SO3726 | 6.5FT REGAL FIR 400 DUAL LED | 434 CARTONS | 434 PIECES | 79.550 USD PIECES | 34,524.70 USD |
| **ITEM:** | 140078238458 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |
| **SEARS DIV** | 671 | | | | | |
| **SEARS ITEM/SKU** | 44792/000 | | | | | |
| | | CHRISTMAS ARTIFICIAL PRELIT TREE
VENDOR STOCK NBR : W-1289RT-66KHZ
FULL PRODUCT DESC :
CHRISTMAS 6.5FT REGAL FIR
WITH 400 DUAL COLOR LED
FULL PRODUCT SPEC :
TREE NBR : 61 | | | | |

# COMMERCIAL INVOICE

Page 2 of 6

**DATE:** August 22, 2018
**INVOICE NO.:** 201821238135

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China
**MODE OF TRANSPORTATION:** Ocean
**SHIPPED TO:** Wilkes-Barre, PA
FOB China

TOTAL TIPS COUNT: 1289 TIPS
(PE: 22.58%, PVC:77.42%)
LIGHT COUNT: 400 DUAL LED LIGHTS - A4 CAPS
8 FUNCTIONS:
1.STEADY ON
2. SLOW SPARKLING
3. QUICK SPARKLING
4. SLOW FADE
5.QUICK FADE
6. SLOW GLOW
7. FLASHING
8.COLOR SWITCHING
BRANCH TYPE : HINGED
GIRTH : 47INCH
PLASTIC ROTATING STAND
WITH CONTROLLER AND REMOTE CONTROL
LYTE SYSTEM ("LIGHT YOUR TREE EASY" SYSTEM)
INSTRUCTION MANUAL, CAUTION LABEL AND UL LABEL TO BE INCLUDED
10PCS LED SPARE BULBS INCLUDED
INDIVIDUAL UPC NBR : 810174021608
EC PC PACKED IN KRAFT BOX
MATERIAL BREAKDOWN: PE 8.9%, PVC 25.95%, WIRE 31.98%, STAND 10.25%,
LITE 12.23%, METAL 9.18%, PLASTIC 1.51%.
THIS IS FOR SEARS FULL LINE STORE

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SO3726 | **REFERENCE NO.** | 106 |
| **DC CODE** | RWB | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | W-1289RT-66K HZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**  103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.**  CNDONGUADON

| SEARS | SP3724 | 6.5 WESTCHESTER SL PINE 350 CLEAR LT | 608 CARTONS | 608 PIECES | 47.000 USD PIECES | 28,576.00 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 140096152277 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  PIECES | | | | | |
| **SEARS DIV** | 671 | | | | | |
| **SEARS ITEM/SKU** | 57981/000 | | | | | |

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 6.5FT WESTCHESTER SLIM CASHMERE PINE
TREE NO.: 60A
LIGHT COUNT AND COLOUR: 350 CLEAR LIGHTS
TIPS COUNT:  656 TIPS
PVC THICKNESS:   0.07MM / 0.12MM + CASHMERE
WIRE GAUGE ON TIPS: 19# + 20#
GIRTH:  38IN
PVC 60PCT CASHMERE 40PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
DB COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.:  656-66KHZC
ITEM UPC NO.:  810174023565
MATERIAL BREAKDOWN:
PLASTIC 39.4PCT,METAL 18.3PCT, LIGHT 42.3PCT

# COMMERCIAL INVOICE

Page 3 of 6

**DATE:** August 22, 2018
**INVOICE NO.:** 201821238135

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China
**MODE OF TRANSPORTATION:** Ocean
**SHIPPED TO:** Wilkes-Barre, PA

FOB China

1 PC TREE PER MASTER CARTON

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP3724 | **REFERENCE NO.** | 106 | |
| **DC CODE** | RWB | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 | |
| **VENDOR ITEM CODE** | 656-66KHZC | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.** CNDONGUADON

| SEARS | SP3735 | 7.5FT REGAL FIR 800 DUAL LED | 270 CARTONS | 270 PIECES | 133.210 USD PIECES | 35,966.70 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 140078238466 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |
| **SEARS DIV** | 671 | | | | | |
| **SEARS ITEM/SKU** | 44793/000 | | | | | |

CHRISTMAS ARTIFICIAL PRELIT TREE
VENDOR STOCK NBR : W-2183RT-76KHZ
FULL PRODUCT DESC :
CHRISTMAS 7.5FT REGAL FIR
WITH 800 DUAL COLOR LED
FULL PRODUCT SPEC :
TREE NBR : 79
TOTAL TIPS COUNT: 2183 TIPS
(PE: 46.59%, PVC:53.41%)
LIGHT COUNT: 800 DUAL LED LIGHTS - A4 CAPS
8 FUNCTIONS:
1.STEADY ON
2. SLOW SPARKLING
3. QUICK SPARKLING
4.SLOW FADE
5.QUICK FADE
6. SLOW GLOW
7. FLASHING
8.COLOR SWITCHING
BRANCH TYPE : HINGED
GIRTH : 54INCH
PLASTIC ROTATING STAND
WITH CONTROLLER AND REMOTE CONTROL
LYTE SYSTEM ("LIGHT YOUR TREE EASY" SYSTEM)
INSTRUCTION MANUAL, CAUTION LABEL AND UL LABEL TO BE INCLUDED
10PCS LED SPARE BULBS INCLUDED
INDIVIDUAL UPC NBR : 810174021615
EC PC PACKED IN KRAFT BOX
MATERIAL BREAKDOWN: PE 16.32%, PVC 20.39%, WIRE 32.44%, STAND 5.96%,
LITE 14.24%, METAL 8.9%, PLASTIC 1.75%.
THIS IS FOR SEARS FULL LINE STORE

# COMMERCIAL INVOICE

**DATE:** August 22, 2018
**INVOICE NO.:** 201821238135

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China   **SHIPPED TO:** Wilkes-Barre , PA
**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP3735 | **REFERENCE NO.** | 106 |
| **DC CODE** | RWB | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | W-2183RT-76K HZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |
| **FACTORY NO.** | 103562 | | |

DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.**   CNDONGUADON

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **SEARS** | SQ3732 | 7.5 WEST 600L CLEAR LIGHTS | | 372 CARTONS | 372 PIECES | 69.500 USD PIECES | 25,854.00 USD |
| **ITEM:** | 140096602925 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 PIECES | | | | | | |
| **SEARS DIV** | 671 | | | | | | |
| **SEARS ITEM/SKU** | 57988/000 | | | | | | |

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 7.5FT WESTCHESTER SLIM CASHMERE PINE
TREE NO.: 75A
LIGHT COUNT AND COLOUR: 600 CLEAR LIGHTS
TIPS COUNT:  952 TIPS
PVC THICKNESS:   0.07MM / 0.12MM + CASHMERE
WIRE GAUGE ON TIPS: 19# + 20#
GIRTH:  40IN
PVC 63PCT CASHMERE 37PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
DB COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 952-76KHZC
ITEM UPC NO.: 810174023633
MATERIAL BREAKDOWN:
PLASTIC 33.9PCT,METAL 18.8PCT, LIGHT 47.3PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SQ3732 | **REFERENCE NO.** | 106 |
| **DC CODE** | RWB | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | 952-76KHZM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |
| **FACTORY NO.** | 103562 | | |

DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.**   CNDONGUADON

# COMMERCIAL INVOICE

**DATE:** August 22, 2018
**INVOICE NO.:** 201821238135

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China   **SHIPPED TO:** Wilkes-Barre, PA
**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SQ3736 | 7.5 NORWEGIAN SPRUC800 CLEAR LT | 620 CARTONS | 620 PIECES | 143.290 USD PIECES | 88,839.80 USD |
|---|---|---|---|---|---|---|

**ITEM:** 140096602990
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 PIECES
**SEARS DIV** 671
**SEARS ITEM/SKU** 57989/000

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 7.5FT NORWEGIAN SPRUCE
TREE NO.: 78
LIGHT COUNT AND COLOUR: 800 DUAL COLOR C3 CAP
TIPS COUNT: 4335 TIPS
PVC THICKNESS: 0.07MM / 0.12MM
WIRE GAUGE ON TIPS: 20#
GIRTH: 66IN
PVC 37PCT PE 63PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
SEARS, ROEBUCK AND CO COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, ETL LISTED LABEL TO BE INCLUDED
EXTRA BULBS
VENDOR STOCK NO.: 4335-76KHZ
ITEM UPC NO.: 810174023640
MATERIAL BREAKDOWN:
PLASTIC 40.3PCT,METAL 10.4PCT, LIGHT 49.3PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SQ3736 | **REFERENCE NO.** | 106 |
| **DC CODE** | RWB | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | 4335-76KHZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.** CNDONGUADON

**PAYMENT TERM** Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER** OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 3,129 | 3,129 | PIECES | 282,236.20 USD |

**TOTAL US DOLLARS TWO HUNDRED EIGHTY-TWO THOUSAND TWO HUNDRED THIRTY-SIX DOLLARS AND TWENTY CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 6 of 6

**DATE:** August 22, 2018
**INVOICE NO.:** 201821238135

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China      **SHIPPED TO:** Wilkes-Barre, PA
**MODE OF TRANSPORTATION:** Ocean

FOB China

**WINNERS INDUSTRY COMPANY LIMITED**

**EMPLOYEE NAME**
**EMPLOYEE TITLE**

# PACKING LIST

**DATE:** August 22, 2018
**INVOICE NO.:** 201821238135

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilkes-Barre, PA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| **SEARS** | SN3731 | 7.5 WESTCHESTER DELUXE 600 CLEAR LT | | | | | | |
| **ITEM:** | 140096606769 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | 1 | 0.237 | 20.500 | 18.800 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | 825 | 825 | 195.354 | 16,912.500 | 15,510.000 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | |
| **SEARS ITEM/SKU** | 57991/000 | | | | | | | |

| | CONTRACT NO. | SN3731 | REFERENCE NO. | 106 |
| | DC CODE | RWB | DEPARTMENT NO. | 009 |
| | DIVISION NO. | Division 2 | VENDOR NO. | 9383 |
| | VENDOR ITEM CODE | 1138-76KHZC | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 127.0 | 43.2 | 43.2 | 0.237 |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| **SEARS** | SO3726 | 6.5FT REGAL FIR 400 DUAL LED | | | | | | |
| **ITEM:** | 140078238458 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | 1 | 0.152 | 15.420 | 13.200 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | 434 | 434 | 65.793 | 6,692.280 | 5,728.800 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | |
| **SEARS ITEM/SKU** | 44792/000 | | | | | | | |

| | CONTRACT NO. | SO3726 | REFERENCE NO. | 106 |
| | DC CODE | RWB | DEPARTMENT NO. | 009 |
| | DIVISION NO. | Division 2 | VENDOR NO. | 9383 |
| | VENDOR ITEM CODE | W-1289RT-66KHZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
EACH TREE PACKED IN CARTON BOX WITH COLOR SWITCH PLUS COLOR LABEL W/SEARS UPC PRE-PRICE. CSP COLOR UPC HANGTAG ON THE PRODUCT. ONE PC TEAROFF BAR CODE LABEL ON THE OUTER CARTON.

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 36.8 | 36.8 | 111.8 | 0.152 |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| **SEARS** | SP3724 | 6.5 WESTCHESTER SL PINE 350 CLEAR LT | | | | | | |
| **ITEM:** | 140096152277 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | 1 | 0.108 | 10.600 | 9.300 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | 608 | 608 | 65.758 | 6,444.800 | 5,654.400 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | |
| **SEARS ITEM/SKU** | 57981/000 | | | | | | | |

| | CONTRACT NO. | SP3724 | REFERENCE NO. | 106 |
| | DC CODE | RWB | DEPARTMENT NO. | 009 |
| | DIVISION NO. | Division 2 | VENDOR NO. | 9383 |
| | VENDOR ITEM CODE | 656-66KHZC | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

18-23538-shl    Doc 1386-13    Filed 12/21/18    Entered 12/21/18 11:42:35    Exhibit
Pg 18 of 19
Page 2 of 3

# PACKING LIST

**DATE:** August 22, 2018
**INVOICE NO.:** 201821238135

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilkes-Barre, PA

|  | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 111.8 | 30.5 | 31.8 | 0.108 |

| SEARS | SP3735 | 7.5FT REGAL FIR 800 DUAL LED | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 140078238466 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | | 1 | 0.254 | 24.660 | 21.350 |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 270 | 270 | 68.462 | 6,658.200 | 5,764.500 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | |
| **SEARS ITEM/SKU** | 44793/000 | | | | | | | |

| | **CONTRACT NO.** | SP3735 | **REFERENCE NO.** | 106 |
| | **DC CODE** | RWB | **DEPARTMENT NO.** | 009 |
| | **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| | **VENDOR ITEM CODE** | W-2183RT-76KHZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
EACH TREE PACKED IN CARTON BOX WITH COLOR SWITCH PLUS COLOR LABEL W/SEARS UPC PRE-PRICE. CSP COLOR UPC HANGTAG ON THE PRODUCT. ONE PC TEAROFF BAR CODE LABEL ON THE OUTER CARTON.

|  | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 43.8 | 43.8 | 132.1 | 0.254 |

| SEARS | SQ3732 | 7.5 WEST 600L CLEAR LIGHTS | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 140096602925 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | | 1 | 0.175 | 15.100 | 13.800 |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 372 | 372 | 65.151 | 5,617.200 | 5,133.600 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | |
| **SEARS ITEM/SKU** | 57988/000 | | | | | | | |

| | **CONTRACT NO.** | SQ3732 | **REFERENCE NO.** | 106 |
| | **DC CODE** | RWB | **DEPARTMENT NO.** | 009 |
| | **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| | **VENDOR ITEM CODE** | 952-76KHZM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

|  | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 127.0 | 38.1 | 36.2 | 0.175 |

| SEARS | SQ3736 | 7.5 NORWEGIAN SPRUC800 CLEAR LT | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 140096602990 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | | 1 | 0.219 | 26.700 | 22.950 |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 620 | 620 | 135.910 | 16,554.000 | 14,229.000 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | |
| **SEARS ITEM/SKU** | 57989/000 | | | | | | | |

# PACKING LIST

**DATE:** August 22, 2018
**INVOICE NO.:** 201821238135

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilkes-Barre, PA

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SQ3736 | **REFERENCE NO.** | 106 |
| **DC CODE** | RWB | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | 4335-76KHZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 132.1 | 38.1 | 43.6 | 0.219 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| **TOTAL PACKING LIST** | 3,129 | 3,129 | 596.428 | 58,878.980 | 52,020.300 | 0.000 |

**We hereby certify that this shipment does not contain solid wood packing material.**

**WINNERS INDUSTRY COMPANY LIMITED**

**EMPLOYEE NAME**  _____
**EMPLOYEE TITLE**  _____