## EXHIBIT N

Documents Related to Shipment No. 12:

Forwarder's Cargo Receipt No. 7795872601 (with Invoice No. 201821293093 and related packing list attached)

# UPS Supply Chain Solutions℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**
OTI License No. 275F

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES HONG KONG

**BOOKING NO.** 9658880940
**EXPORT REFERENCES**

**CARGO RECEIPT NO.** 7795872601
**DATE OF RECEIPT OF CARGO** 26-AUG-2018

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
UPS SUPPLY CHAIN SOLUTIONS, INC.
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE TORRANCE,
CA 90502 PHONE: (310)404-2792
FAX: (310)404 2962

**PRE-CARRIAGE BY** MARY ELLEN WRATSCHKO
**PLACE OF RECEIPT BY PRE-CARRIER** YANTIAN, CHINA
**EXPORT LICENSE NO.**

**EXPORT CARRIER (VESSEL/VOY/FLAG)** MSC VEGA 835N
**PORT OF LOADING** YANTIAN, CHINA

**PORT OF DISCHARGE** LOS ANGELES, CA
**PLACE OF DELIVERY BY ON CARRIER** ONTARIO, CA
**NUMBER OF ORIGINALS** 1/ONE

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MRKU5914194<br>SEALCODE1: CN0580077<br>MARKS & NO: KMART<br>ITEM NO:<br>MADE IN CHINA<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 588 CARTON<br>SAID TO CONTAIN<br>7FT COLORADO FLOCKEDPINE 600 CLEAR LT<br>KMART PO#B2P7M<br>DEPT# 009<br>REF#109<br>ITEM#140095925673 | 8161.440 KG<br>17992.890 LB | 66.245<br>2339.111 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 08-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated herein by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

Issued by SHENZHEN _____

Month Sep    Day 10    Year 2018

**UPS Supply Chain Solutions** ℠

**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES HONG KONG | 965880940<br>EXPORT REFERENCES | 7795872601<br>DATE OF RECEIPT OF CARGO<br>26-AUG-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| KMART CORPORATION<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,IL 60179 USA |

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE TORRANCE,<br>CA 90502 PHONE:(310)404-2792<br>FAX :(310)404 2962 |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| MARY ELLEN WRATSCHKO | YANTIAN CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MSC VEGA 835N | YANTIAN CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES,CA | ONTARIO,CA | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MSKU0962972<br>SEALCODE1:<br>CN0578071<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN CHINA<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 500 CARTON<br>SAID TO CONTAIN<br>6.5FT VANCOUVER FIR<br>KMART PO#B2P7J<br>DEPT# 009<br>REF#109<br>ITEM#140077502326<br><br>CODE: ONT / ONTARIO, CA 91761 DOOR<br>FREIGHT COLLECT<br>SHIPPER LOAD AND COUNT AND SEAL<br>THE ABOVE SHIPMENT DOES NOT CONTAINS ANY<br>SOLID WOOD PACKAGING MATERIAL.<br>SAILING DATE: 04-SEP-2018<br>FCR DATE: 26-AUG-2018 | 8350.000 KG<br>18408.590 LB | 65.343<br>2307.261 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 08-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth herein and on the reverse of this document which are incorporated herein by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED SHENZHEN BRANCH

*[signature]*

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Issued by SHENZHEN

Month Sep   Day 10   Year 2018

# COMMERCIAL INVOICE

**DATE:** August 30, 2018
**INVOICE NO.:** 201821293093

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China      **SHIPPED TO:** Ontario, CA
**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2P7J | 6.5FT VANCOUVER FIR 8F 400L DUAL COLOR | 500 CARTONS | 500 PIECES | 76.770 USD PIECES | 38,385.00 USD |
| **ITEM:** | 140077502326 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |
| | | ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 6.5FT VANCOUVER FIR 8 FUNCTION WITH MEMORY AND REMOTE CONTROL
TREE NO. 65
LIGHT COUNT AND COLOUR: 400L LED DUAL COLOR LIGHTS
TIPS COUNT: 1230 TIPS
PVC THICKNESS: 0.07MM AND 0.12MM AND 0.14MM
WIRE GAUGE ON TIPS: 20#
GIRTH: 46IN
100PCT PVC
HINGED CONSTRUCTION
PLASTIC ROTATING TREE STAND
FUNCTION CONTROL BOX
LYTE SYSTEM ("LIGHT YOUR TREE EASY" SYSTEM)
8FUNCTIONS DETAIL:
1.STEADY ON
2.SLOW SPARKLING
3.QUICK SPARKLING
4.SLOW FADE
5.QUICK FADE
6.SLOW GLOW
7.FLASHING
8.COLOR SWITCHING
COLOR SWITCH PLUS COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LABEL TO BE INCLUDED
10PCS LED SPARE BULBS INCLUDED
VENDOR STOCK NO.:W-1230RT-66KHZ
ITEM UPC NO.: 810174021639
MATERIAL BREAKDOWN:
36.61PCT PVC, 33.53PCT WIRE, 9.22PCT STAND,
11.01PCT LITE, 8.26PCT METAL, 1.37PCT PLASTICS | | | | |

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2P7J | **REFERENCE NO.** | 109 | |
| **DC CODE** | ONT | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | |
| **VENDOR ITEM CODE** | W-1230RT-66K HZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**    103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.**    CNDONGUADON

| KMART | B2P7M | 7FT COLORADO FLOCKEDPINE 600 CLEAR LT | 588 CARTONS | 588 PIECES | 62.840 USD PIECES | 36,949.92 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 140095925673 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |
| | | ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 7FT COLORADO FLOCKED PINE
TREE NO.: 79 | | | | |

# COMMERCIAL INVOICE

Page 2 of 3

**DATE:** August 30, 2018
**INVOICE NO.:** 201821293093

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China
**MODE OF TRANSPORTATION:** Ocean
**SHIPPED TO:** Ontario, CA

FOB China

LIGHT COUNT AND COLOUR: 600 CLEAR LIGHTS
TIPS COUNT: 1312 TIPS
PVC THICKNESS: 0.12+0.07MM
WIRE GAUGE ON TIPS: 20#
GIRTH: 50IN
100PCT PVC
HINGED CONSTRUCTION
METAL STAND
J SMITH COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 1312-70KH
ITEM UPC NO.: 810174023480
MATERIAL BREAKDOWN:
PLASTIC 22.7PCT,METAL 21.5PCT, LIGHT 40.8PCT,DECORATION 15PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2P7M | **REFERENCE NO.** | 109 |
| **DC CODE** | ONT | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | 1312-70KH | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.** CNDONGUADON

**PAYMENT TERM** Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER** OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 1,088 | 1,088 | PIECES | 75,334.92  USD |

**TOTAL US DOLLARS SEVENTY-FIVE THOUSAND THREE HUNDRED THIRTY-FOUR DOLLARS AND NINETY-TWO CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

# COMMERCIAL INVOICE

Page 3 of 3

**DATE:** August 30, 2018
**INVOICE NO.:** 201821293093

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China    **SHIPPED TO:** Ontario , CA
**MODE OF TRANSPORTATION:** Ocean

FOB China

| WINNERS INDUSTRY COMPANY LIMITED |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

# PACKING LIST

**DATE:** August 30, 2018
**INVOICE NO.:** 201821293093

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Ontario, CA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| **KMART** | B2P7J | 6.5FT VANCOUVER FIR 8F 400L DUAL COLOR | | | | | | |
| **ITEM:** | 140077502326 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND ) | **PER OUTER CARTON** | | 1 | 0.131 | 16.700 | 14.400 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | 500 | 500 | 65.343 | 8,350.000 | 7,200.000 | 0.000 |

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2P7J | **REFERENCE NO.** | 109 | |
| **DC CODE** | ONT | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | |
| **VENDOR ITEM CODE** | W-1230RT-66KHZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |

**PACKING INSTRUCTIONS:**
EACH PC PACKED IN KARFT BOX WITH COLOR SWITCH PLUS COLOUR LABEL. ONE PC TEAROFF BAR CODE LABEL ON THE OUTER CARTON.

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 36.8 | 31.8 | 111.8 | 0.131 |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| **KMART** | B2P7M | 7FT COLORADO FLOCKEDPINE 600 CLEAR LT | | | | | | |
| **ITEM:** | 140095925673 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND ) | **PER OUTER CARTON** | | 1 | 0.113 | 13.880 | 11.800 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | 588 | 588 | 66.245 | 8,161.440 | 6,938.400 | 0.000 |

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2P7M | **REFERENCE NO.** | 109 | |
| **DC CODE** | ONT | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | |
| **VENDOR ITEM CODE** | 1312-70KH | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 111.8 | 31.8 | 31.8 | 0.113 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| **TOTAL PACKING LIST** | 1,088 | 1,088 | 131.588 | 16,511.440 | 14,138.400 | 0.000 |

**We hereby certify that this shipment does not contain solid wood packing material.**

# PACKING LIST

**DATE:** August 30, 2018
**INVOICE NO.:** 201821293093

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China  **SHIPPED TO:** Ontario, CA

| WINNERS INDUSTRY COMPANY LIMITED | |
|---|---|
| **EMPLOYEE NAME** | |
| **EMPLOYEE TITLE** | |
| | |